# EXHIBIT 2

Confidential - James A. Mills

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                      ---o0o---

4

5   IN RE:  ROUNDUP PRODUCTS        )

6   LIABILITY LITIGATION            )

7                                   )

8                                   )  MDL No. 2741

9   This Document Relates To:       )  Case 16-md-02741-VC

10                                  )

11  Hardeman v. Monsanto Co.        )
    Case No. 3:16-cv-00525-VC

12  Stevick v. Monsanto Co.         )
    Case No. 3:16-cv-2341

13  Gebeyehou v. Monsanto Co.       )
    Case No. 3:16-cv-5813

14                                  )

15

16                    - - - -

17                   CONFIDENTIAL

                     VIDEOTAPED

18          DEPOSITION OF JAMES A. MILLS

19

20           Held at Arnold & Porter

     3 Embarcadero Center, San Francisco, California

21       Wednesday, December 12, 2018, 2:00 p.m.

22                    - - - -

23

24

25        REPORTED BY:  LORI STOKES, CSR 12732

Confidential - James A. Mills

```
 1                    APPEARANCES

 2

 3   For Plaintiff:

 4        AUDET & PARTNERS, LLP

 5        BY:  MARK BURTON

 6        Attorney at Law

 7        711 Van Ness Avenue

 8        Suite 500

 9        San Francisco, California 94102

10        415.568.2555

11        mburton@audetlaw.com

12

13   For Defendants

14        WILKINSON WALSH + ESKOVITZ

15        BY:  JULIE B. RUBENSTEIN

16        BY:  HAL BREWSTER

17        Attorneys at Law

18        2001 M Street, NW

19        10th Floor

20        Washington, D.C. 20036

21        202.847.4027

22        jrubenstein@wilkinsonwalsh.com

23

24   ALSO PRESENT:  Anthony Hensley, videographer

25
```

Confidential - James A. Mills

```
 1                    INDEX

 2   WITNESS                        EXAMINATION

 3   JAMES A. MILLS

 4           By Ms. Rubenstein           7, 71

 5           By Mr. Burton                  68

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - James A. Mills

```
 1                       EXHIBITS

 2

 3    EXHIBIT        DESCRIPTION                        PAGE

 4

 5    EXHIBIT 1      November 20, 2018 letter to           9

 6                   Kirby Griffis at Hollingsworth

 7                   LLP from Robin Greenwald at

 8                   Weitz & Luxenberg re Expert

 9                   Disclosures in Hardeman v.

10                   Monsanto, Stevick v. Monsanto

11                   and Gebeyehou v. Monsanto

12

13    EXHIBIT 2      November 20, 2018 letter to          10

14                   Kirby Griffis at Hollingsworth

15                   LLP from Robin Greenwald at

16                   Weitz & Luxenberg re MDL 2741:

17                   Hardeman v. Monsanto, Stevick

18                   v. Monsanto and Gebeyehou v.

19                   Monsanto

20

21    EXHIBIT 3      Curriculum Vitae for James A.        14

22                   Mills

23

24

25
```

Confidential - James A. Mills

```
1                    EXHIBITS (continued)

2

3    EXHIBIT        DESCRIPTION                      PAGE

4

5    EXHIBIT 4      Testimony History spreadsheet     18

6                   for Mr. Mills

7

8    EXHIBIT 5      Kahn v. Kahn Court of Appeal of    21

9                   California, First Appellate

10                  District, Division Three, April

11                  2, 2012 opinion

12

13   EXHIBIT 6      Invoice from Robert W. Johnson     23

14                  & Associates dated November 20,

15                  2018

16

17   EXHIBIT 7      December 5, 2017 letter to Mr.     24

18                  Jeff Travers of The Miller Firm

19                  from Robert W. Johnson and

20                  James A. Mills of Robert W.

21                  Johnson & Associates with

22                  attached invoices

23

24   EXHIBIT 8      Expert Report of Robert W.         26

25                  Johnson and James A. Mills
```

Confidential - James A. Mills

1                San Francisco, California

2                December 12, 2018 | 2:00 p.m.

3

4                THE VIDEOGRAPHER:  We are now on the

5       record.  My name is Anthony Hensley, and I am a

6       videographer for Golkow Litigation Services.

7       Today's date is December 12th, 2018, and the time

8       on the record is 2:00 p.m.

9                This video deposition is being held in

10      Three Embarcadero Center in San Francisco,

11      California in the matter of In Re:  Roundup

12      Products Liability Litigation.  This deposition

13      also relates to Hardeman versus Monsanto Company,

14      et al., Stevick versus Monsanto Company, et al. and

15      Gebeyehou versus Monsanto Company, et al. for the

16      United States District Court, Northern District of

17      California.

18               The deponent is James Mills.  Counsel

19      will be noted on the stenographic record.

20               Will Counsel please identify themselves.

21               MS. RUBENSTEIN:  Julie Rubenstein from

22      Wilkinson Walsh + Eskovitz on behalf of Monsanto.

23               MR. BREWSTER:  Hal Brewster, also from

24      Wilkinson Walsh + Eskovitz, also on behalf of

25      Monsanto.

Confidential - James A. Mills

1            MR. BURTON:  And Mark Burton from Audet &

2    Partners on behalf of plaintiffs.

3            THE VIDEOGRAPHER:  The court reporter is

4    Lori Stokes and will now swear in the witness.

5

6                   JAMES A. MILLS,

7    having been administered an oath, was examined and

8    testified as follows:

9            THE VIDEOGRAPHER:  Counsel, you may now

10   proceed.

11                   EXAMINATION

12   BY MS. RUBENSTEIN:

13       Q    Good afternoon, sir.

14       A    Good afternoon.

15       Q    Could you please state your name for the

16   record.

17       A    James Mills.

18       Q    Mr. Mills, you've been deposed over

19   300 times, haven't you, sir?

20       A    Yes.

21       Q    As of today, do you know how many times

22   you've been deposed?

23       A    No.

24       Q    Can you approximate it?

25       A    500.

1    Q    Is it fair to say you are familiar with

2  how a deposition works so we can dispense with the

3  ground rules?

4    A    Yes.

5    Q    Is there anything that would prevent you

6  from giving truthful testimony today?

7    A    No.

8    Q    Mr. Mills, what did you do to prepare for

9  today's deposition?

10   A    I reviewed my file in this case, which

11 consists mostly of SEC documents for Monsanto

12 Company, as well as reviewing my deposition

13 testimony regarding financial condition of Monsanto

14 from the Johnson versus Monsanto case.

15   Q    When did you do that preparation, sir?

16   A    Yesterday and today.

17   Q    When was the first time you spoke to

18 anybody from plaintiffs' counsel about scheduling

19 your deposition in this case?

20   A    Monday of this week.

21   Q    Are you aware that counsel for plaintiffs

22 offered Monday of this week, December 10th, 2018,

23 as your deposition date in this litigation?

24   A    I'm not aware of that.

25   Q    I think I'm going to mark as Exhibit 1 to

Confidential - James A. Mills

1    your deposition a letter from Weitz & Luxenberg

2    dated November 20th, 2018.

3            (Deposition Exhibit 1 was marked for

4            identification by the court reporter.)

5    BY MS. RUBENSTEIN:

6        Q    Weitz & Luxenberg is one of the lawyers

7    for the plaintiffs in this action; is that right?

8        A    I believe that's true.

9        Q    And if you turn with me to -- pages are

10   not numbered, but page 1, 2 -- the fifth page.

11       A    All right.

12       Q    Do you see where it says, "Robert W.

13   Johnson and James A. Mills"?

14       A    I do.

15       Q    That's you, James A. Mills, correct?

16       A    It is.

17       Q    And it says:

18            "Mr. Johnson and Mr. Mills are

19            economists who will testify about

20            Monsanto's financial condition, net

21            worth and its ability to pay punitive

22            damages.  Johnson and Mills are

23            providing an expert report for

24            Plaintiffs Hardeman, Stevick and

25            Gebeyehou."

Confidential - James A. Mills

1            Did I read that correctly?

2       A    You did.

3            MS. RUBENSTEIN:  Now I'm going to mark as

4    Exhibit 2 another letter from Weitz & Luxenberg

5    dated the same day.

6            (Deposition Exhibit 2 was marked for

7             identification.)

8    BY MS. RUBENSTEIN:

9       Q    And if you flip to the back, it says,

10   "Mr. Mills."

11           That's you, right?

12      A    It is.

13      Q    And it says, "December 10th, 2018,

14   beginning at 9:00 a.m., San Francisco, California,"

15   correct?

16      A    That's what it says.

17      Q    Did anyone from plaintiffs' counsel tell

18   you that your deposition was scheduled for December

19   10th?

20           MR. BURTON:  I'm just going to object

21   that it's calling for speculation.  Not relevant.

22           MS. RUBENSTEIN:  I'm asking for the

23   witness' awareness.

24   BY MS. RUBENSTEIN:

25      Q    Are you aware, sir, that plaintiffs

Confidential - James A. Mills

1  scheduled -- or told defense counsel that you would

2  be available for a deposition on December 10th?

3       A    I am not.

4       Q    Are you aware that Monsanto showed up for

5  your deposition on December 10th?

6       A    No.

7       Q    And you did not appear for your

8  deposition on December 10th?

9       A    Correct.

10      Q    Are you aware what the plaintiffs' claims

11 are in this case?

12      A    No.  Well, let me -- I should say not

13 specifically, no.  I have seen the complaints and

14 generally what they allege, but only from what I've

15 read in the complaints.

16      Q    You're not aware of what their causes of

17 action are?

18      A    Only to the extent that it's stated in

19 the complaint.

20      Q    What's your understanding?

21      A    They are claiming injuries from exposure

22 to Roundup or other similar products from --

23 manufactured by Monsanto.

24      Q    Do you know what similar products

25 manufactured by Monsanto?

Confidential - James A. Mills

