# EXHIBIT 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br>*Hardeman v. Monsanto* (3:16-cv-525),<br>*Stevick v. Monsanto* (3:16-cv-2341), and<br>*Gebeyehou v. Monsanto* (3:16-cv-5813) | |

# EXPERT REPORT OF

# ROBERT W. JOHNSON AND JAMES A. MILLS

## Robert W. Johnson & Associates

FORENSIC ECONOMISTS

November 13, 2018

Mr. Jeffrey Travers
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960

Re:   Monsanto Company MDL
      Rule 26 Document

Dear Mr. Travers:

My primary task was to frame, in economic terms, the financial condition of Monsanto Company. The financial condition encompasses the areas of financial health, wealth and economic status. These opinions are set forth in my *Financial Condition Report,* attached as Exhibit "A". This economist reserves the right to amend this opinion based upon more current or relevant data and evidence admitted at the time of trial or obtained and/or produced in discovery.

a)  Data Considered:

My opinions are based in part on my experience, training and knowledge as a forensic economist. In forming my opinions, I have reviewed the following documents:

      i.   FY 2014 – 2017 Monsanto Company 10-K Forms;
     ii.   2/28/2018 Monsanto Company 10-Q Form;
    iii.   2017 Monsanto Company Proxy Statement;
    iv.   6/2/2018 Monsanto Company 8-K Report;
     ii.   Monsanto and Bayer News Releases.

b)  Exhibits

I have not yet created or prepared any exhibits.

c)  Qualifications

A summary of my qualifications and recent publications is attached as:

        Mr. Johnson – Exhibit "B"
        Mr. Mills – Exhibit "C"

November 13, 2018
Re: Monsanto MDL
Page 2 of 2

    d)  Compensation

           Mr. Johnson – $700.00 per hour
           Mr. Mills – $595.00 per hour

    e)  Prior Expert Testimony

           Mr. Johnson – Exhibit "D"
           Mr. Mills – Exhibit "E"

If we can be of further assistance, please call either of us.

Very truly yours,

Robert W. Johnson

James A. Mills

# Robert W. Johnson & Associates
### FORENSIC ECONOMISTS

**Exhibit "A"**

November 13, 2018

Mr. Jeffrey Travers
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960

Re:   Monsanto Company MDL
      Financial Condition Report – Monsanto Company

Dear Mr. Travers:

Please find the following expert witness report.

1)  Opinions:

My primary task was to frame, in economic terms, the financial condition of Monsanto Company.  The financial condition encompasses the areas of financial health, wealth and economic status.  My presentation in regards to this company is attached.  This economist reserves the right to amend this opinion based upon more current or relevant data and evidence admitted at the time of trial or obtained and/or produced in discovery.

2)  Data Considered:

       i.  FY 2014 – 2017 Monsanto Company 10-K Forms;
      ii.  2/28/2018 Monsanto Company 10-Q Form;
     iii.  2017 Monsanto Company Proxy Statement;
     iv.  6/2/2018 Monsanto Company 8-K Report;
      v.  Monsanto and Bayer News Releases.

## Monsanto Company:

Monsanto Company is a financially strong and stable company. Fiscal year 2017 net sales were $14.6 Billion and net income for the same fiscal year was $2.3 Billion. As of 2/28/2018 the company had $2.4 Billion cash on hand, with a net worth of $7.8 Billion. From fiscal years 2013 through 2017 the company paid an average of $911 Million per year in cash dividends. Monsanto was profitable enough in fiscal year 2017 to pay its chairman and CEO, Mr. Hugh Grant, over $19 Million in total compensation.

1)  Net sales of $14.6 Billion in FY 2017

November 13, 2018
Page 2 of 2
Financial Condition Report

2) Sales per day of $40.0 Million in FY 2017

3) Net worth of $7.8 Billion in 2nd Qtr. 2018

4) Cash on hand of $2.4 Billion in 2nd Qtr. 2018

5) Cash flow of $3.2 Billion in FY 2017

6) Dividends paid of $948 Million in FY 2017

7) Purchased by Bayer, June 7, 2018, for $63.0 Billion

Sincerely,

ROBERT W. JOHNSON & ASSOCIATES

By:

Robert W. Johnson, President

James A. Mills, Sr. Economist

Enclosures



# Punitive Damages:

## Monsanto Company

Robert W. Johnson
& Associates

## What financial documents did we review?

# Monsanto Company

- Monsanto Company 10-K Reports for FY 2014 – 2017
- Monsanto Company10-Q Report for 2/28/2018
- Monsanto Company 2017 Proxy Statement
- Monsanto Company 6/8/2018 8-K Report
- Monsanto and Bayer News Releases

# What is Monsanto Company's economic health?

MONSANTO

## Monsanto Company
### Net sales (8/31/2013 – 8/31/2017*)

2017: **$14.6 Billion**

2016: **$13.5 Billion**

2015: **$15.0 Billion**

2014: **$15.9 Billion**

2013: **$14.9 Billion**

Net revenues per day in FY 2017: **$40.0 Million**

Source: * FY 2017 Monsanto Company 10-K Report

MONSANTO

# What is Monsanto Company's economic health?

## Monsanto Company
### Net income (8/31/2013 – 8/31/2017[*])

2017: **$2.3 Billion**

2016: **$1.3 Billion**

2015: **$2.3 Billion**

2014: **$2.7 Billion**

2013: **$2.5 Billion**

Source: * FY 2017 Monsanto Company 10-K Report



# What is Monsanto Company's economic wealth?

## Monsanto Company
### Net worth (8/31/2013 − 2/28/2018$^{*}$)

2nd Qtr. 2018: $  **7.8 Billion**

2017: $  **6.4 Billion**

2016: $  **4.5 Billion**

2015: $  **7.0 Billion**

2014: $  **7.9 Billion**

2013: **$12.6 Billion**

Source: * FY 2014 - 2017 Monsanto Co. 10-K Reports; and 2/28/2018 Monsanto Co.10-Q Report

