UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Before the Court is the motion of Defendant Monsanto Company to file under seal limited portions of exhibits attached to Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Mr. James A. Mills; Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. Charles Benbrook on *Daubert* Grounds; Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds; Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds; and Monsanto Company's Notice of Motion and Motion for Summary Judgment re: Tier 1 Plaintiffs on Non-Causation Grounds.  Having considered the papers, and for compelling reasons shown, the Court hereby **GRANTS** Monsanto Company's request and **ORDERS**:

The following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document | Portion to Be Sealed (as identified with red and blue redaction boxes) |
|---|---|
| Benbrook Expert Report | Portions of paragraphs 417, 418, 420, 426, 428<br>Paragraph 637 (in full) |
| Sawyer Expert Report | Portions of pages 21-22, 30-32, 36-38, 59-61, 94-100, 109-10, portions of footnotes 64, 88, 91, 93, 95, 129 |
| Benbrook 5/23/2018 Deposition Transcript | 73:19, 25; 75:4; 342:19-20; 345:2; 426:5, 7-8 |
| Benbrook 2/9/2018 Deposition Transcript | 417:25; 419:3, 8; 445:5; 457:15; 459:18; 460:13; 465:14; 466:7; 490:7-8, 10; 585:3; 645:8-9, 21 |
| Sawyer 8/3/2018 Deposition Transcript | 222:1, 4 |
| Sawyer 10/16/2018 Deposition Transcript | 412:25; 413:7; 440:20, 22-23; 444:1-2, 25; 445:1-3; 446:16-17 |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT