Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
**HOLLINGSWORTH LLP**
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com
         mcalhoun@hollingsworthllp.com
         hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | **MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ALL ACTIONS | |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, Defendant Monsanto Company ("Monsanto") hereby submits this Administrative Motion to File under Seal ("Motion").

Monsanto has filed conditionally under seal portions of supporting exhibits to its *Daubert* briefs and motion for summary judgment that contain information about plaintiffs' medical conditions and/or other personally identifiable information of plaintiffs or other individuals, as well as Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds and Monsanto

Company's Notice of Motion and Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds. Exhibit 1, hereto.  Counsel for Group 1 Plaintiff Mr. Gebeyehou specifically requested that Monsanto redact any information related to his medical condition. Because Monsanto did not hear from counsel for the other Group 1 plaintiffs regarding requested redactions, Monsanto redacted medical information and personally identifiable information from exhibits referencing those plaintiffs as well**.** Such redactions are indicated by blue boxes. In support of this request, attached hereto as Exhibit 2 is a declaration from Joe G. Hollingsworth. Attached hereto as Exhibit 2 is a list of the documents.

## CONCLUSION

For all of these reasons, Monsanto respectfully requests that the Court grants its Motion to conditionally seal.

DATED: January 3, 2019                                             Respectfully submitted,

/s/ Eric G. Lasker
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
Heather A. Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

Attorneys for Defendant,
MONSANTO COMPANY