UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of supporting exhibits to its *Daubert* briefs and motion for summary judgment that contain information about plaintiffs' medical conditions and/or other personally identifiable information of plaintiffs or other individuals.  Having considered the papers, and for compelling reasons shown, the Court hereby **GRANTS** Monsanto Company's request and **ORDERS**:

The following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted.

Date: _____, 2019     _____
                                  HONORABLE VINCE CHHABRIA
                                  UNITED STATES DISTRICT COURT

1. Redacted Version of Expert Report of William Sawyer submitted in the *Hardeman*, *Stevick*, and *Gebeyehou* cases dated November 20, 2018

2. Redacted Version Expert Report of Charles Benbrook submitted in the *Hardeman*, *Stevick*, and *Gebeyehou* cases dated November 20, 2018

3. Redacted Version of Expert Report of Chadi Nabhan submitted in the *Hardeman* case dated November 20, 2018

4. Redacted Version Expert Report of Chadi Nabhan submitted in the *Gebeyehou* case dated November 20, 2018

5. Redacted Version of Expert Report of Andrei Shustov submitted in the *Hardeman* case dated November 20, 2018

6. Redacted Version of Expert Report of Andrei Shustov submitted in the *Stevick* case dated November 20, 2018

7. Redacted Version of Expert Report of Andrei Shustov submitted in the *Gebeyehou* case dated November 20, 2018

8. Redacted Version of Expert Report of Dennis Weisenburger submitted in the *Hardeman* case dated November 20, 2018

9. Redacted Version of Expert Report of Dennis Weisenburger submitted in the *Gebeyehou* case dated November 20, 2018

10. Redacted Version of Deposition Transcript of Charles Benbrook given in the *Hardeman*, *Stevick*, and *Gebeyehou* cases dated December 28, 2018

11. Redacted Version of Deposition Transcript of Charles Benbrook given in the *Hall* case (Mo. Cir. Ct. No. 1622-CC01071) dated May 23, 2018

12. Redacted Version of Deposition Transcript of Charles Benbrook given in the *Hall* case (Mo. Cir. Ct. No. 1622-CC01071) dated August 14, 2018

13. Redacted Version of Deposition Transcript of Charles Benbrook given in the *Johnson* case (Superior Ct. of Cnty. San Francisco CGC-16-550128) dated February 8 2018

14. Redacted Version of Ex. 3 Deposition Transcript of Charles Benbrook given in the *Johnson* case (Superior Ct. of Cnty. San Francisco CGC-16-550128) dated February 9, 2018

15. Redacted Version of Deposition Transcript of William Sawyer given in the *Stevick* case dated December 20, 2018

16. Redacted Version of Deposition Transcript of William Sawyer given in the *Hall* case (Mo. Cir. Ct. No. 1622-CC01071) dated October 16, 2018

17. Redacted Version Deposition Transcript of Chadi Nabhan given in the *Gebeyehou* case dated December 14, 2018

18. Redacted Version of Deposition Transcript of Chadi Nabhan given in the *Adams* case (Mo. Cir. Ct. No. 17SL-CC02721) dated November 15, 2018

19. Redacted Version of Deposition Transcript of Chadi Nabhan given in the *Hall* case (Mo. Cir. Ct. No. 1622-CC01071) dated June 6, 2018

20. Redacted Version of Deposition Transcript of Chadi Nabhan given in the *Hardeman* case dated December 14, 2018

21. Redacted Version of Deposition Transcript of Chadi Nabhan given in the *Stevick* case dated December 14, 2018

22. Deposition Transcript of Andrei Shustov given in the *Hardeman* case dated December 15, 2018

23. Redacted Version of Deposition Transcript of Andrei Shustov given in the *Stevick* case dated December 16, 2018

24. Redacted Version of Deposition Transcript of Andrei Shustov given in the *Gebeyehou* case dated December 16, 2018

25. Redacted Version of Deposition Transcript of Dennis Weisenburger given in the *Hardeman* case dated December 20, 2018

26. Redacted Version of Deposition Transcript of Dennis Weisenburger given in the *Adams* case (Mo. Cir. Ct. No. 17SL-CC02721) dated November 26, 2018

27. Redacted Version of Deposition Transcript of Dennis Weisenburger given in the *Stevick* case dated December 18, 2018

28. Redacted Version of Deposition Transcript of Dennis Weisenburger given in the *Gebeyehou* case dated December 19, 2018

29. Redacted Version of Deposition Transcript of Dr. Jeffrey Ye in the *Hardeman* case dated October 30, 2018

30. Redacted Version Deposition Transcript of Dr. Ashok Pai in the *Gebeyehou* case dated November 19, 2018

31. Redacted Version of Deposition of Dr. Jerome Kim in the *Stevick* case dated December 6, 2018

32. Redacted Version of Deposition Transcript of Sioum Gebeyehou given in the *Gebeyehou* case dated November 13, 2018, pages 54-71

33. Redacted Version of Expert Report of Chadi Nabhan submitted in the *Stevick* case dated November 20, 2018

34. Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds

35. Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds