# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Gebeyehou v. Monsanto* (3:16-cv-5813) | |

# EXPERT REPORT OF

# DR. CHADI NABHAN

## Official Report
Date: 11/20/2018

**Re: Gebeyehou, Sioum v. Monsanto**
███ ████████

**Prepared by: Chadi Nabhan, MD, MBA, FACP**

**Prepared for: Robin Greenwald, Esq and Tesfaye W. Tsadik, Esq**

- Prior to his lymphoma diagnosis, Mr. Gebeyehou had a very active lifestyle; he traveled for work and has no major medical conditions. ███████████████████████████████████████████████████████████████████████████

- ███████████████████████████████████████████████████████████████████████████████████████████████████████

- ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- ███████████████████████████████████████████████████████████████████████████████████████████████████

- ███████████████████████████████████████████████████████████████████████████████████████████████

- ███████████████████████████████████████████████████████████████████████████████████████████████████████████████



- He was referred to Dr. Pai from oncology▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. He was recommended to start chemotherapy with R-CHOP (rituximab, cyclophosphamide, Adriamycin, vincristine, and prednisone).

    o The plan was to administer a total of 6 cycles of therapy with a curative intent of his DLBCL. Rituximab is an antibody against CD20, which is a protein that is highly expressed on the malignant DLBCL cells▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

2



- I had a phone call conversation and an interview with Mr. Gebeyehou on Friday 11/2/2018. Mr. Gebeyehou is having difficulty traveling due to many reasons that have restricted his mobility. Therefore, it was felt in his best interest not to travel to Chicago and see me in person and we substituted that by having an hour-long phone conversation discussing his Roundup use and disease.

3



- In evaluating causation of Mr. Gebeyehou's lymphoma, it is important to note that we do not know what causes most lymphomas. When we do not know the cause, we commonly state that the cause is "unknown" or "idiopathic". However, this does not prevent us, as clinicians, from investigating potential causation and association in every situation. In fact, as part of the routine assessment for every new patient with lymphoma (or any other cancer for that matter), we typically ask patients about family history, occupational exposures, risk factors, and other predisposing conditions. The goal of such exercise is to attempt identifying potential causative factors. This is even more essential when some of these factors can be modified in a way that carries significant therapeutic and preventive strategies.

- There are several known risk factors that are known to cause non-Hodgkin lymphoma (NHL).

- ███████████████████ ██ ██ which is similar to the median age of DLBCL patients at diagnosis. This, however, does not eliminate the possibility of certain causative factors to his disease. In fact, and as stated above, part of any history and physical is asking all patients about risk factors, exposure, family history, occupational hazards, and other elements of their life style. This exercise, which is a standard of care practice, is performed to reveal any potential modifiable risk factors, which if eliminated could have substantial impact on the

4

disease course and prognosis. These questions are standard to ask for older and younger patients because risk factors can affect the young and the older.

- ██████████████████████████████████
- ██████████████████████████
- ██████████████████████████



- Exposure to pesticides has been linked to development of NHL. There are several reports that confirmed this association and the majority of cancer centers as well as the American Cancer Society list pesticides exposure as a risk factor to developing NHL (https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html) (https://my.clevelandclinic.org/health/diseases/15662-adult-non-hodgkins-lymphoma) In fact, Schinasi and Leon performed a systematic review and a Meta-Analysis to better understand the association between agricultural pesticide chemical groups and NHL development. The search included articles published in English since 1980 until 2014. When repeated papers were reviewed, the one with the most complete and updated analysis was used. Starting with 858 articles, 44 only were included in the qualitative analysis and of these, 20 papers provided estimates of association with herbicide chemical groups or active ingredients, 4 provided association with fungicides, and 17 with insecticides. Of the included papers, several had specific data on glyphosate (*McDuffie et al, 2001; Hardell et al, 2002; De Roos et al, 2003; De Roos et al, 2005; Eriksson et al, 2008; and Orsi et al, 2009*). The studies that were analyzed in this Meta-Analysis were performed in the US, Canada, Europe, Australia, and New Zealand. This Meta-Analysis found an association between glyphosate and B-cell lymphoma with an OR 2.0 (95% CI: 1.1-3.6) and this was the same OR for DLBCL. This Meta-Analysis represented a summary of the data published in the preceding 25 years. It confirmed a plausible association between glyphosate and NHL evolution and development.

5

- o  Mr. Gebeyehou has been exposed to Roundup/glyphosate.
- o  His exposure started in 1987 and lasted until 2014.
- o  He used Roundup and sprayed using a pressure pump every 3 weeks.
- o  He spent one-hour spraying when he did, and he sprayed year-round.
- o  The area that he sprayed was between 0.5-1.0 acre.
- o  He mixed his own Roundup (concentrate) because it was more economically feasible to him and he used about 110-120 gallons a year
- o  He wore no protective gears or goggles.
- o  It appears that his exposure was for 27 years (1404 weeks), every 3 weeks (468 hours), which amount to almost 67-days.
- o  No one else in his household sprayed.
- o  He stopped using it in 2014 when he became concerned about Roundup's safety based on his own investigation.
- o  He now uses other methods to kill the weeds in his yard.


- This exposure to Roundup/glyphosate, a known pesticide, is important in view of literature that links glyphosate to NHL. I have personally evaluated epidemiologic studies published on the topic and how they correlate clinically on patients diagnosed with lymphoma.

  - o  In March 2015, the International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) after thorough, independent, and rigorous investigation by independent researchers and investigators in the field. IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate a substance as a potential carcinogen, such substance must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity.

