Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
**HOLLINGSWORTH LLP**
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
          elasker@hollingsworthllp.com
          mcalhoun@hollingsworthllp.com
          hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 16-md-02741-VC<br><br>MDL No. 2741<br><br>**MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
|---|---|

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, Defendant Monsanto Company ("Monsanto') hereby submits this Administrative Motion to File under Seal ("Motion").

Monsanto has filed conditionally under seal portions of supporting exhibits to its *Daubert* briefs and motion for summary judgment that contain information about plaintiffs' medical conditions and/or other personally identifiable information of plaintiffs or other individuals, as well as Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds and Monsanto

Company's Notice of Motion and Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds. Exhibit 1, hereto. Counsel for Group 1 Plaintiff Mr. Gebeyehou specifically requested that Monsanto redact any information related to his medical condition. Because Monsanto did not hear from counsel for the other Group 1 plaintiffs regarding requested redactions, Monsanto redacted medical information and personally identifiable information from exhibits referencing those plaintiffs as well**.** Such redactions are indicated by blue boxes. In support of this request, attached hereto as Exhibit 2 is a declaration from Joe G. Hollingsworth. Attached hereto as Exhibit 2 is a list of the documents.

**CONCLUSION**

For all of these reasons, Monsanto respectfully requests that the Court grants its Motion to conditionally seal.

DATED: January 3, 2019                          Respectfully submitted,

                                                /s/ Eric G. Lasker
                                                Joe G. Hollingsworth (*pro hac vice*)
                                                (jhollingsworth@hollingsworthllp.com)
                                                Eric G. Lasker (*pro hac vice*)
                                                (elasker@hollingsworthllp.com)
                                                Martin C. Calhoun (*pro hac vice*)
                                                (mcalhoun@hollingsworthllp.com)
                                                Heather A. Pigman (*pro hac vice*)
                                                (hpigman@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
                                                Washington, DC  20005
                                                Telephone:  (202) 898-5800
                                                Facsimile:   (202) 682-1639

                                                Attorneys for Defendant,
                                                MONSANTO COMPANY