**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com
           mcalhoun@hollingsworthllp.com
           hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | |

**DECLARATION IN SUPPORT OF**
**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

I, Joe G. Hollingsworth, declare:

1. I am an attorney duly admitted to practice before this Court.  I am a partner with Hollingsworth LLP, attorneys of record for Monsanto Company ("Monsanto").  I submit this Declaration in support of Monsanto's Administrative Motion to File Under Seal.

2. Monsanto has filed conditionally under seal portions of supporting exhibits to its *Daubert* briefs and motion for summary judgment and Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds, Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds. Portions of these exhibits and briefs contain confidential information regarding plaintiffs' medical conditions and/or other personally identifiable information of the expert witness or other individuals.  Counsel for Group 1 Plaintiffs specifically requested that Monsanto redact any information related to medical conditions.

I declare under penalty of perjury that the foregoing is true and correct.

1
HOLLINGSWORTH DECL. IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (3:16-md-02741-VC)

DATED: January 3, 2019

Respectfully submitted,

*/s/ Joe G. Hollingsworth*

Joe G. Hollingsworth (pro hac vice)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (pro hac vice)
(mcalhoun@hollingsworthllp.com)
Heather A. Pigman (pro hac vice)
(hpigman@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY