# EXHIBIT 17

Chadi Nabhan, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3    IN RE:  ROUNDUP PRODUCTS     MDL No. 2741

 4    LIABILITY LITIGATION

 5    _____     Case No. 16-md-02741-VC

 6    This document relates

 7    to:

 8    Gebeyehou v Monsanto Co., et al.

 9    Case No. 3:16-cv-5813-VC

10    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

11                VIDEO DEPOSITION OF

12                CHADI NABHAN, M.D.

13

14

15                December 14, 2018

16                  12:24 p.m.

17

18             Chicago Marriott O'Hare

19       8835 West Higgins Road, Park Ridge, Illinois

20

21

22

23       Deanna Amore, CRR, CSR, RPR, 084-003999

24

25
```

Chadi Nabhan, M.D.

1        APPEARANCES OF COUNSEL
2
3    On Behalf of the Plaintiff, SIMOUN GEBEYEHOU:
4        ANDRUS WAGSTAFF
         MS. KATHRYN M. FORGIE
         1901 Harrison Street
5        Suite 1101
         Oakland, California 94612
6        (310) 339-8214
         kathryn.forgie@andruswagstaff.com
7            - and -
         ANDRUS WAGSTAFF
8        MS. AIMEE H. WAGSTAFF
         7171 West Alaska Drive
9        Lakewood, Colorado 80226
         (303) 376-6360
10       aimee.wagstaff@andruswagstaff
             - and -
11       WEITZ & LUXENBERG, P.C.
         MS. ROBIN L. GREENWALD
12       700 Broadway
         New York, New York 10003
13       (313) 800-4170
         rgreenwald@weitzlux.com
14           - and -
         LAW OFFICES OF TESFAYE TSADIK
15       MR. TESFAYE TSADIK (via telephone)
         1736 Franklin Street
16       10th Floor
         Oakland, California 94612
17       (510) 839-3922
         ttsadik@pacbell.net
18
19
20
21
22
23
24
25

1        APPEARANCES OF COUNSEL
2
3    On Behalf of the Defendant, MONSANTO COMPANY:
4        ARNOLD & PORTER KAYE SCHOLER, LLP
         MR. BERT L. SLONIM
         250 West 55th Street
5        New York, New York 10019-971
         (212) 836-8572
6        bert.slonim@arnoldporter.com
             - and -
7        WILKINSON WALSH + ESKOVITZ
         MS. CALI COPE-KASTEN
8        2001 M Street, NW
         10th Floor
9        Washington, D.C. 20036
         (202) 847-4030
10       ccope-kasten@wilkinsonwalsh.com
11   ALSO PRESENT:
         Anthony Micheletto, Videographer
12
                 * * * *
13
14
15
16
17
18
19
20
21
22
23
24
25

1                 I N D E X
2    WITNESS              EXAMINATION
3    CHADI NABHAN, M.D.
4      EXAMINATION BY MR. SLONIM              6
5            EXHIBITS
6    NUMBER      DESCRIPTION          PAGE
7    Exhibit 1     Innovative Oncology      7
8                  Consulting, LLC Invoice
9                  for Services Rendered in
10                 Hardeman v Monsanto;
11                 NABHNMDLGROUP100059
12   Exhibit 2     11.20.2018 Expert Report   9
13                 of Dr. Chadi Nabhan
14   Exhibit 3     Key Statistics for       17
15                 Non-Hodgkin Lymphoma -
16                 American Cancer Society
17   Exhibit 4     Cancers Statistics, 2015   21
18   Exhibit 5     11.22.2006 The Permanente  32
19                 Medical Group Medical
20                 Record;
21                 Confidential-Gebeyehou-
22                 SGebeyehou-KPNValley-MD-
23                 003815
24   Exhibit 6     Rituxan Label (Revised    44
25                 10/2018)

1        THE VIDEOGRAPHER:  We are now on the record.
2    My name is Anthony Micheletto.  I am a
3    videographer for Golkow Litigation Services.
4    Today's date is December 14, 2018.  The time is
5    12:24 p.m. as indicated in the video screen.
6    This video deposition is being held in Chicago,
7    Illinois, in the matter of Simoun Gebeyehou versus
8    Monsanto Corporation, et al., being filed in the
9    United States District Court for the Northern
10   District California.
11       Our witness today is Chadi Nabhan M.D., MBA.
12   Will counsel please identify themselves for the
13   video record?
14       MS. GREENWALD:  Robin Greenwald for the
15   plaintiff, including Mr. Gebeyehou.
16       MS. FORGIE:  Kathryn Forgie of Andrus Wagstaff
17   for the plaintiff.
18       MS. WAGSTAFF:  Aimee Wagstaff for the
19   plaintiff, and I will be leaving during the
20   deposition.
21       MR. SLONIM:  Bert Slonim from Arnold & Porter
22   on behalf of Monsanto.
23       MS. COPE-KASTEN:  Cali Cope-Kasten from
24   Wilkinson Walsh on behalf of Monsanto.
25       THE VIDEOGRAPHER:  Counsel on the phone.

Chadi Nabhan, M.D.

Page 6

1    MS. GREENWALD:  Tes, introduce yourself,
2  please.
3    MR. TSADIK:  Tesfaye Tsadik on behalf of
4  Simoun Gebeyehou.
5    THE VIDEOGRAPHER:  Our court reporter today is
6  Deanna Amore.  Please swear in the witness.
7         (Whereupon, the witness was
8         duly sworn.)
9  THE WITNESS:  I do.
10    MR. SLONIM:  Good afternoon, Dr. Nabhan, my
11  name is Bert Slonim.  You understand that
12  I represent Monsanto in this litigation; is that
13  right?
14    THE WITNESS:  I do.
15    MR. SLONIM:  Would you please state your full
16  name and business address for the record?
17    THE WITNESS:  Chadi is the first name, and
18  Nabhan is the last name.  Business address is 3651
19  Birchwood Avenue in Waukegan, Illinois 60085.
20        CHADI NABHAN, M.D.,
21  called as a witness herein, having been first duly
22  sworn, was examined and testified as follows:
23        EXAMINATION
24  BY MR. SLONIM:
25    Q.  And Dr. Nabhan, you are a medical doctor;

Page 7

1  is that correct?
2    A.  Yes.
3    Q.  Did you review Mr. Gebeyehou's medical
4  condition as part of your work in this matter?
5    A.  I did.
6         (Whereupon, Exhibit 1
7         (Gebeyehou) was marked for
8         identification.)
9  BY MR. SLONIM:
10    Q.  I'm going to hand you what's been marked
11  as Deposition Exhibit No. 1 which has been produced
12  to us as your invoice for your work in this matter.
13    A.  Sure.
14    This is until December 4.
15    Q.  So, Dr. Nabhan, does this represent the
16  time that you spent working on the Gebeyehou matter
17  through December 4?
18    A.  Through December 4, yes.
19    Q.  Okay.  And if I did the addition
20  correctly, is that 22 hours?
21    A.  Until December 4 -- between October 31st
22  and December 4.
23    Q.  And that is -- you charge $550 per hour
24  for your time in doing this work; is that correct?
25    A.  Yes.

Page 8

1    Q.  Since December 4, can you give us your
2  best estimate of any additional time you spent on
3  the Gebeyehou matter?
4    A.  I have it in my computer.  My best
5  estimate, between 10 to 15 additional hours,
6  somewhere like that.
7    Q.  Okay.  So -- and I appreciate the fact
8  that it would be an estimate, and if we did some
9  quick addition -- so your estimate would be between
10  roughly 32 and 37 hours total on the Gebeyehou
11  matter; is that correct?
12    A.  Probably closer to 40, something like
13  that.
14    Q.  Okay.  Just looking at this time, it looks
15  like you spent a total of about 12 hours reviewing
16  Mr. Gebeyehou's medical records; is that right?
17  Well --
18    A.  A little bit more, I think.  12 hours, a
19  little bit closer, maybe an hour or two after that
20  before I started drafting the report, and then
21  additional reviews and finalizing the report was on
22  the 16th.
23    Q.  Okay.  And then you spent another five
24  hours, it looks like, reviewing case-specific
25  reports that were provided by experts retained by

Page 9

1  Monsanto in this matter?
2    A.  Yes.
3    And then between December 4 and now
4  additional reviews and stuff like that.
5    Q.  Okay.  Thank you.
6         (Whereupon, Exhibit 2
7         (Gebeyehou) was marked for
8         identification.)
9  BY MR. SLONIM:
10    Q.  I've marked as Deposition Exhibit 2 --
11  I am going to hand you a copy -- the expert report
12  that you prepared in this matter.
13    A.  Sure.
14    Q.  Can you identify this as your report
15  regarding Mr. Gebeyehou?
16    A.  Yes, it is.
17    Q.  And on the last page, page 8, that's your
18  signature; correct?
19    A.  Yes.
20    Q.  On first page it says prepared by you; is
21  that correct?
22    A.  Yes.
23    Q.  Is it right that -- correct that you
24  authored this report and, in particular that in
25  terms of the substance, that you authored all of

Chadi Nabhan, M.D.

Page 10

1 the substance of the report?
2    A.  I did.
3    Q.  Does this report disclose all of the
4 opinions that you intend to offer in this matter?
5    A.  Yes.
6    Q.  And does it disclose all the bases for
7 your opinions?
8    A.  You know, I can't reference every single
9 thing that you look at in the literature.  Some of
10 the references are examples to illustrate the
11 opinion as opposed to all -- every single
12 reference, but for the most part, these are the
13 materials I relied on.  There is thousands of
14 references for every particular aspect.  So
15 I provide illustration of representative references
16 of what I'm relying on.
17    Q.  Did you come across any medical or
18 scientific literature that was contrary to an
19 opinion that you are offering in this matter?
20    MS. GREENWALD:  Objection.  Form.
21    THE WITNESS:  In reviewing some of the
22 epidemiologic literature, there is obviously some
23 studies that have disputed the link between
24 Roundup, glyphosate, and non-Hodgkin lymphoma.  So
25 I'm fully aware of that literature, and I reviewed

Page 11

1 it as well.
2 BY MR. SLONIM:
3    Q.  Okay.  But you did not list those articles
4 that found the absence of a link between glyphosate
5 and non-Hodgkin lymphoma in your list of materials
6 that you considered?
7    MS. GREENWALD:  Objection.  Form.
8 BY MR. SLONIM:
9    Q.  Is that right?
10    MS. GREENWALD:  It's not part of this report.
11    THE WITNESS:  I do allude to the agricultural
12 health study in -- I mean, I'll have to look where
13 I listed that, and I think that was the major study
14 that has been relied upon as lacking the link
15 between Roundup and non-Hodgkin lymphoma.  So I do
16 list that as I was reviewing the literature.
17 I think that is -- I can try to tell you where it
18 is.  I am sure you have it.
19 BY MR. SLONIM:
20    Q.  Did you make an effort to disclose at
21 least in terms of fairly representative materials
22 all of the -- strike that.
23        Did you make an effort to disclose at
24 least representative materials that you rely on in
25 support of the opinions you intend to offer in this

Page 12

1 matter?
2    A.  I have, yeah.  I mean that's -- I think
3 you just asked me this question, yes.
4    Q.  You did not intend to offer any opinions
5 regarding Mr. Gebeyehou that are not disclosed in
6 your expert report; is that correct?
7    A.  Everything that I plan on offering
8 regarding this case, for the most part, is enclosed
9 here.  Unless there are some emerging information
10 that I need to look at between now and later on
11 when this case goes to trial, that's the opinion
12 I'm planning on providing.
13    Q.  Based -- unless there is new information
