# EXHIBIT 24

Andrei Shustov, M.D.

01

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

_____

IN RE:  ROUNDUP PRODUCTS              )

LIABILITY LITIGATION                  )

_____ ) MDL No. 2741

                                      )

This document relates to:             ) Case No. 16-md-02741-VC

                                      )

Gebeyehou v. Monsanto Co., et al.   )

Case No. 3:16-cv-5814-VC              )

                                      )

                                      )

                                      )

_____

        VIDEOTAPED DEPOSITION OF ANDREI SHUSTOV, M.D.

                    December 16, 2018

                    Seattle, Washington

Andrei Shustov, M.D.

Page 2

APPEARANCES

For the Plaintiff:

R. BRENT WISNER, ESQ.
Baum, Hedlund, Aristei & Goldman, P.C.
10940 Wilshire Boulevard
17th Floor
Los Angeles, California 90024
310.207.3233
rbwisner@baumhedlundlaw.com

For Defendant Monsanto Co.:
AARON H. LEVINE, ESQ.
DAVID KERSCHNER, ESQ.
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, New York 10019
212.836.8000
aaron.levine@arnoldporter.com
david.kerschner@arnoldporter.com

For Defendant Bayer:
LINDLEY J. BRENZA, ESQ.
Bartlit Beck, LLP
1801 Wewatta Street
Suite 1200
Denver, Colorado 80202
303.592.3100
lindley.brenza@bartlitbeck.com

Also present: Allison Borgida, videographer

Page 3

EXAMINATION INDEX

EXAMINATION BY:                    PAGE NO.
Mr. Brenza                             6
Mr. Wisner                           145
Mr. Brenza                           167
Mr. Wisner                           175
Mr. Brenza                           177

EXHIBIT INDEX

EXHIBIT NO.    DESCRIPTION          PAGE NO.
Exhibit No. 26  Monsanto Company's Notice to    5
                Take Oral and Videotaped
                Deposition of Dr. Andrei
                Shustov.

Exhibit No. 27  Expert Report of Dr. Andrei     5
                R. Shustov.

Exhibit No. 28  Expert Report of Dr. Chadi     11
                Nabhan.

Exhibit No. 29  Seattle Cancer Care Alliance    45
                website printout:
                "Non-Hodgkin Lymphoma Facts."

Exhibit No. 30  Encounter record dated          68
                11/22/2006 for Simoun
                Gebeyehou.  Labeled
                Confidential-Gebeyehou-
                SGebeyehou-KPNValley-MD-
                003815.

Exhibit No. 31  Office visit record dated        72
                10/8/2006 for Simoun
                Gebeyehou.  Labeled
                Confidential-Gebeyehou-
                SGebeyehou-KPNValley-MD-
                000013.

Page 4

EXHIBIT INDEX (Continuing)
EXHIBIT NO.    DESCRIPTION          PAGE NO.
Exhibit No. 32  Encounter record dated          80
                6/22/2016 for Simoun
                Gebeyehou.  Labeled
                Confidential-Gebeyehou-
                SGebeyehou-KPNValley-MD-
                003277.

Exhibit No. 33  Critical Reviews in             92
                Toxicology: "Review of
                Genotoxicity Studies of
                Glyphosate and
                Glyphosate-Based
                Formulations."

Exhibit No. 34  Environmental Health           102
                Perspectives:  "Glyphosate
                Biomonitoring for Farmers and
                Their Families:  Results from
                the Farm Family Exposure
                Study."

Exhibit No. 35  Agricultural Health Study.     118
                Study Update 2018.

Page 5

BE IT REMEMBERED that on Sunday, December 16, 2018, at 1900 Fifth Avenue, Seattle, Washington, at 8:49 a.m., before JOHN M.S. BOTELHO, Certified Court Reporter, appeared ANDREI SHUSTOV, M.D., the witness herein;

WHEREUPON, the following proceedings were had, to wit:

<<<<<< >>>>>>

(Exhibit Nos. 26 and 27 marked for identification.)

THE VIDEOGRAPHER:  We are now on the record.  Today's date is Sunday, December 16th, 2018.  And the time is 8:49 a.m.  This video deposition is being held at 1900 Fifth Avenue, Seattle, Washington 98101 in the matter of Gebeyehou vs. Monsanto Company for the United States District Court, Northern District of California.  The deponent is Dr. Andrei Shustov.  My name is Allison Borgida, and I'm the videographer for Golkow Litigation Services.  The court reporter is John Botelho.

Will counsel please state your appearances and affiliations for the record, and then the court

Andrei Shustov, M.D.

Page 6

1   reporter may swear in the witness.
2           MR. WISNER:  Brent Wisner on behalf
3   of the plaintiffs and the deponent.
4           MR. BRENZA:  Lin Brenza with Bartlit
5   Beck for Bayer.
6           MR. KERSCHNER:  David Kerschner from
7   Arnold & Porter for Monsanto.
8           MR. LEVINE:  Aaron Levine from Arnold
9   & Porter for Monsanto.
10
11  ANDREI SHUSTOV, M.D.,       having been first duly sworn
12              by the Certified Court
13              Reporter, deposed and
14              testified as follows:
15
16          MR. WISNER:  Before we get started, I
17  just want to maintain the same objection we discussed
18  yesterday concerning the scope of this deposition being
19  limited to specific causation and specifically for the
20  plaintiff in this case, Gebeyehou.
21
22
23              EXAMINATION
24  BY MR. BRENZA:
25  Q   What is your name?

Page 7

1   A   Andrei Shustov.
2   Q   Will you spell your last name, please?
3   A   S-h-u-s-t-o-v.
4   Q   Where is your business address?
5   A   Seattle Cancer Care Alliance, 825 Eastlake Avenue East,
6       Seattle, Washington 98109.
7   Q   Do you live in Seattle?
8   A   I live outside Seattle.
9   Q   What's your home address?
10  ████████████████████████████████████████.
11  Q   Are you a medical doctor?
12  A   I am.
13  Q   Did you receive your medical degree in the Ukraine?
14  A   I did.
15  Q   Did you come to the United States to pursue postdoctoral
16      studies?
17  A   That's correct.
18  Q   Are you currently associated with the Seattle Cancer
19      Care Alliance at the University of Washington Medical
20      Center?
21  A   I am.
22  Q   Do you see in front of you a document that I've marked
23      as Exhibit 26?
24  A   I do.
25  Q   Do you see that Exhibit 26 is a notice for your

Page 8

1   deposition today?
2   A   I do.
3   Q   Have you seen Exhibit 26 before?
4   A   I did.
5   Q   Did you review the list of documents requested that's
6       attached to Exhibit 26?
7   A   I did.
8   Q   Did you collect the documents that you had in your
9       possession that were responsive to the deposition
10      notice?
11          MR. WISNER:  Objection.  Answer that
12      question to the extent it doesn't call for any
13      privileged attorney communications.
14          THE WITNESS:  To the best of my
15      abilities.
16  Q   (By Mr. Brenza)  Did that include any e-mails that you
17      received forwarding materials that you used in your
18      expert report?
19          MR. WISNER:  Objection.
20          THE WITNESS:  None that would come
21      from anybody but the attorneys.
22  Q   (By Mr. Brenza)  Did you include any e-mails that you
23      received that provided you materials that you relied on
24      for your expert report?
25          MR. WISNER:  Same objection and

Page 9

1   admonishment.  Answer to the extent it doesn't call for
2   privileged communication.
3           THE WITNESS:  I did include it, the
4       material they relied on, yes.
5   Q   (By Mr. Brenza)  You did include those?
6   A   Yeah.
7   Q   Is -- is the list of all the materials you relied on for
8       your expert report set out in the document we marked
9       yesterday as Exhibit 4?
10          MR. WISNER:  I'd also just note that
11      we submitted a supplemental reliance list as well that's
12      not included in Exhibit 4.
13          THE WITNESS:  Yes, I believe so.
14          THE REPORTER:  What list?
15          MR. WISNER:  Supplemental reliance
16      list.
17  Q   (By Mr. Brenza)  Directing your attention to Exhibit 4,
18      is that a partial list of the materials that you relied
19      on in your expert report?
20  A   To my knowledge, it's a complete list that I relied on.
21  Q   Are the materials listed on Exhibit 4 materials that you
22      found to be reliable for purposes of forming your expert
23      report in this case?
24  A   Yes.
25  Q   Are there any materials on Exhibit 4 that you did not

Andrei Shustov, M.D.

| Page 10 |
| --- |

1    rely on in forming your opinions that are set out in
2    your expert report?
3              MR. WISNER:  Objection; vague.
4              THE WITNESS:  I believe I put them
5    there on purpose of disclosing what I used for my
6    report, so I don't think, to the best of my knowledge,
7    that anything listed here I did not rely on.
8    Q  (By Mr. Brenza)  Okay.  Getting back to your deposition
9    notice, you had your deposition taken yesterday, and so
10   you're somewhat familiar with this process now.  But I
11   want to just set out a couple ground rules.
12       If you don't hear or don't understand my question,
13   just let me know, and I'll rephrase it or repeat it.
14   A  Sure.
15   Q  We need to not speak over each other.  There was a
16   problem with that yesterday.  I'll try to finish my
17   question, then let you answer before I start asking
18   another.  Okay?
19   A  Sure.
20   Q  Is the -- let's back up.
21       The document I've marked as Exhibit 27 in front of
22   you, do you see that?
23   A  I do.
24   Q  That's your expert report in the case of Gebeyehou?
25   A  That's correct.

| Page 11 |
| --- |

1    Q  Is that how you pronounce the name, or will you
2    understand what I'm talking about if I pronounce it that
3    way?
4    A  Yes.
5    Q  Okay.  Did you prepare Exhibit 27 yourself?
6    A  Yes.
7    Q  Did you write every word of Exhibit 27?
8    A  I wrote most of Exhibit 27 myself, and I used the
9    verbiage from other sources to express my opinion in
10   this report.
11   Q  I'm going to hand you what I've marked -- what I'm
12   marking now as Exhibit 28.
13              (Exhibit No. 28 marked for
14                identification.)
15
16   Q  (By Mr. Brenza)  This is the expert report of Dr. Nabhan
17   in the Gebeyehou case.
18   A  Thank you.
19   Q  Have you seen the expert report of Dr. Nabhan before I
20   just handed it to you?
21   A  I don't recall seeing it.
22   Q  Do you remember yesterday we looked at your report in a
23   different case, and you had confirmed that you used some
24   of the language of Dr. -- of Nabhan's report in your own
25   report?  Do you remember that?

| Page 12 |
| --- |

1    A  I do remember that.
2    Q  Did you do the same thing with the Gebeyehou report?
3    Did you use Dr. Nabhan's language in your own report?
4    A  I used -- I type all three reports I was asked to do
5    pertaining to Monsanto case with the same diagnosis at
6    the same time, and I used the language from one report
7    to another that was pertinent from -- for all the
8    plaintiffs to save time.
9    Q  Did you use the language of Dr. Nabhan's report in your
10   own report in the Gebeyehou case?
11   A  In -- to my recollection, Gebeyehou case, I used the
12   report that I created for previous plaintiff that I
13   constructed first in preparing all three reports.
14   Q  Who was the first plaintiff who you prepared a report
15   for?
16   A  If I recall correctly, Mr. Hardeman.
17   Q  So you wrote Dr. Hardeman's report using language from
18   Dr. Nabhan's report, correct?
19   A  That is correct.
20   Q  And then you copied language that you'd used in the
21   Hardeman report for the Gebeyehou report?
22   A  That is correct.  It was appropriate for the same
23   report, for this report.
24   Q  And this is language -- if you look at your own report
25   on Page 6 and the Nabhan report, it's language that has

| Page 13 |
| --- |

1    to do with -- this is language that you used from
2    Dr. Nabhan that has to do with general causation issues,
3    right?
4    A  That is correct.
5    Q  Did you use Dr. Nabhan's language for general causation
6    issues because you're not an expert in glyphosate
7    general causation?
8              MR. WISNER:  Objection; calls for a
9    legal conclusion.
10             THE WITNESS:  No.  I used the
11   language from Dr. Nabhan report because it would -- it
12   reflected my conclusion that I drew in reviewing brief
13   evidence -- reviewing briefly papers in general
14   causation to supplement my report, and the language
15   would accurately reflect my understanding of general
16   causation.  So to save time, I used his language.
17   Q  (By Mr. Brenza)  And your understanding of general
18   causation comes from Dr. Nabhan, right?
19   A  No.  My understanding of general causation comes from
20   experts in general causation, Dr. Ritz and Dr. Portier,
21   but I've decided to look at some literature to
22   familiarize myself with -- with the topic.
23   Q  Let me direct your attention to Page 6 and 7 and 8 of
24   your expert report that we've marked as Exhibit 27.
25   Tell me when you're there.

Andrei Shustov, M.D.

Page 14

1    A   So 6, 7, 8. I'm here.

5    Q   Is that a discussion of general causation?

6    A   If you read all the bullet points, it is a discussion of

7        general causation.

8    Q   And are these the sections that you ultimately trace

9        back to Dr. Nabhan's report?

10   A   I believe they're the sections for some of which I used

11       the verbiage of Dr. Nabhan report.

12   Q   Do you have the e-mail that you received where you

13       received Dr. Nabhan's report?

14            MR. WISNER:  Objection; assumes facts

15       not in evidence.

16            THE WITNESS:  I must have it

17       somewhere in e-mail that I received from my attorney,

18       yeah.  I received via e-mail, so it must be in my

19       e-mail.

20   Q   (By Mr. Brenza)  And you didn't list that on your

21       materials you relied on?

22   A   I did not rely on that report to make my opinion.  I did

23       not feel this was a document I relied on.  I used the

24       verbiage from that report, but I did not rely on that to

25       make my opinion.  I didn't feel that it's appropriate.

Page 15

1        If I'm erroneous, I apologize.

2    Q   Did you make an independent analysis of all the medical

3        studies that were discussed in Dr. Nabhan's report?

4    A   I made --

5            MR. WISNER:  Objection; scope.  Are

6        you talking about the section on general causation?

7            MR. BRENZA:  Yes.

8            MR. WISNER:  Okay.

9            THE WITNESS:  I made my brief

10       conclusions to familiarize -- familiarize myself with

11       general causation, but I relied on general causation

12       expert to formulate my opinion in specific causation.

13   Q   (By Mr. Brenza)  Have you previously testified for

14       individuals who were claiming to have been injured by

15       glyphosate?

