# EXHIBIT 29

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS      )

     LIABILITY LITIGATION         )

 5                                )   MDL No. 2741

                                  )   Case No. 16-md-02741-VC

 6                                )

                                  )

 7                                )

     This Document Relates To:  )

 8                                )

     Hardeman v. Monsanto Co.,  )

 9   et al.                       )

     Case No. 3:16-cv-00525-VC  )

10                                )

                                  )

11

12                   - - - -

13                 VIDEOTAPED

14        DEPOSITION OF JEFFREY YE, M.D.

15

16         Held at Kaiser Santa Rosa

17    401 Bicentennial Way, Santa Rosa, California

18       Tuesday, October 30, 2018, 9:06 a.m.

19                   - - - -

20

21

22

23

24   REPORTED BY:  ELAINA BULDA-JONES, CSR NO. 11720

25
```

Jeffrey Ye, M.D.

```
 1                     APPEARANCES
 2
 3    For the Plaintiff:
 4         BY: AIMEE H. WAGSTAFF, ESQ.
           Andrus Wagstaff, PC
 5         7171 W. Alaska Drive
           Lakewood, Colorado 80226
 6         303.376.6360
           Aimee.wagstaff@andruswagstaff.com
 7
           BY: KATHRYN M. FORGIE, ESQ.
 8         Andrus Wagstaff
           1901 Harrison Street, Suite 1100
 9         Oakland, California 94612
           310.339.8214
10         Kathryn.forgie@andruswagstaff.com
11
12    For the Defendants:
13         BY: BRIAN L. STEKLOFF, ESQ.
           BY: JULIE RUBENSTEIN, ESQ.
14         Wilkinson Walsh + Eskovitz
           2001 M Street, NW, 10th Floor
15         Washington, D.C. 20036
           202.847.4030
16         Bstekloff@wilkinsonwalsh.com
           Jrubenstein@wilkinsonwalsh.com
17
           BY: SEAN ESKOVITZ, ESQ.
18         Wilkinson Walsh + Eskovitz
           11601 Wilshire Boulevard, Suite 600
19         Los Angeles, California 90025
           424.316.4000
20         Seskovitz@wilkinsonwalsh.com
21         BY: JULIE DU PONT, ESQ.
           Arnold & Porter Kaye Scholer, LLP
22         250 West 55th Street
           New York, New York 10019-9710
23         212.836.8572
           Julie.dupont@arnoldporter.com
24
25
```

Jeffrey Ye, M.D.

```
 1    Also present:

 2          Breana Pozzi, videographer

            Edwin Hardeman

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Jeffrey Ye, M.D.

```
 1                    INDEX OF EXAMINATIONS
 2
 3   EXAMINATIONS                                    PAGE
 4    MS. WAGSTAFF                                     9
 5    MR. STEKLOFF                                   115
 6    MS. WAGSTAFF                                   143
 7    MR. STEKLOFF                                   152
 8    MS. WAGSTAFF                                   153
 9
10
11
12                     INDEX OF EXHIBITS
13     NO.                 DESCRIPTION           PAGE
14   Exhibit 1      Plaintiffs' Amended Notice to    11
                    take Oral and Videotaped
15                  Deposition of Dr. Jeffrey Z.
                    Ye, M.D.
16
     Exhibit 2      Curriculum Vitae of Jeffrey Z    11
17                  Ye, M.D.
18   Exhibit 3      Kaiser Permanente,               25
                    Non-Hodgkin's Lymphoma
19
     Exhibit 4      American Cancer Society,         35
20                  Non-Hodgkin's Lymphoma Risk
                    Factors
21
     Exhibit 5      City of Hope, Lymphoma           35
22                  Overview
23   Exhibit 6      Cleveland Clinic, Adult          35
                    Non-Hodgkin's Lymphoma
24
25
```

Jeffrey Ye, M.D.

| | | | |
|---|---|---|---|
| 1 | Exhibit 7 | CIPS Notes Historical - NCAL, 1/28/2005, HARDEMAN_EDWIN_KAISERSANTAROSA _00014 and 00015 | 43 |
| 2 | | | |
| 3 | | | |
| | Exhibit 8 | Patient E-mail, 3/1/2006, HARDEMAN_EDWIN_KAISERSANTAROSA _00220 through 00221 | 45 |
| 4 | | | |
| 5 | | | |
| | Exhibit 9 | Patient E-mail, 3/9/2006, HARDEMAN_EDWIN_KAISERSANTAROSA _00230 and 00234 | 48 |
| 6 | | | |
| 7 | | | |
| | Exhibit 10 | Office Visit, 6/20/2007, HARDEMAN_EDWIN_KAISERSANTAROSA _00445 through 00446 | 57 |
| 8 | | | |
| 9 | | | |
| | Exhibit 11 | Office Visit, 12/6/2007, HARDEMAN_EDWIN_KAISERSANTAROSA _00502 through 00503 | 57 |
| 10 | | | |
| 11 | | | |
| | Exhibit 12 | Office Visit, 7/7/2008, HARDEMAN_EDWIN_KAISERSANTAROSA _00536 through 00537 | 57 |
| 12 | | | |
| 13 | | | |
| | Exhibit 13 | Encounter, 7/13/2011, HARDEMAN_KPNvalley_MD_000299 through 00307 | 58 |
| 14 | | | |
| 15 | | | |
| | Exhibit 14 | Office Visit, 2/19/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00129 through 00134 | 60 |
| 16 | | | |
| 17 | | | |
| 18 | Exhibit 15 | Encounter, 2/20/2015, HARDEMAN-KPNValley-MD-000769 through 000775 | 71 |
| 19 | | | |
| 20 | Exhibit 16 | Office Visit, 2/23/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00161 through 00162 | 73 |
| 21 | | | |
| 22 | | | |
| | Exhibit 17 | Online Results Release, 2/24/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00222 through 00241 | 78 |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Jeffrey Ye, M.D.

```
 1    Exhibit 18      Handwritten, ██████  schedule    87
 2    Exhibit 19      Orders Only, 3/15/2015,          88
                      HARDEMAN_KPNValley-MD-000962
 3                    through 000967
 4    Exhibit 20      Progress Notes, 03/16/2015,      89
                      HARDEMAN_EDWIN_
 5                    KAISERPERMANENTE_0300 through
                      0301
 6
      Exhibit 21      Orders Only, 4/5/2015,           91
 7                    HARDEMAN-KPNValley-MD-001118
                      through 001122
 8
      Exhibit 22      Office Visit, 4/5/2015,          93
 9                    HARDEMAN_EDWIN_
                      KAISERPERMANENTE_00421 through
10                    00423
11    Exhibit 23      Patient Secure Message,          94
                      4/16/2015,
12                    HARDEMAN_EDWIN_
                      KAISERPERMANENTE_00497 through
13                    00498
14    Exhibit 24      Orders Only, 4/26/2015,          96
                      HARDEMAN-KPNValley-MD-001248
15                    through 001253
16    Exhibit 25      Office Visit, 4/27/2015,         98
                      HARDEMAN_EDWIN_
17                    KAISERPERMANENTE_00518 through
                      00520
18
      Exhibit 26      Office Visit, 6/8/2015,         103
19                    HARDEMAN_EDWIN_
                      KAISERPERMANENTE_00675 through
20                    00677
21    Exhibit 27      Scheduled Telephone Encounter,  107
                      7/14/2015,
22                    HARDEMAN_EDWIN_
                      KAISERPERMANENTE_00758
23
      Exhibit 28      Office Visit, 6/20/2018,        111
24                    HARDEMAN-KPNValley-MD-002132
                      through 002134
25
```

