# EXHIBIT 33

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Stevick v. Monsanto* (3:16-cv-2341) | |

# EXPERT REPORT OF

# DR. CHADI NABHAN

**Official Report**

**Date: 11/20/2018**

**RE: Elaine Stevick v. Monsanto**

**DOB:** ███████████

**Prepared by: Chadi Nabhan, MD, MBA, FACP.**

**Prepared for: Brian Brake and Michael Miller of the Miller Firm.**



- o PCNSL is a rare form of NHL that represents 4% of brain tumors (*Villano JL et al; Br J Cancer. 2011; 105(9):1414*)

- o This is a very aggressive form of NHL that represents 4-6% of extra-nodal NHL (lymphomas originating outside of the nodal structures) with DLBCL representing 95% of PCNSL histologies (*Ferreri AJ. Blood 2011 118:510-522*)

- o Prognosis of PCNSL patients is assessed using a variety of prognostic scores. One of these looks at age (>60), performance status, LDH (elevated), cerebrospinal fluid protein (elevated), and intra-paranchymal disease, giving patients one point for each of these

factors if applicable.



- Multiagent chemotherapy is the standard approach for PCNSL. This clinical trial was exploring whether adding radiation after completing chemotherapy is beneficial to patients. All patients on this study received the same chemotherapy drugs. This regimen is intense, has many side effects, and requires rigorous inpatient monitoring and hospitalization. (*Rubenstein et al; Blood; 2013 122:2318-2330*)





- Most NHL cases have no identifiable cause and we label them as "idiopathic" or "causes unknown". However, there are situations and scenarios where we can recognize predisposing factors. The below focuses on non-idiopathic cases, where causation has been identified and proposed.

- PCNSL is more commonly diagnosed in patients who have an immunocompromised state (those whose immune system is deficient or inadequate), and less likely in immunocompetent patients. This underscores the need to investigate potential causes in immunocompetent patients such as ███████ ██ ████ ████████████████████/███.

- The most significant risk factors for PCNSL is acquired or congenital immunodeficiency states. Patients with Wiskott-Aldrich syndrome, ataxia-telangiectasia, and severe-combined or common-variable immunodeficiency have a 4% lifetime risk for developing PCNSL (*Rubenstein et al; Blood; 2013 122:2318-2330*).

- Patients who are on immunosuppressant drugs are at increased risk for developing PCNSL. Examples of that are patients with post-transplant lymphoproliferative disorder (PTLD), where they are placed on immunosuppressant drugs so that they don't reject the transplanted organ. Of note, the lifetime risk of developing PCNSL after renal transplant is 1-2%. The lifetime risk of PCNSL is 2-7% for cardiac, lung, and liver transplant recipients, likely because of the drugs given as part of the post-transplant regimen (*Schabet M. 1999; J Neurooncol; 43 (3): 199-201*). ██ ████████ ██ ████ ████

- Viral association that corresponds to immune deficiency such as HIV infection has been linked to PCNSL development. In fact, PCNSL is an AIDS-defining illness regardless of the CD4 T cell count (*Rubenstein et al; Blood; 2013 122:2318-2330*). Epstein-Barr Virus (EBV) on the other hand is rarely detected in PCNSL of immunocompetent patients such as Ms. Stevick (*Rubenstein et al; Blood; 2013 122:2318-2330*). ████████████ ████████ ██ ████████ ██ ████ ██████.

- Exposure to pesticides has been linked to development of NHL. There are several reports that confirmed this association and the majority of cancer centers as well as the American Cancer Society list pesticides exposure as a risk factor to developing NHL (https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html) (https://my.clevelandclinic.org/health/diseases/15662-adult-non-hodgkins-lymphoma) In fact, Schinasi and Leon performed a systematic review and a Meta-Analysis to better understand the association between agricultural pesticide chemical groups and NHL development. The search included articles published in English since 1980 until 2014. When repeated papers were reviewed, the one with the most complete and updated analysis was used. Starting with 858 articles, 44 only were included in the qualitative analysis and of these, 20 papers provided estimates of association with herbicide chemical groups or active ingredients, 4 provided association with fungicides, and 17 with insecticides. Of the included papers, several

had specific data on glyphosate (*McDuffie et al, 2001; Hardell et al, 2002; De Roos et al, 2003; De Roos et al, 2005; Eriksson et al, 2008; and Orsi et al, 2009*). The studies that were analyzed in this Meta-Analysis were performed in the US, Canada, Europe, Australia, and New Zealand. This Meta-Analysis found an association between glyphosate and B-cell lymphoma with an OR 2.0 (95% CI: 1.1-3.6) and this was the same OR for DLBCL. This Meta-Analysis represented a summary of the data published in the preceding 25 years. It solidified a plausible association between pesticides and specifically glyphosate and NHL evolution and development.



