**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | **DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF DR. CHARLES BENBROOK ON *DAUBERT* GROUNDS** |

I, Brian L. Stekloff, hereby declare as follows:

1.   I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook on *Daubert* Grounds. I

- 1 -

1   make this declaration based on my personal knowledge and, if called as a witness, I would
2   and could testify competently to these matters.
3       2.    Annexed hereto as Exhibit 1 is a true and correct copy of the Expert Report of
4   Charles Benbrook dated November 10, 2018.
5       3.    Annexed hereto as Exhibit 2 is a true and correct copy of the Order on
6   Monsanto's Omnibus *Sargon* Motion, *Johnson v. Monsanto Co.*, No. CGC-16-550128 (Cal.
7   Super. Ct. S.F. Cnty. May 17, 2018).
8       4.    Annexed hereto as Exhibit 3 is a true and correct copy of the Deposition
9   Transcript of Charles Benbrook given in the *Johnson* case dated February 8-9, 2018.
10      5.    Annexed hereto as Exhibit 4 is a true and correct copy of the Deposition
11  Transcript of Charles Benbrook given in the *Hardeman* (3:15-cv-0525-VC), *Stevick* (3:16-
12  cv-2341-VC), and *Gebeyehou* (3:16-cv-5813-VC) cases dated December 28, 2018.
13      6.    Annexed hereto as Exhibit 5 is a true and correct copy of the transcript of the May
14  10, 2018 Hearing in the *Johnson* case.
15      7.    Annexed hereto as Exhibit 6 is a true and correct copy of the Deposition
16  Transcript of Charles Benbrook given in *Hall v. Monsanto Co.*, No. 1622-CC01071 (City of
17  St. Louis Cir. Ct., Mo.), dated May 23, 2018 and August 14, 2018.
18  I hereby declare under penalty of perjury that the facts set forth herein are true and
19  correct.

- 2 -

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF CHARLES BENBROOK
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

Executed this 3rd day of January 2019.

                                        /s/ *Brian L. Stekloff*_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*