**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | **DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM R. SAWYER ON *DAUBERT* GROUNDS** |

1    I, Brian L. Stekloff, hereby declare as follows:

2    1.    I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion To Exclude Testimony of Dr. William R. Sawyer on *Daubert* Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.    Annexed hereto as Exhibit 1 is a true and correct copy of a Letter from Robin Greenwald to Kirby Griffis dated November 20, 2018.

3.    Annexed hereto as Exhibit 2 is a true and correct copy of the Expert Report of William Sawyer dated November 20, 2018.

4.    Annexed hereto as Exhibit 3 is a true and correct copy of the Deposition Transcript of William Sawyer given in the *Stevick* case (N.D. Cal. No. 3:16-cv-2341-VC) dated December 20, 2018.

5.    Annexed hereto as Exhibit 4 is a true and correct excerpt of a copy of the Transcript of the Case Management Conference held October 29, 2018.

6.    Annexed hereto as Exhibit 5 is a true and correct excerpt of a copy of the Transcript of the Case Management Conference held December 5, 2018.

7.    Annexed hereto as Exhibit 6 is a true and correct excerpt of a copy of the *Dewayne Johnson v. Monsanto Company* (Superior Ct. of Cnty. S.F. No. CGC-16-550128) morning trial transcript.

8.    Annexed hereto as Exhibit 7 is a true and correct copy of Pretrial Order 45.

9.    Annexed hereto as Exhibit 8 is a true and correct copy of the Deposition Transcript of Dennis Weisenburger given in the *Adams* case (Mo. Cir. Ct. No. 17SL-CC02721) dated November 26, 2018.

10.    Annexed hereto as Exhibit 9 is a true and correct copy of the Deposition Transcript of William Sawyer given in the *Hall* case (Mo. Cir. Ct. No. 1622-CC01071) dated October 16, 2018.

11. Annexed hereto as Exhibit 10 is a true and correct excerpt of a copy of the 2015 International Agency for Research on Cancer Monograph, Volume 112: Evaluation of Five Organophosphate Insecticides and Herbicides.

12. Annexed hereto as Exhibit 11 is a true and correct copy of the Expert Report of Andrei Shustov submitted in the *Hardeman* case (N.D. Cal. No. 3:16-cv-0525-VC) dated November 20, 2018.

13. Annexed hereto as Exhibit 12 is a true and correct copy of the Deposition Transcript of Chadi Nabhan given in the *Gebeyehou* case (N.D. Cal. No. 3:16-cv-5813-VC) dated December 14, 2018.

14. Annexed hereto as Exhibit 13 is a true and correct copy of the Expert Report of Chadi Nabhan submitted in the *Hardeman* (N.D. Cal. No. 3:16-cv-0525-VC) case dated November 20, 2018.

15. Annexed hereto as Exhibit 14 is a true and correct copy of the Deposition Transcript of Dennis Weisenburger given in the *Hardeman* case (N.D. Cal. No. 3:16-cv-0525-VC) dated December 20, 2018.

16. Annexed hereto as Exhibit 15 is a true and correct copy of the Deposition Transcript of Chadi Nabhan given in the *Adams* case (Mo. Cir. Ct. No. 17SL-CC02721) dated November 15, 2018.

17. Annexed hereto as Exhibit 16 is a true and correct copy of the Deposition Transcript of Andrei Shustov given in the *Hardeman* case (N.D. Cal. No. 3:16-cv-0525-VC) dated December 15, 2018.

18. Annexed hereto as Exhibit 17 is a true and correct copy of the Deposition Transcript of Dennis Weisenburger given in the *Stevick* case (N.D. Cal. No. 3:16-cv-2341-VC) dated December 18, 2018.


I hereby declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 3rd day of January 2019.

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*