# EXHIBIT 6

```
 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 COUNTY OF SAN FRANCISCO
 3
 4   DEWAYNE JOHNSON,
 5             Plaintiff,
 6        vs.                    Case No. CGC-16-550128
 7   MONSANTO COMPANY, et al.,
 8             Defendants.
 9   _____/
10
11
12       Proceedings held on Thursday, July 26, 2018,
13       Volume 17, Morning Session, before the Honorable
14       Suzanne R. Bolanos, at 9:08 a.m.
15
16
17
18
19
20
21  REPORTED BY:
22  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
23  Job No. 2965331A
24
25  Pages 3553 - 3666
```

```
 1  APPEARANCES:
 2
 3  FOR THE PLAINTIFF:
 4       R. BRENT WISNER, ESQ.
 5       BAUM, HEDLUND, ARISTEI, GOLDMAN PC
 6       12100 Wilshire Boulevard, Suite 950
 7       Los Angeles, California 90025
 8       310-207-3233
 9
10       DAVID DICKENS, ESQ.
11       THE MILLER FIRM, LLC
12       108 Railroad Avenue
13       Orange, Virginia 22960
14       540-672-4224
15
16  FOR THE DEFENDANT:
17       SANDRA A. EDWARDS, ESQ.
18       FARELLA BRAUN + MARTEL LLP
19       235 Montgomery Street
20       San Francisco, California 94104
21       415-954-4400
22
23
24
25
```

```
 1  APPEARANCES (Continued):
 2
 3  FOR THE DEFENDANT:
 4       GEORGE C. LOMBARDI, ESQ.
 5       JAMES M. HILMERT, ESQ.
 6       WINSTON & STRAWN LLP
 7       35 West Wacker Drive
 8       Chicago, Illinois 60601
 9       312-558-5969
10
11       KIRBY T. GRIFFIS, ESQ.
12       HOLLINGSWORTH LLP
13       1350 I Street, N.W.
14       Washington, D.C. 20005
15       202-898-5800
16
17
18
19
20
21
22
23
24
25
```

```
 1                    INDEX OF PROCEEDINGS
 2
 3 WITNESS                     DIRECT   CROSS   REDIRECT   RECROSS
 4 WILLIAM ROBERT SAWYER        3585
 5
 6
 7
 8                      EXHIBITS ADMITTED
 9                           (None.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
             1        A.   Yes.
             2        Q.   In some of the cases you've worked on, have you
             3   ever done anything with respect to 911 and the World
             4   Trade Center?
10:00:18     5        A.   Oh, yes.  I was called on that shortly after it
             6   occurred and wrote a report, which was very extensive,
             7   including all of the chemicals that were released,
             8   including volatiles, such as benzene, even dioxin.  And
             9   probably nuclear aromatic hydrocarbons and other
10:00:45    10   carcinogens, which led to a much broader investigation
            11   ultimately.
            12        Q.   In your work, have you ever been involved in
            13   preparing product labeling or material safety data
            14   sheets?
10:01:01    15        A.   I'm sorry, I didn't quite hear that.
            16        Q.   Yeah, no.  I'm sorry.  I'll be louder for you.
            17             Have you ever been involved in -- in product
            18   labeling or material safety data sheets?
            19        A.   Oh, yes.  I have prepared material safety data
10:01:11    20   sheets for corporations, yes.  And product labels as
            21   well.
            22        Q.   And can you tell us a little bit about that?
            23   You know, what type of corporations were these?
            24        A.   Well, one -- the first one I ever did was a --
10:01:25    25   actually, a corporation that made a bookbinding spray for
```

```
                 1  libraries.  And, unfortunately, their original spray had
                 2  carbon tetrachloride in it, which is a very dangerous
                 3  liver carcinogen.  And then they had switched to a
                 4  chemical, which was highly volatile.  And I actually
        10:01:47 5  remember doing a flame test with it.  I could shoot a
                 6  flame about 10 feet with it.  And they reformulated.  And
                 7  then I wrote a material data safety sheet and label for
                 8  that product, which is still in use.
                 9       Q.   And --
        10:02:01 10      A.   Using a non-flammable propellant.  Because it
                11  was designed for use in close quarters, in offices and
                12  closets.
                13      Q.   And what was your particular role in that
                14  process?
        10:02:17 15      A.   Safety.  I had to be certain that a number of
                16  characteristics were met, that the international
                17  guidelines for safety were met in terms of warnings for
                18  each of the chemicals in the product.
