# EXHIBIT 9

**270**

1    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2              STATE OF MISSOURI
3   - - - - - - - - - - - - - x
4   RONALD PETERSON and      :
5   JEFF HALL,               :
6          Plaintiffs,       :
7        v.                  : Civil Action No.
8   MONSANTO COMPANY, et     : 1622-CC01071
9   al.,                     :
10         Defendants.       :
11  - - - - - - - - - - - - - x
12
13       * * * CONFIDENTIAL * * *
14
15     Deposition of WILLIAM SAWYER, Ph.D.
16              Volume II
17           Fort Myers, Florida
18        Tuesday, October 16, 2018
19             9:05 a.m.
20
21  Job No.: 212745
22  Pages: 270 - 485
23  Reported By: RHONDA HALL-BREUWET, RDR, CRR,
24  LCR, CCR, FPR, CLR, NCRA Realtime Systems
25  Administrator

**271**

1         Deposition of WILLIAM SAWYER,
2   Ph.D., held at the offices of:
3
4
5         Sanibel Harbour Marriott Resort & Spa
6            17260 Harbour Pointe Drive
7            Fort Myers, Florida 33908
8
9
10
11
12
13              Pursuant to notice, before RHONDA
14  HALL-BREUWET, RDR, CRR, LCR, CCR, FPR, CLR, NCRA
15  Realtime Systems Administrator, Notary Public in
16  and for the State of Florida.
17
18
19
20
21
22
23
24
25

**272**

1              A P P E A R A N C E S
2   ON BEHALF OF PLAINTIFFS:
3   JEFF T. SELDOMRIDGE, ESQUIRE
4   The Miller Firm LLC
5   The Sherman Building
6   108 Railroad Avenue
7   Orange, Virginia 22960
8   (540) 672-4224
9
10
11  ON BEHALF OF DEFENDANT MONSANTO:
12  JOHN M. KALAS, ESQUIRE
13  GREGORY S. CHERNACK, ESQUIRE
14  Hollingsworth LLP
15  1350 I Street, N.W.
16  Washington, DC 20005
17  (202) 898-5800
18
19  — and —
20
21  BERT L. SLONIM, ESQUIRE
22  Arnold & Porter Kaye Scholer LLP
23  250 West 55th Street
24  New York, New York 10019
25  (212) 836-8000

**273**

1     A P P E A R A N C E S   C O N T I N U E D
2
3   ON BEHALF OF DEFENDANT OSBORN & BARR:
4   JENNIFER E. HOEKEL, ESQUIRE (Via Telephone)
5   SCOTT T. JANSEN, ESQUIRE (Via Telephone)
6   Armstrong Teasdale, LLP
7   7700 Forsyth Boulevard
8   Suite 1800
9   St. Louis, Missouri 63105
10  (314) 621-5070
11
12
13  VIDEOGRAPHER:
14  DONALD J. BREUWET
15
16
17
18
19
20
21
22
23
24
25

274

C O N T E N T S

1
2   EXAMINATION OF WILLIAM SAWYER, Ph.D.      PAGE
3   Direct Examination                        281
4   By Mr. Kalas
5   Cross-Examination                         477
6   By Mr. Seldomridge
7   Redirect Examination                      480
8   By Mr. Kalas
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

275

E X H I B I T S

1
2          (Attached to transcript.)
3
4   SAWYER DEPOSITION EXHIBITS             PAGE
5   Ex. 17   Defendant Monsanto           281
6            Company's Second Amended
7            Notice of Continued
8            Videotaped Deposition of
9            William Sawyer, Ph.D.
10  Ex. 18   Plaintiffs' Objections        282
11           to Defendants' Document
12           Requests and Response to
13           the Amended Notice of
14           Videotaped Deposition of
15           William Sawyer, Ph.D.
16  Ex. 19   Dr. William Sawyer            286
17           Materials Considered
18           List (Peterson/Hall v.
19           Monsanto Co.)
20  Ex. 20   Article Titled                321
21           "Glyphosate Use and
22           Cancer Incidence in the
23           Agricultural Health
24           Study"
25

276

E X H I B I T S

1
2                                          PAGE
3   Ex. 21   Deposition Transcript of     324
4            William Sawyer, PhD.,
5            dated 8/23/18
6   Ex. 22   Article Titled                326
7            "Pesticide exposure as
8            risk factor for
9            non-Hodgkin lymphoma
10           including
11           histopathological
12           subgroup
13           analysis"Article Titled
14           "Glyphosate Use and
15           Cancer Incidence in the
16           Agricultural Health
17           Study"
18  Ex. 23   History & Physical for       344
19           Jeff S. Hall, dated
20           3/23/12
21
22
23
24
25

277

E X H I B I T S

1
2                       PAGE
3   Ex. 24   Article Titled              349
4            "Cigarette Smoking and
5            Risk of Non-Hodgkin's
6            Lymphoma
7            Subtypes"Article Titled
8            "Pesticide exposure as
9            risk factor for
10           non-Hodgkin lymphoma
11           including
12           histopathological
13           subgroup
14           analysis"Article Titled
15           "Glyphosate Use and
16           Cancer Incidence in the
17           Agricultural Health
18           Study"
19  Ex. 25   Article Titled              356
20           "Non-Hodgkin's Lymphoma
21           and Type of Tobacco
22           Smoke,"
23  Ex. 26   National Cancer             363
24           Institute Article Re
25           Ethylene Oxide

278

E X H I B I T S

PAGE

Ex. 27    Article Titled "Tobacco        365
          use and non-Hodgkin
          lymphoma: Results from a
          population-based
          case-control study in
          the San Francisco Bay
          Area, California,"
Ex. 28    Table 1.14 Carcinogens        368
          in cigarette smoke
Ex. 29    Revised Glyphosate issue       413
          Paper, Evaluation of
          Carcinogenic Potential,
          EPA's Office of
          Pesticide Programs,
          December 12, 2017, DP
          Barcode D444689
Ex. 30    TNO Report: "In vitro          439
          percutaneous absorption
          study with 14C
          glyphosate using viable
          rat skin membranes"

279

E X H I B I T S

PAGE

Ex. 31    Final Report:                  449
          Evaluation of the
          Percutaneous Absorption
          of Roundup Formulations
          in Man Using an In-Vitro
          Technique, Bates-stamped
          MONGLY00135633 - 646
Ex. 32    Article Titled               463
          "Glyphosate
          Biomonitoring for
          Farmers and Their
          Families: Results from
          the Farm Family Exposure
          Study"

280

P R O C E E D I N G S

1  
2   THE VIDEOGRAPHER:  Here begins Media
3   Number 1 in the videotaped deposition of William
4   Sawyer, Ph.D., in the matter of Peterson and Hall
5   versus Monsanto Company, et al., in the Circuit
6   Court of the City of St. Louis, State of Missouri,
7   Case Number 1622-CC01071.
8       Today's date is October the 16th, 2018.
9   The time on the video monitor is 9:05.  The
10  videographer today is Don Breuwet representing
11  Planet Depos.  The video -- this video deposition
12  is taking place at 17260 Harbour Pointe Drive,
13  Fort Myers, Florida.
14      Will counsel please introduce
15  yourselves and state whom you represent.
16      MR. SELDOMRIDGE:  Jeff Seldomridge for
17  the plaintiffs.
18      MR. KALAS:  John Kalas and Greg
19  Chernack and Bert Slonim for Monsanto.
20      THE VIDEOGRAPHER:  On the phone?
21      MS. HOEKEL:  Jennifer Hoekel, Scott
22  Jansen, Osborne & Barr, on the phone.
23      THE VIDEOGRAPHER:  The court reporter
24  today is Rhonda Breuwet, representing Planet
25  Depos.  Will the court reporter please swear in

281

1   the witness.
2       THE REPORTER:  Raise your right hand.
3       Do you solemnly swear the testimony you
4   are about to give will be the truth, the whole
5   truth, and nothing but the truth?
6       THE WITNESS:  I do.
7       WILLIAM SAWYER, Ph.D.
8       acknowledged having been duly sworn to
9   tell the truth and testified upon his oath as
10  follows:
11      DIRECT EXAMINATION
12      BY MR. KALAS:
13  Q.  Good morning, Dr. Sawyer.
14  A.  Good morning.
15      MR. KALAS:  I just want to note for the
16  record this is a continuation of your deposition
17  that started on August 23rd, 2018.  And by
18  agreement of the parties we'll go five hours on
19  the record today.  So I'm going to mark as
20  Exhibit 17 our Second Amended Notice of Continued
21  Videotaped Deposition of William Sawyer.
22      (Exhibit Number 17, Defendant Monsanto
23  Company's Second Amended Notice of Continued
24  Videotaped Deposition of William Sawyer, Ph.D.,
25  was marked for identification.)

282

1       BY MR. KALAS:
2       Q.   And have you seen that document before,
3   sir?
4       A.   I have.
5       Q.   Okay.  And you see that this document
6   had some document requests on it?
7       A.   Yes.
8           MR. KALAS:  Okay.  And then I'm going
9   to mark as Exhibit 18 Plaintiffs' Objections to
10   Defendants' Document Requests and Response to the
11   Amended Notice of Videotaped Deposition of William
12   Sawyer, Ph.D.
13           (Exhibit Number 18, Plaintiffs'
14   Objections to Defendants' Document Requests and
15   Response to the Amended Notice of Videotaped
16   Deposition of William Sawyer, Ph.D., was marked
17   for identification.)
18       BY MR. KALAS:
19       Q.   Mark right there.
20           Have you seen this document before,
21   sir?
22       A.   No.
23       Q.   Okay.  We received this document from
24   plaintiffs yesterday, and it was responsive to our
25   document requests in Exhibit 17, and there were

283

1   two document requests that they stated that they
2   had responsive documents to.  And if I could
3   direct your attention to the fourth page of this,
4   paragraph 5.  Paragraph 5 asks for billing
5   records, engagements letters, and invoices
6   prepared or submitted by Dr. Sawyer in connection
7   with this case to the extent those documents were
8   not previously produced on August 23rd, 2018.
9           Do you see that, sir?
10       A.   I do.
11       Q.   And then if you go down to the bottom,
12   it states that you will produce responsive
13   documents relating to Request Number 5 to the
14   extent they are properly discoverable,
15   nonprivileged, and are not publicly available
16   and/or otherwise produced to defendants in this
17   litigation.
18           Do you see that?
19       A.   Yes.
20       Q.   Do you have any billing records or
21   invoices that you brought today?
22       A.   No.  I think I provided them at the
23   August 23rd deposition.
24       Q.   Okay.  So since August 23rd, 2018, you
25   have not submitted any invoices to the Miller

284

1   Firm?
2       A.   I'd have to double-check the dates.  I
3   don't think so.  I know I had previously submitted
4   the -- I don't even remember the date, but the
5   prior invoices.
6       Q.   Okay.  Let me ask you this.
7       A.   I can check that possibly during break.
8       Q.   Okay.  That'd be great.
9           Let me ask you this.  In case you have
10   not submitted any invoices, since August 23rd,
11   2018, have you spent time working on this case?
12       A.   I have.
13       Q.   Okay.  About how much time would you
14   say you've spent working on this case?
15       A.   I know in the past ten days, about ten
16   hours.
17       Q.   Okay.
18       A.   I'm not clear beyond that.  I don't
19   think -- I know I put in quite a bit of time prior
20   to August 23rd, but from August 23rd until about
21   ten days ago, I just don't recall.  I don't think
22   many hours.
23       Q.   And in the past ten days you've worked
24   about ten hours.  And can you remind me of your
25   rate, please?

285

1       A.   490 per hour.
2       Q.   Okay.  So you've worked on about
3   $5,000 -- $4,900 worth of work on this case in the
4   past ten days?
5       A.   That's correct.  That's pretty
6   accurate.
7       Q.   Okay.  What have you been doing in the
8   past ten days?
9       A.   Primarily reviewing studies and
10   miscellaneous documents throughout my file.  My
11   file's over 5,000 pages, and it's just very
12   difficult to get through it all, basically, which
13   I haven't.
14       Q.   What -- what areas do you think you
15   haven't gotten through yet as far as subject
16   matter on this case?
17       A.   Refreshing myself on studies that I
18   reviewed and incorporated into my work in this
19   case dating back to, well, as early
20   as approximately March of 2017.
21       Q.   Okay.  So you haven't -- there's not
22   new material that you haven't been able to get
23   through in the past ten days?
24       A.   No, but I have gone through the newer
25   materials; however, not to the degree that I would

Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018

286

1  like.  I certainly will be performing further
2  review of materials that are already turned over
3  and already in my file.  I will be continuing to
4  review documents up to the point of trial.
5      Q.   And let me mark as Exhibit 19 a
6  document that was produced to us by plaintiffs,
7  and this is -- it was a supplemental materials
8  considered list.
9          (Exhibit Number 19, Dr. William Sawyer
10 Materials Considered List (Peterson/Hall v.
11 Monsanto Co.), was marked for identification.)
12         BY MR. KALAS:
13     Q.   And is this list the newer materials
14 that you are referring to?
15     A.   It is, but I need to point out that I
16 was cautious in the sense of not missing anything.
17 So in some cases, there are documents that I am
18 quite certain were probably -- well, I'm certain,
19 actually, not probably.  I'm certain, for example,
20 Number 4, Helmut Greim, I know that was in my file
21 box that was marked Exhibit Number 1 at the last
22 deposition, or 2.  I'm sorry.
23         But -- so there may be things -- I know
24 there are things on this list that are probably
25 redundant, but I just wanted to be very careful in

288

1      Q.   Okay.  We'll clean that up.  And then
2  on 14, Number 14, you looked at a document called
3  "Surfactant Toxicology,                Toxicology
4  Europe/Africa."  What is that document, sir?
5      A.   I'll hand it to you to review.
6      Q.   Okay.  Let me ask you this:  Am I
7  correct that all of the documents that are
8  Monsanto documents are in your box that is marked
9  as Exhibit 2 that are on this list?
10     A.   What do you mean by Monsanto documents?
11     Q.   Sure.  So the MONGLY documents, I guess
12                       , that may be it as far as
13 documents that --
14     A.   The answer is yes --
15     Q.   Yeah?
16     A.   -- I have everything with me.
17     Q.   Okay.  All right.  Okay.  Thank you.
18         Now, I noted on here as well that there
19 is one epidemiology study on cigarette smoking and
20 the risk of non-Hodgkin's lymphoma subtypes,
21 correct?  That's Number 21?
22     A.   Correct.
23     Q.   That is a study that was in -- looked
24 at non-Hodgkin's lymphoma subtypes among women,
25 right?

287

1  not missing anything.
2      Q.   Okay.  And I actually had a couple
3  questions about this list because there are a
4  couple descriptions that I couldn't make out.
5          If you go to Entry 11.
6      A.   Okay.
7      Q.   The first MONGLY entry, 0234, what is
8  that?  Because that is -- that is -- the MONGLY
9  numbers are usually eight digits, and that has
10 four digits.
11     A.   Yeah, unfortunately, when I use these
12 documents, I tend to use and in some cases
13 memorize those last three digits and ignore the
14 rest, and so I should not have done that on the
15 list prep.
16     Q.   If you could check.
17     A.   I think I can find it for you.
18     Q.   Well, if you could check on that at
19 break like you check for your invoices and see if
20 you actually have that.
21     A.   Yeah, because I have a folder marked
22 miscellaneous --
23     Q.   Sure.
24     A.   -- documents, and I think that's what
25 it is.

289

1      A.   Yes.
2      Q.   Okay.  Is that the only epidemiology
3  study on cigarette smoking and non-Hodgkin's
4  lymphoma you've reviewed in preparing your
5  opinions in this case?
6      A.   I believe so.
7      Q.   Okay.  And Jeff Hall's not a woman,
8  r
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23     Q.   Understood.
24         If you look at entry -- back on
25 Exhibit 18, if you look at entry 17, you produced



---

290

1  three photographs responsive to entry 17, correct?
2  Back on Exhibit 18, sir, not 19.
3      A.  Oh, oh.
4      Q.  The one to your left.
5      A.  Okay.  Okay.  I'm on the wrong page
6  here.
7      Q.  Yeah.
8      A.  Yeah, that's correct.  Yes.
9      Q.  Okay.  And I'm holding them up to you,
10  but these are the -- these are the three
11  photographs on the back of this exhibit?
12      A.  Yes.  I prepared these photos myself.
13  I was very careful to try to obtain the highest
14  resolution image I could.
15      Q.  Okay.  And can you hold those three
16  photographs up, one by one, for the video, please,
17  sir.
18      A.  Certainly.  Be happy to.
19      Q.  Okay.  Good.  And you can just flip
20  through them.
21      A.  (Witness complies.)
22      Q.  Thank you.  So this is the backpack
23  sprayer that you use at home to apply Roundup,
24  right?
25      A.  That's correct.

291

1      Q.  Okay.  And this is a wand sprayer,
2  correct?
3      A.  Yes.
4      Q.  Okay.  And you have manipulated the tip
5  of the sprayer, correct?
6      A.  Yes.
7      Q.  Okay.  And you've put what looks like
8  sort of a pressurized hose nozzle on the end of
9  that, right?
10      A.  No.  No.  This is a nozzle that came
11  with either this particular unit, which I bought
12  at northern tools on ███████████████
13  ██████, which I think is also available on
14  Amazon.  But the tip -- and I'm having trouble
15  recalling.  I think this is a tip that was off my
16  original or second sprayer.
17      Q.  Okay.
18      A.  Because I think I've had, like, three
19  of them.  They don't last that long and they start
20  to leak, and I don't screw around with them when
21  they start to leak.  But this tip may not have
22  come with this particular sprayer.  It may have,
23  but I'm not sure.  I just don't remember.  And the
24  angle attachment there came with this tip, but
25  I -- I'm just not sure.  You know, I think if you

292

1      were to go online and look up this particular
2      sprayer, it would be obvious whether it has the
3      angle tip that looks like this.  I didn't research
4      that.
5          Q.  Okay.  And when you apply Roundup using
6      this backpack sprayer, in which direction do you
7      hold the wand?
8          A.  I hold it so it's pointing in front of
9      me but down.
10          Q.  Okay.
11          A.  And it shoots a thick, heavy stream,
12      not an aerosol, not a mist.  It just shoots large
13      liquid drops in a stream onto the object.  And
14      that works perfect in my environment because I
15      have mulch and I occasionally have a weed about
16      the size of that telephone popping up, and I give
17      it a quick blast and with no drip, no overspray,
18      no exposure.
19          Q.  Okay.  And is it your experience that
20      when people are using a back -- or excuse me.
21      Strike that.
22              Is it your experience when you've
23      observed people using a wand sprayer they
24      generally point out and down?
25          A.  I can't answer that.  I'm not sure.

293

1          Q.  That's the way you use it, though,
2      right?
3          A.  Yes.  And I usually walk backwards.  If
4      there's more than just an occasional weed I'll
5      walk backwards just to avoid stepping on areas
6      that have been sprayed.
7          Q.  Just got to watch out for stumps and
8      roots?
9          A.  Yeah.  My yard's pretty flat.
10          Q.  Okay.
11          A.  As is most of the island.  Our highest
12      elevation is about 3 feet.
13  ████████████████████████████████
14  ██████████████████████████████████████
15  ████████████
16  ██████████████████████
17  ██████████████████████████████
18  ████████
19  ████████████████████████████████████
20  ██████████████████████████████████████
21  ██████████████████████████████████████
22  ████████████████████████
23  ████████████████████████████████
24  ████████████████████████████
25  ██████████████████████

CONFIDENTIAL
Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018

7 (294 to 297)



**Page 294** — (redacted)

**Page 296**

19  Q.   Okay.  Now, do you -- based on your
20  review of follicular lymphoma, I'm looking at your
21  toxicological notes at 116 and 117.  That's
22  Exhibit 6, if you want to look at them.  You had,
23  I guess, a Figure 2 with some pictures of
24  follicular lymphoma in here.
25  **A.   Do you remember which page?**

**Page 295** — (redacted)

**Page 297**

1   Q.   116 and 117, sir.
2   **A.   Oh, thank you.**
3   Q.   You have it.  Yep.  You're on it, I
4   think.
5   **A.   Page 116?**
6   Q.   Yeah.  Are you looking at the May one
7   or the --
8   **A.   August.**
9        MR. SELDOMRIDGE:  You might want to use
10  the exhibit.
11  **A.   That's August as well.**
12       BY MR. KALAS:
13  Q.   Yeah.  So I'm using August.
14  **A.   Yeah, that's what I have, is August.**
15  Q.   Got it.
16  **A.   So page 1- --**
17  Q.   -- -16.  It's a page with this picture.
18  I see you on it.
19  **A.   Oh, that's page 117.  Okay.**
20  Q.   Yeah, 116 to 117.  I'm sorry.
21  **A.   Yeah.  Yeah.**
22  Q.   And on 117 you have an image there, and
23  you start the discussion about it on 116.  You go
24  to 118.  What were you trying to represent with
25  this picture in your notes?



**298**

11    Q.   Okay.  And when you were representing
12  the -- sort of the progression here of follicular
13  lymphoma, you'd agree with me that you don't think
14  there's a pathological signature based on these
15  slides of a glyphosate-induced follicular
16  lymphoma.  You haven't seen any literature on
17  that?
18    A.   Well, yeah, I can't answer that either
19  way.  It's just unknown.
20    Q.   Okay.
21    A.   I mean, there -- glyphosate does not --
22  well, with most carcinogens, there generally is
23  not a specific signature for that carcinogen for
24  benzene-induced AML versus idiopathic AML.  I
25  mean, they both look the same.

**300**

1   specifically on follicular.  The evidence to a
2   known rate of error is simply not there.

