# EXHIBIT 10

IARC MONOGRAPHS

# SOME ORGANOPHOSPHATE INSECTICIDES AND HERBICIDES

VOLUME 112

IARC MONOGRAPHS
ON THE EVALUATION
OF CARCINOGENIC RISKS
TO HUMANS

International Agency for Research on Cancer

World Health Organization



IARC MONOGRAPHS

# SOME ORGANOPHOSPHATE INSECTICIDES AND HERBICIDES

VOLUME 112

This publication represents the views and expert opinions of an IARC Working Group on the Evaluation of Carcinogenic Risks to Humans, which met in Lyon, 3–10 March 2015

LYON, FRANCE - 2017

IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS

International Agency for Research on Cancer

World Health Organization

## IARC MONOGRAPHS

In 1969, the International Agency for Research on Cancer (IARC) initiated a programme on the evaluation of the carcinogenic risk of chemicals to humans involving the production of critically evaluated monographs on individual chemicals. The programme was subsequently expanded to include evaluations of carcinogenic risks associated with exposures to complex mixtures, lifestyle factors and biological and physical agents, as well as those in specific occupations. The objective of the programme is to elaborate and publish in the form of monographs critical reviews of data on carcinogenicity for agents to which humans are known to be exposed and on specific exposure situations; to evaluate these data in terms of human risk with the help of international working groups of experts in carcinogenesis and related fields; and to indicate where additional research efforts are needed. The lists of IARC evaluations are regularly updated and are available on the Internet at http://monographs.iarc.fr/.

This programme has been supported since 1982 by Cooperative Agreement U01 CA33193 with the United States National Cancer Institute, Department of Health and Human Services. Additional support has been provided since 1986 by the European Commission Directorate-General for Employment, Social Affairs, and Inclusion, initially by the Unit of Health, Safety and Hygiene at Work, and since 2014 by the European Union Programme for Employment and Social Innovation "EaSI" (2014–2020) (for further information please consult: http://ec.europa.eu/social/easi). Support has also been provided since 1992 by the United States National Institute of Environmental Health Sciences, Department of Health and Human Services. The contents of this volume are solely the responsibility of the Working Group and do not necessarily represent the official views of the United States National Cancer Institute, the United States National Institute of Environmental Health Sciences, the United States Department of Health and Human Services, or the European Commission.

Published by the International Agency for Research on Cancer,
150 cours Albert Thomas, 69372 Lyon Cedex 08, France
©International Agency for Research on Cancer, 2017
On-line publication, 26 January 2017

Distributed by WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland
(tel.: +41 22 791 3264; fax: +41 22 791 4857; email: bookorders@who.int).

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. All rights reserved.

Corrigenda to the IARC Monographs are published online at http://monographs.iarc.fr/ENG/Publications/corrigenda.php
To report an error, please contact: editimo@iarc.fr

 Co-funded by the European Union

The International Agency for Research on Cancer welcomes requests for permission to reproduce or translate its publications, in part or in full. Requests for permission to reproduce or translate IARC publications – whether for sale or for non-commercial distribution – should be addressed to the IARC Communications Group at: publications@iarc.fr.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city, or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

The IARC Monographs Working Group alone is responsible for the views expressed in this publication.

**IARC Library Cataloguing in Publication Data**

Some organophosphate insecticides and herbicides/ IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2015: Lyon, France)

(IARC monographs on the evaluation of carcinogenic risks to humans ; volume 112)

1. Carcinogens  2. Neoplasms – chemically induced  3. Pesticides – toxicity  4. Occupational exposure  5. Glycine – toxicity  6. Malathion – toxicity  7. Parathion – toxicity  8. Diazinon – toxicity  9. Tetrachlorvinphos – toxicity

I. International Agency for Research on Cancer  II. Series

ISBN 978-92-832-0178-6                                                              (NLM Classification: W1)
ISSN 1017-1606

