**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

Case No. 3:16-md-02741-VC

*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC
*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC
*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC

**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO'S MOTION FOR SUMMARY JUDGMENT RE: TIER 1 PLAINTIFFS ON NON-CAUSATION GROUNDS**

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of

Monsanto's Motion for Summary Judgment on Non-Causation Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Deposition Transcript of Plaintiff Sioum Gebeyehou and Exhibit 8 thereto.

3. Annexed hereto as Exhibit 2 are true and correct excerpts of the operative complaints of Tier 1 Plaintiffs Sioum Gebeyehou, Edwin Hardeman, and Elaine and Christopher Stevick.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Deposition Transcript of Dr. Charles Benbrook dated December 28, 2018.

5. Annexed hereto as Exhibit 4 is a true and correct excerpt of the EPA, *Reregistration Eligibility Decision (RED) Glyphosate* dated September 1993.

6. Annexed hereto as Exhibit 5 is a true and correct copy of *Glyphosate; Pesticide Tolerances*, 62 Fed. Reg. 17,723, 17,728 (Apr. 11, 1997).

7. Annexed hereto as Exhibit 6 is a true and correct copy of *Glyphosate; Pesticide Tolerances*, 67 Fed. Reg. 60,934, 60,935-43 (Sept. 27, 2002).

8. Annexed hereto as Exhibit 7 is a true and correct copy of *Glyphosate; Pesticide Tolerance,* 69 Fed. Reg. 65,081, 65,086 (Nov. 10, 2004).

9. Annexed hereto as Exhibit 8 is a true and correct copy of *Glyphosate; Pesticide Tolerances*, 73 Fed. Reg. 73,586, 73,589 (Dec. 3, 2008).

10. Annexed hereto as Exhibit 9 is a true and correct copy of *Glyphosate; Pesticide Tolerances*, 78 Fed. Reg. 25,396, 25,398 (May 1, 2013).

11. Annexed hereto as Exhibit 10 is a true and correct excerpt of EPA, Office of Pesticide Programs, *Cancer Assessment Document—Evaluation of the Carcinogenic Potential of Glyphosate* at 77 (Oct. 1, 2015).

12. Annexed hereto as Exhibit 11 is a true and correct excerpt of EPA's Glyphosate Issue Paper dated September 12, 2016.

13. Annexed hereto as Exhibit 12 is true and correct excerpts of EPA's *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* and *Glyphosate—Health Human Risk Assessment* dated December 12, 2017.

14. Annexed hereto as Exhibit 13 is a true and correct excerpt of the Testimony of Anna B. Lowit, Science Advisor, Office of Pesticide Programs, EPA, before the House Committee on Science, Space, and Technology on February 6, 2018.

15. Annexed hereto as Exhibit 14 is a true and correct copy of Andreotti, G. et. al., *Glyphosate Use and Cancer Incidicence in the Agricultural Health Study*, 110 J. Nat'l Cancer Inst (2017).

16. Annexed hereto as Exhibit 15 is a true and correct excerpt of the European Commission for Health and Consumer Protection's *Review report for the active substance glyphosate* dated January 21, 2002.

17. Annexed hereto as Exhibit 16 is a true and correct excerpt of the European Chemicals Agency's glyphosate report dated March 15, 2017.

18. Annexed hereto as Exhibit 17 is a true and correct excerpt of the New Zealand Environmental Protection Authority's glyphosate report dated August 2016.

19. Annexed hereto as Exhibit 18 is a true and correct excerpt of the 2016 Joint FAO/WHO Meeting on Pesticides Residues Report.

20. Annexed hereto as Exhibit 19 is a true and correct excerpt of International Programme on Chemical Safety ("IPCS"), Enviornmental Health Criteria 159 (1994).

21. Annexed hereto as Exhibit 20 is a true and correct excerpt of World Health Organization (WHO), *Glyphosate and AMPA in Drinkking-water: Background Document for Development of WHO Guidelines for Drinking-water Quality*, WHO/SDE/WSH/03.04/97 (June 2005).

22. Annexed hereto as Exhibit 21 is a true and correct excerpt of Heydens, W. et al., *Genotoxic Potential of Glyphosate Formulations: Mode-of-Action Investigations,* 56 J. Agric. Food Chem. 1517 (2008); Hotz, K., *A Study of the Short-Term Effects of Mon 3050 in Male*

*CD-1 Mice*, Monsanto Study MSL-16949, Monsanto Co. (July 26, 2002) (unpublished study) (on file with Monsanto Co.)

23. Annexed hereto as Exhibit 22 is a true and correct copy of Gary Williams, Robert Kroes, and Ian Munro, *Safety Evaluation and Risk Assessment of the Herbicide Roundup and Its Active Ingredient, Glyphosate, for Humans*, Regulatory Toxicology and Pharmacology (2000).

24. Annexed hereto as Exhibit 23 is a true and correct copy of Larry D. Kier and David J. Kirkland, *Review of Genotoxicity Studies of Glyphosate and Glyphosate-based Formulations*, Critical Reviews in Toxicology (2013).

25. Annexed hereto as Exhibit 24 is a true and correct copy of EPA Pesticide Registration Notice 98-10, Notifications, Non-Notifications and Minor Formulation Amendments (October 22, 1998).

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 3rd day of January 2019.

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*