# Exhibit 1

```
1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE ROUNDUP PRODUCTS        )

                                   )

5    LIABILITY LITIGATION          )

                                   )   Case No.

6                                  )   3:16-MD-05813-vc

                                   )

7    This document relates to:     )   MDL No. 2741

                                   )

8    Simoun Gebeyehou v.           )

     Monsanto co.,                 )

9     3:16-cv-05813-VC              )

     _____  )

10

11

12

13

14

                             DEPOSITION OF

15

                          SIMOUN GEBEYEHOU

16

                    TUESDAY, NOVEMBER 13, 2018

17

18

19

20

21   REPORTER: KIMBERLY E. D'URSO, RPR, CSR NO. 11372

22

23

24

25
```

Simoun Gebeyehou

---

**Page 2**

```
1   APPEARANCES:
2
3   FOR THE PLAINTIFF:
         TESFAYE W. TSADIK LAW OFFICES
4        TESFAYE W. TSADIK, ESQ.
         The California Building
5        1736 Franklin Street
         Oakland, CA  94612
6        (510) 839-3922
         ttsadik@pacbell.net
7        ttsadik3@gmail.com
8   FOR THE DEFENDANT:
9        ARNOLD & PORTER KAYE SCHOLER LLP
         BY:  BERT SLONIM, ESQ.
10       NEDA HAJIAN, ESQ.
         250 W. 55th Street
11       New York NY  10019
         (212) 836-8897
12       bert.slonim@arnoldporter.com
13  ALSO PRESENT:
14       Helen Gebeyehou
15             --oOo--
16
17
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
1           INDEX OF EXAMINATION
2   WITNESS:  SIMOUN GEBEYEHOU
3   EXAMINATION BY                     PAGE
         Mr. Slonim.............................5
4
         Mr. Tsadik............................165
5
6
7        EXHIBITS FOR REFERENCE
8   EXHIBIT        DESCRIPTION          PAGE
9   1 - Notice of Deposition.........................9
10  2 - Land Description...........................31
11  3 - Map..........................................33
12  4 - Copy of Photo...............................35
13  5 - Copy of Photo...............................35
14  6 - Copy of Photo...............................35
15  7 - Plaintiff Fact Sheet........................50
16  8 - Patient Secure Message....................58
17  9 - "Roundup Check Doubles Your Risk of Lymphoma"..65
18  10- Labels......................................80
19             --oOo--
20
           QUESTIONS INSTRUCTED NOT TO ANSWER/MARKED
21
       PAGE          LINE
22
       155           11
23
             --oOo--
24
25
```

---

**Page 4**

```
1                --oOo--
2        BE IT REMEMBERED, that set on Tuesday, the 13th
3   day of November, 2018, commencing at the hour of
4   10:01 a.m. thereof, at Oakland Marriott City Center, 1001
5   Broadway, Oakland, California, before me,
6   Kimberly E. D'Urso, an RPR and Certified Shorthand
7   Reporter of the State of California, there personally
8   appeared
9           SIMOUN GEBEYEHOU
10       having been called as a witness by the
11  Defendant, who, having been sworn by me to tell the
12  truth, the whole truth, and nothing but the truth, was
13  thereupon examined and testified as hereinafter set
14  forth:
15               --oOo--
16
17           EXAMINATION
18  BY MR. SLONIM:
19     Q.  Good morning, Mr. Gebeyehou.  My name is Bert
20  Slonim.  I'm an attorney for the Monsanto Company, the
21  defendant in this lawsuit.
22       You are the plaintiff bringing this lawsuit;
23  correct?
24     A.  Correct.
25     Q.  Would you please state your full name and your
```

---

**Page 5**

```
1   home address for the record.
2   ███████████████████████████████████████████
3   ██████
4      Q.  Mr. Gebeyehou, before we begin, I need to put a
5   statement on the record.  I note that Monsanto is
6   continuing to receive records from medical providers who
7   have treated you, as well as from your employers and
8   other types of records.  So we have not yet received the
9   complete set of records necessary for me to make sure
10  that I can ask all the questions that are needed.  For
11  that reason, Monsanto reserves its rights to continue
12  the deposition of Mr. Gebeyehou after today, based on
13  the additional records that are in the process of being
14  made available.
15       MR. TSADIK:  Objection to that, because I know
16  the record, up to now, shows Monsanto has received all
17  the medical records.  And I believe the Court has already
18  indicated what kind of records would be available from
19  the employment file.  And I would object to any kind of
20  reservation of time to have the deposition continued to
21  another date.  Just for the record.
22  BY MR. SLONIM:
23     Q.  Mr. Gebeyehou, you understand that you are
24  providing testimony today under oath; is that correct?
25     A.  Yes.
```

---

Simoun Gebeyehou



Page 54

Page 56

1 right. September.

2    Q.  Do you read articles published on an Internet

3 website called Rodale News?

4    A.  I don't remember.

5    Q.  Do you know what Rodale News is?

6    A.  No.

7    Q.  Did you ever read anything published by

8 rodalenews.com?

9    A.  No.

10    Q.  Do you recall reading an article on a website

11 in September 2014 that said Roundup caused lymphoma?

