# Exhibit 2

Tesfaye W. Tsadik, Esq., CSB#108103
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone: (510) 839-3922
Facsimile: (510) 444-1704
Email: ttsadik@pacbell.net

Attorney for Plaintiff
SIOUM GEBEYEHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOUM GEBEYEHOU ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MONSANTO COMPANY and DOES ) <br> 1 through 25 , ) <br> ) <br> Defendantss. ) <br> _____) | Case No. <br><br> **COMPLAINT FOR DAMAGES** <br><br><br> **JURY TRIAL DEMANDED** |

Plaintiff, SIOUM GEBEYEHOU ("Plaintiff"), by and through his undersigned attorney, hereby brings this Complaint for damages against Defendants Monsanto Company and Does 1 through 25 and alleges the following:

**NATURE OF THE CASE**

1. This is an action for damages suffered by Plaintiff as a direct and proximate result of Defendants' negligent and wrongful conduct in connection with the design, development, manufacture, testing, packaging, promoting, marketing, advertising, distribution, labeling, and/or sale of the herbicide Roundup®, containing the active ingredient glyphosate.

2. Plaintiff maintains that Roundup® and/or glyphosate is defective, dangerous to human health, unfit and unsuitable to be marketed and sold in commerce, and lacked proper

*Plaintiff's Complaint for Damages* -1-

1 warnings and directions as to the dangers associated with its use.

2     3. Monsanto, since it began selling Roundup®, has represented it as safe to humans and the environment. Indeed, Monsanto has repeatedly proclaimed and continues to proclaim to the world, and particularly to United States consumers, that glyphosate-based herbicides, including Roundup®, create no unreasonable risks to human health or to the environment.

## JURISDICTION AND VENUE

    4. This Court has jurisdiction over Defendants and as this action is brought pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendants. Defendants MONSANTO COMPANY is incorporated in Delaware and, with its principal place of business in St. Louis, Missouri and Plaintiff is a citizen of California.

    5. The amount in controversy between Plaintiff and Defendants exceeds $75,000, exclusive of interest and cost.

    6. The Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

    7. Venue is proper within this district pursuant to 28 U.S.C. § 1391 in that Defendants conduct business in this judicial district and are subject to personal jurisdiction in this district and Plaintiff resides in this judicial district and was diagnosed with his injury in this District. Furthermore, Defendants sell, market, and/or distribute Roundup® within the this judicial District.

## PARTIES

    8. Plaintiff, SIOUM GEBEYEHOU, is a natural person and at all relevant times a resident Alameda County, citizen of California. Plaintiff brings this action for personal injuries sustained by exposure to Roundup® ("Roundup") containing the active ingredient glyphosate and the surfactant POEA. As a direct and proximate result of being exposed to Roundup, Plaintiff developed non-Hodgkin's Lymphoma and related medical conditions.

    9. Defendant MONSANTO COMPANY is a Delaware corporation, a multinational

*Plaintiff's Complaint for Damages*      -2-

AIMEE H. WAGSTAFF (SBN 278480)
aimee.wagstaff@andruswagstaff.com
DAVID J. WOOL (*pro hac vice* anticipated)
david.wool@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, Colorado 80226
Telephone: (720) 255-7623
Facsimile: (303) 376-6361

KATHRYN M. FORGIE (SBN 110404)
kathryn.forgie@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
6315 Ascot Drive
Oakland, California 94611
Telephone: (720) 255-7623
Facsimile: (303) 376-6361

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN HARDEMAN,<br><br>　　　　　Plaintiff<br>v.<br><br>MONSANTO COMPANY and JOHN DOES 1-50.<br><br>　　　　　Defendant. | Civil Action No.: 4:16-cv-00525-DMR<br><br>**FIRST AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff, Edwin Hardeman ("Plaintiff"), by and through his undersigned attorneys, hereby brings this Complaint for damages against Defendants Monsanto Company and John Does 1-50, and alleges the following:

## NATURE OF THE CASE

1. This is an action for damages suffered by Plaintiff as a direct and proximate result of Defendants' negligent and wrongful conduct in connection with the design, development, manufacture, testing, packaging, promoting, marketing, advertising, distribution, labeling, and/or sale of the herbicide Roundup®, containing the active ingredient glyphosate.

2. Plaintiff maintains that Roundup® and/or glyphosate is defective, dangerous to human health, unfit and unsuitable to be marketed and sold in commerce, and lacked proper warnings and directions as to the dangers associated with its use.

3. Plaintiff's injuries, like those striking thousands of similarly situated victims across the country, were avoidable.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over Defendants and this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendants. Defendants are all either incorporated and/or have their principal place of business outside of the state in which the Plaintiff resides.

5. The amount in controversy between Plaintiff and Defendants exceeds $75,000, exclusive of interest and cost.

6. The Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

7. Venue is proper within this district pursuant to 28 U.S.C. § 1391 in that Defendants conduct business here and are subject to personal jurisdiction in this district. Furthermore, Defendants sell, market, and/or distribute Roundup® within the District of California. Also, a substantial part of the acts and/or omissions giving rise to these claims occurred within this district.

## PARTIES[1]

8. Plaintiff, Edwin Hardeman, is a natural person and at all relevant times a resident and citizen of Sonoma County, California. Plaintiff brings this action for personal injuries sustained by exposure to Roundup® ("Roundup") containing the active ingredient glyphosate and the surfactant

---

[1] Plaintiff was incorrectly listed as Edward Hardeman in the original complaint rather than Edwin Hardeman.

CURTIS G. HOKE (SBN 282465)
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE STEVICK and CHRISTOPHER STEVICK; | |
|     *Plaintiffs,* | **CIVIL No.: 3:16-cv-02341** |
| vs. | |
| MONSANTO COMPANY, | **COMPLAINT;** <br> **DEMAND FOR JURY TRIAL** |
|     *Defendant*. | |

## JURISDICTION AND VENUE

9. Federal diversity jurisdiction in this Court is proper under 28 U.S.C. § 1332 because Plaintiffs are citizens of a different state from the Defendant Monsanto Company's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. This Court has personal jurisdiction over Monsanto under C.C.P. § 410, because Monsanto knows or should have known that its Roundup® products are sold throughout the State of California.

11. Monsanto maintains sufficient contacts with the State of California such that this Court's exercise of personal jurisdiction over it does not offend traditional notions of fair play and substantial justice. Additionally, Monsanto caused the Plaintiffs' tortious injury by acts and omissions in this judicial district and caused tortious injury in this district by acts and omissions outside this district while regularly doing and soliciting business, engaging in a persistent course of conduct, and deriving substantial revenue from goods used or consumed and services rendered in this judicial district.

12. Venue is proper within this District under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to this claim occurred within this judicial District.

## THE PARTIES
### Plaintiffs

13. Plaintiff Elaine Stevick resides in Sonoma County, California and did at all relevant times. Plaintiff Christopher Stevick was at all relevant times the lawful spouse of Elaine Stevick.

### Defendant

14. Defendant Monsanto Company ("Monsanto") is a Delaware corporation with its headquarters and principal place of business in St. Louis, Missouri.