# Exhibit 10

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

OFFICE OF CHEMICAL SAFETY
AND POLLUTION PREVENTION



MEMORANDUM

**DATE:** October 1, 2015

**SUBJECT:** GLYPHOSATE: Report of the Cancer Assessment Review Committee

    PC Code: 417300      DP Barcode: N/A
    Decision No.: N/A      Registration No.: N/A
    Petition No.: N/A      Regulatory Action: N/A
    Risk Assessment Type: NA      Case No.: N/A
    TXR No.: 0057299      CAS No.: 1071-83-6
    MRID No.: N/A      40 CFR: N/A

**FROM:** Jess Rowland, *[signature]*
Deputy Division Director
Chair, Cancer Assessment Review Committee
And
Karlyn Middleton, Co-Chair *[signature]*
Cancer Assessment Review Committee
Health Effects Division (7509P)

**TO:** Charles Smith, Chief,
Risk Assessment Branch I
Health Effects Division (7509P)
        And
Khue Nguyen
Chemical Review Manager
Risk Management and Implementation Branch 1
Pesticide Re-evaluation Division

On September 16, 2015, the Cancer Assessment Review Committee (CARC) of the Health Effects Division, of the Office of Pesticide Programs evaluated the carcinogenic potential of Glyphosate in accordance with the *EPA's Final Guidelines for Carcinogen Risk Assessment* (March, 2005). Attached please find the final Cancer Assessment Document.

**CANCER ASSESSMENT DOCUMENT**

EVALUATION OF THE CARCINOGENIC POTENTIAL OF
**Glyphosate**

FINAL REPORT
October 1, 2015

C<span></span>ANCER A<span></span>SSESSMENT R<span></span>EVIEW C<span></span>OMMITTEE
HEALTH EFFECTS DIVISION
OFFICE OF PESTICIDE PROGRAMS
U.S Environmental Protection Agency

# Table of Contents

EXECUTIVE SUMMARY ................................................................................................... 7
I. INTRODUCTION ..................................................................................................... 11
II. BACKGROUND INFORMATION .......................................................................... 11
III. EPIDEMIOLOGY ..................................................................................................... 13
   A. Cohort Study ........................................................................................................ 13
   B. Case-Control Studies ........................................................................................... 13
   C. Results .................................................................................................................. 14
      1. Solid Tumor Cancer Studies ............................................................................ 14
      2. Non-Solid Tumor Cancer Sites ....................................................................... 25
   D. Discussion ............................................................................................................ 38
IV. EVALUATION OF CARCINOGENICITY IN ANIMALS ..................................... 39
   A. Carcinogenicity Studies in Rats ........................................................................... 40
      1. Lankas, G, P. A Lifetime Study of Glyphosate in Rats. December 23, 1981. Unpublished report No. 77-2062 prepared by Bio Dynamics, Inc. EPA Accession. No. 247617 – 247621. MRID No. 00093879 ................................................................... 40
      2. Stout, L. D. and Rueckerf, P.A. (1990). Chronic Study of Glyphosate Administered in Feed to Albino Rats. Laboratory Project No. MSL-10495; September, 26, 1990, MRID No. 41643801; Historical Controls; MRID No. 41728701. ........................................ 41
      3. Atkinson, C., Strutt, A., Henderson, W., et al. (1993). 104-Week chronic feeding/ oncogenicity study in rats with 52-week interim kill. Inveresk Research International (IRI), Tranent, Scotland. Study No. 438623; IRI Report No. 7867. April 7, 1993. MRID No. 49631701. Unpublished ................................................................................. 46
      4. Brammer. (2001). Glyphosate Acid: Two Year Dietary Toxicity and Oncogenicity Study in Rats. Central Toxicology Laboratory, Alderley Park Macclesfield, Cheshire, UK: Syngenta. (MRID No. 49704601) ............................................................................ 46
      5. Feinchemie Schwebda. (1996). Combined Chronic Toxicity and Carcinogenicity Study with Glyphosate Technical in Wistar Rats. Bangalore, India: Rallis India, Ltd. (Cited in Greim *et al.*, 2015). ................................................................................... 48
      6. Arysta Life Sciences. (1997a). HR-001: 24-Month Oral Chronic Toxicity and Oncogenicity Study in Rats. Kodaira-shi, Tokyo, Japan: The Institute of Environmental Toxicology (Cited in Greim *et al.*, 2015). ......................................................... 49
      7. Nufarm. (2009a). Glyphosate Technical: Dietary Combined Chronic Toxicity/ Carcinogenicity in the Rat. Shardlow, Derbyshire, UK: Harlan Laboratories Ltd. (Cited in Greim *et al.*, 2015). ................................................................................................ 50

