# Exhibit 11

# Glyphosate Issue Paper:
# Evaluation of Carcinogenic Potential

# EPA's Office of Pesticide Programs
# September 12, 2016



## Table of Contents

List of Acronyms ................................................................................................................ 7

List of Tables ..................................................................................................................... 10

1.0     Introduction ............................................................................................................ 12

1.1     Background ............................................................................................................ 12

1.2     Evaluation of Carcinogenic Potential ..................................................................... 12

1.3     Overview of Draft "Framework for Incorporating Human Epidemiologic & Incident Data in Health Risk Assessment" ................................................................. 13

1.4     Summary of the Exposure Profile in the United States .......................................... 15

1.5     Organization of this Document ............................................................................... 19

2.0     Systematic Review & Data Collection ................................................................... 19

2.1     Data Collection: Methods & Sources ..................................................................... 20

2.1.1     Open Literature Search ..................................................................................... 20

2.1.2     Studies Submitted to the Agency ..................................................................... 21

2.2     Evaluation of Relevant Studies ............................................................................... 22

3.0     Data Evaluation of Epidemiology ........................................................................... 22

3.1     Introduction ............................................................................................................ 22

3.2     Considerations for Study Quality Evaluation and Scope of Assessment ............... 23

3.2.1     Study Designs .................................................................................................. 24

3.2.1.1     Analytical Studies ....................................................................................... 25

3.2.1.2     Descriptive Studies ............................................................................................... 27

3.2.2     Exposure Measures ....................................................................................................... 27

3.2.3     Outcome Measures ........................................................................................................ 28

3.2.4     Confounding .................................................................................................................. 28

3.2.5     Statistical Analyses ....................................................................................................... 29

3.2.6     Risk of Bias ................................................................................................................... 29

3.3     Review of Quality Results ................................................................................................. 30

3.3.1     "High" Quality Group .................................................................................................... 30

3.3.2     "Moderate" Quality Group ............................................................................................ 31

3.3.3     "Low" Quality Group .................................................................................................... 32

3.4     Assessment of Epidemiological Studies for Relevance to Analysis ............................... 44

3.5     Summary of Relevant Epidemiological Studies .............................................................. 44

3.5.1     Solid Tumor Cancer Studies .......................................................................................... 45

3.5.2     Non-Solid Tumor Cancer Studies .................................................................................. 53

3.6     Discussion ............................................................................................................................ 63

4.0     Data Evaluation of Animal Carcinogenicity Studies ...................................................... 68

4.1     Introduction ........................................................................................................................ 69

4.2     Consideration of Study Quality for Animal Carcinogenicity Studies ........................... 69

4.3     Assessment of Animal Carcinogenicity Studies .............................................................. 71

**4.4**    **Summary of Animal Carcinogenicity Studies** ................................................................ **73**

**4.5**    **Rat Carcinogenicity Studies with Glyphosate** ............................................................... **74**

**4.5.1**    **Burnett et al., 1979 (MRID 00105164)** ........................................................................ **74**

**4.5.2**    **Lankas, 1981 (MRID 00093879)** ................................................................................ **74**

**4.5.3**    **Stout and Ruecker, 1990 (MRID 41643801)** ............................................................... **75**

**4.5.4**    **Atkinson et al., 1993a (MRID 496317023)** ................................................................. **79**

**4.5.5**    **Brammer, 2001 (MRID 49704601)** ............................................................................. **79**

**4.5.6**    **Pavkov and Wyand 1987 (MRIDs 40214007, 41209905, 41209907)** .......................... **80**

**4.5.7**    **Suresh, 1996 (MRID 49987401 )** ................................................................................ **81**

**4.5.8**    **Enemoto, 1997 (MRID 50017103-50017105)** .............................................................. **81**

**4.5.9**    **Wood et al., 2009a (MRID 49957404)** ......................................................................... **81**

**4.5.10**    **Summary of Rat Data** ................................................................................................ **82**

**4.6**    **Mouse Carcinogenicity Studies with Glyphosate** .......................................................... **85**

