# Exhibit 12

# Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential

# EPA's Office of Pesticide Programs
# December 12, 2017



DP Barcode: D444689
TXR#: 0057688

# Table of Contents

List of Acronyms .................................................................................................................... 7

List of Tables ........................................................................................................................ 10

1.0   Introduction ................................................................................................................ 12

1.1   Background ................................................................................................................ 12

1.2   Evaluation of Carcinogenic Potential ........................................................................ 12

1.3   Overview of "Framework for Incorporating Human Epidemiologic & Incident Data in Health Risk Assessment" ......................................................................................... 14

1.4   Summary of the Exposure Profile in the United States ............................................. 15

1.5   Organization of this Document .................................................................................. 19

2.0   Systematic Review & Data Collection ...................................................................... 19

2.1   Data Collection: Methods & Sources ........................................................................ 20

2.1.1   Open Literature Search ........................................................................................... 20

2.1.2   Studies Submitted to the Agency ........................................................................... 21

2.2   Evaluation of Relevant Studies .................................................................................. 22

3.0   Data Evaluation of Epidemiology .............................................................................. 23

3.1   Introduction ................................................................................................................ 23

3.2   Considerations for Study Quality Evaluation and Scope of Assessment .................. 23

3.2.1   Study Designs ......................................................................................................... 24

3.2.1.1   Analytical Studies ................................................................................................ 26

3.2.1.2   Descriptive Studies ................................................................................................... 27

3.2.2   Exposure Measures ........................................................................................................ 28

3.2.3   Outcome Measures ......................................................................................................... 28

3.2.4   Confounding .................................................................................................................... 28

3.2.5   Statistical Analyses ......................................................................................................... 29

3.2.6   Risk of Bias ...................................................................................................................... 29

3.3   Review of Quality Results ................................................................................................ 30

3.3.1   "High" Quality Group .................................................................................................... 31

3.3.2   "Moderate" Quality Group ............................................................................................ 32

3.3.3   "Low" Quality Group ..................................................................................................... 32

3.4   Assessment of Epidemiological Studies for Relevance to Analysis .............................. 44

3.5   Summary of Relevant Epidemiological Studies ............................................................. 45

3.5.1   Solid Tumor Cancer Studies .......................................................................................... 45

3.5.2   Non-Solid Tumor Cancer Studies .................................................................................. 53

3.6   Discussion ........................................................................................................................... 63

4.0   Data Evaluation of Animal Carcinogenicity Studies ...................................................... 69

4.1   Introduction ....................................................................................................................... 69

4.2   Consideration of Study Quality for Animal Carcinogenicity Studies .......................... 69

4.3   Assessment of Animal Carcinogenicity Studies .............................................................. 71

4.4     Summary of Animal Carcinogenicity Studies ................................................................ 74

4.5     Rat Carcinogenicity Studies with Glyphosate ............................................................... 74

4.5.1   Lankas, 1981 (MRID 00093879) .................................................................................. 74

4.5.2   Stout and Ruecker, 1990 (MRID 41643801) ................................................................ 75

4.5.3   Atkinson *et al.*, 1993a (MRID 49631701) .................................................................... 79

4.5.4   Brammer, 2001 (MRID 49704601) ............................................................................... 80

4.5.5   Pavkov and Wyand 1987 (MRIDs 40214007, 41209905, 41209907) .......................... 80

4.5.6   Suresh, 1996 (MRID 49987401) ................................................................................... 81

4.5.7   Enemoto, 1997 (MRID 50017103-50017105) .............................................................. 81

4.5.8   Wood *et al.*, 2009a (MRID 49957404) ......................................................................... 81

4.5.9   Summary of Rat Data .................................................................................................... 82

