# Exhibit 13

TESTIMONY OF

ANNA B. LOWIT

SCIENCE ADVISOR, OFFICE OF PESTICIDE PROGRAMS

U.S. ENVIRONMENTAL PROTECTION AGENCY

BEFORE THE

HOUSE COMMITTEE ON SCIENCE, SPACE, AND TECHNOLOGY

February 6, 2018

Good morning Chairman Smith, ranking Member Johnson and members of the committee. My name is Anna Lowit. I serve as the Science Advisor in the Office of Pesticide Programs of the U.S. Environmental Protection Agency. I have a Ph.D. in Environmental Toxicology from the University of Tennessee and have worked at the EPA since 1998. In my role as Science Advisor, I provide advice and guidance to senior management and staff concerning toxicity testing, risk assessment, and science policy issues of national and international importance related to pesticides.

The EPA regulates the manufacture and use of all pesticides in the United States and establishes maximum levels for pesticide residues in food, thereby safeguarding the nation's food supply, workers, and the general public. The EPA implements the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA); the Pesticide Registration Improvement Act (PRIA); and key parts of the Food Quality Protection Act (FQPA) and Federal Food, Drug, and Cosmetic Act (FFDCA), along with the Endangered Species Act. Under these statutes, new pesticides and new

countries and international organizations such as Canada, Australia, and the European Food Safety Authority.

As required under the FFDCA, glyphosate was subject to endocrine screening as part of the EPA's Endocrine Disruptor Screening Program (EDSP). The EPA received and reviewed all the required Tier 1 assay data. Based on weight of evidence considerations, there is no convincing evidence of potential interaction with the estrogen, androgen or thyroid pathways, and no additional EDSP related studies are considered necessary.

In 2015, the International Agency on the Research for Cancer (IARC) released its final conclusions that glyphosate is "probably carcinogenic to humans (Group 2A)."[4]  In 2016, the EPA conducted a comprehensive analysis of all the available laboratory animal carcinogenicity, mutagenicity, and epidemiology data to inform the human carcinogenic potential of glyphosate. In December 2016, the EPA presented its evaluation to the FIFRA Scientific Advisory Panel (SAP). The EPA received the SAP's recommendations in March 2017. The agency's cancer issue paper was updated to incorporate revisions based on the SAP's report. Based on the comprehensive analysis of all available data and reviews, the EPA concludes that glyphosate is "not likely to be carcinogenic to humans." The EPA's cancer classification for glyphosate is based on a weight of evidence evaluation in accordance with the agency's 2005 Guideline for Carcinogen Risk Assessment.[5] The dataset considered by the EPA included studies submitted for registration of glyphosate, as well as studies identified in the open literature as part of a systematic review.

---

[4] See http://monographs.iarc.fr/ENG/Monographs/vol112/mono112-10.pdf.
[5] See https://www.epa.gov/risk/guidelines-carcinogen-risk-assessment.