# Exhibit 15



**EUROPEAN COMMISSION**
HEALTH & CONSUMER PROTECTION DIRECTORATE-GENERAL

Directorate E – Food Safety: plant health, animal health and welfare, international questions
**E1 - Plant health**

Glyphosate
6511/VI/99-final
21 January 2002

**COMMISSION WORKING DOCUMENT - DOES NOT NECESSARILY REPRESENT THE VIEWS OF THE COMMISSION SERVICES**

Review report for the active substance **glyphosate**

Finalised in the Standing Committee on Plant Health at its meeting on 29 June 2001 in view of the inclusion of glyphosate in Annex I of Directive 91/414/EEC

1.   **Procedure followed for the re-evaluation process**

This review report has been established as a result of the re-evaluation of glyphosate, made in the context of the work programme for review of existing active substances provided for in Article 8(2) of Directive 91/414/EEC concerning the placing of plant protection products on the market, with a view to the possible inclusion of this substance in Annex I to the Directive.

Commission Regulation (EEC) No 3600/92($^1$) laying down the detailed rules for the implementation of the first stage of the programme of work referred to in Article 8(2) of Council Directive 91/414/EEC, as last amended by Regulation (EC) No 1972/99($^2$), has laid down the detailed rules on the procedure according to which the re-evaluation has to be carried out. Glyphosate is one of the 90 existing active substances covered by this Regulation.

In accordance with the provisions of Article 4 of Regulation (EEC) No 3600/92, Feinchemie Schwebda on 11 June 1993, Herbex Produtos Quimicos Ltd on 10 February 1993, Law Offices of Samuel Pisar on 25 June 1993, Stefes Agro GmbH on 20 July 1993, United Phosphorus Ltd on 26 July 1993, Alkaloida Europe on 23 July 1993, Phytorus SA on 26 July 1993, Marubeni UK plc (since November 1997 Sinon EU Coorperation) on 23 July 1993, Cequisa on 23 July 1993, Cheminova Agro A/S on 28 July 1993, Monsanto SA on 19 July 1993, I. Pi. Ci. Industrias Prodotti Chimici on 30 July 1993, Barclay Chemicals on 27 June 1993, Chimac-Agriphar SA on 27 July 1993, SANC on 23 July 1993, OXON Italia SpA on 20 July 1993, Makhteshim Agan on 20 July 1993, Hermoo Belgium NV on 30 July 1993, Industrial Kern Espag on 26 July 1993, Tessenderlo Chemie on 27 July 1993, Iberotam on 26 July 1993, Industrias Quimicas del Valles on 28 July

---
[1] OJ No L 366, 15.12.1992, p.10.

[2] OJ No L 244, 16.09.1999, p.41.

Case 3:16-md-02741-VC   Document 2419-16   Filed 01/03/19   Page 3 of 3

- 12 -

GLYPHOSATE/GLYPHOSATE TRIMESIUM

APPENDIX II
END POINTS AND RELATED INFORMATION
1. Toxicology and metabolism
11 May 2001

## Long term toxicity and carcinogenicity

|  | **Glyphosate** | **Glyphosate Trimesium** |
|---|---|---|
| Target / critical effect: | Liver (organ weight↑, clinicial chemistry, histology); salivary glands (organ weight↑, histology); stomach mucosa and bladder epithelium (histology); eye (cataracts) | Body weight (gain) and food consumption↓; chronic mucosal inflammation in nasopharynx and larynx in rats |
| Lowest relevant NOAEL: | 2 years, rat: 31 mg/kg bw/d | 2 years, rat: 500 ppm (about 21 mg/kg bw/d) |
| Carcinogenicity: | No evidence of carcinogenicity. | No evidence of carcinogenicity. |

## Reproductive toxicity

|  | **Glyphosate** | **Glyphosate Trimesium** |
|---|---|---|
| Target / critical effect - Reproduction: | Reduced pup weight at parentally toxic doses. | Litter size and pup body weight gain↓ at parentally toxic doses. |
| Lowest relevant reproductive NOAEL / NOEL: | 10000 ppm (equal to 700 mg/kg bw/d) | 150 ppm (approx. 7.5 mg/kg bw/d) |
| Target / critical effect - Developmental toxicity: | Lower number of viable fetuses and reduced fetal weight; retarded ossification, higher incidence of skeletal and/or visceral anomalies; effects confined to maternally toxic doses. | Post-implantation losses↑, fetal weight↓, slightly higher incidence of rib variations; effects confined to maternally toxic doses |
| Lowest relevant developmental NOAEL / NOEL: | Rat: 300 mg/kg bw/d | Rabbit: 40 mg/kg bw/d |

## Delayed neurotoxicity

| **Glyphosate** | **Glyphosate Trimesium** |
|---|---|
| No relevant effects. | No relevant effects. |