# Exhibit 16



# Committee for Risk Assessment
# RAC

# Opinion
proposing harmonised classification and labelling at EU level of

# glyphosate (ISO); N-(phosphonomethyl)glycine

# EC Number: 213-997-4
# CAS Number: 1071-83-6

CLH-O-0000001412-86-149/F

# Adopted
# 15 March 2017

Annankatu 18, P.O. Box 400, FI-00121 Helsinki, Finland | Tel. +358 9 686180 | Fax +358 9 68618210 | echa.europa.eu

study". The DS noted that some publications arising from the AHS study and a number of case-control studies (which were also summarised) have focused on a possible association between glyphosate exposure and Non-Hodgkin's Lymphoma (NHL) and this was considered in the CLH report in some detail. The DS (in tables 43 and 44 of the CLH report) also considered and compared the evaluations that had been conducted by IARC and the rapporteur member state (Germany) under the pesticide review process on various epidemiological studies.

The DS concluded that overall the epidemiological data did not provide convincing evidence that glyphosate exposure in humans might be related to any cancer type, including NHL. The DS also concluded that epidemiological studies are of limited value for detecting the carcinogenic potential of an active substance in plant protection products "since humans are never exposed to a single compound alone" and the results of the studies are associated with different formulations containing glyphosate or mixtures of different active substances.

Conclusions of the DS

The DS concluded that based on the epidemiological data as well as on data from long-term studies in rats and mice, taking a weight of evidence approach, no hazard classification for carcinogenicity is warranted for glyphosate according to the CLP criteria.

## Comments received during public consultation

Most of the large number of comments received during the public consultation addressed carcinogenicity. Comments were received from 9 MSCAs or national government organisations, the remainder being from organisations or individuals.

According to an analysis conducted by the DS, approximately 20% of the general comments contained detailed and scientifically justified arguments, some of which were very extensive. One comment in particular (from an individual) provided extensive comment on the statistical analyses conducted in the CLH report. Published papers accompanied some of the submitted comments.

The DS noted that most of the remaining comments received were variations of standardised text or were general comments concerning the intended use, the risk assessment of glyphosate or further issues without detailed or new toxicological information relevant for hazard identification or on the classification and labelling of glyphosate.

Three comments from the MSCAs indicated general or specific support for the position of the DS for no classification for carcinogenicity. One MSCA provided a critical analysis of the CLH report (including pointing out inconsistencies between the CLH report and the risk assessment report). The remainder provided either cautious or clear support for classification for carcinogenicity in general or for classification in Category 2. In addition, one government authority from Germany (not an MSCA) argued for classification as Carc. 1B.

Comments from Industry agreed with the DS that no classification was warranted. In responding to some of the comments received, the DS indicated that they continued to hold the position that no classification for carcinogenicity was warranted.

In response to a request from the RAC during the accordance check and as a response to several comments received in the public consultation,the DS included an addendum to the CLH dossier in the RCOM, to elaborate further on the weight of evidence related to the three tumour types in mice (renal tumours, malignant lymphoma and haemangiosarcoma). The addendum contained a systematic evaluation according to the IPCS 'Conceptual Framework for Evaluating a Mode of Action for Chemical Carcinogenesis' (2001) and was included to further clarify the DS proposal on no classification for carcinogenicity.