# Exhibit 17



# Review of the Evidence Relating to Glyphosate and Carcinogenicity

Prepared for the Environmental Protection Authority
by Dr Wayne Temple BSc (Hons), PhD, FNZIC, CChem, FRSC, MAACT

Published August 2016

test method/species, or with glyphosate-containing formulations or using high *intraperitoneal* doses are inappropriate for assessment of genotoxicity to humans.

Other supporting evidence for this conclusion included DNA damage and micronuclei in various populations allegedly exposed to glyphosate from sprays. Attributing the effects found to the exposure to glyphosate is questionable when the exposure, if any, was to glyphosate-based formulations and unidentified demographic, geographical or lifestyle factors that could be responsible for the DNA damage.

In relation to oxidative stress this was only found in one study in rats administered *intraperitoneal* glyphosate active ingredient (Astiz et al, 2009), and in numerous studies using *intraperitoneal* administration or *in vitro* methods with glyphosate-based formulations. The *intraperitoneal* route of administration is not considered relevant to human exposures. Glyphosate has low gastrointestinal absorption and poor dermal absorption. There was also some inconsistency in results. So the evidence for glyphosate causing oxidative stress is considered weak.

## Conclusion

The overall conclusion is that – based on a weight of evidence approach, taking into account the quality and reliability of the available data – glyphosate is unlikely to be genotoxic or carcinogenic to humans and does not require classification under HSNO as a carcinogen or mutagen.