# Exhibit 19



# IPCS
INTERNATIONAL PROGRAMME ON CHEMICAL SAFETY

# Environmental Health Criteria 159
# Glyphosate



  

UNEP

Published under the joint sponsorship of the United Nations Environment Programme, the International Labour Organisation, and the World Health Organization

WORLD HEALTH ORGANIZATION

THE ENVIRONMENTAL HEALTH CRITERIA SERIES

Acetonitrile (No 154, 1993)
Acrolein (No 127, 1991)
Acrylamide (No 49, 1985)
Acrylonitrile (No 28, 1983)
Aged population, principles for evaluating the effects of chemicals (No 144, 1992)
Aldicarb (No 121, 1991)
Aldrin and dieldrin (No 91, 1989)
Allethrins (No 87, 1989)
Amitrole (No 158, 1994)
Ammonia (No 54, 1986)
Arsenic (No 18, 1981)
Asbestos and other natural mineral fibres (No 53, 1986)
Barium (No 107, 1990)
Benomyl (No 148, 1993)
Benzene (No 150, 1993)
Beryllium (No 106, 1990)
Biomarkers and risk assessment concepts and principles (No 155, 1993)
Biotoxins, aquatic (marine and freshwater) (No 37, 1984)
Butanols - four isomers (No 65, 1987)
Cadmium (No 134, 1992)
Cadmium - environmental aspects (No 135, 1992)
Camphechlor (No 45, 1984)
Carbamate pesticides a general introduction (No 64, 1986)
Carbaryl (No 153, 1993)
Carbendazim (No 149, 1993)
Carbon disulfide (No 10, 1979)
Carbon monoxide (No 13, 1979)
Carcinogens, summary report on the evaluation of short-term *in vitro* tests (No 47, 1985)
Carcinogens, summary report on the evaluation of short-term *in vivo* tests (No 109, 1990)
Chlordane (No 34, 1984)
Chlordecone (No 43, 1984)
Chlorine and hydrogen chloride (No. 21, 1982)
Chlorobenzenes other than hexachlorobenzene (No 128, 1991)
Chlorofluorocarbons, fully halogenated (No 113, 1990)
Chlorofluorocarbons, partially halogenated (ethane derivatives) (No 139, 1992) (methane derivatives) (No 126, 1991)
Chlorophenols (No 93, 1989)
Chromium (No 61, 1988)
Cyhalothrin (No 99, 1990)
Cypermethrin (No. 82, 1989)
Cypermethrin, alpha- (No 142, 1992)
1,2-Dichloroethane (No 62, 1987)
2,4-Dichlorophenoxyacetic acid (2,4-D) (No 29, 1984)
2,4-Dichlorophenoxyacetic acid - environmental aspects (No 84, 1989)
1,3-Dichloropropene, 1,2-dichloropropane and mixtures (No 146, 1993)
DDT and its derivatives (No 9, 1979)
DDT and its derivatives - environmental aspects (No 83, 1989)
Deltamethrin (No 97, 1990)
Diaminotoluenes (No 74, 1987)
Dichlorvos (No 79, 1988)
Diethylhexyl phthalate (No 131, 1992)
Dimethoate (No 90, 1989)
Dimethylformamide (No 114, 1991)
Dimethyl sulfate (No 48, 1985)
Diseases of suspected chemical etiology and their prevention, principles of studies on (No 72, 1987)
Dithiocarbamate pesticides, ethylenethiourea, and propylenethiourea a general introduction (No 78, 1988)
Electromagnetic Fields (No 137, 1992)
Endosulfan (No 40, 1984)
Endrin (No 130, 1992)
Environmental epidemiology, guidelines on studies in (No 27, 1983)
Epichlorohydrin (No 33, 1984)
Ethylene oxide (No 55, 1985)
Extremely low frequency (ELF) fields (No 35, 1984)
Fenitrothion (No 133, 1992)
Fenvalerate (No 95, 1990)
Fluorine and fluorides (No 36, 1984)
Food additives and contaminants in food, principles for the safety assessment of (No 70, 1987)
Formaldehyde (No 89, 1989)
Genetic effects in human populations, guidelines for the study of (No 46, 1985)
Glyphosate (No 159, 1994)
Heptachlor (No 38, 1984)
Hexachlorobutadiene (No 156, 1994)
Alpha- and beta-hexachlorocyclohexanes (No 123, 1991)
Hexachlorocyclopentadiene (No 120, 1991)
*n*-Hexane (No 122, 1991)
Hydrazine (No 68, 1987)
Hydrogen sulfide (No 19, 1981)
Hydroquinone (No. 157, 1994)
Infancy and early childhood, principles for evaluating health risks from chemicals during (No 59, 1986)
Isobenzan (No. 129, 1991)
Kelevan (No 66, 1986)
Lasers and optical radiation (No 23, 1982)
Lead (No 3, 1977)[a]
Lead - environmental aspects (No 85, 1989)
Lindane (No 124, 1991)
Magnetic fields (No 69, 1987)
Man-made mineral fibres (No 77, 1988)

---

[a] Out of print

*continued inside back cover*

The **International Programme on Chemical Safety (IPCS)** is a joint venture of the United Nations Environment Programme, the International Labour Organisation, and the World Health Organization. The main objective of the IPCS is to carry out and disseminate evaluations of the effects of chemicals on human health and the quality of the environment. Supporting activities include the development of epidemiological, experimental laboratory, and risk-assessment methods that could produce internationally comparable results, and the development of manpower in the field of toxicology. Other activities carried out by the IPCS include the development of know-how for coping with chemical accidents, coordination of laboratory testing and epidemiological studies, and promotion of research on the mechanisms of the biological action of chemicals.

