# Exhibit 20

WHO/SDE/WSH/03.04/97
**English only**
(updated June 2005 to include additional sentence
in section 3.2 and new reference (Kjaer et al., 2004)

# Glyphosate and AMPA in Drinking-water

Background document for development of
WHO *Guidelines for Drinking-water Quality*

WHO information products on water, sanitation, hygiene and health can be freely downloaded at:
http://www.who.int/water_sanitation_health/

**© World Health Organization 2005**

This document may be freely reviewed, abstracted, reproduced and translated in part or in whole but not for sale or for use in conjunction with commercial purposes. Inquiries should be addressed to: permissions@who.int.

The designations employed and the presentation of the material in this document do not imply the expression of any opinion whatsoever on the part of the World Health Organization concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

The World Health Organization does not warrant that the information contained in this publication is complete and correct and shall not be liable for any damages incurred as a result of its use.

# Preface

One of the primary goals of WHO and its member states is that "all people, whatever their stage of development and their social and economic conditions, have the right to have access to an adequate supply of safe drinking water." A major WHO function to achieve such goals is the responsibility "to propose ... regulations, and to make recommendations with respect to international health matters ...."

The first WHO document dealing specifically with public drinking-water quality was published in 1958 as *International Standards for Drinking-water*. It was subsequently revised in 1963 and in 1971 under the same title. In 1984–1985, the first edition of the WHO *Guidelines for Drinking-water Quality* (GDWQ) was published in three volumes: Volume 1, Recommendations; Volume 2, Health criteria and other supporting information; and Volume 3, Surveillance and control of community supplies. Second editions of these volumes were published in 1993, 1996 and 1997, respectively. Addenda to Volumes 1 and 2 of the second edition were published in 1998, addressing selected chemicals. An addendum on microbiological aspects reviewing selected microorganisms was published in 2002.

The GDWQ are subject to a rolling revision process. Through this process, microbial, chemical and radiological aspects of drinking-water are subject to periodic review, and documentation related to aspects of protection and control of public drinking-water quality is accordingly prepared/updated.

Since the first edition of the GDWQ, WHO has published information on health criteria and other supporting information to the GDWQ, describing the approaches used in deriving guideline values and presenting critical reviews and evaluations of the effects on human health of the substances or contaminants examined in drinking-water.

For each chemical contaminant or substance considered, a lead institution prepared a health criteria document evaluating the risks for human health from exposure to the particular chemical in drinking-water. Institutions from Canada, Denmark, Finland, France, Germany, Italy, Japan, Netherlands, Norway, Poland, Sweden, United Kingdom and United States of America prepared the requested health criteria documents.

Under the responsibility of the coordinators for a group of chemicals considered in the guidelines, the draft health criteria documents were submitted to a number of scientific institutions and selected experts for peer review. Comments were taken into consideration by the coordinators and authors before the documents were submitted for final evaluation by the experts meetings. A "final task force" meeting reviewed the health risk assessments and public and peer review comments and, where appropriate, decided upon guideline values. During preparation of the third edition of the GDWQ, it was decided to include a public review via the world wide web in the process of development of the health criteria documents.

During the preparation of health criteria documents and at experts meetings, careful consideration was given to information available in previous risk assessments carried out by the International Programme on Chemical Safety, in its Environmental Health Criteria monographs and Concise International Chemical Assessment Documents, the International Agency for Research on Cancer, the joint FAO/WHO Meetings on Pesticide Residues and the joint FAO/WHO Expert Committee on Food Additives (which evaluates contaminants such as lead, cadmium, nitrate and nitrite in addition to food additives).

Further up-to-date information on the GDWQ and the process of their development is available on the WHO internet site and in the current edition of the GDWQ.

decreased pup weights were observed. The NOAEL was 1% in the diet, corresponding to 740 mg of glyphosate per kg of body weight per day and 4.5 mg of AMPA per kg of body weight per day.

## 6. EFFECTS ON HUMANS

Several cases of (mostly intentional) intoxications with technical glyphosate herbicide formulation have been reported. A typical symptom is erosion of the gastrointestinal tract. No compound-related effects were observed in a test group of five applicators prior to and after exposure for 1 week. No controlled studies have been conducted in humans.

## 7. CONCLUSIONS

Glyphosate and AMPA have very similar chemical structures. Studies of the metabolism of glyphosate in experimental animals indicate that essentially none is biotransformed into AMPA. The 1997 JMPR Meeting (FAO/WHO, 1998) compared the toxicity profile of AMPA with that of glyphosate and concluded that the major targets of the toxicity of AMPA had been investigated. The results showed little toxicity. JMPR concluded that the two compounds have similar toxicological profiles and considered that a full database on AMPA is unnecessary. AMPA was considered to be of no greater toxicological concern than its parent compound.

JMPR established a group ADI for AMPA alone or in combination with glyphosate of 0.3 mg/kg of body weight, based upon a NOAEL of 32 mg/kg of body weight per day, the highest dose tested, identified in a 26-month study of toxicity in rats fed technical-grade glyphosate and using an uncertainty factor of 100. A health-based value of 0.9 mg/litre can be derived based on the ADI of 0.3 mg/kg of body weight, assuming a 60-kg adult consuming 2 litres of drinking-water per day, and allocating 10% of the ADI to drinking-water.

Because of their low toxicity, the health-based value derived for AMPA alone or in combination with glyphosate is orders of magnitude higher than concentrations of glyphosate or AMPA normally found in drinking-water. Under usual conditions, therefore, the presence of glyphosate and AMPA in drinking-water does not represent a hazard to human health. For this reason, the establishment of a numerical guideline value for glyphosate and AMPA is not deemed necessary.

## 8. REFERENCES

Bio/Dynamics Inc. (1979) *A three month feeding study of glyphosate (Roundup technical) in mice (Project No. 77-211) — final report.* Unpublished report prepared by Bio/Dynamics Inc., Division of Biology and Safety Evaluation, East Millstone, NJ. Submitted to WHO by Monsanto Ltd.

Bio/Dynamics Inc. (1981a) *A lifetime feeding study of glyphosate (Roundup technical) in rats.* Unpublished report prepared by Bio/Dynamics Inc., Division of Biology and Safety Evaluation, East Millstone, NJ. Submitted to WHO by Monsanto Ltd. (Project No. 410/77; BDN-77-416).