# Exhibit 23

**Critical Reviews in Toxicology**

http://informahealthcare.com/txc
ISSN: 1040-8444 (print), 1547-6898 (electronic)

Crit Rev Toxicol, 2013; 43(4): 283–315
© 2013 Informa Healthcare USA, Inc. DOI: 10.3109/10408444.2013.770820



REVIEW ARTICLE

# Review of genotoxicity studies of glyphosate and glyphosate-based formulations

Larry D. Kier[1] and David J. Kirkland[2]

[1]Private Consultant, Buena Vista, CO, USA and [2]Kirkland Consulting, Tadcaster, UK

### Abstract

An earlier review of the toxicity of glyphosate and the original Roundup™-branded formulation concluded that neither glyphosate nor the formulation poses a risk for the production of heritable/somatic mutations in humans. The present review of subsequent genotoxicity publications and regulatory studies of glyphosate and glyphosate-based formulations (GBFs) incorporates all of the findings into a weight of evidence for genotoxicity. An overwhelming preponderance of negative results in well-conducted bacterial reversion and in vivo mammalian micronucleus and chromosomal aberration assays indicates that glyphosate and typical GBFs are not genotoxic in these core assays. Negative results for in vitro gene mutation and a majority of negative results for chromosomal effect assays in mammalian cells add to the weight of evidence that glyphosate is not typically genotoxic for these endpoints in mammalian systems. Mixed results were observed for micronucleus assays of GBFs in non-mammalian systems. Reports of positive results for DNA damage endpoints indicate that glyphosate and GBFs tend to elicit DNA damage effects at high or toxic dose levels, but the data suggest that this is due to cytotoxicity rather than DNA interaction with GBF activity perhaps associated with the surfactants present in many GBFs. Glyphosate and typical GBFs do not appear to present significant genotoxic risk under normal conditions of human or environmental exposures.

### Keywords

Formulation, genotoxicity, glyphosate, mutagenicity, Roundup™

### History

Received 19 December 2012
Revised 23 January 2013
Accepted 24 January 2013
Published online 12 March 2013

### Table of Contents

Abstract … … … … … … … … … … … … … … … … … … … 283
Introduction … … … … … … … … … … … … … … … … … … 283
Identification and analysis of published studies … … … … … … … 284
Review and analysis of sponsored regulatory studies … … … … … 284
Glyphosate structure activity analysis … … … … … … … … … … 285
GBF compositions … … … … … … … … … … … … … … … … 285
Gene mutation endpoint … … … … … … … … … … … … … … 285
    Bacterial reversion assays … … … … … … … … … … … … … 285
        Glyphosate and glyphosate salts … … … … … … … … … … 285
        Glyphosate-based formulations … … … … … … … … … … 288
    In vitro mammalian cell assays … … … … … … … … … … … … 288
        Glyphosate and glyphosate salts … … … … … … … … … … 288
        Glyphosate-based formulations … … … … … … … … … … 288
    Other non-mammalian assays … … … … … … … … … … 289, 291
        Glyphosate and glyphosate salts … … … … … … … … … … 291
        Glyphosate-based formulations … … … … … … … … … … 291
Chromosomal effects endpoints … … … … … … … … … … … … 291
    In vitro mammalian cell assays … … … … … … … … … … … … 291
        Glyphosate and glyphosate salts … … … … … … … … … … 291
        Glyphosate-based formulations … … … … … … … … … … 293
    In vivo mammalian assays … … … … … … … … … … … … … 293
        Micronucleus and chromosomal aberration … … … … … … … 293
        Glyphosate and glyphosate salts … … … … … … … … … … 293
        Glyphosate-based formulations … … … … … … … … … … 298
        Rodent dominant lethal … … … … … … … … … … … … … 300
    Non-mammalian assays … … … … … … … … … … … … … … 301
        Glyphosate and glyphosate salts … … … … … … … … … … 301
        Glyphosate-based formulations … … … … … … … … … … 301
DNA damage … … … … … … … … … … … … … … … … … … 302
    In vitro mammalian cell assays … … … … … … … … … … … … 302
        Glyphosate and glyphosate salts … … … … … … … … … … 302
        Glyphosate-based formulations … … … … … … … … … … 304
    In vivo mammalian assays … … … … … … … … … … … … … 305
        Glyphosate and glyphosate salts … … … … … … … … … … 305
        Glyphosate-based formulations … … … … … … … … … … 305
    Non-mammalian assays … … … … … … … … … … … … … … 305
        Glyphosate and glyphosate salts … … … … … … … … … … 305
        Glyphosate-based formulations … … … … … … … … … … 305
    Significance of DNA damage endpoint results … … … … … … … 307
Genotoxicity weight of evidence conclusions … … … … … … … … 308
Acknowledgements … … … … … … … … … … … … … … … … 310
Declaration of interest … … … … … … … … … … … … … … … 311
References … … … … … … … … … … … … … … … … … … … 311

