**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | ) **DECLARATION OF BRIAN L.** ) **STEKLOFF IN SUPPORT OF** ) **MONSANTO'S MOTION TO EXCLUDE** ) **TESTIMONY OF DR. CHADI NABHAN,** ) **DR. ANDREI SHUSTOV, AND DR.** ) **DENNIS WEISENBURGER ON** ) ***DAUBERT* GROUNDS** ) |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion To Exclude Testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Chadi Nabhan for the *Gebeyehou* case (N.D. Cal. No. 3:16-cv-5813-VC) dated November 20, 2018.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Expert Report of Dr. Nabhan for the *Hardeman* case (N.D. Cal. No. 3:16-cv-00525-VC) dated November 20, 2018.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Expert Report of Dr. Nabhan for the *Stevick* case (N.D. Cal. No. 3:16-cv-2341-VC) dated November 20, 2018.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Expert Report of Dr. Andrei R. Shustov for the *Gebeyehou* case.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the Expert Report of Dr. Shustov for the *Hardeman* case.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the Expert Report of Dr. Shustov for the *Stevick* case.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the Expert Report of Dr. Dennis D. Weisenburger for the *Gebeyehou* case dated November 19, 2018.

9. Annexed hereto as Exhibit 8 is a true and correct copy of the Expert Report of Dr. Weisenburger for the *Hardeman* case dated November 20, 2018.

10. Annexed hereto as Exhibit 9 is a true and correct copy of the Expert Report of Dr. Weisenburger for the *Stevick* case dated November 19, 2018.

11. Annexed hereto as Exhibit 10 is a true and correct copy of the Deposition Transcript of Dr. Shustov given in the *Hardeman* case dated December 15, 2018.

1      12.    Annexed hereto as Exhibit 11 is a true and correct copy of the Deposition Transcript of Dr. Weisenburger given in the *Stevick* case dated December 18, 2018.

    13.    Annexed hereto as Exhibit 12 is a true and correct copy of the Deposition Transcript of Dr. Nabhan given in the *Adams* case (St. Louis Cty. Cir. Ct. No. 17SL-CC02721) dated November 15, 2018.

    14.    Annexed hereto as Exhibit 13 is a true and correct copy of the Deposition Transcript of Dr. Weisenburger given in the *Adams* case dated November 26, 2018.

    15.    Annexed hereto as Exhibit 14 is a true and correct copy of the Deposition Transcript of Dr. Nabhan given in the *Hardeman* case dated December 14, 2018.

    16.    Annexed hereto as Exhibit 15 is a true and correct copy of the Deposition Transcript of Dr. Nabhan given in the *Gebeyehou* case dated December 14, 2018.

    17.    Annexed hereto as Exhibit 16 is a true and correct copy of the Deposition Transcript of Dr. Weisenburger given in the *Hardeman* case dated December 20, 2018.

    18.    Annexed hereto as Exhibit 17 is a true and correct copy of the Deposition Transcript of Dr. Jeffrey Ye given in the *Hardeman* case dated October 30, 2018.

    19.    Annexed hereto as Exhibit 18 is a true and correct copy of the Deposition Transcript of Dr. Ashok Pai given in the *Gebeyehou* case dated November 19, 2018.

    20.    Annexed hereto as Exhibit 19 is a true and correct copy of the Deposition Transcript of Dr. Jerome Kim given in the *Stevick* case dated December 6, 2018.

    21.    Annexed hereto as Exhibit 20 is a true and correct copy of the U.S. News & World Report article, "Roundup Weed Killer Has Probable Carcinogen, U.N. Says," by Maria Cheng.

    22.    Annexed hereto as Exhibit 21 is a true and correct copy of the Hearing Transcript dated March 5, 2018.

    23.    Annexed hereto as Exhibit 22 is a true and correct copy of the Deposition Transcript of Dr. Shustov given in the *Stevick* case dated December 16, 2018.

24. Annexed hereto as Exhibit 23 is a true and correct copy of the Deposition Transcript of Dr. Nabhan given in the *Hall* case (St. Louis City Cir. Ct. No. 1622-CC01071) dated June 6, 2018.

25. Annexed hereto as Exhibit 24 is a true and correct copy of the Deposition Transcript of Dr. Shustov given in the *Gebeyehou* case dated December 16, 2018.

26. Annexed hereto as Exhibit 25 is a true and correct copy of the Deposition Transcript of Dr. Nabhan given in the *Stevick* case dated December 14, 2018.

27. Annexed hereto as Exhibit 26 is a true and correct copy of the Deposition Transcript of Dr. Weisenburger given in the *Gebeyehou* case dated December 19, 2018.

28. Annexed hereto as Exhibit 27 is a true and correct copy of the International Agency for Research on Cancer ("IARC") Monograph on Glyphosate.

29. Annexed hereto as Exhibit 28 is a true and correct copy of the IARC Monograph on Hepatitis B.

30. Annexed hereto as Exhibit 29 is a true and correct copy of the IARC Monograph on Hepatitis C.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 3rd day of January 2019.

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF CHADI NABHAN, ANDREI SHUSTOV, AND DENNIS WEISENBURGER
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 5 -

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF CHADI NABHAN, ANDREI SHUSTOV, AND DENNIS WEISENBURGER
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC