# EXHIBIT 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Stevick v. Monsanto* (3:16-cv-2341) | |

# EXPERT REPORT OF

# DR. CHADI NABHAN

## Official Report

**Date: 11/20/2018**

**RE: Elaine Stevick v. Monsanto**

**DOB: 03/05/1951**

**Prepared by: Chadi Nabhan, MD, MBA, FACP.**

**Prepared for: Brian Brake and Michael Miller of the Miller Firm.**

- On 12/24/2014, and at the age of 63, Ms. Stevick presented to Dr. Gonzalez with dizziness and periodic episodes of confusion. She also had some gait imbalance and lapses in memory. In speaking with the patient and her husband, and in reviewing the medical records, it appears that she was having some personality changes and has experienced a fall back in 2011. Her dizziness and imbalance both worsened the week prior to her presentation on 12/24/2014. These symptoms were associated with nausea and with one episode of emesis. These worsening symptoms necessitated an MRI of the brain that showed a 3.4cm right cerebellar mass with surrounding edema. A left posterior frontal lesion was also seen. A CT-Scan of the chest, abdomen, and pelvis done on 12/25/2014 showed no abnormalities. Her BMI at that time of presentation was < 25 kg/m$^2$. It is noteworthy to mention that she has had a previous MRI of the brain on 10/13/2011, which was negative.

- On 12/29/2014, Ms. Stevick underwent craniotomy of the right posterior fossa by the neurourgical team to biopsy the cerebellar mass. The pathology came back consistent with aggressive diffuse large B-cell lymphoma (DLBCL). The specimen was negative for EBER, but KI67 proliferation rate was high at 95%. The patient had a bone marrow biopsy and aspirate on 01/12/2015, which showed no lymphoma. On 01/13/2015, the cerebrospinal fluid was collected via lumbar puncture, and it was negative for malignancy.

- Given the fact that Ms. Stevick had non-Hodgkin lymphoma (NHL) of the DLBCL subtype that involved only the brain without any disease elsewhere, she was essentially diagnosed with primary central nervous system lymphoma (PCNSL).

    - PCNSL is a rare form of NHL that represents 4% of brain tumors (*Villano JL et al; Br J Cancer. 2011; 105(9):1414*)

    - This is a very aggressive form of NHL that represents 4-6% of extra-nodal NHL (lymphomas originating outside of the nodal structures) with DLBCL representing 95% of PCNSL histologies (*Ferreri AJ. Blood 2011 118:510-522*)

    - Prognosis of PCNSL patients is assessed using a variety of prognostic scores. One of these looks at age (>60), performance status, LDH (elevated), cerebrospinal fluid protein (elevated), and intra-paranchymal disease, giving patients one point for each of these

1

factors if applicable. Ms. Stevik was over 60 at diagnosis, with declining performance status, and deep brain disease, giving her 3 out of 5 risk factors on this prognostic tool (*Ferreri AJ et al; J Clin Oncol 2003;21(2):266-272*). Two-year overall survival for patients with 3 factors is estimated at 48% based on this score. Another prognostic model published by Abrey et al (*J Clin Oncol 2006;24(36):5711-5715*) looked at age and performance status to stratify patients into 3 groups. Age cutoff in this study was 50 years (Ms. Stevick was >60 at initial diagnosis) and her performance status based on the Karnofsky scale that this paper utilized was >70. This put her at an intermediate risk with a median overall survival of 3.2 years.

- The patient was treated with multiagent chemotherapy regimen and was enrolled on a clinical trial (RTOG 1114) designed to assess the role of additional radiation therapy to the brain in patients with PCNSL after they complete chemotherapy. She was randomized to the arm without additional radiation. The chemotherapy regimen consisted of rituximab, procarbazine, methotrexate, vincristine, and cytarabine.

    o Multiagent chemotherapy is the standard approach for PCNSL. This clinical trial was exploring whether adding radiation after completing chemotherapy is beneficial to patients. All patients on this study received the same chemotherapy drugs. This regimen is intense, has many side effects, and requires rigorous inpatient monitoring and hospitalization. (*Rubenstein et al; Blood; 2013 122:2318-2330*)

- An MRI of the brain done on 01/23/2015 ahead of starting chemotherapy showed additional areas of involvement and progression of disease, which demonstrated the expected rapid continued growth of this lymphoma unless treatment is initiated in a timely manner.

- Ms. Stevick started on chemotherapy on 01/27/2015. Second cycle was administered on 02/24/2015.

