# EXHIBIT 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br>*Gebeyehou v. Monsanto* (3:16-cv-5813) | |

# EXPERT REPORT OF

# DR. DENNIS D. WEISENBURGER

**SPECIFIC CAUSATION REPORT FOR MR. SIOUM GEBEYEHOU**



Mr. Gebeyehou has lived on a 1.5 acre plot in Oakland, CA, which is hilly, terraced and wooded, from 1986 to the present time.  He sprayed this property for weeds with Roundup herbicide three times every month from 1987-2016.  He sprayed in both the open and wooded areas, along the fence and

driveway, and around the shrubs.  He used a hand pump sprayer with a one gallon container.  He used

Roundup concentrate and did the mixing himself.  For 5 months of summer (May-October), he would

spray 1.5 gallons of Roundup mostly as a mist (80% of the time) for 1 – 1.5 hours each time.  During the

other 7 months (November-April), he sprayed 1 gallon mostly as directed spot spray (80% of the time)

for about 45 minutes each time.  He would usually spray about one quarter of an acre each time.  He

typically dressed in shorts, a short sleeved shirt, boots and a cap in the summer months, but wore long

pants and a long sleeved shirt in the other months.  He did not wear any protective clothing or

equipment when mixing or spraying, and would often get Roundup on his hands, arms and face.  He also

recalled occasion spills when mixing.  He usually did not wash himself after spraying and wore the same

clothes for the rest of the day.  He usually showered the next morning, but sometimes wore the same

clothes when working outside the next day.

　　　Mr. Gebeyehou had extensive and significant exposure to Roundup herbicide during the 27

years of use prior to the diagnosis of NHL.  During this time, he used it 3 times each month (1188 times)

for 45-90 minutes each time.  He is estimated to have used over 1,400 gallons of mixed Roundup during

this time period.  This would place him in the high-risk category for the development of NHL (> 10 days

of use, or > 2 days/year) with a greater than two-fold increased risk for NHL (1-3).  In the study by

Erickson et al (1), the NHL risk estimate was 2.36 (95% CI 1.04 – 5.37) for > 10 days of use, whereas the

study by McDuffie et al (2) found a risk estimate of 2.12 (99% CI 1.2 – 3.73) for use > 2 days per year.  In

the NAPP study (3), the risk estimate for diffuse large B-cell NHL was 2.49 (95% CI 1.23 – 5.04) for use

> 2 days per year.  Mr. Gebeyehou had no significant exposures to other pesticides or chemicals, and a

careful review of his medical records and a personal interview by myself (11/05/18) revealed no other

cause of NHL. ███████ █ ██████ █████████████████ ▕ ██████████ █ █████ ██████

██████████ ▕ ████ █████ █████ ████ ██████ ████ ██ ████████ ███████████

██████████ ████ ███ ██ ██████ ████ ▕ ████ ██████ ▞ ████ ███████

██ ██ ████ ██ ██ ██ ████ The latency period in this case (27 years) is consistent with a chemical etiology (10).

Therefore, I conclude that the findings in this case meet the criteria for specific causation.  It is my opinion with a reasonable degree of medical certainty that the extensive and significant exposure to Roundup herbicide was a substantial factor contributing to the development of NHL in this case.

Dennis D. Weisenburger, MD

Professor, Department of Pathology

Date: 11/19/18

1. Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis. *Int J Cancer*, 2008. 123(7) p: 1657-1663.

2. McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health. *Cancer Epidemiol Biomarkers Prev*, 2001. 10(11) p: 1155-1163.

3. Pahwa M, Spinelli JJ, Freeman LB, et al. An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Sub-types in the North American Pooled Project (NAPP). *CSEB Conference*, 2015.

4. Dalia S, Chavez J, Castillo JJ, Sokol L. Hepatitis B Infection Increases the Risk of Non-Hodgkin Lymphoma: A Meta-Analysis of Observational Studies. *Leuk Res*, 2013. 37(9) p: 1107-1115.

5. Li M, Gan Y, Fan C, Yuan H, Zhang X, Shen Y, Wang Q, Meng Z, Xu D, Tu H. Hepatitis B Virus and Risk of Non-Hodgkin Lymphoma: An Updated Meta-Analysis of 58 Studies. *J Viral Hepat*, 2018. 25(8) p: 894-903.

6. Marcucci F, Mele A, Spada E, Candido A, Bianco E, Pulsoni A, Chionne P, Madonna E, Cotichini R, Barbui A, De Renzo A, Dore F, Iannitto E, Liso V, Martino B, Montanaro M, Pagano L, Musto P, Rapicetta M. High Prevalence of Hepatitis B Virus Infection in B-Cell Non-Hodgkin's Lymphoma. *Haematologica*, 2006. 91(4) p: 554-557.

7. Abe SK, Inoue M, Sawada N, Iwasaki M, Shimazu T, Yamaji T, Sasazuki S, Tanaka Y, Mizokami M, Tsugane S, Group JS. Hepatitis B and C Virus Infection and Risk of Lymphoid Malignancies: A Population-Based Cohort Study (JPHC Study). *Cancer Epidemiol*, 2015. 39(4) p: 562-566.

8. Kleinstern G, Seir RA, Perlman R, Abdeen Z, Khatib A, Elyan H, Dann EJ, Kedmi M, Ellis M, Nagler A, Amir G, Ben Yehuda D, Safadi R, Paltiel O. Associations between B-Cell Non-Hodgkin Lymphoma and Exposure, Persistence and Immune Response to Hepatitis B. *Haematologica*, 2016. 101(7) p: e303-305.

9. Taborelli M, Polesel J, Montella M, Libra M, Tedeschi R, Battiston M, Spina M, Di Raimondo F, Pinto A, Crispo A, Grimaldi M, Franceschi S, Dal Maso L, Serraino D. Hepatitis B and C Viruses and Risk of Non-Hodgkin Lymphoma: A Case-Control Study in Italy. *Infectious Agents and Cancer*, 2016. 11(1) p: 27-32.

10. Weisenburger DD. Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies. *Cancer Res*, 1992. 52(19 Supplement) p: 5456s-5461s.