# EXHIBIT 17

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS       )
     LIABILITY LITIGATION          )
 5                                 )  MDL No. 2741
                                   )  Case No. 16-md-02741-VC
 6                                 )
                                   )
 7                                 )
     This Document Relates To:     )
 8                                 )
     Hardeman v. Monsanto Co.,     )
 9   et al.                        )
     Case No. 3:16-cv-00525-VC     )
10                                 )
                                   )
11
12                         - - - -
13                       VIDEOTAPED
14            DEPOSITION OF JEFFREY YE, M.D.
15
16              Held at Kaiser Santa Rosa
17     401 Bicentennial Way, Santa Rosa, California
18         Tuesday, October 30, 2018, 9:06 a.m.
19                         - - - -
20
21
22
23
24   REPORTED BY:  ELAINA BULDA-JONES, CSR NO. 11720
25
```

Jeffrey Ye, M.D.

```
 1                    APPEARANCES
 2
 3   For the Plaintiff:
 4        BY: AIMEE H. WAGSTAFF, ESQ.
          Andrus Wagstaff, PC
 5        7171 W. Alaska Drive
          Lakewood, Colorado 80226
 6        303.376.6360
          Aimee.wagstaff@andruswagstaff.com
 7
          BY: KATHRYN M. FORGIE, ESQ.
 8        Andrus Wagstaff
          1901 Harrison Street, Suite 1100
 9        Oakland, California 94612
          310.339.8214
10        Kathryn.forgie@andruswagstaff.com
11
12   For the Defendants:
13        BY: BRIAN L. STEKLOFF, ESQ.
          BY: JULIE RUBENSTEIN, ESQ.
14        Wilkinson Walsh + Eskovitz
          2001 M Street, NW, 10th Floor
15        Washington, D.C. 20036
          202.847.4030
16        Bstekloff@wilkinsonwalsh.com
          Jrubenstein@wilkinsonwalsh.com
17
          BY: SEAN ESKOVITZ, ESQ.
18        Wilkinson Walsh + Eskovitz
          11601 Wilshire Boulevard, Suite 600
19        Los Angeles, California 90025
          424.316.4000
20        Seskovitz@wilkinsonwalsh.com
21        BY: JULIE DU PONT, ESQ.
          Arnold & Porter Kaye Scholer, LLP
22        250 West 55th Street
          New York, New York 10019-9710
23        212.836.8572
          Julie.dupont@arnoldporter.com
24
25
```

 1   Also present:

 2          Breana Pozzi, videographer

            Edwin Hardeman

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jeffrey Ye, M.D.

```
 1                 INDEX OF EXAMINATIONS
 2
 3   EXAMINATIONS                                    PAGE
 4    MS. WAGSTAFF                                      9
 5    MR. STEKLOFF                                    115
 6    MS. WAGSTAFF                                    143
 7    MR. STEKLOFF                                    152
 8    MS. WAGSTAFF                                    153
 9
10
11
12                   INDEX OF EXHIBITS
13     NO.              DESCRIPTION               PAGE
14   Exhibit 1     Plaintiffs' Amended Notice to     11
                  take Oral and Videotaped
15                Deposition of Dr. Jeffrey Z.
                  Ye, M.D.
16
     Exhibit 2     Curriculum Vitae of Jeffrey Z     11
17                Ye, M.D.
18   Exhibit 3     Kaiser Permanente,                25
                  Non-Hodgkin's Lymphoma
19
     Exhibit 4     American Cancer Society,          35
20                Non-Hodgkin's Lymphoma Risk
                  Factors
21
     Exhibit 5     City of Hope, Lymphoma            35
22                Overview
23   Exhibit 6     Cleveland Clinic, Adult           35
                  Non-Hodgkin's Lymphoma
24
25
```

| | | | |
|---|---|---|---|
| Exhibit 7 | CIPS Notes Historical - NCAL, 1/28/2005, HARDEMAN_EDWIN_KAISERSANTAROSA _00014 and 00015 | 43 |
| Exhibit 8 | Patient E-mail, 3/1/2006, HARDEMAN_EDWIN_KAISERSANTAROSA _00220 through 00221 | 45 |
| Exhibit 9 | Patient E-mail, 3/9/2006, HARDEMAN_EDWIN_KAISERSANTAROSA _00230 and 00234 | 48 |
| Exhibit 10 | Office Visit, 6/20/2007, HARDEMAN_EDWIN_KAISERSANTAROSA _00445 through 00446 | 57 |
| Exhibit 11 | Office Visit, 12/6/2007, HARDEMAN_EDWIN_KAISERSANTAROSA _00502 through 00503 | 57 |
| Exhibit 12 | Office Visit, 7/7/2008, HARDEMAN_EDWIN_KAISERSANTAROSA _00536 through 00537 | 57 |
| Exhibit 13 | Encounter, 7/13/2011, HARDEMAN_KPNvalley_MD_000299 through 00307 | 58 |
| Exhibit 14 | Office Visit, 2/19/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00129 through 00134 | 60 |
| Exhibit 15 | Encounter, 2/20/2015, HARDEMAN-KPNValley-MD-000769 through 000775 | 71 |
| Exhibit 16 | Office Visit, 2/23/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00161 through 00162 | 73 |
| Exhibit 17 | Online Results Release, 2/24/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00222 through 00241 | 78 |

| | | | |
|---|---|---|---|
| 1 | Exhibit 18 | Handwritten, ▮▮▮▮ schedule | 87 |
| 2 | Exhibit 19 | Orders Only, 3/15/2015, HARDEMAN_KPNValley-MD-000962 through 000967 | 88 |
| 4 | Exhibit 20 | Progress Notes, 03/16/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_0300 through 0301 | 89 |
| | Exhibit 21 | Orders Only, 4/5/2015, HARDEMAN-KPNValley-MD-001118 through 001122 | 91 |
| | Exhibit 22 | Office Visit, 4/5/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00421 through 00423 | 93 |
| 11 | Exhibit 23 | Patient Secure Message, 4/16/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00497 through 00498 | 94 |
| 14 | Exhibit 24 | Orders Only, 4/26/2015, HARDEMAN-KPNValley-MD-001248 through 001253 | 96 |
| 16 | Exhibit 25 | Office Visit, 4/27/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00518 through 00520 | 98 |
| | Exhibit 26 | Office Visit, 6/8/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00675 through 00677 | 103 |
| 21 | Exhibit 27 | Scheduled Telephone Encounter, 7/14/2015, HARDEMAN_EDWIN_ KAISERPERMANENTE_00758 | 107 |
| | Exhibit 28 | Office Visit, 6/20/2018, HARDEMAN-KPNValley-MD-002132 through 002134 | 111 |

| | | | |
|---|---|---|---|
| 1 | Exhibit 29 | Office Visit, 6/20/2018, produced at the deposition | 114 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Jeffrey Ye, M.D.

| | |
|---|---|
| 1 | THE VIDEOGRAPHER:  Good morning, |
| 2 | everybody.  We are now on the record.  My name is |
| 3 | Breana Pozzi.  I'm a videographer for Golkow |
| 4 | Litigation Services. |
| 5 | Today's date is October 30th, 2018, and |
| 6 | the time on the monitor is 9:06 a.m. |
| 7 | This video deposition is being held at the |
| 8 | Kaiser legal medical offices in Santa Rosa, |
| 9 | California, in the matter of Hardeman versus |
| 10 | Monsanto Company, et al., for the United States |
| 11 | District Court, Northern District of California. |
| 12 | The deponent today is Dr. Jeffrey Ye, M.D. |
| 13 | Would all counsel present please identify |
| 14 | themselves, starting to my right. |
| 15 | MS. WAGSTAFF:  Aimee Wagstaff on behalf of |
| 16 | Mr. Hardeman. |
| 17 | MS. FORGIE:  Kathryn Forgie of Andrus |
| 18 | Wagstaff on behalf of Mr. Hardeman. |
| 19 | THE WITNESS:  Edwin Hardeman, plaintiff. |
| 20 | MR. STEKLOFF:  Brian -- Brian Stekloff |
| 21 | from Wilkinson Walsh on behalf of Monsanto. |
| 22 | MS. Du PONT:  Julie du Pont, Arnold & |
| 23 | Porter, on behalf of Monsanto. |
| 24 | MS. RUBENSTEIN:  Julie Rubenstein, |
| 25 | Wilkinson Walsh, on behalf of defendant Monsanto. |

Jeffrey Ye, M.D.

