# EXHIBIT 18

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                          ---oOo---

 4    IN RE:  ROUNDUP PRODUCTS        )MDL No. 2741
      LIABILITY LITIGATION.           )
 5    _____ )Case No. 3:16-md-05813-VC
                                      )
 6    This document relates to:       )
                                      )
 7    Sioum Gebeyehou v. Monsanto     )
      Co., 3:16-cv-05813-VC.          )
 8    _____ )

 9

10

11           VIDEOTAPED DEPOSITION OF DR. ASHOK PAI

12                      Oakland, California

13                  Monday, November 19, 2018

14

15

16

17

18

19

20

21    Reported by:

22    Elizabeth A. Willis-Lewis, RPR, CCRR, CLR
      CSR No. 12155

23

24

25
```

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                         ---oOo---
 4   IN RE:  ROUNDUP PRODUCTS      )MDL No. 2741
     LIABILITY LITIGATION.         )
 5   _____ )Case No. 3:16-md-05813-VC
                                   )
 6   This document relates to:     )
                                   )
 7   Sioum Gebeyehou v. Monsanto   )
     Co., 3:16-cv-05813-VC.        )
 8   _____ )
 9
10
11       Videotaped deposition of DR. ASHOK PAI, taken
12   on behalf of the Defendants, at Kaiser Permanente,
13   3701 Broadway, 1st Floor, Oakland, California,
14   beginning at 9:01 a.m. and ending at 10:58 a.m.,
15   on Monday, November 19, 2018, before ELIZABETH A.
16   WILLIS-LEWIS, Certified Shorthand Reporter No. 12155.
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4       LAW OFFICES OF TESFAYE W. TSADIK

 5       BY:  TESFAYE W. TSADIK

 6       Attorney at Law

 7       The California Building

 8       1736 Franklin Street, 9th Floor

 9       Oakland, California 94612

10       510-839-3922

11       ttsadik@pacbell.net

12

13   FOR THE DEFENDANTS:

14       ARNOLD & PORTER KAYE SCHOLER, LLP

15       BY:  BERT L. SLONIM

16       Attorney at Law

17       250 West 55th Street

18       New York, New York 10019-9710

19       212-836-8897

20       bert.slonim@arnoldporter.com

21

22

23

24

25
```

```
 1   APPEARANCES, CONTINUED

 2

 3       ARNOLD & PORTER KAYE SCHOLER, LLP

 4       BY:  KATHRYN PODSIADLO

 5       Attorney at Law

 6       777 South Figueroa Street, 44th Floor

 7       Los Angeles, California 90017-5844

 8       kathryn.podsiadlo@arnoldporter.com

 9

10   THE VIDEOGRAPHER:   KEVIN GOGARTY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Dr. Ashok Pai

```
 1                            INDEX
 2   WITNESS                                          EXAMINATION
 3   DR. ASHOK PAI
 4                 BY MR. SLONIM                              8
 5                 BY MR. TSADIK                             68
 6
 7                          EXHIBITS
 8   DEFENDANTS'                                             PAGE
 9   Exhibit 1    Defendant Monsanto Company's Amended         9
                  Notice of Videotaped Deposition of
10                Ashok Pandurang Pai, M.D.
11   Exhibit 2    Binder of medical records provided          24
                  by Defendants.
12
     Exhibit 3    Bates stamped document                      25
13                KPNValley-MD-001814 through
                  KPNValley-MD-001818.
14
     Exhibit 4    Bates stamped document                      25
15                KPNValley-MD-001800 through
                  KPNValley-MD-001801.
16
     Exhibit 5    Bates stamped document                      25
17                KPNValley-MD-001803.
18   Exhibit 6    Two-page document titled "Key               27
                  Statistics for Non-Hodgkin Lymphoma."
19
     Exhibit 7    Two-page document titled                    30
20                "Non-Hodgkin's Lymphoma Cause."
21   Exhibit 8    Bates stamped document
                  KPNValley-MD-002602 through                 46
22                KPNValley-MD-002606.
23   Exhibit 9    Three-page document titled "Roundup         50
                  Chemical Doubles Your Risk of
24                Lymphoma."
25   Exhibit 10   Dr. Ashok Pai's Curriculum Vitae.           52
```

Dr. Ashok Pai

```
 1                    EXHIBITS, CONTINUED

 2    DEFENDANTS'                                          PAGE

 3    Exhibit 11    Bates stamped document                  54
                    KPNValley-MD-003683 through
 4                  KPNValley-MD-003690.

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Dr. Ashok Pai

 1        Oakland, California, Monday, November 19, 2018

 2                          9:01 a.m.

 3

 4            THE VIDEOGRAPHER:  Good morning.  We are now on

 5    the record.  My name is Kevin Gogarty.  I'm a

 6    videographer for Golkow Litigation Services.  Today's

 7    date is November 19th, 2018, and the time on the video

 8    monitor is 9:01.  This video deposition is being held at

 9    3701 Broadway in Oakland, California, in the matter of

10    Gebeyehou versus Monsanto, et al., for the United States

11    District Court for the Northern District of California.

12    The deponent is Ashok Pai.

13            Will counsel please identify themselves.

14            MR. SLONIM:  Bert Slonim on behalf of

15    defendants.

16            MS. PODSIADLO:  Kathryn Podsiadlo on behalf of

17    defendants.

18            MR. TSADIK:  Tesfaye Tsadik on behalf of

19    Plaintiff Sioum Gebeyehou.

20            THE VIDEOGRAPHER:  The court reporter is Beth

21    Lewis and will now swear in the witness.

22                      DR. ASHOK PAI,

23       having been administered an oath, was examined and

24       testified as follows:

25                         --oOo--

                              Dr. Ashok Pai

 1    cancer, you would want to do so; isn't that right?

 2         A.    Yes.

 3    ▮         ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 4    ▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 5    ▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 6    ▮         ▮      ▮

 7    ▮         ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 8    ▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 9    ▮         ▮      ▮▮▮

10    ▮         ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11    ▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12    ▮         ▮      ▮

13    ▮         ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14    ▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15    ▮         ▮      ▮

16              ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17    ▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18    ▮         ▮      ▮

19         Q.    In your medical practice as a treating

20    clinician is it your regular practice to keep medical

21    records on all of your patients?

22         A.    Yes.

23         Q.    And just briefly, what's the purpose of keeping

24    contemporaneous medical records?

25         A.    To have an accurate understanding of the

1          I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3          That the foregoing proceedings were taken
4    before me at the time and place herein set forth; that
5    any witnesses in the foregoing proceedings, prior to
6    testifying, were placed under oath; that a verbatim
7    record of the proceedings was made by me using machine
8    shorthand which was thereafter transcribed under my
9    direction; further, that the foregoing is an accurate
10   transcription thereof.
11         I further certify that I am neither financially
12   interested in the action nor a relative or employee of
13   any attorney or any of the parties.
14         IN WITNESS WHEREOF, I have this date subscribed
15   my name.
16
17   Dated: _____
18
     _____
19       ELIZABETH A. WILLIS-LEWIS, CCRR, RPR, CSR NO. 12155
20
21
22
23
24
25