# EXHIBIT 19

```
1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3    - - - - - - - - - - - - - - - -x

4    IN RE: ROUNDUP PRODUCTS         :   MDL No. 2741             :

5    LIABILITY LITIGATION            :   Case No.: 3:16-md-02741-VC

6    _____     :

7    This document relates to        :
     Elaine Stevick and Christopher
8    Stevick v. Monsanto Co.         :
     3:16-cv-02341-VC
9    - - - - - - - - - - - - - - - -X

10

11

12          Video Deposition of JEROME KIM, M.D.

13                   PETALUMA, CALIFORNIA

14                Thursday, December 6, 2018

15                       10:29 a.m.

16

17

18

19

20

21

22

23   Job No.: 220658

24   Pages: 1 - 108

25   Transcribed By: Robert Leifer, CET 970
```

Transcript of Jerome Kim, M.D.
Conducted on December 6, 2018          2

```
 1      Video deposition of JEROME KIM, M.D., held at the
 2   offices of:
 3
 4
 5         KAISER PERMANENTE PETALUMA MEDICAL OFFICES
 6         3900 Lakeville Highway
 7         Petaluma, CA 94954
 8         (707) 765-3900
 9
10
11      Pursuant to notice, before Bridgette Rast, Notary
12   Public in and for the State of California.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              A P P E A R A N C E S
 2     ON BEHALF OF THE PLAINTIFFS, ELAINE STEVICK AND
 3   CHRISTOPHER STEVICK:
 4           BRIAN K. BRAKE, ESQUIRE
 5           THE MILLER FIRM, LLC
 6           The Sherman Building
 7           108 Railroad Avenue
 8           Orange, VA 22960
 9           (540) 672-4224
10
11     ON BEHALF OF THE DEFENDANT, MONSANTO COMPANY:
12           JULIE DU PONT, ESQUIRE
13           CAITLIN ANNATOYN, ESQUIRE
14           ARNOLD & PORTER KAYE SCHOLER LLP
15           250 West 55th Street
16           New York, NY 10019
17           (212) 836-8000
18
19     ALSO PRESENT:   ELAINE STEVICK AND CHRISTOPHER STEVICK
20
21     VIDEOGRAPHER:   LAURENCE COSSAR
22
23
24
25
```

```
 1                     C O N T E N T S
 2   EXAMINATION OF JEROME KIM, M.D.                      PAGE
 3      By Mr. Brake                                      6/102
 4      By Ms. du Pont                                    53
 5
 6
 7                     E X H I B I T S
 8                  (Attached to Transcript)
 9   KIM DEPOSITION EXHIBIT                               PAGE
10    Exhibit 1    Elaine Stevick Medical Records         40
11    Exhibit 2    AIARC Document                         43
12    Exhibit 3    The Lancet Article                     44
13    Exhibit 4    Journal of Epidemiology Article        45
14    Exhibit 5    2001 McDuffy Study                     45
15    Exhibit 6    Leukemia and Lymphoma Article          46
16    Exhibit 7    2003 Study                             47
17    Exhibit 8    Mikael Eriksson Study                  49
18    Exhibit 9    CA Prop 65 Glyphosate Warning          49
19    Exhibit 10   9/21/18 Patient Message                54
20    Exhibit 11   Stevick Record of 1st Visit            72
21    Exhibit 12   Stevick Record of 2nd Visit            92
22    Exhibit 13   Stevick 8/2/18 Office Visit            94
23
24
25
```

Transcript of Jerome Kim, M.D.
Conducted on December 6, 2018                                             5

```
                    P R O C E E D I N G S
            THE VIDEOGRAPHER:  Here begins Tape No. 1 in the
    videotaped deposition of Dr. Jerome Kim in the matter of
    Elaine and Christopher Stevick v. Monsanto Company.
            In the U.S. District Court, Northern District of
    California, Case No. 3:16-cv-02341-VC.
            Today's date is December 6, 2018.  The time on
    the video monitor is 10:29 a.m.
            The videographer today is Lawrence Cossar
    representing Planet Depos.
            This video deposition is taking place at 99
    Montecillo Road in San Rafael, California.
            Would counsel please voice identify yourselves
    and state whom you represent.
            MR. BRAKE:  My name is Brian Brake.  I represent
    Elaine and Christopher Stevick.
            MS. DU PONT:  Julie du Pont on behalf of
    Monsanto.
            MS. ANNATOYN:  Caitlin Annatoyn on behalf of
    Monsanto.
            THE VIDEOGRAPHER:  Thank you.  The court
    reporter is Bridget Rast representing Planet Depos.
            Would the reporter please swear in the witness.
    Whereupon,
                        JEROME KIM, M.D.
```

Transcript of Jerome Kim, M.D.
Conducted on December 6, 2018    6

```
 1   being first duly sworn or affirmed to testify to the
 2   truth, the whole truth, and nothing but the truth,
 3   was examined and testified as follows:
 4            THE VIDEOGRAPHER:  Please begin.
 5            EXAMINATION BY COUNSEL FOR THE PLAINTIFF
 6   BY MR. BRAKE:
 7       Q    Dr. Kim, I've introduced myself.  My name is
 8   Brian Brake.  I represent your patient, Elaine Steve.
 9   And her husband, Christopher, is here also.
10            I'm going to ask you some questions today, and
11   if I ask you a question that you don't understand,
12   doesn't make sense, let me know that, please.
13       A    Sure.
14       Q    If you don't do that, I'm going to assume you
15   understood the question and you're answering to the best
16   of your abilities.
17       A    Understand.
18       Q    And if we need to take a break, we can do that
19   too.
20            If you need to refer to a document, we can do
21   that also.
22       A    Sure.
23       Q    Okay.  To save some time, I've looked at your
24   bio information.  It appears that you are board
25   certified in internal medicine, hematology, and medical
```

```
 1    ████ ███████████████████████████████████
 2    ████████████████████████████
 3    ████ ███
 4    ████ ███████████████████████████████████
 5    ███████████████████████████
 6    ████ ████████████████████████████████████
 7    ██████████████████████████████████████
 8    ████ ████████████████████████████████████
 9    █████████████████████████████████████████
10    █████████████████
11    ████ █████████████████████████
12    ████ ██████████████████████████████
13    █████████████████████████████████████
14    █████████████████████████████████████
15    ████ ████████
```

16    Q    I'm going to just mark it separately because
17 it's going to make it go faster.
18         MS. DU PONT:  I'm marking as Exhibit 11 the
19 January 12, 2015, progress notes from Dr. Kim from
20 Kaiser Permanente.
21         (Deposition Exhibit 11 was marked and was
22 attached to transcript)
23    A    Thank you.
24    ████ ████████████████████████████████
25    █████████████████████████

```
1                CERTIFICATE OF NOTARY PUBLIC
2       I, BRIDGETTE RAST, Notary Public in and for the State
3    of California, do hereby certify that on December 6,
4    2018, the witness JEROME KIM, M.D., was sworn before me
5    at the aforementioned location, and that I am neither
6    counsel for, related to, nor employed by any of the
7    parties to this case and have no interest, financial or
8    otherwise, in its outcome.
9       IN WITNESS WHEREOF, I have hereunto set my hand this
10   6th day of December, 2018.
11
12
13
14       Budgetti
15   _____
16   NOTARY PUBLIC IN AND FOR THE
17   STATE OF CALIFORNIA
18
19
20
21
22
23
24
25
```