# HEPATITIS B VIRUS

The hepatitis B virus was considered by a previous IARC Working Group in 1993 (IARC, 1994). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Taxonomy, structure, and biology

#### 1.1.1 Taxonomy

The hepatitis B virus (HBV) is the proto-type member of a family of hepatotropic DNA viruses, the *Hepadnaviridae*, that replicate by reverse transcription of an RNA pregenome. HBV infects humans, whereas other hepadnaviruses infect mammals (orthohepadnaviruses) or birds (avihepadnaviruses) (Schaefer, 2007a).

HBV comprises eight genotypes (A to H) with distinct virological characteristics and geographic distributions (Kramvis *et al.*, 2005; Schaefer, 2007a; see Section 1.2.3). Each genotype differs from the others by more than 8% of its nucleotide sequence. Genotypes may influence the disease caused, although further analysis of this association is required. The variability of the HBV genome may be further increased by recombination among genotypes, especially B/C and A/D.

HBV genotypes, with the exception of genotypes E and G, are divisible into subgenotypes. Each subgenotype differs from the others by more than 4% of its nucleotide sequence. The number of subgenotypes per genotype described

to date ranges from three to five (Kramvis *et al.*, 2005; Schaefer, 2007a).

#### 1.1.2 Structure of the virion

HBV is an enveloped virus, measuring 42–47 nm in diameter, with an icosahedral nucleocapsid that encloses a partially double-stranded relaxed-circular (rc) DNA genome covalently bound to the viral polymerase. The envelope comprises a small amount of lipid of cellular origin and three hepatitis B surface proteins (HBs): large (LHB), medium, (MHB), and small (SHB), which form disulfide-linked homo- and heterodimers. The serum of infected individuals contains, in addition, two types of subviral particles: small spherical particles with a diameter of approximately 20 nm and filamentous particles also with a diameter of about 20 nm but of variable length. These non-infectious subviral particles lacking genomic DNA greatly outnumber the infectious viral particles, and have a composition similar to that of the viral envelope (Kann, 2002).

The nucleocapsid is formed by multiple copies of core protein. Of the total 183–185 amino acids (depending upon genotype), the *N*-terminal 149–151 amino acids are responsible for self-assembly of the nucleocapsid. Although the steps in its assembly remain to be clarified, the

first step is the formation of homodimers linked by disulfide bridges. The nucleocapsid contains pores that allow the diffusion of nucleotides during the synthesis of the DNA genome. The *C*-terminal amino acids of the core protein play a role in the packaging of the pregenome–polymerase complex within the nucleocapsid (Bruss, 2007).

### 1.1.3 Structure of the viral genome

HBV has a partially double-stranded but not covalently closed circular (ccc) DNA genome composed of between 3182–3248 nucleotides, depending on the genotype. The genome consists of a complete minus-DNA strand with a short-terminal redundancy, and a shorter plus-DNA strand that leaves a single-stranded gap of variable length in mature nucleocapsids and released viruses (Kann, 2002; Jilbert *et al.*, 2002). Base-pairing of plus- and minus-strands in the cohesive overlap region of the genome maintains the circular configuration. The 5′end of the minus-strand is covalently linked to the *N*-terminal portion of the viral polymerase. At its 5′end, the plus-strand is linked to a capped RNA oligonucleotide that is derived from the 5′end of the RNA pregenome, and serves as the primer for plus-strand-DNA synthesis.

The genome consists of four partially overlapping open reading frames (ORFs) (Kann, 2002) that express surface, precore/core, polymerase, and X proteins. Each ORF overlaps at least one other ORF, with the polymerase ORF overlapping all of the others, and every nucleotide is part of at least one ORF. Translation of preS1, preS2, and S ORFs leads to the expression of the surface proteins, LHB, MHB, and SHB, respectively (Fig. 1.1).

Four promoters (preC/C, preS1, S, and X) and two enhancers (Enh1 and Enh2) overlap the ORFs (Kann, 2002). The promoters initiate the transcription of messenger (m) RNAs of 3.5, 2.4, 2.1 and 0.9 kb that allow, by the use of different start codons, the expression of seven proteins. All are of positive orientation, possess a 5′cap, are polyadenylated at their 3′ends, and serve as mRNAs for viral gene products. Enh1, which stimulates the transcription of all viral RNAs, is located between the S and X ORFs, and Enh2, a less potent enhancer, overlaps the preC/C promoter.

In addition to the enhancers, other regulatory elements have been identified: a glucocorticoid responsive element (GRE) is located between Enh1 and Enh2; a CCAAT element regulates the transcription of the upstream preS1 promoter, and activates the transcription of S mRNA; and a negative regulatory element (NRE) appears to inhibit only the precore/core mRNA (Kann, 2002).

### 1.1.4 Host range

HBV primarily infects humans, although chimpanzees, Chacma baboons, and tree shrews are also susceptible to infection (Hu *et al.*, 2000; Cao *et al.*, 2003).

### 1.1.5 Target cells

HBV is primarily an hepatotropic virus, and hepatocytes are the only confirmed site of replication for all members of this virus family. Although the virus has been detected in other cells such as bile duct epithelial cells, peripheral blood mononuclear cells and cells in the pancreas and kidneys, the evidence for viral replication in these cells is controversial (Seeger & Mason, 2000).

### 1.1.6 Function of the gene products

#### (a) Surface proteins

The HBV surface protein: small (SHB), medium (MHB) and large (LHB), together with cellular lipid material, form the viral envelope (Kann, 2002).

**Fig. 1.1 Transcriptional and translational map of HBV**



The partially double-stranded, circular rc-DNA is indicated by thick black lines, with the polymerase (P) covalently linked to the 5′end of the (-)-DNA, and the RNA primer (zigzag line) at the 5′end of (+)-DNA. The dashed part symbolizes the heterogeneous lengths of the (+)-strands. DR1 and DR2 are the direct repeats. The outer circle symbolizes the terminally redundant pgRNA with ε close to the 5′end, and the poly-A tail at the 3′end. The precore mRNA is nearly identical, except it starts slightly upstream. The relative positions of the open reading frames for core (C), P, preS/S, and X are shown inside. TP, Terminal protein domain of P; pgRNA, pregenomic RNA
From Beck J, Nassal M, Hepatitis B virus replication, World J Gastroenterology, 2007; 13(1):48-64

SHB antigen which represents 85% of hepatitis B surface antigen (HBsAg), is highly immunogenic and provokes the host's immune response to HBV. Excess surface protein circulating in subviral particles is thought to dilute the host's immunological response to the virus.

LHB, in contrast to MHB, is essential for infection and viral morphogenesis. It represents 10–30% of the HBsAg of virions and filaments. LHB plays a role in viral entry into hepatocytes, although SHB may also be needed in this process (Kann, 2002).

### (b) Core protein and 'e' antigen

Core protein (C) is the major structural component of the nucleocapsid. The preC/C ORF is transcribed into a precore/core fusion protein. During entry into the endoplasmic reticulum, 19 amino acids are cleaved from the *N*-terminal end of the precore protein by a signal peptidase. When transported into the Golgi compartment, additional amino acids are removed from the *C*-terminal end by intra-Golgi proteases to form HBe antigen. This antigen is secreted into the serum. The biological function of HBe remains unsolved (Kann, 2002).

### (c) Polymerase protein

Polymerase (P) has four domains: a terminal domain, which serves as a protein primer for reverse transcription of pregenomic viral RNA; a spacer region without apparent function; the polymerase domain, which has reverse transcription activity; and the RNase H domain, which is responsible for the degradation of the RNA template during reverse transcription (Kann, 2002).

### (d) X protein

The X protein (HBx) has been shown to be a promiscuous regulator of transcription that is essential for viral replication. Although not binding itself to DNA, it regulates transcription from HBV enhancers/promoters, and from the promoters of cellular genes, including oncogenes, cytokines, growth factors, and several genes involved in cell-cycle control and progression, DNA repair, apoptotic cell death, and cellular adhesion. HBx also forms complexes with several signal transduction proteins and regulators of cell growth and survival (Murakami, 1999; Feitelson *et al.*, 2005; Benhenda *et al.*, 2009). It is suspected to play a central role in HBV regulation and pathogenesis (see Section 4).

### 1.1.7 Viral life cycle

During both acute and persistent infection, high levels of infectious HBV particles (virions) circulate in the bloodstream, together with an excess of empty particles.

Hepatocytes, the major targets of the virus, are separated from the bloodstream by endothelial and Kupffer cells that line the sinusoids of the liver. Liver sinusoidal endothelial cells have long cytoplasmic components that contain fenestrations with a diameter of 50–100 nm. Virions are thought to pass through these fenestrations from the sinusoids of the liver to the space of Disse, which is immediately adjacent to the surface of the hepatocytes. Infectious virions bind by means of the PreS1 domain of LHBs (and perhaps by the envelope lipid) to specific, as yet unidentified, receptors on the hepatocyte surface (Seeger & Mason, 2000; Jilbert *et al.*, 2002; Beck & Nassal, 2007; Kann *et al.*, 2007).

HBV then proceeds following a characteristic replication strategy shared by all the members of the hepadnaviridae family (Fig. 1.2; Seeger & Mason, 2000; Jilbert *et al.*, 2002; Beck & Nassal, 2007; Kann *et al.*, 2007). The nucleocapsid is released into the cytoplasm and translocated by microtubules to the microtubule-organizing centre (MTOC) near the nucleus. How the nucleocapsid gets from the MTOC to the nucleus is not known at the time of writing. Access to the nucleus is gained through nuclear pores (Kann

**Fig. 1.2 Replication cycle of Hepanaviral genome**



Enveloped virions infect the cell, releasing rc-DNA containing nucleocapsids into the cytoplasm. rc-DNA is transported to the nucleus, and repaired to form cccDNA (1). Transcription of cccDNA by RNA polymerase II (2) produces, among other transcripts (not shown), pgRNA. pgRNA is encapsidated, together with P protein, and reverse transcribed inside the nucleocapsid (3). (+)-DNA synthesis from the (-)-DNA template generates new rc-DNA. New cycles lead to intracellular cccDNA amplification; alternatively, the rc-DNA containing nucleocapsids are enveloped and released as virions. PM, plasma membrane; pgRNA, pregenomic RNA; cccDNA, covalently closed circular DNA; rc-DNA, relaxed-circular DNA; P, viral polymerase.

From Beck J, Nassal M, Hepatitis B virus replication, World J Gastroenterology, 2007; 13(1):48-64

_et al._, 2007), and may be mediated by polymerase or heat shock proteins. The exact stage and mechanism by which the viral genome is released from the nucleocapsid is not currently known. In the nucleus, rc-DNA is converted into cccDNA, the key template in HBV replication. The steps in achieving this conversion are uncertain, but they include completion of the positive DNA strand by polymerase; removal of the covalently linked polymerase, the 5′capped oligonucleotide primer (and the terminal redundancy), and ligation of the 5′ and 3′ends of the positive and negative DNA strands.

Several genomic and subgenomic RNAs are transcribed by cellular RNA polymerase II using cccDNA as the transcriptional template. Of these, the polyadenylated pregenomic RNA, with a length corresponding to the entire genome length plus a terminal redundancy of 120 nucleotides, is selectively packaged into nucleocapsids. It is then reverse-transcribed by the co-packaged polymerase into new rc-DNA genomes. Following encapsidation of the pregenomic RNA-polymerase complex, polymerase initiates negative-strand DNA synthesis by reverse transcription (Jilbert _et al._, 2002).

The synthesis of polymerase and core proteins is accomplished by two translation events (Jilbert _et al._, 2002). The mechanism that allows translation from the downstream polymerase protein start codon is not yet known, but may include a direct internal ribosomal entry-site-like binding of the ribosomal subunits at, or near to, the polymerase start codon, "leaky' scanning of the ribosomes that allow passage to the downstream start codon, or the presence of a 'minicistron' upstream of the polymerase ORF that is translated (Jilbert _et al._, 2002).

## 1.2 Epidemiology of infection

HBV is one of the most common infectious viruses worldwide. It is estimated that more than two billion people are infected. Approximately 360 million of these are chronically infected (Lee, 1997; Chen et al., 2007a; Dienstag, 2008). Approximately one million people die each year from HBV-related chronic liver disease, including liver cirrhosis and hepatocellular carcinoma (HCC) (Mahoney, 1999). HCC is one of the most common cancers in the world, and chronic HBV infection is responsible for 50–90% of HCC in high-risk areas (Chen et al., 1997).

### 1.2.1 Prevalence, geographic distribution

There is a wide variation of HBV infection in the world as shown in Fig. 1.3 (Custer et al., 2004; CDC, 2012). Approximately 45% of the world population lives in areas where chronic HBV infection is highly endemic (> 8% of the population are HBsAg-positive); 43% live in areas where endemicity is intermediate (2–7% HBsAg-positive); and 12% live in areas where endemicity is low (< 2% HBsAg-positive). The prevalence of chronic HBV infection is lowest in North America, Northern and Western Europe, Australia and New Zealand; intermediate in Japan, the Middle East, Eastern and Southern Europe and parts of South America; and highest in sub-Saharan Africa, the Amazon Basin, the People's Republic of China, the Republic of Korea, Taiwan (China), and several other countries in South-east Asia (Chen et al., 2000; Custer et al., 2004).

The worldwide variation in the endemicity of HBV infection is influenced primarily by the predominant age at which infection occurs and the modes of transmission by which it occurs. In areas of high endemicity, the lifetime risk of HBV infection is more than 60%, and most infections are acquired from perinatal and child-to-child transmission, when the risk of developing chronic infection is greatest. In these areas, acute hepatitis B is uncommon because most perinatal and early childhood infections are asymptomatic. However, rates of liver cancer and cirrhosis in adults are very high. Chronic carriage is thought to result from vertical transmission in China, Taiwan (China), and the Republic of Korea (Chen et al., 2000). Of note, HBV infection in newborns is less common in Africa. A lower prevalence of HBeAg positivity has been observed in mothers from sub-Saharan Africa compared with mothers in Asia. Child-to-child horizontal transmission accounts for high hepatitis B infection in this region of Africa.

In areas where endemicity is intermediate, mixed patterns of transmission exist, including infant, early childhood, and adult transmission. In low endemicity areas, most HBV infections occur in adolescents and young adults with relatively well defined high-risk groups, including injection drug users, homosexual males, health care workers, and patients who require regular blood transfusion or haemodialysis. In countries where adult horizontal transmission patterns are the principal transmission routes, the incidence of HBV infection is highest in adults (Custer et al., 2004).

HBV is a prototype member of the hepadnavirus family. Currently, eight genotypes of HBV (A through H) have been identified on the basis of greater than 8% nucleotide divergence over the whole genome (Devesa et al., 2004). Genotype A is prevalent in Europe, Africa, and North America. Genotype B is prevalent in Taiwan (China), China, Thailand, South-east Asia, and genotype C is prevalent in China, Japan, the Republic of Korea, and South-east Asia. Genotype D is predominant in India, Mediterranean areas, and the Middle East region. Genotype E is limited to West Africa. Genotypes F and G are mostly found in Central and South America. Genotype H has been observed in Mexico and Central America (see Table 1.1).

**Fig. 1.3 Prevalence of chronic infection with hepatitis B virus, 2006**



Source: CDC (2012). Available at: http://wwwnc.cdc.gov/travel/yellowbook/2012/chapter-3-infectious-diseases-related-to-travel/hepatitis-b.htm

Compared with patients infected with the HBV genotype B, those infected with genotype C have a significantly lower rate of spontaneous HBeAg seroconversion (Furusyo et al., 2002; Kao et al., 2004), a higher histological activity index of necroinflammation or fibrosis score (Lindh et al., 1999; Chan et al., 2002; Kobayashi et al., 2002; Lee et al., 2003a), and a higher risk of developing acute exacerbations (Chu et al., 2002; Kao et al., 2004), reactivation of HBV (Chu & Liaw, 2005, 2007), end-stage liver disease (Kao et al., 2000; Chan et al., 2003; Chu & Liaw, 2005), and HCC (Yu et al., 2005; Yang et al., 2008).

## 1.2.2 Transmission and risk factors for infection

HBV is highly contagious and is transmitted by percutaneous and permucosal exposure to infected blood and other body fluids (i.e. semen and vaginal fluid). The highest concentrations of the virus occur in blood and wound secretions (WHO, 2001). Moderate concentrations of HBV are found in semen and vaginal fluid, and lower concentrations occur in saliva. HBV is not spread by air, food, or water. Common modes of transmission include mother-to-infant, child-to-child, unsafe injection practices and blood transfusions, and sexual contact. HBV may be

**Table 1.1 Global distribution of HBV genotypes**

| Region/Country | Authors, Year | Study subjects | HBV genotypes |
|---|---|---|---|
| Asia/Taiwan, China | Kao et al. (2000) | 100 Asymptomatic carriers & 170 patients with histologically verified chronic liver disease and HCC | A:4%, **B:53%**, C:32%, D:5%, F:5%, unclassified:1% |
| Asia/Taiwan, China | Liu et al. (2002) | 122 Patients with chronic HBV | A:< 1%, **B:57%**, C:39%, F:4% |
| Asia/Taiwan, China | Lee et al. (2003a) | 265 Patients with chronic HBV infection | A:1%, **B:60%**, C:34%, D:2.5%, unclassified:2.5% |
| Asia/Taiwan, China | Yu et al. (2005) | 154 HCC cases and 316 matched controls | Among control group: **B:82%**, C:15% |
| Asia/Taiwan, China | Yang et al. (2008) | 2762 HBsAg carriers | **B:64%**, C:32%, B+C:4% |
| Asia/Japan | Usuda et al. (1999) | 514 HBsAg-positive blood donors | A:5%, B:38%, **C:55%**, D:0.4%, F:0.6% |
| Asia/Japan | Orito et al. (2001) | 720 Patients with chronic HBV infection | A:2%, B:12%, **C:85%**, D:0.4%, mixed type:1% |
| Asia/Japan | Kobayashi et al. (2002) | 1077 Patients with chronic hepatitis B | A:2%, B:9%, **C:88%**, D:0.2%, F:0.2%, unclassified:0.6% |
| Asia/China | Ding et al. (2001) | 97 Asymptomatic HBV carriers, 46 chronic hepatitis, 37 liver cirrhosis and 44 HCC patients in Shanghai | A:1%, B:17%, **C:81%** |
| Asia/China | Zeng et al. (2005) | 1096 Chronic HBV carriers from nine provinces in China | B: 41%, **C:53%**, A and D: rare |
| Asia/China | Zhu et al. (2008) | 101 HBeAg(-) patients in Hong Kong Special Administrative Region, Shanghai, Beijing | B:36%, C:64% |
| Asia/Hong Kong Special Administrative Region | Yuen et al. (2004) | 776 Asymptomatic HBsAg carriers | B: 33%, **C:63%**, mixed type:4% |
| Asia/Republic of Korea | Kim & Song (2003) | 65 Patients with chronic HBV infection | **C:100%** |
| Asia/Republic of Korea | Song et al. (2005) | 200 Patients with chronic HBV infection | **C:100%** |
| Asia/Republic of Korea | Kim et al. (2007) | 209 Patients with chronic HBV infection (107 in Seoul and 102 in Jeju) | C2 (100%) |
| Asia/Thailand | Sugauchi et al. (2002) | 107 Hepatitis B carriers | B:25%, **C:72%**, D:3% |
| Asia/Thailand | Tangkijvanich et al. (2005) | 93 Asymptomatic carriers, 103 chronic hepatitis patients, 60 cirrhosis patients, 76 HCC patients | B:21%, **C:73%** |
| Asia/Thailand | Jutavijittum et al. (2006) | 216 HBsAg-positive voluntary blood donors | A:0.5%, B:7%, **C:89%**; B+C:2% |
| Asia/Thailand | Suwannakarn et al. (2008) | 147 Asymptomatic HBsAg and HBV DNA carriers | A:1%, B:12%, **C:87%** |
| Asia/Philippines | Sakamoto et al. (2006) | 32 Chronic hepatitis patients, 37 cirrhosis patients, 31 HCC patients | **A:51%**, B:22%, C:27% |
| Asia/Viet Nam | Toan et al. (2006) | 375 HBV-infected (289 symptomatic, 29 on haemodialysis, 86 asymptomatic) | A:18%, B:10%, **C:25%**, D:20%, E:4%, F:2%, G:5% |
| Asia/India | Thakur et al. (2002) | 130 Patients with chronic HBV infection | A:46%, **D:48%**, A+D:6% |
| Asia/India | Gandhe et al. (2003) | 19 Asymptomatic carriers<br>30 chronic hepatitis B patients<br>8 acute hepatitis B patients<br>5 fulminant hepatitis B patients | **D:92%** |

