Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
**HOLLINGSWORTH LLP**
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
        elasker@hollingsworthllp.com
        mcalhoun@hollingsworthllp.com
        hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | **MONSANTO COMPANY'S *AMENDED* ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ALL ACTIONS | |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, Defendant Monsanto Company ("Monsanto') hereby submits this Amended Administrative Motion to File under Seal ("Motion").

Monsanto has filed conditionally under seal portions of supporting exhibits to its *Daubert* briefs and motion for summary judgment that contain information about plaintiffs' medical conditions and/or other personally identifiable information of plaintiffs or other individuals, as well as Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds.

Monsanto inadvertently submitted two Redacted Versions of the Deposition Transcript of

Chadi Nabhan in the *Gebeyehou* case dated December 14, 2018, with its Administrative Motion to

File Under Seal (See ECF Nos. 2415-10 and 2415-16).  Monsanto intended to submit as ECF

No. 2415-16 a Redacted Version of the Deposition Transcript of Chadi Nabhan given in the

*Hardeman* case dated December 14, 2018.

Monsanto therefore submits this Amended Administrative Motion to File under Seal the

Deposition Transcript of Chadi Nabhan given in the *Hardeman* case dated December 14, 2018.

### CONCLUSION

For all of these reasons, Monsanto respectfully requests that the Court grants its Motion

to conditionally seal.


DATED: January 4, 2019                    Respectfully submitted,

                                          /s/ Eric G. Lasker
                                          Joe G. Hollingsworth (*pro hac vice*)
                                          (jhollingsworth@hollingsworthllp.com)
                                          Eric G. Lasker (*pro hac vice*)
                                          (elasker@hollingsworthllp.com)
                                          Martin C. Calhoun (*pro hac vice*)
                                          (mcalhoun@hollingsworthllp.com)
                                          Heather A. Pigman (*pro hac vice*)
                                          (hpigman@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
                                          1350 I Street, N.W.
                                          Washington, DC  20005
                                          Telephone:  (202) 898-5800
                                          Facsimile:   (202) 682-1639

                                          Attorneys for Defendant,
                                          MONSANTO COMPANY

MONSANTO'S AMENDED ADMINISTRATIVE MOT. TO FILE UNDER SEAL
16-md-02741-VC