**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:     202-682-1639
Email: jhollingsworth@hollingsworthllp.com
          elasker@hollingsworthllp.com
          mcalhoun@hollingsworthllp.com
          hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

## <u>DECLARATION IN SUPPORT OF MONSANTO COMPANY'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL</u>

I, Joe G. Hollingsworth, declare:

1. I am an attorney duly admitted to practice before this Court.  I am a partner with Hollingsworth LLP, attorneys of record for Monsanto Company ("Monsanto").  I submit this Declaration in support of Monsanto's Amended Administrative Motion to File Under Seal.

2. Monsanto has filed conditionally under seal portions of supporting exhibits to its *Daubert* briefs and motion for summary judgment and Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds, Monsanto Company's Notice of Motion and Motion to Exclude Testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds. Portions of these exhibits and briefs contain confidential information regarding plaintiffs' medical conditions and/or other personally identifiable information of the expert witness or other individuals.  Counsel for Group 1 Plaintiffs specifically requested that Monsanto redact any information related to medical conditions.

I declare under penalty of perjury that the foregoing is true and correct.

1

2

3

4

5

DATED: January 4, 2019

Respectfully submitted,

6

7

8

Joe G. Hollingsworth (pro hac vice)
(jhollingsworth@hollingsworthllp.com)

9

Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)

10

Martin C. Calhoun (pro hac vice)
(mcalhoun@hollingsworthllp.com)

11

Heather A. Pigman (pro hac vice)
(hpigman@hollingsworthllp.com)

12

HOLLINGSWORTH LLP
1350 I Street, N.W.

13

Washington, DC  20005
Telephone:  (202) 898-5800

14

Facsimile:   (202) 682-1639

15

Attorneys for Defendant
MONSANTO COMPANY

16

17

18

19

20

21

22

23

24

25

26

27

28

HOLLINGSWORTH DECL. IN SUPPORT OF MONSANTO COMPANY'S AMENDED ADMINISTRATIVE
MOTION TO FILE UNDER SEAL (3:16-md-02741-VC)