UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANT'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of supporting exhibits to its *Daubert* briefs and motion for summary judgment that contain information about plaintiffs' medical conditions and/or other personally identifiable information of plaintiffs or other individuals. Having considered the papers, and for compelling reasons shown, the Court hereby **GRANTS** Monsanto Company's request and **ORDERS**:

The following document shall be maintained under seal until further order of the Court, with the publicly filed version redacted:

1. Redacted Version of Deposition Transcript of Chadi Nabhan given in the *Hardeman* case dated December 14, 2018

Date: _____, 2019         _____
                                       HONORABLE VINCE CHHABRIA
                                       UNITED STATES DISTRICT COURT