**BARTLIT BECK LLP**
Brian S. Prestes (*pro hac vice*)
54 W. Hubbard Street
Chicago, IL 60654
Tel: 312-494-4446
Fax: 312-494-4440
Email: brian.prestes@BartlitBeck.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brian S. Prestes, of Bartlit Beck LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | |
|---|---|
| DATED: January 4, 2019 | Respectfully submitted, |
| | /s/ Brian S. Prestes |
| | Brian S. Prestes (*pro hac vice*) |
| | (brian.prestes@BartlitBeck.com) |
| | 54 W. Hubbard Street |
| | Chicago, IL 60654 |
| | Telephone: 312-494-4446 |
| | Facsimile: 312-494-4440 |
| | |
| | *Attorneys for Defendant* |
| | *MONSANTO COMPANY* |