# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 4, 2019 | **Time:** 2 hours | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.:** 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Robin Greenwald, Aimee Wagstaff, Tesfay Tsadik, Brian Brake, Mark Burton, Kathryn Forgie, Yvonne Flatery, Jennifer Moore, Michael Baum, R. Brent Wisner

**Attorney for Defendant:** Brian Stekloff, Pamela Yates, Andrew Solow, Rakesh Kilaru

**Deputy Clerk:** Mauriona Lee          **Court Reporter:** Marla Knox

### PROCEEDINGS:

Further case management conference held.

### ORDER AFTER HEARING:

Plaintiff's oral motion to reconsider the bifurcation decision, Pretrial Order 61, is denied. Order to be issued by the court summarizing today's hearing.