UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

    Monsanto Company's ("Monsanto") Motion to Remove Incorrectly Filed Document was presented to the Court. Upon consideration of the Motion, the Court finds there is good cause to remove Docket No. 2414-24 from the record. IT IS THEREFORE ORDERED that Monsanto's Motion to Remove Incorrectly Filed Document Docket No. 2414-24 is permanently deleted from the Court's docket.

Date: _____, 2019     _____
                                                 HONORABLE VINCE CHHABRIA
                                                 UNITED STATES DISTRICT COURT