Curtis G. Hoke (State Bar No. 282465)
Brian K. Brake (Pro Hac Vice)
**THE MILLER FIRM, LLC**
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
choke@millerfirmllc.com
bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *ALL ACTIONS* | **PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [#2414] AND AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL [#2421]** |

Monsanto has conditionally filed under seal portions of motions and supporting exhibits with reference to its motions filed on 1/3/2019 at the request of Plaintiffs' counsel to protect disclosure of personal identifying information and other information related to Plaintiffs' medical conditions.

Plaintiffs' join in this request as such information should be redacted pursuant to Federal Rule of Civil Procedure. 5.2 and the policy articulated by the USDC for the Northern District of California.  See http://www.cand.uscourts.gov/ecf/redaction (medical information is appropriate for redaction).

Accordingly Plaintiffs join in Monsanto's motions, move the Court to grant Monsanto's motions to conditionally seal the information referenced in those motions, and agree to the entry of Monsanto's previously filed proposed orders regarding #2414 and #2421.

Dated:  January 7, 2018                    By:  _/s/ Briank K. Brake_____
                                                                   Brian K. Brake, Esq. (Pro Hac Vice)
                                                                   The Miller Firm LLC
                                                                   108 Railroad Avenue
                                                                   Orange, VA 22960
                                                                   Phone:  540-672-4224
                                                                   Fax:  540-672-3055
                                                                   bbrake@millerfirmllc.com

                                                                   *Attorney for Plaintiffs*

2

PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [#2414] AND AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL [#2421].