**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
                  elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Klaus Krunnies, individually and as a Representative of the Estate of Donna Krunnies v. Monsanto Co.*, Case No. 3:18-cv-07071-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

| | | |
|---|---|---|
| 1 | DATED:  January 7, 2018 | Respectfully submitted, |
| 2 | | /s/ Joe G. Hollingsworth |
| | | Joe G. Hollingsworth (*pro hac vice*) |
| 3 | | (jhollingsworth@hollingsworthllp.com) |
| | | Eric G. Lasker (*pro hac vice*) |
| 4 | | (elasker@hollingsworthllp.com) |
| | | HOLLINGSWORTH LLP |
| 5 | | 1350 I Street, N.W. |
| | | Washington, DC  20005 |
| 6 | | Telephone:  (202) 898-5800 |
| | | Facsimile:   (202) 682-1639 |
| 7 | | |
| | | *Attorneys for Defendant* |
| 8 | | *MONSANTO COMPANY* |

(Lines 9–28 blank)

---

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:18-cv-07071-VC