1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:  (202) 898-5800
4 Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 IN RE: ROUNDUP PRODUCTS              MDL No. 2741
LIABILITY LITIGATION
11                                      Case No. 3:16-md-02741-VC

12 This document relates to:

13 *Charles Friedman v. Monsanto Co.*
Case No. 3:18-cv-07628-VC
14

15     **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18        1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19        2.      Bayer AG is a publicly held corporation.

20 DATED:  January 9, 2019              Respectfully submitted,

21                                      /s/ Joe G. Hollingsworth
                                        Joe G. Hollingsworth (*pro hac vice*)
22                                      (jhollingsworth@hollingsworthllp.com)
                                        Eric G. Lasker (*pro hac vice*)
23                                      (elasker@hollingsworthllp.com)
                                        HOLLINGSWORTH LLP
24                                      1350 I Street, N.W.
                                        Washington, DC  20005
25                                      Telephone:  (202) 898-5800
                                        Facsimile:   (202) 682-1639
26
                                        *Attorneys for Defendant*
27                                      *MONSANTO COMPANY*

28