**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: 303-376-6360

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>*ALL ACTIONS*<br><br>_____ | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' CROSS NOTICE OF TAKING DEPOSITION OF EXPONENT INC'S PERSONS MOST QUALIFIED AND REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS AT DEPOSITION**<br><br>Deposition Date: January 31, 2018<br>Time: 9:00 A.M. PT<br>Location: The Westin Palo Alto<br>675 El Camino Real<br>Palo Alto, CA 94301 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned action hereby cross notice the

Deposition of Exponent Inc.'s Person Most Qualified as noticed in JCCP 4953 – In Re: Roundup

Products. The Amended Notice of the JCCP Deposition is attached hereto as **Exhibit A** and the

Document Request is incorporated into this Notice.  Pursuant to this Cross-Notice, MDL Plaintiffs will

take the deposition of Exponent Inc.'s Person(s) Most Qualified about the categories of testimony herein,

on January 31, 2019 at 9:00 am PT at The Westin Palo Alto, 675 El Camino Real, Palo Alto, CA 94301.

The deposition will be taken before a certified court reporter and be videotaped, and shall continue from

day to day, until complete.

PLEASE TAKE FURTHER NOTICE that the deponent is also required to produce for inspection and copying the DOCUMENTS requested in Exhibit A hereto by January 15, 2019.  Please note that undersigned counsel previously negotiated a production date with Exponent's counsel for December 20, 2018, which production date has been largely ignored.

Dated: January 9, 2019                    Respectfully submitted,

By: /s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.
**ANDRUS WAGSTAFF, PC**
Aimee.wagstaff@andruswagstaff.com