UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Griffeth v. Monsanto Company*, Case No. 3:18-cv-05777-VC | **ORDER GRANTING MOTION TO SUBSTITUTE PARTIES** |

     The request to substitute Barbara Barnard, Administratrix of the Estate of Trina Gunnoe, in the place of Trina Gunnoe is granted.

**IT IS SO ORDERED.**

Date:   January 9, 2019

_____
VINCE CHHABRIA
United States District Judge