UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 64:**<br>**ORDER RE: JANUARY 3, 2019,**<br>**DISCOVERY LETTER**<br>Dkt. No. 2407 |

The plaintiffs' requests as to issues 2 and 3 are granted. Monsanto is directed to resubmit RFA Nos. 4-7 without the unnecessary language highlighted by the plaintiffs, and Monsanto is deemed to have admitted RFA No. 8. *See* Dkt. No. 2407-3, 2407-4. The plaintiffs' request as to issue 4 is granted in part. Monsanto is directed to respond to RFAs No. 43-107 regarding specific employees, but Monsanto need not respond to Interrogatory No. 10.

Monsanto's request to strike Exhibits C and D is denied. *See* Dkt. No. 2407-3, 2407-4.

**IT IS SO ORDERED.**

Date: January 9, 2019

_____
VINCE CHHABRIA
United States District Judge