UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**ORDER RE: COURTESY COPIES AND THUMB DRIVES** |

Within three days of filing each summary judgment and/or *Daubert* brief, the parties are directed to deliver to Judge Chhabria's chambers (1) a tabbed binder with an unredacted paper copy of the filing, including the brief and all unredacted attachments filed in connection with the brief; and (2) a flash drive containing the brief and all unredacted attachments. On the flash drive, the file name of each document should include the name of the document, a brief description of the document, and the docket number in brackets. For example, the file name for Dkt. No. 2418-7 would be "Ex. 6-State Transcript [2418-7]." Each document in the binder and on the flash drive should be the filed version of the document on ECF (including the ECF header at the top of the document).

**IT IS SO ORDERED.**

Date: January 10, 2019

_____
VINCE CHHABRIA
United States District Judge