

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
———
A LIMITED LIABILITY
PARTNERSHIP

January 11, 2019

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    **_In re Roundup Prods. Liab. Litig._, No. 3:16-md-02741-VC**

Dear Judge Chhabria:

      Monsanto respectfully submits two proposed revisions to the Draft Juror Questionnaire prepared by the Court, as illustrated in the redline attached as Exhibit A.  *First*, Monsanto proposes moving up and strengthening the Court's proposed admonition to jurors regarding communications or research about this case.  While such prohibitions are important in every case, they are especially important here given the intense public scrutiny and extensive media coverage of this trial, as well as the high-profile and highly-publicized verdict in the *Johnson* trial.  *See generally* Exhibit B, 10/29/18 CMC Tr. at 53-55, 59-61 (discussing the publicity associated with the *Johnson* verdict and post-trial proceedings).  An early, forceful warning will also minimize the possibility that jurors will attempt to conduct research or discuss the case with each other as soon as they read the case caption.

      *Second*, Monsanto respectfully submits that the bias inquiry about Monsanto or chemical companies posed in question 17 of the proposed questionnaire should not be framed in comparison or contrast to an individual plaintiff in the first instance.  Any feelings or opinions that jurors have about Monsanto or chemical companies are potential sources of bias that both parties should have a full and fair opportunity to explore.  For example, jurors may have general biases against Monsanto or chemical companies that impact their fairness, even if they believe they can be fair in specific circumstances.  While Monsanto's initial proposed questionnaire included a question similar to the Court's question 17, it came after a more open-ended question about jurors's reactions to Monsanto.  At minimum, the Court should ask prospective jurors to answer the more open-ended question now proposed by Monsanto before asking whether their opinions or feelings would impair their ability to be fair and impartial.

Respectfully submitted,

/s/ Brian L. Stekloff_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Attorneys for Defendant
MONSANTO COMPANY

Cc: Counsel of Record (via ECF)