Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF LELAND BELEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' (1) RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S SPECIFIC CAUSATION *DAUBERT* AND SUMMARY JUDGMENT MOTION AND (2) *DAUBERT* MOTION TO STRIKE CERTAIN OPINIONS OF MONSANTO COMPANY'S EXPERT WITNESSES** |

I, Leland H. Belew, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate attorney at Andrus Anderson LLP, designated as co-liaison counsel for plaintiffs in MDL No. 2741. I submit this Declaration in support of Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' (1) Response in Opposition to Monsanto Company's Specific Causation *Daubert* and Summary Judgment Motion and (2) *Daubert* Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses, and supporting exhibits.

I. *Documents and Information Lodged Conditionally Under Seal Pursuant to Monsanto's Designations.*

2. Plaintiffs have filed conditionally under seal portions of Plaintiffs' (1) Response in Opposition to Monsanto Company's Specific Causation *Daubert* and Summary Judgment Motion and (2) *Daubert* Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses, and supporting exhibits, that were designated as "Confidential" by Monsanto when produced in response to Plaintiffs' discovery requests pursuant to the Protective Order, filed December 9, 2016 (ECF No. 64), or Amended Protective Order, filed September 6, 2017 (ECF No. 519). Counsel for Monsanto has requested Plaintiffs redact this information.

3. Monsanto has designated confidential the following exhibits filed in support of Plaintiffs' *Daubert* briefs:

   a. *Exhibit 17 – Christian Steidl Expert Report (Hardeman)*
   b. *Exhibit 18 – Alexandra Levine Expert Report (Hardeman)*
   c. *Exhibit 19 – Michael Grossbard Expert Report (Hardeman)*
   d. *Exhibit 21 – MONGLY01075506 Summ hazard assessment*
   e. *Exhibit 24 – Jay Goodman Deposition*
   f. *Exhibit 25 – Lawrence Zukerberg Expert Report (Gebeyehou)*
   g. *Exhibit 26 – Celeste Bello Expert Report (Stevick)*
   h. *Exhibit 27 – J. Pablo Villablanca Expert Report (Stevick)*
   i. *Exhibit 28 – Daniel Arber Deposition (Corrected) - Full PDF*

    j. *Exhibit 30 – William Fleming Suppl. Report (Gebeyehou)*

    k. *Exhibit 31 – Kassim Al-Khatib Expert Report (Hardeman)*

    l. *Exhibit 32 – (Hardeman) Michael Sullivan Deposition - Condensed*

    m. *Exhibit 33 – Connie Welch Deposition - Condensed*

II. <u>*Documents and Information Lodged Conditionally Under Seal to Protect Plaintiffs' Private Medical Information and Other Personally Identifiable Information*</u>

4. Plaintiffs have also filed conditionally under seal portions of Plaintiffs' (1) Response in Opposition to Monsanto Company's Specific Causation *Daubert* and Summary Judgment Motion and (2) *Daubert* Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses, and supporting exhibits, that contain confidential information regarding Group 1 plaintiffs' medical conditions and/or other personally identifiable information.

5. Plaintiffs request that the following exhibit pages be filed under seal:

| Exhibit | Document Title | Page:Line |
|---|---|---|
|  | Plaintiffs' (1) Response in Opposition to Monsanto Company's Specific Causation Daubert and Summary Judgment Motion and (2) Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses | 22:10-24:14 (incl. fn. 19); 25:7-26; 26:19-22 (incl. fn. 20); 34:27-35:1; 35:16-17; 35:24-36:2; 37:22-24; 39:17-40:24 |
| 3 | Dr. Shustov Deposition (Stevick) | 6:8-13:15; 16:15-23; 17:8-25; 18:14-49-5; 49:24-55:1; 55:12-64:6; 65:9-69:16 71:2-77:7 82:1-84:3 |
| 4 | Dr. Nabhan Deposition (Hardeman) | 7:10-12:13; 17:12-23; 14:3-4; 15:21-24; 16:1-2; 18:18-19:3; 32:21; 33:8-14; 35:10-49:13; 50:22-51:13; 53:23-58:12; 62:4-17; 63:21-71:25; 72:10-77:8; 79:12-80:14; 80:20-84:25; 85:3-97:12; 97:14-99:25; 100:4-104:25; 106:3-106:15; 109:22-122:16; 122:20-124:24; 125:10-14 |
| 5 | Dr. Shustov Report (Hardeman) | Portions of Pages 2-4, 5-6 |
| 6 | Dr. Nabhan Report (Hardeman) | Portions of Pages 1-5; 8-9 |
| 7 | Dr. Weisenburger Report (Hardeman) | Portions of Pages 2-3, 4-5 |
| 8 | Dr. Shustov Deposition (Gebeyehou) | 18:7-12; 18:14-18; 19:7-13; 20:12-20; 21:1-8; 45:2; 46:4-9; |

