Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER PORTIONS OF PLAINTIFFS' (1) RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S SPECIFIC CAUSATION *DAUBERT* AND SUMMARY JUDGMENT MOTION AND (2) *DAUBERT* MOTION TO STRIKE CERTAIN OPINIONS OF MONSANTO COMPANY'S EXPERT WITNESSESSEAL** |

Before this Court is Plaintiffs' Administrative Motion to File Under Seal portions of Plaintiffs' (1) Response in Opposition to Monsanto Company's Specific Causation *Daubert* and Summary Judgment Motion and (2) *Daubert* Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses, and supporting exhibits. Having considered the papers, and for compelling reasons shown, the Court hereby **GRANTS** Plaintiffs' request and **ORDERS** the following passages will remain redacted and confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

1. Documents sought to be filed under seal by Defendant Monsanto Company, which were designated as "Confidential" by Monsanto when produced in response to Plaintiffs' discovery requests pursuant to the Protective Order, filed December 9, 2016 (ECF No. 64), or Amended Protective Order, filed September 6, 2017 (ECF No. 519):

   - *Exhibit 17 – Christian Steidl Expert Report (Hardeman)*
   - *Exhibit 18 – Alexandra Levine Expert Report (Hardeman)*
   - *Exhibit 19 – Michael Grossbard Expert Report (Hardeman)*
   - *Exhibit 21 – MONGLY01075506 Summ hazard assessment*
   - *Exhibit 24 – Jay Goodman Deposition*
   - *Exhibit 25 – Lawrence Zukerberg Expert Report (Gebeyehou)*
   - *Exhibit 26 – Celeste Bello Expert Report (Stevick)*
   - *Exhibit 27 – J. Pablo Villablanca Expert Report (Stevick)*
   - *Exhibit 28 – Daniel Arber Deposition (Corrected) - Full PDF*
   - *Exhibit 30 – William Fleming Suppl. Report (Gebeyehou)*
   - *Exhibit 31 – Kassim Al-Khatib Expert Report (Hardeman)*
   - *Exhibit 32 – (Hardeman) Michael Sullivan Deposition - Condensed*
   - *Exhibit 33 – Connie Welch Deposition - Condensed*

2. Documents sought to be filed under seal by Plaintiffs, containing confidential information regarding Group 1 plaintiffs' medical conditions and/or other personally identifiable information.

| Exhibit | Document Title | Page:Line |
|---|---|---|
|  | Plaintiffs' (1) Response in Opposition | 22:10-24:14 (incl. fn. 19); 25:7- |

| | | |
|---|---|---|
| | to Monsanto Company's Specific Causation Daubert and Summary Judgment Motion and (2) Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses | 26; 26:19-22 (incl. fn. 20); 34:27-35:1; 35:16-17; 35:24-36-2; 37:22-24; 39:17-40:24 |
| 3 | Dr. Shustov Deposition (Stevick) | 6:8-13:15; 16:15-23; 17:8-25; 18:14-49:5; 49:24-55:1; 55:12-64:6; 65:9-69:16 71:2-77:7 82:1-84:3 |
| 4 | Dr. Nabhan Deposition (Hardeman) | 7:10-12:13; 17:12-23; 14:3-4; 15:21-24; 16:1-2; 18:18-19:3; 32:21; 33:8-14; 35:10-49:13; 50:22-51:13; 53:23-58:12; 62:4-17; 63:21-71:25; 72:10-77:8; 79:12-80:14; 80:20-84:25; 85:3-97:12; 97:14-99:25; 100:4-104:25; 106:3-106:15; 109:22-122:16; 122:20-124:24; 125:10-14 |
| 5 | Dr. Shustov Report (Hardeman) | Portions of Pages 2-4, 5-6 |
| 6 | Dr. Nabhan Report (Hardeman) | Portions of Pages 1-5; 8-9 |
| 7 | Dr. Weisenburger Report (Hardeman) | Portions of Pages 2-3, 4-5 |
| 8 | Dr. Shustov Deposition (Gebeyehou) | 18:7-12; 18:14-18; 19:7-13; 20:12-20; 21:1-8; 45:2; 46:4-9; 52:10-11; 52:13-14; 55:24-25; 56:2-6; 56:8-57:6; 57:12-57:20; 57:22-58:1; 58:23-58:25; 59:2-59:22; 60:21-60:23; 60:25-61:9; 61:23-62:1; 62:6-8; 62:12-13; 62:15-16; 62:24-63:7; 63:11-12; 63:15-25; 65:2-3; 65:6-7; 65:13-20; 66:4-17; 69:5; 69:7-10; 69:23-70:23; 72:15-17; 73:2-10; 74:22; 75:1; 75:7; 75:9-19; 75:22-25; 76:2-14; 76:17-77:2; 77:4-25; 80:18; 81:2; 81:4-10; 81:12-25; 82:5-25; 83:13-20; 84:16-24; 85:1-24; 87:10-13; 125:18-19; 126:16-20; 161:16-162:3; 162:9-12; 162:14-15; 162:20-23; 163:3-10; 163:13-15; 163:18-22; 164:18; 164:22; 172:22-25; 173:2-3; 173:5-7; 173:18-21; 174:1-4; 174:11-175:5; 175:12-25; 176:3-6; 176:8-16 |
| 9 | Dr. Shustov Deposition (Hardeman) | 21:12-17; 30:1-31:8; 33:3-18; |

