# EXHIBIT 14

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3    IN RE:  ROUNDUP PRODUCTS       MDL No. 2741

 4    LIABILITY LITIGATION

 5    _____        Case No. 16-md-02741-VC

 6    This document relates

 7    to:

 8    Stevick v Monsanto Co., et al.

 9    Case No. 3:16-cv-2341-VC

10    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

11                  VIDEO DEPOSITION OF

12                   CHADI NABHAN, M.D.

13

14

15                  December 14, 2018

16                      2:50 p.m.

17

18                Chicago Marriott O'Hare

19      8835 West Higgins Road, Park Ridge, Illinois

20

21

22

23     Deanna Amore, CRR, CSR, RPR, 084-003999

24

25
```

**Page 2**

```
 1            APPEARANCES OF COUNSEL
 2  On Behalf of the Plaintiff, ELAINE STEVICK:
 3       ANDRUS WAGSTAFF
         MS. KATHRYN M. FORGIE
 4       1901 Harrison Street
         Suite 1101
 5       Oakland, California 94612
         (310) 339-8214
 6       kathryn.forgie@andruswagstaff.com
             - and -
 7       WEITZ & LUXENBERG, P.C.
         MS. ROBIN L. GREENWALD
 8       700 Broadway
         New York, New York 10003
 9       (313) 800-4170
         rgreenwald@weitzlux.com
10           - and -
         THE MILLER FIRM, LLC
11       MR. BRIAN BRAKE (via telephone)
         108 Railroad Avenue
12       Orange, Virginia 22960
         (540) 672-4224
13       bbrake@millerfirmllc.com
14  On Behalf of the Defendant, MONSANTO COMPANY:
15       ARNOLD & PORTER KAYE SCHOLER, LLP
         MR. BERT L. SLONIM
16       250 West 55th Street
         New York, New York 10019-971
17       (212) 836-8572
         bert.slonim@arnoldporter.com
18           - and -
         WILKINSON WALSH + ESKOVITZ
19       MS. CALI COPE-KASTEN
         2001 M Street, NW
20       10th Floor
         Washington, D.C. 20036
21       (202) 847-4030
         ccope-kasten@wilkinsonwalsh.com
22
    ALSO PRESENT:
23    Anthony Micheletto, Videographer
24              * * * *
25
```

**Page 3**

```
 1             I N D E X
 2  WITNESS                    EXAMINATION
 3  CHADI NABHAN, M.D.
 4    EXAMINATION BY MR. SLONIM         7
 5    EXAMINATION BY MS. GREENWALD     57
 6             EXHIBITS
 7  NUMBER      DESCRIPTION          PAGE
 8  Exhibit 1   Innovative Oncology    8
 9              Consulting, LLC Invoice
10              for Services Rendered in
11              Stevick v Monsanto;
12              NABHANMDLGROUP1000058
13  Exhibit 2   11.20.2018 Expert Report  9
14              of Dr. Chadi Nabhan
```

**Page 4**

```
 1             EXHIBITS
 2  NUMBER      DESCRIPTION          PAGE
 3  Exhibit 3   World Health Organization  19
 4              Classification of Tumours
 5              of Haematopoietic and
 6              Lymphoid Tissues
 7  Exhibit 4   9.6.2018 The Permanente    31
 8              Medical Group Kaiser
 9              Foundation Hospitals
10              Medical Record for Elaine
11              M. Stevick;
12              Confidential-Stevick-
13              EStevick-KPNValley-MD-
14              00010
```

**Page 5**

