# EXHIBIT 27

**Elaine Stevick and Christopher Stevick v. Monsanto Company, et al
Expert Report of J. Pablo Villablanca, MD, FACR**

**Background and Qualifications:**

I am a board-certified neuroradiologist at UCLA David Geffen School of Medicine in Los Angeles, California. I am Professor of Radiological Sciences in the Diagnostic Neuroradiology Section, Medical Director of MRI and Director of the Interventional Spine Program at UCLA Healthcare.

I received my B.S. at UCLA in 1984, my M.D. from the University of Minnesota in 1989, and thereafter completed my internship (1990), residency (1994) and two-year Neuroradiology Fellowship (1996) at UCLA. I have a Certificate of Added Qualification (CAQ) in Neuroradiology, revalidated in 2007.

In my clinical practice, I provide radiologic interpretations and prepare formal written reports for more than 15,000 neuroradiologic studies per year, approximately 35% involving cerebral malignancies, with primary cerebral lymphoma comprising approximately 7-10% of those.  In my capacity, I work closely with oncologists, radiation therapists, and neurosurgeons to correlate presenting signs and symptoms with CT and MR imaging findings in all patients with suspected cerebral masses, including primary cerebral lymphomas. I also regularly attend our multidisciplinary tumor boards where these cases are presented and discussed in detail.

I also lecture at professional conferences nationally and internationally, conduct research, publish articles in the peer-reviewed medical literature, serve as a Scientific Reviewer on five different peer-reviewed journals, and have been a co-investigator on three research grants focused on the study of stroke funded by the National Institutes of Health (NIH).  I have published over 120 articles in peer-reviewed journals, 5 dealing with the subject of brain and head and neck tumors. I have served as Principal or Co-Investigator on three clinical trials evaluating new clinical treatments for brain tumors. Since 1996, I have been an author on over 30 peer-reviewed manuscripts dealing with the subject of stroke imaging. In 2015, I was elected as a Fellow of the American College of Radiology (FACR), an honor bestowed on only 10% of members of the ACR.

A copy of my curriculum vitae is attached as Exhibit A.

The following opinions are held to a reasonable degree of medical certainty and are based upon my education, training, clinical experience, working knowledge of the published medical and scientific literature, as well as my review of medical records and radiology pertaining to Elaine Stevick.

1

A list of the case specific materials reviewed is attached as Exhibit B and the literature reviewed and/or relied upon is set forth and the end of this report as Exhibit C.  My fee is $700/hr and list of expert testimony that I have provided in the past 4 years in attached as Exhibit D.

I reserve the right to amend my opinions if additional information becomes available to me; to respond to opinions offered by plaintiffs' experts at deposition or trial; and to use demonstratives or graphics at trial to illustrate anything discussed in this report. I offer the following opinions to a reasonable degree of medical certainty.

I was asked to assess Elaine Stevick's imaging studies and medical records to determine whether the imaging abnormalities revealed therein were caused or contributed to by Roundup.  I have reviewed the imaging studies and medical records available to me on this matter.

Materials reviewed include those itemized in Materials Reviewed and Considered List provided at the end of this document. I have also reviewed independent literature, as cited in this report, dealing with PCNSL and the herbicide glyphosate.

Specific imaging studies reviewed include:

1. Noncontrast CT scan of the brain dated ███
2. Contrast enhanced MRI of the brain dated ███
3. Contrast enhanced MR of the brain dated ███
4. Contrast enhanced MR of the brain dated ███
5. Contrast enhanced MR of the brain dated ███
6. Contrast enhanced MR of the brain dated ███
7. Contrast enhanced MR of the brain dated ███

**Overview of the Brain:**

The brain is divided into two halves, or hemispheres. Each hemisphere is divided into four major territories, or lobes. The frontal lobe deals primarily with executive function and judgment as well as motor movement. The parietal lobe deals primarily with sensory information coming from different parts of the body to the brain. The temporal lobe deals primarily with memory, speech and emotion, while the occipital lobe primarily processes visual information.  There are also deep parts of the brain, including the thalami and basal ganglia devoted to the processing of sensory information and coordination of movement, respectively. The brainstem or stalk of the brain contains many small control centers for basic functions of life such as breathing, temperature and others.  The cerebellum is located in the back of the skull and serves primarily to coordinate movement and balance.

The cells that control our activities are called neurons, and are located primarily along the highly folded surface of the brain.  This part of our brain is called the cerebral cortex, or gray matter. The neurons communicate with each other via slender cables or axons that are insulated with fat for improved electrical conduction of nerve signals.  This part of our brain is called white matter, or may be referred to by the specific white matter bundle tract in question- for instance, the posterior limb of the internal capsule.

