# EXHIBIT 30

*Gabeyehou v. Monsanto Co.*

Draft Supplementary Report of
William H. Fleming, M.D., Ph.D.
11.27.2018

I was asked to evaluate Mr. Gebeyehou's medical records and determine whether exposure to the glyphosate based formulation Roundup caused or substantially contributed to his diffuse large B-cell NHL (DLBCL).  Additionally, I incorporate by reference my original MDL report dated 07.31.2017 and provide some additional opinions based on recent literature with respect to glyphosate based formulations and NHL.  My opinions expressed in this report are offered to a reasonable degree of medical certainty.

A copy of my curriculum vitae is attached as Ex. A.  A list of materials that I have considered is attached as Ex. B.  These references are representative of the pertinent scientific literature, but they do not represent the totality of my training and professional experience and I do not necessarily agree with every statement in this literature.  Exhibit C contains information regarding my fees for work in this matter and also includes my previous testimony.  A list of case-specific medical records I reviewed is attached as Exhibit D.

I reserve the right to supplement my opinions in the event additional information is made available to me, including, but not limited to, medical records and any testimony of fact witnesses in the cases; to respond to additional testimony by plaintiff's experts; and to use demonstratives or graphics at trial to illustrate anything discussed in this report.

## I.   Recent Literature and Supplemental Opinions

Since my initial report, I have reviewed the most recently published update of the AHS cohort study that examines glyphosate based formulation use and cancer (Andreotti et. al. 2018). This report confirms the original finding of De Roos et. al. 2005, that there is no association between glyphosate based formulation exposure and NHL.

The conclusion of De Roos et. al. 2005, that there is no association between glyphosate based formulation exposure and NHL is now further strengthened. As anticipated, with advancing age of the study participants, the total number of cases of NHL in this cohort has significantly increased.  Specifically, Andreotti et. al. 2018 analyzed a total of 575 NHL cases compared to a total of 92 NHL cases in De Roos et. al. 2005. Importantly, longitudinal follow-up of this cohort has increased from the original 6.7 years to more than 18 years.  Both the increased number of NHL cases and the longer follow-up period further increase the power of this study to detect any associations between glyphosate exposure and NHL, yet no associations were identified.  Additionally, the authors noted no associations between glyphosate based formulations and numerous subtypes of NHL (e.g., DLBCL), which is important because different subtypes may have different pathogenesis. In addition, they also found no dose-response relationship for total NHL cases or for any major subtype, including DLBCL.

1

Based on my expertise, and after reviewing the documents I have been provided in addition to my review of the updated medical literature, I conclude with a reasonable degree of medical certainty, as I did in my original report dated 07.31.2017, that the available evidence does not support the conclusion that glyphosate based formulation exposure increases the risk of developing NHL.

    II.    **Opinions re Mr. Gabeyehou's case**

        A. **Mr. Gebeyehou's Diagnosis, Treatment, and Prognosis**





3

a

### B.  Opinions re Mr. Gabeyehou's case

NHL is the seventh most common cancer in the United States. The American Cancer Society (Cancer Facts & Figures) estimates there will be 74,680 new cases of NHL in the in 2018. About a third of these new cases will be diffuse, large B-cell lymphoma (DLBCL) making this the most common subtype of the more than 60 subtypes. While DLBCL is an aggressive lymphoma, it usually responds well to standard therapy and the majority of patients are cured of their disease.



4



### III.    Response to Mr. Gebeyehou's Experts

I have reviewed reports of Dr. Chadi Nabhan, Dr. Andrei Shustov and Dr. Dennis Weisenburger.

As set forth in my original MDL report and described additionally above, the available evidence does not support the conclusion that glyphosate based formulation exposure increases the risk of developing NHL.  Plaintiffs' experts essentially ignore the AHS, the only prospective study looking at glyphosate based formulations and the development of NHL in over 44,000 people.  Not only did the AHS not show an association between glyphosate based formulations and the development of NHL, it did not show an association between glyphosate based formulations and the development of numerous subtypes of NHL. Instead, plaintiffs' experts rely on relative risks reported in case control studies that did not account for the use of other pesticides.  When these studies do account for exposure to other pesticides and other potential confounders, they did not find an association between glyphosate based formulations and the development of NHL.

Both Dr. Nabhan and Dr. Shustov claim to conduct a differential diagnosis to arrive at the conclusion that Roundup was a substantial contributing factor to Mr. Gebeyhou's NHL.  This is not how clinicians use differential diagnosis in practice.

Drs. Nabhan, Shustov and Weisenberger all acknowledge that NHL is largely idiopathic, and they provide no sound methodology for ruling out potential unknown causes of Mr. Gebeyehou's NHL to arrive at the conclusion that exposure to glyphosate based formulations is the primary cause of his NHL.  Likewise, they do not point to any scientifically valid procedure, method, biomarker or test that can identify Roundup as the cause of Mr. Gebeyehou's NHL.

DLBCL is the most common form of NHL in the United States, and Mr. Gebeyehous' clinical presentation and pathology is indistinguishable both clinically and pathologically from typical DLBCL cases where there has been no exposure to Roundup.

5

Plaintiff's experts also improperly dismiss medical studies that report hepatitis B virus infection is associated with DLBCL. Drs. Weisenberger and Shustov fail to provide a basis to rule out the contribution of hepatitis B to Mr. Gebeyehou's DLBCL, and Dr. Nabhan provides no basis for his determination that the contribution was minimal.

Accordingly, it is my opinion that exposure to glyphosate based formulations did not cause or contribute to Mr. Gebeyehou's NHL.

Dated: November 27, 2018

_____
William Fleming, M.D., Ph.D.