# EXHIBIT 33

# DOCUMENT CONDITIONALLY FILED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(e)