# EXHIBIT 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Hardeman v. Monsanto* (3:16-cv-525) | |

# EXPERT REPORT OF

# DR. DENNIS D. WEISENBURGER

## SPECIFIC CAUSATION REPORT FOR MR. EDWIN HARDEMAN

I have reviewed the medical records concerning the case of Edwin Hardeman. I also conducted a telephone interview with him on 11/01/18. ██████████████████████████████████████
████████████████████████████████████████
████████, ██████████████████████h███████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████. A███████████████████████████.
███████████████████████████████████████o
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
needle aspiration ███████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████,█
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████



Mr. Hardeman lived on large properties from 1985-2012 and used Roundup herbicide for control of weeds on these properties. From 1985-1987, he lived on a 5 acre plot in Gualala, CA, where he sprayed once per month for 4 months of the year (June-September). He sprayed along the road and driveway (500 ft.), and around the parking lot, sidewalks, house foundation, and lawn, for about 1-1.5 hours each time. He used a hand pump sprayer with a 2 gallon container, and applied a mist spray most of the time. He used Roundup concentrate and did the mixing himself before application. Each time, he sprayed 6-8 gallons of Roundup, and he typically wore jeans, a short sleeved shirt, and work boots when spraying. He did not wear any protective clothing or equipment when mixing or spraying. He would sometimes get the spray on his skin, and remembers occasional spills when mixing. He usually wore the same clothes for the rest of the day and showered the next morning.

In 1988, he moved to Forestville, CA, where he lived until 2012 on a 56 acre wooded lot with abundant weeds including poison oak and Scotch broom. He sprayed this property with Roundup 2-3 times per month almost every month. He sprayed along a 700 ft road leading into the property, including the center divider, embankments and drainage ditches, as well as around the parking lot and a security fence around one acre. He also sprayed around the house, deck, garage and water tanks, and along a 2000 ft road in the woods, as well as along walking trails in the woods. He sprayed the roadways from the back of his truck and used a ladder to spray over the security fence. The poison oak in these areas was high and he often sprayed in close proximity to these weeds. He would spray for 2-4 hours each time. He used a pump-up sprayer with a 2-gallon container for mostly mist spraying (80% of the time), and a hand pump bottle sprayer for mostly spot spraying (80% of the time). He used Roundup concentrate and did the mixing himself. He sprayed 6-7 gallons on light spraying days for 4 months

(December-March) of the year, and about 20 gallons on heavy spraying days for the other 8 months (April-November). He typically dressed as previously described, and did not wear any protective clothing or equipment when mixing or spraying. He would often get the spray on his hands, arms, face and sometimes in his mouth, and sometimes he inhaled the mist while spraying. He also recalled occasional spills when mixing. If he got Roundup on his hands while mixing, he would wash his hands with water from a hose. He usually changed his clothes and showered after spraying, but sometimes he wore the same clothes the next day.

Mr. Hardeman had extensive and significant exposure to Roundup herbicide during his 26 years of use (1986-2011). For 23 years (1989-2011), he used it 24-36 times per year (500-800 times) for 2-4 hours each time. He is estimated to have used over 10,000 gallons of mixed Roundup during this time period. This would place him in the high-risk category for the development of NHL (>10 days of use, or > 2 days/year) with a greater than two-fold increased risk for NHL (1-3). In the study be Erickson et al (1), the NHL risk estimate was 2.36 (95 CI 1.04-5.37) for > 10 days of use, whereas the study by McDuffie et al (2) found a risk estimate of 2.12 (99% CI 1.2 – 3.73) for use > 2 days per year. In the NAPP study (3), the risk estimate for diffuse large B-cell NHL was 2.49 (95% CI 1.23 – 5.04) for use > 2 days per year. Mr. Hardeman had no significant exposures to other pesticides or chemicals, and a careful review of his medical records and a personal interview by myself (11/01/18) revealed no other cause of NHL. The latency period in this case (29 years) is consistent with a chemical etiology (4).





Therefore, I conclude that the findings in this case meet the criteria for specific causation. It is my opinion with a reasonable degree of medical certainty that the extensive and significant exposure to Roundup herbicide was a substantial factor contributing to the development of NHL in this case.

Dennis D. Weisenburger, MD

Professor, Department of Pathology

Date: 11/20/18

1. Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis. *Int J Cancer*, 2008. 123(7) p: 1657-1663.

2. McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health. *Cancer Epidemiol Biomarkers Prev*, 2001. 10(11) p: 1155-1163.

3. Pahwa M, Spinelli J, Freeman LB, Demers PA, Blair A, Pahwa P, Dosman J, McLaughlin J, Zahm SH, Cantor KP, Weisenberger DD, Harris SA. An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project (NAPP). *CSEB Conference*, 2015.

4. Weisenburger DD. Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies. *Cancer Res*, 1992. 52(19 Suppl) p: 5456s-5462s; discussion 5462s-5464s.

5. Nieters A, Kallinowski B, Brennan P, Ott M, Maynadie M, Benavente Y, Foretova L, Cocco PL, Staines A, Vornanen M, Whitby D, Boffetta P, Becker N, De Sanjose S. Hepatitis C and Risk of Lymphoma: Results of the European Multicenter Case-Control Study Epilymph. *Gastroenterology*, 2006. 131(6) p: 1879-1886.

