# EXHIBIT 8

Andrei Shustov, M.D.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____

IN RE:  ROUNDUP PRODUCTS                )

LIABILITY LITIGATION                    )

_____        ) MDL No. 2741

                                        )

This document relates to:               ) Case No. 16-md-02741-VC

                                        )

Gebeyehou v. Monsanto Co., et al.       )

Case No. 3:16-cv-5814-VC                 )

                                        )

                                        )

                                        )

_____

VIDEOTAPED DEPOSITION OF ANDREI SHUSTOV, M.D.

December 16, 2018

Seattle, Washington

Andrei Shustov, M.D.

## Page 2

1
2          APPEARANCES

3     For the Plaintiff:

4       R  BRENT WISNER, ESQ
        Baum, Hedlund, Aristei & Goldman, P C
        10940 Wilshire Boulevard
5       17th Floor
        Los Angeles, California 90024
6       310 207 3233
        rbwisner@baumhedlundlaw com
7
8     For Defendant Monsanto Co :
9       AARON H  LEVINE, ESQ
        DAVID KERSCHNER, ESQ
10      Arnold & Porter Kaye Scholer, LLP
        250 West 55th Street
11      New York, New York 10019
        212 836 8000
12      aaron levine@arnoldporter com
        david kerschner@arnoldporter com
13
14    For Defendant Bayer:
15      LINDLEY J  BRENZA, ESQ
        Bartlit Beck, LLP
16      1801 Wewatta Street
        Suite 1200
17      Denver, Colorado 80202
        303 592 3100
18      lindley brenza@bartlitbeck com
19
      Also present: Allison Borgida, videographer
20
21
22
23
24
25

## Page 3

1          EXAMINATION INDEX
2     EXAMINATION BY:              PAGE NO
3     Mr  Brenza               6
4     Mr  Wisner             145
5     Mr  Brenza             167
6     Mr  Wisner             175
7     Mr  Brenza             177
8
9          EXHIBIT INDEX
10    EXHIBIT NO    DESCRIPTION         PAGE NO
11    Exhibit No  26  Monsanto Company's Notice to     5
                    Take Oral and Videotaped
12                  Deposition of Dr  Andrei
                    Shustov
13
      Exhibit No  27  Expert Report of Dr  Andrei      5
14                  R  Shustov
15    Exhibit No  28  Expert Report of Dr  Chadi     11
                    Nabhan
16
      Exhibit No  29  Seattle Cancer Care Alliance    45
17                  website printout:
                    "Non-Hodgkin Lymphoma Facts "
18
      Exhibit No  30  Encounter record dated         68
19                  11/22/2006 for Simoun
                    Gebeyehou  Labeled
20                  Confidential-Gebeyehou-
                    KPNValley-MD-
21                  003815
22    Exhibit No  31  Office visit record dated       72
                    10/8/2006 for Simoun
23                  Gebeyehou  Labeled
                    Confidential-Gebeyehou-
24                  SGebeyehou-KPNValley-MD-
                    000013
25

## Page 4

1          EXHIBIT INDEX (Continuing)
2     EXHIBIT NO    DESCRIPTION         PAGE NO.
3     Exhibit No. 32   Encounter record dated     80
                    6/22/2016 for Simoun
4                   Gebeyehou.  Labeled
                    Confidential-Gebeyehou-
5                   SGebeyehou-KPNValley-MD-
                    003277.
6
      Exhibit No. 33   Critical Reviews in      92
7                   Toxicology: "Review of
                    Genotoxicity Studies of
8                   Glyphosate and
                    Glyphosate-Based
9                   Formulations."
10    Exhibit No. 34   Environmental Health    102
11                  Perspectives: "Glyphosate
                    Biomonitoring for Farmers and
12                  Their Families:  Results from
                    the Farm Family Exposure
13                  Study."
14    Exhibit No. 35   Agricultural Health Study.   118
                    Study Update 2018.
15
16
17
18
19
20
21
22
23
24
25

## Page 5

1          BE IT REMEMBERED that on Sunday,

2     December 16, 2018, at 1900 Fifth Avenue, Seattle,

3     Washington, at 8:49 a.m., before JOHN M.S. BOTELHO,

4     Certified Court Reporter, appeared ANDREI SHUSTOV,

5     M.D., the witness herein;

6          WHEREUPON, the following

7     proceedings were had, to wit:

8

9               <<<<<< >>>>>>

10

11               (Exhibit Nos. 26 and 27

12               marked for identification.)

13

14          THE VIDEOGRAPHER:  We are now on

15    the record.  Today's date is Sunday, December 16th,

16    2018.  And the time is 8:49 a.m.  This video

17    deposition is being held at 1900 Fifth Avenue,

18    Seattle, Washington 98101 in the matter of Gebeyehou

19    vs. Monsanto Company for the United States District

20    Court, Northern District of California.  The deponent

21    is Dr. Andrei Shustov.  My name is Allison Borgida,

22    and I'm the videographer for Golkow Litigation

23    Services.  The court reporter is John Botelho.

24          Will counsel please state your appearances and

25    affiliations for the record, and then the court

Andrei Shustov, M.D.

| Page 6 | Page 8 |
|---|---|

**Page 6**

1   reporter may swear in the witness.
2           MR. WISNER:  Brent Wisner on behalf
3   of the plaintiffs and the deponent.
4           MR. BRENZA:  Lin Brenza with Bartlit
5   Beck for Bayer.
6           MR. KERSCHNER:  David Kerschner from
7   Arnold & Porter for Monsanto.
8           MR. LEVINE:  Aaron Levine from Arnold
9   & Porter for Monsanto.
10
11  ANDREI SHUSTOV, M.D.,     having been first duly sworn
12                       by the Certified Court
13                       Reporter, deposed and
14                       testified as follows:
15
16          MR. WISNER:  Before we get started, I
17  just want to maintain the same objection we discussed
18  yesterday concerning the scope of this deposition being
19  limited to specific causation and specifically for the
20  plaintiff in this case, Gebeyehou.
21
22
23          EXAMINATION
24  BY MR. BRENZA:
25  Q   What is your name?

**Page 7**

1   A   Andrei Shustov
2   Q   Will you spell your last name, please?
3   A   S-h-u-s-t-o-v
4   Q   Where is your business address?
5   A   Seattle Cancer Care Alliance, 825 Eastlake Avenue East,
6   Seattle, Washington 98109
7   Q ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
11  Q   Are you a medical doctor?
12  A   I am
13  Q   Did you receive your medical degree in the Ukraine?
14  A   I did
15  Q   Did you come to the United States to pursue postdoctoral
16      studies?
17  A   That's correct
18  Q   Are you currently associated with the Seattle Cancer
19      Care Alliance at the University of Washington Medical
20      Center?
21  A   I am
22  Q   Do you see in front of you a document that I've marked
23      as Exhibit 26?
24  A   I do
25  Q   Do you see that Exhibit 26 is a notice for your

**Page 8**

1   deposition today?
2   A   I do.
3   Q   Have you seen Exhibit 26 before?
4   A   I did.
5   Q   Did you review the list of documents requested that's
6       attached to Exhibit 26?
7   A   I did.
8   Q   Did you collect the documents that you had in your
9       possession that were responsive to the deposition
10      notice?
11          MR. WISNER:  Objection.  Answer that
12  question to the extent it doesn't call for any
13  privileged attorney communications.
14          THE WITNESS:  To the best of my
15  abilities.
16  Q   (By Mr. Brenza)  Did that include any e-mails that you
17      received forwarding materials that you used in your
18      expert report?
19          MR. WISNER:  Objection.
20          THE WITNESS:  None that would come
21  from anybody but the attorneys.
22  Q   (By Mr. Brenza)  Did you include any e-mails that you
23      received that provided you materials that you relied on
24      for your expert report?
25          MR. WISNER:  Same objection and

**Page 9**

1   admonishment.  Answer to the extent it doesn't call for
2   privileged communication.
3           THE WITNESS:  I did include it, the
4   material they relied on, yes.
5   Q   (By Mr. Brenza)  You did include those?
6   A   Yeah.
7   Q   Is -- is the list of all the materials you relied on for
8       your expert report set out in the document we marked
9       yesterday as Exhibit 4?
10          MR. WISNER:  I'd also just note that
11  we submitted a supplemental reliance list as well that's
12  not included in Exhibit 4.
13          THE WITNESS:  Yes, I believe so.
14          THE REPORTER:  What list?
15          MR. WISNER:  Supplemental reliance
16  list.
17  Q   (By Mr. Brenza)  Directing your attention to Exhibit 4,
18      is that a partial list of the materials that you relied
19      on in your expert report?
20  A   To my knowledge, it's a complete list that I relied on.
21  Q   Are the materials listed on Exhibit 4 materials that you
22      found to be reliable for purposes of forming your expert
23      report in this case?
24  A   Yes.
25  Q   Are there any materials on Exhibit 4 that you did not

3 (Pages 6 to 9)

Andrei Shustov, M.D.

Page 10

1    rely on in forming your opinions that are set out in
2    your expert report?
3            MR. WISNER: Objection; vague.
4            THE WITNESS: I believe I put them
5    there on purpose of disclosing what I used for my
6    report, so I don't think, to the best of my knowledge,
7    that anything listed here I did not rely on.
8    Q  (By Mr. Brenza)  Okay.  Getting back to your deposition
9    notice, you had your deposition taken yesterday, and so
10   you're somewhat familiar with this process now.  But I
11   want to just set out a couple ground rules.
12       If you don't hear or don't understand my question,
13   just let me know, and I'll rephrase it or repeat it.
14   A  Sure.
15   Q  We need to not speak over each other.  There was a
16   problem with that yesterday.  I'll try to finish my
17   question, then let you answer before I start asking
18   another.  Okay?
19   A  Sure.
20   Q  Is the -- let's back up.
21       The document I've marked as Exhibit 27 in front of
22   you, do you see that?
23   A  I do.
24   Q  That's your expert report in the case of Gebeyehou?
25   A  That's correct.

Page 11

1    Q  Is that how you pronounce the name, or will you
2    understand what I'm talking about if I pronounce it that
3    way?
4    A  Yes.
5    Q  Okay.  Did you prepare Exhibit 27 yourself?
6    A  Yes.
7    Q  Did you write every word of Exhibit 27?
8    A  I wrote most of Exhibit 27 myself, and I used the
9    verbiage from other sources to express my opinion in
10   this report.
11   Q  I'm going to hand you what I've marked -- what I'm
12   marking now as Exhibit 28.
13           (Exhibit No. 28 marked for
14            identification.)
15
16   Q  (By Mr. Brenza)  This is the expert report of Dr. Nabhan
17   in the Gebeyehou case.
18   A  Thank you.
19   Q  Have you seen the expert report of Dr. Nabhan before I
20   just handed it to you?
21   A  I don't recall seeing it.
22   Q  Do you remember yesterday we looked at your report in a
23   different case, and you had confirmed that you used some
24   of the language of Dr. -- of Nabhan's report in your own
25   report?  Do you remember that?

Page 12

1    A  I do remember that.
2    Q  Did you do the same thing with the Gebeyehou report?
3       Did you use Dr. Nabhan's language in your own report?
4    A  I used -- I type all three reports I was asked to do
5    pertaining to Monsanto case with the same diagnosis at
6    the same time, and I used the language from one report
7    to another that was pertinent from -- for all the
8    plaintiffs to save time.
9    Q  Did you use the language of Dr. Nabhan's report in your
10   own report in the Gebeyehou case?
11   A  In -- to my recollection, Gebeyehou case, I used the
12   report that I created for previous plaintiff that I
13   constructed first in preparing all three reports.
14   Q  Who was the first plaintiff who you prepared a report
15   for?
16   A  If I recall correctly, Mr. Hardeman.
17   Q  So you wrote Dr. Hardeman's report using language from
18   Dr. Nabhan's report, correct?
19   A  That is correct.
20   Q  And then you copied language that you'd used in the
21   Hardeman report for the Gebeyehou report?
22   A  That is correct.  It was appropriate for the same
23   report, for this report.
24   Q  And this is language -- if you look at your own report
25   on Page 6 and the Nabhan report, it's language that has

Page 13

1    to do with -- this is language that you used from
2    Dr. Nabhan that has to do with general causation issues,
3    right?
4    A  That is correct.
5    Q  Did you use Dr. Nabhan's language for general causation
6    issues because you're not an expert in glyphosate
7    general causation?
8            MR. WISNER: Objection; calls for a
9    legal conclusion.
10           THE WITNESS: No.  I used the
11   language from Dr. Nabhan report because it would -- it
12   reflected my conclusion that I drew in reviewing brief
13   evidence -- reviewing briefly papers in general
14   causation to supplement my report, and the language
15   would accurately reflect my understanding of general
16   causation.  So to save time, I used his language.
17   Q  (By Mr. Brenza)  And your understanding of general
18   causation comes from Dr. Nabhan, right?
19   A  No.  My understanding of general causation comes from
20   experts in general causation, Dr. Ritz and Dr. Portier,
21   but I've decided to look at some literature to
22   familiarize myself with -- with the topic.
23   Q  Let me direct your attention to Page 6 and 7 and 8 of
24   your expert report that we've marked as Exhibit 27.
25   Tell me when you're there.

Andrei Shustov, M.D.

| Page 14 |
| --- |

```
 1    A  So 6, 7, 8.  I'm here.
 2    Q  You see the section that you had titled "Discussion of
 3       Mr. Gebeyehou's Lymphoma Causation"?
 4    A  Yep.
 5    Q  Is that a discussion of general causation?
 6    A  If you read all the bullet points, it is a discussion of
 7       general causation.
 8    Q  And are these the sections that you ultimately trace
 9       back to Dr. Nabhan's report?
10    A  I believe they're the sections for some of which I used
11       the verbiage of Dr. Nabhan report.
12    Q  Do you have the e-mail that you received where you
13       received Dr. Nabhan's report?
14           MR. WISNER:  Objection; assumes facts
15       not in evidence.
16           THE WITNESS:  I must have it
17       somewhere in e-mail that I received from my attorney,
18       yeah.  I received via e-mail, so it must be in my
19       e-mail.
20    Q  (By Mr. Brenza)  And you didn't list that on your
21       materials you relied on?
22    A  I did not rely on that report to make my opinion.  I did
23       not feel this was a document I relied on.  I used the
24       verbiage from that report, but I did not rely on that to
25       make my opinion.  I didn't feel that it's appropriate.
```

| Page 15 |
| --- |

```
 1       If I'm erroneous, I apologize.
 2    Q  Did you make an independent analysis of all the medical
 3       studies that were discussed in Dr. Nabhan's report?
 4    A  I made --
 5           MR. WISNER:  Objection; scope.  Are
 6       you talking about the section on general causation?
 7           MR. BRENZA:  Yes.
 8           MR. WISNER:  Okay.
 9           THE WITNESS:  I made my brief
10       conclusions to familiarize -- familiarize myself with
11       general causation, but I relied on general causation
12       expert to formulate my opinion in specific causation.
13    Q  (By Mr. Brenza)  Have you previously testified for
14       individuals who were claiming to have been injured by
15       glyphosate?
16    A  No.  Not outside current proceedings.
17    Q  Okay.  Have you done any research involving glyphosate?
18    A  No.
19    Q  Have you ever written anything about glyphosate?
20    A  No.
21    Q  Have you ever spoken about glyphosate?
22    A  No.
23    Q  Are you an expert in glyphosate?
24    A  No.
25    Q  Was the first time you opined that glyphosate was a
```

| Page 16 |
| --- |

```
 1       possible cause of cancer in this litigation?  First time
 2       you ever said that, right?
 3    A  In this particular litigation?
 4    Q  Yes.
 5    A  Yes.
 6    Q  Does your expert report that we've marked as Exhibit 27
 7       encompass all of your opinions about Gebeyehou?
 8    A  Not all of my opinions regarding Gebeyehou, but my
 9       opinions pertaining to his diagnosis, his disease, his
10       treatment, and specifically to support my conclusion
11       about special causation.
12    Q  What opinions about Mr. Gebeyehou are not included in
13       your expert report?
14           MR. WISNER:  Objection; scope.
15           THE WITNESS:  Anything that I was not
16       asked to do.
17    Q  (By Mr. Brenza)  As you sit here today, do you have an
18       understanding of any opinions that you -- you formed
19       about Mr. Gebeyehou that are not in your report?
20           MR. WISNER:  Objection; beyond the
21       scope.
22           THE WITNESS:  It is very confusing,
23       but I would say, when I encounter the patient, I
24       obviously form comprehensive impression of his disease,
25       his medical history, and I only extract the relevant
```

| Page 17 |
| --- |

```
 1       information for specific purpose of this report.
 2    Q  (By Mr. Brenza)  Are there any opinions you have
 3       about -- about Dr. Gebeyehou that you're concealing
 4       from -- from this proceeding?
 5    A  I'm not concealing anything.  I did not --
 6    Q  Concealing -- that you didn't disclose in your expert
 7       report?
 8           MR. WISNER:  Objection; scope.  We're
 9       talking about medical opinions, right?
10           MR. BRENZA:  Yes.  Yes.
11           MR. WISNER:  Because you might think
12       he's a nice guy, for example.
13           MR. BRENZA:  Yes.
14    Q  (By Mr. Brenza)  I just want to know, if we talk about
15       your expert report, have we covered everything that
16       you've decided about Doct -- Mr. Gebeyehou?
17    A  Yes.  I apologize.  It's very -- that's -- I've
18       explained it.  If he told me that how nice his house
19       was, it's not in my report, yeah.
20    Q  Yes.
21       But in terms of medical opinions, they're all in
22       your report?
23    A  Yeah.
24    Q  Did you ever provide any medical care to Mr. Gebeyehou?
25    A  No.
```

Andrei Shustov, M.D.



| Page 18 | Page 20 |
|---|---|

**Page 18**

1  Q  Had you ever seen him before you saw him in connection
2     with his lawsuit?
3  A  No.
4  Q  Did you examine him in connection with his lawsuit?
5  A  I did.
6  Q  When did you examine him?
7  A  ▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮
13 A  That's correct.
14 Q  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮
19 A  No.
20 Q  Did you interview them or elicit any information from
21    them?
22 A  No.  I interviewed him.
23 Q  Just spoke to Mr. Gebeyehou?
24 A  Mm-hmm.
25 Q  What did your physical examination of Mr. Gebeyehou tell

**Page 19**

1     you?
2  A  I did not find any evidence of residual lymphoma at this
3     time
4  Q  He had made a complete recovery as far as you could
5     tell.
6  A  He has some sequelae from his lymphoma and chemotherapy,
7     in my opinion, he continues to recover from ▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮
14 A  I don't know that yet he is in remission.
15 Q  When you say he's in remission, that means he doesn't
16    have any cancer at the moment, right?
17 A  He does not have detectable cancer at the moment that we
18    can detect with the technology that we use to look for
19    responses
20 Q  Do you -- do you know when Mr  Gebeyehou was first
21    diagnosed with his cancer?
22 A  It was in February of 2014
23 Q  And he was treated during that year, 2014, right?
24 A  That is correct
25 Q  And so now it's 2018  He has been cancer-free for four

**Page 20**

1     years, right?
2  A  That is correct.
3  Q  It's true that with non-Hodgkin's lymphoma, the most
4     likely time for it to occur is in the first two years,
5     right?
6  A  That is correct.
7  Q  So he's made it past that?
8  A  That is correct.
9  Q  And if you make it past more years, it's even more
10    unlikely to come back?
11 A  That is correct.
12 Q  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮
17    MR. WISNER:  Objection; speculation.
18    THE WITNESS:  ▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮
21 Q  (By Mr. Brenza)  And so I'm asking a slightly different
22    question about what your opinion is about what he should
23    expect in terms of being cancer-free going forward.
24    Isn't it true that he can expect to be cancer-free going
25    forward?

**Page 21**

1  A  ▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮
9  Q  Are the causes of non-Hodgkin's lymphoma unknown in the
10    majority of patients?
11 A  Unknown to the degree that we generally do not look for
12    causes in most of the patients.
13 Q  I'm not sure that answered my question.
14    Are the causes of non-Hodgkin's lymphoma unknown
15    in the majority of patients?
16    MR. WISNER:  Objection; asked and
17    answered.
18    THE WITNESS:  Once again, it's --
19    it's -- the question that can be answered different
20    ways.  It can be stated they're unknown, but it can also
21    be stated that they're unknown because we never made
22    queries into every particular patient and specific
23    investigation into risk factors in general medical
24    practice.
25 Q  (By Mr. Brenza)  But as you sit here today, without

6 (Pages 18 to 21)

Andrei Shustov, M.D.

## Page 22

1　having done research into what might be the causes, you
2　don't -- you don't know the causes of non-Hodgkin's
3　lymphoma in the vast majority of patients that present
4　with it, right?
5　　　　MR. WISNER:  Objection; vague,
6　speculation.
7　　　　THE WITNESS:  For the majority of
8　patients diagnosed with non-Hodgkin lymphoma, yes, we
9　don't know.
10　Q  (By Mr. Brenza)  And we looked at some studies yesterday
11　on epidemiolog -- epidemiology of non-Hodgkin's
12　lymphoma.  You remember those?
13　A  I do.
14　Q  So somebody's out there trying to find out what causes
15　non-Hodgkin -- non-Hodgkin's lymphoma, right?
16　A  That's correct.
17　Q  And they do that by looking at large numbers of people
18　and trying to find something that they may all have in
19　common or some of them have in common, right?
20　A  Sure.
21　Q  Is that the right way to try to figure out what causes
22　non-Hodg -- non-Hodgkin's lymphoma?
23　　　　MR. WISNER:  Objection; calls for
24　outside the scope.
25　　　　THE WITNESS:  That's probably the

## Page 23

1　best available way to try to figure that out.  It's not
2　the best way, but it's the best available way.
3　Q  (By Mr. Brenza)  What is the -- what would be the best
4　way?  Or is -- are you referring to the experiment that
5　we concluded was ethically improper yesterday?
6　A  No.  The -- the hypothetical best available way would be
7　to tag a newborn with a chip that would record every
8　single event in his life and record all he eats and
9　where he travels and exposure to radiation through his
10　life, as -- I'm just hypothesizing, giving you an
11　example.  That would be the best way.  And then lymphoma
12　is diagnosed, and you pull up the record and put it all
13　into massive cloud and calculate probabilities.  That
14　would be -- if we could do that, then we would know
15　probably causes for most lymphomas.
16　Q  So if you had perfect information about everybody and
17　then could look at that after the fact, you might be
18　able to figure out what --
19　A  That is --
20　Q  -- factors cause it?
21　A  That is correct.
22　Q  And that's true for all cancer, right?  I mean, the
23　causes of cancer are many and varied, and no -- no one's
24　really sure what they are?
25　　　　MR. WISNER:  Objection; speculation.

