# EXHIBIT 12

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3   IN RE:  ROUNDUP PRODUCTS      MDL No. 2741

4   LIABILITY LITIGATION

5   _____      Case No. 16-md-02741-VC

6   This document relates

7   to:

8   Gebeyehou v Monsanto Co., et al.

9   Case No. 3:16-cv-5813-VC

10   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

11              VIDEO DEPOSITION OF

12              CHADI NABHAN, M.D.

13

14

15              December 14, 2018

16              12:24 p.m.

17

18          Chicago Marriott O'Hare

19     8835 West Higgins Road, Park Ridge, Illinois

20

21

22

23     Deanna Amore, CRR, CSR, RPR, 084-003999

24

25

Page 2

APPEARANCES OF COUNSEL

On Behalf of the Plaintiff, SIMOUN GEBEYEHOU:

    ANDRUS WAGSTAFF
    MS. KATHRYN M. FORGIE
    1901 Harrison Street
    Suite 1101
    Oakland, California 94612
    (310) 339-8214
    kathryn.forgie@andruswagstaff.com
        - and -
    ANDRUS WAGSTAFF
    MS. AIMEE H. WAGSTAFF
    7171 West Alaska Drive
    Lakewood, Colorado 80226
    (303) 376-6360
    aimee.wagstaff@andruswagstaff
        - and -
    WEITZ & LUXENBERG, P.C.
    MS. ROBIN L. GREENWALD
    700 Broadway
    New York, New York 10003
    (313) 800-4170
    rgreenwald@weitzlux.com
        - and -
    LAW OFFICES OF TESFAYE TSADIK
    MR. TESFAYE TSADIK (via telephone)
    1736 Franklin Street
    10th Floor
    Oakland, California 94612
    (510) 839-3922
    ttsadik@pacbell.net

Page 3

APPEARANCES OF COUNSEL

On Behalf of the Defendant, MONSANTO COMPANY:

    ARNOLD & PORTER KAYE SCHOLER, LLP
    MR. BERT L. SLONIM
    250 West 55th Street
    New York, New York 10019-971
    (212) 836-8572
    bert.slonim@arnoldporter.com
        - and -
    WILKINSON WALSH + ESKOVITZ
    MS. CALI COPE-KASTEN
    2001 M Street, NW
    10th Floor
    Washington, D.C. 20036
    (202) 847-4030
    ccope-kasten@wilkinsonwalsh.com
ALSO PRESENT:
    Anthony Micheletto, Videographer

        * * * *

Page 4

I N D E X

WITNESS                    EXAMINATION
CHADI NABHAN, M.D.
    EXAMINATION BY MR. SLONIM              6

        EXHIBITS

NUMBER         DESCRIPTION          PAGE

Exhibit 1      Innovative Oncology        7
               Consulting, LLC Invoice
               for Services Rendered in
               Hardeman v Monsanto;
               NABHNMDLGROUP100059

Exhibit 2      11.20.2018 Expert Report   9
               of Dr. Chadi Nabhan

Exhibit 3      Key Statistics for        17
               Non-Hodgkin Lymphoma -
               American Cancer Society

Exhibit 4      Cancers Statistics, 2015   21

Exhibit 5      11.22.2006 The Permanente  32
               Medical Group Medical
               Record;
               Confidential-Gebeyehou-
               SGebeyehou-KPNValley-MD-
               003815

Exhibit 6      Rituxan Label (Revised     44
               10/2018)

Page 5

    THE VIDEOGRAPHER:  We are now on the record.
My name is Anthony Micheletto.  I am a
videographer for Golkow Litigation Services.
    Today's date is December 14, 2018.  The time is
12:24 p.m. as indicated in the video screen.
    This video deposition is being held in Chicago,
Illinois, in the matter of Simoun Gebeyehou versus
Monsanto Corporation, et al., being filed in the
United States District Court for the Northern
District California.
    Our witness today is Chadi Nabhan M.D., MBA.
Will counsel please identify themselves for the
video record?
    MS. GREENWALD:  Robin Greenwald for the
plaintiff, including Mr. Gebeyehou.
    MS. FORGIE:  Kathryn Forgie of Andrus Wagstaff
for the plaintiff.
    MS. WAGSTAFF:  Aimee Wagstaff for the
plaintiff, and I will be leaving during the
deposition.
    MR. SLONIM:  Bert Slonim from Arnold & Porter
on behalf of Monsanto.
    MS. COPE-KASTEN:  Cali Cope-Kasten from
Wilkinson Walsh on behalf of Monsanto.
    THE VIDEOGRAPHER:  Counsel on the phone.

Chadi Nabhan, M.D.

