# EXHIBIT 17

**In Re: Roundup Products Liability Litigation, MDL 2741**
**Hardeman v. Monsanto, Case No. 3:16-cv-00525-VC**
**Expert Report of Christian Steidl, MD**

## I.      Introduction

I am head of Lymphoid Cancer Research at BC Cancer (BCC), Vancouver, Canada and an associate professor in the Department of Pathology at the University of British Columbia.  I hold an MD from the University of Muenster, Germany, and a medical doctorate (PhD-equivalent) degree from the University of Witten-Herdecke, Germany.

I have expertise in clinical malignant hematology, cytogenetics, molecular genetics, cancer biology, next generation sequencing and functional genomics.  My research program on cancer genomics and the immune biology of the tumor microenvironment in lymphoid cancers has led to breakthrough discoveries in the field.  My research strives to identify biomarkers, and rapidly integrate new findings into clinical care, to improve treatment and ultimately survival for lymphoma patients.

I joined the Centre for Lymphoid Cancer at BC Cancer Agency in 2006.  I am currently supervising a translational research laboratory focusing on the pathogenesis of B-cell lymphomas.  I am most known for my work on biomarkers in Hodgkin and Non-Hodgkin lymphomas (NHL) and the discovery of novel gene mutations and associated phenotypes in B-cell lymphomas.  I have authored over 100 refereed articles in the field of hematological malignancies, contributed book chapters about lymphoma pathogenesis and biomarkers, and have been session chair and invited speaker at many conferences.  I also serve as a member of the Lymphoma Research Foundation's Panel of Scientific Advisors and the Leukemia and Lymphoma Society of Canada Medical and Scientific Advisory Committee.  As a lymphoma translational research scientist and Research Director of BCC's Centre for Lymphoid Cancer, my scientific work integrates human studies, epidemiology, animal models, in-vitro studies, genotoxicity studies, cancer biology, carcinogenesis, pathology, and clinical oncology.  I was recently named as a Member of the Royal Society of Canada and have received an Allen Distinguished Investigator award in recognition of my scientific accomplishments and status as key opinion leader in lymphoma research.

I hold research funding as a principal investigator from the Canadian Institutes of Health Research (CIHR), the Leukemia and Lymphoma Society of Canada (LLSC), the Terry Fox Research Institute (TFRI), National Institutes of Health (NIH), and the Canadian Cancer Society Research Institute (CCSRI).  I am also nominated principal investigator of a Genome Canada large scale applied research project to advance personalized treatments of lymphoid cancer patients.

A copy of my Curriculum Vitae is attached to this report as Exhibit A.

My report has been prepared using the same methodology and scientific rigor as used in my scientific practice, and my opinions are offered to a reasonable degree of scientific certainty.  In forming my opinions, I have relied on my training and expertise, standard scientific literature in the field and I have reviewed the materials regarding glyphosate listed in Exhibit B.  There are standard medical textbooks that describe lymphoma, including several listed in Ex. B, which form a background for my opinions. I have also reviewed the medical records listed in Exhibit C. A list of matters in which I have testified at trial or deposition is set forth in Exhibit D.  I am being compensated at the hourly rate of $500 for my work in this matter.

## II.    Methodology Overview

To assess whether exposure to Roundup caused or substantially contributed to Mr. Hardeman's NHL, I first evaluated the body of scientific evidence investigating whether glyphosate is a carcinogen that can cause NHL in humans.  This entailed critical review of epidemiology, animal studies, and genotoxicity/ mechanistic studies, using standard scientific methods of evidence-based-medicine, Bradford-Hill, and weight-of-evidence.

I then conducted a review of Mr. Hardeman's medical records to assess whether there was any particular evidence implicating Roundup.

My analyses are described below.

## III.    Assessment of Roundup as a Potential NHL Carcinogen

### A.    Evidence-Based-Medicine

Scientific evidence is not equal.  This concept is well known to scientists and physicians.  The evidence is described as a hierarchy, and is often represented as a pyramid.  Various versions of the scientific evidence pyramid have been described in the literature, but all of them focus on showing study designs for preliminary exploration and first hypothesis generation in the bottom (basic science, animal studies and case series). These studies are followed by case–control and cohort studies in the middle to generate more conclusive evidence in controlled designs, and finally randomized controlled trials (RCTs), systematic reviews and meta-analysis at the very top.  Murad 2016.

