# EXHIBIT 20

**In re: Roundup Products Liability Litigation, Case No. 16-MD-02741: Defendant Monsanto Company's November 9, 2018 Response to Plaintiffs' Request for Formulation Information for Group One Plaintiffs**

| BRAND NAME | EPA REGISTRATION NUMBER AND REGISTRATION DATE | FORMULATION INFORMATION RECORDS* |
|---|---|---|
| Roundup® Concentrate Weed & Grass Killer | 71995-06 (1/18/1995) | InformationCSF_71995-6_1995.pdf<br><br>ManSpec_71995-6_RuConcWGK_MON78752.pdf<br><br>EPA-AcceptCSF_71995-6_AltC_2009-Sep-1_MON79853.pdf |
| Roundup® Ready-To-Use Weed & Grass Killer | 71995-08 (7/13/1992) | ManSpec_71995-8_RuRTU-WGK_2001_MON78713.pdf<br><br>EPA-AcceptCSF_71995-8_1993-Sep-30.pdf<br><br>EPA-AcceptCSF_71995-8_1997-Dec-15_AltJ.pdf |
| Roundup® Ready-To-Use Weed & Grass Killer 1 | 71995-12 (8/16/1995) | InformationCSF_71995-12_1995.pdf |
| Roundup® Ready-To-Use Weed & Grass Killer 2 | 71995-13 (11/6/1995) | Information_71995-13_ApplicationRegistration_1995_Sep_7.pdf |
| Roundup® Weed & Grass Killer 1 Concentrate | 71995-17 (10/17/1996) | EPA-AcceptCSF_71995-17_1999-Jun-17_AddAltE.pdf |
| Roundup® Weed & Grass Killer 1 Super Concentrate | 71995-18 (10/17/1996) | ManSpec_RuWGK-1-SupConc_2000_MON77360_.pdf<br><br>EPA_AceeptCSF_71995-18_1996-Oct-17_239-2654_AltA-B-C_.pdf |

*All of the referenced file names in the third column are being produced to plaintiffs' discovery vendor on this date, in one volume (MONGLYVOL098). The listed file names correspond with the file names in the production volume.

| BRAND NAME | EPA REGISTRATION NUMBER AND REGISTRATION DATE | FORMULATION INFORMATION RECORDS* |
|---|---|---|
| Roundup® Weed & Grass Killer 1 Ready-To-Use | 71995-23 (5/20/1998) | EPA-AcceptCSF_71995-23_2003-Sep-17_RevAltD-G.pdf <br><br> EPA-AcceptCSF_71995-23_2000-Jun-28_AddAltF.pdf |
| Roundup® Weed & Grass Killer Super Concentrate | 71995-25 (12/3/2009) | EPA-AcceptCSF_71995-25_2009-Jum-17.pdf <br><br> EPA-AcceptCSF_71995-25_1999-Dec-3.pdf <br><br> SubmissionCSF_71995-25_2009-Mar-6_AltC.pdf <br><br> ManSpec_RuW&GK-SuperConc_71995-25_2001_MON78754.pdf <br><br> EPA-NOTIF_CorrectCSF_71995-25_2010-May-6_AltC_MON76143.pdf <br><br> EPA-AcceptCSF_71995-25_2008-Oct-9.pdf <br><br> EPA-AcceptCSF_71995-25_2000-Aug-31.pdf |
| Roundup® Weed & Grass Killer Concentrate | 71995-26 (2/9/2000) | SUBMIT_revised CSF_Alt-A_B.pdf <br><br> ManSpec_71995-26_2008_MON-78796.pdf <br><br> 71995-26 CSF |

2

| BRAND NAME | EPA REGISTRATION NUMBER AND REGISTRATION DATE | FORMULATION INFORMATION RECORDS* |
|---|---|---|
| Roundup® Weed & Grass Killer Concentrate Plus | 71995-29 (10/31/2000) | CSF_Alt-C.pdf <br><br> ManSpec_RuW&GK-ConcPlus_71995-29_2015_MON76990.pdf <br><br> ManSpec_RuW&GK-ConcPlus_71995-29_2002_MON78307.pdf <br><br> CSF_MinorAmendment71995-29AlternateD06-26-2015.pdf <br><br> ManSpec_RuW&GK-ConcPlus_71995-29_2009_MON76118.pdf <br><br> EPA-AcceptCSF_71995-29_2008-Oct-27_AltC.pdf <br><br> EPA-AcceptCSF_71995-29_2001-Oct-31.pdf <br><br> EPA-Accept_71995-29_2008-Oct-27_Alt-C_withStateInfo.pdf <br><br> EPA-AcceptCSF_71995-29_2010-Aug-30_AltC.pdf <br><br> 71995-29 CFS |
| Roundup® Weed & Grass Killer Ready-To-Use | 71995-32 (9/9/2002) | ManSpec_71995-32_2003-Jul-22_MON78998.pdf <br><br> EPA-AcceptCSF_71995-32_2005-Jun-6_RevBasic-A-B-C-D_withSubmission.pdf <br><br> EPA-AcceptCSF_71995-32_2004-Feb-19__Add_AltC-AltD_withSubmission.pdf |

| BRAND NAME | EPA REGISTRATION NUMBER AND REGISTRATION DATE | FORMULATION INFORMATION RECORDS* |
|---|---|---|
| | | ManSpec_71995-32_2003-Sep-11_MON79184.pdf<br><br>ApplicationRegistration_71995-32_.pdf<br><br>EPA-AcceptCSF_71995-32_2003-Sept-17_ReviseBasic-A-B_withSubmission.pdf<br><br>71995-32 CSFS |
| Roundup® Weed & Grass Weed & Grass Killer III | 71995-33<br>(9/9/2002) | EPA-AcceptCSF_71995-33_2004-Feb-25.pdf<br><br>ManSpec_RuRTU-W&GK_71995-33_2018_MON76155.pdf<br><br>CSF_71995-33_.pdf<br><br>71995-33 CSFS |

4