# EXHIBIT 25

**Gebeyehou v. Monsanto**

**Expert Report of Lawrence R. Zukerberg, MD**

I am submitting this report in connection with claims brought by Mr. Sioum Gebeyehou regarding non-Hodgkin lymphoma.

I am Associate Professor of Pathology at Harvard Medical School and Associate Pathologist at Massachusetts General Hospital.  I am responsible for the pathology on approximately 4,000-5,000 patients per year; approximately half are hematopathology, which includes leukemia and lymphoma.  With respect to lymphoma patients, I make the diagnosis, classify the type and subtype of lymphoma, assess prognosis, and assist in planning therapy.  I have had a longstanding interest in lymphoma and been involved in numerous lymphoma studies.  I also attend lymphoma and leukemia tumor boards, which meet once a week to discuss interesting or problematic cases as part of a multi-disciplinary team.

I earned my bachelor's degree from Princeton University and my M.D. from the Rutgers School of Medicine.  I completed medical residency at the Massachusetts General Hospital and surgical pathology, hematopathology, and research fellowships at the University of Michigan Hospitals and Massachusetts General Hospital.  I am board certified in both Anatomic and Clinical Pathology.  I am a member of the United States and Canadian Academy of Pathology and Society of Hematopathology.  I am on the editorial board of the Journal of Hematopathology and the Journal of Experimental and Clinical Pathology.  My professional qualifications are more fully set forth in my curriculum vitae which is attached as Ex. A.

All of the opinions set forth in this report are held to a reasonable degree of medical certainty based on my education, training, experience, my review of the pathology and medical records, and my review of the relevant scientific and medical literature.  In preparing this report I have considered the materials listed on Ex. B, as well standard medical textbooks and references regarding pathology, hematopathology, and lymphoma, and my extensive medical and academic experience with these subjects.  My fees for work in this matter and a list of my prior testimony is set forth in Exhibit C. I reviewed medical records for Mr. Gebeyehou that are listed on Exhibit D.

Lymphoma and the pathology of lymphomas are well described in standard medical textbooks including Robbins and Cotran Pathologic Basis of Disease, Harrison's Principles of Internal Medicine, and Hematopathology.  A particularly important reference is the WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues, Fourth Edition.  These references provide some background for my opinion in this matter.

The following is a very abbreviated background for context.  Lymphocytes are an integral part of the immune response and divided into two major types:  B-cells and T-cells.  Non-Hodgkin lymphoma (NHL) is a neoplasm of mature B-and T-cells.  NHL is very common in the world and US comprising approximately 4% of all new cancer cases each year and a subtype known as diffuse large B-cell is the most common type of NHL, accounting for about 30-40% of NHL

cases.  Diagnostic criteria are described in the WHO classification.  Although certain risk factors for NHL have been identified, with rare exception, such as radiation exposure or certain types of infection or immunosuppression, the cause of a particular patient's NHL is unknown.  There is no accepted, validated scientific test or protocol for determining what caused or contributed to a patient's NHL.  A number of germline mutations predispose a patient to lymphoma (1).

Mr. Gebeyehou, born on ███████████████.  Symptoms leading to a diagnosis of diffuse large B-cell lymphoma (DLBCL), a subtype of NHL, began in late 2013, when he was 74 and included chronic sinusitis and paresthesias of the lower jaw.   MRI demonstrated retromaxillary soft tissue mass.



Mr. Gebeyehou's pertinent medical history, including a timeline of his diagnosis and treatment, is summarized below.



On 1/24/14 an MRI noted there is an infiltrative enhancing soft tissue mass centered in the left

2



On 6/12/15 an MRI showed stable to slightly decreased enhancing soft tissue centered in the left



I have reviewed Mr. Gebeyehou's biopsies, including the slides reviewed by Dr. Weisenberger, plantiff's expert (OAKS14 – 2493 D1-36 02/04/2014 & FLO14-670).   In addition, I reviewed slides OAKS14-2493 D1-37 and E1-2. The slides show infiltration of the sinus tissue by large lymphoid cells with pale cytoplasm and round, irregular, and lobated nuclei with numerous admixed small lymphocytes.  Report indicates the atypical cells stained positive for CD20, CD79a, CD10, BCL6 (subset), and CD30 and were negative for CD5 and MUM1.  Numerous admixed CD3 and CD5 T-cells were present with greater number of CD4 than CD8 T-cells.  Ki67 was 80%.  BCL2, BCL6, and MYC rearrangements were not detected by FISH.

My findings and conclusions are as follows:

It is my opinion that Mr. Gebeyehou had diffuse large B-cell lymphoma (DLBCL) of germinal center phenotype with a relatively good prognosis when treated with standard chemotherapy. There is nothing in the morphology, the immunological characteristics, or the genomic analysis of Mr. Gebeyehou's lymphoma that implicates Roundup as causing or contributing to the cancer, nor is there is anything in his pathology, medical history, or clinical course that points to Roundup as the etiology.  This is supported by a large prospective cohort agricultural health study, published in 2018 that found no association between glyphosphate use and DLBCL (1). This study controlled for co-exposures and other potential cofounders, investigated NHL subtypes that may have different etiologies (including DLBCL, the type of disease Mr. Gebeyehou had), investigated potential dose-responsive relationship, and eliminated the possibility of recall bias because pesticide use was ascertained prior to cancer diagnosis.



Most cases of DLBCL in elderly patients are considered idiopathic as the causative etiology is

Reports of Drs. Nabhan, Shustov, and Weisenberger ignore or dismiss important factors that predisposed Mr. Gebeyehou to lymphoma and instead focus on his use of Roundup once every three weeks to bolster Mr. Gebeyehou's case.  Genetics is the single most important factor in health and disease determination.  This is recognized to a greater amount all the time and reflected in guidelines by national health agencies.  Many of the recommended screening programs, risk analysis, and treatment paradigms for cancer, heart disease, inflammatory conditions, etc.  rely on family history.

I reserve right to supplement or revise the foregoing if new information or records become available, and to respond to plaintiffs' experts, and to use graphics and demonstratives to explain and illustrate the opinions and bases for opinions discussed in my report.

Dated: 11/28, 2018

_____
Lawrence R. Zukerberg, M.D.

1. Andreotti G, Koutros S, Hofmann JN et al.  Glyphosphate use and cancer incidence in the agricultural health study. J Natl Cancer Inst 2018;110:509-516.

2. Wang F, Xu R, Han B et al.  High incidence of Hepatitis B-virus infection in B-cell subtype non-Hodgkin lymphoma compared with other cancers. Cancer 2007;109:1360-1364.

3. Marucci F, Spada E, Mele A et al.  The association of hepatitis B virus infection with B-cell non-Hodgkin lymphoma – a review.  Am J Blood Res 2012;2:18-28.

4. Wang Y, Wang H, Pan S et al.  Capable infection of hepatitis B virus in diffuse large B-cell lymphoma.  Journal of Cancer 2018;9:1575-1581.

5. Leeksma OC, de Miranda NK, Veelken H.  Germline mutations predisposing to diffuse large B-cell lymphoma.  Blood cancer Journal 2017 FEB 7(2):e532.