# EXHIBIT 31

**Monsanto Litigation Cases**


**Glyphosate Uses and its Contributions to Agriculture, Environment, Natural Resources and Protection of Human and Animal Health**


_____

**Expert Report and Witness Statement of Dr. Kassim Al-Khatib**

**Professor of Plant Sciences**

**UNIVERSITY OF CALIFORNIA - DAVIS**


_____

The purpose of this report is to provide a scientific opinion about the use and application of glyphosate and its impact on the economy, food and crop production, environment, natural resources, and protection of human and animal health. I have structured my report to provide necessary background information with respect to weeds and their impact on society, plant biology, herbicides, glyphosate in particular, and herbicide plants interactions.

A copy of my curriculum vitae is attached as **Attachment A**, which includes a list of my major scientific publications.

I am compensated in connection with this matter at my customary rate of $350 per hour. In the last four years I have testified as an expert in the matters listed in **Attachment B**.

<u>**Opinions**</u>

Unless otherwise stated, all of the opinions expressed in this report are to a reasonable degree of scientific certainty.  I reserve the right to supplement or amend this report as additional information comes to my attention or becomes available and to respond to testimony of plaintiffs' experts at deposition and/or trial.

The opinions I plan to offer in this matter will include opinions set forth in this report, opinions that may be elicited from me in discussing or elaborating on those areas and/or responding to the testimony of the plaintiffs' experts, and any opinions formed based upon further literature review.

My opinions are based on my review of the relevant scientific literature; materials specifically related to this case and related proceedings, including certain reports and supporting materials submitted by expert witnesses working on the plaintiff's behalf; deposition testimony; my inspection of the property; and my education, training, research and experience.  A list of materials I have considered in forming my opinions is attached as **Attachment C**.


## I.  INTRODUCTION AND QUALIFICATIONS

I have more than 30 years of experience in herbicide physiology, weed management, herbicide plant interactions, and herbicide drift damage. I obtained my Ph.D. degree in crop physiology from Kansas State University in 1984. My Ph.D. thesis dealt with plant response to environmental conditions, herbicides, and plant hormones. Throughout my career, I have worked on different aspects of plant responses to herbicides, hormones, and pesticides. I have conducted research dealing with the effect of temperature, relative humidity, and soil moisture on the efficacy, absorption, translocation, and metabolism of herbicides, including glyphosate in different plant species. I have conducted basic and applied research to understand the molecular

bases for herbicide actions and herbicide effect on non-target plants. My research on off-target herbicide movement is internationally recognized. I have also published extensively on herbicide injury and damage.

I have held several academic positions in research and teaching at Washington State University and Kansas State University before joining the University of California, Davis. I am currently the Endowed Professor of Weed Science, the Director of the Weed Research and Information Center, and the Co-Director of the Western Region Integrated Pest Management Center. I am the outgoing Director of the Statewide Integrated Pest Management program at the University of California.

During my research career, I have been the principal or co-principal investigator on grants and gifts totaling more than 19 million dollars. I am the author or co-author of more than 100 refereed journal articles and seven book chapters. In addition, I have published more than 40 extension bulletins and more than 300 publications. I have also developed a website on symptoms of herbicide injury and the process for investigating herbicide injury that is widely viewed around the world (http://herbicidesymptoms.ipm.ucanr.edu/). I have taught five graduate- and one undergraduate-level courses and developed a strong graduate training program. Throughout my career, I have supervised and trained 40 Masters students, 14 Ph.D. students, and 9 postdoctoral Research Associates.

The awards I have received over the years include: University of California Endowed Professor Award, Fulbright Scholar Award, Fellow of American Society of Agronomy, Fellow of Weed Science Society of America, Fellow of Western Society of Weed Science, Fellow of North Central Weed Science Society, Western Society of Weed Science Outstanding Scientist Award, North Central Weed Science Society Distinguished Research Achievement Award, California Weed Science Society Achievement Award, and Washington State Weed Science Association Achievement Award.

From 2009 to 2015, I served as the Director of the statewide Integrated Pest Management Program at the University of California. In this capacity I coordinated statewide efforts to reduce the risk of pests and pest management strategies in agricultural, urban, and natural resource settings. In the context of urban settings, the program involved drafting training materials for the proper and safe use of pesticides in hospitals, schools, public housing, parks, homes, and restaurants. I was personally involved in drafting education materials, identifying expected knowledge, and drafting test examination questions for purposes of achieving pesticide certifications.

## II. IMPACT OF WEEDS

Weeds are defined as any plant or vegetation interfering with the objectives, requirements, and health of people. Weeds are resilient plants that not only thrive under good growth conditions, but also are very productive under suboptimum and stressful conditions. They can reproduce by seeds, roots, rhizomes, tuber, and stem cut (Zimdahl 2004). Weed plants have the ability to produce large numbers of seeds that help to spread and establish weeds rapidly. For example, a single Palmer amaranth plant (common weeds in the United States) can produce up to 900,000 seeds per plant (USDA 2017). Weeds also produce seeds that have long dormancy periods and that can stay viable in the soil for many years. For example, seeds of common cocklebur and velvetleaf, which are common weeds across the United States, can stay viable in the soil for more than 38 and 56 years, respectively (Davis et al. 2005). Furthermore, weed seeds may have some modifications that help seeds to be carried and moved by wind, water, animals, humans and machinery. Weeds also have the ability to survive and reproduce under drought and extreme temperature conditions, whereas cultivated plants cannot withstand these conditions (Davis et al. 2005). In addition, weeds can grow in poor soil conditions, such as soil with insufficient nutrients, compacted soil, high salinity soil, and soil with nutrient toxicity. Furthermore, weeds can survive many of the plant diseases and insects that usually destroy cultivated crops. All of the above factors make weeds very competitive plants.

Weeds affect many aspects of our daily lives, from the quantity and quality of the food we enjoy, to the medicine we consume, the allergies we encounter, the appearance of our lawns and flower gardens, the frequency of fires in some parts of the country, the diversity of species in natural ecosystems, the value of the recreational areas, and even the state of our health. Weeds cause more than $40 billion in annual global losses due to degraded agricultural and forest productivity, reduced access to land and water, impaired aesthetics, and disruption of human activities and well-being (WSSA 2017).

To elaborate on the impact of weeds, the section below highlights, in some detail, how weeds can affect our food, health, environment, and natural resources.

a.   Weeds and Our Food

A common thread that unites humanity is that we all need food to survive; however, a major concern for all of us is that the power of population growth is greater than the earth's ability to produce food.  While we are currently able to manage food supply, food demand projections depict the challenges facing world agriculture and humanity.  The world population is expected to grow by over one third, or 2.3 billion people, by 2050, resulting in greater demand for food and feed. Population growth projection models show that feeding a world population of 9.1 billion people in 2050 will require raising overall food production by 70% (Alexandratos and Bruinsma 2012). The threat for our food supplies is further intensified by a reduction of the land area available for agriculture production. The current trend is that agricultural land is

increasingly converted for other purposes including urbanization, bioenergy crops, industrial crops, biodiversity protection, or loss to soil degradation (Godfray et al 2010). In addition, water may pose a serious limitation to future global supplies of food crops, including meat production and other products (Munir and Qureshi, 2010, Lotze-Campen et al 2008). It is also important to recognize that our current and future whole food systems' stability may be at risk under climate and policy changes because of short-term variability in food supply (Wheeler and von Braun 2013). It is likely that climate and policy changes will exacerbate food insecurity in areas currently vulnerable to hunger and undernutrition.  Our need for food, and the complex challenges facing food supply, makes it necessary to produce more food from same amount of land (Godfray et al 2010). Meeting the increase in food demand can be accomplished if we continue to use and maintain our current achievements and technology as a guide, but also develop new advancements to improve the food production systems worldwide (FAO 2017).

Increasing food production to meet human and animal demand is a daunting task. Increased population, earnings, and urbanization will all drive the increase in demand for food and will change people's dietary preferences towards more resource-intensive food such as meat and processed food products (FAO 2018). The Food and Agriculture Organization of the United Nation estimated that by 2050, world food output needs to increase significantly. In Africa and South America alone, output needs to double while in the rest of the world output needs to increase by 33% (FAO 2017). To meet the demand for cereal crops (the most common staple food worldwide) alone, we would need to increase cereal crop production by 43% by 2050.

To meet current and future human food demand, increases in both planted area and yield per unit area are likely needed; however, improving yield on existing agricultural land will have a lower environmental impact than transforming new land for agricultural uses. Cultivation of new land requires land clearing and destroying of forestry and natural areas. Bringing new land for agricultural production would also require extensive tillage resulting in significant greenhouse gas emissions and negative impact on soil health, water quality, and biodiversity.  The forward thinking process for our food production should consider resource conservation, reducing soil disturbance by minimizing mechanical tillage, maintaining a protective organic cover on the soil surface, and cultivating a wider range of plant species (FAO 2017).  Improving yield on existing agricultural land will require using productive varieties, maintaining soil healthy and fertility, efficient use of water resources and control of pests, including weeds (Zimdahl 2004).

Agriculture is the principal provider of food for the human population. The current population of the world is very much dependent on modern agricultural techniques and the maintenance of high crop yields. Any impediment on these yields, therefore, has an enormous implication on the ability of a region or country to provide sufficient food for its population. The three major biological barriers to maximizing crop yields are insects, weeds, and plant pathogens (Zimdahl 2004). Weed problems are the largest single limitation on crop yield. Before the development of chemical control for weeds, most of the work on the farm between June and August consisted of hoeing –  a weed control method that is still practiced around the world.

Weed/crop competition is a major factor limiting food production worldwide (Zimdahl 2004). For example, in China 10 million metric tons of rice are estimated to be lost annually due to weed competition, enough rice to feed 56 million people for 1 year (Labrada 2007). Research shows that weeds reduce wheat, potatoes, cotton, rice, soybeans, and corn, which are major staple foods, by 23%, 30%, 36%, 37%, 37%, and 40%, respectively (Oerke 2006). This reduction would be greater in the presence of other abiotic (for example, deficiency of nutrients and environmental stresses) and biotic (such as insects and diseases) stresses (Norris et al. 2004).

In addition to their direct effects on reducing crop yields, some weeds host damaging insects, pathogens and/or nematodes (soil microorganisms that can damage crops) in the absence of the host crop allowing pests to continue their presence in the field. Weeds also can serve as a secondary or intermediate host that harbors the pests only for a short transition period of their life cycles, during which some developmental stage for the pest is completed (Flint 2012). For example, weeds that host plant pathogens include tall morning glory (which host leaf blight), cocklebur (stem rust), barnyard grass (maize dwarf mosaic), goose grass (rice tungro), pigweed (cucumber mosaic), and common lambsquater (tobacco mosaic virus) (Norris et al. 2004). Weeds can also serve as a host for insects such as cutworms, flea beetles, two-spotted mites, and whiteflies. Furthermore, weeds can host nematodes such as sugarbeet and soybean cyst, root-knot, and rice root. Moreover, weeds can harbor wildlife pests that physically cause crop damage or carry infectious diseases that contaminate crops (Norris et al. 2004). The latest example is in California where spinach and lettuce were contaminated with *E. coli* by feral pigs, causing several serious illnesses (Jay et al. 2007).

In addition to negatively impacting yields, weeds may also affect the quality of agricultural products by, for example, reducing protein levels in cereal crops resulting in lower nutritional value and impaired baking quality (Finney et al. 1987). The presence of wild oat or red rice seeds can reduce milling quality of rice and wheat flour and can reduce the brewing quality of beer. Weed seeds intermingling with cereal crops frequently lead to the rejection of grain shipments for export markets. Moreover, weeds can reduce fruit and vegetable marketability by changing aesthetic fruit color, causing fruit malformation, reducing tuber size (potatoes), and causing root crops disorder.

The presence of weeds within forage crops, such as hay, can reduce both the protein concentration and economic return for growers. The negative effects of weeds on pasture and forage crops can also reduce animal quality. Although several weeds have some nutritional value, when compared to pasture grasses and other desirable forages, weeds have low nutritional values, low recovery potential after summer stress, and low productivity. Weeds are strong competitors that can cause pasture renovation to fail and reduce pasture carryover capacity. For example, it has been estimated that leafy spurge (a common weed in the Western and upper Midwestern United States) reduces the livestock carrying capacity of pasture and rangeland by 20% to 50% (Bahgsund and Leistritz 1991).

6

b.   Aquatic Weeds

Weeds have adapted to thrive in diverse habitats. They are most obvious in the terrestrial environment, but also can inhabit many types of aquatic environments. Aquatic weeds are plants that grow partly or wholly in water. They may grow entirely submersed, float on the water surface, or be anchored to the hydrosoil with their leaves on or above the water surface. They may be single-celled algae, nonvascular macroalgae, pteridophytes, herbaceous vascular plants, or brush-tree species growing on canal banks or in wetland areas.

Aquatic plants play an important role in aquatic systems because they provide food and habitats to fish, wildlife, and aquatic organisms. Aquatic plants also stabilize sediments, improve water clarity, and add diversity to shallow areas of lakes.  Unfortunately, non-native invasive weeds that are introduced to new habitats often become a nuisance by hindering human uses of water and threatening the structure and function of diverse native aquatic ecosystems. Growth of these invasive weeds often interferes with the use of water and increases the risk of flooding (Al-Khatib and DiTomaso 2012).

Aquatic weeds can have a detrimental effect on a body of water and its inhabitants. Many shallow, nutrient-rich ponds, lakes, and drainage ditches provide ideal conditions for abundant aquatic weed growth. Aquatic weeds are troublesome plants that interfere with or prohibit recreational activities such as swimming, fishing, and boating; detract from the aesthetic appeal of a body of water; and stunt or interfere with a balanced fish population.

Invasive aquatic weeds reduce native aquatic plant growth and impede human uses of waters by forming dense surface canopies that shade out lower-growing native plants and interfere with water flow, boat traffic, and fishing. Dense surface canopies also radically change the habitat quality for fish. Dense plant beds provide a place for small forage fish to hide and reduce the ability of predatory fish such as bass and northern pike to see their prey. These phenomena tend to lead to a large number of small, stunted fish and poor production of game fish (Kovalenko et al. 2009, Dibble et al. 1996).

Many aquatic weeds complicate water utilization and management. Pervasive water weeds such as hydrilla, water hyacinth, and common coontail can form large mats that interfere with the transport of irrigation water and cooling water for hydroelectric plants (Zimdahl 2004). Such weeds may also interfere with recreational activities such as boating or fishing. Riparian weeds may also be heavy users of water, with a consequent strain on water availability. For example, salt cedar invasions in riparian areas of the southwestern United States are often blamed for depleting freshwater resources needed for irrigation or urban centers (Shafroth et al. 2005).

Aquatic weeds also reduce water quality. The increased biomass and dense canopies generally lead to increased organic sedimentation that changes the ecosystem. The fate of all lakes over geological time is to progress from lakes to wetlands to marshes to upland areas as lakes are filled with sediments due to the accumulation of organic matter (Schiefer et al. 2013, Pieterse

and Murphy 1993). Aquatic weeds are significantly more productive than native species and increase the rate of nutrient loading in the water by utilizing nitrogen and phosphorous from the sediment. Water also becomes stagnant under dense plant canopies and suppresses or prevents oxygen recirculation. In addition, aquatic weeds can result in fish kills due to removal of oxygen from the water. The amount of dissolved oxygen under dense plant canopies may be insufficient to support desirable fish species and may result in fish kills. Furthermore, certain algae can give water a bad taste and odor. Aquatic plants also impede water flow in drainage ditches, irrigation canals, and culverts, causing water to back up.

c. Weeds and Environmental Damage

Some weeds may colonize in a given habitat so successfully that native species may be eliminated altogether, with a subsequent decline in species diversity (Al-Khatib and Di Tomaso 2012, Norris et. 2004, Flint 2012). Such weeds, usually non-native for a given system, have proliferated to such a large extent that they are recognized by a separate classification as invasive or exotic weeds. Their introduction, commonly by human transport, results in widespread economic or environmental damage (Mooney and Hobbs 2000, Al-Khatib and Di Tomaso 2012). An example of the type of environmental damage related to the introduction of these invasive weeds is the alteration of the fire cycle within native plant communities. These cycles are, in turn, accelerated by the introduction of grass species, such as cheat grass, that can produce combustive vegetation with subsequent increases in frequency, spread, and intensity of natural- or human-induced fire (Brooks et al. 2004). The conversion of shrub-dominated steppes of the western United States to cheat grass-dominated landscapes during the twentieth century is a quintessential example of how the introduction of invasive species can significantly alter the plant community composition and environment over a large geographical area.

Cheat grass is not the only species that dramatically affects the landscape (Dukes and Mooney 2004). Millions of acres of production rangelands, forests, and riparian areas have been overrun by weedy invaders, with a subsequent loss of native flora. It has been estimated that more than 200 million acres of natural habitats have already been lost to invasive noxious weeds with an ongoing loss of 3,000 acres per day (Westbrooks 1998). The invasive plant species that are most harmful to native biodiversity and the environment are those that significantly change ecosystem processes to the detriment of native species.

d.  Public and Animal Health

While the interaction of weeds and public health may seem somewhat obscure, weeds can directly affect public health through allergic reactions, skin irritations, mechanical injuries, and toxicology.