```
 1        A    I'd be happy to look at the complaint.
 2   To the extent it's stated there, that's all I know.
 3        Q    So you don't know off the top of your
 4   head?
 5        A    No.
 6        Q    And who are the plaintiffs for whom you
 7   have submitted a report in this case?
 8        A    Well, I can tell you the names on the
 9   complaints.  As far as --
10        Q    Well, I would ask you not to look at
11   anything.  I'm just asking for your understanding.
12        A    I was not aware of specific plaintiffs at
13   the time that I did the report.
14        Q    Have you ever met Mr. Hardeman, sir?
15        A    No.
16        Q    Have you ever looked at his financial
17   records?
18        A    No.
19        Q    Do you know anything about his medical
20   history?
21        A    No.
22        Q    Have you reviewed any of his discovery
23   responses?
24        A    No.
25        Q    Do you know what particular Monsanto
```

Confidential - James A. Mills

1   products Mr. Hardeman claims he used?

2       A   Again, only to the extent that it's

3   mentioned in the complaint, and I would have to

4   look at that to refresh my memory.

5       Q   So you don't know off the top of your

6   head if there are specific Roundup products that

7   Mr. Hardeman claims he used?

8       A   I don't recall the specific names.

9       Q   Have you ever met Mrs. Stevick?

10      A   No.

11      Q   Have you looked at Mrs. Stevick's

12  financial records?

13      A   No.

14      Q   Do you know anything about Mrs. Stevick's

15  medical history?

16      A   No.

17      Q   Have you reviewed any of Mrs. Stevick's

18  discovery responses?

19      A   No.

20      Q   Do you know what particular Monsanto

21  products Mrs. Stevick claims she used?

22      A   Not outside -- again, referring to the

23  complaint.

24      Q   Have you ever met Mr. Gebeyehou?

25      A   No.

Confidential - James A. Mills

```
 1        Q    Have you looked at his financial records?

 2        A    No.

 3        Q    Do you know anything about his medical

 4   history?

 5        A    No.

 6        Q    Have you reviewed any of his discovery

 7   responses?

 8        A    No.

 9        Q    Do you know what particular Monsanto

10   products he claims he used?

11        A    No.

12        Q    Okay.  Now, I'd like to talk about your

13   CV.  I think we'll mark it as Exhibit 3.

14             (Deposition Exhibit 3 was marked for

15              identification.)

16   BY MS. RUBENSTEIN:

17        Q    Sir, is this your most up-to-date CV?

18        A    Yes.

19        Q    Okay.  Now, you have a BA from

20   Santa Clara University, correct?

21        A    Yes.

22        Q    And that's in economics?

23        A    Correct.

24        Q    You have a master's in applied economics,

25   right?
```

Confidential - James A. Mills

1      A    Yes.

2      Q    From San Jose State?

3      A    Correct.

4      Q    You don't have a Ph.D., correct?

5      A    Correct.

6      Q    And from about -- from 1987 to 2002, you

7  worked at Nieman Marcus; is that right?

8      A    Yes.

9      Q    Now, you started there as a security

10  guard, correct?

11     A    Correct.

12     Q    And that position didn't require any

13  specialized economics knowledge or training, right?

14     A    Correct.

15     Q    And you later became an investigator at

16  Nieman Marcus?

17     A    Right.

18     Q    That position did not require any

19  specialized economics knowledge or training, right?

20     A    Correct.

21     Q    You then became an assistant loss

22  prevention manager?

23     A    That's right.

24     Q    That position did not require any

25  specialized economics knowledge or training, right?

Confidential - James A. Mills

```
 1        A    Correct.

 2        Q    You then became a loss prevention manager

 3   at a store location?

 4        A    True.

 5        Q    That position did not require any

 6   specialized economics knowledge or training, right?

 7        A    Correct.

 8        Q    In 1997, you became an operations

 9   manager.

10        A    Right.

11        Q    And in that job, you had to do some

12   budgeting and expense control, right?

13        A    Correct.

14        Q    From 2002 to the present, you've been

15   with Robert W. Johnson & Associates, right?

16        A    Yes.

17        Q    When did you begin to serve as an -- as

18   an expert witness in economic?

19        A    2008.

20        Q    And you never took any classes that

21   specifically dealt with litigation economics?

22        A    Correct.

23        Q    Fair to say that your training in how to

24   do litigation economics came only from your job at

25   Johnson & Associates?
```

Confidential - James A. Mills

1          MR. BURTON:  I'll just object that it's

2   vague.

3          THE WITNESS:  Correct.  As to the

4   application of economic principles to litigation,

5   that's correct.

6   BY MS. RUBENSTEIN:

7      Q    What percentage of your time at Johnson &

8   Associates, currently, is spent on expert witness

9   work?

10     A    I really don't know.  Probably less than

11  50 percent.  Probably less than 25 percent.

12     Q    Is it true that in the past you spent

13  almost a hundred percent of your time on expert

14  witness work?

15     A    Well, so let's -- let's define what we're

16  talking about here.

17          When you say "expert witness work," I

18  think actual time in testimony versus time doing

19  analysis.  100 percent of my time is spent working

20  on economic analysis in litigated cases.

21     Q    Okay.  And you've been deposed over --

22  well, approximately 500 times, you testified

23  earlier?

24     A    Correct.

25     Q    As of today, how many times have you

Confidential - James A. Mills

1    provided in-court testimony?

2        A    Approximately 50.

3            MS. RUBENSTEIN:  Okay.  I'd like to mark

4    as Exhibit 4 your testifying history.

5            (Deposition Exhibit 4 was marked for

6            identification.)

7    BY MS. RUBENSTEIN:

8        Q    This copy of your testimony history was

9    attached to your report in this case, and it says

10   that it's dated from October 1st, 2014 to

11   October 31st of 2018.

12           Is this the most current list of your

13   testimony, sir?

14       A    I do believe there's one that goes

15   through November 31st of 2018.

16       Q    Okay.  Do you have a copy of that with

17   you today?

18       A    No.

19       Q    So at least according to Exhibit 4, you

20   have testified in 47 cases in the year 2018 alone,

21   right?

22       A    I haven't counted.  I'll take your word

23   for it.

24       Q    Yeah.  Any reason to disagree with me on

25   my counting there?

Confidential - James A. Mills

1    A    No.

2    Q    Okay.  And since there is an updated

3  version of this testimony list, do you know, as of

4  today, how many times you've testified in 2018?

5    A    I do not.

6    Q    Okay.  Now, just going back to your CV,

7  which we marked as Exhibit 3.

8          You list ten cases on page 2, correct?

9    A    Yes.

10    Q    In eight of those ten cases, you were

11  retained by the plaintiff, correct?

12    A    Correct.

13    Q    And only one of those cases you were

14  retained by the defendant.

15          One of them was a divorce case, correct?

16    A    Correct.

17    Q    Is that approximately the right

18  percentage of times that you testify for the

19  plaintiff versus the defendant, 80 percent of the

20  time?

21    A    So actually, I didn't testify in all

22  these cases.  Only the top five, I think, were

23  cases in which I testified.  The other cases are

24  cases in which I worked.

25          I can tell you, in terms of the cases in

Confidential - James A. Mills

1    which I have been the retained or the designated

2    economic expert, the vast majority have been by

3    plaintiff.  So maybe 90, 95 percent.

4          Q    Have you ever worked with the Miller firm

5    before?

6          A    On one other occasion, yes.

7          Q    One other, in addition to this occasion?

8          A    Correct.

9          Q    Two, total?

10         A    Right.

11         Q    Have you ever worked with Andrus Wagstaff

12   before?

13         A    I don't know.  Not directly, that I'm

14   aware of.

15         Q    And have you ever worked with Mr. Tsadik

16   before?

17         A    That name does not ring a bell.

18         Q    You don't recognize that as

19   Mr. Gebeyehou's lawyer?

20         A    I do not.

21         Q    Okay.  Do you teach accounting or

22   economics?

23         A    No.

24         Q    Have you published in accounting or

25   economics journals?

Confidential - James A. Mills

1      A    No.

2      Q    And you've never worked as an economist

3  outside of your work at Johnson & Associates,

4  right?

5      A    Correct.

6      Q    Since you have the Kahn versus Kahn case

7  listed on your CV, I just want to ask you about

8  that case.

9           It's true that your opinion in that case

10 was criticized by the Court for being unreliable,

11 correct?

12     A    Not that I'm aware of.

13          MS. RUBENSTEIN:  Okay.  I'd like to mark

14 the case of Kahn v. Kahn as Exhibit 5.

15          (Deposition Exhibit 5 was marked for

16          identification by the court reporter.)

17 BY MS. RUBENSTEIN:

18     Q    Take whatever time you need to look at

19 that.

20     A    Is there something in specific you'd like

21 to direct me to so...

22     Q    Yes.  If you could turn to page 3 of 15.

23 At the bottom of the second column, you'll see it

24 says:

25          "James Mills, a forensic economist,

Confidential - James A. Mills