MONSANTO

# What is Monsanto Company's economic wealth?

## Monsanto Company
### Cash on hand[1] (8/31/2013 – 2/28/2018[*])

2nd Qtr. 2018: **$2.4 Billion**

2017: **$1.9 Billion**

2016: **$1.7 Billion**

2015: **$3.7 Billion**

2014: **$2.4 Billion**

2013: **$3.7 Billion**

[1]Cash and Cash Equivalents (Can be converted to cash in less than 90 Days)

Source: * FY 2015 - 2017 Monsanto Co. 10-K Reports; and 2/28/2018 Monsanto Co.10-Q Report



## What is Monsanto Company's economic health?

# Monsanto Company
## Cash flow[1] (8/31/2013 – 8/31/2017[*])

2017: **$3.2 Billion**

2016: **$2.6 Billion**

2015: **$3.1 Billion**

2014: **$3.1 Billion**

2013: **$2.7 Billion**

Average cash flow last five years: **$2.9 Billion**

[1] Net cash provided by operating activities

Source: * FY 2015 - 2017 Monsanto Company 10-K Reports

MONSANTO

# What is Monsanto Company's economic wealth?

## Monsanto Company
### Capital expenditures (8/31/2013 – 8/31/2017[*])

2017: **$1.2 Billion**

2016: **$0.9 Billion**

2015: **$1.0 Billion**

2014: **$1.0 Billion**

2013: **$0.7 Billion**

Source: * FY 2015 - 2017 Monsanto Company 10-K Reports

# What is Monsanto Company's economic health?

MONSANTO

## Monsanto Company
### Free cash flow[1] (8/31/2013 – 8/31/2017[*])

2017: **$2.0 Billion**

2016: **$1.7 Billion**

2015: **$2.1 Billion**

2014: **$2.1 Billion**

2013: **$2.0 Billion**

[1] Cash Flow less Capital Expenditures

Source: * FY 2015 - 2017 Monsanto Company 10-K Reports



## What is Monsanto Company's economic wealth?

# Monsanto Company
## Dividends paid (8/31/2013 – 2/28/2018[*])

2nd Qtr. 2018: **$476 Million** [+]

2017: **$948 Million**

2016: **$964 Million**

2015: **$938 Million**

2014: **$904 Million**

2013: **$802 Million**

[+] Through 2nd Quarter

Source: * FY 2015 - 2017 Monsanto Co. 10-K Reports; and 2/28/2018 Monsanto Co.10-Q Report

## What is Monsanto Company's economic wealth?

MONSANTO

# Monsanto Company
## Stock repurchases (8/31/2013 – 8/31/2017[*])

2017: **$0**

2016: **$3.0 Billion**

2015: **$0.8 Billion**

2014: **$7.1 Billion**

2013: **$1.1 Billion**

Source: * FY 2014 - 2017 Monsanto Company 10-K Reports

MONSANTO

# What is Monsanto Company's economic wealth?

## Monsanto Company
### R&D expenditures (8/31/2013 – 8/31/2017[*])

2017: **$1.6 Billion**

2016: **$1.5 Billion**

2015: **$1.6 Billion**

2014: **$1.7 Billion**

2013: **$1.5 Billion**

Source: * FY 2015 - 2017 Monsanto Company 10-K Reports



# What is Monsanto Company's economic wealth?

## Monsanto Company
### Advertising expenditures (8/31/2013 – 8/31/2017[*])

2017: **$68 Million**

2016: **$64 Million**

2015: **$74 Million**

2014: **$90 Million**

2013: **$95 Million**

Source: * FY 2015 - 2017 Monsanto Company 10-K Reports

MONSANTO

# What is Monsanto Company's economic health?

## Monsanto Company
### Audit fees[*]

## $12.0 Million – 2017 FY
## $11.4 Million – 2016 FY

Source: * 2017 Monsanto Company Proxy Statement

# What is Monsanto Company's economic wealth?

MONSANTO

# **Monsanto Company**
## Hugh Grant, Chairman & CEO*
## 2017 Compensation Package

| | |
|---|---|
| Salary | $ 1,702,897 |
| Stock Awards | $ 11,018,525 |
| Non-Equity Incentive Plan | $ 5,995,512 |
| Change In Pension Value, etc. | $ 390,698 |
| All Other Compensation | $ 352,327 |

**Total Compensation**     **$ 19,459,959**

Source: * 2017 Monsanto Co. Proxy Statement

## What is Monsanto Company's economic wealth?

MONSANTO

# Monsanto Company
## Hugh Grant – Termination or Change In Control Payment[*]

## Involuntary not for Cause:

# $23,769,489

## Termination After Change in Control:

# $32,558,567

Source: * 2017 Monsanto Co. Proxy Statement

MONSANTO

# What is Monsanto Company's economic status?

## Monsanto Company
### Cost to acquire Monsanto *
### 6/7/2018

# $63.0 Billion

Source: * Investor News – Bayer Investor Relations