  - o  As of the last update on 07/30/2018, IARC had evaluated 1,006 substances since its inception. This shows the high selectivity of IARC in deciding which substance to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens) (https://monographs.iarc.fr/agents-classified-by-the-iarc/)

  - o  IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. Some of the studies that I have reviewed, analyzed, and assessed, which were also included in the IARC report are summarized below:

    - One epidemiologic study was published by McDuffie et al (Cancer Epidemiology, Biomarkers, and Prevention; *Vol. 10, 1155–1163, November 2001*) where 517 cases and 1506 controls were included. The risk of NHL was statistically significantly increased among glyphosate exposed individuals more than two days per year with an OR of 2.12 (95% CI: 1.20-3.73). This doubling of the risk was statistically significant.

6

- Another analyzed study was published by DeRoos et al in 2003 (*Occup Environ Med.* 2003 Sep; 60 (9): E11.) where 650 cases and 1933 controls were evaluated. The OR for glyphosate increasing the risk of developing NHL was 2.1 (95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The authors of this study performed a hierarchical regression analysis, which reduced the OR to 1.6 (95% CI: 0.9-2.8), however the hierarchal regression in this study has its own limitations that question its findings in my opinion. First, logistic regression is what we almost always used clinically because the hierarchical model makes a number of assumptions that get incorporated into the final estimates, but the accuracy of the output is contingent on the assumptions included in the model. In this paper, DeRoos et al gave glyphosate a "carcinogenicity rating" of 0.3. This rating would be inaccurate if we are to perform the modeling today. According to DeRoos et al, a weighting factor of 0.6 should be given to any substance that is found by IARC to be probably carcinogenic to humans. If the new assumption is applied to the model, the output of the hierarchical regression would likely change. This modeling also assumed that all agents/herbicides studied have the same effect on NHL, however we do not know if this is the case nor do we have data that these other pesticides are indeed causing NHL to be properly included in the model. Lastly, the OR of 1.6 that is found in the hierarchal regression is actually in line with ORs that are found in other studies such as the meta-analysis that I describe above. In my assessment as a clinician and researcher, I do not believe that the findings of the hierarchail regression negate the risk identified and confirmed in the logistic regression performed by the authors.

- Eriksson et al (*Int J Cancer; 2008; Oct 1; 123 (7); 1657-1663*) reported on 910 cases and 1016 controls and showed an OR of 2.36 (95% CI: 1.04-5.37) for developing NHL in individuals exposed to glyphosate more than 10 days in their lifetime. This study also shows that more exposure leads to higher risk similar to the McDuffie et al paper summarized above.

- The IARC report included the preliminary data of the Agricultural Health Study (AHS) (https://aghealth.nih.gov/), which was initially published by DeRoos et al in 2005 and found no association between glyphosate and NHL. The AHS is a prospective study that enrolled commercial pesticide applicators from Iowa and North Carolina and in the mid-1990s, and who were followed prospectively with repeated questionnaires. The study was updated in 2018 (Andreotti et al; JNCI) where it found no association between glyphosate and NHL. I have analyzed this study personally and evaluated the methodologies. This study suffered several critical flaws, including, but not limited to, the dropout rate where almost 40% of participants lost to follow up and the fact that the control arm was farmers, an occupation established as a known risk factor for NHL, making it rather difficult to show increased risk for the glyphosate arm given the controls. Despite the imputation method that was applied by the authors, the 40% dropout rate is substantial and cannot be ignored. Also, enrollees who completed the questionnaire during their follow up were required to describe their exposure during the "one year immediately prior to filling the

7

- questionnaire". Clearly, this is a major limitation that underestimates exposures for some of these respondents.

  o Group 2A (probable) is the highest level of evidence short of a "definitive association", which is best established with randomized controlled study. Such study would be unethical as it exposes patients to a potentially harmful and probable carcinogenic agent.

  o The results of the IARC investigation were published in the Lancet Oncology in May 2015 by Guyton et al (https://www.thelancet.com/journals/lanonc/article/PIIS1470-2045(15)70134-8/fulltext).

  o Epidemiologic studies were unable to look at subtypes of NHL when assessing epidemiologic causation. This is understandable as the classification of NHL has evolved over the years and there are many new subtypes that have been recognized that were not known in the late 1990s or early 2000s. The latest classification for NHL was published in 2016 by Swerdlow et al (http://www.bloodjournal.org/content/bloodjournal/127/20/2375.full.pdf) and in this classification, over 60 subtypes of B and T cell NHL have been identified. This shows that epidemiologic studies would rarely be able to investigate association between any occupational hazard and types of NHL. Add to this the rarity of PCNSL (1% of all NHLs), and we can conclude that studying epidemiologic evidence can be done for the entire disease category; in this instance NHL. Analogous to studying epidemiology of breast and prostate cancer. We study the epidemiology of these diseases in their totality even though we now recognize different subtypes of prostate and breast cancers.

- Mr. Gebeyehou has been exposed to glyphosate in a manner that fits within the published epidemiologic literature and the studies where causation and an association between NHL and glyphosate have been demonstrated.

- In performing the differential diagnosis into what caused Mr. Gebeyehou's DLBCL, I conclude, to a reasonable degree of medical certainty, that his exposure to roundup/glyphosate is a substantial factor contributing to the development of his NHL. ████████████████████████████████████████████████████████████████████████████████████████████████████

Signed

*[signature]*

**Chadi Nabhan, MD, MBA, FACP**

8