14 that comes to light between -- subsequent to today,
15 this report reflects all of the opinions and all of
16 the bases that you intend to offer in this matter;
17 is that right?
18    A.  Correct.
19    Q.  Is it correct that you never provided any
20 medical care or treatment to Mr. Gebeyehou?
21    A.  Correct.
22    Q.  In January 2014, is it your understanding
23 that Mr. Gebeyehou started having jaw numbness and
24 difficulty in chewing?
25    A.  Yes.  He started having some of these

Page 13

1 vague complaints, little bit of diplopia, jaw
2 numbness, some discomfort in that area.
3    Q.  And what is "diplopia"?
4    A.  Diplopia is just some visual issues.  He's
5 always had some issues with his vision, but it just
6 got worse, and he was occasionally seeing double
7 vision as well.
8    Q.  And the time frame we're talking about is
9 roughly the beginning of 2014, January 2014, when
10 these complaints presented and -- sufficient so
11 that he wanted to seek medical treatment for them;
12 is that right?
13    A.  That's what the medical records reflected.
14    Q.  And as part of the workup for these
15 complaints that began in January of 2014,
16 Mr. Gebeyehou had an MRI, an imaging study; is that
17 right?
18    A.  Yeah.  He had an MRI, subsequently a CT, a
19 PET scan and a biopsy, but I think they started
20 with an MRI.
21    Q.  And is it your understanding that that MRI
22 was suspicious for malignancy?
23    A.  Yes.
24    Q.  And Mr. Gebeyehou was 74 years old at that
25 time; is that correct?

Chadi Nabhan, M.D.

---

Page 14

1  A.  He was born in 1939.  2014, he was 74 and
2  change.
3      Q.  And then in early February 2014,
4  Mr. Gebeyehou had surgery in the vicinity of his
5  sinuses to remove the lesions that had been
6  detected on the imaging studies; is that right?
7      A.  Right.
8      Q.  And at that time or shortly after the
9  surgery when the pathology was done, Mr. Gebeyehou
10 was diagnosed with non-Hodgkin lymphoma; is that
11 right?
12     A.  Correct.
13     Q.  And that would have been, again, in
14 February 2014; right?
15     A.  Correct.
16     Q.  The pathological analysis of the tissue
17 indicated that Mr. Gebeyehou had a condition called
18 diffuse large B-cell lymphoma; is that right?
19     A.  Yes.
20     Q.  And that's sometimes referred to as DLBCL?
21     A.  Yes.
22     Q.  DLBCL, that's a particular subtype of
23 non-Hodgkin lymphoma; is that right?
24     A.  Yes.
25     Q.  And do you agree that Mr. Gebeyehou, first

Page 15

1  of all, had non-Hodgkin lymphoma?
2      A.  Of course.
3      Q.  And do you agree the particular type of
4  non-Hodgkin lymphoma that he had was this diffuse
5  large B-cell lymphoma?
6      A.  Based on the pathologic reports I read,
7  yes.
8      Q.  Are you familiar with the WHO
9  classification system of lymphomas?
10     A.  Of course.  It has been changing over the
11 years.  So the last classification we have came out
12 in 2016 by Swerdlow and colleagues.
13     Q.  And is that a classification system that
14 you and other lymphoma specialists rely on in the
15 course of your medical practice?
16     A.  Yes.
17         Just to give a quick context of
18 classification, how we classify non-Hodgkin
19 lymphoma has evolved over the years since the '70s
20 until now, and they always reflect much more
21 in-depth understanding of the disease and what we
22 know about the molecular subtypes and so forth.  So
23 the last classification that we have was 2016,
24 which is the WHO, and prior to that, I think the
25 one that we had was 2008.  And every few years, as

Page 16

1  our understanding of lymphoma improves, the
2  classification gets more complicated, actually.  So
3  right now we have over 60 types of non-Hodgkin
4  lymphoma.
5      Q.  Did you personally review the pathology
6  for Mr. Gebeyehou?
7      MS. GREENWALD:  Objection.  Form.
8      THE WITNESS:  Just the report.  I'm not a
9  pathologist.  So I have not looked at the slides.
10 BY MR. SLONIM:
11     Q.  In other words, you did not have occasion
12 to take a microscope and take a slice of the tissue
13 and look to see what the cells actually look like
14 themselves in the course of your work in this
15 matter; is that right?
16     A.  I did not, and that's not commonly
17 something that oncologists do.
18     Q.  And what you did was you relied on the
19 report that was prepared by the treating
20 pathologist and reflected in the medical records;
21 is that right?
22     A.  Yes.  Well, not the -- there is no
23 treating pathologist, and I relied on the report
24 provided by the local pathologist in that area.
25 Usually, it's treating oncologist, just to clarify.

Page 17

1      Q.  Okay.  I just want to spend a minute and
2  get a little context for non-Hodgkin lymphoma,
3  specifically, the DLBCL subtype.  Non-Hodgkin
4  lymphoma is one of the most common cancers in the
5  United States; is that correct?
6      A.  Well, it's about -- I think it's the
7  fifth.  So I think in -- you know, I mean, in
8  women, you have lung cancer or breast cancer or
9  colorectal cancer, et cetera.  I think these are
10 the most common.  In men, you have prostate,
11 colorectal, and lung, and so forth.  So I think
12 it's about the fifth most common cause of cancer.
13 About 75,000 new cases of non-Hodgkin lymphoma were
14 diagnosed this past year.  That's the latest
15 statistic I recall.
16     Q.  Let me mark as Deposition Exhibit No. 3 a
17 document prepared by the American Cancer Society
18 entitled "Key Statistics For Non-Hodgkin Lymphoma."
19         (Whereupon, Exhibit 3 was
20         marked for identification.)
21 THE WITNESS:  Thank you.
22 BY MR. SLONIM:
23     Q.  Dr. Nabhan, could I ask you please to read
24 the first sentence?  I yellow-highlighted it.
25     A.  "Non-Hodgkin lymphoma is one of the most

---

Page 18

1  common cancers in the United States, accounting for
2  about 4 percent of all cancers.  The American
3  Cancer Society's most recent estimates for
4  non-Hodgkin lymphoma are about 74,680 people will
5  be diagnosed with NHL in 2018.  This includes both
6  adults and children."
7      Q.  Do those statements agree with your
8  understanding of the frequency with which
9  non-Hodgkin lymphoma is diagnosed in the
10 United States?
11     MS. GREENWALD:  Objection.  Form.
12     THE WITNESS:  Which is what I said, about
13 75,000 cases a year.
14 BY MR. SLONIM:
15     Q.  Okay.  And the -- in the next full
16 paragraph, the first yellow sentence states -- the
17 first sentence, which I've yellow-highlighted
18 states, and I quote, "The average American's risk
19 of developing non-Hodgkin lymphoma during his or
20 her lifetime is about 1 in 47."  And do you agree
21 with that statistic?
22     A.  Yes.
23     Q.  Now, turning to the subtype of non-Hodgkin
24 lymphoma that we are speaking of in the case of
25 Mr. Gebeyehou, the DLBCL subtype, is it correct

Page 19

1  that that particular subtype is the most common
2  type of non-Hodgkin lymphoma in the United States?
3      A.  Correct, it represents about one third.
4      Q.  In other words, of the new cases that are
5  diagnosed in the United States per year, which you
6  said was approximately 75,000, of those,
7  approximately 25,000 would be of the DLBCL subtype,
8  which Mr. Gebeyehou had; is that correct?
9      A.  That's pretty fair.
10     Q.  So I wanted to talk about risk factors,
11 and I wanted to just start broadly first with
12 cancer before we drill down into non-Hodgkin
13 lymphoma.
14         Cancer or the risk of being diagnosed with
15 cancer is a function of age; is that correct?
16     MS. GREENWALD:  Objection.  Form.
17     THE WITNESS:  I mean, age doesn't cause cancer,
18 but the older we get, we are more likely to get all
19 diseases, including cancer.  So, again,
20 unfortunately, as we age, we could get cancer,
21 heart disease, anything.  But you are correct, so
22 more older patients get diagnosed with cancer than
23 younger patients.
24 BY MR. SLONIM:
25     Q.  In other words, as patients age, their

Page 20

1  risk of cancer increases over the course of their
2  lifetime; correct?
3      A.  Correct.
4      Q.  And if we focus specifically on
5  non-Hodgkin lymphoma, a person's risk of developing
6  that condition, that increases as they age;
7  correct?
8      A.  Correct.
9      Q.  And you previously told us that
10 Mr. Gebeyehou was 74 years old when he was
11 diagnosed with his diffuse large B-cell non-Hodgkin
12 lymphoma; is that right?
13     A.  Yes.
14     Q.  And the median age of patients who are
15 diagnosed with that condition, DLBCL, is 70; is
16 that right?
17     A.  68 to 72, yep.
18     Q.  So Mr. Gebeyehou was at or, if anything,
19 just a touch above, the median age of DLBCL
20 patients at the time of his diagnosis; correct?
21     A.  Yes, he was at the median age of
22 diagnosis, and I do actually acknowledge that in my
23 expert report.
24     Q.  And so in 2014, January, February of 2014,
25 at the time Mr. Gebeyehou was diagnosed with his

Page 21

1  DLBCL, he was at an increased risk of that
2  condition just because he was 74 years old;
3  correct?
4      A.  See, that's -- but that's not how I view
5  it or even clinicians think of it because there are
6  many 74-year-olds that, you know, never get
7  non-Hodgkin lymphoma.  I mean, still, you are
8  talking 75,000 out of, you know, millions and
9  millions of patients over the age of 75.  All what
10 I could tell you or what I can say is his median
11 age at diagnosis was similar to the median age of
12 most DLBCL non-Hodgkin lymphoma.  That's really all
13 I could say.
14     Q.  But his risk was higher than it was for a
15 person at 60 years old; correct?
16     MS. GREENWALD:  Objection to form.  Asked and
17 answered.
18     Go again.
19     THE WITNESS:  The risk of older patients
20 developing any kind of cancer including non-Hodgkin
21 lymphoma is always higher than younger patients.
22         (Whereupon, Exhibit 4 was
23         marked for identification.)
24 BY MR. SLONIM:
25     Q.  I've marked as Deposition Exhibit No. 4 an

Page 22

1    article entitled "Cancer Statistics, 2015"
2    published by epidemiologists and researchers at the
3    American Cancer Society reporting on the
4    statistics, cancer incident statistics.  I know
5    they're cancer statistics.
6        A.  There is a newer one.  Each year you get
7    one.
8        Q.  So you are familiar with these reports?
9        A.  Of course.
10       Q.  And you are right, there is a newer one.
11   The reason I picked 2015 was because that was the
12   one immediately after that reported the data
13   through 2014 when Mr. Gebeyehou was diagnosed with
14   cancer.
15       A.  I understand.  I just want to make sure
16   that in case you -- that this is not the last
17   iteration of it.
18       Q.  Thank you.
19          Let me ask you to turn, please, to
20   Table 4, which is on page 10.
21       A.  Okay.
22       Q.  So this table reports on the probability