16   A   No.  Not outside current proceedings.

17   Q   Okay.  Have you done any research involving glyphosate?

18   A   No.

19   Q   Have you ever written anything about glyphosate?

20   A   No.

21   Q   Have you ever spoken about glyphosate?

22   A   No.

23   Q   Are you an expert in glyphosate?

24   A   No.

25   Q   Was the first time you opined that glyphosate was a

Page 16

1        possible cause of cancer in this litigation?  First time

2        you ever said that, right?

3    A   In this particular litigation?

4    Q   Yes.

5    A   Yes.

Page 17





Page 18

Page 20

Page 21

9    Q  Are the causes of non-Hodgkin's lymphoma unknown in the
10       majority of patients?
11    A  Unknown to the degree that we generally do not look for
12       causes in most of the patients.
13    Q  I'm not sure that answered my question.
14         Are the causes of non-Hodgkin's lymphoma unknown in
15       the majority of patients?
16              MR. WISNER:  Objection; asked and
17       answered.
18              THE WITNESS:  Once again, it's --
19       it's -- the question that can be answered different
20       ways.  It can be stated they're unknown, but it can also
21       be stated that they're unknown because we never made
22       queries into every particular patient and specific
23       investigation into risk factors in general medical
24       practice.
25    Q  (By Mr. Brenza)  But as you sit here today, without

Andrei Shustov, M.D.

| Page 22 | Page 24 |
|---|---|

**Page 22**

1  having done research into what might be the causes, you
2  don't -- you don't know the causes of non-Hodgkin's
3  lymphoma in the vast majority of patients that present
4  with it, right?
5      MR. WISNER:  Objection; vague,
6  speculation.
7      THE WITNESS:  For the majority of
8  patients diagnosed with non-Hodgkin lymphoma, yes, we
9  don't know.
10  Q  (By Mr. Brenza)  And we looked at some studies yesterday
11  on epidemiolog -- epidemiology of non-Hodgkin's
12  lymphoma.  You remember those?
13  A  I do.
14  Q  So somebody's out there trying to find out what causes
15  non-Hodgkin -- non-Hodgkin's lymphoma, right?
16  A  That's correct.
17  Q  And they do that by looking at large numbers of people
18  and trying to find something that they may all have in
19  common or some of them have in common, right?
20  A  Sure.
21  Q  Is that the right way to try to figure out what causes
22  non-Hodg -- non-Hodgkin's lymphoma?
23      MR. WISNER:  Objection; calls for
24  outside the scope.
25      THE WITNESS:  That's probably the

**Page 24**

1      THE WITNESS:  That is true for many
2  cancers, but it is also true for many cancers we have
3  identified causes in many patients.  We cannot dismiss
4  those.



23  Q  And non-Hodgkin's lymphoma is made up of about 60 or
24  more different types of cancer, right?
25  A  That is correct.

**Page 23**

1  best available way to try to figure that out.  It's not
2  the best way, but it's the best available way.
3  Q  (By Mr. Brenza)  What is the -- what would be the best
4  way?  Or is -- are you referring to the experiment that
5  we concluded was ethically improper yesterday?
6  A  No.  The -- the hypothetical best available way would be
7  to tag a newborn with a chip that would record every
8  single event in his life and record all he eats and
9  where he travels and exposure to radiation through his
10  life, as -- I'm just hypothesizing, giving you an
11  example.  That would be the best way.  And then lymphoma
12  is diagnosed, and you pull up the record and put it all
13  into massive cloud and calculate probabilities.  That
14  would be -- if we could do that, then we would know
15  probably causes for most lymphomas.
16  Q  So if you had perfect information about everybody and
17  then could look at that after the fact, you might be
18  able to figure out what --
19  A  That is --
20  Q  -- factors cause it?
21  A  That is correct.
22  Q  And that's true for all cancer, right?  I mean, the
23  causes of cancer are many and varied, and no -- no one's
24  really sure what they are?
25      MR. WISNER:  Objection; speculation.

**Page 25**

1  Q  Each of those types of cancer is different from each
2  other as non-Hodgkin's lymphoma is from other kinds of
3  cancer?
4  A  They're different, and they're similar.  There is a
5  great overlap, and there is certain specific features of
6  these lymphomas.  That is why majority of them are
7  treated the same way, but in some cases we implement
8  slightly different types of treatment.  So they have
9  similarities and overlap sometimes even in molecular
10  pathways that they use, but there is something that
11  defines them separate enough to call them a specific
12  entity.
13  Q  Do the different entities of non-Hodgkin's lymphoma have
14  different risk factors?
15  A  It's a very broad question, and we have -- we think that
16  in some specific type of non-Hodgkin lymphomas, there is
17  a specific cause.  But for majority of them, it is not
18  inconceivable that they have commonalities in what
19  caused them.
20      As an example, patients who are exposed to
21  radiation as professional activities or in any other
22  capacities can develop any type of lymphoma.  Patients
23  who are infected with HTLV-1 virus can develop a very
24  specific T-cell lymphoma.  EBV causes very specific type
25  of lymphoma, but not others.  But exposure to common

Andrei Shustov, M.D.

Page 26

1   carcinogens may cause any type of lymphoma.  That's a
2   very broad question.
3   Q   So you've set out some of the risk factors.  Is one of
4      the risk factors for DLBCL environmental factors such as
5      exposure to chemicals?
6   A   Again, it's a broad statement, but chemicals that are
7      known carcinogen, yes.
8   Q   And that includes, you mentioned yesterday, military
9      chemicals?
10  A   The chemicals that have been linked, identified as cause
11     of non-Hodgkin lymphomas and potential other cancers,
12     yes, found in military environment, industrial,
13     households.  In the military, examples would be well-
14     known Agent Orange and jet fumes, exposure to asbestos
15     in the Navy in the past.  Those are examples.
16  Q   You also mentioned agricultural-related chemicals,
17     right?
18  A   Did I?
19  Q   Yesterday.
20  A   Yes.
21  Q   And that includes a wide variety of chemicals that might
22     be encountered on a farm, right?
23  A   Potentially.
24  Q   Not just -- it's not just glyphosate.  It's all
25     pesticides, all fungicides, rodenticides, fertilizers,

Page 27

1   diesel fumes, all kinds of chemicals?
2   A   Well, it's a very broad statement as a clinician.  And
3      if I were to look at the cause, I would refer to sources
4      to advise me specifically what chemicals were herbicides
5      and that are specifically linked with development of
6      lymphomas.  I would try not to do a very general, broad
7      statement like that.
8   Q   Well, it's not -- it's not just herbicides, right?  It's
9      all farm chemicals?
10  A   I did say that.  And I don't think it's fair to say --
11     lump everything together.  Once again, I would defer to
12     experts in epidemiology, general causation, toxicology,
13     where I would go to sources and see if this particular
14     chemical is listed as potential carcinogens.
15        And this happens occasionally when patient would
16     bring me list of, say, chemicals that are provided
17     by the employer and ask me to opine on whether or not
18     this was a occupational hazard, et cetera.  So there is
19     a specific list that is provided by organizations like
20     DOD or -- I -- I can't recall that -- all the, again,
21     antigens that patient use.
22        VA has the list of defined carcinogens that they
23     give to patients diagnosed with cancer that for the
24     particular purpose is defined, so whether or not they
25     cover their services, et cetera.  But there is a list of

Page 28

1   agreed and defined carcinogens for different areas of
2   human activity, military, occupational, et cetera.
3   Q   Do you know that farmers are often exposed to a variety
4      of chemicals related to their work?
5             MR. WISNER:  Objection; lacks
6      foundation, speculation.
7             THE WITNESS:  I do not work with
8      farmers.  I would absolutely have to speculate, and I --
9      I would assume that they have -- they use various
10     chemicals in their practice.  Again, this is assumption.
11     I've never been a farmer.  I grew up in a city.  I
12     didn't study farming.  That's complete speculation on my
13     part.
14  Q   (By Mr. Brenza)  Has the -- do you know that farmers
15     have a higher rate of non-Hodgkin's lymphoma than other
16     professions?
17  A   That is the fact that, to the best of my recollection, I
18     have encountered before.  But if you ask me my -- my
19     general opinion as an oncologist, I would say "yes."
20     And if you ask specific, I'll have to go in literature
21     and look.
22  Q   You haven't done that as you sit here today?
23  A   I have -- I have not specifically did a search on
24     farmers and risk of non-Hodgkin lymphoma.  I have
25     encountered some statements in the reference papers that

Page 29

1   were in the discussions, but I have not done independent
2   search to look into that.
3   Q   And those references that you mention identify exposure
4      to multiple chemicals, right?  They're not just about
5      glyphosate?
6   A   Again, this is very -- we went through the references
7      yesterday.  It's a very general statement.  We looked at
8      some papers yesterday that adjusted for various
9      pesticides, look at various pesticides.  For the -- I
10     feel for sake of current discussions, once again, I
11     believe farmers exposed to multiple chemicals, but I
12     don't believe that all of them can be lumped into
13     carcinogens.  And I would, again, rely on the
14     epidemiologic literature to advise clinicians, and in a
15     very more beneficial way, I would rely on opinion and
16     expertise of epidemiologists and toxicologists to advise
17     clinicians that whether this particular chemical is
18     carcinogen or not.
19  Q   You -- you understand, though, when somebody's exposed
20     to multiple chemicals, you have to control for the
21     effect of those other chemicals to figure out whether
22     any particular one is causing an effect, right?
23             MR. WISNER:  Objection; incomplete
24     hypothetical, vague.
25             THE WITNESS:  As a -- as a research

Andrei Shustov, M.D.

## Page 30

1 method, I would say that's probably what needs to

2 be done in those studies.

3 Q (By Mr. Brenza) Has the rate of non-Hodgkin's lymphoma

4 been increasing in the United States for many decades?

5 A That is true.

6 Q Did the increase begin in the 1950s and 1960s?

7 A That is true, and that's the time where epidemiologic

8 studies in the United States really started to become

9 consolidated and reliable information started to be

10 collected. It does not mean that the rate has not been

11 increasing before that. It's just the epidemiologic

12 science and reliable correction of data.

13 The answer is, again, it's a broad question for

14 academician. I would say "yes," but there is a reason

15 for that. And collection of information was starting to

16 really consolidate in those times, the formation of SEER

17 registry and epidemiologic institution databases, and

18 they were not developed in early 1900s or last century,

19 but -- so we cannot say they were not increasing before

20 that, but in a simple answer is, yes, it was increasing.

21 Q Has the rate of increase in non-Hodgkin's lymphoma

22 leveled off in the last decade or two?

23 A I would have to do a quick search to answer that

24 question. I think so that the rate is -- the -- the

25 curve is not as steep. But, again, I would have to make

## Page 31

1 a quick reference. It's not something I look at

2 every -- in my everyday practice.

3 MR. WISNER: If you're going to move

4 on to another topic, can we take a quick break off the

5 record?

6 MR. BRENZA: Sure.

7 THE VIDEOGRAPHER: All right. We're

8 going off record. The time is 9:26 a.m.

9 (Pause in proceedings.)

10

11 THE VIDEOGRAPHER: We are back on

12 record. The time is 9:37 a.m.

13 Q (By Mr. Brenza) Doctor, what do you consider to be your

14 areas of expertise?

15 A I'm -- I would consider myself to be expert in cancer,

16 specifically high expertise in lymphoma, lymphoma

17 diagnosis, lymphoma signs, lymphoma treatment, and

18 management of patient with lymphomas. Designing,

19 executing clinical trials in investigating drugs for

20 non-Hodgkin and Hodgkin lymphoma. And having background

21 in immunology based on my bench research that I have

22 done at the University of Washing -- University of

23 Maryland before.

24 Q Did any part of your background in immunology involve

25 the ability of viruses to cause cancer in cells?

## Page 32

1 A No.

2 Q With -- with respect to the areas that you're not expert

3 in -- I'm going to go through a list. And it's not to

4 disparage the areas that you are an expert in. I just

5 want to make sure I understand the limits of your --

6 your expertise.

7 A Sure.

8 Q Okay?

9 So you're not an expert in toxicology, right?

10 A No.

11 Q You're --

12 MR. WISNER: I'm just going to have a

13 standing objection -- I don't want to do it each time --

14 to legal conclusion on the word "expert."

15 MR. BRENZA: Got it.

16 Q (By Mr. Brenza) You're not an expert in epidemiology,

17 right?

18 A No.

19 Q You're not an expert in glyphosate?

20 A No.

21 Q You're not an expert in glyphosate-based formulations?

22 A No.

23 Q You're not an expert in surfactants?

24 A No.

25 Q You are not an expert in cancer caused by -- identifying

## Page 33

1 cancer caused by radiation?

2 A That's a nonsensical question. I can't answer that.

3 Q Why do you say that?

4 A It just doesn't make any sense to oncologist and

5 clinician, not being an expert in cancer caused by

6 radiation. There's no expertise in cancer caused by

7 radiation. It's one of the cause -- causes of cancer in

8 humans, but there is no such a thing as expertise in

9 cancer caused by radiation. It's just absolutely

10 nonsensical to oncologist or any medical professional.

11 Q Is it correct that just looking at the cancer, you can't

12 tell whether it was caused by radiation, chemicals,

13 infection, or something else?

14 MR. WISNER: Objection; overbroad.

15 THE WITNESS: In the vast majority of

16 cases, yes.

17 ██  ████████████████████████████████████████

18 ████

19 ██  ████████████████████

20 Q Getting back to the list of topics, are you an expert in

21 chemistry?

22 MR. WISNER: Objection; broad.

23 THE WITNESS: No.

24 Q (By Mr. Brenza) Are you an expert in pathology?

25 A No.

Andrei Shustov, M.D.

Page 34

1    Q   Are you an expert in chemical exposures?
2            MR. WISNER:  Objection; vague.
3    Q   (By Mr. Brenza)  Calculating exposures?
4    A   No.
5    Q   Are you an industrial hygienist?
6    A   No.
7    Q   Are you an expert in statistics?
8    A   No.
9    Q   Are you an expert in infectious disease?
10   A   Not in a general definition of expertise, no.
11   Q   Did your method in your report involve something called
12       a differential diagnosis?
13   A   That is correct.
14   Q   For a differential diagnosis -- we talked a little
15       yesterday about that -- is -- is usually referred -- you
16       referred to a method used to diagnose a disease in
17       patients, right?
18   A   That is correct.
19   Q   And when you use differential diagnosis to diagnose a
20       disease, you can then go and verify your diagnosis by
21       testing for it, right?
22   A   Well, part of the differential diagnosis in diagnosing
23       the disease is already having all available information
24       at hand to make a diagnosis.
25   Q   So the tests are part of that information?