Jeffrey Ye, M.D.

1   Exhibit 29      Office Visit, 6/20/2018,          114

                    produced at the deposition

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jeffrey Ye, M.D.

```
1            THE VIDEOGRAPHER:  Good morning,
2   everybody.  We are now on the record.  My name is
3   Breana Pozzi.  I'm a videographer for Golkow
4   Litigation Services.
5            Today's date is October 30th, 2018, and
6   the time on the monitor is 9:06 a.m.
7            This video deposition is being held at the
8   Kaiser legal medical offices in Santa Rosa,
9   California, in the matter of Hardeman versus
10  Monsanto Company, et al., for the United States
11  District Court, Northern District of California.
12           The deponent today is Dr. Jeffrey Ye, M.D.
13           Would all counsel present please identify
14  themselves, starting to my right.
15           MS. WAGSTAFF:  Aimee Wagstaff on behalf of
16  Mr. Hardeman.
17           MS. FORGIE:  Kathryn Forgie of Andrus
18  Wagstaff on behalf of Mr. Hardeman.
19           THE WITNESS:  Edwin Hardeman, plaintiff.
20           MR. STEKLOFF:  Brian -- Brian Stekloff
21  from Wilkinson Walsh on behalf of Monsanto.
22           MS. Du PONT:  Julie du Pont, Arnold &
23  Porter, on behalf of Monsanto.
24           MS. RUBENSTEIN:  Julie Rubenstein,
25  Wilkinson Walsh, on behalf of defendant Monsanto.
```

Jeffrey Ye, M.D.

```
 1            THE VIDEOGRAPHER:  Thank you.
 2            The court reporter today is Elaina
 3   Bulda-Jones.  Will you now swear in the witness,
 4   please.
 5                     JEFFREY YE, M.D.,
 6   called as a witness by the Plaintiff herein, being
 7   first duly sworn by the Certified Shorthand Reporter
 8   was thereupon examined and testified as is
 9   hereinafter set forth.
10                     EXAMINATION
11   BY MS. WAGSTAFF:
12       Q.   Good morning, Dr. Ye.
13       A.   Good morning.
14       Q.   How are you?
15       A.   Very good.
16       Q.   My name is Aimee Wagstaff.
17            And we met just a few moments ago, right?
18       A.   Yes.
19       Q.   And we've never spoken before this
20   meeting, we've never communicated by e-mail or any
21   other method, right?
22       A.   We never did.
23       Q.   Okay.  And myself, along with Mrs. Forgie,
24   represent your patient, Mr. Hardeman, who's here
25   today in his lawsuit against Monsanto.
```

Jeffrey Ye, M.D.



4          MS. WAGSTAFF:  Object to form.

23     Q.    And we're going to talk about that.

24          When -- when you talked before about

25     chemicals in general you said that you had an

Jeffrey Ye, M.D.

1   STATE OF CALIFORNIA  )

2   COUNTY OF YOLO       )

3           I, ELAINA BULDA-JONES, a Certified Shorthand

4   Reporter of the State of California, duly authorized

5   to administer oaths pursuant to Section 2025 of the

6   California Code of Civil Procedure, do hereby

7   certify that

8                   JEFFREY YE, M.D.,

9   the witness in the foregoing deposition, was by me

10  duly sworn to testify the truth, the whole truth and

11  nothing but the truth in the within-entitled cause;

12  that said testimony of said witness was reported by

13  me, a disinterested person, and was thereafter

14  transcribed under my direction into typewriting and

15  is a true and correct transcription of said

16  proceedings.

17          I further certify that I am not of counsel or

18  attorney for either or any of the parties in the

19  foregoing deposition and caption named, nor in any

20  way interested in the outcome of the cause named in

21  said deposition dated the  _____ day of

22  _____, 2018.

23

24

25  ELAINA BULDA-JONES, RPR, CSR 11720