- This exposure to Roundup/glyphosate, a known pesticide, is important in view of literature that links glyphosate to NHL. I have personally evaluated epidemiologic studies published on the topic and how they correlate clinically on patients diagnosed with lymphoma.

  o In March 2015, the International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) after thorough, independent, and rigorous investigation by independent researchers and investigators in the field. IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate a substance as a potential carcinogen, such substance must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity.

  o As of the last update on 07/30/2018, IARC had evaluated 1,006 substances since its inception. This shows the high selectivity of IARC in deciding which substance to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens) (https://monographs.iarc.fr/agents-classified-by-the-iarc/)

○ IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. Some of the studies that I have reviewed, analyzed, and assessed, which were also included in the IARC report are summarized below:

- One epidemiologic study was published by McDuffie et al (Cancer Epidemiology, Biomarkers, and Prevention; *Vol. 10, 1155–1163, November 2001*) where 517 cases and 1506 controls were included. The risk of NHL was statistically significantly increased among glyphosate exposed individuals more than two days per year with an OR of 2.12 (95% CI: 1.20-3.73). This doubling of the risk was statistically significant.

- Another analyzed study was published by DeRoos et al in 2003 (*Occup Environ Med. 2003 Sep; 60 (9): E11.*) where 650 cases and 1933 controls were evaluated. The OR for glyphosate increasing the risk of developing NHL was 2.1 (95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The authors of this study performed a hierarchical regression analysis, which reduced the OR to 1.6 (95% CI: 0.9-2.8), however the hierarchal regression in this study has its own limitations that question its findings in my opinion.  First, logistic regression is what we almost always used clinically because the hierarchical model makes a number of assumptions that get incorporated into the final estimates, but the accuracy of the output is contingent on the assumptions included in the model. In this paper, DeRoos et al gave glyphosate a "carcinogenicity rating" of 0.3. This rating would be inaccurate if we are to perform the modeling today. According to DeRoos et al, a weighting factor of 0.6 should be given to any substance that is found by IARC to be probably carcinogenic to humans. If the new assumption is applied to the model, the output of the hierarchical regression would likely change. This modeling also assumed that all agents/herbicides studied have the same effect on NHL, however we do not know if this is the case nor do we have data that these other pesticides are indeed causing NHL to be properly included in the model. Lastly, the OR of 1.6 that is found in the hierarchal regression is actually in line with ORs that are found in other studies such as the meta-analysis that I describe above. In my assessment as a clinician and researcher, I do not believe that the findings of the hierarchail regression negate the risk identified and confirmed in the logistic regression performed by the authors.

- Eriksson et al (*Int J Cancer; 2008; Oct 1; 123 (7); 1657-1663)* reported on 910 cases and 1016 controls and showed an OR of 2.36 (95% CI: 1.04-5.37) for developing NHL in individuals exposed to glyphosate more than 10 days in their lifetime. This study also shows that more exposure leads to higher risk similar to the McDuffie et al paper summarized above.

- The IARC report included the preliminary data of the Agricultural Health Study (AHS) (https://aghealth.nih.gov/) , which was initially published by DeRoos et al in 2005 and found no association between glyphosate and NHL. The AHS is a prospective study that enrolled commercial pesticide applicators from Iowa and

5

North Carolina and in the mid-1990s, and who were followed prospectively with repeated questionnaires. The study was updated in 2018 (Andreotti et al; JNCI) where it found no association between glyphosate and NHL. I have analyzed this study personally and evaluated the methodologies. This study suffered several critical flaws, including, but not limited to, the dropout rate where almost 40% of participants lost to follow up and the fact that the control arm was farmers, an occupation established as a known risk factor for NHL, making it rather difficult to show increased risk for the glyphosate arm given the controls. Despite the imputation method that was applied by the authors, the 40% dropout rate is substantial and cannot be ignored. Also, enrollees who completed the questionnaire during their follow up were required to describe their exposure during the "one year immediately prior to filling the questionnaire". Clearly, this is a major limitation that underestimates exposures for some of these respondents.

o Group 2A (probable) is the highest level of evidence short of a "definitive association", which is best established with randomized controlled study. Such study would be unethical as it exposes patients to a potentially harmful and probable carcinogenic agent.

o The results of the IARC investigation were published in the Lancet Oncology in May 2015 by Guyton et al (https://www.thelancet.com/journals/lanonc/article/PIIS1470-2045(15)70134-8/fulltext).

o Epidemiologic studies were unable to look at subtypes of NHL when assessing epidemiologic causation. This is understandable as the classification of NHL has evolved over the years and there are many new subtypes that have been recognized that were not known in the late 1990s or early 2000s. The latest classification for NHL was published in 2016 by Swerdlow et al (http://www.bloodjournal.org/content/bloodjournal/127/20/2375.full.pdf) and in this classification, over 60 subtypes of B and T cell NHL have been identified. This shows that epidemiologic studies would rarely be able to investigate association between any occupational hazard and types of NHL. Add to this the rarity of PCNSL (1% of all NHLs), and we can conclude that studying epidemiologic evidence can be done for the entire disease category; in this instance NHL. Analogous to studying epidemiology of breast and prostate cancer. We study the epidemiology of these diseases in their totality even though we now recognize different subtypes of prostate and breast cancers.





- Ms. Stevick has been exposed to glyphosate in a manner that fits within the published epidemiologic literature and the studies where causation and an association between NHL and glyphosate have been demonstrated.

- In performing the differential diagnosis into what caused Ms. Stevick PCNSL (of the DLBCL subtype), I conclude, to a reasonable degree of medical certainty, that her exposure to roundup/glyphosate is a substantially factor contributing to the development of her NHL.

Signed

Chadi Nabhan, MD, MBA, FACP

7