                19           And, also, with respect to the label -- labels
        10:02:37 20  are interesting.  You actually have to have labels in a
                21  certain format of certain size, letters and displays that
                22  are easily understood and read.  And there's actually
                23  standards for this.  There's a big volume of documents
                24  which we use to write labels and material safety data
        10:02:55 25  sheets that follow strict guidelines.
```

```
            1         Q.   And who ultimately is responsible for the
            2    warnings in the product labeling?
            3         A.   Well, the manufacturer.
            4              MR. DICKENS:  At this time, your Honor, we'll
10:03:05    5    tender Dr. Sawyer as an expert in toxicology, forensic
            6    toxicology and exposure assessments.
            7              THE COURT:  Any voir dire?
            8              MR. LOMBARDI:  No objection, your Honor.
            9              THE COURT:  All right.  Very well.  Then I will
10:03:16   10    accept Dr. Sawyer as an expert in toxicology and forensic
           11    toxicology and related assessments.
           12              You may proceed.
           13         Q.   BY MR. DICKENS:  Okay.  Doctor, you're here
           14    today in your role as an expert; is that right?
10:03:27   15         A.   Yes.
           16         Q.   And you've reached some opinions in this case?
           17         A.   Yes, I have.
           18         Q.   And the opinions that you're going to be
           19    expressing here today, do you hold those to a reasonable
10:03:39   20    degree of scientific certainty?
           21         A.   Yes.
           22         Q.   And did you review your role in this case from
           23    the experience of a toxicologist?
           24         A.   Yes.
10:03:49   25         Q.   And did you reach an opinion to a reasonable
```

3594

```
              1  degree of scientific certainty that Roundup and Ranger
              2  Pro can cause non-Hodgkin's lymphoma?
              3       A.   Yes.  I have been following the peer-reviewed
              4  literature on glyphosate since mid-1990s.
10:04:06      5       Q.   And what is the opinion you've reached,
              6  generally?
              7       A.   That, clearly, glyphosate and with its
              8  combinations of adjuvants, is a known carcinogen.
              9       Q.   You just used the word "adjuvants."  Can you
10:04:23     10  tell us what that word means?
             11       A.   Well, glyphosate is the -- the primary -- the
             12  principal ingredient in Roundup and Ranger Pro.  And
             13  glyphosate is roughly 41 percent of the product in
             14  Roundup and about 51 percent, I believe, in Ranger Pro.
10:04:46     15            However, there are additional chemicals and
             16  chemical -- what we call reactants, by-products, within
             17  the Roundup and Ranger Pro.  It's not just glyphosate and
             18  water.
             19       Q.   There is water in Roundup and Ranger Pro; right?
10:05:06     20       A.   Right.  But there's more than just water in
             21  glyphosate.
             22       Q.   And we'll get to some of those in just a little
             23  bit.  But did you also reach an opinion, to a reasonable
             24  degree of scientific certainty, that glyphosate
10:05:19     25  formulations have a greater potential to cause cancer
```

```
                1  than glyphosate alone?
                2       A.   Yes, I did.  Yes.
                3       Q.   And what is that opinion?
                4       A.   That glyphosate, based on animal test data, is
10:05:43        5  carcinogenic by itself.  However, there are additives to
                6  the product which increase and enhance its
                7  carcinogenicity by several mechanisms.
                8       Q.   And one of those that we'll talk about is
                9  surfactants; is that correct?
10:05:56       10       A.   That's correct.
               11       Q.   Okay.  And those are your general opinions.  Did
               12  you also look at Mr. Johnson's case specifically?
               13       A.   Yes, I did.  In fact, I early on interviewed
               14  Mr. Johnson by telephone.
10:06:08       15       Q.   And did you reach an opinion, after your review
               16  of this case, as to whether or not Mr. Johnson's Roundup
               17  and Ranger Pro exposures substantially contributed to his
               18  diagnosis of non-Hodgkin's lymphoma?
               19       A.   Yes.
10:06:22       20       Q.   And what is that opinion?
               21       A.   That Mr. Johnson, and I'll explain in detail
               22  when asked, was heavily exposed, far more than the
               23  individuals in the Monsanto UK POEM studies, for example.
               24  He was heavily exposed.  He had a wet face.  He had
10:06:48       25  exposures in which he was notably damp or wet with the
```

3596