22    Q.   Do you mean decade or generation?
23    A.   I'm sorry.  Decade.
24    Q.   Okay.
25    A.   Thank you.

**299**

1    Q.   And there's idiopathic NHL as well,
2  right?
3    A.   Yes.
4    Q.   In fact, 90 percent of NHL cases are
5  considered to be idiopathic, right?
6    A.   I would have to check the statistics.
7  I may have that in my notes.  The incident rate
8  for follicular lymphoma is 3.18 per 100,000 years.
9  With respect to the question of what percent of
10  those are idiopathic, I don't think I'm prepared
11  to answer that question right at the moment.  It's
12  such a low incident that it's unlikely that a
13  reliable statistic with a known rate of error
14  which has been tested and generally accepted is
15  available.
16    Q.   Well, you've testified, I think, in
17  August that we're supposed to be looking at NHL
18  generally and not follicular lymphoma because you
19  believe glyphosate can cause all types of
20  lymphoma, right?
21    A.   Yes.  That's a good point.
22    Q.   Okay.  And so I'm correct that
23  90 percent of the cases of NHL are considered
24  idiopathic, right?
25    A.   That may be.  But I -- I can't speak

**301**

1    Q.   Yeah.  Okay.  Now, you said you look at
2  the instant rate for follicular lymphoma so I'm
3  confused again.  Should we be looking at
4  epidemiology and incidence rates for follicular
5  lymphoma or NHL under your methodology, because
6  follicular lymphoma is a subtype of NHL and it has
7  been your testimony previously that we should be
8  looking at NHL.  Now, if -- are you changing that
9  or --
10    A.   No, no.  No.
11    Q.   Okay.
12    A.   The -- what I did review is the NHANES
13  database, which is a cross-sectional analysis
14  of -- with respect to follicular lymphoma and NHL
15  in general, several thousand individuals in the
16  US --
17    Q.   Okay.
18    A.   -- which provide statistical analyses
19  in terms of the incident rate or the standard
20  mortality rate at various age groups.
21    Q.   So you look at the incident rate which
22  gives you some sense of the background incident,
23  but how do you rule out in a particular
24  plaintiff's case that -- an idiopathic etiology of
25  their lymphoma?  What do you do to rule that out?

302

1     A.   Well, again, primarily based on the
2   NHANES data because that is a reliable
3   statistically tested measurement with a known rate
4   of error, and that is the primary basis.  It is to
5   see if that person falls into an age group in
6   which the disease is highly prevalent or is that
7   person in an age group where it's very rare.
8   That's number one.
9         Number two, as a toxicologist, I review
10  and determine other exposures.  And in this case,
11  for example, ionizing radiation is certainly an
12  important factor to consider.  And I found no
13  evidence in the medical records, deposition
14  testimony, or other documentation that I've
15  referenced of any prior significant ionizing
16  radiation events.
17  Q.   So --
18  A.   Also.
19  Q.   Go ahead.



CONFIDENTIAL
Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018



Page 307
MR. KALAS:  So I'm going to move to
strike that answer because it wasn't responsive.
BY MR. KALAS:

310

1 ████████████████
2 ████████████████
3 ████████████████
4 ████████████████
5 ████████████████
6 ████████████████
7 ████████████████
8 ████████████████
9 ████████████████
10 ████████████████
11 ████████████████
12 ████████████████
13 ████████████████
14 ████████████████
15 ████████████████
16 ████████████████
17 ████████████████
18 ████████████████
19 ████████████████
20 ████████████████
21 ████████████████
22 ████████████████
23 ████████████████
24 ████████████████
25 ████████████████

312

1     Q.   Okay.  And so you'd want to look at
2  both the -- if you were running an epidemiology
3  study looking at those co-exposures, you'd want to
4  look at both the number that was uncontrolled and
5  then the controlled number to see if controlling
6  for the dioxins contamination caused that number
7  to go down, right, that caused the glyphosate
8  number to go down?
9     A.   To some extent.  That can be done via
10 years of exposure.  The 2,4-T -- 2,4-D was
11 primarily reformulated to remove dioxins after the
12 1960s and early '70s.  And so it's a little more
13 complex than just a yes or no, present or not
14 present.
15    Q.   Let me ask you this:  Do you think
16 other pesticide exposures are a potential risk
17 factor for non-Hodgkin's lymphoma depending on the
18 pesticide?
19    A.   Depending on usage, yes, quantity and
20 duration.
21    Q.   Okay.  Now, in your transcript in
22 February and in your toxicological notes around
23 pages 116 to 118, you stated that you're relying
24 on Drs. Portier, Neugut, and Ritz for their
25 epidemiology opinions, right?

311

1 ████████████████
2 ████████████████
3 ████████████████
4 ████████████████
5 ████████████████
6 ████████████████
7 ████████████████
8 ████████████████
9 ████████████████
10 ████████████████
11 ████████████████
12 ████████████████
13 ████████████████
14 ████████████████
15 ████████████████
16 ████████████████
17 ████████████████
18 ████████████████
19 ████████████████
20 ████████████████
21 ████████████████
22 ████████████████
23 ████████████████
24 ████████████████
25 ████████████████

313

1     A.   I'm sorry.  What document are you
2  referring to?
3     Q.   So I'm referring to your toxicological
4  notes at the pages we're already at, 116 to 118.
5     A.   But you said February.
6     Q.   Right.  And then you also stated that
7  in your deposition.  So that was compound.  So let
8  me break it up.
9        In your toxicological notes at
10 pages 116 -- you state that you're deferring any
11 detailed epidemiologic opinions in this matter to
12 Dr. Portier, Ritz, and Neugut, right?
13    A.   And/or other epidemiologists that are
14 currently retained by the plaintiffs' firm in this
15 matter.
16    Q.   Okay.  And if I understand correctly,
17 you're only using epidemiology to evaluate latency
18 in dose response, right?
19    A.   Yes.
20    Q.   And if we go to Andreotti 2018 which
21 was previously marked and is in your stack here --
22 I think it's maybe Exhibit 12?
23       MR. KALAS:  You just passed it,
24 actually.
25       ///

Case 3:16-md-02741-VC   Document 2418-10   Filed 01/03/19   Page 13 of 55
CONFIDENTIAL
Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018

12 (314 to 317)

314

1    BY MR. KALAS:
2    Q.   All right.  I just want to ask you
3    about the dose response and latency data in this.
4    And just by way of foundation, this is what's
5    known as a cohort study, right?
6    **A.   Yes.**
7    Q.   And a cohort study is generally more
8    expensive to conduct than a case-control study,
9    right?
10    **A.   Yes.**
11    Q.   But it has some advantages as compared
12    to a case-control study, correct?
13    **A.   Yes.**
14    Q.   For instance, recall bias is not a big
15    a concern in a cohort study, right?
16    **A.   Correct.**
17    Q.   And selection bias is not as big a
18    concern in a cohort study, right?
19    **A.   Correct.**
20    Q.   And proxy bias in the design of this
21    study is not as big a concern as a case-control
22    study, right?
23    **A.   That, I would defer to the**
24    **epidemiologists --**
25    Q.   Okay.

315

1    **A.   -- who have analyzed the study in**
2    **greater detail than I.**
3    Q.   Okay.  And cohort studies can be very
4    powerful, correct?
5    **A.   Yes.**
6    Q.   In the case of this study they follow
7    57,000 applicators of glyphosate, right?
8    **A.   Yes.**
9    Q.   And that is far more -- is a far larger
10    population that is being followed than any of the
11    case-control studies on glyphosate, right?
12    **A.   I have to defer that.**
13    Q.   Okay.  So if we go to Table 2 on this
14    study, which is on page 4 and then 5, the authors
15    looked at an intensity weighted dose response.  Do
16    you see that at the top of Table 2?
17    **A.   Yes.**
18    Q.   Okay.  And intensity weighting would be
19    a way to look at how much glyphosate is used,
20    right?
21    **A.   Yes.  It was basically the days of**
22    **glyphosate use.**
23    Q.   Well, it's not the days because that's
24    in supplemental Table 1 which is just lifetime
25    days.  What they looked at here was they weighted

316

1    the amount used, and then they put that in a
2    formula with the days, right?
3    **A.   Yeah.  It's weighted, right.**
4    Q.   And that's an accepted design to review
5    dose response in an epidemiology study, right?
6    **A.   Yes.**
7    Q.   Okay.  And what the authors found here,
8    if you go to page 5, and you look at the
9    follicular lymphoma numbers, which are third from
10    the bottom on the left-hand column of page 5,
11    is when they measured the individuals who were
12    exposed to glyphosate, the amount of follicular
13    lymphoma actually went down than in the
14    individuals who were not exposed to glyphosate,
15    right?
16    **A.   No.  No.  Numbers are not statistically**
17    **significant.  There's no change.**
18    Q.   Okay.  So let me rephrase the question.
19    Well, let me ask you this:  When you have a
20    decreased or elevated odds ratio that is not
21    statistically significant do you consider that a
22    null finding?
23    **A.   No.**
24    Q.   Okay.  So if it's a not a null finding,
25    sir, then the numbers went down -- in other words,

317

1    when somebody was exposed to glyphosate, they got
2    less follicular lymphoma than what they were not
3    exposed to glyphosate, right?
4    **A.   No.  We can't say that they actually --**
5    **in group T1, T2, or 3 actually experienced a lower**
6    **rate because of the variability.  Group 1 it could**
7    **have been as high as twice as high, 2.15.  We**
8    **don't know because of the variability in that**
9    **analysis.  You know, I really am getting**
10    **uncomfortable with this because I have deferred**
11    **the analysis on the enormous amount of**
12    **epidemiological literature to the epidemiologists,**
13    **as I said earlier, and --**
14    Q.   Okay.  So let --
15    **A.   -- I think you're trying to take me**
16    **into that venue unfairly.**
17    Q.   Well, sir, you've relied on
18    epidemiology.  You relied on the Eriksson study
19    for your dose response opinions, right?
20    
21    
22    
23    
24    Q.   So if we go to your toxicological
25    notes, page 118, sir, middle of the page, you



**318**

1  stated in that second paragraph, last two
2  sentences, "When exposure for more than ten days
3  per year were considered the odds ratio was 2.36,
4  95 percent confidence interval 1.045 to 5.37.
5  With latency period of greater than ten years the
6  odds ratio was 2.26, 95 percent confidence
7  interval, 1.16" --
8      THE REPORTER:  I'm sorry.  "Greater
9  than ten years, the odds ratio . . ."
10     BY MR. KALAS:
11     Q.   -- "was 2.26, 95 percent confidence
12  interval, 1.16 to 4.40.  As error rates are
13  properly accounted for, these are statistically
14  significant findings."
15     Did I read that correctly?
16     **A.   You did.**
17     Q.   Okay.  Are you going to be tell the
18  jury that the dose response data in Eriksson
19  supports your opinion that glyphosate caused
20  Mr. Hall's non-Hodgkin's lymphoma?
21
22
23
24
25

**319**

1
2
3
4
5
6
7
8      Q.   It's right below it, sir.
9      **A.   One thing I should point out on your**
10  **prior question, was that -- well, never mind.**
11     Q.   So you discussed latency and you put
12  the Eriksson study in Table 31 on page 19 --
13  119 -- excuse me.
14     **A.   Okay.**
15
16
17
18
19
20
21
22
23
24
25

**320**

1
2
3
4
5
6
7      **A.   Not on direct exam unless --**
8      Q.   Okay.
9      **A.   -- on cross-exam somehow it comes up.**
10
11
12
13
14
15     Q.   Okay.  So then we'll talk about
16  latency.
17     Okay.  So if we go to supplementary
18  Table 3, please, which is in the very back of the
19  Andreotti study.  Very back.
20     **A.   Table 3 continued.**
21     MR. SELDOMRIDGE:  Counsel, do you have
22  a page number?
23     MR. KALAS:  He may not have the
24  supplementary tables on that.  So let me mark as
25  Exhibit 20 the Andreotti study with the

**321**

1  supplementary tables on it.
2      (Exhibit Number 20, Article Titled
3  "Glyphosate Use and Cancer Incidence in the
4  Agricultural Health Study," was marked for
5  identification.)
6      BY MR. KALAS:
7      Q.   And we're on the second page of
8  supplementary Table 3 which is lagged lifetime
9  days of glyphosate use in the AHS.
10     And if you look at the lagged lifetime
11  days -- and we'll go back to the intensity
12  weighted, but if you go back to the lag lifetime
13  days, for follicular lymphoma in the 20-year lag,
14  which is the right-hand column, am I correct that
15  as use of glyphosate went up after 20 years, the
16  incidence of NHL -- or excuse me -- follicular
17  lymphoma actually was below one?  So it starts at
18  1.52, nonstatistically significant, then goes to
19  .92 and .96.  And all those are null findings,
20  right?
21     **A.   None of them are statistically**
22  **significant.**
23
24
25



322

8  Q.  Okay.  And if you go back to Table 3,
9  which is page 6 of 8 in Exhibit 20.
10  A.  I thought we were on Table 3.
11  Q.  You're on supplementary Table 3, sir.
12  A.  Oh.

323

6  Q.  Right.  And one thing that you've
7  looked for in previous cases are statistically
8  significant results in epidemiology studies,
9  right?
10  A.  Of course.
11  Q.  And statistical significance is
12  important to you because in your opinion it rules
13  out chance, right?
14  A.  Of course.
15  Q.  Okay.  Now, at the deposition in
16  August, you stated that all lymphoma, whether it
17  has a T or B-cell origin -- strike that.
18      At the deposition in August, you stated
19  that all lymphoma, whether it's T or B-cell,
20  shares a stem cell origin, right?
21      MR. SELDOMRIDGE:  Objection.
22  Mischaracterization.
23  A.  I would need to see that specifically
24  so I could --
25      ///

324

1      BY MR. KALAS:
2  Q.  Yeah.
3  A.  -- accurately answer the question.
4  Q.  I only have one copy of the August
5  transcript, so you can have it.
6      (Exhibit Number 21, Deposition
7  Transcript of William Sawyer, PhD., dated 8/23/18,
8  was marked for identification.)
9      BY MR. KALAS:
10  Q.  Well, I'm going to read it, and then
11  you can look at it.  I asked you at page 178, line
12  9, "Is T-cell lymphoma a different disease than
13  follicular lymphoma?"  And you stated, "Yes, but
14  both starts out at the stem cell, same stem cell.
15  It's the same area."
16      It's right there marked as Exhibit 21,
17  page 178, sir.
18  A.  (Reviewing document.)
19  Q.  Do you recall testifying to that?
20  A.  Which line number are you asking me?
21  Q.  178, 9 to 12, sir.
22  A.  Correct, but I went on on the next page
23  and further explained the answer to that in terms
24  of whether immunosuppression, for example having
25  AIDS versus a direct mutation, there are different

325

1  causes.
2  Q.  Sure.  And I'm not asking about the
3  causes.  So that's not why I'm actually asking
4  about that.  What I didn't understand is sort of
5  what you meant by the mechanism there.  What do
6  you mean by all lymphomas, whether T or B-cell,
7  have a stem cell origin?
8  A.  That's true.  All T and B-cells are
9  differentiated from the stem cell.
10  Q.  Right.  Can you elaborate a little more
11  how that works where you have this -- are you
12  saying there's a mutation in the stem cell, sir?
13  A.  Not necessarily, but certainly the
14  commonality is that both are derived -- the B and
15  T-cell lymphomas are derived from stem cells.
16  Q.  When you stated that all lymphomas
17  share that similarity, you're just talking about
18  where they came from and not whether or not
19  they're the same disease?
20  A.  Right.  Different things can happen to
21  that differentiating cell along its pathway to
22  become a mature lymphocyte.  These cells can --
23  for example, I gave the example of cyclosporine A
24  immunosuppression or AIDS or ionizing radiation or
25  chemical induction.  There's different causes, but

Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018

---

326

1 these cells all come from -- the cells that end up
2 in trouble all are sourced from stem cells
3 originally.
4     Q.   Okay.
5         MR. KALAS:  All right.  Let's take a
6 break.  We've been going an hour.
7         THE VIDEOGRAPHER:  The time is 10:07.
8 We are off the record.
9         (Break taken from 10:08 a.m. to
10 10:17 a.m.)
11         THE VIDEOGRAPHER:  The time is 10:17.
12 We are on the record.
13         (Exhibit Number 22, Article Titled
14 "Pesticide exposure as risk factor for non-Hodgkin
15 lymphoma including histopathological subgroup
16 analysis"Article Titled "Glyphosate Use and Cancer
17 Incidence in the Agricultural Health Study," was
18 marked for identification.)
19         BY MR. KALAS:
20     Q.   Doctor, I'm marking as Exhibit 22 the
21 Eriksson study.  And this is the study discussed
22 in your toxicological notes, correct?
23     A.   With respect to latency, I believe.
24     Q.   Right.  And that's what you're going to
25 rely upon this study for when you come talk to the

---

327

1 jury in St. Louis, right?
2     A.   Yes.
3     Q.   Okay.  So let's -- I want to talk about
4 latency real quick.  First of all, are there any
5 other studies beyond the Agricultural Health Study
6 and the Eriksson study that you're aware of that
7 looks at the latency issue in the epidemiology
8 literature?
9     A.   Only with respect to those I referenced
10 on page 119.
11     Q.   Right.  And I should have been more
12 specific in that question.  Are there any studies
13 beyond the Agricultural Health Study and the Eric
14 study on glyphosate that you're aware of that look
15 at the latency issue in the epidemiology
16 literature?
17     A.   Not beyond what's on page 119.
18     Q.   Okay.  And so when you looked at the
19 study for the latency issue, you looked at the
20 materials and methods, right?
21     A.   Yes.
22     Q.   Okay.  And you also looked at the
23 introduction of the study, right?
24     A.   I did.
25     Q.   And when you looked at the materials

---

328

1 and methods and the introduction and the text of
2 the study, did you note that the only odds ratios
3 in the study adjusted for confounding by other
4 pesticides are found in Table 7?
5     A.   I reviewed this some time ago.  What is
6 your specific question?
7     Q.   Right.  Did you -- did you see any
8 other odds ratios in this study adjusted for other
9 pesticides when looking at your latency analysis
10 other than those in Table 7?
11     A.   I don't recall.
12     Q.   Okay.  And we've talked about this many
13 times.  You believe there are other environmental
14 exposures associated with NHL, right?
15     A.   Yes.
16     Q.   Okay.  And those are the types of
17 exposures you asked a client -- or asked about in
18 an interview of a client of Mr. Miller's firm,
19 right?
20     A.   Yes.
21     Q.   Okay.  And some of those exposures that
22 you might ask them about would include other
23 pesticides, right?
24     A.   Yes.
25     Q.   Dioxin, correct?

---

329

1     A.   Or compounds with dioxin would be
2 likely contained within.
3     Q.   Sure.  Benzene, right?
4     A.   Yes.
5     Q.   Smoking?
6     A.   Yes.
7     Q.   Okay.  And in an epidemiology study, if
8 it measured people with exposures to those other
9 things you believe might be associated with NHL in
10 addition to exposure to glyphosate, the findings
11 on glyphosate might be confounded by those other
12 exposures unless they control for them, right?
13     A.   I'm going to defer that to the
14 epidemiologists in this case.
15     Q.   Well, sir, with all due respect, if
16 you're going to offer latency opinion about this
17 study, do you have an understanding of whether or
18 not there were confounders in this study that were
19 controlled for?
20     A.   I don't recall.  I'd have to review it
21 again.  It's been over a year.
22     Q.   Okay.  So you'd agree that if you
23 wanted to evaluate latency to determine whether or
24 not glyphosate induces non-Hodgkin's lymphoma in a
25 statistically significant manner with greater than

---

330

1 ten years since first exposure, you would want to
2 control for other exposures associated with
3 non-Hodgkin's lymphoma, right?
4     Let me break it up.  That was a -- that
5 was a long question.
6     Some of the -- if you look at page --
7 the first page of this study, it states on page --
8 on the top paragraph, the third line --
9     MR. SELDOMRIDGE:  Which one?
10    MR. KALAS:  Top right, third line.
11    BY MR. KALAS:
12 Q.   "Some of these chemicals were
13 contaminated by dioxins, of which
14 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) has
15 been recognized as a complete carcinogen by IARC."
16    Do you see that?
17 A.   Yes.
18 Q.   Okay.  And the dioxin -- that's the
19 dioxin contamination you were talking about
20 earlier in 2,4,5-T and 2,4-D, right?
21 A.   Yes, and you're obviously familiar with
22 that from my work in the nitro case.
23 Q.   Right.  And so if you go down to the
24 second full paragraph, in the second line, it
25 states, "During the 1970s certain chemicals, e.g.

331

1 the phenoxy herbicide 2,4,5-T, chlorophenols, and
2 the insecticide DDT, were prohibited due to health
3 concerns."
4     Do you see that?
5 A.   Yes.
6 Q.   And then it's -- the next sentence
7 states, "Later the phenoxy herbicide 2,4-D was
8 banned in Sweden."
9     Do you see that?
10 A.   Yes.
11 Q.   And one of the reasons that those
12 herbicides were banned were because they contained
13 dioxins, right?
14 A.   Of course.
15 Q.   Okay.  And so if we go to the latency
16 analysis that you conducted in this study or that
17 you looked at in this study, that is found at the
18 top of 1659, top left-hand -- right here, and it
19 actually starts -- the first line starts on 1658.
20 So I'm going to read it into the record, and then
21 I'm going to ask you a few questions.
22    So it states, beginning on the bottom
23 of 1658, "Regarding phenoxy herbicides and
24 glyphosate, an analysis was made taken the latency
25 period for exposure into account."  And that's a

332

1 typo.
2     "For the latency period 1-10 years, no
3 exposed cases were found for MCPA and/or 2,4,5-T
4 and/or 2,4-D.  Regarding glyphosate, odds ratio
5 1.11, (95% confidence interval .24 to 5.08) was
6 obtained."  Let me stop there.
7     Am I correct that for less than ten
8 years of latency that is not a positive finding,
9 1.11 with a confidence interval of .24 to 5.08?
10 A.   Not necessarily.
11 Q.   Okay.
12 A.   One has to, in a latency analysis,
13 determine if there is a trend.  In other words,
14 for example, was the odds ratio perhaps greater
15 than one, which it was, but nonsignificant.  And
16 when looking at the various latency intervals, is
17 there a positive trend, or when you combine all
18 the latency intervals is there a statistically
19 significant increased rate.  In this case there
20 was.
21 Q.   Okay.
22 A.   But I want to answer your question as
23 best I can, but you're sometimes getting into the
24 epidemiologic aspects of this which I have
25 deferred to the epidemiologists.