**Table 1.2 Concentrations of malathion metabolites in the urine of occupationally exposed workers**

| Country, year | No. of workers | Occupation | Tasks | Results | Reference |
|---|---|---|---|---|---|
| USA, 2003 | 72 | Farm workers | Picking strawberries | Urinary MDA, 93% detects; geometric mean, 44.4 µg/g; maximum, 971.3 µg/g (adjusted for creatinine) | Salvatore et al. (2008) |
| Thailand, year NR | 25 | Farmers | Producing a variety of crops | Urinary MDA, 18.4% detects, maximum, 3.194 µg/L (939 µg/g creatinine); geometric mean, NR | Panuwet et al. (2008) |
| Canada, 2003 | 18 | Greenhouse workers | Spraying (2), working on treated plants (5), unexposed (1) | Urinary MDA median, 0.085 µg/L; 95th percentile, 4.1 µg/L<br>Urinary MMA median, 1.3 µg/L; 95th percentile, 10 µg/L | Bouchard et al. (2006) |
| Finland, year NR | 3 | Greenhouse workers | Spraying | Urinary MMA, 2–24 h after spraying, range, 0–600 µg/L (max. observed when leaks occurred); mean, NR | Tuomainen et al. (2002b) |
| Haiti, year NR | 5 | Sprayers | Spraying for mosquito control | Urinary MMA mean, 3600 µg/L before weekend and 90 µg/L after weekend (creatinine adjusted) | Warren et al. (1985) |

GM, geometric mean; MDA, malathion dicarboxylic acid; MMA, malathion monocarboxylic acid; NR, not reported

several orders of magnitude lower than dermal exposures (Tuomainen et al., 2002a; Machera et al., 2003).

*(ii)   Skin*

Dermal contact is the most important route of exposure to malathion. Studies have used a variety of interception methods, including shirts, patches and whole-body coveralls from which malathion is extracted in attempts to determine the extent of exposure for the worker (Krieger & Dinoff, 2000; Machera et al., 2003; Edwards et al., 2007). Factors such as the time spent spraying and the pressure of the spray influence the dose received (Machera et al., 2003). Accidental exposure due to spills, leaks, or dripping of malathion can contribute significantly to exposure (Machera et al., 2003; Edwards et al., 2007). Most studies found that higher levels of exposure occur on the hands than on other parts of the body (Tuomainen et al., 2002a; Machera et al., 2003).

Exposure can be reduced by wearing gloves, hats, long-sleeved shirts, trousers, and closed shoes, changing clothes daily, and washing hands with soap (Salvatore et al., 2008).

*(iii)   Biological markers*

The carboxylic acids MMA and MDA are metabolites that are specific to malathion and can be used to assess malathion exposure. After exposure to malathion, excretion of MMA in the urine increases and reaches a maximum about 6–7 hours after completion of the application (Tuomainen et al., 2002b). After about 2 days of non-exposure, MMA and MDA decline to undetectable levels in the urine (Warren et al., 1985; Krieger & Dinoff, 2000).

Urinary concentrations of MDA and MMA have been measured in farm workers, greenhouse workers, and sprayers in mosquito-control programmes. Concentrations ranged widely, but there were too few studies to identify patterns of exposure according to task or crop (Table 1.2). [The Working Group noted that exposures were far lower in a study in Canada carried out by Bouchard et al. (2006) than in other studies, but only two workers included in this study were

engaged in spraying and both used personal protective equipment.]

Urinary concentrations of MMA and MDA in workers occupationally exposed to malathion have been observed to decrease significantly after several days of absence from work (Warren et al., 1985; Krieger & Dinoff, 2000). MMA and MDA were not detected in the urine of family members of an occupationally exposed date-palm worker. Urinary concentrations of MMA and MDA for the wife and two children were less than the limit of detection at the end of the working week, while detectable concentrations were found in the worker and in two other date-palm workers who lived with the family (Krieger & Dinoff, 2000).

Malathion also exhibits cholinesterase-inhibitory activity; however, this effect is not specific to malathion and is common to other organophosphate and carbamate pesticides (ATSDR, 2003).

Several studies in the USA, Australia, and Haiti have shown no inhibition of cholinesterase activity among workers employed in spraying with malathion (Warren et al., 1985; Krieger & Dinoff, 2000; Edwards et al., 2007), although two studies found reductions in cholinesterase activity in mosquito-control sprayers in India (Lal et al., 2004; Singh et al., 2011b). In one study in six workers spraying malathion formulation for the control of the vectors of kala-azar (visceral leishmaniasis), the mean cholinesterase activity of the workers after spraying decreased to about 83% of the value before spraying ($P < 0.01$), but was still within the normal range (Lal et al., 2004). The workers wore masks and gloves, and washed their hands with soap after spraying. Another study found significantly reduced acetylcholinesterase activity in erythrocytes of 70 workers who sprayed organophosphate pesticides for community-health programmes when compared with healthy volunteers (Singh et al., 2011b). However, this decrease cannot be linked definitively with exposure to malathion, since the workers sprayed several different organophosphate pesticides.