12    A.  Two websites, credible websites.  One is one

13 with Dr. Oz.  And then the other one where you asked me,

14 I answered.

15    Q.  So you recall that at some point in time in the

16 fall of 2014, you read on two websites that Roundup

17 caused lymphoma?

18    A.  I read on the website.  There's plenty.  But

19 the two credible attachments that made my decision from

20 two attachments.  The one attachment is Dr. Oz.  And the

21 one in 2016 was, if I recall, a technical paper written

22 in 2015.  But it come to my hand 2016.  When I -- when I

23 saw that, I stopped using it, especially Roundup.  So

24 when you say, did you use Roundup, yes, until 2014.  And

25 then 2016, I completely stopped.

Page 55

Page 57

6        MR. TSADIK:  You have to ask him a question.

7 This is narrative.

8        MR. SLONIM:  Counsel.

9        MR. TSADIK:  Object on the ground that this is

10 not really a deposition --

11        (Simultaneous speakers.)

12        MR. SLONIM:  Counsel.

13        MR. TSADIK:  Answering the question.

14        MR. SLONIM:  Counsel, just say "Objection."

15        MR. TSADIK:  Objection.  I am telling you

16 objection.  You ask your question.

17        THE WITNESS:  Ask --

18        MR. SLONIM:  And you interrupted his answer.

19 BY MR. SLONIM:

20    Q.  Dr. -- Mr. Gebeyehou, so do I understand that

21 you watched the Dr. Oz TV program?

22    A.  Right.

23    Q.  And did you watch a Dr. Oz TV program in

24 September 2014 that said that Roundup caused cancer?

25    A.  I'm not sure of the month, but probably you are

Simoun Gebeyehou



Simoun Gebeyehou

Page 62

1  BY MR. SLONIM:

2   Q.  So my question is:  Do you remember if the

3  segment that Dr. Oz had, that you watched on September

4  24th, 2014 -- or that week -- that talked about Roundup

5  causing cancer, was that more than five minutes, as best

6  you can recall?

7   A.  I don't remember.

8   Q.  Did you -- after you saw that program, you

9  watched that program; correct?

10   A.  Correct.

11   Q.   And after you watched that program, did you

12  talk to anyone about that Dr. Oz program?

13   A.  No.  I immediately -- I don't remember.

14   Q.  Did you talk to your wife Helen about that

15  program?

16   A.  She really don't get involved with -- maybe I

17  did.

18      MR. TSADIK:  You can't look at her now.

Page 63

9   Q.  Okay.  So you saw it on Dr. Oz and then you

10  looked on the Internet?

11   A.  Before Dr. Oz, I knew that there was such a

12  rumor, I call it.

18   Q.  So after you saw the Dr. Oz show, did you go on

19  the Internet and do more research to see what was

20  available?

21   A.  I was alarmed.  Yes, maybe.

22      (Reporter clarification.)

Page 64

Page 65



Simoun Gebeyehou



Page 66

4    Q.   Okay.  And let's look at the first paragraph of
5  the article.  I'll read it.  It states, in the first
6  paragraph, and I quote:  "There has" -- "There's been a
7  striking increase in the number of non-Hodgkin's
8  lymphoma cases over the past three decades, and a major
9  new scientific review suggests chemical pesticides,
10  particularly glyphosate, the active ingredient in the
11  popular weed killer Roundup, are playing an important
12  role in fueling that cancer."
13        Do you recall reading that --
14        MR. TSADIK:  Objection.
15        THE WITNESS:  Let me say that --
16        MR. TSADIK:  He answered the question.  You're
17  asking him another question.  He said he didn't remember
18  reading it.  That's what he said.  Look at it.
19        THE WITNESS:  First of all, I don't even get
20  that statement.  For the first time today, you're giving
21  me the name Rodale.  All I'm saying is all the rumors and
22  the -- and the write-ups are all cancer and Roundup.
23  Beyond that, I didn't go into the detail -- I don't even
24  remember what this says, except the title.

Simoun Gebeyehou

Page 70

1   I'm highlighting that first sentence in the middle of
2   the page.
3        MR. TSADIK:  Objection.  I mean, I object to
4   this document because you have not established --
5        (Simultaneous speakers.)
6        MR. SLONIM:  Counsel.
7        MR. TSADIK:  -- the timeline of this document.
8        MR. SLONIM:  Counsel.

14       MR. SLONIM:  Counsel, the word is "Objection."
15       MR. TSADIK:  Objection.  Yeah.
16       MR. SLONIM:  Nothing more.
17  BY MR. SLONIM:
18       Q.  Mr. Gebeyehou, take a look, please, at Exhibit
19  Number 9, the middle of the page, the sentence that I
20  yellow highlighted.  It states, and I quote:  "The
21  International Agency for Research on Cancer, researchers
22  found that exposure to glyphosate doubled a person's
23  risk of developing non-Hodgkin's lymphoma."
24       MR. TSADIK:  Objection.
25  BY MR. SLONIM:



Page 72

Page 71

Page 73

# Gebeyehou Deposition Exhibit 8