- B. Carcinogenicity Studies in Mice ....... 51
  - 1. Knezevich, A.L and Hogan, G. K. (1983). A chronic feeding study of glyphosate in mice. Unpublished report prepared by Bio/Dynamic Inc., dated July 21, 1983. Report No. 77-2011. EPA Accession No. 251007 – 251009, and 251014 ....... 51
  - 2. Atkinson, C., Martin, T., Hudson, P., and Robb, D. (1993). Glyphosate: 104 week dietary carcinogenicity study in mice. Inveresk Research International, Tranent, EH33 2NE, Scotland. IRI Project No. 438618. April 7, 1993. MRID 49631702. ....... 54
  - 3. Arysta Life Sciences. (1997b). HR-001: 18-Month Oncogenicity Study in Mice. Kodaira-shi, Tokyo, Japan: The Institute of Environmental Toxicology (Cited in Greim *et al.,* 2015). ....... 55
  - 4. Nufarm. (2009b). Glyphosate Technical: Dietary Carcinogenicity Study in the Mouse. Derbyshire, UK: Harlan Laboratories Ltd. (Cited in Greim *et al.,* 2015) ....... 56
- IV. TOXICOLOGY ....... 57
  - A. Metabolism ....... 57
  - B. Mutagenicity ....... 58
    - 1. Bacterial reverse mutation assays ....... 59
    - 2. *In vitro* mammalian cell gene mutation assays ....... 60
    - 3. *In vitro* chromosomal aberration assays ....... 60
    - 4. *In vivo* micronucleus and chromosomal aberration assays ....... 61
    - 5. Other genotoxicity assays ....... 63
    - 6. Conclusions ....... 64
  - C. Structure-Activity Relationship ....... 64
  - D. Subchronic and Chronic Toxicity Studies ....... 64
    - 1. Subchronic Toxicity ....... 64
    - 2. Chronic Toxicity ....... 65
- V. COMMITTEE'S ASSESSMENT OF THE WEIGHT-OF-THE-EVIDENCE ....... 68
  - A. Evidence for Carcinogenicity in Humans ....... 68
    - 1. Cancer at Multiple Sites ....... 68
    - 2. Brain Cancer ....... 68
    - 3. Leukemia ....... 68
    - 4. Multiple Myeloma ....... 68
    - 5. Non-Hodgkin Lymphoma ....... 69
  - B. Evidence for Carcinogenicity in Experimental Animals ....... 70
    - 1. Evidence for Carcinogenicity in Rats ....... 70

      2.    Evidence for Carcinogenicity in Mice ........................................................................ 72
   C.    Discussion .................................................................................................................... 74
      1.    Mutagenicity ............................................................................................................. 76
      2.    Structure Activity Relationship ................................................................................ 77
VI.   CLASSIFICATION OF CARCINOGENIC POTENTIAL ............................................... 77
VII.   QUANTIFICATION OF CARCINOGENIC POTENTIAL ............................................. 78
VIII.   BIBLIOGRAPHY ............................................................................................................ 78

GLYPHOSATE                                                                                                             FINAL

changes which are detected in tests for mutations and chromosomal damage (*e.g.* chromosomal aberrations or micronuclei induction). The studies that IARC cited as positive findings for chromosomal damage had deficiencies in the design and/or conduct of the studies confounding the interpretation of the results. In addition these positive findings were not reproduced in other guideline or guideline-like studies evaluating the same endpoints. Furthermore, IARC's evaluation did not include a number of negative results from studies that were reported in the review article by Kier and Kirkland (2013). The inclusion of the positive findings from studies with known limitations, the lack of reproducible positive findings and the omission of the negative findings from reliable studies may have had a significant bearing on IARC's conclusion on the genotoxic potential of glyphosate.