**4.6.1**    **Reyna and Gordon, 1973 (MRID 00061113)** ............................................................... **85**

**4.6.2**    **Knezevich and Hogan, 1983 (MRID 00130406)** ........................................................... **85**

**4.6.3**    **Atkinson, 1993b (MRID 49631702)** ............................................................................ **87**

**4.6.4**    **Wood et al., 2009b (MRID 49957402)** ......................................................................... **88**

**4.6.5**    **Sugimoto, 1997 (MRID 50017108 - 50017109)** ........................................................... **89**

**4.6.6**    **Pavkov and Turnier, 1987 (MRIDs 40214006, 41209907)** ........................................... **90**

4.6.7 Summary of Mouse Data .................................................................................................. 90

4.7 Absorption, Distribution, Metabolism, Excretion (ADME) ........................................... 94

4.8 Discussion ........................................................................................................................ 95

5.0 Data Evaluation of Genetic Toxicity ............................................................................... 97

5.1 Introduction ..................................................................................................................... 97

5.2 Scope of the Assessment Considerations for Study Quality Evaluation ..................... 97

5.3 Tests for Gene Mutations for Glyphosate Technical .................................................... 99

5.3.1 Bacterial Mutagenicity Assays ......................................................................... 99

5.3.2 *In vitro* Tests for Gene Mutations in Mammalian Cells ............................... 103

5.4 *In vitro* Tests for Chromosomal Abnormalities ........................................................... 105

5.4.1 *In vitro* Mammalian Chromosomal Aberration Test .................................... 105

5.4.2 *In vitro* Mammalian Micronucleus Test ........................................................ 106

5.5 *In Vivo* Genetic Toxicology Tests ................................................................................ 111

5.5.1 *In Vivo* Assays for Chromosomal Abnormalities ......................................... 111

5.5.1.1 Mammalian Bone Marrow Chromosomal Aberration Assays ........................ 111

5.5.1.2 Rodent Dominant Lethal Test ......................................................................... 111

5.5.1.3 *In Vivo* Mammalian Erythrocyte Micronucleus Assays ................................. 112

5.6 Additional Genotoxicity Assays Evaluating Primary DNA Damage ......................... 119

5.7 Summary and Discussion .............................................................................................. 126

**6.0    Data Integration & Weight-of-Evidence Analysis Across Multiple Lines of Evidence 128**

**6.1    Background** .................................................................................................................. **128**

**6.2    Dose-Response and Temporal Concordance** ................................................................ **128**

**6.3    Strength, Consistency, and Specificity** ......................................................................... **130**

**6.4    Biological Plausibility and Coherence** .......................................................................... **131**

**6.5    Uncertainty** ................................................................................................................... **133**

**6.6    Evaluation of Cancer Classification per the 2005 EPA Guidelines for Carcinogen Risk Assessment** ........................................................................................................... **135**

**6.6.1    Introduction** ................................................................................................................ **135**

**6.6.2    Discussion of Evidence to Support Cancer Classification Descriptors** ................... **137**

**6.7    Proposed Conclusions Regarding the Carcinogenic Potential of Glyphosate** ........... **140**

**7.0    Collaborative Research Plan for Glyphosate and Glyphosate Formulations** .......... **141**

**8.0    References** .................................................................................................................... **144**

- If there is a small increase in a tumor with a high background rate in that sex and strain, when there is some but insufficient evidence that the observed tumors may be due to intrinsic factors that cause background tumors and not due to the agent being assessed (when there is a high background rate of a specific tumor in animals of a particular sex and strain, then there may be biological factors operating independently of the agent being assessed that could be responsible for the development of the tumors). In this case, the reasons for determining that the tumors are not due to the agent are explained; or
- If there is a statistically significant increase at one dose only, but no significant response at the other doses and no overall trend.

*"Not Likely to Be Carcinogenic to Humans"*

This descriptor is appropriate when the available data are considered robust for deciding that there is no basis for human hazard concern. In some instances, there can be positive results in experimental animals when there is strong, consistent evidence that each MOA in experimental animals does not operate in humans. In other cases, there can be convincing evidence in both humans and animals that the agent is not carcinogenic.