4.6     Mouse Carcinogenicity Studies with Glyphosate .......................................................... 85

4.6.1   Reyna and Gordon, 1973 (MRID 00061113) ............................................................... 85

4.6.2   Knezevich and Hogan, 1983 (MRID 00130406) .......................................................... 85

4.6.3   Atkinson, 1993b (MRID 49631702) ............................................................................. 87

4.6.4   Wood *et al.*, 2009b (MRID 49957402) ........................................................................ 88

4.6.5   Sugimoto, 1997 (MRID 50017108 - 50017109) ........................................................... 89

4.6.6   Pavkov and Turnier, 1987 (MRIDs 40214006, 41209907) .......................................... 90

4.6.7   Summary of Mouse Data ............................................................................................... 90

4.7　Absorption, Distribution, Metabolism, Excretion (ADME) .......................................... 93

4.8　Discussion ........................................................................................................................ 94

5.0　Data Evaluation of Genetic Toxicity ................................................................................ 98

5.1　Introduction ..................................................................................................................... 98

5.2　Scope of the Assessment Considerations for Study Quality Evaluation ..................... 99

5.3　Tests for Gene Mutations for Glyphosate Technical .................................................... 100

5.3.1　Bacterial Mutagenicity Assays .................................................................................... 100

5.3.2　*In vitro* Tests for Gene Mutations in Mammalian Cells ............................................. 106

5.4　*In vitro* Tests for Chromosomal Abnormalities ............................................................. 108

5.4.1　*In vitro* Mammalian Chromosomal Aberration Test .................................................. 108

5.4.2　*In vitro* Mammalian Micronucleus Test ...................................................................... 109

5.5　*In Vivo* Genetic Toxicology Tests .................................................................................. 114

5.5.1　*In Vivo* Assays for Chromosomal Abnormalities ....................................................... 114

5.5.1.1　Mammalian Bone Marrow Chromosomal Aberration Assays ........................... 114

5.5.1.2　Rodent Dominant Lethal Test ............................................................................. 114

5.5.1.3　*In Vivo* Mammalian Erythrocyte Micronucleus Assays ..................................... 115

5.6　Additional Genotoxicity Assays Evaluating Primary DNA Damage ......................... 122

5.7　Summary and Discussion .............................................................................................. 129

6.0　Data Integration & Weight-of-Evidence Analysis Across Multiple Lines of Evidence 132

6.1 Background .................................................................................................................... 132

6.2 Dose-Response and Temporal Concordance ................................................................ 132

6.3 Strength, Consistency, and Specificity .......................................................................... 133

6.4 Biological Plausibility and Coherence ........................................................................... 135

6.5 Uncertainty ..................................................................................................................... 136

6.6 Evaluation of Cancer Classification per the 2005 EPA Guidelines for Carcinogen Risk Assessment ............................................................................................................. 138

6.6.1 Introduction .................................................................................................................... 138

6.6.2 Discussion of Evidence to Support Cancer Classification Descriptors ...................... 141

6.7 Proposed Conclusions Regarding the Carcinogenic Potential of Glyphosate .......... 143

7.0 Collaborative Research Plan for Glyphosate and Glyphosate Formulations .......... 145

8.0 References ...................................................................................................................... 147

## 1.0 EXECUTIVE SUMMARY

***Background:*** Glyphosate is a nonselective Group 9 herbicide that is currently registered for pre- and post-emergence application to a variety of fruit, vegetable, and field crops. Glyphosate is also currently registered on turf (including golf courses and residential lawns) and on aquatic application scenarios. Tolerances are established for residues of glyphosate in/on numerous plant commodities at 0.2-400 ppm (40 CFR §180.364(a)) and for the combined residues of glyphosate and *N*-acetyl-glyphosate (expressed as glyphosate) in/on field corn, soybean, canola, aspirated grain fractions (AGF), and livestock commodities at 0.1-310 ppm. The Glyphosate Reregistration Eligibility Decision (RED) document was issued September 1993. HED completed a human health risk assessment scoping document in support of Registration Review on 3-June-2009 (D362745, J. Van Alstine *et al.*) and responded to public comments concerning this assessment on 28-Dec-2009 (D369999, J. Van Alstine *et al.*). The most recent human health risk assessment was completed on 14-November-2012 (D398547, T. Bloem *et al.*).