WHO Library Cataloguing in Publication Data

Glyphosate.

(Environmental health criteria ; 159)

1.Glycine - analogs and derivatives   2.Herbicides
3.Environmental exposure   I.Series

ISBN 92 4 157159 4     (NLM Classification: WA 240)
ISSN 0250-863X

The World Health Organization welcomes requests for permission to reproduce or translate its publications, in part or in full. Applications and enquiries should be addressed to the Office of Publications, World Health Organization, Geneva, Switzerland, which will be glad to provide the latest information on any changes made to the text, plans for new editions, and reprints and translations already available.

©World Health Organization 1994

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. All rights reserved.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

PRINTED IN FINLAND
94/10161 – VAMMALA – 5500

This report contains the collective views of an international group of experts and does not necessarily represent the decisions or the stated policy of the United Nations Environment Programme, the International Labour Organisation, or the World Health Organization.

# Environmental Health Criteria 159

# GLYPHOSATE

First draft prepared by Dr H. Mensink and
Dr P. Janssen, National Institute of Public
Health and Environmental Hygiene,
Bilthoven, The Netherlands

Published under the joint sponsorship of
the United Nations Environment Programme,
the International Labour Organisation,
and the World Health Organization



World Health Organization
Geneva, 1994

## CONTENTS

ENVIRONMENTAL HEALTH CRITERIA FOR
GLYPHOSATE

1. SUMMARY                                                          11

    1.1  Identity, physical and chemical properties,
         and analytical methods                                     11
    1.2  Sources of human and environmental exposure                11
    1.3  Environmental transport, distribution and
         transformation                                             11
    1.4  Environmental levels and human exposure                    13
    1.5  Kinetics and metabolism in laboratory animals
         and humans                                                 14
    1.6  Effects on laboratory mammals, and *in vitro*
         test systems                                               14
    1.7  Effects on humans                                          15
    1.8  Effects on other organisms in the laboratory
         and field                                                  15

2. IDENTITY, PHYSICAL AND CHEMICAL
   PROPERTIES, AND ANALYTICAL METHODS                               18

    2.1  Identity                                                   18
    2.2  Physical and chemical properties                           18
    2.3  Formulations                                               19
    2.4  Conversion factors                                         22
    2.5  Analytical methods                                         22
         2.5.1  Sample handling and preparation                     22
         2.5.2  Analytical methods                                  27

3. SOURCES OF HUMAN AND ENVIRONMENTAL
   EXPOSURE                                                         29

    3.1  Anthropogenic sources                                      29
         3.1.1  Production levels and processes                     29
         3.1.2  Uses                                                29
         3.1.3  Drinking-water                                      31

4. ENVIRONMENTAL TRANSPORT, DISTRIBUTION
   AND TRANSFORMATION                                               33

    4.1  Transport and distribution between media                   33
         4.1.1  Water                                               34

|   |   |   |   |
|---|---|---|---|
|   | 4.1.2 | Soil sorption | 37 |
|   | 4.1.3 | Mobility in soils | 38 |
|   | 4.1.4 | Dissipation from the soil in the field | 39 |
|   | 4.1.5 | Uptake and dissipation from plants | 41 |
|   | 4.1.6 | Ingestion by animals | 43 |
| 4.2 | Abiotic degradation | | 43 |
|   | 4.2.1 | Hydrolytic cleavage | 43 |
|   | 4.2.2 | Photodegradation | 43 |
| 4.3 | Biodegradation | | 44 |
| 4.4 | Bioaccumulation | | 52 |
| 4.5 | Waste disposal | | 54 |

5. ENVIRONMENTAL LEVELS AND HUMAN EXPOSURE    55

    5.1 Environmental levels    55
    5.2 General population exposure    59
    5.3 Occupational exposure during manufacture,
        formulation, or use    59

6. KINETICS AND METABOLISM IN LABORATORY
   ANIMALS AND HUMANS    63

    6.1 Absorption    63
    6.2 Distribution    64
    6.3 Metabolic transformation    66
    6.4 Elimination and excretion    66
    6.5 Retention and turnover    67