### Introduction

Glyphosate is an active ingredient (a.i.) in very widely used herbicide formulations. Accordingly, the toxicity of glyphosate and glyphosate formulations (GBFs) has been extensively studied. An earlier extensive review of glyphosate and glyphosate formulation safety and risk assessment included descriptions and analyses of genetic toxicology studies of glyphosate and Roundup™-branded and other

Address for correspondence: Larry D. Kier, Private Consultant, 16428 CR 356-8, Buena Vista, CO 81211, USA. Tel: (719) 395-1993. Email: foreman48@hotmail.com

Critical Reviews in Toxicology
Copyright Informa Healthcare
Not for sale or commercial distribution
Unauthorized use prohibited. Authorized users can download, display, view and print a single copy for personal use

---

chromosomal effects for initial *in vitro* core testing (Cimino, 2006; Eastmond et al., 2009; EFSA, 2011; ICHS2(R1), 2011; UK COM, 2011).

The Williams et al. (2000) review noted negative DNA damage results for technical glyphosate in the *B. subtilis rec* assay and the primary hepatocyte UDS assay, but noted positive or equivocal results for SCE assays *in vitro* in human or bovine lymphocytes. The negative results for the *B. subtilis rec* and primary hepatocyte UDS assays have been confirmed in subsequent regulatory studies. The UDS result provides information on the lack of *in vitro* genotoxic activity when mammalian metabolic activation other than S9 is employed.

Subsequent literature publications indicated several positive responses for *in vitro* mammalian DNA damage endpoint assays of glyphosate or glyphosate salts. These include an SCE response in bovine lymphocytes and four positive Comet results in cultured mammalian cell lines or human lymphocytes. The positive Comet results were observed in the absence of mammalian metabolic activation and generally at concentrations in the mM range but one publication found positive results at much lower dose levels in human epithelial cells. As noted earlier, observations of differential responses in Comet and chromosomal aberration assays for some of these studies provide some support for the conclusion that the SCE or Comet responses observed may not be predictive of effects on other more relevant endpoints.

The Williams et al. (2000) review noted some equivocal or positive Roundup™-branded GBF results for the SCE endpoint in human lymphocytes and reports of DNA strand breakage in mouse tissues and induction of comets in tadpoles. An observation of mouse liver DNA adducts for a GBF were considered to be of questionable significance. Subsequent literature results for DNA damage in mammalian systems included induction of SCE in cultured mammalian cells and in mouse bone marrow for the uncharacterized herbazed formulation and induction of comets in cultured mammalian cells with a Roundup™ UltraMax formulation. There were a number of Comet assay reports for GBFs in a variety of aquatic organisms with a preponderance of positive results.