- MRI done on 03/24/2015 showed remarkable improvement. Another one on 05/19/2015 showed only post-operative changes without evidence of disease.

- Ms. Stevick received her last cycle of chemotherapy on 06/18/2015. MRIs have been stable since completing chemotherapy. Last MRI was on 08/01/2018 and showed no evidence of active disease. Next MRI is planned in 6 months from the August one.

- In investigating potential causes of Ms. Stevick PCNSL, one must evaluate potential risk factors to developing this disease and then perform a differential diagnosis. It is customary for oncologists to always perform a comprehensive history and physical examination when meeting a new patient. As part of this process, asking patients about potential contributing factors to the disease in question is a standard of care. The reason for that is to identify potential modifiable risk factors. Eliminating risk factors, if possible, can have significant preventive and therapeutic implications. Therefore, oncologists, for example, ask about smoking history since some cancers are associated with smoking and it is also why they counsel patients to stop tobacco use since

2

this helps in preventing new cancers from developing, even in patients who have already developed a malignancy.

- Most NHL cases have no identifiable cause and we label them as "idiopathic" or "causes unknown". However, there are situations and scenarios where we can recognize predisposing factors. The below focuses on non-idiopathic cases, where causation has been identified and proposed.

- PCNSL is more commonly diagnosed in patients who have an immunocompromised state (those whose immune system is deficient or inadequate), and less likely in immunocompetent patients. This underscores the need to investigate potential causes in immunocompetent patients such as Ms. Stevick who has no known immunodeficiency state.

- The most significant risk factors for PCNSL is acquired or congenital immunodeficiency states. Patients with Wiskott-Aldrich syndrome, ataxia-telangiectasia, and severe-combined or common-variable immunodeficiency have a 4% lifetime risk for developing PCNSL (*Rubenstein et al; Blood; 2013 122:2318-2330*).

- Patients who are on immunosuppressant drugs are at increased risk for developing PCNSL. Examples of that are patients with post-transplant lymphoproliferative disorder (PTLD), where they are placed on immunosuppressant drugs so that they don't reject the transplanted organ. Of note, the lifetime risk of developing PCNSL after renal transplant is 1-2%. The lifetime risk of PCNSL is 2-7% for cardiac, lung, and liver transplant recipients, likely because of the drugs given as part of the post-transplant regimen (*Schabet M. 1999; J Neurooncol; 43 (3): 199-201*). Ms. Stevick was on no such drugs.

- Viral association that corresponds to immune deficiency such as HIV infection has been linked to PCNSL development. In fact, PCNSL is an AIDS-defining illness regardless of the CD4 T cell count (*Rubenstein et al; Blood; 2013 122:2318-2330*). Epstein-Barr Virus (EBV) on the other hand is rarely detected in PCNSL of immunocompetent patients such as Ms. Stevick (*Rubenstein et al; Blood; 2013 122:2318-2330*). Ms. Stevick was HIV negative and her pathology was EBER-negative.

- Exposure to pesticides has been linked to development of NHL. There are several reports that confirmed this association and the majority of cancer centers as well as the American Cancer Society list pesticides exposure as a risk factor to developing NHL (https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html) (https://my.clevelandclinic.org/health/diseases/15662-adult-non-hodgkins-lymphoma) In fact, Schinasi and Leon performed a systematic review and a Meta-Analysis to better understand the association between agricultural pesticide chemical groups and NHL development. The search included articles published in English since 1980 until 2014. When repeated papers were reviewed, the one with the most complete and updated analysis was used. Starting with 858 articles, 44 only were included in the qualitative analysis and of these, 20 papers provided estimates of association with herbicide chemical groups or active ingredients, 4 provided association with fungicides, and 17 with insecticides. Of the included papers, several

3

had specific data on glyphosate (*McDuffie et al, 2001; Hardell et al, 2002; De Roos et al, 2003; De Roos et al, 2005; Eriksson et al, 2008; and Orsi et al, 2009*). The studies that were analyzed in this Meta-Analysis were performed in the US, Canada, Europe, Australia, and New Zealand. This Meta-Analysis found an association between glyphosate and B-cell lymphoma with an OR 2.0 (95% CI: 1.1-3.6) and this was the same OR for DLBCL. This Meta-Analysis represented a summary of the data published in the preceding 25 years. It solidified a plausible association between pesticides and specifically glyphosate and NHL evolution and development.