```
 1              THE VIDEOGRAPHER:  Thank you.
 2              The court reporter today is Elaina
 3    Bulda-Jones.  Will you now swear in the witness,
 4    please.
 5                     JEFFREY YE, M.D.,
 6    called as a witness by the Plaintiff herein, being
 7    first duly sworn by the Certified Shorthand Reporter
 8    was thereupon examined and testified as is
 9    hereinafter set forth.
10                       EXAMINATION
11    BY MS. WAGSTAFF:
12         Q.   Good morning, Dr. Ye.
13         A.   Good morning.
14         Q.   How are you?
15         A.   Very good.
16         Q.   My name is Aimee Wagstaff.
17              And we met just a few moments ago, right?
18         A.   Yes.
19         Q.   And we've never spoken before this
20    meeting, we've never communicated by e-mail or any
21    other method, right?
22         A.   We never did.
23         Q.   Okay.  And myself, along with Mrs. Forgie,
24    represent your patient, Mr. Hardeman, who's here
25    today in his lawsuit against Monsanto.
```

Jeffrey Ye, M.D.

```
 1   ▉
 2   ▉
 3   ▉
 4            MS. WAGSTAFF:  Object to form.
 5   ▉
 6   ▉
 7   ▉
 8   ▉
 9   ▉
10   ▉  ▉  ▉
11   ▉  ▉  ▉
12   ▉  ▉
13   ▉  ▉  ▉
14   ▉
15   ▉
16   ▉  ▉  ▉
17   ▉  ▉  ▉
18   ▉  ▉
19   ▉  ▉  ▉
20   ▉
21   ▉
22   ▉
23       Q.   And we're going to talk about that.
24            When -- when you talked before about
25   chemicals in general you said that you had an
```

```
 1   STATE OF CALIFORNIA  )

 2   COUNTY OF YOLO       )

 3            I, ELAINA BULDA-JONES, a Certified Shorthand

 4   Reporter of the State of California, duly authorized

 5   to administer oaths pursuant to Section 2025 of the

 6   California Code of Civil Procedure, do hereby

 7   certify that

 8                     JEFFREY YE, M.D.,

 9   the witness in the foregoing deposition, was by me

10   duly sworn to testify the truth, the whole truth and

11   nothing but the truth in the within-entitled cause;

12   that said testimony of said witness was reported by

13   me, a disinterested person, and was thereafter

14   transcribed under my direction into typewriting and

15   is a true and correct transcription of said

16   proceedings.

17            I further certify that I am not of counsel or

18   attorney for either or any of the parties in the

19   foregoing deposition and caption named, nor in any

20   way interested in the outcome of the cause named in

21   said deposition dated the  _____ day of

22   _____, 2018.

23

24

25   ELAINA BULDA-JONES, RPR, CSR 11720
```