**Table 1.1 (continued)**

| Region/Country | Authors, Year | Study subjects | HBV genotypes |
|---|---|---|---|
| Asia/India | Vivekanandan et al. (2004) | 122 Chronic hepatitis B patients and 67 blood donors | A:18%, C:12%, D:57% among chronic hepatitis B patients<br>A:12%, C:0%, D:76% among blood donors |
| Asia/India | Thippavazzula et al. (2006) | 85 Chronic hepatitis B patients | A:15%, B:2%, D:82% |
| Mediterranean/Turkey | Yalcin et al. (2004) | 32 Chronic hepatitis B patients and 12 HBsAg carriers | D:100% |
| Mediterranean/Turkey | Bozdayi et al. (2004) | 41 Chronic hepatitis B patients | D:100% |
| Mediterranean/Turkey | Sunbul & Leblebicioglu (2005) | 88 Chronic hepatitis B patients | D:89% |
| Africa/Nigeria | Odemuyiwa et al. (2001) | 20 New isolates of HBV | E:100% |
| Africa/West Africa | Mulders et al. (2004) | 105 Strains from 12 locations in West Africa | E:91% |
| Africa | Kramvis & Kew (2007) | Literature review | A: predominantly in southern, eastern and central Africa<br>D: predominantly in northern Africa<br>E: predominantly in western Africa |
| America/USA | Chu et al. (2003) | 694 Chronic hepatitis B patients | A:35%, B:22%, C:31%, D:10%, E:0.4%, F:0.6%, G: 1% |
| America/Central | Arauz-Ruiz et al. (1997) | 90 Strains from 5 different countries in Central America (Guatemala, El Salvador, Honduras, Nicaragua and Costa Rica) | A:14%, C:1%, D:6%, F:79% |
| America/Mexican | Sánchez et al. (2007) | 42 Chronic or acute hepatitis B patients | A:5%, D:21%, H:74% |
| Europe | Schaefer (2007b) | Literature review | A: prevalent in northern Europe<br>D: prevalent in Mediterranean countries and eastern Europe |
| Australian | Sugauchi et al. (2001) | 5 Australian Aborigines | C:40%, D:60% |
| Australian | Alestig et al. (2001) | 5 Australian Aborigines | C:100% |
| World | Lindh et al. (1997) | 187 HBeAg-positive chronic carriers | northern Europeans: A:60%, D:31%<br>southern Europeans and Middle Easterners: D:96%<br>Africans: A:53%, D:27%, E:20%<br>East Asians: A:14%, B:43%, C:43% |
| World | Westland et al. (2003) | 694 Chronic hepatitis B patients in clinical trial centres | Asian/Oceanic centres: B:2%, C:46%<br>North American centres: A:34%, C:40%<br>Mediterranean centres: A: 14%, D:83%<br>European centres: A:40%, D:35% |

HBV, hepatitis B virus; HCC, hepatocellular carcinoma; HBeAg, hepatitis B 'e' antigen; HbsAg, hepatitis B surface antigen
Compiled by the Working Group

Hepatitis B virus

detected in serum 30–60 days following infection, and may persist for widely variable periods of time.

Perinatal transmission from HBsAg-positive mothers to their newborn infants (vertical) or transmission from one child to another (horizontal) is a major source of HBV infections in many countries where chronic HBV infection is highly endemic (WHO, 2001). Perinatal transmission usually happens at the time of birth; in-utero transmission is relatively rare, accounting for less than 2% of perinatal infections in most studies. There is no evidence that HBV can be spread by breastfeeding (Beasley et al., 1975). The risk of perinatal transmission depends on the HBeAg serostatus of the mother. The risk of HBV infection approximately ranges from 70–90% for HBeAg-positive mothers to 5–20% for HBeAg-negative mothers (Okada et al., 1976; Beasley et al., 1977). The spread of HBV from child to child usually happens in household settings but may also occur in child daycare centres and schools (WHO, 2001). The most probable pathways of child-to-child spread involve contact of skin sores, small breaks in the skin, or mucous membranes with blood or skin sore secretions (Margolis et al., 1997). HBV may also spread because of contact with saliva through bites or other breaks in the skin, and as a consequence of the premastication of food (MacQuarrie et al., 1974; Scott et al., 1980; Beasley & Hwang, 1983; Williams et al., 1997). The virus may spread from inanimate objects such as shared towels or toothbrushes, because it can survive for at least 7 days outside the body, and can be found in high titres on objects, even in the absence of visible blood (Petersen et al., 1976; Bond et al., 1981; Martinson et al., 1998). Among Gambian children aged 6 months to 5 years, a significant association was observed between HBV infection and the presence of bedbugs in each child's bed (Vall Mayans et al., 1990). But controlling bedbugs by insecticide spraying of the child's dwelling did not have any effect on HBV infection (Vall Mayans et al., 1994).

Unsafe injection practices such as the re-use of a syringe or needle from patient to patient without sterilization are a common source of transmission of HBV in many developing countries (Kane et al., 1999; Simonsen et al., 1999). In addition, unsatisfactory infection control practices, including the re-use of contaminated equipment for medical, cosmetic or dental procedures, failure to use appropriate disinfection and sterilization practices for equipment and environmental surfaces, and improper use of multidose medication vials, can also result in the transmission of HBV. Blood transfusion is also a common source of HBV transmission in countries where the blood supply is not screened for HBsAg. In addition, the injection of illicit drugs using shared needles is a common mode of HBV transmission in many developed countries.

HBV is efficiently transmitted by sexual contact, which accounts for a high proportion of new infections among adolescents and adults in countries with low and intermediate endemicity of chronic HBV infection (Alter & Margolis, 1990). Risk factors for sexual transmission include multiple sexual partners, prostitution, and lack of protection in sexual activity (e.g. the use of condoms). In countries where HBV infection is highly endemic, sexual transmission does not account for a high percentage of cases because most persons have been infected since childhood.

### 1.2.3 Persistence, latency, and natural history of infection

Persons infected with HBV have both short-term and long-term outcomes. On becoming infected, a person can have either a symptomatic disease (i.e. acute hepatitis B), or an asymptomatic infection with no signs or symptoms of disease. In persons with acute hepatitis B, the incubation period after becoming infected is usually

3–4 months, with a range of 6 weeks to 6 months. Symptoms and signs of disease usually last for several weeks. About 1–2% of persons with acute hepatitis B die from fulminant hepatitis. Both symptomatically and asymptomatically infected persons may either recover from the infection and develop lifelong immunity, or develop a chronic infection that usually lasts throughout life. Persons affected with chronic infection often do not become sick from their infection for decades after becoming infected. However, about 25% of those who become chronically infected during childhood and 15% of those who acquire chronic infection at older ages develop either HCC or cirrhosis.

The age at which a person becomes infected with HBV is the main factor determining the risk of developing chronic infection. Among children who are under 5 years of age when they become infected, fewer than 10% are symptomatic. However, 80–90% of those infected infants and 30–50% of children infected between 1–4 years of age develop a chronic infection. In contrast, 30–50% of adults are symptomatic when first infected but only 2–5% of adults develop a chronic infection. Most of the disease burden associated with HBV infection is in persons who develop the chronic condition.

Thus, the natural course of chronic HBV infection is highly variable at an individual level but also varies with age of infection. The classical description of the natural history of chronic HBV infection is shown in Fig. 1.4 (Chen et al., 2007a; Dienstag, 2008). Early life/perinatal infection is characterized by a period of 'immune tolerance' where the host co-exists with the virus without apparent injury to the host. This period of immune tolerance is characterized by detectable circulating HBsAg, HBeAg, the absence of anti-HBe antibody, high levels of circulating HBV DNA and normal serum alanine aminotransferase (ALT). This immune tolerance may last for years generally without evidence of liver injury.

Following the immune tolerance phase, infected patients progress through a phase of immune detection/clearance where the host immune system tries to clear infected hepatocytes resulting in hepatic inflammation, elevation of serum ALT, and reduction of the circulating HBV DNA level. The immune clearance phase is highly variable in duration and frequency but a prolonged phase or recurrent episodes of acute liver inflammation may result in repeated cycles of injury and regeneration, resulting in necroinflammation/fibrosis and an increased risk of progression to cirrhosis and HCC. In some cases, conversion to anti-HBe-seropositive status follows the immune clearance phase. The progression of chronic hepatitis B to a state of detectable liver injury represents the start of the disease state, which is characterized by the presence of HBsAg and HBeAg in serum (HBeAg-positive chronic hepatitis B), moderate-to-high levels of circulating HBV DNA, elevation of serum ALT, and the absence of anti-HBe antibody. In some cases, where seroconversion to anti-HBe-seropositive status is associated with ongoing viral replication, there is detectable anti-HBe antibody (HBeAg-negative chronic hepatitis B). In these HBeAg-negative–anti-HBe-positive hepatitis B cases, the HBV DNA level in serum is usually lower than in HBeAg-positive chronic hepatitis B (Chen et al., 2007a).

Finally, a proportion of infected persons will be able to inactivate the infection and go into the 'non-replicative phase' of chronic HBV infection or what is sometimes referred to as the 'inactive carrier state'. This phase is characterized by the continued presence of HBsAg in serum, the absence of HbeAg, and the presence of anti-HBe antibody, low levels of serum HBV DNA, and normal serum ALT. The patients in the inactive carrier state do not usually progress to liver injury. This may in part be dependent on the events that occurred during the immune clearance phase and the presence or absence of pre-existing liver fibrosis. Most of adult infections

IARC MONOGRAPHS – 100B

**Fig. 1.4 Natural history of chronic hepatitis B virus infection**



Courtesy of WR Kim MD, Mayo Clinic, Rochester Minnesota

CHB: Chronic hepatitis B, HBsAg: hepatitis B surface antigen; HBeAg: hepatitis Be antigen; HBeAb: anti-HBe antigen; ALT: alanine aminotransferase; HBV DNA: hepatitis B viral DNA
Reprinted from Clinical Liver Disease, Chen CJ, Iloeje UH, Yang HI (2007), Long-term outcomes in hepatitis B: the REVEAL-HBV study, Vol. 11:797–816, Copyright (2011), with permission from Elsevier.

resolve spontaneously, and the few patients (approximately 5%) who do not clear the infection progress directly to the chronic infection phase, and do not experience an immune tolerance phase (Chen et al., 2007a).

A specific group of patients who are seronegative on HBsAg but seropositive on HBV DNA has been identified, and their infection defined as occult hepatitis B (Hu, 2002; Torbenson & Thomas, 2002; Chen, 2005). Although occult hepatitis B has long been documented (Hoofnagle et al., 1978), it was difficult to investigate it before the availability of HBV polymerase chain reaction (PCR). The molecular and immunological mechanisms underlying occult hepatitis B still remain incompletely elucidated. Several

hypotheses have been proposed for the occurrence of occult HBV infection. They include the mutation of HBV surface, core and X genes, the integration of HBV DNA into host genomes, the HBV infection of peripheral blood mononuclear cells, the formation of the circulating immune complex containing HBV, the altered host's immune response to HBV, and the superinfection and interference of HBV by other viruses. Persons with occult HBV infection may transmit HBV through transfusion, haemodialysis, and organ transplantation. Occult HBV infection may contribute to the acute exacerbation of co-existing chronic hepatitis B and even fulminant hepatitis, and to the development of HCC. It also affects disease progression and treatment response of chronic hepatitis C (Hu, 2002; Torbenson & Thomas, 2002).

There is a wide variation in the prevalence of occult hepatitis B among various patient groups, blood and organ donors, and healthy controls. The prevalence of seropositivity of HBV DNA in HBsAg-seronegative subjects is in the range of 0–10% among those without liver disease, 11–19% in patients affected with chronic hepatitis, and 12–61% in HCC patients (Bréchot et al., 2001; Chen, 2005).

### 1.2.4 Vaccination and viral treatment

Both vaccine and antiviral treatments are available for the control of HBV infection. The HBV vaccination programme has reduced the perinatal and horizontal transmission of HBVs and the prevalence of HBsAg in many countries including Taiwan (China) (Tsen et al., 1991; Hsu et al., 1999; Ni et al., 2001, 2007; Lin et al., 2002, 2003; Chien et al., 2006; Lu et al., 2006; Su et al., 2007, 2008), Saudi Arabia (Al-Faleh et al., 1999; Madani, 2007), southern Italy (Da Villa et al., 1998), and Senegal and The Gambia (Vildósola, 2000). HBV vaccination has been shown to result in a dramatic decrease in the number of HBV infections among health care workers (Mahoney

et al., 1997). It has been well documented that national HBV vaccination programmes have reduced the mortality in childhood fulminant hepatitis (Kao et al., 2001; Chien et al., 2006), and HCC incidence (Chang et al., 1997, 2000, 2005; Chien et al., 2006).

Alpha-interferon and nucleotide/nucleoside analogues have been used to treat patients affected by chronic hepatitis B. Randomized controlled trials have shown the efficacy of antiviral treatment to improve the histological grade and to reduce the risk of liver cirrhosis and HCC (Dienstag, 2008).

## 2. Cancer in Humans

This section reviews the epidemiological data published since the previous *IARC Monograph* (IARC, 1994). The current review only focuses on cohort and case–control studies with the exception of those descriptive studies which may reflect the effect of hepatitis B vaccination. Many of these studies have not focused primarily on hepatitis B, but on other factors that potentially interact with hepatitis B in causing HCC.

## 2.1 Hepatocellular carcinoma

The previous *IARC Monographs* concluded that chronic HBV infection was associated with an increased risk of HCC in humans. The conclusion was based primarily on 15 cohort studies and several dozens of case–control studies conducted mostly in Asia and Africa, and some in Europe and North America. In most studies, chronic infection with HBV was determined by the presence of HBsAg positivity in serum. In all cohort studies reviewed, the relative risks ranged from 5.3–148. The majority of the case–control studies examined also showed a strong association. The odds ratios varied between 5–30, although the quality of some case–control studies was variable. This association did not appear to be confounded

by the presence of aflatoxin, infection with HCV, cigarette smoking or alcohol drinking. The evaluation of an association between the risk of HCC and the presence of other serological markers for HBV infection, such as antibody to hepatitis B core antigen (anti-HBc), and antibody to hepatitis B surface antigen (anti-HBs), was inconclusive due to the variability in the methods of determination, and the reporting of results.

### 2.1.1 Cohort studies

Table 2.1 (available at http://monographs. iarc.fr/ENG/Monographs/vol100B/100B-02-Table2.1.pdf) summarizes 12 cohort studies, published since the last *IARC Monograph*, that evaluate the risk of HCC among individuals who were infected with HBV. Of these, the majority of studies (*n* = 7) were conducted in Asia (Chang *et al.*, 1994; Lu *et al.*, 1998; Evans *et al.*, 2002; Yang *et al.*, 2002; Wang *et al.*, 2003a; Tanaka *et al.*, 2004; Gwack *et al.*, 2007), followed by two studies in Europe (Crook *et al.*, 2003; Ribes *et al.*, 2006) and one study each from Africa (Evans *et al.*, 1998), America (Nomura *et al.*, 1996), and Australia (Amin *et al.*, 2006). Just as the locations of the studies spread across the globe, the study populations and their size, length of follow-up, and study methodologies vary widely.

In these studies, the cohorts consisted of general populations of both genders (Chang *et al.*, 1994; Nomura *et al.*, 1996; Lu *et al.*, 1998; Evans *et al.*, 2002; Yang *et al.*, 2002; Wang *et al.*, 2003a; Gwack *et al.*, 2007), Army recruits (Evans *et al.*, 1998), blood donors (Crook *et al.*, 2003; Tanaka *et al.*, 2004; Ribes *et al.*, 2006), and newly infected people notified to the Australian State Health Department (Amin *et al.*, 2006). The average length of follow-up was as short as 4 years (Amin *et al.*, 2006), and as long as 22 years (Crook *et al.*, 2003). Most studies used an HBsAg-seronegative cohort as a comparison group; a few studies used the general population as a reference cohort (Amin *et al.*, 2006; Crook

*et al.*, 2003). Some studies collected information on several other known and potential risk factors for HCC and entered them into a stratified or a multivariate analysis (Chang *et al.*, 1994; Evans *et al.*, 2002; Yang *et al.*, 2002; Wang *et al.*, 2003a; Gwack *et al.*, 2007). In these studies, the risk of HCC was still significantly associated with chronic HBV infection with adjustment for the presence of anti-HCV, cigarette smoking, alcohol drinking, or serum glucose level.

In the cohort studies reviewed, the relative risks ranged from 9.6 (95%CI: 6.0–15.2) (Yang *et al.*, 2002) to as high as 74 (95%CI: 45–121) (Tanaka *et al.*, 2004). The relative risk was found to be even higher, as high as 161 (95%CI: 46–557), if an individual was co-infected with HCV (Tanaka *et al.*, 2004).

A second group of cohort studies included the individuals who had pre-existing liver disease. As pointed out in the previous *IARC Monograph* (IARC, 1994), these studies are difficult to interpret because the causes of liver disease other than HBV infection may also be associated with an increased risk for HCC, leading to an attenuation of the estimated relative risk associated with HBV (Benvegnù *et al.*, 1994, 2001, 2004; Zoli *et al.*, 1996; Tsai *et al.*, 1997; Yu *et al.*, 1997a; del Olmo *et al.*, 1998; Chiaramonte *et al.*, 1999; Di Marco *et al.*, 1999; Yamanaka *et al.*, 2001; Sangiovanni *et al.*, 2004; Ikeda *et al.*, 2005; Mahmood *et al.*, 2005).

### 2.1.2 Case–control studies

Many case–control studies have been published on the relationship between HCC and HBV infection since the previous *IARC Monograph*. The primary purpose of many of these studies was not to examine HBV infection, but to assess the effect of co-infection by HBV and HCV along with other potential risk factors for HCC. These studies are summarized in Table 2.2 (available at http://monographs.iarc.fr/ENG/Monographs/vol100B/100B-02-Table2.2.pdf).

In most studies, tests for HBV markers were performed once and "carriers" were defined as those positive for serum HBsAg at that time. Crude relative risks, as measured by odds ratio and 95% confidence intervals, were calculated by the Working Group when they were not provided by the authors, and wherever the data reported in the original papers allowed it. Studies of clinical series (typically, patients with liver disease) in which cases of HCC were a subgroup but in which there was no specifically defined control group were not included.

As with the cohort studies described above, most of the 31 case–control studies presented in Table 2.2 (on-line) were conducted in either Asia (n = 14) or Europe (n = 9), followed by seven in Africa, and one in the USA. The results from the case–control studies continue to demonstrate a significant association between HBV infection and the risk of HCC in humans. The adjusted odds ratios for HBsAg seropositivity ranged from 1.5–87.4. Eleven studies reported a more than 20-fold increased risk of HCC (Pyong et al., 1994; Park et al., 1995; Shin et al., 1996; Sun et al., 1996; Tsai et al., 1996a; Kew et al., 1997; Zhang et al., 1998; Chiesa et al., 2000; Kuper et al., 2000; Franceschi et al., 2006a; Kumar et al., 2007). The wide range in reported odds ratios from these studies is likely to be explained by the differences in the underlying prevalence of HBV in the communities studied, the numbers of cases and controls studied, the duration of infection, and the type of controls selected for a study.