| | | |
|---|---|---|
| | | 52:10-11; 52:13-14; 55:24-25; 56:2-6; 56:8-57:6; 57:12-57:20; 57:22-58:1; 58:23-58:25; 59:2-59:22; 60:21-60:23; 60:25-61:9; 61:23-62:1; 62:6-8; 62:12-13; 62:15-16; 62:24-63:7; 63:11-12; 63:15-25; 65:2-3; 65:6-7; 65:13-20; 66:4-17; 69:5; 69:7-10; 69:23-70:23; 72:15-17; 73:2-10; 74:22; 75:1; 75:7; 75:9-19; 75:22-25; 76:2-14; 76:17-77:2; 77:4-25; 80:18; 81:2; 81:4-10; 81:12-25; 82:5-25; 83:13-20; 84:16-24; 85:1-24; 87:10-13; 125:18-19; 126:16-20; 161:16-162:3; 162:9-12; 162:14-15; 162:20-23; 163:3-10; 163:13-15; 163:18-22; 164:18; 164:22; 172:22-25; 173:2-3; 173:5-7; 173:18-21; 174:1-4; 174:11-175:5; 175:12-25; 176:3-6; 176:8-16 |
| 9 | Dr. Shustov Deposition (Hardeman) | 21:12-17; 30:1-31:8; 33:3-18; 34:19-35:4; 37:21-39:25; 41:1-16; 42:5-43:25; 44:3-8; 44:10-15; 44:18-45:9; 45:12-14; 45:17-22: 45:25-46:11; 46:14-17; 47:6-12; 47:15-22; 48:7-21; 49:1-52:13; 52:16-53:2; 53:11-16; 53:22-24; 54:1-6; 63:3-25; 73:20-75:12; 95:19-103:13; 117:21-118:21; 140:20-141:12; 141:14-142:14; 167:14-183:25; 184:6-187:22; 188:2-189:1; 189:11-200:25; 205:1-16; 206:16-213:18; 216:8-224:3; 239:1-240:25; 280:14-294:5; 294:17-295:14; |
| 10 | Dr. Weisenburger Depo (Hardeman) | 9:12-12:13; 17:11-13; 26:12-23; 30:20-37:12; 37:14-38:25; 39:2-3; 39:6-40:6; 40:10-40:12; 40:14-41:41; 44:1-3; 45:13-19; 45:23-46:9; 49:14-21; 57:22-66:1; 71:25-76:1; 77:11-85:20; 86:13-87:8; 90:19-91:22; 92:8-18; 92:25-94:15; 96:11-15; 96:18-106:13; 106:15-107:9; |