| | | | |
|---|---|---|---|
| | | | 34:19-35:4; 37:21-39:25; 41:1-16; 42:5-43:25; 44:3-8; 44:10-15; 44:18-45:9; 45:12-14; 45:17-22: 45:25-46:11; 46:14-17; 47:6-12; 47:15-22; 48:7-21; 49:1-52:13; 52:16-53:2; 53:11-16; 53:22-24; 54:1-6; 63:3-25; 73:20-75:12; 95:19-103:13; 117:21-118:21; 140:20-141:12; 141:14-142:14; 167:14-183:25; 184:6-187:22; 188:2-189:1; 189:11-200:25; 205:1-16; 206:16-213:18; 216:8-224:3; 239:1-240:25; 280:14-294:5; 294:17-295:14; |
| 10 | | Dr. Weisenburger Depo (Hardeman) | 9:12-12:13; 17:11-13; 26:12-23; 30:20-37:12; 37:14-38:25; 39:2-3; 39:6-40:6; 40:10-40:12; 40:14-41:41; 44:1-3; 45:13-19; 45:23-46:9; 49:14-21; 57:22-66:1; 71:25-76:1; 77:11-85:20; 86:13-87:8; 90:19-91:22; 92:8-18; 92:25-94:15; 96:11-15; 96:18-106:13; 106:15-107:9; 107:11-108:3; 108:12-110:16; 110:18-112:24; 113:14-114:19 |
| 11 | | Dr. Weisenburger Deposition (Gebeyehou) | 6:3; 10:7-10; 10:15-19; 14:5-6; 17:9-15; 22:17-24; 23:3-14; 24:15-25:8; 27:9-17; 27:19-28:13; 35:15-18; 41:25-43:23; 45:4-6; 45:15-46:21; 46:24-47:2; 48:3-6; 48:12-14; 49:18-21; 64:8-11; 73:2-4; 74:7-9;79:9-11; 13-25; 81:3-10; 81:12-22:81:24-84:17; 85:6-87:4; 87:24-88:5; 88:7-90:9; 91:9-21; 91:24-92:17; 93:3-95:17; 96:24-97:2; 99:2-5; 100:10-16; 101:18-23; 104:3-109:25; 110:2-4; 110:25-117:1; 117:3-20; 117:22-25; 118:2-7; 118:15-18; 119:17-124:11; 124:13-21; 129:5-130:3; 130:9-132:4; 132:7-24; 133:1-10; 133:13-134:5; 134:15-136:13; 138:1-13; 141:8-9; 141:19-143:2 |
| 12 | | Dr. Nabhan Deposition (Gebeyehou) | 12:19-15:7; 16:5-17; 18:23-25; 20:9-12; 20:18-21:23; 22:11-14; |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | | |
|---|---|---|
| | | 23:18-23; 24:5-12; 24:14-26:10; 26:18-21; 27:4-28:25; 29:1-2; 29:5-30:9; 30:21-24; 31:8:37:18; 37:20-38:10; 39:4-7; 39:15-47:19; 47:21:-49:25; 53:23-69:6; 76:6-78:24 |
| 13 | Dr. Shustov Report (Gebeyehou) | Portions of Pages 1-3; 5 |
| 14 | Dr. Nabhan Deposition (Stevick) | 7:18-22; 9:7-19; 10:20-19:8; 19:18-19; 21:7-23:16; 24:7-45:1; 48:4-52:18; 53:10-55:25; 57:5-59:8 |
| 15 | Dr. Weisenburger Report (Stevick) | Portions of Page 3 |
| 17 | Dr. Steidl Report (Hardeman) | Portions of Pages 1; 11-18 |
| 18 | Dr. Levine Report (Hardeman) | Portions of Pages 3' 12-15; 21-24 |
| 19 | Dr. Grossbard Report (Hardeman) | Portions of Pages 3-10 |
| 25 | Dr. Zukerberg Report | Portions of Pages 2-5 |
| 26 | Dr. Bello Report (Stevick) | Portions of Pages 11; 12-14;15-16 |
| 27 | Dr. Vallablanca Report (Stevick) | Portions of Pages 2; 5; 6-12; 13; 16 |
| 30 | Dr. Fleming Report (Gebeyehou) | Portions of Pages 2; 3; 4-6 |
| 31 | Dr. Al-Khatib Report (Hardeman) | Portion of Page 42 |
| 32 | Dr. Sullivan Deposition (Hardeman) | 16:12-13 |

**IT IS SO ORDERED**

DATE: _____

                                                          HONORABLE VINCE CHHABRIA
                                                          UNITED STATES DISTRICT COURT