```
 1             EXHIBITS
 2  NUMBER      DESCRIPTION          PAGE
 3  Exhibit 5   3.12.2015 The Permanente   31
 4              Medical Group Kaiser
 5              Foundation Hospitals
 6              Medical Record for Elaine
 7              M. Stevick;
 8              Confidential-Stevick-
 9              EStevick-KPNValley-MD-
10              002173
11  Exhibit 6   11.9.2018 Excerpt of the   33
12              Deposition of Elaine
13              Stevick
```

|  | Page 6 |
|---|---|
| 1 | THE VIDEOGRAPHER:  We are now on the record. |
| 2 | My name is Anthony Micheletto, videographer for |
| 3 | Golkow Litigation Services. |
| 4 | Today's date is December 14, 2018.  The time is |
| 5 | 2:50 p.m. as indicated in the video screen. |
| 6 | This video deposition is being held in Chicago, |
| 7 | Illinois, in the matter of Stevick versus Monsanto |
| 8 | Corporation, et al., Case No. 3:16-cv-2341 in the |
| 9 | United States District Court, Northern District of |
| 10 | California. |
| 11 | The deponent today is Chadi Nabhan, MD, MBA. |
| 12 | Will counsel please identify themselves for the |
| 13 | video record? |
| 14 | MS. GREENWALD:  Robin Greenwald for the |
| 15 | plaintiff. |
| 16 | MS. FORGIE:  Kathryn Forgie of Andrus Wagstaff |
| 17 | for the plaintiff. |
| 18 | MR. SLONIM:  Bert Slonim with Arnold & Porter, |
| 19 | on behalf of Monsanto. |
| 20 | MS. COPE-KASTEN:  Cali Cope-Kasten, |
| 21 | Wilkinson Walsh, on behalf of Monsanto. |
| 22 | MR. BRAKE:  This is Brian Brake on behalf of |
| 23 | the plaintiffs. |
| 24 | THE VIDEOGRAPHER:  Our court reporter today is |
| 25 | Deanna Amore.  Please swear in the witness. |

|  | Page 7 |
|---|---|
| 1 | (Whereupon, the witness was |
| 2 | duly sworn.) |
| 3 | THE WITNESS:  I do. |
| 4 | MR. SLONIM:  Good afternoon, Mr. Nabhan.  Would |
| 5 | you please state your name and full business |
| 6 | address for the record? |
| 7 | THE WITNESS:  Sure.  First name is |
| 8 | Chadi, C-h-a-d-i, last name is Nabhan, N-a-b-h-a-n. |
| 9 | Current business address is 3651 Birchwood Avenue |
| 10 | in Waukegan, Illinois 60085. |
| 11 | CHADI NABHAN, M.D., |
| 12 | called as a witness herein, having been first duly |
| 13 | sworn, was examined and testified as follows: |
| 14 | EXAMINATION |
| 15 | BY MR. SLONIM: |
| 16 | Q.  And you are a medical doctor; correct? |
| 17 | A.  Yes. |
| 18 | [redacted] |
| 19 | [redacted] |
| 20 | [redacted] |
| 21 | [redacted] |
| 22 | [redacted] |
| 23 | Q.  I am going to mark as Deposition |
| 24 | Exhibit No. 1 a record that's been produced to us |
| 25 | reflecting your invoice in this matter. |

|  | Page 8 |
|---|---|
| 1 | A.  Sure. |
| 2 | (Whereupon, Exhibit 1 (Stevick) |
| 3 | was marked for identification.) |
| 4 | BY MR. SLONIM: |
| 5 | Q.  Does this reflect the amount of time |
| 6 | you've spent working on the Stevick case? |
| 7 | A.  Until December 3rd.  There are additional |
| 8 | hours I spent that I have not written in this |
| 9 | report. |
| 10 | Q.  Okay.  I don't think you totaled these up. |
| 11 | If I did the arithmetic correctly -- and you are |
| 12 | welcome to check me -- it looks to me like this was |
| 13 | 30 hours of time that was spent up and through |
| 14 | December 3, 2018; is that correct? |
| 15 | A.  Correct. |
| 16 | Q.  And you bill your time at $550 an hour; |
| 17 | correct? |
| 18 | A.  I do. |
| 19 | Q.  And then -- |
| 20 | A.  I have not billed this yet, but that's |
| 21 | what I plan on billing. |
| 22 | Q.  Okay.  What's your best estimate of |
| 23 | additional time that you have spent on this matter |
| 24 | subsequent to December 3? |
| 25 | A.  Maybe 10 to 15 at most. |

|  | Page 9 |
|---|---|
| 1 | Q.  So you would estimate 40 to 55 hours total |
| 2 | on the Stevick matter? |
| 3 | A.  40 to 45.  Less than 50.  I would say |
| 4 | between 40 and 50. |
| 5 | Q.  Thank you.  I misadded. |
| 6 | A.  Sure. |
| 7 | Q.  [redacted] |
| 8 | [redacted] |
| 9 | [redacted] |
| 10 | [redacted] |
| 11 | [redacted] |
| 12 | [redacted] |
| 13 | [redacted] |
| 14 | [redacted] |
| 15 | [redacted] |
| 16 | [redacted] |
| 17 | [redacted] |
| 18 | [redacted] |
| 19 | [redacted] |
| 20 | (Whereupon, Exhibit 2 (Stevick) |