As we age, the brain can acquire injuries that damage small or large areas of the brain. These include strokes that deprive parts of the brain of oxygen leading to tissue damage, or bleeding into the brain that damages brain tissue when the blood tears delicate brain tissue.  As we age, the brain also naturally loses some volume, with enlargement of the fluid spaces around and within the brain, and loss of brain tissue.  Some disease states can cause selective loss of brain volume in specific brain regions.  Some disease states have a predilection, or propensity, to develop or involve specific brain region, tracts or pathways. These imaging features help radiologist analyze imaging studies to provide the most likely condition or disease state underlying the imaging findings.

White blood cells called lymphocytes (B-cells and T-cells) are important cellular components of our immune system. They circulate in blood, our bone marrow and throughout body tissues, including the brain. Their job is to look for and destroy or isolate foreign agents that cause infection, identify and destroy sporadically and spontaneously occurring tumor cells, and mediate inflammation. They can also trigger repair mechanisms after brain injury.  Non-Hodgkin lymphoma (NHL) is a cancer that starts in either the B-cells or T-cells. It can start anywhere in the body, including the brain.

CT images are obtained when highly filtered medical x-rays are transmitted through a body part.  Tissues of different density (chemical composition) transmit medical x-ray beams differently.  Using computers, an image of the body part, for instance the brain, can be created. The CT images show all brain tissues with high electron density as whiter than other areas.  Because neuronal cell bodies which comprise the cerebral cortex, or gray matter, contain much nuclear DNA material in their cell bodies, they appear brighter or more hyperdense than areas without neurons. In contrast, white matter, which consists primarily of insulating fat, appears darker or hypodense.  Similarly, abnormal tissues such as brain tumors may also appear of higher density, or whiter on an image, when they are composed of tightly packed cells with much nuclear DNA material.  This hyperdense imaging pattern is typical of malignant tumors, since much of their effort is focused on cell replication and little effort is devoted to other normal cell functions.  When tumors are growing rapidly they displace or invade adjacent normal brain, causing swelling of the surrounding brain. Tissue swelling is associated with increased tissue water, which appears as a darker region, or area of low density surrounding the tumor mass, on CT imaging.

3

MRI relies on magnetic fields to create images. This technique uses the protons, or hydrogen atoms present in water molecules to create images of the body. The behavior of water molecules exposed to a magnetic field varies depending on the composition of the tissues in which they exist. By placing the body in a static magnetic field, and then applying additional specific ramps of magnetic energy to the body in the three main spatial axes – X, Y and Z, and measuring the energy released by the hydrogen atoms once these external magnetic fields have been turned off, one can create very detailed images of the body.  This process also requires complex mathematical computations.  Using this technique, areas in the brain with more water appear bright or show hyperintense signal on T2W weighted sequences. An example of tissue with more water could be areas of swelling around a brain tumor.  In contrast, tissues in the brain with very low water content, such as neurons and rapidly dividing tumor cells, will show a low T2W signal intensity.  Again, this is because neurons and tumor cells have mostly DNA material and very little cytoplasm within their cell bodies.  Cerebral lymphomas normally appear low on T2W sequences because of this phenomenon.

Another important contrast mechanism in MRI is that provided by diffusion imaging (DWI). This technique looks at the relative ease with which water molecules move through a tissue. Normally, water molecules bounce around in a given tissue space without restriction. However, water molecules present in tumor tissue are crowded together because tumor cells have little water in their cytoplasm and much DNA material which contains very little water.  Tissues with impaired free motion of water molecules appear very bright, or hyperintense, on a diffusion weighted, or DWI sequence.  The amount of restriction, is roughly proportional to the degree of impaired free motion of water. For these reasons, cerebral lymphomas characteristically have prominent DWI hyperintensity.

Brain arteries are unique in the body because they possess tight junctions in the endothelium.  Endothelium is a thin, single-layer of cells that line all brain arteries. These tight junctions normally allow the passage of only specific molecules from inside the artery into the surrounding brain tissue. The unique ability of brain arteries to limit the passage of molecules from the blood in the arteries to the surrounding brain tissue is called the blood-brain-barrier.