6. Dal Maso L, Franceschi S. Hepatitis C Virus and Risk of Lymphoma and Other Lymphoid Neoplasms: A Meta-Analysis of Epidemiologic Studies. *Cancer Epidemiol Biomarkers Prev*, 2006. 15(11) p: 2078-2085.

7. de Sanjose S, Benavente Y, Vajdic CM, Engels EA, Morton LM, Bracci PM, Spinelli JJ, Zheng T, Zhang Y, Franceschi S, Talamini R, Holly EA, Grulich AE, Cerhan JR, Hartge P, Cozen W, Boffetta P, Brennan P, Maynadie M, Cocco P, Bosch R, Foretova L, Staines A, Becker N, Nieters A. Hepatitis C and Non-Hodgkin Lymphoma among 4784 Cases and 6269 Controls from the International Lymphoma Epidemiology Consortium. *Clin Gastroenterol Hepatol*, 2008. 6(4) p: 451-458.

8. Kawamura Y, Ikeda K, Arase Y, Yatsuji H, Sezaki H, Hosaka T, Akuta N, Kobayashi M, Suzuki F, Suzuki Y, Kumada H. Viral Elimination Reduces Incidence of Malignant Lymphoma in Patients with Hepatitis C. *Am J Med*, 2007. 120(12) p: 1034-1041.

9. Omland LH, Jepsen P, Krarup H, Christensen PB, Weis N, Nielsen L, Obel N, Sorensen HT, Stuver SO, study Dc. Liver Cancer and Non-Hodgkin Lymphoma in Hepatitis C Virus-Infected Patients: Results from the Danvir Cohort Study. *Int J Cancer*, 2012. 130(10) p: 2310-2317.

10. Gragnani L, Fognani E, Piluso A, Boldrini B, Urraro T, Fabbrizzi A, Stasi C, Ranieri J, Monti M, Arena U, Iannacone C, Laffi G, Zignego AL, Ma SVESG. Long-Term Effect of Hcv Eradication in Patients with Mixed Cryoglobulinemia: A Prospective, Controlled, Open-Label, Cohort Study. *Hepatology*, 2015. 61(4) p: 1145-1153.

11. Taborelli M, Polesel J, Montella M, Libra M, Tedeschi R, Battiston M, Spina M, Di Raimondo F, Pinto A, Crispo A, Grimaldi M, Franceschi S, Dal Maso L, Serraino D. Hepatitis B and C Viruses and Risk of Non-Hodgkin Lymphoma: A Case-Control Study in Italy. *Infect Agent Cancer*, 2016. 11 p: 27.

12. Su TH, Liu CJ, Tseng TC, Chou SW, Liu CH, Yang HC, Wu SJ, Chen PJ, Chen DS, Chen CL, Kao JH. Hepatitis C Viral Infection Increases the Risk of Lymphoid-Neoplasms: A Population-Based Cohort Study. *Hepatology*, 2016. 63(3) p: 721-730.

13. Dalia S, Chavez J, Castillo JJ, Sokol L. Hepatitis B Infection Increases the Risk of Non-Hodgkin Lymphoma: A Meta-Analysis of Observational Studies. *Leuk Res*, 2013. 37(9) p: 1107-1115.

14. Li M, Gan Y, Fan C, Yuan H, Zhang X, Shen Y, Wang Q, Meng Z, Xu D, Tu H. Hepatitis B Virus and Risk of Non-Hodgkin Lymphoma: An Updated Meta-Analysis of 58 Studies. *J Viral Hepat*, 2018. 25(8) p: 894-903.

15. Marcucci F, Mele A, Spada E, Candido A, Bianco E, Pulsoni A, Chionne P, Madonna E, Cotichini R, Barbui A, De Renzo A, Dore F, Iannitto E, Liso V, Martino B, Montanaro M, Pagano L, Musto P, Rapicetta M. High Prevalence of Hepatitis B Virus Infection in B-Cell Non-Hodgkin's Lymphoma. *Haematologica*, 2006. 91(4) p: 554-557.

16. Abe SK, Inoue M, Sawada N, Iwasaki M, Shimazu T, Yamaji T, Sasazuki S, Tanaka Y, Mizokami M, Tsugane S, Group JS. Hepatitis B and C Virus Infection and Risk of Lymphoid Malignancies: A Population-Based Cohort Study (JPHC Study). *Cancer Epidemiol*, 2015. 39(4) p: 562-566.

17. Kleinstern G, Seir RA, Perlman R, Abdeen Z, Khatib A, Elyan H, Dann EJ, Kedmi M, Ellis M, Nagler A, Amir G, Ben Yehuda D, Safadi R, Paltiel O. Associations between B-Cell Non-Hodgkin Lymphoma and Exposure, Persistence and Immune Response to Hepatitis B. *Haematologica*, 2016. 101(7) p: e303-305.

18. Taborelli M, Polesel J, Montella M, Libra M, Tedeschi R, Battiston M, Spina M, Di Raimondo F, Pinto A, Crispo A, Grimaldi M, Franceschi S, Dal Maso L, Serraino D. Hepatitis B and C Viruses and Risk of Non-Hodgkin Lymphoma: A Case-Control Study in Italy. *Infectious Agents and Cancer*, 2016. 11(1) p: 27.

19. Castillo JJ, Ingham RR, Reagan JL, Furman M, Dalia S, Mitri J. Obesity Is Associated with Increased Relative Risk of Diffuse Large B-Cell Lymphoma: A Meta-Analysis of Observational Studies. *Clin Lymphoma Myeloma Leuk*, 2014. 14(2) p: 122-130.