## Page 24

1　　　　THE WITNESS:  That is true for many
2　cancers, but it is also true for many cancers we have
3　identified causes in many patients.  We cannot dismiss
4　those.
5　Q  (By Mr. Brenza)  The type of cancer that Mr. Gebeyehou
6　had was called diffuse large B-cell lymphoma, right?
7　A  That is correct.
8　Q  And I'll refer to it as DLBCL.  As much as I hate
9　acronyms, it's just too long to say it any other way.
10　Okay?
11　A  That's okay.
12　Q  I'm sure you're familiar with it, because you probably
13　have to say it even more than I do.
14　A  That's how we use it.
15　Q  What is diffuse large B-cell lymphoma?
16　A  DLBCL and diffuse large B-cell lymphoma is an aggressive
17　form of lymphoid cancer or lymph node cancer that arises
18　from B lymphocytes.
19　Q  Is it a particular species of cancer within the
20　non-Hodgkin's lymphoma universe?
21　A  It is a particular species, yes, of non-Hodgkin
22　lymphoma.
23　Q  And non-Hodgkin's lymphoma is made up of about 60 or
24　more different types of cancer, right?
25　A  That is correct.

## Page 25

1　Q  Each of those types of cancer is different from each
2　other as non-Hodgkin's lymphoma is from other kinds of
3　cancer?
4　A  They're different, and they're similar.  There is a
5　great overlap, and there is certain specific features of
6　these lymphomas.  That is why majority of them are
7　treated the same way, but in some cases we implement
8　slightly different types of treatment.  So they have
9　similarities and overlap sometimes even in molecular
10　pathways that they use, but there is something that
11　defines them separate enough to call them a specific
12　entity.
13　Q  Do the different entities of non-Hodgkin's lymphoma have
14　different risk factors?
15　A  It's a very broad question, and we have -- we think that
16　in some specific type of non-Hodgkin lymphomas, there is
17　a specific cause.  But for majority of them, it is not
18　inconceivable that they have commonalities in what
19　caused them.
20　　　　As an example, patients who are exposed to
21　radiation as professional activities or in any other
22　capacities can develop any type of lymphoma.  Patients
23　who are infected with HTLV-1 virus can develop a very
24　specific T-cell lymphoma.  EBV causes very specific type
25　of lymphoma, but not others.  But exposure to common

Andrei Shustov, M.D.

Page 26

1    carcinogens may cause any type of lymphoma.  That's a
2    very broad question.
3    Q   So you've set out some of the risk factors.  Is one of
4    the risk factors for DLBCL environmental factors such as
5    exposure to chemicals?
6    A   Again, it's a broad statement, but chemicals that are
7    known carcinogen, yes.
8    Q   And that includes, you mentioned yesterday, military
9    chemicals?
10   A   The chemicals that have been linked, identified as cause
11   of non-Hodgkin lymphomas and potential other cancers,
12   yes, found in military environment, industrial,
13   households.  In the military, examples would be well-
14   known Agent Orange and jet fumes, exposure to asbestos
15   in the Navy in the past.  Those are examples.
16   Q   You also mentioned agricultural-related chemicals,
17   right?
18   A   Did I?
19   Q   Yesterday.
20   A   Yes.
21   Q   And that includes a wide variety of chemicals that might
22   be encountered on a farm, right?
23   A   Potentially.
24   Q   Not just -- it's not just glyphosate.  It's all
25   pesticides, all fungicides, rodenticides, fertilizers,

Page 27

1    diesel fumes, all kinds of chemicals?
2    A   Well, it's a very broad statement as a clinician.  And
3    if I were to look at the cause, I would refer to sources
4    to advise me specifically what chemicals were herbicides
5    and that are specifically linked with development of
6    lymphomas.  I would try not to do a very general, broad
7    statement like that.
8    Q   Well, it's not -- it's not just herbicides, right?  It's
9    all farm chemicals?
10   A   I did say that.  And I don't think it's fair to say --
11   lump everything together.  Once again, I would defer to
12   experts in epidemiology, general causation, toxicology,
13   where I would go to sources and see if this particular
14   chemical is listed as potential carcinogens.
15       And this happens occasionally when patient would
16   bring me the list of, say, chemicals that are provided
17   by the employer and ask me to opine on whether or not
18   this was a occupational hazard, et cetera.  So there is
19   a specific list that is provided by organizations like
20   DOD or -- I -- I can't recall that -- all the, again,
21   antigens that patient use.
22       VA has the list of defined carcinogens that they
23   give to patients diagnosed with cancer that for the
24   particular purpose is defined, so whether or not they
25   cover their services, et cetera.  But there is a list of

Page 28

1    agreed and defined carcinogens for different areas of
2    human activity, military, occupational, et cetera.
3    Q   Do you know that farmers are often exposed to a variety
4    of chemicals related to their work?
5            MR. WISNER:  Objection; lacks
6    foundation, speculation.
7            THE WITNESS:  I do not work with
8    farmers.  I would absolutely have to speculate, and I --
9    I would assume that they have -- they use various
10   chemicals in their practice.  Again, this is assumption.
11   I've never been a farmer.  I grew up in a city.  I
12   didn't study farming.  That's complete speculation on my
13   part.
14   Q   (By Mr. Brenza)  Has the -- do you know that farmers
15   have a higher rate of non-Hodgkin's lymphoma than other
16   professions?
17   A   That is the fact that, to the best of my recollection, I
18   have encountered before.  But if you ask me my -- my
19   general opinion as an oncologist, I would say "yes."
20   And if you ask specific, I'll have to go in literature
21   and look.
22   Q   You haven't done that as you sit here today?
23   A   I have -- I have not specifically did a search on
24   farmers and risk of non-Hodgkin lymphoma.  I have
25   encountered some statements in the reference papers that

Page 29

1    were in the discussions, but I have not done independent
2    search to look into that.
3    Q   And those references that you mention identify exposure
4    to multiple chemicals, right?  They're not just about
5    glyphosate?
6    A   Again, this is very -- we went through the references
7    yesterday.  It's a very general statement.  We looked at
8    some papers yesterday that adjusted for various
9    pesticides, look at various pesticides.  For the -- I
10   feel for sake of current discussions, once again, I
11   believe farmers exposed to multiple chemicals, but I
12   don't believe that all of them can be lumped into
13   carcinogens.  And I would, again, rely on the
14   epidemiologic literature to advise clinicians, and in a
15   very more beneficial way, I would rely on opinion and
16   expertise of epidemiologists and toxicologists to advise
17   clinicians that whether this particular chemical is
18   carcinogen or not.
19   Q   You -- you understand, though, when somebody's exposed
20   to multiple chemicals, you have to control for the
21   effect of those other chemicals to figure out whether
22   any particular one is causing an effect, right?
23           MR. WISNER:  Objection; incomplete
24   hypothetical, vague.
25           THE WITNESS:  As a -- as a research

8 (Pages 26 to 29)

Andrei Shustov, M.D.

## Page 30

1    method, I would say that that's probably what needs to
2    be done in those studies.
3    Q  (By Mr. Brenza)  Has the rate of non-Hodgkin's lymphoma
4    been increasing in the United States for many decades?
5    A  That is true.
6    Q  Did the increase begin in the 1950s and 1960s?
7    A  That is true, and that's the time where epidemiologic
8    studies in the United States really started to become
9    consolidated and reliable information started to be
10   collected.  It does not mean that the rate has not been
11   increasing before that.  It's just the epidemiologic
12   science and reliable correction of data.
13        The answer is, again, it's a broad question for
14   academician.  I would say "yes," but there is a reason
15   for that.  And collection of information was starting to
16   really consolidate in those times, the formation of SEER
17   registry and epidemiologic institution databases, and
18   they were not developed in early 1900s or last century,
19   but -- so we cannot say they were not increasing before
20   that, but in a simple answer is, yes, it was increasing.
21   Q  Has the rate of increase in non-Hodgkin's lymphoma
22   leveled off in the last decade or two?
23   A  I would have to do a quick search to answer that
24   question.  I think so that the rate is -- the -- the
25   curve is not as steep.  But, again, I would have to make

## Page 31

1    a quick reference  It's not something I look at
2    every -- in my everyday practice
3             MR  WISNER:  If you're going to move
4    on to another topic, can we take a quick break off the
5    record?
6             MR  BRENZA  Sure
7             THE VIDEOGRAPHER:  All right  We're
8    going off record  The time is 9:26 a m
9             (Pause in proceedings )
10
11           THE VIDEOGRAPHER:  We are back on
12   record  The time is 9:37 a m
13   Q  (By Mr Brenza)  Doctor, what do you consider to be your
14   areas of expertise?
15   A  I'm -- I would consider myself to be expert in cancer,
16   specifically high expertise in lymphoma, lymphoma
17   diagnosis, lymphoma signs, lymphoma treatment, and
18   management of patient with lymphomas  Designing,
19   executing clinical trials in investigating drugs for
20   non-Hodgkin and Hodgkin lymphoma  And having background
21   in immunology based on my bench research that I have
22   done at the University of Washing -- University of
23   Maryland before
24   Q  Did any part of your background in immunology involve
25   the ability of viruses to cause cancer in cells?

## Page 32

1    A  No.
2    Q  With -- with respect to the areas that you're not expert
3    in -- I'm going to go through a list.  And it's not to
4    disparage the areas that you are an expert in.  I just
5    want to make sure I understand the limits of your --
6    your expertise.
7    A  Sure.
8    Q  Okay?
9         So you're not an expert in toxicology, right?
10   A  No.
11   Q  You're --
12           MR. WISNER:  I'm just going to have a
13   standing objection -- I don't want to do it each time --
14   to legal conclusion on the word "expert."
15           MR. BRENZA:  Got it.
16   Q  (By Mr. Brenza)  You're not an expert in epidemiology,
17   right?
18   A  No.
19   Q  You're not an expert in glyphosate?
20   A  No.
21   Q  You're not an expert in glyphosate-based formulations?
22   A  No.
23   Q  You're not an expert in surfactants?
24   A  No.
25   Q  You are not an expert in cancer caused by -- identifying

## Page 33

1    cancer caused by radiation?
2    A  That's a nonsensical question.  I can't answer that.
3    Q  Why do you say that?
4    A  It just doesn't make any sense to oncologist and
5    clinician, not being an expert in cancer caused by
6    radiation.  There's no expertise in cancer caused by
7    radiation.  It's one of the cause -- causes of cancer in
8    humans, but there is no such a thing as expertise in
9    cancer caused by radiation.  It's just absolutely
10   nonsensical to oncologist or any medical professional.
11   Q  Is it correct that just looking at the cancer, you can't
12   tell whether it was caused by radiation, chemicals,
13   infection, or something else?
14           MR. WISNER:  Objection; overbroad.
15           THE WITNESS:  In the vast majority of
16   cases, yes.
17   Q  (By Mr. Brenza)  And is that true in Mr. Gebeyehou's
18   case?
19   A  That is correct.
20   Q  Getting back to the list of topics, are you an expert in
21   chemistry?
22           MR. WISNER:  Objection; broad.
23           THE WITNESS:  No.
24   Q  (By Mr. Brenza)  Are you an expert in pathology?
25   A  No.

Andrei Shustov, M.D.

Page 34

1  Q  Are you an expert in chemical exposures?
2     MR. WISNER:  Objection; vague.
3  Q  (By Mr. Brenza)  Calculating exposures?
4  A  No.
5  Q  Are you an industrial hygienist?
6  A  No.
7  Q  Are you an expert in statistics?
8  A  No.
9  Q  Are you an expert in infectious disease?
10  A  Not in a general definition of expertise, no.
11  Q  Did your method in your report involve something called
12     a differential diagnosis?
13  A  That is correct.
14  Q  For a differential diagnosis -- we talked a little
15     yesterday about that -- is -- is usually referred -- you
16     referred to a method used to diagnose a disease in
17     patients, right?
18  A  That is correct.
19  Q  And when you use differential diagnosis to diagnose a
20     disease, you can then go and verify your diagnosis by
21     testing for it, right?
22  A  Well, part of the differential diagnosis in diagnosing
23     the disease is already having all available information
24     at hand to make a diagnosis.
25  Q  So the tests are part of that information?

Page 35

1  A  That is correct.
2  Q  Does differential diagnosis require you to have
3     knowledge about all the possible diseases that the
4     person may have and the probability that that disease is
5     the accurate one?
6     MR. WISNER:  Objection; vague.
7     THE WITNESS:  It is a very broad
8     question.  Because as an example, if I created
9     differential diagnosis of enlarged lymph node in
10     somebody, whether or not it is cancer or it is
11     inflammation, information like somebody having psoriasis
12     or somebody having a broken toe is irrelevant.
13     So if you take a regular medical practice and you
14     interview the physician in particular specialty area or
15     asking about particular diagnosis for which differential
16     diagnosis was created, the differential -- listing the
17     differential diagnosis would not include dozens of
18     irrelevant facts, medical facts about this patient.
19  Q  (By Mr. Brenza)  When you use differential diagnosis to
20     diagnose a disease, you said you have the results of
21     specific tests for various diseases, right?
22  A  Preferably.  And some of the tests then will be
23     triggered based what is in the differential diagnosis.
24  Q  I didn't understand that last part.  Some of the -- you
25     said some of the tests will trigger?  Just explain it to

Page 36

1     me.
2  A  So differential diagnosis is a continuous process.  To
3     give an example, if patient comes in my area of
4     expertise with enlarged lymph node and, say, symptoms of
5     inflammation and also has findings on physical exam of
6     lymphadenopathy, enlarged lymph nodes, or even a CT
7     scan, and I say, Okay, this patient has enlarged lymph
8     nodes.  It could be infection.  Could be inflammation.
9     Could be sarcoidosis.  But then it triggers the biopsy.
10     I don't have results of the biopsy before.  Then biopsy
11     might be suggestive of different disease that -- that
12     opens up a -- different possibilities and they need to
13     order tests.  So I have -- I would have a set of tests
14     before that help me create differential diagnosis, but
15     then it also triggers subsequent investigation to rule
16     out possibilities on my list or rule something new in
17     that collectively I already refer to as hypothetical
18     deductive method, but it's a continuous process.
19  Q  Okay.  So you start with a list of could-be's and
20     then -- is that right?
21  A  That is correct.
22  Q  And then you do additional tests to determine which of
23     the could-be's are wrong.  And what's left is what
24     you're going to go with, what you're going to diagnose?
25  A  If the tests are appropriate for the situation.  And in

Page 37

1     some situations, there are no additional testing
2     required and you have to think about probabilities and
3     eliminate them based on already available information.
4        Many times there are confirmatory tests.  But many
5     times in the clinical situation, we come up with
6     differential diagnosis and then again create this
7     deduction method where this is less likely, this is less
8     likely, this is less likely, until you ideally come to a
9     single diagnosis.  But in many cases, medicine being not
10     exact science, you say, This could be this, it could be
11     this, and you make your best clinical judgment call.
12  Q  In order to do the analysis you just described, you have
13     to understand what's less likely, what the probabilities
14     are of the various options you're considering, right?
15  A  That is correct.
16  Q  And that's true for the way that you used differential
17     diagnosis to identify a cause of Mr. Gebeyehou's
18     non-Hodgkin's lymphoma in this case, right?
19  A  That is true.
20  Q  You'd have to know the probabilities of all the other
21     possible causes of non-Hodgkin's lymphoma?
22  A  Causes that either identifiable or are relevant to
23     somebody's case.
24  Q  Did you have access to information that allowed you to
25     quantify the probabilities of all the risk factors that

Andrei Shustov, M.D.

Page 38

1  Mr. Gebeyehou encountered over the course of his
2  lifetime?
3  A  In most scenarios in medicine, we do not have ability to
4  quantify the offending factor and make, like I said,
5  clinical judgment call whether or not it is probable,
6  possible, or most likely related to the problem at hand;
7  in this case, causing cancer or contributing to causing
8  cancer.
9  Q  So just to be sure I understood your last answer, did
10  you have access to the probabilities of each of the risk
11  factors Mr. Gebeyehou encountered during the course of
12  his life?
13  MR. WISNER:  Objection; vague,
14  assumes facts not in evidence.
15  THE WITNESS:  I -- I don't think I
16  would say that access to probabilities is -- is -- is
17  sort of, to me, as a medical -- this is a nonsensical
18  question.  I have access, as much as I have, to risk
19  factors that he had throughout his life, but I don't
20  understand what access to probabilities mean.
21  Q  (By Mr. Brenza)  Well, you -- you understood the risk
22  factors he had encountered, right?
23  A  That is correct.
24  Q  And my question to you is:  Did you have any precise
25  information about how much those risk factors increased

Page 39

1  his risks?
2  A  Well, that is the information that I extract and rely on
3  from general causation literature; as an example,
4  twofold increase, threefold increase, or X number
5  increase.  That's the information that I rely on; having
6  identified that, yes, this patient has been exposed to
7  particular factors.
8  Q  Okay.  We'll get -- we'll get back to some of that.  I
9  just want to make sure I understand your overall
10  approach.
11  Did you at any time attempt to evaluate
12  Mr. Gebeyehou's exposure to any particular chemical?
13  A  No.
14  Q  Did you at any time evaluate the latency that might be
15  required for cancer to develop from a given exposure?
16  MR. WISNER:  Objection; vague.
17  THE WITNESS:  In his particular case?
18  MR. BRENZA:  Yes.
19  MR. WISNER:  Also objection;
20  overbroad.
21  THE WITNESS:  To -- to a medical
22  profession, the evaluation of latency is basically
23  asking the patient when he or she was exposed to known
24  carcinogens and the time he was diagnosed.  As a
25  clinician, that's information I have at hand to say he

Page 40

1  was exposed, say, four or five years ago.  Now he's
2  diagnosed with cancer.  So this is my definition of
3  latency if I believe that a factor contributed to
4  development of his cancer.
5  Q  (By Mr. Brenza)  Do you have a specific opinion about
6  how long it takes for any particular chemical to cause
7  cancer?
8  MR. WISNER:  Objection; overbroad.
9  MR. BRENZA:  Let me narrow it.
10  Q  (By Mr. Brenza)  Do you have an opinion about how long
11  it took for an exposure that Mr. Gebeyehou had to any
12  chemical that might have caused his cancer to produce
13  that cancer?
14  MR. WISNER:  Also overbroad.
15  THE WITNESS:  Again, to me, it's as
16  if it's a fact that he was exposed and he was diagnosed
17  at this time, and that's where I'm able to say his
18  latency period, if I believe this was his causative
19  factor, is certain number of years.  I don't understand,
20  again, as a -- as a medical profession, how do you
21  evaluate latency in the particular person?
22  Latency can be evaluated on population, population
23  level where you take hundred or a thousand patients and
24  calculate the median latency period in population
25  exposed to the same factor, but you can not apply this

Page 41

1  to a particular person to evaluate his latency.  He
2  either has three-year latency or five-year latency.
3  So I operate on general statistical median for
4  latency if it's known for certain carcinogen.  But in a
5  one person, you just state that his cancer, he was
6  exposed as an example to radiation five years ago for
7  the treatment of breast cancer, or she, and five years
8  later developed leukemia.
9  So that's the latency for this particular patient.
10  But the average latency for this particular factor would
11  be calculated based on numerous patients who received
12  radiation.  It -- just as a concept, I -- I don't think
13  you can evaluate latency in -- in the particular person
14  outside the fact that looking at his exact time to
15  develop cancer from the exposure.
16  Q  (By Mr. Brenza)  Is it generally true that the level of
17  exposure to a potential risk factor is relevant to
18  determining the probability that risk factor caused any
19  cancer?
20  A  It is generally true.
21  Q  So the more radiation you're exposed to, the more likely
22  you're going to have cancer from that radiation?
23  A  It is generally true.
24  Q  And that's true for chemicals too, that the more of a
25  chemical you're exposed to, the more likely it's going

11 (Pages 38 to 41)

Andrei Shustov, M.D.

| Page 42 | Page 44 |
|---|---|

**Page 42**

1  to produce a cancer?
2         MR. WISNER: Objection; incomplete
3  hypothetical, overbroad.
4         THE WITNESS: As -- as a general
5  statement, yes.
6  Q  (By Mr. Brenza) And is the reverse also true? The less
7     you're exposed, the less likely it's going to cause a
8     problem?
9         MR. WISNER: Same objection.
10        THE WITNESS: It is generally true.
11  And it is also true that the single exposure to a factor
12  can produce a single right mutation that might
13  eventually lead to cancer. But as a general statistical
14  statement, you're correct. The --
15  Q  (By Mr. Brenza) The less -- the less you're exposed,
16     the less your risk?
17        MR. WISNER: Same objection.
18        THE WITNESS: That is correct.
19  Q  (By Mr. Brenza) When you examined Mr. Gebeyehou, was
20     there anything about your examination that affected your
21     determination of what might have caused his cancer?
22        MR. WISNER: Objection.
23        MR. BRENZA: And I'm talking now
24  about the physical examination.
25        THE WITNESS: No.

**Page 43**

1  Q  (By Mr. Brenza) Is your conclusion about the cause of
2     his cancer based on your review of the literature?
3  A  My conclusion about causes of his cancer is based on
4     primarily referring to published literature and facts
5     from causes of lymphoma, and in most part, by examining
6     his risk factors that he was exposed to throughout
7     lifetime.
8  Q  And when you say "examining his risk factors," what you
9     did was you asked him to tell you what his risk factors
10     were, right?
11  A  That is correct.
12        MR. WISNER: Objection.
13  Q  (By Mr. Brenza) And the -- the examination that you
14     made was listening to what Mr. Gebeyehou told you?
15  A  No. In my world, examination means I pulled out my
16     stethoscope and I listen to his heart and lungs, I
17     examine his neurologic status, his eyes, his skin, his
18     clotting system. That's examination.
19  Q  But that part of the examination didn't affect your
20     conclusion about the causes of his cancer, right?
21  A  That is correct.
22  Q  You said that.
23        So with respect to the causes of cancer, that's
24     what I'm asking you about.
25  A  Mm-hmm.

**Page 44**

1  Q  Your opinion is based on the medical literature?
2         MR. WISNER: Objection; misstates his
3  testimony.
4         THE WITNESS: Again, no. In my
5  opinion, my conclusion is based on reviewing his history
6  of exposures that he provided to me and information I
7  could extract from his medical records that would also
8  supplement his answers. And then creating a
9  differential list of possible causes of his lymphoma and
10  applying the principle of differential diagnosis -- you
11  can call it differential etiology -- hypothetical
12  deductive method to come up with best probability.
13  Q  (By Mr. Brenza) Did Mr. Gebeyehou tell you anything
14     about his risk factors that you didn't include in your
15     report?
16  A  No.
17  Q  Is non-Hodgkin's lymphoma a common type of cancer?
18         MR. WISNER: Objection; vague as to
19  "common."
20         THE WITNESS: It is a common type of
21  cancer in humans.
22  Q  (By Mr. Brenza) Is DLBCL the most common form of
23     non-Hodgkin's lymphoma?
24  A  In adults, yes.
25  Q  And Mr. Gebeyehou was an adult, right?