Page 6

1    MS. GREENWALD:  Yes, introduce yourself,
2  please.
3    MR. TSADIK:  Tesfaye Tsadik on behalf of
4  Simoun Gebeyehou.
5    THE VIDEOGRAPHER:  Our court reporter today is
6  Deanna Amore.  Please swear in the witness.
7            (Whereupon, the witness was
8            duly sworn.)
9  THE WITNESS:  I do.
10    MR. SLONIM:  Good afternoon, Dr. Nabhan, my
11  name is Bert Slonim.  You understand that
12  I represent Monsanto in this litigation; is that
13  right?
14    THE WITNESS:  I do.
15    MR. SLONIM:  Would you please state your full
16  name and business address for the record?
17    THE WITNESS:  Chadi is the first name, and
18  Nabhan is the last name.  Business address is 3651
19  Birchwood Avenue in Waukegan, Illinois 60085.
20        CHADI NABHAN, M.D.,
21  called as a witness herein, having been first duly
22  sworn, was examined and testified as follows:
23        EXAMINATION
24  BY MR. SLONIM:
25    Q.  And Dr. Nabhan, you are a medical doctor;

Page 7

1  is that correct?
2    A.  Yes.
3    Q.  Did you review Mr. Gebeyehou's medical
4  condition as part of your work in this matter?
5    A.  I did.
6            (Whereupon, Exhibit 1
7            (Gebeyehou) was marked for
8            identification.)
9  BY MR. SLONIM:
10    Q.  I'm going to hand you what's been marked
11  as Deposition Exhibit No. 1 which has been produced
12  to us as your invoice for your work in this matter.
13    A.  Sure.
14      This is until December 4.
15    Q.  So, Dr. Nabhan, does this represent the
16  time that you spent working on the Gebeyehou matter
17  through December 4?
18    A.  Through December 4, yes.
19    Q.  Okay.  And if I did the addition
20  correctly, is that 22 hours?
21    A.  Until December 4 -- between October 31st
22  and December 4.
23    Q.  And that is -- you charge $550 per hour
24  for your time in doing this work; is that correct?
25    A.  Yes.

Page 8

1    Q.  Since December 4, can you give us your
2  best estimate of any additional time you spent on
3  the Gebeyehou matter?
4    A.  I have it in my computer.  My best
5  estimate, between 10 to 15 additional hours,
6  somewhere like that.
7    Q.  Okay.  So -- and I appreciate the fact
8  that it would be an estimate, and if we did some
9  quick addition -- so your estimate would be between
10  roughly 32 and 37 hours total on the Gebeyehou
11  matter; is that correct?
12    A.  Probably closer to 40, something like
13  that.
14    Q.  Okay.  Just looking at this time, it looks
15  like you spent a total of about 12 hours reviewing
16  Mr. Gebeyehou's medical records; is that right?
17  Well --
18    A.  A little bit more, I think.  12 hours, a
19  little bit closer, maybe an hour or two after that
20  before I started drafting the report, and then
21  additional reviews and finalizing the report was on
22  the 16th.
23    Q.  Okay.  And then you spent another five
24  hours, it looks like, reviewing case-specific
25  reports that were provided by experts retained by

Page 9

1  Monsanto in this matter?
2    A.  Yes.
3      And then between December 4 and now
4  additional reviews and stuff like that.
5    Q.  Okay.  Thank you.
6            (Whereupon, Exhibit 2
7            (Gebeyehou) was marked for
8            identification.)
9  BY MR. SLONIM:
10    Q.  I've marked as Deposition Exhibit 2 --
11  I am going to hand you a copy -- the expert report
12  that you prepared in this matter.
13    A.  Sure.
14    Q.  Can you identify this as your report
15  regarding Mr. Gebeyehou?
16    A.  Yes, it is.
17    Q.  And on the last page, page 8, that's your
18  signature; correct?
19    A.  Yes.
20    Q.  On first page it says prepared by you; is
21  that correct?
22    A.  Yes.
23    Q.  Is it right that -- correct that you
24  authored this report and, in particular that in
25  terms of the substance, that you authored all of



Page 10

1 the substance of the report?
2    A.  I did.
3    Q.  Does this report disclose all of the
4 opinions that you intend to offer in this matter?
5    A.  Yes.
6    Q.  And does it disclose all the bases for
7 your opinions?
8    A.  You know, I can't reference every single
9 thing that you look at in the literature.  Some of
10 the references are examples to illustrate the
11 opinion as opposed to all -- every single
12 reference, but for the most part, these are the
13 materials I relied on.  There is thousands of
14 references for every particular aspect.  So
15 I provide illustration of representative references
16 of what I'm relying on.
17    Q.  Did you come across any medical or
18 scientific literature that was contrary to an
19 opinion that you are offering in this matter?
20    MS. GREENWALD:  Objection.  Form.
21    THE WITNESS:  In reviewing some of the
22 epidemiologic literature, there is obviously some
23 studies that have disputed the link between
24 Roundup, glyphosate, and non-Hodgkin lymphoma.  So
25 I'm fully aware of that literature, and I reviewed