Evidence-based-medicine is a generally accepted methodology premised on the fact that scientific studies vary widely in their reliability and reproducibility, and that when scientific evidence is reviewed, it should be evaluated according to a hierarchy that reflects the scientific rigor and quality of the evidence:



As indicated in the figure, and in particular for evaluating causality in human carcinogenesis, epidemiologic evidence comprises the most important layer of evidence in this scientific hierarchy, with randomized controlled trials, systematic reviews and meta-analyses of RTCs at the apex.  While these types of studies are the most scientifically rigorous in terms of assessing a potential causal relationship between a substance and an outcome, RTCs are generally only available in the context of a clinical trial for a pharmaceutical product and are not available in the case of Roundup.

In the absence of RTCs, next in the hierarchy is a type of an observational epidemiology study that is called a cohort study. In a prospectively designed cohort study, a researcher identifies a group of individuals to follow for a specified length of time and then compares the proportions of individuals in each group who develop disease (or diseases) of interest using information obtained on exposures during the course of the study and relates these to the development of the disease.  If the agent is associated with the disease, a higher proportion of disease in the exposed group would be revealed.  The prospective design has multiple advantages, as it enables examination of multiple effects of a single exposure, avoids selection bias at enrollment, guards against recall bias on exposures and allows for incidence and relative risk over time (as data are obtained contemporaneously during the course of the study).

Lower in the hierarchy of scientific evidence is a type of epidemiology study called a case-control study.  In a case-control study a researcher begins with a group of individuals who have a disease (cases) and then selects a group of individuals who do not have the disease (controls). The researcher then compares the groups in terms of past exposure to the agent of interest usually as self-report of exposure or through medical history chart review.  If the agent is associated with the disease, a higher proportion of past exposure among the cases than among the controls would be observed. Well-referenced disadvantages of case-control studies are susceptibility to recall bias, insufficient control for extraneous variables, difficulties to select the appropriate control group and the inability to determine disease rates in exposed and unexposed individuals.

All epidemiologic studies – regardless of study design (randomized, cohort, or case-control) – have the following advantages compared with animal studies and genotoxicity/mechanistic studies: (i) they are conducted in human beings, (ii) who are exposed to the formulated product, and (iii) the dose studied represents a real-world exposure level.

While important in basic research studies, animal studies rank lower as compared to epidemiology studies when assessing causality and translational relevance in human disease. Importantly, there are significant differences among species, as well as differences in dosing, that makes extrapolation from animals to humans problematic. As mentioned above, animal models (such as studies in mice and rats) are valuable in exploring basic mammalian disease biology, but only serve as hypothesis-generating tools for potential further assessment in humans.

Genotoxicity and mechanistic studies in individual cell lines (outside of the organismal context of living animals; also called *in vitro* studies) are even lower in the hierarchy of scientific evidence when assessing relevance to human disease. These studies are even further removed from determining causation in human disease than animal studies. They only purport to show possible cellular pathways by which a substance might potentially cause cancer, but these models have major limitations as they do not account for complex cellular crosstalk and metabolism in the context of organs and the whole human organism.

The biology of lymphocytes, the lymphatic system, and hematopoietic cancers (including NHL) are well described in standard medical textbooks, including Magrath, The Lymphoid Neoplasms 3rd ed. (2010) and WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues, Revised Fourth Edition (2017) which provide the background and context for my report and opinions. Despite a number of known risk factors for NHL development, for most NHL cases, the etiology is unknown and the subject of ongoing research studies. This necessarily means that with the currently available scientific evidence, patients and doctors are unable to identify the cause of an individual patient's NHL in the vast majority of cases ("idiopathic" disease). Current pathogenesis models of mature lymphoid neoplasms (lymphomas) assume ageing (lifetime accumulation of DNA mutations), errors in the lymph node germinal centers (mutation generation), and lack of immune surveillance as major hallmarks.