Poisonous weeds can contain toxic substances in sufficient concentrations to cause physical injury or death to organisms such as humans, livestock, horses, and fowl that touch or consume these weeds. Poisonous compounds are probably synthesized in certain weeds for self-

preservation and defense. Some of these compounds are extremely poisonous even in very low concentrations. Historically, humans have employed plant poisons to disperse their enemies, criminals, insects, and animal pests. Some tribes still tip their spears, arrows, and darts with extracts of poisonous weeds to tranquilize, paralyze, or kill their prey (Zimdahl 2004).

Several weeds are poisonous to humans. Poisonous plants constitute about 10% of all inquiries to poison control centers (Lampe and McCann 1985) and plants are second only to medicines as a cause of poisoning in children under 5-years old  (Wallace 1984). In 2003, poison control centers across the United States received more than 57,000 calls relating to plant exposure (Watson et al. 2004), of which more than 85% involved children under the age of 6. The species of plants that cause human poisoning vary by geographical locations, but they are always found near homes and schools where they are accessible to children.

Some poisonous plants are mistaken for edible species because of the close resemblance. Deathcames is often mistaken for wild onion or the common camas, which can lead to disasters. Waterhemlock, one of the most deadly and violently toxic weeds, has been mistaken for the edible wild parsnip or celery (Williams 1985). There are over 700 plant species known to induce illness in humans. Some weed species such as poison hemlock, nightshade, or caster bean are so poisonous that even small quantities can be lethal. For example, ricin, the poison found in caster bean, is more toxic than cyanide. The most well known and most universally irritating poisonous plants in the United States are species of *Toxicodendron*:  poison ivy, Rydberg's poison ivy, and poison sumac (Kingsbury 1964, Klingman et al. 1983, Lampe and McCann 1985). At least one of these species is found in all 48 contiguous states. These plants are the greatest single cause of Workers Compensation claims in the United States (Klingman et al. 1983). Weeds can also cause physical injuries, including unwittingly removing a thistle plant by hand or stepping barefoot on puncturevine seeds. These injuries can be painful, although nonfatal experiences. Ingestion of poisonous weeds, however, can result in serious illness or death.

Current estimates suggest that there are approximately 30 million plant-based allergy sufferers in the United States. While many of these people are allergic to the pollen of ornamental trees and grasses, a common weed, ragweed (*Ambrosia spp.*) is the principal source of most plant-based allergies in the fall. A different kind of allergy such as contact dermatitis, or a skin-based allergic reaction is also associated with weeds. Some examples include contact with the milky sap in spurge or giant hogweed or direct contact with stinging nettle and poison ivy plants. It is estimated that over 2 million people in the United States suffer annually from casual contact with poison ivy and poison sumac (Mohan et al. 2006).

Furocoumarins in the leaves of hogweed produce photosensitivity (Williams 1983).  If sap from the leaves comes into contact with the skin and the skin is subsequently exposed to the sun, severe dermatitis occurs. Several serious cases in children have been reported in the Pacific Northwest that resulted from exposure to hogweed sap. Stinging nettle is another weed that can cause skin injury.  Leaves and stems of stinging nettle are covered with long, fine to bristly hairs

that can irritate and blister skin when handled. When human skin comes into contact with a leaf or stem, the plant hairs act like hypodermic needles, injecting histamine and other chemicals that produce a stinging sensation when contacted by humans (Brodal 2010, Schellman and Shrestha 2008).

Apart from ingestion or skin contact, some poisonous plant compounds can be transmitted through animal or insect products. For example, compounds from bracken fern have been shown to produce tumors (Miller 1973, WSSA 2017) and poisoning from honey made from nectar of poisonous plants has been reported (Patwardhan and White 1973). Further, herbal teas prepared from three leaf groundsel weed have caused liver disease and death among children in the southwest U.S. (Huxtable 1989).

Economic loss from poisonous plants (excluding direct effects on humans) is confined mainly to the livestock (DiTomaso and Kyser 2014). In the 17 contiguous western states where animals graze on an open range, it has been estimated that poisonous plants cause 1% and 3.5% of cattle and sheep death, respectively (Nielsen 1978, Nielsen and Ralphs 1988). Death losses are only part of the economic loss attributed to poisonous weeds. Other less obvious direct costs include illness, debilitation, photosensitization, abortions, birth defects, and veterinary fees. Adding to these damages are the costs of fencing, loss of forage production, and supplemental feeding.

Poisonous weeds may cause toxicity and death to horses. For example, common groundsel weed is especially a problem in horse forages and hay (DiTomaso and Kyser 2014). The toxins in common groundsel are four pyrrolizidine alkaloids that cause irreversible liver damage in horses (Wilen 2006). When ingested in large quantities, or even in small amounts over several weeks or months, they become toxic to horses. A lethal amount of common groundsel for horses is 1% to 7% of their body weight. The liver disease is chronic and progressive, resulting in death months later, with few or no symptoms until 2 or 3 days before death.

Weeds may also indirectly alter air quality. Kudzu weed, for example, emits isoprene, a chemical precursor leading to tropospheric ozone formation (Sharkey and Loreto 1993). Weeds can also affect the prevalence of human diseases by providing food sources for disease vectors. Pollen, for example, can serve as a food source for mosquito larvae (Ebiyo et al. 2000), with potential interactions between mosquito populations and weed pollen.

e.      Weeds and Aesthetics

Aquatic weeds do not just interfere with water delivery, but detract from our enjoyment of the pleasures of nature, such as swimming in a clear lake. Avid gardeners spend many hours removing dandelions, chickweed, carpetweed, and wild mustard because they take away from the colorful design the gardener wishes to create. Lawn enthusiasts also spend many hours cultivating a uniform green sod.  Weeds can also reduce property value. Weeds can obscure or limit a driver's view of traffic control devices, approaching vehicles, livestock, pedestrians, and

bicycles causing danger to people and property.  Aesthetic deterioration of the environment is universally recognized, but remains ill-defined.

## III.  WEED MANAGEMENT

Given the damage that weeds inflict upon human activities, weed management remains essential to having a healthy community, environment and sustainable farming system focused on raising abundant and healthy food. Weed management is also necessary for preserving nature and for maintaining a positive economy environment and public health. Weed management can be defined as practices used to restrict the growth and spread of weeds. In general, these practices focus mainly on preventing and controlling weeds, including cultural, mechanical, biological, and chemical methods.

Prevention refers to those actions taken to inhibit the introduction and/or establishment of weed species into new areas such as a cultivated crops, pastures, greenhouses, forests, or water bodies. Examples of preventative weed control include using certified weed free seed, only transporting hay that is weed free, making sure farm equipment or other equipment is cleaned before moving it from one location to another, and screening irrigation water to prevent weed seeds from traveling along irrigation ditches. Once weeds are established in an area, eradication of weeds is extremely difficult because of the high plasticity of weedy plants. Complete eradication is rarely achieved due to the high cost and effort involved, particularly if the species has spread over a wide area. Control is the more achievable outcome once a weed has become established. There are four recognized methods of weed control: cultural, mechanical, biological, and chemical.

### Weed Control Methods

a.   Cultural Practices

Cultural weed control refers to any technique that involves maintaining field conditions where weeds are less likely to become established and/or increase in number. It includes crop management practices ranging from crop variety selection to land preparation to harvest and postharvest processing. Examples of cultural weed control include rotating crops, avoiding overgrazing of pastures or rangeland, using well-adapted competitive crops, maintaining good soil fertility and irrigation, planting cover crops, and implementing field flooding such as in rice (Norris et al. 2003, Zimdahl 2004). Cultural weed control alone, however, cannot provide adequate weed control especially when weeds are well established. Cultural practices need to be a part of an integrated weed management program that involves full integration of cultural practices with mechanical, biological, and chemical methods. Relying on one method for weed control frequently results in weed species shift, resistance to control methods, and/or change in weed growth patterns (Norris et al. 2004).

b. Mechanical Control

Mechanical control is the oldest known method to eliminate weed populations and includes hand-pulling and hoeing. Mechanical control, however, may also refer to mulching, which is the use of nonliving materials to cover the soil, usually as a means to prevent light interception from emergent weed seedling. Mechanical control also includes flaming or burning young succulent weeds, mowing tall weeds, and performing mechanical tillage and cultivation, such as the use of chisel plow, weed knives, disk harrow, robotics, or some other tractor implement that breaks the soil and buries the weed.

Mulching. While mulching is used successfully in orchards and some vegetable crops, it can be used only in small orchards and fields.  In orchards, sometimes mulching can have a detrimental effect on trees. Generally,  trees in orchards are sensitive to deep mulch. When mulch depth is more than 4 inches, it restricts soil oxygen exchange with the roots resulting in roots having a tendency to grow upward into the mulch to gain better access to oxygen. Thus, instead of the roots spreading outward throughout the soil, they will congregate in the mulch. In addition, excessive mulch can lead to the accumulation of moisture in the root zone making roots more susceptible to root rot diseases.

The use of mulch that has not been properly composted or aged can create problems. When fresh grass clippings are used as mulch, they produce heat as they decay which may injure young vegetable plants. Other mulches, particularly fresh sawdust or wood wastes, do not contain adequate nitrogen for micro-organisms to decompose the mulches. Decomposition of these mulches will remove nitrogen from the soil unless additional nitrogen is supplied (Sams 1998). Mulch can also change soil pH (acidity) and influence nutrient availability. Some materials, such as pine needles and oak leaves are more acidic, while grass clippings and hardwood bark are more alkaline.  Mulch also can bring new weed seeds that create new weed problems in orchards and vegetable fields.

Mowing. Mowing is another mechanical control method that does not work very well for grass, short plants, perennial, and creeping weed control. Mowing cannot control short and creeping weeds because the weeds are close to the soil and usually cannot be reached by the mower knives. Grasses are difficult to control with mowing because their growing points are under the soil surface (crown region) and can regrow after mowing.  The difficulty of controlling perennial weeds with mowing is that perennial plants have large reserve carbohydrates in the underground parts that weeds can use to regrow after mowing. Even with large and tall weeds, mowing generally gives poor weed control because some of the vegetative buds are under the cutting point and these buds can sprout again producing new growth.

Timing is critical to the success of mowing. Mowing too early increases light penetration without removing a significant proportion of weed biomass. Mowing too late will not prevent the production of viable seed, resulting in similar or greater weed problems the following year. In general, mowing is seldomly used as a general weed control method. It is always combined with another method to supplement weed control programs (DiTomaso and Kyser 2014).

Fire. Fire is used to control weeds in organic row crops, in orchards, on roadsides, near border areas, near irrigation ditches, on rangelands and on pastures. While fire plays a limited role in managing weeds in production agriculture, it plays an important role in forming and maintaining rangeland. In rangeland, it is common to use prescribed fire; however, it is regulated at different levels in different states. The effects of fire are influenced by its frequency, intensity, seasonal timing, and interactions with other disturbances. The main objective in using fire is to deplete the soil seedbank or destroy a weed's reproductive structure. It is critical to kill plants before their seeds become viable or destroy the seeds before they are dispersed; therefore, timing of fire is critical. The burning method is designed to control invasive species in rangelands and pastures and is generally conducted in late spring or early summer (DiTomasa and Kyser 2014). Unfortunately, this is when the risk of escape fires is greatest. Moreover, air quality problems and liability issues can arise when burning is conducted near populated areas.  Burns are not usually practical or permitted and fuel load may not be sufficient to allow multiple year burning.

In conventional agriculture, flaming, steaming, and burning are conducted with equipment attached to tractors or other vehicles that can be used to flame, heat, or steam weeds in managed crop systems. The control is more effective when crops such as cotton or trees have thick and woody stems and is less effective in herbaceous crops. Flaming has a greater degree of effectiveness for plants between rows or border areas (irrigation canals). Steaming is also used in parks and golf courses for weed control with limited success. Energy cost increases, high liability, and risk of flaming during drought conditions may make the burning method either economically or environmentally prohibitive.  Integration of fire with other methods of weed control is often more appropriate than using burning or flaming alone.

Cultivation and tillage. The two mechanical control techniques most often used are tillage and cultivation. Their uses, however, are limited due to various technical limitations including high risk of crop damage, need for favorable soil conditions (cannot be conducted in wet soils), and possible damage to soil structure (compaction) due to the frequency of farm operations. For these reasons, a number of useful systems for autonomous robotic weed control (Slaughter et al. 2008, Shaner 2014) have been developed in recent years. The adoption of the robotic technologies, however, is limited due to robotics failure to distinguish between weeds and crops.

Cultivation is associated with the risk of damaging the crop because the crop plants are usually small at the time when weeds are most vulnerable to cultivation (Melander et al. 2004, Melander and Rasmussen 2001, Melander and Rasmussen 2000). Research has shown that cultivation can reduce yields of several crops because of root pruning and crop damage. Four to six cultivations in asparagus fields resulted in the loss of 5 to 7 days of spear production (Parker and Boydston 1990). Research also has shown that cultivation reduced potato yield by 3% to 21% for consecutive years due to root pruning (Nelson and Giles 1986). For certain crops, cultivation for weed control can increase plant disease pressure, which reduces yields. For example, a *Pythium* root rot disease was more prevalent in peach orchards where roots were damaged by cultivation. Research demonstrated that a 19% peach tree mortality rate occurred with 4 years of mechanical

13

weed control with disking, while the chemical weed control system resulted in no loss (Taylor 1972). Attempts to avoid the use of cultivation in row crops by using only specific tillage tactics have shown that complete weed control was not possible (Melander and Rasmussen 2000).

c.   Biological Control

Biological control is a strategy to employ a specific organism such as parasites, predators, and pathogens in such a way that when introduced it will provide a measure of weed control. Biological control reduces weed population to economically acceptable levels (not complete control). The concept of biological control has been so widely publicized in recent years that the general public views it as a viable and readily available alternative to pesticides (Norris et al. 2004, Flint 2004). There have been some outstanding successes with this method, particularly in noncrop areas such as rangelands and aquatic sites. Biocontrol agents, however, have not been effective in controlling rapidly developing weeds in annual crops or orchards, where control organisms tend not to build up rapidly early in the season, when competition from weeds causes the greatest yield loss. By their nature, biological control organisms have selective food source preferences and cannot provide the broad spectrum weed control that can be achieved with other methods (Norris et al. 2004). Examples of biological weed control methods include the use of sheep to control weeds in vineyards, cinnabar moth and the tansy flea beetle to control tansy ragwort, the chrysolira beetle to control St. John's Wort, geese in orchards and vineyards, and goats to control brush on rangelands. The use of goats and sheep in vineyards and the use of geese in strawberry fields (Flint 2012, Norris et al. 2003) have limited success because of crop destructions they cause or because the animals become prey for wild predators.

There are a number of cautionary hurdles to overcome if biological control is to be effective. Introduction of biocontrol agents must be specific to the organism to be controlled, and introduction of the organism should not pose an additional threat to the desired plants or environment. Moreover, the biological agent should have similar environmental requirements to the weed it is directed against. To be effective, the control organisms must survive, become well established, and become active in the field when weeds are at vulnerable stages. Overall, to produce an effective biocontrol measure requires money, time, international collaborations, and efforts from government and research communities.

d.   Chemical Control

Chemical weed control refers to any technique that involves the application of a chemical to weeds or soil to control the germination or growth of the weed species. The introduction of chemical weed control has dramatically changed production in many cropping systems, turf grass, pastures, rangelands, forests, aquatic environments, and noncrop land. In addition, the use of chemical weed control provides economic benefits and contributes to human and animal health, environment, and ecosystems.

Chemical weed control has been practiced to some extent since about 1900. The first chemical used for weed control was the inorganic copper salt in the early 1900s (Hamill et al. 2004). The development of 2,4-D and MCPA, which were first commercialized in the late 1940s, revolutionized weed control in cereal crops where these chemicals kill weeds without affecting the crop. Today, we have approximately 300 herbicide active ingredients utilized in different cropping and ecosystems in many countries (HARC 2017).

Chemical weed control is the most utilized weed control practice by far in the United States and in most developed countries.  When used properly, chemicals offer an effective, safe and economic form of weed control. In 2003, more than 220 million acres of land in the United States was chemically treated to control weeds (Gianessi and Sankula 2003).  In the United States, herbicides are routinely used on more than 90% of the area where most crops are grown (Gianessi and Reigner 2007).

Chemical weed control has been widely accepted because it contributes to vegetation management and crop production in many ways. Chemical control provides effective weed control in crops where the uses of other methods are difficult or impossible. In addition, chemical weed control reduces the number of tillage operations as well as the time needed for such operations. Furthermore, chemical weed control permits early planting dates since one or more of the shallow tillage operations needed to reduce weed populations before planting is replaced with chemicals. Moreover, chemical weed control reduces human effort expended in hand weeding. Chemical weed control allows greater flexibility in choosing a management system such as diversifying crops and eliminating periodic ground fallow. Recent advancements in conservation tillage and protection of the environment from wind and soil erosion damage are due to the replacement of tillage with herbicides (Ross and Lembi 2009).