```
 1                  testified for Barbara."

 2                  Do you see that?

 3        A    I do.

 4        Q    That's you, correct?

 5        A    It is.

 6        Q    Okay.  And if you would turn to page 7 of

 7   15, in the first column, the first full paragraph

 8   says:

 9                  "The Court rejected Mills's expert

10                  testimony as, 'based on unreasonable

11                  assumptions unsupported by the record,'

12                  and ultimately, 'too speculative to be

13                  given any weight.'"

14                  Did I read that correctly?

15        A    You did.

16        Q    Did you know that the Court had so

17   criticized your opinion?

18        A    No.

19        Q    Okay.  You can put that aside.

20             Mr. Mills, you charge $595 for your time,

21   correct?

22        A    Correct.

23        Q    And your colleague, Mr. Johnson, charges

24   $700 an hour?

25        A    Correct.
```

Confidential - James A. Mills

1          MS. RUBENSTEIN:  Okay.  I'd like to mark

2     the invoices that counsel provided to Monsanto this

3     morning, so let's do one at a time.

4          So as Exhibit 6, I'm going to mark your

5     invoice from this litigation.

6          MR. BURTON:  I'm just going to object.

7          When you say "this litigation," are you

8     putting in all the invoices from all the Roundup

9     cases?

10         MS. RUBENSTEIN:  Good point.

11         I will mark as Exhibit 6 the invoice that

12    says "Monsanto MDL."

13            (Deposition Exhibit 6 was marked for

14             identification by the court reporter.)

15    BY MS. RUBENSTEIN:

16      Q    Sir, this is an invoice that you provided

17    to the Miller firm, correct?

18      A    Correct.

19      Q    Dated November 20th, 2018?

20      A    Correct.

21      Q    And the description of the work is

22    "Punitive Damages Analysis," correct?

23      A    Yes.

24      Q    And you have 8.7 hours listed?

25      A    Correct.

Confidential - James A. Mills

1      Q    And the amount of the invoice is

2    $4,976.80?

3      A    Yes.

4      Q    Is that the total you've billed the

5    Miller firm to date?

6      A    For this case, yes.

7      Q    And by -- and by "this case," you mean

8    your work in the MDL?

9      A    That is correct, yes.

10     Q    You were also engaged to provide an

11   expert opinion in the Johnson case, right?

12     A    Yes.

13     Q    Okay.

14          MS. RUBENSTEIN:  So now I'll mark the

15   invoices we received in the Johnson case as

16   Exhibit 7.

17              (Deposition Exhibit 7 was marked for

18               identification.)

19   BY MS. RUBENSTEIN:

20     Q    And you billed over $25,000 in that case,

21   right?

22     A    About that, yeah.

23     Q    And if you turn to page 5, it looks like

24   you charged $5,000 for a punitive damages analysis?

25     A    That's correct.

Confidential - James A. Mills

1      Q    What work did you do in this case for the

2  MDL report you provided that you did not do for the

3  Johnson case for your punitive damages analysis?

4      A    The work, in terms of Monsanto, was

5  similar, pulling the documents and preparing the

6  report, having the report reviewed.

7      Q    Okay.  So in Exhibit 6, which we just

8  looked at, your invoice for the punitive damages

9  analysis in the MDL, that says you spent 8.7 hours

10 doing the punitive damages analysis, right?

11     A    Correct.

12     Q    So I'm just trying to understand, what

13 did you spend 8.7 hours doing that you didn't do in

14 the Johnson case?

15     A    Well, so you're assuming it wasn't done

16 in the Johnson case.  Again, the work is the same:

17 Pull the documents, find the information, prepare

18 the reports, have them reviewed for accuracy and

19 then send them out.

20          So the work was substantially similar

21 between the two cases.

22          MS. RUBENSTEIN:  All right.  Now I'd like

23 to mark the report you provided in this case.  And

24 that will be Exhibit 8.

25

Confidential - James A. Mills

```
 1              (Deposition Exhibit 8 was marked for

 2              identification.)

 3   BY MS. RUBENSTEIN:

 4        Q    Exhibit 8 is the report you submitted in

 5   this case, sir?

 6        A    Yes.

 7        Q    And that's the report that took you

 8   8.7 hours to complete?

 9        A    That's correct.

10        Q    And the report was signed both by you and

11   your colleague, Mr. Johnson?

12        A    Correct.

13        Q    You are the only one who will be

14   testifying about this report, correct?

15        A    That is correct.

16        Q    Who prepared the report?

17        A    So it was -- the bulk of the work was

18   done by one of the other economists in our office.

19   His name is Oscar Acosta.

20        Q    And the preparation of the report was

21   billed at your hourly rate?