23   of a person developing different types of cancer,
24   including non-Hodgkin lymphoma, according to
25   selected age intervals in the United States; is

Page 23

1    that correct?
2        A.  Yes.
3        Q.  And to make the table easier to read,
4    I yellow-highlighted the row that's for non-Hodgkin
5    lymphoma and particularly for males.  Do you see
6    that?
7        A.  I do.
8        Q.  So according to this data, a man in his
9    70s -- do you see that?  That's the next-to-last
10   column, 70 and greater?
11       A.  Yes.
12       Q.  -- has six times the probability of being
13   diagnosed with non-Hodgkin lymphoma compared with a
14   man who is under age 50.  Do you see that?
15       A.  Yes, I do.
16       Q.  And you agree with that?
17       A.  Yes.
18       Q.  And a man in his 70s, like Mr. Gebeyehou,
19   has six times the probability of being diagnosed
20   with non-Hodgkin lymphoma compared with a man in
21   his 50s; correct?
22       A.  You know, do the math, 1 in 347 versus
23   1 in 55, about six times, yeah.
24       Q.  There is an easier way to do.  The
25   percentage is three tenths of a percent compared to

Page 24

1    1.8 percent; right?
2        A.  Sure.
3        Q.  So there is --
4        A.  I agree with that.
5        Q.  You agree there is a sixfold risk for a
6    person like Mr. Gebeyehou, 70 and above, being
7    diagnosed with non-Hodgkin lymphoma as compared
8    with a man age 50 to 59?
9        MS. GREENWALD:  Objection.  Form.
10       THE WITNESS:  Yes.  And this -- again, this is
11   all scalable to all diseases, all cancers for the
12   most part.
13   BY MR. SLONIM:
14       Q.  And to just continue through, a man in his
15   70s, like Mr. Gebeyehou, has three times the
16   probability of being diagnosed with non-Hodgkin
17   lymphoma compared to a man in his 60s; correct?
18       A.  Correct.
19       Q.  So Mr. Gebeyehou was at an increased risk
20   of non-Hodgkin lymphoma simply because he was in
21   his 70s; isn't that right?
22       A.  Yes, older patients are at higher risk of
23   developing cancers including NHL.
24       Q.  So Mr. Gebeyehou's non-Hodgkin lymphoma,
25   his DLBCL, that could simply be a result of the

Page 25

1    fact he was in his mid 70s at the time he was
2    diagnosed; correct?
3        MS. GREENWALD:  Objection.  Form.
4        THE WITNESS:  If we ignore every other risk
5    factor, it could be, but reality is you can't
6    ignore other risk factors that patients have.  Just
7    because you are older doesn't mean you can't be
8    predisposed to risk factors that might increase
9    your risk of developing the disease.  So, again,
10   I'll draw a contrast or an example that you are 70,
11   and you start smoking heavily.  Although you are at
12   increased risk of developing heart attacks in your
13   70s, just by virtue of the fact you are older, you
14   are going to accelerate that risk now because you
15   started smoking heavily.  So I just want to make
16   sure I answered the question that -- that's correct
17   if there are no other risk factors at all.
18   BY MR. SLONIM:
19       Q.  Solely as a function of age, you are at an
20   increased risk or Mr. Gebeyehou was at an increased
21   risk because he was in his 70s?
22       A.  It's a risk factor, yes.
23       Q.  So is there any way you can say
24   Mr. Gebeyehou would not have had exactly the same
25   tumor because of his age if he had not had any

Chad Nabhan, M.D.

Page 26

1  exposure to Roundup?
2      A.   You really can't.  I mean, I can't really
3  have a crystal ball whether somebody in their 70s
4  would have non-Hodgkin lymphoma or not.  He could
5  have.  He could have not.  It's impossible to tell.
6      Q.   And, in fact, the probability that a man
7  would develop some form of non-Hodgkin lymphoma is
8  one in 47; correct?
9      A.   It's in the 40s:  I don't remember -- 45,
10  47, but it's in the 40s.
11      Q.   That was the American Cancer Society
12  statistic we just looked at -- right? -- the
13  average risk in the United States, Exhibit 3?
14      A.   I see 1 in 42 here in Table 4.
15      Q.   And what they did -- thank you -- but the
16  American Cancer Society must have averaged the male
17  and the female, the 1 in 47 and the 1 in 52.
18      Actually, if we look at the subset of men,
19  Mr. Gebeyehou's or a man's probability of being
20  diagnosed with non-Hodgkin lymphoma during his
21  lifetime is 1 in 42; correct?
22      MS. GREENWALD:  Objection.  Form.
23      THE WITNESS:  According to Table 4, yes.
24  That's what I was trying to get at.  It wasn't 42,
25  47.  But the average 1 in 47, and this Table 4 that

Page 27

1  you provide says 1 in 42 which is aligned with what
2  we know.
3  BY MR. SLONIM:
4      Q.   And, in particular, the risk for, like,
5  Mr. Gebeyehou in his 70s was 1 in 55; correct?
6      A.   Yes, correct.
7      Q.   So Mr. Gebeyehou could have developed
8  non-Hodgkin lymphoma purely as a result of his age,
9  having nothing to do with Roundup exposure;
10  correct?
11      MS. GREENWALD:  Objection.  Form.
12      THE WITNESS:  If he did not have the exposures
13  and just you're talking about somebody like him at
14  the age of 74 presenting with this disease, sure,
15  it could be just idiopathic part, which we talked
16  about many times, unknown causes, but whether
17  somebody is old or young, you can't dismiss known
18  causative factors.
19  BY MR. SLONIM:
20      Q.   Now, you previously opined -- and I'm
21  thinking about the Gordon case -- that exposure to
22  Roundup was a likely cause of her non-Hodgkin
23  lymphoma; correct?
24      A.   Yes.
25      Q.   And the key factor in your analysis was

Page 28

1  her age because she was in her 30s; is that right?
2      A.   Key factor was the exposure.
3      Q.   Well, the key factor in Ms. Gordon's case
4  was that you felt that her age was unlikely to
5  contribute because you said that -- you testified
6  that age -- it was unusual for a person in their
7  30s to be diagnosed with non-Hodgkin lymphoma.
8  Isn't that what you testified?
9      A.   Absolutely.
10      MS. GREENWALD:  Objection.  Form.
11      You have to give me a moment to object.
12      THE WITNESS:  I'm sorry.
13      Absolutely.  It's more unusual for younger
14  patients to develop non-Hodgkin lymphoma, and it's
15  more pressing when you have a younger patients with
16  this disease to even investigate further whether
17  the person had any causative factor.
18  BY MR. SLONIM:
19      Q.   So how in your methodology are you able to
20  rule out age as a potential causative factor in an
21  elderly person given that age was an important
22  factor in your methodology for someone who was
23  younger than the median age at the time of
24  diagnosis?
25      MS. GREENWALD:  Objection.  Form.

Page 29

1      THE WITNESS:  You're talking about
2  Mr. Gebeyehou?
3  BY MR. SLONIM:
4      Q.   Yes.
5      A.   And, again, so for every patient that you
6  need to assess -- whether the patient is younger or
7  older -- I think it is important if you're trying
8  to identify causation, you have to look at all of
9  the risk factors, all of them, including age, which
10  I mention in my expert report.  This is not
11  something that you dismiss.  But just the fact that
12  somebody is older should not preclude you, as a
13  clinician, as an investigator, from ignoring the
14  possibility of other causative factors beyond age.
15  So, yes, the median age of diagnosis is in the 70s,
16  and he meets the criteria of the median age, which
17  is noted.  But then you look, are there any other
18  reasons that may have contributed to the
19  development of his disease?
20      And when you have a known risk factor and
21  known causative agent with that much exposure, you
22  can't really dismiss that just because the person
23  is older.  That wouldn't be really a fair way of
24  assessing older patients.  In younger patients you
25  even -- again, it's more of a red flag that an

Page 30

1  older patient, but this does not mean that the
2  methodology or the process by which you determine
3  causation should vary based on age.
4        The methodology should be the same, but in
5  Mr. Gebeyehou's case, the age is different.  And
6  clearly, he is at the median age of when patients
7  with lymphoma get diagnosed.  So you put that as a
8  limitation, and you investigate other causative
9  factors.
10     Q.  Okay.  Let's move on to another
11  consideration.
12     A.  Sure.
13     Q.  Autoimmune disease is a risk factor for
14  non-Hodgkin lymphoma; correct?
15     A.  Correct.
16     Q.  And you would agree that it's not unusual
17  for patients who have autoimmune disease to develop
18  this particular type of malignancy, non-Hodgkin
19  lymphoma, subtype DLBCL; correct?
20     MS. GREENWALD:  Objection.  Form.
21     THE WITNESS:  You could get DLBCL.  You get
22  more the common, the indolent ones, but I've seen
23  both.  So it's not unusual to get DLBCL if somebody
24  has autoimmune disease.
25

Page 31

1  BY MR. SLONIM:
2     Q.  And now, in your report -- you are welcome
3  to look at it -- on page 5 --
4     A.  Okay.
5     Q.  -- at the top, the first full bullet at
6  the top.  Do you see that?
7     A.  Sure.
8     Q.  And you wrote that "Mr. Gebeyehou does not
9  have any known autoimmune disease, a known
10  potential risk factor to developing non-Hodgkin
11  lymphoma."  That's what you wrote; correct?
12     A.  Yes.
13     Q.  If Mr. Gebeyehou had an immune disorder,
14  you agree that would be a risk factor for the
15  development of DLBCL?
16     A.  Yes.
17     Q.  Prior to developing and being diagnosed
18  with DLBCL, Mr. Gebeyehou was diagnosed with an
19  immune disorder; isn't that right?
20     A.  Which disorder?
21     Q.  Let me ask you this:  You reviewed
22  Mr. Gebeyehou's medical records before you wrote
23  your report; is that correct?
24     A.  Yes.
25     Q.  Did you -- when you reviewed the medical

Page 32

1  records, did you look for any indication that
2  Mr. Gebeyehou had an immune disorder?
3     A.  I looked.  I wasn't able to find any
4  immune disorder in the records I reviewed.
5     Q.  And if you were aware of an immune
6  disorder, how would that have affected your
7  opinion?
8     A.  I would need to look at the disorder
9  you're talking about.  I would need to investigate
10  further, look at the literature of the association
11  of that particular disorder with non-Hodgkin
12  lymphoma and so forth.  I am not aware that he had
13  any autoimmune disorder to my knowledge.
14     Q.  So at the time you prepared your report
15  and formed your opinion in this matter, you were
16  not aware of any medical record in which
17  Mr. Gebeyehou had been diagnosed with autoimmune
18  disorder; correct?
19     A.  Not in the records I reviewed, no.
20        I'm more than happy, if you have any of
21  the records you'd like to show me, I'd like to look
22  at.
23             (Whereupon, Exhibit 5