Page 35

1    A   That is correct.
2    Q   Does differential diagnosis require you to have
3        knowledge about all the possible diseases that the
4        person may have and the probability that that disease is
5        the accurate one?
6            MR. WISNER:  Objection; vague.
7            THE WITNESS:  It is a very broad
8        question.  Because as an example, if I created
9        differential diagnosis of enlarged lymph node in
10       somebody, whether or not it is cancer or it is
11       inflammation, information like somebody having psoriasis
12       or somebody having a broken toe is irrelevant.
13           So if you take a regular medical practice and you
14       interview the physician in particular specialty area or
15       asking about particular diagnosis for which differential
16       diagnosis was created, the differential -- listing the
17       differential diagnosis would not include dozens of
18       irrelevant facts, medical facts about this patient.
19   Q   (By Mr. Brenza)  When you use differential diagnosis to
20       diagnose a disease, you said you have the results of
21       specific tests for various diseases, right?
22   A   Preferably.  And some of the tests then will be
23       triggered based what is in the differential diagnosis.
24   Q   I didn't understand that last part.  Some of the -- you
25       said some of the tests will trigger?  Just explain it to

Page 36

1        me.
2    A   So differential diagnosis is a continuous process.  To
3        give an example, if patient comes in my area of
4        expertise with enlarged lymph node and, say, symptoms of
5        inflammation and also has findings on physical exam of
6        lymphadenopathy, enlarged lymph nodes, or even a CT
7        scan, and I say, Okay, this patient has enlarged lymph
8        nodes.  It could be infection.  Could be inflammation.
9        Could be sarcoidosis.  But then it triggers the biopsy.
10       I don't have results of the biopsy before.  Then biopsy
11       might be suggestive of different disease that -- that
12       opens up a -- different possibilities and they need to
13       order tests.  So I have -- I would have a set of tests
14       before that help me create differential diagnosis, but
15       then it also triggers subsequent investigation to rule
16       out possibilities on my list or rule something new in
17       that collectively I already refer to as hypothetical
18       deductive method, but it's a continuous process.
19   Q   Okay.  So you start with a list of could-be's and
20       then -- is that right?
21   A   That is correct.
22   Q   And then you do additional tests to determine which of
23       the could-be's are wrong.  And what's left is what
24       you're going to go with, what you're going to diagnose?
25   A   If the tests are appropriate for the situation.  And in

Page 37

1        some situations, there are no additional testing
2        required and you have to think about probabilities and
3        eliminate them based on already available information.
4            Many times there are confirmatory tests.  But many
5        times in the clinical situation, we come up with
6        differential diagnosis and then again create this
7        deduction method where this is less likely, this is less
8        likely, this is less likely, until you ideally come to a
9        single diagnosis.  But in many cases, medicine being not
10       exact science, you say, This could be this, it could be
11       this, and you make your best clinical judgment call.
12   Q   In order to do the analysis you just described, you have
13       to understand what's less likely, what the probabilities
14       are of the various options you're considering, right?
15   A   That is correct.
16   Q   And that's true for the way that you used differential
17       diagnosis to identify a cause of Mr. Gebeyehou's
18       non-Hodgkin's lymphoma in this case, right?
19   A   That is true.
20   Q   You'd have to know the probabilities of all the other
21       possible causes of non-Hodgkin's lymphoma?
22   A   Causes that either identifiable or are relevant to
23       somebody's case.

Andrei Shustov, M.D.



Page 38

Page 40

5   Q   (By Mr. Brenza)  Do you have a specific opinion about
6        how long it takes for any particular chemical to cause
7        cancer?
8              MR. WISNER:  Objection; overbroad.
9              MR. BRENZA:  Let me narrow it.

Page 39

Page 41

16  Q   (By Mr. Brenza)  Is it generally true that the level of
17       exposure to a potential risk factor is relevant to
18       determining the probability that risk factor caused any
19       cancer?
20  A   It is generally true.
21  Q   So the more radiation you're exposed to, the more likely
22       you're going to have cancer from that radiation?
23  A   It is generally true.
24  Q   And that's true for chemicals too, that the more of a
25       chemical you're exposed to, the more likely it's going

Andrei Shustov, M.D.

**Page 42**

1  to produce a cancer?
2           MR. WISNER:  Objection; incomplete
3  hypothetical, overbroad.
4           THE WITNESS:  As -- as a general
5  statement, yes.
6  Q  (By Mr. Brenza)  And is the reverse also true?  The less
7  you're exposed, the less likely it's going to cause a
8  problem?
9           MR. WISNER:  Same objection.
10           THE WITNESS:  It is generally true.
11  And it is also true that the single exposure to a factor
12  can produce a single right mutation that might
13  eventually lead to cancer.  But as a general statistical
14  statement, you're correct.  The --
15  Q  (By Mr. Brenza)  The less -- the less you're exposed,
16  the less your risk?
17           MR. WISNER:  Same objection.
18           THE WITNESS:  That is correct.

**Page 44**

17  Q  Is non-Hodgkin's lymphoma a common type of cancer?
18           MR. WISNER:  Objection; vague as to
19  "common."
20           THE WITNESS:  It is a common type of
21  cancer in humans.
22  Q  (By Mr. Brenza)  Is DLBCL the most common form of
23  non-Hodgkin's lymphoma?
24  A  In adults, yes.

**Page 43**

**Page 45**

4           (Exhibit No. 29 marked for
5            identification.)
6
7  Q  (By Mr. Brenza)  I'm going to hand you what I'm marking
8  now as Exhibit 29.  Exhibit 29 is a printout of the
9  material on a website from Seattle Cancer Care Alliance.
10  Do you see that?
11  A  Yes.
12  Q  And that's the -- that's where you work, right?
13  A  Yes.
14  Q  So are you familiar with the material that I've handed
15  you as Exhibit 29?
16  A  Yes.
17  Q  Do you see under the first question on the first page,
18  "What is non-Hodgkin's lymphoma?"
19  A  I do.
20  Q  And the answer -- there are a list of bullet points
21  there --
22  A  Mm-hmm.
23  Q  -- that answer the question?
24  And the last one says, "NHL can be cured."
25  Do you see that?



Andrei Shustov, M.D.

Page 46

1    A   Yes.

10   Q   If you would direct your attention to the second-to-last
11       page.  And your -- I don't know if yours has
12       highlighting on it.  If it does, I'll -- I'll take
13       responsibility for that.  That's not part of the
14       original.
15           You see where it says, "Doctors do not know what
16   causes NHL"?
17              MR. WISNER:  On Page 5 of 6?
18              MR. BRENZA:  Yes.
19              MR. WISNER:  Okay.
20              THE WITNESS:  Yeah, I do see that.
21   Q   (By Mr. Brenza)  And you agree with that, right?
22   A   It is a very broad statement.
23   Q   Broad but true?
24   A   Once again, the problem with broad statements is that
25       they can be true, or if you ask specific questions, they

Page 47

1    are not true.  But as a broad, general statement, it is
2    true.  But general statements do not always apply to a
3    particular person.

Page 48

4    Q   (By Mr. Brenza)  Do you -- do you see the paragraph that
5        follow that sentence that says, "You may be at higher
6        risk if any of these are true"?
7    A   Yes.
8    Q   And there are three bullet points.  Do you see that?
9    A   Yes.
10   Q   First one says, "Your immune system is weakened by an
11       inherited disease, autoimmune disease, human
12       immunodeficiency virus (HIV) or drugs given because you
13       had an organ transplant."
14           Do you see that?
15   A   Yes.
16   Q   Are immune system abnormalities a possible cause of
17       non-Hodgkin's lymphoma?
18   A   As a very broad, general statement, it has the same
19       problems.  You can say "yes," but it would not be true
20       for majority of autoimmune diagnosis.
21   Q   So there are many people who have that risk factor that
22       do not get non-Hodgkin's lymphoma.  Is that what you're
23       saying?
24   A   There are a lot of -- there are a lot of people who have
25       autoimmune disease that has nothing to do with

Page 49

1    non-Hodgkin lymphoma.  Again, for a public -- for a
2    public, it is okay to make a general, broad statement
3    like that.  But it's hard to apply it in many cases to a
4    particular patient situation.  Because autoimmune
5    disease might involve a little patch of eczema on the
6    skin.  It might involve a very minor autoimmune
7    condition like seasonal allergies.  It might involve
8    allergic itching of your eye.  So those are all
9    autoimmune conditions.  But they have nothing to do with
10   lymphoma.
11       But big autoimmune conditions like Crohn's disease
12   and rheumatoid arthritis and lupus have been linked to
13   lymphoma.  So if you make a broad statement, do
14   autoimmune condition associate with lymphoma?  Yes.  But
15   if you start diving in and look at the particular
16   examples, then the answer could also be "no."
17       It's very hard to make broad statement like this if
18   you can imagine.  Again, if you really wanted to make
19   definitive statement about immune conditions and other
20   risk factors, this would be a very, very big document.
21   Q   Do you see the second bullet point that talks about
22       infection with certain viruses?
23   A   That is correct.
24   Q   Is certain viral infections also a potential risk factor
25       for non-Hodgkin's lymphoma?



Andrei Shustov, M.D.

Page 50

1   A   That is correct.

2   Q   Does that include hepatitis c?

3   A   That is correct.

4   Q   Epstein-Barr virus?

5   A   That is correct.

6   Q   Hepatitis B?

7   A   In particular situations.  As a broad statement, yes.

8      As I explained then, it has a caveat of looking at the

9      details of particular patient.

10   Q   Do those include infections with bacteria such as

11      Helicobacter pylori?

12         MR. WISNER:  Well done.

13         THE WITNESS:  Good job.

14      As a broad statement, again, if you say is it --

15      does it involve bacteria, if I say "yes," then the --

16      there are only two or three examples of thousands of

17      bacteria that were associated with -- with lymphoma.

18      But the vast majority of bacteria were not.  That's why

19      it's listed specifically.

20   Q   (By Mr. Brenza)  Is the same thing true about the next

21      one where it talks about chemicals that can be a risk

22      factor for non-Hodgkin's lymphoma?

23   A   Correct.

24   Q   And that includes pesticides, herbicides, solvents, and

25      fertilizers?

Page 51

1   A   Correct.

2   Q   Those are all possible risk factors?

3   A   The same rule applies to me as a scientist/clinician.

4      You have to look at the particular examples of a

5      patient, and particular in this case, pesticides,

6      herbicides.

7   Q   If you take all the risks that are known in connection

8      with non-Hodgkin's lymphoma that have been identified in

9      this document we're looking at and evaluate how many

10      cases of non-Hodgkin's lymphoma they would be expected

11      to produce, is there a large amount of non-Hodgkin's

12      lymphoma that isn't explained by any of these factors?

13         MR. WISNER:  Objection; speculation.

14         THE WITNESS:  That is correct.

15   Q   (By Mr. Brenza)  Is it fair to say that the majority of

16      non-Hodgkin's lymphoma isn't explained specifically by

17      any of the factors we've just discussed?

18         MR. WISNER:  Objection; speculation.

19         THE WITNESS:  This is to me a broad

20      statement that requires clarification.  As a general

21      statement, yes, the majority of cases of non-Hodgkin

22      lymphoma have not had documented cause, with a caveat

23      that in majority of cases, non-Hodgkin lymphomas, we do

24      not look at their causes because 90 percent of patients

25      are treated in the community and it's not a job of

Page 52

1      community physicians to look at causality of cancer, but

2      if you look at just published literature that's skewed

3      towards what comes to academia, and yes.

4   Q   (By Mr. Brenza)  Another risk factor that's not listed

5      here is age, right?

6   A   I do not believe age is a risk factor.

7   Q   Does cancer become more common as people age?

8   A   As people age, everything becomes more common, including

9      cancer.

10   ████████████████████████████████████████

11   ███████████████████████████████

12   ████████████

13   ████████████████████████████████████████████

14   ████████████████████████████

15   ██████████████████

16   █████████████████████████████████████████

17   ███████████████████████████████████

18   █████████████

19   Q   And I think you said yesterday that age, in your

20      opinion, doesn't independently cause cancer, but it

21      signifies the accumulation of insults that your body has

22      withstood over the course of your lifetime, and they add

23      up?

24   A   If I remember correctly -- I would have to look at my

25      deposition -- I did not, or then I should not have

Page 53

1      stated age causes cancer.  Statistically, we identify

2      lymphomas more commonly in older patients.  And it is my

3      opinion -- and I would believe it would be shared with

4      majority of my peer expert -- lymphoma is a reflection

5      of longer times of exposure to either known or unknown

6      carcinogens and accumulation of more diseases as we age.

7      As stated here, in some patients, autoimmune disease

8      also more prevalent with age.

9      But age, itself, does not cause cancer.  It's a

10      reflection of -- it's a surrogate marker for a longer

11      time of exposure to factors that do cause cancer.  And

12      maybe -- just came something to -- let me just give you

13      an example.  We discuss this actually as an exercise at

14      one of the sessions with fellows.

15      Bald people have more prostate cancer.  Does it

16      mean that baldness causes prostate cancer?  It has

17      nothing to do with it.  Right?  People age, and they get

18      bald more frequently, and prostate cancer is more

19      prevalent in old men.  If you do statistical analysis,

20      bald people -- baldness would be associated with

21      prostate cancer.  Does it have anything to do with

22      prostate cancer?  No, it doesn't.

23      Statistically, you have to define the right goal in

24      your research and make a reasonable parameter to look

25      at.  Because you can look at unreasonable parameters and

Andrei Shustov, M.D.

Page 54

1  still find statistical significance.  So for any
2  sensible research oncologist, scientist, you have to
3  have first some mechanistic idea that it could be
4  causing cancer, and then you interrogate in
5  epidemiologic study.
6      If I say we're going to look at cataracts and
7  pancreatic cancer, and pancreatic cancer is common in
8  older people, contacts are common in older people, I can
9  guarantee we'll find association.  Does it mean
10  cataracts cause pancreatic cancer?  It has nothing to do
11  with it.  Right?  So we have to define reasonable goals
12  in the statistical analysis.
13      Because for exercise, we can look at anything.  So
14  to me, age is an exercise where age does not cause
15  lymphomas.  So we have to really identify
16  mechanistically what's likely causing lymphomas and then
17  interrogate it in the epidemiologic studies.
18  Q  Is the effect you've described where -- just taking the
19     first of your examples -- baldness and prostate cancer.
20  A  Mm-hmm.
21  Q  Is that called covariance?
22              MR. WISNER:  Objection; beyond the
23     scope.
24              THE WITNESS:  It depends on the
25     context of how you research that, so...