333

1 Q.   Let me ask you this.  When you're
2 talking about latency to the jury, do you feel
3 qualified as an expert to discuss the strengths
4 and weaknesses of the studies upon which you are
5 opining upon on latency?
6 A.   Yes, if we stick just to latency.
7 Q.   Okay.  So I'm continuing off latency.
8 For the less than ten years that is a null
9 finding, correct?
10 A.   It's not a null finding, it's a
11 nonsignificant finding.  And I can understand how
12 you're using the word "null" versus
13 "nonsignificant."  But that doesn't mean that the
14 data is not considered in conjunction with the
15 rest of the data.
16 Q.   Sure.  Okay.  And then if we go to
17 latency period greater than ten years it states
18 that for MCPA there was an odds ratio of 2.81 with
19 a 95 percent confidence interval of 1.27 to 6.22.
20 For 2,4,5-T or 2,4-D there was an odds ratio of
21 1.72 with a 95 percent confidence interval of .98
22 to 3.19, and for glyphosate there's an odds ratio
23 of 2.26 with a 95 percent confidence interval of
24 1.16 to 4.4, correct?
25 A.   Correct.  And on page 119 in my report,

Transcript of William Sawyer, Ph.D., Volume 2          17 (334 to 337)
Conducted on October 16, 2018

334

1   I said specifically subjects with more than ten
2   years with respect to this particular study.  So I
3   have accurately assessed that data in my notes on
4   page 119.
5       Q.   Okay.
6       A.   So I'm not sure what the problem is.
7       Q.   Okay.  So if you -- here's my question.
8   For the less than ten years were there any exposed
9   cases for MCPA for 2,4,5-T and 2,4-D reported in
10  this study?  Top line, sir.
11      A.   Yes.  There was an elevated OR for
12  glyphosate of 1.11 which is not significant.
13      Q.   Not my question, sir.  I'm asking you
14  about the other exposures.  For the periods one to
15  ten years were there any exposed cases found for
16  MCPA or 2,4,5-T/2,4-D?
17      A.   No.
18      Q.   Okay.  So we know that that data point
19  for glyphosate would not be confounded by MCPA or
20  2,4,5-T and 2,4-D, right?  Because there were no
21  co-exposures during that one to ten-year period?
22      A.   It's probably a good question but I
23  didn't quite understand it.
24      Q.   Sure.  For the less than ten-year
25  period we know that the data point for glyphosate

335

1   would not be confounded by exposure to MCPA,
2   2,4,5-T or 2,4-D, correct?
3       A.   Yes, I think that's true.
4       Q.   Okay.  But we do know there's -- there
5   could be co-exposures for the period greater than
6   ten years, right?
7       A.   No, I would say greater than 40 years.
8       Q.   Well, right.  But they're only
9   measuring it ten years, greater than ten years.
10  So for the period greater than ten years we know
11  glyphosate -- somebody who used glyphosate could
12  be also exposed to MCPA or 2,4,5-T or 2,4-D or
13  some combination, correct?
14      A.   Yes, but remember, this was a 2008
15  study, and to go back to the 1960s or '70s,
16  we've -- we're putting a lot of heavy weight on
17  older workers as opposed to the mean age of the
18  workers.  So in -- yes, greater than ten years
19  could include co-exposure.  However, not many
20  co-exposures because simply that was so many years
21  ago.
22      Q.   Now, if you go to page 1661, it states,
23  that -- and I'm looking in the left-hand side,
24  last full paragraph that starts, "thus."
25          It states, regarding MCPA halfway

336

1   through that paragraph --
2       A.   Hang on.
3       Q.   Sure.
4       A.   Down at the bottom of the page?
5       Q.   Yes.  Last full paragraph, left-hand
6   side.
7       A.   Okay.  I think I have it.
8       Q.   Okay.  It states, "MCPA, even if still
9   used, has been largely substituted by other
10  agents, among which glyphosate has been clearly
11  dominating."
12          Did I read that correctly?
13      A.   Yes.
14      Q.   And then if you look up again at the
15  sentence before that, "2,4,5-T, which was
16  contaminated by TCDD, was prohibited in Sweden in
17  1977."
18          See that?
19      A.   Yes.
20      Q.   Okay.  And dioxin is a potential cause
21  of non-Hodgkin's lymphoma, right?
22      A.   Of course.
23      Q.   The 2,4,5-T in Sweden was contaminated
24  with dioxin, correct?
25      A.   Up until '77, yes.

337

1       Q.   Okay.  And the MCPA was replaced by
2   glyphosate, correct?  That's what the authors say
3   here?
4       A.   Yes.
5       Q.   Okay.  And if you go back to the odds
6   ratios on 1659, the odds ratio for MCPA is
7   actually slightly higher than glyphosate for
8   greater than ten years, correct?
9       A.   Okay.  We're going back to table two.
10      Q.   To the statistics, right here, sir.
11      A.   Okay.  Hang on.  Let me --
12      Q.   Yeah.
13      A.   Now, you're asking if the statistic is
14  different?
15      Q.   No.  I'm asking is the odds ratio for
16  MCPA for greater than ten years latency higher for
17  MCPA than for glyphosate?
18      A.   Slightly.  The confidence interval is
19  1.27 to 6.22 versus 1.16 to 4.4.  So slightly,
20  yeah.
21      Q.   And if glyphosate replaced MCPA in
22  Sweden and the authors of this study did not
23  control for co-exposures when calculating their
24  odds ratios, it's possible that the entire
25  elevated risk for glyphosate could be measuring

338

1 the elevated risk for MCPA, right?
2    A.   No.  The difference in the confidence
3 interval, both of these have very significant
4 confidence intervals.  The differential at the low
5 end of 1.27 versus the 1.16 is so close that it
6 wouldn't -- it wouldn't change the result.
7    Q.   Well, let me ask you this:  If the
8 greater than ten years group is measuring people
9 who've been farming at least for ten years, since
10 it's measuring exposures greater than ten years,
11 some group of those farmers will have replaced
12 their MCPA use with glyphosate, right?
13    A.   The farmers who have been farming at
14 least 31 years would have.
15    Q.   It doesn't state when MCPA was phased
16 out in this, does it?
17    A.   No.
18    Q.   Okay.  So why do you say 31 years, sir?
19    A.   I was thinking in terms of 1977 date --
20    Q.   Okay.
21    A.   -- for the 2,4,5-T or 2,4-D.
22    Q.   Okay.  So you don't know when MCPA was
23 replaced by glyphosate in Sweden?
24    A.   Not in Sweden.
25    Q.   Okay.

339

1    A.   In the same era.
2    Q.   Okay.
3    A.   But I can't -- can't give you the exact
4 year.
5    Q.   And in those farmers that were exposed
6 to MCPA and glyphosate, if you don't control for
7 MCPA in measuring the glyphosate odds ratio you
8 may be measuring an increased risk from MCPA
9 rather than glyphosate, right?
10    A.   No.  As I said, they did provide the
11 confidence intervals, and at the low end they're
12 nearly identical.  So I don't believe that
13 statistically one would be able to justify that --
14    Q.   Well, doesn't that --
15    A.   -- area.
16    Q.   Sorry.  Were you done?
17    A.   Yeah.
18    Q.   Doesn't that beg the point, sir, if
19 there's -- nearly identical, then the glyphosate
20 odds ratio and confidence interval might be
21 measuring the MCPA-induced NHL in that population
22 of farmers even though they happen to use
23 glyphosate, right?
24    A.   No, because glyphosate was used
25 throughout that entire interval of time where the

340

1    MCPA was not.  That was only used for the -- a few
2 of the earlier years.
3    Q.   When was glyphosate used in this
4 population -- when did glyphosate come on the
5 market in Sweden, sir?
6    A.   I believe in '74.
7    Q.   Okay.
8    A.   1974.
9    Q.   And this measures farmers who used
10 2,4,5-T and 2,4-D with dioxin contamination,
11 right?
12    A.   Right, prior to 1977.
13    Q.   So this population likely goes back far
14 earlier than 1974, correct?
15    A.   Yes.  I agree, but the majority of the
16 time interval is post-dioxin and post-MCPA.
17    Q.   You'd agree with me that the failure to
18 adjust for confounding by MCPA and 2,4,5-T and
19 2,4-D is a weakness in this latency evaluation,
20 correct?
21    A.   Yes, to some extent, but I think you're
22 overemphasizing that.  No human epidemiologic
23 study is perfect and cover every -- you know,
24 every aspect.  I think we have enough data here to
25 see that the majority of the exposure would have

341

1 been free of MCPA and dioxins based upon the
2 dates.
3    Q.   So this is a study with a weakness that
4 we can give varying weights to in this latency
5 evaluation.  What weakness did you see in the AHS
6 study in its latency evaluation?
7    A.   I agree that, you know, we can weight
8 the study with weaknesses.  I think you're right
9 that there are certainly weaknesses in any study,
10 but one has to weight them and look at the
11 objective -- objective evidence and weight it
12 accordingly.
13    Q.   Yes, sir.  So that's what I'm asking
14 about.  You have two studies with the latency
15 analysis, the AHS study and this study.  What
16 weakness in the AHS's latency analysis did you
17 see?
18    A.   I'm trying to remember where I put the
19 study.  There it is.
20        Well, with respect to latency, the
21 study did not -- could not provide any information
22 on latency simply because the findings were not
23 statistically significant.
24    Q.   Well, are you testifying now, sir, that
25 nonstatistically significant findings provide no



342

1 information on whether or not a compound causes
2 lymphoma?
3 **A.   No.  I already pointed out that there**
4 **was an apparent increase rate of follicular**
5 **lymphoma.  However, it was not statistically**
6 **significant and I referred to Table 3, I think.**
7 Q.   Well, let's -- let's be clear.  If we
8 look at the follicular lymphoma number here on
9 supplementary Table 3, the highest dose group,
10 Tertile 3, had a odds ratio of .96 with a
11 confidence interval of .42 to 2.21, correct?
12 **A.   Yes.**
13 Q.   And that's the highest dosed group,
14 right?
15 **A.   Correct.**
16 Q.   Okay.  And that is an
17 intensity-weighted, 20-year-lagged metric,
18 correct?
19 **A.   Yes.**
20 Q.   Okay.  So what weaknesses in this
21 analysis causes you to weight the Eriksson study
22 above it for your latency opinion?
23 **A.   Something that does not provide any**
24 **latency information because the results were too**
25 **variable.  As I said, the risk ratios in the**

343

1 **earlier latency up to ten years appeared to be**
2 **elevated at 1.5, but it was not statistically**
3 **significant with the range of .73 up to 3.2 times**
4 **that of background.  And as the dose increased, we**
5 **did not see any apparent increase in incidence.**
6 **So there just isn't sufficient information here to**
7 **draw any judgment upon latency.**
8 Q.   So if I understand you correctly, this
9 isn't sufficient information to draw judgment on
10 latency because it is a null finding, correct?
11 **A.   Yes.**

344

1 **However, I handwrote the pack-year calculations.**

21 (Exhibit Number 23, History & Physical
22 for Jeff S. Hall, dated 3/23/12, was marked for
23 identification.)
24 BY MR. KALAS:

345

9 Q.   Okay.  Now, as a forensic toxicologist
10 when you have contradictory information regarding
11 something like smoking or anything else like that,
12 do you place greater weight on answers that were
13 given to questions closer in time to the event?
14 MR. SELDOMRIDGE:  Objection.  Asked and
15 answered.
16 **A.   It depends on the scenario.  I have --**
17 **I may have already mentioned this in the last**
18 **deposition -- an alcohol case in which the medical**
19 **record revealed one case of beer per day, when the**
20 **testimony was one case of beer per month.  The**
21 **medical records did not reveal any hepatic injury**
22 **or liver enzyme elevations or any increased mean**
23 **corpuscular volume measurements of hematology.**
24 **There was nothing to corroborate the one case of**
25 **beer per day.  And as a forensic toxicologist I**



**346**

1  made note of that and relied upon the testimony of
2  one case of beer per month.
3  So you have to look at the full gamut
4  of information in making such decisions. What I
5  do as a toxicologist, and any good toxicologist
6  would do, is present all of the facts in the case,
7  which I did. I didn't cherry pick. I presented
8  everything in black and white. And I think you
9  are now asking me did -- shouldn't I decide this
10  based on the earlier date. And certainly that's
11  an important factor. But one has to look at all
12  the factors.
13  BY MR. KALAS:
14  Q. So if I understand correctly, one of
15  the things that is an important factor to you is
16  whether the answer was given in an earlier date
17  closer in time to the event, right?
18  A. Yes.

**347**

**348**

**349**

1  A. No.
2  Q. Did you review an article by Herrinton,
3  et al., entitled "Cigarette Smoking and Risk of
4  Non-Hodgkin's Lymphoma Subtypes"?
5  A. No.
6  Q. Appeared in -- okay. I'm going to mark
7  that as Exhibit 24.
8  (Exhibit Number 24, Article Titled
9  "Cigarette Smoking and Risk of Non-Hodgkin's
10  Lymphoma Subtypes"Article Titled "Pesticide
11  exposure as risk factor for non-Hodgkin lymphoma
12  including histopathological subgroup
13  analysis"Article Titled "Glyphosate Use and Cancer
14  Incidence in the Agricultural Health Study," was
15  marked for identification.)
16  BY MR. KALAS:
17  Q. This is an epidemiology study that
18  appears in a journal called Cancer Epidemiology
19  Biomarkers and Prevention. Have you heard of that
20  journal?
21  A. Yes.
22  Q. Is it a reputable journal, sir?
23  A. Peer-reviewed.
24  Q.



20    Q.    Now --

21    A.    For example, if you had three more
22 studies that showed borderline statistics -- we
23 don't even have one study here that shows the
24 statistically significant rate.  That's the
25 problem.  But if we did have one that was



354

1  statistically significant and then we had a study
2  like this that's borderline and another study like
3  this that's borderline, I think we could draw some
4  conclusions. But based on weight of the evidence
5  methodology -- but here you only have a study
6  that's borderline statistic and no others.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21    Q.   It was 100 percent that people were
22 exposed to it, but people who lived in homes with
23 smokers were exposed to more, correct?
24    A.   Yes.
25

355

1
2
3
4
5
6
7
8    Q.   All right.
9    A.   So I mean we really can't do anything
10 with that statistically because the information is
11 not ascertained within the text of the study.
12    Q.   Cigarette smoke contains benzene,
13 right?
14    A.   Yes.
15    Q.   And you testified in August that
16 benzene is a risk factor for NHL, right?
17    A.   It is.
18
19
20
21
22
23
24
25

356

1
2
3
4
5
6
7
8
9
10
11
12
13       MR. KALAS:  Okay.  So I'm going to mark
14 a study by Stagnaro as Exhibit 25.
15       (Exhibit Number 25, Article Titled
16 "Non-Hodgkin's Lymphoma and Type of Tobacco
17 Smoke," was marked for identification.)
18       BY MR. KALAS:
19    Q.   And this is entitled "Non-Hodgkin's
20 Lymphoma and Type of Tobacco Smoke," right?
21    A.   Yes.
22    Q.   And this is another article you didn't
23 find on your literature review, right?
24    A.   That's correct.
25    Q.   And it's entitled -- it's from that

357

1  same journal, Cancer Epidemiology Biomarkers and
2  Prevention, which is peer-reviewed, right?
3    A.   Yes.
4    Q.   Okay.  And this was put out by
5  scientists, at least the lead author, who's at the
6  National Cancer Research Institute in Genoa,
7  Italy, right?
8    A.   Yes.
9    Q.   Okay.  And if you go to Table 4 on
10 this, page 435, it states, "Number of controls in
11 follicular lymphoma cases OR and 95 percent
12 confidence interval associated with blond tobacco
13 smoking."
14    Do you see that?
15    A.   Yes.
16    Q.   And this is another study that looks at
17 former smokers, right?
18    A.   Yes.
19    Q.   And this study finds an odds ratio for
20 former blond tobacco smokers of 2.4, right?
21    A.   Yes, it does.
22    Q.   And a confidence interval of 1.4 to
23 4.1, correct?
24    A.   Yes.
25    Q.   That's statistically significant,



358

1  right?
2    A.  Yes.
3    Q.  That suggests there's an over doubling
4  of the risk of being a former blond tobacco smoker
5  for follicular lymphoma, right?
6    A.  It does.  Of course, one has to
7  consider the pack-years.
8
9
10
11
12
13
14
15    Q.  And they had a confidence interval of
16  1.4 to 3.8, right?
17    A.  Yes.
18    Q.  Okay.  And that's statistically
19  significant, right?
20    A.  Yes.
21
22
23
24
25    Q.  Okay.  So this study, in conjunction

360

1    the tobacco combusted, it forms a number of
2    different carcinogens known to induce various
3    smoking-related malignancies.  And so I would
4    really need to assess this study in full to be
5    able to answer the question you've asked.
6        BY MR. KALAS:
7    Q.  Well, let me ask you sitting here
8  today.  Sitting here today, you had not reviewed
9  the Stagnaro or Herrinton study which you
10  conducted your differential, right?
11    A.  That is correct.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

359

1
2
3
4
5
6    Q.  This study in conjunction -- in
7  conjunction with the Herrinton study we just
8  looked at would suggest that former smoking is a
9  risk factor for follicular lymphoma, correct?
10    A.  You may be correct, but I would need to
11  review the study in full to answer that question.
12
13
14
15
16
17
18
19
20        MR. SELDOMRIDGE:  Objection.
21  Misstates.
22
23
24
25

361

1
2
3
4
5
6
7
8
9
10    Q.  Okay.  Now, cigarettes contain ethylene
11  oxide, right?
12    A.  Cigarettes, no.  But combustion
13  products, yes.
14        MR. KALAS:  I'm going to mark as
15  Exhibit 26 --
16        BY MR. KALAS:
17    Q.  Well, when you say combustion products,
18  do you consider cigarette smoke as a combustion
19  product?
20    A.  Yes.
21    Q.  Okay.  So cigarette smoke contains
22  ethylene oxide, right?
23    A.  Yes.
24    Q.  And you've stated that you believe that
25  ethylene oxide is associated with non-Hodgkin's

CONFIDENTIAL
Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018



**Page 362**

1  lymphoma, right?
2  **A.  Yes.**
3  Q.  And cigarettes are inhaled, right?
4  **A.  Yes.**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 363**

1
2
3
4  MR. KALAS:  I'll mark as Exhibit 26 a
5  printout from the National Cancer Institute.
6  (Exhibit Number 26, National Cancer
7  Institute Article Re Ethylene Oxide, was marked
8  for identification.)
9  BY MR. KALAS:
10  Q.  Have you seen this before, sir?
11  **A.  No.**
12  Q.  Okay.  It states -- this is called
13  "Ethylene Oxide, National Cancer Institute."  And
14  what is the National Cancer Institute, sir?
15  **A.  Division of CDC, US governmental agency**
16  **which performs research on cancer primarily,**
17  **cancer treatment, as well as cancer cause.**
18  Q.  Okay.  And if you go to the section
19  that says, "How are people exposed to ethylene
20  oxide?"  It states in the second paragraph,
21  "Despite these precautions" -- it states, "Despite
22  these precautions workers and people who live near
23  industrial facilities that produce or use ethylene
24  oxide may be exposed to ethylene oxide through
25  uncontrolled emissions."

**Page 364**

1  Do you agree with that?
2  **A.  Yes.**
3  Q.  It states as well, "The general
4  population may also be exposed through tobacco
5  smoke."
6  Do you see that?
7  **A.  Yes.**
8  Q.  Do you agree with that?
9  **A.  Yes.**
10  Q.  "And the use of products that have been
11  sterilized with ethylene oxide, such as medical
12  products, cosmetics, and beekeeping equipment."
13  Do you agree with that?
14  **A.  Yes.**
15  Q.  Okay.  Do you see pesticides mentioned
16  as a potential route of exposure for ethylene
17  oxide here?
18  **A.  No.**
19
20
21
22
23
24
25

**Page 365**

1
2
3
4
5
6
7
8
9  MR. KALAS:  Okay.  Finally, I'm going
10  to mark a study as Exhibit 27.
11  (Exhibit Number 27, Article Titled
12  "Tobacco use and non-Hodgkin lymphoma: Results
13  from a population-based case-control study in the
14  San Francisco Bay Area, California," was marked
15  for identification.)
16  BY MR. KALAS:
17  Q.  By Bracci, et al., B-R-A-C-C-I.  And
18  this study's entitled "Tobacco Use in
19  Non-Hodgkin's Lymphoma:  Results From a
20  Population-Based Case-Control Study in the
21  San Francisco Bay Area, California."
22  Did I read that correctly?
23  **A.  Yes.**
24  Q.  Okay.  And this is in Cancer Causes and
25  Control, right?



18  have found it.  Should have been at the stack here

19  at the bottom potentially.  Would have been the

20  last -- there we go.

21        All right.  So we started looking at

22  this study in your last -- or in the previous

23  volume of this deposition, but I just want to pick

24  up where we left off.  Just to lay some

25  foundation, this article actually had multiple

CONFIDENTIAL

Transcript of William Sawyer, Ph.D., Volume 2

26 (370 to 373)

Conducted on October 16, 2018

370

1  experiments that were reported on in it, right?
2     A.   Yes.
3     Q.   And the first experiment they report on
4  is something called an in vitro percutaneous
5  absorption of glyphosate model, right?
6     A.   Yes.
7     Q.   Okay.  And what the authors did here
8  was they used a Petri dish model of human skin to
9  see how much glyphosate was absorbed by that skin
10  for various time periods, correct?  And I'm
11  looking at page 728, sir, Table 1.
12     A.   Well, I -- I'm not sure that's right.
13  I understood that the screening method used a
14  flow-through diffusion cell.
15     Q.   Okay.  So what's the distinction of
16  that?  I might be wrong about that.  Explain to me
17  what a flow-through diffusion cell means.
18     A.   Well, a Petri plate kind of alarms me.
19  That's sort of like if I took this lid off my cup
20  and put fluid in it.
21     Q.   Okay.
22     A.   It doesn't make any sense.  This study
23  used the Franz flow-through diffusion cell with
24  the skin stretched across the opening of that
25  cell.