(b)  Community exposure

The general population can be exposed to malathion from residues on food, from living near areas where malathion is sprayed, or through personal use of products containing malathion (ATSDR, 2003). Measured concentrations of malathion in environmental media are generally very low and malathion is not persistent, since it degrades relatively quickly. Nevertheless, the use of sensitive analytical methods has found that malathion can be detected at low concentrations in the urine of a notable proportion of subjects, including among those who live near sprayed areas (ATSDR, 2003).

(i)  Drinking-water

Malathion has been detected in < 1% of groundwater samples from the USA (ATSDR, 2003). Because of rapid degradation, and the fact that malathion is usually applied to foliage, groundwater contamination is not widespread (Newhart, 2006).

In Kanpur, India, three groundwater samples from six agricultural locations were found to be positive for malathion, with the highest value being 2.61 µg/L. Seven out of 12 samples from industrial areas contained malathion in the range of 0.85 to 16.24 µg/L (Sankararamakrishnan et al., 2005).

Surface-water contamination is also relatively low. The California Department of Pesticide Regulation collects pesticide monitoring data in the Surface Water Database (CDPR, 2014). Of the 12 941 measurements of malathion, 602 (4.7%) were "non-zero" and only 37 were > 1 µg/L. Of the 1064 measurements of malaoxon, only one was non-zero.

The United States Geological Survey National Water Quality Assessment Data Warehouse has systematically collected data on water quality from 51 basins since 1991 (USGS, 2014). Of 13 890 non-zero measurements for malathion, 99.97% were < 0.1 µg/L. Of 5522 non-zero measurements

for malaoxon, 99.93% were < 0.1 µg/L [analysis by the Working Group].

Contamination of surface water appears to be higher in less industrialized countries. In India, one out of six samples taken from different locations on the River Ganges contained malathion at a detectable level (2.61 µg/L ± 0.05) (Sankararamakrishnan et al., 2005). In the Philippines, concentrations of malathion in unfiltered water samples ranged from below the detection limit (0.1 µg/L) to 3.3 µg/L, with a mean of 0.85 µg/L (Varca, 2012). The maximum concentration was measured at a time when insecticide was being applied in rice farms nearby.

### (ii) Air

Concentrations of malathion in air are generally very low (ATSDR, 2003). However, exposures may be greater for residents living around sites where malathion is sprayed for mosquito control and other reasons. In the USA, the maximum concentrations detected in indoor, outdoor, and personal air at one spraying site were 20.8, 0.3, and 16.8 ng/m$^3$, respectively (ATSDR, 2003). In California, the highest concentrations (averaged over three sites) of malathion and malaoxon in air were 61.6 ng/m$^3$ and 47.9 ng/m$^3$ after spraying, and 28.0 and 48.1 ng/m$^3$ at 24–48 hours after spraying, respectively (Brown et al., 1993a).

### (iii) Residues in food

Malathion residues have been measured in a variety of foods. The reported concentrations are below the limit of detection in most countries for which data were available, but the limits of detection varied widely and were not always reported (Dogheim et al., 2002; Rawn et al., 2004; FDA, 2006; Bhanti & Taneja, 2007; Darko & Akoto, 2008; EFSA, 2011; NRS, 2011; Health Canada 2014; Li et al., 2014).

### (iv) Household exposure

In a survey of 246 households in California, USA, 2% were storing a product containing malathion (Guha et al., 2013).

### (v) Biological markers

There are few available studies of specific malathion metabolites in representative samples, and most of these studies tested for MDA and were carried out in the USA (Table 1.3). MDA was detected in 1–7% of urine samples from adults in the 1970s to 1990s (Kutz et al., 1992; MacIntosh et al., 1999), but was found more frequently (52% of samples) in data for 1999–2000 from the largest study, the National Health and Nutrition Examination Survey (NHANES) in the USA, with a geometric 95th percentile of 1.6 µg/L (1.8 µg/g of creatinine) (Barr et al., 2005).

A study of community residents exposed to malathion formulations used for vector control in India reported that the mean level of cholinesterase activity for the population was 79% of the pre-spraying level after 1 week ($P < 0.01$), 82% after 1 month ($P < 0.01$), and was back to the pre-spraying level after 1 year (Lal et al., 2004).