In accordance with the 2005 Guidelines for Carcinogen Risk Assessment, based on the weight-of-evidence, glyphosate is classified as "Not Likely to be Carcinogenic to Humans". This classification is based on the following weight-of-evidence considerations:

- The epidemiological evidence at this time does not support a causal relationship between glyphosate exposure and solid tumors. There is also no evidence to support a causal relationship between glyphosate exposure and the following non-solid tumors: leukemia, multiple myeloma, or Hodgkin lymphoma. The epidemiological evidence at this time is inconclusive for a causal or clear associative relationship between glyphosate and NHL. Multiple case-control studies and one prospective cohort study found no association; whereas, results from a small number of case-control studies (mostly in Sweden) did suggest an association. Limitations for most of these studies include small sample size, limited power, risk/odd ratios with large confidence intervals, and recall bias as well as missing data. The literature will continue to be monitored for studies related to glyphosate and risk of NHL.

- In experimental animals, there is no evidence for carcinogenicity. Dietary administration of glyphosate at doses ranging from 3.0 to 1500 mg/kg/day for up to two years produced no evidence of carcinogenic response to treatment in seven separate studies with male or female Sprague-Dawley or Wistar rats. Similarly, dietary administration of glyphosate at doses ranging from 85 to 4945 mg/kg/day for up to two years produced no evidence of carcinogenic response to treatment in four separate studies with male or female CD-1 mice. The CARC did not consider any of the observed tumors in 11 carcinogenicity studies in rats and mice to be treatment-related since the observed tumors did not exhibit a clear dose-response relationship, were not supported pre-neoplastic changes (*e.g.*, foci, hypertrophy, and hyperplasia), were not statistically significant on pairwise statistical analysis with concurrent control groups, and/or were within the range of the historical control data.

- Based on a weight of evidence approach from a wide range of assays both *in vitro* and *in vivo* including endpoints for gene mutation, chromosomal damage, DNA damage and repair, there is no *in vivo* genotoxic or mutagenic concern for glyphosate.

GLYPHOSATE                                                                                                                  FINAL

IARC concluded that "there is strong evidence that exposure to glyphosate or glyphosate-based formulations is genotoxic"; however, the IARC analysis included studies that tested glyphosate-formulated products as well as studies where the test material was not well-characterized (*i.e.*, no purity information was provided). The CARC did not include such studies in their evaluation. The IARC analysis also focused on DNA damage as an endpoint (*e.g.*, comet assay); however, DNA damage is often reversible and can result from events that are secondary to toxicity (cytotoxicity), as opposed to permanent DNA changes which are detected in tests for mutations and chromosomal damage (*e.g.* chromosomal aberrations or micronuclei induction). The studies that IARC cited, where positive findings were reported for chromosomal damage, had study limitations confounding the interpretation of the results. In addition, these positive findings were not reproduced in other guideline or guideline-like studies evaluating the same endpoints. This includes many negative studies cited by Kier and Kirkland (2013) that were considered by CARC, but were not included in the IARC decision.

## 2. Structure Activity Relationship

Sulfosate (the trimethylsulfonium salt of glyphosate) is classified as a Group E Chemical: "Not Likely to be Carcinogenic to Humans," based on the lack of evidence of carcinogenicity in mice and rats in two acceptable studies, and absence of mutagenicity concern.

## VI. CLASSIFICATION OF CARCINOGENIC POTENTIAL

In accordance with the 2005 Guidelines for Carcinogen Risk Assessment, glyphosate is classified as "Not Likely to be Carcinogenic to Humans." This classification is based on the following weight-of-evidence considerations:

- The epidemiological evidence at this time does not support a causal relationship between glyphosate exposure and solid tumors. There is also no evidence to support a causal relationship between glyphosate exposure and the following non-solid tumors: leukemia, multiple myeloma, or Hodgkin lymphoma. The epidemiological evidence at this time is inconclusive for a causal or clear associative relationship between glyphosate and NHL. Multiple case-control studies and one prospective cohort study found no association; whereas, results from a small number of case-control studies (mostly in Sweden) did suggest an association. Limitations for most of these studies include small sample size, limited power, risk ratios with large confidence intervals, and recall bias as well as missing data. The literature will continue to be monitored for studies related to glyphosate and risk of NHL.

- In experimental animals, there is no evidence for carcinogenicity. Dietary administration of glyphosate at doses ranging from 3.0 to 1500 mg/kg/day for up to two years produced no evidence of carcinogenic response to treatment in seven separate studies with male or female Sprague-Dawley or Wistar rats. Similarly, dietary administration of glyphosate at