This descriptor would be appropriate if any of the following was observed:

- Animal evidence demonstrates lack of carcinogenic effects in both sexes in well-designed and well-conducted studies in at least two appropriate animal species in the absence of other animal or human data suggesting a potential for cancer effects, or
- Convincing and extensive experimental evidence showing that the only carcinogenic effects observed in animals are not relevant to humans, or
- Convincing evidence that carcinogenic effects are not likely by a particular exposure route, or
- Convincing evidence that carcinogenic effects are not likely below a defined dose range.

### 6.6.2   Discussion of Evidence to Support Cancer Classification Descriptors

As stated above, the available data and weight-of-evidence clearly do not support the descriptors "carcinogenic to humans", "likely to be carcinogenic to humans", or "inadequate information to assess carcinogenic potential". The following discusses the remaining cancer classification descriptors and how the evidence does or does not support the descriptors.

It could be argued that the "suggestive evidence of carcinogenic potential" descriptor would be appropriate. The evidence to support this includes:

- Non-statistically significant effect estimates greater than the null were reported for NHL across studies and meta-analyses based on ever/never use ranged from 1.3-1.5.
- There was limited evidence of a possible exposure-response relationship between glyphosate exposure and NHL.

For cancer descriptors, the available data and weight-of-evidence clearly do not support the descriptors "carcinogenic to humans", "likely to be carcinogenic to humans", or "inadequate information to assess carcinogenic potential". For the "suggestive evidence of carcinogenic potential" descriptor, considerations could be looked at in isolation; however, following a thorough integrative weight-of-evidence evaluation of the available data, the database would not support this cancer descriptor. The strongest support is for "not likely to be carcinogenic to humans" at doses relevant to human health risk assessment.

This analysis integrating multiple lines of evidence highlights the need for mechanistic studies to elucidate the MOA/AOP of glyphosate, as well as additional epidemiology studies and updates from the AHS cohort study to further investigate the carcinogenic potential of glyphosate in humans. This evaluation focused on studies on the active ingredient glyphosate; however, additional research could also be performed to determine whether formulation components, such as surfactants, influence the toxicity of glyphosate formulations. The agency has been working on plans to initiate research given these identified data gaps and these plans are described in Section 7.0.

The agency is soliciting advice from the FIFRA SAP on the evaluation and interpretation of the available data for each line of evidence for the active ingredient glyphosate and the weight-of-evidence analysis, as well as how the available data inform cancer classification descriptors according to the agency's 2005 Guidelines for Carcinogen Risk Assessment.

## 7.0    Collaborative Research Plan for Glyphosate and Glyphosate Formulations

As previously mentioned, some have believed that glyphosate formulations may be more toxic than glyphosate alone. Glyphosate has been studied in a multitude of studies and there are studies that have been conducted on numerous formulations that contain glyphosate; however, there are relatively few research projects that have attempted to directly compare glyphosate and the formulations in the same experimental design. Furthermore, there are even less instances of studies comparing toxicity across formulations.

The agency has been collaborating with the NTP Division of the National Institute of Environmental Health Sciences to develop a research plan intended to evaluate the role of glyphosate in product formulations and the differences in formulation toxicity. Four objectives were identified that laid out how research by NTP might contribute to these research questions: 1) compare the toxicity of glyphosate vs. formulations, as well as compare formulations vs. formulations, 2) provide publicly available toxicology data on cancer-related endpoints, 3) provide publicly available toxicology data on non-cancer endpoints, and 4) investigate the mechanisms of how glyphosate and formulations cause toxic effects.

As part of the first objective, NTP will investigate the differential biological activity of glyphosate, glyphosate formulations, and the individual components of formulations. . The NTP Laboratory Branch generated preliminary data by exposing human hepatoma cells (HepG2) to five different glyphosate products bought off the shelf. The endpoint in the assay was cell viability, measured by ATP levels. The data, presented in Figure 7.1, demonstrate at-a-glance