***Hazard Characterization:*** Glyphosate exhibits low toxicity across species, durations, life stages, and routes of exposure. In most of the studies in its hazard database, effects are seen at doses at or above the limit dose (>1000 mg/kg/day). The observed effects included: decreases in body weights and minor indicators of toxicity to the eyes, liver, and/or kidney. There were no effects observed in route-specific dermal and inhalation studies. There was no evidence that glyphosate is neurotoxic or immunotoxic.

Glyphosate showed no evidence of increased quantitative or qualitative susceptibility following *in utero* exposures to rats or rabbits. In rats, maternal and developmental toxicity was observed only at or above the limit dose. In rabbits, maternal toxicity was comprised mainly of clinical signs (diarrhea, few and/or soft feces) and no developmental toxicity was observed. In one of the two-generation rat reproductive toxicity studies, no adverse effects were seen in the parental animals including reproductive toxicity. While there was an increased postnatal quantitative susceptibility, offspring effects were observed only at the limit dose (1000 mg/kg/day) and consisted of delayed age and increased weight at attainment of preputial separation (PPS).

Glyphosate is categorized as having low acute toxicity for the oral, dermal, and inhalation routes (Toxicity Categories III or IV). It is a mild eye irritant (Toxicity Category III), slight skin irritant (Toxicity Category IV), and is not a dermal sensitizer.

As part of Registration Review, the Agency collaborated with Health Canada's Pest Management Regulatory Agency (PMRA) to conduct an open literature review in 2012. A subsequent search of the open literature was conducted more recently by the Agency to supplement the joint review with PMRA. The only studies found to be appropriate for quantitative use identified no-observed adverse-effect levels (NOAELs) at doses well above the points of departure (PODs) currently used for risk assessment. As a result, there was no impact on the hazard characterization or draft human health risk assessment for glyphosate from open literature studies (TXR No. 0056885).

Additionally, the Agency reevaluated the human carcinogenic potential of glyphosate, which included a weight-of-evidence evaluation of data from animal toxicity, genotoxicity, and epidemiological studies. This evaluation was presented to the Federal Insecticide, Fungicide, and Rodenticide Scientific Advisory Panel (FIFRA SAP) and was subsequently updated based on their review. The Agency concluded that glyphosate should be classified as "not likely to be carcinogenic to humans."

The 2005 EPA Guidelines for Carcinogen Risk Assessment also state that "weighing of the evidence includes addressing not only the likelihood of human carcinogenic effects of the agent but also the conditions under which such effects may be expressed". Increased tumor incidence was typically observed at doses of 1,000 mg/kg/day or greater; however, none of these were considered treatment-related by the agency based on the weight-of-evidence evaluations. Additionally, the only *in vivo* positive assays seen in the genotoxicity studies were administered via i.p. injection at doses of 200 mg/kg/day and 300 mg/kg/day or orally at 5,000 mg/kg/day. These high doses are not considered relevant to human health risk assessment based on the currently registered use pattern for glyphosate. Maximum potential glyphosate exposure in residential and occupational settings have been estimated at 0.47 mg/kg/day and 7 mg/kg/day, respectively, which are well-below the doses necessary to elicit the effects seen in these animal carcinogenicity and genotoxicity studies. Additionally, non-linear kinetics may also be occurring at the high doses. The carcinogenicity test guidelines (OCSPP 870.4200 and OCSPP 870.4300) and the 2005 Guidelines for Carcinogen Risk Assessment state that inappropriate toxicokinetics (e.g., overwhelming absorption or detoxification mechanisms) should be avoided. A well-conducted pharmacokinetic study evaluating the toxicokinetic profile of glyphosate is needed to further investigate the toxicokinetic properties between high and low dose levels to ensure that inappropriate toxicokinetics is avoided.