7. EFFECTS ON LABORATORY ANIMALS AND
   *IN VITRO* TEST SYSTEMS    68

    7.1 Single exposure    70
    7.2 Short-term exposure    73
        7.2.1 Oral studies    73
        7.2.2 Dermal studies    76
        7.2.3 Inhalational studies    76
    7.3 Long-term toxicity and carcinogenicity    77
    7.4 Skin and eye irritation; sensitization    78
    7.5 Reproductive toxicity, embryotoxicity and
        teratogenicity    83
        7.5.1 Teratogenicity studies    83
        7.5.2 Reproduction studies    83
    7.6 Mutagenicity and related end-points    84

| | | | |
|---|---|---|---|
| 8. | EFFECTS ON HUMANS | | 87 |
| | 8.1 Cases of intentional and accidental exposure | | 87 |
| | 8.2 Occupational exposure | | 89 |
| | 8.3 Subpopulations at special risk | | 90 |
| 9. | EFFECTS ON OTHER ORGANISMS IN THE LABORATORY AND FIELD | | 91 |
| | 9.1 Laboratory experiments | | 91 |
| | | 9.1.1 Microorganisms | 91 |
| | |     9.1.1.1 Water | 91 |
| | |     9.1.1.2 Soil | 95 |
| | | 9.1.2 Aquatic organisms | 98 |
| | |     9.1.2.1 Plants | 98 |
| | |     9.1.2.2 Invertebrates | 99 |
| | |     9.1.2.3 Vertebrates | 110 |
| | | 9.1.3 Terrestrial organisms | 112 |
| | |     9.1.3.1 Plants | 112 |
| | |     9.1.3.2 Invertebrates | 114 |
| | |     9.1.3.3 Vertebrates | 115 |
| | 9.2 Field observations | | 115 |
| | | 9.2.1 Microorganisms | 115 |
| | |     9.2.1.1 Water | 117 |
| | |     9.2.1.2 Soil | 117 |
| | | 9.2.2 Aquatic organisms | 118 |
| | |     9.2.2.1 Plants | 119 |
| | |     9.2.2.2 Invertebrates | 119 |
| | |     9.2.2.3 Vertebrates | 119 |
| | | 9.2.3 Terrestrial organisms | 120 |
| | |     9.2.3.1 Plants | 120 |
| | |     9.2.3.2 Invertebrates | 121 |
| | |     9.2.3.3 Vertebrates | 122 |
| 10. | EVALUATION OF HUMAN HEALTH HAZARDS AND EFFECTS ON THE ENVIRONMENT | | 124 |
| | 10.1 Human health hazards | | 124 |
| | 10.2 Evaluation of effects on the environment | | 127 |
| | | 10.2.1 Exposure levels and toxic effects | 128 |
| | | 10.2.2 Hazard evaluation for aquatic organisms | 128 |
| | | 10.2.3 Hazard evaluation for terrestrial organisms | 132 |
| 11. | RECOMMENDATIONS FOR PROTECTION OF HUMAN HEALTH | | 133 |

| | | |
|---|---|---|
| 12. | FURTHER RESEARCH | 134 |
| | REFERENCES | 135 |
| | RESUME | 162 |
| | RESUMEN | 170 |

The available studies do not indicate that technical glyphosate is mutagenic, carcinogenic or teratogenic. Two multigeneration studies were carried out in rats. The main effects of technical glyphosate were decreased body weights of parent animals and pups and decreased litter size at 30 000 mg/kg diet. In one reproduction study, an increase in the incidence of unilateral renal tubular dilation in $F_{3b}$ male pups at 30 mg/kg body weight was reported. The absence of a renal effect in pups at a higher dose level in the other reproduction study indicates that the reproducibility of this lesion is uncertain.

## 1.7 Effects on humans

The available controlled studies are limited to three irritation/sensitization studies in human volunteers, the results of which indicated no effect. Several cases of (mostly intentional) intoxications with technical glyphosate herbicide formulation Roundup have been reported. In a study on health effects in workers applying Roundup herbicide formulation, no adverse effects were found. Available data on occupational exposure for workers applying Roundup indicate exposure levels far below the NOAELs from the relevant animal experiments.

## 1.8 Effects on other organisms in the laboratory and field

Technical grade glyphosate is moderately to slightly toxic to aquatic microorganisms, with $EC_{50}$ (3-4 days) values of 1.2-7.8 mg/litre, and 7-day NOEC values of 0.3-34 mg/litre. Formulations of glyphosate are slightly to highly toxic to aquatic microorganisms with 3-day $EC_{50}$ values of 1.0 to > 55 mg product per litre. Cyanophyta (blue-green algae) are more sensitive to Roundup than true algae. Physiological processes that are affected include the greening process, respiration, photosynthesis, and the synthesis of aromatic amino acids.

Soil bacteria in culture have shown effects of glyphosate on nitrogen fixation, denitrification and nitrification. However, field studies after application of formulations have not shown significant effects. Closely related species of bacteria have been shown capable of degrading glyphosate.

Mycelial growth of ectomycorrhizal fungi in pure cultures is inhibited at concentrations of ≥ 29 µg Roundup/litre. Sensitive genera are *Cenococcum*, *Hebeloma* and *Laccaria*.