The fact that DNA damage is usually only seen at high, toxic concentrations *in vitro* (e.g. in the 1–10 mM concentration range) or *in vivo* where tissue damage might be induced, suggests that cytotoxic effects rather than DNA interaction may be responsible for the DNA damage reported for glyphosate, glyphosate salts and GBFs. In many Comet assay publications parallel data on toxic effects most directly relevant to comet mechanisms are lacking, and, in addition, many of the positive DNA damage results have been observed for GBFs in non-standard test systems. It is hoped that clarification of the mechanism and significance of comet effects can be improved by the more routine use of relevant markers such as quantitation of double-strand breaks and hedgehogs and histopathology, as appropriate, for *in vivo* studies. Studies with protocols for specifically identifying surfactant effects would also be useful in clarifying the significance of DNA damage effects of GBFs. However, it seems reasonably clear that GBFs are more toxic than the a.i. and a reasonable conclusion is that consistency of observations of DNA damage, particularly comets, with GBFs might be secondary to the toxicity of GBF surfactants.

As discussed extensively in the section ''DNA damage'' there are both general and specific reasons to consider DNA damage assays as subordinate in a weight of evidence for genotoxic risk, especially when they may arise from mechanisms secondary to toxicity. Whatever the precise causes of these DNA damage effects, they do not translate into gene mutations or chromosomal damage as demonstrated by the large preponderance of negative results for glyphosate, glyphosate salts and GBFs in well-conducted bacterial reversion and *in vivo* rodent bone marrow micronucleus assays.

In addition to considering the results relevant to genotoxicity hazard assessment, an important additional perspective on risk can be provided by comparing levels used in experimental studies with expected human levels. For example, estimated margins of exposure between the *in vivo* genotoxicity test systems (e.g. 1000 mg/kg body weight exposure) and calculated systemic doses from an exposure study of farmers (Acquavella et al., 2004; 0.004 mg/kg maximum systemic exposure; 0.0001 mg/kg geometric mean systemic exposure) are in the range of 250 000 for maximum systemic exposure and 10 million for geometric mean systemic exposure. The margins of exposure compared to *in vitro* mammalian cell exposures are also quite large. Assuming uniform distribution, the estimated systemic concentration of glyphosate from the Acquavella et al. (2004) farmer biomonitoring study would be of the order of 24 nM for the maximum and 0.59 nM for the geometric mean exposure. A typical maximum *in vitro* mammalian exposure of 5 mM represents margins of exposure of 208 000 for the maximum farmer systemic exposure and 8.5 million for the geometric mean farmer systemic exposure. Similarly, exposure levels evaluated in several published DNA damage and micronucleus assays in non-mammalian species were conducted at much higher glyphosate concentrations than anticipated under typical environmental conditions. Relevant environmental concentrations representing biologically available glyphosate are not equivalent to application rates. Sorption to soil and sediment occurs following glyphosate applications, significantly diminishing or eliminating glyphosate and POEA surfactant bioavailability to environmental species (Giesy, 2000).

This evaluation of the large volume of genotoxicity data available presents a convincing weight of evidence supporting the lack of genotoxic potential for both glyphosate and typical GBFs in core gene mutation and chromosomal effect endpoints. Given this conclusion, and for other reasons discussed, the observation of DNA damage effects seems likely to be secondary to cytotoxic effects. The lack of genotoxic hazard potential evidenced by core gene mutation and chromosomal effect studies, coupled with the very low human and environmental species systemic exposure potential discussed above, indicate that glyphosate and typical GBFs present negligible genotoxicity risk.

## Acknowledgements

The authors would like to thank the following individuals for their contributions to this work by providing regulatory studies and their thoughtful review of the

manuscript: David Saltmiras (Monsanto Company), Christian Strupp (Feinchemie Schwebda GmbH), Terri Spanogle (Cheminova A/S), Jürgen Wenzel (HELM AG), Andrew Bond (Nufarm Limited), Sylvain Gautier (Arysta LifeScience Corporation), Simon Hill (Syngenta AG), Ganesh Shetgaonkar and B.M. Ravikumar (Excel Crop Care Ltd.). We would also like to acknowledge David Saltmiras for his invaluable service in providing coordination with individual companies and the Glyphosate Task Force.