- o  Ms. Stevick was exposed to pesticides, specifically Roundup. She started using it in June 1989 through December 2014 when she stopped because she became ill as summarized above. In speaking with her, she denied any other significant pesticide exposure.

- o  Between 1989 and 2006, she used Roundup concentrate that required mixing and she did so without wearing any protective gear and no goggles.

- o  From 2006 until December 2014, she used Roundup (Ready to use bottles) of the 1.1-gallon size

- o  It appears that her usage spanned a time of 25.5 years; she sprayed once a month for 10 months each year (March through December); she usually sprayed between 11:30am-12:30pm and tried to do so on Saturdays and Sundays because she worked during the week.

- o  She used to spray half of a 5,300 square feet area (approximately 2,500 square feet)

- o  She did not use any other chemicals to spray for weeds. She rarely experienced any blowbacks because she avoided spraying when the weather was windy. She does however recall 2-3 spills that occurred on her hands when mixing.

- This exposure to Roundup/glyphosate, a known pesticide, is important in view of literature that links glyphosate to NHL. I have personally evaluated epidemiologic studies published on the topic and how they correlate clinically on patients diagnosed with lymphoma.

    - o  In March 2015, the International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) after thorough, independent, and rigorous investigation by independent researchers and investigators in the field. IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate a substance as a potential carcinogen, such substance must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity.

    - o  As of the last update on 07/30/2018, IARC had evaluated 1,006 substances since its inception. This shows the high selectivity of IARC in deciding which substance to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens) (https://monographs.iarc.fr/agents-classified-by-the-iarc/)

4

- o IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. Some of the studies that I have reviewed, analyzed, and assessed, which were also included in the IARC report are summarized below:
    - One epidemiologic study was published by McDuffie et al (Cancer Epidemiology, Biomarkers, and Prevention; *Vol. 10, 1155–1163, November 2001*) where 517 cases and 1506 controls were included. The risk of NHL was statistically significantly increased among glyphosate exposed individuals more than two days per year with an OR of 2.12 (95% CI: 1.20-3.73). This doubling of the risk was statistically significant.

    - Another analyzed study was published by DeRoos et al in 2003 (*Occup Environ Med. 2003 Sep; 60 (9): E11.*) where 650 cases and 1933 controls were evaluated. The OR for glyphosate increasing the risk of developing NHL was 2.1 (95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The authors of this study performed a hierarchical regression analysis, which reduced the OR to 1.6 (95% CI: 0.9-2.8), however the hierarchal regression in this study has its own limitations that question its findings in my opinion. First, logistic regression is what we almost always used clinically because the hierarchical model makes a number of assumptions that get incorporated into the final estimates, but the accuracy of the output is contingent on the assumptions included in the model. In this paper, DeRoos et al gave glyphosate a "carcinogenicity rating" of 0.3. This rating would be inaccurate if we are to perform the modeling today. According to DeRoos et al, a weighting factor of 0.6 should be given to any substance that is found by IARC to be probably carcinogenic to humans. If the new assumption is applied to the model, the output of the hierarchical regression would likely change. This modeling also assumed that all agents/herbicides studied have the same effect on NHL, however we do not know if this is the case nor do we have data that these other pesticides are indeed causing NHL to be properly included in the model. Lastly, the OR of 1.6 that is found in the hierarchal regression is actually in line with ORs that are found in other studies such as the meta-analysis that I describe above. In my assessment as a clinician and researcher, I do not believe that the findings of the hierarchail regression negate the risk identified and confirmed in the logistic regression performed by the authors.

    - Eriksson et al (*Int J Cancer; 2008; Oct 1; 123 (7); 1657-1663*) reported on 910 cases and 1016 controls and showed an OR of 2.36 (95% CI: 1.04-5.37) for developing NHL in individuals exposed to glyphosate more than 10 days in their lifetime. This study also shows that more exposure leads to higher risk similar to the McDuffie et al paper summarized above.

    - The IARC report included the preliminary data of the Agricultural Health Study (AHS) (https://aghealth.nih.gov/) , which was initially published by DeRoos et al in 2005 and found no association between glyphosate and NHL. The AHS is a prospective study that enrolled commercial pesticide applicators from Iowa and

5

North Carolina and in the mid-1990s, and who were followed prospectively with repeated questionnaires. The study was updated in 2018 (Andreotti et al; JNCI) where it found no association between glyphosate and NHL. I have analyzed this study personally and evaluated the methodologies. This study suffered several critical flaws, including, but not limited to, the dropout rate where almost 40% of participants lost to follow up and the fact that the control arm was farmers, an occupation established as a known risk factor for NHL, making it rather difficult to show increased risk for the glyphosate arm given the controls. Despite the imputation method that was applied by the authors, the 40% dropout rate is substantial and cannot be ignored. Also, enrollees who completed the questionnaire during their follow up were required to describe their exposure during the "one year immediately prior to filling the questionnaire". Clearly, this is a major limitation that underestimates exposures for some of these respondents.