Potential confounding by other risk factors for HCC, particularly infection with HCV, was addressed in many of these studies. HBV was found to be an independent risk factor for HCC in the presence of other known and potential risk factors such as HCV infection, alcohol drinking, cigarette smoking, and/or diabetes.

### (a) Occult hepatitis B infection

All of the epidemiological studies described above and in the previous *IARC Monograph* consider HBsAg seropositivity as a measure of persistent infection with HBV. However, the development of highly sensitive methods for the detection of HBV DNA has made it clear that there are individuals who are viraemic or who have integrated HBV DNA in hepatic tissue, and are negative for HBsAg (Bréchot et al., 2001). Several studies have now reported on the presence of occult HBV associated with HCC from Asia as well as regions with a low prevalence of typical chronic hepatitis B infection.

Yu et al. (1997c) presented a re-analysis of a case–control study included in the previous *IARC Monograph*. This was a study of 111 cases of histologically confirmed HCC and 128 controls, all non-Asian, living in Los Angeles County in the USA. They found a 4.7-fold (95%CI: 2.2–9.4) increased risk of HCC among individuals with evidence of a previous HBV infection but who were negative for HBsAg and HBV DNA. In a study of 19 HCC cases conducted at Johns Hopkins Hospital in the USA, it was found that three had HBV DNA present in the liver tissue despite being negative for HBsAg in serum (Kannangai et al., 2004). Squadrito et al. (2006) followed a cohort of 134 patients in Italy who had chronic hepatitis but were negative for HBsAg. The analysis of liver biopsy tissue established the presence of HBV DNA in 53 of these subjects. During a median 84-month follow-up, nine new HCC cases were observed, of which eight occurred in the group with occult HBV infection ($P = 0.002$).

### 2.1.3 Intervention studies

Vaccination to prevent hepatitis B infection and antiviral treatment of persistent HBV have both been evaluated in relation to their effect on HCC incidence. A decrease in the rate of HCC after vaccination against or treatment

for hepatitis B infection would provide further evidence that HBV is a cause of HCC.

A nationwide hepatitis B vaccination programme was introduced in Taiwan, China in July 1984. The subsequent age-specific incidence of HCC has been studied through the Taiwan (China) National Cancer Registry. In the initial report, the incidence of HCC in children aged 6–14 years declined from 0.70/100000 children during 1981–86 to 0.57 during 1986–90, and to 0.36 during 1990–94 (Chang et al., 1997). Subsequently, it was reported that the decline was primarily in boys born after 1984 whereas the decrease observed in girls was non-significant (Chang et al., 2000). The main problems preventing the eradication of HCC among children were vaccine failure, and a failure to receive hepatitis B immune globulin at birth (Chang et al., 2005). A randomized study of hepatitis B vaccination of children to prevent HCC has been in progress since the mid-80s in Qidong, China (Sun et al., 1991), and The Gambia (The Gambia Hepatitis Study Group, 1987; Viviani et al., 2008). The results are expected in 2015–20 for the Chinese study, and 2017 for the Gambian study.

The treatment of persistent HBV infection with antivirals has been shown to reduce viral load and disease progression. Liaw et al. (2004) conducted a randomized placebo-controlled trial of lamivudine alone for 30 months in Asian patients with chronic hepatitis B and advanced liver disease. They reported that HCC developed in 7.4% of 215 subjects in the placebo group, and 3.9% of 436 in the lamivudine group (hazard ratio, 0.49; 95%CI: 0.25–0.99).

### 2.1.4 HBV/HCV co-infection

No single study has sufficient numbers of co-infected individuals without clinically evident liver disease to provide a reliable estimate of the risk associated with dual infection with HBV and HCV. Two meta-analyses of studies have been carried out to address this difficulty. Donato et al. (1998) searched the literature published between 1993–97 for appropriate studies using healthy carriers from cohort studies or healthy controls without chronic liver disease in case–control studies. Studies were only included if they used HBsAg and anti-HCV or HCV RNA for serological markers for HBV and HCV infection, respectively. No cohort studies were suitable to be included in the meta-analysis. A total of 32 case–control studies were included providing 4560 cases and 6988 controls. The summary odds ratio for being HBsAg-positive but anti-HCV/HCV RNA-negative was 20.4 (95%CI: 18.0–23.2), and for HBsAg-positive and anti-HCV/HCV RNA-positive, 135 (95%CI: 79.7–242). The odds ratio for HBsAg-negative and anti-HCV/HCV RNA-positive was 23.6 (20.0–28.1). Significant heterogeneity was found between studies that could not be explained by the generation of the HCV test, geographic area, or type of controls used. However, the results remained consistent in showing that the risk of concurrent infection with HBV and HCV for HCC was more than a sum of the risk from each, but less than a multiplicative product of the two.

In the second meta-analysis, Shi et al. (2005) restricted studies to those conducted in China. They searched for all studies between 1979–2004 that used appropriate serological markers of chronic viral infections: HBsAg for HBV and anti-HCV or HCV RNA for HCV infection. They only included studies that compared HCC cases with a control group without chronic liver disease. A total of 32 case–control studies, including 3201 cases and 4005 controls, met the inclusion criteria. Again, there was marked heterogeneity between studies that could not be explained by geographic area or type of control. The summary odds ratio for those HBsAg-positive and anti-HCV/HCV RNA-negative was 15.6 (95%CI: 11.5–21.3), and for HBsAg-positive and anti-HCV/HCV RNA-positive, 35.7 (95%CI: 26.2–48.5). Because the odds ratio for HCV infection alone was 8.1 (95%CI: 5.0–13.0), the result again indicates that the combined effect of

HBV and HCV infections in causing HCC lies between additive and multiplicative.

### 2.1.5 Hepatitis B viral factors

Viral factors have been shown to influence the risk of HCC in several cohort studies. In particular, HBe antigenaemia (as a surrogate for high viral load) and a high level of HBV DNA markedly increase the subsequent risk of HCC (Yu *et al.*, 2005; Chen *et al.*, 2006a, b; Iloeje *et al.*, 2007; Chan *et al.*, 2008).

The viral genotype also appears to modify the risk of HCC. Some of this data is difficult to interpret because the subjects of the study had chronic liver disease at recruitment, and because of the global variation in viral genotypes. However, Kew *et al.* (2005), in a case–control study of liver cancer, found evidence for an association with genotype A among the Bantu-speaking people of South Africa. A total of 111 individuals with HCC were compared to an equal number of age- and sex-matched asymptomatic chronic carriers of HBV without HCC who were recruited after screening from factories in the Gauteng region of the country. Both cases and controls tested positive for the presence of HBsAg. Among cases, 96 (86.5%) were positive for genotype A compared to 76 (68.5%) of controls, resulting in a relative risk of 4.5 (95%CI: 1.9–10.9). The majority of other remaining subjects were infected with genotype D (8.1% of cases and 23.4% of controls). There was no genotype F detected in these populations.

Livingston *et al.* (2007), in a cohort study of Alaskan native people, examined the viral genotype in 47 patients with HCC and in 1129 subjects without HCC. Genotype F was found in 68% of cases and in 18% of non-HCC subjects. In addition, the median age at diagnosis of HCC was lower for patients with genotype F than patients with other genotypes (22.5 years versus 60 years). In the non-HCC population, 58% had genotype D, 13% genotype A, 7% genotype C, and 4% genotype B. This illustrates the marked differences in genotype prevalence between two countries.

Yang *et al.* (2008) studied the incidence of HCC by genotype in a community-based cohort in Taiwan, China, where the prevalent viral genotypes are B and C. In a multivariable analysis controlling for age, sex, smoking, alcohol and viral load, the relative risk of HCC for genotype C was 1.8 (95%CI: 1.2–2.6) compared to genotype B.

Several studies have also identified an increased risk of HCC associated with mutation in the core promoter sequence of the virus (e.g. Kao *et al.*, 2003; Chen *et al.*, 2007b, c; Chou *et al.*, 2008; Yang *et al.*, 2008).

### 2.1.6 Factors modifying the risk of HCC associated with hepatitis B

#### (a) Aflatoxin

Aflatoxin was last reviewed by IARC in Volume 82 (IARC, 2002). It was concluded that a role of aflatoxin in liver cancer etiology, especially among individuals who are carriers of HBsAg, is supported by the overall body of evidence. A key study that examined aflatoxin as a factor in modifying the risk of HCC associated with HBV was a nested case–control study conducted by Qian *et al.* (1994). The odds ratio associated with urinary aflatoxin biomarkers was 3.4 (95%CI: 1.1–10), and for HBsAg positivity alone 7.3 (95%CI: 2.2–24.4). However, when these two risk factors were positive, the odds ratio was 59 (95%CI: 17–212), suggesting multiplicative effect modification. Nonetheless, the previous Working Group commented that "the interpretation of studies was hampered by the difficulties in properly assessing an individual's lifetime exposure to aflatoxins and the difficulties in disentangling the effects of aflatoxins from those of hepatitis infections." Since then, a handful of studies have been published.

Wu *et al.* (2007, 2008) reported results from two different nested case–control studies based

on the same community-based Cancer Screen Program cohort in Taiwan, China. In one, they examined urinary 15-$F_{2t}$-isoprostane as an indicator of oxidative stress, and showed that it was correlated with urinary aflatoxin–albumin adduct levels. They found that higher levels of this marker increased the risk of HCC particularly in HBsAg-positive subjects. In comparison to those with low urinary 15-$F_{2t}$-isoprostane and without HBV infection, those with chronic HBV infection and 15-$F_{2t}$-isoprostane above mean level had an odds ratio of 19.0 (95%CI: 6.7–54.2). In the second study, the association between exposure to polycyclic aromatic hydrocarbons (PAHs) and the risk of HCC was examined. The levels of PAH–albumin adducts were associated with HCC, and appeared to modify the effect of aflatoxin and HBV infection.

Kirk et al. (2005a, b) has explored the effects of high dietary exposure to aflatoxins on the risk of HCC in a case–control study in The Gambia, where HBV infection is highly endemic. In the first study, mutations of the TP53 gene at codon 249 (a mutation associated with aflatoxin exposure) were measured in the plasma of HCC patients and of healthy subjects. The risk of HCC was found to be elevated in those HBsAg-positive (OR, 10.0; 95%CI: 5.2–19.6), in those 249(ser)-positive alone (OR, 13.2; 95%CI: 5.0–35.0), and when both markers were present (OR, 399; 95%CI: 48.6–3270). In the second study, human DNA was analysed for genetic polymorphisms in aflatoxin-metabolizing – and hence activating (GSTM1, GSTT1, HYL1*2) – and DNA-repair (XRCC1) enzymes. Statistically significant associations were found for the null GSTM1 genotype (OR, 2.45; 95%CI: 1.21–4.95), and also for the combined metabolizing enzyme genotypes. The HCC risk was most prominent among the individuals with the highest groundnut consumption (OR, 4.67; 95%CI: 1.45–15.1). These data suggest susceptibility to HCC can be altered by aflatoxin, but do not clearly demonstrate an interaction of aflatoxin with HBV in carcinogenesis.

## (b) Alcohol

The association between alcohol consumption and the risk of HCC has been reviewed recently by IARC in Volume 96 (IARC, 2010). The assessment was made difficult by the fact that signs and symptoms of cirrhosis often preceded the cancer, which may have led to a modification of alcohol intake. Thus, in general, any interaction between alcohol and HBV infection is best addressed in cohort studies.

Of the cohort studies reported in that volume, Chang et al. (1994) found no effect of alcohol consumption on risk of HCC; therefore it was dropped from the final multivariable model. In the cohort study of 11893 men, Yang et al. (2002) found that while alcohol consumption was associated with HCC (RR, 1.5; 95%CI: 1.0–2.3), when individuals who were positive for HBsAg were stratified according to alcohol use status, the relative risk for HCC was 11.4 (95%CI: 5.0–26.3) for men who drank alcohol, and 9.7 (95%CI: 5.6–16.9) for men who did not drink alcohol.

In Evans et al. (2002), a relative risk of 0.9 (95%CI: 0.8–1.0) was found for alcohol consumption of more than three drinks per week in men in a multivariable model with no interaction with HBsAg-positivity. In women, alcohol consumption had a relative risk of 0.6 (95%CI: 0.3–1.2) in the multivariable model, and again, no interaction with HBsAg positivity was shown. The studies of blood donors by Crook et al. (2003) and Tanaka et al. (2004) did not have information on alcohol consumption. A recent cohort study in the Republic of Korea specifically assessed the independent effect and an interaction of alcohol intake and HBV infection on the risk of mortality from HCC (Jee et al., 2004). A total of 1283112 men and women free of cancer at baseline were assessed and followed up from 1993–2002. During this time, 3807 deaths from HCC were observed. Heavy alcohol consumption in men was associated with a relative risk for HCC of 1.5 (95%CI: 1.2–2.0), but there was

no interaction between alcohol drinking and HBsAg positivity.

It is worth noting that these cohort findings of no interaction from Asia are contrary to the findings of many case–control studies. For example, Donato et al. (1997) found a positive interaction between self-reported history of heavy alcohol consumption and HBV infection. The relative risk for joint exposures (RR, 64.7; 95%CI: 20–210) was greater than the sum of the relative risks for HBsAg-positivity (RR, 9.1; 95%CI: 3.7–22.5), and for alcohol intake alone (RR, 4.2; 95%CI: 2.4–7.4).

### (c) Smoking

The cohort studies that examined smoking as a cofactor found modest elevations of the relative risk for HCC, with no evidence of interaction with HBsAg-positivity. Chang et al. (1994) found a small but statistically not significant increased risk of development of HCC associated with cigarette smoking (RR, 1.22; 95%CI: 0.55–2.71). The cohort study of Yang et al. (2002) found that when HBV-infected men (HBsAg-positive and HBeAg-positive) were stratified by their smoking status, the relative risk for HCC was higher among smokers (RR, 76.9; 95%CI: 39.4–150.3) than non-smokers (RR, 67.0; 95%CI: 26.1–171.7). Although cigarette smoking was associated with an increased risk of HCC (RR, 1.5; 95%CI: 1.0–2.2), no interaction with HBV infection was apparent. Evans et al. (2002) found that smoking in men was not associated with an increased risk of HCC, whereas in women, smoking showed a dose–response trend with increasing cigarette consumption: 1–5 cigarettes/day, relative risk 1.5 (95%CI: 0.4–6.3); 6–10/day, 2.0 (95%CI: 0.6–6.5); > 10/day, 4.2 (95%CI: 1.3–13.8). Jee et al. (2004) also found that cigarette smoking was associated with an increased relative risk for HCC mortality. However the increase was in male smokers (RR, 1.4; 95%CI: 1.3–1.6), but not in women (RR, 1.1; 95%CI: 0.8–1.7). No interaction was found in either sex with HBsAg positivity.

### (d) Metabolic factors

Two of the cohort studies have reported on the effects of obesity (body mass index [BMI] ≥ 30 kg/m$^2$) and diabetes on the risk of HCC. Chen et al. (2008) found that obesity was associated with a 4-fold risk of HCC (RR, 4.13; 95%CI: 1.38–12.4) in those who were anti-HCV-positive but the association was not significant in HBsAg-positive subjects (RR, 1.36; 95%CI: 0.64–2.89).

Diabetes was associated with an increased risk in those positive for HBsAg (RR, 2.27; 95%CI: 1.1–4.7) as well as those positive for anti-HCV (RR, 3.25; 95%CI: 1.20–8.85). In comparison to the referent group of individuals with no chronic HBV and HCV infections, no diabetes, and low BMI (< 30 kg/m$^2$), for individuals with chronic HBV and HCV infections, diabetes, and obesity (BMI ≥ 30 kg/m$^2$), the relative risk was as high as 264.7 (95%CI: 35.2–1993). Yu et al. (2008) reported that excess weight increased the risk for HCC among HBsAg-positive men in Taiwan, China. In comparison to men with a normal weight, overweight men (BMI, 25–< 30 kg/m$^2$) had a relative risk for HCC of 1.48 (95%CI: 1.04–2.12), and obese men (BMI ≥ 30 kg/m$^2$), 1.96 (95%CI: 0.7–5.4).

### (e) Human genetics

There have been several studies of human genetic polymorphisms and their effect on the risk of HCC among HBV carriers, e.g. Yu et al. (2003). However, there are, as yet, no consistent findings.

## 2.2 Cancers other than HCC

### 2.2.1 Cholangiocarcinoma

In the previous *IARC Monograph* (IARC, 1994), two case–control studies were reported showing no association between HBV and cholangiocarcinoma. Since then, many studies have examined this issue further, and these are summarized in Table 2.3 (available at

http://monographs.iarc.fr/ENG/Monographs/vol100B/100B-02-Table2.3.pdf).

In all case–control studies, the carrier status for HBV was determined by the presence of HBsAg in serum. The risk for cholangiocarcinoma was increased in association with HBsAg seropositivity, with estimates of odds ratios ranging from 1.3–8.9. Potential confounding by HCV, liver fluke infection, gallstones, alcohol consumption and cirrhosis appear to have been excluded in studies in which those factors were evaluated. The odds ratios for three studies were statistically significant, whereas odds ratios for four studies were not.

### 2.2.2 Non-Hodgkin lymphoma

#### (a) Cohort studies

Five cohort studies were carried out in countries where the prevalence of HBV carrier status is low, and the transmission patterns differ from that of Asia and Africa. Three were conducted in Europe (Crook et al., 2003; Franceschi et al., 2006b; Ribes et al., 2006), and one study each from the USA (Ulcickas Yood et al., 2007), and Australia (Amin et al., 2006). In all five cohorts, the HBV carrier status of individuals was determined by the presence of HBsAg in serum. In recognition of the possibility of confounding by HIV infection, three of five studies addressed the potential effect of co-infection by multivariate analysis or by excluding HIV-infected individuals from the study (Amin et al., 2006; Franceschi et al., 2006b; Ulcickas Yood et al., 2007). The remaining two studies (Crook et al., 2003; Ribes et al., 2006) could not evaluate the potential confounding effect of HIV infection because no HIV-infected individuals were found in the HBsAg-negative group, or this information was not collected. These two studies of blood donors present higher standardized mortality ratios (SMRs) among HBsAg-seropositive individuals: 3.2 (95%CI: 1.2–6.9), and 3.5 (95%CI: 1.7–6.2). The estimates of relative risks among

the three studies that controlled for HIV infection was lower than the above two studies, and ranged from 0.62 (95%CI: 0.32–1.20) to 2.8 (95%CI: 1.2–6.8).

See Table 2.4 available at http://monographs.iarc.fr/ENG/Monographs/vol100B/100B-02-Table2.4.pdf.

#### (b) Case–control studies

Of the nine case–control studies, of variable quality, that reported on the relationship between HBV infection and risk of non-Hodgkin lymphoma, seven studies found a positive association with the odds ratios for HBsAg-seropositivity among non-Hodgkin lymphoma cases varying from 1.8 (95%CI: 1.1–3.1) to 4.1 (95%CI: 1.2–14.4). Potential confounding by HCV and HIV was addressed by exclusion or adjustment during the analysis in those studies that evaluated these factors. A concern was raised that because HBV infection can be reactivated in 14–50% of patients undergoing chemotherapy for non-Hodgkin lymphoma (Coiffier, 2006), some of the positive association observed in case–control studies may be artefactual (Anderson et al., 2008). Only one study provided information sufficient to discern when the viral marker screening was performed (Kim et al., 2002). In this study, laboratory tests for HBsAg, anti-HCV, and anti-HIV were performed on admission or during the first visit to the outpatient clinic, before any treatment including cancer chemotheraphy was administered. The HBsAg carrier status was specifically associated with B-cell non-Hodgkin lymphoma (OR, 4.6; 95%CI: 2.0–10.3), but not with T-cell non-Hodgkin lymphoma (OR, 1.0; 95%CI: 0.2–4.5). The odds ratio was larger against non-cancer controls than other cancer controls (4.6 versus 2.4).