| | | |
|---|---|---|
| | | 107:11-108:3; 108:12-110:16; 110:18-112:24; 113:14-114:19 |
| 11 | Dr. Weisenburger Deposition (Gebeyehou) | 6:3; 10:7-10; 10:15-19; 14:5-6; 17:9-15; 22:17-24; 23:3-14; 24:15-25:8; 27:9-17; 27:19-28:13; 35:15-18; 41:25-43:23; 45:4-6; 45:15-46:21; 46:24-47:2; 48:3-6; 48:12-14; 49:18-21; 64:8-11; 73:2-4; 74:7-9;79:9-11; 13-25; 81:3-10; 81:12-22:81:24-84:17; 85:6-87:4; 87:24-88:5; 88:7-90:9; 91:9-21; 91:24-92:17; 93:3-95:17; 96:24-97:2; 99:2-5; 100:10-16; 101:18-23; 104:3-109:25; 110:2-4; 110:25-117:1; 117:3-20; 117:22-25; 118:2-7; 118:15-18; 119:17-124:11; 124:13-21; 129:5-130:3; 130:9-132:4; 132:7-24; 133:1-10; 133:13-134:5; 134:15-136:13; 138:1-13; 141:8-9; 141:19-143:2 |
| 12 | Dr. Nabhan Deposition (Gebeyehou) | 12:19-15:7; 16:5-17; 18:23-25; 20:9-12; 20:18-21:23; 22:11-14; 23:18-23; 24:5-12; 24:14-26:10; 26:18-21; 27:4-28:25; 29:1-2; 29:5-30:9; 30:21-24; 31:8:37:18; 37:20-38:10; 39:4-7; 39:15-47:19; 47:21:-49:25; 53:23-69:6; 76:6-78:24 |
| 13 | Dr. Shustov Report (Gebeyehou) | Portions of Pages 1-3; 5 |
| 14 | Dr. Nabhan Deposition (Stevick) | 7:18-22; 9:7-19; 10:20-19:8; 19:18-19; 21:7-23:16; 24:7-45:1; 48:4-52:18; 53:10-55:25; 57:5-59:8 |
| 15 | Dr. Weisenburger Report (Stevick) | Portions of Page 3 |
| 17 | Dr. Steidl Report (Hardeman) | Portions of Pages 1; 11-18 |
| 18 | Dr. Levine Report (Hardeman) | Portions of Pages 3' 12-15; 21-24 |
| 19 | Dr. Grossbard Report (Hardeman) | Portions of Pages 3-10 |
| 25 | Dr. Zukerberg Report | Portions of Pages 2-5 |
| 26 | Dr. Bello Report (Stevick) | Portions of Pages 11; 12-14;15-16 |
| 27 | Dr. Vallablanca Report (Stevick) | Portions of Pages 2; 5; 6-12; 13; 16 |
| 30 | Dr. Fleming Report (Gebeyehou) | Portions of Pages 2; 3; 4-6 |

-5-   Case No. 3:16-md-02741-VC
DECLARATION OF LELAND BELEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| 31 | Dr. Al-Khatib Report (Hardeman) | Portion of Page 42 |
| 32 | Dr. Sullivan Deposition (Hardeman) | 16:12-13 |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated:  January 11, 2019  　　　　　　　　　　　　 */s/ Leland H. Belew*
　　　　　　　　　　　　　　　　　　　　　　　　　Leland H. Belew

　　　　　　　　　　　　　　　　　　　　　　　　　Lori E. Andrus (SBN 205816)
　　　　　　　　　　　　　　　　　　　　　　　　　lori@andrusanderson.com
　　　　　　　　　　　　　　　　　　　　　　　　　Jennie Lee Anderson (SBN 203586)
　　　　　　　　　　　　　　　　　　　　　　　　　jennie@andrusanderson.com
　　　　　　　　　　　　　　　　　　　　　　　　　Leland H. Belew (SBN 293096)
　　　　　　　　　　　　　　　　　　　　　　　　　leland@andrusanderson.com
　　　　　　　　　　　　　　　　　　　　　　　　　**ANDRUS ANDERSON LLP**
　　　　　　　　　　　　　　　　　　　　　　　　　155 Montgomery Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:    (415) 986-1400
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:    (415) 986-1474

　　　　　　　　　　　　　　　　　　　　　　　　　Aimee Wagstaff (SBN 278480)
　　　　　　　　　　　　　　　　　　　　　　　　　aimee.wagstaff@andruswagstaff.com
　　　　　　　　　　　　　　　　　　　　　　　　　**ANDRUS WAGSTAFF, PC**
　　　　　　　　　　　　　　　　　　　　　　　　　7171 West Alaska Drive
　　　　　　　　　　　　　　　　　　　　　　　　　Lakewood, CO 80226
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (303) 376-6360
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:   (303) 376-6361

　　　　　　　　　　　　　　　　　　　　　　　　　*Co-Lead Counsel for Plaintiffs in MDL No. 2741*