| 21 | was marked for identification.) |
| 22 | BY MR. SLONIM: |
| 23 | Q.  I've marked this Deposition Exhibit No. 2, |
| 24 | your expert report in this matter. |
| 25 | (Discussion off the record.) |

|  Page 10 | Page 12 |
|---|---|

Page 10

1  BY MR. SLONIM:
2     Q.  Can you identify this as your report
3  regarding Ms. Stevick?
4     A.  It is.
5     Q.  And is that your signature on the last
6  page?
7     A.  Yes, it is.
8     Q.  Did you personally author all of the
9  substantive statements in this report?
10    A.  I have.
11    Q.  And does this disclose all of the opinions
12 that you intend to offer in this matter?
13    A.  Yes, unless something new happens between
14 now and trial.
15    Q.  And does this also disclose all of the
16 bases for your opinions?
17    A.  Yes.
18    Q.  And you do not intend to offer any
19 opinions regarding Ms. Stevick that are not
20 disclosed in your expert report; correct?
21    A.  I don't.





Page 18

[text redacted]

Page 19

[lines 1-8 redacted]

9  Q. I am going to mark as Deposition
10 Exhibit No. 3 the World Health Organization
11 classification of tumors of hematopoietic and
12 lymphoid tissues. And it's a big document and --
13 A. Is that the paper by Swerdlow and
14 colleagues?
15 Q. That's the -- that is the treatise by
16 Swerdlow and colleagues that runs several hundred
17 pages, but what I've done is just excerpted out the
18 few pages that deal with [redacted]
19 [redacted]
20      (Whereupon, Exhibit 3 (Stevick)
21      was marked for identification.)
22 BY MR. SLONIM:
23 Q. We've marked that as Deposition Exhibit
24 No. 3. I'm going to hand it to you.
25 A. Thank you.

Page 20

1  Q. Doctor, do you recognize this as the World
2 Health Organization classification of non-Hodgkin
3 lymphoma, among other types of tumors?
4  A. I'm just trying to see the date of this
5 publication. What date is it?
6  Q. When I asked my legal assistants to copy
7 it, I asked them to copy that.
8  A. I mean, that's fine. Nothing drastic has
9 changed, but the last classification was published
10 in 2016. I just want to make sure this is the last
11 one. I can't see a date on it. But we can talk
12 about it -- that's fine -- but there is no date
13 here.
14 Q. Doctor, you are correct, and that was my
15 fault.
16 A. That's okay.
17 Q. This is supposed to have been -- this
18 should be the most recent classification. I think
19 it's the -- is it the fourth edition?
20 A. So, yeah, the last paper that came out on
21 the WHO classification was published sometime in
22 the spring or summer of 2016. So it's about two
23 and a half years ago. So -- and this was published
24 in the journal "Blood," which I actually reference
25 in my expert report. I believe this is coming from

Page 21

1 a textbook that references this WHO classification.
2 I just want make sure that this is the latest
3 iteration of the classification because these do
4 change a lot.
5  Q. Okay. Fair enough. If I have the
6 opportunity, maybe we can 100 percent confirm that.
[lines 7-25 redacted]

|  Page 22 | Page 24 |
|---|---|
| | 1  this particular subtype, and I think you and I know |
| | 2  that the ability to diagnose a particular subtype |
| | 3  in the early 2000s is very different than the |
| | 4  ability to do so in 2018, and that's really why the |
| | 5  limitation of every study being able to look at |
| | 6  these subtypes.  But some studies did. |



Page 22 (redacted content)

Page 24 (continued, mostly redacted)

Page 25 (mostly redacted)

17  BY MR. SLONIM:
18      Q.  You know that there are studies of Roundup
19  and the risk of non-Hodgkin lymphoma that look at
20  various subtypes of non-Hodgkin lymphoma; correct?
21      A.  Some studies have attempted to look at the
22  subtypes as the subtypes were known at the time of
23  particular analysis and depends on the number of
24  cases that you are looking at.  Because ultimately
25  it's a matter of numbers of how many patients with





Case 3:16-md-02741-VC   Document 2478-27   Filed 01/11/19   Page 11 of 18
Chadi Nabhan, M.D.



Golkow Litigation Services — Page 10 (34 - 37)



Page 42

[redacted]
r.

Page 43

[redacted]
.

Page 44

[redacted]

Page 45