Another way to gain information about the status of brain tissues is to administer an intravenous contrast agent.  These are specific molecules designed to show up on a CT or MR imaging study wherever there is a disruption in the normal blood brain barrier, since an intact barrier normally prevents their passage out of the brain artery.  Disruptions in the blood brain barrier can occur with inflammation, infection, strokes and tumors. Because tumor tissues make their own tumor arteries, these arteries do not possess tight junction, and are therefore very leaky, allowing the passage of many molecules, including contrast agents.  This is why brain tumors fill with contrast material, causing them to enhance.  The amount of enhancement varies with different tumors. Cerebral

lymphomas typically enhance markedly and uniformly.  Further, some tumors show a predilection of particular areas of the brain. Cerebral lymphomas in particular, show a predilection for small arteries and veins, leading sites of disease with a perivascular pattern of enhancement.

Although CT and MRI studies are powerful techniques that can often provide valuable information as to the likely type of abnormal tissue present, they do not reveal the cause of the abnormal tissue.  Specifically, CT and MRI imaging do not show whether exposure to a substance(s) caused the imaging abnormality present, for instance a brain tumor.

**Imaging Findings:**

**Noncontrast CT scan of the brain dated** ▇▇▇▇▇**:**

**Findings:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Impression:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

**Contrast enhanced MR of the brain dated** ▇▇▇▇▇**:**

**Findings:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

5



**Contrast enhanced MR of the brain dated** ▮▮▮▮ :

**Findings:** 

6

██████████████████████████

████████████████████████████████
████████████.

**Impression:**

1. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**MRI of the brain dated ██████:**

**Findings:** ██████████████████████████████████████████████████████████████████████████████████████████████

**Impression:**

1. ████████████████

7

2. █

**Contrast enhanced MR of the brain dated █:**

**Findings:** █

**Impression:**

1. █

**Contrast enhanced MR of the brain dated █:**

8

**Findings:** ■

■

■

■

**Impression:**

1. ■

**Contrast enhanced MR of the brain dated** ■

**Findings:** ■

■

**Impression:**

1. 

**Contrast enhanced MR of the brain dated         :**

**Findings:**

**Impression:**

1.

**Medical Synopsis:**

.





### Discussion:

Primary CNS lymphoma (PCNSL) accounts for approximately 4% of all primary brain tumors and is a form of extranodal non-Hodgkin's lymphoma that occurs in the brain tissue, membranes surrounding the brain, spinal cord or eyes. The vast majority of cases occur due to spontaneous mutations in the body. This type of lymphoma remains confined to the central nervous system [1]. It occurs in both immunocompetent and immunocompromised individuals, but is far more common in the immunocompromised. The risk of developing cerebral lymphoma is higher in individuals infected with the Human Immunodeficiency Virus (HIV) and Epstein Barr Virus (EBV). This suggests that compromised immunity could play a role in the development of PCNSL. Diffuse large B-cell lymphoma (DLBCL) comprises 90% of all PCNLS's. This type consists of primitive lymphoid cells with a predilection for blood vessels, resulting in a characteristic lymphoid clustering around small cerebral vessels.

As people age, their immune system function declines. In immunocompetent individuals, PCNSL is generally diagnosed in the 5th to 6th decade of life. However, the group at highest risk are those 60 years of age and older. The incidence of PCNSL has increased disproportionately for this age group in the past several decades [2]. The reason for an increased incidence of PCNSL in immunocompetent individuals remains unclear, but may be related to better detection and diagnosis rather than a true increase in the incidence of the tumor [3]. Alternatively, it may be a function of the immunocompetence itself. Patients with PCNSL typically present with neurologic symptoms and signs, including focal neurologic deficits (70%), neuropsychiatric symptoms (43%), increased intracranial pressure (33%), seizures (14%) and ocular symptoms (4%) [4].

I agree with plaintiffs' experts that DLBCL represents the most common lymphoma in adults with an annual incidence of approximately 5.5 new cases per 100,000 men/women. The majority of these are caused by spontaneous mutations for which no cause can be identified. As stated, PCNSL are classified

as DLBCL in 95% of cases, although they are a distinct entity. I also concur with his statement that the causes of DLBCL remain unknown in the majority of patients, yet certain environmental factors are known to increase an individual's risk of developing lymphomas, including DLBCL. These include exposure to ionizing radiation.

I note Mrs. Stevick had a history of occupational exposure to ionizing radiation in her occupation as a speech therapist, as she was repeatedly required to perform swallowing studies in her patients using fluoroscopy, a type of medical ionizing x-ray beam radiation.  During these procedures, she wore lead to protect her body and thyroid gland, but wore no gear to protect her head from the ionizing x-ray beams used to study her patients swallowing difficulties. In this respect, I disagree with Dr. Shustov when he concludes in his analysis of Mrs. Stevick's risk of developing DLBCL that she did not have any history of exposure to ionizing radiation, since per her testimony her head was clearly exposed to ionizing radiation during her employment.