**Page 45**

1  A  That is correct.
2  Q  ██████████████?
3  A  That is correct.
4         (Exhibit No. 29 marked for
5         identification.)
6
7  Q  (By Mr. Brenza) I'm going to hand you what I'm marking
8     now as Exhibit 29. Exhibit 29 is a printout of the
9     material on a website from Seattle Cancer Care Alliance.
10     Do you see that?
11  A  Yes.
12  Q  And that's the -- that's where you work, right?
13  A  Yes.
14  Q  So are you familiar with the material that I've handed
15     you as Exhibit 29?
16  A  Yes.
17  Q  Do you see under the first question on the first page,
18     "What is non-Hodgkin's lymphoma?"
19  A  I do.
20  Q  And the answer -- there are a list of bullet points
21     there --
22  A  Mm-hmm.
23  Q  -- that answer that question?
24         And the last one says, "NHL can be cured."
25     Do you see that?

Andrei Shustov, M.D.

| Page 46 |
|---|

1   A  Yes.

2   Q  That's what happened with Mr. Gebeyehou as far as we

3       know right now, right?

4   A  ██████████████████████████

    ██████████████████████████████

    ██████████████████████████

    ██████████████████

    █████████████.

10  Q  If you would direct your attention to the second-to-last

11     page.  And your -- I don't know if yours has

12     highlighting on it.  If it does, I'll -- I'll take

13     responsibility for that.  That's not part of the

14     original.

15       You see where it says, "Doctors do not know what

16     causes NHL"?

17       MR. WISNER:  On Page 5 of 6?

18       MR. BRENZA:  Yes.

19       MR. WISNER:  Okay.

20       THE WITNESS:  Yeah, I do see that.

21  Q  (By Mr. Brenza)  And you agree with that, right?

22   A  It is a very broad statement.

23  Q  Broad but true?

24   A  Once again, the problem with broad statements is that

25     they can be true, or if you ask specific questions, they

| Page 47 |
|---|

1     are not true.  But as a broad, general statement, it is

2     true.  But general statements do not always apply to a

3     particular person.

4  Q  This statement does apply to Mr. Gebeyehou, though,

5     right?

6       MR. WISNER:  Did you say "does"?

7       MR. BRENZA:  "Does."

8       MR. WISNER:  Oh.

9       MR. BRENZA:  Yeah.

10      THE WITNESS:  That is a question can

11     be answered both ways.  If you take a general statement

12     for -- with hundred percent certainty, nobody can say

13     what caused Dr. Gebeyehou's lymphoma.  But the reason we

14     do all the epidemiologic research and try to identify

15     causes in some patients, and in some cases we succeed,

16     that in -- in some particular patients, we have an idea

17     what caused lymphoma.  That -- that is the problem with

18     broad statements.

19     So this website is designed for patients.  And if

20     you wanted to really make a statement that is hundred

21     percent accurate, this paper would be probably 400 pages

22     long.  But if you want to make just general statement to

23     the public, that is acceptable because it is true.  But

24     it is -- also might not be true to a particular patient.

25     Because a patient who, again, was exposed to radiation

| Page 48 |
|---|

1     or was exposed to HTLV virus and was exposed to other

2     carcinogens, we potentially know in some patients what

3     caused their lymphoma.

4  Q  (By Mr. Brenza)  Do you -- do you see the paragraph that

5     follow that sentence that says, "You may be at higher

6     risk if any of these are true"?

7   A  Yes.

8  Q  And there are three bullet points.  Do you see that?

9   A  Yes.

10  Q  First one says, "Your immune system is weakened by an

11     inherited immune disease, human

12     immunodeficiency virus (HIV) or drugs given because you

13     had an organ transplant."

14     Do you see that?

15   A  Yes.

16  Q  Are immune system abnormalities a possible cause of

17     non-Hodgkin's lymphoma?

18   A  As a very broad, general statement, it has the same

19     problems.  You can say "yes," but it would not be true

20     for majority of autoimmune diagnosis.

21  Q  So there are many people who have that risk factor that

22     do not get non-Hodgkin's lymphoma.  Is that what you're

23     saying?

24   A  There are a lot of -- there are a lot of people who have

25     autoimmune disease that has nothing to do with

| Page 49 |
|---|

1     non-Hodgkin lymphoma.  Again, for a public -- for a

2     public, it is okay to make a general, broad statement

3     like that.  But it's hard to apply it in many cases to a

4     particular patient situation.  Because autoimmune

5     disease might involve a little patch of eczema on the

6     skin.  It might involve a very minor autoimmune

7     condition like seasonal allergies.  It might involve

8     allergic itching of your eye.  So those are all

9     autoimmune conditions.  But they have nothing to do with

10     lymphoma.

11     But big autoimmune conditions like Crohn's disease

12     and rheumatoid arthritis and lupus have been linked to

13     lymphoma.  So if you make a broad statement, do

14     autoimmune condition associate with lymphoma?  Yes.  But

15     if you start diving in and look at the particular

16     examples, then the answer could also be "no."

17     It's very hard to make broad statement like this if

18     you can imagine.  Again, if you really wanted to make

19     definitive statement about immune conditions and other

20     risk factors, this would be a very, very big document.

21  Q  Do you see the second bullet point that talks about

22     infection with certain viruses?

23   A  That is correct.

24  Q  Is certain viral infections also a potential risk factor

25     for non-Hodgkin's lymphoma?

Andrei Shustov, M.D.

Page 50

1    A  That is correct.
2    Q  Does that include hepatitis c?
3    A  That is correct.
4    Q  Epstein-Barr virus?
5    A  That is correct.
6    Q  Hepatitis B?
7    A  In particular situations.  As a broad statement, yes.
8       As I explained then, it has a caveat of looking at the
9       details of particular patient.
10   Q  Do those include infections with bacteria such as
11      Helicobacter pylori?
12             MR. WISNER:  Well done.
13             THE WITNESS:  Good job.
14          As a broad statement, again, if you say is it --
15      does it involve bacteria, if I say "yes," then the --
16      there are only two or three examples of thousands of
17      bacteria that were associated with -- with lymphoma.
18      But the vast majority of bacteria were not.  That's why
19      it's listed specifically.
20   Q  (By Mr. Brenza)  Is the same thing true about the next
21      one where it talks about chemicals that can be a risk
22      factor for non-Hodgkin's lymphoma?
23   A  Correct.
24   Q  And that includes pesticides, herbicides, solvents, and
25      fertilizers?

Page 51

1    A  Correct.
2    Q  Those are all possible risk factors?
3    A  The same rule applies to me as a scientist/clinician.
4       You have to look at the particular examples of a
5       patient, and particular in this case, pesticides,
6       herbicides.
7    Q  If you take all the risks that are known in connection
8       with non-Hodgkin's lymphoma that have been identified in
9       this document we're looking at and evaluate how many
10      cases of non-Hodgkin's lymphoma they would be expected
11      to produce, is there a large amount of non-Hodgkin's
12      lymphoma that isn't explained by any of these factors?
13             MR. WISNER:  Objection; speculation.
14             THE WITNESS:  That is correct.
15   Q  (By Mr. Brenza)  Is it fair to say that the majority of
16      non-Hodgkin's lymphoma isn't explained specifically by
17      any of the factors we've just discussed?
18             MR. WISNER:  Objection; speculation.
19             THE WITNESS:  This is to me a broad
20      statement that requires clarification.  As a general
21      statement, yes, the majority of cases of non-Hodgkin
22      lymphoma have not had documented cause, with a caveat
23      that in majority of cases, non-Hodgkin lymphomas, we do
24      not look at their causes because 90 percent of patients
25      are treated in the community and it's not a job of

Page 52

1       community physicians to look at causality of cancer, but
2       if you look at just published literature that's skewed
3       towards what comes to academia, and yes
4    Q  (By Mr. Brenza)  Another risk factor that's not listed
5       here is age, right?
6    A  I do not believe age is a risk factor
7    Q  Does cancer become more common as people age?
8    A  As people age, everything becomes more common, including
9       cancer
10   Q  ████████████████████████████████████████
        ██████████████████████████████████
11   A  No
12   Q  █████████████████████████████████████████
        ████████████████████████████
13   A  That is correct
14   Q  That's not an uncommon age to be diagnosed if you're
15      going to have non-Hodgkin's lymphoma, right?
16   A  That is correct
17   Q  And I think you said yesterday that age, in your
18      opinion, doesn't independently cause cancer, but it
19      signifies the accumulation of insults that your body has
20      withstood over the course of your lifetime, and they add
21      up?
22   A  If I remember correctly -- I would have to look at my
23      deposition -- I did not, or then I should not have

Page 53

1       stated age causes cancer.  Statistically, we identify
2       lymphomas more commonly in older patients.  And it is my
3       opinion -- and I would believe it would be shared with
4       majority of my peer expert -- lymphoma is a reflection
5       of longer times of exposure to either known or unknown
6       carcinogens and accumulation of more diseases as we age.
7       As stated here, in some patients, autoimmune disease
8       also more prevalent with age.
9          But age, itself, does not cause cancer.  It's a
10      reflection of -- it's a surrogate marker for a longer
11      time of exposure to factors that do cause cancer.  And
12      maybe -- just came something to -- let me just give you
13      an example.  We discuss this actually as an exercise at
14      one of the sessions with fellows.
15         Bald people have more prostate cancer.  Does it
16      mean that baldness causes prostate cancer?  It has
17      nothing to do with it.  Right?  People age, and they get
18      bald more frequently, and prostate cancer is more
19      prevalent in old men.  If you do statistical analysis,
20      bald people -- baldness would be associated with
21      prostate cancer.  Does it have anything to do with
22      prostate cancer?  No, it doesn't.
23         Statistically, you have to define the right goal in
24      your research and make a reasonable parameter to look
25      at.  Because you can look at unreasonable parameters and

14  (Pages 50 to 53)

Andrei Shustov, M.D.



Page 54

1    still find statistical significance. So for any
2    sensible research oncologist, scientist, you have to
3    have first some mechanistic idea that it could be
4    causing cancer, and then you interrogate in
5    epidemiologic study.
6        If I say we're going to look at cataracts and
7    pancreatic cancer, and pancreatic cancer is common in
8    older people, contacts are common in older people, I can
9    guarantee we'll find association. Does it mean
10   cataracts cause pancreatic cancer? It has nothing to do
11   with it. Right? So we have to define reasonable goals
12   in the statistical analysis.
13       Because for exercise, we can look at anything. So
14   to me, age is an exercise where age does not cause
15   lymphomas. So we have to really identify
16   mechanistically what's likely causing lymphomas and then
17   interrogate it in the epidemiologic studies.
18   Q  Is the effect you've described where -- just taking the
19      first of your examples -- baldness and prostate cancer.
20   A  Mm-hmm.
21   Q  Is that called covariance?
22          MR. WISNER: Objection; beyond the
23   scope.
24          THE WITNESS: It depends on the
25   context of how you research that, so...

Page 55

1    Q  (By Mr. Brenza) It's two things that aren't causing
2       each other but travel together?
3    A  That is correct. And, again, in my opinion, that
4       reflects the role of age in, as you -- what you stated,
5       causing lymphoma. I do not think, as a lymphoma
6       scientist and expert, age causes lymphomas. We see
7       lymphomas more commonly with older people. But with all
8       the knowledge and experience in lymphomas that I have,
9       to me it means it's a reflection that older people have
10      longer time of exposure or chance to be exposed, move
11      around the country, move different location. The longer
12      you live, you accumulate risk factors in your life.
13   Q  So it's important, if you're looking for associations,
14      that you make sure you're not picking up two things that
15      travel together that don't necessarily have anything to
16      do with each other?
17   A  Exactly right.
18   Q  And that can happen if you don't define your -- your
19      study correctly?
20   A  As you -- if you -- if you pick your statistical
21      variables incorrectly and randomly, you might find
22      associations, like you said, have nothing to -- to do
23      with one another, but statistically travel together.
24   Q

Page 56

1    A  According to my collected history -- and that also would
2       include my review of his medical records --
3
4
5
6
7    A  I don't believe so.
8    Q
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 57

1
2
3
4
5
6
7          MR. WISNER: Objection; vague.
8          THE WITNESS: Hypothetically. Not
9    just hypothetically. Yes, it can be. Because we do see
10   reactivation in some patient, meaning it was sitting
11   somewhere.
12   Q
13
14
15
16
17
18
19
20
21   A  Yes.
22   Q

Andrei Shustov, M.D.

Page 58



1           ████████████████    And we might find in his records
2     as well that when we give somebody chemotherapy like
3     CHOP and Rituxan, we also give patients prophylactic
4     antibacterial agents even though they don't have
5     infection.  And there are other chemotherapy regimens --
6     that I can name four or five off top of my head -- that
7     we give patients prophylactic antibiotics starting in
8     four months after chemotherapy even though they don't
9     have any infections.
10          It's -- it's a good medical practice to do -- to
11    overtreat patients for potentially life-threatening
12    conditions.  And it is not a proof of him having an
13    infection.  But the -- the devastation for patient and
14    doctor for missing one out of thousand chance of
15    something happening is unbearable.  That's why, if you
16    go to emergency room with chest pain, we don't do any
17    test.  You get so-called mono-treatment for heart attack
18    even though your chances of having heart attack are
19    probably 4 or 5 percent statistically.  But if we do
20    miss it, the results are devastating.  That's why we put
21    patients on prophylactic therapy, but they are not
22    necessarily proof of somebody has infection.
23          Q   ██████████████████████████████████████
      ████████████████████████████████████████

Page 59

1           MR. WISNER:  Objection; speculation.
2           THE WITNESS:  ████████████████
      ████████████████████████████████████
      ████████████████████████████████████
      ████████████████████████████████████
      ████████████████████████████████
      ███████████████████████████████████
      ████████████
      ███████████████████████████████████████
      ███████████████████████████████████████
      ████████████████████████████████████
      ████████████████████
      ███████████████████████████████████████
      ████████████
23          A   As a general statement, yes.
24          Q   And is that process of incorporating itself within a
25    cell also the way that viruses can cause mutations that

Page 60

1     lead to cancer?
2           A   In order for viruses to do this, in my level of
3     knowledge of virology and immunology, viruses do have to
4     be active and activate the machinery to reproduce
5     themselves and activate their genes that mechanistically
6     can cause mutations in the cells that they're
7     incorporated into.
8           If viruses incorporate themselves and sit silent
9     for 50 years, it is unlikely that there is a mechanism
10    how they do that.  The example of that would be, or
11    correlate of that would be we're all exposed to
12    Epstein-Barr virus, we're exposed to chicken pox, and we
13    harbor those viruses our whole life.  And those viruses
14    sit somewhere in your neural tissue and -- and immune --
15    and immune system your whole life without doing
16    anything.  Occasionally they reactivate.  People have
17    shingles.  But then they fall back to sleep.
18          So you can carry a virus in your system without any
19    viral activity.  That's how viruses persist in human
20    body.
21          Q   ████████████████████████████████
      ███████████████████████████████████████
      ██████████?
      MR. WISNER:  Objection; vague.
25          THE WITNESS:  ██████████████████

10          MR. WISNER:  Objection.
11          THE WITNESS:  That --
12          MR. WISNER:  Speculation.
13          THE WITNESS:  That is not true.  So
14    if your body encounters the infection, if your immune
15    system is capable of fighting it back, he might not have
16    clinical hepatitis with liver damage and elevation of
17    liver enzymes.  So when we talk about clinical
18    infection, that infection causing symptoms, laboratory
19    abnormalities, organ damage.  Just having the presence
20    of the virus in the system, we in most cases refer as a
21    carrier state.  We can carry a lot of viruses in our
22    body without having clinical infection.
23          ████████████████████████████████████████
      █████████████████████████████████████████████
      █████████████████████████████

Andrei Shustov, M.D.



Page 62

```
 1    ███████
 2  Q  (By Mr. Brenza)  But there's -- you don't know that,
 3     right?  That's not in his medical records?
 4  A  That's the only thing I can -- I can go by.  So I go by
 5     what presented to me.
 6  Q  ████████████████████████████████████
       ████████████████████████████
 8  █
 9  A  Well, like I said, the only thing I can look at, look at
10     evidence, look at his medical records.
11  Q  Right.
12     ████████████████████████████████████████
       █████████████████
14  A  Sure.
15  Q  ████████████████████████████████████████████
       █████████████████
17        MR. WISNER:  Objection; assumes facts
18     not in evidence.
19        THE WITNESS:  I don't have any -- any
20     medical records beyond what was provided.  So --
21        MR. BRENZA:  Okay.
22        THE WITNESS:  -- I -- I make my
23     conclusions/opinions based on information that I have.
24  Q  (By Mr. Brenza)  ███████████████████
       █████████████████████
```

```
    ██████████████████████████
    █
    ████████████████
    ████████████████████████████████
    ████████████████████████████████
    ██████████████████████████████
    ██████████████████████████████.
 8  Q  (By Mr. Brenza)  Did you take a family history of
 9     Mr. Gebeyehou?
10  A  I did.
11  Q  ██████████████████████████████████████
       ██████████
13  A  Yes, I did.  If I could take 30 seconds --
14  Q  Sure.
15  A  ████████████████████████████████
       ████████████████████████████
       ██████████████████████████
       ██████████████████████████████
       ██████████████████████████████
       ██████████████████████
       ████████████
```

Page 64

```
 1        MR. WISNER:  Objection; overbroad.
 2        THE WITNESS:  Just like our previous
 3     discussions with other causes and statements, it is a --
 4     an extremely broad statement that can be answered either
 5     way depending on particular situation.  There are
 6     cancers for which germ line mutations have been
 7     identified and confirmed and proven.  Examples would be
 8     BRCA1, BRCA2 in -- in women with breast/ovarian cancer,
 9     Lynch syndrome in hereditary colon cancer, and
10     retinoblastoma gene in eyeball cancer.  So there are few
11     or very few defined mutations that you pass to next
12     generation to cause their cancers.
13        Having a cluster of particular diagnosis in a
14     family without identifiable or known germ line mutation
15     raises the suspicion for what we call familial cancer,
16     not hereditary cancer.  There's a big difference between
17     those.  Because familial cancer could be related to
18     common exposure of the family if they drank water from
19     somewhere that source with carcinogen being in the same
20     household, or it could be that this particular family
21     has brand-new, not-yet-identified genetic factor.
22        So there are research that's been done in MD
23     Anderson and now Dow institution looking at those really
24     rare cases of familial lymphomas and leukemias where, on
25     the general platform, we do not believe that lymphoma is
```

Page 65

```
 1     inherited cancer.
 2  Q  (By Mr. Brenza)  █████████████████████████
 3  █
 4  A  I believe he did.  Let me confirm this in my...
 5     Yes, he did.
 6  Q  █████████████████████████████████████████
       ██████
 8  A  Not to my understanding and not to my knowledge.  It's a
 9     much more well-defined risk factor for lung cancer,
10     bladder cancer, leukemias.  But I do not believe that
11     there is a clear association between smoking and
12     lymphomas.
13  Q  ████████████████████████████
       ██████████████████████████████
       ████████████████████████████████
       ██████████████████████████████████
       ██████████████████████████████
       █████████████████████████████████
21  Q  (By Mr. Brenza)  And I believe you testified yesterday
22     that once those DNA breaks occur, the body never repairs
23     them?
24        MR. WISNER:  Objection.
25  Q  (By Mr. Brenza)  Is that right?
```

17 (Pages 62 to 65)

Andrei Shustov, M.D.



**Page 66**

1             MR. WISNER:  Objection.

2             THE WITNESS:  As a broad, general

3    statement, yes.

4   Q  (By Mr. Brenza)

18   A  Wherever they are.

19             MR. BRENZA:  Okay.  Why don't we take

20   a brief minute and get some stuff together.

21             THE VIDEOGRAPHER:  All right.  We're

22   going off record.  The time is 10:31 a.m.

23             (Pause in proceedings.)

24

25             THE VIDEOGRAPHER:  We are back on

**Page 67**

1   record.  The time is 10:43 a.m.

2   Q  (By Mr. Brenza)  Doctor, one more question I had on

3   Exhibit 29.  If you would pull that one out.

4   A  I'm here.

5   Q  The last page.  And we just didn't make it all the way

6   to the end.

7     Do you see the sentence that begins with the words,

8   "Keep in mind"?

9   A  I do.

10   Q  It says, "Keep in mind that many people who get the

11     disease have none of these risk factors, and most people

12     with these risk factors do not develop the disease."

13     Do you see that?

14   A  I see that.

15   Q  Is that a true statement about non-Hodgkin's lymphoma

16     with respect to the most common risk factors?

17   A  Well, I believe that this sentence refers to what's

18     listed in this, three bullet points.  And I don't think

19     this is a complete list of things can be -- that can

20     cause non-Hodgkin's lymphoma, first of all.  And

21     secondly -- I think we went through this several

22     times -- in most people, we do not do diligence

23     eliciting this information.  As a general statement for

24     a patient on a public website, it is an acceptable

25     statement, but you really have to look at any particular

**Page 68**

1   person.

2   Q  The risk factors we did talk about in the three

3     preceding bullet points, those are -- those cover a

4     large and broad array of the risk factors for

5     non-Hodgkin's lymphoma, right?

6   A  They would cover significant proportion.  It don't list

7     a radiation.  It's -- it's very specific.  But it would

8     cover significant proportion of known cause -- causes of

9     lymphoma.

10   Q  Would you say that they encompass the most common risk

11     factors for non-Hodgkin's lymphoma?

12   A  More or less, yes.

13   Q  And the sentence we read before, "Keep in mind that many

14     people who get the disease have none of these risk

15     factors, and most people with these risk factors do not

16     develop the disease," that's a -- that's a true

17     statement with respect to the risk factors that are

18     enumerated above it, right?

19   A  Sure.

20   Q  Okay.  You can put that one aside for a moment.

21     I'm going to hand you what I'm marking as 30.

22         (Exhibit No. 30 marked for

23         identification.)

24

25   Q  (By Mr. Brenza)  Do you see that Exhibit 30 is a medical

**Page 69**

1   record of Mr. Gebeyehou's?

2   A  Yes.

3   Q  And do you see that there is -- I've highlighted certain

4     items on that medical record.  And do you see that

5     the -- that the date of the visit was

6   A  Correct.

7   Q

11   A  Mm-hmm.

12   Q  You need to answer with a word, "yes" or "no."

13   A  Yes.

14   Q  Okay.  I just -- again --

15   A  Got it.

16   Q  -- this goes back to the fact the court reporter needs

17     to write everything down.  So I'm not -- I'm not trying

18     to mess with you.  I'm just trying to make sure the

19     transcript comes out okay.