Page 11

1 it as well.
2 BY MR. SLONIM:
3    Q.  Okay.  But you did not list those articles
4 that found the absence of a link between glyphosate
5 and non-Hodgkin lymphoma in your list of materials
6 that you considered?
7    MS. GREENWALD:  Objection.  Form.
8 BY MR. SLONIM:
9    Q.  Is that right?
10    MS. GREENWALD:  It's not part of this report.
11    THE WITNESS:  I do allude to the agricultural
12 health study in -- I mean, I'll have to look where
13 I listed that, and I think that was the major study
14 that has been relied upon as lacking the link
15 between Roundup and non-Hodgkin lymphoma.  So I do
16 list that as I was reviewing the literature.
17 I think that is -- I can try to tell you where it
18 is.  I am sure you have it.
19 BY MR. SLONIM:
20    Q.  Did you make an effort to disclose at
21 least in terms of fairly representative materials
22 all of the -- strike that.
23        Did you make an effort to disclose at
24 least representative materials that you rely on in
25 support of the opinions you intend to offer in this

Page 12

1 matter?
2    A.  I have, yeah.  I mean that's -- I think
3 you just asked me this question, yes.
4    Q.  You did not intend to offer any opinions
5 regarding Mr. Gebeyehou that are not disclosed in
6 your expert report; is that correct?
7    A.  Everything that I plan on offering
8 regarding this case, for the most part, is enclosed
9 here.  Unless there is some emerging information
10 that I need to look at between now and later on
11 when this case goes to trial, that's the opinion
12 I'm planning on providing.
13    Q.  Based -- unless there is new information
14 that comes to light between -- subsequent to today,
15 this report reflects all of the opinions and all of
16 the bases that you intend to offer in this matter;
17 is that right?
18    A.  Correct.
19    Q.  Is it correct that
20                                                    ?
21
23 that
25    A.

Page 13

Page 14

1 ████████████
  ████
  ████████████████
  ██████████████████████
  ██████████████████████
  █████
  ███████████
  ██████████████████████████████
  ████
  ██████████
  █████
  █████████
  ███
  ████████
  ██████████████████████████
  █████
  ██████████████████████
  ████
  █████
  ███████████████
  ████
  █████████████
  ████
  ██████████
  ███████████████ t

Page 16

1 our understanding of lymphoma improves, the
2 classification gets more complicated, actually. So
3 right now we have over 60 types of non-Hodgkin
4 lymphoma.
5     Q. ██████████████████████████
      ████████?
7 ████████████████████████
  ██████████████████████████
  ████
  ██████████████████████████████
  ████████████████████████████
  ████
  ██████████████████
16 ██████████████████████

18     Q.  And what you did was you relied on the
19 report that was prepared by the treating
20 pathologist and reflected in the medical records;
21 is that right?
22     A.  Yes.  Well, not the -- there is no
23 treating pathologist, and I relied on the report
24 provided by the local pathologist in that area.
25 Usually, it's treating oncologist, just to clarify.

Page 15

1 ███████████████████
  ██████████
  ██████████████████████
  ████████████████
  ███████████████████████
  ███

8     Q.  Are you familiar with the WHO
9 classification system of lymphomas?
10    A.  Of course.  It has been changing over the
11 years.  So the last classification we have came out
12 in 2016 by Swerdlow and colleagues.
13    Q.  And is that a classification system that
14 you and other lymphoma specialists rely on in the
15 course of your medical practice?
16    A.  Yes.
17       Just to give a quick context of
18 classification, how we classify non-Hodgkin
19 lymphoma has evolved over the years since the '70s
20 until now, and they always reflect much more
21 in-depth understanding of the disease and what we
22 know about the molecular subtypes and so forth.  So
23 the last classification that we have was 2016,
24 which is the WHO, and prior to that, I think the
25 one that we had was 2008.  And every few years, as