The most commonly accepted risk factors are: family history, smoking, infectious etiologies (e.g. HIV, HCV, EBV), immune system disorders, and immunosuppression. Chihara 2015. Farm exposure has also been determined as a risk factor, which underscores the need for epidemiology studies investigating all environmental exposures, including glyphosate, to carefully control for other pesticide/herbicide exposures as well as other farming-related exposures. However, it is very difficult to control for these co-exposures in case-control studies. By contrast, cohort studies have a better ability to control for co-exposures and correct for confounding.

B.    **Epidemiology studies**

Principal epidemiologic studies of glyphosate include a large prospective cohort study (the Agricultural Health Study) and several case control-studies.

From the perspective of a lymphoma translational research scientist, having reviewed the body of relevant literature, and applying the hierarchy of evidence as discussed in III. A., the Agricultural Health Study (state-of-the-art prospective cohort study) is by far the best human data available on the question of a pathogenic link of Roundup with NHL, for the following reasons among others:

- It is a study in living humans, so there are no issues about extrapolating from animals or test tubes.

- It is a study of pesticide applicators who were exposed to the formulated product, so there are no issues about surfactants or active ingredient versus formulated product.

- The route of administration and doses were based on participants' actual use of the formulated product.

- The researchers used validated procedures to measure exposure intensity in quartiles and then carefully explored dose-response relationships.

- The researchers carefully investigated the associations with each of the principal subtypes of NHL which is important in considering pathogenesis because NHL is an umbrella term encompassing heterogeneous lymphoid cancers with potentially differing etiologies.

- The study design is a prospective cohort, which eliminates the potential for recall bias and selection bias that exists with case-control study designs.

- The study is very large, involving more than 50,000 participants.

- The study has been collecting data for more than 20 years, so potential confounding due to latency between exposure and disease onset is minimized.

- The researchers investigated latency by examining 5 and 10-year lag data.

- The researchers conducted sensitivity analyses regarding exposure to assess whether including exposure data at two different time points and whether using imputed exposure data for participants who did not complete the follow-up questionnaire affected the results; the sensitivity analyses confirmed that the primary study findings were unaffected and that risk estimates in the sensitivity analyses were similar to the primary findings.

- The study was conducted under the auspices of the National Cancer Institute, the National Institute of Environmental Health Sciences, the Environmental

Protection Agency, and the National Institute for Occupational Safety and Health, and it was published in the prestigious Journal of the National Cancer Institute.

In short, the AHS is an extremely well designed and well executed study and provides the most informative data to date about the potential carcinogenicity of glyphosate.  The AHS study "found no evidence of an association between glyphosate use and risk of any solid tumors or lymphoid malignancies, including NHL and its subtypes."  This is strong scientific evidence that Roundup does not cause or contribute to NHL overall or any NHL subtype.

None of the other epidemiology studies (all of which are case-control designs and therefore rank lower in the level of evidence for human disease) have the scientific quality and rigor of the AHS study.  Several of the case-control studies that have been reviewed by IARC and EPA are discussed briefly below.

McDuffie 2001 is a Canadian case control study that investigated pesticide exposures and NHL involving 517 cases and 1506 random controls.  Pesticide exposure was determined through telephone interviews of study participants or their proxies.  Glyphosate was not associated with a significantly increased risk of NHL (odds ratio (OR) = 1.2 (95% CI 0.8–1.7) controlling for age, province and medical factors associated with NHL.  An analysis based on the number of days of use per year (0, 2 days/year, >2 days/year) reported ORs of 1.0, 1.0 (95% CI 0.6–1.6), and 2.1 (95% CI 1.3–2.7), respectively, unadjusted for use of other pesticides.