For most crops, historical data indicates an increase in yields due to herbicide use. For example, herbicide use accounted for 20%, 24%, 29%, 34%, 38%, 62%, 160%, and 167% yield increases in corn (Schroder et al. 1984), cucumber (Glaze 1975), potato (Nelson and Gile 1989), sorghum (Burnside and Wicks 1964), dry bean (Comes et al. 1962), soybean (Schroder et al. 1981), rice (Mueller and Oelke 1965), and peach (Daniell and Hardcastle 1972), respectively. In addition, since the introduction of hexazinone in 1970, an effective herbicide in blueberry production in Maine, the yield of blueberries has more than tripled (Yarborough and Ismail 1985). Furthermore, the introduction of three effective herbicides was credited as the most important factor in doubling the cranberry yield from 1960 to 1978 (Dana 1989). Moreover, sugarcane yields increased significantly after the introduction of herbicide in the 1950s (Duffy 1983).

## IV.  HERBICIDES

Herbicides are chemical compounds designed to control selected plant species, usually weeds in crops, orchards, turf, landscape, industrial areas, aquatic settings, forests, rangelands, pastures,

and homes. The active ingredient in an herbicide is ideally formulated to make it effective and easy to use.

In general, herbicides are biologically inactive until they enter plant tissue in sufficient amounts in aqueous form. Most new herbicides are designed to be applied to and enter a plant through its foliage (though some can be applied to soil). Foliar-applied herbicides (including glyphosate) are almost invariably applied to foliage in a spray form and mixed with an adjuvant.

An adjuvant (of which surfactants and crop oils are classes) is a compound added to the spray mixture to improve leaf coverage and absorption. For example, some adjuvants alter the surface tension of the spray droplets to maximize the droplet contact with the leaf (Figure 1). Adjuvants also serve as a humectant which slows down the drying of spray droplets to ensure herbicide absorption. Another effect is to improve permeability through the leaf cuticle. Spray adjuvants generally consist of one or more of an emulsifier (soap), crop oil, and/or fertilizer. The most effective adjuvant will vary with each herbicide and the need for an adjuvant will vary with environment, weeds, and herbicide use.



Figure 1: Foliar herbicide absorption as affected by spray adjuvant.

Herbicides are classified in a number of ways. As noted earlier, herbicides may be applied either to foliage or to soil. Similarly, an herbicide may be selective, meaning it acts only on particular species, or is nonselective, meaning it controls all vegetation. An herbicide may also be categorized as systemic, meaning it moves throughout the plant or as non-systemic, meaning that it kills only the contacted tissue. Another way to classify herbicides is by their mode of action, which refers to the overall manner in which an herbicide affects a plant. These classifications are not mutually exclusive. For example, an herbicide can be both selective and systemic. Rather,

these classifications are simply a tool to understand the effects that a particular herbicide may have on a target plant.

There are two types of herbicide selectivity—true selectivity and placement selectivity. True selectivity results from differences in the absorption, translocation, and/or metabolism of different plants. Placement selectivity describes an herbicide being applied in a way that it does not reach a susceptible plant. For example, where a plant has deep roots, an herbicide placed on top of the soil may never reach the roots. Herbicide could be phytotoxic if it reaches the roots, but the placement prevents contact between the herbicide and the roots. Many of the herbicides that are currently used in orchards, vineyards, and tree nurseries are selective because of where they are placed.

An herbicide's "mode of action" refers to its overall effect on a plant at the tissue or cellular level. For example, an herbicide could inhibit photosynthesis, inhibit cell division, or disrupt plant hormone balance. Herbicides with different chemistries may have the same mode of action and generally produce similar injury symptoms. However, some unique symptoms may develop within the same mode of action based on chemical differences between the herbicides (Al-Khatib 2017; Marple et al. 2007, 2008; Al-Khatib et al. 1997a; Al-Khatib and Parker 1993).

## V.  PLANT SUSCEPTIBILITY TO HERBICIDES

To understand how herbicides affect a plant, it is necessary first to have a basic understanding of plant biology and how a plant interacts with herbicides.

A.  Basic Plant Biology

**Plant Cell**: Plant tissue is formed from cells. The distinctive features of a plant cell include: a cell wall (composed of, among other things, cellulose, pectin, and lignin) that provides structural support and protection and a cell membrane, located inside the cell wall, that regulates what enters and exits the cell.

**Vascular System**: The vascular tissue of a plant moves water, nutrients, sugars, and other molecules (including herbicides) through a plant. The vascular tissue consists of the phloem and the xylem. The phloem moves sugar and other materials to rapidly growing regions like the shoot and root tips, seeds, and fruits. The primary function of the xylem is to transport water and nutrients from the root to the shoot.

**External Structure**: The external structure of a plant consists of the following:

**a.  Leaves**: The shape and structure of leaves vary considerably from species to species, within species, and within the life-cycle of individual plants. The leaf of a plant is covered by a waxy layer called the cuticle (except over the stomata pores which are used for gas exchange; these pores cover less than 0.5% of the leaf surface and are mostly on the lower side of the leaf). The cuticle forms a physical barrier that prevents leaf cells from dehydration or contamination from

17

dirt, micro-organisms, and chemicals (Hull 1970). In general, developed perennial plants have much thicker cuticles compared to developing perennials or herbaceous annual plants. As a general rule, the thicker the cuticle, the greater the resistance to chemical absorption (including herbicides) (Wanamarta 2007; Devine et al. 1993) (Figure 2).



Figure 2. Cross section of plant leaves.

**b. Stem:** The stem is one of the two main structural axes in a vascular plant. Stems support and elevate leaves, flowers and fruits; transport fluids (via the xylem and phloem); store nutrients; and produce new living tissue. In woody plants, the outer tissue of the stem is called "bark". Young trees usually have thin, green bark. Over time, the green bark becomes impregnated with lignin, a process called lignification, which greatly increases the strength and hardness of the bark. Older trees (i.e., more than three years) have thick and lignified bark. Because young trees have thin bark, they can more easily absorb herbicides when the herbicide is sprayed on the bark (Figure 3). In older trees, the thicker bark provides strong resistance to herbicide penetration.

   

Figure 3. Stem bark at different growth ages.

**c.  Roots**: The roots have many functions. In particular, roots anchor the plant and absorb water and minerals. Roots have a primary root, or radicle, which is the first organ to appear when a seed germinates. Grasses have fibrous root systems, characterized by a mass of roots of about equal diameter. In lawn and turf, grasses have a tremendous amount of fibrous roots close to the soil surface to capture and absorb nutrients. These massive root systems may also act as a filter to reduce chemical leaching in the soil. In contrast to grass roots, tree roots grow laterally from the primary root. In general, most of the root system is located within the area directly under the outer circumference of the tree branches, called the drip-line (Hruska et al. 1999; Danjon et al. 1999). Most of the water, nutrient, and chemical absorption occur in roots generally close to the trunk. For that reason, most people apply fertilizers close to the tree trunk/stem to optimize nutrient absorption.

It is important to understand several additional features of the root. The exterior of the root is called the epidermis. Immediately interior to the epidermis lies the root cortex. The innermost layer of the cortex is the endodermis. A waxy material called the Casparian strip surrounds each endodermal cell (Figure 4). This structure acts as a gasket, creating a seal to limit diffusion of water, nutrients, and chemicals into the vascular tissue of the root. The Casparian strip is minimal in very young roots, but grows thicker as a plant ages. Thicker Casparian strips present a major obstacle for herbicide absorption through the roots.

In older roots, epidermal cells also accumulate a material called suberin that thickens the cell wall. This change helps a plant combat soil microbes and retain water. Such thick cell walls make it difficult for chemicals to be absorbed by older roots. This difficulty is compounded by the fact that older roots have a thicker Casparian strip that provides additional resistance to chemical absorption.



Figure 4. Root cross section to illustrate herbicide movement.

19

B. Effect of Soil and Environmental Conditions on Herbicide Activity

It is also important to understand herbicide uptake generally, and how this uptake might be affected by environmental conditions. Of particular importance is the process of herbicide absorption (whereby the active material passes into the plant); translocation (the transfer of an herbicide from cell to cell); and metabolism (a plant's ability to metabolize herbicide within the plant tissues).

Absorption: When herbicides are applied to plant foliage, the herbicide molecules are able to penetrate the cuticle through a process called diffusion where a substance will move from areas of higher concentration to areas of lower concentration. The structure of a leaf (in particular its cuticle) can affect herbicide absorption. The thicker the cuticle, the less herbicide is absorbed into the leaf. Thus, plants with thick and waxy cuticles absorb less herbicide than plants with thinner or less waxy cuticles (Wanamarta 2007; Devine et al. 1993). Seedlings and juvenile perennial plants have thinner cuticles and are therefore more susceptible to herbicide injury. Furthermore, plants grown in hot and dry weather develop a thicker cuticle to avoid dehydration, and are thus more resistant to herbicides (Wanamarta 2007; Devine et al. 1993).

Root Uptake: Herbicides are typically applied in one of three ways. Some herbicides will work only when applied to foliage. Others work only when applied to soil. The third category of herbicides will work when applied either to soil or to foliage. Herbicides that can be applied to both foliage and soil are generally more efficient when applied to foliage because not all of the herbicide applied to the soil will be available for root uptake. A large percentage of soil-applied herbicide will remain in the soil and will be broken down by microbial and chemical activity.

Herbicide Translocation and Metabolism: Plants that rapidly translocate herbicides are generally more susceptible and may show more injury symptoms. Older plants translocate herbicides more slowly than younger plants because they are growing slowly and are less metabolically active (Al-Khatib et. al 1992[a, b, c, d], Devine et. al. 1993). Thus, younger plants are generally more vulnerable than older plants to herbicide damage. Moreover, older plants have more biomass than younger plants. The more biomass a plant has, the more easily it can dilute an herbicide and the more metabolic capacity it has. Therefore, as compared to younger plants, older plants may be less susceptible to herbicide injury.

Different plant species metabolize herbicides at different rates. Some plants may be incapable of metabolizing a particular herbicide yet may metabolize another herbicide within hours or days. The more readily a plant metabolizes an herbicide, the more tolerant that plant will be to that herbicide (Devine 1993, Olsen et al. 2000).

## VI. HERBICIDE TYPES

There are two types of herbicides. First, synthetic herbicides are produced by humans from specific chemical reactions. In many cases, the synthetic herbicides have their origins in natural

products research or are derived from natural products (Cantrell et al. 2012). Properties of synthetic herbicides vary widely in how they kill plants and in environmental persistence. The other herbicide type is organic herbicides that originate from naturally occurring chemicals. Organic herbicides at the present time are limited but can be useful in some situations. Organic herbicides are generally non-selective, contact herbicides and are used postemergence (plant must be actively growing). Common ingredients in organic herbicides are vinegar (acetic acid), d-limonene (citrus oil), eugenol (clove oil, peppermint, pine, and citronella), corn gluten, garlic, and fatty acids. Organic herbicides generally break down rapidly in the environment after application and have no residual activity.

The greatest weed management challenge for organic herbicides is the lack of effective herbicides. Organic herbicides control young weeds by destroying the leaf cuticle and cell membranes causing cell leakage and rapid cell desiccation and death.  Unfortunately, because these herbicides kill only the green plant parts that they contact, they do not provide long-term control of weeds with extensive root systems or underground storage structures such as rhizomes, tubers, or bulbs. Thus, mature perennial weed control generally requires multiple applications of organic herbicides because of the weed's ability to re-sprout from roots after treatment. Furthermore, organic herbicides are weak on grasses because the growing point of grass weeds is under the soil surface. In contrast, some conventional herbicides such as glyphosate or 2,4-D are translocated to roots or underground storage structures to kill larger plants and perennial weeds.

Organic herbicides are best used in conjunction with optimizing cultural practices such as improving soil health, turf/plant nutrition, irrigation, cultivar selection, proper mowing, cultivation, seeding/plant establishment, and over-seeding. They do not work well when conditions favor weeds (compacted soils, overwatering, excessive or ill-timed nitrogen applications).

Many organic herbicides have low toxicity to people and animals. However organic herbicides are not all equally safe. Several can be harmful to people/pets during mixing and application and if there is inhalation, skin or eye contact, or spray mist. For example, herbicidal vinegar contains 10-20% acetic acid concentration as opposed to the 5% concentration of kitchen grade vinegar. Acetic acid concentrations above 5% can cause severe injury to skin and eyes. Some other organic herbicides have unpleasant smells or have allergenic effects. For example, corn gluten meal should not be used by anyone with corn allergies.

## VII.  GLYPHOSATE

Glyphosate is a systemic herbicide that kills annual and perennial weeds. Glyphosate is a relatively nonselective postemergent herbicide that is inactive in the soil because of high soil adsorption. Glyphosate is readily absorbed through plant foliage and translocates in the phloem to the growing points. Glyphosate is used to control weeds in glyphosate resistant crops, burn

down weeds prior to vegetable and field crop planting, and is also used to control weeds in orchards, turf, landscapes, industrial areas, parks, homes, aquatic settings, forests, rangelands, and pastures.

During the period of 1960 to 1972, Monsanto Agricultural Products Company tested over 51,000 compounds. Less than 150 were subjected to an advanced field testing, fewer than 50 advanced to the product development stage and only 3 became commercial herbicide products. One of these was glyphosate, which was the first compound that satisfied the long felt need for a highly effective and commercially accepted systemic nonselective herbicide with low mammalian toxicity and good environmental compatibility (Franz et al. 1997). Glyphosate was first introduced in 1974. Today, glyphosate is the most widely used herbicide and is sold in almost every country.

Glyphosate (N-phosphonomethylglycine) is a simple zwitterionic amino acid molecule (Figure 5). A zwitterion is a molecule with two or more functional groups, of which at least one has a positive and one a negative electrical charge and the net charge of the entire molecule is zero. Glyphosate in an acid form is a white crystalline solid that does not dissolve well in water (solubility in water is 1.2% to 8% at 25 C). However, when it is formulated as a salt, it becomes water soluble.

Herbicide molecules that are weak acids such as glyphosate can be altered to enhance the solubility, handling, and stability of the herbicide. In the case of glyphosate, the acidic carboxyl hydrogen is replaced with desired ions or salts (Shaner 2014). Currently, there are many available commercial formulations of glyphosate in the forms of isopropyl amine, diammonium, monoammonium, potassium, trimethylsulfonium, and sesquisodium (Figure 5). All glyphosate formulations contain a monovalent salt of glyphosate that results in high water solubility (Franz et al 1997). In addition, glyphosate salts perform a variety of important functions including facilitating greater absorption into leaves (Franz et al 1997). However, the salt portion of glyphosate does not have any impact on glyphosate activity in plants since the salt group attached to the glyphosate molecule would dissociate from glyphosate once the formulation entered the plant cells (Devine et al 1993). When comparing different glyphosate formulations, only the acid equivalent of the formulation should be taken into consideration.



Figure 5. Glyphosate and associated salts.

The commercially available glyphosate herbicide is formulated in water-soluble salts that make glyphosate products easy and safe to load in sprayers and mix in water. Because it is a water-soluble formulation, it does not need extensive agitation with water in the sprayer tank.  Before loading and applying glyphosate, it is important to check if the sprayer is working properly and calibrate it to deliver a volume of 10 to 20 gallons of water per acre.  It is important that the glyphosate user estimate the amount of glyphosate needed to cover the sprayed area and mix that amount with proper water volume.

For handhold sprayers in general, to make one gallon of spray solution of glyphosate, you need to mix 30 to 45 grams of glyphosate in one gallon of water. There are different types and sizes of sprayers to apply glyphosate based on the formulation (Figure 6). The capacity of these sprayers range from one gallon to hundreds of gallons depending on the application method and the use. For example, for home uses, a two-gallon sprayer is adequate.

The normal procedure of loading up glyphosate in the sprayer is as simple as filling the sprayer tank with one-half of the water needed, adding the glyphosate, and then adding the remaining amount of  water needed.  For small scale applications, including home uses, a measuring cup is used to load the needed glyphosate volume (Figure 7). The glyphosate formulation is poured into the tank and the tank is then closed by putting the plunger/pump in and tightly screwing it down. Enough sprayer pressure then needs to be built by using the handle on the plunger/pump. In general, the two gallons sprayer has a 24 to 36 inch wand with a nozzle attached to the end that generally produces large size droplets.  For large scale application (agriculture and other uses), a closed system is used to load glyphosate (Figure 7). The closed system transfers liquid glyphosate from the original shipping container to the application equipment without any

23

exposure of the chemicals to humans or the environment. The original shipping container is then rinsed before being disconnected from the system (Figure 7).