22        A    No.  It was billed at whatever the

23   appropriate hourly rate was.  So whatever my time

24   was, whatever his time was, whatever Mr. Johnson's

25   time was would have been billed accordingly.
```

Confidential - James A. Mills

1      Q    So if you go back to Exhibit 6 with me --
2  that's the invoice for your work on the MDL
3  report -- and you divide the roughly 5,000 amount
4  of the invoice by 8.7 hours, you get roughly --
5  your hourly rate, 571, approximately; is that
6  right?
7      A    So what that should tell you then is the
8  bulk of that was billed at less than my hourly
9  rate.  And again, that's because Mr. Acosta's time,
10  which is less than mine by, I believe, $20 an hour,
11  would have been the majority of that time.
12      Q    Do you know if your colleague,
13  Mr. Johnson, reviewed the report?
14      A    He did.
15      Q    In past cases, you have calculated
16  economic damages suffered by a particular
17  plaintiff, right?
18      A    Correct.
19      Q    You have not done that for Mr. Hardeman's
20  case, correct?
21      A    Correct.
22      Q    You have not done that for Mrs. Stevick's
23  case?
24      A    Correct.
25      Q    You have not analyzed Mr. Gebeyehou's

Confidential - James A. Mills

1    economic damages, if any, correct?

2         A    Correct.

3         Q    You're not offering any opinion as to any

4    plaintiffs' economic damages here, right?

5         A    Not that I've been asked to do, that's

6    correct.

7         Q    And your entire analysis in Exhibit 8

8    relates to Monsanto's finances?

9         A    Correct.

10         Q    You would agree that it's important when

11   conducting an economic analysis to analyze the most

12   up-to-date financial information, right?

13         A    I would.

14         Q    And that's because the most up-to-date

15   information provides the most accurate picture of a

16   company's financial condition?

17         A    Well, the most current picture.

18         Q    The most current picture of a company's

19   financial situation?

20         A    Correct.

21         Q    In preparing your report, you looked at a

22   number of publicly available Monsanto financial

23   statements, right?

24         A    That's true.

25         Q    And you only reviewed public financial

Confidential - James A. Mills

1  documents, right?

2        A     Correct.

3        Q     And those are listed on the first page of

4  Exhibit 1 of your report?

5        A     That's right.

6        Q     So those would be the 2014 through 2017

7  Monsanto 10-K forms; the February 28th, 2018

8  Monsanto 10-Q form; the 2017 Monsanto proxy

9  statement; the June 2018 Monsanto 8-K; and Monsanto

10  and Bayer news releases?

11        A     Correct.

12        Q     Do you recall which Monsanto and Bayer

13  news releases you reviewed?

14        A     I think, generally speaking, they're ones

15  that were dated June 7 of 2018 that had to do with

16  the -- the completion of the merger.

17        Q     Those are the only Monsanto and Bayer

18  news releases you reviewed?

19        A     There was one other that I can think of

20  offhand, that I don't recall the date of, that

21  indicated that the CEO of Monsanto would be leaving

22  after the merger.

23        Q     The list here on Exhibit A of your

24  report, that's an exhaustive list of the materials

25  you reviewed in preparing this report?

Confidential - James A. Mills

1      A    In terms of what's in the report, that's

2    correct.

3      Q    Fair to say that in preparing the report,

4    you didn't review any deposition testimony in this

5    case?

6      A    Correct.

7      Q    In preparing this report, you did not

8    review any company emails?

9      A    Correct.

10      Q    On Exhibit A of your report, there's a

11    section that says "Opinions," right?

12      A    Yes.

13      Q    And it says:

14           "My primary task was to frame, in

15           economic terms, the financial condition

16           of Monsanto Company.  The financial

17           condition encompasses the areas of

18           financial health, wealth and economic

19           status.  My presentation in regards to

20           this company is attached."

21           Did I read that correctly?

22      A    You did.

23      Q    And then you attach a series of slides

24    that list some of Monsanto's financial figures?

25      A    Correct.

Confidential - James A. Mills

```
1        Q    It's fair to say that nowhere in this
2   report do you provide an opinion on Monsanto's
3   specific ability to pay a punitive damages award?
4        A    In terms of a specific amount, that's
5   correct.
6        Q    So you're not offering an opinion on a
7   specific dollar amount of Monsanto's ability to
8   pay?
9        A    So it's my understanding that an amount
10  of punitive damages -- if punitive damages were
11  found -- would be within the purview of the trier
12  of fact.
13            I could certainly give an opinion as to
14  what I thought about a certain amount, if one were
15  put out there, but coming to an amount is outside
16  of my area as I understand it.
17       Q    Right.  So you did not include a specific
18  dollar figure in your report?
19       A    Correct.
20       Q    And you're not providing --
21            MR. BURTON:  What the punitive damages
22  would be?
23            MS. RUBENSTEIN:  Correct.  Yeah, let
24  me -- let me clarify that for the record.
25
```

Confidential - James A. Mills

1    BY MS. RUBENSTEIN:

2        Q    In your report, you did not provide a

3    specific dollar figure for Monsanto's ability to

4    pay a punitive damages amount?

5        A    Correct.

6        Q    And you are not offering an opinion that

7    Monsanto is able to pay a specific dollar amount in

8    punitive damages, correct?

9        A    In terms of an amount, that's right.  My

10   opinion is that there are amounts that would be

11   available to pay, but I do not have a specific

12   amount to give you.

13       Q    And you have no opinion in this case that

14   punitive damages are warranted, right?

15       A    Correct.

16       Q    You have no opinion on Monsanto's

17   conduct?

18       A    Correct.

19       Q    You have not reviewed any of the science

20   relevant to this case?

21       A    I have not.

22       Q    And you have not reviewed the testimony

23   of any company employee?

24       A    I have not.

25       Q    All right.  So let's dive into the slides

Confidential - James A. Mills

1    attached to your report.

2              If you could, turn to the slide on net

3    sales.

4              So here you have a series of figures

5    listed under the heading "Net Sales," and you have

6    listings for the years 2013 through 2017, correct?

7        A    Correct.

8        Q    And all of these numbers came from

9    Monsanto's various 10-K reports?

10       A    So actually, these numbers came

11   specifically from the 2017 10-K report.

12       Q    Okay.  Came from the 2017 10-K report.

13             You yourself did not do any analysis to

14   reach these numbers, right?

15       A    Correct.  They're taken as reported.

16       Q    And no economic training was required to

17   find these numbers in Monsanto's financial reports?

18       A    No.  They are published and printed

19   there.

20       Q    What is the definition of net sales?

21       A    Well, net sales, generally -- and it

22   appears to follow this definition for Monsanto --

23   would be sales less returns, less customer

24   adjustments, incentives and that sort of thing.

25       Q    So you agree that net sales don't

Confidential - James A. Mills

1   incorporate the costs associated with generating

2   those sales?

3       A    Correct.  So the costs or cost of goods

4   sold or expenses would come after this number.

5       Q    So you're not suggesting that Monsanto

6   has -- for instance, if you take the 2017 number

7   you listed on your slide, you're not suggesting

8   that Monsanto had $14.6 billion available to it

9   with which to pay a judgment, right?

10      A    Well, I'm not suggesting that all of the

11  revenue ended up as net income.

12      Q    Right.  And you agree that the amount of

13  net sales would not all be attributable to sales of

14  Roundup, right?

15      A    Correct.

16      Q    And you don't know how much the net --

17  how much the net sales figure -- sorry, strike

18  that.

19           Let me try that again.

20           You don't now how much the sale of

21  Roundup contributed to the net sales figure?

22      A    Correct.  That's not something I was

23  asked to look at.

24      Q    Are you aware that many different

25  products fall under the Roundup brand?

Confidential - James A. Mills

1      A      I have no idea how many products come

2   under that brand.

3      Q      So you don't know, for instance, how much

4   the sale of lawn and garden Roundup products

5   contributed to total net sales, right?

6      A      I do not.

7      Q      And you don't know how much the sale of

8   agricultural Roundup products contributed to the

9   total net sales?

10      A      Correct.

11      Q      And you don't know how much the sale of

12   industrial turf and ornamental Roundup products

13   contributed to total net sales?

14      A      That's correct.

15      Q      And Monsanto sells many other products,

16   right?

17      A      They have other products, yes.

18      Q      Do you have any understanding as to what

19   other products Monsanto sells?

20      A      Other than seeds, specifically, I don't

21   know.  I know they have two different operating

22   segments.  I have no idea how many different

23   products they sell.

24      Q      And the net sales figures you have listed

25   on this slide, it's impossible to tell from looking

Confidential - James A. Mills

1    at them how much any particular product contributed

2    to those numbers, right?

3          A    Correct.  This is consolidated total

4    company net sales.

5          Q    Right.  Now, at the bottom of this slide,

6    you have listed revenues per day of $40 million in

7    fiscal year 2017, right?

8          A    Correct.

9          Q    To calculate that number, you would

10   simply take the 14.6 billion you have listed in net

11   sales from that year and divide it by 365, right?

12         A    Correct.

13         Q    You would agree with me that a degree in

14   economics is not necessary to divide 14.6 billion

15   by 365, right?

16         A    I agree.

17         Q    And this number, you agree, net revenues

18   per day, is derived from net sales?

19         A    Correct.

20         Q    Meaning that net revenues per day does

21   not take into account costs associated with

22   generating those sales?

23         A    That's correct.

24         Q    And you would agree that this figure does

25   not indicate that Monsanto's profit was $40 million

Confidential - James A. Mills

1  per day, right?

2      A    That's correct.

3      Q    So you're not suggesting that Monsanto

4  has $40 million per day with which to pay a

5  judgment, right?

6      A    Well, I would say, again, if we stick to

7  talking about revenue, not all of this revenue

8  ended up as profit.

9      Q    Right.  Revenue is different from profit,

10  correct?

11      A    Correct.

12      Q    And you would agree that not all of the

13  revenue per day is attributable to Roundup?

14      A    That's probably true.

15      Q    And you don't know how much the sale of

16  Roundup contributed to revenues per day, right?

17      A    That's true.

18      Q    And you don't know how much the sale of a

19  lawn and garden Roundup product contributed to

20  revenues per day?

21      A    True.

22      Q    All right.  So go to the next slide,

23  please.

24          On this slide, you list net income

25  figures for 2013 through 2017, right?

Confidential - James A. Mills

1      A     Yes.

2      Q     And all of those numbers came from the

3   fiscal year 2017 10-K?

4      A     Correct.

5      Q     You did not personally do any analysis to

6   arrive at these numbers?

7      A     Correct.

8      Q     And no economic training was needed to

9   find these numbers in Monsanto's Form 10-K?

10     A     That's correct.

11     Q     What is net income?

12     A     Net income is revenue, net sales less the

13  expenses that were required in order to generate

14  that revenue.  So that is accounting profit, if you

15  will, including noncash items after taxes.

16     Q     Including noncash items, you said.

17           So tell us what noncash items are.

18     A     Well -- pardon me.

19           This information is -- is on an accrual

20  basis.  In other words, it shows you what sales

21  were generated in a time period and the expenses

22  that were necessary to generate those sales, but it

23  doesn't tell you exactly when the actual cash

24  changed hands.

25           So that's -- this is on an accrual basis

Confidential - James A. Mills

1  that includes, for instance, expenses that were

2  recorded but not actually paid.

3      Q    So a net income figure does not

4  necessarily reflect money that the company has

5  immediately available to it to pay a judgment,

6  right?

7      A    Correct.

8      Q    And you agree that net income is not all

9  attributable to Roundup?

10     A    Correct.

11     Q    You don't know how much Roundup

12 contributed to the net income figure for any given

13 year?

14     A    That is correct.

15     Q    And you don't know how much lawn and

16 garden Roundup products contributed to the net

17 income figure for any given year?

18     A    That's correct.

19     Q    If you turn with me to the next slide,

20 please, on net worth.

21         On this slide, you have listings of net

22 worth for the years 2013 through 2017, and then for

23 the second quarter of 2018, right?

24     A    That is correct.

25     Q    And you arrived -- you found all of these

Confidential - James A. Mills

1    numbers in Monsanto's 10-K reports and the 10-Q

2    report for the second quarter of 2018?

3         A    That's correct.

4         Q    In calculating net worth, did you take

5    the amount of total assets and subtract from that

6    number total current liabilities and other debts?

7         A    That's what the number is.  However,

8    again, as with the other numbers, it is a reported

9    number, so no math is necessary to get there.

10        Q    Okay.  So no -- no degree in economics is

11   necessary to figure out these numbers?

12        A    Correct.

13        Q    What is net worth?

14        A    Net worth is the assets of a company less

15   the claims against those assets.

16        Q    All right.  So talking about the positive

17   side of the equation, the assets, assets can

18   include cash and cash equivalents, right?

19        A    Correct.

20        Q    And inventory?

21        A    Yes.

22        Q    Inventory is not liquid, right?

23        A    Well, not in the sense of it can be used

24   immediately to satisfy debts.  It usually would

25   have to be converted to cash.

Confidential - James A. Mills

1      Q    And assets also include property, plants

2   and equipment, right?

3      A    Correct.

4      Q    Do you know where Monsanto has property?

5      A    I don't know all the places where they

6   have property, no.

7      Q    Do you know where Monsanto has plants?

8      A    No.

9      Q    Do you know what kind of equipment would

10   be included in these assets?

11      A    No.

12      Q    Assets also include goodwill, right?

13      A    Yes.

14      Q    What is goodwill?

15      A    Goodwill is an accounting entry.  It's

16   effectively an asset that's created when a company

17   pays more for another company than their assets are

18   worth.

19      Q    You're not suggesting that the net worth

20   figure is an amount that would be immediately

21   available to Monsanto to pay a judgment, right?

22      A    Correct.

23      Q    And if Monsanto sold its assets, it would

24   take away the company's ability to make future

25   income, right?

Confidential - James A. Mills