24             (Gebeyehou) was marked for
25             identification.)

Page 33

1  BY MR. SLONIM:
2     Q.  I've marked as Deposition Exhibit No. 5 a
3  medical record for Mr. Gebeyehou, and do you have
4  that record in front of you, Dr. Nabhan?
5     A.  Yes, I do.
6     Q.  And do you see that the -- there is a date
7  indicated on the medical record that -- of
8  November 22, 2016?
9     A.  Yes, I do.
10     Q.  So this was eight years, approximately,
11  prior to Mr. Gebeyehou's diagnosis of non-Hodgkin
12  lymphoma, which was in 2014; is that right?
13     A.  Correct.
14     Q.  And according to this record,
15  Mr. Gebeyehou presented with complaints of
16  significantly -- of significant hearing loss,
17  particularly on his left side; is that correct?
18     A.  Yes.
19     Q.  And the doctor who treated Mr. Gebeyehou
20  for that hearing loss in November of 2006 diagnosed
21  the reason for that condition is what he calls
22  "immune-mediated fluctuated hearing loss (cochlear
23  Meniere's)"; correct?
24     MS. GREENWALD:  Objection, form.
25     THE WITNESS:  That's what I'm reading here,

Chad Nabhan, M.D.

Page 34

1    yes.
2    BY MR. SLONIM:
3       Q.  So do you understand from this medical
4    record that Mr. Gebeyehou had been diagnosed in
5    2006 with an autoimmune disorder that damaged the
6    left side of his hearing?
7       A.   There is no relationship whatsoever
8    between Meniere's disease and non-Hodgkin lymphoma,
9    and I am not actually aware that he had Meniere's
10   disease.  This is the first time I see this note.
11   But to my knowledge, Meniere's and non-Hodgkin
12   lymphoma are absolutely not related.
13      Q.  So focus in on my question, please.
14           Do you understand, according to this
15   medical record, that Mr. Gebeyehou had been
16   diagnosed in 2006 with an immune disorder that
17   damaged the left side of his hearing?
18      A.  It says "immune-mediated hearing loss,"
19   which means it's a hearing loss that it's unknown
20   etiology.  It's probably immune-mediated.
21      Q.  It doesn't say "probably," does it?  It
22   says "immune-mediated fluctuated hearing loss."
23   Isn't that what the doctor diagnosed him with?
24      A.  I'd like to see the notes before this
25   visit -- this is what it says here, but I'd like to

Page 35

1    see the notes before and after, because a lot of
2    times this diagnosis is a diagnosis of exclusion.
3    It's a theoretical diagnosis.  So if you have it,
4    I want to see the one -- the note before and after
5    to see if it was confirmed.  If that it says in
6    this note, and it would have no implication because
7    Meniere's and non-Hodgkin lymphoma have no
8    relation.
9       Q.  Mr. Gebeyehou -- you were not aware of
10   this record indicating that Mr. Gebeyehou had an
11   immune-mediated hearing loss prior to his diagnosis
12   of non-Hodgkin lymphoma; correct?
13      MS. GREENWALD:  Objection.  Form.
14      THE WITNESS:  Yes, I was not aware that he had
15   what is being labeled here as Meniere's disease,
16   and the reason I'm asking for notes before and
17   after, to see if this was confirmed or was it just
18   simply an opinion at the time of that visit on
19   November 2006.
20   BY MR. SLONIM:
21      Q.  If this record is accurate that
22   Mr. Gebeyehou had immune-mediated hearing loss,
23   that immune disorder could have caused his
24   non-Hodgkin lymphoma; correct?
25      MS. GREENWALD:  Objection.  Form.

Page 36

1       THE WITNESS:  No.  He had Meniere's disease,
2    which is not like any other necessarily
3    immune-mediated disorders, and I'm not aware of any
4    literature -- I'd be very curious to show me one
5    paper that links Meniere's disease to non-Hodgkin
6    lymphoma.
7    BY MR. SLONIM:
8       Q.  You are aware of papers that show a report
9    that people that have immune disorders are at
10   increased risk of developing non-Hodgkin lymphoma;
11   correct?
12      MS. GREENWALD:  Objection.  Asked and answered.
13      THE WITNESS:  These are lupus, rheumatoid
14   arthritis, Sjogren's disorder.  These are the type
15   of autoimmune disorders that are associated with
16   non-Hodgkin lymphoma.  Meniere's disease, to my
17   knowledge, has never been shown to be remotely
18   related to non-Hodgkin lymphoma.  I'd like to see
19   any evidence to support that Meniere's disease
20   specifically is related to NHL, and I would like to
21   see notes before and after this visit to see if
22   this was a theory that the examining physician
23   assumed the patient had versus something that was
24   subsequently confirmed.
25

Page 37

1    BY MR. SLONIM:
2       Q.  The doctor who diagnosed Mr. Gebeyehou in
3    November of 2006 felt the immune-mediated attack
4    and disease was so severe that it attacked his
5    hearing on his left side; isn't that right?
6       MS. GREENWALD:  Objection.  Form.
7       THE WITNESS:  His plan was to do an MRI.  As
8    you can see, he said "Repeat MRI."  So, obviously,
9    there is more investigation he wanted to do, and
10   I think it's fair to say we should look at that MRI
11   and subsequent note after the MRI was done to see
12   if the impression that this physician had upon this
13   examination was subsequently confirmed with the
14   additional studies that he was planning to do.
15   BY MR. SLONIM:
16      Q.  In any event, you did not consider
17   autoimmune disease when you formed your opinion
18   about Mr. Gebeyehou; correct?
19      MS. GREENWALD:  Objection.  Form.
20      THE WITNESS:  This is not what I said.  I said
21   that Meniere's disease -- I wasn't aware of
22   Meniere's disease, and I'm asking if there is any
23   confirmation he has this disease.  Because so far
24   I haven't seen any conclusive evidence that he has
25   this disease.  There is one note here.  There is no

Chadi Nabhan, M.D.

Page 38

1 previous note or subsequent note or any diagnostic
2 study to assure that this diagnosis was
3 subsequently confirmed.
4     This is an impression.  If you look here, it
5 says "impression."  What impression means, this is
6 the impression of the physician upon this
7 diagnosis.  It doesn't mean I'm 100 percent sure.
8 This is the impression that physician has.  If he
9 was 100 percent sure, he would probably not do
10 additional MRI, et cetera, et cetera.
11     Regardless, I don't believe that Meniere's
12 disease is associated with non-Hodgkin lymphoma.
13 I would like to look at evidence to demonstrate the
14 association between Meniere's, specifically, and
15 non-Hodgkin lymphoma.  When we talk about
16 autoimmune disease and non-Hodgkin lymphoma, we are
17 talking about the lupus, the rheumatoid arthritis,
18 the scleroderma, the Sjogren's syndrome, these
19 types of autoimmune diseases that we often
20 describe.
21 BY MR. SLONIM:
22    Q.  And in your "Materials Considered," it you
23 don't list a single article listing Meniere's
24 disease, do you?
25    A.  No, I don't.

Page 39

1    Q.  In your list of references, you don't list
2 any references discussing autoimmune disease, do
3 you?
4    A.  He didn't have autoimmune disease, and he
5 didn't have Meniere's disease, to my knowledge.
6 Why would I list that?
7    Q.  Let's move on to another consideration.
8     You're familiar with a type of viral
9 hepatitis known as viral hepatitis B; is that
10 correct?
11    A.  Of course.
12    Q.  Viral hepatitis B is a risk factor for
13 developing non-Hodgkin lymphoma; correct?
14    A.  Yes.
15    Q.  And you understand that Mr. Gebeyehou
16 lived in Ethiopia during the first 30 years of his
17 life from 1939 to 1969?
18    A.  Yes.
19    Q.  And you're familiar with the fact that
20 viral hepatitis B is endemic in Ethiopia?
21    MS. GREENWALD:  Objection.  Form.
22    THE WITNESS:  Obviously only if it's endemic.
23 I know it's more common here than there.
24 BY MR. SLONIM:
25    Q.  Did you bother to look?

Page 40

1    MS. GREENWALD:  Objection to form.
2    THE WITNESS:  I know it's more common.  I know
3 it's more common in third-world countries,
4 including Ethiopia.  It's a well-known fact.
5 BY MR. SLONIM:
6    Q.  Mr. Gebeyehou thinks he may have
7 contracted viral hepatitis B during the period of
8 time he was living in Ethiopia; correct?
9    A.  Yes, that was his testimony.
10    Q.  And there are laboratory tests that report
11 that Mr. Gebeyehou tested positive for the viral
12 hepatitis B core antibodies; correct?
13    A.  Yes.
14    Q.  And that is confirmation that
15 Mr. Gebeyehou was exposed, and he believes he was
16 exposed, to that virus during the 1939 to 1969 time
17 period that he lived in Ethiopia; correct?
18    A.  We can tell he was exposed because the
19 core antibody was positive, and the core antibody
20 would not be positive unless somebody was exposed
21 to hepatitis B.  I wouldn't know when he could have
22 contracted the hepatitis B.  I do know that he said
23 when was in Ethiopia.  I just don't know we can be
24 100 percent sure because he could have contracted
25 it here.  It's tough to tell.

Page 41

1    Q.  If a person is exposed to viral
2 hepatitis B in the past, that virus can remain
3 present in a person's cells even if they don't have
4 a current active infection; isn't that right?
5    A.  Yes.  For hepatitis B, the fact that the
6 core antibody is positive means he was exposed, and
7 it is in a dormant stage.  And that's why when we
8 find that the core antibody is positive, patients
9 get treatment for that on top of the chemotherapy
10 to mitigate the chances of reactivation of that
11 virus that has been dormant.
12    Q.  And there are medical studies that report
13 an increased risk of non-Hodgkin lymphoma and DLBCL
14 in patients that test positive for hepatitis B core
15 antibodies even if they test negative for the
16 surface antigen; correct?
17    A.  You know, mostly when you look at
18 hepatitis B -- so hepatitis B core antibody
19 positivity, which is what he has, definitely imply.
20 A, prior exposure; and B, the risk of reactivation
21 upon treatment of chemotherapy or any type of
22 immunosuppressive therapy.  When you investigates
23 -- and I have looked a lot at this -- when you
24 investigate the relationship between hepatitis B
25 and the development of non-Hodgkin lymphoma, most

Chadi Nabhan, M.D.

Page 42

1  of the studies are more compatible with the highest
2  risk of hepatitis B, and development of non-Hodgkin
3  lymphoma are the ones with the surface antigen
4  positive.
5      But there is -- there always remains a
6  risk that the prior exposure to hepatitis B may
7  increase the risk of somebody developing
8  non-Hodgkin lymphoma.  So it's not something that
9  we can dismiss easily, but we have to acknowledge
10 the majority of these patients that have B that
11 potentially develop non-Hodgkin lymphoma are the
12 ones who have the surface antigen positive as
13 opposed to just the core antibody.
14     Q.  But you agree with me there are studies in