Page 55

1  Q  (By Mr. Brenza)  It's two things that aren't causing
2     each other but travel together?
3  A  That is correct.  And, again, in my opinion, that
4     reflects the role of age in, as you -- what you stated,
5     causing lymphoma.  I do not think, as a lymphoma
6     scientist and expert, age causes lymphomas.  We see
7     lymphomas more commonly with older people.  But with all
8     the knowledge and experience in lymphomas that I have,
9     to me it means it's a reflection that older people have
10     longer time of exposure or chance to be exposed, move
11     around the country, move different location.  The longer
12     you live, you accumulate risk factors in your life.
13  Q  So it's important, if you're looking for associations,
14     that you make sure you're not picking up two things that
15     travel together that don't necessarily have anything to
16     do with each other?
17  A  Exactly right.
18  Q  And that can happen if you don't define your -- your
19     study correctly?
20  A  As you -- if you -- if you pick your statistical
21     variables incorrectly and randomly, you might find
22     associations, like you said, have nothing to -- to do
23     with one another, but statistically travel together.



Andrei Shustov, M.D.



Andrei Shustov, M.D.



Page 62

[redacted]

Page 63

24  Q   Is cancer in your parents a risk factor for getting
25      cancer yourself?

Page 64

1              MR. WISNER:  Objection; overbroad.
2              THE WITNESS:  Just like our previous
3   discussions with other causes and statements, it is a --
4   an extremely broad statement that can be answered either
5   way depending on particular situation.  There are
6   cancers for which germ line mutations have been
7   identified and confirmed and proven.  Examples would be
8   BRCA1, BRCA2 in -- in women with breast/ovarian cancer,
9   Lynch syndrome in hereditary colon cancer, and
10  retinoblastoma gene in eyeball cancer.  So there are few
11  or very few defined mutations that you pass to next
12  generation to cause their cancers.
13      Having a cluster of particular diagnosis in a
14  family without identifiable or known germ line mutation
15  raises the suspicion for what we call familial cancer,
16  not hereditary cancer.  There's a big difference between
17  those.  Because familial cancer could be related to
18  common exposure of the family if they drank water from
19  somewhere that source with carcinogen being in the same
20  household, or it could be that this particular family
21  has brand-new, not-yet-identified genetic factor.
22      So there are research that's been done in MD
23  Anderson and now Dow institution looking at those really
24  rare cases of familial lymphomas and leukemias where, on
25  the general platform, we do not believe that lymphoma is

Page 65

1   inherited cancer.
2   Q  [redacted]
    [redacted]
    [redacted]
6   Q  Smoking is a risk factor for non-Hodgkin's lymphoma,
7      right?
8   A  Not to my understanding and not to my knowledge.  It's a
9      much more well-defined risk factor for lung cancer,
10     bladder cancer, leukemias.  But I do not believe that
11     there is a clear association between smoking and
12     lymphomas.
13  Q  Does smoking damage DNA?
14             MR. WISNER:  Objection; vague.
15             THE WITNESS:  As a general statement,
16     yes.  With a caveat that this -- studies, if I remember
17     correctly, were performed in -- lung cancer setting.
18     This is the question I would have to really do my
19     research to give more detailed answer.  But as a general
20     statement, it can cause DNA breaks.
21  Q  (By Mr. Brenza)  And I believe you testified yesterday
22     that once those DNA breaks occur, the body never repairs
23     them?
24             MR. WISNER:  Objection.
25  Q  (By Mr. Brenza)  Is that right?



Page 66

1    MR. WISNER:  Objection.

2    THE WITNESS:  As a broad, general

3  statement, yes.

19    MR. BRENZA:  Okay.  Why don't we take

20  a brief minute and get some stuff together.

21    THE VIDEOGRAPHER:  All right.  We're

22  going off record.  The time is 10:31 a.m.

23    (Pause in proceedings.)

24

25    THE VIDEOGRAPHER:  We are back on

Page 67

1  record.  The time is 10:43 a.m.

2  Q  (By Mr. Brenza)  Doctor, one more question I had on

3    Exhibit 29.  If you would pull that one out.

4  A  I'm here.

5  Q  The last page.  And we just didn't make it all the way

6    to the end.

7    Do you see the sentence that begins with the words,

8    "Keep in mind"?

9  A  I do.

10  Q  It says, "Keep in mind that many people who get the

11    disease have none of these risk factors, and most people

12    with these risk factors do not develop the disease."

13    Do you see that?

14  A  I see that.

15  Q  Is that a true statement about non-Hodgkin's lymphoma

16    with respect to the most common risk factors?

17  A  Well, I believe that this sentence refers to what's

18    listed in this, three bullet points.  And I don't think

19    this is a complete list of things can be -- that can

20    cause non-Hodgkin's lymphoma, first of all.  And

21    secondly -- I think we went through this several

22    times -- in most people, we do not do diligence

23    eliciting this information.  As a general statement for

24    a patient on a public website, it is an acceptable

25    statement, but you really have to look at any particular

Page 68

1  person.

2  Q  The risk factors we did talk about in the three

3    preceding bullet points, those are -- those cover a

4    large and broad array of the risk factors for

5    non-Hodgkin's lymphoma, right?

6  A  They would cover significant proportion.  It don't list

7    a radiation.  It's -- it's very specific.  But it would

8    cover significant proportion of known cause -- causes of

9    lymphoma.

10  Q  Would you say that they encompass the most common risk

11    factors for non-Hodgkin's lymphoma?

12  A  More or less, yes.

13  Q  And the sentence we read before, "Keep in mind that many

14    people who get the disease have none of these risk

15    factors, and most people with these risk factors do not

16    develop the disease," that's a -- that's a true

17    statement with respect to the risk factors that are

18    enumerated above it, right?

19  A  Sure.

20  Q  Okay.  You can put that one aside for a moment.

21    I'm going to hand you what I'm marking as 30.

22    (Exhibit No. 30 marked for

23    identification.)

24

25

Page 69

Andrei Shustov, M.D.





Andrei Shustov, M.D.



Andrei Shustov, M.D.



Andrei Shustov, M.D.



Page 86

Page 88

Page 87

Page 89

**Page 88**

14 Q  (By Mr. Brenza)  Okay.  Is the process of -- that you
15    used of, we'll say differential causation, to capture
16    the idea that you're using differential diagnosis to
17    ascribe a cause?  Is that fair?
18 A  It is.
19 Q  Is the process of differential causation a
20    scientifically validated process for identifying the
21    cause of a disease?
22 A  It is not scientifically established, but it's a most
23    common cause used in clinical practice where scientific
24    evidence is lacking for particular questions.  And as a
25    matter of fact, majority of things in medicine are not

**Page 89**

1    hundred percent certain and require a degree of clinical
2    judgment and estimation to either confirm diagnosis,
3    confirm treatment.  And this is the case with
4    differential causation, differential diagnosis
5    methodology.
6 Q  And the method you used of differential causation or
7    differential diagnosis used for a causation and
8    conclusion, there's no study that shows that that's an
9    accurate way of ascribing causation, is there?
10 A  I am not familiar with any study, either with
11    differential causation methodology or differential
12    diagnosis.  It is something that was established by
13    generations of physicians to arrive at diagnosis where
14    we lack a specific test to identify either diagnos --
15    diagnosis or cause of -- of the disease.
16 Q  Is it -- is it -- is it a method you use when you don't
17    really have a -- a scientific way of identifying the
18    cause of a disease?
19 A  Well, again, in a broad sense, any method is, as a
20    degree of science, a hypothetically deductive method.
21    It is a scientific method that is different from
22    performing a chemical test.  It is different from
23    performing statistical analysis on data population, but
24    it is a method that we apply to diagnose or come to
25    conclusion when we have -- we are presented with

Andrei Shustov, M.D.

Page 90

1    multiple options for diagnosis or causation.
2         And like I said, I think it is to certain degree
3    this deductive -- hypothetically deductive method, you
4    might disagree, call it science.  It is -- it is a
5    scientific method to some degree to determine.
6    Q   But it's not proven to be accurate, right?
7              MR. WISNER:  I'm just going to
8    object.  By the way, I think he was actually still
9    testify --
10             MR. BRENZA:  I'm sorry.
11             MR. WISNER:  -- when you spoke.
12             MR. BRENZA:  If I -- if I cut you
13   off --
14             MR. WISNER:  It's not a big deal.  I
15   think he was --
16             MR. BRENZA:  -- please continue.
17             MR. WISNER:  -- coming to the end.
18             THE WITNESS:  Yeah, I was going to
19   end that it came up in a discussion yesterday that is an
20   error rate.  No, we don't know the error rate.  But it
21   would not be difficult to test if somebody were to fund
22   such a study and employ hundred physicians and make
23   hundred physician make a diagnosis based on differential
24   diagnosis and then have another five blinded experts to
25   have specific test.  And you -- you can define error

Page 91

1    rate, right?
2        So it is a method where you can actually come up
3    with scientific evidence.  It's just such study would
4    never be funded, and -- and if there is some interest, I
5    would welcome such a study, and we would have error rate
6    and differential diagnosis in average academic
7    physician.  We have, actually occurred to me, looked in
8    this in some of the studies that I am involved with when
9    we compare the rate of diagnostic error between
10   community pathologists and academic pathologists and
11   identifying very rare types of lymphomas, and we have
12   reported in some of our publications where this rate
13   was, as an example, we'll say 8 percent.  Right.
14       So there is a way to test the error in clinical
15   judgment.  Because pathologist's diagnosis is a clinical
16   judgment.  They also create differential diagnosis.  But
17   the error rate like this can be measured.  We just never
18   measured it in a clinical practice where we test how
19   many times physicians make mistake in making a
20   diagnosis.  So you can make it more scientific if
21   somebody actually invests money and effort looking at
22   what is error rate of this.
23   Q   (By Mr. Brenza)  But that investment hasn't been made,
24   to your knowledge, to -- to date, right?
25   A   To my knowledge, I have not seen a study saying that the

Page 92

1    error rate of differential diagnosis in clinical
2    practice is such-and-such, no.
3    Q   We just don't know what the error rate would be?
4    A   Correct.
5              (Exhibit No. 33 marked for
6              identification.)
7
8    Q   (By Mr. Brenza)  I'm going to hand you what I'm marking
9    now as Exhibit 33.
10             MR. WISNER:  Counselor, can I put the
11   medical records aside?
12             MR. BRENZA:  For the time being,
13   yeah.
14   Q   (By Mr. Brenza)  I've handed you what I've marked as
15   Exhibit 33.  It's an article entitled "Review of
16   Genotoxicity Studies of Glyphosate and Glyphosate-Based
17   Formulations" by Larry Kier and David Kirkland dated
18   2013.
19       Do you see that?
20   A   Yes.
21   Q   And do you see that on Exhibit 4, your list of materials
22   relied upon, it was one of the materials that you relied
23   upon for your report, so Item No. 33?
24   A   Yes.
25             MR. WISNER:  Sorry.  I just had it

Page 93

1    handy.
2    Q   (By Mr. Brenza)  You spoke earlier about the need to
3    ascribe a plausible mechanism to any cause-and-effect
4    variables that you were -- that one might try to analyze
5    with respect to anything including non-Hodgkin's
6    lymphoma, right?
7    A   Correct.
8    Q   Do -- as you sit here today, do you have an
9    understanding of what the mechanism by which glyphosate
10   or Roundup, in your opinion, might cause non-Hodgkin's
11   lymphoma?
12   A   I do not have understanding of intrinsic mechanism.
13   It's a toxicology question.  The way I use this
14   references is the brief review of conclusions from this
15   papers or statements regarding whether or not glyphosate
16   was implicated in genotoxicity.
17   Q   And which page are you looking at?
18   A   I haven't looking at a page.  I'm just --
19   Q   Okay.
20   A   -- saying how I used the literature in -- in
21   genotoxicity.  I'm not an expert in genotoxicity.  So I
22   listed this because I pulled the paper and very briefly
23   looked at facts whether genotoxicity was implicated.  So
24   this -- again, this would be a question to toxicologist
25   to whether or not this is true.  I take this as a -- my

Andrei Shustov, M.D.

Page 94

1   reference point where general toxicity was implicated.
2   I'm not questioning in genotoxicity. I would be a wrong
3   person to argue the mechanism, whether what they report
4   here is true. So that's a...
5 Q Are you saying, as you sit here today, you have -- you
6   have -- you have no basis to accept or -- or refute the
7   material in this paper? I'm not sure whether you were
8   saying you were accepting it or whether you were
9   questioning it.
10 A I'm accepting the fact that glyphosate was implicated in
11   genotoxicity as basis -- the basis for my specific
12   causation. So I'm not questioning a general causation
13   whether glyphosate is genotoxic. Yeah, I'm -- I -- I
14   cannot be -- pretend to be an expert on genotoxicity. I
15   would -- I would rely on expert reports on that. And as
16   I stated, basis for my report is acceptance that it has
17   genotoxicity. I have no reason to question that. But I
18   would not be an expert to argue whether findings in
19   papers on genotoxicity are true or not. It's not my
20   expertise.
21 Q I'll have you direct your attention to the Page 310 of
22   this article. The very last paragraph, where the
23   authors give their conclusion. Tell me when you're
24   there.
25 A I'm having trouble, so --

Page 95

1 Q It's just above the word "Acknowledgments."
2 A "Authors" -- okay.
3 Q Do you see it?
4 A The paragraph above the "Acknowledgment"?
5 Q Yes. It begins with the words, "This evaluation."
6 A Okay.
7 Q Do you see that?
8   It says, "This evaluation of the large volume of
9   genotoxicity data available presents a convincing weight
10   of evidence supporting the lack of genetic" --
11   "genotoxic potential for both glyphosate and typical
12   GBFs in core gene mutation and chromosomal effect
13   endpoints."
14   Do you see that?
15 A I do.
16 Q Did you accept this paper as establishing that
17   glyphosate and glyphosate-based formulations do not have
18   the potential to be genotoxic?
19 A I cannot, again, opine on this, because that's not my
20   expertise. If I were reading a paper on lymphomas and
21   lymphoma treatment, I might accept or not accept
22   something that's even published. Because I'm extremely
23   knowledgeable in area of lymphomas. And even if
24   something is published, I can say I disagree with that
25   paper even though it's published. For paper that we

Page 96

1   published, everybody in the field does not have to agree
2   with this, and that's why we have expert review in
3   papers. I would be the wrong person to criticize this
4   paper. I do not have expertise in rendering my opinion.
5   As I mention, I based my opinion in all the cases with
6   the assumption that glyphosate has genotoxicity.
7 Q Okay. But you'd agree the sentence I just read to you
8   from this paper you relied on concludes that glyphosate
9   doesn't have the potential to be genotoxic, right?
10 A I did not rely on that specific statement in my --
11   generate my report.
12 Q And I'm just -- as you sit here today, do you understand
13   what this statement said from this paper you relied on
14   is that -- that -- that glyphosate isn't genotoxic?
15 A Again, when I reviewing papers and I was -- I would have
16   to read the paper and tell you where I saw the reference
17   that they make. Because as you know, when authors refer
18   in -- make discussion in their papers, they frequently
19   point out deficiencies in their studies and say this and
20   this author confirm genotoxicity, and we think it's not.
21   It takes -- again, this is kind of information, to me,
22   it could be used extracting the paper. Again, I would
23   have to read and see what was the basis of my just
24   assuming that is genotoxic, but...
25 Q Well, if you --

Page 97

1 A It would be un --
2 Q Go ahead.
3 A It would be unfair for me just point out one piece of
4   the paper and say, Do you accept that? I --
5 Q Well, this isn't just a random piece of paper. This is
6   the last paragraph where the authors summarize their
7   conclusions, right?
8 A Once again, I would need to look. Because there might
9   be something in the body of the discussion that says,
10   well, under certain circumstances or what have you, like
11   we -- we demonstrated yesterday that, yeah, the
12   conclusion might apply to as a general statement, but
13   authors themself can say, Well, in these situations, I
14   would have to really read the paper.
15 Q Let me just direct you to the next couple sentences.
16   You see it says, "Given this conclusion, and for other
17   reasons discussed, the observation of DNA damage effect
18   seems likely to be secondary to cytotoxic effects."
19   Do you see that?
20 A Okay.
21 Q And do you see it goes on to say, "The lack of genotoxic
22   hazard potential evidenced by core gene mutation and
23   chromosomal effects studies, coupled with the very low
24   human and environmental species systemic exposure
25   potential discussed above, indicate that glyphosate and

Andrei Shustov, M.D.