371

1     Q.   Okay.  I was just trying to put it in
2  layperson's terms.  It was an in vitro
3  methodology?
4     A.   Okay.
5     Q.   But that's fine.  I appreciate you
6  being specific.  So this was an in vitro
7  methodology using human skin, right?
8     A.   Yes.
9     Q.   And there was the Franz methodology,
10  right, F-R-A-N-Z?
11     A.   That's right.
12     Q.   Okay.  And that's an accepted
13  methodology for in vitro dermal absorption, right?
14     A.   Yes and I should point out it is
15  considered a screening study.
16     Q.   Right.  And they did this study with
17  Roundup, right, not glyphosate?
18     A.   I think it was the isoprophylamine
19  salt, but I'm just checking.
20     Q.   So if you go to page 726 on the
21  materials and methods, sir, it states in the
22  in vitro percutaneous absorption that they used
23  undiluted and two dilutions of glyphosate and
24  formulation Roundup.
25        Do you see that?

372

1     A.   Right, right.
2     Q.   And so Roundup would contain POEA,
3  right?
4     A.   Yes.
5     Q.   Okay.  And they did this in human skin
6  as opposed to an animal model, right?
7     A.   Correct.
8     Q.   Okay.  And we like to see in vitro
9  tests in human skin more than an animal model
10  because it's closer to human in vivo exposures,
11  right?
12     A.   Correct.
13     Q.   And as you noted in your toxicological
14  notes, there can be important physiological
15  differences between human skin and the skin of
16  other animals, right?
17     A.   Yes.
18     Q.   And those physiological differences
19  could affect absorption either positively or
20  negatively, right?
21     A.   Yes.
22     Q.   And so when they -- if you go back to
23  the materials and methods, the original Roundup
24  that they used would have had a concentration of
25  about 41 percent glyphosate, right?

373

1     A.   Yes.
2     Q.   Okay.  And then they diluted it by 1/20
3  and that would be a 2 percent solution or
4  thereabouts, right?
5     A.   Yes.
6     Q.   And then they diluted it by 1/32 and
7  that gets you to approximately, by my math, a
8  1.4 percent dilution.  Does that make sense to
9  you?
10     A.   Roughly.
11     Q.   And the 1.4 percent dilution would be
12  similar to what Mr. Hall was using, a 1 percent
13  solution, right?
14     A.   Yes.
15     Q.   And they put different amounts of the
16  solution on the skin in the study, right?
17     A.   Yes.
18     Q.   Okay.  And if you look at -- back to
19  Table 1, for the undiluted mixture they put
20  volumes of .014, .07, and .14 milliliters per
21  centimeter squared of their solution on the skin,
22  right?  I'm looking in the volume column,
23  undiluted.
24     A.   That's right.
25     Q.   And those corresponded to

Case 3:16-md-02741-VC   Document 2418-10   Filed 01/03/19   Page 28 of 55
CONFIDENTIAL
Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018                27 (374 to 377)

374

1 concentrations of 15.4 micrograms per centimeter
2 squared, 77 micrograms per centimeter squared, and
3 154 micrograms per centimeter squared, right?
4    A.   Yes.
5    Q.   And then for the diluted mixtures they
6 put on volumes of either .07 or .14, right?
7    A.   Yes.
8    Q.   Okay.  And for the 2 percent solution
9 that would correspond to the concentration of 4.1
10 micrograms per centimeter squared or 8.3
11 micrograms per centimeter squared, right?
12    A.   Yes.
13    Q.   For the 1.4 percent solution that would
14 correspond to 2.6 micrograms per centimeter
15 squared or 5.2 micrograms per centimeter squared,
16 right?
17    A.   Yes.
18    Q.   Okay.  And the highest data point for
19 percentage dose absorbed that they found in this
20 human skin study was an absorption rate of about
21 2.2 percent, right?
22    A.   Yes, with eight hours, right.
23    Q.   Okay.  And that 2.2 percent was a
24 higher absorption rate than the undiluted
25 absorption rate at eight hours of .4 percent,

375

1 right?
2    A.   Yes.
3    Q.   But the absolute amount absorbed in
4 this model, in this human skin model, would have
5 been far lower in the diluted concentration than
6 in the undiluted concentration, right?
7    A.   Correct.  But, again, that's only a --
8 less than a square centimeter area.  In the real
9 world the body is vastly -- is vastly larger
10 surface area than a centimeter square.  So in the
11 real world, the diluted formula over large area of
12 skin is what is of interest.
13    Q.   Sure.  But what this suggests, this
14 human skin model suggests, is that as glyphosate
15 is diluted, the percent absorption may go up,
16 though the absolute amount absorbed on a given
17 area of skin may go down?
18    A.   Yes.
19    Q.   And what this also suggests is that
20 because all three of these formulations contain
21 POEA that the increase in percent absorption is
22 due to the dilution here and not the presence of
23 POEA, right?
24    A.   Yes.  The methodology has limits on the
25 concentration that should be used because as the

376

1    concentration goes up, and there is a limiting
2    amount which can get through the keratin layer
3    using a very high concentration can mathematically
4    result in a low percentage.  And that's why 0.54
5    microgram per centimeter squared is recommended by
6    EPA and other agencies.
7       Q.   Well, let me ask you this:  If the
8    undiluted figure here was pure glyphosate as
9    opposed to Roundup containing POEA, but the
10    diluted figures both contained -- both still
11    contained POEA, would you use this data to argue
12    that the presence of POEA enhanced absorption?
13       A.   Can't tell from that.
14       Q.   Right.  And so when you dilute
15    glyphosate, when you add water to a glyphosate
16    formulation, the percent absorbed may be enhanced
17    due to the dilution as opposed to the presence of
18    POEA, correct?
19       A.   Can't determine that.  The fact is that
20    when the maximum, which is again, I think, .54
21    microgram per centimeter squared, when that -- let
22    me just check that number.
23          Well, when a higher dose is used per
24    square centimeter, the remainder of it that never
25    gets absorbed mathematically reduces the percent

377

1    absorbed.
2          So that's primarily what we're seeing
3    here.  At 154 microgram per centimeter, the --
4    there's going to be a lot of leftover material on
5    the outside well that never made it into the
6    keratin layer or epidermis.
7       Q.   Sure.  I guess what I'm getting at is a
8    slightly different point.  I probably asked the
9    question unartfully.
10          I've heard people argue -- and I'm not
11    saying you have -- that POEA -- that Roundup is
12    absorbed at a greater rate than pure glyphosate.
13    And Roundup, of course, as you know, contains, I
14    think, about 46 percent water, right?
15       A.   Yes.
16       Q.   And it may be that the enhanced
17    absorption is not due to the presence of POEA, the
18    enhanced absorption as a percentage but is not due to
19    the presence of POEA, but is instead due to a
20    dilution of the mixture, correct?
21       A.   For sure or hypothetically?
22       Q.   Potentially, sir.
23       A.   Potentially, yes.
24       Q.   Okay.  And so you can't -- you're not
25    going to tell the jury, if I understand correctly,

CONFIDENTIAL

Transcript of William Sawyer, Ph.D., Volume 2

28 (378 to 381)

Conducted on October 16, 2018

378

1  that it's been conclusively proven that POEA
2  enhances absorption because it could potentially
3  be caused by the dilution as well, right?
4  **A.   Well, I would probably reference --**
5  **yeah, I think I would explain the POE -- POEA**
6  **does, as a surfactant, increase absorption based**
7  **on studies that I have referenced on page 56 in my**
8  **report.**
9      Q.   Okay.  You referenced a study that
10 talked about penetration of glyphosate through
11 animal cell membranes in placental cells, right?
12 **A.   Yes.**
13     Q.   Do placental cells have an epidermis,
14 sir?
15 **A.   No.**
16     Q.   Do they have a lipophilic fatty layer
17 protecting their outside?
18 **A.   No.**
19     Q.   Our skin does, right?
20 **A.   Yes.**
21     Q.   Okay.  And so I think you stated
22 before, and I think it's commendable, that when
23 you're going to talk to the jury you're going to
24 give them all the evidence, right?
25 **A.   Correct.**

379

1      Q.   Okay.  And when you talk to the jury
2  and tell them that there's -- that -- well, strike
3  that.
4          When you talk to the jury about POEA
5  and its effect on absorption, are you going to
6  tell them that it's conclusively proven that POEA
7  enhances absorption, or are you going to tell them
8  it could be due to the POEA or it could be due to
9  the dilution?
10 **A.   Well, it also referenced footnote 161**
11 **on page 59.  It discussed that study.**
12     Q.   Okay.  And your sentence for footnote
13 161 states that, "Other formulations may contain
14 higher levels, even as high as 60 to 80 percent as
15 in the formulation Genamin," right?
16 **A.   Oh, I'm sorry.  Reference 162.  No,**
17 **that is 161.  Yeah, okay.**
18     Q.   Okay.  And once again that's cell
19 membranes that you're discussing, right?  Cell
20 membranes in -- in I believe placental cell lines
21 again, correct?
22     MR. KALAS:  Let the record reflect
23 Dr. Sawyer's looking at the Mesnage study cited at
24 161.
25     BY MR. KALAS:

380

1      Q.   Now that you've reviewed the Mesnage
2  study, sir, what type of cells is the Mesnage
3  study looking at?
4  **A.   Kidney derived.**
5      Q.   Kidney-derived cells.  Those would be
6  cells inside our body, right?
7  **A.   Yes.**
8      Q.   Okay.  And so once again those are not
9  cells that have lipophilic layers, right?
10 **A.   Correct.**
11     Q.   Those are not cells that have
12 epidermis, correct?
13 **A.   Yes.**
14     Q.   Those are not cells that have stratum
15 corneum, correct?
16 **A.   Correct.**
17     Q.   Okay.  And our skin has all that,
18 right?
19 **A.   Yes.**
20     Q.   Okay.  So when you're giving the jury
21 all of the data, are you going to tell them that
22 it is conclusively proven that POEA enhances
23 dermal absorption, or are you going to say that it
24 could be due to the dilution as well?
25 **A.   I'm going to state from a mechanistic**

381

1  **standpoint, that it's proven.**
2      Q.   Okay.  What data are you going to cite
3  for that?
4  **A.   (Reviewing document.)**
5          **The Richards study, footnote 150 on**
6  **page 56.**
7      Q.   So we just discussed that study, sir,
8  about ten minutes ago.  That's the study in
9  placental cells inside the body that don't have an
10 epidermis.
11         Let me ask you this:  Sitting here
12 right now, can you think of a study that supports
13 your opinion that surfactants, specifically POEA,
14 enhance absorption rates as opposed to dilutions?
15 We've spent ten minutes reviewing it, so --
16 reviewing your notes, so if you haven't found it
17 yet, you can caveat that you haven't found
18 anything in your notes thus far.
19         But I -- we have other things to get
20 to, and we have a limited amount of time.  So I'll
21 phrase my question with that caveat.
22         Based -- after reviewing your notes for
23 a few minutes, have you found any study that you
24 believe conclusively proves that POEA enhances
25 dermal absorption rates as opposed to dilutions

Transcript of William Sawyer, Ph.D., Volume 2

Conducted on October 16, 2018

382

1  enhancing dermal absorption rates?
2  **A.  No, only the mechanistic information**
3  **that POEA surfactants are nonionic detergents and**
4  **enhance the ability of a hydrophilic substance to**
5  **make it through the channels between the**
6  **brick-and-mortar structure of the keratin layer of**
7  **the epidermis.**
8  Q.  Okay.  So mechanistically, sir, is it
9  your testimony that nonionic surfactants disrupt
10  the epidermal layer?  Is that your testimony?
11  **A.  Nonionic surfactants certainly enhance**
12  **hydrophilic component permeability.**
13  Q.  Okay.  And you don't have a study using
14  Roundup that suggests that it's definitely the
15  nonionic surfactants as opposed to the dilution
16  enhancing the permeability rate, correct?
17  **A.  Yes.**
18  Q.  Now, another thing you've talked about
19  in the past is that there is bioaccumulation in
20  the skin which allows for absorption over a number
21  of days of glyphosate, right?  You talked about
22  that --
23  **A.  Yes.**
24  Q.  -- at the Johnson trial?  Okay.
25  And in Table 2 here, what they looked

383

1  at was actually partitioned from Roundup into the
2  human stratum corneum, right?  Back on Wester.
3  Table 2 right there.  You've got your
4  pen on it.  You see that table, sir?
5  **A.  Yes.**
6  Q.  Okay.  And what they found was that
7  something on the order of .05 percent of the
8  percentage dose accumulated in the stratum
9  corneum, right?
10  **A.  Yes.**
11  Q.  Okay.  And basically pretty much all
12  the Roundup that they applied to the skin model
13  here sat on top of the model, right?  It didn't
14  penetrate the skin, right?
15  **A.  Correct.**
16  Q.  Okay.  And this data doesn't suggest
17  that any significant amount of Roundup is
18  accumulating in the epidermal layer, right?
19  **A.  That is correct.**
20  Q.  And do you have another study you can
21  point me to that suggests that a significant
22  amount of glyphosate is accumulating in the
23  epidermal layer?
24  **A.  Yes.**
25  Q.  Which study, sir?

384

1  **A.  Maibach.**
2  Q.  Maibach 1983, sir, correct?  That's
3  correct, sir, Maibach 1983?
4  **A.  (Reviewing document.)**
5  **Yes.**
6  Q.  Okay.  And Maibach 1983 stated that
7  bound material, i.e. the glyphosate, is not
8  available for systemic absorption.
9  Do you recall that?
10  **A.  Yes, but that's an assumption.**
11  Q.  Okay.  Do you recall that the authors
12  of Nielsen 2007, a peer-reviewed study, said the
13  same thing about glyphosate?
14  **A.  No.**
15  Q.  Do you recall that the authors of the
16  Ward studies, those are the tape stripping studies
17  that you discussed in your toxicological notes,
18  said the same thing about glyphosate, that it --
19  the amount that stayed in the epidermal layer was
20  not available for systemic absorption?
21  **A.  Yes.  However, that -- neither of those**
22  **statements are in compliance with OECD who states**
23  **that the amount of substance not found in the**
24  **donor chamber should be considered absorbed and**
25  **therefore potentially available in the systemic**

385

1  **circulation and that may take more time, it may**
2  **take alterations in conditions.  For example, wet**
3  **skin, skin that has been wet in a glove all day**
4  **long, the characteristics of that skin changes.**
5  Q.  Okay.
6  **A.  There's a number of properties of skin**
7  **that I've included in my report that show how skin**
8  **can change and become more permeable under**
9  **different conditions.**
10  Q.  Well, that's a -- that's -- you're
11  referring to basically hydration of the skin,
12  correct, sir?
13  **A.  And other factors.**
14  Q.  And what data can you point me
15  to that shows that hydrated -- that the skin with
16  water and Roundup has an increased absorption rate
17  as opposed to dry skin?
18  **A.  That hasn't been studied.**
19  Q.  Okay.  So that's a theory on your part,
20  correct?
21  **A.  No.  I'm stating peer-reviewed studies**
22  **that talk about how glyphosate itself can change**
23  **the cytokine structure in the skin with chronic**
24  **exposure and other conditions of the skin can also**
25  **change dermal absorption to various chemicals --**



386

1    Q.   What --
2    A.   -- in general.
3    Q.   Sorry.  What peer-reviewed study, sir,
4  shows that glyphosate changes the cytokine
5  structure of skin?
6    A.   (Reviewing document.)
7    Q.   Have you been able to find a study in
8  the six minutes that supports that?
9    A.   It's in my report.  I'm just forgetting
10  where.  I did come across my Table 11 which shows
11  enhanced absorption of glyphosate with surfactant.
12    Q.   Right.  And that's -- Table 11 is a TNO
13  study, correct?
14    A.   Right.
15
16
17
18
19
20
21    Q.   Right.  And we'll look at that study a
22  little bit later, I think.  But am I correct that
23  after eight hours of dose in that study, the
24  maximum amount absorbed was 2.6 percent?  You
25  don't -- you don't present that data in your

387

1  toxicological notes.  I'm just asking if you
2  recall that, sir.
3    A.   Well, it is in my table, yeah.
4    Q.   Okay.  And the TNO study that you
5  present here has 48-hour penetration, right?
6    A.   Yes.
7    Q.   48 hours of direct dosing in the -- in
8  the diffusion model that they used, right?
9    A.   Right.  2.6 percent low dose and
10  10.3 percent at high dose.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Q.   Okay.  So where does Dr. Maibach say

388

1  that that's -- glyphosate in the skin is available
2  for dermal absorption?  He doesn't say that,
3  right?
4    A.   No.  He states that there's a chemical
5  reservoir that forms within the epidermis.
6    Q.   Who is Howard Maibach?
7    A.   I'm sorry?
8    Q.   Who is Howard Maibach?
9    A.   A toxicologist.
10    Q.   He's done a lot of skin absorption
11  studies over the years, right?
12    A.   Yeah.  He's an excerpt in percutaneous
13  absorption.
14    Q.   He's written hundreds of articles in
15  the peer-reviewed literature on percutaneous
16  absorption, right?
17    A.   Correct.  And I'm just stating what he
18  said.
19    Q.   And what he said in the Maibach study
20  you referred me to as well was that the bound
21  glyphosate is not available for absorption, right?
22    A.   Right, but I'm showing in Table 11 that
23  that's not true, that Monsanto's own data shows
24  that at 48 hours with a surfactant, we have
25  2.6 percent to 10.3 percent dermal absorption.

389

1    Q.   Howard Maibach has done hundreds more
2  dermal absorption studies than you have done,
3  right?
4    A.   Right, and I'm not relying on any study
5  I've performed.  I'm just stating what the facts
6  are in this case.
7    Q.   So you disagree with Howard Maibach's
8  conclusion about glyphosate as far as the
9  availability for dermal absorption in skin?
10    A.   Yeah.  That's proven correct based on
11  Table 11 in Monsanto's own data.
12    Q.   So the data in the Wester study in the
13  peer-reviewed literature does not suggest that
14  there's a significant reservoir of glyphosate in
15  the epidermis, right?
16    A.   Can you repeat that?
17    Q.   The data here does not suggest that
18  there's a significant reservoir of glyphosate in
19  the epidermis?
20    A.   In the Wester study?
21    Q.   Yes, sir.
22    A.   Correct.
23    Q.   Okay.  Now, if we go to Table 3, the IV
24  dose, what happens there is that the monkeys will
25  get a direct injection of glyphosate into their

390

1  bloodstream -- bloodstream, right?
2  **A.  Yes.**
3  Q.  Okay.  And that's to -- is at least
4  designed to mimic a systemic dose, right?
5  **A.  Yes.**
6  Q.  Okay.  And glyphosate that is dermally
7  absorbed is also a systemic dose, right?  Goes to
8  all areas of the body?
9  **A.  Yes.**
10  Q.  Okay.  And one of the advantages of an
11  IV administration as opposed to a dermal
12  administration in a test design such as this is
13  that you have almost perfect recovery of the test
14  compound, right?
15  **A.  Yes.**
16  Q.  And what happened here when they
17  administered the IV dose is that nearly all of the
18  glyphosate was excreted in the urine, right?
19  **A.  Right, with an IV dose, correct.**
20  Q.  About 90 times as much glyphosate was
21  excreted in the urine as the feces, right?
22  **A.  Yes.**
23  Q.  Okay.  And they were able in the IV
24  dose to recover nearly all the administered
25  glyphosate, right?

391

1  **A.  Yes.**
2  Q.  You don't have any problem with the
3  methodology that they used to design the tests
4  that they did in Table 3, right?
5  **A.  I do.  The methodology is flawed in**
6  **that it assumes that dermal dosing would behave in**
7  **the same way.**
8  Q.  Well, that's -- you have a problem with
9  the conclusion.  I'm asking about the methodology,
10  sir.  So do you have any problem with how they
11  designed the IV dosing study?
12  **A.  No.**
13  Q.  Okay.  And if we just had the IV dosing
14  study it would suggest that glyphosate is mainly
15  excreted via the urine, right?
16  **A.  Yes.**
17  Q.  Okay.  Now, one of the things that they
18  use here in the IV dosing is they have standard
19  deviations.
20  Do you see that?
21  **A.  Yes.**
22  Q.  And what is a standard deviation?
23  **A.  The rate of error.**
24  Q.  Okay.  And what is the cause of a
25  standard deviation in a study like this?