### 1.4.2 Exposure assessment

This section summarizes the exposure assessment and assignment for epidemiological studies of cancer and exposure to the pesticides considered in the present volume (diazinon, malathion, glyphosate, tetrachlorvinphos, and parathion).

Almost all the epidemiological studies of occupational exposure reviewed in this volume considered pesticide exposure of licensed applicators, farmers, farmworkers, and their spouses. The challenges faced in the exposure assessment are substantial, given the nature of agricultural production and typical use of these chemicals. Exposure to pesticides can occur directly by mixing and applying pesticides, but also takes place when performing re-entry tasks among treated crops. For most pesticides, dermal exposure is much more important than exposure by inhalation. Agricultural work is often seasonal and exposures to pesticides will therefore vary in a temporal sense due to task variety, meteorological conditions, and the inherent intermittent

Case 3:16-md-02741-VC   Document 2418-11   Filed 01/03/19   Page 8 of 11

Table 1.3 Concentrations of malathion dicarboxylic acid in urine samples from the general population

| Country, year, reference | No. | Age (years) | Percentage detectable, levels | Comments | Reference |
|---|---|---|---|---|---|
| USA, 1976–80 NHANES II | 6990 | 12–74 | 0.5% detectable; maximum, 250 µg/L; mean and median, NR | Not standardized for creatinine | Kutz et al. (1992) |
| USA, 1995–96 | 80 | Adults | 6.6% detectable; median, < 0.4 µg/g creatinine; range, < 0.2–51 µg/g | | MacIntosh et al. (1999) |
| USA, 1997 | 262 | 3–13 | 37% detectable; geometric mean, 0.7 µg/g creatinine | | Adgate et al. (2001) |
| USA, 1999–2000 NHANES | 1920 | 6–59 | 52% detectable; median, < LOD (0.31 µg/L); 75th percentile, 0.49 µg/g creatinine | Highest at age 6–11 years (median, 0.44 µg/g creatinine) | Barr et al. (2005) |
| USA, 1998 | 13 | 2–5 | 71% detectable; median, 1.5 µg/g | Not standardized for creatinine | Kissel et al. (2005) |
| USA, 2004 | 60 | 1–6 | 28% detectable; median, 0.33 µg/g creatinine | Not adjusted for creatinine | Arcury et al. (2007) |
| USA, 1999–2000 | 445 | ≥ 18 | 39% detectable; median, 0.82 µg/L (not adjusted for creatinine) | Adjusting metabolites by creatinine yielded similar results | Eskenazi et al. (2007) |
| Thailand, year NR | 207 | 12–13 | 25% detectable; geometric mean, 0.32 µg/g creatinine | | Panuwet et al. (2009) |

LOD, limit of detection; MDA, malathion dicarboxylic acid; MMA, malathion monocarboxylic acid; NHANES, National Health and Nutrition Examination Survey; NR, not reported

nature of most agricultural exposures (Kromhout & Heederik, 2005). However, farmers often have stable careers and tend to stay in the same working and living environments. Such stability also makes them reliable sources of information on past production patterns, machinery, and chemical use (Blair et al., 2002, Hoppin et al., 2002). A study in the USA carried out annual surveys of pesticide use among farmers (Engel et al., 2001). Compared to what they had initially reported, participants interviewed 20 years after the start of the study reported using fewer insecticides (including organophosphates) and more herbicides and fungicides at the time of the initial study. Sensitivity and specificity for individual pesticides ranged from 0.22 to 0.72, and 0.48 to 0.84, respectively.

Exposure patterns are also often complex in terms of the specific chemicals involved, and frequently entail mixed exposure situations (either due to use of multiple active ingredients in one season, or use of different active ingredients for the same purpose consecutively over a lifetime). The number of active ingredients to which a farmer may have been exposed can vary between types of agriculture, from a handful over a lifetime in large farms predominantly growing one or a few crops (Hoppin et al., 2012), to more than 15 active ingredients in 1 year for intensive culture of a variety of flowers and vegetables in greenhouses in horticulture (Tielemans et al., 2007).