Overall, there is not strong support for the "suggestive evidence of carcinogenic potential" cancer classification descriptor based on the weight-of-evidence, which includes the fact that even small, non-statistically significant changes observed in animal carcinogenicity and epidemiological studies were contradicted by studies of equal or higher quality. The strongest support is for "not likely to be carcinogenic to humans".

### 6.7     Proposed Conclusions Regarding the Carcinogenic Potential of Glyphosate

Glyphosate is a non-selective, phosphonomethyl amino acid herbicide registered to control weeds in various agricultural and non-agricultural settings. Labeled uses of glyphosate include over 100 terrestrial food crops as well as other non-agricultural sites, such as greenhouses, aquatic areas, and residential areas. Following the introduction of glyphosate-resistant crops in 1996, glyphosate use increased dramatically; however, glyphosate use has stabilized in recent years due to the increasing number of glyphosate-resistant weed species.

Since its registration in 1974, numerous human and environmental health analyses have been completed for glyphosate, which consider all anticipated exposure pathways. Glyphosate is currently undergoing Registration Review. As part of this process, the hazard and exposure of glyphosate are reevaluated to determine its potential risk to human and environmental health using current practices and policies. The human carcinogenic potential of glyphosate has been evaluated by the agency several times. As part of the current evaluation for Registration Review, the agency has performed a comprehensive analysis of available data from submitted guideline studies and the open literature. This includes epidemiological, animal carcinogenicity, and genotoxicity studies.

An extensive database exists for evaluating the carcinogenic potential of glyphosate, including 63 epidemiological studies, 14 animal carcinogenicity studies, and nearly 90 genotoxicity studies for the active ingredient glyphosate. These studies were evaluated for quality and results were analyzed across studies within each line of evidence. The modified Bradford Hill criteria were then used to evaluate multiple lines of evidence using such concepts as strength, consistency, dose response, temporal concordance and biological plausibility. The available data at this time do no support a carcinogenic process for glyphosate. Overall, animal carcinogenicity and genotoxicity studies were remarkably consistent and did not demonstrate a clear association between glyphosate exposure and outcomes of interest related to carcinogenic potential. In epidemiological studies, there was no evidence of an association between glyphosate exposure and numerous cancer outcomes; however, due to conflicting results and various limitations identified in studies investigating NHL, a conclusion regarding the association between glyphosate exposure and risk of NHL cannot be determined based on the available data. Increases in tumor incidence were not considered treatment-related in any of the animal carcinogenicity studies. In 6 of these studies, no tumors were identified for evaluation. In the remaining studies, the tumors were not considered treatment-related due to lack of pairwise statistical significance, lack of a monotonic dose response, absence of preoplastic or related non-neoplastic lesions, no evidence of tumor progression, and/or historical control information (when available). Additionally, tumor findings seen in individual rat and mouse studies were also not reproduced in other studies, including those conducted in the same animal species and strain at similar or higher doses. Furthermore, data from epidemiological and animal carcinogenicity studies do not reliably demonstrate expected dose-response relationships. In genotoxicity studies, there was no convincing evidence that glyphosate is genotoxic *in vivo* via the oral route.

For cancer descriptors, the available data and weight-of-evidence clearly do not support the descriptors "carcinogenic to humans", "likely to be carcinogenic to humans", or "inadequate information to assess carcinogenic potential". For the "suggestive evidence of carcinogenic potential" descriptor, considerations could be looked at in isolation; however, following a thorough integrative weight-of-evidence evaluation of the available data, the database would not support this cancer descriptor. The strongest support is for "not likely to be carcinogenic to humans".

This analysis integrating multiple lines of evidence highlights the need for mechanistic studies to elucidate the MOA/AOP of glyphosate, as well as additional epidemiology studies and updates from the AHS cohort study to further investigate the carcinogenic potential of glyphosate in humans. This evaluation focused on studies on the active ingredient glyphosate; however, additional research could also be performed to determine whether formulation components, such as surfactants, influence the toxicity of glyphosate formulations. The agency has been working on plans to initiate research given these identified data gaps and these plans are described in Section 7.0.