## Declaration of interest

Larry Kier and David Kirkland were paid consultants of the Glyphosate Task Force for the preparation of this review. The Glyphosate Task Force is a consortium of 25 European glyphosate registrants, listed on http://www.glyphosatetaskforce.org/. Larry Kier is also a past employee of Monsanto Company. Monsanto Company was the original producer and marketer of glyphosate formulations. The authors had sole responsibility for the writing and content of the paper and the interpretations and opinions expressed in the paper are those of the authors and may not necessarily be those of the member companies of the Glyphosate Task Force.

## References

Aaron CS, Bolcsfoldi G, Glatt HR, et al. (1994). Mammalian cell gene mutation assays working group report. Mutat Res, 312, 235–9.

Acquavella JF, Alexander BH, Mandel JS, et al. (2004). Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. Environ Health Persp, 112, 321–6.

Akanuma M. (1995a). HR-001: DNA Repair Test (Rec-Assay). Unpublished Regulatory Study. Report Identification Number: IET 94-0141.

Akanuma M. (1995b). HR-001 reverse mutation test. Unpublished Regulatory Study. Report Identification Number: IET 94-0142.

Akcha F, Spagnol C, Rouxel J. (2012). Genotoxicity of diuron and glyphosate in oyster spermatozoa and embryos. Aquat Toxicol, 106–107, 104–13.

Alvarez-Moya C, Silva MR, Arambula AMV, et al. (2011). Evaluation of genetic damage induced by glyphosate isopropylamine salt using Tradescantia bioassays. Genet Mol Biol, 34, 127–30.

Amer SM, Aly FAE, Farghaly AA, Ibrahim AAE. (2006). In vitro and in vivo evaluation of the genotoxicity of the herbicide glyphosate in mice. Bull Nat Res Centre (Egypt), 31, 427–46.

Amin F, Bowen ID, Szegedi Z, et al. (2000). Apoptotic and non-apoptotic modes of programmed cell death in MCF-7 human breast carcinoma cells. Cell Biol Int, 24, 253–60.

Anadon A, Martinez-Larranaga MR, Martinez MA, et al. (2009). Toxicokinetics of glyphosate and its metabolite aminomethyl phosphonic acid in rats. Toxicol Lett, 190, 91–5.

Anderson D, Yu TW, Phillips BJ, Schmezer P. (1994). The effect of various antioxidants and other modifying agents on oxygen-radical-generated DNA damage in human lymphocytes in the COMET assay. Mutat Res, 307, 261–71.

BBA (Federal Biological Center for Agriculture and Forestry – Germany). (1998–2000). Monograph on the active substance glyphosate and its IPA-, Na- and NH4-salts. Annex to the European Commission report for the active substance glyphosate.

Benigni R. (1989). Analysis of the National Toxicology Program data on in vitro genetic toxicity tests using multivariate statistical methods. Mutagenesis, 4, 412–19.

Boos G, Stopper H. (2000). Genotoxicity of several clinically used topoisomerase II inhibitors. Toxicol Lett, 116, 7–16.

Bosch B, Manas F, Gorla N, Aiassa D. (2011). Micronucleus test in post metamorphic *Odontophrynus cordobae* and *Rhinella arenarum* (Amphibia: Anura) for environmental monitoring. J Tox Env Health Sci, 3, 155–63.

Bradley MO, Hsu IC, Harris CC. (1979). Relationship between sister chromatid exchange and mutagenicity, toxicity and DNA damage. Nature, 282, 318–20.

Brendler-Schwaab S, Hartmann A, Pfuhler S, Speit G. (2005). The in vivo comet assay: use and status in genotoxicity testing. Mutagenesis, 20, 245–54.

Brewster DW, Warren J, Hopkins 2nd WE. (1991). Metabolism of glyphosate in Sprague–Dawley rats: tissue distribution, identification, and quantitation of glyphosate-derived materials following a single oral dose. Fundam Appl Toxicol, 17, 43–51.

Burlinson B, Tice RR, Speit G, et al. (2007). Fourth International Workshop on Genotoxicity Testing: Results of the in vivo comet assay workgroup. Mutat Res, 627, 31–5.

Callander RD. (1996). Glyphosate acid: an evaluation of mutagenic potential using *S. Typhimurium* and *E. Coli*. Unpublished Regulatory Study. Report Identification Number: CTL/P/4874.