- Group 2A (probable) is the highest level of evidence short of a "definitive association", which is best established with randomized controlled study. Such study would be unethical as it exposes patients to a potentially harmful and probable carcinogenic agent.

- The results of the IARC investigation were published in the Lancet Oncology in May 2015 by Guyton et al (https://www.thelancet.com/journals/lanonc/article/PIIS1470-2045(15)70134-8/fulltext).

- Epidemiologic studies were unable to look at subtypes of NHL when assessing epidemiologic causation. This is understandable as the classification of NHL has evolved over the years and there are many new subtypes that have been recognized that were not known in the late 1990s or early 2000s. The latest classification for NHL was published in 2016 by Swerdlow et al (http://www.bloodjournal.org/content/bloodjournal/127/20/2375.full.pdf) and in this classification, over 60 subtypes of B and T cell NHL have been identified. This shows that epidemiologic studies would rarely be able to investigate association between any occupational hazard and types of NHL. Add to this the rarity of PCNSL (1% of all NHLs), and we can conclude that studying epidemiologic evidence can be done for the entire disease category; in this instance NHL. Analogous to studying epidemiology of breast and prostate cancer. We study the epidemiology of these diseases in their totality even though we now recognize different subtypes of prostate and breast cancers.

- I personally met and examined Ms. Stevick in my Chicago office on Thursday 11/01/2018.

  - Ms. Stevick showed up accompanied by her husband Chris.

  - She described her lifestyle prior to getting sick as very active and vibrant. She traveled for work and attended many medical seminars as she worked as a speech therapist. She started her career in 1974 and quit in 2014 when she became ill with PCNSL.

  - Prior to getting sick, she had no limitations to her activities.

6

- o Her only medical issues prior to her cancer were asthma as a child that subsequently resolved and problems with her pregnancy when she had bleeding. She recalls having problems with memory for about a year prior to getting diagnosed. She even recounted an episode in June 2013 when her co-workers questioned some of the medical reports she was writing. Her family was noticing personality changes.

- o She was able to recount the events leading to her presentation to Dr. Gonzalez on 12/24/2014 when she had the MRI that showed her PCNSL.

- o She recalls that she tolerated chemotherapy generally well but did have severe nausea and weight gain (27 pounds), as well as severe fatigue. She was always using a walker when she was hospitalized for her chemotherapy. She eventually recovered and finished chemotherapy as stated above in June 2015. She was delighted that she was not randomized to the arm where patients receive radiation therapy as she had some of her own reservations regarding the radiation.

- o She is feeling well now, but she does occasionally have memory fogginess. She confirmed the above glyphosate exposure history stated above. Ms. Stevick told me that she did her own research and investigation. She read about the IARC report and other studies. In fact, she testified in front of her local city council on 03/2016 to put restrictions on roundup/glyphosate distribution.

- o On examination, she looked well and was in no distress. Her nodal exam showed no palpable adenopathy in all accessible areas. Lungs were clear to auscultation and cardiac exam was negative. The abdomen was soft and without palpable masses. Her extremities were without edema. Her neurological exam showed a proper gait, normal cranial nerves, strength in all extremities, and sensory exam. There was no focality. Her performance status was normal.

- o I also had an opportunity to review Ms. Stevick medical expenses between 1/6/2015 and 1/23/2017; these totaled $560,382.55. Based on my clinical experience and familiarity with the treatment she received, I find these expenses reasonable and necessary for the treatment of her NHL.

- Ms. Stevick has been exposed to glyphosate in a manner that fits within the published epidemiologic literature and the studies where causation and an association between NHL and glyphosate have been demonstrated.

- In performing the differential diagnosis into what caused Ms. Stevick PCNSL (of the DLBCL subtype), I conclude, to a reasonable degree of medical certainty, that her exposure to roundup/glyphosate is a substantially factor contributing to the development of her NHL.

Signed

**Chadi Nabhan, MD, MBA, FACP**

7