#### (c) Other

There is very limited information available to evaluate the relationship between HBV infection and the risk of extra-hepatic cancer other than

non-Hodgkin lymphoma. A few studies were specifically conducted for this purpose.

### (i)   Cancer of the pancreas

Hassan et al. (2008) hypothesized that due to the anatomical proximity of the liver to the pancreas, and because the two organs share common blood vessels and ducts, the pancreas may be another potential target organ for hepatitis viruses. The fact that HBsAg was detected in pure pancreatic juice and bile supports the hypothesis. They compared 476 histologically confirmed cases of pancreatic cancer to 879 age-, sex-, and race-matched healthy controls who were genetically unrelated companions of patients at the same cancer centre in Texas, USA. Serum samples were tested for HBsAg, anti-HBc, and anti-HBs. No cases and only one control were positive for HBsAg. However, past exposure to HBV (anti-HBc-positive) with evidence for HBV recovery or immunity (anti-HBs-positive) was significantly associated with an increased risk of pancreatic cancer (OR, 2.3; 95%CI: 1.2–4.3). Past exposure to HBV without evidence of recovery (anti-HBc-positive/anti-HBs-negative) was associated with a greater risk (OR, 4.0; 95%CI: 1.4–11.1). These odds ratios were adjusted for age, sex, race, state of residency, educational level, smoking, diabetes, alcohol, and family history of cancer.

Berrington de Gonzalez et al. (2008) reported on pancreatic cancer and the HBsAg status of 631172 men and women who participated in the Korean Cancer Prevention Study (Jee et al., 2004). HBsAg status was not associated with pancreatic cancer risk (RR, 1.13; 95%CI: 0.84–1.52). The interpretation of the result was somewhat limited because the information on HBsAg was only available for 32% of the cohort.

### (ii)   Hodgkin disease

One case–control study of Hodgkin disease was available for evaluation. Dal Maso et al. (2004) studied 62 histologically confirmed incident Hodgkin disease cases, and 504 control patients. The prevalence of HBsAg in the cases was 1.9% (one HBsAg-positive), and 0.9% in controls (four HBsAg-positive), resulting in an adjusted odds ratio of 1.8 (95%CI: 0.1–21.5).

One cohort study of HBV infected individuals listed Hodgkin disease as one of the outcomes, with a standardized incidence ratio (SIR) of 0.8 (95%CI: 0.3–2.1) (Amin et al., 2006).

## 3.   Cancer in Experimental Animals

In this volume, the Working Group decided not to include a separate section on "Cancer in Experimental Animals" in the *Monographs* on viruses but rather to include description of such studies under Section 4 (below). The reasoning for this decision is explained in the General Remarks.

## 4.   Other Relevant Data

### 4.1   Introduction

At a molecular level, the genesis of HBV-induced HCC is a complex, multifaceted, and multistep process with the essential components being a series of genetic or epigenetic changes in the genes that govern cell proliferation and cell death. The precise roles of the virus and the molecular mechanisms involved in hepatocarcinogenesis, how they interact, and the sequence in which they occur in the pathogenesis of HCC remain elusive. However, the available evidence supports the notion that the development of the tumour is the result of a combination of host responses to the presence of the virus and molecular mechanisms that are directly or indirectly induced by the virus.

HBV is a non-cytopathic virus and the hepatic inflammation and injury that occur in acute and chronic hepatitis and cirrhosis are attributed to the immune responses of the host to the presence

of the virus, especially those of class-1-restricted cytotoxic T lymphocytes. A large proportion of HBV-induced HCCs occurs in association with cirrhosis or, less often, chronic hepatitis, suggesting that the underlying chronic necro-inflammatory hepatic disease frequently provides a mitogenic and possibly also a mutagenic environment in which virus-induced genetic changes can lead to hepatocarcinogenesis (Chisari, 2000; Arbuthnot & Kew, 2001). However, the proportion of patients developing HCC following pre-existing cirrhosis seems to vary in different parts of the world. In particular, in regions of high exposure to aflatoxin, the proportion of patients with pre-existing cirrhosis may be significantly lower than in regions in which aflatoxin is not a risk factor (Brechot et al., 2010).

A recent study compared the transcriptome-genotype-phenotype of more than 50 HCCs, and could identify specific patterns for HBV-associated HCCs (Boyault et al., 2007).

## 4.2 Chronic necro-inflammatory hepatic disease in hepatocarcinogenesis

HBV-induced chronic necro-inflammatory hepatic disease (cirrhosis and chronic hepatitis) is characterized by continuous or intermittent necrosis of hepatocytes, followed by regenerative proliferation. Its central role in hepatocarcinogenesis is supported by the observation that the lifetime risk for developing HCC in chronic HBV carriers with cirrhosis is higher than that in carriers without cirrhosis (Arbuthnot & Kew, 2001).

Hepatocytes are normally in a quiescent state with an extremely low turnover rate, but they react to the loss of liver cells with an extraordinarily vigorous proliferative response. This response is tightly controlled and lasts only until the initial number of hepatocytes is restored; it does not normally lead to cancer (Fausto, 1997, 1999; Overturf et al., 1997). Existing quiescent hepatocytes are responsible for this regenerative cell proliferation, and only uncommonly do hepatic progenitor (oval) cells directly give rise to tumour cells, although it is possible that hepatocytes originating from these cells are at higher risk for oncogenesis than other hepatocytes (Fausto, 1997, 1999).

The proliferation of hepatocytes is regulated by several factors, including nuclear factor-κ-B (NF-κB), transforming growth factor-α (TGF-α), insulin-like growth factor-2 (IGF-2), and hepatocyte growth factor (HGF) (Grisham, 2001). Transcriptional activation of these factors by mediators, such as tumour necrosis factor-α (TNF-α), chemokines, and interleukins released during the inflammatory process regulates proliferation, and has an anti-apoptotic effect through the upregulation of the anti-apoptotic target gene BCL2 (Grisham, 2001).

With sustained proliferation, at some point and for reasons as yet poorly understood, the regulation of proliferation may become unrestrained, which is an essential step in hepatocarcinogenesis, complicating chronic necro-inflammatory hepatic disease. Unrestrained hepatocyte proliferation, in association with the accumulation over time of several genetic and epigenetic changes, results in the formation of hyperplastic nodules that may progress to dysplastic nodules, and finally to HCC (Fausto, 1999).

By increasing the hepatocyte turnover rate, chronic necro-inflammatory hepatic disease:

- enhances the risk of a cell acquiring critical mutations,
- leads to reactivation of telomerase, and
- may also provides an opportunity for other selective growth advantage of cells to become manifest.

Concurrently with these oncogenic mechanisms, distortion of the lobular architecture of the liver by fibrosis, and nodular regeneration of hepatocytes in cirrhosis modify normal cell-to-cell and cell-to-extracellular matrix interactions,

which may contribute to the loss of cell-growth control, senescence, and apoptosis (Davis & Kresina, 1996).

### 4.2.1 Virus-induced chronic necro-inflammatory hepatic disease

One way in which mutations can arise is by the generation of reactive oxygen species and/or reactive nitrogen species that induce oxidative/nitrosative stress and DNA damage (Trush & Kensler, 1991; Bartsch & Nair, 2006). Putative mechanisms of free-radical-induced hepatocyte damage and malignant transformation are the mutagenic properties of the free radicals and their effect on lipid peroxidation (Cheeseman, 1993; Bartsch & Nair, 2006). In addition to DNA modifications caused directly by reactive oxygen species and reactive nitrogen species, DNA bases can be modified by lipid peroxidation products such as trans-4-hydroxy-2-nonenal (HNE), 4-hydroperoxy-2-nonenal (HPNE), and malondialdehyde (MDA) to form various exocyclic adducts, including malondialdehyde-deoxyguanine ($M_1dG$), and etheno- and propano-DNA adducts (Bartsch & Nair, 2006).

Oxidative stress and upregulation of inducible nitric oxide synthase (iNOS) has been demonstrated in chronic viral hepatitis (Loguercio & Federico, 2003). A massive increase (up to 90-fold) in the $1,N^6$-ethenodeoxyadenosine (edA) concentration in urine was detected in HBV-infected patients with chronic hepatitis and liver cirrhosis (Bartsch & Nair, 2006). edA could arise from HBV-induced chronic inflammation, overproducing reactive oxygen species, reactive nitrogen species, and DNA-reactive lipid-peroxidation-derived aldehydes such as HNE (see Fig. 4.1).

### 4.2.2 Reactivation of telomerase

During the progression of chronic hepatitis to cirrhosis, progressive shortening of telomeres occurs as a consequence of multiple cycles of cell injury, death, and regeneration, and results in the premature senescence of hepatocytes. Telomere-shortening beyond a critical length causes a proliferative block, which becomes manifest as chromosomal instability, end-to-end fusion, and cell death. Hepatocarcinogenesis is characterized by the evolution of clones of hepatocytes with increased telomerase expression and an immortalized phenotype (Farazi et al., 2003).

## 4.3 Direct mechanisms of hepatocarcinogenesis

HBV may also play a direct role in HCC via two major mechanisms. The first mechanism is the integration and mutation of the viral genome into the host cellular DNA, which may result in the altered expression of important cellular genes. The second one is the expression of HBV proteins, which may have a direct effect on cellular functions and in the promotion of malignant transformation (Brechot et al., 2010).

### 4.3.1 Role of the integration of HBV DNA into the host genome

Although insertion of hepadnaviral DNA into host DNA is not a requirement for viral replication, HBV genome integrations have been reported in over 85–90% of HBV-related HCCs (Bonilla Guerrero & Roberts, 2005). Integration occurs as a result of a recombination event and takes place at one or, far more often, multiple sites (Matsubara & Tokino, 1990; Rogler & Chisari, 1992; Robinson, 1994). Integration is an early event and selective clonal amplification of hepatocytes with unique integration patterns is thought to occur during progression to malignancy (Minami et al., 2005). The integrant may be a single linear sequence of the viral genome

**Fig. 4.1 Illustration explaining how chronic infection and inflammatory processes can lead to deregulation of cellular homeostasis and carcinogenesis**



ROS, reactive oxygen species; RNS, reactive nitrogen species; iNOS, inducible nitric oxide synthase; COX-2, cyclooxygenase-2; NADPH-Ox, NADPH oxidase; MPO, myeloperoxidase; LOX, lipoxygenase; HNE, trans-4-hydroxy-2-nonenal; HPNE, 4-hydroperoxy-2-nonenal; MDA, malondialhedyde; $M_1dG$, malondialdehyde-deoxyguanine; 8-oxo-dG, 8-oxo-7,8-dihydro-2'-deoxyguanosine; 8-$NO_2$-dG, 8-nitroguanine
With kind permission from Springer Science+Business Media: Langenbecks Arch Surg, Chronic inflammation and oxidative stress in the genesis and perpetuation of cancer: role of lipid peroxidation, DNA damage, and repair, 391, 2006, 499–510, Bartsch H, Nair J, Fig. 1.

(almost always with nucleotides missing from one or both ends), but more often comprises rearranged fragments of viral DNA. Complete and intact viral genomic DNA has been found only rarely in integrants. No two insertions are alike. Linear viral DNA is the preferential form used as an integration substrate (Yang & Summers, 1999).

The exact mechanisms of hepadnaviral DNA integration into cellular DNA are not known, but the evidence available suggests that integration preferentially occurs at sites of double-strand DNA breaks in the cellular DNA (Bill & Summers, 2004). The frequent cell divisions and DNA strand breaks that occur in chronic hepatitis and cirrhosis create opportunities for HBV DNA to be integrated into chromosomal DNA (Dandri et al., 2002). In addition, the existence of preferred topoisomerase-1 cleavage motifs in the vicinity of the DR1 and DR2 sites, may predispose the insertion of HBV DNA into cellular DNA (Wang & Rogler, 1991).

There are several ways in which integrated hepadnaviral DNA may contribute to hepatocarcinogenesis. The insertion of HBV DNA into cellular DNA in human HCC does not occur at specific sites; however, several reports have found integration events near cellular oncogenes or other genes involved in cellular growth (Paterlini-Bréchot et al., 2003; Bonilla Guerrero & Roberts, 2005; Minami et al., 2005). Among the cellular genes with HBV integration events are retinoic acid receptor β, cyclin A2, mevalonate kinase, mcm8, neurotropic tyrosin receptor kinase 2 (NTRK2), IL1R-associated kinase 2 (IRAK2), p42 mitogen-activated protein kinase 1 (p42 MAPK1), telomerase, and others (Dejean et al., 1986; Wang et al., 1990; Paterlini-Bréchot et al., 2003; Bonilla Guerrero & Roberts, 2005; Minami et al., 2005). These studies suggest that the presence of an integrated HBV genome could lead to the inappropriate activation of targeted cellular genes, and in these cases, provide a mechanism for HBV-mediated carcinogenesis.

In the case of woodchuck hepatitis virus (WHV), the integration of the viral genome in or near c-MYC or N-MYC proto-oncogenes in 50% of infected animals considerably enhances the transcriptional activity of the corresponding cellular promoters (Fourel et al., 1990; Tennant et al., 2004). This observation provides strong evidence for a direct role of WHV in hepatocarcinogenesis. However, given that no human cellular gene appears to be targeted with a similar frequency by HBV, it is currently unclear to what extent this mechanism applies to human liver cancer.

Integration of HBV DNA into cellular DNA may also induce structural changes in the flanking DNA sequences. These are highly varied, include small and large deletions, translocations, duplications, or amplification of chromosomal sequences (Matsubara & Tokino, 1990; Takada et al., 1990; Buendia, 2000; Laurent-Puig et al., 2001). Such changes occur more frequently in HBV-related HCC than in HCC attributable to other causes (Laurent-Puig et al., 2001).

### 4.3.2 Role of HBV proteins

Transcriptional activation by HBV proteins of cellular genes distant from the site of integration (transactivation) that influence cellular proliferation and differentiation or apoptosis is a more frequent, and probably more important, mechanism of inherent hepatocarcinogenesis (Buendia, 2000). This effect is mediated through signal transduction pathways. Two HBV proteins, HBx and PreS/S (when 3′ truncated during or after integration), have been shown to have indirect transactivating capability, and have been implicated in the development of HCC by this means (Murakami, 1999; Feitelson, 2006).

### (a) Hepatitis B virus x protein (HBx)

The smallest HBV protein (16.5 kDa), HBx, expressed both in the cytoplasm and the nucleus, is essential for viral replication (Murakami, 1999; Feitelson, 2006).

Because the gene is close to the preferred integration sites of HBV, it is the region of the genome most often included in integrants (Paterlini et al., 1995), and a selective accumulation of HBx gene transcripts has been reported in HBV-related HCC. Antibodies against HBx have been demonstrated in the sera of chronic carriers, which confirms the expression of the viral protein (Pál et al., 2006).

Integrated HBx, even when truncated and mutated, may still retain some of its functions. Alternatively, mutation and/or truncation may activate specific functions of HBx (Schlüter et al., 1994). Evidence that HBx is contributing to HCC comes in part from knockdown experiments in which reduction in the levels of HBx leads to growth suppression (Chan & Ng, 2006; Cheng et al., 2007). In addition, no HCC related to avian hepadnaviruses, which are devoid of the X ORF, have been reported (Murakami, 1999).

HBx does not contain any structural motifs that indicate a capacity to bind DNA directly, and functions through protein-to-protein interaction. HBx activates transcription from various HBV promoters, other viral promoters, and from the promoters of a large number of cellular genes including oncogenes, cytokines, growth factors, and several genes involved in cell-cycle control and progression, DNA repair, apoptotic cell death, cellular adhesion, and angiogenesis (Murakami, 1999; Feitelson, 2006; Table 4.1).

A wide variety of cis-elements have been shown to be responsive to HBx which includes binding sites for AP-1, AP-2, NF-κB, SRF, c/EBP, Ets, ATF1, and CREB (Table 4.1).

Transcriptional regulation by HBx may occur through direct interaction with transcription factors in the nucleus, like shown for ATF-2, CREB, Oct-1, p53, bZIP, and other components of the basal transcription machinery (Table 4.2).

HBx transactivation may also occur by modulating cell-signalling pathways within the cytoplasm (Table 4.3). NF-κB-signalling that mediates cellular stress responses that control the expression of several acute-phase response proteins, cytokines, and adhesion molecules is among the pathways modulated by HBx though the activation of "Mitogen Activated Protein Kinase" (MAPK) pathways (Benhenda et al., 2009).

HBx has also been shown to inhibit the activity of some serine protease inhibitors and components of the proteasome complex, specifically PSMA7 (Zhang et al., 2000), and might thus modulate the turnover of certain cellular proteins involved in transcription or regulation of cell-cycle progression, or both.

Among the cellular proteins whose functions are known to be perturbed by HBx protein is the tumour-suppressor p53. The p53 protein maintains chromosomal integrity by arresting the cell cycle in $G_1$, regulating the DNA damage control responses, and regulating the induction of apoptosis and/or senescence (Shimamura & Fisher, 1996). In vitro HBx expression studies have shown that HBx protein binds to specific sequences in the C-terminal end of p53, preventing its entry into the nucleus, and abrogating its sequence-specific DNA-binding and transcriptional activity (Elmore et al., 1997; Takada et al., 1997).

"Phosphatase and Tensin homology deleted on chromosome 10" (PTEN) is another important tumour-suppressor which has been shown to be a transcriptional target of p53 (Stambolic et al., 2001). Inactivation of both p53 and PTEN proteins by HBx protein results in increased levels of hypoxia-induced factor-1α (HF1-α) and vascular endothelial growth factor (VEGF), both of which are important for the survival and neovascularization of early-stage tumours (Huang & Kontos, 2002).

**Table 4.1 Some targets of transactivation by HBx**

| Gene product | Binding factor involved |
|---|---|
| Interleukin-8 | NF-IL6 and NF-κB-like |
| HLA-DR | nd |
| ICAM-1 | nd |
| EGF receptor | |
| Alpha-fetoprotein | c/EBP site |
| MDR | |
| TGFα | [a]AP-2 |
| TGFβ | Egr1 (Ets family) |
| | HBx interaction with Egr1 |
| Interleukin-6 | NF-κB |
| TNFα | Proximal promoter |
| C-FOS | nd |
| C-JUN | AP-1 |
| C-MYC | nd |
| TBP | nd |

[a] reference Kim & Rho (2002)
nd, not determined
Adapted from Murakami (1999)

HBx protein may impair DNA-repair mechanisms by several means. Besides its potential inhibition of p53-dependent DNA repair, HBx can repress the transcription of two components of the repair factor TFIIH – XPB and XPD (Jaitovich-Groisman *et al.*, 2001). The protein also directly interferes with DNA repair by forming a complex with the DNA-repair protein, HBx-associated protein (XAP-1), which normally binds to damaged DNA in the first step of nucleotide excision repair (Becker *et al.*, 1998). Recent evidence shows that HBx binds the UV-damaged DNA binding protein 1 (DDB1), a protein involved in DNA repair and cell-cycle regulation. This interaction leads to interference with *S*-phase progression and induces lagging chromosomes during mitosis. Consequently, HBx may exert deleterious activities in dividing, but not quiescent, hepatoma cells (Martin-Lluesma *et al.*, 2008).