```
 2    Q.  You don't have any evidence of synergistic
 3  risk factors for non-Hodgkin lymphoma; do you?
 4    A.  Not in that -- not in what you're talking
 5  about.  It has not been looked at, but more on a
 6  molecular level, we have that.
 7    Q.  You can't cite me to any medical
 8  literature that states that risk factors for
 9  non-Hodgkin lymphoma have any kind of synergistic
10  effect, can you?
11    A.  Not necessarily synergistic effect but
12  could be, again, an additional effect.  I mean,
13  when you talk synergy, you are meaning the -- both
14  mechanisms of action are being synergized, and they
15  are adding to either other.  But at the same time,
16  there is nothing in the medical literature that I'm
17  aware of that says diabetes and hypertension are
18  synergistic to cardiac disease, but we know -- we
19  know that they are both risk factor; right?
20       I mean they may cause -- hypertension
21  could cause problems with the arteries, and
22  diabetes could add the problem to the arteries, all
23  of these things.  But on -- I think having several
24  risk factors for a particular disease is well
25  known, whether synergy is established or not.
```

Page 46

1  Sometimes you could have synergy; sometimes you
2  don't. But you could have more than one risk
3  factor for a particular disease. That's what I'm
4  trying to say.
5     Q. I just want to make sure. I appreciate
6  the fact you're an oncologist, and you're here
7  testifying as an expert on oncology.
8        Is it your testimony that there is not
9  medical evidence of synergistic effects for heart
10 disease as between diabetes and hypertension?
11    A. That's not what I said. What I said is
12 sometimes you could have two causal factors to a
13 particular disease. Occasionally, you see synergy
14 between them; sometimes you don't. Just because
15 you can't establish synergy does not mean that two
16 factors cannot cause a particular disease at the
17 same time.
18    Q. Let's focus in on non-Hodgkin lymphoma.
19    A. Sure.
20    Q. And let's take -- let's separate it out.
21 Can you cite any medical literature that says risk
22 factors for non-Hodgkin lymphoma are synergistic?
23    A. Right now I can't.
24    Q. Can you cite any medical literature that
25 says that risk factors for non-Hodgkin lymphoma are

Page 47

1  additive?
2     A. Okay. Do you want to explain to me what
3  you mean by synergistic versus additive so I make
4  sure we are speaking the same language?
5     Q. You tell me. What's it mean to you?
6     MS. GREENWALD: Objection. Form. You used it.
7     THE WITNESS: I need to understand your
8  definition so I can answer your question properly.
9  You brought it up. So I'm trying to -- to answer
10 your question, can you explain to me?
11 BY MR. SLONIM:
12    Q. Do you have any basis -- do you have any
13 basis to say that a person that has one risk --
14 that has multiple risk factors for non-Hodgkin
15 lymphoma has -- is at an increased risk as compared
16 with a person who has only one risk factor?
17    A. To me that's common sense. I mean, again,
18 this is -- you know, again, there are certain
19 things that you don't need a trial or a study for
20 every single answer or every single question.
21 Unfortunately, we'd love to answer any question
22 with a citation or with literature, but if you have
23 one risk factor versus three risk factors, if you
24 ask a hundred oncologists, a hundred of them will
25 say that somebody who has three risk factors is at

Page 48

1  higher risk than somebody who has one risk factor.
2  We don't need a study for that. We don't need a
3  citation for that. It's common sense.



Page 49

|  | Page 50 |
| --- | --- |
| 1 | █ |

[Lines 1–25 redacted]

|  | Page 51 |
| --- | --- |

[Lines 1–25 redacted]

|  | Page 52 |
| --- | --- |

[Lines 1–18 redacted]

19  BY MR. SLONIM:
20    Q.  How many days of exposure did the people
21  that were in the Adreotti study have?
22    A.  Is that relevant to this -- to
23  Ms. Stevick's case specifically?
24      I'm just asking because I realize that
25  we're doing case specific as opposed to general

|  | Page 53 |
| --- | --- |

1  causation.  So I'm trying to link that question to
2  this.  Is this --
3    Q.  Can you answer my question?