The diagnosis of PCNLS is supported by CT and MRI imaging and cerebrospinal fluid analysis (CSF).  Contrast enhanced MRI of the brain is the optimal imaging modality for patients with PCNSL, with contrast enhanced CT scan also quite useful.  As outlined previously, because of a high nuclear to liquid cytoplasmic ratio, PCNSL is frequently isodense to hyperdense to normal brain on noncontrast CT images and isointense to hypointense on T2-weighted MR imaging.  On post contrast CT and MR enhancement tends to be homogeneous and intense in 85% of patients and absent in only 1% [6], and 65% of lesions are solitary.  Common locations include the cerebral hemispheres (38%), thalamus/basal ganglia (16%), corpus callosum (14%), ventricular region (125), and cerebellum (9%).  Enhancement along the perivascular spaces is considered a highly specific imaging feature [7]. Definitive diagnosis requires histopathologic confirmation through tissue biopsy.

Genetically, PCNSL resemble lymphomas found in other immune-privileged sites like the testes, in which *MYD88* and *MYD88/CD79B* mutations are reported in >70% of samples [8]. Unlike other primary brain tumors, PCNSL respond favorably to chemo- and radiation therapy. A copy number gain at chromosome 9p24.1, which included *PD-L1 /PD-L2* locus, suggests that immune evasion and immune response modulation might play a role in PCNSL pathogenesis [9].

More recently, Fukumura K, et.al. [10], performed whole-exome sequencing for 41 tumor tissues of CLBCL-type PCNSL and paired normal specimens and also RNA-sequencing for 30 tumors.  Their work reveals a very high frequency of nonsynonymous somatic mutations in PIM1 (100%), BTG2 (92.7%) and MYD88 (85.4%) in PCNSL.

The work by Fukumura, et.al. is extremely important, because is suggests that any proposed relationship between a putative oncogenic agent and/or

14

environmental insult must be shown to specifically cause nonsynonymous somatic mutations in PIM1, BTG2 and MYD88, before the agent or insult can be considered to be causal in the development or potentiation of PCNSL.

In a similar vein, Leeksema, et.al. also recently demonstrated that germline mutations predispose to diffuse large B-cell lymphomas [11].  Many of these mutations affect genes involved in DNA repair and/or immune functions, including surveillance.  Mrs. Stevick carries a strong family history of colon cancer.  Studies have shown that up to 35% of colorectal cancers can be explained by hereditary factors, including germline mutations [12]. Since germline mutations are passed from parent to offspring, and both Mrs. Stevick's mother and father and both maternal grandparents had a history of colon cancer, we can assume Mrs. Stevick received these mutations in her germline DNA and that she therefore has a hereditary susceptibility to colorectal cancer, and any other malignancies such germline mutations might predispose her to, even if such associations have not yet been discovered.

Glyphosate is a isopropylamide salt herbicide. Glyphosate is not an insecticide. The enzyme EPSPS is not present in humans.  The active ingredient in glyphosate is N-phosphonomethyl-glycine, a derivative of glycine, the smallest amino acid found in proteins.

As part of an ongoing risk assessment of many pesticides, the United States Environmental Protection Agency (EPA), European Food Safety Authority (EFSA) and the German Federal Institute for Risk Assessment (BIR) evaluated more than 3000 toxicological studies on glyphosate and found no indications of carcinogenic, mutagenic, reproductive or neurogenic properties.

At the international level, the Joint WHO/FAO Meeting on Pesticide Residues (JMPR) agreed that there are no indications that glyphosate residues in food are carcinogenic. In 2016, the New Zealand Environmental Protection Authority (EPA) and the Australian Pesticides and Veterinary Medicines Authority (APVMA) also reached the same conclusion.  Further, in March of 2017, the EU's chemical agency, ECHA, also reached the same conclusion that glyphosate does not cause cancer.

Importantly, longitudinal and genotoxological studies which have assessed possible effects of glyphosate on development and the DNA of mammals have all found that glyphosate is not carcinogenic and does not have mutagenic effects; i.e. it does not alter DNA. Further, glyphosate, when ingested, is not metabolized and is rapidly eliminated primarily unchanged from the body. Further, it is poorly absorbed through the skin and does not accumulate in animal tissues [13,14,15,16].