20         MR. WISNER:  He does a pretty good

21   job of writing "mm-hmm," for what it's worth.

22         THE WITNESS:  I fully understood.

23   Q

Andrei Shustov, M.D.



### Page 70

1 ▮▮▮▮▮▮▮▮▮▮.
2  Q ▮▮▮▮▮▮▮▮▮▮▮
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮
5  ▮▮▮▮▮▮▮▮▮▮
6  ▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮
8  ▮▮▮▮▮▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮▮
13 ▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮
21 Q ▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮
24 A  Was suspected, yes.
25 Q  Does that in your mind constitute a risk factor for

### Page 71

1  potential non-Hodgkin's lymphoma caused by an immune
2  condition?
3  A  Not at all.  Not even close.
4  Q  Why do you say that?
5  A  Because, as I mentioned before, that the autoimmune
6  condition causing lymphomas for medical profession is an
7  extremely broad statement, and it pertains to very
8  defined severe systemic autoimmune conditions like
9  lupus, rheumatoid arthritis, scleroderma.  And some of
10 the proven and defined autoimmune condition associated
11 with very specific lymphomas like Hashimoto's
12 inflammation in the thyroid causes thyroid lymphoma and
13 autoimmune Sjogren's syndrome in the salivary glands
14 causing specific salivary gland lymphoma.  And going
15 back, systemic high-intensity autoimmune conditions like
16 Crohn's and rheumatoid and lupus putting people at risk
17 of other lymphomas.
18     However, autoimmune disease world of rheumatology
19 encompasses dozens of autoimmune conditions that have no
20 associations with lymphoma.  Again, that is the problem
21 with broad statements like this.  You can say, Does
22 autoimmune disease causes lymphoma?  Sure.  There are
23 examples of that.  But does Meniere's cause lymphoma?
24 No.  What do you tell public about this?  You say, in
25 general, yes, it can cause lymphoma.

### Page 72

1     Also, having said that, as a physician, just if you
2  extract something like this from a medical record, I
3  have no idea if this is the fact.  Right?  Just because
4  the doctor said so, as a physician I can tell you we
5  make impressions or assumptions on the impressions,
6  sometimes followed by likely to be immune rhinitis or
7  immune Meniere's and less likely this.  And I would --
8  not criticizing the physician.  I would need to see the
9  subsequent note, whether he confirmed that, if this was
10 Meniere's disease, did he treat this patient with
11 steroids.  Because that's how we treat immune disease.
12 What was his thinking about this hearing loss?
13     I'm not questioning the diagnosis.  That's the
14 other part of the kind of discussing this topic.
15 Q ▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮
18 A  I believe so.  It's even in my -- I don't know if I put
19 it -- I -- I have a recollection whether from his
20 records or what he's telling me, yes.
21 Q  Okay.  I'm going to hand you now what I'm marking as
22 Exhibit 31.
23         (Exhibit No. 31 marked for
24          identification.)
25 ////

### Page 73

1  Q  (By Mr. Brenza)  It's another set of medical records for
2  Mr. Gebeyehou, the top one of which dates from ▮▮▮▮
3  ▮▮▮.  Do you see that?
4  A  I do.
5  Q ▮▮▮▮▮▮▮▮▮▮▮
6  ▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮
8  ▮▮▮▮▮▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮
11 A  Yes.
12 Q  Do you see a list of diagnoses?
13         MR. WISNER:  You're on the wrong
14 page, sir.
15         THE WITNESS:  56?
16         MR. WISNER:  56, yeah.  There you go.
17         THE WITNESS:  Oh.  55.
18         MR. WISNER:  So, Doctor, there's a 56
19 at the bottom and there's a 55 in the record, itself.
20 He's referring to the one on the bottom.
21         MR. BRENZA:  Oh.  I'm sorry.  Yes.
22         MR. WISNER:  That's all right.
23         THE WITNESS:  Thank you.
24         MR. BRENZA:  I thought I was being
25 clear on that.  Tell me when you're ready.

Andrei Shustov, M.D.



Page 74

```
1          THE WITNESS:  I do see the list of
2    diagnosis.
3    Q  (By Mr. Brenza)  Okay.  The first diagnosis is --
4          MR. WISNER:  Let's go off the record.
5          MR. BRENZA:  Off the record.
6          THE VIDEOGRAPHER:  We're going off
7    record.  The time is 10:54 a.m.
8              (Pause in proceedings.)
9
10         THE VIDEOGRAPHER:  We are back on
11   record.  The time is 11:00 a.m., and this marks the
12   beginning of Media Unit 2.
13   Q  (By Mr. Brenza)  Doctor, we were talking about the
14   document marked as Exhibit -- is it 31?
15         THE WITNESS:  Yes.
16         MR. WISNER:  That's right.
17   Q  (By Mr. Brenza)  And directing you to the page ending in
18   the -- the number MD-000056.  Do you see that?
19   A  Yes.
20   Q  And we're looking at the diagnoses.  Do you see that?
21   A  Yes.
22   Q  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
23   A  Yes.
24   Q  Do you see that?
25         And actually, just to back up, the date of this
```

Page 75

```
1    record is ▮▮▮▮▮, right?
2    A  That's correct.
3    Q  So this precedes Mr. Gebeyehou being diagnosed with
4    non-Hodgkin's lymphoma by many years, four or five
5    years?
6    A  That is correct.
7    Q  ▮▮▮▮▮▮▮▮▮▮▮?
8    A  Yes.
9    Q  ▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮
17   Q  ▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮
20   A  I don't have any reason to question other physician's
21   report here.
22   Q  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮
     ▮▮▮▮▮▮▮▮
```

Page 76

```
1    Q  What exactly is it?
2    A  ▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮
15   A  I don't have any reason to question the medical record
16   here.
17   Q  ▮▮▮▮▮▮▮▮▮▮▮
     ▮▮
     ▮▮▮▮▮▮▮
     ▮▮
     ▮▮▮▮▮▮▮
     ▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮
     ▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3    A  That is correct.
4    Q  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

Andrei Shustov, M.D.

Page 78

1    retirement in 1996.  And I specifically questioned about
2    exposure during his employment years.  He told me that
3    he does not report any workplace exposure during those
4    years.
5  Q  But Mr. Gebeyehou didn't tell you that he worked at a
6    nuclear power plant, right?
7  A  Again, this -- this begs the question in my mind whether
8    he worked in a nuclear power plant or he worked in a, as
9    he states -- again, I -- I have no reason to question
10   this.  But if he worked on the power plant with exposure
11   to nuclear radiation, it would be one thing.  If he
12   worked for the power plant company in an office like he
13   stated and nowhere in close proximity, that would be a
14   different opinion that I would form about his exposure.
15  Q  You said -- sorry.  Are you finished?
16  A  No.  I would like to point out he states here again that
17   begs the further questioning -- I can't make any
18   assumptions -- that he worked as a manager and planner
19   for nuclear power plant.  I don't know whether this is
20   -- location has nothing to do with nuclear power plant,
21   itself.  Based on what he told me, he didn't have an
22   exposure.  Again, all I have to go by, what he told me,
23   and this has some possibilities.
24  Q  And you said, as a doctor, when -- when you're taking
25   history from a patient, it's your job to believe them,

Page 79

1    right?
2  A  That is correct.
3  Q  But you haven't interviewed patients who have lawsuits
4    that they're looking for your help with in the past
5    using that same method, right?
6  A  Sure.
7  Q  You understand, when you interview somebody with a
8    lawsuit, they have an incentive to selectively report to
9    you exposures they may have had that are inconsistent
10   with the claims they're making?
11         MR. WISNER:  Objection; speculation.
12         THE WITNESS:  Well, it's -- you know,
13   it's -- I -- I don't want to answer this question,
14   because what you asked me, to believe that he lied to
15   me, so as --
16  Q  (By Mr. Brenza)  I'm not asking you to believe anything.
17  A  Yeah.
18  Q  I'm just saying, the level of skepticism you'd have
19   about a patient's personal history should be different
20   when you're dealing with someone in litigation as
21   opposed to somebody who's seeking your medical care,
22   correct?
23         MR. WISNER:  Objection.  Objection.
24   speculation.
25         THE WITNESS:  As a physician, I -- I

Page 80

1    don't allow myself to approach any patient with
2    skepticism.  I'm -- I'm a doctor, so I cannot imply that
3    patients are lying to me if -- I approached him as a --
4    as a physician.  You asked me to evaluate him as a
5    medical doctor.
6         MR. BRENZA:  Okay.
7         THE WITNESS:  And in my psyche, I do
8    not make any assumptions.  And --
9  Q  (By Mr. Brenza)  And in approaching him as a physician,
10   you accepted everything he said without question?
11  A  That is correct.
12  Q  Okay.  Put that one aside.  I'm going to hand you what
13   I'm marking as Exhibit 32.
14         (Exhibit No. 32 marked for
15         identification.)
16
17  Q  (By Mr. Brenza)  Exhibit 32 is another medical record of
18   ▬▬▬▬▬▬▬▬▬▬.
19   Do you see that, Doctor?
20  A  Yes.
21  Q  So this -- this is after he completed his treatment for
22   non-Hodgkin's lymphoma, right?
23  A  That is correct.
24  Q  And do you see that there's a list of medical conditions
25   that are listed that he has?

Page 81

1  A  Yes.
2  Q  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
3  A  That is correct.
4  Q  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
5    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
6    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
7    ▬▬▬▬▬▬▬▬▬▬▬▬
8    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
9    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
10   ▬▬▬▬▬▬▬▬▬▬▬▬
11  A  Could be.
12  Q  ▬▬▬▬▬▬▬▬▬▬▬
13   ▬▬▬▬▬▬▬▬▬
14   ▬▬▬▬▬▬▬▬▬▬▬
15   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
16   ▬▬▬▬▬▬▬▬▬▬
17   ▬▬▬▬▬▬▬▬▬
18   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
19   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
20   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
21   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
22   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
23   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
24   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
25   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

21 (Pages 78 to 81)

Andrei Shustov, M.D.

Page 82

1   as possibly caused by his chemotherapy were symptoms
2   that he either had long before he ever got chemotherapy
3   or were caused by a condition that has nothing to do
4   with chemotherapy?
5   A
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 83

1   Q  But in this case, the conditions Mr. Gebeyehou relayed
2   to you were conditions that he already had well before
3   he had cancer or chemotherapy, right? We just saw the
4   medical record from five years earlier?
5   A  That is correct.
6   Q  So the only thing you're flagging here is that
7   Mr. Gebeyehou told you that these conditions he already
8   had were worse?
9   A  It is my recollection from -- from his -- from his
10   encounter. But what also I'm listing here are the
11   potential long -- long-lasting sequelae of chemotherapy
12   that are known to be produced by certain agents.
13   Q
14
15
16
17
18
19
20
21   A  It would be very hard to quantify or -- or quantify the
22   severity of symptoms or quantify the relative
23   contribution of underlying disease --
24   Q  That's just that information you had, right?
25   A  Yeah.

Page 84

1        THE REPORTER: "Disease," what?
2        THE WITNESS: From underlying disease
3   -- whether they are from underlying disease or sequelae
4   of chemotherapy.
5   Q  (By Mr. Brenza) Now, getting back to the -- a topic we
6   were discussing earlier about the differential diagnosis
7   you conducted -- actually, I should say you used the
8   differential diagnosis methodology to ascribe a cause to
9   Mr. Gebeyehou's non-Hodgkin's lymphoma, right?
10   A  That is correct.
11      Could I add something to the previous discussion
12   just occurred to me too, or --
13   Q  Yes.
14   A  -- am I allowed to?
15   Q  Go ahead.
16   A
17
18
19
20
21
22
23
24
25   But I would expect, in cases of clinically relevant

Page 85

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15   Q
16
17
18
19
20
21
22
23
24
25      MR. WISNER: Objection; compound.



22 (Pages 82 to 85)

Andrei Shustov, M.D.

Page 86

```
 1              THE WITNESS:  I would have to create
 2    a list of possibilities just like for diagnosis in this
 3    case, a list of positive causative -- positive --
 4    possible causations, and then use the method of
 5    differential diagnosis or deductive method to eliminate
 6    less likely one or identify which ones are more likely
 7    to contribute or which ones would be just as likely to
 8    contribute.
 9    Q  (By Mr. Brenza)  And in the case of differential
10    diagnosis used to ascribe a cause, there's no way to
11    test whether the diagnosis -- or whether the cause
12    you've identified is the correct one, is there?
13              MR. WISNER:  Objection; vague.
14              THE WITNESS:  In most cases -- in
15    most cases, no.  If --
16    Q  (By Mr. Brenza)  Well, let's not talk about most.  Let's
17    talk about this case.  There's no way to tell whether
18    the cause you've identified through differential
19    diagnosis is the actual cause of Mr. Gebeyehou's cancer,
20    is there?
21              MR. WISNER:  Objection; vague.
22              THE WITNESS:  In his particular case,
23    I would not have any specific test to prove my
24    conclusion, either radiographic test or laboratory test,
25    if that's what you're referring to.
```

Page 87

```
 1    Q  (By Mr. Brenza)  Well, yes, that's the -- that's the
 2    nature of it.  But I'm referring to any and all tests
 3    that exist in the medical science to determine a cause
 4    of a particular non-Hodgkin's lymphoma.  None of those
 5    tests, whatever tests may exist, can tell you what
 6    caused Mr. Gebeyehou's non-Hodgkin's lymphoma, right?
 7              MR. WISNER:  Objection; vague.
 8              THE WITNESS:  To my knowledge, not
 9    tests currently available in clinical practice.  ███████
10    Q  (By Mr. Brenza)  ██████████████████████████
      █████████████████████████████████████████████
      █████████████████████████████████████████
      ███  ████████████████████████?
14    A  That is correct.
15    Q  There's no genetic signature that we know of that would
16    tell you that, is there?
17    A  That is correct.
18    Q  There's no test that -- of Mr. Gebeyehou at any time in
19    his life that showed that he even had glyphosate in his
20    system, right?
21    A  I would only comment on test available that FDA approved
22    to my practice.  I don't know if there is test that
23    manufacturer has or toxicologist have.  But to my
24    knowledge in medicine, there is no test that I can order
25    in clinical practice to test for glyphosate.
```

Page 88

```
 1    Q  Well, and whether that test is available to you or not,
 2    there's nothing in his medical records that shows he
 3    ever had glyphosate in his body, right?
 4    A  I think the medical records would be wrong place to look
 5    for it.  But, no, there is nothing in the medical
 6    records.  That's not --
 7    Q  Well, and I'll open it up beyond medical records.  Do
 8    you know of any evidence ever that Mr. Gebeyehou had
 9    glyphosate in his body?
10              MR. WISNER:  Objection; overbroad,
11    vague.
12              THE WITNESS:  Not ones presented to
13    me.
14    Q  (By Mr. Brenza)  Okay.  Is the process of -- that you
15    used of, we'll say differential causation, to capture
16    the idea that you're using differential diagnosis to
17    ascribe a cause?  Is that fair?
18    A  It is.
19    Q  Is the process of differential causation a
20    scientifically validated process for identifying the
21    cause of a disease?
22    A  It is not scientifically established, but it's a most
23    common cause used in clinical practice where scientific
24    evidence is lacking for particular questions.  And as a
25    matter of fact, majority of things in medicine are not
```

Page 89