Page 17

1     Q.  Okay.  I just want to spend a minute and
2 get a little context for non-Hodgkin lymphoma,
3 specifically, the DLBCL subtype.  Non-Hodgkin
4 lymphoma is one of the most common cancers in the
5 United States; is that correct?
6     A.  Well, it's about -- I think it's the
7 fifth.  So I think in -- you know, I mean, in
8 women, you have lung cancer or breast cancer or
9 colorectal cancer, et cetera.  I think these are
10 the most common.  In men, you have prostate,
11 colorectal, and lung, and so forth.  So I think
12 it's about the fifth most common cause of cancer.
13 About 75,000 new cases of non-Hodgkin lymphoma were
14 diagnosed this past year.  That's the latest
15 statistic I recall.
16    Q.  Let me mark as Deposition Exhibit No. 3 a
17 document prepared by the American Cancer Society
18 entitled "Key Statistics For Non-Hodgkin Lymphoma."
19       (Whereupon, Exhibit 3 was
20       marked for identification.)
21 THE WITNESS:  Thank you.
22 BY MR. SLONIM:
23    Q.  Dr. Nabhan, could I ask you please to read
24 the first sentence?  I yellow-highlighted it.
25    A.  "Non-Hodgkin lymphoma is one of the most





**Page 18**

1 common cancers in the United States, accounting for
2 about 4 percent of all cancers.  The American
3 Cancer Society's most recent estimates for
4 non-Hodgkin lymphoma are about 74,680 people will
5 be diagnosed with NHL in 2018.  This includes both
6 adults and children."
7     Q.   Do those statements agree with your
8 understanding of the frequency with which
9 non-Hodgkin lymphoma is diagnosed in the
10 United States?
11     MS. GREENWALD:  Objection.  Form.
12     THE WITNESS:  Which is what I said, about
13 75,000 cases a year.
14 BY MR. SLONIM:
15     Q.   Okay.  And the -- in the next full
16 paragraph, the first yellow sentence states -- the
17 first sentence, which I've yellow-highlighted
18 states, and I quote, "The average American's risk
19 of developing non-Hodgkin lymphoma during his or
20 her lifetime is about 1 in 47."  And do you agree
21 with that statistic?
22     A.   Yes.
23
, the DLBCL subtype, is it correct

**Page 19**

1 that that particular subtype is the most common
2 type of non-Hodgkin lymphoma in the United States?
3     A.   Correct, it represents about one third.
4     Q.   In other words, of the new cases that are
5 diagnosed in the United States per year, which you
6 said was approximately 75,000, of those,
7 approximately 25,000 would be of the DLBCL subtype,
8 which Mr. Gebeyehou had; is that correct?
9     A.   That's pretty fair.
10     Q.   So I wanted to talk about risk factors,
11 and I wanted to just start broadly first with
12 cancer before we drill down into non-Hodgkin
13 lymphoma.
14        Cancer or the risk of being diagnosed with
15 cancer is a function of age; is that correct?
16     MS. GREENWALD:  Objection.  Form.
17     THE WITNESS:  I mean, age doesn't cause cancer,
18 but the older we get, we are more likely to get all
19 diseases, including cancer.  So, again,
20 unfortunately, as we age, we could get cancer,
21 heart disease, anything.  But you are correct, so
22 more older patients get diagnosed with cancer than
23 younger patients.
24 BY MR. SLONIM:
25     Q.   In other words, as patients age, their

**Page 20**

1 risk of cancer increases over the course of their
2 lifetime; correct?
3     A.   Correct.
4     Q.   And if we focus specifically on
5 non-Hodgkin lymphoma, a person's risk of developing
6 that condition, that increases as they age;
7 correct?
8     A.   Correct.
9
13     A.   Yes.
14     Q.   And the median age of patients who are
15 diagnosed with that condition, DLBCL, is 70; is
16 that right?
17     A.   68 to 72, yep.
18

**Page 21**

1
4
10
24 BY MR. SLONIM:
25     Q.   I've marked as Deposition Exhibit No. 4 an



Page 22

1 article entitled "Cancer Statistics, 2015"
2 published by epidemiologists and researchers at the
3 American Cancer Society reporting on the
4 statistics, cancer incident statistics. I know
5 they're cancer statistics.
6     A.   There is a newer one. Each year you get
7 one.
8     Q.   So you are familiar with these reports?
9     A.   Of course.
10    Q.   And you are right, there is a newer one.
11

15    A.   I understand. I just want to make sure
16 that in case you -- that this is not the last
17 iteration of it.
18    Q.   Thank you.
19        Let me ask you to turn, please, to
20 Table 4, which is on page 10.
21    A.   Okay.
22    Q.   So this table reports on the probability
23 of a person developing different types of cancer,
24 including non-Hodgkin lymphoma, according to
25 selected age intervals in the United States; is

Page 24

1 1.8 percent; right?
2     A.   Sure.
3     Q.   So there is --
4     A.   I agree with that.
5     Q.