Hardell 2002 is a pooled analysis of two case control studies – one of NHL and the other of hairy cell leukemia (HCL).  While both NHL subtypes and HCL are classified as mature B cell neoplasms in the 2017 WHO classification, it remains unclear why other subtypes were not included such as chronic lymphocytic leukemia (CLL), a common lymphoid cancer that is considered closely related to HCL.  The unclear rationale for subtype inclusion/exclusion raises concern for confounding variables in this study.  The OR for glyphosate, unadjusted for exposure to other pesticides, was 3.0 (95% CI 1.1–8.5), based on only eight exposed cases and eight exposed controls. When the investigators adjusted for unspecified factors, there was no significantly increased risk of NHL associated with glyphosate (OR = 1.9, 95% CI 0.6–6.2). These findings indicate that analyses that fail to adjust for exposure to other pesticides are significantly confounded.

De Roos (2003) is a pooled analysis of three NHL case-control studies of pesticides and other potential causal factors (Hoar 1986; Zahm 1990; Cantor 1992) that included 650 cases and 1933 controls.  Results for glyphosate showed an OR of 2.1 (95% CI: 1.1–4.0) in the logistic regression analysis, and a lower, non-significant association (OR = 1.6, 95% CI: 0.9–2.8) in the more rigorous hierarchical regression.

Eriksson (2008) is a case control study of NHL in males and females aged 18–74 living in Sweden in 1999–2002.  A total of 910 NHL cases and 1016 controls were included in the analyses.  In the analyses for glyphosate and all NHL (not adjusted for other exposures), the OR was 2.0 (95% CI 1.1–3.7) based on 29 exposed cases and 18

exposed controls; exposure for >10 days showed OR = 2.4 (95% CI 1.0–5.4) (not adjusted for other exposures); analyses of glyphosate and NHL subtypes (not adjusted for other exposures) were positive for every subtype of NHL, and were statistically significant for certain subtypes.  Importantly, when the investigators used a multivariate statistical analysis that controlled for exposure to other pesticides, the results for glyphosate and all NHL showed a non-significant positive association (OR = 1.5, 95% CI 0.8–2.9), demonstrating that there was substantial confounding in the analyses that were not adjusted for other pesticides.

### C.    Animal Studies

The potential carcinogenicity of Roundup and glyphosate has been studied in rodents (rats and mice).  These animal studies are comprehensively reviewed and analyzed in Greim 2015, IARC 2015, EPA 2017 and ECHA 2017.

While studies in rodents can provide valuable information about cancer pathogenesis, it is well established that there are fundamental differences in how the process of tumorigenesis occurs in mice and humans that makes extrapolation problematic. (Rangarajan 2003, Anisimov 2005).  These differences include, but are not limited, to the following:

- Different number of lifetime cell divisions (mitoses).

- Different lifespan of mammalian species, effecting different concepts for aging (cancer development as a function of aging), and different telomerase activity.

- Different metabolic rates/oxidative stress (as a cause of DNA damage).

- Different DNA damage response/repair pathways (e.g. activity and function of tumor suppressor genes, such as *TP53*, *RB*).

- Different organismal metabolism, e.g. liver metabolism.

- Humans develop more epithelial cancers as compared to mice that have higher incidence of mesenchymal malignancies.  Specifically, mice have very high sporadic background lymphoma incidence (most common malignancy).  This high underlying incidence necessitates proper statistical design and careful analysis in assessing exposure experiments.

- Modeling of human germline mutations in mice produce different phenotypes (evidence of lack of portability of human genetics).

- Human cancers are characterized by more chromosomal translocations as a mechanism in carcinogenesis as compared with rodent models which is a further caution.

- The signaling transduction pathways are different.

7

- Genomics: On average, more genetic hits are required in humans to cause the full malignant phenotype compared with rodents. Xenograft (human tissue) mouse models are useful models in research, but often times do not faithfully represent early pathogenesis and the natural tumor microenvironment.

In addition to the foregoing, animal routes of exposure in the glyphosate studies are different than human exposure (oral in rodents and dermal in humans), and dosing is far in excess of the maximum expected human dose (rodents tested with glyphosate were exposed to >100,000 times the human equivalent dose). These issues further render extrapolation to humans problematic.