Figure 6. Different type of sprayers



Figure 7. Measuring cups and close-system to load glyphosate in sprayer

A.      Glyphosate and Adjuvants

Glyphosate is usually applied with adjuvants to improve efficacy. Various types of adjuvants are premixed with the formulated product or added to the spray tank. These adjuvants enhance herbicide diffusion across the cuticle by penetrating into the plant cuticle and improving herbicide uptake (Devies et al 1993). In addition, water-conditioning agents are another major type of adjuvant that frequently are applied with glyphosate. Because glyphosate can exist as a negatively charged molecule after mixing in water, it can react with positively charged ions (also called cations) in the water. Water containing a high concentration of cations is commonly called hard water. Some common cations in hard water include sodium (Na+), potassium (K+), calcium ($Ca^{2+}$), magnesium ($Mg^{2+}$), and iron ($Fe^{2+}$ or $Fe^{3+}$). Cations with more than one positive charge bind strongly to glyphosate and reduce its ability to be absorbed into plant leaves. (Miller et al 2012).

Water conditioners, such as ammonium sulfate (AMS) or other proprietary adjuvants, help to soften hard water. When AMS is added to water, the compound splits into two ammonium ions ($NH_4^+$) and one sulfate ion ($SO_4^{2-}$). This ionized AMS helps improve glyphosate performance in two ways. First, if glyphosate binds to ammonium, the resultant molecule is much more easily absorbed through the leaf cuticle, through the cell wall, or across the plasma membrane of certain weed species than when glyphosate is bound to other cations. Second, sulfate preferentially binds to calcium, magnesium, and iron cations in the water, thus removing them from the solution and leaving more glyphosate free to move into the weed plant (Miller et al 2012).

B.      Glyphosate's Physiochemical, Physiological, and Environmental Properties

Glyphosate poses very little risk to the environment and natural resources due to its low toxicity and volatility. It generally has low acute oral, dermal, and inhalation toxicities. The LD50 (lethal dose 50) is the dose of a substance required to be lethal to 50% of the organisms in a specific test situation. It is expressed in weight of the chemical (mg) per unit of body weight (kg); the higher the number, the safer the product. The LD50 for glyphosate is over 5000 mg/kg (Shaner 2014). This is 2000 mg/kg higher than the LD50 of common table salt (Sax and Rein 1979). In addition, the commercial formulations of glyphosate have low volatility—that is, they have a low tendency to vaporize—meaning they can be applied to an area with little risk of vapor drift damage to nearby plants. The higher vapor pressure, the more volatility and air pollution will occur. Vapor pressures are $2.45 \times 10^{-8}$, $2.9 \times 10^{-6}$, $1.9 \times 10^{-5}$, $1.92 \times 10^{-2}$, $1.33 \times 10^{-1}$, 3162 Pascal for glyphosate, simazine, 2,4-D, clomazone, dichlobenil, and water, respectively. Water vapor pressure is 1.3 billion times greater than the glyphosate vapor pressure. Thus, glyphosate is significantly less volatile than other common chemicals (Shaner 2014).

The physical and chemical properties of an herbicide can give valuable information about how that herbicide will behave in plants, soil, and the environment. Glyphosate is a simple molecule

and its chemical structure is not shared by any other herbicide.  Although glyphosate's chemical structure is unique, none of its physical properties raise any concerns about its suitability as an environmentally benign herbicide. For example, glyphosate has a water solubility of 15.7 g/L, which is within the range of many other commonly used herbicides for vegetation management. The water solubility of glufosinate, prometon, paraquat, 2,4-D amine, picloram, hexazinone, and imazapyr are 1,370, 720, 620, 729, 200, 33, and 11.3 g/L, respectively (Shaner 2014). The low water solubility of glyphosate is important because low water solubility decreases the movement of an herbicide in soil, preventing it from contaminating ground water.

Additionally, glyphosate has a higher soil-binding potential as compared to several other herbicides commonly used in field and vegetable crops, turfs, orchards, and vegetation management. Soil-binding potential is measured by the Koc, which is the amount of a chemical that is adsorbed in the soil. The higher an herbicide's Koc value, the less mobile it will be in the soil and less likely to leach to ground water. The Koc for glyphosate, glufosinate, 2,4-D, and picloram are 24,000, 100, 20, 16 mL/g, respectively (Shaner 2014). Glyphosate's higher soil binding potential provides another reason that it will not contaminate groundwater. By comparison, other herbicides (such as picloram) which have lower soil binding potentials are more likely to contaminate groundwater. Certain states such as California will not allow picloram to be used for this reason.

The main mechanism of glyphosate's phytotoxicity is the inhibition of 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS), a key enzyme in the shikimate pathway, which is involved in the synthesis of the aromatic amino acids (Figure 8). Amino acids are the building blocks for plant proteins. Several metabolites of the shikimate synthesis pathway are precursors of other molecules that are needed for plant growth and development such as plant hormones, phenolic compounds, vitamins, flavonoids, and coumarines. The shikimate pathway is not found in animal cells, but it is important in the metabolism of plants, fungi, and some bacteria (Dill et al. 2010, Devine 1993). Inhibition of EPSPS leads to deregulation of the shikimate pathway due to increased activity of certain enzymes (Fischer et al. 1986, Pinto et al. 1988). Glyphosate also causes uncontrolled flow of carbon into the shikimate pathway, removing building blocks and secondary metabolites from other metabolic pathways (Killmer et al. 1981).



Figure 8. Shikimate pathway and its relationship with glyphosate and metabolic pathways.

In summary, glyphosate has several unique biological and environmental properties including:

- It is a broad spectrum, nonselective, postemergence herbicide. Nonselective herbicides (as the term indicates) are not selective about which plants they kill. Any green plant that they contact will be injured or killed (Miller et al. 2012).

- Glyphosate is a systemic herbicide that is rapidly translocated from foliage to root, rhizomes, and apical tissue of treated plants, which results in completely killing important perennial weeds such as Johnson grass, field bindweed, quack grass, nutsedge and Bermuda grass. These weeds are difficult to kill with other herbicides. There are more than 29,000 weed species worldwide, and glyphosate is effective on most of them (Randall 2002).

- In contrast to its beneficial activity when used as postemergence herbicide, glyphosate essentially has no preemergence or residual soil activity, even when applied at a high rate. Glyphosate binds to soil particles, is not leached in ground water, and is readily broken down by microorganisms.
- Glyphosate does not penetrate the woody stems of trees and grapevines, is not volatile, and is safe for use in orchards, vineyards, and nurseries when foliage is not contacted. In order to avoid any potential glyphosate contact with green foliage, hooded sprayers were developed and widely adopted in orchards and other settings (Peachey et al. 2012).
- Glyphosate resistant crops with an alternative EPSPS enzyme have been developed that allow the use of glyphosate on these crops with no crop injury (Padgette et al. 1996).
- Glyphosate is used to control invasive weeds that can cause devastating fires, particularly in California and other Western states.
- Glyphosate is virtually nontoxic to birds, fish, insects, and most bacteria. In addition, glyphosate does not accumulate in the tissues of animal or crops.

C.      Glyphosate and Other Non-Selective Herbicides

Because of its beneficial environmental and health properties and high efficacy, the introduction of glyphosate in 1974 was well received. At that time, amitrole and paraquat were the only nonselective herbicides available on the market. Both herbicides present health and environmental concerns.

Below is a comparison between glyphosate and other non-selective herbicides that shows why glyphosate is the preferred herbicide:

Paraquat: it is a contact herbicide that is used to control weeds in agricultural and non-agricultural use sites. It is also used as a defoliant on crops, like cotton, prior to harvest. Paraquat generally controls young broadleaf weeds. However, it is relatively weak on grass. Because paraquat has no systemic activity, it cannot move to plant growing points, particularly to control perennial weeds. There are no homeowner uses and no products registered for application in residential areas. In addition, all paraquat products registered for use in the United States are "Restricted Use Pesticides" (RUPs), which can only be sold to and used by certified applicators. Paraquat is highly toxic to humans (Table 1). One small sip can be fatal and there is no antidote. In addition, illegally transferring paraquat to beverage containers and later mistaking it for a drink has resulted in the accidental ingestion of the pesticide and caused several deaths in the United States, including children. Data also suggest that paraquat is corrosive to the skin and eyes (Shaner 2014). In addition, paraquat has a deleterious effect on pollinators, including bees (Flint 2012). Because of these environmental and health concerns, several countries have banned the use of paraquat.

Paraquat and diquat are known as photosystem I (PSI) Electron Diverters, because they inhibit the PSI electron transport system in the photosynthesis process. These herbicides accept

electrons from PSI and reduce to form an herbicide radical. This radical then reduces other molecules to form extremely reactive and dangerous molecules that readily destroy membrane lipids and other parts of the plant. The disintegrated cell membranes damaged by these herbicides cause the cytoplasm to leak, leading to rapid leaf wilting and desiccation (Devine et al. 1993).

Amitrole is a nonselective, systemic triazole herbicide. It was previously used on non-cropland for control of annual and perennial grasses and broadleaf weeds. It was particularly effective on poison ivy and aquatic weeds in marshes and drainage ditches (Shaner 2014). However, all use of amitrole on food crops was banned by the EPA in 1971, because it was found to cause cancer in experimental animals (U.S. Environmental Protection Agency 1992).

Amitrole is the chemical that gave rise to the Cranberry Crisis of 1959. At the time, amitrole was registered for post-harvest use on cranberries. This practice would leave no detectable levels on berries harvested the following year. However, misuse of this pesticide, either through over application the previous season or through pre-harvest application, led to residues on portions of the cranberry crops of 1957 and 1959. In 1959, just thirteen days before Thanksgiving, the Health, Education and Welfare department announced that the cranberry crop was contaminated with amitrole and more than 1,500 metric tons of cranberries were seized by the Food and Drug Administration and destroyed three days before Thanksgiving (Hayes and Laws 1990).

In spite of the development of several nonselective herbicides since the release of glyphosate in 1974, none of the new herbicides is as effective or safe as glyphosate. These new herbicides include diquat, glufosinate, and pelargonic acid (Table 1). As shown in Table 1, all of these newer herbicides have a lower LD50 than glyphosate other than pelargonic acid, which is accompanied by a strong warning that it is a severe eye irritant. The labels of the 25 mostly widely used pesticides in the United States in 2012 (Table 2) include 6, 6 and 13 labels with Danger, Warning and Caution, respectively (Atwood and Paisley-Jones 2017) indicating that glyphosate is one of the safe pesticides to be used.  Glyphosate has one of the lowest acute toxicity among all pesticides (Table 1).

Table 1. A comparison of postemergence, nonselective herbicides (Shaner 2014).

| Herbicide | Properties | Action | Toxicological properties | LD50* |
|---|---|---|---|---|
| Paraquat | Contact | 3 to 24 hours after application | WARNING: eye & skin irritant | 230 mg/kg |
| Diquat | Contact | 3 to 24 hours after application | WARNING: eye & skin irritant | 50 to 150 mg/kg |
| Pelargonic acid | Contact | 3 to 24 hours after application | WARNING: severe eye irritant | More than 5000 mg/kg |
| Glyphosate | Systemic | 3 to 7 days | CAUTION: may cause mild skin or eye irritation | 5000 mg/kg |
| Glufosinate | Limited | 6 hours to 5 days | WARNING: may cause | 3570 mg/kg |

| | translocation | after application | eye or mild skin irritation | |
|---|---|---|---|---|

Table 2. Most commonly used conventional pesticide active ingredients in the agricultural market sector in 2012, their ranking, and the use statement on the EPA label.

| Active ingredient | Rank | Type | Label Statement |
|---|---|---|---|
| Glyphosate | 1 | Herbicide | Caution |
| Atrazine | 2 | Herbicide | Caution |
| Metolachlor-S | 3 | Herbicide | Caution |
| Dichloropropene | 4 | Fumigant | Warning |
| 2,4-D | 5 | Herbicide | Caution |
| Metam | 6 | Fumigant | Danger |
| Acetochlor | 7 | Herbicide | Warning |
| Metam Potassium | 8 | Fumigant | Danger |
| Chloropicrin | 9 | Fumigant | Danger |
| Chlorothalonil | 10 | Fungicide | Warning |
| Pendimethalin | 11 | Herbicide | Caution |
| Ethephon | 12 | Plant growth regulator | Danger |
| Mancozeb | 13 | Fungicide | Caution |
| Chlorpyrifos | 14 | Insecticide | Warning |
| Metolachlor | 15 | Herbicide | Caution |
| Hydrated Lime | 16 | Fungicide | Caution |
| Propanil | 17 | Herbicide | Caution |
| Dicamba | 18 | Herbicide | Caution |
| Trifluralin | 19 | Herbicide | Caution |
| Decan-1-ol | 20 | Plant growth regulator | Warning |
| Copper Hydroxide | 21 | Fungicide | Caution |
| Acephate | 22 | Insecticide | Caution |
| Paraquat | 23 | Herbicide | Danger |
| Methyl Bromide | 24 | Fumigant | Danger |
| Glufosinate | 25 | Herbicide | Warning |

Having outlined the necessary general information relating to plant biology and herbicides, including glyphosate, I turn now to provide my scientific opinion regarding the use and applications of glyphosate and its impact on the economy, food and crop production, environment, natural resources, and the protection of human and animal health.

## VIII. GLYPHOSATE'S CONTRIBUTIONS TO FOOD AND CROP PRODUCTION, SOIL CONSERVATION AND CLIMATE PROTECTION

1. No-Till Cropping Systems

In conventional tillage cropping systems, farmers rely heavily on tillage to create a warm, dry, and weed-free seedbed. Tillage also loosens the soil structure allowing oxygen and water to reach the area where roots grow. In addition, tillage helps to incorporate residue from previous crops, fertilizers, manures, herbicides, and pesticides into the soil. In conventional tillage systems, soil is plowed to a depth of 8 to 12 inches, and then the field is disked at least twice to prepare the seedbed before planting. Tillage, however, makes the soil susceptible to erosion and contributes to soil compaction, especially when the soil is wet. Tillage also results in the lack of surface cover and insufficient crop residue which has played a significant role in soil degradation, including erosion and reduction of soil health. Research shows that increasing the frequency of tillage can increase the loss of organic matter and nitrogen from soil (Ridley and Hedlin 1968, Ortega et al 2002).

Reducing soil disturbance by tillage in agriculture began in the Great Plains in the 1930s in response to the devastation caused by prolonged drought, known as the "dust bowl" (Derpsch 2004). Initial research on "conservation" or reduced tillage involved chisel or shallow plowing (as opposed to moldboard plowing in conventional tillage) with plant residues retained on the soil surface to alleviate wind and water erosion (Hill and Mannering 1995). The system of shallow plowing became a forerunner of no-tillage farming (Kassam et al., 2009). Initially, the biggest obstacle for the adoption and expansion of no-till was the lack of any nonselective, postemergence herbicide to control weeds. Under a no-till system, a nonselective herbicide, instead of tillage, is critical to control weeds in the off-season to reduce soil moisture and nutrient depletion and to eliminate competition from early season weeds. The feasibility of this system came about with the marketing of paraquat, and then glyphosate, for nonselective weed control (Black and Unger 1987).  Today, in the United States, glyphosate is the preferred choice for nonselective weed control and is used on more than 100 million acres of no-till ground (Lal 2004). The high efficacy, lack of residual soil effect, and low cost of glyphosate contributed significantly to the adoption and expansion of the no-till system.

No-till is a tillage system where no disturbance of the soil occurs prior to planting, except for the injection of liquid manure or anhydrous ammonia. In addition, the entire residue from the previous crop remains on the soil's surface to protect it from erosion. No-till is often used to achieve soil conservation requirements on highly erodible land. The no-till system can reduce soil erosion by 90% compared to conventional tillage (Magleby 2003, Raczkowski et al 2009). Research shows that no-till crop production systems helpsave time and conserve moisture in dryland area agriculture (Derpsch et al 2010). Converting to a less or no-till system by using glyphosate offers significant cost savings on labor, fuel, and other machinery operating costs.

Today, in a no-till system, the common approach is to tank-mix glyphosate with a selective residual herbicide and apply the mixture before or at planting to control existing vegetation and provide residual weed control (Brown et al. 1987; Bruff and Shaw 1992; Stougaard et al. 1984).

No-till systems using glyphosate allow planting crops with less water usage. Because no soil disturbance occurs, soil can maintain higher moisture contents to a depth of 24 inches during most of the growing season (Derpsch et al 2010, Díaz-Zorita et al 2002). The greatest soil moisture differences between conventional tillage and no-till systems occur in the upper 3 inches of soil where no-till soil has higher soil moisture. The decrease in evaporation and the greater ability to store moisture under the no-till system produces a greater water reserve. This can often carry the crop through periods of short-term drought and avoid the development of detrimental moisture stresses in the plant. The more efficient use of soil moisture by no-till is reflected in greater crop yields. Research clearly shows a significant yield increase under no-till systems. The yield increase is associated with increased water soil infiltration and soil moisture (Triplett et al 2008).