```
 1        A     If it sold all of its assets, sure.

 2        Q     And you're not suggesting, for instance,

 3   that the company could convey its goodwill as a

 4   means of paying a judgment, right?

 5        A     Correct.

 6        Q     And you would agree with me that the net

 7   worth figure for any given year is not all

 8   attributable to Roundup?

 9        A     Right.

10        Q     You don't know how much Roundup

11   contributed to the company's net worth figure?

12        A     I do not.

13        Q     If you can turn with me to the next slide

14   on cash on hand.

15              On this slide, you list cash on hand

16   figures for the years 2013 through 2017 and for the

17   second quarter of 2018, right?

18        A     Correct.

19        Q     And these numbers all come from

20   Monsanto's 10-K reports and its second quarter 2018

21   10-Q report, right?

22        A     That's correct.

23        Q     You did not personally do any analysis to

24   arrive at the cash on hand numbers?

25        A     That's right.
```

Confidential - James A. Mills

1      Q    And no economic training is needed to

2    find these numbers in Monsanto's financial

3    statements?

4      A    That's correct.

5      Q    What is cash on hand, sir?

6      A    Cash on hand is generally going to be

7    actual cash and short-term investments that could

8    be converted to cash within 90 days.

9      Q    And you can't tell from this figure the

10   form that the cash on hand takes, right?

11     A    Correct.

12     Q    And the cash on hand figure doesn't

13   indicate, for instance, how much current

14   liabilities are, right?

15     A    Well, no, you'd have to look at the

16   actual current liabilities.

17     Q    Right.  And it's possible that the

18   current liabilities could be greater than the

19   amount of cash on hand, right?

20     A    Well, that's not accurate, at least

21   through what has been reported by Monsanto.

22          Well, let me make sure and clarify that.

23   There -- it's possible that the current assets or

24   the current liabilities, rather, are greater than

25   cash; however, the current assets have, in general,

Confidential - James A. Mills

1    been greater than the current liabilities.

2         Q    Okay.  But we're talking about cash on

3    hand here.

4              So my question is:  It's possible for

5    current liabilities to be greater than the amount

6    of cash on hand, right?

7         A    Sure.

8         Q    Okay.  So you agree with me that cash on

9    hand is not -- the cash on hand figure is not

10   necessarily money that the company immediately has

11   available to pay a judgment, right?

12        A    I don't think I would agree with that as

13   a general statement, no.

14        Q    So if the company had current liabilities

15   it had to pay, you would agree that the company

16   would have to take those current liabilities into

17   account before paying a judgment?

18             MR. BURTON:  Well, I'm just going to

19   object that it's an incomplete hypothetical in

20   accounting -- liabilities could go several years

21   out.

22             But you can go ahead --

23             MS. RUBENSTEIN:  Right.  I asked about

24   current liability, so...

25             THE WITNESS:  Sure.  So what I'm looking

Confidential - James A. Mills

1    at is a long history of the company and their

2    operations.  And what we see is, at the end of any

3    period, after paying their bills, after sending out

4    dividends, after repurchasing their own stock,

5    after satisfying whatever their liabilities would

6    have been in that period, they still have, you

7    know, anywhere from 1.7 to $3.7 billion of cash on

8    hand.

9          So to the extent that a punitive damages

10   judgment was one of their liabilities, then however

11   that fit into those liabilities, that I can't

12   answer.

13   BY MS. RUBENSTEIN:

14   Q    You can't tell from looking at these cash

15   on hand figures, for instance, if some amount of

16   cash was earmarked for business necessities, right?

17   You can't tell that from looking at these numbers?

18         MR. BURTON:  Well, just object that it's

19   vague.

20         THE WITNESS:  Well, so earmarked -- so

21   again, you -- if we're talking about accounting,

22   earmarked says to me that there's some sort of

23   liability that has to be paid, so that liability

24   would have been recorded in the current or

25   long-term liabilities.

Confidential - James A. Mills

```
1    BY MS. RUBENSTEIN:

2        Q    Would you agree with me that the cash on

3    hand figure is not all attributable to sales of

4    Roundup?

5        A    Yes.

6        Q    And you don't know how much Roundup

7    contributed to the cash on hand figure?

8        A    Correct.

9        Q    You don't know how much lawn and garden

10   Roundup products contributed to the cash on hand

11   figure?

12       A    Correct.

13       Q    All right.  If you turn with me to the

14   next slide on cash flow.

15            You list here numbers for cash flow for

16   the years 2013 through 2017?

17       A    Correct.

18       Q    And these numbers come from Monsanto's

19   10-K reports, right?