15 the medical literature that report to a person with
16 a core antibody hepatitis B positive and a surface
17 antigen negative, that those people are at an
18 elevated risk of non-Hodgkin lymphoma as compared
19 with a person who is not exposed to hepatitis B at
20 all?
21     A.  There are studies that show that, yes.
22     Q.  And you previously -- well, strike that.
23     As part of his therapy for his non-Hodgkin
24 lymphoma, Mr. Gebeyehou was treated with a therapy
25 known as R-CHOP; is that right?

Page 43

1     A.  Yes.
2     Q.  And that is an acronym.  It's all capital
3  letters.  The first letter is R, hyphen, and then
4  C-H-O-P; correct?
5     A.  Yes.
6     Q.  And the R in that acronym, R-CHOP, that's
7  shorthand for a medication that's called Rituxan;
8  correct?
9     A.  Yes.
10    Q.  And you're familiar with Rituxan,
11 I assume?
12    A.  I used it many times.
13    Q.  And have you ever prescribed Rituxan to a
14 patient who was viral hepatitis B core antibody
15 positive like Mr. Gebeyehou?
16    A.  I have, many times.
17    Q.  And you understand that there is a risk
18 that the Rituxan reactivates the viral hepatitis B
19 in a patient?
20    A.  Yeah, the Rituxan and the chemotherapy.
21 It's more the Rituxan and the chemotherapy, and
22 that's why we put patients on treatment for
23 hepatitis B.
24    Q.  So, in other words, even though the
25 patient does not have an active infection, the fact

Page 44

1  that that person has the core antibody, the
2  hepatitis B viral core antibodies is a flag that
3  there might be virus lurking around that could
4  become reactivated and reinfect the patient as a
5  result of the Rituxan therapy; right?
6     MS. GREENWALD:  Objection.  Form.
7     THE WITNESS:  Yes, because the Rituxan could
8  suppress the immune system further.  So as you
9  suppress the immune system, you could reactivate
10 some dormant viruses, including this one.
11 BY MR. SLONIM:
12    Q.  You have read the Rituxan label, the
13 package insert?
14    A.  Not recently.  I'm very familiar with it.
15 I think most everyone pharma person is familiar
16 with that.
17    Q.  And you know that Rituxan has a black box
18 warning advising physicians that patients who were
19 previously exposed to viral hepatitis B are at risk
20 of having that virus reactivated if they are
21 administered Rituxan; right?
22    A.  Absolutely.
23         (Whereupon, Exhibit 6
24         (Gebeyehou) was marked for
25         identification.)

Page 45

1  BY MR. SLONIM:
2     Q.  I have marked as Deposition Exhibit No. 6
3  a copy of the Rituxan label.  This is the
4  professional information that is provided to
5  physicians by the manufacturer of the medication.
6  Are you with us?
7     A.  Of course.
8     Q.  Okay.  And on the first page in the black
9  box on the upper left-hand corner, there is a black
10 box warning about a concern that a patient who had
11 been exposed to viral hepatitis B could be
12 reactivated if they are treated with Rituxan;
13 correct?
14    A.  Yes.
15    Q.  And that black box warning on the label,
16 on the front of the label, that references a
17 section in the label, Section 5.3, where there is
18 more information about this; correct?
19    A.  Yes, 5.3.
20    Q.  And that's just a few pages in.  The pages
21 aren't numbered, but it's the fifth or sixth page
22 in?
23    A.  Okay.  I see it.
24    Q.  The subheading 5.3, that's entitled
25 "Hepatitis B Virus Reactivation"; correct?

Chadi Nabhan, M.D.

Page 46

1    A.   Yes.
2         Q.   And let me direct your attention, please,
3    to the third paragraph down.  Take a minute to read
4    that to yourself.
5         A.   I'm familiar with it.
6         Q.   Okay.  So the first thing is that that
7    portion of the label cautions physicians to screen
8    all patients for viral hepatitis B by measuring
9    both the hepatitis B surface antigen and the
10   hepatitis B core antibody; correct?
11        A.   Yes.
12        Q.   And those are two separate immunological
13   studies, the surface antigen and the core antibody;
14   correct?
15        A.   I mean, they come with the same test.  You
16   order a hepatitis profile, and they usually do the
17   hepatitis surface antibody and hepatitis core.  So
18   you get all of them at the same time, and you make
19   sense of the results.
20        Q.   And the warning further cautions that you
21   can have patients who are hepatitis B surface
22   antigen negative but anti-hepatitis B core antibody
23   positive.  That's Mr. Gebeyehou situation; correct?
24        A.   Yes.
25        Q.   He was hepatitis B surface antigen

Page 47

1    negative but anti-hepatitis B core antibody
2    positive; right?
3         A.   Yes.
4              You know what this is trying to tell you.
5    This is after the patient gets diagnosed with
6    lymphoma, if you have this scenario, you could
7    still have reactivation of the disease.  So it's
8    saying if you get the surface antigen negative and
9    the core antibody positive, you still have to
10   prophylax these patients so they don't get
11   reactivation.  That's what it's trying to tell you.
12        Q.   So what they are saying, that in a patient
13   with those specific lab values, like Mr. Gebeyehou,
14   the hepatitis B virus can be present in the cells
15   even though he does not have an active infection at
16   the time; right?
17        A.   Where do you see that?
18        Q.   That's the point of the -- that's the
19   point of the warning; right?
20        MS. GREENWALD:  Objection.  Form.
21        THE WITNESS:  Okay.  Well, let's read it
22   together.  I am not sure -- the point of the
23   warning -- I think what that are trying to tell
24   prescribers is that when you give Rituxan or when
25   you give chemotherapy for patients with lymphoma,

Page 48

1    there is higher risk of reactivating patients who
2    have had the core antibody positive disease, so
3    prior exposure to hepatitis B.
4         I think what they want to make sure they
5    emphasize is that -- and, again, I mean, I've had
6    hundreds of these patients -- what they want to
7    emphasize is if you get the surface antigen
8    negative or positive, don't -- you still have to
9    prophylax these patients, and they consult with the
10   physician with expertise in managing the hepatitis
11   B.  Because there was a fear that maybe physicians,
12   when they see the hepatitis B surface antigen
13   negative, they may not prophylax these patients.
14   And they just want to make sure that anybody with
15   core antibody positive disease should receive
16   prophylaxis, and I think Mr. Gebeyehou got Epivir
17   prophylaxis because of that.
18   BY MR. SLONIM:
19        Q.   So let's move on to Mr. Gebeyehou.  So
20   Mr. Gebeyehou was exactly like the kind of patient
21   we are talking about here, surface antigen negative
22   but core antibody positive.
23        A.   Correct.
24        Q.   And so his oncologist, Dr. Pai,
25   recommended and prescribed a drug called Epivir.

Page 49

1    It's also called lamivudine --
2         A.   Yes.
3         Q.   -- during the time that he was on this
4    R-CHOP therapy for several months and even several
5    months after he finished therapy in an effort to
6    make sure the hepatitis B that was in his body
7    would not become activated; correct?
8         A.   Yes.  Usually, we do about three months
9    after you finish chemotherapy, and then you stop.
10        Q.   So Mr. Gebeyehou's non-Hodgkin lymphoma
11   could be the result of his viral hepatitis B;
12   correct?
13        A.   It's a hepatitis B, an exposure, a prior
14   exposure to hepatitis B is a risk factor for
15   developing non-Hodgkin lymphoma, absolutely.
16        Q.   And Mr. Gebeyehou could have developed
17   DLBCL as a result of his viral hepatitis B even if
18   he had no exposure to Roundup; correct?
19        A.   Do you mind rephrasing the question,
20   please?
21        MR. SLONIM:  I'll ask the court reporter to
22   read it back.
23             (Whereupon, the record was
24             read.)
25        THE WITNESS:  He could have, yes.

Chadi Nabhan, M.D.

Page 50

BY MR. SLONIM:
1  Q.  Let's move on to another consideration.
2  A.  Which page?
3  Q.  No, I'm looking at my notes.
4      You've spent a number of years in your
5  medical career dealing with cancer, of course?
6  A.  Yes.
7  Q.  Cancer is a genetic disease, meaning that
8  cancer is caused by changes in genes that control
9  the way cells function; correct?
10  A.  That control the white cell function?
11  Q.  That control the way cells function.
12  A.  The way cells function.
13      Yeah, I mean, that's the way we tend to
14  believe.  The problem is there are situations where
15  you just can't determine any of that.  I think most
16  cancers, we still don't know why they are caused
17  and what cause most cancers.  For some cancers, we
18  are able to determine the cause.
19      We tend to believe that at some point
20  cancer is caused by some alteration in the genetic
21  material or cell survival and cell death, but it's
22  not as simple as that because there are many
23  cancers we still don't know what type of cause.
24  Q.  Genetic changes in genes that control how

Page 51

1  cells grow and divide, if those genes are altered,
2  that could result in cancer; right?
3  A.  It could.
4  Q.  And genes that control how cells get
5  repaired and how they die, those can be important
6  drivers of whether or not there is a malignancy;
7  correct?
8  A.  Of course.
9  Q.  And those types of genetic changes in
10  cells, they can predispose a person to develop
11  cancer; correct?
12  A.  They can.
13  Q.  And that's one of the reasons why
14  physicians often are interested in a person's
15  family history of cancer; correct?
16  A.  In everything.
17      I mean, you just have -- that's why you do
18  the entire exercise about smoking, tobacco, family,
19  alcohol, occupational exposure.  I think all of
20  them are really important, but that's why we ask
21  about family history also because some cancers can
22  be inherited through, particularly, chromosomes
23  from the father and mother to the offspring, and
24  some cancers are just sporadic.
25      So, you know, I think given how ubiquitous

Page 52

1  cancer is, pretty much everybody around this table
2  knows a family member of theirs that had, at some
3  point, cancer.  That doesn't mean all of us have a
4  genetic predisposition to cancer.  So there is a
5  difference; right?
6      You know, my mother had breast cancer, and
7  my father had melanoma.  It doesn't mean these were
8  pass on to me by chromosomes.  I think we have to
9  differentiate when we say "genetic predisposition,"
10  are you saying that this an actual genetic material
11  passed on from the father, mother to the children
12  or just sporadic.  So it's an important
13  distinction, I believe.
14  Q.  Thank you.  You anticipated my next
15  question.