1    typical GBFs present" -- "present negligible
2    genotoxic" -- "toxicity risk."
3        Do you see all that?
4  A  Okay.
5  Q  Did you accept that the conclusions of the authors was
6    that glyphosate and glyphosate-based formulations
7    present negligible genotoxicity risk?
8  A  Based on few papers that I referred and I briefly
9    reviewed to generate my report, as a cumulative
10    impression that I had, not being expert in genotoxicity,
11    that there is evidence in literature of possible
12    genotoxicity.
13  Q  Well, you'd have to agree that at least based on this
14    paper, there's evidence to the contrary as well, right?
15  A  Well, based on what authors concluded.
16  Q  Is that a "yes" or a "no"?  You want me to ask the
17    question again?
18  A  If I -- if I take for the face value just one paragraph
19    out of this paper, and with absolute belief that
20    everything here is correct, and that's "yes."  But as
21    academician, I generally would need to question any
22    findings without taking this as a bible and saying,
23    Well, what they found is absolute truth.  But I'm not an
24    expert to criticize the paper.
25  Q  But if the -- if the authors are right and glyphosate

1    and glyphosate-based formulations present negligible
2    genotoxicity risk, that undermines whether there's a
3    plausible mechanism between glyphosate and non-Hodgkin's
4    lymphoma, doesn't it?
5  A  If toxicity experts conclude and everybody agrees,
6    then that undermines the plausible cause.  But I'm not
7    the right expert to make the determination.
8  Q  By the way, did you -- when you were looking through the
9    literature, did you notice that some of the literature
10    involves Monsanto or Monsanto employees?
11  A  That's a very good question.  I did not pay attention to
12    that.
13  Q  Did you have -- did you notice anything that was written
14    by any Monsanto or Monsanto employees that you thought
15    was inaccurate or -- or false?
16        MR. WISNER:  Objection; overbroad,
17    vague, lacks foundation.
18        THE WITNESS:  Well, that's assuming
19    that authors from maybe scientists from Monsanto were
20    not truthful, which I never hold against the scientists
21    who work for a pharmaceutical company or Monsanto
22    Company.  My -- my belief and hope is that even though
23    they work for Monsanto, they still report true findings.
24    So I -- I generally do not pay much attention to whether
25    authors are -- when I review papers as a reviewer, I

1    take into my consideration what papers.  I review papers
2    for many journals.  I briefly take a look at this, but
3    again, in -- in our good-faith academic world, even if
4    coauthors are from a pharmaceutical industry, it does
5    not mean to me the paper's wrong.
6  Q  And that's -- as part of that, that when a paper is
7    published, there's people who check on the accuracy, and
8    you have to jump through some hoops to get things
9    published in many journals?
10  A  There are peer-review process where the paper is sent
11    to, in some cases, two or three or four known entities
12    in the field that review it.  And if it passes the
13    minimum sort of requirements in editor's view, then
14    paper gets published.
15        Having said that, being a reviewer for many
16    journals, just to give you the idea of the process, many
17    times when I reject the paper, it still gets published,
18    or when I accept the paper, it doesn't get published,
19    because it's a cumulative opinion of key opinion leaders
20    in the field.  It -- and -- and we do receive our mutual
21    assessments of the paper.  And I -- I don't know who
22    reviewed it.  It's a confidential process.  But I see
23    that, Oh, we all agreed on it.
24        But few times, say, Well, that -- that reviewer did
25    not really like the paper and reject it and I accept it.

1    And sometimes what happens, editor sends it to extra
2    reviewer.
3        So the point I was trying to make, that the
4    published work is not necessarily proof that even
5    reviewers agreed on what's in the paper or the experts
6    in the field agreed with the paper.  That's why if you
7    want to really get to nitty-gritty whether this is
8    really valid study, you have to talk to the experts in
9    that toxicology field.
10        So me not being an expert in toxicology, I don't
11    have reason to doubt the conclusion and also have no
12    reason to believe that's absolute proven fact.
13  Q  Okay.  And just to be clear, when you're referring to
14    reason to doubt or proven fact, you're talking about
15    Exhibit 33, right?
16  A  That would be one of the examples of published
17    literature, yeah.
18  Q  Okay.
19  A  Can I make sort of -- just to make sure that I express
20    all my thoughts about this additional statement, that as
21    an expert in the field, in medicine and medical science,
22    there are a lot of controversial issues that are being
23    published on them.  Some authors disagree with other
24    authors.  And as an expert, then you form opinion
25    knowing the subject really well and looking at multitude

Andrei Shustov, M.D.



Page 102

1  of publications.
2      Like, say if somebody was to ask me on whether this
3  type of treatment is good for this type of lymphoma.  I
4  can see papers in the literature that say, well, this
5  one says it's not good, this one says it's good, but
6  have very intrinsic knowledge and knowledge about dozens
7  of other publications in the field makes me more of an
8  expert to opine, I still think that this is a good
9  treatment even though that paper says it's not good.  So
10  I don't have that expertise in -- in criticizing
11  toxicology paper.
12  Q  Okay.  I'm going to hand you what I've marked as 34.
13          (Exhibit No. 34 marked for
14          identification.)
15
16          MR. WISNER:  This De Roos '05?
17          MR. BRENZA:  No.
18          MR. WISNER:  Oh.  Oh.  34?
19          MR. BRENZA:  34.
20          (Discussion off the record.)
21
22          MR. BRENZA:  Need a break?
23          MR. WISNER:  The witness said he
24  needs to take a restroom break.  Is that okay?
25          MR. BRENZA:  Sure.  That's fine.

Page 103

1          THE VIDEOGRAPHER:  All right.  We're
2  going off the record.  The time is 11:44 a.m.
3          (Pause in proceedings.)
4          (Mr. Kerschner not present.)
5
6          THE VIDEOGRAPHER:  All right.  We are
7  back on record.  The time is 11:50 a.m.
8  Q  (By Mr. Brenza)  Doctor, I've handed you what I've
9  marked as Exhibit 34.  It's a article --
10          (Mr. Kerschner enters.)
11
12  Q  (Continuing by Mr. Brenza)  -- entitled "Glyphosate
13  Biomonitoring for Farmers and Their Families:  Results
14  from the Farm Family Exposure Study."
15      Do you see that?
16  A  Yes.
17  Q  And you see it's -- the authors are listed.  The first
18  author is Acquavella?
19  A  Uh-huh.
20  Q  And he's an employee for Monsanto.  You see that?
21  A  Yes.
22  Q  And it's dated March of 2004, published March of 2004?
23  A  Yes.
24  Q  And do you see that, if you refer back to your list of
25  materials relied on, this is another document that you

Page 104

1  relied on for the purposes of your expert report.  Do
2  you see that?
3  A  Correct.
4  ████████████████████████████████
   ███████████████████████████████████
   █████████████████████
   █████████████████████████████████████
   ████████████████████████████████████
   ████████████████████████████
   ████████████████████████████████
13  ██████
14  Q  And exposure is important because, as we discussed
15  earlier, the -- the less you're exposed, the lower your
   risk; the more you're exposed, the greater your risk?
16  A  As a general statement.  And as we discussed, as a
17  general statement for carcinogens.
18  Q  And that's a general statement for just about anything,
19  right?  That the -- that the -- it's the dose that --
20  that produces the effect.  At some dose, there won't be
21  an effect?
22  A  Again, this is very general statement that requires
23  clarification as a general statement because a lot of
24  chemicals and factors would have plateau effect, right?
25  So you might have for certain carcinogens the threshold

Page 105

1  where it causes toxic effect, and then you can go ten
2  times over, you already reached your plateau effect.  So
3  as a general statement, I can't say that it applies to
4  every situation.
5  Q  Not every -- but that's a rare event when -- a plateau
6  effect, right?  I mean, take something like salt or
7  water or things like that.  You can take enough of those
8  substances that you can hurt yourself, but in small
9  enough doses, they don't hurt you, right?
10  A  I don't know how rare it is.  It's, again, you're asking
11  me to make assumptions about dozens and dozens.  I mean,
12  it's -- it's --
13  Q  No.
14  A  -- very -- what I'm saying is, there is a plateau effect
15  for scientist and clinician for some of the carcinogens
16  where, be on certain level, say you get radiation at
17  certain level and the -- you already have sufficient
18  amount to cause cancer, and then you can be exposed to
19  radiation ten times and it doesn't matter at that point.
20  You already reached that plateau that already break in
21  the DNA, but...
22  Q  What about the other direction?  Isn't it true that
23  there's a small enough dose of almost anything that it
24  won't cause any harm?
25          MR. WISNER:  Objection; overbroad.

Andrei Shustov, M.D.

| Page 106 |
| --- |

1    THE WITNESS: As a -- as a broad
2  hypothetical statement, if you keep going down to very
3  minute level of anything, you -- you lose any kind of
4  impact on whatever you're trying to measure. It's a --
5  it's a very kind of basically hypothetical type -- how
6  should I put it? -- pharmacokinetic or chemical
7  principle.
8  Q  (By Mr. Brenza) So I'm not -- I'm not sure that
9    answered the question. But isn't it true that, for just
10   about anything, there's a dose so small that it won't
11   cause harm?
12  A  Sure. As a broad statement.
13  Q  And do you know what a reference dose is?
14  A  It has to -- well, to be a reference dose, you need to
15    give me reference for what reference dose.
16  Q  Right. Right now I'm just -- I'm just getting the
17    general concept of a reference dose.
18    Do you know what a reference dose is not with
19    respect to any particular chemical?
20  A  I can't give you off the top of my head a definition of
21    reference dose. I have a concept of a reference dose.
22    We operate in kind of my world with MIC50 or minimum
23    inhibitor concentration or optimum biologic dose. Any
24    of those could be reference depending on what the
25    question you're asking.

| Page 107 |
| --- |

1  Q  What about the lowest no-effect level? Is that a
2    concept you're familiar with?
3  A  Not in my world. So, again, and I -- I operate in
4    lymphoma research where we usually push things up, not
5    down. So that's not my kind of...
6  Q  Okay. Did you see that in the Acquavella paper, he and
7    his coauthors analyzed the amount of glyphosate in urine
8    samples from people who apply glyphosate in their
9    families?
10  A  Could you please point to me, for the sake of time,
11    where --
12  Q  Sure.
13  A  -- exactly --
14  Q  Well, I'm just reading right now from the -- the summary
15    paragraph that begins the -- the paper. Do you see in
16    the upper left-hand corner on the first page? It's
17    small?
18    MR. WISNER: It's in blue.
19    THE WITNESS: Yeah.
20  Q  (By Mr. Brenza) It's in blue on your copy.
21  A  Okay. Thank you.
22  Q  It's in italics?
23  A  Mm-hmm.
24  Q  It says, "We evaluated urinary glyphosate concentrations
25    for 48 farmers, their spouses, and their 78 children"?

| Page 108 |
| --- |

1  A  Yes.
2    MR. WISNER: Objection. I think it
3  says "79 children" and not --
4    MR. BRENZA: 79. You're -- you're
5  right. Thank you.
6    MR. WISNER: It's not italicized.
7  It's just...
8    MR. BRENZA: Okay.
9    MR. WISNER: Sorry. I just --
10    MR. BRENZA: It looks like it on
11  mine.
12    MR. WISNER: Okay.
13    MR. BRENZA: But I defer to you.
14  Q  (By Mr. Brenza) And then he goes on to say, "We
15    evaluated 24-hour composite urine samples for each
16    family member the day before, the day of, and for three
17    days after glyphosate application."
18    Do you see that?
19  A  I do.
20  Q  It goes on to say, "60 percent of the farmers had
21    detectable levels of glyphosate in their urine on the
22    day of application. The geometric mean concentration
23    was 3 parts per billion. The maximum value was 233
24    parts per billion, and the highest estimated systemic
25    dose was .004 milligrams per kilogram."

| Page 109 |
| --- |

1    Do you see that?
2  A  Okay.
3  Q  And then if you skip down a few sentences, there's a
4    sentence beginning with the word, "None."
5    Do you see that? It's one, two, three, four -- six
6    lines from the bottom. "None of the systemic doses"?
7  A  Okay.
8  Q  It says, "None of the systemic doses estimated in this
9    study approach the U.S. Environmental Protection Agency
10    reference dose for glyphosate of 2 milligrams per
11    kilogram per day."
12  A  Okay.
13  Q  Do you see that? Do you see that?
14  A  Yeah.

Andrei Shustov, M.D.