392

1  **A.  Variability between test animals.**
2  Q.  And what's the ideal standard deviation
3  you'd be looking for in the IV study?
4  **A.  10 percent.**
5  Q.  Okay.  And that's what they had here,
6  right?
7  **A.  Yes.**
8  Q.  Okay.  And if you have a standard
9  deviation wider than 10 percent, that would raise
10  some concern about the reliability of the results,
11  right?
12  **A.  Yes.**
13  Q.  Okay.  And so the relatively tight
14  standard deviations here is another reason to
15  believe the design of the IV dosing study was
16  good, right?
17  **A.  Yes.**
18  Q.  Okay.  Now, if we go to the dermal
19  doses in Table 4 there are two arms here, right?
20  **A.  Yes.**
21  Q.  And the high-dose arm and the low-dose
22  arm, correct?
23  **A.  Yeah.**
24  Q.  Okay.  And what the study authors
25  stated in their conclusions about dermal

393

1  absorption based on their -- well, strike that.
2  You just disagree with the conclusion
3  the study authors drew about dermal absorption
4  based upon their reading of Table 4, right?
5  **A.  Right.  The high dose shows minimal**
6  **feces accumulation versus urine, and the higher**
7  **dose, D, the lower dose is showing a greater**
8  **collection in the feces than the urine.**
9  Q.  Okay.  And the standard deviations here
10  for the urine and the feces counts were about, in
11  some cases, nearly 80 percent, right?
12  **A.  No.**
13  Q.  Okay.  Do you see the feces count on
14  dose C?
15  **A.  Yes.**
16  Q.  Okay.  And the standard deviation there
17  is -- or the count there was .7 percent and the
18  standard deviation was .5 percent.
19  Do you see that?
20  **A.  Yes.**
21  Q.  Okay.  And that is approximately, I
22  guess, a 72 percent -- 71 percent standard
23  deviation, right?
24  **A.  It's not how it's calculated.**
25  Q.  Okay.  Are those larger standard

394

1  deviations than the IV administration as a
2  percent?
3      A.  No.  Look at feces under the IV
4  administration, in Table 3 it's 1.3 plus or minus
5  .5.
6      Q.  Okay.  And so you have no concern about
7  the standard deviations here being .6, for
8  instance, for the urine in dose D with a .8 as the
9  average?
10     A.  That's giving a range in dose D in
11 urine of .2 to 1.4.
12     Q.  Okay.  And you don't have a concern
13 about that wide of a standard deviation there?
14     A.  Well, it has to be compared to the
15 feces, which is 3.6.  So that's a range of two to
16 5.2.  And so the -- when comparing the urine to
17 the feces, there's clearly a wide differential.
18 The difference between them is very -- very wide.
19     Q.  Okay.  Now, another thing that they did
20 was they measured the disposition in excretion of
21 glyphosate over a course of seven days, right?
22     A.  Yes.
23     Q.  Okay.  And if we go back to page 726 --
24 or excuse me.  Let's start at 727.
25         There's a diagram of how the monkeys

395

1  were positioned in the chairs when they applied
2  the dermal dose, right?
3      A.  Yes.
4      Q.  Okay.  And what they did is they put
5  the glyphosate formulation on a grid pattern on
6  their bellies, right?
7      A.  Yes.
8      Q.  And then they had a plate underneath
9  it, right?
10     A.  Yes.
11     Q.  Okay.  And then they left them in
12 chairs for 12 hours, right?
13     A.  Right.
14     Q.  And after those 12 hours, they
15 washed them, correct?
16     A.  Yes.
17     Q.  And then after they washed them they
18 put them in what are known as metabolic cages,
19 right?
20     A.  Yes.
21     Q.  And they left them in there for the
22 remainder of the six and a half days, right?
23     A.  Yes.
24     Q.  Okay.  And first of all, is there --
25 when they wash the monkeys, they wash the grids,

396

1  correct?
2      A.  Yes.
3      Q.  Okay.  And there's such a thing in
4  toxicokinetics known as lateral diffusion, right?
5      A.  Yes.
6      Q.  And what happens in lateral diffusion
7  is that the compound on the grid, some portion of
8  it might run off the grid to other parts of the
9  belly, right?
10     A.  Not if the proper amount of material is
11 used.  In this case, I think it was 7 microliter
12 per centimeter squared.  It's not enough to run
13 off.  7 microliter is -- I've used in trace radio
14 labeling 1 microliter up to 10 microliter syringes
15 and that's a very tiny amount of material.  When
16 put on a pad, it's not going to run anywhere.
17     Q.  Okay.  So they didn't use 7 microliter.
18 You're thinking of the in vitro study.  They used
19 500 micrograms per 20 centimeters squared.  Do you
20 recall that?
21     A.  500 microgram.  That's a quantity.
22 It's not a volume of liquid.
23     Q.  So for the volume of liquid for this
24 study they used the 1/29 dilution.  That's here on
25 page 726.  And that's 40 microliters per

397

1  20 centimeters square.
2      A.  Right.  And that's a large area.  40
3  micro liters is basically two drops.  It's not
4  enough material that it's going to spread all over
5  the chest at the end of it.
6      Q.  So you've -- so you've been able to
7  exclude the possibility there was lateral
8  diffusion from the grids in the study?
9      A.  It would be reported if that happened.
10     Q.  Well --
11     A.  It would be reported as a deviation.
12     Q.  How would they have collected that if
13 they only did washing of the grids?
14     A.  They would have observed it when
15 they -- when they set up the experiment.
16     Q.  How could they observe it?  It's a
17 clear liquid, sir.  How could you observe that?
18     A.  Visible liquid rather than the material
19 being underneath the patch, the material would
20 have spread and diffused downward or whichever way
21 gravity is pointing, which it should be downward
22 in this case.  It would have been observed and
23 reported.
24     Q.  I guess I'm confused by the patch.  I
25 don't see any discussion that they used a patch

Transcript of William Sawyer, Ph.D., Volume 2

33 (398 to 401)

Conducted on October 16, 2018

398

1    here that they applied glyphosate to a patch and
2    then put it on the body?
3        **A.   No.  It's put on the body and then**
4    **covered.**
5        Q.   Where does it say it's occluded, sir?
6        **A.   These tests are always occluded.**
7    **They're not open for the animal to touch or --**
8        Q.   Where does it say in the design -- they
9    were in chairs where they were strapped down,
10   correct?
11       **A.   Right.**
12       Q.   So you wouldn't have a concern that the
13   animal would touch it.  So where does it say -- at
14   least in those 12 hours.  So where does it say
15   that they occluded it?
16       **A.   It may not have been occluded with the**
17   **strapping.  That's true.  But nonetheless, in**
18   **these types of studies the materials put on in a**
19   **small enough quantity per area that it just**
20   **doesn't run down onto the floor.**
21       Q.   Okay.  Now, are you going to testify to
22   the jury that washing glyphosate with water or
23   soap and water is a hundred percent effective?
24       **A.   Well, they used Ivory soap, which is**
25   **general.  It doesn't damage the skin.**

399

1        Q.   Different question, sir.  Are you going
2    to tell the jury that washing with Ivory soap and
3    water or water alone is a hundred percent
4    effective in getting glyphosate off the skin?
5        **A.   That is the standard methodology for**
6    **determining how much is unabsorbed versus how much**
7    **is bound within the skin versus how much measures**
8    **as absorbed in the animal.**
9        Q.   All right.  So let's turn to Table 6 on
10   page 730, and they have a discussion of skin
11   decontamination of glyphosate single site versus
12   skin grid application.
13           Do you see that?
14       **A.   Yes.**
15       Q.   Okay.  And what they did is they did
16   three washes of the glyphosate with soap and water
17   versus water alone, right?
18       **A.   Right.**
19       Q.   And did they recover a hundred percent
20   of the glyphosate doing that?
21       **A.   Well, no, because some of it is**
22   **absorbed.**
23       Q.   So you -- you believe that in the 12
24   hours the monkeys sat there, 30 -- or 28.3 percent
25   of glyphosate was absorbed in the grid animals?

400

1    That's your testimony?
2        **A.   Not systemically.**
3        Q.   Okay.
4        **A.   Some of it was bound in the reservoir**
5    **as a reservoir within the skin --**
6        Q.   Okay.
7        **A.   -- and unavailable during that short**
8    **period of time to be absorbed, but was absorbed as**
9    **time went on.**
10       Q.   Okay.  So if it's bound in the
11   reservoir in the skin, that means that if I wash
12   that reservoir at some point I might be able to
13   get some more out, right?
14       **A.   No.  This already shows that it washed,**
15   **for example, the soap and water in the first**
16   **column, 85 -- 85.1 percent of the applied dose**
17   **then 3.9 by third wash only .5 percent of the**
18   **wash, it's essentially gone.  You're not going to**
19   **wash any more off.**
20       Q.   Okay.  If there's glyphosate in the
21   reservoir in the monkeys' skin and then they're
22   put in metabolic cages for six and a half days, is
23   it potentially possible that the monkeys could
24   touch their skin where the glyphosate is in the
25   reservoir and put it in their mouth, the

401

1    glyphosate?
2        **A.   No, because 90 -- let's see.  85 to 3.9**
3    **to .5, it's essentially gone.  It's already been**
4    **washed off.**
5        Q.   Okay.  So you believe that there was no
6    glyphosate left on the monkeys' skin after the
7    washing?
8        **A.   Mathematically not enough to account**
9    **for what was found in the feces, of course not.**
10       Q.   Okay.
11       **A.   If you look at what was found in the**
12   **feces that's greater than .5 percent or --**
13       Q.   It's actually not, sir.  The feces is
14   actually, I believe, 3.6 percent?
15       **A.   Right.**
16       Q.   Which they were able to wash off about
17   80 percent here.  So my question is, how were you
18   able to rule out that the monkeys touched their
19   belly in the metabolic cages and put their hands
20   in their mouth?
21       **A.   Because the triple washing.  It was**
22   **down to .5 percent .6 percent .8 percent and**
23   **.5 percent.**
24       Q.   So you read that to state that there
25   was only .5 percent glyphosate left in the skin in

402

1  the single site after three -- three washes?
2  That's how you read that rather than --
3      A.  Available to be washed off with soap.
4  And monkeys aren't scrubbing with soap.  If they
5  touch it, it's incidental touching.  It's not
6  scrubbing with soap.
7      Q.  Right.  That's my point, sir.  How can
8  you be sure that when the monkeys got out of the
9  chairs and into the metabolic cage they did not
10 touch their belly and transfer the glyphosate to
11 their mouth?
12     A.  They most likely did touch their
13 bellies but there's not enough left there to be of
14 any significance because it's already been washed
15 off with soap, with Ivory soap.
16     Q.  According to the grid --
17     A.  Three different washings.
18     Q.  According to the grid the total amount
19 washed off after three washes was 71.7 percent,
20 right?
21     A.  Yeah.  The rest is either combined,
22 absorbed systemically, or bound as a reservoir in
23 the skin.
24     Q.  Okay.  So the amount excreted after
25 seven days in dose D was 4.4 percent, right?

403

1  Strike that.
2      A.  Yes.  4.4, plus or minus 2.2.
3      Q.  Okay.
4      A.  No, wait a minute.  That may not be
5  right.  That's urine and feces.
6      Q.  Right.  That's what I was saying,
7  combined.
8      A.  Okay.
9      Q.  Okay.  And so 71.7 plus 4.4 only gets
10 us to about 75 percent, right?  76?
11     A.  Well, 77 plus .1 -- 77.1 and 4.4 --
12     Q.  Okay.
13     A.  -- is 81.5.
14     Q.  Okay.  And so there was enough
15 glyphosate left in the skin for the monkeys to
16 touch their bellies and put it in their mouth to
17 come up with the figures we've seen?
18     A.  Well, no.  They're not going to --
19 they're not eating their epidermis off their body.
20 It's bound in the epidermis, as per Dr. Maibach's
21 own words.  It's a reservoir within.  It's bound
22 within -- and Monsanto's argument is it's not
23 available for availability.
24     Q.  That's Dr. Maibach's argument, not
25 Monsanto.

404

1      A.  No, no, that's Monsanto's too.  I have
2  documented that, not available for
3  bioavailability, but yet out of the same mouth
4  comes, oh, it is available for the monkey to touch
5  and -- I mean, can't have it both ways.  If it's
6  bound in the reservoir and washed three times with
7  Ivory soap, there's nothing left for the monkey to
8  touch and put in the mouth.
9      Q.  Okay.  I understand, sir.  So let's
10 look at Table 5, and then we'll take a break.
11 Table 5, after 24 hours, sir, how much glyphosate
12 was in the blood in dose D after 24 hours?
13     A.  (Reviewing document.)
14         For dose D?
15     Q.  Yes, sir.
16     A.  .0006 --
17     Q.  Okay.
18     A.  -- microgram equivalents per milliliter
19 of carbon 14 glyphosate.
20     Q.  Okay.  And so after 24 hours of
21 exposure, approximately .0001 percent of the
22 glyphosate absorbed -- or the glyphosate applied
23 to the monkeys' bellies was detected in the blood,
24 correct?
25     A.  No.  That's not a percentage.  That's a

405

1  measurement in microgram equivalents per
2  milliliter.
3      Q.  Right.  But if I'm correct, sir, there
4  was 500 micrograms applied to the monkeys'
5  bellies, right?  Table 4.
6      A.  Well, dose D was 500 microgram per
7  20 centimeters squared.
8      Q.  Right.  So 500 micrograms total, right?
9      A.  Well, I don't know if that unit is in
10 microgram equivalents per mL of C14.
11     Q.  That's what it says -- that's what it
12 says at the top of Table 5, right?
13     A.  Yeah, but that's not what it says in
14 method.  Looks like there were two doses of C14
15 glyphosate with a tenfold difference in amount.
16 Dose C at 5,400 microgram and 200 centimeter
17 per -- 200 centimeter square and dose D at 500
18 microgram -- see those are units of glyphosate,
19 not necessarily the glyphosate C14 microgram
20 equivalent per mL.
21     Q.  That's a good -- that's a good point.
22 This was a 1/29 solution, right?
23     A.  Yes.
24     Q.  So in this 1/29 solution there would be
25 approximately 20 micrograms of glyphosate, right?

406

1    A.   Let's see.  500 divided by -- I'd have
2  to calculate that to be exact.
3    Q.   Okay.  Well, 1/10 would be 50?
4    A.   Right.
5    Q.   1/20 would be 25 so 1/30 would be
6  approximately 17, and this is a little more than
7  that.  So how about 18 micrograms?  Can you agree
8  with that?
9    A.   I think that's approximate, yeah.
10   Q.   Okay.  So in this 1/29 solution there's
11 18 micrograms of glyphosate.  And after 24 hours
12 they detected approximately a little bit less than
13 .001 percent of that glyphosate in the blood,
14 right?
15   A.   I don't see how that's derived because
16 Table 5 is giving per mL.  We don't know how many
17 mL of blood are in the animal.
18   Q.   Let me ask you this:  Is the
19 .0006 micrograms per mL near background levels?
20 Because that's what the authors report, that the
21 amount in the blood after topical administration
22 was near background level.
23        Do you agree with that?
24   A.   I'm not finding that.
25   Q.   Go to page 729.  It states, "Table 5

407

1  gives the glyphosate C14 equivalence blood
2  concentrations following the two IV and two
3  topically administered doses.  C14 blood levels
4  were detectable after IV administration but were
5  near or at background level following topical
6  administration."
7        Do you see that, sir?
8    A.   Okay.
9    Q.   Do you agree with that statement?
10   A.   Yeah, I see no reason to disagree,
11 although it doesn't change my opinion because
12 that's systemic blood circulation and what we have
13 is during that first 12 hours is fecal elimination
14 through the liver.  So the blood has essentially
15 been cleared.  And there is a steady state of
16 a small amount of absorption from the materials
17 deposited in the skin over longer period of time.
18   Q.   How have you been able to rule out --
19 well, strike that.
20        It's your opinion that the
21 biomonitoring studies on glyphosate should be
22 accounting for fecal exposure, right?
23   A.   Absolutely.
24   Q.   Okay.  And the fecal exposure listed in
25 this article indicate a -- four times as much in

408

1  dose D excreted via the feces as the urine, right?
2    A.   Yeah, and I can prove that very simply.
3  This whole idea of hand to abdomen to mouth and
4  then assuming that would be a fecal elimination
5  makes no sense.  Whether it is taken in orally or
6  through the skin, it's still going to pass through
7  the liver and be metabolized.
8    Q.   Well, we know from the NTP studies and
9  some other studies that orally absorbed glyphosate
10 is excreted mainly via the feces with some urinal
11 excretion as well, right?
12   A.   Right.  And that's -- that's very
13 important, and that's proof of what I'm trying to
14 explain, that when one injects an IV bolus and
15 gives a full day's worth of absorption in a few
16 seconds in an IV bolus, the liver cannot process
17 it at that rate.  The liver enzyme becomes
18 saturated, and we see spillover into the urine.
19   Q.   What study shows that the liver enzyme
20 becomes saturated from glyphosate exposure?
21   A.   The Maibach study.
22   Q.   The Maibach study.  Where does the
23 Maibach study measure enzymes, sir?
24   A.   They didn't measure enzymes.
25   Q.   Okay.

409

1    A.   But it shows that the fecal route is
2  predominant in -- in dose D, two animals in dose
3  D.
4    Q.   So that's the Wester study you're
5  talking about, not the Maibach study.
6    A.   Well, I think the Maibach study
7  actually did too.
8    Q.   The Maibach study didn't measure feces,
9  correct?
10   A.   Let me see.  Okay.  No.  I'm speaking
11 of the Wester study.
12   Q.   Okay.
13   A.   That the urine becomes a more
14 significant route -- or I mean feces becomes the
15 more significant route when dermally applied
16 versus IV bolus.
17   Q.   Okay.  So my question is, where did
18 they measure the saturation of the liver enzymes
19 in the Wester study, sir?
20   A.   The liver enzymes weren't measured.
21   Q.   Okay.  And so where have you seen any
22 study in the peer-reviewed literature or elsewhere
23 that shows that liver enzymes become saturated
24 from glyphosate exposure, specifically the
25 mechanism and not the results of this Wester

410

1  study?
2    **A.  General dermal absorption studies**
3  **published in the literature and IV boluses have**
4  **been used versus dermal, slow, steady-state dermal**
5  **absorption that at the higher level drug level as**
6  **in dose D, the -- you know, the likelihood of --**
7  **when intravenous solution of a high dose of drug**
8  **is used, the likelihood of liver enzyme saturation**
9  **increases, and that's been shown in many studies**
10 **for different drugs.**
11   Q.  Which study on glyphosate, sir?
12   **A.  Liver enzyme studies were not conducted**
13 **by Monsanto on glyphosate.**
14   Q.  Has it been conducted in the
15 peer-reviewed literature by anybody?
16   **A.  No.**
17   Q.  Okay.  And my other question is,
18 glyphosate is hydrophilic, right?
19   **A.  Yes.**
20   Q.  And hydrophilic compounds are expected
21 not to be readily absorbed by the skin, right?
22   **A.  Yes.  I've already explained that.**
23   Q.  Okay.  And hydrophilic compounds are
24 expected to be excreted via the kidney, right, and
25 the urine?

411

1    **A.  Not necessarily.  Alcohol is extremely**
2  **hydrophilic, more so than glyphosate, and alcohol**
3  **is metabolized in the liver, as we all know by**
4  **alcohol dehydrogenase.**
5    Q.  The glyphosate's not metabolized,
6  right?  Or is very little metabolism to AMPA?
7    **A.  Glyphosate is metabolized on a dermally**
8  **applied dose.**
9    Q.  What is it metabolized to, sir?
10   **A.  I believe a hydroxyamino**
11 **organophosphate.  I think I have the -- that in my**
12 **report, the metabolic study.**
13   Q.  Studies by -- studies by NTP and others
14 have found that glyphosate is metabolized
15 approximately 1 percent to a compound called AMPA,
16 correct?
17   **A.  Yeah the AMPA.  But the thing is that**
18 **that is, as I recall, based upon intravenously**
19 **administered glyphosate.**
20   Q.  Okay.  What study is out there that
21 shows that glyphosate is metabolized in a greater
22 amount to AMPA via dermal absorption?
23       MR. SELDOMRIDGE:  Counsel, after this
24 question, do you want to break for lunch?
25       MR. KALAS:  I don't want to commit

412

1  until I hear the answer.  I might have one
2  follow-up.
3       MR. SELDOMRIDGE:  I understand.
4       MR. KALAS:  But yeah.
5    **A.  (Reviewing document.)**
6    **At a higher fecal recovery in the**
7  **Wester study.**
8       BY MR. KALAS:
9    Q.  And IARC has said glyphosate is not
10 readily metabolized, correct?
11   **A.  Upon IV push, that's correct.**
12   Q.  That -- do you recall that they did not
13 limit their opinion to IV push?  They just said
14 generally glyphosate is not readily metabolized?
15   **A.  That's how the studies have been run,**
16 **yeah.**
17   Q.  Okay.  And the EPA said glyphosate is
18 not readily metabolized, right?  Strike that.
19       Can you point me to a metabolite of
20 dermal absorption of glyphosate that has been
21 recorded at a level of higher than 1 percent
22 anywhere?
23   **A.  No, but based on the Wester study and**
24 **even Monsanto's own internal document from**
25 

413

1  
2  
3  
4  
5  
6  
7  
8  discuss the metabolite about the pharmacokinetics?
9  Was there any discussion of metabolite in that
10 statement?
11   **A.  No.**
12       MR. KALAS:  Okay.  Let's break for
13 lunch.
14       THE VIDEOGRAPHER:  The time is 12:43.
15 We are off the record.
16       (Luncheon recess from 12:43 p.m. to
17 1:47 p.m.)
18       THE VIDEOGRAPHER:  The time is 1:47.
19 We are on the record.
20       (Exhibit Number 29, Revised Glyphosate
21 issue Paper, Evaluation of Carcinogenic Potential,
22 EPA's Office of Pesticide Programs, December 12,
23 2017, DP Barcode D444689, was marked for
24 identification.)
25       ///

CONFIDENTIAL
Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018

37 (414 to 417)

414

1       BY MR. KALAS:
2   Q.   Dr. Sawyer, I marked as Exhibit 29 a
3   document called revised glyphosate issue paper
4   evaluation of carcinogenic potential.  You've seen
5   this before, right?
6   A.   Yes.
7   Q.   Okay.  Now, last time we got together
8   in August, I asked you if you had gone and made
9   sure you had all the studies that Monsanto
10  submitted to EPA in support of its registration of
11  glyphosate.
12       Do you remember me asking you about
13  that?
14  A.   Vaguely.
15  Q.   Okay.  Since we got together in August,
16  have you gone back to make sure you have all of
17  the studies Monsanto submitted to EPA for its
18  registration of glyphosate?
19  A.   No.
20  Q.   Okay.  So, for instance, when we talked
21  about the Myhr study on surfactants, you haven't
22  gone back to see if you actually had the Myhr
23  study on surfactants, right?  M-Y-H-R.
24  A.   No, I do not.
25  Q.   Okay.  And how about the Mecchi study,

415

1   M-E-C-C-H-I?  Did you go back and see if you have
2   that study?
3   A.   I do not.
4   Q.   How about the Lawlor study,
5   L-A-W-L-O-R?  Did you check to see if you have
6   that study?
7   A.   I do not have it.
8   Q.   Okay.  When you reviewed this document,
9   Exhibit 29, did you look at it to see if EPA had
10  some studies that you had not been sent by the
11  Miller Firm?
12  A.   Yes, as majority of the studies I have,
13  I've researched myself.  I didn't rely on the
14  Miller Firm to provide me the scientific studies.
15  Q.   Well, how about the studies that were
16  submitted by Monsanto to EPA on glyphosate?  A lot
17  of those are not in the peer-reviewed literature.
18  Did you look at this document to see what the
19  Miller Firm might have as far as those go?
20  A.   No.  I'm not sure how I'd even be able
21  to determine that.
22  Q.   If you could turn to page 101, sir.
23  And this is Table 5.1.
24       Do you see that?
25  A.   Yes.