The intrinsic correlation structure of exposure patterns will be highly dependent on the number of crops being grown, the homogeneity of the population studied, the authorization policies in force, and other factors such as climatological conditions, agronomical guidelines, and recommendations from agricultural extension services. Exposure assignment based on information collected at the level of the individual study subject will in principle provide insight into this

matter, provided that reporting of the information is reliable and accurate. In the Agricultural Health Study for which pesticide-use information was collected at the individual level, it was shown that correlation between active ingredients was higher for pesticides within the same type, such as herbicides or insecticides, ranging from 0.30 to 0.70, but considerable lower or close to zero for pesticides of different types (Samanic et al. 2005). Pairwise correlation between individual organophosphate insecticides ever used was low: more than 90% were less than 0.2, with a maximum of 0.58 (Hoppin et al., 2012).

The method used to assess and assign exposure, and the type of information collected or available might increase the correlation between active ingredients and therefore limit the possibility of disentangling the effects of one active ingredient from another. For instance, in a case–control study, the correlation between active ingredients can increase dramatically if information is obtained on crops grown, and a crop-exposure matrix based on linkage of crops and authorization data of pesticides is then used to assign exposure to individual cases and controls. This can make it impossible to distinguish the effects of one insecticide from another in such a study.

To reduce measurement error, some studies have used known determinants of pesticide exposure in questionnaires for retrospective assessment of exposure, both in studies of the general population and within agricultural populations (Dosemeci et al., 2002). It is possible to use generic questions about exposure determinants in case–control studies since they will result in considerable contrast between persons exposed and unexposed to pesticides. On the other hand, studies within agriculture might lack sufficient contrast to discriminate different intensities of exposure. Use of quantitative measurement data does not necessarily result in more accurate exposure assessment, since in such mixed exposure situations there is enormous temporal variability in exposure intensity, and often only limited numbers of exposure measurements are available (due to logistic problems). Good exposure-modelling practices, combined with additional information collection, can remedy this problem to a large extent (Kromhout & Heederik, 2005).

*(a)   Agricultural Health Study*

Great efforts were made in the Agricultural Health Study (AHS) to assess exposure among agricultural pesticide applicators and their spouses. These questionnaires and algorithms have been extensively described and have undergone several tests for reliability and accuracy that have provided considerable insight into the quality of this exposure assessment.

A semiquantitative exposure assessment method was developed based on self-reported information from 58 000 applicators in Iowa and North Carolina, USA, on determinants of exposure intensity, such as mixing condition, duration and frequency of application, application methods, maintenance or repair of mixing and application equipment, work practices, use of personal protective equipment and personal hygiene. For each study subject, chemical-specific lifetime cumulative levels of pesticide exposure were derived by combining intensity of pesticide exposure (estimated using self-reported information on determinants of exposure intensity in formal algorithms) and self-reported years and annual frequency of pesticide application (Dosemeci et al., 2002). Using logic checks, the accuracy of self-reported use of the pesticides on the initial questionnaires in the AHS was studied by comparing self-reported decade of first use and total years of use to the year the pesticide active ingredient was first registered. The majority of respondents provided plausible responses for decade of first use and total duration of use (Hoppin et al., 2002).

More direct validation of the algorithm used to estimate exposure intensity scores was

Fig. 1.1 Urine concentrations of MCPA and 2,4-D in applicators, grouped by pesticide exposure




(A) Box plot of day 1 and day 2 urine concentration of MCPA for applicators grouped by pesticide exposure algorithm score ($n$ = 84); (B) Box plot of day 1 and day 2 urine concentration of 2,4-D for applicators grouped by pesticide exposure algorithm score ($n$ = 41).
2,4-D, 2,4-dichlorophenoxyacetic acid; MCPA, 2-methyl-4-chlorophenoxyacetic acid
From Coble et al. (2005), Taylor & Francis Ltd, reprinted by permission of the publisher (Taylor & Francis Ltd, http://www.tandfonline.com)

performed through comparison of algorithm scores with biological monitoring data from 84 farmers who had applied the herbicide MCPA and 41 farmers who had applied 2,4-D. Urinary concentrations of MCPA ranged from < 1.0 to 610 µg/L, while urinary concentrations of 2,4-D ranged from < 1.0 to 514 µg/L. A direct comparison of algorithm scores and urine concentrations showed weak correlation for MCPA (Spearman correlation, 0.17–0.18), and moderate correlation for 2,4-D (Spearman correlation, 0.34–0.45). Categorizing the population based on algorithm scores into three groups showed that the geometric mean urinary concentration was 20 µg/L in the group with highest exposure, and 5 µg/L in the group with lowest exposure, for those applying MCPA. For those applying 2,4 D, the geometric means were 29 µg/L in the group with highest exposure, and 2 µg/L in the group with lowest exposure (Coble et al., 2005; see Fig. 1.1).