Callander RD. (1999). Potassium salt of glyphosate: bacterial mutation assay in *S. Typhimurium* and *E. Coli*. Unpublished Regulatory Study. Report Identification Number: CTL/P/6184.

Camolesi MR. (2009). [Glyphosate 480 g/l liquid formulation] Bacterial Reverse Mutation Test (Ames Test). Unpublished Regulatory Study. Report Identification Number: RL8563/2008 6.0AM-B.

Camolesi MR. (2010). MON 77280 Bacterial Reverse Mutation Test (Ames Test). Unpublished Regulatory Study. Report Identification Number: XX-2010-501.

Catoyra JM. (2009). [Reverse Mutation Assay of Roundup Full II M in *Salmonella typhimurium*]. Unpublished Regulatory Study. Report Identification Number: Study Number XX-2011-0622.

Cavalcante DG, Martinez CB, Sofia SH. (2008). Genotoxic effects of Roundup on the fish Prochilodus lineatus. Mutat Res, 655, 41–6.

Cavas T, Konen S. (2007). Detection of cytogenetic and DNA damage in peripheral erythrocytes of goldfish (*Carassius auratus*) exposed to a glyphosate formulation using the micronucleus test and the comet assay. Mutagenesis, 22, 263–8.

Chruscielska K, Graffstein B, Szarapinska-Kwaszewska J, et al. (2000). Glyphosate evaluation of chronic activity and possible far-reaching effects. Part 2. Studies on mutagenic activity. Pestcydy, 2000, 21–5.

Cifone MA, Myhr B, Eiche A, Bolcsfoldi G. (1987). Effect of pH shifts on the mutant frequency at the thymidine kinase locus in mouse lymphoma L5178Y TK+/− cells. Mutat Res, 189, 39–46.

Cimino MC. (2006). Comparative overview of current international strategies and guidelines for genetic toxicology testing for regulatory purposes. Environ Mol Mutagen, 47, 362–90.

Clay P. (1996). Glyphosate acid: L5178Y TK+/− mouse lymphoma gene mutation assay. Unpublished Regulatory Study. Report Identification Number: CTL/P/4991.

Conners DE, Black MC. (2004). Evaluation of lethality and genotoxicity in the freshwater mussel *Utterbackia imbecillis* (Bivalvia: Unionidae) exposed singly and in combination to chemicals used in lawn care. Arch Environ Contam Toxicol, 46, 362–71.

Costa KC. (2008). Evaluation of the mutagenic potential of GLYPHOSATE TECHNICAL by micronucleus assay in mice. Unpublished Regulatory Study. Report Identification Number: 3996.402.395.07.

Coutinho do Nascimento A, Grisolia C. (2000). Comparative analysis between micronuclei tests in mice and in peripheral erythrocytes of *Oreochromis niloticus* in evaluation of mutagenic potential of the agrotoxins deltamethrin, dicofol, glyphosate, and imazapyr. Pesticides: R Ecotoxicol E Meio Ambiente, Curitiba, 10, 41–8.

de Castilhos Ghisi N, Cestari, MM. (2012). Genotoxic effects of the herbicide Roundup® in the fish *Corydoras paleatus* (Jenyns 1842) after short-term, environmentally low concentration exposure. Environ Monit Assess. doi: 10.1007/s10661-012-2783-x.

Decuyper-Debergh D, Piette J, Laurent C, van de Vorst A. (1989). Cytotoxic and genotoxic effects of extracellular generated singlet oxygen in human lymphocytes in vitro. Mutat Res, 225, 11–14.

Delaney CA, Pavlovic D, Hoorens A, et al. (1997). Cytokines induce deoxyribonucleic acid strand breaks and apoptosis in human pancreatic islet cells. Endocrinology, 138, 2610–14.

Dimitrov BD, Gadeva PG, Benova DK, Bineva MV. (2006). Comparative genotoxicity of the herbicides Roundup, Stomp and Reglone in plant and mammalian test systems. Mutagenesis, 21, 375–82.