In addition to its inhibitory effects on p53-induced apoptosis, HBx protein inhibits caspase-3-dependent apoptosis (Gottlob *et al.*, 1998). Conversely, HBx may also sensitize cells to programmed cell death induced by TNF-α, an effect mediated by prolonged stimulation by N-*MYC* transcription and the stress-mediated MAPK pathway (Su & Schneider, 1997).

### (b) Hepatitis B virus 3′ truncated PreS/S proteins

Like the *HBx* gene, the *PreS/S* gene is frequently included in HBV DNA integrants in patients with HCC. When 3′ truncated during or after integration, the gene has transactivating properties and might contribute to oncogenesis (Schlüter *et al.*, 1994). The truncated medium surface protein is exclusively cytoplasmic in location and has pleotropic effects on gene transcription. Its transactivating effects are mediated by modulating protein kinase C (PKC) signal transduction and interaction with several transcription factors such as NF-κB and AP-1 (Lauer *et al.*, 1994; Hildt *et al.*, 1996). Potentially oncogenic transcriptional effects include the stimulation of promoter sequences of c-*MYC*, c-*FOS*, and c-HA-*RAS* oncogenes, and the inflammation-associated cytokine, IL-6 (Kekulé *et al.*, 1990; Meyer *et al.*, 1992; Lauer *et al.*, 1994). Mutated

**Table 4.2 Some HBx-interacting cellular proteins**

| Protein | Function |
|---|---|
| *Transcription factors* | |
| bZip family | |
|     ATF, CREB/ATF-2 | |
|     ATF3, NF-IL6 | |
|     Chop10, ICER IIγ | |
|     Oct1 | |
| Egr1 | |
| P53 | Tumour suppressor |
| | Transcription factor |
| *General transcription factors* | |
| TBP | TATA binding |
| RPB5 | A common subunit of pol I, II & III |
| TFIIB | Initiation factor |
| *DNA repair* | |
| TFIIH | Complex necessary for initiation and elongation |
|     ERCC2 | |
|     ERCC3 | |
| UVDDB1 (XAP1) | DNA repair |
| *Protease subunit* | |
| XAPC7 | Proteasome α-subunit |
| *Other pX-binding proteins* | |
| XAP2 | AhR ligand-binding subunit |
| | ARA9 family of BREF-2 |
| XAP3 | PKC |
| | Binding protein |
| XIP | Novel, ubiquitous |
| P55sen | In family of EGF-like proteins |

Adapted from Murakami (1999)

PreS protein may induce endoplasmic reticulum stress (Wang *et al.*, 2003b), which in turn stimulates the expression of cyclooxygenase-2 through activation of NF-κB and P38-MAPK (Hung *et al.*, 2004). In transgenic mice that overproduce in hepatocytes the large envelope protein of HBV, this protein accumulated in the endoplasmic reticulum. This led to cytopathic effects that contributed to a progressive disease culminating in liver cancer (Chisari *et al.*, 1989). The relevance of this animal model to HBV-associated HCC in human remains unclear.

## 4.4 Epigenetic mechanisms

Methylation of CpG islands of tumour-related genes is an early and frequent event in the multistep process of hepatocarcinogenesis, with an increasing number of tumour-suppressor genes being affected by epigenetic silencing (Lee *et al.*, 2003b; Oh *et al.*, 2007). There is evidence that genome-wide methylation patterns may vary according to HCC etiology (Hernandez-Vargas *et al.*, 2010). Deregulated expression of DNA methyltranferases by HBx may contribute to the epigenetic modulation of cellular genes involved in cell cycle (Kanai *et al.*, 1997; Lee *et al.*, 2003b; Oh *et al.*, 2007; Park *et al.*, 2007; Su *et al.*, 2007a).

**Table 4.3 Some reported interactions of the HBx viral protein with major cellular signal-transduction pathways**

| Signalling pathways | Reported HBx interactions |
|---|---|
| p53/PTEN | - binds to and inactivates p53<br>- blocks PTEN expression via binding p53 |
| pRB | - promotes hyperphosphorylation (inactivation) of pRB<br>- promotes pRB expression |
| p21$^{WAF1/CIP1}$ | - suppresses *p21* promoter via binding to wild type p53 or p55$^{sen}$ |
| MYC | - stimulates the *c-MYC* promoter |
| RAS/RAF/MAPK | - stimulates RAS/RAF/MAPK signalling |
| E-Cadherin | - stimulates methylation of the *E-cadherin* promoter |
| IGFR1 | - upregulates IGFR1<br>- inactivates p53 |
| TGFβ1 | - upregulates TGFβ1 and TGFβ1 signalling resulting in loss of sensitivity of cells to TGFβ1. |
| JAK/STAT | - activates JAK |

Adapted from Feitelson (2006)

## 4.5 Other major risk factors in hepatocarcinogenesis

### 4.5.1 HCV infection

Dual infection with HBV and HCV is common, and is associated with more severe chronic hepatic parenchymal disease and an increased frequency and a younger age of development of HCC than occurs with either virus alone (Kaklamani *et al.*, 1991; Kew, 2006). Understanding the nature of the synergistic interaction between the two viruses in hepatocarcinogenesis will have to wait until a clearer understanding of the mechanisms involved in HCC induced by either virus alone is attained. Moreover, the replicative dominance of one virus over the other and the effect that this may have on the progression of liver disease and the development of HCC remains a matter of debate (Zarski *et al.*, 1998; Kew, 2006). Nevertheless, several possible mechanisms for the synergistic hepatocarcinogenic interaction between the two viruses are suggested by currently available information, and the major players appear to be HBx protein, HCV core, and NS5a proteins.

In Africa and Asia, chronic infection with HBV that gives rise to HCC is predominantly acquired very early in life, whereas chronic HCV infection in industrialized countries is largely acquired much later in life. It is likely that HCV infection is superimposed on a long-standing HBV infection in the great majority of patients with dual infection in Asia and Africa; whereas in developed countries, it is probable that the two infections are obtained either at the same time or within a relatively short interval. These differences may influence the mechanisms involved in hepatocarcinogenesis in patients co-infected with HBV and HCV (Kew, 2006).

Dual infection with HBV and HCV results in a higher incidence of cirrhosis than with either virus alone (Tsai *et al.*, 1996b), so the possible mechanisms implicated in malignant transformations complicating chronic necro-inflammatory hepatic disease are even more likely to be applicable with co-infection. Apart from the importance of hepatocyte necrosis and regeneration in generating oxidative damage, the HCV core and NS5a proteins have been reported to directly generate reactive oxygen species (Gong *et al.*, 2001; Okuda *et al.*, 2002).

HBx and HCV core proteins can additively repress transcription of the *p21* gene (Han et al., 2002). Because the tumour-suppressor protein p21 is a universal inhibitor of cyclin-CDK complexes and proliferating cell nuclear antigen (PCNA) and hence DNA replication by inducing cell-cycle arrest at the G1-S checkpoint, the combined repression of *p21* by HBx and HCV core proteins may result in an additive growth stimulation of hepatocytes (Han et al., 2002).

A specific mutation, T1936C, has been reported in the proximal core region of HBV that may be involved in the accelerated progression to HCC in co-infected patients (De Mitri et al., 2006).

The relevance of potential interactions between the two viruses in human HCC is supported by the recent report by Rodríguez-Iñigo et al. (2005), who demonstrated by in-situ hybridization that HCV and HBV can coexist in the same hepatocyte in liver biopsy samples from patients with chronic HCV infection with occult HBV infection.

### 4.5.2 Aflatoxin B$_1$

Early evidence of hepatocarcinogenic synergism between hepadnavirus infection and dietary exposure to the fungal toxin, aflatoxin B$_1$ (AFB$_1$) was provided by experiments in transgenic HBV-mice and in woodchucks infected with WHV. This evidence was confirmed in ecological studies wherein the majority of which, the increased risk was multiplicative (reviewed in Kew, 2003; Gouas et al., 2009; Wild & Montesano, 2009).

Several mechanisms have been suggested to explain the synergism. The first is that the cytochrome P450s that convert the AFB$_1$ parent molecule to the highly reactive AFB$_1$-8,9-*exo*-epoxide may be induced by either chronic hepatitis caused by HBV infection or the presence of the virus itself (Kirby et al., 1994). A recent study shows that this epoxide forms preferential adducts in DNA at G bases located in sequence in a similar context to the one of codon 249 in TP53 (Besaratinia et al., 2009).

Another way in which hepatocytes may be sensitized to the carcinogenic effects of AFB$_1$ is by the decreased activity of the phase II detoxification enzymes, glutathione-*S*-transferase (GST) and EPHX (McGlynn et al., 1995). In human liver, GST activity is lower in the presence of HBV DNA (Zhou et al., 1997). This suggests that the ability of hepatocytes to detoxify chemical carcinogens may be compromised in HBV-infected individuals.

The accelerated hepatocyte proliferation caused by HBV-induced chronic necro-inflammatory hepatic disease increases the likelihood of AFB$_1$-induced mutations (including 249$^{ser}$ TP53 mutation) being formed, and the subsequent clonal expansion of hepatocytes containing these mutations (Kew, 2003). It also results in the generation of reactive oxygen and nitrogen intermediates, which also induce these mutations (Kew, 2003). AFB$_1$–DNA adducts, which are normally repaired by the nucleotide excision repair pathway, may persist because of the interference of HBx protein with this pathway (Jia et al., 1999).

## 4.6 Role of HBV in other cancers

### 4.6.1 B-cell lymphoma

At the time of writing, no mechanisms are known that might explain the noted limited association between HBV and B-cell lymphoma.

### 4.6.2 Cholangiocarcinoma

At the time of writing, no mechanisms are known that might explain the noted limited association between HBV and cholangiocarcinoma.

## 4.7 Synthesis

There is strong evidence to support an indirect role for HBV in hepatocarcinogenesis resulting from chronic necro-inflammatory hepatic disease (cirrhosis), as well as moderate evidence for a direct role largely associated with HBx.

# 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of chronic infection with HBV. Chronic infection with HBV causes hepatocellular carcinoma. Also, positive associations have been observed between chronic infection with HBV and cholangiocarcinoma and non-Hodgkin lymphoma.

Chronic infection with HBV is *carcinogenic to humans (Group 1)*.

# References

Al-Faleh FZ, Al-Jeffri M, Ramia S *et al.* (1999). Seroepidemiology of hepatitis B virus infection in Saudi children 8 years after a mass hepatitis B vaccination programme. *J Infect*, 38: 167–170. doi:10.1016/S0163-4453(99)90245-1 PMID:10424796

Alestig E, Hannoun C, Horal P, Lindh M (2001). Hepatitis B virus genotypes in Mongols and Australian Aborigines. *Arch Virol*, 146: 2321–2329. doi:10.1007/s007050170005 PMID:11811682

Alter MJ & Margolis HS (1990). The emergence of hepatitis B as a sexually transmitted disease. *Med Clin North Am*, 74: 1529–1541. PMID:2246951

Amin J, Dore GJ, O'Connell DL *et al.* (2006). Cancer incidence in people with hepatitis B or C infection: a large community-based linkage study. *J Hepatol*, 45: 197–203. doi:10.1016/j.jhep.2006.02.014 PMID:16684579

Anderson LA, Pfeiffer R, Warren JL *et al.* (2008). Hematopoietic malignancies associated with viral and alcoholic hepatitis. *Cancer Epidemiol Biomarkers Prev*, 17: 3069–3075. doi:10.1158/1055-9965.EPI-08-0408 PMID:18957521

Arauz-Ruiz P, Norder H, Visoná KA, Magnius LO (1997). Genotype F prevails in HBV infected patients of hispanic origin in Central America and may carry the precore stop mutant. *J Med Virol*, 51: 305–312. doi:10.1002/(SICI)1096-9071(199704)51:4<305::AID-JMV8>3.0.CO;2-9 PMID:9093945

Arbuthnot P & Kew M (2001). Hepatitis B virus and hepatocellular carcinoma. *Int J Exp Pathol*, 82: 77–100. doi:10.1111/j.1365-2613.2001.iep178.x PMID:11454100

Bartsch H & Nair J (2006). Chronic inflammation and oxidative stress in the genesis and perpetuation of cancer: role of lipid peroxidation, DNA damage, and repair. *Langenbecks Arch Surg*, 391: 499–510. doi:10.1007/s00423-006-0073-1 PMID:16909291

Beasley RP & Hwang LY (1983). Postnatal infectivity of hepatitis B surface antigen-carrier mothers. *J Infect Dis*, 147: 185–190. doi:10.1093/infdis/147.2.185 PMID:6827135

Beasley RP, Stevens CE, Shiao IS, Meng HC (1975). Evidence against breast-feeding as a mechanism for vertical transmission of hepatitis B. *Lancet*, 2: 740–741. doi:10.1016/S0140-6736(75)90724-2 PMID:52772

Beasley RP, Trepo C, Stevens CE, Szmuness W (1977). The e antigen and vertical transmission of hepatitis B surface antigen. *Am J Epidemiol*, 105: 94–98. PMID:835566

Beck J & Nassal M (2007). Hepatitis B virus replication. *World J Gastroenterol*, 13: 48–64. PMID:17206754

Becker SA, Lee TH, Butel JS, Slagle BL (1998). Hepatitis B virus X protein interferes with cellular DNA repair. *J Virol*, 72: 266–272. PMID:9420223

Benhenda S, Cougot D, Buendia MA, Neuveut C (2009). Hepatitis B virus X protein molecular functions and its role in virus life cycle and pathogenesis. *Adv Cancer Res*, 103: 75–109. doi:10.1016/S0065-230X(09)03004-8 PMID:19854353

Benvegnù L, Fattovich G, Noventa F *et al.* (1994). Concurrent hepatitis B and C virus infection and risk of hepatocellular carcinoma in cirrhosis. A prospective study. *Cancer*, 74: 2442–2448. doi:10.1002/1097-0142(19941101)74:9<2442::AID-CNCR2820740909>3.0.CO;2-# PMID:7922998

Benvegnù L, Gios M, Boccato S, Alberti A (2004). Natural history of compensated viral cirrhosis: a prospective study on the incidence and hierarchy of major complications. *Gut*, 53: 744–749. doi:10.1136/gut.2003.020263 PMID:15082595

Benvegnù L, Noventa F, Bernardinello E *et al.* (2001). Evidence for an association between the aetiology of cirrhosis and pattern of hepatocellular carcinoma development. *Gut*, 48: 110–115. doi:10.1136/gut.48.1.110 PMID:11115831

Berrington de Gonzalez A, Yun JE, Lee SY *et al.* (2008). Pancreatic cancer and factors associated with the insulin resistance syndrome in the Korean cancer prevention study. *Cancer Epidemiol Biomarkers Prev*, 17: 359–364. doi:10.1158/1055-9965.EPI-07-0507 PMID:18268120

Besaratinia A, Kim SI, Hainaut P, Pfeifer GP (2009). In vitro recapitulating of TP53 mutagenesis in hepatocellular

carcinoma associated with dietary aflatoxin B1 exposure. *Gastroenterology*, 137: 1127–1137, 1137, e1–e5. doi:10.1053/j.gastro.2009.06.002 PMID:19524575

Bill CA & Summers J (2004). Genomic DNA double-strand breaks are targets for hepadnaviral DNA integration. *Proc Natl Acad Sci U S A*, 101: 11135–11140. PMID:15258290

Bond WW, Favero MS, Petersen NJ *et al*. (1981). Survival of hepatitis B virus after drying and storage for one week. *Lancet*, 1: 550–551. doi:10.1016/S0140-6736(81)92877-4 PMID:6111645

Bonilla Guerrero R & Roberts LR (2005). The role of hepatitis B virus integrations in the pathogenesis of human hepatocellular carcinoma. *J Hepatol*, 42: 760–777. doi:10.1016/j.jhep.2005.02.005 PMID:15826727

Boyault S, Rickman DS, de Reyniès A *et al*. (2007). Transcriptome classification of HCC is related to gene alterations and to new therapeutic targets. *Hepatology*, 45: 42–52. doi:10.1002/hep.21467 PMID:17187432

Bozdayi AM, Aslan N, Bozdayi G *et al*. (2004). Molecular epidemiology of hepatitis B, C and D viruses in Turkish patients. *Arch Virol*, 149: 2115–2129. doi:10.1007/s00705-004-0363-2 PMID:15503201

Brechot C, Kremsdorf D, Soussan P *et al*. (2010). Hepatitis B virus (HBV)-related hepatocellular carcinoma (HCC): molecular mechanisms and novel paradigms. *Pathol Biol (Paris)*, 58: 278–287. PMID:20667665

Bréchot C, Thiers V, Kremsdorf D *et al*. (2001). Persistent hepatitis B virus infection in subjects without hepatitis B surface antigen: clinically significant or purely "occult"? *Hepatology*, 34: 194–203. doi:10.1053/jhep.2001.25172 PMID:11431751

Bruss V (2007). Hepatitis B virus morphogenesis. *World J Gastroenterol*, 13: 65–73. PMID:17206755

Buendia MA (2000). Genetics of hepatocellular carcinoma. *Semin Cancer Biol*, 10: 185–200. doi:10.1006/scbi.2000.0319 PMID:10936068

Cao J, Yang EB, Su JJ *et al*. (2003). The tree shrews: adjuncts and alternatives to primates as models for biomedical research. *J Med Primatol*, 32: 123–130. doi:10.1034/j.1600-0684.2003.00022.x PMID:12823622

CDC (2012). Centres for Disease Control and Prevention. Available at: http://wwwnc.cdc.gov/travel/yellowbook/2012/chapter-3-infectious-diseases-related-to-travel/hepatitis-b.htm

Chan DW & Ng IO (2006). Knock-down of hepatitis B virus X protein reduces the tumorigenicity of hepatocellular carcinoma cells. *J Pathol*, 208: 372–380. doi:10.1002/path.1901 PMID:16353167

Chan HL, Tsang SW, Liew CT *et al*. (2002). Viral genotype and hepatitis B virus DNA levels are correlated with histological liver damage in HBeAg-negative chronic hepatitis B virus infection. *Am J Gastroenterol*, 97: 406–412. doi:10.1111/j.1572-0241.2002.05478.x PMID:11866280

Chan HL, Tse CH, Mo F *et al*. (2008). High viral load and hepatitis B virus subgenotype ce are associated with increased risk of hepatocellular carcinoma. *J Clin Oncol*, 26: 177–182. doi:10.1200/JCO.2007.13.2043 PMID:18182659

Chan HL, Wong ML, Hui AY *et al*. (2003). Hepatitis B virus genotype C takes a more aggressive disease course than hepatitis B virus genotype B in hepatitis B e antigenpositive patients. *J Clin Microbiol*, 41: 1277–1279. doi:10.1128/JCM.41.3.1277-1279.2003 PMID:12624067

Chang CC, Yu MW, Lu CF *et al*. (1994). A nested case-control study on association between hepatitis C virus antibodies and primary liver cancer in a cohort of 9,775 men in Taiwan. *J Med Virol*, 43: 276–280. doi:10.1002/jmv.1890430315 PMID:7523582

Chang MH, Chen CJ, Lai MS *et al*.Taiwan Childhood Hepatoma Study Group (1997). Universal hepatitis B vaccination in Taiwan and the incidence of hepatocellular carcinoma in children. *N Engl J Med*, 336: 1855–1859. doi:10.1056/NEJM199706263362602 PMID:9197213

Chang MH, Chen TH, Hsu HM *et al*.Taiwan Childhood HCC Study Group (2005). Prevention of hepatocellular carcinoma by universal vaccination against hepatitis B virus: the effect and problems. *Clin Cancer Res*, 11: 7953–7957. doi:10.1158/1078-0432.CCR-05-1095 PMID:16278421

Chang MH, Shau WY, Chen CJ *et al*.Taiwan Childhood Hepatoma Study Group (2000). Hepatitis B vaccination and hepatocellular carcinoma rates in boys and girls. *JAMA*, 284: 3040–3042. doi:10.1001/jama.284.23.3040 PMID:11122592