4    A.  I am trying to remember.  If you have the
5  paper -- I think probably 40 -- I don't want to say
6  something wrong.  I believe it was a median of 48,
7  but I apologize if I'm plus or minus a few days
8  here and there.  I believe it was 48, but I may be
9  off by a couple of days.

[Lines 10–25 redacted]



Page 54

Page 55

Page 56

1   MR. SLONIM:  Why don't we take a break?
2   THE VIDEOGRAPHER:  We are off the record at
3   3:53 p.m.
4         (A short break was taken.)
5   THE VIDEOGRAPHER:  We are back on the record at
6   4:06 p.m.
7   BY MR. SLONIM:
8       Q.  Dr. Nabhan, I don't have further questions
9   at this time.
10      MR. SLONIM:  I pass the witness.
11      MS. GREENWALD:  I have a couple of questions.
12      MR. SLONIM:  Oh, I'm so sorry.  I was
13  overanxious.
14  BY MR. SLONIM:
15      Q.  Dr. Nabhan, while we were on the break,
16  I was able to pull up, on a computer, the lengthy
17  document from which the WHO classification system
18  had been excerpted.  That document is 592 pages,
19  and when my legal assistants copied the beginning,
20  they didn't get to page 5, unfortunately.  Page 5
21  indicates that this is from the revised fourth
22  edition, which was published by IARC in 2017.  With
23  that representation, is it your belief that this is
24  the most current classification?
25      A.  Yes, it is.

Page 57

1       Q.  Thank you.
2       MR. SLONIM:  No further questions.
3                 EXAMINATION
4   BY MS. GREENWALD:

| Page 58 | Page 60 |
|---|---|
| [redacted] | 1  C E R T I F I C A T E<br>2<br>3    I, DEANNA AMORE, a Shorthand Reporter and<br>4 notary public, within and for the State of<br>5 Illinois, County of DuPage, do hereby certify:<br>6    That CHADI NABHAN, M.D., the witness whose<br>7 examination is hereinbefore set forth, was first<br>8 duly sworn by me and that this transcript of said<br>9 testimony is a true record of the testimony given<br>10 by said witness.<br>11    I further certify that I am not related to<br>12 any of the parties to this action by blood or<br>13 marriage, and that I am in no way interested in the<br>14 outcome of this matter.<br>15<br>16    IN WITNESS WHEREOF, I have hereunto set my<br>17 hand this 14th day of December 2018.<br>18<br>19<br>20    _____<br>21    Deanna M. Amore, CSR, RPR |
| Page 59 | Page 61 |
| [redacted]<br>9  MS. GREENWALD: I don't have any other<br>10 questions.<br>11  MR. SLONIM: Nothing.<br>12  THE WITNESS: Thank you.<br>13  MR. SLONIM: Thank you very much, Mr. Nabhan.<br>14  THE VIDEOGRAPHER: We are off the record at<br>15 4:10 p.m. This includes concludes the video<br>16 deposition of Chadi Nabhan MD, MBA. | 1    UNITED STATES DISTRICT COURT<br>2    NORTHERN DISTRICT OF CALIFORNIA<br>3 IN RE: ROUNDUP PRODUCTS   MDL No. 2741<br>4 LIABILITY LITIGATION<br>5 _____  Case No. 16-md-2741-VC<br>6 This document relates<br>7 to:<br>8 Stevick v Monsanto Co., et al.<br>9 Case No. 3:16-cv-2341-VC<br>10    DECLARATION UNDER PENALTY OF PERJURY<br>11    I declare under penalty of perjury that I have<br>12 read the entire transcript of my deposition taken<br>13 in the above-captioned matter or the same has been<br>14 read to me and the same is true and accurate, save<br>15 and except for changes and/or corrections, if any,<br>16 as indicated by me on the DEPOSITION ERRATA SHEET<br>17 hereof, with the understanding that I offer these<br>18 changes as if still under oath.<br>19<br>20    Signed on the _____ day of<br>21 _____, 20__.<br>22 _____<br>23    CHADI NABHAN, M.D. |

```
 1           ERRATA SHEET
 2   CORRECTIONS:
 3   Page _____ Line _____ Reason _____
     From _____ to _____
 4   Page _____ Line _____ Reason _____
 5   From _____ to_____
 6   Page _____ Line _____ Reason _____
     From _____ to _____
 7   Page _____ Line _____ Reason _____
 8   From _____ to _____
 9   Page _____ Line _____ Reason _____
     From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
     From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to_____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17   Page _____ Line _____ Reason _____
18   From _____ to _____
19   Page _____ Line _____ Reason _____
     From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
     From _____ to _____
23   Page _____ Line _____ Reason _____
     From _____ to _____
24
25
```