In a very large prospective cohort study published this year in the peer-reviewed JNCI J Natl Cancer Inst [18], Andreotti G., et.al. followed 54,251 herbicide

15

applicators and found no statistically significant association between glyphosate and any solid tumor or lymphoid malignancy overall, including non-Hodgkin lymphoma and its subtypes. Specifically, there are no peer-reviewed studies showing an association between glyphosate and primary central nervous system lymphoma (PCNSL).

In my clinical experience, Mrs. Stevick's clinical presentation was typical for



It is important to emphasize that patients without and with exposure to environmental agents will have comparable imaging findings. In my professional experience, and to a reasonable degree of medical certainty, there is nothing unique about the imaging findings in patients who have been exposed to environmental agents versus those who have not. Specifically, there are no medical imaging findings that suggest or demonstrate that Roundup caused or substantially contributed to Mrs. Stevick's primary cerebral lymphoma.

**Conclusions:**

.

In my professional experience, and to a reasonable degree of medical certainty, there is nothing unique about the imaging findings in patients who have been exposed to environmental agents versus those who have not. Specifically, there are no medical imaging findings that suggest or demonstrate that Roundup caused or substantially contributed to Mrs. Stevick's primary cerebral lymphoma.

I hold these opinions to a reasonable degree of medical certainty. I reserve the right to modify my impressions should additional imaging or medical records be provided that justify such a modification.

Dated: NOVEMBER 27, 2018

Sincerely,

*[signature]*

J. Pablo Villablanca, MD, FACR
Professor of Radiological Science
Medical Director of MRI
Director, Interventional Spine Service

**References:**

1. Batchelor, TT. Lymphoma of the Nervous System, Boston, MA. Butterworth, Heinemann, 2004, pp 29-41.
2. Schabet, M. Epidemiology of primary CNS lymphoma. Journal of Neurooncology 1999;43:199-201.
3. Debonera F, et.al. Primary diffuse large B-cell lymphoma of the CNS: a rare case of spontaneous remission. Int. J. Hematol Oncol. 2017;6(3):69-73.
4. Bataille B, et.al. Primary intracerebral malignant lymphoma: A report of 248 cases. J. Neurosurgery 2000;92:261-266.
5. Parron T. et.al. Environmental exposure to pesticides and cancer risk in multiple human organ systems. Toxocol Lett. 2014;230(2):157-165.
6. Kuker W, et.al. Primary Central Nervous System Lymphomas (PCNSL): MRI features at presentation in 100 patients. J. Neuronconlogy 2005;72:169-177.
7. Atlas SW, Lavi E, Fisher PG. Intraaxial brain tumors, in Atlas SW (ed): Magnetic Resonance Imaging of the Brain and Spine (ed3). Philadelphia, PA: Lippincott Williams and Wilkins, 2002, pp 565-693.
8. Kraan, et.al. High prevalence of oncogenic MYD88 and CD79B mutations in diffuse large Journal. 2013;3:e139.
9. Chapuy B, et.al. Targetable genetic features of primary testicular and primary central nervous system lymphomas. Blood 2016;127(7):869-881.
10. Fukumura K., et.al. Genomic characterization of primary central nervous system lymphoma. Acta Neuropathol 2016;131(6):865-875.
11. Leeksma OC, et.al. Germline mutations predisposing to diffuse large B-cell lymphoma. Blood Cancer Journal 2017;7,e532
12. Gylfe AE, et.al. Somatic mutations and germline sequence variants in patients with familial colorectal cancer. Int J Cancer 2010;127(12):2974-2980.

13. European Comission. 2002. Report for the active substance glyphosate, Directive 6511/V1/99. January 21.
14. US EPA 1993. Registration Elligibility Decision (RED) for Glyphosate. US Environmental Protection Agency, Office of Pesticides Programs. EPA 738-R-93-014.
15. WHO 1994. The International Programme on Chemical Safety (IPCS) Environmental Health Criteria 159 Glyphosate.
16. WHO/FAO 2004. Pesticide residues in food – 2004. Report of the Joint Meeting at the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues (JMPR).  Rome, Italy, 20-29.
17. Environmental Protection Agency, Office of Pesticide Programs. Revised glyphosate issue paper: evaluation of carcinogenic potential. 2017 Dec 12;12-143.
18. Andreotti G, et.al.  Glyphosate Use and Cancer Incidence in the Agricultural Health Study.  JNCI J Natl Cancer Inst. 2018;110(5):509-523.