```
 1    hundred percent certain and require a degree of clinical
 2    judgment and estimation to either confirm diagnosis,
 3    confirm treatment.  And this is the case with
 4    differential causation, differential diagnosis
 5    methodology.
 6    Q  And the method you used of differential causation or
 7    differential diagnosis used for a causation and
 8    conclusion, there's no study that shows that that's an
 9    accurate way of ascribing causation, is there?
10    A  I am not familiar with any study, either with
11    differential causation methodology or differential
12    diagnosis.  It is something that was established by
13    generations of physicians to arrive at diagnosis where
14    we lack a specific test to identify either diagnos --
15    diagnosis or cause of -- of the disease.
16    Q  Is it -- is it -- is it a method you use when you don't
17    really have a -- a scientific way of identifying the
18    cause of a disease?
19    A  Well, again, in a broad sense, any method is, as a
20    degree of science, a hypothetical deductive method.
21    It is a scientific method that is different from
22    performing a chemical test.  It is different from
23    performing statistical analysis on data population, but
24    it is a method that we apply to diagnose or come to
25    conclusion when we have -- we are presented with
```

23 (Pages 86 to 89)

Andrei Shustov, M.D.

Page 90

1        multiple options for diagnosis or causation.
2              And like I said, I think it is to certain
3        this deductive -- hypothetically deductive method, you
4        might disagree, call it science.  It is -- it is a
5        scientific method to some degree to determine.
6    Q   But it's not proven to be accurate, right?
7              MR. WISNER:  I'm just going to
8        object.  By the way, I think he was actually still
9        testify --
10             MR. BRENZA:  I'm sorry.
11             MR. WISNER:  -- when you spoke.
12             MR. BRENZA:  If I -- if I cut you
13       off --
14             MR. WISNER:  It's not a big deal.  I
15       think he was --
16             MR. BRENZA:  -- please continue.
17             MR. WISNER:  -- coming to the end.
18             THE WITNESS:  Yeah, I was going to
19       end that it came up in a discussion yesterday that is an
20       error rate.  No, we don't know the error rate.  But it
21       would not be difficult to test if somebody were to fund
22       such a study and employ hundred physicians and make
23       hundred physician make a diagnosis based on differential
24       diagnosis and then have another five blinded experts to
25       have specific test.  And you -- you can define error

Page 91

1        rate, right?
2              So it is a method where you can actually come up
3        with scientific evidence.  It's just such study would
4        never be funded, and -- and if there is some interest, I
5        would welcome such a study, and we would have error rate
6        and differential diagnosis in average academic
7        physician.  We have, actually occurred to me, looked in
8        this in some of the studies that I am involved with when
9        we compare the rate of diagnostic error between
10       community pathologists and academic pathologists and
11       identifying very rare types of lymphomas, and we have
12       reported in some of our publications where this rate
13       was, as an example, we'll say 8 percent.  Right.
14             So there is a way to test the error in clinical
15       judgment.  Because pathologist's diagnosis is a clinical
16       judgment.  They also create differential diagnosis.  But
17       the error rate like this can be measured.  We just never
18       measured it in a clinical practice where we test how
19       many times physicians make mistake in making a
20       diagnosis.  So you can make it more scientific if
21       somebody actually invests money and effort looking at
22       what is error rate of this.
23   Q   (By Mr. Brenza)  But that investment hasn't been made,
24       to your knowledge, to -- to date, right?
25   A   To my knowledge, I have not seen a study saying that the

Page 92

1        error rate of differential diagnosis in clinical
2        practice is such-and-such, no.
3    Q   We just don't know what the error rate would be?
4    A   Correct.
5              (Exhibit No. 33 marked for
6              identification.)
7
8    Q   (By Mr. Brenza)  I'm going to hand you what I'm marking
9        now as Exhibit 33.
10             MR. WISNER:  Counselor, can I put the
11       medical records aside?
12             MR. BRENZA:  For the time being,
13       yeah.
14   Q   (By Mr. Brenza)  I've handed you what I've marked as
15       Exhibit 33.  It's an article entitled "Review of
16       Genotoxicity Studies of Glyphosate and Glyphosate-Based
17       Formulations" by Larry Kier and David Kirkland dated
18       2013.
19             Do you see that?
20   A   Yes.
21   Q   And do you see that on Exhibit 4, your list of materials
22       relied upon, it was one of the materials that you relied
23       upon for your report, so Item No. 33?
24   A   Yes.
25             MR. WISNER:  Sorry.  I just had it

Page 93

1        handy.
2    Q   (By Mr. Brenza)  You spoke earlier about the need to
3        ascribe a plausible mechanism to any cause-and-effect
4        variables that you were -- that one might try to analyze
5        with respect to anything including non-Hodgkin's
6        lymphoma, right?
7    A   Correct.
8    Q   Do -- as you sit here today, do you have any
9        understanding of what the mechanism by which glyphosate
10       or Roundup, in your opinion, might cause non-Hodgkin's
11       lymphoma?
12   A   I do not have understanding of intrinsic mechanism.
13       It's a toxicology question.  The way I use this
14       references is the brief review of conclusions from this
15       papers or statements regarding whether or not glyphosate
16       was implicated in genotoxicity.
17   Q   And which page are you looking at?
18   A   I haven't looking at a page.  I'm just --
19   Q   Okay.
20   A   -- saying how I used the literature in -- in
21       genotoxicity.  I'm not an expert in genotoxicity.  So I
22       listed this because I pulled the paper and very briefly
23       looked at facts whether genotoxicity was implicated.  So
24       this -- again, this would be a question to toxicologist
25       to whether or not this is true.  I take this as a -- my

Andrei Shustov, M.D.

Page 94

1    reference point where general toxicity was implicated.
2    I'm not questioning in genotoxicity. I would be a wrong
3    person to argue the mechanism, whether what they report
4    here is true. So that's a...
5    Q  Are you saying, as you sit here today, you have -- you
6        have -- you have no basis to accept or -- or refute the
7        material in this paper? I'm not sure whether you were
8        saying you were accepting it or whether you were
9        questioning it.
10   A  I'm accepting the fact that glyphosate was implicated in
11       genotoxicity as basis -- the basis for my specific
12       causation. So I'm not questioning a general causation
13       whether glyphosate is genotoxic. Yeah, I'm -- I -- I
14       cannot be -- pretend to be an expert on genotoxicity. I
15       would -- I would rely on expert reports on that. And as
16       I stated, basis for my report is acceptance that it has
17       genotoxicity. I have no reason to question that. But I
18       would not be an expert to argue whether findings in
19       papers on genotoxicity are true or not. It's not my
20       expertise.
21   Q  I'll have you direct your attention to the Page 310 of
22       this article. The very last paragraph, where the
23       authors give their conclusion. Tell me when you're
24       there.
25   A  I'm having trouble, so --

Page 95

1    Q  It's just above the word "Acknowledgments."
2    A  "Authors" -- okay.
3    Q  Do you see it?
4    A  The paragraph above the "Acknowledgment"?
5    Q  Yes. It begins with the words, "This evaluation."
6    A  Okay.
7    Q  Do you see that?
8        It says, "This evaluation of the large volume of
9        genotoxicity data available presents a convincing weight
10       of evidence supporting the lack of genetic" --
11       "genotoxic potential for both glyphosate and typical
12       GBFs in core gene mutation and chromosomal effect
13       endpoints."
14       Do you see that?
15   A  I do.
16   Q  Did you accept this paper as establishing that
17       glyphosate and glyphosate-based formulations do not have
18       the potential to be genotoxic?
19   A  I cannot, again, opine on this, because that's not my
20       expertise. If I were reading a paper on lymphomas and
21       lymphoma treatment, I might accept or not accept
22       something that's even published. Because I'm extremely
23       knowledgeable in area of lymphomas. And even if
24       something is published, I can say I disagree with that
25       paper even though it's published. For paper that we

Page 96

1    published, everybody in the field does not have to agree
2    with this, and that's why we have expert review in
3    papers. I would be the wrong person to criticize this
4    paper. I do not have expertise in rendering my opinion.
5    As I mention, I based my opinion in all the cases with
6    the assumption that glyphosate has genotoxicity.
7    Q  Okay. But you'd agree the sentence I just read to you
8        from this paper you relied on concludes that glyphosate
9        doesn't have the potential to be genotoxic, right?
10   A  I did not rely on that specific statement in my --
11       generate my report.
12   Q  And I'm just -- as you sit here today, do you understand
13       what this statement said from this paper you relied on
14       is that -- that -- that glyphosate isn't genotoxic?
15   A  Again, when I reviewing papers and I was -- I would have
16       to read the paper and tell you where I saw the reference
17       that they make. Because as you know, when authors refer
18       in -- make discussion in their papers, they frequently
19       point out deficiencies in their studies and say this and
20       this author confirm genotoxicity, and we think it's not.
21       It takes -- again, this is kind of information, to me,
22       it could be used extracting the paper. Again, I would
23       have to read and see what was the basis of my just
24       assuming that is genotoxic, but...
25   Q  Well, if you --

Page 97

1    A  It would be un --
2    Q  Go ahead.
3    A  It would be unfair for me just point out one piece of
4        the paper and say, Do you accept that? I --
5    Q  Well, this isn't just a random piece of paper. This is
6        the last paragraph where the authors summarize their
7        conclusions, right?
8    A  Once again, I would need to look. Because there might
9        be something in the body of the discussion that says,
10       well, under certain circumstances or what have you, like
11       we -- we demonstrated yesterday that, yeah, the
12       conclusion might apply to as a general statement, but
13       authors themself can say, Well, in these situations, I
14       would have to really read the paper.
15   Q  Let me just direct you to the next couple sentences.
16       You see it says, "Given this conclusion, and for other
17       reasons discussed, the observation of DNA damage effect
18       seems likely to be secondary to cytotoxic effects."
19       Do you see that?
20   A  Okay.
21   Q  And do you see it goes on to say, "The lack of genotoxic
22       hazard potential evidenced by core gene mutation and
23       chromosomal effects studies, coupled with the very low
24       human and environmental species systemic exposure
25       potential discussed above, indicate that glyphosate and

Andrei Shustov, M.D.

Page 98

1    typical GBFs present" -- "present negligible
2    genotoxic" -- "toxicity risk."
3         Do you see all that?
4    A  Okay.
5    Q  Did you accept that the conclusions of the authors was
6       that glyphosate and glyphosate-based formulations
7       present negligible genotoxicity risk?
8    A  Based on few papers that I referred and I briefly
9       reviewed to generate my report, as a cumulative
10      impression that I had, not being expert in genotoxicity,
11      that there is evidence in literature of possible
12      genotoxicity.
13   Q  Well, you'd have to agree that at least based on this
14      paper, there's evidence to the contrary as well, right?
15   A  Well, based on what authors concluded.
16   Q  Is that a "yes" or a "no"?  You want me to ask the
17      question again?
18   A  If I -- if I take for the face value just one paragraph
19      out of this paper, and with absolute belief that
20      everything here is correct, and that's "yes."  But as
21      academician, I generally would need to question any
22      findings without taking this as a bible and saying,
23      Well, what they found is absolute truth.  But I'm not an
24      expert to criticize the paper.
25   Q  But if the -- if the authors are right and glyphosate

Page 99

1    and glyphosate-based formulations present negligible
2    genotoxicity risk, that undermines whether there's a
3    plausible mechanism between glyphosate and non-Hodgkin's
4    lymphoma, doesn't it?
5    A  If toxicology experts conclude and everybody agrees,
6       then that undermines the plausible cause.  But I'm not
7       the right expert to make the determination.
8    Q  By the way, did you -- when you were looking through the
9       literature, did you notice that some of the literature
10      involves Monsanto or Monsanto employees?
11   A  That's a very good question.  I did not pay attention to
12      that.
13   Q  Did you have -- did you notice anything that was written
14      by any Monsanto or Monsanto employees that you thought
15      was inaccurate or -- or false?
16            MR. WISNER:  Objection; overbroad,
17      vague, lacks foundation.
18            THE WITNESS:  Well, that's assuming
19      that authors from maybe scientists from Monsanto were
20      not truthful, which I never hold against the scientists
21      who work for a pharmaceutical company or Monsanto
22      Company.  My -- my belief and hope is that even though
23      they work for Monsanto, they still report true findings.
24      So I -- I generally do not pay much attention to whether
25      authors are -- when I review papers as a reviewer, I

Page 100

1    take into my consideration what papers.  I review papers
2    for many journals.  I briefly take a look at this, but
3    again, in -- in our good-faith academic world, even if
4    coauthors are from a pharmaceutical industry, it does
5    not mean to me the paper's wrong.
6    Q  And that's -- as part of that, that when a paper is
7       published, there's people who check on the accuracy, and
8       you have to jump through some hoops to get things
9       published in many journals?
10   A  There are peer-review process where the paper is sent
11      to, in some cases, two or three or four known entities
12      in the field that review it.  And if it passes the
13      minimum sort of requirements in editor's view, then
14      paper gets published.
15         Having said that, being a reviewer for many
16      journals, just to give you the idea of the process, many
17      times when I reject the paper, it still gets published,
18      or when I accept the paper, it doesn't get published,
19      because it's a cumulative opinion of key opinion leaders
20      in the field.  It -- and -- and we do receive our mutual
21      assessments of the paper.  And I -- I don't know who
22      reviewed it.  It's a confidential process.  But I see
23      that, Oh, we all agreed on it.
24         But few times, say, Well, that -- that reviewer did
25      not really like the paper and reject it and I accept it.

Page 101

1    And sometimes what happens, editor sends it to extra
2    reviewer.
3         So the point I was trying to make, that the
4    published work is not necessarily proof that even
5    reviewers agreed on what's in the paper or the experts
6    in the field agreed with the paper.  That's why if you
7    want to really get to nitty-gritty whether this is
8    really valid study, you have to talk to the experts in
9    that toxicology field.
10        So me not being an expert in toxicology, I don't
11   have reason to doubt the conclusion and also have no
12   reason to believe that's absolute proven fact.
13   Q  Okay.  And just to be clear, when you're referring to
14      reason to doubt or proven fact, you're talking about
15      Exhibit 33, right?
16   A  That would be one of the examples of published
17      literature, yeah.
18   Q  Okay.
19   A  Can I make sort of -- just to make sure that I express
20      all my thoughts about this additional statement, that as
21      an expert in the field, in medicine and medical science,
22      there are a lot of controversial issues that are being
23      published on them.  Some authors disagree with other
24      authors.  And as an expert, then you form opinion
25      knowing the subject really well and looking at multitude

26 (Pages 98 to 101)

Andrei Shustov, M.D.

## Page 102

1    of publications.
2            Like, say if somebody was to ask me on whether this
3    type of treatment is good for this type of lymphoma.  I
4    can see papers in the literature that say, well, this
5    one says it's not good, this one says it's good, but
6    have very intrinsic knowledge and knowledge about dozens
7    of other publications in the field makes me more of an
8    expert to opine, I still think that this is a good
9    treatment even though that paper says it's not good.  So
10   I don't have that expertise in -- in criticizing
11   toxicology paper.
12   Q  Okay.  I'm going to hand you what I've marked as 34.
13               (Exhibit No. 34 marked for
14               identification.)
15
16          MR. WISNER:  This De Roos '05?
17          MR. BRENZA:  No.
18          MR. WISNER:  Oh.  Oh.  34?
19          MR. BRENZA:  34.
20               (Discussion off the record.)
21
22          MR. BRENZA:  Need a break?
23          MR. WISNER:  The witness said he
24   needs to take a restroom break.  Is that okay?
25          MR. BRENZA:  Sure.  That's fine.

## Page 103

1            THE VIDEOGRAPHER:  All right.  We're
2    going off the record.  The time is 11:44 a.m.
3               (Pause in proceedings.)
4            (Mr. Kerschner not present.)
5
6            THE VIDEOGRAPHER:  All right.  We are
7    back on record.  The time is 11:50 a.m.
8    Q  (By Mr. Brenza) Doctor, I've handed you what I've
9       marked as Exhibit 34.  It's a article --
10           (Mr. Kerschner enters.)
11
12   Q  (Continuing Mr. Brenza) -- entitled "Glyphosate
13      Biomonitoring for Farmers and Their Families:  Results
14      from the Farm Family Exposure Study."
15           Do you see that?
16   A  Yes.
17   Q  And you see it's -- the authors are listed.  The first
18      author is Acquavella?
19   A  Uh-huh.
20   Q  And he's an employee for Monsanto.  You see that?
21   A  Yes.
22   Q  And it's dated March of 2004, published March of 2004?
23   A  Yes.
24   Q  And do you see that, if you refer back to your list of
25      materials relied on, this is another document that you

## Page 104

1    relied on for the purposes of your expert report.  Do
2    you see that?
3    A  Correct.
4    Q  Did you rely on Exhibit 34 for the purposes of
5       evaluating the potential dose that Mr. Gebeyehou may
6       have been exposed to?
7    A  I'm trying to remember with all these references what
8       specifically I used, and I remember looking briefly over
9       this paper, and I list that I -- I think I relied on
10      this paper for the purpose of exposure reference, the
11      amount of exposure, if I remember correctly.  That's the
12      best of my recollection.
13   Q  And exposure is important because, as we discussed
14      earlier, the -- the less you're exposed, the lower your
15      risk; more you're exposed, the greater your risk?
16   A  As a general statement.  And as we discussed, as a
17      general statement for carcinogens.
18   Q  And that's a general statement for just about anything,
19      right?  That the -- that the -- it's the dose that --
20      that produces the effect.  At some dose, there won't be
21      an effect?
22   A  Again, this is very general statement that requires
23      clarification as a general statement because a lot of
24      chemicals and factors would have plateau effect, right?
25      So you might have for certain carcinogens the threshold

## Page 105

1    where it causes toxic effect, and then you can go ten
2    times over, you already reached your plateau effect.  So
3    as a general statement, I can't say that it applies to
4    every situation.
5    Q  Not every -- but that's a rare event when -- a plateau
6       effect, right?  I mean, take something like salt or
7       water or things like that.  You can take enough of those
8       substances that you can hurt yourself, but in small
9       enough doses, they don't hurt you, right?
10   A  I don't know how rare it is.  It's, again, you're asking
11      me to make assumptions about dozens and dozens.  I mean,
12      it's -- it's --
13   Q  No.
14   A  -- very -- what I'm saying is, there is a plateau effect
15      for scientist and clinician for some of the carcinogens
16      where, be on certain level, say you get radiation at
17      certain level and the -- you already have sufficient
18      amount to cause cancer, and then you can be exposed to
19      radiation ten times and it doesn't matter at that point.
20      You already reached that plateau that already break in
21      the DNA, but...
22   Q  What about the other direction?  Isn't it true that
23      there's a small enough dose of almost anything that it
24      won't cause any harm?
25          MR. WISNER:  Objection; overbroad.

27 (Pages 102 to 105)

Andrei Shustov, M.D.

| Page 106 | Page 108 |
|---|---|

**Page 106**

1    THE WITNESS: As a -- as a broad
2  hypothetical statement, if you keep going down to very
3  minute level of anything, you -- you lose any kind of
4  impact on whatever you're trying to measure. It's a --
5  it's a very kind of basically hypothetical type -- how
6  should I put it? -- pharmacokinetic or chemical
7  principle.
8  Q  (By Mr. Brenza) So I'm not -- I'm not sure that
9  answered the question. But isn't it true that, for just
10  about anything, there's a dose so small that it won't
11  cause harm?
12  A  Sure. As a broad statement.
13  Q  And do you know what a reference dose is?
14  A  It has to -- well, to be a reference dose, you need to
15  give me reference for what reference dose.
16  Q  Right. Right now I'm just -- I'm just getting the
17  general concept of a reference dose.
18     Do you know what a reference dose is not with
19  respect to any particular chemical?
20  A  I can't give you off the top of my head a definition of
21  reference dose. I have a concept of a reference dose.
22  We operate in kind of my world with MIC50 or minimum
23  inhibitor concentration or optimum biologic dose. Any
24  of those could be reference depending on what the
25  question you're asking.

**Page 107**

1  Q  What about the lowest no-effect level? Is that a
2  concept you're familiar with?
3  A  Not in my world. So, again, and I -- I operate in
4  lymphoma research where we usually push things up, not
5  down. So that's not my kind of...
6  Q  Okay. Did you see that in the Acquavella paper, he and
7  his coauthors analyzed the amount of glyphosate in urine
8  samples from people who apply glyphosate in their
9  families?
10  A  Could you please point to me, for the sake of time,
11  where --
12  Q  Sure.
13  A  -- exactly --
14  Q  Well, I'm just reading right now from the -- the summary
15  paragraph that begins the -- the paper. Do you see in
16  the upper left-hand corner on the first page? It's
17  small?
18     MR. WISNER: It's in blue.
19     THE WITNESS: Yeah.
20  Q  (By Mr. Brenza) It's in blue on your copy.
21  A  Okay. Thank you.
22  Q  It's in italics?
23  A  Mm-hmm.
24  Q  It says, "We evaluated urinary glyphosate concentrations
25  for 48 farmers, their spouses, and their 78 children"?

**Page 108**

1  A  Yes.
2     MR. WISNER: Objection. I think it
3  says "79 children" and not --
4     MR. BRENZA: 79. You're -- you're
5  right. Thank you.
6     MR. WISNER: It's not italicized.
7  It's just...
8     MR. BRENZA: Okay.
9     MR. WISNER: Sorry. I just --
10     MR. BRENZA: It looks like it on
11  mine.
12     MR. WISNER: Okay.
13     MR. BRENZA: But I defer to you.
14  Q  (By Mr. Brenza) And then he goes on to say, "We
15  evaluated 24-hour composite urine samples for each
16  family member the day before, the day of, and for three
17  days after glyphosate application."
18     Do you see that?
19  A  I do.
20  Q  It goes on to say, "60 percent of the farmers had
21  detectable levels of glyphosate in their urine on the
22  day of application. The geometric mean concentration
23  was 3 parts per billion. The maximum value was 233
24  parts per billion, and the highest estimated systemic
25  dose was .004 milligrams per kilogram."

**Page 109**

1     Do you see that?
2  A  Okay.
3  Q  And then if you skip down a few sentences, there's a
4  sentence beginning with the word, "None."
5     Do you see that? It's one, two, three, four -- six
6  lines from the bottom. "None of the systemic doses"?
7  A  Okay.
8  Q  It says, "None of the systemic doses estimated in this
9  study approach the U.S. Environmental Protection Agency
10  reference dose for glyphosate of 2 milligrams per
11  kilogram per day."
12  A  Okay.
13  Q  Do you see that? Do you see that?
14  A  Yeah.
15  Q  Are those the exposure estimates that you used when
16  eval -- when evaluating what kind of exposure Mr.
17  Gebeyehou may have been -- may have received from his
18  application of glyphosate?
19  A  As you pointed out, I did not have any measurements of
20  glyphosate in Mr. Gebeyehou's urine or blood or -- what
21  you're referring here is the concentrations of
22  glyphosate in these farmers. As we established, we do
23  not have medical tests to quantify it in -- in patients.
24  Q  What I'm asking is, did you use this information about
25  how much glyphosate farmers get exposed to in estimating

Andrei Shustov, M.D.

| Page 110 |
| --- |

1    what Mr. Gebeyehou may have been exposed to?
2    A  No, I did not use this number specifically to quantify
3    his exposure.  For exposure, again, as yesterday we
4    discussed, I was referencing the populational studies,
5    not the estimation of concentration studies.  Because I
6    do not have concentration in his bodily fluids as part
7    of the information provided to me.
8    Q  Did you understand this paper to provide evidence that
9    farmers who applied Roundup had hundreds or -- or
10   thousands of times less glyphosate in their body than
11   the EPA reference dose?
12   A  I do not recall my understanding or conclusion from this
13   paper like that.
14   Q  Is it important to you that, in this study, it was shown
15   that farmers had extraordinarily little glyphosate
16   inside their bodies after applying glyphosate?
17   A  For the purpose of my specific causation report, no.
18   Because now we're getting into, in my opinion, to the
19   area of toxicology and genotoxicity, what is the minimum
20   level and what is the correlation between the dose
21   and -- and the -- the toxicity that was not part of my
22   thinking during this report and not part -- not a goal
23   of my report to look at this specific parameters, yeah.
24   Q  Well, you made some conclusions about the fact that
25   Mr. Gebeyehou told you he applied Roundup every three

| Page 111 |
| --- |

1    weeks at his property, right?
2    A  Something like that.  That's correct.
3    Q  And did you conclude from the fact that Mr. Gebeyehou
4    used Roundup roughly every three weeks for many months
5    of the year for a number of years, that he had had a
6    certain exposure to -- to glyphosate?
7    A  I did.
8    Q  Within his body sufficient to produce some sort of
9    causal reaction?
10   A  Correct.
11   Q  Do you have any reason to believe that Mr. Gebeyehou
12   was -- absorbed glyphosate more readily than the farmers
13   that were studied by the authors of Exhibit 34?
14        MR. WISNER:  Objection; speculation.
15        THE WITNESS:  It's hard for me, a
16   clinician, to opine to sort of absorption kinetics.
17   I -- I don't know whether I have to apply certain other
18   factors.  It is a good toxicology question.  For -- for
19   the clinician, I can't know factors that affect the
20   absorption of glyphosate in different populations.  And
21   this is really a toxicology question, and I don't want
22   to throw my opinion without being expert in this field.
23   Q  (By Mr. Brenza)  Yeah, my question to you is:  Do you
24   have any reason to conclude Mr. Gebeyehou was different
25   than the farmers that were studied in Exhibit 34 in

| Page 112 |
| --- |

1    terms of how much glyphosate he absorbed?
2        MR. WISNER:  Objection; speculation.
3        THE WITNESS:  I honestly don't have
4    any reason to be -- to believe -- I can't really opine
5    on this.  Do I have evidence in front of me that he
6    would be different?  No.  But I also cannot say he is
7    not different, because I'm not an expert in what effects
8    glyphosate absorption or -- I don't know whether he had
9    some other factors in his particular house or whether
10   it's a temperature of the house as opposed to median
11   temperature on the farm.  So I can speculate things.  I
12   can -- I can -- I can hypothesize three, four factors
13   that might affect absorption, but I'm not a
14   toxicologist.
15   Q  Okay.  You --
16        MR. WISNER:  I'm going -- sorry.
17   Sorry.  I'm going to interrupt you.  I'm going to object
18   that this is beyond the scope.  We have preferred an
19   exposure expert, so I don't know why --
20   Q  (By Mr. Brenza)  You had to --
21        MR. WISNER:  -- you're asking him.
22   Q  (By Mr. Brenza)  You had to make some conclusions about
23   how much glyphosate Mr. Gebeyehou internalized from his
24   spraying of Roundup in order to make conclusions about
25   whether it had any plausible causal connection to his

| Page 113 |
| --- |

1    non-Hodgkin's lymphoma, right?
2        MR. WISNER:  Objection.
3        THE WITNESS:  The -- hypothesizing
4    about his absorption of glyphosate was not the main or
5    any driver in my conclusion because my exposure
6    statement was -- my reference point as far as exposure
7    was to epidemiologic studies that we discussed from --
8    from general causation that I use primarily to -- as a
9    reference in those studies, how many days a year
10   patients -- patients were exposed or people exposed to
11   glyphosate.
12   I -- I -- again, it would be unfair for me to
13   answer question for anybody that pertain to toxicology
14   and not an expert.  I cannot opine whether he had more
15   readily absorbing glyphosate or less readily.  There
16   might be an expert in this field that say, well, farmers
17   also live in west part of the country where winds are --
18   again, I -- I can intellectually hypothesize why it
19   could be different, but I'm not -- I don't want to say
20   something that it's just not fair to anybody --
21   Q  You would agree that if --
22        THE REPORTER:  "Not fair to anybody,"
23   what?
24        THE WITNESS:  Not to anybody involved
25   in figuring out the facts in this case.

29  (Pages 110 to 113)

Andrei Shustov, M.D.

Page 114

1  Q  (By Mr. Brenza)  You would agree that a knowledge of how
2     much glyphosate Mr. Gebeyehou actually absorbed would be
3     more probative of his actual risks, if any, from
4     glyphosate than a days-per-year analysis, right?
5          MR. WISNER:  Objection; speculation,
6     calls for a legal conclusion.
7          THE WITNESS:  From a medical
8     standpoint, I would say that would also require evidence
9     that different levels affect -- blood levels affect a
10    risk of lymphoma differently and somebody determining on
11    the pharmacokinetic level or a toxicology level, like
12    mentioned reference point, or if -- or there is a
13    correlation between urine samples levels or blood levels
14    with -- that would be a different driver to the
15    conclusion.  So my conclusion was based on exposure that
16    I referenced in epidemiologic literature.
17  Q  (By Mr. Brenza)  Do you know that Mr. Gebeyehou's
18    exposure from spraying some Roundup in his yard was
19    equivalent to the days-per-year exposures from
20    agricultural workers that you relied on in your report?
21         MR. WISNER:  Objection; misstates the
22    record.
23         THE WITNESS:  I don't.  And I don't
24    think anybody can know this.  You're asking for details
25    that are, in my opinion, would be -- you know, be

Page 115

1     different to compare.  The answer is, no, I don't.
2          MR. BRENZA:  Okay.
3          THE WITNESS:  How -- how his
4     particular exposure with his hands and skin surface
5     relates to those studied in epidemiologic literature.
6   Q  (By Mr. Brenza)  Are you aware of any epidemiologic
7     literature that studies home and garden users of Roundup
8     as opposed to agricultural workers?
9          MR. WISNER:  Objection; ambiguous.
10         THE WITNESS:  It's a question I would
11    have to look.  I would again have to go back, and even
12    the reference I made, this is not area where I can off
13    the top of my head identify the study population.  I
14    would have to again look at the references that are
15    listed, and I can't memorize them, whether they included
16    gardeners versus farmers.  Off top of my head, I cannot.
17  Q  (By Mr. Brenza)  How about this.  Can you reference any
18    reference at all that shows that home and garden users
19    had an increased risk of non-Hodgkin's lymphoma from
20    glyphosate?
21  A  Once again --
22         MR. WISNER:  Objection; ambiguous.
23         THE WITNESS:  Once again, in a normal
24    scenario, I would go on PubMed or Amgen and see if
25    there's any reference.  Off top of my head, I -- I

Page 116

1     cannot produce a reference, in the middle of nowhere,
2     something that's not area of my expertise.
3   Q  (By Mr. Brenza)  Well, it's not -- it's certainly not in
4     your report, right?
5   A  You mean the reference?
6   Q  Yeah.  There's no -- I mean, you had opportunity to do
7     all the research you wanted to and put it all in your
8     report, and there's no reference in your report to any
9     study that specifically ascribes risks to home and
10    garden users of Roundup, right?
11  A  Not to my recollection.  And I would say that it's not
12    true I had any opportunity.  If -- if I would take a
13    year off work and study every possible scenario here, it
14    will require very extensive amount of work if you're --
15    if I were to say I had any time in the world to.  I had
16    limited time to address specific question I was asked to
17    address.  I --
18  Q  Is it fair to say that there wasn't enough time to
19    address the question of what the risks actually were for
20    home and garden users of glyphosate?
21  A  I was not asked to address the specific question.  It's
22    not a matter of time.
23  Q  Okay.  And because you weren't asked to address it, you
24    didn't address it, right?
25  A  Specifically looking at home and garden use?

Page 117

1   Q  Yes.
2   A  No, I did not specifically look at home and garden use.
3   Q  Are large statistical studies the best way to identify
4     potential causal factors of non-Hodgkin's lymphoma?
5          MR. WISNER:  Objection; vague.
6          THE WITNESS:  It's a very broad
7     question there.  One of the -- one of the ways and
8     potentially reliable ways of identifying causes of
9     non-Hodgkin lymphoma depending on the -- depending on
10    the factor under study.
11  Q  (By Mr. Brenza)  Isn't it true that when you're trying
12    to identify small increases in risk, that the larger the
13    study, more participants, the more power that study has
14    to tell you the truth about whether there's a causal
15    connection or not?
16         MR. WISNER:  Objection; vague.
17         THE WITNESS:  As a broad statistical
18    question, the larger the study, the higher will be
19    statistical power and more reliable confidence
20    intervals.  But, again, as we discussed, you can make a
21    general statement like this.  I have to look at the
22    study.  And studies might have other flaws, or I would
23    say, yeah, this is a good study.
24  Q  (By Mr. Brenza)  Okay.  But everything else being equal,
25    the bigger the study, the more power it has to tell you

Andrei Shustov, M.D.

Page 118

1    the truth?
2    A  That is correct.
3    Q  Are you familiar with the Agricultural Health Study?
4    A  I believe so.  It's one of the things I -- I looked at,
5       if I remember correctly.
6    Q  And it's one of the things you -- you provided a website
7       in your report that links to a place where that study's
8       reported, right?
9    A  I recall that, yeah.
10   Q  I'm going to hand you what I've marked Exhibit 35.
11              (Exhibit No. 35 marked for
12              identification.)
13
14   Q  (By Mr. Brenza)  Exhibit 35 is a document entitled
15      "Agricultural Health Study.  Study Update 2018."
16        Do you see that?
17   A  Yep.
18   Q  And I'll represent to you this is one of the pages that
19      you get to when you follow the link provided in your
20      report for the Agricultural Health Study.  I think the
21      link's on Page 7 of your report --
22   A  Mm-hmm.
23   Q  -- so we're there.
24        Was the Agricultural Health Study a 25-year study
25      of farmers that have been exposed to various types of

Page 119

1    pesticides?
2    A  I believe so.
3    Q  And, again, we said earlier that the bigger the study,
4       the better.  Is it also true that the longer the study,
5       the better for purposes of establishing whether
6       something causes cancer or not?
7    A  As a general statement.
8    Q  So 25 years is a very long study, isn't it?
9              MR. WISNER:  Objection; speculation.
10             THE WITNESS:  Again, if this is the
11      only parameter of the study we're looking at, it's a --
12      it's a good duration study.
13   Q  (By Mr. Brenza)  Okay.  If you look at the next page, it
14      talks about the enrollment of the first participants in
15      the study.  Do you see that?
16   A  Right here?
17   Q  Yep.  Actually, I shouldn't say "yes."
18   A  "Dear Agricultural" --
19   Q  No, at the second page.  It says, "Enrollment ('93 to
20      '97)."
21   A  I see.
22   Q  It says, "A total of 89,655 participants joined the
23      study, including 52,394 licensed private pesticide
24      applicators and 32,345 of their spouses from North
25      Carolina and Iowa."

Page 120

1        I'll stop there.  Do you see that?
2    A  Mm-hmm.  I do.
3    Q  Is 89,655 participants larger than any of the other
4       studies that you referenced in your report?
5              MR. WISNER:  Objection; ambiguous,
6       vague, speculation.
7              THE WITNESS:  It looks like it's the
8       largest, but I have to look.  I can't remember all the
9       references.
10   Q  (By Mr. Brenza)  Okay.  It's the largest, not just by a
11      little, but by thousands and thousands and thousands of
12      participants, isn't it?
13             MR. WISNER:  Objection.
14   Q  (By Mr. Brenza)  I mean, I can show you, if you -- if
15      there's one that -- I think all the studies you relied
16      on are in that stack right in front of you there.
17   A  Right.  I would have to take your word for it.  If I
18      can't do this, I can go through all the studies.  But
19      possibly.  Again, I -- I don't remember all the
20      population numbers in my references, but it appears that
21      this is the largest study.
22   Q  I mean, again, if you -- if you need to, I believe all
23      of your studies are in this pile that we've marked
24      yesterday.  But -- but let's -- let's try to move on for
25      now unless you want to stop and look at them all.

Page 121

1    A  In my opinion as a clinician, it's -- it would have
2       little impact.
3    Q  Actually, there's one study that might help you.
4       Because I think it -- here, let me just make sure before
5       we get it out.  No, I'm wrong.  Okay.  We'll look --
6       we'll get to this in a little while, but...
7        Do you see on the last page of Exhibit 35, there's
8       a summary of the conclusions that have been reached
9       after the 25 years of study being reached in 2018?
10   A  The last page, that paragraph states "2015 to present"?
11   Q  That's part of what's on the page, yes.
12        Do you see the last bullet point under 2015 to the
13      present?
14   A  I do.
15   Q  And it says, "Glyphosate use was not associated with
16      overall cancer risk."
17        Do you see that?
18   A  I do.
19   Q  Do you have any reason to disbelieve the -- that
20      conclusion of the Agricultural Health Study?
21             MR. WISNER:  Objection; clearly
22      outside the scope.  That is a question about general
23      causation.
24        Answer it, but that's not what he's been proffered
25      to opine about.

31 (Pages 118 to 121)

Andrei Shustov, M.D.

Page 122

1    THE WITNESS:  Yeah, as person who
2  have very limited to no expertise in populational
3  studies or -- or general causation, as a clinician, I
4  don't have any reason to disbelieve that, but it's -- I
5  would be a wrong person to ask that.  It's not the area
6  of my expertise.
7  Q  (By Mr. Brenza)  Well, if -- if glyphosate doesn't have