13 BY MR. SLONIM:
14

19    Q.

Page 23

1 that correct?
2     A.   Yes.
3     Q.   And to make the table easier to read,
4 I yellow-highlighted the row that's for non-Hodgkin
5 lymphoma and particularly for males. Do you see
6 that?
7     A.   I do.
8     Q.   So according to this data, a man in his
9 70s -- do you see that? That's the next-to-last
10 column, 70 and greater?
11    A.   Yes.
12    Q.   -- has six times the probability of being
13 diagnosed with non-Hodgkin lymphoma compared with a
14 man who is under age 50. Do you see that?
15    A.   Yes, I do.
16    Q.   And you agree with that?
17    A.   Yes.
18    Q.

24    Q.   There is an easier way to do. The
25 percentage is three tenths of a percent compared to

Page 25

1

19    Q.



Page 26

11    Q.   That was the American Cancer Society
12  statistic we just looked at -- right? -- the
13  average risk in the United States, Exhibit 3?
14    A.   I see 1 in 42 here in Table 4.
15    Q.   And what they did -- thank you -- but the
16  American Cancer Society must have averaged the male
17  and the female, the 1 in 47 and the 1 in 52.
18

22    MS. GREENWALD:  Objection.  Form.
23    THE WITNESS:  According to Table 4, yes.
24  That's what I was trying to get at.  It wasn't 42,
25  47.  But the average 1 in 47, and this Table 4 that

Page 27

1  you provide says 1 in 42 which is aligned with what
2  we know.
3  BY MR. SLONIM:
4    Q.
6
7    Q.

11                                         .
12

Page 28

19    Q.

25    MS. GREENWALD:  Objection.  Form.

Page 29

3  BY MR. SLONIM:
4    Q.   Yes.
5    A.

Page 30



10    Q.   Okay.  Let's move on to another
11  consideration.
12    A.   Sure.
13    Q.   Autoimmune disease is a risk factor for
14  non-Hodgkin lymphoma; correct?
15    A.   Correct.
16    Q.   And you would agree that it's not unusual
17  for patients who have autoimmune disease to develop
18  this particular type of malignancy, non-Hodgkin
19  lymphoma, subtype DLBCL; correct?
20    MS. GREENWALD:  Objection.  Form.
21    THE WITNESS:

25

Page 31

1  BY MR. SLONIM:
2    Q.   And now, in your report -- you are welcome
3  to look at it -- on page 5 --
4    A.   Okay.
5    Q.   -- at the top, the first full bullet at
6  the top.  Do you see that?
7    A.   Sure.
8    Q.

Page 32

Page 33

Chadi Nabhan, M.D.





Page 38

11    Regardless, I don't believe that Meniere's
12  disease is associated with non-Hodgkin lymphoma.
13  I would like to look at evidence to demonstrate the
14  association between Meniere's, specifically, and
15  non-Hodgkin lymphoma.  When we talk about
16  autoimmune disease and non-Hodgkin lymphoma, we are
17  talking about the lupus, the rheumatoid arthritis,
18  the scleroderma, the Sjogren's syndrome, these
19  types of autoimmune diseases that we often
20  describe.
21  BY MR. SLONIM:
22    Q.   And in your "Materials Considered," it you
23  don't list a single article listing Meniere's
24  disease, do you?
25    A.  No, I don't.

Page 39

1    Q.  In your list of references, you don't list
2  any references discussing autoimmune disease, do
3  you?
4    A.
7    Q.  Let's move on to another consideration.
8       You're familiar with a type of viral
9  hepatitis known as viral hepatitis B; is that
10  correct?
11    A.  Of course.
12    Q.  Viral hepatitis B is a risk factor for
13  developing non-Hodgkin lymphoma; correct?
14    A.  Yes.
15    Q.

Page 40

Page 41

5    A.

12

17    A.

Chadi Nabhan, M.D.





Page 50

1  BY MR. SLONIM:
2      Q.  Let's move on to another consideration.
3      A.  Which page?
4      Q.  No, I'm looking at my notes.
5          You've spent a number of years in your
6  medical career dealing with cancer, of course?
7      A.  Yes.
8      Q.  Cancer is a genetic disease, meaning that
9  cancer is caused by changes in genes that control
10  the way cells function; correct?
11     A.  That control the white cell function?
12     Q.  That control the way cells function.
13     A.  The way cells function.
14         Yeah, I mean, that's the way we tend to
15  believe.  The problem is there are situations where
16  you just can't determine any of that.  I think most
17  cancers, we still don't know why they are caused
18  and what cause most cancers.  For some cancers, we
19  are able to determine the cause.
20         We tend to believe that at some point
21  cancer is caused by some alteration in the genetic
22  material or cell survival and cell death, but it's
23  not as simple as that because there are many
24  cancers we still don't know what type of cause.
25     Q.  Genetic changes in genes that control how