Lymphomas have been recognized for many years as one of the most common, if not the most common category of spontaneous neoplastic lesions in aging mice (Brayton 2012, Gad 2008, Son 2004). Accordingly, it is to be expected that lymphomas will be observed in studies of mice in both experimental and control groups.

While two studies in mice (Wood 2009 and Kumar 2001) reported an increased trend in lymphoma incidence in males – but no increase in the females – there was no evidence of an increase in any of the rat studies in either of the genders. Even in the male mice studied in Wood 2009 and Kumar 2001, the increase in lymphoma was seen only in the highest dose group, and the results in those studies were not significant based on the standard pairwise comparison statistic. In addition, it appears that the mice tested in Kumar 2001 may have been infected with a virus and there is concern that the incidence data are confounded. Finally, perhaps most importantly, the incidence of lymphoma in those two studies is within historical controls for the strains that were studied highlighting the general problem of exposure studies in mice that have naturally high lymphoma incidences as a result of the breed and aging.

The EU carefully analyzed the animal lymphoma data and correctly summarized it as follows:

> No significant increases in malignant lymphomas were found in the mouse studies when assessed by the pairwise Fisher's exact test. However, in two of the five studies, a significant positive trend for malignant lymphoma incidences in males was reported. In two studies, increases were observed that were not statistically significant. In the fifth and oldest of the studies, the term malignant lymphoma was not used, but there was no statistically significant increase in lymphoreticular neoplasms reported in this study in response to glyphosate exposure. Thus, the lymphoma incidences in male mice show a slight, but clearly variable increase. Further, no increase in treatment related non-neoplastic lymph nodes were reported, thus supporting the conclusion that the tumours were of a spontaneous nature. The biological and human relevance of the findings is uncertain for the following reasons:
>
> > i) the maximum incidences were regarded to be within the historical control range for the CD-1 mice, although

adequate historical control data were not available for all studies;

ii) the increases in malignant lymphoma incidences appeared to be confined to the high dose groups in the CD-1 mice;

iii) the incidence of malignant lymphomas is known to be related to the age of the animals.  However, significant associations between exposure to glyphosate and induction of malignant lymphomas were not observed in the 24-month studies.  Furthermore, there was no reduction in overall survival in the exposed groups;

iv) no parallel increases were observed in female CD-1 mice. It is known that female CD-1 mice are usually more prone to develop spontaneous malignant lymphoma than male mice (Son and Gopinath, 2004, ASB2015-2533).  The lymphoma incidences were generally higher in females than in males, but no glyphosate related increases were seen in female CD-1 mice.

ECHA 2017 at 40-41.

In addition to the foregoing, it is important to note that there are differences in the immune systems of rodents and humans such that it cannot be assumed that lymphoma pathogenesis is the same.  Moreover, there are more than 60 recognized types and subtypes of human NHL, and the pathogenesis of many of those subtypes is thought to vary.  There is no pathology standard for subtyping rodent lymphoma pathology that corresponds to human subtyping and it cannot be presumed that rodent models reliably reflect human lymphoma etiology or predict human outcomes associated with an exposure.

In light of the differences between rodents and humans, non-lymphatic rodent tumors provide no insight into whether glyphosate causes NHL.  Insofar as there are heterogeneous neoplastic findings that are not reproduced in target organs having common pathogenic pathways, such findings cannot meaningfully be aggregated and statistically analyzed as if they were a homogeneous composite entity.

In sum, the animal data do not support a causal link between glyphosate and NHL.

### D.    Genotoxicity/Mechanism Studies

Genotoxicity data and mechanistic studies investigating potential carcinogenicity of glyphosate are collected and comprehensively reviewed in IARC 2015, EPA 2017, and Kier 2013.

There are a large number of studies investigating various aspects of glyphosate potential genotoxicity, and the study designs vary widely in their relevance to cancer.  At the outset, it is important to note that cytotoxicity (meaning cell damage or death) is not the same as genotoxicity (meaning damage to the genetic material of the cell).  When cells are tested, depending on the concentration of the test material, cytotoxicity can lead to positive test results that can be misinterpreted as genotoxicity.  In other words, investigators need to distinguish between primary genotoxicity (a direct interaction between the compound and cellular DNA) and general cytotoxicity which is not of concern relative to carcinogenesis.  If any cell is subjected to sufficient stress it will cause cellular death that will induce similar changes that can be read out as DNA damage but are actually an artifact of the stress.