2.  Glyphosate as a Burndown Herbicide Treatment for Stale Seedbed Preparation

A stale seedbed weed control is a practice where emerged weeds are killed before crop planting. This practice is effective to reduce weed competition early in the growing season, reduce the weed seed bank, and reduce the number of weed seeds in the soil (Buhler and Master 1991, Mohler and Galford 1997). The majority of weed seeds in any field germinate from 1 to 2 inches of soil depth. For stale seedbed to be an effective weed control practice, weed seedlings must be emerged from the top 1-2 inches of soil at the time of the treatment. The depleted weed seed bank in the germination zone reduces weed pressure in the upcoming growing seasons. Historically, tillage and cultivations were used for stale seedbed weed control. However, soil disturbance and the movement of seeds from deep in the soil profile into the germination zone by tillage and cultivation made this method less effective. Techniques that replace tillage, namely the use of glyphosate, make this method extremely effective.

Herbicide burndown is a common practice prior to planting annual or perennial crops such as corn, soybeans, cotton, wheat, and potatoes. These applications are good practices in conventional till and no-till fields to manage tough-to-control weeds and help to provide a weed-free seedbed prior to crop planting. In the United States, there are more than 150 million acres of farmland where glyphosate is used for burndown treatment (Gianessi and Sankula 2003, Gianessi and Reigner 2007). The success of glyphosate in stale seedbed burndown treatment is due to its broad spectrum weed control, including perennial weeds, lack of soil residual activity, and low cost.

3.   Glyphosate-Resistant Crops

Glyphosate-resistant crops have been genetically modified to enable plants to survive glyphosate treatments. Crops carrying the resistance genes can be treated with glyphosate during the growing season, allowing farmers greater flexibility in the timing of herbicide application. In addition, use of this herbicide in glyphosate-resistant crop systems has given farmers cost-effective broad-spectrum weed control options with the ability to control weeds that developed resistance to other herbicides' modes of action such as photosynthetic-, protox-, acetolactate synthase-, and acetyl COA carboxylase-inhibiting herbicides. Glyphosate has also increased the adoption of reduced or no-tillage cultural practices, resulting in more sustainable production systems. Furthermore, because glyphosate is strongly adsorbed to the soil, the threat of residual effects on succeeding rotational crops is negligible and the possibility of glyphosate leaching in the soil and contaminating ground water is eliminated. After years of using glyphosate, there is no issue of glyphosate ground water contamination unlike with other common herbicides such as atrazine, metolachlor, metribuzin, diuron, alachlor, 2,4-D, trifluralin, picloram, hexazinone, and bromacil (Williams et al. 1988).

The adoption of glyphosate-resistant crops has increased dramatically in the last 15 years. Most of the increase in crop acreages is attributed to glyphosate-resistant soybean, corn, canola, alfalfa, cotton, and sugar beet (Figure 9). The outcomes of this unprecedented adoption of glyphosate-resistant crops have been many, but perhaps most dramatic is the simplification of weed control tactics. Growers can now apply glyphosate at higher rates and at multiple times without concern about crop damage or environmental impacts.

The development and marketing of glyphosate-resistant crops fundamentally changed how crop farmers could apply glyphosate. Before glyphosate-resistant crop technology developed, farmers could spray glyphosate prior to crop emergence for early-season weed control, or after harvest to clean up late-season weeds.  Mechanical innovations enabled some glyphosate use on crops by using shielded sprayers and devices to spread the herbicide onto weeds that are taller than crops (Derting et al. 1987), but these approaches in annual crops were risky, difficult and not fully utilized. The development of glyphosate-resistant crops allows glyphosate to be applied after the crop has emerged, leaving the crop unharmed but controlling all actively growing weeds. This historically significant technological advance set the stage for unprecedented and rapid growth in the area planted to glyphosate-resistant crops. Prior to glyphosate resistant crops, field crops sprayed with glyphosate constituted less than 10 % of cotton, maize, and soybean acres and now constitute 90 % or more (US Department of Agriculture 2017). Today, the use of glyphosate in conjunction with genetically engineered herbicide-tolerant crops accounts for about 56% of global glyphosate use.



Figure 9. Adoption of herbicide genetically engineered crops including herbicide tolerant (HT) and BT crops in the United State from 1996 to 2017.

Several studies have shown that the potential effects of glyphosate on water, air, and soil contamination are minimal compared to those caused by the herbicides that were replaced when glyphosate-resistant crops were adopted (Liphadzi et al 2005). In the U.S., the advent of glyphosate-resistant soybeans resulted in a significant shift to reduced- and no-tillage practices, thereby reducing environmental degradation by agriculture. A survey conducted in southern and midwestern states showed that the adoption of glyphosate-resistant crops resulted in a large increase in the percentage of growers using no-till and reduced-till systems. Tillage intensity declined more in continuous glyphosate-resistant cotton and soybean (45% and 23%, respectively) than in rotations that included no glyphosate-resistant crops (Givens et al 2009).

4.   Orchards and Vineyards

Glyphosate is also an essential part of weed control in the setting of orchards and vineyards. In many vineyards and orchards, growers rely heavily on glyphosate as a main weed control practice.

Weed control is an essential part of any healthy and high-yielding orchard. Weeds compete throughout the lives of tree fruits and vines for water, light and essential nutrients. Weeds can

interfere with the irrigation of trees or vines by blocking the sprinkler pattern, causing uneven or inefficient irrigation, or by plugging the sprinklers. Micro-sprinklers are even more susceptible than other styles of sprinklers because they are often placed low to the ground. In addition, serious weed competition can cause young trees to have stunted growth and reduced fruit size and yield. This can result in significant economic losses. Furthermore, certain insect pests of tree fruit and vines that live in host-plant weeds multiply on the weed plants and migrate up into the trees causing direct damage to the fruit and economic losses. Additionally, tree-damaging rodents like to hide over winter in the habitats created by weed cover. While there, they feed on tree bark and roots, causing damage. Rodent pests (meadow voles, mice, etc.) will be deprived of habitats next to trees if weeds are controlled. Another damaging effect of weeds is when significant weed cover occurs that makes worker and machine access difficult (e.g., dangerous for ladder work). Moreover, weeds such as thistles can impair hand harvest of grapes, blueberries, raspberries, and other crops.

A number of herbicides with soil residual activity are labeled for use in trees and vines. These herbicides prevent annual weeds from emerging or establishing, but most often do not kill weeds that have already emerged at the time of treatment. Combining an herbicide that has soil residual activity with glyphosate can greatly extend the period of weed control and eliminate or greatly reduce the need for multiple applications of glyphosate. Due to the low cost of glyphosate and its effectiveness on many weeds, many growers use it as a main herbicide in their weed control programs (Peachey et al. 2012).

5.  Crop Desiccation and Harvest-Aid

Pre-harvest crop desiccation is the application of an herbicide to a crop shortly before harvest. In cooler environments, when crops are late to mature or when crops are unevenly ripened, desiccation is a critical tool for harvesting crops. Late harvest and uneven crop growth is a problem in northern climates during wet summers or when weed control is poor. Late harvest may result in the rotting of pods or seeds and occasionally leads to the abandonment of the crop. Several advantages of desiccation that have been observed include even ripening, early harvest, weed control being initiated for a future crop, and earlier ripening which allows for earlier replanting and reduces machinery breakdown.

Pre-harvest crop desiccation is a common practice in cotton, seed crops, sunflower, canola, and other annual crops. Herbicides used for crop desiccation include glyphosate, diquat, glufosinate, carfentrazone-ethyl, dimethipin, tribufos, thidiazuron pyraflufen-ethyl, and endothall. Glyphosate as a harvest-aid herbicide is popular because it works very well on small and large plants. Other alternatives rely on contact herbicides that generally do not work well on larger plants.

6.  Weed Control in Vegetables

Glyphosate is an important part of vegetable crop production since weeds are a major problem in producing vegetables. Prevention, cultivation, biological agents, fumigation, crop rotation, and

hand weeding are used to control weeds in vegetable crops. However, herbicides continue to be the most important and effective tool for weed management. Glyphosate is extensively used to control weeds immediately prior to vegetable plantings to eliminate early season weed competition. It is also used around vegetable fields to control weeds that may serve as secondary hosts for damaging arthropods such as Lygus (Flint 2014, Norris et al 2004).

While glyphosate is used in turf, landscapes, industrial areas, parks, homes, aquatic settings, forests, and for maintaining water resources, a critically important use is for our food production systems and to preserve the environment. It is used to control weeds in glyphosate resistant crops, burn down weeds prior to vegetable and field crop planting, control weeds in orchards, rangelands, and pastures and improve the quality of food products. It is also essential to protect human and animals from poisonous weeds. In addition, glyphosate is an important herbicide to control invasive weeds that effect our environment and natural resources.

## GLYPHOSATE'S CONTRIBUTIONS TO ENVIRONMENTAL AND PUBLIC SAFETY

1. Industrial Use

Non-selective weed control in non-crop areas — often referred to as 'industrial weed control', 'bare ground', or 'total vegetation control'— is the practice of maintaining vegetation-free areas during the course of the season. Examples of sites where this is practiced are railroad ballasts, highway shoulders and guiderails, fence lines, electrical substations and gridlines, refineries, storage tank areas, pipelines, parking lots, phone and electrical tower bases, lumber yards, gas stations, airport runways, and around signposts. The reasons to control vegetation are many and varied. Examples are the reduction of fire hazards, improved access and visibility, reduction of vermin habitat and cover, ease of maintenance, improved surface drainage, and aesthetics.

Industrial weed control is most often accomplished with herbicides. The ideal industrial weed control program is when a herbicide treatment is potent enough to prevent the growth of vegetation for the entire growing season, yet can limit the activity of these treatments to very specific areas without affecting nearby non-targets.

For industrial use, the preferred herbicide program includes soil residual herbicides. However, several residual herbicides do not have activity on established weeds (Table 2). Under these circumstances, the inclusion of an herbicide with foliar activity is a must. Glyphosate, with its effective broad spectrum postemergence weed control and favorable environmental properties, is a great fit and is widely used as a tank-mix partner with residual herbicides for total vegetation management.

Table 2. Herbicide programs that are used in industrial setting.

| Herbicide Type | Active Ingredient | Comments |
|---|---|---|
|  |  |  |

| BSR | Bromacil | Use caution near desirable trees, mix with a foliar herbicide such as glyphosate |
|---|---|---|
| BSR | Hexazinone | Will burn down existing vegetation when applied early postemergence |
| BSR | Imazapyr | Broad spectrum weed control but weak on several species |
| BSR | Prometon | Do not apply near roots of desirable species. It can kill desired nearby trees |
| BSR | sulfometuron methyl | For postemergence applications where quick burndown is desired, mix with a foliar herbicide such as glyphosate |
| BSR | Tebuthiuron | Use with extreme caution around desirable trees and shrubs |
| PRE | diuron | Will provide burndown when applied early postemergence |
| PRE | Isoxaben | Effective primarily on broadleaf weeds, mix with glyphosate |
| PRE | Norflurazon | Will not control established vegetation, mix with glyphosate |
| PRE | Oryzalin | Will not control established vegetation, mix with glyphosate |
| PRE | Pendimethalin | Will not control established vegetation, mix with glyphosate |
| PRE | Prodiamine | Will not control established vegetation, mix with glyphosate |
| POST | Diquat dibromide | Provide burndown in 2 to 3 days. No residual activity. Well established vegetation will regrow |
| POST | Glufosinate | Limited translocation. Effective on annuals, some perennials. Not effective of large weeds |
| POST | Glyphosate | Systemic. No soil residual. Active on all weeds |
| POST | Metsulfuron | Primarily broadleaf activity, mix with a foliar herbicide such as glyphosate |
| POST | Pelargonic acid | Symptoms develop rapidly. Apply in at least 100 gal/acre. No residual activity. Well established vegetation will regrow |

Herbicide types: BSR – broad spectrum residual, PRE – preemergence, POST – postemergence,

2.  Aquatic Weed Control

Aquatic herbicides are effective and commonly used as a means for controlling aquatic vegetation. Aquatic herbicides are sprayed directly onto floating or emergent aquatic plants or are applied to the water in either a liquid or pellet form. Seven aquatic herbicides and two algaecides are used as aquatic plant treatments in lakes, rivers, and streams.

Glyphosate is a broad spectrum herbicide used to control floating-leaved plants like water lilies and shoreline plants like purple loosestrife. Glyphosate does not work on underwater plants such as Eurasian watermilfoil. Using glyphosate to control aquatic weeds is both effective and safe. In addition, there are no restrictions on the use of glyphosate in aquatic settings.

Other alternatives include fluridone, 2,4-D, endothall, diquat, triclopyr-TEA, and imazapyr. Each of them has shortcomings. While glyphosate uses in aquatic settings is safe, some of the other aquatic herbicides have swimming, drinking, fishing, irrigation, and water use restrictions. In

addition, some aquatic herbicide use may have unwanted impacts on people who use the water. and may have negative impacts on the environment. Additionally, rapid-acting herbicides like endothall and diquat may cause low oxygen conditions to develop as plants decompose (which in turn can cause fish kills). Off-target movement of some of the registered aquatic herbicides may cause serious problems to nearby sensitive crops.

3.  Climate Protection

While no-till farming is highly beneficial to soil health, reduces wind and water erosion, minimizes soil dust storms, conserves water, and reduces production costs, its potential for sequestering soil organic carbon can also significantly reduce global warming in all environments (Angers et al., 1997, Puget and Lal 2005). Angers and Eriksen-Hamel (2008) evaluated 23 different studies from Europe, North and South America, with wheat, barley, corn, soybean, sunflower and legume crops to determine how the soil organic carbon (SOC) changes from conventional tillage to no-till soil management practices and to estimate the potential of $CO_2$ reduction for climate change mitigation. All studies were at least 5-year experiments with the same soil type, crop, fertilizer and residue management for both tillage treatments. Results showed a significantly higher soil organic carbon concentration for a no-till system in the top 4 inches of the soil layer. Several other studies showed that in the long term, no-till systems could significantly reduce the global warming potential. The $CO_2$ and $CH_4$ emissions are significantly reduced 20 years after adopting  no-till system in dry and humid climates (Six et al. 2004, Bhattacharyya et al. 2004, Angers and Eriksen-Hamel 2008, Hendrix et al. 1997).

Frequent continued tillage practices have caused enormous losses of SOC and N pools as greenhouse gases (e.g., $CO_2$, $CH_4$, and $N_2O$) to the atmosphere. It is estimated that as much as 60% of SOC in temperate regions, and 75% in the tropics, has been depleted by conventional tillage, contributing about 23% of the total greenhouse gas concentration in the atmosphere (Inter-governmental Panel on Climate Change, 1996, Lal 2004). It is generally understood that switching from conventional tillage to no-till farming will restore the soil carbon pool that has been lost, thereby offsetting emissions of fossil fuel combustion and alleviating concerns of the projected global climate change (West and Post, 2002).

The adoption of no-till saves 558 million gallons of fuel per year that otherwise would be spent on soil preparation for planting and cultivation for weed control (Gianessi and Sankula 2003). Fuel usage in conventional tillage is approximately 5.3 to 5.5 gallons per acre; fuel consumption in reduced tillage is only 3.2 to 3.3 gallons per acre, whereas fuel usage in "no-tillage" systems is 1.2 to 1.3 gallons per acre. This fuel reduction has positive impact on $CO_2$ emissions. The EPA has estimated that 2.22 lbs of $CO_2$ equivalent are generated by each gallon of diesel fuel. This reduction would mean that gross $CO_2$ emissions from the United States would be 12.4 billion pounds lower due to the use of herbicides like glyphosate instead of burning 558 million gallons of diesel (Gianessi and Sankula 2003). For all the reasons I have explained above, all the

contributions that no-till systems brought to the environment could not be fully achieved without the development of glyphosate.

4.   Invasive Plants

Invasive species are non-native to the ecosystem under consideration and their introduction causes, or is likely to cause, economic decline, environmental damage, or harm to human health. While globalization of the world's economic and social systems benefit from the export of agricultural commodities produced in different countries, globalization also has resulted in the increased introduction of invasive pests. These invasive pests pose serious threats to agriculture, natural resources, and urban communities. The concern about invasive species is unequivocal because of the resulting economic and environmental damage and impact on international trade (Al-Khatib and DiTomaso 2012).

Invasive plants threaten native species and habitats by competing for critical, and often limited, resources like sunlight, water, nutrients, soil and space. They succeed through vigorous growth, prolific reproductive capabilities, and by causing changes that favor their growth and spread. Invasive plant species displace native plant communities, impede forest regeneration and natural succession, change soil chemistry, alter hydrologic conditions, alter fire regimes, cause genetic changes in native plant relatives through hybridization, and some serve as agents for the transmission of harmful plant pathogens (USDA 2017).

The annual cost of losses and environmental damage due to invasive species in the United States has been estimated to be $120 billion (Pimentel et al 2005).  Invasive plants alone cause an estimated $35 billion in losses, damages, or control costs, including $27B for crop weeds, $6B for weeds in pasture, $1.5B for weeds in lawns, gardens, and golf courses, and the remaining for aquatic weeds.  The high cost of invasive species is attributed to the lack of early detection and effective control methods (CISAC. 2017, Cal-IPC. 2017, USDA 2017).