20       A    That's correct.

21       Q    You personally did not do any analysis to

22   arrive at the cash flow numbers?

23       A    Correct.

24       Q    And no economic training is necessary to

25   find these numbers in Monsanto's financial
```

Confidential - James A. Mills

1    statements?

2         A     Sure.

3         Q     What is cash flow, Mr. Mills?

4         A     Cash flow is effectively the actual cash

5    profit from operations.

6               So a few minutes ago, we talked about net

7    income, we talked about the fact that there are

8    noncash transactions in net income.

9               So in accounting, what you do is, you

10   take net income, and then you adjust it for actual

11   cash that was received during the period, actual

12   cash that was sent out during the period, and

13   you're basically converting net income from an

14   accrual to a cash basis.

15              And what you have left is what would be

16   your cash profit for that period.

17        Q     And you agree with me that cash flow is

18   not all attributable to Roundup?

19        A     Correct.

20        Q     You don't know how much Roundup

21   contributed to the cash flow figure?

22        A     Correct.

23        Q     You don't know how much lawn and garden

24   Roundup products contributed to the cash flow

25   figure?

Confidential - James A. Mills

1        A       Correct.

2        Q       Okay.  If you turn with me to capital

3    expenditures on the next slide.

4                You list here capital expenditures for

5    the years 2013 through 2017?

6        A       Correct.

7        Q       These numbers all come from Monsanto 10-K

8    reports, right?

9        A       Correct.

10       Q       You did not personally do any analysis to

11   arrive at these figures?

12       A       That's right.

13       Q       And no economic training is necessary to

14   find these numbers in Monsanto's financial

15   statements?

16       A       That's correct.

17       Q       What are capital expenditures?

18       A       Capital expenditures are generally money

19   spent for additions to property, plant and

20   equipment.

21               So it would be building new buildings,

22   buying new computers, buying new manufacturing

23   machines, that sort of thing.

24       Q       And a company may need to make large

25   investments into these things for the good of its

Confidential - James A. Mills

1    continued operations, right?

2        A    Correct.

3        Q    Do you know what Monsanto used capital

4    expenditures for?

5        A    Not specifically, no.

6        Q    Do you know how the capital expenditures

7    were funded?

8        A    Not specifically, no.

9        Q    They could have been financed through

10   debt, right?

11       A    Well, so they could have been -- that is

12   correct, they could have been paid for in cash,

13   financed over time, leased.

14       Q    And you're not -- I'm sorry, sir, I

15   didn't mean to cut you off.  Please finish.

16       A    No, I'm done, thank you.

17       Q    And you're not suggesting that the amount

18   of capital expenditures is an amount of money that

19   Monsanto has immediately available to it to pay a

20   judgment, right?

21       A    No.  What I'm suggesting is that capital

22   expenditures are an indication of the company's

23   willingness to and belief in investing for the

24   future.

25       Q    Right.  And capital expenditures are, by

Confidential - James A. Mills

 1  definition, money out the door, right?

 2      A    That's right, correct.

 3      Q    And you would agree with me that capital

 4  expenditures are not all attributable to Roundup?

 5      A    Probably not.

 6      Q    And you don't know how much capital

 7  expenditures were related to investments in

 8  Roundup, right?

 9      A    Correct.

10      Q    And you don't know how much capital

11  expenditures were related to investments for

12  Roundup lawn and garden products, right?

13      A    Correct.

14      Q    All right.  Please turn to the next slide

15  on free cash flow.

16           You list here cash flow figures for the

17  years 2013 through 2017, right?

18      A    Correct.

19      Q    And the free cash flow figures come from

20  Monsanto's 10-K reports, right?

21      A    That's right.

22      Q    You did not personally do any analysis to

23  arrive at these numbers?

24      A    Well, it's very simple math.  It's cash

25  flow less capital expenditures.

Confidential - James A. Mills

1      Q    Right.  And these numbers are listed,

2  themselves, in Monsanto's Form 10-Ks, right?

3      A    I'd have to go back and look.  Some

4  companies list them; most don't.

5      Q    But you would, at least, agree with me

6  that no economic training is required to arrive at

7  these numbers, right?

8      A    Yes.

9      Q    What is free cash flow?

10     A    So free cash flow is, generally speaking,

11  a measure of liquidity.  It is cash flow from

12  operations less capital expenditures.  It's also,

13  specifically to Monsanto, a measure of performance

14  for compensation.

15     Q    When you say it's a measure for

16  performance in compensation, what do you mean by

17  that?

18     A    Well, what I mean is it's stated in -- I

19  believe it was in the 10-K that one of the measures

20  or one of the metrics used for incentive

21  compensation -- I don't remember it specifying for

22  which employees.  In other words, executives versus

23  line employees.

24          But usually, it's an executive

25  compensation metric in terms of measuring

Confidential - James A. Mills

1    performance for incentives.  You know, payroll

2    incentives.

3         Q    Okay.  And you did not include anything

4    about the relation between free cash flow and

5    executive compensation in your report, right?

6    Those details are not here?

7         A    Correct.

8         Q    The free cash flow -- you would agree

9    with me that free cash flow is not all attributable

10   to Roundup?

11        A    Probably true, yes.

12        Q    And you don't know how much of the free

13   cash flow is attributable to Roundup?

14        A    Correct.

15        Q    For instance, you don't know how much of

16   the free cash flow is attributable to Roundup lawn

17   and garden products, right?

18        A    True.

19        Q    Okay.  If you would turn to the next

20   slide on dividends, sir.

21             And here you list dividends paid for the

22   years 2013 through 2017, and you have a figure for

23   the second quarter of 2018, as well, right?

24        A    Correct.

25        Q    You did not personally do any analysis to

Confidential - James A. Mills

1    arrive at these numbers?

2        A    Correct.

3        Q    No economic training is required to find

4    these figures in Monsanto's 10-K and 10-Q reports,

5    right?

6        A    Correct.

7        Q    What are dividends?

8        A    So dividends are returns of excess profit

9    paid to the owners of the company.

10       Q    And would you agree that part of the

11   reason investors purchase a particular company's

12   stock is because the company will return wealth to

13   its shareholders through dividends?

14       A    That can certainly be a consideration.

15       Q    And you're not suggesting that the amount

16   of -- the amount that Monsanto paid in dividends is

17   available to the company to pay a judgment, right?

18       A    Well, certainly not the money that's

19   already been spent.

20            What I am suggesting is that a company

21   that has enough excess cash to pay almost a billion

22   dollars a year in dividends -- in other words, a

23   company that's saying we have no better investment

24   other than to return this money, certainly has the

25   ability and the liquidity on a regular basis to pay

Confidential - James A. Mills

1    punitive damages -- to pay a punitive damages

2    verdict, excuse me.

3         Q    Right.  So you just said that you're not

4    saying that the amount of money already spent --

5    you're not saying that amount of money is available

6    to the company to pay a damages figure, right?

7         A    Right.  In other words, the dividends

8    that have been paid, have been paid.

9         Q    Right.  And so the figures listed on this

10   slide are numbers that have already been paid,

11   right?

12        A    Correct.

13        Q    Okay.  If -- are you aware of who the

14   shareholders were who received these dividends?

15        A    No.

16        Q    All right.  If you turn with me to the

17   next slide on stock repurchases.

18             Here you list stock repurchase figures

19   for the years 2013 through 2017?

20        A    Correct.

21        Q    And you found these numbers in Monsanto's

22   10-K reports?

23        A    Correct.

24        Q    You personally did not do any analysis to

25   arrive at these figures?

Confidential - James A. Mills

1     A     That's correct.

2     Q     Why do companies repurchase stock?

3     A     Well, there can be several reasons.  One

4     can be to boost their stock price; one can be to

5     have stock on hand for compensation.  It -- those

6     are kind of the two most often cited.  It depends

7     on why the board makes that decision.

8     Q     And you're not suggesting that the money

9     spent on stock repurchases is money Monsanto has

10    available to pay a judgment, right?

11    A     Well, so that's an interesting question.

12    If this were still a publicly-traded company, we'd

13    have a little more robust conversation.  But what I

14    am saying is, similar to dividends, this is a

15    company that, based on its track record of revenue

16    and net income, has had 1 to $7 billion in excess

17    money that they did not have a better investment

18    for.