16      You are familiar with something called
17  "germline mutations"?
18  A.  That's what I was trying to get at, so
19  there you go.
20  Q.  So can you please help us out a little bit
21  and explain what germline mutations are?
22  A.  Well, I mean, that's what we just
23  described; right?  I mean, I think the idea is that
24  it could be a mutation through the genetic material
25  passed from the father and mother into the

Page 53

1  children.  That's usually what we classify as
2  germline mutations versus somatic mutations.  These
3  are mutations that just occur sporadically and has
4  nothing to with the genetic material.
5      So it's actually a frequent board question
6  on the medical oncology board and internal medicine
7  board, where they give you this family history of,
8  you know, the mother had X cancer, the father had X
9  cancer, the uncle had X cancer, and then the
10  patient in question has this cancer.  And you try
11  to figure out is this really something that was
12  passed on by the family that needs genetic testing
13  or simply sporadic?  So I think it's important to
14  look at each particular patient separately.
15      But you are right, that's why we ask about
16  family history, and.  In my practice, I've always
17  asked about family history, and when I suspected
18  that there may be something that could be germline
19  mutation or something that was passed on, I used to
20  refer these patients to the genetic counseling
21  clinic so they can decide what type of testing is
22  done.
23  Q.  Now, you agree with me that there were
24  medical studies that report DLBCL is linked to
25  certain genetic -- germline genetic mutations that

Chad Nabhan, M.D.

Page 54

1  predispose a person to develop that condition;
2  correct?
3      A.   I mean, people with a family history of
4  lymphoma are at increased risk of developing
5  lymphoma, if that's what you're getting at.
6      Q.   So --
7      A.   So this is important.
8      Q.   I'm getting at more than that, though.
9      A.   I see.
10     Q.   There are medical -- there are medical
11 studies that report germline mutations of genes
12 involved with cell growth, cell division, cell
13 repair, and cell death, that those mutations are
14 linked specifically to diffuse large B-cell
15 lymphoma; correct?
16     A.   There are some genes that have been linked
17 to developing non-Hodgkin lymphoma, and there are
18 some mutations in tumor suppressor genes that have
19 been linked, yes.
20     Q.   And those same genes are linked to other
21 types of cancers, including solid cancers; correct?
22     A.   Some of them, yes.
23     Q.   You previously explained to us that
24 germline mutations are inherited from the mother
25 and father; correct?

Page 55

1      A.   Generally, yeah.
2      Q.   Both of Mr. Gebeyehou's parents had
3  cancer; correct?
4      A.   I knew you were going to ask this.  I'm
5  just trying to remember which type.  I think one
6  was probably colon, and it's ovarian, the other
7  one.  I know they did.  I just don't remember
8  exactly which ones.
9      Q.   I believe the mother had ovarian cancer,
10 and there was a little uncertainty about what type
11 of cancer the father had.  There may have been a
12 reference to liver cancer or some other kind of
13 cancer but it was uncertain.
14     A.   Now that you say "liver cancer," it's
15 probably liver cancer.  I do recall looking at
16 this -- and I didn't see the lymphoma piece -- but
17 I do recall his mother and father did have cancers.
18     Q.   So isn't it correct that Mr. Gebeyehou's
19 DLBCL could have been the result of inherited
20 germline mutations?
21     MS. GREENWALD:  Objection.  Form.
22     THE WITNESS:  I don't believe so.  I mean,
23 I don't think the fact that we have two separate
24 cancers -- I mean, could be, could not.  I mean, we
25 just don't know the answer to that question.  The

Page 56

1  two cancers that you are mentioning are completely
2  not related to lymphoma to my knowledge, and, as
3  I said, I mean, every family is affected by cancer.
4      So I'm not aware that having a family member
5  with ovarian cancer and another one with liver
6  cancer or colon cancer -- because we couldn't
7  remember exactly -- is linked to lymphoma.  What
8  I mean by that is if we see this patient in
9  clinic -- right? -- this is not a reason to refer
10 this patient to genetic counseling.
11     Because, usually, if you have a suspicion that
12 this is really more of a familial thing, you
13 actually should because that really affects other
14 family members.  And, as you know, his oncologist
15 and his treating physicians never really felt that
16 there was really any type of, quote/unquote,
17 "genetic predisposition" to his lymphoma, and
18 hence, he was never referred for genetic counseling
19 or for any consideration of genetic testing, to my
20 knowledge from the records I looked at.  And
21 I wouldn't have done that either if he were my
22 patient.
23 BY MR. SLONIM:
24     Q.   But apart from whether or not you would
25 have referred him for genetic testing, there are

Page 57

1  germline mutations associated with DLBCL relating
2  to cell growth, cell division, cell repair, and
3  cell death that are also implicated in solid
4  tumors, such as the ovarian cancer that
5  Mr. Gebeyehou's mother had; correct?
6      A.   Like what?  What's the link between
7  ovarian cancer and lymphoma exactly?
8      I mean, ovarian cancer, the highest risk
9  of ovarian cancer in terms of genetic
10 predisposition is, as you know, the BRCA, BRCA 1
11 and BRCA 2, which is, obviously, highly publicized
12 in the media, and these have absolutely nothing to
13 do with lymphoma, the BRCA 1, BRCA 2.
14     I see what you're saying.  I agree there
15 is some family history here, but there is really
16 nothing in that family history that strikes me as,
17 "My God, this family has such a high risk of
18 developing non-Hodgkin lymphoma."  I don't see that
19 here.
20     Q.   But there are some germline mutations
21 that, for instance, could affect cell --
22     A.   All cancers are affected by cell death,
23 cell repair.  This is what cancer is.  Cancer is
24 ultimately an imbalance between cell survival and
25 cell death; right?  I mean, usually, our body, we

Chad Nabhan, M.D.

Page 58

1  think, is in harmony between cell survival and cell
2  death, and usually, the cells live and die in a
3  harmonized way.  Something happens when this
4  balance between cell survival and cell death is no
5  longer in check.  Whether this is because of
6  occupational hazard, exposure, or sun, radiation,
7  whatever it is, that could actually affect that
8  balance between cell survival and cell death, and
9  that lack of balance between cell survival and cell
10 death is really what cancer is.
11      That particular cancer can occur in any
12 type of body.  It can be breast cancer, ovarian
13 cancer, non-Hodgkin lymphoma, but ultimately, the
14 principle of cancer is the lack of balance between
15 cell survival and cell death.  Whatever causes that
16 lack of balance sometimes is known for certain
17 patients, and sometimes it is unknown in other
18 patients.
19     Q.  Your report at page 4 says that "We don't
20 know what causes most lymphomas."  That's a
21 proposition that you stated; correct?
22     A.  Yes, I have.
23     Q.  So you are not able to rule out unknown
24 causes that are responsible for most lymphomas as
25 being the cause of Mr. Gebeyehou's cancer; correct?

Page 59

1     A.  But, see, unknown causes can -- say again.
2  You are saying unknown causes could be the causes?
3     Q.  Yes.
4     A.  I'm not sure I understand that.  Maybe I'm
5  missing something.
6     Q.  The vast majority -- you've said "We don't
7  know what causes most lymphoma"; correct?
8     A.  Most lymphomas are of unknown cause, and
9  we are causing the known causes.
10    Q.  But something caused them; right?
11    A.  Sometimes we know them; sometimes we
12 don't.  That's what I'm trying to say.
13    Q.  But in most instances, when you have a
14 patient with lymphoma, you cannot identify an
15 etiology, a cause; correct?
16    A.  In most patients with non-Hodgkin
17 lymphoma, we cannot identify an etiology.
18    Q.  Something did it, but medical science
19 right now does not enable you and your colleagues
20 to ascertain what that something is?
21    A.  I see what you're saying.
22       Yes, I mean, today, we know certain
23 causes, and there are unknown causes that we may
24 not know.  We may never know; we may.
25    Q.  And Mr. Gebeyehou could have had one of

Page 60

1  those unknown causes that was responsible for his
2  DLBCL; correct?
3     MS. GREENWALD:  Objection.  Form.
4     THE WITNESS:  So a cause that nobody knows
5  today and nobody has ever identified, sure.
6  I mean, that applies to every single patient under
7  the sun.
8  BY MR. SLONIM:
9     Q.  And you agree with me that Mr. Gebeyehou
10 could have been diagnosed with exactly the same
11 tumor as he was diagnosed with in 2014 even if he
12 had never been exposed to Roundup?
13    A.  Yeah.  Nobody can speculate -- nobody has
14 a crystal ball.  He could have, and he could have
15 not.
16    Q.  None of Mr. Gebeyehou's blood tests show
17 that glyphosate was present in his system; correct?
18    A.  Blood test that glyphosate was present in
19 the blood?
20    Q.  Let me back up a second and let me
21 withdraw that question and lay a foundation.
22       You understand that a chemical called
23 glyphosate is the active ingredient in Roundup?
24    A.  Yes, I do.
25    Q.  None of Mr. Gebeyehou's blood tests showed

Page 61

1  the presence of glyphosate; correct?
2     MS. GREENWALD:  Objection.  Form.
3     THE WITNESS:  I'm not aware this was tested.
4  I don't believe this was tested or looked for.
5  BY MR. SLONIM:
6     Q.  So you cannot point to any blood test that
7  shows that there was glyphosate present in
8  Mr. Gebeyehou's system; correct?
9     MS. GREENWALD:  Objection.  Form.
10    THE WITNESS:  I cannot because it wasn't tested
11 for, and if it wasn't tested for.  And I don't know
12 if it was tested for, it would have been positive,
13 negative.  It just wasn't looked at.
14 BY MR. SLONIM:
15    Q.  None of Mr. Gebeyehou's urine tests show
16 the presence of glyphosate; correct?
17    A.  Same answer.  It wasn't looked for.
18    Q.  So you cannot point to any urine test that
19 shows the presence of glyphosate in his system;
20 correct?
21    A.  No, I can't.
22    Q.  And the same is true with fecal tests.
23 You cannot point to any fecal test that shows the
24 presence of glyphosate in Mr. Gebeyehou's system;
25 correct?

Chad] Nabhan, M.D.

Page 62

1    A.  Same answer, it wasn't done.
2        Q.  And so you cannot point to any fecal test?
3    A.  Correct.
4        Q.  None of Mr. Gebeyehou's MRIs shows the
5    presence of glyphosate in his system; correct?
6        A.  I'm not aware this is detectable by MRI.
7        Q.  So you cannot point to any imaging