Page 110

```
8   Q   Did you understand this paper to provide evidence that
9       farmers who applied Roundup had hundreds or -- or
10      thousands of times less glyphosate in their body than
11      the EPA reference dose?
12  A   I do not recall my understanding or conclusion from this
13      paper like that.
14  Q   Is it important to you that, in this study, it was shown
15      that farmers had extraordinarily little glyphosate
16      inside their bodies after applying glyphosate?
17  A   For the purpose of my specific causation report, no.
18      Because now we're getting into, in my opinion, to the
19      area of toxicology and genotoxicity, what is the minimum
20      level and what is the correlation between the dose
21      and -- and the -- the toxicity that was not part of my
22      thinking during this report and not part -- not a goal
23      of my report to look at this specific parameters, yeah.
```

Andrei Shustov, M.D.

Page 114



Page 115

6  Q  (By Mr. Brenza)  Are you aware of any epidemiologic

7     literature that studies home and garden users of Roundup

8     as opposed to agricultural workers?

9            MR. WISNER:  Objection; ambiguous.

10            THE WITNESS:  It's a question I would

11     have to look.  I would again have to go back, and even

12     the reference I made, this is not area where I can off

13     the top of my head identify the study population.  I

14     would have to again look at the references that are

15     listed, and I can't memorize them, whether they included

16     gardeners versus farmers.  Off top of my head, I cannot.

17  Q  (By Mr. Brenza)  How about this.  Can you reference any

18     reference at all that shows that home and garden users

19     had an increased risk of non-Hodgkin's lymphoma from

20     glyphosate?

21  A  Once again --

22            MR. WISNER:  Objection; ambiguous.

23            THE WITNESS:  Once again, in a normal

24     scenario, I would go on PubMed or Amgen and see if

25     there's any reference.  Off top of my head, I -- I

Page 116

1     cannot produce a reference, in the middle of nowhere,

2     something that's not area of my expertise.

3  Q  (By Mr. Brenza)  Well, it's not -- it's certainly not in

4     your report, right?

5  A  You mean the reference?

6  Q  Yeah.  There's no -- I mean, you had opportunity to do

7     all the research you wanted to and put it all in your

8     report, and there's no reference in your report to any

9     study that specifically ascribes risks to home and

10     garden users of Roundup, right?

11  A  Not to my recollection.  And I would say that it's not

12     true I had any opportunity.  If -- if I would take a

13     year off work and study every possible scenario here, it

14     will require very extensive amount of work if you're --

15     if I were to say I had any time in the world to.  I had

16     limited time to address specific question I was asked to

17     address.  I --

18  Q  Is it fair to say that there wasn't enough time to

19     address the question of what the risks actually were for

20     home and garden users of glyphosate?

21  A  I was not asked to address the specific question.  It's

22     not a matter of time.

23  Q  Okay.  And because you weren't asked to address it, you

24     didn't address it, right?

25  A  Specifically looking at home and garden use?

Page 117

1  Q  Yes.

2  A  No, I did not specifically look at home and garden use.

3  Q  Are large statistical studies the best way to identify

4     potential causal factors of non-Hodgkin's lymphoma?

5            MR. WISNER:  Objection; vague.

6            THE WITNESS:  It's a very broad

7     question there.  One of the -- one of the ways and

8     potentially reliable ways of identifying causes of

9     non-Hodgkin lymphoma depending on the -- depending on

10     the factor under study.

11  Q  (By Mr. Brenza)  Isn't it true that when you're trying

12     to identify small increases in risk, that the larger the

13     study, more participants, the more power that study has

14     to tell you the truth about whether there's a causal

15     connection or not?

16            MR. WISNER:  Objection; vague.

17            THE WITNESS:  As a broad statistical

18     question, the larger the study, the higher will be

19     statistical power and more reliable confidence

20     intervals.  But, again, as we discussed, you can make a

21     general statement like this.  I have to look at the

22     study.  And studies might have other flaws, or I would

23     say, yeah, this is a good study.

24  Q  (By Mr. Brenza)  Okay.  But everything else being equal,

25     the bigger the study, the more power it has to tell you

Andrei Shustov, M.D.

Page 118

1    the truth?
2    A    That is correct.
3    Q    Are you familiar with the Agricultural Health Study?
4    A    I believe so.  It's one of the things I -- I looked at,
5        if I remember correctly.
6    Q    And it's one of the things you -- you provided a website
7        in your report that links to a place where that study's
8        reported, right?
9    A    I recall that, yeah.
10   Q    I'm going to hand you what I've marked Exhibit 35.
11                (Exhibit No. 35 marked for
12                identification.)
13
14   Q    (By Mr. Brenza)  Exhibit 35 is a document entitled
15       "Agricultural Health Study.  Study Update 2018."
16       Do you see that?
17   A    Yep.
18   Q    And I'll represent to you this is one of the pages that
19       you get to when you follow the link provided in your
20       report for the Agricultural Health Study.  I think the
21       link's on Page 7 of your report --
22   A    Mm-hmm.
23   Q    -- you see there.
24       Was the Agricultural Health Study a 25-year study
25       of farmers that have been exposed to various types of

Page 119

1    pesticides?
2    A    I believe so.
3    Q    And, again, we said earlier that the bigger the study,
4        the better.  Is it also true that the longer the study,
5        the better for purposes of establishing whether
6        something causes cancer or not?
7    A    As a general statement.
8    Q    So 25 years is a very long study, isn't it?
9                MR. WISNER:  Objection; speculation.
10               THE WITNESS:  Again, if this is the
11       only parameter of the study we're looking at, it's a --
12       it's a good duration study.
13   Q    (By Mr. Brenza)  Okay.  If you look at the next page, it
14       talks about the enrollment of the first participants in
15       the study.  Do you see that?
16   A    Right here?
17   Q    Yep.  Actually, I shouldn't say "yes."
18   A    "Dear Agricultural" --
19   Q    No, at the second page.  It says, "Enrollment ('93 to
20       '97)."
21   A    I see.
22   Q    It says, "A total of 89,655 participants joined the
23       study, including 52,394 licensed private pesticide
24       applicators and 32,345 of their spouses from North
25       Carolina and Iowa."

Page 120

1        I'll stop there.  Do you see that?
2    A    Mm-hmm.  I do.
3    Q    Is 89,655 participants larger than any of the other
4        studies that you referenced in your report?
5                MR. WISNER:  Objection; ambiguous,
6        vague, speculation.
7                THE WITNESS:  It looks like it's the
8        largest, but I have to look.  I can't remember all the
9        references.
10   Q    (By Mr. Brenza)  Okay.  It's the largest, not just by a
11       little, but by thousands and thousands and thousands of
12       participants, isn't it?
13               MR. WISNER:  Objection.
14   Q    (By Mr. Brenza)  I mean, I can show you, if you -- if
15       there's one that -- I think all the studies you relied
16       on are in that stack right in front of you there.
17   A    Right.  I would have to take your word for it.  If I
18       can't do this, I can go through all the studies.  But
19       possibly.  Again, I -- I don't remember all the
20       population numbers in my references, but it appears that
21       this is the largest study.
22   Q    I mean, again, if you -- if you need to, I believe all
23       of your studies are in this pile that we've marked
24       yesterday.  But -- but let's -- let's try to move on for
25       now unless you want to stop and look at them all.

Page 121

1    A    In my opinion as a clinician, it's -- it would have
2        little impact.
3    Q    Actually, there's one study that might help you.
4        Because I think it -- here, let me just make sure before
5        we get it out.  No, I'm wrong.  Okay.  We'll look --
6        we'll get to this in a little while, but...
7        Do you see on the last page of Exhibit 35, there's
8        a summary of the conclusions that have been reached
9        after the 25 years of study being reached in 2018?
10   A    The last page, that paragraph states "2015 to present"?
11   Q    That's part of what's on the page, yes.
12       Do you see the last bullet point under 2015 to the
13       present?
14   A    I do.
15   Q    And it says, "Glyphosate use was not associated with
16       overall cancer risk."
17       Do you see that?
18   A    I do.
19   Q    Do you have any reason to disbelieve the -- that
20       conclusion of the Agricultural Health Study?
21               MR. WISNER:  Objection; clearly
22       outside the scope.  That is a question about general
23       causation.
24       Answer it, but that's not what he's been proffered
25       to opine about.

Page 122

1          THE WITNESS:  Yeah, as person who
2     have very limited to no expertise in populational
3     studies or -- or general causation, as a clinician, I
4     don't have any reason to disbelieve that, but it's -- I
5     would be a wrong person to ask that.  It's not the area
6     of my expertise.

21     Q   (By Mr. Brenza)  So let me just stop you on that.  If
22         you're wrong about that and glyphosate doesn't cause
23         cancer, then your report is wrong, right?
24     A   If -- if it is proven that glyphosate is -- is -- is not
25         carcinogen, I would have to basically rethink my -- my

Page 123

1     entire report.



Andrei Shustov, M.D.



Andrei Shustov, M.D.



Andrei Shustov, M.D.



Page 134

18  Q  (By Mr. Brenza)  Do you know the scientific concept of
19     falsifiability?
20  A  I would have to look it up.
21  Q  Well, I'll tell you what it means.  Falsifiability is --
22     is -- is the characteristic of a scientific theory that
23     it could be proven wrong.  Have you ever heard that
24     before?
25  A  I don't recall.  I -- maybe I heard it, but it's not

Page 135

1     something I use every day.
2  Q  And do you know that statements that are not
3     falsifiable, like they can never be proven wrong, are
4     not generally considered to be science?
5              MR. WISNER:  Objection.
6  Q  (By Mr. Brenza)  They're statements of belief?
7              MR. WISNER:  Objection; speculation,
8     improper hypothetical.
9              THE WITNESS:  Well, I would --
10             MR. WISNER:  Witness --
11             THE WITNESS:  Again --
12             MR. WISNER:  Attorney's testifying.
13             THE WITNESS:  -- in the philosophy --
14             MR. WISNER:  Sorry.
15             THE WITNESS:  In --
16             MR. WISNER:  Attorney's testifying.
17             MR. BRENZA:  I'm asking him what he
18     knows.
19             THE WITNESS:  In the philosophy of
20     science.  But I made a definitive statement in terms of
21     probabilities.  And when I say "definitive," I also
22     point out multiple times it's my judgment.  I did not
23     say you cannot prove me wrong.  I just don't know how
24     it'd prove me wrong.  I would have to think hard about
25     that, what would be the method to dispute physician's

Page 136

1     clinical judgment.
2         Short of if it turns out to be wrong in my
3     decision, I will accept that I was wrong based that my
4     clinical judgment was wrong.
5              MR. BRENZA:  How much time do we have
6     left?
7              THE VIDEOGRAPHER:  We are three hours
8     and 15 minutes in.
9              MR. WISNER:  And for the record, it
10     is 12:37 p.m.
11             THE VIDEOGRAPHER:  Yes.  I've got
12     about a half hour on this tape too.
13             MR. BRENZA:  Yeah, we'll be done by
14     then.
15             THE VIDEOGRAPHER:  Okay.
16

Page 137

1              THE WITNESS:  This is the fact
2     that --

Andrei Shustov, M.D.



Page 138

1
[REDACTED]

20  Q  Do you see this is the article from Andreotti?

21  A  Yes.

22  Q  And this is also an article based on the Agricultural

23     Health Study.  Do you see that?

24  A  Yes, I do.

25  Q  Everything else being equal, a study that's more current

Page 139

1     has a better chance of being accurate than one that's

2     quite old, right?

3          MR. WISNER:  Objection; rampant

4     speculation.

5          MR. BRENZA:  Well, let me -- let

6     me -- let me ask it a different way.

7  Q  (By Mr. Brenza)  Is -- is Exhibit 19 the -- the most

8     recent word on whether -- what effects glyphosate has on

9     farmers and their families?

10         MR. WISNER:  Objection.

11         THE WITNESS:  It appears very recent,

12    the best I can say.  I don't know if anything was

13    published since that time.  But since it's 2018, I doubt

14    it.  Without excluding it, yes, it looks very recent.

15  Q  (By Mr. Brenza)  And if you'll look at Page 515, first

16    full paragraph.  Tell me when you're there.  You ready?

17  A  I got it.

18  Q  Says, "In our study, we observed no associations between

19    glyphosate use and NHL overall or any of its subtypes."

20    Do you see that?

21  A  Okay.

22  Q  Now, you -- you have some criticisms of the AHS study in

23    your report, correct?

24  A  I believe so.

25  Q  What did you feel was lacking in the Agricultural Health

Page 140

1     Study?

2  A  I think I listed them.  There was -- if I remember

3     correctly, it was significant dropout rate, and we

4     discussed yesterday farmers' exposure.  And there was

5     something else.

6  Q  Feel free to refer to your report, if you want.  It's on

7     Page 7.

8  A  Yes, we've discussed it yesterday.

9  Q  So let me try to take the second one first.  What's your

10    criticism about including farmers with known risk for

11    non-Hodgkin's lymphoma?

12  A  As I believe we discussed for a clinician, farmers --

13    and we mention this also -- are subject to multiple

14    environmental factors and agricultural factors.  And I

15    believe it's hard to account for complexity of it as a

16    clinician perception.  And the multitude of agricultural

17    agents they're exposed to would be very difficult to

18    account for, as well as the use of glyphosate based on

19    self-reporting would be difficult to accurately

20    quantify.  Those were my thoughts when I reviewed the

21    study.

22       Again, this is -- to proper criticize or accept

23    this, it would have to be epidemiologic mind with

24    knowledge of epidemiology going through this, but these

25    are thoughts of the clinician who typically thinks more

Page 141

1     in a -- in a sense of clinical studies.

2  Q  Wouldn't the fact that farmers are exposed to a lot of

3     different chemicals tend to artificially increase the

4     number of cancers attributed to glyphosate?

5          MR. WISNER:  I'm going to object.

6     This is definitely general causation.  But go ahead.

7          MR. BRENZA:  Well, he -- he

8     criticized it in his report.

9          THE WITNESS:  Right.  I would

10    hypothesize from a clinician standpoint, not going into

11    specifics of general causation, that if you have the

12    control arm that expose to other potential carcinogens,

13    your control arm will artificially have increased

14    incidence that would dilute the difference between

15    glyphosate group and non-glyphosate group, that again

16    this is clinician thinking of paper on general causation

17    or epidemiology paper.  I could not do the detailed

18    analysis as well as epidemiologist would do, but this

19    would be my criticism being not an expert in

20    epidemiology.

21       And you can sense that this is a clinician way of

22    thinking about farmers and exposure and potential risk

23    for the control arm.  But I'm not a scientist in

24    agricultural chemistry or agricultural applications.

25    This is a clinician way of looking at this and saying,

Andrel Shustov, M.D.