416

1   Q.   And these are all AMES tests that were
2   submitted on glyphosate, right?
3   A.   Yes.
4   Q.   Okay.  And this carries through to 105.
5   And did you go through this to make sure you had
6   all of the AMES tests submitted on glyphosate?
7   A.   No.  I don't feel I need to review all
8   of the AMES studies.  That's a basic bio screen
9   technique and they're already summarized by EPA.
10  I didn't have any special interest to obtain all
11  the original studies on those.
12  Q.   Okay.  So you agree with EPA's
13  conclusion that glyphosate was negative in the
14  presence and absence of metabolic activation in
15  the AMES test?
16  A.   Yes.
17  Q.   Okay.  If we go, then, to page 107, did
18  you look to see if you had all of the studies
19  cited here in Table 5.2 for in vitro mammalian
20  gene mutation assays for glyphosate?
21  A.   No.  I'm already familiar with the
22  study evidence on this in terms of the in vitro
23  analyses.
24  Q.   So you didn't need to look at the
25  Jensen study to reach your conclusion about

417

1   in vitro mammalian gene mutation assays?
2   A.   No.
3   Q.   You didn't need to look at the Li study
4   to reach your conclusion?  L-I.
5   A.   I don't see that on here.
6   Q.   It's the third row, sir.
7   A.   Oh, yeah.  There it is.  No.  My
8   understanding is that the gene mutation studies
9   in vitro are largely negative.
10  Q.   Okay.  So you agree with EPA that the
11  gene mutation studies for glyphosate are negative?
12  A.   On a screening basis using this
13  technique, yes.
14  Q.   Okay.  How about Table 5.3 on page 111
15  through -- it's just 111 is 5.3.  Did you go and
16  look to see if you had all the in vitro tests for
17  chromosome aberrations in mammalian cells?
18  A.   No.  I reviewed this document
19  previously and relied on the summation of these
20  results that the results are largely negative.
21  Q.   Okay.  So you agree with EPA that
22  glyphosate is negative in the in vitro chromosomal
23  aberration test for mammalian cells?
24  A.   Can you repeat that?
25  Q.   You agree with EPA that glyphosate is

Transcript of William Sawyer, Ph.D., Volume 2

Conducted on October 16, 2018

418

1   negative in the in vitro chromosomal aberration
2   test for mammalian cells?
3       A.   I would say largely, yes.
4       Q.   Turn to page 112 and carrying through
5   113, did you go to Table 5.4 to see if you had all
6   of the in vitro tests for micronuclei induction in
7   mammalian cells?
8       A.   No.  Again, I just relied on the EPA
9   summation of these studies.
10      Q.   Let me ask you this:  As far as
11  genotoxicity tests go as a whole, did you rely on
12  EPA's evaluation of those tests rather than
13  looking at the individual tests yourself?
14      A.   With respect to the in vitro tests,
15  yes.
16      Q.   So --
17      A.   Not with respect to the in vivo or
18  human evidence.
19      Q.   Okay.  So let's go to Table 5.5, then,
20  which is 117.  This is in vivo tests -- vivo --
21  for chromosomal aberrations in mammals with
22  glyphosate.  Did you look at this table to see if
23  you had all of these tests?
24      A.   No, but I understand that really the
25  vast majority of the in vivo animal tests, rodent

419

1   tests, are negative.
2       Q.   Okay.  So you agree with EPA that
3   glyphosate is negative in an in vivo chromosomal
4   aberration design for -- for genotoxicity?
5       A.   Largely.  Not -- not across the board.
6   There are some marginal and positive tests.
7       Q.   Using your weight of the evidence
8   evaluation are you going to tell the jury that
9   glyphosate causes chromosomal aberrations in an in
10  vivo model in mammals?
11      A.   No.  In humans, yes.  In animals, it's
12  equivocal.
13      Q.   So EPA in Table 5.5, if you look at
14  that, and the results of the in vivo chromosomal
15  aberration test report negative, negative,
16  negative, negative, negative for those tests,
17  correct?
18      A.   Yes, but I have a newer study I think
19  that's positive.
20      Q.   Which study is that?  Wozniak, sir?
21      A.   I'm sorry?
22      Q.   Is that study Wozniak?
23      A.   I think so.  I have to look.
24      Q.   Okay.  So let's assume it is Wozniak.
25      A.   Okay.

420

1       Q.   You have one positive study and five
2   negative studies, right?
3       A.   Right, and as you know, four negative
4   x-rays of a fracture and one positive x-ray that
5   caught the fracture means there's a fracture.
6       Q.   Okay.  Motion --
7       A.   Just because four out of five are
8   negative doesn't absolutely confirm negative.
9            MR. KALAS:  All right.  Motion to
10  strike everything after "right."
11           BY MR. KALAS:
12      Q.   My question was just simple arithmetic.
13  You have five negative studies and one you recall
14  that is positive for in vivo chromosomal
15  aberrations, correct?
16      A.   I didn't understand the question.
17      Q.   Just a matter of simple arithmetic.
18  You have five negative studies for chromosomal
19  aberrations in an in vivo model, and one that you
20  recall as positive in mammals, right?
21      A.   Yes.
22           MR. SELDOMRIDGE:  Objection.  That's
23  not arithmetic.
24           BY MR. KALAS:
25      Q.   You're not going to tell the jury that

421

1   you disagree with EPA's conclusion that the in
2   vivo mammalian bone marrow chromosomal assays
3   conducted with glyphosate technical for regulatory
4   purposes were all negative, right?
5       A.   Correct.
6       Q.   Okay.  Turning to page 118 through 121,
7   did you look at the in vivo tests for micronuclei
8   induction listed here in Table 5.6 to see if you
9   had all of these tests when reaching your
10  opinions?
11      A.   No.  I used the summary from EPA at
12  face value.
13      Q.   Okay.  So you agree with EPA that
14  glyphosate technical administered via the oral
15  route in nine micronuclei assays, that eight of
16  those nine were negative for micronuclei
17  induction, right?
18      A.   Yes.
19      Q.   And you don't disagree with EPA's
20  conclusion, based on their weight of evidence
21  evaluation, that the genotoxicity tests for
22  glyphosate were negative, correct?
23      A.   The majority of the assays were
24  negative, is what I would conclude.
25      Q.   Okay.  So then if we go to pages 203

422

1   through 215, EPA also reported on genotoxicity
2   assays on formulated products.
3       Do you recall reviewing that?
4       A.  I do.
5       Q.  Okay.  And have you reviewed all of the
6   AMES tests discussed by EPA from pages 203 to 208?
7       A.  No.
8       Q.  Okay.  And you're going to defer to
9   EPA, then, on their description of the results in
10  those tests as negative, right?
11      A.  Yeah.  I think that's true for these
12  in vitro AMES tests.
13      Q.  Okay.  And then for the rest of these
14  tests, F.2, F.3, F.4, F.5, carrying through to
15  215, did you review all of the tests submitted to
16  EPA by Monsanto for genotoxic damage using
17  formulated products that are discussed here?
18      A.  I've reviewed the summary.  That's all.
19      Q.  Okay.
20      A.  And, again, my opinion is that the
21  studies were largely negative but not completely.
22      Q.  Okay.  So you agree, then, with EPA and
23  with the EPA SAP on glyphosate that both
24  glyphosate and formulated glyphosate-based
25  herbicides are negative for genotoxicity based on

423

1   the studies they've reviewed?
2       A.  Largely negative.
3       Q.  Okay.  Now, if we can go back to your
4   toxicological notes, sir, you used something
5   called the POEM model to calculate a dose for
6   Mr. Hall, right?
7       A.  Yes.
8       Q.  Okay.  And the dose you calculated is
9   described, I believe, on page 17 of your
10  toxicological notes, right?
11      A.  Starting on page 16.
12      Q.  Okay.  And you state, "Mr. Hall" -- on
13  page 16, "Mr. Hall reasonably qualifies as an
14  exposed glyphosate spray operator using a
15  hydraulic nozzle (Table 7 below) with additional
16  acute soaking exposures.  His dosage can be" --
17  "also be approximated from Tables 6 and 7;
18  however, Mr. Hall's high level acute exposures are
19  not accounted for in these tables," right?
20      A.  Yes.
21      Q.  Okay.  And so when you go to 6 and 7,
22  and specifically 7, you've highlighted Table 7, no
23  gloves, handheld outdoor hydraulic nozzles, right?
24      A.  Yes.
25  ████████████████████████████████

424

1   ████████████████████████████████
2   ████████████████████████████████
3   ████████████████████████████████
4   ████████████████████████████████
5   ████████████████████████████████
6   ████████████████████████████████
7   ████████████████████████████████
8   ████████████████████████████████
9       Q.  Well, let me make sure I understand
10  what you're going to -- well, let me ask this.
11  Let me ask a foundational question.  Are you going
12  to present to the jury a presumed occupational
13  dose for Mr. Hall?
14      A.  Yes.
15      Q.  Okay.  And are you going to present the
16  4.689 number discussed here on page 17, 4.689 mg
17  per kg per day, or are you going to present the
18  1.445 mg per kg per day number that's on
19  MONGLY06403311 and is also repeated in Table 7 in
20  the top right-hand column?
21      A.  Well, I'm going to factor the 1.445 and
22  the 4.689 milligram per kilogram per day values
23  based upon his body weight, which was obviously
24  higher than 60 kilograms.  And I'm going to
25  explain that his dose was certainly at least 1.445

425

1   based on 3 percent dermal absorption, but more
2   likely higher, possibly as high as 4.689 to
3   10 percent dermal absorption and also going to
4   provide the actual raw data where this comes from
5   in Annex 2 from the document I just referenced at
6   64 -- 06403311 document for the legs, trunk,
7   hands, hundred percent penetration of glove value,
8   etc.
9       Q.  Okay.  So let's break that down.  So if
10  I understand you correctly, you're going to
11  present both values to the jury, the 1.445 and the
12  4.689, right?
13      A.  Yes.  If I may explain it, at least the
14  1.455 no less, but possibly as high as 10 percent
15  based upon the studies I've referenced in my notes
16  demonstrating increased dermal absorption through
17  dermal uptake versus IV bolus analyses in
18  primates.
19      Q.  Okay.  And the dermal uptake analysis,
20  that actually does not measure 10 percent
21  glyphosate recovered in any of those studies,
22  right?  The highest it goes is 4.4 percent?
23      A.  Up to 22 percent if you follow the
24  rules.
25      Q.  Okay.

426

1    A.   Apparently Monsanto can't follow rules,
2 even though they are designated by international
3 cooperative agency that the unaccounted-for
4 portion remaining in the tissue has to be
5 considered part of the absorption.
6    Q.   You admit that there are scientists not
7 affiliated with Monsanto in the Nielsen 2007
8 study, in the Maibach study, in the Wester study,
9 who have all opined that the amount not absorbed
10 that remains in the epidermis is not available for
11 absorption?
12    A.   I guess they would be struck under
13 Daubert for not following methodology.
14    Q.   Those --
15    A.   The methodology is clear and
16 unequivocal.
17    Q.   Those are peer-reviewed studies that
18 they stated that in, correct?
19    A.   Yes, but the methodology for
20 calculating dermal absorption is clear.
21    Q.   Okay.  And you have never done a
22 percutaneous dermal absorption study yourself,
23 right?
24    A.   No.  I have been trained in it, but I
25 have not conducted it myself.

427

1    Q.   And Dr. Maibach has done hundreds,
2 right?
3    A.   That's right.
4    Q.   Dr. Nielsen has done dozens, right?
5    A.   I can't speak on that, but probably.
6    Q.   Dr. Wester has done dozens, right?
7    A.   Yes.
8    Q.   Now, you believe that the 3 percent
9 number represented here in Table 7 is what you
10 would describe as the dose that Mr. Hall -- at
11 least it was your floor for his dose, right?
12    A.   That's correct, yeah.
13    Q.   Okay.
14    A.   As I stated on page 16, there was mouth
15 exposure.  He had numerous O-ring blowouts of his
16 sill cylindrical pump, which he was sprayed with.
17 The conditions of his exposures were certainly
18 more severe than that held in the spray operator
19 exposure studies.
20    Q.   Okay.  Now, you haven't quantified any
21 of those other exposures, right?
22    A.   No, no.
23    Q.   Okay.
24    A.   That's true.  And that's why I'm
25 stating just that the 3 percent value dermal

428

1 absorption is a floor number.
2    Q.   Okay.  And so -- then you stated, I
3 believe, that you wouldn't use the 60-kilogram
4 weight.  You would use Mr. Hall's weight which is
5 117 kilograms, right?
6    A.   Yes.
7    Q.   And that would take this down to
8 approximately .75 mg per kg per day, right?
9    A.   Yes.
10    Q.   Now, you've argued that gloves provide
11 no protection for glyphosate absorption, right?
12       MR. SELDOMRIDGE:  Objection.
13 Misstates.
14    A.   No, I didn't argue anything.  I have
15 here with me a pair of jersey gloves.  When these
16 become wet, they offer zero protection.  In fact
17 they make matters worse because it keeps the hand
18 in contact with wet glyphosate throughout the
19 entire workday.
20       BY MR. KALAS:
21    Q.   Have you gone back and looked at the
22 Wester '96 study since we discussed it in August?
23    A.   We -- yeah, today.  I looked at it
24 today and I looked at it yesterday as well and
25 about ten days prior to that.  Yes.

429

1    Q.   Okay.  So you have looked at that study
2 now?
3    A.   Yes.
4    Q.   Okay.  And what the authors in Wester
5 '96 found was that when they put cotton between
6 their -- their receptor fluid and the glyphosate
7 that was administered, only about half of the
8 glyphosate that was administered to the cotton
9 actually got through, right?
10    A.   Yes.
11    Q.   Okay.  And so the gloves or -- those
12 are cotton gloves, those jersey gloves, right?
13    A.   Yes.
14    Q.   And so the cotton in the Wester '96
15 study provided about 50 percent protection from
16 glyphosate absorption, right?
17    A.   In that experimental design.  However,
18 that's not real world wearing a wet glove.  The
19 hand is wet with glyphosate.
20    Q.   Okay.  Now, sir, another thing they
21 looked at in the Wester '96 study and in the
22 Nielsen 2009 study is something called flux,
23 right?
24    A.   Yes.
25    Q.   What is flux?

430

1    A.   Flux is the rate at which it's
2    absorbed, not the percent of absorption, but
3    microgram per kilogram per hour.
4       Q.   And is flux a standard way to look at
5    dermal absorption in dermal absorption studies?
6       A.   Only for the rate, not for the actual
7    percent.
8       Q.   Right.  But the percent represents
9    snapshot at the end of the study, right?
10      A.   Yes.  And that's significant for
11   calculating dose.
12      Q.   Right.  And so if somebody -- if we
13   have a study that looks at 48 hours of absorption
14   of a substance but we know somebody was only
15   exposed to that substance for eight hours, we
16   might want to look at the flux to calculate a
17   dose, right?
18      A.   No, not in a case where a person is
19   exposed five days in a row.
20      Q.   Well, sir, you agree that you can't
21   cite to me another author or another scientist
22   that you're aware of that claims that the
23   glyphosate that is retained in the epidermis is
24   available for absorption, right?
25      A.   Nor can I show you a study that shows

431

1    it isn't.  But the methodology requires that to be
2    counted as absorbed.
3       Q.   I didn't ask about a study.  I asked
4    about another scientist that agreed with you.  Can
5    you name another scientist that agrees with you
6    that the glyphosate retained in the epidermis is
7    available for absorption?
8       A.   I have not investigated that.  I rely
9    upon generally accepted peer-reviewed studies and,
10   more importantly, methodology that is -- that
11   dictates how such calculations are made, not
12   rather sitting in a bar somewhere talking to
13   another toxicologist.
14      Q.   Are you stating here that Dr. Maibach
15   does not follow OECD guidelines in evaluating
16   dermal absorption studies?  Strike that.
17           Question's withdrawn.
18           Did you also look at the data put out
19   by the German regulators that suggested cotton is
20   85 percent protective of pesticide absorption?
21   That's the BAUA.
22      A.   No.  There have been no studies of a
23   human wearing a wet glove.  These are experimental
24   in vitro analyses performed in the laboratory that
25   are not realistic of a person wearing a wet,

432

1    soaked cotton glove.
2       Q.   I'm not sure if you answered the
3    question.  Maybe you did.  Have you reviewed that
4    BAUA document, to your knowledge?
5       A.   I'm not sure I have the German document
6    filed.  I'm not sure.
7       Q.   Okay.  And you don't -- and you can't
8    recall, sitting here today, whether they actually
9    did look at humans in either passive dosimetry or
10   biomonitoring for absorption through cotton
11   gloves?
12      A.   Not wet cotton gloves, no.  That has
13   not been done.
14      Q.   How do you know, if you can't recall if
15   you've seen it?
16      A.   Because I reviewed the literature and
17   I've not come across any study ever performed with
18   a human wearing a wet glyphosate-soaked glove.
19      Q.   Well, sir, we've -- you testified
20   earlier that you reviewed the literature on
21   cigarette smoking too, right?
22      A.   Yes, I have, and I've kept up on it for
23   many years as well.
24      Q.   And we saw three studies today that you
25   hadn't found, right?

433

1       A.   That's correct.
2       Q.   Okay.  So it's possible you may have
3    missed something as well in the literature on the
4    protective factors of gloves, right?
5       A.   As you know, I've referenced the
6    Drexler study on skin protection as well as the
7    Oregon OSHA and the Drexler abstract.  Well, it's
8    the same study, actually.
9       Q.   Okay.  My --
10      A.   With respect to gloves and even skin
11   creams and other agents used to protect the skin,
12   and cotton gloves and even OSHA does not recognize
13   a jersey glove to be protective whatsoever against
14   liquids.
15      Q.   Sir --
16      A.   It's a completely permeable glove.  The
17   skin is still as wet as it would be with or
18   without the glove.  It makes no difference.  So
19   this is all nonsense.
20           MR. KALAS:  Motion to strike as
21   nonresponsive.
22           BY MR. KALAS:
23      Q.   Sir, my question is whether or not it's
24   possible you might have missed something in the
25   literature on the protective factors of gloves.

434

1    A.   Anything's possible.
2    Q.   Okay.  Now, did you review the Lavy
3  study, L-A-V-Y?
4    A.   What is the title?
5    Q.   "Conifer Seedling Nursery Worker
6  Exposure to Glyphosate."
7    A.   No.
8    Q.   And did you -- so you didn't see in
9  that study where in passive dosimetry they found
10  that cotton clothing provided a 23 percent
11  protective factor?
12       MR. SELDOMRIDGE:  Objections.  Asked
13  and answered.
14       MR. KALAS:  I didn't ask about Lavy.
15       MR. SELDOMRIDGE:  He just stated he
16  didn't review it.
17    A.   I relied, in my assessment 25 percent
18  exposure factor -- no.  That was distribution.
19  I'm sorry.  Let's see.
20       Well, the Annex 2 of the study I relied
21  upon uses 25 percent for the clothing and
22  50 percent for -- that's for the trunk and
23  50 percent for legs.
24       BY MR. KALAS:
25    Q.   That's the distribution, sir, correct?

435

1  The penetration is 100 percent for hands in your
2  model, correct?
3    A.   For hands, yes.
4    Q.   Okay.
5    A.   And --
6    Q.   So my question -- my question was about
7  Lavy and whether or not you were aware that they
8  found a 23 percent protective factor for clothing.
9    A.   For clothing?
10    Q.   Yes, sir, for cotton clothing.
11       MR. SELDOMRIDGE:  Same objection.
12    A.   That could be, but I -- I relied on the
13  Monsanto Annex 2 data.
14       BY MR. KALAS:
15    Q.   Well, let me ask you this:  Do you
16  believe passive dosimetry studies offer
17  information about real world exposure to
18  pesticides?
19    A.   Yeah.  That's why I used the Annex 2
20  study.  This was done using patches on the body
21  under realistic test conditions, and it tells us
22  exactly what the values are.
23    Q.   That's not true, is it, sir?  The model
24  actually is based on passive dosimetry, but the
25  authors of the POEM study did not actually use

436

1  passive dosimetry to monitor their workers, right?
2  They modeled it using this.
3    A.   No, they actually used patches on
4  the -- absorbent patches on the body and tested
5  them.
6    Q.   Where is that in this, sir?  Where is
7  that in this document where they say they were
8  using a patch?  Because if you look at 6403286,
9  they say, "The calculation of the absorbed dose is
10  performed in three steps.  First, the total amount
11  of active ingredient deposited onto clothes and
12  uncovered skin is determined using surrogate
13  exposure levels, potential exposure."
14       Do you see that?
15       MR. SELDOMRIDGE:  What page are you on,
16  Counsel?
17       MR. KALAS:  286, sir.
18    A.   Well, surrogate exposure level is
19  referring to the analyte that they tested, not on
20  the patch.  In other words, instead of using
21  glyphosate they could have used a harmless
22  chemical that was then tested at the laboratory
23  but of the same viscosity that would have the same
24  spray characteristics.
25       ///

437

1       BY MR. KALAS:
2    Q.   But then if you go to Tier 3, sir,
3  which is on page 3293, that is when they actually
4  report incorporating data from passive dosimetry
5  on glyphosate users, right?
6    A.   I don't understand the question.
7    Q.   Tier 1 and Tier 2 does not use data --
8  Tier 1 and Tier 2 of the POEM model that's used in
9  this document does not use data on actual
10  glyphosate exposures, right?
11    A.   No.  It uses a surrogate chemical.
12    Q.   Right.  Tier 3 actually uses data from
13  glyphosate exposures, right?
14    A.   Three -- 360 gram glyphosate acid per
15  liter.  Yes.
16    Q.   Okay.  And if you go to page 3315 to
17  3316 -- well, strike -- strike that.
18       They don't present tier three data in
19  this -- in this study for -- in the tables that
20  you pointed me to in the back, right?
21    A.   No.
22    Q.   Okay.  And, in fact, the only data they
23  present on Tier 3 has to do with data on
24  applicators who were using gloves, right?
25    A.   Yes, but I don't understand the point

Transcript of William Sawyer, Ph.D., Volume 2

43 (438 to 441)

Conducted on October 16, 2018

438

1 of this.  The data I relied upon is using actual
2 spray and measurements of that spray on the body.
3 Now, whether it's glyphosate or a similar chemical
4 of molecular weight and velocity doesn't matter.
5    Q.  Well, how you apply might be different
6 depending on the chemical, right?  If you have a
7 different application goal, you might apply it
8 differently, correct?
9    A.  Yeah.  That's why I used the handheld
10 hydraulic nozzle sprayer.
11    Q.  You --
12    A.  That is what is used in the Hall
13 matter.  It wasn't a tractor or sprayer -- it
14 wasn't aerial spray.  It was a handheld hydraulic
15 nozzle and these are real values that were
16 measured using a surrogate patch analyzed by a
17 laboratory so they're -- these are accurate
18 results.  Now, maybe they're not the most
19 favorable for your client, but that's not my
20 concern.  I'm looking for the most accurate data.
21        MR. KALAS:  All right.  We're almost
22 out of tape.  So we're going to take a break real
23 quick, but it should be a short one.
24        THE VIDEOGRAPHER:  This marks the end
25 of Media Number 2 in the deposition of William