The second validation study in the AHS focused on appraising the intensity algorithm using actual measurements of fungicide exposure for applicators working in orchards. Personal air, hand rinses, 10 dermal patches, a pre-application first-morning urine and a subsequent 24-hour urine sample were collected from 74 applicators for 2 days after application. Environmental samples were analysed for captan, and urine samples for $cis$-1,2,3,6-tetrahydrophthalimide (THPI). Captan and THPI were more frequently detected in samples from applicators who used air-blast rather than manual application. The exposure intensity algorithm was marginally predictive of concentrations on the thigh and forearm, but did not predict exposures in air, hand rinse, or urine for THPI (Hines et al., 2008).

A third validation study compared algorithm intensity scores with measured exposures in the field. Pre- and post-application measurements of urinary biomarkers were made for applicators of 2,4-D ($n$ = 69) and chlorpyrifos ($n$ = 17). Personal dermal exposure was measured by patches and hand wipes, and inhalation exposure was measured by personal air samples. Intensity scores

45

Case 3:16-md-02741-VC   Document 2418-11   Filed 01/03/19   Page 11 of 11

IARC MONOGRAPHS – 112

were estimated using information collected from technicians and applicators. Scores from the two groups were highly correlated (Spearman's r = 0.92 and r = 0.84 for 2,4-D and chlorpyrifos, respectively). Correlations between the algorithm intensity scores and post-application urinary concentrations were moderate for both 2,4-D and chlorpyrifos (r = 0.42 and r = 0.53 respectively). Correlations between intensity scores and estimated hand loading, estimated body loading, and air concentrations were weak to moderate for 2,4-D applicators (r = 0.28–0.50) but lower for chlorpyrifos applicators using granular products (r = 0.02–0.58) (Thomas et al., 2010). Based on the results of this validation study, the algorithm used for the AHS was modified, but the new algorithm containing modified weighting factors for personal protection efficiency and application method was not validated in a new exposure study (Coble et al., 2011).

[The Working Group noted that these validity studies suggested that the AHS exposure intensity algorithm has some capacity to discriminate between extremes of the exposure intensity range; however, validity was evaluated only for exposure during application days, while the epidemiological analyses used estimates of long-term exposure intensity.]

*(b) Other epidemiological studies*

A summary of the methods of exposure assessment used in epidemiological studies discussed in this volume is presented in Table 1.4. Most these studies were carried out in North America.

All of the studies addressed historical exposure to pesticides, therefore the use of biomarkers or monitoring data was not feasible at the individual subject level. Almost all of the studies relied on self-reported data, which (as discussed above) is reasonably reliable and valid when applicators are reporting their own use, but may not be suitable for spouses or other farm workers, particularly those exposed by re-entry. Proxy respondents are unlikely to know the details of use of specific pesticides by their next-of-kin.

Apart from the AHS, few of the studies included expert review of the data or performed validity or reliability studies.

In most community-based studies, the numbers of subjects exposed to individual pesticides were low, and analyses were performed on a simple assessment of whether a subject had been ever exposed or not. Some studies were able to subdivide the exposed subjects by number of years exposed or number of days of use per year. No study was able to make a quantitative estimate of cumulative exposure.

[In conclusion, the Working Group noted that the exposure assessment methods used in in most studies were relatively crude.]

## 2. Studies of Cancer in Humans

Malathion was previously considered by the *IARC Monographs* in 1983 and 1987 (IARC, 1983, 1987). No data on exposure in humans were available at that time. New data have become available since the previous evaluation, including several epidemiological studies that are described below.

### 2.1 Scope of available epidemiological studies

The frequently cited epidemiological studies that contributed to the decision of the Working Group regarding the strength of the evidence for carcinogenicity in humans associated with the pesticides considered in the present volume of the *IARC Monographs* (malathion, parathion, diazinon, glyphosate, and tetrachlorvinphos) are summarized in Section 2.2. These pesticides have been used for many decades worldwide, sometimes in large quantities, in both agricultural and domestic situations. Despite this widespread use, there are surprisingly few studies