Cheeseman KH (1993). Mechanisms and effects of lipid peroxidation. *Mol Aspects Med*, 14: 191–197. doi:10.1016/0098-2997(93)90005-X PMID:8264333

Chen CH, Hung CH, Lee CM *et al*. (2007b). Pre-S deletion and complex mutations of hepatitis B virus related to advanced liver disease in HBeAg-negative patients. *Gastroenterology*, 133: 1466–1474. doi:10.1053/j.gastro.2007.09.002 PMID:17915220

Chen CJ (2005). Time-dependent events in natural history of occult hepatitis B virus infection: the importance of population-based long-term follow-up study with repeated measurements. *J Hepatol*, 42: 438–440. doi:10.1016/j.jhep.2005.01.003 PMID:15763321

Chen CJ, Iloeje UH, Yang HI (2007a). Long-term outcomes in hepatitis B: the REVEAL-HBV study. [viii.] [viii.]*Clin Liver Dis*, 11: 797–816, viii. doi:10.1016/j.cld.2007.08.005 PMID:17981229

Chen CJ, Wang LY, Yu MW (2000). Epidemiology of hepatitis B virus infection in the Asia-Pacific region. *J Gastroenterol Hepatol*, 15: SupplE3–E6. doi:10.1046/j.1440-1746.2000.02124.x PMID:10921373

Chen CJ, Yang HI, Su J *et al*.REVEAL-HBV Study Group (2006a). Risk of hepatocellular carcinoma across a biological gradient of serum hepatitis B virus DNA

level. *JAMA*, 295: 65–73. doi:10.1001/jama.295.1.65 PMID:16391218

Chen CJ, Yu MW, Liaw YF (1997). Epidemiological characteristics and risk factors of hepatocellular carcinoma. *J Gastroenterol Hepatol*, 12: S294–S308. doi:10.1111/j.1440-1746.1997.tb00513.x PMID:9407350

Chen CL, Yang HI, Yang WS et al. (2008). Metabolic factors and risk of hepatocellular carcinoma by chronic hepatitis B/C infection: a follow-up study in Taiwan. *Gastroenterology*, 135: 111–121. doi:10.1053/j.gastro.2008.03.073 PMID:18505690

Chen G, Lin W, Shen F et al. (2006b). Past HBV viral load as predictor of mortality and morbidity from HCC and chronic liver disease in a prospective study. *Am J Gastroenterol*, 101: 1797–1803. doi:10.1111/j.1572-0241.2006.00647.x PMID:16817842

Chen JG, Kuang SY, Egner PA et al. (2007c). Acceleration to death from liver cancer in people with hepatitis B viral mutations detected in plasma by mass spectrometry. *Cancer Epidemiol Biomarkers Prev*, 16: 1213–1218. doi:10.1158/1055-9965.EPI-06-0905 PMID:17548687

Cheng AS, Wong N, Tse AM et al. (2007). RNA interference targeting HBx suppresses tumor growth and enhances cisplatin chemosensitivity in human hepatocellular carcinoma. *Cancer Lett*, 253: 43–52. doi:10.1016/j.canlet.2007.01.004 PMID:17296261

Chiaramonte M, Stroffolini T, Vian A et al. (1999). Rate of incidence of hepatocellular carcinoma in patients with compensated viral cirrhosis. *Cancer*, 85: 2132–2137. doi:10.1002/(SICI)1097-0142(19990515)85:10<2132::AID-CNCR6>3.0.CO;2-H PMID:10326690

Chien YC, Jan CF, Kuo HS, Chen CJ (2006). Nationwide hepatitis B vaccination program in Taiwan: effectiveness in the 20 years after it was launched. *Epidemiol Rev*, 28: 126–135. doi:10.1093/epirev/mxj010 PMID:16782778

Chiesa R, Donato F, Tagger A et al. (2000). Etiology of hepatocellular carcinoma in Italian patients with and without cirrhosis. *Cancer Epidemiol Biomarkers Prev*, 9: 213–216. PMID:10698484

Chisari FV (2000). Rous-Whipple Award Lecture. Viruses, immunity, and cancer: lessons from hepatitis B. *Am J Pathol*, 156: 1117–1132. doi:10.1016/S0002-9440(10)64980-2 PMID:10751335

Chisari FV, Klopchin K, Moriyama T et al. (1989). Molecular pathogenesis of hepatocellular carcinoma in hepatitis B virus transgenic mice. *Cell*, 59: 1145–1156. doi:10.1016/0092-8674(89)90770-8 PMID:2598264

Chou YC, Yu MW, Wu CF et al. (2008). Temporal relationship between hepatitis B virus enhancer II/basal core promoter sequence variation and risk of hepatocellular carcinoma. *Gut*, 57: 91–97. doi:10.1136/gut.2006.114066 PMID:17502344

Chu CJ, Hussain M, Lok AS (2002). Hepatitis B virus genotype B is associated with earlier HBeAg seroconversion compared with hepatitis B virus genotype C. *Gastroenterology*, 122: 1756–1762. doi:10.1053/gast.2002.33588 PMID:12055581

Chu CJ, Keeffe EB, Han SH et al.U.S. HBV Epidemiology Study Group (2003). Prevalence of HBV precore/core promoter variants in the United States. *Hepatology*, 38: 619–628. doi:10.1053/jhep.2003.50352 PMID:12939588

Chu CM & Liaw YF (2005). Genotype C hepatitis B virus infection is associated with a higher risk of reactivation of hepatitis B and progression to cirrhosis than genotype B: a longitudinal study of hepatitis B e antigen-positive patients with normal aminotransferase levels at baseline. *J Hepatol*, 43: 411–417. doi:10.1016/j.jhep.2005.03.018 PMID:16006001

Chu CM & Liaw YF (2007). Predictive factors for reactivation of hepatitis B following hepatitis B e antigen seroconversion in chronic hepatitis B. *Gastroenterology*, 133: 1458–1465. doi:10.1053/j.gastro.2007.08.039 PMID:17935720

Coiffier B (2006). Hepatitis B virus reactivation in patients receiving chemotherapy for cancer treatment: role of Lamivudine prophylaxis. *Cancer Invest*, 24: 548–552. doi:10.1080/07357900600815232 PMID:16939967

Crook PD, Jones ME, Hall AJ (2003). Mortality of hepatitis B surface antigen-positive blood donors in England and Wales. *Int J Epidemiol*, 32: 118–124. doi:10.1093/ije/dyg039 PMID:12690022

Custer B, Sullivan SD, Hazlet TK et al. (2004). Global epidemiology of hepatitis B virus. *J Clin Gastroenterol*, 38: Suppl 3S158–S168. doi:10.1097/00004836-200411003-00008 PMID:15602165

Da Villa G, Piccinino F, Scolastico C et al. (1998). Long-term epidemiological survey of hepatitis B virus infection in a hyperendemic area (Afragola, southern Italy): results of a pilot vaccination project. *Res Virol*, 149: 263–270. doi:10.1016/S0923-2516(99)89004-9 PMID:9879603

Dal Maso L, Talamini R, Montella M et al. (2004). Hepatitis B and C viruses and Hodgkin lymphoma: a case-control study from Northern and Southern Italy. *Haematologica*, 89: ELT17 PMID:15533850

Dandri M, Burda MR, Bürkle A et al. (2002). Increase in de novo HBV DNA integrations in response to oxidative DNA damage or inhibition of poly(ADP-ribosyl)ation. *Hepatology*, 35: 217–223. doi:10.1053/jhep.2002.30203 PMID:11786979

Davis BH & Kresina TF (1996). Hepatic fibrogenesis. *Clin Lab Med*, 16: 361–375. PMID:8792077

De Mitri MS, Cassini R, Morsica G et al. (2006). Virological analysis, genotypes and mutational patterns of the HBV precore/core gene in HBV/HCV-related hepatocellular carcinoma. *J Viral Hepat*, 13: 574–581. doi:10.1111/j.1365-2893.2006.00726.x PMID:16907843

Dejean A, Bougueleret L, Grzeschik KH, Tiollais P (1986). Hepatitis B virus DNA integration in a sequence homologous to v-erb-A and steroid receptor genes

in a hepatocellular carcinoma. *Nature*, 322: 70–72. doi:10.1038/322070a0 PMID:3014347

del Olmo JA, Serra MA, Rodríguez F *et al.* (1998). Incidence and risk factors for hepatocellular carcinoma in 967 patients with cirrhosis. *J Cancer Res Clin Oncol*, 124: 560–564. doi:10.1007/s004320050215 PMID:9829860

Devesa M, Rodríguez C, León G *et al.* (2004). Clade analysis and surface antigen polymorphism of hepatitis B virus American genotypes. *J Med Virol*, 72: 377–384. doi:10.1002/jmv.20015 PMID:14748061

Di Marco V, Lo Iacono O, Cammà C *et al.* (1999). The long-term course of chronic hepatitis B. *Hepatology*, 30: 257–264. doi:10.1002/hep.510300109 PMID:10385664

Dienstag JL (2008). Hepatitis B virus infection. *N Engl J Med*, 359: 1486–1500. doi:10.1056/NEJMra0801644 PMID:18832247

Ding X, Mizokami M, Yao G *et al.* (2001). Hepatitis B virus genotype distribution among chronic hepatitis B virus carriers in Shanghai, China. *Intervirology*, 44: 43–47. doi:10.1159/000050029 PMID:11223719

Donato F, Boffetta P, Puoti M (1998). A meta-analysis of epidemiological studies on the combined effect of hepatitis B and C virus infections in causing hepatocellular carcinoma. *Int J Cancer*, 75: 347–354. doi:10.1002/(SICI)1097-0215(19980130)75:3<347::AID-IJC4>3.0.CO;2-2 PMID:9455792

Donato F, Tagger A, Chiesa R *et al.* (1997). Hepatitis B and C virus infection, alcohol drinking, and hepatocellular carcinoma: a case-control study in Italy. Brescia HCC Study. *Hepatology*, 26: 579–584. doi:10.1002/hep.510260308 PMID:9303486

Elmore LW, Hancock AR, Chang SF *et al.* (1997). Hepatitis B virus X protein and p53 tumor suppressor interactions in the modulation of apoptosis. *Proc Natl Acad Sci U S A*, 94: 14707–14712. doi:10.1073/pnas.94.26.14707 PMID:9405677

Evans AA, Chen G, Ross EA *et al.* (2002). Eight-year follow-up of the 90,000-person Haimen City cohort: I. Hepatocellular carcinoma mortality, risk factors, and gender differences. *Cancer Epidemiol Biomarkers Prev*, 11: 369–376. doi:10.11927497

Evans AA, O'Connell AP, Pugh JC *et al.* (1998). Geographic variation in viral load among hepatitis B carriers with differing risks of hepatocellular carcinoma. *Cancer Epidemiol Biomarkers Prev*, 7: 559–565. PMID:9681522

Farazi PA, Glickman J, Jiang S *et al.* (2003). Differential impact of telomere dysfunction on initiation and progression of hepatocellular carcinoma. *Cancer Res*, 63: 5021–5027. PMID:12941829

Fausto N (1997). Hepatocytes break the rules of senescence in serial transplantation studies. Is there a limit to their replicative capacity? *Am J Pathol*, 151: 1187–1189. PMID:9358742

Fausto N (1999). Mouse liver tumorigenesis: models, mechanisms, and relevance to human disease. *Semin Liver Dis*, 19: 243–252. doi:10.1055/s-2007-1007114 PMID:10518304

Feitelson MA (2006). Parallel epigenetic and genetic changes in the pathogenesis of hepatitis virus-associated hepatocellular carcinoma. *Cancer Lett*, 239: 10–20. doi:10.1016/j.canlet.2005.07.009 PMID:16154256

Feitelson MA, Reis HM, Liu J *et al.* (2005). Hepatitis B virus X antigen (HBxAg) and cell cycle control in chronic infection and hepatocarcinogenesis. *Front Biosci*, 10: 1558–1572. doi:10.2741/1640 PMID:15769646

Fourel G, Trepo C, Bougueleret L *et al.* (1990). Frequent activation of N-myc genes by hepadnavirus insertion in woodchuck liver tumours. *Nature*, 347: 294–298. doi:10.1038/347294a0 PMID:2205804

Franceschi S, Montella M, Polesel J *et al.* (2006a). Hepatitis viruses, alcohol, and tobacco in the etiology of hepatocellular carcinoma in Italy. *Cancer Epidemiol Biomarkers Prev*, 15: 683–689. doi:10.1158/1055-9965. EPI-05-0702 PMID:16614109

Franceschi S, Polesel J, Rickenbach M *et al.* (2006b). Hepatitis C virus and non-Hodgkin's lymphoma: Findings from the Swiss HIV Cohort Study. *Br J Cancer*, 95: 1598–1602. doi:10.1038/sj.bjc.6603472 PMID:17106439

Furusyo N, Nakashima H, Kashiwagi K *et al.* (2002). Clinical outcomes of hepatitis B virus (HBV) genotypes B and C in Japanese patients with chronic HBV infection. *Am J Trop Med Hyg*, 67: 151–157. PMID:12389939

Gandhe SS, Chadha MS, Arankalle VA (2003). Hepatitis B virus genotypes and serotypes in western India: lack of clinical significance. *J Med Virol*, 69: 324–330. doi:10.1002/jmv.10292 PMID:12526041

Gong G, Waris G, Tanveer R, Siddiqui A (2001). Human hepatitis C virus NS5A protein alters intracellular calcium levels, induces oxidative stress, and activates STAT-3 and NF-kappa B. *Proc Natl Acad Sci U S A*, 98: 9599–9604. doi:10.1073/pnas.171311298 PMID:11481452

Gottlob K, Fulco M, Levrero M, Graessmann A (1998). The hepatitis B virus HBx protein inhibits caspase 3 activity. *J Biol Chem*, 273: 33347–33353. doi:10.1074/jbc.273.50.33347 PMID:9837909

Gouas D, Shi H, Hainaut P (2009). The aflatoxin-induced TP53 mutation at codon 249 (R249S): biomarker of exposure, early detection and target for therapy. *Cancer Lett*, 286: 29–37. doi:10.1016/j.canlet.2009.02.057 PMID:19376640

Grisham JW (2001). *Molecular genetic alterations in hepatocellular neoplasms: hepatocellular adenoma, hepatocellular carcinoma and hepatoblastoma*. In: *The Molecular Basis of Human Cancer*. Coleman WB, Trongalis JG, editors. Totawa, NJ: Harriman Press, pp. 269–346.

Gwack J, Hwang SS, Ko KP *et al.* (2007). [Fasting serum glucose and subsequent liver cancer risk in a Korean

prospective cohort] *J Prev Med Public Health*, 40: 23–28. doi:10.3961/jpmph.2007.40.1.23 PMID:17310595

Han HJ, Jung EY, Lee WJ, Jang KL (2002). Cooperative repression of cyclin-dependent kinase inhibitor p21 gene expression by hepatitis B virus X protein and hepatitis C virus core protein. *FEBS Lett*, 518: 169–172. doi:10.1016/S0014-5793(02)02694-7 PMID:11997040

Hassan MM, Li D, El-Deeb AS *et al.* (2008). Association between hepatitis B virus and pancreatic cancer. *J Clin Oncol*, 26: 4557–4562. doi:10.1200/JCO.2008.17.3526 PMID:18824707

Hernandez-Vargas H, Lambert MP, Le Calvez-Kelm F *et al.* (2010). Hepatocellular carcinoma displays distinct DNA methylation signatures with potential as clinical predictors. *PLoS One*, 5: e9749 doi:10.1371/journal.pone.0009749 PMID:20305825

Hildt E, Saher G, Bruss V, Hofschneider PH (1996). The hepatitis B virus large surface protein (LHBs) is a transcriptional activator. *Virology*, 225: 235–239. doi:10.1006/viro.1996.0594 PMID:8918553

Hoofnagle JH, Seeff LB, Bales ZB, Zimmerman HJ (1978). Type B hepatitis after transfusion with blood containing antibody to hepatitis B core antigen. *N Engl J Med*, 298: 1379–1383. doi:10.1056/NEJM197806222982502 PMID:652005

Hsu HM, Lu CF, Lee SC *et al.* (1999). Seroepidemiologic survey for hepatitis B virus infection in Taiwan: the effect of hepatitis B mass immunization. *J Infect Dis*, 179: 367–370. doi:10.1086/314585 PMID:9878020

Hu KQ (2002). Occult hepatitis B virus infection and its clinical implications. *J Viral Hepat*, 9: 243–257. doi:10.1046/j.1365-2893.2002.00344.x PMID:12081601

Hu X, Margolis HS, Purcell RH *et al.* (2000). Identification of hepatitis B virus indigenous to chimpanzees. *Proc Natl Acad Sci U S A*, 97: 1661–1664. doi:10.1073/pnas.97.4.1661 PMID:10677515

Huang J & Kontos CD (2002). PTEN modulates vascular endothelial growth factor-mediated signaling and angiogenic effects. *J Biol Chem*, 277: 10760–10766. doi:10.1074/jbc.M110219200 PMID:11784722

Hung JH, Su JJ, Lei HY *et al.* (2004). Endoplasmic reticulum stress stimulates the expression of cyclooxygenase-2 through activation of NF-kappaB and p38 mitogen-activated protein kinase. *J Biol Chem*, 279: 46384–46392. doi:10.1074/jbc.M403568200 PMID:15319438

IARC (1994). Hepatitis viruses. *IARC Monogr Eval Carcinog Risks Hum*, 59: 1–255. PMID:7933461

IARC (2002). Some traditional herbal medicines, some mycotoxins, naphthalene and styrene. *IARC Monogr Eval Carcinog Risks Hum*, 82: 171–275.

IARC (2010). Alcohol consumption and ethyl carbamate. *IARC Monogr Eval Carcinog Risks Hum*, 96: 1–1428.

Ikeda K, Arase Y, Kobayashi M *et al.* (2005). Hepatitis B virus-related hepatocellular carcinogenesis and its prevention. *Intervirology*, 48: 29–38. doi:10.1159/000082092 PMID:15785087

Iloeje UH, Yang HI, Jen CL *et al.*Risk Evaluation of Viral Load Elevation and Associated Liver Disease/Cancer-Hepatitis B Virus Study Group (2007). Risk and predictors of mortality associated with chronic hepatitis B infection. *Clin Gastroenterol Hepatol*, 5: 921–931. doi:10.1016/j.cgh.2007.06.015 PMID:17678844

Jaitovich-Groisman I, Benlimame N, Slagle BL *et al.* (2001). Transcriptional regulation of the TFIIH transcription repair components XPB and XPD by the hepatitis B virus x protein in liver cells and transgenic liver tissue. *J Biol Chem*, 276: 14124–14132. PMID:11278765

Jee SH, Ohrr H, Sull JW, Samet JM (2004). Cigarette smoking, alcohol drinking, hepatitis B, and risk for hepatocellular carcinoma in Korea. *J Natl Cancer Inst*, 96: 1851–1856. doi:10.1093/jnci/djh334 PMID:15601641

Jia L, Wang XW, Harris CC (1999). Hepatitis B virus X protein inhibits nucleotide excision repair. *Int J Cancer*, 80: 875–879. doi:10.1002/(SICI)1097-0215(19990315)80:6<875::AID-IJC13>3.0.CO;2-Z PMID:10074921

Jilbert AR, Burrell CJ, Triatni M *et al.* (2002). *Hepatitis B virus replication*. In: *Hepatitis B Virus Guide*. Lai CL, Locarnini S, editors. London: International Medical Press, pp. 43–54.