8    any connection to cancer, then how can you conclude that
9    Mr. Gebeyehou's cancer was caused by glyphosate?
10  A  I --
11    MR. WISNER:  Objection.  Same thing.
12  Calls for a general causation opinion.
13    THE WITNESS:  The basis of my report
14  is the assumption from general causation that it does
15  cause cancer.  And the questions, like I said, you ask
16  in here, in my opinion, need to be addressed to
17  epidemiologist and general causation folks.
18    My -- the basis -- the very beginning of forming my
19  opinion is an assumption that glyphosate causes cancer.
20  I'm not disputing this point.
21  Q  (By Mr. Brenza)  So let me just stop you on that.  If
22    you're wrong about that and glyphosate doesn't cause
23    cancer, then your report is wrong, right?
24  A  If -- if it is proven that glyphosate is -- is -- is not
25    carcinogen, I would have to basically rethink my -- my

Page 123

1  entire report.
2  Q  And you'd have to rethink it because if glyphosate
3    doesn't cause cancer, there's no way that Mr. Gebeyehou's
4    cancer was caused by glyphosate, right?
5  A  As a clinician, if glyphosate is removed from causation
6    of cancer, that I would not be discussing it to begin
7    with.  Yeah, I would say, Well, there is nothing to
8    discuss here for the clinician.
9  Q  Meaning your report would be wrong?
10  A  Under that assumption, my report would have no meaning
11    because it was started as -- from the basis that
12    glyphosate is, based on general causation, is the cancer
13    risk agent.  I'm not trying to dispute whether it is or
14    it's not.  The basis for my opinion and my differential
15    causation is the assumption that glyphosate is a risk
16    factor.
17  Q  So if you -- if you assumed that glyphosate is a -- is a
18    risk factor, what expertise did you bring to bear in
19    terms of concluding that Mr. Gebeyehou's cancer was
20    caused by glyphosate as opposed to something else?
21    MR. WISNER:  I'm sorry.  Could you --
22    THE WITNESS:  I think --
23    MR. WISNER:  I'm sorry.  Could you
24  read the question back?  I didn't actually understand
25  it.

Page 124

1    (Question on Page 123, Lines
2    17 through 20, read by the
3    reporter.)
4
5    MR. WISNER:  Sorry.  I don't do that
6  frequently.  Just indulgence.
7    MR. BRENZA:  It's fine.
8    THE WITNESS:  I think it's a whole
9  discussion today.  After I assume this, I used the --
10  the differential diagnosis methodology or deductive
11  method to derive to my conclusion that we discuss the
12  entire -- entire deposition.  So that's the method used,
13  with the assumption that glyphosate is risk for
14  lymphoma.  We discussed my methodology, I think,
15  multiple times and questioned it and discussed it.  And
16  so that's the method that I used, with the assumption
17  that glyphosate is risk for lymphoma.
18  Q  (By Mr. Brenza)  In eliminating risk factors other than
19  glyphosate, did you have proof that those alternative
20  causal factors did not cause Mr. Gebeyehou's cancer?
21  A  I think they -- the whole basis of my testimony is my
22  clinical judgment based on evidence presented to me,
23  that I believe those factors discussed are much less
24  likely to be contributing.  I don't think in medicine --
25  I know maybe in you guys' world, certainty is something

Page 125

1  you desire.  In medicine, nothing is certain.  I
2  eliminated those to reasonable degree of probability as
3  a clinician.  And in medicine, most of the time we
4  operate by reasonable degree of certainty, even making
5  life-and-death decisions.
6    So did I eliminate them hundred percent?  No.  I
7  have no means of eliminating something hundred percent
8  in human body or in medicine, but I believe to the best
9  of my abilities I assess their being less likely to be
10  contributing factors.
11    Can I eliminate something hundred percent?  I --
12  I'm a human.  I can't prove hundred percent that
13  something did or didn't do it.  The best I can do is to
14  use information in my knowledge to give you that -- my
15  assessment of probability, what less likely or more
16  likely to cause something, contribute something, or
17  bring certain effects.
18  Q  ████████████████████████████████████
19  ████ ███████████████████████████████████?
20  A  I did not discount them.  I considered them to be much
21  less likely the factors and unlikely to contribute to
22  the lymphoma.
23  Q  But those are risk factors you've encountered in your
24  professional work dealing with people who have
25  non-Hodgkin's lymphoma, right?

Andrei Shustov, M.D.

| Page 126 |
|---|

1    A  As a general statement.
2    Q  Yeah.
3        But glyphosate is not a risk factor you've ever
4    considered before.  It's just one that you considered in
5    the midst of this lawsuit, right?
6    A  I considered glyphosate as part of the agricultural
7    exposure.  Because in medical practice, we do not
8    necessarily dive into specific causes of patients'
9    cancer, but treat their cancer.  For the purpose of this
10   case, I was asked to specifically look into causes.  So
11   that's why I paid attention to all the details what
12   could have caused Mr. Gebeyehou's cancer, and this is
13   more exhaustive work that I would do on a regular basis
14   in clinical practice, because that's not the purpose of
15   my clinical practice.
16   ████████████████████████████████████
     ██ ██████████████████████████████████
     ██ ██████████████████████████████████
     ██ ███████████████████████████
21   Q  Well, I mean, when I say "discount," I didn't mean
22   ignore.  I meant you concluded they were not big enough
23   factors to explain the cancer that you observed.
24   A  It was my judgment.
25   Q  The -- how much did Mr. Gebeyehou's use of Roundup in

| Page 127 |
|---|

1    his backyard increase his risk of non-Hodgkin's
2    lymphoma?
3        MR. WISNER:  Objection; vague.
4        THE WITNESS:  That's -- that's a
5    very -- very sort of, again, nonsensical question in the
6    way you want me to apply epidemiologic data to a
7    particular person.  And in my everyday practice, when
8    patient ask me, "What is my rate of surviving this?" and
9    I say, Statistics don't apply to you.  You're one
10   person.
11       For Mr. Gebeyehou, it was, You're a hundred.  He
12   either have cancer or he doesn't.  If you look at the
13   populational studies that we kept discussing and general
14   causation, it is in the range of twofold increased odds
15   ratio.  So can I say that maybe Mr. Gebeyehou's personal
16   risk was 2X?  No, nobody can say that.  That would be
17   prohibitive because he's not a population.  Because in
18   that range of the odds ratio of 2, there was a range.
19   His risk might have been 4, might have been 1.8.  But on
20   average, for population like him, it's -- it's twice as
21   high.  That's the populational study.
22       What his risk is personally nobody can say.  Just
23   like anybody's personal risk of cancer.  But it is clear
24   to me that based on populational studies that it was
25   risk of him developing lymphoma, and after eliminating

| Page 128 |
|---|

1    other possibilities, it is likely or it was -- more
2    likely be his contributing factor that it wasn't.
3    Q  When you say you assumed his increased risk was on the
4    order of two times what it would otherwise have been,
5    does that compare his exposures to those that are
6    reported in the epidemiological literature?
7        MR. WISNER:  Objection.
8        THE WITNESS:  I didn't say his risk
9    was two times.  I say the populational risk was two
10   times.  His risk, he -- he assumed the risk of lymphoma
11   by being exposed to glyphosate.  I cannot -- nobody can
12   estimate the -- the personal risk, was -- was fourfold
13   or twofold.  But population like him exposed to
14   glyphosate, based on the epidemiologic studies, I would
15   have 2, 2.1, 2 -- the average around 2 in those studies,
16   increased risk of developing lymphoma.  If you want --
17   Q  (By Mr. Brenza)  So you -- are you done?  I'm sorry.
18   A  If you want me to apply populational studies to a
19   person, which in my world is a wrong thing to do, then I
20   would say, his risk was around two, two times
21   higher than otherwise he wouldn't have.
22   Q  Can you rule out the possibility that Mr. Gebeyehou's
23   risk was 1 or less than 1?  No -- no increased risk at
24   all?
25       MR. WISNER:  Objection; vague.

| Page 129 |
|---|

1    Q  (By Mr. Brenza)  You said it's a range.  So I'm
2    wondering, how -- how did you come up with the range
3    that you just provided Mr. Gebeyehou?
4    A  I'm quoting you the range of -- of confidence intervals
5    from those studies.
6    Q  Okay.  And you refer to those studies as studying people
7    like him?
8    A  People exposed to glyphosate.
9    Q  Just any exposure?  I mean, did you take into account
10   the differences in exposure from -- that someone
11   experiences when they use it in agricultural versus when
12   they use it in their backyard?
13   A  Again, I did not dive further details of exposure or
14   toxicology.  I operated on the assumption that
15   glyphosate causes risk of lymphoma.  And Mr. Gebeyehou
16   was exposed to glyphosate that put him at risk of
17   developing lymphoma.  In any particular person, you're
18   asking me multiple times, "Is there a test?"  No.  I
19   don't have his urine tests.  I don't have a test to
20   prove hundred percent that he had lymphoma from -- from
21   glyphosate.  But glyphosate significantly increased his
22   risk of lymphoma.  And that's the best I can do in my
23   statement, that based on my elimination method, this was
24   a substantial contributing factor.
25       Do we have certain hundred percent of medicine?

33 (Pages 126 to 129)

Andrei Shustov, M.D.

| Page 130 |
| --- |

1  No.  I can't tell you hundred percent certainty what
2  caused his cancer.  I can tell you that, after assessing
3  his risk, what put him at risk of developing lymphoma
4  and make it --
5  Q  Well --
6  A  -- more likely.
7  Q  -- let me ask -- let me ask you this.  If somebody with
8  Mr. Gebeyehou's medical history and identical of
9  Mr. Gebeyehou in every respect, if ten patients like him
10  came to you, how many would you say got their
11  non-Hodgkin's lymphoma from glyphosate?
12         MR. WISNER:  Objection; improper
13  hypothetical, speculation.
14         THE WITNESS:  Again, I -- you're
15  asking me to answer question that has no basis, has
16  nothing to do with Mr. Gebeyehou.  So we can --
17  Q  (By Mr. Brenza)  Well, I'm making it have to do with
18  Mr. Gebeyehou by defining the question to be people who
19  are identical to him.
20     So ten people with exactly the same medical
21  history, exactly the same personal history come to you.
22  How many of them are you going to say glyphosate caused
23  their non-Hodgkin's lymphoma?
24         MR. WISNER:  Objection; misstates his
25  testimony.

| Page 131 |
| --- |

1         THE WITNESS:  Hypothetically, if you
2  give me ten Mr. Gebeyehous with the same exposure, with
3  the same medical history, and you ask me to assess the
4  risk of lymphoma, I will say, in all of these ten
5  patients, glyphosate increased the risk of lymphoma,
6  because of the exposure and every factor we discussed.
7  Q  (By Mr. Brenza)  Well, you didn't -- you changed the
8  answer.  I didn't ask you how many would you say
9  increased -- experienced increased risk.  I asked you,
10  how many would you say the glyphosate actually caused
11  their non-Hodgkin's lymphoma?
12         MR. WISNER:  Objection; misstates his
13  testimony and his opinion.
14  Q  (By Mr. Brenza)  You're saying that glyphosate caused
15  Mr. Gebeyehou's non-Hodgkin's lymphoma in this case,
16  right?
17  A  I said it might have caused his lymphoma.  I didn't say
18  caused his lymphoma.  There's no test to prove what
19  caused his lymphoma.
20  Q  But you're saying it's -- it's more likely than not,
21  right?
22  A  Correct.
23  Q  So my question to you is:  How many times would you say
24  that if ten people exactly like Mr. Gebeyehou came to
25  you and asked to be evaluated?

| Page 132 |
| --- |

1  A  That more likely than not for every single one of them.
2  Q  Every single one.
3     And is there any way to -- to prove that you're
4  wrong about any of those other than --
5         MR. WISNER:  Objection.
6  Q  (Continuing by Mr. Brenza)  -- by showing that
7  glyphosate doesn't even cause cancer?
8         MR. WISNER:  Objection; overbroad.
9     I'm sorry.  Are you talking about the ten
10  hypotheticals --
11         MR. BRENZA:  Yeah.
12         MR. WISNER:  -- or just --
13         MR. BRENZA:  Of the ten.
14         MR. WISNER:  -- for him?
15         MR. BRENZA:  No.  Of the ten.
16         THE WITNESS:  So if --
17         MR. WISNER:  The ten.
18         THE WITNESS:  If somebody came up
19  with the evidence that glyphosate has nothing to do with
20  cancer.
21  Q  (By Mr. Brenza)  Let's -- let's put that aside.  Let's
22  assume that.
23  A  Okay.
24  Q  Because you've assumed that it does.  Is there any other
25  way to prove that you're wrong about any of the ten

| Page 133 |
| --- |

1  patients you've said their non-Hodgkin's lymphoma was
2  caused by glyphosate?
3  A  I did not say it was caused by glyphosate.  Increased
4  the risk of -- of non-Hodgkin lymphoma.  As we discussed
5  multiple times, you -- you're pushing me to say
6  definitive hundred --
7  Q  Well, you --
8  A  -- percent answer.
9  Q  You've made a definitive statement in --
10         THE REPORTER:  "You're pushing me to
11  say," what?
12         THE WITNESS:  To make a definitive
13  statement what specifically caused lymphoma in
14  Mr. Gebeyehou's case.
15  Q  (By Mr. Brenza)  You've made a definitive statement
16  about that in this case, right?
17  A  I said it might be caused his lymphoma.
18  Q  Well, you're saying it's more probable than not, right?
19  A  It does not mean that I can prove that hundred percent
20  certainty it caused his lymphoma.
21  Q  I'm not asking you that.  But if you're -- if you're
22  willing to say that it's more probable than not in this
23  case, then you -- as I understood you to say, you'd be
24  willing to say that about all ten patients that show up
25  that are just like Mr. Gebeyehou, right?

Andrei Shustov, M.D.

<table>
<tr><td>

Page 134

1  A  What I said for every one of ten patient, I would say
2     the same thing, that it might have caused or made it
3     more likely for them.  I did not say that it caused
4     their lymphoma.
5  Q  But --
6  A  I -- I'm not --
7  Q  -- would you say it's more probably than not for each of
8     those ten patients?
9  A  That is correct.
10 Q  And my question to you is:  How could we prove that
11    you're wrong about any of those ten?
12           MR. WISNER:  Objection; incomplete
13    speculative, hypothetical.
14           THE WITNESS:  I don't know how you
15    prove I'm wrong.  I made in my conclusion on, again, the
16    methods that we described, and you gave me
17    hypothetically the identical scenario, so my --
18 Q  (By Mr. Brenza)  Do you know the scientific concept of
19    falsifiability?
20 A  I would have to look it up.
21 Q  Well, I'll tell you what it means.  Falsifiability is --
22    is -- is the characteristic of a scientific theory that
23    it could be proven wrong.  Have you ever heard that
24    before?
25 A  I don't recall.  I -- maybe I heard it, but it's not

</td><td>

Page 136

1     clinical judgment.
2        Short of if it turns out to be wrong in my
3     decision, I will accept that I was wrong based that my
4     clinical judgment was wrong.
5           MR. BRENZA:  How much time do we have
6     left?
7           THE VIDEOGRAPHER:  We are three hours
8     and 15 minutes in.
9           MR. WISNER:  And for the record, it
10    is 12:37 p.m.
11           THE VIDEOGRAPHER:  Yes.  I've got
12    about a half hour on this tape too.
13           MR. BRENZA:  Yeah, we'll be done by
14    then.
15           THE VIDEOGRAPHER:  Okay.
16 Q  (By Mr. Brenza)  If glyphosate -- if -- strike that.
17    If home use of glyphosate like -- like the use
18    Mr. Gebeyehou made of it was a significant cause of
19    non-Hodgkin's lymphoma, you'd expect to see a spike in
20    the number of cases of non-Hodgkin's lymphoma around the
21    time that glyphosate became available for home use.
22           MR. WISNER:  Objection.
23 Q  (By Mr. Brenza)  Wouldn't you?
24           MR. WISNER:  Sorry.  Objection;
25    incomplete hypothetical, speculation.

</td></tr>
<tr><td>

Page 135

1     something I use every day.
2  Q  And do you know that statements that are not
3     falsifiable, like they can never be proven wrong, are
4     not generally considered to be science?
5           MR. WISNER:  Objection.
6  Q  (By Mr. Brenza)  They're statements of belief?
7           MR. WISNER:  Objection; speculation,
8     improper hypothetical.
9           THE WITNESS:  Well, I would --
10           MR. WISNER:  Witness --
11           THE WITNESS:  Again --
12           MR. WISNER:  Attorney's testifying.
13           THE WITNESS:  -- in the philosophy --
14           MR. WISNER:  Sorry.
15           THE WITNESS:  In --
16           MR. WISNER:  Attorney's testifying.
17           MR. BRENZA:  I'm asking him what he
18    knows.
19           THE WITNESS:  In the philosophy of
20    science.  But I made a definitive statement in terms of
21    probabilities.  And when I say "definitive," I also
22    point out multiple times it's my judgment.  I did not
23    say you cannot prove me wrong.  I just don't know how
24    it'd prove me wrong.  I would have to think hard about
25    that, what would be the method to dispute physician's

</td><td>

Page 137

1           THE WITNESS:  This is the fact
2     that -- this is the statement that is so multifactorial
3     in the mind of lymphoma physician that it has no answer.
4     It might or might not.  If glyphosate went up, what if
5     we found a cure for half lymphomas at the same time or
6     our treatments improved?  Some of them will go up, but
7     we cure half of them, or we found how to prevent
8     lymphomas or -- those are hypotheticals.  But what if
9     there was a population spike at the same time in terms
10    of -- in terms of aging or populational shifts who are
11    more at risk of lymphoma?
12       So if this was the only factor you're looking at,
13    and the percentage of lymphoma increase by glyphosate
14    out of all the other lymphomas is substantial, it can
15    produce the spike in lymphomas.  But there could be so
16    many covariates, populational covariates, that you might
17    not detect it.
18       So the answer could be, it could happen with a
19    spike, you would increase the use of glyphosate and
20    you'll increase lymphomas.  At the same time, you might
21    not detect it because of the other factors.
22 Q  (By Mr. Brenza)  Are you aware if there is such a spike
23    in the -- in incidence of non-Hodgkin's lymphoma?
24 A  There was an increase in non-Hodgkin lymphomas over time
25    in the United States for multiple reasons, and sort of

</td></tr>
</table>

35 (Pages 134 to 137)

Andrei Shustov, M.D.

| Page 138 | Page 140 |
|---|---|
| 1   decreases. But -- | 1   Study? |
| 2   Q  And we -- | 2   A  I think I listed them. There was -- if I remember |
| 3   A  -- a lot of time -- | 3   correctly, it was significant dropout rate, and we |
| 4   Q  We talked about that in terms of the time frame of that. | 4   discussed yesterday farmers' exposure. And there was |
| 5   That's -- but go ahead. I'm sorry. I shouldn't have | 5   something else. |
| 6   interrupted you. | 6   Q  Feel free to refer to your report, if you want. It's on |
| 7   A  I would have to look. So it's -- off top of my head, | 7   Page 7. |
| 8   again, I -- I don't -- it's not my daily life. I would | 8   A  Yes, we've discussed it yesterday. |
| 9   have to go up and see where was the spike, look at | 9   Q  So let me try to take the second one first. What's your |
| 10  American Cancer Society, what have you, really look at | 10  criticism about including farmers with known risk for |
| 11  the facts. | 11  non-Hodgkin's lymphoma? |
| 12  Q  Would you pull out the -- the study we've previously | 12  A  As I believe we discussed for a clinician, farmers -- |
| 13  marked as Exhibit 19. | 13  and we mention this also -- are subject to multiple |
| 14  A  19 is exactly missing, so... | 14  environmental factors and agricultural factors. And I |
| 15        MR. WISNER:  Looks like this. | 15  believe it's hard to account for complexity of it as a |
| 16        (Discussion off the record.) | 16  clinician perception. And the multitude of agricultural |
| 17   | 17  agents they're exposed to would be very difficult to |
| 18  Q  (By Mr. Brenza)  Do you have it? | 18  account for, as well as the use of glyphosate based on |
| 19  A  I have it. I have it. | 19  self-reporting would be difficult to accurately |
| 20  Q  Do you see this is the article from Andreotti? | 20  quantify. Those were my thoughts when I reviewed the |
| 21  A  Yes. | 21  study. |
| 22  Q  And this is also an article based on the Agricultural | 22       Again, this is -- to proper criticize or accept |
| 23  Health Study. Do you see that? | 23  this, it would have to be epidemiologic mind with |
| 24  A  Yes, I do. | 24  knowledge of epidemiology going through this, but these |
| 25  Q  Everything else being equal, a study that's more current | 25  are thoughts of the clinician who typically thinks more |

| Page 139 | Page 141 |
|---|---|
| 1   has a better chance of being accurate than one that's | 1   in a -- in a sense of clinical studies. |
| 2   quite old, right? | 2   Q  Wouldn't the fact that farmers are exposed to a lot of |
| 3        MR. WISNER:  Objection; rampant | 3   different chemicals tend to artificially increase the |
| 4   speculation. | 4   number of cancers attributed to glyphosate? |
| 5        MR. BRENZA:  Well, let me -- let | 5        MR. WISNER:  I'm going to object. |
| 6   me -- let me ask it a different way. | 6   This is definitely general causation. But go ahead. |
| 7   Q  (By Mr. Brenza)  Is -- is Exhibit 19 the -- the most | 7        MR. BRENZA:  Well, he -- he |
| 8   recent word on whether -- what effects glyphosate has on | 8   criticized it in his report. |
| 9   farmers and their families? | 9        THE WITNESS:  Right. I would |
| 10        MR. WISNER:  Objection. | 10  hypothesize from a clinician standpoint, not going into |
| 11        THE WITNESS:  It appears very recent, | 11  specifics of general causation, that if you have the |
| 12  the best I can say. I don't know if anything was | 12  control arm that expose to other potential carcinogens, |
| 13  published since that time. But since it's 2018, I doubt | 13  your control arm will artificially have increased |
| 14  it. Without excluding it, yes, it looks very recent. | 14  incidence that would dilute the difference between |
| 15  Q  (By Mr. Brenza)  And if you'll look at Page 515, first | 15  glyphosate group and non-glyphosate group, that again |
| 16  full paragraph. Tell me when you're there. You ready? | 16  this is clinician thinking of paper on general causation |
| 17  A  I got it. | 17  or epidemiology paper. I could not do the detailed |
| 18  Q  Says, "In our study, we observed no associations between | 18  analysis as well as epidemiologist would do, but this |
| 19  glyphosate use and NHL overall or any of its subtypes." | 19  would be my criticism being not an expert in |
| 20        Do you see that? | 20  epidemiology. |
| 21  A  Okay. | 21       And you can sense that this is a clinician way of |
| 22  Q  Now, you -- you have some criticisms of the AHS study in | 22  thinking about farmers and exposure and potential risk |
| 23  your report, correct? | 23  for the control arm. But I'm not a scientist in |
| 24  A  I believe so. | 24  agricultural chemistry or agricultural applications. |
| 25  Q  What did you feel was lacking in the Agricultural Health | 25  This is a clinician way of looking at this and saying, |

36 (Pages 138 to 141)

Andrei Shustov, M.D.

Page 142

1  Wow, as a clinician, it seems to me that control arm
2  might have a problem with that.
3  Q  (By Mr. Brenza)  Do you know that they had a problem
4  with that, or are you just concerned that they might?
5  A  That is my clinician criticism of paper.  But, again,
6  this would be the question to epidemiologist whether or
7  not findings in this paper are valid or nonvalid, and
8  argument for -- for general causation.  I'm giving you
9  impression and opinion of clinician stating that I'm not
10  an expert at epidemiology.
11  Q  What's your -- what's your other criticism about the
12  dropout rate?
13  A  So in studies that we conduct in my clinical research
14  world, the dropout rate of 40 percent generally
15  invalidates most of the studies by compromising initial
16  statistical design.  So if you have dropout rate,
17  typically when I design studies, my colleague design
18  studies, we incorporate a possible dropout an order of 5
19  to 10 percent not to affect statistical design.
20  The dropout of 40 percent for studies that I'm used
21  to looking at and analyzing is prohibitively large.
22  That would break the interpretation and primary
23  endpoints of the study.  Again, for epidemiologic
24  studies, there might be a way that very skilled
25  statisticians can go around it.  But clinicians look at

Page 143

1  the fact that there was 40 percent dropout rate.  I
2  would say I -- to me, it sounds like the study -- it's
3  the study's biggest flaw.
4  You might ask the statistician and they say, Well,
5  this is okay.  But this is a clinical researcher's
6  criticism of epidemiologic paper.  But I would not
7  pretend that I would take the sort of liberty of
8  analyzing every finding in this paper with expertise
9  that can be offered by epidemiologist.
10  Q  Did you consider the ways that the authors of the
11  Andreotti study accounted for the dropout -- the dropout
12  rate?
13  A  Once again, I did consider this.  I cannot intelligently
14  opine on that.  And I mentioned this paper, and just to
15  make a reference in general causation that I did not
16  pretend to be expert in or was not goal of my report.
17  That would be a good question to -- to epidemiologist.
18  Q  Do you see in the -- on Page 515, is that where you are?
19  Yeah.
20  A  I'm here.
21  Q  In the second column, about halfway down the first full
22  paragraph, sentence beginning, "We imputed glyphosate."
23  Tell me when you see it.
24  A  On the right side, right column, first full paragraph?
25  Q  Yes.  About halfway down.  "We imputed glyphosate

Page 144

1  exposure information."
2  A  Yeah, I see it.
3  Q  So do you see that they describe there that -- how they
4  dealt with the dropout rate?  They write, "We imputed
5  glyphosate exposure information for participants who did
6  not complete the follow-up questionnaire to evaluate
7  cancer risk in the full cohort.  Results for the full
8  cohort (including imputed data) were similar to those
9  that did not include imputed data, but only included
10  people who completed the follow-up questionnaire."
11  Do you see that?
12  A  Yeah, I see that.
13  Q  So you see that they mathematically accounted for the
14  people who didn't complete the follow-up, and even if
15  you just ignore them, they don't change the results?
16  A  I would have to basically take it on faith, because that
17  requires specific epidemiologic knowledge to see whether
18  it's a valid adjustment or not.  I'm not saying that's
19  not a valid adjustment.  I'm saying that it would have
20  to be expert in general causation to accept or say,
21  Well, I disagree with this.
22  I would restrict my opinion to, again, a
23  clinician's statement that I already did, that it
24  concerns me.  It might or might not be addressed in this
25  paper, but it's a question to general causation folks.

Page 145

1  MR. WISNER:  Counselor, we are past
2  the three-and-a-half mark, so...
3  MR. BRENZA:  All right.  Let's go off
4  the record for just a minute, then.  Give me a second.
5  I may wrap up.
6  THE VIDEOGRAPHER:  All right.
7  MR. BRENZA:  I mean, I will wrap up.
8  THE VIDEOGRAPHER:  We're going off
9  record.  The time is 12:52 p.m.
10  (Pause in proceedings.)
11
12  THE VIDEOGRAPHER:  We are back on
13  record.  The time is 12:53 p.m.
14  MR. BRENZA:  I'm going to pass the
15  witness.
16  MR. WISNER:  Thank you.
17
18
19  EXAMINATION
20  BY MR. WISNER:
21  Q  Doctor, can I direct your attention to Exhibit 19, which
22  is the Agricultural Health Study that we were looking
23  at?
24  A  I'm here.
25  Q  Are you there?  Okay.

Andrei Shustov, M.D.

Page 146

1    And there was a -- a statement that counsel showed
2    you on Page 515, first full paragraph on the left
3    column. Do you see that? And it says, "In our study,
4    we observed no associations between glyphosate use and
5    NHL overall or any of its subtypes."
6        Do you see that?
7  A  I see that.
8  Q  What is your understanding of that sentence?
9  A  Just exactly what it says.
10 Q  Okay. So if there was an elevated rate association in a
11   subtype, that sentence would be false?
12 A  That's correct.
13 Q  All right. Say, look, if we look at Page 51 -- well,
14   let's actually look at 514. Are you there, sir?
15 A  Yep.
16 Q  And then you see on the right side, this is a table:
17   "Cancer Incidence in Relation to Lag Intensity Weighted
18   Lifetime Days of Glyphosate Use."
19     Do you see that?
20 A  I see that.
21 Q  And you see on the right, there's a 20-year lag. Do you
22   see that?
23 A  I do.
24 Q  20-year lag. That refers to waiting 20 years to see if
25   cancer developed in a cohort study?

Page 147

1  A  That's correct.
2  Q  All right. If you go down towards the bottom,
3    "Non-Hodgkin lymphoma T-cell."
4      Do you see that?
5  A  I see it.
6  Q  And in the 20-year lag, the lower median has a risk
7    ratio of 2.97. Do you see that?
8  A  I see that.
9  Q  And statistically significant?
10 A  Yes.
11 Q  So that statement that there are no associations in any
12   of the subtypes that counsel read to you is actually a
13   false statement even in its own publication?
14 A  That would be wrong statement.
15 Q  Okay.
16        THE REPORTER: What was the answer?
17        THE WITNESS: That would be the wrong
18   statement.
19 Q  (By Mr. Wisner) Now, there was a question about
20   falsifi -- falsifiability.
21        MR. WISNER: What did you say,
22   Counselor? I want to say it right.
23        MR. BRENZA: Falsifiability.
24 Q  (By Mr. Wisner) Falsifiability of a fact, right?
25 A  Correct.

Page 148

1  Q  All right. So I want to explore that just very briefly.
2      We agree that this symbol here on this speakerphone
3    is red or reddish, right?
4  A  Correct.
5  Q  Is that a falsifiable fact?
6  A  I don't think so.
7  Q  Well, hypothetically, sir, could we all be living in a,
8    you know, world that we're all attached to machines like
9    in "The Matrix," and this is actually not even there;
10   this is just an illusion?
11 A  Hypothetically.
12 Q  Right.
13     And hypothetically, when we talk about the
14   probability of whether or not Roundup caused this
15   plaintiff's cancer, we could come up with hypothetical
16   explanations as to why that conclusion could be wrong?
17 A  Correct.
18 Q  It could be that Mr. Gebeyehou happens to be an alien
19   that is immune to the effects of Roundup?
20 A  Hypothetically.
21 Q  Right.
22     But these are all hypotheticals. And what we base
23   our conclusions on in science is actually what we
24   observe and experience; is that right?
25 A  That's correct.

Page 149

1  Q  And based on the actual evidence of Mr. Gebeyehou's
2    cancer, do you have any reason to disagree with your
3    conclusion that his Roundup exposure played a
4    substantial -- had a substantial contributing factor in
5    causing his cancer?
6  A  No, I don't.
7  Q  Okay. There was some discussions and questions about
8    you regarding whether or not farmers' exposure to
9    glyphosate is somehow different than, you called them
10   home and -- home -- home and garden users? Do you
11   recall that?
12 A  Yes.
13 Q  And he asked you, you know, these -- he implied that
14   these epidemiological studies related to farmers. Do
15   you recall that?
16 A  I do.
17 Q  Let's look at one of them. Exhibit 17. Can you pull
18   that up? This is the McDuffie study.
19     Do you have it, sir?
20 A  Yes.
21 Q  And this Exhibit 17, this is one that has the greater
22   than two days' use statistically significant rate?
23 A  I recall that, yeah.
24 Q  Okay. Now, this is a case control study, right?
25 A  Correct.

Andrei Shustov, M.D.

| Page 150 |
| --- |

1    Q  And it actually -- if you read the title, it says
2        "Non-Hodgkin's Lymphoma and Specific Pesticide Exposures
3        in Men: Cross-Canada Study of Pesticides and Health."
4            Do you see that?
5    A  Yes.
6    Q  It says "Cross-Canada."
7            Do you see that?
8    A  Yes.
9    Q  All right.  And if we go to the introduction on the
10       first page, close to the bottom of that paragraph, see
11       the sentence that says, "Our study"?
12   A  I'm looking.  First paragraph in introduction?
13   Q  Yeah.  Go down.  The sentence that begins, "Our study,"
14       towards the bottom.  "Our study encompassed six" --
15   A  I see it.
16   Q  Okay.  It reads, "Our study encompassed six provinces of
17       Canada with diverse agricultural practices and a number
18       of different types of occupational and nonoccupational
19       exposures to pesticides."
20           Do you see that?
21   A  I do.
22   Q  What does "nonoccupational exposure" mean?
23   A  Anything that's not related to people's employment.  If
24       I were to sort of describe examples would be in
25       gardening, home use, used in other parts of personal

| Page 151 |
| --- |

1        property, et cetera, but outside the professional use
2        such as farming.
3    Q  And so would it be fair to say, then, this
4        epidemiological study was not just on farmers?
5    A  That's correct.
6    Q  Okay.  And this is one of the studies you used to
7        categorize the exposure level for Mr. Gebeyehou as well
8        as the other plaintiffs in this case?
9    A  Make a reference to, yes.
10   Q  Okay.  Let me show you another epidemiological study.
11       It was Study 18 -- I'm sorry -- Exhibit 18.  It's the
12       Eriksson study.
13   A  I have it.
14   Q  Okay.  This was a study published in 2008 and relates to
15       a case control study conducted in Sweden, right?
16   A  Correct.
17   Q  All right.  If you read just in the abstract, the second
18       sentence, it says, "Male and female subjects aged 18
19       through 74 years living in Sweden were included during
20       December 1, 1999, to April 30th, 2002."
21           Do you see that?
22   A  I do.
23   Q  It says the "controls were selected from the national
24       population registry."
25           Do you see that?

| Page 152 |
| --- |

1    A  Yeah.
2    Q  So this study, this population-based study was not on
3        farmers, was it?
4    A  It doesn't say that.
5    Q  This was based on populations, right?
6    A  That's correct.
7    Q  Now, one of the things that opposing counsel tried to
8        raise was this idea of the size of the study.  Do you
9        recall that?
10   A  Yeah.
11   Q  Now, in a cohort study, you start off with a specified
12       population and you follow them for a period of time,
13       right?
14   A  That's correct.
15   Q  And that's why in AHS you have 80,000 participants that
16       he discussed with you.
17           Do you recall that?
18   A  I do.
19   Q  Now, in a population-based study, you actually look at
20       those cases that already exist drawn from a population,
21       right?
22   A  That's correct.
23   Q  And the population you're drawing from is in the
24       millions of people, right?
25   A  That's correct.

| Page 153 |
| --- |

1    Q  So comparing the 80,000 population in the AHS, it would
2        be dwarfed comparing it to case control studies that
3        draw upon millions of people?
4    A  That's correct.  That's why I made a general statement,
5        or the statement that's -- that's a general assumption
6        but doesn't apply to all the studies.
7    Q  Now, to the best of your knowledge, there's been one
8        cohort study ever conducted on glyphosate and
9        non-Hodgkin's lymphoma?
10   A  To my recollection, yes.
11   Q  Okay.  And so by virtue of that one study existing, it
12       is the largest cohort study, right?
13   A  That's correct.
14   Q  Okay.  There was a discussion about a farm family
15       exposure study.  Do you recall that?
16   A  I do.
17   Q  And I believe it's -- I don't have the exhibit number in
18       front of me, but -- here's 24.  Maybe 25.  No, it would
19       have been higher than that.  It's 20 -- 34.
20   A  Got it.
21   Q  Do you have it, sir?
22   A  I do.
23   Q  Okay.  And in this study, there's a reference to the
24       Environmental Protection Agency reference dose.  Do you
25       notice that?

Andrei Shustov, M.D.

Page 154

1  A  Yeah, I do.
2  Q  Okay.  Couple of quick general questions.  Do you know
3     what the reference dose refers to?
4  A  In general.  Unrelated to this.  Well, let's --
5  Q  Well, no.  The reference dose that they're specifying in
6     this article.  Do you know what it refers to?
7  A  Let me just --
8  Q  Let me strike that question.  I think you already
9     answered that question.  I think a better question is:
10         Is there any statement in this article saying that
11     the reference dose refers to carcinogenicity?
12  A  That I don't think so.
13  Q  Okay.  Are you aware that the reference dose referenced
14     in this case, in this article, refers to birth defects
15     associated with Roundup?
16  A  I remember seeing that.
17         MR. BRENZA:  Object to form.
18  Q  (By Mr. Wisner)  Okay.  There was also a discussion
19     about them looking at the urine samples in this article.
20     Do you recall that?
21  A  I remember that.
22  Q  Nowhere in this article did they look at the feces of
23     the subjects?
24  A  I don't recall that.  I -- I could confirm looking
25     through it, but I don't recall that.

Page 155

1  Q  And if, in fact, Monsanto, who conducted this study,
2     knew that the majority of Roundup actually was excreted
3     through the feces, measuring the urine would be a bit
4     deceptive, wouldn't it?
5         MR. BRENZA:  Object to form.
6         THE WITNESS:  That would be one of
7     the reasons, and that's why I made a general statement
8     that making decisions on measuring substances and wrong
9     bodily fluids or -- it has to have really proven
10     correlation with actual data and their effect on cancer
11     development or other -- and -- and effect of the
12     substance.
13  Q  (By Mr. Wisner)  Okay.  Look at Exhibit 33.  It's the
14     article by Kier and Kirkland.
15  A  I have it.
16  Q  Okay.  There is a -- I just want to ask you some general
17     questions.
18         Did counsel, when he showed you this document, show
19     you any documents evidencing that this document was
20     prepared by Monsanto in defense of glyphosate
21     litigation?
22  A  He didn't mention that.
23  Q  Did he show you any documents reflecting that this
24     document was, in fact, ghostwritten by Monsanto
25     employees?

Page 156

1         MR. BRENZA:  Object to form.
2         THE WITNESS:  He didn't mention that.
3  Q  (By Mr. Wisner)  Did he discuss with you whether or not
4     the journal that actually published this article has
5     recently issued an expression of concern due to the lack
6     of transparency and honesty of these authors in
7     publishing this document?
8         MR. BRENZA:  Object to form.
9         THE WITNESS:  He did not --
10         MR. BRENZA:  Assumes matters --
11         THE WITNESS:  -- mention that.
12         MR. BRENZA:  -- not in evidence.
13  Q  (By Mr. Wisner)  So did he show you anything about the
14     validity of this document beyond just asking you to
15     assume it's true?
16  A  No.
17         MR. BRENZA:  Object to form.
18  Q  (By Mr. Wisner)  Are you aware or did he explain to you
19     that Monsanto hired a guy by the name of Dr. James Parry
20     in the late 1990s to examine the genotoxicity of
21     glyphosate or Roundup?
22         MR. BRENZA:  Object to form.  Beyond
23     the scope.
24         THE WITNESS:  No, I was not informed.
25  Q  (By Mr. Wisner)  Okay.  And did he tell you that their

Page 157

1     own internal scientist concluded that, in fact, Roundup
2     was genotoxic?
3         MR. BRENZA:  Object to form.  Assumes
4     matters not in evidence, beyond the scope.
5         THE WITNESS:  I was not informed of
6     that.
7  Q  (By Mr. Wisner)  Okay.  All right.  I want to talk a
8     little bit about -- there was a question asked of you,
9     and it was something to the effect of, do you have any
10     evidence that Mr. Gebeyehou used Roundup?  Or something
11     to that effect.  Do you recall that question?
12         MR. BRENZA:  Object to form.
13         THE WITNESS:  I do.
14  Q  (By Mr. Wisner)  And when he -- when opposing counsel
15     used the word "evidence," did you understand that to
16     mean, like, a chemical or a medical test?
17  A  Can you ask this again?
18  Q  Well, let me put it this way.  Evidence in the legal
19     profession is more broad than just, like, a lab result.
20     Okay?  It includes testimony, for example.
21  A  Okay.
22  Q  And if you brought in that definition of "evidence" --
23     for example, communications you may have had with
24     Mr. Gebeyehou -- do you have any evidence that he, in
25     fact, sprayed or was exposed to glyphosate?

Andrei Shustov, M.D.

| Page 158 |
|---|