Page 51

1  cells grow and divide, if those genes are altered,
2  that could result in cancer; right?
3      A.  It could.
4      Q.  And genes that control how cells get
5  repaired and how they die, those can be important
6  drivers of whether or not there is a malignancy;
7  correct?
8      A.  Of course.
9      Q.  And those types of genetic changes in
10  cells, they can predispose a person to develop
11  cancer; correct?
12     A.  They can.
13     Q.  And that's one of the reasons why
14  physicians often are interested in a person's
15  family history of cancer; correct?
16     A.  In everything.
17         I mean, you just have -- that's why you do
18  the entire exercise about smoking, tobacco, family,
19  alcohol, occupational exposure.  I think all of
20  them are really important, but that's why we ask
21  about family history also because some cancers can
22  be inherited through, particularly, chromosomes
23  from the father and mother to the offspring, and
24  some cancers are just sporadic.
25         So, you know, I think given how ubiquitous

Page 52

1  cancer is, pretty much everybody around this table
2  knows a family member of theirs that had, at some
3  point, cancer.  That doesn't mean all of us have a
4  genetic predisposition to cancer.  So there is a
5  difference; right?
6          You know, my mother had breast cancer, and
7  my father had melanoma.  It doesn't mean these were
8  pass on to me by chromosomes.  I think we have to
9  differentiate when we say "genetic predisposition,"
10  are you saying that this an actual genetic material
11  passed on from the father, mother to the children
12  or just sporadic.  So it's an important
13  distinction, I believe.
14     Q.  Thank you.  You anticipated my next
15  question.
16         You are familiar with something called
17  "germline mutations"?
18     A.  That's what I was trying to get at, so
19  there you go.
20     Q.  So can you please help us out a little bit
21  and explain what germline mutations are?
22     A.  Well, I mean, that's what we just
23  described; right?  I mean, I think the idea is that
24  it could be a mutation through the genetic material
25  passed from the father and mother into the

Page 53

1  children.  That's usually what we classify as
2  germline mutations versus somatic mutations.  These
3  are mutations that just occur sporadically and has
4  nothing to with the genetic material.
5          So it's actually a frequent board question
6  on the medical oncology board and internal medicine
7  board, where they give you this family history of,
8  you know, the mother had X cancer, the father had X
9  cancer, the uncle had X cancer, and then the
10  patient in question has this cancer.  And you try
11  to figure out is this really something that was
12  passed on by the family that needs genetic testing
13  or simply sporadic?  So I think it's important to
14  look at each particular patient separately.
15         But you are right, that's why we ask about
16  family history, and.  In my practice, I've always
17  asked about family history, and when I suspected
18  that there may be something that could be germline
19  mutation or something that was passed on, I used to
20  refer these patients to the genetic counseling
21  clinic so they can decide what type of testing is
22  done.
23     Q. ████████████████████████████████████
24  ████  ████████████████████████████████████
25  ████  ████████████████████████████████████









Page 66

1

ody

Page 67

1

Page 68

1

Page 69

1

7    Q.  Can you tell me what the error rate is of
8   your methodology?
9      MS. WAGSTAFF:  Objection.  Asked and answered
10  several times.
11     THE WITNESS:  It depends on the published
12  evidence for each particular thing that you do.
13  This is 101 medical student teaching.  That's what
14  you teach you in medical school, that when you face
15  a patient and you are trying to determine what
16  disease they have, you look at the symptoms and
17  signs, and you try to do a differential diagnosis
18  for their disease.  If you want to look at
19  causation, you do a differential etiology.  You
20  look at each factor and try to determine which
21  factor caused this.  This is classic teaching.
22  I don't need to tell you methodology.  Any textbook
23  in medicine talks about that.
24  BY MR. SLONIM:
25     Q.  What is the error rate for the methodology

Page 70

1  you applied to Mr. Gebeyehou?
2      MS. GREENWALD: Objection. Form. Asked and
3  answered.
4      THE WITNESS: There is not such a thing as an
5  error rate for something called differential
6  etiology. This is not a statistical test. This is
7  what you do when you're dealing with a patient and
8  trying to determine the etiology. You are trying
9  to mix statistical tests of a clinical trial with
10  an alpha error and beta error with something that
11  is done classically in medical school and exam
12  rooms to determine what the patient has.
13      When somebody has a cough goes to a doctor,
14  they have to determine whether the cough is
15  pneumonia or just a bad cold. What's the error
16  rate of that? Nobody knows. It depends on the
17  experience of the physician, on the literature, on
18  the signs and symptoms of the patient, on the other
19  issues. This is not a statistical test.
20  BY MR. SLONIM:
21      Q. So can you point to any published article
22  that says "For purposes of assessing whether
23  Roundup caused or contributed to a patient's
24  non-Hodgkin lymphoma, these are the tests
25  I should -- that should be done, and these are the