There are a large number of assays that have been reported.  The most important for assessing potential carcinogenicity are the following:

- Regulatory in-vitro mammalian cell gene mutation studies, called the mouse lymphoma tk locus studies.  These studies are most relevant because they are mechanistically closest to the cancer endpoint that is under investigation.  There were four of these studies, all of which were negative.  (Jensen 1991b, Clay 1996, Majesak, 1985b, Li, 1983a; EPA 2017 at 5.3.2 and Table 5.2.)

- Bacterial reversion assay in-vitro.  These studies evaluated the potential for glyphosate to induce mutations in bacteria.  There were 27 such studies, all of which were negative.  (EPA 2017 at 5.3.1 and Table 5.1)

- Chromosomal damage in mammalian cell assays in-vitro or in-vivo.  These include the comet assay, the micronuclei assay, and the sister chromatid exchange (SCE) assay.  There are a very large number of results reported.  The majority of these studies are negative for DNA damage, with some positive.  However, as noted above, some or all of the positive findings may be attributable to cytotoxicity.  In the positive studies, DNA damage is usually only seen at high, toxic concentrations in vitro (e.g. in the 1–10 mM concentration range) or in vivo where tissue damage might be induced, which suggests that cytotoxic effects rather than DNA interaction may be responsible for the DNA damage. (Kier 2013)

In addition to the in-vitro tests summarized above, there are three studies in humans exposed to glyphosate reporting genotoxicity data.

Paz-y-Miño 2007 examined a small number of primarily female subjects (24 total, 23 of whom were female) exposed to aerial spraying of a glyphosate based herbicide compared with 21 unexposed controls evaluated using the Comet assay 2 weeks to 3 months following exposure.  The authors do not explain the gender imbalance and do not provide information about sample handling and processing (pertinent to pre-analytical variability).  The results showed a higher degree of DNA strand breaks in the exposed group.  However, individuals among the exposed group manifested clinical symptoms of toxicity after several exposures to aerial spraying which may indicate general cytotoxic effects that can confound the results of the Comet assay.  Moreover, a

follow-up study by the same investigators found "no chromosomal alterations in the analyzed individuals," indicating the absence of a genotoxic effect associated with aerial spraying of glyphosate based herbicide.  Paz-y-Mino 2011

Bolognesi 2009 investigated 274 subjects in five regions of Colombia where there were different exposures to glyphosate and other pesticides.  Blood samples were taken prior to spraying, 5 days and 4 months after spraying and the frequency of micronuclei (MN) as an indicator of genotoxic stress in peripheral lymphocytes was evaluated.  Although some of the data suggest an increase in MN in the immediate post-spray time point, the increase was not consistent with the rates of application used in the regions and there was no association between self-reported direct contact with eradication sprays and frequency of MN.  In other words, there was no dose-response relation.  Also, the baseline MN varied considerably among the five regions, suggesting unknown confounders in the analysis.  The study findings do not demonstrate genotoxicity.  In fact, the study concluded:  "The smaller number of subjects recruited in this study and small amount of information about the exposure precluded any conclusion."

In sum, the weight of genotoxicity study evidence does not indicate that glyphosate induces gene mutation or chromosomal damage.  There is currently no evidence that glyphosate would directly interact with DNA.  The positive findings reported on some chromosomal assays appear to be secondary to cytotoxic effects.  The absence of genotoxic findings on the regulatory in-vitro mammalian cell gene mutation studies and on the bacterial reversion assay studies is further evidence that glyphosate does not present a genotoxic risk.















I reserve the right to add/amend opinions if new information or records become available, and to respond to plaintiffs' experts, and to use graphics and demonstratives to explain and illustrate material discussed in the report.

Dated:  November 26, 2018

Christian Steidl, M.D.