There are more than 600 invasive plant species that are detected and spread in the United States (CISAC. 2017, Cal-IPC. 2017, USDA 2017). Some of these species are serious threats to our agriculture, natural resources and human health, and need to be eradicated or controlled. More than half of these species can be killed with glyphosate which makes this herbicide vital to protect the United States' environment, ecosystems, agriculture, human and animal health, and international trade.

5.   Public Health and Animal Health

Glyphosate has significantly contributed to the control and suppression of poisonous and allergenic weeds. Pollen of several weeds causes allergic reactions including hay fever and runny stuffy nose, coupled with sneezing, eye irritation, inflamed itchy throat, dullness, fatigue, headaches, and impaired sleep. In addition, hoarseness, loss of voice, asthma attacks, and chronic sinus issues can occur. Common weeds that cause pollen allergies include pineapple weed

(*Matricaria matricariodes*),  salt grass (*Distichlis spicata*), Russian thistle (*Salsola spp*), giant ragweed (*Ambrosia trifida*), common ragweed (*Ambrosia artemisiifolia*), common lambsquater (*Chenopodium album*),  English plantain (*Plantago lanceolate*), orchard grass (*Dactylis glomerata*), sweet vernal grass (*Anthoxanthum odoratum*),  Johnson grass (*Sorghum halpense*), hickory (*Carya Nutt*), pigweed (*Amaranthus spp.*), and ryegrass (*Lolium spp.*) (WSSA 2017, Peachey 2017, UCIPM 2017, and Brown 2017).

All the above allergic weeds can be effectively controlled with glyphosate (WSSA 2017, Peachey 2017, UCIPM 2017, DiTomaso and Kyser 2014, and Brown 2017). The control of these weeds is particularly important around homes, schools, public housing, and parks where people are more likely to get exposed to weed pollens. While glyphosate is used around homes, schools, public housing, and parks, many other herbicides are not registered for such uses.

Glyphosate is used to control poisonous weeds that cause skin irritations, mechanical injuries, and toxic reactions when consumed. The compiled list of the most serious poisonous plants in the United States includes 22 weed species (WSSA 2017, and Brown 2017). Glyphosate effectively controls 17 species on this list (Table 3) and also causes significant suppression of two more species (Lim et al. 2013, WSSA 2017, Peachey 2017, UCIPM 2017, and Brown 2017). In many cases, there are no other herbicides or weed control methods to control these poisonous weeds.

Glyphosate also is effective to control poisonous weeds in rangelands and pastures that can cause animal poisoning. Several of these weeds can cause sickness, abortion, or even animal death. The list of most serious poisonous weeds for livestock, horses, pigs, and chicken include 24 weed species (Table 4). Among those weeds, glyphosate effectively controls 19 species and suppresses 5 species (WSSA 2017, Peachey 2017, UCIPM 2017, and Brown 2017). Glyphosate use and contributions to weed management in general and poisonous plants for rangelands and pastures is well recognized by rangers, cattlemen, researchers, extension agents, and government agencies.

6.  Homes and Parks

Historically, glyphosate has been used extensively to control weeds in public parks and homes. Environmental and health concerns eliminated the use of many other herbicides. Several organic herbicides have been tested, such as acetic acid, clove oil, and gluten with limited success due to high cost and poor efficacy. High efficacy and beneficial environmental properties of glyphosate provide a great opportunity for the use of this herbicide in homes and parks.

The majority of weed seeds in any soil germinate from 1 to 2 inches of soil depth. Seeds deeper than two inches may have difficulties to germinate or emerge from soil unless brought up close to soil surface. On gravel roads, driveways, fences, roadsides, around homes and industrial areas where tillage is not normal practice, most weeds will emerge in one or two flushes after rain or irrigation.  Most weeds will emerge early in the spring or fall, and when they reach 1 to 3 inches

tall, glyphosate may be applied to control them. Because glyphosate is not a residual herbicide, some weed seeds may germinate and emerge after first glyphosate application. The emerged seedlings (less in numbers and dense compare to first flush) can be treated 3 to 4 weeks after the first spray.  In general, there is no need for additional glyphosate spray applications after the first and second applications because most of the seeds in the top soil have already germinated. In addition, in gravel roads, driveways, fences, roadsides, around homes and industrial sites, weeds are patchy and only spot treatment is needed. It is not a common practice to use glyphosate frequently in one season. Depleting weed seeds bank in the germination zone by repeated applications of glyphosate will reduce weed pressure in the upcoming seasons eliminating or reducing the need to use glyphosate.

7.  Schools

Children face increased risks to their health when exposed to pests including weeds. In schools, children may consume or contact poisonous and/or allergic weeds causing serious health problems. In general, children are more likely to experience adverse health effects than adults when exposed to weeds due to their small body size in relation to the amount of poison they may consume or allergens they have been exposed to. In addition, children's hand-to mouth and ground contact behaviors increase the likelihood that they will come in contact with poisonous weeds. Furthermore, weeds such as thistle and puncturevine can cause physical injuries to children. Moreover, heavy weed infestation around schools can harbor wildlife pests that impose additional risks to students.

Protecting the health of children is a top priority for any community. In general, school districts implement programs that promote the reduced risk of weeds and weed management strategies. Most schools implement integrated weed management programs throughout the year. While cultivation, hand weeding, and mowing are used during the school year, herbicide generally is used during the summer vacation.  Additionally, most schools do not use herbicides on play grounds but allow using them on sidewalks, building perimeters, parking lots and on other school property. Glyphosate is widely used in school weed management programs in the United States, including California (DPR 2015). The high efficacy and beneficial environmental and health properties led to greater use of glyphosate around schools.

8.  Glyphosate Applications in this Case

Methods for applying glyphosate formulations vary widely depending on the weed control purpose. For example, glyphosate formulations can be applied by airplanes, ground sprayers, or backpack sprayers, depending on the weed control purpose. In addition, glyphosate can be directly injected into the tree stems to kill invasive or unwanted trees in forests, parks, or homes. The objective of any glyphosate applicator is to maximize or to have adequate plant coverage and to reduce off-target glyphosate movement. Off-target herbicide movement or drift is the movement of herbicide through the air at the time of application. Off-target movement generally

depends on the  herbicide formulation, weather conditions, and the spray technology (which includes height above the ground, nozzle type, pressure, spray volume, etc.). Off-target movement is generally minimal when backpack sprayers or similar devices are used.

I have reviewed the fact sheet and deposition transcript of Mr. Hardeman. On November 19, 2018, I also inspected the site at ███████████████████████████████ ███████████████████████████████████████████████████████████████ During the inspection, I studied the vegetation, conditions, landscaping, terrain, and topography of the site.  The inspection included the gravel driveway from the main road to the house (about 400 feet), plants and landscaping around the house, and the trail from Mr. Hardeman's house to the end of the property (approximately 1,200 feet).  Based on my visit and other scientific facts listed in the Home and Park Section of this report, it does not appear that the Forestville property would have needed biweekly glyphosate application or even, more than  a few spot applications of glyphosate each year. This conclusion is supported by the gravel on the driveway and parking area (Figure 8), vegetation and landscaping around the house (Figure 9) and light shading by dense and old trees in the entire property – and especially in the trail area (Figure 10). In addition, I did not see any infestation of poison oak. The current owner of the property, who said during the beginning of our inspection that the property did not have issues with poison oak, also supports these findings. If poison oak had existed during Mr. Hardeman's residency at the property, we would still see some poison oak plants in the area. Poison oak has diverse propagation strategies based upon seed production, dispersal and dormancy, and it has aggressive creeping roots and post-damaged root crown regeneration.

I understand that Mr. Hardeman used one spray application method for the glyphosate formulations (Roundup Concentrate). The spray method involved a pump up and hand sprayer. Both of these sprayer methods are similar in that they require an applicator to hold the sprayer boom during herbicide application directly on the weeds. When applicators use spray methods of this sort, the sprayers deliver glyphosate in large droplets, which are generally less prone to drift. Specifically, the applicator will direct the sprayer nozzle so that it is directed towards and positioned close to its weed targets. Furthermore, the label and EPA regulations specify that herbicides should not be applied under windy conditions. Assuming Mr. Hardeman read and complied with the label, the likelihood of any drift of the glyphosate because of Mr. Hardeman's application is negligible.

**CONCLUSIONS**

In my opinion, after 45 years of using glyphosate, this herbicide has provided numerous and significant contributions to agriculture, environment, natural resources, economy, and public and animal health.  It is extensively used to control weeds in field crops in both conventional and no-tillage systems, orchards, vegetables, rangelands and pastures, homes, parks, roadsides, aquatic settings including lakes and water canals, under power lines, by fences, storage areas, railroad tracks, airport runways, cemeteries, schools, and military installations. It is also effective on

many poisonous and allergic plants that injure and sometimes kill humans and animals. In addition, it is an important tool to control invasive species that can negatively affect United States agriculture, international trade, and the environment.

The success and extensive use of glyphosate is attributable to several important characteristics including broad spectrum weed control, virtually no environmental risks, low toxicity, high molecular stability, lack of soil activity, usage flexibility, and the ability to control weeds that are resistant to herbicides with other modes of action. Furthermore, it is virtually nontoxic to birds, fish, insects, and most bacteria, does not accumulate in the tissues of animals or crops, and has a low cost. It is the only herbicide that inhibits the enzyme EPSP synthase, a key enzyme in aromatic amino acid synthesis. Glyphosate is successfully used in almost every country around the world and registered on more than 150 crops. It is considered the most successful and effective herbicide ever developed.

Table 3. List of poisonous weeds in the United State that cause human injury. Sources are Lim et al (2013), WSSA (2017), Peachey (2017), UCIPM 2017, and Brown 2017.

| Weed | Scientific name | Poison produce/mode of poisoning and symptoms | Glyphosate control |
|---|---|---|---|
| Bitter nightshade | *Solanum dulcamara* | Contains glycoalkaloid, solanine/causing salivation, headache, stomach pain, drowsiness, trembling, lowered temperature, dilated pupils, vomiting, diarrhea, progressive weakness, prostration, and death. | Yes |
| Blue cohosh | *Caulophyllum thalictroides* | Alkaloid methylcytisine/severe stomach pains | No data |
| Brackenfern | *Pteridium aquilinum* | Carcinogen/bladder and intestinal cancer, the carcinogen may occur in the milk of cows that have fed on the plant | Yes |
| Castorbean | *Ricinus communis* | Ricin/burning sensation in the mouth, followed by stomach pains, diarrhea, dullness, incoordination, vomiting, excessive thirst, convulsions, prostration, and death | Yes |
| Deathcamas | *Zigadenus spp* | Zigadenus alkaloids/rapid heartbeat, weakness, lowered temperature, stomach pains, vomiting, diarrhea , prostration, and death | Suppress |
| Destroying angels | *Amanita spp* | Amatoxins, ibotenic acid, muscimol/ hallucinogenic and act on the nervous system. | No |
| Elderberry | *Sambucus spp* | Toxian/cause nausea, vomiting, and diarrhea | Yes |
| Foxglove | *Digitalis purpurea* | Toxin/speed up and strengthen heart contractions | Suppress |
| Giant hogweed | *Heracleum mantegazzianum* | Furanocoumarins/skin reaction causes dark painful blisters that result in scars last up to several years also cause blindness. | Yes |
| Groundcherry | *Physalis spp.* | Toxin/leaves and unripe fruit are poisonous if ingested, can even be fatal. | Yes |
| Jimsonweed | *Datura stramonium* | Toxin/seeds are highly hallucinogenic and can trigger bizarre and violent behavior | Yes |
| Mistletoe | *Phoradendron serotinum* | Amines, tyramine and betaphenylethylamine/ produces gastrointestinal irritation, diarrhea, and cardiovascular collapse | No |
| Pennyroyal | *Mentha pulegium* | Toxin/it can cause liver damage, lung damage and death | Yes |
| Pokeberry | *Phytolacca* | Toxin/all parts of this weed are poisonous. | Yes |

| | | | |
|---|---|---|---|
| | *americana* | | |
| Poison hemlock | *Conium maculatum* | Alkaloids/toxic effects on the kidney and nerves system, and death | Yes |
| Poison ivy | *Toxicodendron radicans* | Urushiol/ skin rash by direct contact with urushiol | Yes |
| Poison sumac | *Toxicodendron vernix* | Urushiol/skin rash by direct contact with urushiol | Yes |
| Precatory bean | *Abrus precatorius* | Abrin/nausea, vomiting, diarrhea, depression, irregular pulse, incoordination, collapse, paralysis, and death | Yes |
| Snakeberry | *Actaea rubra* | Toxin/dizziness, severe gastroenteritis, vomiting, headache, and circulatory failure. | Yes |
| Stinging nettle | *Urtica dioica* | acetylcholine, histamine, serotonin, moroidin, leukotrienes/ Skin blustering and burning. | Yes |
| Waterhemlocks | *Cicuta maculata* | Cicutoxin/ stimulates the central nervous system and trigger violent seizures | Yes |
| White snakeroot | *Eupatorium rugosum* | Tremeto/ produces weakness, followed by loss of appetite, stomach pains, vomiting, constipation, thirst, trembling, delirium, coma, and, and death | Yes |

Table 4. List of poisonous weeds in the United State that cause injury to animals and livestock. Sources are WSSA (2017), Peachey (2017), UCIPM 2017, and Brown 2017.

| Weed | Scientific name | Poison part | Animal most affected | Glyphosate control |
|---|---|---|---|---|
| Arrowgrass | *Triglochin maritima* | Leaves and flowers | Cattle and sheep | Yes |
| Buffalo Bur | *Solanum spp.* | Leaves, immature fruit | Cattle, sheep, horses, goats | Yes |
| Cocklebur | *Xanthium strumarium* | Seedlings and seeds | Cattle, and swine | Yes |
| Casterbean | *Ricinus communis* | Seeds | cattle, sheep, horses, goats | Yes |
| Common Groundsel | *Senecio vulgaris* | Leaves and flowers | Horses, cattle, hogs, and chickens | Yes |
| DeathCamas | *Zigadenus venenosus* | All parts | Sheep, cattle, and horses. | Suppressed |
| Elderberry | *Sambucus canadensis* | Leaves, twigs, roots, and unripe fruits | Cattle, humans, and goats | Yes |
| Fiddleneck | *Amsinckia intermedia* | Seeds | Horses, swine and cattle | Yes |
| Foxglove | *Digitalis purpurea* | flowers, leaves, and seeds | Cattle, dogs, goats, and horses, | Yes |
| Halogeton | *Halogeton glomeratus* | Leaves and stems | Sheep and cattle | Suppressed |
| Horse brush | *Tetradymia spp.* | Leaves | Sheep and cattle | Suppressed |
| Horse nettle | *Solanum spp.* | Leaves and immature fruit | Cattle, sheep, horses, and goats | Yes |
| Larkspurs | *Delphinium spp.* | All plant parts | Cattle, humans, and goats | Yes |
| Lupine | *Lupinus spp.* | Seeds | Cattle and goats | Yes |
| Milkweed | *Asclepias spp.* | Leaves, fruits, stems | Sheep, cattle, and goats | Suppressed |
| Nightshade | *Solanum spp.* | Leaves and immature fruit | Cattle, sheep, horses, and goats | Yes |
| Poison | *Conium* | All plant parts | Cattle, sheep, and goats | Yes |

| | | | | |
|---|---|---|---|---|
| hemlock | *maculatum* | | | |
| Poppies | *Papaver spp.* | All plant parts | Cattle | Yes |
| Snow on the Mountain | *Aegopodium podagraria* | All plant parts | Cattle, horses, and sheep | Suppressed |
| Spurges | *Euphorbia spp.* | leaves, stems and sap | Cattle, horses, and sheep | Yes |
| Redroot pigweed | *Amaranthus retroflexus* | All parts | Pigs | Yes |
| Tansy ragwort | *Senecio jacobaea* | All parts | Cattle, deer, horses, and goats | Yes |
| Wild mustard | *Brassica spp* | Roots and seeds | Cattle, swine, sheep, and goats | Yes |
| Wild onions | *Allium spp.* | Bulbs, leaves | Cattle and horses | Yes |

Respectfully submitted,

Kassim Al-Khatib, Ph.D.

Dated: November 27, 2018

45

# REFERENCES

Al-Khatib, K., B. Hanson, T. Miller, E. Peachey, and R. Boydston. 2013. Managing glyphosate-resistant weeds in glyphosate-resistant crops. University of California: ANR Publication 8494.

Al-Khatib, K. 2017. Herbicide symptoms. http://herbicidesymptoms.ipm.ucanr.edu/.

Al-Khatib, K. and J. M. DiTomaso. 2012. Stages in the development of an early detection and rapid response (EDRR) program for invasive alien Plants in California. Proc. 2nd International Workshop on Invasive Plants in the Mediterranean Type Regions of the World. 2:168-174.