19          So again, the history of the company

20    being able to pay those amounts is what we're

21    looking at.  But the money that was already spent,

22    no.

23    Q     What's your basis for saying that they

24    had no better use for the money?

25    A     Well, a board of directors and management

Confidential - James A. Mills

1    of a company has responsibility to their

2    stockholders to maximize their return.  If they

3    have better investments rather than buying their

4    own stock, as a finance theory, that's what they're

5    going to do.

6        Q    You haven't reviewed any internal

7    Monsanto company documents, right?

8        A    Correct.

9        Q    So you don't actually know what the

10   money -- what the company could have spent its

11   money on?

12       A    That's right.  I see no discussions of

13   what their options were.

14       Q    Right.  And you agree that the figures

15   listed on your slide on stock repurchases, that

16   money is no longer available to the company, it's

17   already been spent?

18       A    That money was spent.

19       Q    And you agree -- would you -- do you

20   agree that no portion of the stock repurchase money

21   is connected to Roundup somehow?

22       A    Well, I mean, I don't think we can say no

23   amount because, again, it comes out of funds that

24   have been generated, you know, by the company, some

25   of which was Roundup.  As to how much was Roundup,

Confidential - James A. Mills

1    I don't know.

2         Q    Okay.  So you -- there is no way to tell

3    from looking at these numbers listed on your slide

4    if any portion is somehow connected to Roundup?

5         A    Well, I would say how much, but again, I

6    don't know.  Between zero and a hundred percent?  I

7    don't know.

8         Q    Right.  So it could be zero.

9              So there's a chance that no portion of it

10   is connected to Roundup?

11        A    Well, I find that unlikely.  Again, you

12   have to look at revenue and net income as a

13   proportion of the business, but there's no detail,

14   that I've seen.

15        Q    If you turn with me to the next slide on

16   R&D expenditures.

17             You list R&D expenditure figures for the

18   years 2013 through 2017.

19        A    Correct.

20        Q    And these figures all come from Monsanto

21   10-K reports, right?

22        A    Correct.

23        Q    You personally did not do any analysis to

24   arrive at these numbers?

25        A    Correct.

Confidential - James A. Mills

1    Q    And no economics training is necessary to

2    find these numbers in Monsanto's Form 10-Ks?

3    A    Correct.

4    Q    What are R&D expenditures?

5    A    So research and development are

6    expenditures, generally, in either developing new

7    products or improving on existing products.

8    Q    And you agree that the money spent on R&D

9    is necessary to maintain a company as a going

10   concern?

11   A    Well, you know, the company probably

12   deemed it necessary.  What it really is, is it's a

13   financial decision based on an analysis that

14   whoever makes the -- if a company makes the

15   investment, they expect to profit from that

16   investment.

17   Q    And the figures listed on your slide for

18   R&D expenditures are money the company has already

19   spent, right?

20   A    Correct.

21   Q    These specific figures are not available

22   to the company in order to pay a judgment, right?

23   A    Correct.

24        THE REPORTER:  Can we take a short break.

25        MS. RUBENSTEIN:  Of course.

Confidential - James A. Mills

1          THE VIDEOGRAPHER:  This marks the end of

2    Media 1, Volume I in the deposition of James Mills.

3    The time is 2:55, and we're off the record.

4               (Short break taken.)

5          THE VIDEOGRAPHER:  This marks the

6    beginning of Media 2, Volume I in the deposition of

7    James Mills.  The time is 3:00, and we are back on

8    the record.

9    BY MS. RUBENSTEIN:

10        Q    Mr. Mills, could you please turn to the

11   next slide on advertising expenditures.

12             Here you have figures for advertising

13   expenditures for the years 2013 through 2017,

14   right?

15        A    Correct.

16        Q    These numbers come from Monsanto's 10-K

17   reports?

18        A    Correct.

19        Q    You personally did not do any analysis to

20   arrive at these numbers?

21        A    Correct.

22        Q    And no economics training is necessary to

23   find these numbers in Monsanto's Form 10-Ks?

24        A    Correct.

25        Q    What are advertising expenditures?

Confidential - James A. Mills

1      A    Well, advertising expenditures are just

2   that, the money spent for advertising, be it print,

3   radio, TV or other media.

4      Q    Companies need to spend money on

5   advertising to generate sales of its products?

6      A    Well, a company --

7           MR. BURTON:  Speculation.

8           But go ahead.

9           THE WITNESS:  Companies can spend

10  products.  They have to decide -- or spend money on

11  advertising, excuse me.

12          They have to decide if they can afford to

13  spend that money and how much to spend.

14  BY MS. RUBENSTEIN:

15     Q    The figures listed on your slide on

16  advertising expenditures, those are figures

17  representing money that Monsanto has already spent,

18  right?

19     A    Correct.

20     Q    So these dollar amounts are not amounts

21  that Monsanto has available to it to pay a

22  judgment?

23     A    Those past amounts, that's correct.

24     Q    And you would agree that not all

25  advertising expenditures are attributable to

Confidential - James A. Mills

1  Roundup?

2      A    Probably not.

3      Q    You don't know how much of the

4  advertising expenditure figures listed on this

5  slide are attributable to Roundup?

6      A    Correct.

7      Q    You don't know how much of the

8  advertising expenditure amounts listed on this

9  slide are attributable to Roundup lawn and garden

10  products?

11     A    Correct.

12     Q    If you could turn to the next slide on

13  audit fees.

14           You have audit fees listed for fiscal

15  year 2016 and 2017?

16     A    Correct.

17     Q    These figures come from Monsanto's 2017

18  proxy statement, right?

19     A    Yes.

20     Q    You personally did not do any analysis to

21  arrive at these figures?

22     A    That's correct.

23     Q    No economic training is required to find

24  these numbers in Monsanto's proxy statement?

25     A    Correct.

Confidential - James A. Mills

1      Q    What are audit fees?

2      A    So this would be the amount of money that

3   Monsanto paid to its accounting company to compile

4   and audit their financials.  It's included simply

5   to show that this is a company that took the steps

6   in order to produce accurate and reliable financial

7   statements.

8      Q    And, in fact, public companies like

9   Monsanto are required to have their financial

10  statements audited, right?

11     A    That's my understanding.

12     Q    There's nothing irregular about that

13  practice?

14     A    Not at all.

15     Q    The amount that Monsanto paid in audit

16  fees is about what you'd expect for a company of

17  its size, right?

18     A    Yes.

19     Q    You're not suggesting that the figures

20  listed here is money the company has available to

21  it to pay a judgment, right?

22     A    Correct.

23     Q    And you can't tell from the figures

24  listed here what amount, if any, is related to

25  auditing work done related to Roundup products?

Confidential - James A. Mills

1        A      Correct.

2        Q      And if you turn to the next slide, you

3   include a figure for CEO payment and termination

4   payments on, actually, this slide in combination

5   with the slide that follows, right?

6        A      Correct.

7        Q      And on this slide, you list Hugh Grant's

8   2017 compensation package, right?

9        A      Correct.

10       Q      These figures come from Monsanto's 2017

11   proxy statement?

12       A      Yes.

13       Q      You personally performed no analysis to

14   arrive at these numbers?

15       A      Correct.

16       Q      At the bottom, you list total

17   compensation of about $19.4 million, right?

18       A      Yes.

19       Q      These figures -- sorry.

20              That total figure includes salary, as

21   well as stock awards and other compensation, right?

22       A      Exactly.

23       Q      Are you aware of whether Hugh Grant

24   remains the CEO of Monsanto?

25       A      It's my understanding that he did not

Confidential - James A. Mills

1    after the merger.

2        Q    Okay.  And this says here that

3    Mr. Grant's salary, just the salary component of

4    this compensation package, is about $1.7 million?

5        A    Correct.

6        Q    So you would agree with me that a salary

7    of 1.7 million is not extreme compared to the

8    salaries of other CEOs of large public companies?

9        A    Well, in comparison to those folks, no;

10   in comparison to the general public, yes.

11       Q    Right.  So I'm asking about CEOs of large

12   public companies.

13            You would agree with me that that salary

14   number is not extreme, right?

15       A    It's in line with other companies with

16   revenue of this size, sure.

17       Q    Right.  And, in fact, the total

18   compensation package of about 19.5 million is not

19   extreme compared to the total compensation packages

20   of other CEOs of large public companies with -- you

21   know, of a similar size?

22       A    Sure.

23       Q    And if you turn the page to what you have

24   here listed for Mr. Grant's termination or change

25   in control payment, these figures come from

Confidential - James A. Mills

```
 1    Monsanto's 2017 proxy statement?