8    study -- MRI, PET scan, CT scan -- any type of
9    imaging study that shows the presence of glyphosate
10   in Mr. Gebeyehou's system?
11       A.  Is there an imaging study that usually can
12   detect that?  I mean, is there an actual imaging
13   study such as an MRI or a PET scan or a CT scan
14   that can detect glyphosate?
15       Q.  Can you answer my question?
16       I'll have the court reporter read it back,
17   please.
18           (Whereupon, the record was
19           read.)
20       THE WITNESS:  These tests do not exist that are
21   able to detect the glyphosate.  But analogous to
22   your point that there are maybe unknown causes that
23   we may detect in the future, maybe with advancing
24   science, in the future we may have certain tests
25   and certain ability and certain PET scans and CAT

Page 63

1    scans that may be able to detect that in the
2    future.
3    BY MR. SLONIM:
4        Q.  But sitting here today, as plaintiff's
5    expert, who has studied the medical records, you
6    cannot point to any such study that evidences the
7    presence of glyphosate in Mr. Gebeyehou's system?
8        MS. GREENWALD:  Objection.  Form.  Asked and
9    answered.
10       THE WITNESS:  No, I can't.
11   BY MR. SLONIM:
12       Q.  None of Mr. Gebeyehou's cancer pathology
13   analyses show the presence of glyphosate; correct?
14       A.  No, these are not detected pathologically.
15       Q.  There is nothing about the morphology --
16   and that means the shape of the cells when they are
17   looked at under the microscope -- indicates the
18   presence of glyphosate; correct?
19       A.  No.  But that's the same thing applies for
20   hepatitis B and age and obesity and whatever it is.
21   There is no such thing morphologically that can
22   tell me that this is linked to hepatitis B.  There
23   is nothing morphologically that can tell me that
24   this is linked to age.  The large B-cell lymphoma
25   is the same regardless of the cause when you look

Page 64

1    under the microscope.
2        Q.  So just focus on my question, which is
3    about glyphosate.  There is nothing about the
4    morphology of the cells, when viewed under the
5    microscope, that indicates the presence of
6    glyphosate in Mr. Gebeyehou's pathology; correct?
7        A.  Correct, I already answered that.
8        Q.  There is nothing about any immunological
9    stain on the pathology that indicates the presence
10   of glyphosate in Mr. Gebeyehou's pathology;
11   correct?
12       A.  Correct.  Which applies to the other
13   things we're discussing as well.
14       Q.  And there is nothing, no type of genomic
15   analysis of pathology or tissue of Mr. Gebeyehou's
16   malignancy that indicates the presence of
17   glyphosate; correct?
18       A.  No, because genomic analysis was not done.
19       Q.  There is no medical test of any type that
20   shows glyphosate present in Mr. Gebeyehou's system;
21   correct?
22       A.  Yes.
23       Q.  There is no biomarker that you can
24   identify that points to glyphosate as the cause of
25   Mr. Gebeyehou's cancer; correct?

Page 65

1        A.  There is no biomarker that has been
2    detected currently.
3        Q.  There is no pathology test, examination,
4    or other medical test that can be done on a
5    lymphoma to determine whether Roundup caused or
6    contributed to the patient's cancer; correct?
7        A.  Same applies for other causes, correct,
8    and same applies for other causes.
9        Q.  You can't point to any medical record that
10   reports Mr. Gebeyehou's glyphosate record --
11   glyphosate level before he used Roundup; correct?
12       A.  No.
13       Q.  You can't point to any medical record that
14   reports Mr. Gebeyehou's glyphosate level during the
15   time he was using Roundup; correct?
16       A.  No, none of that was checked.
17       Q.  Nor can you point to any medical record
18   that reports Mr. Gebeyehou's glyphosate level after
19   he stopped using Roundup; correct?
20       A.  No, it was not checked.
21       Q.  There is not a single medical record for
22   Mr. Gebeyehou that says glyphosate or Roundup
23   caused or contributed to his cancer; correct?
24       A.  In the records I reviewed, nobody
25   mentioned that, no.

Chadi Nabhan, M.D.

Page 66

1    Q.   There is no medical record for
2  Mr. Gebeyehou that says glyphosate or Roundup
3  increased his risk for developing cancer; correct?
4    A.   No, I don't believe his doctors were
5  looking at that.
6    Q.   Dr. Pai is Mr. Gebeyehou's treating
7  oncologist; correct?
8    A.   Yes.
9    Q.   Dr. Pai never concluded that Roundup
10 caused or contributed to Mr. Gebeyehou's
11 non-Hodgkin lymphoma; correct?
12   A.   I did not read his deposition, but in the
13 medical records, he did not say that.
14   Q.   None of Mr. Gebeyehou's treating
15 physicians ever concluded that Roundup caused or
16 contributed to his non-Hodgkin lymphoma; correct?
17     MS. GREENWALD:  Objection to form.
18     THE WITNESS:  They have not.  I don't think
19 they looked at that.
20 BY MR. SLONIM:
21   Q.   Dr. Nabhan, there is no scientifically
22 validated procedure or protocol that indicates that
23 glyphosate or Roundup caused or contributed to
24 Mr. Gebeyehou's cancer; is that right?
25   A.   It's -- I mean, I told you what anybody

Page 67

1  would do whenever you are trying to decide on
2  causation of lymphoma or any type of cancer, you
3  just put all the risk factors that may contribute
4  to the development of this particular disease in
5  one basket.  And you investigate each one alone,
6  and you look at the weight of the evidence, and you
7  study each one alone, looking at whether it is
8  related or not.  That's what I did.
9    Q.   You can't point to a scientifically
10 validated test, procedure, or protocol that
11 indicates that glyphosate caused or contributed to
12 Mr. Gebeyehou's cancer?  In other words, a test, a
13 procedure, or protocol that's been published,
14 that's been tested, that has an error rate and that
15 is accepted by clinicians.  You can't point to a
16 single validated test procedure or protocol that
17 establishes that glyphosate caused or contributed
18 to Mr. Gebeyehou's non-Hodgkin lymphoma; isn't that
19 right?
20     MS. GREENWALD:  Objection.  Form.  And asked
21 and answered.
22     THE WITNESS:  Yeah, that's -- I mean, again,
23 you look at his particular case, and you try to
24 look at the epidemiologic literature which has
25 answered these questions that you are alluding to

Page 68

1  which are, again, looked at odds ratios and so
2  forth, and see if these fit within his particular
3  case.  That's really what I looked at.
4  BY MR. SLONIM:
5    Q.   I'm asking you in terms of specific
6  causation, his specific cancer.
7    A.   Yes.
8    Q.   Is there a scientifically validated test,
9  procedure, or protocol that spells out what we do,
10 how we do it, and what the error rate is?
11     MS. GREENWALD:  Objection.  Form.  Asked and
12 answered several times now.
13     THE WITNESS:  This is pretty -- this is the
14 common standard practice in clinical practice.
15 When you are meeting a patient and you are trying
16 to determine causation, the standard practice.  And
17 why do we even ask, then, patients about family
18 history?  Why do we ask patients what do they do
19 for a living?  Not really because we are just nosy.
20 Why do we ask patients if they smoke?  Drink?
21 what they have been exposed to?  Have blood
22 transfusion?  What their mother had?  Father had?
23     This is not because we are nosy.  This is
24 because are trying to look at everything that
25 pertains to that patient.  Many times we can't

Page 69

1  identify a cause, and sometimes we do.  This is the
2  methodology we do.  This is standard medical school
3  practice and training.  Any textbook that you would
4  open in medical school, this is what they teach you
5  to do.
6  BY MR. SLONIM:
7    Q.   Can you tell me what the error rate is of
8  your methodology?
9      MS. WAGSTAFF:  Objection.  Asked and answered
10 several times.
11     THE WITNESS:  It depends on the published
12 evidence for each particular thing that you do.
13 This is 101 medical student teaching.  That's what
14 you teach you in medical school, that when you face
15 a patient and you are trying to determine what
16 disease they have, you look at the symptoms and
17 signs, and you try to do a differential diagnosis
18 for their disease.  If you want to look at
19 causation, you do a differential etiology.  You
20 look at each factor and try to determine which
21 factor caused this.  This is classic teaching.
22 I don't need to tell you methodology.  Any textbook
23 in medicine talks about that.
24 BY MR. SLONIM:
25   Q.   What is the error rate for the methodology

Chadi Nabhan, M.D.

Page 70

1 you applied to Mr. Gebeyehou?
2    MS. GREENWALD: Objection. Form. Asked and
3 answered.
4    THE WITNESS: There is not such a thing as an
5 error rate for something called differential
6 etiology. This is not a statistical test. This is
7 what you do when you're dealing with a patient and
8 trying to determine the etiology. You are trying
9 to mix statistical tests of a clinical trial with
10 an alpha error and beta error with something that
11 is done classically in medical school and exam
12 rooms to determine what the patient has.
13    When somebody has a cough goes to a doctor,
14 they have to determine whether the cough is
15 pneumonia or just a bad cold. What's the error
16 rate of that? Nobody knows. It depends on the
17 experience of the physician, on the literature, on
18 the signs and symptoms of the patient, on the other
19 issues. This is not a statistical test.
20 BY MR. SLONIM:
21    Q. So can you point to any published article
22 that says "For purposes of assessing whether
23 Roundup caused or contributed to a patient's
24 non-Hodgkin lymphoma, these are the tests
25 I should -- that should be done, and these are the

Page 71

1 protocols that should be followed"?
2    MS. GREENWALD: Objection. Asked and answered.
3    THE WITNESS: It's not about Roundup or not
4 Roundup. Any time you are looking at causation of
5 a particular disease, particular ailment, which is
6 cancer or not, this is the standard operating
7 procedure what physicians do in their exam room and
8 in their practice. This is what they actually do.
9 If you literally go to the library and pick a
10 random textbook of medicine and go to how you do
11 physical exam and do differential etiology and
12 differential diagnosis, that's the teaching process
13 of what they teach students and residents. If you
14 are faced with a patient and you are trying to
15 determine what the problem, what caused the cancer
16 of this patient, you look at everything together
17 and do process of elimination.
18 BY MR. SLONIM:
19    Q. Can you name a textbook or any publication
20 that tells you how you do an etiology and determine