Page 142

1    Wow, as a clinician, it seems to me that control arm
2    might have a problem with that.
3    Q   (By Mr. Brenza)  Do you know that they had a problem
4        with that, or are you just concerned that they might?
5    A   That is my clinician criticism of paper.  But, again,
6        this would be the question to epidemiologist whether or
7        not findings in this paper are valid or nonvalid, and
8        argument for -- for general causation.  I'm giving you
9        impression and opinion of clinician stating that I'm not
10       an expert at epidemiology.
11   Q   What's your -- what's your other criticism about the
12       dropout rate?
13   A   So in studies that we conduct in my clinical research
14       world, the dropout rate of 40 percent generally
15       invalidates most of the studies by compromising initial
16       statistical design.  So if you have dropout rate,
17       typically when I design studies, my colleague design
18       studies, we incorporate a possible dropout an order of 5
19       to 10 percent not to affect statistical design.
20       The dropout of 40 percent for studies that I'm used
21       to looking at and analyzing is prohibitively large.
22       That would break the interpretation and primary
23       endpoints of the study.  Again, for epidemiologic
24       studies, there might be a way that very skilled
25       statisticians can go around it.  But clinicians look at

Page 143

1    the fact that there was 40 percent dropout rate.  I
2    would say I -- to me, it sounds like the study -- it's
3    the study's biggest flaw.
4        You might ask the statistician and they say, Well,
5    this is okay.  But this is a clinical researcher's
6    criticism of epidemiologic paper.  But I would not
7    pretend that I would take the sort of liberty of
8    analyzing every finding in this paper with expertise
9    that can be offered by epidemiologist.
10   Q   Did you consider the ways that the authors of the
11       Andreotti study accounted for the dropout -- the dropout
12       rate?
13   A   Once again, I did consider this.  I cannot intelligently
14       opine on that.  And I mentioned this paper, and just to
15       make a reference in general causation that I did not
16       pretend to be expert in or was not goal of my report.
17       That would be a good question to -- to epidemiologist.
18   Q   Do you see in the -- on Page 515, is that where you are?
19       Yeah.
20   A   I'm here.
21   Q   In the second column, about halfway down the first full
22       paragraph, sentence beginning, "We imputed glyphosate."
23       Tell me when you see it.
24   A   On the right side, right column, first full paragraph?
25   Q   Yes.  About halfway down.  "We imputed glyphosate

Page 144

1    exposure information."
2    A   Yeah, I see it.
3    Q   So do you see that they describe there that -- how they
4        dealt with the dropout rate?  They write, "We imputed
5        glyphosate exposure information for participants who did
6        not complete the follow-up questionnaire to evaluate
7        cancer risk in the full cohort.  Results for the full
8        cohort (including imputed data) were similar to those
9        that did not include imputed data, but only included
10       people who completed the follow-up questionnaire."
11       Do you see that?
12   A   Yeah, I see that.
13   Q   So do you see that they mathematically accounted for the
14       people who didn't complete the follow-up, and even if
15       you just ignore them, they don't change the results?
16   A   I would have to basically take it on faith, because that
17       requires specific epidemiologic knowledge to see whether
18       it's a valid adjustment or not.  I'm not saying that's
19       not a valid adjustment.  I'm saying that it would have
20       to be expert in general causation to accept or say,
21       Well, I disagree with this.
22       I would restrict my opinion to, again, a
23       clinician's statement that I already did, that it
24       concerns me.  It might or might not be addressed in this
25       paper, but it's a question to general causation folks.

Page 145

1        MR. WISNER:  Counselor, we are past
2    the three-and-a-half mark, so...
3        MR. BRENZA:  All right.  Let's go off
4    the record for just a minute, then.  Give me a second.
5    I may wrap up.
6        THE VIDEOGRAPHER:  All right.
7        MR. BRENZA:  I mean, I will wrap up.
8        THE VIDEOGRAPHER:  We're going off
9    record.  The time is 12:52 p.m.
10       (Pause in proceedings.)
11
12       THE VIDEOGRAPHER:  We are back on
13   record.  The time is 12:53 p.m.
14       MR. BRENZA:  I'm going to pass the
15   witness.
16       MR. WISNER:  Thank you.
17
18
19       EXAMINATION
20   BY MR. WISNER:
21   Q   Doctor, can I direct your attention to Exhibit 19, which
22       is the Agricultural Health Study that we were looking
23       at?
24   A   I'm here.
25   Q   Are you there?  Okay.

Andrei Shustov, M.D.



Page 146

1     And there was a -- a statement that counsel showed
2  you on Page 515, first full paragraph on the left
3  column. Do you see that? And it says, "In our study,
4  we observed no associations between glyphosate use and
5  NHL overall or any of its subtypes."
6     Do you see that?
7  A  I see that.
8  Q  What is your understanding of that sentence?
9  A  Just exactly what it says.
10  Q  Okay. So if there was an elevated rate association in a
11  subtype, that sentence would be false?
12  A  That's correct.
13  Q  All right. Say, look, if we look at Page 51 -- well,
14  let's actually look at 514. Are you there, sir?
15  A  Yep.
16  Q  And then you see on the right side, this is a table:
17  "Cancer Incidence in Relation to Lag Intensity Weighted
18  Lifetime Days of Glyphosate Use."
19     Do you see that?
20  A  I see that.
21  Q  And you see on the right, there's a 20-year lag. Do you
22  see that?
23  A  I do.
24  Q  20-year lag. That refers to waiting 20 years to see if
25  cancer developed in a cohort study?

Page 147

1  A  That's correct.
2  Q  All right. If you go down towards the bottom,
3  "Non-Hodgkin lymphoma T-cell."
4     Do you see that?
5  A  I see it.
6  Q  And in the 20-year lag, the lower median has a risk
7  ratio of 2.97. Do you see that?
8  A  I see that.
9  Q  And statistically significant?
10  A  Yes.
11  Q  So that statement that there are no associations in any
12  of the subtypes that counsel read to you is actually a
13  false statement even in its own publication?
14  A  That would be wrong statement.
15  Q  Okay.
16          THE REPORTER: What was the answer?
17          THE WITNESS: That would be the wrong
18  statement.
19  Q  (By Mr. Wisner) Now, there was a question about
20  falsifi -- falsifiability.
21          MR. WISNER: What did you say,
22  Counselor? I want to say it right.
23          MR. BRENZA: Falsifiability.
24  Q  (By Mr. Wisner) Falsifiability of a fact, right?
25  A  Correct.

Page 148

1  Q  All right. So I want to explore that just very briefly.
2     We agree that this symbol here on this speakerphone
3  is red or reddish, right?
4  A  Correct.
5  Q  Is that a falsifiable fact?
6  A  I don't think so.
7  Q  Well, hypothetically, sir, could we all be living in a,
8  you know, world that we're all attached to machines like
9  in "The Matrix," and this is actually not even there;
10  this is just an illusion?
11  A  Hypothetically.
12  Q  Right.

Page 149

7  Q  Okay. There was some discussions and questions about
8  you regarding whether or not farmers' exposure to
9  glyphosate is somehow different than, you called them
10  home and -- home -- home and garden users? Do you
11  recall that?
12  A  Yes.
13  Q  And he asked you, you know, these -- he implied that
14  these epidemiological studies related to farmers. Do
15  you recall that?
16  A  I do.
17  Q  Let's look at one of them. Exhibit 17. Can you pull
18  that up? This is the McDuffie study.
19     Do you have it, sir?
20  A  Yes.
21  Q  And this Exhibit 17, this is one that has the greater
22  than two days' use statistically significant rate?
23  A  I recall that, yeah.
24  Q  Okay. Now, this is a case control study, right?
25  A  Correct.

Andrei Shustov, M.D.

| Page 150 | Page 152 |
|---|---|

**Page 150**

1  Q  And it actually -- if you read the title, it says
2  "Non-Hodgkin's Lymphoma and Specific Pesticide Exposures
3  in Men:  Cross-Canada Study of Pesticides and Health."
4  Do you see that?
5  A  Yes.
6  Q  It says "Cross-Canada."
7  Do you see that?
8  A  Yes.
9  Q  All right.  And if we go to the introduction on the
10  first page, close to the bottom of that paragraph, see
11  the sentence that says, "Our study"?
12  A  I'm looking.  First paragraph in introduction?
13  Q  Yeah.  Go down.  The sentence that begins, "Our study,"
14  towards the bottom.  "Our study encompassed six" --
15  A  I see it.
16  Q  Okay.  It reads, "Our study encompassed six provinces of
17  Canada with diverse agricultural practices and a number
18  of different types of occupational and nonoccupational
19  exposures to pesticides."
20  Do you see that?
21  A  I do.
22  Q  What does "nonoccupational exposure" mean?
23  A  Anything that's not related to people's employment.  If
24  I were to sort of describe examples would be in
25  gardening, home use, used in other parts of personal

**Page 151**

1  property, et cetera, but outside the professional use
2  such as farming.
3  Q  And so would it be fair to say, then, this
4  epidemiological study was not just on farmers?
5  A  That's correct.
6  ███████████████████████████████
   ███████████████████████████████
   ███████████████████████████████
   ███████████████████████████████.
10  Q  Okay.  Let me show you another epidemiological study.
11  It was Study 18 -- I'm sorry -- Exhibit 18.  It's the
12  Eriksson study.
13  A  I have it.
14  Q  Okay.  This was a study published in 2008 and relates to
15  a case control study conducted in Sweden, right?
16  A  Correct.
17  Q  All right.  If you read just in the abstract, the second
18  sentence, it says, "Male and female subjects aged 18
19  through 74 years living in Sweden were included during
20  December 1, 1999, to April 30th, 2002."
21  Do you see that?
22  A  I do.
23  Q  It says the "controls were selected from the national
24  population registry."
25  Do you see that?

**Page 152**

1  A  Yeah.
2  Q  So this study, this population-based study was not on
3  farmers, was it?
4  A  It doesn't say that.
5  Q  This was based on populations, right?
6  A  That's correct.
7  Q  Now, one of the things that opposing counsel tried to
8  raise was this idea of the size of the study.  Do you
9  recall that?
10  A  Yeah.
11  Q  Now, in a cohort study, you start off with a specified
12  population and you follow them for a period of time,
13  right?
14  A  That's correct.
15  Q  And that's why in AHS you have 80,000 participants that
16  he discussed with you.
17  Do you recall that?
18  A  I do.
19  Q  Now, in a population-based study, you actually look at
20  those cases that already exist drawn from a population,
21  right?
22  A  That's correct.
23  Q  And the population you're drawing from is in the
24  millions of people, right?
25  A  That's correct.

**Page 153**

1  Q  So comparing the 80,000 population in the AHS, it would
2  be dwarfed comparing it to case control studies that
3  draw upon millions of people?
4  A  That's correct.  That's why I made a general statement,
5  or the statement that's -- that's a general assumption
6  but doesn't apply to all the studies.
7  Q  Now, to the best of your knowledge, there's been one
8  cohort study ever conducted on glyphosate and
9  non-Hodgkin's lymphoma?
10  A  To my recollection, yes.
11  Q  Okay.  And so by virtue of that one study existing, it
12  is the largest cohort study, right?
13  A  That's correct.
14  Q  Okay.  There was a discussion about a farm family
15  exposure study.  Do you recall that?
16  A  I do.
17  Q  And I believe it's -- I don't have the exhibit number in
18  front of me, but -- here's 24.  Maybe 25.  No, it would
19  have been higher than that.  It's 20 -- 34.
20  A  Got it.
21  Q  Do you have it, sir?
22  A  I do.
23  Q  Okay.  And in this study, there's a reference to the
24  Environmental Protection Agency reference dose.  Do you
25  notice that?

Andrei Shustov, M.D.

Page 154

1    A  Yeah, I do.
2    Q  Okay.  Couple of quick general questions.  Do you know
3       what the reference dose refers to?
4    A  In general.  Unrelated to this.  Well, let's --
5    Q  Well, no.  The reference dose that they're specifying in
6       this article.  Do you know what it refers to?
7    A  Let me just --
8    Q  Let me strike that question.  I think you already
9       answered that question.  I think a better question is:
10          Is there any statement in this article saying that
11      the reference dose refers to carcinogenicity?
12   A  That I don't think so.
13   Q  Okay.  Are you aware that the reference dose referenced
14      in this case, in this article, refers to birth defects
15      associated with Roundup?
16   A  I remember seeing that.
17            MR. BRENZA:  Object to form.
18   Q  (By Mr. Wisner)  Okay.  There was also a discussion
19      about them looking at the urine samples in this article.
20      Do you recall that?
21   A  I remember that.
22   Q  Nowhere in this article did they look at the feces of
23      the subjects?
24   A  I don't recall that.  I -- I could confirm looking
25      through it, but I don't recall that.

Page 155

1    Q  And if, in fact, Monsanto, who conducted this study,
2       knew that the majority of Roundup actually was excreted
3       through the feces, measuring the urine would be a bit
4       deceptive, wouldn't it?
5            MR. BRENZA:  Object to form.
6            THE WITNESS:  That would be one of
7       the reasons, and that's why I made a general statement
8       that making decisions on measuring substances and wrong
9       bodily fluids or -- it has to have really proven
10      correlation with actual data and their effect on cancer
11      development or other -- and -- and effect of the
12      substance.
13   Q  (By Mr. Wisner)  Okay.  Look at Exhibit 33.  It's the
14      article by Kier and Kirkland.
15   A  I have it.
16   Q  Okay.  There is a -- I just want to ask you some general
17      questions.
18          Did counsel, when he showed you this document, show
19      you any documents evidencing that this document was
20      prepared by Monsanto in defense of glyphosate
21      litigation?
22   A  He didn't mention that.
23   Q  Did he show you any documents reflecting that this
24      document was, in fact, ghostwritten by Monsanto
25      employees?

Page 156

1            MR. BRENZA:  Object to form.
2            THE WITNESS:  He didn't mention that.
3    Q  (By Mr. Wisner)  Did he discuss with you whether or not
4       the journal that actually published this article has
5       recently issued an expression of concern due to the lack
6       of transparency and honesty of these authors in
7       publishing this document?
8            MR. BRENZA:  Object to form.
9            THE WITNESS:  He did not --
10           MR. BRENZA:  Assumes matters --
11           THE WITNESS:  -- mention that.
12           MR. BRENZA:  -- not in evidence.
13   Q  (By Mr. Wisner)  So did he show you anything about the
14      validity of this document beyond just asking you to
15      assume it's true?
16   A  No.
17           MR. BRENZA:  Object to form.
18   Q  (By Mr. Wisner)  Are you aware or did he explain to you
19      that Monsanto hired a guy by the name of Dr. James Perry
20      in the late 1990s to examine the genotoxicity of
21      glyphosate or Roundup?
22           MR. BRENZA:  Object to form.  Beyond
23      the scope.
24           THE WITNESS:  No, I was not informed.
25   Q  (By Mr. Wisner)  Okay.  And did he tell you that their

Page 157

1    own internal scientist concluded that, in fact, Roundup
2    was genotoxic?
3            MR. BRENZA:  Object to form.  Assumes
4    matters not in evidence, beyond the scope.
5            THE WITNESS:  I was not informed of
6    that.
7



Andrei Shustov, M.D.