439

1 Sawyer.  The time is 2:26.  We are off the record.
2        (Break taken from 2:26 p.m. to
3 2:34 p.m.)
4        THE VIDEOGRAPHER:  This marks the
5 beginning of Media Number 3 in the deposition of
6 William Sawyer.  The time is 2:34.  We are on the
7 record.
8        BY MR. KALAS:
9    Q.  Now, you're using a 10 percent dermal
10 absorption figure based on lost mass balance,
11 right?
12    A.  Based on what?
13    Q.  Lost recovery, failed recovery of
14 glyphosate?
15    A.  In part.
16    Q.  Okay.  And what -- and the other part
17 is based on the TNO study, right?
18    A.  Yes.
19    Q.  Okay.  So let's look at the TNO study
20 marked as Exhibit 30.
21        (Exhibit Number 30, TNO Report: "In
22 vitro percutaneous absorption study with 14C
23 glyphosate using viable rat skin membranes," was
24 marked for identification.)
25        ///

440

1        BY MR. KALAS:
2    Q.  Okay.  And the version I've marked,
3 sir, is listed as TNO report dated July 29th,
4 twenty -- 2003.  And I know you have an earlier
5 version in your -- in your Exhibit 2, but I'm
6 going to be asking you some questions about the
7 one I marked.  So you might want to look at that.
8        First of all, this was an in vitro
9 dermal absorption study carried out by a lab
10 called TNO, correct?
11    A.  Yes.
12    Q.  Okay.  And you talked about this study
13 at the Johnson case, right?
14    A.  I think so.
15    Q.  Okay.  And this study is the only
16 direct measurement that you can point me to that
17 supports your 10 percent dermal absorption figure,
18 right?
19    A.  Well, it does state for a different
20 ███████████████████████████████████████████████
21 at 23.1 percent remaining in the skin and 2.3 --
22 ███████████████████████████████████████████████
23 ███████████████████████████████████████████████
24 field dilution.
25    Q.  I understand you're orienting yourself

441

1 to the study again because we just marked it, but
2 my question was, is this the only study you're
3 going to rely upon for a direct measurement of
4 10 percent absorption?
5    A.  Under that term, "direct," yes.  And
6 I'm referring to page 16 to 35 on the older
7 version.
8    Q.  Right.  So if you can look at
9 Exhibit 30 they discuss something in here called
10 an autoradiography -- autoradiography,
11 A-U-T-O-R-A-D-I-O-G-R-A-P-H-Y.  What's an
12 autoradiography?
13    A.  That's a technique very useful for
14 measuring -- for example, I relied on it recently
15 for measuring thin sections of tissue from the
16 brain and needing to know how much thorium 230 and
17 thorium 232 was in that brain.  And so that thin
18 section can be read using a type of scanning
19 electron microscopy or other radiological
20 detection techniques to determine how much of a
21 specific radioisotope is in that slice of tissue.
22    Q.  And the authors of this study were
23 trying to measure how much remained in the skin,
24 right?
25    A.  Yes.

442

1    Q.   Okay.  And what they stated in
2  paragraph 4 of Exhibit 30 is that the results of
3  the autoradiography show too much variation to
4  draw any conclusions, right?
5    A.   Yeah.  That's matching up some stuff.
6  You're looking at paragraph 4 of page 2?
7    Q.   Yep.
8    A.   I see.  So they changed the report.
9    Q.   Well, sir, this is a final report that
10 I have marked from you -- for you from July 29th,
11 2003, and what the authors stated in the final
12 report was the results of the autoradiography draw
13 showed too much variation to draw any conclusions.
14      Did I read that correctly?
15   A.   Yeah, but I think my report was an
16 official signed report as well.  Let me check.  I
17 thought it had been signed off.  Certificate of
18 analysis.  Yeah, here we go.  Endorsement of
19 compliance.  Yeah, this is sort of like -- I had a
20 friend once who had two resumes.  They were both
21 different.
22   Q.   Okay.  So --
23   A.   This report is strange in that there's
24 two different summaries.
25   Q.   And I understand you want to talk about

443

1  the document that was in Exhibit 2, but I'm asking
2  if I read something correctly in Exhibit 30.  So
3  if you can look at that.  Paragraph 4 it states,
4  "The results of the autoradiography show too much
5  variation to draw any conclusions."
6      Did I read that correctly?
7    A.   You did.  Your version is certainly
8  more favorable for your client, so I guess that's
9  what we're going to use, then, and not this
10 version?
11   Q.   Well, sir, I'm just reading the final
12 report on --
13   A.   Well, I think this is a final report
14 too.  I see where it's been certified.
15   Q.   Well, I'm going to ask you questions
16 about Exhibit 30.
17   A.   Okay.
18   Q.   So you can look at that.
19      What does it mean to have too much
20 variation to draw any conclusions in a dermal
21 absorption study?
22   A.   Generally if the recovery is greater or
23 lesser than 10 percent.
24   Q.   And they had recovery of 132.4 percent
25 in one of their test arms, right?

444

1  ████████████████████████████████████████
2  ████████████████████████████████████████
3    Q.   It's actually reported as 73.4 percent
4  in paragraph 3 of Exhibit 30, sir.
5    A.   Really?  35012.
6    Q.   You're looking at the eight-hour
7  exposure period, sir.  Do you think that's what we
8  should be looking at?
9    A.   No.
10   Q.   Okay.  So if we look at the end of the
11 48 hours for 35012 it was 73.4 percent at the
12 field dilution but 132.4 percent in the
13 concentrate, right?
14   A.   Okay.
15   Q.   Do you see that?
16   A.   Yeah.
17   Q.   Okay.  You don't disagree with the
18 authors that the results of the autoradiography
19 show variation there?
20   A.   No.
21   Q.   Okay.  If you go on Exhibit 30 to
22 paragraph 6, which is on the next page, read this
23 and I want to know if I read it correctly.
24    "In conclusion, an 8-hour exposure ██████
25 ████████████████████████████████████████

445

1  ████████████████████████████████████████
2  ████████████████████████████████████████
3  ████████████████████████████████████████
4  hours in viable rat skin membranes.  Due to the
5  high variation in dermal penetration within the
6  test groups and the poor recoveries, the data
7  presented in this report are not acceptable for
8  regulatory use and risk assessment.  This study
9  should be regarded as a sighting study rather than
10 a definitive study."
11      Did I read that correctly?
12   A.   Yes.
13   Q.   Okay.  And do you agree that there was
14 a high variation in dermal penetration within the
15 test groups in this study?
16   A.   Yes.
17   Q.   Do you agree that certain test groups
18 had poor recoveries?
19   A.   Yes.  I'm showing some very low
20 recoveries.  For example, the -- yeah.
21   Q.   Okay.  And do you agree that when you
22 have low recoveries and high variation that --
23 well, strike that.
24      What does it mean to be a citing study?
25   A.   Perhaps that is a term used in the

Case 3:16-md-02741-VC   Document 2418-10   Filed 01/03/19   Page 46 of 55
CONFIDENTIAL
Transcript of William Sawyer, Ph.D., Volume 2                     45 (446 to 449)
Conducted on October 16, 2018

446

1  Netherlands, as I'm not familiar with it.
2      Q.   Okay.  And I'm correct that Mr. Hall
3  used a field dilution of glyphosate, right?
4      A.   Correct.
5      Q.   And for the 48 hours in the rat skin
6  brain -- skin membranes with an eight-hour
7  exposure in paragraph 6 of Exhibit 30, the authors
8  reported a 2.6 percent absorption, right?
9      A.   Yes.
10     Q.   And that 2.6 percent absorption rate
11 comes from a formulation that most closely
12 approximates Mr. Hall's absorption -- Mr. Hall's
13 exposure, right?
14     A.   Yes.
15     Q.   And the main difference is this is with
16 a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18     A.   Yes.
19     Q.   Now, if we go -- now, this was a
20 48-hour study, right?
21     A.   Yes.
22     Q.   And it was in rat skin, not human skin,
23 right?
24     A.   Correct.
25     Q.   And we discussed earlier that there can

447

1  be differences between animal skin and human skin,
2  right?
3      A.   Yes.
4      Q.   And generally, animal skin, especially
5  rodent skin, is more permeable than human skin,
6  right?
7      A.   Well, if you look at my report, the
8  majority of the time it is, yes, but there are a
9  good number of exceptions to that where the
10 reverse is true.
11     Q.   But those exceptions have not been
12 recorded in the published literature to include
13 glyphosate, right?
14     A.   Well, I haven't actually come across a
15 study that actually made that comparison.  We do
16 have human cadaver skin screening studies as well
17 as rat screening studies and there has been quite
18 a bit of variability.
19     Q.   Did you -- did you review a study by
20 Thomas Franz in 1983 comparing the absorption of
21 glyphosate, Roundup, and diluted Roundup?
22     A.   I believe so.  Or I may have read the
23 summary of it, the EPA -- the EPA document.
24     Q.   Thomas Franz is the gentleman who
25 invented the Franz diffusion method, right?

448

1      A.   Yes, the cell.
2      Q.   Franz diffusion cell method.  And he
3  found when he looked at glyphosate, Roundup, and
4  diluted Roundup, over an eight-hour period in an
5  in vitro human skin model that the absorption at
6  its highest amount was a .15 percent, right?
7      A.   I believe so.
8      Q.   Okay.  And he found that though the
9  diluted had the highest rate of absorption, the
10 micrograms per centimeter cubed -- squared
11 absorbed was actually the lowest in that method.
12 Do you remember that?
13     A.   No.
14     Q.   Okay.
15     A.   I don't disagree, but I don't remember
16 that, no.
17     Q.   That would make sense to you, though,
18 right?
19     A.   The lower amount would produce a higher
20 percentage.
21     Q.   But a lower absolute amount absorbed
22 depending on the ratios?
23     A.   Correct, but that becomes irrelevant
24 because of the massive surface area in a human
25 compared to a square centimeter -- you know, a .1

449

1  or a square centimeter cell.
2      Q.   Okay.  And do you recall that Dr. Franz
3  found that at topical doses of greater than
4  3,500 micrograms per centimeter squared, systemic
5  absorption will be in the range of 1.6 to
6  2.3 micrograms per centimeter squared?
7      A.   No.  Again, I don't disagree.  I just
8  don't remember reading that.
9          (Exhibit Number 31, Final Report:
10 Evaluation of the Percutaneous Absorption of
11 Roundup Formulations in Man Using an In-Vitro
12 Technique, Bates-stamped MONGLY00135633 - 646, was
13 marked for identification.)
14          BY MR. KALAS:
15     Q.   Okay.  Let me -- I just want to mark as
16 Exhibit 31 and just ask you if you recognize the
17 document I've marked as Exhibit 31 as something
18 you've reviewed?
19     A.   I don't think I have this document.
20     Q.   The -- Dr. Franz is regarded as an
21 authority on percutaneous absorption, right?
22     A.   I'm not going to use the term
23 "authority."  Certainly recognized in the
24 peer-reviewed literature.  He's published numerous
25 studies.  In terms of his personal reputation and

450

1 impartiality, I can't comment on that.
2     Q.   And Dr. Franz found that glyphosate in
3 an eight-hour skin absorption model was
4 absorbed at less than 1 percent, right, no matter
5 how it was diluted?
6     **A.   With this particular screening method,**
7 **yes.**
8     Q.   Okay.  And he's not the only one who's
9 found that, correct?  Dr. Nielsen's found it in
10 the peer-reviewed literature that glyphosate in an
11 eight-hour in vitro human skin absorption
12 methodology is absorbed at a rate of less than
13 1 percent, correct?
14     **A.   That has been published, yes.**
15     Q.   And Dr. Wester, in the 1996 Wester
16 article, found after eight hours, less than
17 1 percent of glyphosate is absorbed in an in vitro
18 human skin model without cotton, correct?
19     **A.   Yes, but keep in mind that's a**
20 **screening method using cadaver skin.  It's not**
21 **metabolically activated.  It's dead skin.  And it**
22 **is not to be intended as anything more than a**
23 **screening model.**
24     Q.   And you'd want to look at dermatome
25 models, right, because that's metabolically

451

1 activated, correct?
2     **A.   No, it's not.  The dermatome model's**
3 **simply using a microtome method removing the**
4 **thicker mass of the epidermis making a thinner,**
5 **more workable tissue piece to place on the Franz**
6 **cell.  Metabolically activated can be performed on**
7 **a non dermatome tissue by adding certain active**
8 **enzymes and other nutrients to a live tissue.**
9     Q.   You're referring to S9?
10     **A.   I'm sorry?**
11     Q.   You're referring to S9?
12     **A.   S9?**
13     Q.   To metabolically activate it.  Is that
14 one of the compounds you're talking about?
15     **A.   Yes.**
16     Q.   Let me ask you this:  Are you aware of
17 any human skin absorption study that has found an
18 absorption of glyphosate over 1 percent over an
19 eight-hour period, other than the TNO study we're
20 looking at right now?
21     **A.   Not beyond the TNO study, but I point**
22 **out those studies that are less than 1 percent are**
23 **on cadaver skin, and they're not true in vivo**
24 **measurements.**
25     Q.   Well, you're -- have you reviewed every

452

1 single study on in vitro skin -- human skin models
2 to make sure they didn't come from a live person's
3 skin?
4     **A.   No.  I said in vivo.**
5     Q.   Okay.  So they're not all cadaver skin,
6 correct?  Some came from breast reconstructions,
7 for instance?
8     **A.   DTL I believe did use liposuction skin.**
9     Q.   Okay.  So some are from live people as
10 opposed to dead people?
11     **A.   Yes.  That's true based on the DTL**
12 **study.**
13     Q.   Okay.  So there's actually many DTL
14 studies, right?
15     **A.   I'm sorry?**
16     Q.   There's actually many DTL studies,
17 right?
18     **A.   Oh, yes.**
19     Q.   And when you mention DTL that's a
20 laboratory that has done some dermal absorption
21 studies, correct?
22     **A.   Yeah.  That's a UK laboratory.  I**
23 **believe that -- yeah, they've run several studies**
24 **I've looked at.**
25     Q.   You reviewed three studies by Dr. Ward,

453

1 right?  And those are the tape stripping studies
2 you discussed in your toxicological notes, right?
3     **A.   Yes.**
4     Q.   In addition to Dr. Ward, there's also
5 four studies by Dr. Davies on formulation
6 absorption.  Have you reviewed those studies?
7     **A.   Dave Fox?**
8     Q.   Davies, sir, D-A-V --
9     **A.   I was looking at Dave Fox.**
10     Q.   D-A-V-I-E-S.  Have you reviewed any of
11 those studies done by Dr. Davies at DTL?
12     **A.   Dr. Ward?**
13     Q.   No, sir.  We already talked about the
14 three Ward studies.
15     **A.   Yeah, okay.**
16     Q.   And you reviewed those.  Have you
17 reviewed any DTL studies conducted by Dr. Davies?
18 There are four in the production set on dermal
19 absorption of formulated products.  Have you seen
20 those?
21     **A.   I think so.  I'm just trying to figure**
22 **out where I put them.  I think I recently received**
23 **those.**
24     Q.   Okay.  And are you going to be offering
25 criticisms of those studies at trial?

454

1        MR. SELDOMRIDGE:  Counsel, do you have
2   a copy of those studies to show the doctor?
3        MR. KALAS:  I do, but he usually brings
4   everything he's looked at.  So . . .
5        If he's got it, he's got it.  If not,
6   I'll show them to him.
7   **A.   You know, I think what happened was**
8   **that they're on my list.  Remember a couple weeks**
9   **ago we --**
10       BY MR. KALAS:
11  Q.   Right.
12  **A.   -- provided a list.**
13  Q.   We marked that.
14  **A.   And if they're on that list, I did**
15  **review them, but I think I failed to print them.**
16  Q.   Now, if they're not on that list does
17  that mean you didn't review them?
18  **A.   That's correct.**
19  Q.   Okay.  So I'll represent they're not on
20  the list.  So the four studies by Dr. Davies -- we
21  can look at the list, actually.  I marked it so
22  you don't have to take my word for it.
23       MR. SELDOMRIDGE:  And I will also note
24  that we've supplied additional information just
25  via email.

455

1        MR. KALAS:  You marked --
2        MR. SELDOMRIDGE:  That was not included
3   on the list.
4        MR. KALAS:  Right.  Those were
5   Dr. Hansen's photographs.
6        MR. SELDOMRIDGE:  That's correct.
7        MR. KALAS:  Okay.  But that did not
8   include the Davies studies, correct, Counsel?
9        MR. SELDOMRIDGE:  Not that I'm aware
10  of.
11       BY MR. KALAS:
12  Q.   Okay.  And so today, sitting here
13  today, you don't have any criticisms to offer the
14  Davies studies if you haven't seen them, right?
15  **A.   Correct.**
16  Q.   Likewise, the three studies done at DTL
17  by Dr. Smith, do you have any criticisms to offer
18  of those studies if they aren't on your
19  supplemental list?
20  **A.   The DTL studies?**
21  Q.   Three studies at DTL by a Dr. Smith.
22  Not Ward.  Smith.
23  **A.   I'm not familiar with Dr. Smith's**
24  **studies.**
25  Q.   Okay.  So sitting here today you have

456

1   no criticisms to offer of those studies either,
2   right?
3   **A.   Correct.**
4   Q.   Okay.  Now, as far as Dr. Ward goes,
5   one of the things you criticized those studies for
6   were for their tape stripping, right?
7   **A.   Yes.**
8   Q.   But those studies did not -- those
9   studies reported two values for dermal absorption
10  of glyphosate, the values for the actual amount
11  they measured absorbed in the receptor fluid in
12  addition to an amount that was bioavailable based
13  on the tape stripping.
14       Do you recall that?
15  **A.   Yes.**
16  Q.   Okay.  And the amount that was
17  bioavailable included the tape stripped value
18  still were under 1 percent in those studies,
19  right?
20  **A.   Yes.**
21  Q.   Okay.  And going back to your POEM
22  model, if we used a 1 percent figure rather than a
23  3 percent figure at the weight Mr. Hall was at, we
24  would be down to approximately .25 milligrams per
25  kilogram per day, right?  Because we went to the

457

1   1.445, and then we reduced that to .75 based on
2   the fact he was 117 kilograms.  And then if we
3   used a 1 percent dermal absorption figure based on
4   the human skin data, we'd be at .25 milligrams per
5   kilogram per day, correct?
6   **A.   Yeah, that's right.**
7   Q.   Okay.  And the POEM model is based on a
8   seven-hour workday, right?  One hour
9   mixing/loading, six hours applying, right?
10  **A.   Yeah, it is.**
11  Q.   And Mr. Hall testified that he spent
12  about 20 minutes applying Roundup on four yards a
13  day, right?  So 20 minutes per yard, four yards?
14  **A.   I have one hour, I believe.  Let me**
15  **see.**
16  Q.   You don't recall that Mr. Hall
17  testified that he'd do 15 minutes per property
18  spraying at his deposition?
19  **A.   I have April 1st to October 31st each**
20  **year, 2008 to 2012, five years, for four to five**
21  **days per week during which he applied Roundup a**
22  **minimum of one to two hours per day.  And I have**
23  **mathematical calculations in my report as well.**
24  **If we look at page 124.**
25  Q.   Okay.  You said an hour to two hours

Transcript of William Sawyer, Ph.D., Volume 2

48 (458 to 461)

Conducted on October 16, 2018

458

1 per day, right?
2    A.   Yeah.
3    Q.   Okay.  So if you applied an hour and a
4 half per day, he would apply for about a quarter
5 amount of the time as the applicators in the POEM
6 model, right?
7    A.   Correct.
8    Q.   Okay.  And so if we reduce the .25
9 figure by four we would now be at approximately
10 .07 milligrams per kilogram per day, right?
11    A.   Approximately.
12    Q.   Okay.  And .07 milligrams per kilograms
13 per day would be about 20 times lower than what
14 you have noted in Table 7 as his floor, right,
15 1.445?
16    A.   Roughly, yeah.
17    Q.   Okay.  And so you'd agree with me that
18 the data you put as inputs in your POEM model
19 matter as to what your outcome is in that model,
20 right?
21    A.   Correct.  And the correct values, as I
22 stated, for dermal absorption between three and
23 10 percent and there's no dispute over body
24 weight.  There's -- I don't believe there's any
25 dispute over the number of hours per day or the

459

1 time duration.  And that does -- what I disagree
2 with is this 1 percent dermal absorption.
3    Q.   Now, incorrect inputs in a POEM
4 model -- in the POEM model could overestimate or
5 underestimate exposure, right?
6    A.   It could, but of course all of this is
7 somewhat irrelevant in that my primary comparison
8 is his hours and days worked over that five-year
9 period compared to that of the hours exposure and
10 work days in the human epidemiological data which
11 shows a significantly increased risk of
12 non-Hodgkin's lymphoma.
13    Q.   Okay.
14    A.   And I made my comparison, as you know,
15 to the agricultural worker study, and that clearly
16 shows that Mr. Hall's cumulative exposures of 152
17 days of exposure per year for five years is
18 certainly within the median exposure range of that
19 published in the Agricultural Health Study.
20    Q.   Okay.  And so when you come and talk to
21 the jury, you're going to tell them that the best
22 measure of his dose are the exposure days, right?
23    A.   Yes.
24    Q.   And not the POEM model?
25    A.   Correct, because we're comparing apples

460

1 to apples.  And if I take the dose calculation, we
2 can't compare that to the human epidemiologic
3 literature.
4    Q.   Okay.
5    A.   It is similar to -- a great example
6 would be inhalation of carbon monoxide.  Okay.  We
7 could -- we could -- we know it's regulated by
8 part per million levels in air, but we could draw
9 a blood sample for carboxyhemoglobin and get a
10 dose and -- well, actually that could work in that
11 case.
12        But there are instances in toxicology
13 where exposure days or exposure years -- for
14 example, benzene.  Benzene is based on benzene
15 exposure years.  It takes a minimal amount of
16 benzene exposure years to be compatible with that
17 in the studies that produce AML.  So we could take
18 a blood level of benzene and it would be useless.
19 There's nothing to compare it to.
20    Q.   Okay.  I understand.  So in order to
21 compare apples to apples for Mr. Hall what we
22 really should be looking at are exposure days,
23 right?
24    A.   Exposure days per year and duration of
25 exposure.