Jutavijittum P, Jiviriyawat Y, Yousukh A *et al.* (2006). Genotypes of hepatitis B virus among voluntary blood donors in northern Thailand. *Hepatol Res*, 35: 263–266. doi:10.1016/j.hepres.2006.04.010 PMID:16731031

Kaklamani E, Trichopoulos D, Tzonou A *et al.* (1991). Hepatitis B and C viruses and their interaction in the origin of hepatocellular carcinoma. *JAMA*, 265: 1974–1976. doi:10.1001/jama.265.15.1974 PMID:1848908

Kanai Y, Ushijima S, Hui AM *et al.* (1997). The E-cadherin gene is silenced by CpG methylation in human hepatocellular carcinomas. *Int J Cancer*, 71: 355–359. doi:10.1002/(SICI)1097-0215(19970502)71:3<355::AID-IJC8>3.0.CO;2-X PMID:9139867

Kane A, Lloyd J, Zaffran M *et al.* (1999). Transmission of hepatitis B, hepatitis C and human immunodeficiency viruses through unsafe injections in the developing world: model-based regional estimates. *Bull World Health Organ*, 77: 801–807. PMID:10593027

Kann M (2002). *Structural and molecular virology*. In: *Hepatitis B Virus Guide*. Lai CL, Locarnini S, editors. London: International Medical Press, pp. 9–22.

Kann M, Schmitz A, Rabe B (2007). Intracellular transport of hepatitis B virus. *World J Gastroenterol*, 13: 39–47. PMID:17206753

Kannangai R, Molmenti E, Arrazola L *et al.* (2004). Occult hepatitis B viral DNA in liver carcinomas from a region with a low prevalence of chronic hepatitis B infection. *J Viral Hepat*, 11: 297–301. doi:10.1111/j.1365-2893.2004.00502.x PMID:15230851

Kao JH, Chen PJ, Lai MY, Chen DS (2000). Hepatitis B genotypes correlate with clinical outcomes in patients

with chronic hepatitis B. *Gastroenterology*, 118: 554–559. doi:10.1016/S0016-5085(00)70261-7 PMID:10702206

Kao JH, Chen PJ, Lai MY, Chen DS (2003). Basal core promoter mutations of hepatitis B virus increase the risk of hepatocellular carcinoma in hepatitis B carriers. *Gastroenterology*, 124: 327–334. doi:10.1053/gast.2003.50053 PMID:12557138

Kao JH, Chen PJ, Lai MY, Chen D-S (2004). Hepatitis B virus genotypes and spontaneous hepatitis B e antigen seroconversion in Taiwanese hepatitis B carriers. *J Med Virol*, 72: 363–369. doi:10.1002/jmv.10534 PMID:14748059

Kao JH, Hsu HM, Shau WY *et al.* (2001). Universal hepatitis B vaccination and the decreased mortality from fulminant hepatitis in infants in Taiwan. *J Pediatr*, 139: 349–352. doi:10.1067/mpd.2001.116277 PMID:11562612

Kekulé AS, Lauer U, Meyer M *et al.* (1990). The preS2/S region of integrated hepatitis B virus DNA encodes a transcriptional transactivator. *Nature*, 343: 457–461. doi:10.1038/343457a0 PMID:2153938

Kew MC (2003). Synergistic interaction between aflatoxin B1 and hepatitis B virus in hepatocarcinogenesis. *Liver Int*, 23: 405–409. doi:10.1111/j.1478-3231.2003.00869.x PMID:14986813

Kew MC (2006). Interaction between hepatitis B and C viruses in hepatocellular carcinogenesis. *J Viral Hepat*, 13: 145–149. doi:10.1111/j.1365-2893.2005.00686.x PMID:16475989

Kew MC, Kramvis A, Yu MC *et al.* (2005). Increased hepatocarcinogenic potential of hepatitis B virus genotype A in Bantu-speaking sub-saharan Africans. *J Med Virol*, 75: 513–521. doi:10.1002/jmv.20311 PMID:15714494

Kew MC, Yu MC, Kedda MA *et al.* (1997). The relative roles of hepatitis B and C viruses in the etiology of hepatocellular carcinoma in southern African blacks. *Gastroenterology*, 112: 184–187. doi:10.1016/S0016-5085(97)70233-6 PMID:8978357

Kim BJ & Song BC (2003). [Distribution of hepatitis B virus genotypes according to the clinical outcomes in patients with chronic hepatitis B virus infection in Jeju island] *Korean J Gastroenterol*, 42: 496–501. PMID:14695706

Kim H, Jee YM, Song BC *et al.* (2007). Molecular epidemiology of hepatitis B virus (HBV) genotypes and serotypes in patients with chronic HBV infection in Korea. *Intervirology*, 50: 52–57. doi:10.1159/000096313 PMID:17164558

Kim JH, Bang YJ, Park BJ *et al.* (2002). Hepatitis B virus infection and B-cell non-Hodgkin's lymphoma in a hepatitis B endemic area: a case-control study. *Jpn J Cancer Res*, 93: 471–477. PMID:12036441

Kim JH & Rho HM (2002). Activation of the human transforming growth factor alpha (TGF-alpha) gene by the hepatitis B viral X protein (HBx)

through AP-2 sites. *Mol Cell Biochem*, 231: 155–161. doi:10.1023/A:1014477218369 PMID:11952158

Kirby GM, Chemin I, Montesano R *et al.* (1994). Induction of specific cytochrome P450s involved in aflatoxin B1 metabolism in hepatitis B virus transgenic mice. *Mol Carcinog*, 11: 74–80. doi:10.1002/mc.2940110204 PMID:7916995

Kirk GD, Lesi OA, Mendy M *et al.* (2005a). 249(ser) TP53 mutation in plasma DNA, hepatitis B viral infection, and risk of hepatocellular carcinoma. *Oncogene*, 24: 5858–5867. doi:10.1038/sj.onc.1208732 PMID:16007211

Kirk GD, Turner PC, Gong Y *et al.* (2005b). Hepatocellular carcinoma and polymorphisms in carcinogen-metabolizing and DNA repair enzymes in a population with aflatoxin exposure and hepatitis B virus endemicity. *Cancer Epidemiol Biomarkers Prev*, 14: 373–379. doi:10.1158/1055-9965.EPI-04-0161 PMID:15734960

Kobayashi M, Arase Y, Ikeda K *et al.* (2002). Clinical characteristics of patients infected with hepatitis B virus genotypes A, B, and C. *J Gastroenterol*, 37: 35–39. doi:10.1007/s535-002-8130-z PMID:11824798

Kramvis A, Kew M, François G (2005). Hepatitis B virus genotypes. *Vaccine*, 23: 2409–2423. doi:10.1016/j.vaccine.2004.10.045 PMID:15752827

Kramvis A & Kew MC (2007). Epidemiology of hepatitis B virus in Africa, its genotypes and clinical associations of genotypes. *Hepatol Res*, 37: s1S9–S19. doi:10.1111/j.1872-034X.2007.00098.x PMID:17627641

Kumar M, Kumar R, Hissar SS *et al.* (2007). Risk factors analysis for hepatocellular carcinoma in patients with and without cirrhosis: a case-control study of 213 hepatocellular carcinoma patients from India. *J Gastroenterol Hepatol*, 22: 1104–1111. doi:10.1111/j.1440-1746.2007.04908.x PMID:17559381

Kuper HE, Tzonou A, Kaklamani E *et al.* (2000). Hepatitis B and C viruses in the etiology of hepatocellular carcinoma; a study in Greece using third-generation assays. *Cancer Causes Control*, 11: 171–175. doi:10.1023/A:1008951901148 PMID:10710202

Lauer U, Weiss L, Lipp M *et al.* (1994). The hepatitis B virus preS2/St transactivator utilizes AP-1 and other transcription factors for transactivation. *Hepatology*, 19: 23–31. PMID:8276360

Laurent-Puig P, Legoix P, Bluteau O *et al.* (2001). Genetic alterations associated with hepatocellular carcinomas define distinct pathways of hepatocarcinogenesis. *Gastroenterology*, 120: 1763–1773. doi:10.1053/gast.2001.24798 PMID:11375957

Lee CM, Chen CH, Lu SN *et al.* (2003a). Prevalence and clinical implications of hepatitis B virus genotypes in southern Taiwan. *Scand J Gastroenterol*, 38: 95–101. doi:10.1080/00365520310000500 PMID:12608471

Lee S, Lee HJ, Kim JH *et al.* (2003b). Aberrant CpG island hypermethylation along multistep hepatocarcinogenesis. *Am J Pathol*, 163: 1371–1378. doi:10.1016/S0002-9440(10)63495-5 PMID:14507645

Lee WM (1997). Hepatitis B virus infection. *N Engl J Med*, 337: 1733–1745. doi:10.1056/NEJM199712113372406 PMID:9392700

Liaw YF, Sung JJY, Chow WC *et al.*Cirrhosis Asian Lamivudine Multicentre Study Group (2004). Lamivudine for patients with chronic hepatitis B and advanced liver disease. *N Engl J Med*, 351: 1521–1531. doi:10.1056/NEJMoa033364 PMID:15470215

Lin HH, Lin SS, Chiang YM *et al.* (2002). Trend of hepatitis B virus infection in freshmen classes at two high schools in Hualien, Taiwan from 1991 to 1999. *J Med Virol*, 67: 472–476. doi:10.1002/jmv.10125 PMID:12115991

Lin HH, Wang LY, Hu CT *et al.* (2003). Decline of hepatitis B carrier rate in vaccinated and unvaccinated subjects: sixteen years after newborn vaccination program in Taiwan. *J Med Virol*, 69: 471–474. doi:10.1002/jmv.10333 PMID:12601753

Lindh M, Andersson AS, Gusdal A (1997). Genotypes, nt 1858 variants, and geographic origin of hepatitis B virus–large-scale analysis using a new genotyping method. *J Infect Dis*, 175: 1285–1293. doi:10.1086/516458 PMID:9180165

Lindh M, Hannoun C, Dhillon AP *et al.* (1999). Core promoter mutations and genotypes in relation to viral replication and liver damage in East Asian hepatitis B virus carriers. *J Infect Dis*, 179: 775–782. doi:10.1086/314688 PMID:10068571

Liu CJ, Kao JH, Chen PJ *et al.* (2002). Molecular epidemiology of hepatitis B viral serotypes and genotypes in taiwan. *J Biomed Sci*, 9: 166–170. doi:10.1007/BF02256028 PMID:11914584

Livingston SE, Simonetti JP, McMahon BJ *et al.* (2007). Hepatitis B virus genotypes in Alaska Native people with hepatocellular carcinoma: preponderance of genotype F. *J Infect Dis*, 195: 5–11. doi:10.1086/509894 PMID:17152003

Loguercio C & Federico A (2003). Oxidative stress in viral and alcoholic hepatitis. *Free Radic Biol Med*, 34: 1–10. doi:10.1016/S0891-5849(02)01167-X PMID:12498974

Lu P, Kuang S, Wang J (1998[Hepatitis B virus infection and aflatoxin exposure in the development of primary liver cancer]. *Zhonghua Yi Xue Za Zhi (Taipei)*, 78: 340–342.

Lu SN, Chen CH, Chen TM *et al.* (2006). Hepatitis B virus infection in adolescents in a rural township–15 years subsequent to mass hepatitis B vaccination in Taiwan. *Vaccine*, 24: 759–765. doi:10.1016/j.vaccine.2005.08.062 PMID:16159687

MacQuarrie MB, Forghani B, Wolochow DA (1974). Hepatitis B transmitted by a human bite. *JAMA*, 230: 723–724. doi:10.1001/jama.230.5.723 PMID:4137696

Madani TA (2007). Trend in incidence of hepatitis B virus infection during a decade of universal childhood hepatitis B vaccination in Saudi Arabia. *Trans R Soc Trop Med Hyg*, 101: 278–283. doi:10.1016/j.trstmh.2005.12.003 PMID:16600318

Mahmood S, Niiyama G, Kamei A *et al.* (2005). Influence of viral load and genotype in the progression of Hepatitis B-associated liver cirrhosis to hepatocellular carcinoma. *Liver Int*, 25: 220–225. doi:10.1111/j.1478-3231.2005.01077.x PMID:15780042

Mahoney FJ (1999). Update on diagnosis, management, and prevention of hepatitis B virus infection. *Clin Microbiol Rev*, 12: 351–366. PMID:10194463

Mahoney FJ, Stewart K, Hu H *et al.* (1997). Progress toward the elimination of hepatitis B virus transmission among health care workers in the United States. *Arch Intern Med*, 157: 2601–2605. doi:10.1001/archinte.157.22.2601 PMID:9531229

Margolis HS, Alter MJ, Hadler SC (1997). *Viral hepatitis.* In: *Viral infections of humans. Epidemiology and control (Fourth Edition)*, Evans AS, Kaslow RA, editors. New York: Plenum Publishing Corporation, pp. 363–418.

Martin-Lluesma S, Schaeffer C, Robert EI *et al.* (2008). Hepatitis B virus X protein affects S phase progression leading to chromosome segregation defects by binding to damaged DNA binding protein 1. *Hepatology*, 48: 1467–1476. doi:10.1002/hep.22542 PMID:18781669

Martinson FE, Weigle KA, Royce RA *et al.* (1998). Risk factors for horizontal transmission of hepatitis B virus in a rural district in Ghana. *Am J Epidemiol*, 147: 478–487. PMID:9525535

Matsubara K & Tokino T (1990). Integration of hepatitis B virus DNA and its implications for hepatocarcinogenesis. *Mol Biol Med*, 7: 243–260. PMID:2170810

McGlynn KA, Rosvold EA, Lustbader ED *et al.* (1995). Susceptibility to hepatocellular carcinoma is associated with genetic variation in the enzymatic detoxification of aflatoxin B1. *Proc Natl Acad Sci U S A*, 92: 2384–2387. doi:10.1073/pnas.92.6.2384 PMID:7892276

Meyer M, Caselmann WH, Schlüter V *et al.* (1992). Hepatitis B virus transactivator MHBst: activation of NF-kappa B, selective inhibition by antioxidants and integral membrane localization. *EMBO J*, 11: 2991–3001. PMID:1639069

Minami M, Daimon Y, Mori K *et al.* (2005). Hepatitis B virus-related insertional mutagenesis in chronic hepatitis B patients as an early drastic genetic change leading to hepatocarcinogenesis. *Oncogene*, 24: 4340–4348. doi:10.1038/sj.onc.1208628 PMID:15806150

Mulders MN, Venard V, Njayou M *et al.* (2004). Low genetic diversity despite hyperendemicity of hepatitis B virus genotype E throughout West Africa. *J Infect Dis*, 190: 400–408. doi:10.1086/421502 PMID:15216479

Murakami S (1999). Hepatitis B virus X protein: structure, function and biology. *Intervirology*, 42: 81–99. doi:10.1159/000024969 PMID:10516464

Ni YH, Chang MH, Huang LM *et al.* (2001). Hepatitis B virus infection in children and adolescents in a hyperendemic area: 15 years after mass hepatitis B vaccination. *Ann Intern Med*, 135: 796–800. PMID:11694104

Ni YH, Huang LM, Chang MH et al. (2007). Two decades of universal hepatitis B vaccination in taiwan: impact and implication for future strategies. Gastroenterology, 132: 1287–1293. doi:10.1053/j.gastro.2007.02.055 PMID:17433322

Nomura A, Stemmermann GN, Chyou PH, Tabor E (1996). Hepatitis B and C virus serologies among Japanese Americans with hepatocellular carcinoma. J Infect Dis, 173: 1474–1476. doi:10.1093/infdis/173.6.1474 PMID:8648223

Odemuyiwa SO, Mulders MN, Oyedele OI et al. (2001). Phylogenetic analysis of new hepatitis B virus isolates from Nigeria supports endemicity of genotype E in West Africa. J Med Virol, 65: 463–469. doi:10.1002/jmv.2058 PMID:11596079

Oh BK, Kim H, Park HJ et al. (2007). DNA methyltransferase expression and DNA methylation in human hepatocellular carcinoma and their clinicopathological correlation. Int J Mol Med, 20: 65–73. PMID:17549390

Okada K, Kamiyama I, Inomata M et al. (1976). e antigen and anti-e in the serum of asymptomatic carrier mothers as indicators of positive and negative transmission of hepatitis B virus to their infants. N Engl J Med, 294: 746–749. doi:10.1056/NEJM197604012941402 PMID:943694

Okuda M, Li K, Beard MR et al. (2002). Mitochondrial injury, oxidative stress, and antioxidant gene expression are induced by hepatitis C virus core protein. Gastroenterology, 122: 366–375. doi:10.1053/gast.2002.30983 PMID:11832451

Orito E, Ichida T, Sakugawa H et al. (2001). Geographic distribution of hepatitis B virus (HBV) genotype in patients with chronic HBV infection in Japan. Hepatology, 34: 590–594. doi:10.1053/jhep.2001.27221 PMID:11526547

Overturf K, al-Dhalimy M, Ou CN et al. (1997). Serial transplantation reveals the stem-cell-like regenerative potential of adult mouse hepatocytes. Am J Pathol, 151: 1273–1280. PMID:9358753

Pál J, Nyárády Z, Marczinovits I et al. (2006). Comprehensive regression analysis of hepatitis B virus X antigen level and anti-HBx antibody titer in the sera of patients with HBV infection. Pathol Oncol Res, 12: 34–40. doi:10.1007/BF02893429 PMID:16554914

Park BC, Han BH, Ahn SY et al. (1995). Prevalence of hepatitis C antibody in patients with chronic liver disease and hepatocellular carcinoma in Korea. J Viral Hepat, 2: 195–202. doi:10.1111/j.1365-2893.1995.tb00029.x PMID:7489347

Park IY, Sohn BH, Yu E et al. (2007). Aberrant epigenetic modifications in hepatocarcinogenesis induced by hepatitis B virus X protein. Gastroenterology, 132: 1476–1494. doi:10.1053/j.gastro.2007.01.034 PMID:17408664

Paterlini P, Poussin K, Kew M et al. (1995). Selective accumulation of the X transcript of hepatitis B virus in patients negative for hepatitis B surface antigen with hepatocellular carcinoma. Hepatology, 21: 313–321. PMID:7843699

Paterlini-Bréchot P, Saigo K, Murakami Y et al. (2003). Hepatitis B virus-related insertional mutagenesis occurs frequently in human liver cancers and recurrently targets human telomerase gene. Oncogene, 22: 3911–3916. doi:10.1038/sj.onc.1206492 PMID:12813464

Petersen NJ, Barrett DH, Bond WW et al. (1976). Hepatitis B surface antigen in saliva, impetiginous lesions, and the environment in two remote Alaskan villages. Appl Environ Microbiol, 32: 572–574. PMID:791124

Pyong SJ, Tsukuma H, Hiyama T (1994). Case-control study of hepatocellular carcinoma among Koreans living in Osaka, Japan. Jpn J Cancer Res, 85: 674–679. PMID:8071108

Qian GS, Ross RK, Yu MC et al. (1994). A follow-up study of urinary markers of aflatoxin exposure and liver cancer risk in Shanghai, People's Republic of China. Cancer Epidemiol Biomarkers Prev, 3: 3–10. PMID:8118382

Ribes J, Clèries R, Rubió A et al. (2006). Cofactors associated with liver disease mortality in an HBsAg-positive Mediterranean cohort: 20 years of follow-up. Int J Cancer, 119: 687–694. doi:10.1002/ijc.21882 PMID:16496403

Robinson WS (1994). Molecular events in the pathogenesis of hepadnavirus-associated hepatocellular carcinoma. Annu Rev Med, 45: 297–323. doi:10.1146/annurev.med.45.1.297 PMID:8198385

Rodríguez-Iñigo E, Bartolomé J, Ortiz-Movilla N et al. (2005). Hepatitis C virus (HCV) and hepatitis B virus (HBV) can coinfect the same hepatocyte in the liver of patients with chronic HCV and occult HBV infection. J Virol, 79: 15578–15581. doi:10.1128/JVI.79.24.15578-15581.2005 PMID:16306629