```
 1   A  If his statements to me is evidence, then yes.
 2   Q  Okay.  Doctor, what is chemotherapy?
 3   A  Chemotherapy is the way that we treat and cure cancers,
 4      and it defines cytotoxic drugs that were studied and
 5      proven to be beneficial in killing cancer cells.  So
 6      it's a method of treating cancer.
 7               MR. WISNER:  Okay.  Let's go off
 8      record.
 9               THE VIDEOGRAPHER:  All right.  We are
10      going off record.  The time is 1:08 p.m.
11               (Pause in proceedings.)
12
13               THE VIDEOGRAPHER:  We are back on
14      record.  The time is 1:12 p.m., and this marks the
15      beginning of Media Unit 3.
16   Q  (By Mr. Wisner)  Now, just before we switched over, I
17      asked you what chemo was.  And I guess my next question
18      is:  What does chemotherapy do to the human body?
19   A  Besides killing cancer, it has substantial effect on
20      multiple organ systems in humans.  Because chemotherapy
21      was developed with a single principle in mind to kill
22      rapidly dividing cells.  And it does not discriminate
23      whether those cells are cancerous or healthy.  And there
24      are numerous systems in our body that rely on rapid cell
25      division.  Numerous systems.  So chemotherapy would have
```

| Page 159 |
|---|