Page 71

1  protocols that should be followed"?
2      MS. GREENWALD: Objection. Asked and answered.
3      THE WITNESS: It's not about Roundup or not
4  Roundup. Any time you are looking at causation of
5  a particular disease, particular ailment, which is
6  cancer or not, this is the standard operating
7  procedure what physicians do in their exam room and
8  in their practice. This is what they actually do.
9  If you literally go to the library and pick a
10  random textbook of medicine and go to how you do
11  physical exam and do differential etiology and
12  differential diagnosis, that's the teaching process
13  of what they teach students and residents. If you
14  are faced with a patient and you are trying to
15  determine what the problem, what caused the cancer
16  of this patient, you look at everything together
17  and do process of elimination.
18  BY MR. SLONIM:
19      Q. Can you name a textbook or any publication
20  that tells you how you do an etiology and determine
21  the cause of a particular patient's non-Hodgkin
22  lymphoma?
23      MS. GREENWALD: Objection. Asked and answered.
24      THE WITNESS: Literally any medical textbook --
25

Page 72

1  BY MR. SLONIM:
2      Q. Don't name any one. Give me one.
3      A. DeVita's textbook, Harrison's textbook,
4  DeVita's textbook, Harrison's textbook.
5      Q. You are representing -- I want to be clear
6  about this. You are representing to the court that
7  if we pull those textbooks and I hand them to you,
8  you can turn to a page, and it will say "This is
9  the procedure to be used to ascertain the cause of
10  a patient's non-Hodgkin lymphoma"?
11      MS. GREENWALD: Objection. Form. That's not
12  his testimony. Asked and answered.
13      Go ahead and answer.
14      THE WITNESS: This is -- again, let me explain
15  what I've been saying --
16  BY MR. SLONIM:
17      Q. No, no, no.
18      MS. GREENWALD: Let him answer the question you
19  asked.
20      MR. SLONIM: Don't explain. Answer the
21  question.
22      Let's have the question read back so it's clear
23  in mind.
24      THE WITNESS: I said any textbook --
25      MR. SLONIM: No.

Page 73

1      MS. GREENWALD: Just listen to the question
2  again, and I'll pose my objections again and --
3  BY MR. SLONIM:
4      Q. Doctor, you need to focus on my question.
5  You need to answer my question. If your counsel
6  has questions to ask, as you know, she will have
7  her opportunity. Now it's my turn. I'll ask the
8  court reporter to read back the question, please.
9          (Whereupon, the record was
10          read.)
11      MS. GREENWALD: I'm objecting as asked and
12  answered, on form, and that was not his testimony.
13      THE WITNESS: Can I answer? Yes?
14      Okay. When you pull any chapter of non-Hodgkin
15  lymphoma in these textbooks and others, you will
16  have a list of causative factors. It will say
17  etiology, causes or possible causes, and they will
18  go through a list of similar things that we went
19  through, me and you just earlier on.
20      Now, as a clinician, when you are sitting in
21  front of a patient, you are thinking of these
22  causes, and you are trying to see how these causes
23  apply to this particular patient. Sometimes none
24  of these causes apply to a particular patient, and
25  you are going to tell the patient -- look him in



Page 74

1  the eye and say, "I don't know what caused your
2  non-Hodgkin lymphoma."
3      Sometimes, some of these causes, one or two,
4  may apply, and you look at the patient and say,
5  "This is what I believe caused your non-Hodgkin
6  lymphoma."  This is what I was trying to say.
7  BY MR. SLONIM:
8      Q.  So let's be clear.  These textbooks may
9  list risk factors for non-Hodgkin lymphoma;
10  correct?
11     A.  Yes.
12     Q.  That's not the question.
13         The question is --
14     A.  Then I misunderstood.
15     Q.  The question is do these textbooks set
16  forth a procedure, test, or protocol that tells a
17  clinician how to determine the cause of a
18  patient's, specific patient's non-Hodgkin lymphoma?
19     MS. GREENWALD:  Same objection.  Asked and
20  answered.  Form.
21     THE WITNESS:  This is taught as common sense.
22  There is no -- they don't tell you, "This is the
23  methodology."  You put the causative factors, and
24  you look at them.  It's common sense.  I'm not sure
25  there is an actual -- an actual name of a procedure