Al-Khatib, K. and R. Parker. 1993. Herbicide symptoms on cherry, grape, alfalfa, and roses. Washington State University, Cooperative Extension, (EB1748). Page 16.

Al-Khatib, K., R. A. Boydston, and C. Mallory Smith. 1997. Comparison of dry pea, sweet cherry, and grape to simulated drift of sulfonylurea herbicides and other herbicide classes. Proc. West. Soc. Weed Sci. 50: 13-17.

Al-Khatib, K., R. Parker, and E. P. Fuerst.  1992a. Herbicide absorption by grape, pea, and alfalfa from soil treated with selected herbicides.  Weed Sci. 40: 281 287.

Al-Khatib, K., R. Parker, and E. P. Fuerst. 1992b. Sweet cherry response to simulated drift from selected herbicides. Weed Techn. 6:975-979.

Al-Khatib, K., R. Parker, and E. P. Fuerst. 1992c. Alfalfa (*Medicago sativa*) response to simulated herbicide spray drift. Weed Techn.  6:956-960.

Al-Khatib, K., R. Parker, and E. P. Fuerst.  1992d. Rosa (*Rosa dilecta*) response to simulated herbicide drift.  Hort. Techn. 2:394 398.

Alexandratos, N. and J. Bruinsma. 2012. World agriculture towards 2030/2050. ESA Working Paper No. 12-03, June 2012. http://large.stanford.edu/courses/2014/ph240/yuan2/docs/ap106e.pdf.

Angers D. A. and N. S. Eriksen-Hamel. 2008. Full-inversion tillage and organic carbon distribution in soil profiles: a meta-analysis. Soil Sci. Soc. Am. J. 72: 1370–1374.

Atwood, D. and C. Paisley-Jones. 2017. Pesticides Industry Sales and Usage 2008 –2012, Market Estimates. U.S. Environmental Protection Agency Washington, DC. https://www.epa.gov/sites/production/files/2017-01/documents/pesticides-industry-sales-usage-2016_0.pdf

Bansund, D. A. and F. L. Leistritz. 1991. Economical impact of leafy spurge on grazing lands in the Northern Great Plains. Agricultural Economical Report No. 275-S, North Dakota State University, Department of Agricultural Economics, Fargo, ND.

Beckie, H. J. 2006. Herbicide-resistant weeds: Management tactics and practices. Weed Technol. 20:793-814.

Bhattacharyya R., M. D. Tuti, S. Kundu, J. K. Bisht, and J. C. Bhatt. 2012. Conservation tillage impacts on soil aggregation and carbon pools in a sandy clay loam soil of the Indian Himalayas. Soil Sci. Soc. Am. J. 76: 617–627.

Black, A. L. and P. W. Unger. 1987. Soil management-tillage, seedbed preparation, and erosion control. *In* Wheat and Wheat Improvement. E. G. Heyne (ed,), second edition. American Society of Agronomy. Pages. 330-344.

Brodal P. 2010. The Central Nervous System: Structure and Function. Oxford University Press. Pages. 170.

Brooks M. L., C. M. D'Antonio, D. M. Richardson, J. B. Grace, J. E. Keeley, J. M. DiTomaso, R. J. Hobbs, M. Pellant, and D. Pyke. 2004. Effects of invasive alien plants as fire regimes. Biosciences. 54:677-688.

Brown, D. 2017. Plants poisonous to livestock and other animals. Cornell University, http://poisonousplants.ansci.cornell.edu/php/plants.php?action=display&ispecies=cattle

Brown, S. M., J. M. Chandler, and J. E. Morrison, Jr. 1987. Weed control in a conservation tillage rotation in the Texas Blacklands. Weed Sci. 35:695–699.

Bruff, S. A. and D. R. Shaw. 1992. Tank-mix combinations for weed control in stale seedbed soybean (*Glycine max*). Weed Technol. 6:45–51.

Buhler, D. D. and T. C. Mester. 1991. Effect of tillage systems on the emergence depth of giant (*Setaria faberi*) and green foxtail (*Setaria viridis*). Weed Sci. 39:200–203.

Burnside, O. C. and G. A. Wicks. 1964. Cultivation and herbicide treatment of dryland sorghum. Weeds. 12:307-310.

Cal-IPC. 2017. California Invasive Plant Council invasive plant list. http://www.cal-ipc.org/plants/inventory/.

Cantrell C. L., D. F. E. Dayan, and S. O. Duke. 2012. Natural products as sources for new pesticides. J Nat Prod 75: 1231–1242.

CISAC. 2017. California Invasive Species Council http://ice.ucdavis.edu/invasives/home/species?page=5&term_node_tid_depth=2

Comai, L., D. Facciotti, W.R. Hiatt, G. Thompson, R. E. Rose, and D. M. Stalker. 1985. Expression in plants of a mutant *aroA* gene from *Salmonella typhimurium* confers tolerant to glyphosate. Nature. 317: 741-744.

Comai, L., L. Sen, and D.M. Stalker. 1983. An altered *aroA* gene product confers resistance to the herbicide glyphosate. Science. 221: 370-371.

Comes, R.D., F. L. Timmons, and L.W. Weldon. 1962. Chemical control of annual weeds in pinto and great northern field beans. Agricultural Experiment Station, University of Wyoming Bull. Pages. 393.

Danjon, F., H. Sinoquet, C. Godin, F. Colin, and M. Drexhage. 1999. Characterization of structural tree root architecture using 3D digitizing and AMAPmod software. Plant and Soil. 211:241-258.

Daniell, J. and Hardcastle, S. 1972. Response of peach trees to herbicide and mechanical weed control. Weed Sci. Vol. 20: 133-136.

Davis, A., K. Renner, C. Sprague, L. Dyer, and D. Mutch. 2005. Integrated Weed Management "One Years Seeding". Michigan State University. Pages. 112.

Derpsch, R. 2004. History of crop production, with and without tillage. Leading Edge. 3:150-154.

Derpsch, R., T. Friedrich, A. Kassam, and L. Hongwen.  2010. Current status of adoption of no-till farming in the world and some of its main benefits.  Int. J. Agric. Biol. Eng. 3:1-25.

Dertuing, C. W. 1987. Wiper application. *In* Methods of Applying Herbicides.  McWhorter, C. G. and M. R. Gebhardt (ed.). Weed Science Society of America, Champaign, IL. Pages. 207-229.

Devine, M. D., S. O. Duke, and C. Fedtke. 1993. Physiology of Herbicide Action. Englewood Cliffs, NJ: PTR Prentice Hall, Inc. Pages. 295-309.

Díaz-Zorita, M., G. A. Duarte, and J. H. Grove. 2002. A review of no-till systems and soil management for sustainable crop production in the sub-humid and semiarid Pampas of Argentina. Soil and Tillage Research. 65:1-18.

Dibble, E. D., K. J. Killgore, and S. L. Harrel. 1996. Assessment of fish-plant interactions. American Fisheries Society Symposium. 16:357-372.

Dill, M. G., R. D. Sammons, P. C. C. Feng, F. Kretzmer, A. Mehrsheikh, M. Beeke, J. L. Honedder, D. Farmer, D. Wright, and E. A. Haupfear. 2010. Glyphosate discovery, development, application, and properties. *In*: V. K. Nanudula (ed.), Glyphosate Resistance in Crops and Weeds: History, Development, and Management. John Wiley and Sons Inc, Hoboken. pp. 1 -33.

DiTomaso, J. M, G. B. Kyser and et al. 2013. Weed control in natural areas in the Western United States. Weed Research and Information Center, University of California. Pages. 544.

DPR. 2015. California school and child care pesticide use report summary.
http://apps.cdpr.ca.gov/schoolipm/school_ipm_law/2015_pur_summary.pdf. Accessed, Jnaury,
2018.

Duffy, M. 1983. Pesticide Use and Practices. 1982. Washington, DC: U.S. Department of
Agriculture Economic Research Service, Agricultural Information Bulletin. 462.

Dukes, J. S. and H. A. Mooney. 2004. Disruption of ecosystem processes in western North
America by invasive species. Rev. Chil. Hist. Nat. 77:411-437.

Eck. P. 1990. The American cranberry. New Brunswick, NJ: Rutgers University Press.

FAO. 2018. The future of food and agriculture – Alternative pathways to 2050. Rome. 224 pp.
License: CC BY-NC-SA 3.0 IGO.

FAO. 2017. The future of food and agriculture – Trends and challenges. Rome. ISBN 978-92-5-
109551-5. http://www.fao.org/3/a-i6583e.pdf.

Finney, K. F., W. T. Yamazaki, V. L. Youngs, and G. L. Rubenthaler. 1987. Quality of hard,
soft, and durum wheat. *In* Wheat and Wheat Improvement. E. G. Heyne (ed), second edition.
American Society of Agronomy. Pages 677-749.

Fischer, R. S., A. Berry, C. G. Gains, and R. A. Jensen. 1986. Comparative action of glyphosate
as a trigger of energy drain in eubacteria. J. Bacteriology. 168:1147-1154.

Flint, M. L. 2012. IPM in Practice:  Principles and Methods of Integrated Pest Management.
University of California ANR Publication 3418.  Oakland, CA.

Franz, J. E., M. K. Mao, and J. A. Sikorski. 1997. Glyphosate: A Unique Global Herbicide.
American Chemical Society, ACS Monograph 189. pp. 653.

Gianessi, L. P. and S. Sankula.  2003. The value of herbicides in U.S. crop production. National
Center for Food and Agricultural Policy.
http://www.ncfap.org/documents/ExecutiveSummary.pdf.

Gianessi, L. P. and N. P. Reigner. 2007. The value of herbicides in U.S. Crop Protection. Weed
Technol. 21:559-566.

Glaze, N. C. 1975. Weed control in cucumber and watermelon. J. Amer. Soc. Hort. Sci. 100:207-
209.

Godfray, H. C. H. J., J. R. Beddington, I. R. Crute, L. Haddad, D. Lawrence, J. F. Muir, J. Pretty,
S. Robinson, S. M. Thomas, C. Toulmin. 2010. Food security: The challenge of feeding 9 billion
people. Science. 327: 812-818.

Hamill, A. S., J. S. Holt, and C. A. Mallory-Smith. 2004. Contributions of weed science to weed control and management. Weed Techn. 18:1563-1565.

Hanjraa M. A. and M. E. Qureshi. 2010. Global water crisis and future food security in an era of climate change. Food Policy. 35:365-377.

Harvey A. L. 1999. Medicines from nature: are natural products still relevant to drug discovery? Trends Pharmacol Sci 20: 196–198.

Hayes, W. J. and E. R. Laws. 1990. Handbook of Pesticide Toxicology, Vol. 3, Classes of Pesticides. Academic Press, Inc., New York.

Hendrix P. F., E. A. Paul, K. Paustian, and E. T. Elliott. 1997. Long-term patterns of plant production and soil carbon dynamics in a Georgia Piedmont agroecosystem. CRC Press, Boca Raton, FL. Pages. 235–245.

Hill, P. R. and V. Mannering. 1995. Conservation Tillage and Water Quality. Cooperative Extension Service, Purdue University. https://www.extension.purdue.edu/extmedia/WQ/WQ-20.html.

HRAC. 2017. World of herbicide map. http://hracglobal.com/tools/world-of-herbicides-map.

Hruska, J., J. Cermak, and S. Sustek. 1999. Mapping tree root systems with ground-penetrating radar. Tree Physiology. 19:125-130.

Hull, H. M. 1970. Leaf structure as related to absorption of pesticides and other compounds. Residue Rev. 31:1-155.

Huxtable, R. J. 1989. Human health implications of pyrrolizidine alkhaloids and herbs containing them. In P. R. Cheeke, ed. Toxicants of Plant Origin. Vol. 1. Alkaloids. CRC Press, Inc., Boca Raton, FL. Page 41-86.

Intergovernmental Panel on Climate Change. 1996. Climate change: 1995. The science of climate change. Cambridge Univ. Press, Cambridge, UK.

Jay, M. T., M. Cooley, D. Carychao, G. W. Wiscomb, R. A. Sweitzer, L.Crawford-Miksza, and R. E. Mandrell. 2007. *Escherichia coli* O157:H7 in Feral Swine near Spinach Fields and Cattle, Central California Coast. Emerging Infectious Diseases. 13: 1908-1911.

Johnson, W. G., A. Kassam, A. H., T. Friedrich, T. F. Shaxson, and J. Pretty. 2009. The spread of conservation agriculture: justification, sustainability and uptake. Int. J. Agric. Sustainability. 7: 292-320.

Jordan. D. 2009. Survey of tillage trends following the adoption of glyphosate-resistant crops. Weed Technol. 23: 150- 155.

Killmer, J., J. Widholm, and F. Slife. 1981. Reversal of glyphosate inhibition of carrot cell culture growth by glycolytic intermediates and organic and amino acids. Plant Physiology. 68:1299-1302.

Kingsbury, J. M. 1964. Poisonous Plants of the United States and Canada, Prentice-Hall, Inc., Englewood Cliffs, NJ. Pages. 626.

Klingman, D. L. D. E. Davis, E. L. Knake, W. B. McHenry, J. A. Meade, and R. E. Stewart. 1983. Poison ivy, poison oak, and poison sumac. U. S. Dep. Agric., University of Minnesota Coop. Ext. Serv., St. Paul, 55108. Pages. 16.

Kovalenko, K., E. D. Dibble, and R. Fugi. 2009. Fish feeding in changing habitats: effect of invasive macrophyte control and habitat diversity. Ecology of Freshwater Fish. 18:305-313.

Kruger, G. R. and L. P. Labrada. 2007. The need for improved weed management in rice. *In* Proceedings of the 20th Session of the International Rice Commission, Bangkok, Thailand, July 23-26, FAO, Rome, pp: 310-324.

Lal, R. 2004. Soil carbon sequestration impacts on global climate change and food security. Science 304:1623-1627.

Lampe, K. F. and M.A. McCann. 1985, AMA Handbook of Poisonous and Injurious Plants. Chicago Review Press, Chicago, IL. Pp: 432.

Lim, C. J., M. Basri, D. Omar, M. B. Adul Rahman, A. Salleh, and R. N. Z. R. Abul Rahman. 2013. Green nanoemulsion-laden glyphosate isopropylamine formulation in suppressing creeping foxglove (*A. gangetica*), slender button weed (*D. ocimifolia*) and buffalo grass (*P. conjugatum*). Pest Management Science. 69:104-111.

Liphadzi, K. B., K. Al-Khatib, C. Bensch, P. W. Stahlman, J. A. Dille, T. Todd,  C. W. Rice, M. J. Horak and G. Head. 2005. Soil microbial and nematode communities as affected by glyphosate-resistant cropping system under conventional and no-till environments. Weed Sci. 53:536-545.

Lotze-Campen, H., C. Müller, A. Bondeau, S. Rost,  A. Popp and W. Lucht. 2008. Global food demand, productivity growth, and the scarcity of land and water resources: a spatially explicit mathematical programming approach. Agricultural Economics. 39:325-338.

Magleby, R. 2003. Soil management and conservation in Agricultural Cropping System for Mid-Atlantic States. J. Sustainable Agriculture. 15:77-93.

Marple, M. E., K. Al-Khatib, and D. E. Peterson. 2008. Cotton injury and yield as affected by simulated drift of 2,4-D and dicamba. Weed Technol. 22:609-614.

Marple, M. E., K. Al-Khatib, D. E. Shoup, D. E. Peterson, and M. Claassen. 2007. Cotton response to simulated drift of seven hormonal-type herbicides. Weed Technol. 21:987-992.

Melander B., I. A. Rasmussen, and P. Bàrberi. 2004. Integrating physical and cultural methods of weed control-examples from European research. Weed Sci. 53:369-381.

Melander, B. and G. Rasmussen. 2001. Effects of cultural methods and physical weed control on intra row weed numbers, manual weeding and marketable yield in direct-sown leek and bulb onion. Weed Res. 41:491–508.

Melander, B. and K. Rasmussen. 2000. Reducing intrarow weed numbers in row crops by means of a biennial cultivation system. Weed Res 40:205–218.

Miller, J. A. 1973. Naturally occurring substances that can induce tumors. In Toxicans Occurring Naturally in Food. Nat. Aca. Sci. Washington, DC. Pages. 508-549.

Miller, T., B. Hanson, E. Peachey, R. Boydston, and K. Al-Khatib. 2012. Glyphosate stewardship: keeping an effective herbicide effective. University of California: ANR Publication 8492.

Mohan, J. E., L. H. Ziska, W. H.  Schlesinger, R. B. Thomas, R. C. Sicher, K. George, and J. S. Clark. 2006. Biomass and toxicity responses of poison ivy (*Toxicodendron radicans*) to elevated atmospheric $CO_2$. Proc. Natl. Acad. Sci. 103:9086-9089.

Mohler, C. L. and A. E. Galford. 1997. Weed seedling emergence and seed survival: Separating the effects of seed position and soil modification by tillage. Weed Res. 37:147–155.