 2         A    Correct.

 3         Q    You personally did not do any analysis to

 4    arrive at these figures?

 5         A    Correct.

 6         Q    And you agree there's no economic

 7    training necessary to find these numbers in

 8    Monsanto's proxy statement, right?

 9         A    I do.

10         Q    The figures listed here include cash, but

11    also noncash portions like stock options and RSUs,

12    right?

13         A    Correct.  It's the total value of the

14    compensation.

15         Q    And you agree that there's no way from

16    looking at these numbers to know -- sorry, strike

17    that.

18              You don't know if any portion of these

19    numbers is somehow connected to Roundup, right?

20         A    Correct.

21         Q    And it's possible that no amount of those

22    figures is somehow connected to Roundup, right?

23         A    I don't know if that's possible.  It

24    seems unlikely, but again, I don't know what the

25    makeup is.
```

Confidential - James A. Mills

1      Q    You don't know, so it's possible, right?

2      A    Well, you know, at the very smallest

3  percentages, is it possible?  Maybe.

4      Q    If you turn with me to the last slide,

5  sir.

6           You list here the $63 billion acquisition

7  figure, right?

8      A    Correct.

9      Q    You found this number in a Bayer investor

10 relations document?

11     A    Correct.

12     Q    Do you know which investor relations

13 document this comes from?

14     A    There were at least two.  One was the --

15 I believe it was the Bayer second quarter document,

16 as well as at least one news release that I believe

17 was dated June 7, 2018.

18     Q    You personally did not do any analysis to

19 arrive at this number?

20     A    Correct.

21     Q    No economics training is needed to find

22 this number in the Bayer investor relations

23 documents?

24     A    Sure.

25     Q    When a company purchases a public

Confidential - James A. Mills

1    company, it pays the existing shareholders for

2    their shares of stock, right?

3        A    Correct.

4        Q    And you testified earlier, you don't know

5    who Monsanto's shareholders were?

6        A    Correct.

7        Q    The purchase price of -- you're not

8    suggesting that the purchase price of $63 billion

9    is money that Monsanto has available to pay a

10   judgment?

11       A    Well, I would suspect that part of it

12   would be, based on their holdings in treasury

13   stock.  But as to how much, actually, they held at

14   the time, I don't know.

15       Q    You don't have any figures related to

16   treasury stock listed in your report, sir, do you?

17       A    No.  I mean, it's listed in -- for

18   instance, I could tell you what it was as of the

19   last 10-Q.

20            So if you assume that that number of

21   shares didn't change, then provided that the $128 a

22   share that was paid was for all issued stock and

23   not just currently-traded stock, et cetera, then

24   that could be part of the matrix.

25            But again, I don't know exactly what

Confidential - James A. Mills

1    those numbers were at the date of the purchase.

2        Q    And the amount of the purchase price went

3    to Bayer shareholders who -- I'm sorry, the

4    amount -- strike that.

5            The amount of the purchase price went to

6    Monsanto shareholders, who then were no longer

7    shareholders of Monsanto, right?

8        A    Correct.

9        Q    You don't know what portion of this

10   purchase price relates to the value of Roundup, do

11   you?

12       A    Correct.

13           MS. RUBENSTEIN:  I have nothing further.

14                   EXAMINATION

15   BY MR. BURTON:

16       Q    Mr. Mills, can I just --

17           THE VIDEOGRAPHER:  Can you please put on

18   a microphone if you're going to ask questions.

19           Thank you.

20   BY MR. BURTON:

21       Q    I'm going to ask you a couple of quick

22   questions.

23           In your letter of November 13th, you

24   listed the Monsanto and Bayer --

25           MS. RUBENSTEIN:  Sorry, Mark.

Confidential - James A. Mills

1              What exhibit are you talking about?

2              MR. BURTON:  It's his expert report.

3              MS. RUBENSTEIN:  Okay.

4              MR. BURTON:  I'm not sure which -- 8.

5              Page -- I guess it's 1, it's the first

6    page there.

7              MS. RUBENSTEIN:  Okay.

8    BY MR. BURTON:

9         Q    Okay.  You listed both Monsanto and Bayer

10   news releases, correct?

11        A    Correct.

12        Q    And what did those news releases concern?

13        A    They concerned, primarily, the

14   acquisition of Monsanto by Bayer.

15        Q    Okay.  And do you know what Bayer plans

16   to do with Monsanto, based upon those?

17             MS. RUBENSTEIN:  Objection.  Vague.

18             THE WITNESS:  Well, again, my assumption

19   is that the Monsanto elements will continue to do

20   what they did before.

21             I -- the only thing I can tell you,

22   specifically, that I recall is that Monsanto will

23   become part of Bayer called -- if I remember

24   correctly -- Bayer Crop Science.

25

Confidential - James A. Mills

1   BY MR. BURTON:

2       Q    Okay.  And so as -- even though Monsanto

3   is becoming a part of Bayer, you haven't done any

4   analysis yet of Bayer's ability to cover any of

5   Monsanto's liabilities or obligations, have you?

6       A    I have not.

7       Q    And your understanding is that any

8   combination of the two companies into one has not

9   yet fully occurred?

10      A    I think that's correct.  In other words,

11  again, according to the news releases I've looked

12  at, there were certain procedures that had to be

13  done, assets sold, that sort of thing, before that

14  melding or merging had to take place.  There is a

15  news release from Bayer that that has, in fact,

16  happened in terms of those prerequisites, but I

17  couldn't tell you where they are in that process of

18  merging.

19      Q    Okay.

20      A    And by merging, I mean, this is all

21  post-purchase, 63 billion, but what the two

22  companies are doing after that.

23      Q    Obviously, since Monsanto is now a part

24  of Bayer, though, the company together is larger

25  than Monsanto alone, correct?

Confidential - James A. Mills

 1            MS. RUBENSTEIN:  Objection.  Lack of

 2    foundation.  Vague.

 3            THE WITNESS:  Generally speaking, I would

 4    think that's correct.

 5            MR. BURTON:  Okay.  Thank you.

 6            MS. RUBENSTEIN:  I have -- sorry, I have

 7    just one quick follow-up question.

 8                        EXAMINATION

 9    BY MS. RUBENSTEIN:

10        Q    Mr. Mills, your understanding of the

11    company's business plans post-merger are based only

12    on publicly available information, correct?

13        A    Correct.

14            MS. RUBENSTEIN:  No further questions.

15            THE VIDEOGRAPHER:  This marks the end of

16    Media 2, Volume I and concludes today's deposition

17    of James Mills.  The time is 3:13, and we're off

18    the record.

19            THE REPORTER:  Would you like a copy of

20    the transcript?

21            MR. BURTON:  You know, I don't.  But

22    there's some specific procedure that this goes

23    through within our structured committee.

24            But they'll -- they have something worked

25    out with Golkow, already.  I don't know how it

Confidential - James A. Mills

```
 1   works.
 2              THE REPORTER:  And would you like a
 3   rough?
 4              MS. RUBENSTEIN:  Sure.  Thanks.
 5              THE REPORTER:  Are there any time
 6   constraints on the final?
 7              MS. RUBENSTEIN:  I don't think so.
 8              THE REPORTER:  Okay.  Thanks.
 9         (TIME NOTED:  3:14 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - James A. Mills

1

2

3

4      I, JAMES A. MILLS, do hereby declare under

5   penalty of perjury that I have read the foregoing

6   transcript; that I have made any corrections as

7   appear noted, in ink, initialed by me, or attached

8   hereto; that my testimony as contained herein, as

9   corrected, is true and correct.

10      EXECUTED this_____ day of_____,

11   20_____, at_____, _____.
                 (City)                    (State)

12

13

14                      _____

                        JAMES A. MILLS

15

16

17

18

19

20

21

22

23

24

25

Confidential - James A. Mills

1      I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4      That the foregoing proceedings were taken

5  before me at the time and place herein set forth;

6  that any witnesses in the foregoing proceedings,

7  prior to testifying, were duly sworn; that a record

8  of the proceedings was made by me using machine

9  shorthand, which was thereafter transcribed under

10  my direction; further, that the foregoing is a true

11  record of the testimony given.

12      I further certify I am neither financially

13  interested in the action nor a relative or employee

14  of any attorney or party to this action.

15      IN WITNESS WHEREOF, I have this date

16  subscribed my name.

17

18  Dated: December 21, 2018

19

20

21                    _____

                      LORI STOKES

22                    CSR No. 12732

23

24

25