21 the cause of a particular patient's non-Hodgkin
22 lymphoma?
23    MS. GREENWALD: Objection. Asked and answered.
24    THE WITNESS: Literally any medical textbook --
25

Page 72

1 BY MR. SLONIM:
2    Q. Don't name any one. Give me one.
3    A. DeVita's textbook, Harrison's textbook,
4 DeVita's textbook, Harrison's textbook.
5    Q. You are representing -- I want to be clear
6 about this. You are representing to the court that
7 if we pull those textbooks and I hand them to you,
8 you can turn to a page, and it will say "This is
9 the procedure to be used to ascertain the cause of
10 a patient's non-Hodgkin lymphoma"?
11    MS. GREENWALD: Objection. Form. That's not
12 his testimony. Asked and answered.
13    Go ahead and answer.
14    THE WITNESS: This is -- again, let me explain
15 what I've been saying --
16 BY MR. SLONIM:
17    Q. No, no, no.
18    MS. GREENWALD: Let him answer the question you
19 asked.
20    MR. SLONIM: Don't explain. Answer the
21 question.
22    Let's have the question read back so it's clear
23 in mind.
24    THE WITNESS: I said any textbook --
25    MR. SLONIM: No.

Page 73

1    MS. GREENWALD: Just listen to the question
2 again, and I'll pose my objections again and --
3 BY MR. SLONIM:
4    Q. Doctor, you need to focus on my question.
5 You need to answer my question. If your counsel
6 has questions to ask, as you know, she will have
7 her opportunity. Now it's my turn. I'll ask the
8 court reporter to read back the question, please.
9        (Whereupon, the record was
10        read.)
11    MS. GREENWALD: I'm objecting as asked and
12 answered, on form, and that was not his testimony.
13    THE WITNESS: Can I answer? Yes?
14    Okay. When you pull any chapter of non-Hodgkin
15 lymphoma in these textbooks and others, you will
16 have a list of causative factors. It will say
17 etiology, causes or possible causes, and they will
18 go through a list of similar things that we went
19 through, me and you just earlier on.
20    Now, as a clinician, when you are sitting in
21 front of a patient, you are thinking of these
22 causes, and you are trying to see how these causes
23 apply to this particular patient. Sometimes none
24 of these causes apply to a particular patient, and
25 you are going to tell the patient -- look him in

Page 74

1  the eye and say, "I don't know what caused your
2  non-Hodgkin lymphoma."
3      Sometimes, some of these causes, one or two,
4  may apply, and you look at the patient and say,
5  "This is what I believe caused your non-Hodgkin
6  lymphoma."  This is what I was trying to say.
7  BY MR. SLONIM:
8      Q.  So let's be clear.  These textbooks may
9  list risk factors for non-Hodgkin lymphoma;
10  correct?
11     A.  Yes.
12     Q.  That's not the question.
13         The question is --
14     A.  Then I misunderstood.
15     Q.  The question is do these textbooks set
16  forth a procedure, test, or protocol that tells a
17  clinician how to determine the cause of a
18  patient's, specific patient's non-Hodgkin lymphoma?
19     MS. GREENWALD:  Same objection.  Asked and
20  answered.  Form.
21     THE WITNESS:  This is taught as common sense.
22  There is no -- they don't tell you, "This is the
23  methodology."  You put the causative factors, and
24  you look at them.  It's common sense.  I'm not sure
25  there is an actual -- an actual name of a procedure

Page 75

1  that we usually do.  It's common sense.
2      You look at the causative factors, and you do
3  process of elimination for each particular patient.
4  It's taught on and on again in every single
5  clinical practice.  That's what I taught my
6  students and my fellows when they face a patient.
7  I don't know what methodology we call this.  This
8  is just common sense in clinical practice.
9  BY MR. SLONIM:
10     Q.  I just want to be clear.  Can you identify
11  any peer-reviewed medical literature that states,
12  in substance, "This is the test procedure or
13  protocol that can be used to ascertain the cause of
14  a specific patient's non-Hodgkin lymphoma"?
15     MS. GREENWALD:  Objection.  Form.  Asked and
16  answered.
17     THE WITNESS:  I can't right this minute.  This
18  is a common sense procedure that we do every single
19  day.  It's like, you know, is there a methodology
20  to tell you when you put the stethoscope on the
21  back of a patient and you listen to them, what's
22  your error rate of whether you're hearing something
23  normal or abnormal.
24      There is no such thing.  You still put the
25  stethoscope on a patient.  You still listen to him

Page 76

1  and determine whether you hear something normal or
2  abnormal.  What methodology is this?  This is
3  common sense that we do and teach our students.
4  BY MR. SLONIM:
5      Q.  So, Mr. -- so Dr. Nabhan, if you saw a
6  patient with precisely the same medical history as
7  Mr. Gebeyehou with the sole exception that he was
8  not exposed to Roundup, what would you say caused
9  his DLBCL?
10     A.  The same exact case without any changes in
11  terms of age and everything?
12     Q.  Exactly.
13     A.  Yeah.  I probably would say it's really
14  unclear.  It's probably idiopathic.  I would say
15  it's more he is older at the median age, and that's
16  what I would say.  I wouldn't say there is an
17  actual contributing factor aside from he's at the
18  median age where patients get diagnosed with
19  lymphoma.  That's what I would say.
20     Q.  Let's talk about Mr. Gebeyehou's
21  treatment.
22     A.  Is there is a page to look at?
23     Q.  No.  I mean, if you want to look at
24  something, that's fine.
25         First of all, do you have any criticism of

Page 77

1  Mr. Gebeyehou's medical care and treatment?
2      A.  No, I don't.
3      Q.  And as we previously discussed, he was
4  treated with a therapy called R-CHOP; correct?
5      A.  Yes.
6      Q.  And that is a standard therapy.  There may
7  be others, but that's a standard therapy for
8  treating DLBCL, which is the condition
9  Mr. Gebeyehou had; correct?
10     A.  It's the most common regimen used, yes.
11  It's the most acceptable standard.
12     Q.  And you agree with me that R-CHOP is
13  proven to be an effective therapy; is that right?
14     A.  Of course.
15     Q.  And you agree with me that the cure rate
16  is about two thirds to three quarters of all DLBCL
17  when patients are treated with R-CHOP?
18     A.  Yes.
19     Q.  If a patient has been treated with R-CHOP
20  for DLBCL and has not had evidence of a recurrence
21  for three years or more, your expectation is that
22  the cancer is not coming back; correct?
23     MS. GREENWALD:  Objection.  Form.
24     THE WITNESS:  Extremely low.  It's very
25  unlikely.  Reoccurrences do occur but very

Chadi Nabhan, M.D.

---

Page 78

1    unlikely.
2    BY MR. SLONIM:
3         Q.   And Mr. Gebeyehou was treated with R-CHOP
4    actually starting in February 2014?
5         A.   Correct.
6         Q.   And he completed his R-CHOP therapy within
7    a few months, by July of 2014; correct?
8         A.   Correct.
9         Q.   And you know that he's had imaging studies
10   and other tests since that time to assess whether
11   or not there was any recurrence of the cancer;
12   correct?
13        A.   Correct.
14        Q.   And the imaging studies and tests that
15   have been conducted since he completed his R-CHOP
16   therapy in July 2014 have shown no evidence that
17   the cancer has recurred; correct?
18        A.   Correct.
19        Q.   So that is four and a half years
20   approximately?
21        A.   Very good news for him, yes.
22        Q.   At this point you would not expect him to
23   have any recurrence of his DLBCL; correct?
24        A.   It would be very unlikely.
25        MR. SLONIM:  Why don't we take a break and see

---

Page 79

1    where we are?
2         THE VIDEOGRAPHER:  We are off the record at
3    1:53 p.m.
4              (A short break was taken.)
5         THE VIDEOGRAPHER:  We are back on the record at
6    2:06 p.m.
7         MR. SLONIM:  Dr. Nabhan, I don't have any
8    further questions.  I may, if your counsel has some
9    questions, but otherwise, we are done.
10        MS. GREENWALD:  We have no questions.
11        MR. SLONIM:  Thank you so much, Dr. Nabhan.  We
12   really appreciate it.
13        THE VIDEOGRAPHER:  We are off the record at
14   2:07 p.m.  This concludes the videotaped deposition
15   of Chadi Nabhan.
16
17
18
19
20
21
22
23
24
25

---

Page 80

1         C E R T I F I C A T E
2
3         I, DEANNA AMORE, a Shorthand Reporter and
4    notary public, within and for the State of
5    Illinois, County of DuPage, do hereby certify:
6         That CHADI NABHAN, M.D., the witness whose
7    examination is hereinbefore set forth, was first
8    duly sworn by me and that this transcript of said
9    testimony is a true record of the testimony given
10   by said witness.
11        I further certify that I am not related to
12   any of the parties to this action by blood or
13   marriage, and that I am in no way interested in the
14   outcome of this matter.
15
16        IN WITNESS WHEREOF, I have hereunto set my
17   hand this 15th day of December 2018.
18
19
20        _____
21        Deanna M. Amore, CSR, RPR
22
23
24
25

---

Page 81

1         UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3    IN RE: ROUNDUP PRODUCTS    MDL No. 2741
4    LIABILITY LITIGATION
5    _____    Case No. 16-md-2741-VC
6    This document relates
7    to:
8    Gebeyehou v Monsanto Co., et al.
9    Case No. 3:16-cv-5813-VC
10        DECLARATION UNDER PENALTY OF PERJURY
11   I declare under penalty of perjury that I have
12   read the entire transcript of my deposition taken
13   in the above-captioned matter or the same has been
14   read to me and the same is true and accurate, save
15   and except for changes and/or corrections, if any,
16   as indicated by me on the DEPOSITION ERRATA SHEET
17   hereof, with the understanding that I offer these
18   changes as if still under oath.
19
20        Signed on the _____ day of
21   _____, 20__.
22   _____
23        CHADI NABHAN, M.D.
24
25

---

Chadi Nabhan, M.D.

Page 82

1               ERRATA SHEET
2  CORRECTIONS:
3  Page _____ Line _____ Reason _____
   From _____ to _____
4  Page _____ Line _____ Reason _____
5  From _____ to _____
6  Page _____ Line _____ Reason _____
   From _____ to _____
7  Page _____ Line _____ Reason _____
8  From _____ to _____
9  Page _____ Line _____ Reason _____
   From _____ to _____
10 Page _____ Line _____ Reason _____
11 From _____ to _____
12 Page _____ Line _____ Reason _____
   From _____ to _____
13 Page _____ Line _____ Reason _____
   From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
   From _____ to _____
17 Page _____ Line _____ Reason _____
18 From _____ to _____
19 Page _____ Line _____ Reason _____
   From _____ to _____
20 Page _____ Line _____ Reason _____
21 From _____ to _____
22 Page _____ Line _____ Reason _____
   From _____ to _____
23 Page _____ Line _____ Reason _____
   From _____ to _____
24
25