Page 158

2    Q   Okay.  Doctor, what is chemotherapy?

3    A   Chemotherapy is the way that we treat and cure cancers,

4        and it defines cytotoxic drugs that were studied and

5        proven to be beneficial in killing cancer cells.  So

6        it's a method of treating cancer.

7                MR. WISNER:  Okay.  Let's go off

8        record.

9                THE VIDEOGRAPHER:  All right.  We are

10       going off record.  The time is 1:08 p.m.

11               (Pause in proceedings.)

12

13               THE VIDEOGRAPHER:  We are back on

14       record.  The time is 1:12 p.m., and this marks the

15       beginning of Media Unit 3.

16   Q   (By Mr. Wisner)  Now, just before we switched over, I

17       asked you what chemo was.  And I guess my next question

18       is:  What does chemotherapy do to the human body?

19   A   Besides killing cancer, it has substantial effect on

20       multiple organ systems in humans.  Because chemotherapy

21       was developed with a single principle in mind to kill

22       rapidly dividing cells.  And it does not discriminate

23       whether those cells are cancerous or healthy.  And there

24       are numerous systems in our body that rely on rapid cell

25       division.  Numerous systems.  So chemotherapy would have

Page 159

1        substantial impact on health of the bone -- bone marrow,

2        gastrointestinal tract, hairs, organ systems.  And

3        besides general effect on rapidly dividing cells, it has

4        multitude of specific organ toxicities demanding --

5        depending on -- on the drug.  So it has substantial

6        detrimental effect on human body.

7    Q   And that -- that sort of broad, sweeping damage that

8        chemotherapy does to the body, can that exacerbate

9        physical conditions that are already present in a

10       person?

11   A   Of course.

12               MR. BRENZA:  Object to form.

13

Page 160

Page 161

16

Andrei Shustov, M.D.



Page 162

1

23  Q  All right.  There was a question about whether or not
24     non-Hodgkin's lymphoma was a common cancer.  Do you
25     recall that?

Page 163

1

Page 164

1   A  I do.
2   Q  And I'm worried that that -- that's -- that phrase could
3      be a little misleading.
4         Is it fair to say that most people get lymphoma?
5   A  No.
6   Q  In fact, it's pretty rare amongst people, right?
7            MR. BRENZA:  Object to form.
8            THE WITNESS:  If you just take
9      population in general, it is a rare occurrence for
10     somebody to develop lymphoma.
11  Q  (By Mr. Wisner)  But in the area of cancer, which is
12     already rare, lymphoma is a common cancer?
13  A  Of course.  If you start narrowing down into specific
14     population and try to determine fraction of that, it's
15     all about denominator.
16  Q  There's also a question about the -- whether or not --
17     of the cancers that are non-Hodgkin's lymphoma, a lot of
18     them more commonly are in people under 70s; is that
19     right?
20  A  Correct.
21  Q  Okay.  But is it fair to say that the majority of people
22     with non-Hodgkin's lymphoma are in their 70s?
23  A  That's correct.
24  Q  Okay.  Does that mean, however, that people who are --
25     well, strike that.

Page 165

1         Okay.  Finally, there was some questions that
2      opposing counsel asked you about whether or not you were
3      experts in all these fields.  Do you remember those
4      questions?
5   A  I do.
6   Q  Okay.  And there was a question about whether or not you
7      were, for example, an expert in chemistry, right?
8   A  I remember that.
9   Q  Okay.  How are you defining the word "expert"?
10  A  In -- in my opinion, the word "expert" is somebody who
11     has experience in dealing with particular type of
12     problems, particular type of experiences, has proper
13     education for this type of activity, and has done
14     research, published in this area.  Those are kind of
15     criteria.
16  Q  Now, if I were to define "expert" simply as having
17     specialized training or expertise in something.  Okay?
18     So not what you said.  Use my term.  Would you be an
19     expert in pathology?
20            MR. BRENZA:  Object to form.
21            MR. WISNER:  Let me withdraw that
22     question and put it another way.
23  Q  (By Mr. Wisner)  Do you have specialized training and
24     experience looking at pathology?
25  A  I have studied pathology in medical school.  I have

Andrei Shustov, M.D.

| Page 166 |
|---|

1  reviewed a lot of pathology examples with my pathology
2  colleagues. And I have general understanding and
3  probably better understanding than, say, general
4  practitioner when I look at the slides of lymphoma
5  patient. But I would be much less expert compared to
6  somebody who has training in pathology for years and
7  specializes in pathology.
8  Q  Exactly. And I understand doctors are very hesitant
9  to -- to call themselves experts in fields when there's
10  other experts who do that as a profession. I understand
11  that.
12       But notwithstanding that, as a person who went to
13  medical school and has done postdoctorate work, for
14  example, you have knowledge about chemistry that most
15  people don't have?
16            MR. BRENZA: Object to form.
17            THE WITNESS: I have enough knowledge
18  of chemistry that is probably I would define better than
19  somebody who did not have my level of education.
20  Q  (By Mr. Wisner) And, I guess, the question I'm really
21  getting at is: Notwithstanding the fact that you don't
22  consider yourself a, quote/unquote, expert in all those
23  fields listed, do you believe you have sufficient
24  understanding of those topics to be able to offer the
25  opinions you're giving in this case?

| Page 167 |
|---|

1            MR. BRENZA: Object to form.
2            THE WITNESS: I believe so.
3            MR. WISNER: Thank you. No further
4  questions.
5            MR. BRENZA: Just got a few more.
6
7
8            FURTHER EXAMINATION
9  BY MR. BRENZA:
10  Q  Let me begin, Doctor, with the Exhibit 19. I was
11  unclear exactly what you were identifying when you were
12  trying to point out the cancer that had a increased risk
13  under the Agricultural Health Study.
14  A  Okay.
15  Q  Exhibit 19.
16  A  Yeah, I have it.
17  Q  Could you -- could you just point that out to me now?
18  A  What we just discussed?
19  Q  Yes.
20  A  The question that counsel asked me, if you look at
21  Page 515.
22  Q  Yes.
23  A  And you go to the left column, second paragraph, the
24  authors' conclusion in this part state that, "In our
25  study, we observed no association between glyphosate use

| Page 168 |
|---|

1  and NHL overall or any of its subtypes."
2  Q  Yes.
3  A  And he pointed out that in Table 3, there was actually
4  significant association for non-Hodgkin's T-cell
5  lymphoma with 20-year lag, odds ratio 2.97, was
6  statistical significance. And I believe that he makes a
7  statement which -- which I agreed that T-cell
8  non-Hodgkin's lymphoma is a subtype of non-Hodgkin
9  lymphoma. And if you make a statement there, say that
10  there was no association with any subtype of non-Hodgkin
11  lymphoma, that's a wrong statement. Because there was
12  association in T-cell lymphoma, which is a subtype of
13  non-Hodgkin lymphoma.
14  Q  Okay. And so just looking at Table 3, Tables 2 and 3,
15  there are a number of different cancers, right, that are
16  identified? Different kinds of cancer?
17  A  I see that.
18  Q  So if you go back all the way to the beginning of 2, it
19  lists -- let's see -- 22 types of cancer. Does that
20  sound right in Table 2?
21  A  2 and 3.
22  Q  Start with Table 2.
23  A  Yeah, but they overlap.
24  Q  Well, Table 2 is intensity-weighted lifetime days.
25  Table 3 -- maybe they do overlap.

| Page 169 |
|---|

1       Well, let's start with Table 2.
2  A  Okay.
3  Q  Table 2, there's 22 types of cancer. None of them have
4  a statistically significant risk caused by glyphosate,
5  right?
6            MR. WISNER: Objection.
7            THE WITNESS: Not in Table 2.
8  Q  (By Mr. Brenza) And -- and Table 2 not only breaks down
9  22 types of cancer, but it breaks down each type of
10  cancer into four separate exposure levels, right?
11  A  Correct.
12  Q  And, again, none of them shows statistically significant
13  increased risk --
14  A  Okay.
15  Q  -- from glyphosate, right?
16       And then Table 3 lists 12 types of cancer, each of
17  which is broken down into approximately four exposure
18  levels?
19  A  Uh-huh.
20  Q  And of all those findings, the only one that shows a
21  statistically significant increase is the one for
22  non-Hodgkin's lymphoma T-cell 20-year lag, right?
23  A  Correct.
24  Q  Do you know what the definition of "statistical
25  significance" means?

Andrei Shustov, M.D.

Page 170

1     MR. WISNER: Objection; well beyond
2  the scope, but...
3     MR. BRENZA: I'm just -- you -- you
4  questioned him about it.
5     THE WITNESS: So statistical
6  significance, again, I -- I can't say that I'll quote
7  the definition from statistic science, but it is the
8  significance proven beyond the established error rate,
9  which in most cases is beyond a P value of .05.
10 Q  Which is 5 percent?
11 A  Correct.
12 Q  So when something is found to be a statistically
13   significant correction, one time out of 20, it's going
14   to be wrong.  It's actually not a true finding, right?
15     MR. WISNER: Objection.
16     THE WITNESS: Well, in a -- in a --
17   in pure statistical discussion, yes.
18 Q  (By Mr. Brenza)  And we've looked at, on Table 2 and 3,
19   there's way more than 20 comparisons being made here.
20   There's hundreds, right?
21 A  Okay.
22 Q  And this many comparisons, you'd expect at least one
23   spurious positive, wouldn't you?
24     MR. WISNER: Objection; speculation.
25     THE WITNESS: I think it would be

Page 171

1  wrong way of looking at it, because they're all
2  different comparisons.  So if you say -- the way I would
3  apply statistical significance, I would look at every
4  particular one and say, within every particular
5  category, we have 5 percent chance of being erroneous
6  results.  Not out of all the categories say, Oh, one of
7  them is not statistically significant.  That's why it's
8  an error.
9  Q  (By Mr. Brenza)  But each category has a 5 percent
10   chance of being a spurious result.  And you look at
11   hundreds of categories.
12 A  Okay.
13 Q  You're going to generate at least one spurious positive,
14   right?
15 A  No.  Because these categories, they were -- they were
16   assessed independently.
17 Q  I understand that.  But even independent observations,
18   if you make enough of them, more than 20 of them, you're
19   going to start to see false positives, right?
20 A  Well, again, you're questioning the level of statistical
21   significance.  That's -- that -- you know, that's a
22   whole different issue.  But with -- within the T-cell
23   lymphomas, there was statistically significant odds
24   ratio, meaning whatever the statistical boundary they
25   defined, within that boundary, they found statistical

Page 172

1  significance.  Had nothing to do with any other
2  categories.
3  Q  Okay.  Is it fair to say that the vast majority of these
4   observations find no connection between glyphosate and
5   non-Hodgkin's lymphoma or any of its subtypes?
6  A  In this paper, in this table, yes.



13     MR. WISNER: I'll object.  This is
14   well beyond the scope of my cross.
15     MR. BRENZA: I'm going to be done in
16   just a second.
17 Q  (By Mr. Brenza)  Do you see that every single entry for
18   every single time period and exposure level for diffuse
19   large B-cell lymphoma shows no significant increase of
20   risk due to glyphosate?
21 A  I see that in this paper, in this table.

Page 173

Andrei Shustov, M.D.



Page 174

Page 176

Page 175

Page 177

11          MR. BRENZA:  Okay.  That's it.
12          MR. WISNER:  Thank you for your time,
13   sir.
14          THE VIDEOGRAPHER:  All right.  We are
15   going off record at 1:36 p.m.  And this concludes the
16   video deposition of Dr. Andrei Shustov.
17              (Signature reserved.)
18              (Deposition concluded at
19              1:36 p.m.)
20
21
22
23
24
25

Andrei Shustov, M.D.

Page 178

1  STATE OF WASHINGTON )   I, John M.S. Botelho, CCR, RPR,
                       ) ss a certified court reporter
2  County of Pierce    )   in the State of Washington,
                do hereby certify:

3

4

5       That the foregoing deposition of ANDREI SHUSTOV,
   M.D., was taken before me and completed on December 16,
6  2018, and thereafter was transcribed under my direction;
   that the deposition is a full, true and complete transcript
7  of the testimony of said witness, including all questions,
   answers, objections, motions and exceptions;
8       That the witness, before examination, was by me
   duly sworn to testify the truth, the whole truth, and
9  nothing but the truth, and that the witness reserved the
   right of signature;

10

11      That I am not a relative, employee, attorney or
   counsel of any party to this action or relative or employee
   of any such attorney or counsel and that I am not
12 financially interested in the said action or the outcome
   thereof;

13

       IN WITNESS WHEREOF, I have hereunto set my hand
14 this 18th day of December, 2018.

15

16

17

18

19

20      _____

       John M.S. Botelho, CCR, RPR
21     Certified Court Reporter No. 2976
       (Certification expires 5/26/19.)

22

23

24

25

Page 179

1       CERTIFICATE OF DEPONENT

2

3       I hereby certify that I have read and examined the
   foregoing transcript, and the same is a true and accurate
   record of the testimony given by me.

4

5       Any additions or corrections that I feel are necessary,
   I will attach on a separate sheet of paper to the original
   transcript.

6

7       _____
       Andrei Shustov, M.D.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 180

1  WITNESS:  Andrei Shustov, M.D.

2  DATE: December 16, 2018

3  CASE:   Gebeyehou v. Monsanto Co., et al.

4  Please note any errors and the corrections thereof on this

5  errata sheet.  The rules require a reason for any change or

6  correction.  It may be general, such as "To correct

7  stenographic error," or "To clarify the record," or "To

8  conform with the facts."

9

10  PAGE  LINE  CORRECTION            REASON FOR CHANGE

11  ____  ____  _____      _____

12  ____  ____  _____      _____

13  ____  ____  _____      _____

14  ____  ____  _____      _____

15  ____  ____  _____      _____

16  ____  ____  _____      _____

17  ____  ____  _____      _____

18  ____  ____  _____      _____

19  ____  ____  _____      _____

20  ____  ____  _____      _____

21  ____  ____  _____      _____

22  ____  ____  _____      _____

23  ____  ____  _____      _____

24  ____  ____  _____      _____

25  ____  ____  _____      _____