461

1    Q.   And as we saw earlier in the
2 Agricultural Health Study for the highest tertile
3 of both intensity weighted exposure and exposure
4 days, there was no statistically significant
5 relationship between glyphosate exposure and
6 follicular lymphoma, right?
7    A.   That is correct for that one study.
8    Q.   And --
9    A.   That's not the only human epidemiologic
10 study out there.
11    Q.   And as we saw in the Eriksson study
12 the -- you stated you weren't going to offer any
13 dose response opinions about that study, right?
14 That was your testimony earlier.  Are you changing
15 it?
16    A.   I can't -- no.  I just don't understand
17 your question.  There was no dose response days of
18 exposure per year table in that study, that I
19 recall.
20    Q.   Okay.  And so you're not offering any
21 opinions on any dose response data in that study,
22 right?
23    A.   I don't think that data is available in
24 that study.
25    Q.   Okay.  And as we saw, the only -- there

462

1 was no controlling for other pesticide exposures
2 in latency analysis in that study, right?
3    **A.   No, other than the fact of years in**
4 **which those chemicals went out of use.**
5    Q.   Now, you're aware that European
6 regulators no longer use the UK POEM model, right?
7    **A.   No, I would have to defer that to our**
8 **regulation expert.**
9    Q.   Okay.  So you haven't seen the
10 health -- the HSE department of the United Kingdom
11 stating that the POEM model no longer reflects
12 current application techniques?
13   **A.   No.**
14   Q.   Have you seen that the UN World Health
15 Organization international program on chemical
16 safety has criticized the POEM model as not being
17 validated?
18   **A.   That was kind of lengthy.  Say it**
19 **again, please.**
20   Q.   Have you seen that the UN World Health
21 Organization international program on chemical
22 safety has stated that the POEM model has not been
23 validated?
24   **A.   No.**
25   Q.   What does it mean for a model to be

463

1 validated?
2    **A.   Usually that would mean tested and**
3 **compared with some type of certification.**
4    Q.   Is there any biomonitoring data you've
5 reviewed that supports your POEM dose that you
6 presented in Table 7 for applicators?
7    **A.   No, and that's because the studies that**
8 **have been performed are defective as they relied**
9 **upon 100 percent urine excretion and ignored**
10 **hepatic fecal excretion.**
11   Q.   So let's look at one of them, in the
12 time we have left.  I'm marking as Exhibit 32 an
13 article titled "Glyphosate Biomonitoring For
14 Farmers and Their Families:  Results From the Farm
15 Family Exposure Study."
16        (Exhibit Number 32, Article Titled
17 "Glyphosate Biomonitoring for Farmers and Their
18 Families: Results from the Farm Family Exposure
19 Study," was marked for identification.)
20        MR. SELDOMRIDGE:  Thank you.
21        BY MR. KALAS:
22   Q.   You've seen this before, right?
23   **A.   Oh, yes.**
24   Q.   Okay.  And this was a biomonitoring
25 study in urine for applicators in South Carolina

464

1 and Minnesota, right?
2    **A.   Correct.**
3    Q.   Okay.  And if you go to page 325 --
4 strike that.  Let me ask you, this appeared in
5 Environmental Health Perspectives, right?
6    **A.   Yes.**
7    Q.   That's a peer-reviewed journal?
8    **A.   Yes.**
9    Q.   So if you go to page 325, they
10 calculated in Figure 1 a systemic dose based on
11 milligrams per kilogram body weight, right?  It's
12 in the Figure 1 in the bottom left.
13   **A.   Figure 1?**
14   Q.   Page 325, sir.  I think you're on 324.
15   **A.   Oh, I -- yes.**
16   Q.   Okay.  And for the 90th percentile
17 there they calculated a systemic dose of
18 approximately .001 milligrams per kilogram per --
19 strike that.
20        They calculated a systemic dose in the
21 90th percentile of .001 milligrams per kilogram,
22 right?
23   **A.   Yes.**
24   Q.   And they were calculating that based on
25 a urinary analysis, right?

465

1    **A.   Yes.**
2    Q.   And based on the Wester data, we should
3 be looking at urine and feces, right?
4    **A.   Right.**
5    Q.   That's your opinion?
6    **A.   Right.**
7    Q.   And the Wester data suggests that
8 four-fifths of the dermally absorbed glyphosate
9 would be excreted via the feces in your opinion,
10 right?
11   **A.   Depending on the dose.**
12   Q.   Okay.  The dose D, which you're relying
13 upon to state that glyphosate is excreted mainly
14 via the feces suggests four-fifths would be
15 excreted in the feces, right?
16   **A.   Yes.**
17   Q.   Okay.  And so if we multiplied the
18 systemic dose here by five to account for that,
19 the 90th percentile would be .005 milligrams per
20 kilogram per day, right?
21   **A.   Yes.**
22   Q.   Okay.  And you are familiar with the
23 Cal EPA NSRL for glyphosate, right?
24   **A.   Yes.**
25   Q.   And the Cal EPA NSRL for glyphosate

466

1  suggests a no significant risk level of
2  1.1 milligrams a day, right?
3      **A.  (Reviewing document.)**
4      Q.  I think they list it as
5  1100 micrograms, but . . .
6      **A.  (Reviewing document.)**
7      **That's the responses.  Yeah, NSRL 1100**
8  **microgram per day, that's not per kilogram body**
9  **weight so that's 1.1 milligram per day divided by**
10 **119.**
11     Q.  Yes, sir.  So what the Cal NSRL means
12 is that there's -- by their calculations a one in
13 100,000 risk of -- one in 100,000 years' risk of
14 cancer at that dose, right?
15     **A.  Well, that's based on a hemangioma --**
16 **hemangioma study which I don't believe is the**
17 **correct study to calculate the slope on.  As you**
18 **know, I used the Wood study in mice to calculate**
19 **the cancer slope and came up with a more**
20 **protective number than that.  But in theory, what**
21 **you're saying is correct.**
22     Q.  Okay.  And there's no regulatory agency
23 you're aware of that has used the lymphoma data in
24 male mice in the Wood study to calculate a no
25 significant risk level, right?

467

1      **A.  That's correct.**
2
3
4
5
6
7
8      Q.  Okay.  .6 milligrams would be below the
9  Cal NSRL level for human cancer, right?
10     **A.  Yes.  And, you know, that's consistent**
11 **with the -- the study -- the Agricultural Health**
12 **Study that did not find a statistically**
13 **significant rate of follicular cell malignancy,**
14 **which I should point out that there were some**
15 **terrible criticisms as to the quality of this**
16 **study by Acquavella, et al.**
17     THE REPORTER:  I'm sorry.  By?
18     THE WITNESS:  Acquavella, et al., with
19 respect to its reliability.
20     BY MR. KALAS:
21     Q.  Have you reviewed any other
22 biomonitoring study that supports a
23 1.445 milligrams per kilogram per day dose for
24 glyphosate in applicators?
25     **A.  I'm sorry.  Can you repeat that?**

468

1      Q.  Have you reviewed any other
2  biomonitoring study other than Acquavella that you
3  would argue supports a 1.445 milligram per
4  kilogram per day dose for glyphosate?
5      **A.  No.  And I said the glyphosate**
6  **biomonitoring study was assessed, and a lot of**
7  **deviations and defects were found.  So I don't**
8  **know that that number is of any value.**
9      Q.  Well, okay.  You stated earlier you
10 didn't review the Lavy study, right?
11     **A.  Correct.**
12     Q.  Did you review the Curwin study,
13 C-U-R-W-I-N?
14     **A.  I don't remember.  What is the title?**
15     Q.  "Urinary Pesticide Concentrations
16 Amongst Children, Mothers, and Fathers Living in
17 Farm and Nonfarm Households in Iowa."  Did you
18 review that study?
19     **A.  Yes, I believe I have that study.**
20     Q.  And that study found parts per billion
21 for glyphosate exposure that was actually lower
22 than in the Acquavella study, right?
23     **A.  That's right.**
24     Q.  Okay.  And so that again is another
25 study that does not support your -- that does not

469

1  support the POEM dose of 1.445 milligrams per
2  kilogram per day, right?
3      **A.  That's correct.**
4      Q.  Okay.  Did you review the Johnson 2005
5  study on passive dosimetry with glyphosate
6  exposure in backpack applicators?
7      **A.  I believe within one of the documents I**
8  **have it was discussed.**
9      Q.  Okay.  And that study found exposures
10 that were in the range of .0012 milligrams per
11 kilogram per day, right?
12     **A.  I don't recall.**
13     Q.  Okay.  Do you think that study supports
14 a dose of 1.445 milligrams per kilogram per day?
15     **A.  I would have to review the study to**
16 **answer that.**
17     Q.  Okay.  You don't -- sitting here right
18 now, you wouldn't argue that that study supports
19 your position, right?
20     **A.  I can't say either way.**
21     Q.  Okay.  How about the Connolly 2017
22 study?  Did you review that study on passive
23 dosimetry?
24     **A.  I don't know.  I have to see it.**
25     Q.  The title of it was "Exposure



470

1 Assessment Using Human Biomonitoring For
2 Glyphosate and Fluroxypyr" --
3 F-L-U-R-O-X-Y-P-Y-R -- "Users in Amenity
4 Horticulture"?
5     A.   I think it was reviewed in the EPA
6 document and I'm familiar with it from the EPA
7 summary.
8     Q.   And that study in passive dosimetry did
9 not find a dose approaching 1.445 milligrams per
10 kilogram per day, right?
11     A.   No.
12     Q.   Did you review the internal Cowell and
13 Steinman study conducted by Monsanto on Georgia
14 applicators, C-O-W-E-L-L?
15     A.   No.
16     Q.   Okay.  And that's -- okay.  So you
17 didn't review it.  So you won't be arguing that
18 that study supports a dose of 1.445 milligram per
19 kilogram per day?
20     A.   I don't have any information on that
21 study.
22     Q.   Did you review the Spanish applicator
23 study on backpack applicators in Spain?
24     A.   As -- in summary, yes, through EPA
25 document and there was also a blurb -- something

471

1 about it in one of the Monsanto documents I have
2 as well.
3     Q.   Did the passive dosimetry in urinalysis
4 in that study approach 1.445 milligrams per
5 kilogram per day?
6     A.   No.
7     Q.   Is there any passive dosimetry or
8 biomonitoring study you can point me to to support
9 that dose figure?
10     A.   No.  And in part because they rely upon
11 urinary excretion and assumed 100 percent through
12 urinary excretion.  And also in the studies, at
13 least the studies that I reviewed, these were not
14 people who were generally working five days a week
15 year-round or even seasonally but were generally
16 farmers who occasionally use the material.
17     Q.   Okay.  So passive dosimetry studies
18 share the same urinary excretion issue that the
19 biomonitoring studies do?
20     A.   No.
21     Q.   Okay.  So the passive dosimetry studies
22 also don't support the 1.445 milligram per
23 kilogram figure per day that you report in the
24 POEM model, right?
25     A.   I would have to review the studies in

472

1 detail to answer that.
2     Q.   Okay.  You aren't prepared to argue
3 that they do right now, right?
4     A.   No.
5     Q.   Okay.  Now, you've stated before in a
6 case called Garza that in order to find something
7 to be a substantial contributing factor to
8 someone's cancers you need to determine whether
9 the increased risk is greater than background
10 risk.  Do you remember testifying to that?
11     A.   No.  What is the name of the case?
12     Q.   Garza, sir.
13     A.   More information.  That doesn't ring a
14 bell.
15     Q.   One sec.  Garza v. Allied Chem.  It was
16 in Texas.
17     A.   Garza versus Allied Chem?
18     Q.   Yes, sir.
19     A.   I still don't -- what year?
20     Q.   2009, sir.  Well, let me ask you if you
21 agree with this statement.
22     A.   Well, why don't you refresh my memory.
23 That'll help.
24     Q.   Okay.
25     A.   Can I see the cover page?  That'll

473

1 really help.
2     Q.   Sure.  I have some writing on it, but
3 that's okay.  Do you remember testifying in that
4 case?
5     A.   Oh, I think I know what this was.
6 Yeah.  Yeah.
7     Q.   So do you remember testifying that in
8 order for something to be a substantial
9 contributing factor to someone's cancer, you need
10 to determine whether the increased risk from that
11 substance is greater than the background?
12     A.   Correct.
13     Q.   Okay.  And you still agree with that,
14 right?
15     A.   Of course.
16     Q.   Okay.  And the background for NHL is
17 about 20 in 100,000, right?
18     A.   No, that's not correct for follicular.
19 ████████████████████████████
20 ████████████████████████████
21 ████████████████████████████
22 ████████████████████████████
23     Q.   Okay.  What epidemiology study in the
24 peer-reviewed literature supports glyphosate as a
25 risk factor for follicular lymphoma?



474
1   A.   I'd have to defer that to the
2   epidemiologists.
3   Q.   But you agree they should be looking at
4   the follicular lymphoma data and not NHL
5   generally, right?
6   A.   No.  They should be looking at both.
7   Q.   Okay.  So --
8   A.   Because the reason is when a malignancy
9   is rare, especially in that age group, it's not
10  always possible to have a large enough population
11  to overcome Type 2 error.  Statistically Type 2
12  error is when there certainly is not enough power
13  to determine whether change is there or not.
14       And that is always a problem with rare
15  diseases.  And, therefore, sometimes they have to
16  be bunched together under a general category such
17  as lymphoma.
18  Q.   Is it your testimony that glyphosate
19  exposure causes all types of non-Hodgkin's
20  lymphoma or only some types?
21  A.   I'd have to defer that to the
22  epidemiologist.
23  Q.   Okay.  You're not offering an opinion
24  on that one way or another?
25  A.   No.

475
1
2
3
4
5
6
7
8
9
10  Q.   Which epidemiological literature did
11  you rely upon -- strike that.
12       You relied on the AHS study to set that
13  dose level, right?
14  A.   In terms of days per year worked, yes.
15  Q.   And the AHS study is negative or null
16  for finding relationship between glyphosate and
17  any type of lymphoma, right?
18  A.   That's correct.
19
20
21
22
23
24
25

476
1
2
3
4
5
6
7   Q.   Okay.  And in order to reach a
8   conclusion in this case -- strike that.
9       MR. KALAS:  All right.  I'm going to
10  reserve the rest of my time.  I think I have 11
11  minutes by my count.
12       MR. SELDOMRIDGE:  I think that sounds
13  right.  The court reporter would know better than
14  I do.
15       MR. KALAS:  Want to switch or you just
16  want to ask?
17       MR. SELDOMRIDGE:  I think I'm okay
18  here.
19       MR. KALAS:  Do you guys need a break?
20       MR. SELDOMRIDGE:  Is that okay with you
21  as well?
22       THE WITNESS:  No.
23       THE VIDEOGRAPHER:  Off the record?
24       MR. KALAS:  Yeah, let's go off the
25  record.

477
1       THE VIDEOGRAPHER:  The time is 3:30.
2   We are off the record.
3       (Break taken from 3:30 p.m. to
4   3:37 p.m.)
5       THE VIDEOGRAPHER:  The time is 3:37.
6   We are on the record.
7          CROSS-EXAMINATION
8   BY MR. SELDOMRIDGE:
9   Q.   Doctor, do you know if any dermal
10  absorption studies have been conducted in live
11  humans?
12  A.   Of course.
13  Q.   Have there been quite a few of these
14  studies conducted?
15  A.   Yeah.  Dermal absorption studies are
16  performed on humans all the time.  I mean,
17  every -- for relatively safe chemicals -- probably
18  one of the more dangerous chemicals actually is
19  nicotine which has been thoroughly worked up in
20  early registry studies for the development of
21  Nicoderm, or the patch, the nicotine patch.  But
22  there's a number of pharmaceuticals and chemicals
23  that have been evaluated by in vivo human patch.
24  Q.   And do you know if these studies have
25  been conducted by tobacco companies?



**Page 478**

1     MR. KALAS:  Objection.  Relevance.
2     **A.   I'm not sure by tobacco companies.**
3     **Primarily pharmaceutical companies.**
4     BY MR. SELDOMRIDGE:
5     Q.   Do you know if any dermal absorption
6     studies have been conducted on live humans for
7     glyphosate?
8     **A.   None that I'm aware of, which is**
9     **surprising since Monsanto claims that it is**
10    **relatively harmless, and it is confusing.  I don't**
11    **know why Monsanto has not performed dermal**
12    **absorption studies on live humans.**
13    Q.   Doctor, what about dermal absorption
14    studies on live humans for glyphosate-based
15    formulated products?
16    MR. KALAS:  Objection.  Form.
17    **A.   Well, certainly I would be opposed to**
18    **that because I am intimately familiar with the**
19    **toxicity of the formulation that is the glyphosate**
20    **and the co-contaminants, but based upon the**
21    **position Monsanto has taken regarding the product,**
22    **I find it unusual or uncertain as to why they have**
23    **not conducted dermal absorption studies on their**
24    **own people.**
25    ///

**Page 479**

1     BY MR. SELDOMRIDGE:
2     Q.   And, Doctor, are you an oncologist?
3     **A.   No.**
4     Q.   Doctor, are you an epidemiologist?
5     **A.   No.  I have -- I have been trained and**
6     **I have taught a section of epidemiology to the**
7     **medical students, but I'm not an epidemiologist.**
8     **It's just as a toxicologist, we are trained to use**
9     **epidemiologic studies as part of our work.**
10    Q.   And it's important to you to know how
11    to interpret those studies?
12    **A.   Absolutely.**
13
14
15
16
17
18
19
20
21
22
23
24    Q.   Doctor, that's all the questions I have
25    for you at this time, depending on defense

**Page 480**

1     counsel's questions to you.
2     **A.   Very good.**
3     MR. KALAS:  Just a couple follow-ups
4     there.
5     REDIRECT EXAMINATION
6     BY MR. KALAS:
7
8
9
10
11
12
13
14
15
16
17
18    Q.   Okay.  And so you only plan to offer a
19    general causation opinion that it's your opinion
20    glyphosate-based herbicides can cause cancer,
21    correct?
22    **A.   Yes, but as I said a moment ago,**
23    **relative to other potential carcinogens.**
24
25

**Page 481**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15    Q.   And you mentioned -- you talked about
16    dermal in vivo human studies with Mr. Seldomridge.
17    Do you recall that?
18    **A.   Yes.**
19    Q.   Okay.  And you mentioned the Nicoderm
20    patch as an example of a dermal in vivo human
21    study, right?
22    **A.   Yes.**
23    Q.   Okay.  Now, the Nicoderm patch, there
24    was a belief that there was some pharmacological
25    benefit to the user of that patch, right?

Case 3:16-md-02741-VC   Document 2418-10   Filed 01/03/19   Page 55 of 55
CONFIDENTIAL
Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018                54 (482 to 485)

482

1    A.   Yes.
2    Q.   Okay.  And you don't believe there's
3  any pharmacological benefit from dermal absorption
4  to glyphosate, right?
5    A.   Correct.
6    Q.   Are you prepared to testify that a in
7  vivo human study for dermal absorption of
8  glyphosate would pass muster at an institutional
9  review board at a university in this country?
10    A.   It could if that board had the same
11  beliefs that Monsanto has, that it's a harmless
12  chemical and you literally have to drink it to
13  cause any toxicity.
14    Q.   Well, sir, isn't it true that in order
15  to do in vivo human studies of compounds in this
16  country we need to believe that there is some
17  pharmacological benefit to it?
18    A.   Not if the chemical's harmless, no.
19    Q.   Okay.  So it's your testimony that a
20  university would approve an in vivo dermal human
21  absorption study of glyphosate?
22    A.   If the chemical were harmless, yes.
23        MR. KALAS:  Okay.  I have no further
24  questions.
25        MR. SELDOMRIDGE:  That's all I have as

483

1  well, Doctor.
2        MR. KALAS:  Cool.  One thing.  I
3  mentioned this on the August deposition.  This is
4  a continuation, so I don't know if I need to
5  mention it again, but designate it as
6  confidential.  So, all right.  Thanks.
7        THE VIDEOGRAPHER:  This marks the end
8  of Media Number 3 in the deposition of William
9  Sawyer.  This also concludes today's deposition.
10  The time is 3:45.  We are off the record.
11        THE REPORTER:  Do you need the same as
12  last time?
13        MR. SELDOMRIDGE:  The same as last
14  time, E-tran.
15        (Concluded at 3:46 p.m.)
16
17
18
19
20
21
22
23
24
25

484

1              CERTIFICATE OF OATH
2
3
4  STATE OF FLORIDA
5  COUNTY OF LEE
6
7      I, the undersigned authority, certify that
8  WILLIAM SAWYER, Ph.D., personally appeared before me
9  and was duly sworn.
10
11      WITNESS my hand and official seal this 17th day
12  of October, 2018.
13
14
15
16  Rhonda Hall-Breuwet, RDR, CRR, LCR, CCR, FPR, CLR
17  NCRA Realtime Systems Administrator
18  Notary Public - State of Florida
19  My Commission Expires:  9/28/19
20  Commission No. FF 915315
21
22
23
24
25

485

1            C E R T I F I C A T E
2
3  STATE OF FLORIDA:
4
5      I, RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR,
6  CLR, NCRA Realtime Systems Administrator, shorthand
7  reporter, do hereby certify:
8      That the witness whose deposition is hereinbefore
9  set forth was duly sworn, and that such deposition is
10  a true record of the testimony given by such witness.
11      I further certify that I am not related to any of
12  the parties to this action by blood or marriage, and
13  that I am in no way interested in the outcome of this
14  matter.
15      IN WITNESS WHEREOF, I have hereunto set my hand
16  this 17th day of October, 2018.
17
18
19
20
21  RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR, CLR,
22  NCRA Realtime Systems Administrator
23
24
25