Rogler CE & Chisari FV (1992). Cellular and molecular mechanisms of hepatocarcinogenesis. Semin Liver Dis, 12: 265–278. doi:10.1055/s-2007-1007398 PMID:1439879

Sakamoto T, Tanaka Y, Orito E et al. (2006). Novel subtypes (subgenotypes) of hepatitis B virus genotypes B and C among chronic liver disease patients in the Philippines. J Gen Virol, 87: 1873–1882. doi:10.1099/vir.0.81714-0 PMID:16760389

Sánchez LV, Tanaka Y, Maldonado M et al. (2007). Difference of hepatitis B virus genotype distribution in two groups of mexican patients with different risk factors. High prevalence of genotype H and G. Intervirology, 50: 9–15. doi:10.1159/000096307 PMID:17164552

Sangiovanni A, Del Ninno E, Fasani P et al. (2004). Increased survival of cirrhotic patients with a hepatocellular carcinoma detected during surveillance. Gastroenterology, 126: 1005–1014. doi:10.1053/j.gastro.2003.12.049 PMID:15057740

Schaefer S (2007a). Hepatitis B virus taxonomy and hepatitis B virus genotypes. World J Gastroenterol, 13: 14–21. PMID:17206751

Schaefer S (2007b). Hepatitis B virus genotypes in Europe. *Hepatol Res*, 37: s1S20–S26. doi:10.1111/j.1872-034X.2007.00099.x PMID:17627630

Schlüter V, Meyer M, Hofschneider PH *et al.* (1994). Integrated hepatitis B virus X and 3′ truncated preS/S sequences derived from human hepatomas encode functionally active transactivators. *Oncogene*, 9: 3335–3344. PMID:7936659

Scott RM, Snitbhan R, Bancroft WH *et al.* (1980). Experimental transmission of hepatitis B virus by semen and saliva. *J Infect Dis*, 142: 67–71. doi:10.1093/infdis/142.1.67 PMID:7400629

Seeger C & Mason WS (2000). Hepatitis B virus biology. *Microbiol Mol Biol Rev*, 64: 51–68. doi:10.1128/MMBR.64.1.51-68.2000 PMID:10704474

Shi J, Zhu L, Liu S, Xie WF (2005). A meta-analysis of case-control studies on the combined effect of hepatitis B and C virus infections in causing hepatocellular carcinoma in China. *Br J Cancer*, 92: 607–612. PMID:15685242

Shimamura A & Fisher DE (1996). p53 in life and death. *Clin Cancer Res*, 2: 435–440. PMID:9816188

Shin HR, Lee CU, Park HJ *et al.* (1996). Hepatitis B and C virus, Clonorchis sinensis for the risk of liver cancer: a case-control study in Pusan, Korea. *Int J Epidemiol*, 25: 933–940. doi:10.1093/ije/25.5.933 PMID:8921477

Simonsen L, Kane A, Lloyd J *et al.* (1999). Unsafe injections in the developing world and transmission of bloodborne pathogens: a review. *Bull World Health Organ*, 77: 789–800. PMID:10593026

Song BC, Cui XJ, Kim H (2005). Hepatitis B virus genotypes in Korea: an endemic area of hepatitis B virus infection. *Intervirology*, 48: 133–137. doi:10.1159/000081740 PMID:15812186

Squadrito G, Pollicino T, Cacciola I *et al.* (2006). Occult hepatitis B virus infection is associated with the development of hepatocellular carcinoma in chronic hepatitis C patients. *Cancer*, 106: 1326–1330. doi:10.1002/cncr.21702 PMID:16453330

Stambolic V, MacPherson D, Sas D *et al.* (2001). Regulation of PTEN transcription by p53. *Mol Cell*, 8: 317–325. doi:10.1016/S1097-2765(01)00323-9 PMID:11545734

Su F & Schneider RJ (1997). Hepatitis B virus HBx protein sensitizes cells to apoptotic killing by tumor necrosis factor alpha. *Proc Natl Acad Sci U S A*, 94: 8744–8749. doi:10.1073/pnas.94.16.8744 PMID:9238048

Su FH, Chen JD, Cheng SH *et al.* (2007). Seroprevalence of Hepatitis-B infection amongst Taiwanese university students 18 years following the commencement of a national Hepatitis-B vaccination program. *J Med Virol*, 79: 138–143. doi:10.1002/jmv.20771 PMID:17177303

Su FH, Chen JD, Cheng SH *et al.* (2008). Waning-off effect of serum hepatitis B surface antibody amongst Taiwanese university students: 18 years post-implementation of Taiwan's national hepatitis B vaccination programme. *J Viral Hepat*, 15: 14–19. PMID:18088240

Su PF, Lee TC, Lin PJ *et al.* (2007a). Differential DNA methylation associated with hepatitis B virus infection in hepatocellular carcinoma. *Int J Cancer*, 121: 1257–1264. doi:10.1002/ijc.22849 PMID:17534893

Sugauchi F, Chutaputti A, Orito E *et al.* (2002). Hepatitis B virus genotypes and clinical manifestation among hepatitis B carriers in Thailand. *J Gastroenterol Hepatol*, 17: 671–676. doi:10.1046/j.1440-1746.2002.02754.x PMID:12100612

Sugauchi F, Mizokami M, Orito E *et al.* (2001). A novel variant genotype C of hepatitis B virus identified in isolates from Australian Aborigines: complete genome sequence and phylogenetic relatedness. *J Gen Virol*, 82: 883–892. PMID:11257194

Sun CA, Farzadegan H, You SL *et al.* (1996). Mutual confounding and interactive effects between hepatitis C and hepatitis B viral infections in hepatocellular carcinogenesis: a population-based case-control study in Taiwan. *Cancer Epidemiol Biomarkers Prev*, 5: 173–178. PMID:8833617

Sun Z, Zhu Y, Stjernsward J *et al.* (1991). Design and compliance of HBV vaccination trial on newborns to prevent hepatocellular carcinoma and 5-year results of its pilot study. *Cancer Detect Prev*, 15: 313–318. PMID:1665400

Sunbul M & Leblebicioglu H (2005). Distribution of hepatitis B virus genotypes in patients with chronic hepatitis B in Turkey. *World J Gastroenterol*, 11: 1976–1980. PMID:15800989

Suwannakarn K, Tangkijvanich P, Thawornsuk N *et al.* (2008). Molecular epidemiological study of hepatitis B virus in Thailand based on the analysis of pre-S and S genes. *Hepatol Res*, 38: 244–251. doi:10.1111/j.1872-034X.2007.00254.x PMID:17711443

Takada S, Gotoh Y, Hayashi S *et al.* (1990). Structural rearrangement of integrated hepatitis B virus DNA as well as cellular flanking DNA is present in chronically infected hepatic tissues. *J Virol*, 64: 822–828. PMID:2296084

Takada S, Kaneniwa N, Tsuchida N, Koike K (1997). Cytoplasmic retention of the p53 tumor suppressor gene product is observed in the hepatitis B virus X gene-transfected cells. *Oncogene*, 15: 1895–1901. doi:10.1038/sj.onc.1201369 PMID:9365235

Tanaka H, Tsukuma H, Yamano H *et al.* (2004). Prospective study on the risk of hepatocellular carcinoma among hepatitis C virus-positive blood donors focusing on demographic factors, alanine aminotransferase level at donation and interaction with hepatitis B virus. *Int J Cancer*, 112: 1075–1080. doi:10.1002/ijc.20507 PMID:15386355

Tangkijvanich P, Mahachai V, Komolmit P *et al.* (2005). Hepatitis B virus genotypes and hepatocellular carcinoma in Thailand. *World J Gastroenterol*, 11: 2238–2243. PMID:15818732

Tennant BC, Toshkov IA, Peek SF *et al.* (2004). Hepatocellular carcinoma in the woodchuck model of hepatitis B virus infection. *Gastroenterology*, 127: Suppl 1S283–S293. doi:10.1053/j.gastro.2004.09.043 PMID:15508096

Thakur V, Guptan RC, Kazim SN *et al.* (2002). Profile, spectrum and significance of HBV genotypes in chronic liver disease patients in the Indian subcontinent. *J Gastroenterol Hepatol*, 17: 165–170. doi:10.1046/j.1440-1746.2002.02605.x PMID:11966946

The Gambia Hepatitis Study Group (1987). The Gambia Hepatitis Intervention Study. *Cancer Res*, 47: 5782–5787. PMID:2822233

Thippavazzula R, Mogili C, Chandra M *et al.* (2006). Prevalent HBV genotypes and subtypes in a South Indian population. *J Clin Virol*, 37: 58–64. doi:10.1016/j.jcv.2006.05.008 PMID:16846749

Toan NL, Song H, Kremsner PG *et al.* (2006). Impact of the hepatitis B virus genotype and genotype mixtures on the course of liver disease in Vietnam. *Hepatology*, 43: 1375–1384. doi:10.1002/hep.21188 PMID:16729315

Torbenson M & Thomas DL (2002). Occult hepatitis B. *Lancet Infect Dis*, 2: 479–486. doi:10.1016/S1473-3099(02)00345-6 PMID:12150847

Trush MA & Kensler TW (1991). An overview of the relationship between oxidative stress and chemical carcinogenesis. *Free Radic Biol Med*, 10: 201–209. doi:10.1016/0891-5849(91)90077-G PMID:1864525

Tsai JF, Jeng JE, Ho MS *et al.* (1996a). Additive effect modification of hepatitis B surface antigen and e antigen on the development of hepatocellular carcinoma. *Br J Cancer*, 73: 1498–1502. doi:10.1038/bjc.1996.283 PMID:8664119

Tsai JF, Jeng JE, Ho MS *et al.* (1996b). Independent and additive effect modification of hepatitis C and B viruses infection on the development of chronic hepatitis. *J Hepatol*, 24: 271–276. doi:10.1016/S0168-8278(96)80004-3 PMID:8792192

Tsai JF, Jeng JE, Ho MS *et al.* (1997). Effect of hepatitis C and B virus infection on risk of hepatocellular carcinoma: a prospective study. *Br J Cancer*, 76: 968–974. doi:10.1038/bjc.1997.493 PMID:9328161

Tsen YJ, Chang MH, Hsu HY *et al.* (1991). Seroprevalence of hepatitis B virus infection in children in Taipei, 1989: five years after a mass hepatitis B vaccination program. *J Med Virol*, 34: 96–99. doi:10.1002/jmv.1890340205 PMID:1832440

Ulcickas Yood M, Quesenberry CP Jr, Guo D *et al.* (2007). Incidence of non-Hodgkin's lymphoma among individuals with chronic hepatitis B virus infection. *Hepatology*, 46: 107–112. doi:10.1002/hep.21642 PMID:17526021

Usuda S, Okamoto H, Iwanari H *et al.* (1999). Serological detection of hepatitis B virus genotypes by ELISA with monoclonal antibodies to type-specific epitopes in the preS2-region product. *J Virol Methods*, 80: 97–112. doi:10.1016/S0166-0934(99)00039-7 PMID:10403681

Vall Mayans M, Hall AJ, Inskip HM *et al.* (1990). Risk factors for transmission of hepatitis B virus to Gambian children. *Lancet*, 336: 1107–1109. doi:10.1016/0140-6736(90)92580-B PMID:1977989

Vall Mayans M, Hall AJ, Inskip HM *et al.* (1994). Do bedbugs transmit hepatitis B? *Lancet*, 343: 761–763. doi:10.1016/S0140-6736(94)91838-4 PMID:7907732

Vildósola GH (2000). [Hepatitis B vaccination impact on acute disease, chronic carriers and hepatocarcinoma incidence.] *Rev Gastroenterol Peru*, 20: 414–421. PMID:12140576

Vivekanandan P, Abraham P, Sridharan G *et al.* (2004). Distribution of hepatitis B virus genotypes in blood donors and chronically infected patients in a tertiary care hospital in southern India. *Clin Infect Dis*, 38: e81–e86. doi:10.1086/383144 PMID:15127358

Viviani S, Carrieri P, Bah E *et al.*Gambia Hepatitis Intervention Study (2008). 20 years into the Gambia Hepatitis Intervention Study: assessment of initial hypotheses and prospects for evaluation of protective effectiveness against liver cancer. *Cancer Epidemiol Biomarkers Prev*, 17: 3216–3223. doi:10.1158/1055-9965.EPI-08-0303 PMID:18990765

Wang HC, Wu HC, Chen CF *et al.* (2003b). Different types of ground glass hepatocytes in chronic hepatitis B virus infection contain specific pre-S mutants that may induce endoplasmic reticulum stress. *Am J Pathol*, 163: 2441–2449. doi:10.1016/S0002-9440(10)63599-7 PMID:14633616

Wang HP & Rogler CE (1991). Topoisomerase I-mediated integration of hepadnavirus DNA in vitro. *J Virol*, 65: 2381–2392. PMID:1850018

Wang J, Chenivesse X, Henglein B, Bréchot C (1990). Hepatitis B virus integration in a cyclin A gene in a hepatocellular carcinoma. *Nature*, 343: 555–557. doi:10.1038/343555a0 PMID:1967822

Wang LY, You SL, Lu SN *et al.* (2003a). Risk of hepatocellular carcinoma and habits of alcohol drinking, betel quid chewing and cigarette smoking: a cohort of 2416 HBsAg-seropositive and 9421 HBsAg-seronegative male residents in Taiwan. *Cancer Causes Control*, 14: 241–250. doi:10.1023/A:1023636619477 PMID:12814203

Westland C, Delaney W 4th, Yang H *et al.* (2003). Hepatitis B virus genotypes and virologic response in 694 patients in phase III studies of adefovir dipivoxil1. *Gastroenterology*, 125: 107–116. doi:10.1016/S0016-5085(03)00700-5 PMID:12851876

WHO (2001). *Introduction of hepatitis B vaccine into childhood immunization services.* World Health Organization (ed) Geneva: No. Who/V&B/01.31, i-48.

Wild CP & Montesano R (2009). A model of interaction: aflatoxins and hepatitis viruses in liver cancer aetiology

and prevention. *Cancer Lett*, 286: 22–28. doi:10.1016/j.canlet.2009.02.053 PMID:19345001

Williams I, Smith MG, Sinha D *et al.* (1997). Hepatitis B virus transmission in an elementary school setting. *JAMA*, 278: 2167–2169. doi:10.1001/jama.278.24.2167 PMID:9417011

Wu HC, Wang Q, Wang LW *et al.* (2007). Polycyclic aromatic hydrocarbon- and aflatoxin-albumin adducts, hepatitis B virus infection and hepatocellular carcinoma in Taiwan. *Cancer Lett*, 252: 104–114. doi:10.1016/j.canlet.2006.12.010 PMID:17250958

Wu HC, Wang Q, Yang HI *et al.* (2008). Urinary 15-F2t-isoprostane, aflatoxin B1 exposure and hepatitis B virus infection and hepatocellular carcinoma in Taiwan. *Carcinogenesis*, 29: 971–976. doi:10.1093/carcin/bgn057 PMID:18310087

Yalcin K, Degertekin H, Bahcecioglu IH *et al.* (2004). Hepatitis B virus genotype D prevails in patients with persistently elevated or normal ALT levels in Turkey. *Infection*, 32: 24–29. doi:10.1007/s15010-004-3010-7 PMID:15007739

Yamanaka T, Shiraki K, Nakazaawa S *et al.* (2001). Impact of hepatitis B and C virus infection on the clinical prognosis of alcoholic liver cirrhosis. *Anticancer Res*, 21: 4B2937–2940. PMID:11712790

Yang HI, Lu SN, Liaw YF *et al.*Taiwan Community-Based Cancer Screening Project Group (2002). Hepatitis B e antigen and the risk of hepatocellular carcinoma. *N Engl J Med*, 347: 168–174. doi:10.1056/NEJMoa013215 PMID:12124405

Yang HI, Yeh SH, Chen PJ *et al.*REVEAL-HBV Study Group (2008). Associations between hepatitis B virus genotype and mutants and the risk of hepatocellular carcinoma. *J Natl Cancer Inst*, 100: 1134–1143. doi:10.1093/jnci/djn243 PMID:18695135

Yang W & Summers J (1999). Integration of hepadnavirus DNA in infected liver: evidence for a linear precursor. *J Virol*, 73: 9710–9717. PMID:10559280

Yu MC, Yuan JM, Ross RK, Govindarajan S (1997c). Presence of antibodies to the hepatitis B surface antigen is associated with an excess risk for hepatocellular carcinoma among non-Asians in Los Angeles County, California. *Hepatology*, 25: 226–228. doi:10.1002/hep.510250141 PMID:8985295

Yu MW, Hsu FC, Sheen IS *et al.* (1997a). Prospective study of hepatocellular carcinoma and liver cirrhosis in asymptomatic chronic hepatitis B virus carriers. *Am J Epidemiol*, 145: 1039–1047. PMID:9169913

Yu MW, Shih WL, Lin CL *et al.* (2008). Body-mass index and progression of hepatitis B: a population-based cohort study in men. *J Clin Oncol*, 26: 5576–5582. doi:10.1200/JCO.2008.16.1075 PMID:18955457

Yu MW, Yang SY, Pan IJ *et al.* (2003). Polymorphisms in XRCC1 and glutathione S-transferase genes and hepatitis B-related hepatocellular carcinoma. *J Natl Cancer Inst*, 95: 1485–1488. PMID:14519756

Yu MW, Yeh SH, Chen PJ *et al.* (2005). Hepatitis B virus genotype and DNA level and hepatocellular carcinoma: a prospective study in men. *J Natl Cancer Inst*, 97: 265–272. doi:10.1093/jnci/dji043 PMID:15713961

Yuen MF, Sablon E, Tanaka Y *et al.* (2004). Epidemiological study of hepatitis B virus genotypes, core promoter and precore mutations of chronic hepatitis B infection in Hong Kong. *J Hepatol*, 41: 119–125. doi:10.1016/j.jhep.2004.03.004 PMID:15246217

Zarski JP, Bohn B, Bastie A *et al.* (1998). Characteristics of patients with dual infection by hepatitis B and C viruses. *J Hepatol*, 28: 27–33. doi:10.1016/S0168-8278(98)80198-0 PMID:9537860

Zeng G, Wang Z, Wen S *et al.* (2005). Geographic distribution, virologic and clinical characteristics of hepatitis B virus genotypes in China. *J Viral Hepat*, 12: 609–617. doi:10.1111/j.1365-2893.2005.00657.x PMID:16255762

Zhang JY, Dai M, Wang X *et al.* (1998). A case-control study of hepatitis B and C virus infection as risk factors for hepatocellular carcinoma in Henan, China. *Int J Epidemiol*, 27: 574–578. doi:10.1093/ije/27.4.574 PMID:9758109

Zhang Z, Torii N, Furusaka A *et al.* (2000). Structural and functional characterization of interaction between hepatitis B virus X protein and the proteasome complex. *J Biol Chem*, 275: 15157–15165. doi:10.1074/jbc.M910378199 PMID:10748218

Zhou T, Evans AA, London WT *et al.* (1997). Glutathione S-transferase expression in hepatitis B virus-associated human hepatocellular carcinogenesis. *Cancer Res*, 57: 2749–2753. PMID:9205086

Zhu L, Tse CH, Wong VW *et al.* (2008). A complete genomic analysis of hepatitis B virus genotypes and mutations in HBeAg-negative chronic hepatitis B in China. *J Viral Hepat*, 15: 449–458. doi:10.1111/j.1365-2893.2008.00967.x PMID:18266648

Zoli M, Magalotti D, Bianchi G *et al.* (1996). Efficacy of a surveillance program for early detection of hepatocellular carcinoma. *Cancer*, 78: 977–985. doi:10.1002/(SICI)1097-0142(19960901)78:5<977::AID-CNCR6>3.0.CO;2-9 PMID:8780534