```
 1      substantial impact on health of the bone -- bone marrow,
 2      gastrointestinal tract, hairs, organ systems.  And
 3      besides general effect on rapidly dividing cells, it has
 4      multitude of specific organ toxicities demanding --
 5      depending on -- on the drug.  So it has substantial
 6      detrimental effect on human body.
 7   Q  And that -- that sort of broad, sweeping damage that
 8      chemotherapy does to the body, can that exacerbate
 9      physical conditions that are already present in a
10      person?
11   A  Of course.
12               MR. BRENZA:  Object to form.
13   Q  (By Mr. Wisner)  And do you believe that that, based on
14      what you've observed in your review of Mr. Gebeyehou's
15      file, that that in fact occurred?
16               MR. BRENZA:  Object to form.
17               THE WITNESS:  I suspected that the
18      symptoms he described after chemotherapy were at least
19      exacerbated by exposure to chemotherapeutic drugs.
20   Q  (By Mr. Wisner)  That's something you've seen happen in
21      your regular practice?
22   A  Every day.
23   Q  Treating thousands of patients with a lymphoma?
24   A  That's correct.
25   Q  There was a question about whether or not having a
```

| Page 160 |
|---|

```
 1      history of cancer in the family leads to a higher
 2      probability that somebody will have cancer.  Do you
 3      recall there was a question about that?
 4   A  I do.
 5   Q  Is there any scientific evidence whatsoever to suggest
 6      that lymphoma in your family actually leads to a greater
 7      increase of lymphoma?
 8   A  Not to my knowledge.
 9   Q  And be more specifically, is there any -- I understand
10      that his mother passed away from -- what type of cancer?
11   A  Ovarian cancer.
12   Q  Is there any evidence to suggest that ovarian cancer in
13      a mother increases the risk of lymphoma in a child?
14   A  Absolutely not.  It would be nonsensical to imply for an
15      oncologist, especially having ovarian cancer diagnosed
16      at the age of 90-plus, that would have impact on having
17      lymphoma in a child.
18   Q  Or just even in the progeny of that person even if
19      they're older?
20   A  Correct.
21   Q  Okay.  There was a question about whether or not the
22      mutations caused by smoking could persist later on in
23      life.  Do you recall that?
24   A  I do.
25   Q  Has there actually been studies done about the duration
```

| Page 161 |
|---|

```
 1      between the stopping of smoking and the risks of cancer
 2      associated with smoking?
 3   A  It's very interesting, but actually, yes, despite the
 4      fact that there is possibility that mutation could
 5      persist for life.  But when patient stops smoking, the
 6      subsequent risk of developing lung cancer, which is the
 7      most common consequence of cancer in the realm of
 8      oncology, goes down as decades -- as patients progress
 9      decades after stopping smoking, to the point that -- I
10      would have to look up exact number.  By 20 to 30 years,
11      I believe, the risk returns to the baseline of
12      nonsmokers.  Again, don't quote me on the number just
13      yet, but I can look it up.  But there is the fact that,
14      after a certain point after smoking cessation, the risk
15      of lung cancer returns to baseline.
16   Q
17
18
19
20
21
22
23
24
25   Q
```

Andrei Shustov, M.D.



Page 162

1  ████████████████████████████████
2  ██ ████████████████████████████████
3  █████████████████████████████████?
4          MR. BRENZA:  Object to form.
5          THE WITNESS:  In a view of an
6  oncologist that I'm sure would be shared by over a
7  majority of colleagues, it would not be a risk factor
8  for lymphoma.
9  Q   (By Mr. Wisner)
   ██ █████████████████████████████████
   ██ ████████████████████████████████████
   ██ ██████████████
13 A   I do.
14 Q   ████████████████████████████████
   ██ ████████████████████
16 A   I don't have any evidence.
17 Q   That would just be rampant speculation?
18 A   That was -- it was hypothetical question that he was
19 exposed.  But I don't have any evidence.
20 Q   ████████████████████████████████
   ██ █████████████████████████████████████
   ██ █████████████████████████████████████
   ██ ██████████████
24         MR. BRENZA:  Object to form.
25         THE WITNESS:  To -- to my

Page 163

1  recollection, yes, that's when I remember seeing it on
2  his tests.
3  Q   (By Mr. Wisner) ████████████████████
   ██ ████████████████████████████████
   ██ ██████████████████████████████████
   ██ ███████████████████████████
   ██ ████████████████████████████████████
   ██ ██████████████████████████
11 Q   But notwithstanding that fact --
12 A   Correct.
13 Q   --
   ██ ███████████████████████████████████
   ██ ████████████████████████████████████
   ██ ███████████████████████
16 A   That's correct.
17 Q   What relevance is that in your differential diagnosis?
18 A   ████████████████████████████████████
   ██ ████████████████████████████████████
   ██ ████████████████████████████████████
   ██ ████████████████████████████████████
   ██ ██████████████████████████
23 Q   All right.  There was a question about whether or not
24 non-Hodgkin's lymphoma was a common cancer.  Do you
25 recall that?

Page 164

1  A   I do.
2  Q   And I'm worried that that -- that's -- that phrase could
3  be a little misleading.
4      Is it fair to say that most people get lymphoma?
5  A   No.
6  Q   In fact, it's pretty rare amongst people, right?
7          MR. BRENZA:  Object to form.
8          THE WITNESS:  If you just take
9  population in general, it is a rare occurrence for
10 somebody to develop lymphoma.
11 Q   (By Mr. Wisner) But in the area of cancer, which is
12 already rare, lymphoma is a common cancer?
13 A   Of course.  If you start narrowing down into specific
14 population and try to determine fraction of that, it's
15 all about denominator.
16 Q   There's also a question about the -- whether or not --
17 of the cancers that are non-Hodgkin's lymphoma, a lot of
18 them more commonly are in people ██████ is that
19 right?
20 A   Correct.
21 Q   Okay.  But is it fair to say that the majority of people
22 with non-Hodgkin's lymphoma are in ████████
23 A   That's correct.
24 Q   Okay.  Does that mean, however, that people who are --
25 well, strike that.

Page 165

1      Okay.  Finally, there was some questions that
2  opposing counsel asked you about whether or not you were
3  experts in all these fields.  Do you remember those
4  questions?
5  A   I do.
6  Q   Okay.  And there was a question about whether or not you
7  were, for example, an expert in chemistry, right?
8  A   I remember that.
9  Q   Okay.  How are you defining the word "expert"?
10 A   In -- in my opinion, the word "expert" is somebody who
11 has experience in dealing with particular type of
12 problems, particular type of experiences, has proper
13 education for this type of activity, and has done
14 research, published in this area.  Those are kind of
15 criteria.
16 Q   Now, if I were to define "expert" simply as having
17 specialized training or expertise in something.  Okay?
18 So not what you said.  Use my term.  Would you be an
19 expert in pathology?
20         MR. BRENZA:  Object to form.
21         MR. WISNER:  Let me withdraw that
22 question and put it another way.
23 Q   (By Mr. Wisner)  Do you have specialized training and
24 experience looking at pathology?
25 A   I have studied pathology in medical school.  I have

Andrei Shustov, M.D.

## Page 166

1    reviewed a lot of pathology examples with my pathology
2    colleagues.  And I have general understanding and
3    probably better understanding than, say, general
4    practitioner when I look at the slides of lymphoma
5    patient.  But I would be much less expert compared to
6    somebody who has training in pathology for years and
7    specializes in pathology.
8    Q   Exactly.  And I understand doctors are very hesitant
9        to -- to call themselves experts in fields when there's
10       other experts who do that as a profession.  I understand
11       that.
12           But notwithstanding that, as a person who went to
13       medical school and has done postdoctorate work, for
14       example, you have knowledge about chemistry that most
15       people don't have?
16              MR. BRENZA:  Object to form.
17              THE WITNESS:  I have enough knowledge
18       of chemistry that is probably I would define better than
19       somebody who did not have my level of education.
20    Q   (By Mr. Wisner)  And, I guess, the question I'm really
21       getting at is:  Notwithstanding the fact that you don't
22       consider yourself a, quote/unquote, expert in all those
23       fields listed, do you believe you have sufficient
24       understanding of those topics to be able to offer the
25       opinions you're giving in this case?

## Page 167

1              MR. BRENZA:  Object to form.
2              THE WITNESS:  I believe so.
3              MR. WISNER:  Thank you.  No further
4    questions.
5              MR. BRENZA:  Just got a few more.
6
7
8              FURTHER EXAMINATION
9    BY MR. BRENZA:
10   Q   Let me begin, Doctor, with the Exhibit 19.  I was
11       unclear exactly what you were identifying when you were
12       trying to point out the cancer that had a increased risk
13       under the Agricultural Health Study.
14   A   Okay.
15   Q   Exhibit 19.
16   A   Yeah, I have it.
17   Q   Could you -- could you just point that out to me now?
18   A   What we just discussed?
19   Q   Yes.
20   A   The question that counsel asked me, if you look at
21       Page 515.
22   Q   Yes.
23   A   And you go to the left column, second paragraph, the
24       authors' conclusion in this part state that, "In our
25       study, we observed no association between glyphosate use

## Page 168

1    and NHL overall or any of its subtypes."
2    Q   Yes.
3    A   And he pointed out that in Table 3, there was actually
4        significant association for non-Hodgkin's T-cell
5        lymphoma with 20-year lag, odds ratio 2.97, was
6        statistical significance.  And I believe that he makes a
7        statement which -- which I agreed that T-cell
8        non-Hodgkin lymphoma is a subtype of non-Hodgkin
9        lymphoma.  And if you make a statement there, say that
10       there was no association with any subtype of non-Hodgkin
11       lymphoma, that's wrong statement.  Because there was
12       association in T-cell lymphoma, which is a subtype of
13       non-Hodgkin lymphoma.
14   Q   Okay.  And so just looking at Table 3, Tables 2 and 3,
15       there are a number of different cancers, right, that are
16       identified?  Different kinds of cancer?
17   A   I see that.
18   Q   So if you go back all the way to the beginning of 2, it
19       lists -- let's see -- 22 types of cancer.  Does that
20       sound right in Table 2?
21   A   2 and 3.
22   Q   Start with Table 2.
23   A   Yeah, but they overlap.
24   Q   Well, Table 2 is intensity-weighted lifetime days.
25       Table 3 -- maybe they do overlap.

## Page 169

1          Well, let's start with Table 2.
2    A   Okay.
3    Q   Table 2, there's 22 types of cancer.  None of them have
4        a statistically significant risk caused by glyphosate,
5        right?
6              MR. WISNER:  Objection.
7              THE WITNESS:  Not in Table 2.
8    Q   (By Mr. Brenza)  And -- and Table 2 not only breaks down
9        22 types of cancer, but it breaks down each type of
10       cancer into four separate exposure levels, right?
11   A   Correct.
12   Q   And, again, none of them shows statistically significant
13       increased risk --
14   A   Okay.
15   Q   -- from glyphosate, right?
16          And then Table 3 lists 12 types of cancer, each of
17       which is broken down into approximately four exposure
18       levels?
19   A   Uh-huh.
20   Q   And of all those findings, the only one that shows a
21       statistically significant increase is the one for
22       non-Hodgkin's lymphoma T-cell 20-year lag, right?
23   A   Correct.
24   Q   Do you know what the definition of "statistical
25       significance" means?

Andrei Shustov, M.D.

| Page 170 | Page 172 |
|---|---|

**Page 170**

1    MR. WISNER: Objection; well beyond
2  the scope, but...
3    MR. BRENZA: I'm just -- you -- you
4  questioned him about it.
5    THE WITNESS: So statistical
6  significance, again, I -- I can't say that I'll quote
7  the definition from statistic science, but it is the
8  significance proven beyond the established error rate,
9  which in most cases is beyond a P value of .05.
10  Q  Which is 5 percent?
11  A  Correct.
12  Q  So when something is found to be a statistically
13  significant correction, one time out of 20, it's going
14  to be wrong. It's actually not a true finding, right?
15    MR. WISNER: Objection.
16    THE WITNESS: Well, in a -- in a --
17  in pure statistical discussion, yes.
18  Q  (By Mr. Brenza) And we've looked at, on Table 2 and 3,
19  there's way more than 20 comparisons being made here.
20  There's hundreds, right?
21  A  Okay.
22  Q  And this many comparisons, you'd expect at least one
23  spurious positive, wouldn't you?
24    MR. WISNER: Objection; speculation.
25    THE WITNESS: I think it would be

**Page 171**

1  wrong way of looking at it, because they're all
2  different comparisons. So if you say -- the way I would
3  apply statistical significance, I would look at every
4  particular one and say, within every particular
5  category, we have 5 percent chance of being erroneous
6  results. Not out of all the categories say, Oh, one of
7  them is not statistically significant. That's why it's
8  an error.
9  Q  (By Mr. Brenza) But each category has a 5 percent
10  chance of being a spurious result. And you look at
11  hundreds of categories.
12  A  Okay.
13  Q  You're going to generate at least one spurious positive,
14  right?
15  A  No. Because these categories, they were -- they were
16  assessed independently.
17  Q  I understand that. But even independent observations,
18  if you make enough of them, more than 20 of them, you're
19  going to start to see false positives, right?
20  A  Well, again, you're questioning the level of statistical
21  significance. That's -- that -- you know, that's a
22  whole different issue. But with -- within the T-cell
23  lymphomas, there was statistically significant odds
24  ratio, meaning whatever the statistical boundary they
25  defined, within that boundary, they found statistical

**Page 172**

1  significance. Had nothing to do with any other
2  categories.
3  Q  Okay. Is it fair to say that the vast majority of these
4  observations find no connection between glyphosate and
5  non-Hodgkin's lymphoma or any of its subtypes?
6  A  In this paper, in this table, yes.
7  Q  And notably for this case, Mr. Gebeyehou had DLBCL,
8  right?
9  A  That's right.
10  Q  Diffuse large -- and you see there's a specific category
11  for that type of cancer on Table 3?
12  A  I do.
13    MR. WISNER: I'll object. This is
14  well beyond the scope of my cross.
15    MR. BRENZA: I'm going to be done in
16  just a second.
17  Q  (By Mr. Brenza) Do you see that every single entry for
18  every single time period and exposure level for diffuse
19  large B-cell lymphoma shows no significant increase of
20  risk due to glyphosate?
21  A  I see that in this paper, in this table.
22  Q  ████████████████████████████████████████
   ██ ████████████████████████████████████
   ██ █████████████████████████

**Page 173**

1  A  I don't.
2  Q  ████████████████████████████████████████
3  ████████████████████?
4  A  That's correct.
5  Q  ████████████████████████████████
6  ██ ████████████████████████████
8    MR. WISNER: Objection; misstates his
9  testimony.
10  Q  (By Mr. Brenza) I'm -- I'm asking you.
11  A  So --
12    MR. WISNER: You just changed your
13  words.
14    THE WITNESS: In order to make the
15  antibody specific to certain agents, you have to have
16  exposure to that --
17    MR. BRENZA: Okay.
18    THE WITNESS: -- ████████████████.
19  Q  (By Mr. Brenza) ████████████████████████████
   ██ ██████████████████████████
22  Q  And he was -- you were asked about the fact that he
23  didn't have a recurrence when he was given chemotherapy.
24  Remember that?
25  A  Recurrence of...?

Andrei Shustov, M.D.



Page 174

1  Q  ▓▓▓▓▓▓
2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
3  Q  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓
5        MR. WISNER:  Objection; misstates my
6     question.
7  Q  (By Mr. Brenza)  Do you remember something along those
8     lines?
9  A  I did not say that he was not exposed.  We have evidence
10    he was exposed.
11  Q  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓
20  Q  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓

Page 176

1   So that would be the clinical definition or definition
2   of clinical infection.
3   Q  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓
7   A  I did not see any evidence.
8   Q  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓
17  A  Yeah.
18  Q  Okay.  Were you trying to say that the P value related
19     to T-cell lymphoma means that if you were to check the
20     data against the real population, the hypothetical real
21     population, one out of 20 times, this result would be
22     wrong?
23  A  In T-cell lymphoma.
24  Q  Exactly.
25  A  Yes.

Page 177

1        MR. WISNER:  Okay.  No further
2     questions.
3        MR. BRENZA:  Just one more.
4
5        FURTHER EXAMINATION
7  BY MR. BRENZA:
8  Q  T-cell lymphoma isn't the kind of cancer we're talking
9     about in this case, right?
10  A  Not in Mr. Gebeyehou's case.
11        MR. BRENZA:  Okay.  That's it.
12        MR. WISNER:  Thank you for your time,
13     sir.
14        THE VIDEOGRAPHER:  All right.  We are
15  going off record at 1:36 p.m.  And this concludes the
16  video deposition of Dr. Andrei Shustov.
17        (Signature reserved.)
18        (Deposition concluded at
19          1:36 p.m.)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓.
6        MR. BRENZA:  Okay.  That's -- I'm
7     done.
8
9
10       FURTHER EXAMINATION
11  BY MR. WISNER:
12  Q  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓

45 (Pages 174 to 177)

Andrei Shustov, M.D.

| Page 178 | Page 180 |
|---|---|

### Page 178

1  STATE OF WASHINGTON )  I, John M S Botelho, CCR, RPR,
2  County of Pierce   ) ss a certified court reporter
   ) in the State of Washington,
   do hereby certify:
3
4
5  That the foregoing deposition of ANDREI SHUSTOV,
   M D , was taken before me and completed on December 16,
6  2018, and thereafter was transcribed under my direction;
   that the deposition is a full, true and complete transcript
7  of the testimony of said witness, including all questions,
   answers, objections, motions and exceptions;
8  That the witness, before examination, was by me
   duly sworn to testify the truth, whole truth, and
9  nothing but the truth, and that the witness reserved the
   right of signature;
10
11  That I am not a relative, employee, attorney or
   counsel of any party to this action or relative or employee
12  of any such attorney or counsel and that I am not
   financially interested in the said action or the outcome
13  thereof;
14  IN WITNESS WHEREOF, I have hereunto set my hand
   this 18th day of December, 2018
15
16
17
18
19
20
21  _____
   John M S  Botelho, CCR, RPR
   Certified Court Reporter No  2976
22  (Certification expires 5/26/19 )
23
24
25

### Page 180

1  WITNESS:  Andrei Shustov, M D
2  DATE: December 16, 2018
3  CASE:   Gebeyehou v  Monsanto Co , et al
4  Please note any errors and the corrections thereof on this
5  errata sheet  The rules require a reason for any change or
6  correction  It may be general, such as "To correct
7  stenographic error," or "To clarify the record," or "To
8  conform with the facts "
9
10  PAGE  LINE  CORRECTION          REASON FOR CHANGE
11  ____  ____  _____  _____
12  ____  ____  _____  _____
13  ____  ____  _____  _____
14  ____  ____  _____  _____
15  ____  ____  _____  _____
16  ____  ____  _____  _____
17  ____  ____  _____  _____
18  ____  ____  _____  _____
19  ____  ____  _____  _____
20  ____  ____  _____  _____
21  ____  ____  _____  _____
22  ____  ____  _____  _____
23  ____  ____  _____  _____
24  ____  ____  _____  _____
25  ____  ____  _____  _____

### Page 179

1  CERTIFICATE OF DEPONENT
2
3  I hereby certify that I have read and examined the
   foregoing transcript, and the same is a true and accurate
   record of the testimony given by me.
4
5  Any additions or corrections that I feel are necessary,
   I will attach on a separate sheet of paper to the original
   transcript.
6
7  _____
   Andrei Shustov, M.D.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25