Page 75

1  that we usually do.  It's common sense.
2      You look at the causative factors, and you do
3  process of elimination for each particular patient.
4  It's taught on and on again in every single
5  clinical practice.  That's what I taught my
6  students and my fellows when they face a patient.
7  I don't know what methodology we call this.  This
8  is just common sense in clinical practice.
9  BY MR. SLONIM:
10     Q.  I just want to be clear.  Can you identify
11  any peer-reviewed medical literature that states,
12  in substance, "This is the test procedure or
13  protocol that can be used to ascertain the cause of
14  a specific patient's non-Hodgkin lymphoma"?
15     MS. GREENWALD:  Objection.  Form.  Asked and
16  answered.
17     THE WITNESS:  I can't right this minute.  This
18  is a common sense procedure that we do every single
19  day.  It's like, you know, is there a methodology
20  to tell you when you put the stethoscope on the
21  back of a patient and you listen to them, what's
22  your error rate of whether you're hearing something
23  normal or abnormal.
24      There is no such thing.  You still put the
25  stethoscope on a patient.  You still listen to him

Page 76

1  and determine whether you hear something normal or
2  abnormal.  What methodology is this?  This is
3  common sense that we do and teach our students.
4  BY MR. SLONIM:
5      Q.  So, Mr. -- so Dr. Nabhan, if you saw a
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 77

1
2      A.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 78

25   MR. SLONIM:  Why don't we take a break and see

Page 79

1  where we are?
2     THE VIDEOGRAPHER:  We are off the record at
3  1:53 p.m.
4           (A short break was taken.)
5     THE VIDEOGRAPHER:  We are back on the record at
6  2:06 p.m.
7     MR. SLONIM:  Dr. Nabhan, I don't have any
8  further questions.  I may, if your counsel has some
9  questions, but otherwise, we are done.
10    MS. GREENWALD:  We have no questions.
11    MR. SLONIM:  Thank you so much, Dr. Nabhan.  We
12 really appreciate it.
13    THE VIDEOGRAPHER:  We are off the record at
14 2:07 p.m.  This concludes the videotaped deposition
15 of Chadi Nabhan.
16
17
18
19
20
21
22
23
24
25

Page 80

C E R T I F I C A T E

1
2
3     I, DEANNA AMORE, a Shorthand Reporter and
4  notary public, within and for the State of
5  Illinois, County of DuPage, do hereby certify:
6     That CHADI NABHAN, M.D., the witness whose
7  examination is hereinbefore set forth, was first
8  duly sworn by me and that this transcript of said
9  testimony is a true record of the testimony given
10 by said witness.
11    I further certify that I am not related to
12 any of the parties to this action by blood or
13 marriage, and that I am in no way interested in the
14 outcome of this matter.
15
16    IN WITNESS WHEREOF, I have hereunto set my
17 hand this 15th day of December 2018.
18
19
20    _____
21    Deanna M. Amore, CSR, RPR
22
23
24
25

Page 81

1     UNITED STATES DISTRICT COURT
2     NORTHERN DISTRICT OF CALIFORNIA
3  IN RE: ROUNDUP PRODUCTS     MDL No. 2741
4  LIABILITY LITIGATION
5  _____     Case No. 16-md-2741-VC
6  This document relates
7  to:
8  Gebeyehou v Monsanto Co., et al.
9  Case No. 3:16-cv-5813-VC
10    DECLARATION UNDER PENALTY OF PERJURY
11    I declare under penalty of perjury that I have
12 read the entire transcript of my deposition taken
13 in the above-captioned matter or the same has been
14 read to me and the same is true and accurate, save
15 and except for changes and/or corrections, if any,
16 as indicated by me on the DEPOSITION ERRATA SHEET
17 hereof, with the understanding that I offer these
18 changes as if still under oath.
19
20    Signed on the _____ day of
21 _____, 20__.
22 _____
23    CHADI NABHAN, M.D.
24
25

Chadi Nabhan, M.D.

Page 82

```
 1          ERRATA SHEET
 2  CORRECTIONS:
 3  Page _____ Line _____ Reason _____
    From _____ to _____
 4  Page _____ Line _____ Reason _____
 5  From _____ to _____
 6  Page _____ Line _____ Reason _____
    From _____ to _____
 7  Page _____ Line _____ Reason _____
 8  From _____ to _____
 9  Page _____ Line _____ Reason _____
    From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
    From _____ to _____
13  Page _____ Line _____ Reason _____
    From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
    From _____ to _____
17  Page _____ Line _____ Reason _____
18  From _____ to _____
19  Page _____ Line _____ Reason _____
    From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
    From _____ to _____
23  Page _____ Line _____ Reason _____
    From _____ to _____
24
25
```