Mooney H. A. and R. J. Hobbs. 2000. Invasive species in a Changing World. Island Press, Washington, DC. Pages. 457.

Mueller, K. E. and E. A. Oelke. 1965. Watergrass control in rice fields with propanil and ordram. California Agriculture. 19:10-12.

Nelson, D. C. and J. F. Gile. 1989. Weed management in two potato cultivars using tillage and pendimethaline. Weed Sci. 37:228-232.

Nelson, D. C. and J. F. Giles. 1986. Implication of postemergence tillage on root injury and yields of potatoes. Am. Potato J. 63:445.

Newman D. J and G. M. Cragg. 2012. Natural products as sources of new drugs over the 30 years from 1981 to 2010. J. Nat. Prod. 75: 311–335.

Nielsen, D. B. 1978. The economic impact of poisonous plants on the range livestock industry in the 17 western states. J. Range Management. 31:325-328.

Nielsen, D. B. and M. H. Ralphs. 1988. Larkspur: economic considerations. In The Ecology and Economic Impact of Poisonous Plants on Livestock Production. L. F. James, M. H. Ralphs, and D. B. Nielsen (eds). Westview Press, Boulder, CO. Page 119-129.

Norris, R. F., E. P. Caswell-Chen, and M. Kogan. 2003. Concepts in Integrated Pest Management. Pearson Education, Inc. Pages. 586.

Oerke, E. C. 2006. Crop losses to pests. J. Agric. Sci. 144:31-43.

Olson, B. L. S., K. Al-Khatib, P. S. Stahlman, and P. J. Isakson. 2000. Efficacy and metabolism of MON 37500 in *Triticum aestivum* and weedy grass species as affected by temperature and soil moisture. Weed Sci. 48: 541-548.

Ortega, R. A., G. A. Peterson, and D. G. Westfall. 2002. Residue accumulation and changes in soil organic matter as affected by cropping intensity in no-till dryland agroecosystems. Agron. J. 94:944-954.

Padgette, S. R., D. R. Re, G. P. Berry, E. D. Richholtz, X. Delannay, R. L. Fuchs, G. M. Kishore, and R. T. Fraley. 1996. New weed control opportunities: development of soybean with a Roundup Ready gene, in herbicide resistance crops. S. O. Duke (ed). CRC Press, Boca Raton, FL. Pages. 55-84.

Parker, R. and R. A. Boydston. 1990. Weed Control in Asparagus. Washington State University Cooperative Extension Service, CEB 1145.

Patwardhan, V. N. and J. W. White, Jr. 1973.  Problems associated with particular foods. *In* Toxicants Occurring Naturally in Foods. Nat. Acad. Sci., Washington, DC. Pages 477-507.

Peachey, E., R. Boydston, B. Hanson, T. Miller, and K. Al-Khatib. 2013. Preventing and managing glyphosate-resistant weeds in orchards and vineyards. University of California: ANR Publication 8494.

Peachey. E. 2017. PNW Weed Management Handbook. Oregon State University. https://catalog.extension.oregonstate.edu/weed.

Pieterse, A. H. and K. J. Murphy. 1993. Aquatic Weeds, the Ecology and Management of Nuisance Aquatic Vegetation. Oxford University Press. Pages 539.

Pimentel, D., R. Zuniga, and D. Morrison. 2005. Update on the environmental and economic costs associated with alien-invasive species in the United States.  Ecological Economics. 52:273-288.

Pinto, J. E. B. P., W. E. Dyer, S. C. Weller, and K. M. Herrman. 1988. Glyphosate induces 3-dexoxy-D-arabino-heptulosonate 7-phosphate in potato (*Solanum tuberosum* L.) cells grown in suspension culture. Plant Physiology. 87:891-893.

Raczkowski, C. W., M. R. Reyes, G. B. Reddy, W. J. Busscher, and P. J. Bauer. 2009. Comparison on conventional and no-tillage corn and soybean production on runoff and erosion in southeastern US Piedmont. J. Soil Water Conservation. 64:53-60.

Randall, R. P. 2002. A Global Compendium of Weeds. R.G. and F.J. Richardson, Melbourne.

Ridley, A. O. and R. A. Hedlin. 1968. Soil organic matter and crop yields as influenced by the frequency of summer fallowing. Can. J. Soil Sci. 48, 315-322.

Ross, M. A. and C. A. Lemmbi. 2009. Applied Weed Science: Including the Ecology and Management of Invasive Plants. Pearson Education, London. Pages. 224.

Sams. 1998. Mulching vegetable gardens. The University of Tennessee Agricultural Extension Service Publication SP 291-H. Knoxville. Pages. 2.

Sax, N. I. and V. N. Rein. 1979. Dangerous properties of industrial materials fifth edition, Wiley Press. Page 1118.

Schellman, A. E. and A. Shrestha. 2008. Burning and Stinging Nettles. Pest Notes Publication Number 74146. University of California. Pages. 3.

Schiefer, E., E. L. Petticrew, R. Immell, M. A. Hassan, and D. L. Sonderegger. 2013. Land use and climate change impacts on lake sedimentation rates in western Canada.  Anthropocene. 3: 61–71.

Schroder, D., J. C. Headley, and R. M. Finley. 1981. The contribution of herbicides and other technologies to soybean production in the corn belt region, 1965-1979. University of Missouri Agricultural Economics Paper 1981-33.

Schroder, D., J. C. Headley, and R. M. Finley. 1984. The contribution of herbicides and other technologies to corn belt region, 1964 to 1979. North Central J. Agric. Econ. 6:95-104.

Shafroth, P. B., J. R. Cleverly, T. L. Dudley, J. P. Taylor, C. Van Riper, E. P. Weeks, and J. N. Stuart. 2005. Control of *Tamarix* in the Western United States: Implications for Water Salvage, Wildlife Use, and Riparian Restoration. Environ. Manag. 35:231-246.

Shaner, D. L. 2014. Herbicide Handbook. 10th Edition, Weed Science Society of America, Champaign, 513.

Sharkey, T. D. and F. Loreto. 1993. Water stress, temperature, and light effects on the capacity for isoprene emission and photosynthesis of kudzu leaves. Ecology. 95:328-333.

Shaw, D. R. and M. N. Dana. 1989. The American cranberry industry. Acta Hort. 241:287-294.

Six J., S. M. Ogle, F. J. Breidt, T. C. Rich, A. R. Mosier, and K. Paustian. 2004.  The potential to mitigate global warming with no-tillage management is only realized when practiced in the long term. Global Change Biology. 10: 155–160.

Slaughter, D. C., D. K. Giles, and D. Downey. 2008. Autonomous robotic weed control systems: A review. Computer and Electronics in Agriculture. 61:63-78.

Stougaard, R. N., G. Kapusta, and G. Roskamp. 1984. Early preplant herbicide applications for no-till soybean (*Glycine max*) weed control. Weed Sci. 32:293–298.

Taylor, J. 1972. Contributions to the control of peach decline in Georgia orchards. Georgia Agricultural Research, University of Georgia Agricultural Experiment Station. Pages 3–7.

Thompson, R., D. E. Peterson, W. H. Fick, P. W. Stahlman, and R. E. Slocombe. 2014. Chemical Weed Control for Field Crops, Pastures, Rangeland, and Noncropland. Kansas State University, Report 1099. Page 133.

Triplett, Jr, G. B. and D. A. Warren. 2008. No-tillage crop production: A revolution in agriculture. A Supplement to Agronomy Journal. S-153 - S-165.

U.S. Department of Agriculture, Economic Research Service. 2017. Adoption of GE Crops in the U.S. http://www.ers.usda.gov/data-products/adoption-of-genetically-engineered-crops-in-the-us.aspx. Accessed December 2017.

U.S. Department of Agriculture. 2002. Non-Citrus Fruits and Nuts. National Agricultural Statistics services.

U.S. Environmental Protection Agency. 1992. Amitrole; Preliminary determination to terminate Special Review. Federal Register. 57(196):46448-55.

UCIPM. 2017. Susceptibility of weeds to herbicide control. http://ipm.ucanr.edu/PMG/r730700411.html. Accessed  December  2017.

USDA, eXtension. 2017. http://articles.extension.org/pages/65209/palmer-amaranth-amaranthus-palmeri. Accessed  December 2017.

USDA. 2017.  Invasive plant list. https://www.invasivespeciesinfo.gov/plants/main.shtml. Accessed  December  2017.

Wade A., W. A. Givens, and G. Wallace. 1984. Pretty poison. Missouri conservationist. 45:16-19.

Wanamarta, G. and D. Penner. 1989. Foliar absorption of herbicides.  Rev. Weed Sci. 4:215-231.

Watson, W. A., T. L. Litovitz, and W. Klein-Schwartz. 2004. Annual report of the American association of poison control centers toxic exposure surveillance system. Amer. J. Emerg. Med. 22:333-404.

Weller, S. C. and D. W. West, T. O., and W. M. Post. 2002. Soil organic carbon sequestration rates by tillage and crop rotation: A global data analysis. Soil Sci. Soc. Am. J. 66:1930-1946.

Westbrooks R. 1998. Invasive Plants, Changing the Landscape of America: Fact Book. Federal Interagency Committee for the Management of Noxious and Exotic Weeds (FICMNEW), Washington, DC. Pages. 109.

Wheeler, T. and J. von Braun. 2013. Climate change impacts on global food security. Science. 341:508-513.

Wilen, C. 2006. Common groundsel. Pest Note Publication 74130. University of California. Pages 3.

Williams, M. C. 1983. Poisonous plants, part IV, phototoxic plants. Weeds Today. 14:8.

Williams, M.C. 1985. Poisonous plants, part VII, poisoning in humans. Weeds Today. 16:2-3.

Williams, W. M., P. W. Holden, D. W. Parsons, and M. W. Lorber. 1988. Pesticides in Ground Water Data Base, 1988 Interim Report. Washington: U.S. Environmental Protection Agency, Office of Pesticide Programs.

WSSA. 2017. Poisonous Plants. Weed Science Society of America. http://wssa.net/wssa/weed/poisonous-plants/. Accessed December 2017.

Yang R. Z. and C. S. Tang. 1988. Plants used for pest control in China: A literature review. Econ. Bot. 42: 376–406

Yarborough, D. E. and A. A. Ismail. 1985. Hexazinone on yield and on lowbush blueberry growth and yield. Hort. Sci. 20:406-407.

Ye-Ebiyo, Y., R. J. Pollack, and A. Spielman. 2000. Enhanced development in nature of larval Anopheles arabiensis mosquitoes feeding on maize pollen. Am. J. Trop. Med. Hyg. 63:90-93.

Zimdahl, R. L. 2004. Weed-Crop Competition: A Review. Blackwell publishing. Pages. 220.

## Sources for Pictures Used in Report

**Figure 3.** Leaf Cross Section, *Leaves and Leaf Anatomy,*
http://www.enchantedlearning.com/subjects/plants/leaf/ (last visited December 22, 2017)

**Figure 4.**

First Image: Balsam Fir, *Dr. Green Thumb Identification,*
http://treeplantflowerid.com/Pineaceae.php (last visited December 22, 2017)

Second Image: Balsam Fir, *French Hill Pond Trees,*
http://frenchhillpond.org/Pond/Flora/Trees/Balsam%20Fir%20(Abies%20balsamea).htm (last visited December 22, 2017)

Third Image: Balsam Fir, *Division of Forestry: Ohio Dept. of Natural Resources,*
http://forestry.ohiodnr.gov/fir (last visited December 22, 2017)

**Figure 5.** Root Cross Section, *Plant Physiology* (4th ed.) Figure 4.4. (Sinauer Assoc., Inc. 2006)

**Figure 6.** Different type of sprayers,
https://images.search.yahoo.com/search/images;_ylt=Awr9Hr5FqfdbKT0AnnCJzbkF;_ylu=X3o
DMTBsZ29xY3ZzBHNlYwNzZWFyY2gEc2xrA2J1dHRvbg--
;_ylc=X1MDOTYwNjI4NTcEX3IDMgRhY3RuA2NsawRiY2sDMzBvcTh2cGR2YTRvbSUyn
mIlM0QzJTI2cyUzRG9uBGNzcmNwdmlkA01xSTFYVEV3TGpJd1kwai5XX1VURmcyMk1q
WXdNQUFBQUFFEQ213WTAEZnIDeWZwLXQEZnIyA3NhLWdwBGdwcmlkAy4zT09aSWR
4U2h5bk53Tlg3OXdJYUEEbXRlc3RpZANudWxsBG5fc3VnZ3lwMwBG9yaWdpbgNpbWFnZX
Muc2VhcmNoLnlhaG9vLmNvbQRwb3MDMDARwcXN0cgMEcXN0cmx0A3RybAMyNA
RxdWVyeQNncm91bmQgcGVzdGljaWRllHNwcmF5ZXIEd19zdG1wA0UxNDI5NTc3MTQEd
nRlc3RpZANudWxzdWs?grid=.3OOZIdxShynNwNX79wIaA&pvid=MqI1XTEwLjIwY0j.W_UTF
g22MjYwMAAAAADCmwY0&p=ground+pesticide+sprayer&fr=yfp-t&fr2=sb-top-
images.search.yahoo.com&ei=UTF-8&n=60&x=wrt (last visited November 23, 2018)

**Figure 7.** Measuring cups,
https://images.search.yahoo.com/search/images;_ylt=Awr9Hr5FqfdbKT0AnnCJzbkF;_ylu=X3o
DMTBsZ29xY3ZzBHNlYwNzZWFyY2gEc2xrA2J1dHRvbg--
;_ylc=X1MDOTYwNjI4NTcEX3IDMgRhY3RuA2NsawRiY2sDMzBvcTh2cGR2YTRvbSUyn
mIlM0QzJTI2cyUzRG9uBGNzcmNwdmlkA01xSTFYVEV3TGpJd1kwai5XX1VURmcyMk1q
WXdNQUFBQUFFEQ213WTAEZnIDeWZwLXQEZnIyA3NhLWdwBGdwcmlkAy4zT09aSWR
XMuc2VhcmNoLnlhaG9vLmNvbQRwb3MDMDARwcXN0cgMEcXN0cmx0A3RybAMyNAZzM
ARxdWVyeQNwZXN0aWNpZGUgbWVhc3VyaW5nIGN1cCBpbWFnZXMEdF9zdG1wA0UxN
DI5NTgzNTMEdnRlc3RpZANudWxs?grid=YynzZ221R1Wq3LBOBseoyA&pvid=MqI1XT
EwLjIwY0j.W_UTFg22MjYwMAAAAADCmwY0&p=pesticide+measuring+cup+images&fr=

yfp-t&fr2=sb-top-images.search.yahoo.com&ei=UTF-8&n=60&x=wrt,  and close-system  to load glyphosate in sprayer,

https://images.search.yahoo.com/search/images;_ylt=Awr9FqpArvdbBX4AnkaJzbkF;_ylu=X3o DMTBsZ29xY3ZzBHNlYwNzZWFyY2gEc2xrA2J1dHRvbg-- ;_ylc=X1MDOTYwNjI4NTcEX3IDMgRhY3RuA2NsawRiY2sDMzBvcTh2cGR2YTRvbSUyN mIlM0QzJTI2cyUzRG9uBGNzcmNwdmlkA3BEVlh0akV3TGpJd1kwai5XX1VURmdGek1qWXW XdNQUFBQUFBT21iSE0EZnIDeWZwLXQEZnIyA3NhLWdwBGdwcmlkA0JvcDNkV3JqUlZ pTUZWZzg3WFdXckEEbXRlc3RpcANudWxsBG5fc3VnZwMwBG9yaWdpbnNpcNpbWFnZXM muc2VhcmNoLnlhaG9vLmNvbQRwb3MDMDARwcXN0cgMEcHFzdHJsA0FwRxc3RybAMzOARx dWVyeQMgY2xvc2Ugc3lzdGVtIHRvIGxvYWQgcGVzdGljaWRlIGltYWdltYWdlcwR0X3N0bXADM MTU0Mjk1ODkyMQR2dGVzdGlkA251bGw- ?gprid=Bop3dWrjRViMFVg87XWWrA&pvid=pDVXtjEwLjIwY0j.W_UTFgFzMjYwMAAAA AAOmbHM&p=+close+system+to+load+pesticide+images&fr=yfp-t&fr2=sb-top- images.search.yahoo.com&ei=UTF- 8&n=60&x=wrt#id=6&iurl=https%3A%2F%2Fi.ytimg.com%2Fvi%2FfHygCIe7llg%2Fmaxres default.jpg&action=click (last visited November 23, 2018)

**Figure 9.** Chart of adoption of herbicide genetically engineered crops.
https://www.ers.usda.gov/webdocs/charts/58020/biotechcrops.png?v=42565 (last visited December 18, 2017)





Figure 8.  Photos of the gravel driveway from the main road to Mr. Hardeman residence where alleged spray was made.



Figure 9. Photos of the landscaping around Mr. Hardeman residence where alleged spray was made.



Figure 10. Photos of the trail in Mr. Hardeman property where the alleged spray is made.