# EXHIBIT 32

Michael Joseph Sullivan, Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS          ) MDL No. 2741
LIABILITY LITIGATION             ) Case No. 16-MD-02741-VC
                                 )
THIS DOCUMENT RELATES TO:        )
                                 )
HARDEMAN v. MONSANTO COMPANY,    )
Case No.: 3:16-cv-00525-VC       )
_____)


          DEPOSITION OF MICHAEL JOSEPH SULLIVAN, Ph.D., a

     witness herein, noticed by Andrus Wagstaff, PC,

     taken at 777 South Figueroa Street, Los Angeles,

     California at 1:15 p.m. on Wednesday, December 19,

     2018, before Delia M. Satterlee, CSR 9114.

Michael Joseph Sullivan, Ph.D.

Page 2

1    APPEARANCES OF COUNSEL:
2
3    For Plaintiff Edwin Hardeman:
4    Andrus Wagstaff, PC
5    By Aimee H. Wagstaff, Esquire
6    7171 West Alaska Drive
7    Lakewood, Colorado 80226
8    (303)376-6360
9    aimee.wagstaff@andruswagstaff.com
10        -and-
11   Grossman & Moore, PLLC
12   By Jennifer A. Moore, Esquire (present telephonically)
13   401 West Main Street, Suite 1810
14   Louisville, Kentucky 40202
15   (502)657-7120
16   jmoore@gminjurylaw.com
17
18
19
20
21
22
23
24
25

Page 3

1    APPEARANCES (Continued):
2
3    For Defendant Monsanto Company:
4    Hollingsworth LLP
5    By Ranjit Singh Dhindsa, Esquire
6        Joseph F. Altieri, Esquire
7    1350 I Street, NW
8    Washington, D.C. 20005
9    (202)898-5806 (Mr. Dhindsa)
10   (202)898-5896 (Mr. Altieri)
11   rdhindsa@hollingsworthllp.com
12   jaltieri@hollingsworthllp.com
13        -and-
14   Wilkinson, Walsh + Eskovitz
15   By Meghan Cleary, Esquire
16   11601 Wilshire Boulevard, Suite 600
17   Los Angeles, California 90025
18   (424)291-9669
19   mcleary@wilkinsonwalsh.com
20
21   Also Present:  Samuel Ramirez, Videographer
22
23
24
25

Page 4

1                   I N D E X
2    WITNESS:  MICHAEL JOSEPH SULLIVAN, Ph.D.
3    EXAMINATION BY:              PAGE
4    MS. WAGSTAFF               7, 140
5    MR. DHINDSA                  138
6
7
8                E X H I B I T S
9    EXHIBIT       DESCRIPTION            PAGE
10   Exhibit 1  Notice of deposition          22
11   Exhibit 2  Document headed "Opinion on Exposure of  22
                Hardeman to Glyphosate," pages 1 through
12              14 of 52
13   Exhibit 3  Document entitled "Opinion on Exposure   22
                of Hardeman to Glyphosate, Attachment A,
14              List of Documents Considered," pages 15
                through 23 of 52
15
     Exhibit 4  Curriculum vitae of Dr. Sullivan, pages  22
16              24 through 41 of 52
17   Exhibit 5  Document entitled "Opinion on Exposure   23
                of Hardeman to Glyphosate, Attachment C,
18              References Cited," pages 42 through 46
                of 52
19
     Exhibit 6  Document entitled "Opinion on Exposure   23
20              of Hardeman to Glyphosate, Attachment D,
                Timeline OF Plaintiff Glyphosate
21              Herbicide Use," pages 47 through 50 of
                52
22
     Exhibit 7  Document entitled "Opinion on Exposure   23
23              of Hardeman to Glyphosate, Attachment E,
                Exposure Calculations," pages 51 and 52
24              of 52
25   Exhibit 8  Invoices provided by Dr. Sullivan        23

Page 5

1    EXHIBITS (Continued):
2    EXHIBIT           DESCRIPTION          PAGE
3    Exhibit 9  Plot map                    21
4    Exhibit 10 Document headed "Guidance for the    52
                Preparation of Human Pesticide Exposure
5               Assessment Documents"
6    Exhibit 11 Document headed "Preliminary          53
                Endangerment Assessment Guidance
7               Manual"
8    Exhibit 12 Report by T.L. Lavy, et al., entitled  102
                "Conifer Seedling Nursery Worker
9               Exposure to Glyphosate"
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 to 5)

Michael Joseph Sullivan, Ph.D.

Page 6

1     THE VIDEOGRAPHER:  We are now on the record.  My
2 name is Samuel Ramirez.  I am the videographer for
3 Golkow Litigation Services.  Today's date is Wednesday,
4 December 19th, 2018, and the time is 1:15 p.m.
5     This video deposition is being held at 777 South
6 Figueroa Street, 44th Floor, Los Angeles, California
7 90017 in the matter of Hardeman versus Monsanto
8 Company, et al., Case Number 3:16-cv-00525-VC for the
9 United States District Court, Northern District of
10 California.  The deponent today is Dr. Michael J.
11 Sullivan.
12     Will counsel please voice identify yourselves for
13 the record.
14     MS. WAGSTAFF:  Aimee Wagstaff from Denver, Colorado
15 on behalf of Plaintiff Hardeman.
16     On the phone is Jennifer Moore from Grossman Moore
17 on behalf of Plaintiff Hardeman.
18     MR. DHINDSA:  Ranjit Singh Dhindsa on behalf of
19 Monsanto Company.
20     MR. ALTIERI:  Joe Altieri on behalf of Monsanto
21 Company.
22     MS. CLEARY:  And Meghan Cleary on behalf of
23 Monsanto Company.
24     THE VIDEOGRAPHER:  Thank you very much.
25     The court reporter today is Delia Satterlee and

Page 7

1 will now swear in the witness.
2
3         MICHAEL JOSEPH SULLIVAN, Ph.D.,
4 a witness herein, having been sworn, testifies as
5 follows:
6
7              -EXAMINATION-
8
9 BY MS. WAGSTAFF:
10     Q.  Good afternoon, Dr. Sullivan.
11     A.  Good afternoon.
12     Q.  When were you retained in this matter?
13     A.  It was earlier this year.  I don't have the --
14 I don't recall the exact date of when the paperwork
15 might have been signed.  It was fall.  But if I can --
16 Do you have a -- If there's a copy of my agreement, I
17 would be able to tell you exactly the date.
18     Q.  Well, I --
19     A.  Sorry.  I just don't recall --
20     Q.  Yeah.
21     A.  -- exact --
22     Q.  And this isn't --
23     A.  -- the exact date.
24     Q.  -- a memory test.  But I had -- I have a
25 retention letter from you dated October 20th, 2017,

Page 8

1 which was 14 months ago.
2     A.  Oh, okay.  So it --
3     Q.  Is that --
4     A.  It was fall but, yeah, it was a year ago.
5     Q.  It was --
6     A.  Sorry.
7     Q.  -- a year ago.  Okay.
8     And was this retention letter for -- I'm guessing
9 that retention agreement was for the litigation in
10 general?
11     A.  That's my understanding, yes.
12     Q.  Okay.  So when were you asked to provide
13 opinion in Mr. Hardeman's case?
14     A.  I believe I was asked in -- Sometime in the
15 last couple of months they notified me that there might
16 be a case they would ask me to work on.  And then at
17 some point that decision was made, and they sent me the
18 deposition, which would have triggered my -- his dep --
19 Hardeman's deposition, which would have then triggered
20 my evaluation.  So it --
21     Q.  Okay.
22     A.  -- it was in the last couple of months.  I
23 don't know the exact date but probably in October.
24     Q.  Okay.  So -- Okay.  And what were you asked to
25 do in this case?

Page 9

1     A.  My specific task is to develop an exposure
2 estimate to glyphosate for the ac- -- for the spray
3 activities that Mr. Hardeman did at his property.
4     Q.  Okay.  And so in doing so, you created a
5 exposure equation; is that fair?
6     A.  I didn't create the equation.  I've used an
7 equation that is standard in my field, but I then
8 applied it specifically to Mr. Hardeman and his -- and
9 the specifics of his activities.
10     Q.  Okay.  And are you -- were you asked to give an
11 opinion on the epidemiology?
12     A.  I was not.
13     Q.  Okay.  Were you asked to give a op- -- And so
14 you are not giving an opinion on the epidemiology; is
15 that correct?
16     A.  That is correct.
17     Q.  And were you asked to give an opinion on the
18 toxicology?
19     A.  No, ma'am.
20     Q.  And so are you giving an opinion on toxicology
21 here today?
22     A.  I'm not planning on that.
23     Q.  Okay.  And so were you asked to give an opinion
24 on the data related to the mechanism of action?
25     A.  Of glyphosate?

3  (Pages 6 to 9)

Michael Joseph Sullivan, Ph.D.

Page 10

1    Q. Mm-hmm.
2    A. Only to the extent that it might relate to
3  ADME, which is Absorption, Distribution, Eliminate --
4  Metabolism, Elimination.  If -- And that's in my -- And
5  that is in my paper because it relates to exposure.
6    Q. Okay.
7    A. So...
8    Q. So other --
9    A. And that would be the aspects of -- of what I
10  would speak about glyphosate.
11    Q. Okay.  And so do you have an opinion on whether
12  or not exposure to glyphosate causes cancer?
13    A. I am -- That's outside the scope of my work.
14    Q. Okay.  And similarly, do you have an opinion on
15  whether or not exposure to Roundup causes cancer?
16    A. Again, that's -- that's outside -- I'm not
17  doing -- I'm not providing any opinion regarding
18  causation.
19    Q. Okay.  Specific causation or general causation;
20  correct?
21    A. That is correct, yes.
22    Q. And by "specific," just because that's a legal
23  term and I want to make sure that we're on the same
24  page, you are not giving an opinion as to whether or not
25  Mr. Hardeman's cancer was caused by exposure to Roundup

Page 11

1  or glyphosate; is that correct?
2    A. That is correct.  I'm offering no causation
3  opinions at all.
4    Q. Okay.  So why don't you state your name for the
5  record, please.
6    A. Sure.
7    First name Michael, middle name Joseph, last name
8  Sullivan.
9    Q. Okay.  And in your -- in connection with your
10  opinion, you conducted a home visit; is that right?
11    A. I went to one of Mr. Hardeman's properties, the
12  Forestville location, yes.
13    Q. Okay.  And why did you do that?
14    A. The process that I follow is to develop --
15  to -- is to attempt to put together an exposure equation
16  that reflects what Mr. Hardeman did, his activities,
17  his -- how he sprayed and where he sprayed.
18    And so I developed that opinion and my assumptions
19  based on his deposition and his fact sheet.  But there
20  are aspects that are not clear in those pieces, and so
21  the site visit allows me to refine my understanding of
22  what he actually did.
23    Q. Okay.  And what did you learn?
24    A. For example, Mr. Hardeman speaks about spraying
25  the fence line above his gravel driveway, but that

Page 12

1  description in a deposition is -- is -- doesn't, you
2  know, describe the topography or, you know, the -- how
3  far below the driveway the fence might be, things like
4  that.  So as -- when he described his spraying, being
5  able to go to the site and see where he actually was
6  allows me, again, to review my -- the -- my assumptions
7  to make sure I'm comfortable with them.
8    Q. Okay.  So was your opinion formed before you
9  did your home visit?
10    A. I would say that a draft opinion was developed
11  prior to the home visit.  And -- And then again at the
12  visit, it allowed me to understand for -- how -- to
13  understand the con-- -- the conservatism or the
14  overestimate in my evaluation.
15    My -- My strategy when I put together an exposure
16  estimate is to make sure that my numbers are what I read
17  higher than the exposures which have actually occurred.
18    And so seeing the site allows me to have confidence
19  in the parameters I've selected that -- that I -- I
20  believe my numbers are -- would be re-- -- be an
21  overestimate.
22    Q. Okay.  And you understand that the property is
23  56 acres; correct?
24    A. I don't know the exact a-- -- acreage, but I
25  understand it's large, yes.

Page 13

1    Q. Okay.  And you all were there for a little
2  under an hour; correct?
3    A. It's -- It was right around an hour is my
4  recollection, yes.
5    Q. Okay.  And you were walking on foot; correct?
6    A. That is correct.
7    Q. Okay.  So how much of the 56 acres would you
8  guess that you actually saw during your visit?
9    A. We -- I wouldn't have an -- I'm not sure I
10  could have an acreage estimate, but I do know that we
11  walked in areas that were described by Mr. Hardeman in
12  his deposition as areas that he sprayed.  And so, you
13  know, while it's a large property, there obviously are
14  areas where he said he didn't spray.  And so going there
15  wouldn't provide me any additional information.  But
16  focusing on those areas that he did describe therefore
17  allows me to, like I -- like I mentioned before, gain an
18  understanding of the topography around the driveway.
19  And so -- because that's an area he -- he discussed
20  spraying.
21    Q. Did you go on any of the hiking trails?
22    A. I'm not sure what you mean by "hiking trails,"
23  but there is a road that is unimproved.  It's a dirt
24  road that leads from his property up the hill towards
25  the tanks for his water system.  And we did hike up

Michael Joseph Sullivan, Ph.D.

Page 14

1    there.
2        Q. So does -- in -- in Mr. Hardeman's deposition
3    that you've read -- correct?
4        A. Yes, ma'am.
5        Q. And you've relied on; correct?
6        A. I -- I did utilize that, yes.
7        Q. -- does Mr. Hardeman discuss hiking trails
8    other than what you've just mentioned?
9        A. I don't recall. I'd have to -- I'd have to go
10   back and look.
11       Q. Okay. But to the extent he -- he did, you
12   didn't go on any of those; correct?
13       MR. DHINDSA: Objection.
14       THE WITNESS: We --
15       MS. WAGSTAFF:
16       Q. During your home visit.
17       MR. DHINDSA: Objection.
18       THE WITNESS: The -- The areas I went on the home
19   visit were areas that were based on where he said he
20   sprayed. And so whether -- I -- I don't re- -- I don't
21   know what you call that road leaving from his house.
22   Whether he may have called that a trail or not, I don't
23   recall. But he did describe it, and so that's the area
24   we went to.
25       MS. WAGSTAFF: Okay. Excellent.

Page 15

1        Q. So I have -- This was marked as Exhibit
2    Number 2 in Mr. Hardeman's depo that you relied on.
3        A. (Reviews map.)
4        Q. A little wrinkly.
5        THE WITNESS: Do you want to look at this?
6        MR. DHINDSA: Sure (indicating).
7        MS. WAGSTAFF:
8        Q. If you could, with this pen --
9        If you'd like me to orient you a little, I can.
10       A. I think I have an understanding of what this
11   map shows.
12       Q. Okay. Could you draw, to the best of your
13   ability, on that map where you guys walked?
14       A. Can I -- Can I make it so it doesn't roll up?
15       Q. Sure.
16       A. Ju- -- Just so it's easier to... Hang on.
17       This would not necessarily be in time sequence.
18   I -- But I could mark the areas we visited.
19       Q. Sure. Yeah.
20       A. Do you -- How would you like me to mark them?
21   Like an X or a line --
22       Q. Just --
23       A. -- or...
24       Q. -- take a pen and just mark the path that you
25   guys walked.

Page 16

1        A. I'll try. Okay.
2        (Marks map.)
3        And this doesn't show all of his -- all the
4    buildings on the site. So there are other things on
5    here that if I -- For example, I could -- I know we
6    walked around the house and the garage. Those are not
7    on this --
8        Q. Okay.
9        A. -- on this map, so there -- it won't be as
10   accurate as it could be if you had a real plot plan for
11   the property.
12       But we walked -- I walked along ███████████
13   ███ ███████████████████████ -- and then up the gravel
14   driveway and into -- he has a fence to his prop- -- a
15   gate to his property approximately -- I think it -- he
16   said -- they said it's near the property boundary and up
17   to his -- Now, again, there's -- there's a house, garden
18   area, other fences in here which are not shown, so it
19   would be -- it's going to be -- I don't want to just
20   scribble in there, but I -- maybe I could just do
21   something like this, make a circle --
22       Q. Okay.
23       A. -- around those areas around his property.
24       And then walked up this -- I believe this -- if
25   this is the gravel road to the tank, which it does seem

Page 17

1    to be, and the spring which was mentioned -- so I'm
2    assuming that this is the gravel road that goes up to
3    his property. We went up to the tank. And I believe we
4    were just below the spring (indicating). So that would
5    be, to my recollection, where we went.
6        Now, again, there are a variety -- There's a --
7    several structures here in this area (indicating).
8    There's another fence line that fences in the area where
9    he -- his -- his house was and areas where he sprayed.
10   And so even though I drew a circle there, I walked those
11   areas as well, but I can't -- I can't identify them
12   because the buildings aren't here.
13       Q. Sure.
14       A. So...
15       Q. So of the area that's circled, would you say
16   you spent most of your time in that area?
17       A. I -- You know, we walked -- walked at a
18   relatively consistent pace, and so we were able to -- I
19   was able to walk from the bottom of the driveway up to
20   the area where you park around the garage and his house,
21   walk the fence line there and also walk all the way up
22   to approximately where the spring is and then back in an
23   hour. And so --
24       Q. Okay.
25       A. -- so it was -- it was a -- pretty much a

5 (Pages 14 to 17)

Michael Joseph Sullivan, Ph.D.

Page 18

1  consistent walk. I'm not sure there was any -- I can't
2  say one area was more --
3      Q. Okay.
4      A. -- than another.
5      Q. And who were you with?
6      A. I was with a lawyer, Mr. -- Ran was there.
7  And -- And I'm going to blow the name because -- His
8  first name is Kajim. I don't -- Am I allowed to ask --
9  He's a weed scientist on the project --
10     Q. Yeah. I remember.
11     A. -- but I don't recall his last name. I'm
12  sorry.
13     Q. Okay. And so for Monsanto Company, it was the
14  three of you there; correct?
15     A. That's my recollection, yes.
16     Q. And you were on -- There was no one to guide
17  you -- or -- The -- The current owner didn't take you
18  on a tour; right?
19     A. The current owner greeted us, and he was
20  available to ask some questions. And he answered
21  those to the extent that he understood the property.
22  Obviously he probably didn't understand spray activities
23  because he's not Mr. Hardeman. But we did ask him, you
24  know, if the fence, you know -- things like "Was this
25  fence here when you moved in," you know, just to make

Page 19

1  sure there weren't -- he hadn't made changes that
2  might -- what's the word I want to use? -- make changes
3  that -- that would have misguided us in terms of where
4  Mr. Hardeman sprayed.
5      Q. Okay. And so you --
6      A. But -- I'm sorry. But he didn't -- he did not
7  accompany us on -- on the walk.
8      Q. Okay. And Mr. Hardeman wasn't at your meeting;
9  right?
10     A. He -- He was not there; that's correct.
11     Q. So it was sort of a self-guided tour?
12     A. It -- Well, I'm -- I'm not -- I'm not sure.
13  Like I said, we did speak to the owner, but I -- We went
14  in areas -- I went in areas that I felt were important
15  based on the deposition. So to the extent that I was
16  guided by that information, yes.
17     Q. And plaintiff's lawyer Paul was there --
18     A. Oh.
19     Q. -- right?
20     A. There was someone else. But he didn't go --
21  Did he walk with us? Hmm. I'd have to think about
22  that. I don't recall.
23     Q. Okay.
24     A. He may -- He may have walked some of it with us
25  and then -- I think he may have walked towards the tank.

Page 20

1  This is a long hike, and -- and I don't know if he made
2  it all the way up to the top or not.
3      Q. Okay. And in -- in connection with your
4  report, you submitted roughly 100 or so photos of the
5  property?
6      A. Yes. There were -- I -- I don't have the
7  right -- exact number, but there --
8      Q. Sure.
9      A. -- were numerous photographs taken, yes.
10     Q. And who took those?
11     A. Those were taken by the weed scientist.
12     Q. Okay. So you didn't take any photos?
13     A. I did not take any myself, no.
14     Q. Did you take any notes?
15     A. I took no written notes, no photos. My -- For
16  me, mostly observation is -- is the way that I like to
17  do that.
18     Q. Okay. So no notes from that report, no
19  pictures, no -- no nothing; is that correct?
20     A. Not pictures that I took. We've --
21     Q. Yeah.
22     A. You've already --
23     Q. Yeah.
24     A. -- identified that there were pictures taken
25  and -- and --

Page 21

1      Q. Okay.
2      A. -- but I didn't take any of those myself.
3      Q. And you've never met Mr. Hardeman; right?
4      A. I have not, no.
5      Q. Okay. But you've read his deposition?
6      A. Yes, ma'am.
7      Q. Okay.
8  You can put away the map. I'm not going to ask any
9  more about it.
10     A. This is not an exhibit now (indicating)?
11     Q. No. It will. But --
12     A. Okay.
13     Q. We'll mark this as Exhibit 9.
14  (Exhibit 9 identified.)
15  MS. WAGSTAFF:
16     Q. So you've read Mr. Hardeman's deposition?
17     A. Yes, I have.
18     Q. Is there anything in there that you just don't
19  believe?
20  MR. DHINDSA: Objection.
21  MS. WAGSTAFF:
22     Q. Do -- I mean, do you have any reason not to
23  believe his testimony?
24  MR. DHINDSA: Objection.
25  THE WITNESS: I -- I believe Mr. Hardeman gave his

6 (Pages 18 to 21)

Michael Joseph Sullivan, Ph.D.

Page 22

1  best recollection of what he did.
2      MS. WAGSTAFF:  Okay.
3      Q.  What product did Mr. Hardeman use?
4      MR. DHINDSA:  Objection.
5      THE WITNESS:  I would actually ask then to see
6  my -- my opinions so I can make sure that I'm quoting
7  what I put in my opinion regarding his product.
8      MS. WAGSTAFF:
9      Q.  Sure.
10     A.  Is that okay?
11     Q.  Yes.
12     And -- And for the record, I will -- while you're
13  looking at that, I'll just state for the record the
14  exhibits that we have marked prior to the deposition.
15     The first one was the -- Exhibit 1 is the notice of
16  deposition.
17     (Exhibit 1 identified.)
18     MS. WAGSTAFF:  Exhibit 2 is Dr. Sullivan's report
19  in the Hardeman matter.
20     (Exhibit 2 identified.)
21     MS. WAGSTAFF:  Exhibit 3 is the MCL.
22     (Exhibit 3 identified.)
23     MS. WAGSTAFF:  Exhibit 4 is Dr. Sullivan's CV.
24     (Exhibit 4 identified.)
25     MS. WAGSTAFF:  Exhibit 5 is References Cited.

Page 23

1      (Exhibit 5 identified.)
2      MS. WAGSTAFF:  Exhibit 6 is the timeline created by
3  Dr. Sullivan.
4      (Exhibit 6 identified.)
5      MS. WAGSTAFF:  Exhibit 7 is the Exposure
6  Calculations.
7      (Exhibit 7 identified.)
8      MS. WAGSTAFF:  Exhibit 8 is the invoices provided
9  to us.
10     (Exhibit 8 identified.)
11     MS. WAGSTAFF:  And Exhibit 9 is the plot map.
12     THE WITNESS:  Could you ask the question again?
13     MS. WAGSTAFF:
14     Q.  What product did Mr. Hardeman use?
15     A.  Thank you.
16     On page 9 of my opinion, the second bullet --
17  sorry -- the third bullet on that page, I've summarized
18  what I could glean from the deposition, which was that
19  Mr. Hardeman u- -- purchased a concentrate of Roundup,
20  and then he would dilute that for sp- -- purposes of
21  spraying.
22     Q.  Okay.  So how -- Do you know the size of the
23  glyphosate particles that are in that product?
24     A.  I'm not -- I don't understand that question.
25  I'm sorry.

Page 24

1      Q.  Okay.  So --
2      A.  "Size of the particles."
3      Q.  Is the -- Is -- Are -- Glyphosate is particles;
4  right?
5      A.  (No response.)
6      Q.  Or molecule?
7      A.  Now you're asking a chemistry question.
8      Q.  Okay.
9      A.  Glyphosate in sol- -- is a salt.
10     Q.  Mm-hmm.
11     A.  So in solution, it would exist in the io- -- a
12  form of an ion.
13     Q.  Okay.
14     A.  So to say "particles" --
15     Q.  So --
16     A.  -- I'm --
17     Q.  So --
18     A.  -- not quite --
19     Q.  -- have you given your deposition before?
20     A.  (No response.)
21     Q.  Have you had your deposition taken before?
22     A.  Oh.  E- -- E- -- Ever?
23     Q.  Yeah.
24     A.  Yes.  I have given other depositions, yes.
25     Q.  Okay.  And in the Roundup case, have you been

Page 25

1  deposed before?
2      A.  I was deposed in the case of Mr. Johnson.
3      Q.  Okay.  And did you -- Maybe this is a good time
4  to ask what you did to prepare for this deposition.
5      A.  For this deposition, I reread my opinion, and
6  I -- there were -- I refreshed myself regarding some of
7  the publications that I relied upon.  Those would
8  probably be the two main things that I did.
9      Q.  Did you read any expert reports from other
10  experts in this matter?
11     A.  No.  I have seen no other reports related to
12  this case other than Mr. Hardeman's deposition.
13     Q.  You've -- You haven't read any of plaintiff's
14  expert reports?
15     A.  Oh, I'm sorry.  Are you talk- -- I thought you
16  were talking about experts on -- on the -- this -- on
17  this -- on the -- I'm sorry.  I'm confused.
18     Ask me the question again.
19     A- -- Any reports at all?
20     Q.  So --
21     A.  I thought you were talking --
22     Q.  -- in this --
23     A.  -- about experts --
24     Q.  -- in this --
25     A.  -- like on --

Michael Joseph Sullivan, Ph.D.

Page 26

1      Q. -- litigation --
2      A. -- on this side. I'm sorry.
3      Q. -- Monsanto tendered a handful of expert
4  reports.
5      A. Okay.
6      Q. And plaintiff tendered a handful of expert
7  reports. Have you read any of those?
8      A. Ah. Thank you. I -- I was confused.
9      I have not read any reports -- expert reports
10  tendered by Monsanto.
11     I have read, in the Hardeman case -- I don't recall
12  if Dr. Sawyer's report is related -- Dr. Sawyer's report
13  re- -- mentions the Hardeman case, but his -- but his
14  report is focused on another case, and I did read that
15  because it's -- because I'm working -- because he
16  does -- he did mention in his -- in his report the
17  Hardeman -- Mr. Hardeman. And I think that's it. I
18  don't think there's any other -- I want to make sure by
19  looking at my conclusions.
20     That would be it. And for -- for -- that relates
21  to Mr. Hardeman, I -- would be the -- Dr. Sawyer's
22  report.
23     Q. Okay. And you -- you provided this report on
24  November 27th; right?
25     A. That's correct.

Page 27

1      Q. Okay. If you want to pull out Exhibit
2  Number 2, and we're going to talk about it a little bit.
3      A. Okay.
4      Q. Is that your signature on the last page?
5      A. That is an electronic version of my signature,
6  yes.
7      Q. Okay. That you obviously authorized somebody
8  to use; right?
9      A. Yes. I used it myself that day.
10     Q. Okay.
11     A. I put that in there.
12     Q. And are these all the opinions -- Does this
13  report, which -- I understand that your report is
14  comprised of Exhibits 2 through 7. I understand that.
15     A. Okay. Yeah. I was going to say, there's more
16  to my --
17     Q. Right.
18     A. -- opinion than what's here --
19     Q. I --
20     A. -- in front of me.
21     Q. I understand that. It's 52 pages. But
22  contained within those 52 pages, is that all of the
23  opinions that you intend to proffer in this case?
24     A. Those 52 pages generally do, be- -- because
25  they are all focused on issues of exposure, reflect the

Page 28

1  scope of my opinion in this case.
2      There are numerous articles that I've relied upon.
3  And if I'm que- -- asked a question about one of those
4  articles, I may not have described it -- that article in
5  detail in my paper -- in my opinion, but I would -- I would
6  be able to -- I would answer that question.
7      So to the extent that it's related to either what I
8  wrote in my opinion or the -- the references that I've
9  relied upon, that would be the scope of anything I
10  might -- I might offer.
11     Q. Okay. And did you write this report?
12     A. Yes, ma'am, I did.
13     Q. And -- So talking about your -- you have a
14  materials -- a doc- -- actually it's called a "List of
15  Documents Considered," which is separate and apart from
16  your References Cited.
17     A. That's correct.
18     Q. What -- What are the differences in those?
19     A. The References Cited are references I -- that I
20  specifically took information out of and utilized in my
21  opinion. And the proper way then of -- of writ- --
22  of -- of that process would be to recognize the source
23  of that information. And so they are numbered 1 through
24  60. I -- something. I don't know the exact number.
25  And so that's the References Cited.

Page 29

1      There are other ref- -- other papers that I've
2  looked at which don't have any -- I did not -- would --
3  did not cite directly and therefore don't have a -- a
4  direct bearing on my written opinion but may be relevant
5  to the overall issue of glyphosate herbicide use. And
6  so I've listed those in the -- in the considered list.
7  So you saw everything that I looked at.
8      Q. Okay. So everything that you looked at is
9  contained in your List of Documents Considered or your
10  References Cited.
11     A. All my -- If I -- I'll -- If I can clarify it
12  slightly, everything is in the docu- -- in the documents
13  considered and -- including the re- -- cited references.
14  So it's the -- So there -- For example, a cited
15  reference would be appear twice --
16     Q. Oh.
17     A. -- once --
18     Q. Okay.
19     A. -- once in the citation and then once in the --
20     Q. Okay. So if I want to know everything that you
21  looked at for your expert reports and everything that --
22  that you intend to opine on, I would look at the List of
23  Documents Considered.
24     A. Correct.
25     Q. And how did you come up with that list?

Michael Joseph Sullivan, Ph.D.

Page 30

1    A.  So -- That infor- -- Well, that was -- that
2   list is all the information that I looked at.  And so --
3   And there -- And so everything that I -- I kept track of
4   everything that I looked at, and -- and that -- that's
5   how I compiled that list.
6    Q.  Okay.  So how did you decide what to look at?
7    A.  There were probably several sources of getting
8   documents.  One would be doing literature searches
9   myself of the published literature, and a document or
10   documents would come from that pub- -- that list.  And
11   then I would -- The ones that I felt were relevant to
12   exposure I would download and I would review, and if
13   they were -- if I -- once I read them, they get on my
14   considered list; and if I didn't use them, then I
15   don't -- do not reference them.  So that would be one
16   way of finding documents.
17    The other is there are some documents that
18   Monsanto -- of Monsanto studies, and those were provided
19   by counsel.
20    And then the third thing I did is -- is I would
21   o- -- sometimes look through the references -- the
22   reference list of a document that I was utilizing to see
23   if there were other references that I felt were relevant
24   that may not have come up in search.
25    So those were -- those would be the three ways that

Page 31

1   I assembled a list of considered documents in this case.
2    Q.  So the only thing Monsanto's lawyers gave you
3   were Monsanto studies?
4    A.  Generally they -- I bel- -- I -- I believe
5   that's the case.  There may have been a -- a case where
6   I couldn't find something that I wanted, and I may have
7   asked for it and see if they had it.  But mostly they
8   provided the Monsanto studies, which are listed
9   generally as Monsanto authorship in my li- -- in my
10   considered information.
11    Q.  Okay.
12    A.  And --
13    Q.  So --
14    A.  I'm sorry.  Then the deposi- -- Then obviously
15   the Hardeman fact sheet and his deposition, that had to
16   come obviously from counsel as well, so...
17    Q.  Okay.  So you were deposed in March of 2018
18   in -- in the Johnson matter; right?
19    A.  I was deposed in the Johnson matter.  I don't
20   remember the date.  So...
21    Q.  Okay.  It was March 5th, 2018.
22    A.  Okay.
23    Q.  Does that ring a bell?
24    A.  It -- It could be.  I have no reason --
25    Q.  Okay.

Page 32

1    A.  -- to suggest it's not.
2    Q.  Did you review that transcript in preparation
3   of your deposition today?
4    A.  I did not.
5    Q.  You were on the witness list for the Johnson
6   trial; isn't that right?
7    A.  I believe that's correct.
8    Q.  Did you change your opinion at all?  Any of the
9   methods that you were doing to calculate an exposure
10   equation, did you change that at all between the Johnson
11   deposition and today?
12    MR. DHINDSA:  Objection.
13    THE WITNESS:  No.  The methodology I've used is
14   exactly the same.
15    MS. WAGSTAFF:
16    Q.  Did you add any documents to the List of
17   Documents Considered -- Strike that.
18    Did you consider any additional information between
19   giving your deposition in March of '18 and today?
20    A.  The -- Yes, I -- I did.
21    Q.  What did you consider additionally?
22    A.  I wanted to spend more time reviewing the --
23   what's called the A- -- ADME literature, Absorption --
24   which is toxicological -- toxicology literature.  And so
25   I spent a little more time going through that portion of

Page 33

1   my opinion.  And so I -- so that's one area that I know
2   is -- has been -- that I spent more time on since the
3   Johnson -- my Johnson opinion.
4    Q.  Okay.  And when did you do that?
5    A.  I don't recall when I would have started.  It
6   would have been sometime prior to -- It would have been
7   obviously after the Johnson case but sometime prior to
8   today.  And I don't remember.  It may have been over
9   that period of time, but I don't recall the exact time I
10   would have started.
11    Q.  Do you intend to give any opinion on the
12   Agricultural Health Study?
13    MR. DHINDSA:  Objection.
14    MS. WAGSTAFF:  What -- What's the objection?
15    MR. DHINDSA:  It's a vague question.
16    MS. WAGSTAFF:
17    Q.  Do you intend to give a -- an expert opinion on
18   the Agri- -- Do you know what the Agricultural Health
19   Study is?
20    A.  Yes, ma'am, I do.
21    Q.  Do you intend to give an expert opinion on
22   that?
23    MR. DHINDSA:  Same objection.
24    THE WITNESS:  The -- That's an epidemiology study
25   which uses certain procedures to -- for exposure.  And I

9 (Pages 30 to 33)

Michael Joseph Sullivan, Ph.D.

Page 34

1  have -- And so to the extent that I am either asked or
2  others may comment on the use of those types of exposure
3  estimates that are used, for example, in the
4  Agricultural Health Study, I would -- I might -- I could
5  comment on that.  But I'm not commenting on the -- the
6  cau- -- the -- the other aspects of that study just from
7  the exposure standpoint.
8      MS. WAGSTAFF:
9      Q.  Well, aren't the other aspects of that study
10  important?
11      A.  I -- It's a very important study, but I'm --
12  I -- my scope is exposure.
13      Q.  Okay.
14      A.  And so I'm -- I'm focused on -- So when I look
15  at the Agricultural Health Study, I'm interested in the
16  exposure aspects of that study.  And so that's -- that's
17  why I would limit anything I -- if I was asked, limit
18  anything I might say to -- to the exposure aspects.
19      Q.  Okay.  Tell me how they collected exposure data
20  in that study.
21      A.  I believe -- You know what?  I can speculate.
22  It's been awhile since I've looked at it.  But if you
23  have the paper, it'd be easier.
24      Q.  I don't have it.  It's cited in your report,
25  though.  I don't have it.

Page 35

1      A.  I can give you a general guess, but I -- I --
2  it -- to -- to be exact in terms of how they do it --
3  because there are different -- different ways of
4  collecting data.  There are surv- -- There's
5  questionnaire and in-person interviews, and I don't
6  recall exactly if they use either or both of them.
7  And -- But the -- And so I'd have to look at the paper
8  to give you an exact deter- -- exact representation.
9      Q.  Okay.  Did they use imputation?
10      Did --
11      A.  I'm sorry.
12      Q.  -- they use imputation in the AHS study?
13      MR. DHINDSA:  Objection.
14      THE WITNESS:  I -- I don't know what that means.
15      MS. WAGSTAFF:  Okay.
16      Q.  You don't know what "imputation" means?
17      A.  I don't know what -- know what that means.
18      Q.  Okay.  So what are the limitations of the
19  Agricultural Health Study?
20      MR. DHINDSA:  Objection.
21      THE WITNESS:  I'm -- Well, I --
22      MR. DHINDSA:  Specifically I object to you asking
23  him questions about a study he doesn't have in front of
24  him.
25      MS. WAGSTAFF:  Okay.  I mean, it's cited in his

Page 36

1  expert report, so I assume he's --
2      Q.  I mean, if you tell me you're not going to give
3  any opinions on the AHS study, I won't ask you about it.
4  But it's cited in your report.  It's one of the
5  references cited; it's not just on the document list.
6      A.  Yes, I -- I understand.
7      Could you ask me the question again?
8      MS. WAGSTAFF:  Can you repeat the question?
9      (The question is read by the reporter as follows:
10  "Question:  So what are the limitations of the
11  Agricultural Health Study?")
12      MR. DHINDSA:  Okay.  Same objection.
13      THE WITNESS:  Your question uses the phrase
14  "limitations," and I -- what I said was I was -- I would
15  compare -- I would potentially do a comparison of the
16  methodologies of how ex- -- exposure or dose
17  categorization would have been done in an epi study.
18  And so I'm not commenting about whether it's a
19  limitation or not, ju- -- or -- or ju -- mostly just
20  comparing a procedure like I would use, which is a --
21  just a dose reconstruction based on actual activities
22  compared to what they do in ep- -- epi studies, which is
23  a different -- they use different procedures.
24      MS. WAGSTAFF:  Okay.
25      Q.  So did the scientists in the Agricultural

Page 37

1  Health Study use the same method of collecting exposure
2  data as you did?
3      MR. DHINDSA:  Objection.
4      THE WITNESS:  I -- I don't know.
5      MS. WAGSTAFF:  Okay.
6      THE WITNESS:  I -- I haven't reviewed it to that
7  level of detail nor do I have it in front of me.  So --
8      MS. WAGSTAFF:  Okay.
9      THE WITNESS:  -- when you ask -- That -- That --
10  Those are questions which are --
11      MS. WAGSTAFF:
12      Q.  Well, your -- your report is 12 -- Your -- The
13  meat of your report is 12 pages; right?
14      MR. DHINDSA:  Objection.
15      THE WITNESS:  That -- I don't know.  I don't --
16  didn't count the number of pages, but I can --
17      MS. WAGSTAFF:
18      Q.  Well, they're numbered --
19      A.  -- can look at it.
20      Q.  -- so it's pretty easy.
21      A.  So -- It looks like there's 13 pages of text.
22      Q.  Okay.  And you -- you wrote this report?
23      A.  Yes, ma'am, I did.
24      Q.  And the only epidemiology study that you cited
25  in here is the AHS study; is that correct?

Page 38

```
 1        A. Um...
 2        MR. DHINDSA:  Objection.
 3        THE WITNESS:  I'd have to go back and look at
 4   both -- look at my list to see if I cited another study.
 5   I had -- I did cite that study.  I don't --
 6        MS. WAGSTAFF:  Okay.
 7        THE WITNESS:  -- know if there are o- -- other epi
 8   studies in there.
 9        MS. WAGSTAFF:  Okay.
10        Q. So you just didn't feel that it was important
11   enough, when you prepared for today, to review the AHS.
12        MR. DHINDSA:  Objection.
13        THE WITNESS:  I re- -- As I indicated earlier, the
14   things I reviewed were my opinion and a few of the
15   studies that would be focused on exposure.
16        And the AHS, as I reference it in my opinion, would
17   be something that you could compare the exposures to,
18   but I did not -- I'm not offering it and a -- I'm not
19   here as an expert in epidemiology, nor am I opining on
20   the epi -- epidemiology studies, only what I -- I
21   reference it as an example.  In fact, I even use that --
22   I think I use that language as an example of a study
23   that could be -- co- -- u- -- utilized for -- for
24   comparing doses.
25        MS. WAGSTAFF:
```

Page 39

```
 1        Q. Do you have an opinion on how glyphosate moves
 2   through the body?
 3        MR. DHINDSA:  Objection; vague.
 4        THE WITNESS:  I have a section in my report which
 5   discusses the -- the aspects of what we call
 6   pharmacokinetics or toxicokinetics, depending on how you
 7   want to -- what word you want to use.  But, as I
 8   mentioned before, it -- it addresses the absorption,
 9   distribution, metabolism and elimination.  I have
10   outlined in my report my -- my review of that literature
11   and my opinions.
12        MS. WAGSTAFF:  Okay.
13        Q. Is it -- Is it your opinion that there's a
14   difference based on the route of exposure?
15        A. I -- When you say "difference on route of
16   exposure," I -- I -- that's a little vague.  I'm not --
17   difference in.
18        Q. What's a route of exposure?
19        A. A route of exposure generally is considered the
20   portal of entry into a living system, so...
21        Q. Okay.  So which routes of exposure did
22   Mr. Hardeman have?
23        A. Mr. Hardeman -- in his deposition he discusses
24   primarily feeling derm- -- having dermal contact with
25   glyphosate during spray activities.  So dermal contact
```

Page 40

```
 1   is -- is the num- -- is the main route of exposure.
 2        He could -- Because he re- -- he discusses in his
 3   deposition that he felt mist on his face sometimes but
 4   not all the time, it is therefore possible he had small
 5   inhalation dose.  And so those would be the two, based
 6   on his own description -- excuse me -- of his work -- of
 7   his spraying that I would consider relevant.
 8        Q. Okay.  So your exposure equation only
 9   contemplates dermal and -- and a minimal inhalation
10   exposure; is that right?
11        MR. DHINDSA:  Objection.
12        THE WITNESS:  As I've described in my opinion, I
13   considered all the routes of exposure to -- and -- and
14   in -- and to make sure that up front I didn't eliminate
15   anything.  And then as I reviewed the information that
16   Mr. Hardeman provided, it was clear that he had dermal
17   exposure.  That's what he discusses -- references --
18        MS. WAGSTAFF:
19        Q. I --
20        A. -- the most.
21        Q. You -- You're just repeating yourself, and I
22   understand, and I've read your report.  If you could
23   just answer my question.
24        A. All right.
25        MS. WAGSTAFF:  Can you --
```

Page 41

```
 1        THE WITNESS:  Sorry.
 2        MS. WAGSTAFF:  -- repeat my question.
 3        (The question is read by the reporter as follows:
 4        "Question:  So your exposure equation only
 5   contemplates dermal and minimal inhalation exposure; is
 6   that right?")
 7        MR. DHINDSA:  Objection.
 8        THE WITNESS:  I was try- -- I was trying to answer
 9   your question the best I can.
10        MR. DHINDSA:  Objection.
11        THE WITNESS:  I considered all the routes of
12   exposure.  And since inhalation exposure is very minor
13   and the way that I have addressed my dermal exposure is
14   to overestimate Mr. Hardeman's exposure, I'm very
15   confident that my expo- -- my dose that I calculated is
16   inclusive of any small inhalation exposure he may have
17   gotten.  So I don't -- There's not an equation for --
18   That's not -- It's not part of the equation because the
19   equation is -- his exposure is primary dermal.  But I
20   did include in- -- the inhalation -- I considered it --
21   to make sure that I -- that I was comfortable that my
22   calculations reflected his total exposure.
23        MS. WAGSTAFF:  All right.
24        Q. Your conclusion appears to be in paragraph 12
25   of your report; is that right?  Exhibit 2, if you go to
```

Michael Joseph Sullivan, Ph.D.

Page 42

1 paragraph 12. And what I'm specifically talking about
2 is -- You see paragraph 12? Are you with me?
3     A. I am on paragraph 12 --
4     Q. Okay.
5     A. -- of my opinion, yes.
6     Q. So the second paragraph of paragraph 12 starts
7 with "It is useful." Are you with me?
8     A. Yes.
9     Q. Okay. So the next sentence, "Hardeman's
10 absorbed dose is," that appears to be your ultimate
11 conclusion. Is that fair?
12     A. Oh, I see. "Hardeman's absorbed dose is" --
13 Yes. That's a -- That's a presentation of the
14 quantitative estimate of Mr. Hardeman's dose, which is a
15 result of my calculation. There are obviously other
16 things I've written in here, but for that particular end
17 point, yes.
18     Q. Okay. And so just so that I understand the
19 purpose and the scope of your opinion, would it be fair
20 to say that you -- you -- you have a exposure equation,
21 and you used information you found and that you
22 determined was relevant, and you put that information in
23 your exposure equation, and you came out with this
24 number in paragraph 12. And then you took that number,
25 which in this case was .00000046, and you took that

Page 43

1 number, and you compared it to the doses in the Solomon
2 paper.
3     MR. DHINDSA: Objection.
4     MS. WAGSTAFF:
5     Q. Isn't that what that sentence says?
6     MR. DHINDSA: Objection.
7     THE WITNESS: Yeah. You -- The -- The -- The
8 only reas- -- I -- You've -- You've described my process
9 in very summary fashion, and so I wouldn't want to agree
10 that that describes my entire process because it's more
11 complex than that.
12     But if you're asking about my conclusions, the 4 --
13 the -- the -- that number 00- -- .00000046 milligram per
14 kg-day is my calculated dose for Mr. Hardeman for all
15 his activities considering all routes of exposure. And
16 then in -- look at Section 13. It goes on to say that
17 that dose is likely an overestimate because of the way I
18 pu- -- put my calculations together.
19     MS. WAGSTAFF:
20     Q. I -- I understand that. And I understand that
21 you have -- your process is more complicated than that
22 sentence. But I'm saying when you distill down your --
23 your exposure equation, the whole purpose is to come up
24 with a exposure dose; right? And that -- that's what
25 you're doing.

Page 44

1     A. I would say that is an important a- --
2 conclusion of my -- my opinion. But my opinion is
3 broader than that because there are so many other
4 aspects of -- of -- of coming up with an exposure that
5 are relevant. That's why, for example, as we spoke
6 earlier, I -- I have a discussion of ADME in here
7 because that's an important input into that calculation.
8     Q. I understand that you have all of these moving
9 factors of why you chose to do your exposure equation a
10 certain way. And we will walk through those later.
11     A. Okay.
12     Q. Okay? But for -- for purposes of this
13 question --
14     A. All right.
15     Q. -- your conclusion comes up with a number.
16     A. That is correct.
17     Q. That is your ultimate conclusion, is -- And
18 then you support that number with all -- with your
19 equation.
20     MR. DHINDSA: Objection.
21     THE WITNESS: Yeah. When you use words like
22 "ultimate," it always -- always -- it -- it feels like
23 it's eliminating all the other things I've done. But
24 the purpo- -- But the calculation of dose is a central
25 component of my work.

Page 45

1     MS. WAGSTAFF: Yeah.
2     THE WITNESS: And -- And -- And so -- And that dose
3 is that the end result of that central component is
4 reflected in that number in paragraph 12.
5     MS. WAGSTAFF:
6     Q. Okay. And that -- Good. Now we're on the same
7 page.
8     And what you did was, you took that number, and you
9 compared it to the modeled absorbed doses presented in
10 the Solomon paper; right?
11     MR. DHINDSA: Objection.
12     THE WITNESS: Solomon has a variety of things in
13 his paper. Some of them are biomonitoring based doses;
14 some of them are passive dosimetry doses. And so I did
15 compare to what Solomon presents in his -- his paper.
16     MS. WAGSTAFF: Okay.
17     Q. So why don't you just read -- because maybe I'm
18 not understanding the English language. So why don't
19 you just read that sentence of what you -- how you used
20 the Solomon paper into the record, please.
21     A. You'd like me to read the second sentence --
22     Q. Yes.
23     A. -- of the first paragraph of Number 12?
24     Q. Mm-hmm.
25     A. "Hardeman's absorbed dose is 0.00000046 which

12 (Pages 42 to 45)

Michael Joseph Sullivan, Ph.D.

Page 46

1    is below the lowest end of the modeled absorbed doses
2    presented in Solomon, reference 17, of .000001 to
3    0.064 milligrams per kg-day."
4        Q.  Okay.  So you took your number that you got in
5    your exposure equation and you compared it to the
6    exposure absorbed doses presented in the Solomon paper;
7    correct?
8        A.  I presented it to -- yes, to what Solomon
9    presents in his paper.  That's correct.
10       Q.  Okay.  So the answer to my question is "yes"?
11       A.  Well, you -- I -- I want to make sure -- I
12   think -- I would say "yes," because I think he does
13   calculate absorbed doses.  So I mean --
14       Q.  I mean, that's what you're saying in the
15   sentence.
16       A.  I understand.  I'm just trying to make sure
17   that I'm ac-- -- being correct in my statement.  The word
18   "abs-" -- I just -- When I looked at the word
19   "absorbed," I just wanted to think through what I --
20   what he calculated because there's two parts.  And so I
21   think that's correct.  He did calculate absorbed doses
22   using two methodologies from other literature, and so I
23   did compare to that.
24       Q.  Okay.  And then the next sentence you say, "It
25   is also useful to compare Hardeman's calculated absorbed

Page 47

1    doses to other published glyphosate doses."
2        Do you see that?
3        A.  I do see that, yes.
4        Q.  What were your other published -- You don't
5    have any cites there.  So what were your other published
6    glyphosate doses that you compared it to?
7        A.  That would be the rest of that paragraph.  And
8    so I cite some things that Solomon has in Figure 3 of
9    his paper, which include some regulatory doses of --
10   called the reference dose or acceptable daily intake.
11       Also Solomon, in his paper, lists the range of
12   animal toxicology study doses, and I -- I compared that
13   as well based on what Hardeman had in that figure.
14       Q.  Okay.  So it's fair to say that -- that the
15   other published glyphosate doses are -- are within the
16   Solomon paper.
17       A.  That's correct.
18       Q.  Okay.  So -- And in the next paragraph, you
19   talk about the Agricultural Health Study, and we've
20   discussed that a little bit.  We may come back to that
21   later.
22       But it's fair to say that -- that that number that
23   you created in your exposure calculator that we
24   discussed, the 00000046, you compared it to the numbers
25   in the Solomon paper, and you compared it to the

Page 48

1    Agricultural Health Study.
2        A.  Well, if I could read what I wrote here, "The
3    dose in this opinion can also be compared to cohorts
4    studied in epidemiological studies of herbicide
5    applicators.  An example of such would be the
6    Agricultural Health Study."
7        So I'm just showing how my dose could be used.
8    And -- And --
9        Q.  But you didn't do that.
10       A.  -- so this -- That's just an example.
11       Q.  Okay.  You said that it can be compared to
12   cohort studies and epidemiology studies of herbicide
13   applicators.  But did you do that?
14       A.  I --
15       Q.  Did you do that step?
16       A.  I did not.
17       Q.  Okay.  You did not.
18       A.  Wait.  Let me -- I want to make sure.
19       There are -- It's possible that within the Solomon
20   paper where he is pulling doses from numerous other
21   studies, there could be some individuals in those
22   studies that are in, for example, the Agricultural
23   Health Study.  And so since I compared to Solomon, I
24   don't want to say there's no comparison to any person
25   who's been in a epi study.

Page 49

1        Q.  That's fair.
2        A.  I personally didn't pick an epi study up and do
3    that comparison, but it is possible that in the
4    Solomon -- in the range of Solomon's paper, there are
5    some epi individuals.  I don't know.  Sitting here today
6    I'm not sure.
7        Q.  Okay.  So the only thing you did was compare it
8    to the Solomon paper.
9        A.  That's correct.
10       Q.  Okay.
11       And if you look at the beginning of paragraph 12,
12   you say, "Compare the calculated absorbed dose of
13   glyphosate for Hardeman to other published applicator
14   doses and other relevant toxicological criteria."
15       Do you see that?  That's your header for
16   paragraph --
17       A.  Oh.
18       Q.  -- 12?
19       A.  That's the title for Section 12, yes.
20       Q.  Okay.  That fits within the -- the discussion
21   we just had.  The only thing, just to sort of drive this
22   home -- The only thing you actually compared your dose
23   calculation to was the Solomon paper.  And that header
24   doesn't change anything?
25       MR. DHINDSA:  Objection.

13 (Pages 46 to 49)

Michael Joseph Sullivan, Ph.D.

Page 50

1    THE WITNESS:  I believe all of the comparisons I
2  made were the comparisons that up to -- were comparisons
3  that are up to criteria presented in the Solomon paper.
4    MS. WAGSTAFF:  Okay.
5    THE WITNESS:  So that's correct.
6    MS. WAGSTAFF:
7    Q.  Let's turn to page 10 of your report.
8  I want to take a little bit about how you reached
9  your exposure calculation for Mr. Hardeman.  Okay?
10    A.  Okay.
11    Q.  On Number 10, you said that you utilized "an
12  exposure equation consistent with regulatory guidelines
13  and best practices."  Do you see that?
14    A.  Yes, I --
15    Q.  Okay.
16    A.  -- do see that.
17    Q.  Can you tell me which regulatory guidelines
18  your exposure equation is consistent with?
19    A.  You could -- Yes, I can.
20    The federal level, you could look at publications
21  and guidance from the United States Environmental
22  Protection Agency.  And they have a series of documents
23  that are related to this risk assessment work that is to
24  be performed according to their procedures.  It started
25  out related to Superfund risk assessment guidelines

Page 51

1  but -- but is now generally applied across the board.
2    And so there are federal guidelines that discuss
3  the various routes, as we talked about
4  earlier:  inhalation equations, dermal equations,
5  ingestion equations.  And the state of California, also
6  Cal-- published by CalEPA, also has guidance which
7  would describe how they would do -- how an a -- dermal
8  exposure equation would be done.  So my -- my equation
9  is consistent with those two, so those two.
10    Q.  Okay.  Can you pull the -- your list of
11  documents cited and actually show me the regulations --
12    A.  Certainly.
13    Q.  -- please.
14    A.  That looks like that's going to be Exhibit 5.
15  I would point you to References 57, 58, 59 if
16  you're asking about the equation.  And the California
17  EPLay -- EPA Preliminary Endangerment Assessment
18  Guidance Manual, the USEPA Risk Assessment Guidance for
19  Superfund, Volume I and -- Part A, and then Part E,
20  which is Guidance for Dermal Risk Assessment.
21    Q.  Okay.  So I have 57, 58, 59 and then...
22    A.  Those three, when you talk about the equation,
23  which is I --
24    Q.  Okay.
25    A.  -- what I believe you asked --

Page 52

1    Q.  Mm-hmm.
2    A.  -- would be the ones I would refer you to.
3    Q.  Okay.  I was -- If there -- If -- If -- I don't
4  want to narrow my question.
5    On paragraph 10, you -- you cite that your equation
6  is consistent with regulatory guidelines, so I just
7  wanted to -- to know which guidelines you're -- you're
8  referring to when you say it's 5-- your 57, 58 and 59.
9    A.  Right.  And I'm looking now at b.  Let me check
10  and see if -- It looks like I also list 48.  I want to
11  make sure I don't miss something.
12    Ah.  Okay.  Then also Number 48.  I'm looking now
13  at Section 10, paragraph b., which cites -- there's
14  four:  the three I just gave you and also 48.  I -- I
15  did -- I should have looked further up my list of
16  references.
17    Q.  Okay.  I think this is -- We'll mark this as
18  Exhibit 10.
19    (Exhibit 10 identified.)
20    MS. WAGSTAFF:
21    Q.  I think that is what you have marked as 48.
22    MR. DHINDSA:  Do you have a copy?
23    MS. WAGSTAFF:  Yeah.  Let me make sure I have a
24  copy.
25    Q.  Just show me where it -- it -- where in there

Page 53

1  it gives you your -- it talks about equations.
2    This is Number 57.  We'll mark this as 11.
3    (Exhibit 11 identified.)
4    MS. WAGSTAFF:  And I -- We can go off the record if
5  you need to find out where it talks about...
6    Don't go off yet.
7    THE WITNESS:  Well, I -- I don't see the -- and
8  a -- the exact full equation provided in this report,
9  but this does talk about the various parameters that
10  would be considered in thi-- in -- in that equation.
11    And so in this case, I would have been looking at
12  this guidance to make sure that the equation that I was
13  using would be consistent with the par-- the input
14  parameters that -- that would be -- that would be
15  included in an equation.
16    MS. WAGSTAFF:  Okay.
17    Q.  So this number -- Reference Number 48 does not
18  include anything about equations; is that right?
19    A.  No.
20    MR. DHINDSA:  Objection.
21    THE WITNESS:  What I just said was that this
22  equation actually do-- this par-- paper does because
23  it talks about the parameters that would be included in
24  a -- a -- a valuation of dermal exposure.  And -- And so
25  looking -- This would -- This was important for me to

Michael Joseph Sullivan, Ph.D.

Page 54

1  look at because I want -- I would want to see the
2  aspects of dermal exposure that the Cal- -- California
3  EPA would consider important and -- that would be
4  put into an equation. So while --
5      MS. WAGSTAFF: Okay.
6      THE WITNESS: -- the --
7      MS. WAGSTAFF:
8      Q. It doesn't talk about equations. It --
9      A. Well, it does talk about the parameters that go
10  into an equation. It's -- This is for use by risk
11  assessors and exposure experts like myself. And so this
12  is an important -- This does, to me, relate exactly to
13  the equation because it talks about what's important to
14  be in the equation.
15      Q. Okay. So this was really important to you
16  in -- in creating your equation?
17      A. It was one of the documents I used to
18  understand -- make sure that I was using equations
19  consistent with various regulatory guidelines.
20      Q. Okay. And then let's talk about Exhibit 11,
21  which --
22      A. Is this going to being marked?
23      THE REPORTER: (Indicating.)
24      MS. WAGSTAFF: Okay.
25      Q. -- which --

Page 55

1      A. I'm sorry.
2      Q. -- is Reference Number 57.
3      And you can tell me how you used --
4      A. Sure.
5      Q. -- this document.
6      A. Got messed up here.
7      This is a...
8      Q. Show me where it talks about equations about
9  dermal exposure --
10      A. Certainly.
11      Q. -- that you think are relevant to this case.
12      A. (Reviews document.)
13      There are a lot of pages here, so I'll -- I'll just
14  try and flip through to see if --
15      Q. No, no. Take your time. I want to know
16  exactly what part of that exhibit you think is relevant
17  to Mr. Hardeman's case.
18      A. That's a much broader question than you first
19  asked, and that's a different question because there's a
20  lot of things in here which are relevant to how exposure
21  equations are put together.
22      For example, the development on page 9 of a
23  conceptual site model is -- is a -- you start the
24  process with an understanding of how exposure might
25  occur before you even start developing an equation. And

Page 56

1  an example would be on page 11. So -- And that's
2  something that I do as well. I -- I -- I put together a
3  conceptual site model for a site to help -- help guide
4  me in pulling together an ex- -- an exposure equation.
5  So that -- your second question is far broader than the
6  first question of -- of just an e- -- just an equation.
7      Q. Okay. Well, then let me -- let me make it --
8      A. Which -- Which one should I...
9      Q. -- get -- go for the more narrow one.
10      Show me where --
11      A. Okay.
12      Q. -- it gives an equation about dermal exposure.
13      A. If you look at page 56, there is a generic
14  exposure equation for contact -- it's actually pages 56
15  and 57. There are generic exposure equations for
16  contacts to soil. And so you would -- These parameters
17  are not exactly the same as for Mr. Hardeman because
18  you -- as a risk assessor I would take the generic
19  equation and apply it to the specifics of the case.
20      Mr. Hardeman was exposed to a liquid, not a solid.
21  But the concept, for example, of how much solid might
22  get on the skin is exactly the same concept as to how
23  much liquid could get onto the skin. And so what I
24  would do is, I would apply these -- apply an equation in
25  a way that is -- is correct for the situation that I'm

Page 57

1  evaluating. In this case it would be dermal exposure to
2  a liquid.
3      Q. Okay. So page 56 of -- of your reference cited
4  number 57; is that correct?
5      A. For the equation, I would ci- -- I would say 56
6  and 57 --
7      Q. Okay.
8      A. -- are both equations that include dermal
9  aspects of exposure.
10      Q. Okay. But not to pesticide exposure; correct?
11      A. This is generic guidance that is applicable to
12  regar- -- to whatever the exposure is. If it's a -- It
13  doesn't have to be -- It's not -- It's not -- It's
14  generic for all -- all types of exposure. The
15  anticipation would be that a person would apply this in
16  a -- in a specific way to the eval- -- to the situation
17  being evaluated.
18      Q. Okay. So other than your expert report --
19  Well, let's just turn to your exposure equation real
20  quick. It's Exhibit 7.
21      This is your exposure equation; right?
22      A. I'm just about to get there. Okay.
23      Exhibits -- What you have given me as Exhibit 7,
24  I'm assuming what -- what you've done is indeed copied
25  what I put in my -- my opinion. So this looks like the

Michael Joseph Sullivan, Ph.D.

Page 58

1 table that I -- I would have provided for Mr. Hardeman.
2     Q.  Okay.  Well, look at it, because I don't want
3 you to think I messed with it.
4     Is that your exposure equation?
5     A.  I say it looks like it.  I would have -- You
6 know, it -- I'm assuming that what you're giving me is
7 my report.  I -- I don't have -- I did not bring a copy
8 of -- my own copy of the report, but it -- it loo- -- I
9 said it looks like it.
10     I -- I -- I don't know how you want me to -- How am
11 I supposed to confirm something that I don't have in
12 front of me that's my own that -- when you're providing
13 a copy?  So I -- I'm agreeing with you; it looks like
14 it.  But are you asking me to --
15     Q.  I'm asking you if this is --
16     A.  If this --
17     Q.  -- your exposure --
18     A.  If this is --
19     Q.  -- equation.  If you can't tell me, then --
20     A.  No.
21     Q.  -- that's fine.
22     A.  You're asking me --
23     Q.  I'll move on.
24     A.  -- if this is from my report.
25     Q.  Okay.  Is that your exposure --

Page 59

1     A.  It --
2     Q.  -- equation?
3     A.  It looks like it.
4     Q.  Okay.
5     A.  I've ask- -- answered that.
6     Q.  Okay.  So you decided to -- to determine the
7 average daily dose; is that right --
8     A.  The --
9     Q.  As the primary exposure metric.
10     A.  There are two metrics in here.  One of them is
11 the average daily dose, which is a very typical exposure
12 metric for exposures that happen over a long period of
13 time.  And there's also a single-day exposure that I
14 calculate in case somebody wanted to compare to other
15 single-day exposures.
16     Q.  Okay.  And what -- And that's what you call the
17 "Largest Single Day exposure"?
18     A.  That's correct, because we don't know if a
19 exposure during mixing happened on a day when exposure
20 to drift occurred.  There's no -- There's no --
21 Mr. Hardeman provided no details about that.  He just
22 talks about sometimes he felt drift, and sometimes he
23 got it on his hand.  And that's as much detail as he
24 provided.
25     So to be conservative, I provided this value

Page 60

1 assuming that he had both exposures on the same day.
2 That's why I call it the largest dose because I would
3 be -- that would be -- that would be the worst case,
4 both -- both of them happening at one -- in the same
5 time.
6     Q.  So did you have all the information you needed
7 to complete this equation?
8     A.  I'm not sure.  I don't understand the question.
9     Q.  Well, a couple different times you've said
10 Mr. Hardeman didn't provide certain amounts of
11 information or you don't know certain amounts of
12 information.  Did you have all the information you need
13 to complete this equation?
14     A.  Yes.
15     Q.  So it's okay to sort of guess or do
16 assumptions?
17     MR. DHINDSA:  Objection.
18     THE WITNESS:  Well, it's not a guess.  I'm basing
19 my -- this equation on -- This -- First of all, this
20 equation comes out of the regula- -- is consistent with
21 what's in the regulatory literature.  And I have been
22 developing exposure assessments for a long time.  So
23 this is an area I'm very experienced in.
24     When Mr. Hardeman says something, I look -- I try
25 and take that at face value and put that into the

Page 61

1 equation in a way that makes sense.
2     For example, he -- he -- and -- and he -- and so --
3 so yes.  I'm com- -- I'm comfortable with all these
4 values.  And not only that, I'm comfortable that these
5 values overestimate his exposure, because when there's
6 any confusion in the -- in the de- -- in his deposition,
7 I take the larger number.
8     MS. WAGSTAFF:  Okay.
9     Q.  So we'll talk about the largest single-day
10 exposure in a minute.
11     How -- So -- So your main primary exposure
12 metric -- or one of your two main primary exposure
13 metrics is the average daily dose; right?
14     A.  The -- I present the average daily dose.  I
15 believe that's a good -- That's a reason- -- That's an
16 important estimate of his expo- -- excuse me -- (clears
17 throat) -- of his exposure.
18     Q.  Okay.  How is the average daily dose reflective
19 of a cancer risk?
20     MR. DHINDSA:  Objection.
21     THE WITNESS:  Now you're asking me to do something
22 in the realm of causation and risk calculations which
23 are outside the scope of my work.
24     MS. WAGSTAFF:  Okay.
25     Q.  And I presume that's the same answer -- Well,

16 (Pages 58 to 61)

Michael Joseph Sullivan, Ph.D.

Page 62

1    I'll just ask the question:  How is the largest
2    single-day exposure that you calculate reflective of
3    cancer risk?
4         MR. DHINDSA:  Objection.
5         MS. WAGSTAFF:
6         Q.  Same answer?
7         MR. DHINDSA:  Objection.
8         THE WITNESS:  Same answer.  You're -- You're asking
9    a causation question, which is outside the -- the scope
10   of we've -- we've defined for my opinion.
11        MS. WAGSTAFF:  Okay.
12        Q.  And so when we're looking at this chart --
13   You created this chart; correct?
14        A.  Yes.
15        Q.  Okay.  It looks like your average daily dose --
16   I -- If you -- I just want to make sure I understand
17   it, the chart itself, just the -- the actual function of
18   it.  That looks like the equation at the top?
19        A.  The equation is presented --
20        Q.  Starts with --
21        A.  -- presented above the parameters.
22        Q.  Okay.
23        A.  That's correct.
24        Q.  Okay.  So let's just focus right now on the --
25   the top -- okay? -- the actual equation.  We'll -- We'll

Page 63

1    talk about the parameters in a minute.  Okay?
2         A.  Okay.
3         Q.  Are you following me?
4         A.  I am following you, yes, ma'am.
5         Q.  "ABS" is the absor- -- you describe the is the
6    "absorption factor of glyphosate through the skin."
7         In your equation, it is indicated as having the
8    unit "%."  Is that correct?
9         A.  (No response.)
10        Q.  Or is that a --
11        A.  I --
12        Q.  -- typo?
13        A.  I didn't put the percent in the equation.  I
14   just using that to be a -- just to show the -- I don't
15   know what I -- what I'm trying to say.
16        I used .02, which is 2 percent.  And I ref- --
17   And -- And so I -- It's -- It's not -- .02 is not an
18   exact percent --
19        Q.  I'm not talking --
20        A.  -- as --
21        Q.  -- about --
22        A.  -- as -- as --
23        Q.  Keep -- Just keep up top of the --
24        A.  Okay.
25        Q.  -- equation.

Page 64

1         Remember, I started this question by saying let's
2    talk about your actual equation; right?  Because the
3    bottom part is just how you fill in that equation; isn't
4    that correct?
5         A.  Correct.
6         Q.  Okay.  So let's just stay up top and talk about
7    your actual equation.  Okay?
8         A.  Let's do that.
9         Q.  Okay.  So the ABS is listed as a "%"; right?
10        A.  Correct.
11        Q.  Okay.  Is that correct?
12        A.  It's -- It's correct in that equa- -- in that
13   top equation because it's a way to be descriptive of
14   what I've done.
15        Q.  Okay.
16        MR. DHINDSA:  Is this a good time for a break or
17   whenever is appropriate?
18        THE WITNESS:  How long have we gone?
19        MS. WAGSTAFF:  Maybe just a few more minutes.
20        MR. DHINDSA:  Sure.
21        MS. WAGSTAFF:
22        Q.  So now when you go down to the ABS in the
23   parameters -- and you started to talk about this -- that
24   is a proportion?  Or is that a percentage?  The .02.
25        A.  .02 is rep- -- is numerical representation of

Page 65

1    2 percent.
2         Q.  So the calculation doesn't really work if it's
3    a percentage.  Or does it?
4         MR. DHINDSA:  Objection.
5         THE WITNESS:  The calculations work just fine.  The
6    values that I -- that -- what I -- You've -- You've
7    asked me to start at the top, and that's --
8         MS. WAGSTAFF:  Mm-hmm.
9         THE WITNESS:  -- a descriptive -- that's a
10   descriptive ex- -- explanation of my equation so someone
11   would know what I'm putting in there.
12        And so then what I put in the val- -- bottom in the
13   table and in the actual calculation would have been .02.
14   I could have put in 2 divided by 100, but that's --
15   it -- it's not necessary.  So I wanted to show that .02
16   is 2 percent.  And that's based on -- That's the value
17   for the ABS up -- up top.
18        MS. WAGSTAFF:  Okay.
19        Q.  But you did it differently when you're talking
20   about "D-adj"; right?  When you're talking about "D-adj"
21   up top, you did "%"; right?  And then you have a percent
22   down below.
23        A.  In that case, it looks like I have a percent
24   down below.  Whether that -- I'd have to look and see
25   how -- Yes.  That's correct.  That's correct.

Michael Joseph Sullivan, Ph.D.

Page 66

1      Q. So you did it differently.
2      MR. DHINDSA: Objection.
3      THE WITNESS: I put a different nu- -- I -- I
4  presented percentage differently in those two lines,
5  yes, ma'am.
6      MS. WAGSTAFF: Okay.
7      Do you have like ten more minutes in you, or do you
8  want to take a break?
9      THE WITNESS: I -- Are we -- Are we -- We're going
10 to come back to this?
11     MS. WAGSTAFF: Mm-hmm.
12     THE WITNESS: Okay. That -- Probably a good time
13 just to stand up and stretch just a --
14     MS. WAGSTAFF: Okay.
15     THE WITNESS: -- couple minutes --
16     MS. WAGSTAFF: Yeah.
17     THE WITNESS: -- if that's okay.
18     MS. WAGSTAFF: Mm-hmm.
19     THE WITNESS: All right. Thank you.
20     THE VIDEOGRAPHER: Going off the record?
21     MS. WAGSTAFF: Yeah.
22     THE VIDEOGRAPHER: Going off the record. The time
23 is 2:29 p.m.
24     (A recess is taken.)
25     THE VIDEOGRAPHER: We have concluded Media

Page 67

1  Number 1. This marks the beginning of Media Number 2.
2  The time on the monitor is 2:41 p.m.
3      MS. WAGSTAFF:
4      Q. Dr. Sullivan, looking at Ex- -- Exhibit 7,
5  which is your exposure equation -- and we've talked
6  about how the top of that chart is the actual equation;
7  correct?
8      A. It represents the equation I used, yes.
9      Q. Okay. Will I find that equation as written
10 anywhere in peer-reviewed literature?
11     A. I -- Exactly as written on that page, I don't
12 know how to answer that because peer-reviewed literature
13 is -- is huge. And so I -- I -- I -- I wouldn't want to
14 suppose you would or would not.
15     However, as we've already identified in regulatory
16 guidance, you would find a dermal exposure equation.
17 And what is meant -- what -- what at-risk assessors and
18 exposure experts do is they apply those basic equations
19 to the specific situation.
20     Q. Okay. Strike as nonresponsive.
21     I'm asking you if I would find that exact equation
22 anywhere in peer-reviewed literature. And my
23 understanding is that your response is you don't know.
24     MR. DHINDSA: Objection.
25     THE WITNESS: If you're asking me anywhere in the

Page 68

1  peer-reviewed literature, there's no possible way I
2  could know what's in the entire peer-reviewed
3  literature.
4      MS. WAGSTAFF: Okay.
5      THE WITNESS: So the answer is "no."
6      MS. WAGSTAFF:
7      Q. Have you looked for that equation anywhere in
8  the peer-reviewed literature?
9      A. It wouldn't be necessary to do that because, as
10 I've explained, I utilize a procedure which is based on
11 standard regulatory and risk assessment and exposure
12 assessment practices.
13     Q. So the answer is "no." You haven't looked for
14 that equation in peer-reviewed literature.
15     A. I did not because there's no reason to.
16     Q. Okay. So the answer is "no."
17     A. I think I answered it.
18     Q. Okay.
19     A. There's no reason to. I -- I have not looked.
20     Q. Okay. Did you create this equation?
21     A. If -- If you're saying did I create -- I -- I
22 typed this equation into the Excel spreadsheet. I -- I
23 developed this equation based on standard regulatory
24 guidance and other -- and reg- -- and -- and
25 descriptions of re- -- of dermal exposure dose

Page 69

1  calculations. So, yes, I put this together to reflect
2  what's actu- -- what actually happened -- what
3  Mr. Hardeman actually did.
4      Q. Prior to being retained in the Roundup
5  litigation, have you ever utilized this equation before,
6  this specific equation before?
7      A. When you -- So when you say "specific," I've
8  used dermal exposure equations like this thousands of
9  times in my career. Did I use this exact one? I'm --
10 I'm thinking about an exposure of dermal -- dermal
11 exposure to liquid. And I would probably say "yes"
12 because I've done exposure to -- of individuals taking
13 showers and baths and swimming in contaminated water.
14 And so the -- the very same type of parameters would be
15 in those equations.
16     Q. So your answer is "yes." Prior to being
17 retained in this litigation, you have used this exact
18 equation before.
19     MR. DHINDSA: That's actually asked and answered.
20     THE WITNESS: It's the word "exact" which worries
21 me because, you know, did I -- did I have -- you know,
22 did I call it exactly the same parameters? I -- I don't
23 recall. Did I use the same parameters of dermal uptake
24 percentage and time and body weight and average of time?
25 Yes. Those are standard. And so I would -- This --

18 (Pages 66 to 69)

Michael Joseph Sullivan, Ph.D.

Page 70

1 This is a standard equation which I would -- which I've
2 used in this case and I've used throughout my entire
3 career.
4 MS. WAGSTAFF:
5 Q. But this --
6 A. There's nothing --
7 Q. -- this is --
8 A. -- unique --
9 Q. -- this is --
10 A. -- about this equation that's different from
11 the -- There's nothing new or unique about this
12 equation. It's specific -- It's an application of a
13 standard process to Mr. Hardeman.
14 Q. Okay. But there -- you've -- But this exact
15 equation is nowhere in the peer-reviewed literature that
16 you -- you haven't looked for it. But I'll represent to
17 you that it's not in the peer-reviewed literature.
18 That wouldn't surprise you; would it?
19 MR. DHINDSA: Objection.
20 THE WITNESS: I'd never -- You can't -- Nobody can
21 look at the entire peer-reviewed literature to answer
22 that question, so...
23 MS. WAGSTAFF: Okay.
24 Q. So you keep saying this is a standard equation,
25 but in fact it's not. You created this equation for

Page 71

1 this litigation.
2 A. I --
3 MR. DHINDSA: Objection.
4 THE WITNESS: That -- That's a -- That's not e- --
5 what I have said. What I've said is that I went to --
6 I've utilized a standard procedure for dermal exposure
7 to chemicals. And have I pointed out one in the
8 Preliminary Endangerment Assessment. And then what is
9 done is that that equation is then applied to the
10 specifics of the case, of the -- of the person I'm
11 looking at exposure.
12 And so I -- This is no different -- This equation
13 is no different than what's in the PEA. This just has
14 the Ha- -- specific components for Mr. Hardeman.
15 It's not --
16 Q. Okay.
17 A. -- some- -- It's not something I made up. It's
18 something that is -- is a application of a standard
19 practice.
20 Q. Okay. I think I have your opinion on that.
21 So I would ask that the e- -- the exposure equation
22 used -- ex- -- exposure equations that you have used in
23 the past that you said are -- are like this one, I would
24 like to see those equations. You can give them to your
25 attorney, and then they can give them to me.

Page 72

1 A. I --
2 MR. DHINDSA: Objection.
3 THE WITNESS: -- don't have --
4 MS. WAGSTAFF:
5 Q. I request those.
6 You don't have any?
7 A. I'm not a -- I -- You made a request. I...
8 Q. Do you have any?
9 A. I -- Do I have any of those equations?
10 Probably not.
11 Q. Okay. You said -- You testified you've done
12 thousands of exposure equations --
13 A. Sure.
14 Q. -- right?
15 A. I have done -- Yes.
16 Q. And you don't have any of the one- -- any
17 exposure equations that you've used in the past that
18 relate to liquid.
19 A. I -- I explained to you that I probably had
20 done with liquid in -- in contaminated water, either
21 swimming -- my recollections are swimming, showering and
22 bathing. But those would have been at -- earlier in my
23 career. I wouldn't have those reports anymore. I --
24 I -- I'm no longer -- I -- Now -- My work now is full
25 time as -- as a professor, and I don't keep all those

Page 73

1 old reports from -- from years ago.
2 Q. So have you ever done an exposure equation for
3 pesticides?
4 A. Yes.
5 Q. Okay. So those pesticides would have been
6 liquid; correct?
7 A. It depends on the scenario. Sometimes they can
8 be in soil. Sometimes they could be liquid. Sometimes
9 they can be powder. It would depend on the scenario
10 that you're -- you were doing. But in each of those
11 scenarios, I would use the same equation, and then I
12 would tailor that equation to the specifics.
13 So if it was powder, I would do based on a -- a
14 solid. If it was in soil, I would use a soil-based type
15 of equation.
16 Q. So do you have any of your exposure equations
17 for pesticides that I could have?
18 A. Those would have been from years ago, and I
19 don't have those reports anymore.
20 Q. Okay. So you don't have any of your pesticide
21 exposure equations, and you don't have any exposure
22 equations you've done that relate to liquid -- any
23 liquids; is that correct?
24 A. Not that I'm sitting here today recall because
25 those would have been done years ago. And -- And

Michael Joseph Sullivan, Ph.D.

Page 74

1  there's no reason to keep them because they're based
2  on -- this is all based on standard procedures.
3       Q. So looking at your exposure equation, is the
4  idea that you -- one, two, three. Three columns over to
5  the right it says "Typical Spraying Activities -
6  Guala-" -- "Gualala," "Gualala." That's the first
7  property Mr. Hardeman lived in; correct?
8       A. That's what that represents, yes, ma'am.
9       Q. And then the second one is his spraying
10  activities at the 56-acre Forestville property; correct?
11      A. That's correct.
12      Q. Is the idea that if you multiply going down,
13  you would get the average daily dose? Or how do you get
14  the average daily dose from those numbers?
15      A. In -- In general, if you would apply these
16  numbers in the way that the equation at top
17  represents -- although I didn't -- that is just a -- a
18  typing of the equation. Embedded in the spreadsheet is
19  the same equation as an Excel calculation. But you --
20  It's not a simple multiplication because, as you can see
21  at the top of page, there's bo- -- there's a
22  multiplication of various parameters, a division and
23  then multiplication of several parameters in the
24  denominator.
25      So that -- The equation at the top represents the

Page 75

1  type of calculation that was done, which is more complex
2  than a simple multiplication.
3       Q. And you've checked these numbers. And
4  obviously before submitting them to your -- to Monsanto
5  and tendering them in a federal litigation, you've
6  checked them, and they're -- they're accurate?
7       A. I believe these numbers are accurate, yes.
8       Q. Okay. Which parameter has the biggest effect
9  on the results, if any?
10      A. How would you -- I'm not sure what you mean by
11  "biggest effect."
12      Q. Like which one can swing the -- the average
13  daily dose the most?
14      MR. DHINDSA: Objection.
15      THE WITNESS: They all are important. And if
16  you're talking about a change, if you change any -- if
17  you double any parameter, any of these, you would result
18  in a doubling of the calculated dose. So they all --
19  Because it's a mathematical equation, if you would
20  change any of these, that change, regardless of which
21  parameter you change to the same amount, would have
22  the -- mathematically the same effect on the result.
23      MS. WAGSTAFF: Okay.
24      Q. So let's look at the "D-adj."
25      A. Okay.

Page 76

1       Q. That is the -- Does that mean dose --
2  What's "adj" mean?
3       A. "Adjusted."
4       Q. "Dose adjusted." "Percentage of exposure days
5  when exposure occurred."
6       So does that mean that on some days when
7  Mr. Hardeman sprayed, you do not think he encountered
8  any exposure?
9       A. According to Mr. Hardeman's own description of
10  his spraying, he felt that he only was exposed a small
11  number of days when he sprayed. And so I took those
12  number of days and doubled them, approximately, into
13  this calculation to make sure that I overestimated the
14  exposure that he would have attributed himself to his
15  own activities.
16      Q. So yes, that means there -- in your calculation
17  you have -- I'm not asking you why. I'm asking you if
18  this is what it means and if I understand it.
19      So what this does is, this says that there is a
20  percentage of days.
21      What is the 5 percent? Does that mean 5 percent of
22  the time he was exposed?
23      A. (No response.)
24      Q. 5 percent of the spraying days he was exposed?
25  Or what does -- how does -- what does that 5 percent

Page 77

1  represent?
2       A. I co- -- I would -- I would like to explain it.
3  Can I go to my --
4       Q. Yeah.
5       A. Okay. Because I do describe this in my
6  opinion.
7       Q. Mm-hmm.
8       A. And I'm going to read from pa- -- on page 11 --
9       Q. Mm-hmm.
10      A. -- Section 10.c., Roman numeral --
11  da-da-da-da-da -- where did I put that? Roman
12  numeral viii on page 11.
13      Q. Mm-hmm.
14      A. In Mist- -- In his deposition, Mr. Hardeman
15  reports up to -- actually he says less -- like a -- a
16  number below 10 -- up to 10 days he feels he was
17  exposed. He doesn't specify if those exposures were
18  from -- where -- how those exposures occurred. And so I
19  assigned to him the largest number that he provided,
20  which was 10. The -- So I -- I said 10 -- let's use 10
21  spillage days, which is during mixing, and 10 drift
22  exposure days, which is during spraying. And then I
23  bumped those up to 5 percent, which is essentially 19 --
24  almost 20 -- 19 days of exposure for each type. So
25  while he cited about 10 days of exposure, I -- I doubled

20 (Pages 74 to 77)

Michael Joseph Sullivan, Ph.D.

Page 78

1  that essentially in my calculations. But it's based on
2  my reading of his -- of his own deposition.
3      Q. So in his deposition, he testified that he
4  received exposure on his hands -- right? -- when he was
5  mixing?
6      A. He says that did occur sometimes when he was
7  mi- -- when he was mixing. Yes, that's correct.
8      Q. And then he testified that he sometimes
9  could -- could -- he remembers getting inhalation
10  exposure; right?
11      A. I believe he said that he felt drift on his --
12  on his face. I -- I don't know exactly that's what he
13  said, but he recalls being exposed to drift. I -- If we
14  want to be specific, we should probably pull out his
15  deposition.
16      Q. I'm just wondering what you base these on. I
17  mean, if you -- yeah. If you -- it's not in your
18  report, you don't remember, then I guess that's your
19  opinion. But I don't have his deposition on me.
20      A. Okay. I'll -- I did explain --
21      Q. So --
22      A. -- it. I can explain --
23      Q. No. I un- -- I understood you.
24      A. Okay.
25      Q. And so is it your opinion that 95 percent of

Page 79

1  the time that he sprayed he had no exposure to Roundup
2  or glyphosate?
3      A. Based on what he said, I have -- he said
4  actually less than that. But I -- I bu- -- doubled the
5  exposures that he specified, and so that would calculate
6  out to about -- it's -- if you take 100 and subtract
7  5 percent, that would be 95 percent, yes.
8      Q. So do you think he knows every time he has
9  exposure?
10      A. I would assume he knows when he spills it on
11  his hand, yes.
12      Q. Okay.
13      A. And I would assume he knows when he feels
14  drift.
15      Q. Okay.
16      A. And so I've taken Mr. Hardeman at face value,
17  utilized his description of what he did and -- and then
18  bumped those numbers up in my calculations.
19      Q. Okay. So if he didn't feel the drift or if he
20  didn't have -- feel the chemical on his hand, it's your
21  opinion that he didn't have exposure?
22      MR. DHINDSA: Objection.
23      THE WITNESS: No. I'm saying that I based it on
24  what he said when he was exposed. I -- Beyond what he
25  said, I can't -- I can't speculate.

Page 80

1      MS. WAGSTAFF: Okay.
2      Q. So what I'm -- what I'm asking you and --
3  and -- if -- if someone goes and they spray Roundup
4  every day -- this is a hypothetical; okay? Someone goes
5  and they spray Roundup every day, and they never feel it
6  on their face and they never spill it on their hands, is
7  it your opinion that they have no Roundup exposure?
8      A. Is it possible to have no Roundup exposure if
9  you are utilizing it in a -- in -- in a way which is --
10  with good equipment and understanding the -- the weather
11  and the wind patterns and all that? Yes. It is -- That
12  is possible. But I -- again, I base it on what he said,
13  and I -- and I increased it even from there.
14      Q. Right. So it's your opinion that unless
15  Mr. Hardeman felt the chemical in a drift or unless he
16  spilled the chemical on his hands, it's your opinion
17  that he had no exposure.
18      MR. DHINDSA: Objection.
19      THE WITNESS: Yeah. I'm basing it on what he said.
20  He said --
21      MS. WAGSTAFF:
22      Q. I understand that.
23      A. -- there was no exposure.
24      Q. So I'm saying that --
25      A. That's -- That's what it's based on, what he

Page 81

1  said. I -- And I don't have to --
2      Q. Well, actually --
3      A. -- go beyond that because --
4      Q. -- the questions were, "When did you feel the
5  inhalation" and "When did you spill it on your hands?"
6  No one ever asked him, "How many days were you exposed?"
7  Or did they?
8      A. You know, we would have to go back to the
9  deposition. I bel- -- I believe he specified a number
10  of days.
11      Q. Okay.
12      A. But I don't -- But un- -- But unless we look at
13  it, we'd have to -- that would be the basis.
14      Q. Okay. So I just want to be very clear. And --
15  And the scope of your opinion is, you are -- you're --
16  you're determining -- your entire exposure calculation
17  is based on his amount of exposure; correct?
18      MR. DHINDSA: Objection. Objection.
19      THE WITNESS: When you --
20      MS. WAGSTAFF:
21      Q. I mean, if that number is wrong --
22      A. When you use --
23      Q. -- the whole equation is wrong.
24      A. When you use words like "entire," it al- --
25  that's why I hesitate.

Michael Joseph Sullivan, Ph.D.

Page 82

1    My -- My exposure -- The dose I calculated from
2  Mr. Hardeman is based on many things:
3    It's based on his description of what he actually
4  did.
5    It's based on seeing the property.
6    It's based on the properties of glyphosate.
7    It's based on the toxicolog- -- toxicological
8  literature.
9    And then, all that wrapped together, I bumped those
10 exposures even higher to account for if there's
11 uncertainty in any of those values that I'm unaware of
12 at this point.  And so all that is part of my process of
13 calculating the dose.
14    I took Mr. Hardeman at what he said.  If he said he
15 wasn't exposed, I believed him that he wasn't exposed.
16 And when he said he was exposed, I believed him --
17    Q.  And --
18    A.  -- when he said --
19    Q.  And --
20    A.  -- he was exposed.
21    Q.  -- so it's your opinion that Mr. Hardeman knows
22 every single day that he was exposed.
23    MR. DHINDSA:  Objection.
24    THE WITNESS:  I have no reason to believe -- Since
25 he described what he did and he was very clear in his

Page 83

1  deposition about when he felt he was exposed, I have no
2  reason to believe that in the -- that in -- that --
3  that -- not to -- not to take him at -- at his word.
4    MS. WAGSTAFF:  Okay.
5    Q.  And again, just to drive this point home,
6  Mr. Hardeman was only exposed, in your mind, when he --
7  and I don't want an answer that that's what he testified
8  to.  What I'm saying:  In your mind, Mr. Hardeman, after
9  26 years of spraying, only had exposure when he felt it
10 on his skin or when he poured the chemical on his skin.
11    MR. DHINDSA:  Objection.
12    THE WITNESS:  I --
13    MS. WAGSTAFF:
14    Q.  You didn't calculate any other exposures into
15 your equation.
16    MR. DHINDSA:  Objection.
17    THE WITNESS:  Now we have multiple questions on the
18 table.  Could we break those up?
19    MS. WAGSTAFF:
20    Q.  Sure.
21    A.  Okay.  Can you ask me the first one again?
22    Q.  No.  I'll start all over.
23    A.  Okay.
24    Q.  The only exposure that is in your equation are
25 the times when Mr. Hardeman felt the drift or spilled

Page 84

1  chemicals on his hands.  Those are the only exposures
2  that are in your equation.
3    MR. DHINDSA:  Objection.
4    MS. WAGSTAFF:
5    Q.  That's a "yes" or "no."
6    A.  No.
7    Q.  Okay.  What other exposure is in your equation?
8    A.  I have increased the value in -- of his
9  reported exposures to account for that, any uncer- --
10 there may have -- if there's any uncertainty in his
11 own -- in his own -- in his own words describing when --
12 when he was exposed.  And he was pretty clear -- he was
13 very clear in his deposition about what he felt.  And so
14 I don't -- so it's not just what he said.  I've taken
15 what he said, and I've increased it.
16    In addition to increasing just the number of days,
17 if you go down the list of parameters there's a whole
18 lot of other parameters that are increased.  And so if
19 you make an argument that "Well, he was exposed not 10
20 days but 20 days," doesn't matter.  I've already
21 accounted for that.  "It wasn't 20 days; it was 40
22 days."  Doesn't matter.  These calculations are
23 sufficiently overestimates that if he were to change his
24 opinion about his own exposure that he described,
25 these -- these numbers are -- are overestimates across

Page 85

1  the board.  And so that's why I'm confident in using the
2  values that I have, based on his own description.
3    Q.  So when would it make a difference?  When --
4  When -- When would it make a difference and his exposure
5  was off?  You say it wouldn't matter if it's 20 days; it
6  wouldn't matter if it's 40 days.  When would it make a
7  difference?  100 days?
8    MR. DHINDSA:  Objection.
9    THE WITNESS:  I'd have to do the calculation.  I --
10 I couldn't tell you exactly which -- which -- which --
11 which parameter would have to be changed.  But I can say
12 that my numbers are at least a factor of 10 over and
13 probably more than that.  And so you could take a
14 parameter and -- at least one parameter and multiply it
15 by 10, and I still think my -- my -- my exposures would
16 be overestimates.  So there's --
17    MS. WAGSTAFF:
18    Q.  Well, let's --
19    A.  Tha- -- That -- I've built in a -- a large
20 amount of conservatism overestimates into this process
21 on purpose to feel confident of hi- -- what his exposure
22 would -- the -- the maximum he could have been exposed.
23    Q.  Okay.  So the facts of the actual case don't
24 matter to your equation?
25    MR. DHINDSA:  Objection.

22 (Pages 82 to 85)

Michael Joseph Sullivan, Ph.D.

Page 86

1    THE WITNESS:  That's -- Actually I've said exactly
2  the opposite.  The facts of the case were the basis for
3  my equation.
4    I have looked at the -- what -- I have read
5  carefully what Mr. Hardeman said and how long he sprayed
6  and how he sprayed and how much he sprayed and where he
7  sprayed and did a site visit and walked that area to get
8  a sense of if what -- if how he described it matched the
9  loca- -- matched the -- the property.  And all those
10  facts are built into here.  It's not a -- It's not a
11  guesstimate.  It's -- It's a -- It's a -- It's a
12  calculation based on not only my own experience of doing
13  this but -- but Mr. Hardeman's own words.
14    MS. WAGSTAFF:
15    Q.  And you're an exposure expert; right?
16    A.  I would consider myself an expert in the field
17  of exposure to -- yes.
18    Q.  Yeah.  I mean, you -- you know a lot about
19  exposure and exposure to pesticides; right?
20    A.  I have studied lots of different chemicals
21  and -- in my career, and I consider myself an ex- --
22  exposure expert, yes.
23    Q.  So you're an exposure expert for -- for
24  pesticides; right?
25    A.  Pesticides are one of the chemicals that I

Page 87

1  would -- I feel comfortable putting together an exposure
2  estimate that reflects the exposure of an individual,
3  yes.
4    Q.  Yeah.  So you're an expert in that; right?
5    A.  If you -- When you use the broad term
6  "pesticides," I -- I don't want -- I -- there -- could
7  there be a pesticide I haven't worked on?  Of course.
8  But in this case, I am comfortable as an expert in the
9  field of exposure, studying the glyphosate literature,
10  putting together -- and ex- -- and Mr. Hardeman's own
11  information to put together an e- -- a defensible and --
12  but yet consi- -- overestimate of what he was exposed
13  to.
14    Q.  So as an expert in pesticide exposure, it's
15  your opinion that people always know when they're
16  exposed to pesticides.
17    MR. DHINDSA:  Objection.
18    THE WITNESS:  That question is so vague it's
19  impossible to answer.  For example, there -- what if
20  there's pesticides -- you know, there's -- what if I eat
21  there's DDT, which is a pesticide, in fish that I eat
22  off the coast of California?  I wouldn't know that.  And
23  so, you -- you -- you're -- you know, it's such a broad
24  question it's unanswerable.
25    MS. WAGSTAFF:  Okay.

Page 88

1    Q.  So is it possible that Mr. Hardeman was exposed
2  to glyphosate that he doesn't know about?
3    A.  It doesn't seem that way from his ex- -- from
4  his deposition.  He clearly -- He's clear -- He's
5  clearly defines when he knows he was exposed.  He talks
6  about mixing and spilling it on his hand, which I'm
7  assuming he would know.  And he talks about spraying and
8  having -- and sometimes he had to spray into the wind,
9  and the spray would come back towards him.  And so I
10  am --
11    Q.  So --
12    A.  -- assuming that he -- He describes that
13  ver- -- very clearly, and I'm taking him at --
14    Q.  I understand --
15    A.  -- face value.
16    Q.  -- he describes it.  That -- You've totally
17  missed the question.  So please listen to what I'm
18  saying.
19    A.  I'm sorry.
20    Q.  Is it possible that Mr. Hardeman was exposed to
21  glyphosate and didn't know it?
22    A.  I -- I don't know how to -- That's just too
23  vague of a question to understand.
24    Q.  Why is it vague?
25    A.  Because what other exposures could he have had?

Page 89

1    Q.  So then say "no."  If your answer is "no," he
2  would obviously -- I mean it's a "yes" or "no" question.
3  Is it possible that Mr. Hardeman was exposed to --
4  exposed to glyphosate and didn't know it?
5    A.  For example, in his food, it's possible.
6    Q.  Or when he was spraying, is it possible?
7    A.  It doesn't seem that way based on his
8  description.  And I'm going at -- I just -- All I can go
9  on is what he told me --
10    Q.  Is it possible
11    A.  -- in the dep --
12    Q.  -- that the glyphosate went through his clothes
13  and he didn't feel it but he received exposure?
14    MR. DHINDSA:  Objection.
15    THE WITNESS:  Um...
16    MR. DHINDSA:  Sorry.
17    THE WITNESS:  It's -- That's highly unlikely
18  because he would have to have soaked his clothes in
19  order for there to be exposure.  And that's very clear
20  in the -- in the literature about glyphosate applicators
21  and their -- and the -- and the clothes they wear.
22  So -- And he makes no -- He doesn't describe -- He only
23  describes light mist on his face a few times that it --
24  He never says, "I spilled a gallon on my clothes."  He
25  never said, "I sprayed my arm and it soaked through."

23  (Pages 86 to 89)

Michael Joseph Sullivan, Ph.D.

Page 90

1    He ne- -- He doesn't describe any of that. And so
2    it's -- that makes it unlikely.
3         MS. WAGSTAFF: Okay.
4         Q. And your chart that you made in -- which is
5    Exhibit 6, of "Timeline of Hardeman Herbicide Spray
6    Activities," you created this?
7         A. I'm sorry. What, uh -- What, um...
8         Q. Exhibit 6.
9         A. Exhibit 6. I'm sorry. I just want to make
10   sure I -- I don't want to get messed up.
11        Q. Sure. That's it (indicating), "Timeline."
12        A. Yeah. Thank you.
13        Q. You created this?
14        A. I created this table, yes.
15        Q. So it's your opinion that Mr. Hardeman always
16   used a handheld pump sprayer?
17        A. It's -- While he could have used other
18   sprayers, this is -- that is the exposure that I modeled
19   in this -- my calculations. If he had -- And -- And --
20   So I don't say that's all he did. But in his
21   description of what he did over the course of years,
22   it's -- it's the mo- -- it's the consistent description
23   of -- of his spray activities.
24        Q. Well, sir, you created this chart. I mean, you
25   chose what to put in this chart; right?

Page 91

1         A. I did.
2         Q. Okay. And you actually chose the type of spray
3    equipment to be one of the -- one, two, three -- one of
4    the six most important categories; right?
5         A. This is a descriptive table to summarize what
6    Mr. Hardeman did, and you -- that's what the title says.
7         And he -- When you go to his deposition and read
8    what he says he did, he talks about using a pump
9    sprayer.
10        Could he have sprayed sometimes using something
11   else? Potentially, but it's not -- but that is a
12   very -- if -- if it happened, it's a very minor
13   component because he doesn't describe it, doesn't spend
14   time talking about it.
15        What he talks about is a handheld -- I can't
16   remember if it's a one or two gallon without looking at
17   his deposition -- but a handheld sprayer that he would
18   then use at his property. And so that's what -- What
19   I've summarized here is what -- is a summary of what he
20   said in his deposition.
21        Q. Okay. So this actually isn't reflective of --
22   of all of the facts and details; right?
23        A. It was --
24        MR. DHINDSA: Objection.
25        THE WITNESS: -- not --

Page 92

1         I'm sorry.
2         MR. DHINDSA: Go ahead.
3         THE WITNESS: It was not intended to be a
4    comprehensive listing but a summary to show year by year
5    the timing and the activities that would have occurred
6    over the course of the -- of -- of the year.
7         MS. WAGSTAFF: Okay.
8         Q. So if Mr. Hardeman in fact had exposure to
9    glyphosate every day that he used the product -- so
10   let's assume that he had exposure to glyphosate every
11   day he used the product -- what would the impact be on
12   your estimate of Mr. Hardeman's average daily dose?
13        MR. DHINDSA: Objection.
14        MS. WAGSTAFF: What's the objection?
15        MR. DHINDSA: It's a vague question.
16        MS. WAGSTAFF: Okay. You can do hypotheticals to
17   experts. It's not vague at all.
18        MR. DHINDSA: They need to be complete.
19        THE WITNESS: So let me see if I understand. Can
20   I, um...
21        MS. WAGSTAFF:
22        Q. Do you -- Yeah. Do you not understand my
23   question?
24        A. No. I -- I'm just want to make sure I have the
25   information in front of me. Can I put the table away?

Page 93

1         Q. Mm-hmm.
2         A. Okay. Thank you.
3         I want to look at -- pull out the calculation so I
4    have that in front of me.
5         As I've already stated, if you increase any of
6    these parameters, you would result in an increased
7    exposure. That's mathematical fact. It's a -- It's
8    an equation. So you can change a parameter, and you can
9    increase it or decrease it, and it would have the s- --
10   it would have an effect on the calculation. But -- So
11   that -- that's my answer. It would change the
12   calculation.
13        Q. It would increase his average daily dose
14   proportional to the increase in exposure; right?
15        MR. DHINDSA: Objection.
16        THE WITNESS: If -- If you change any parameter
17   here mathematically, it changes the result. But that
18   wouldn't be an accurate representation of Mr. Hardeman's
19   exposure. It's a -- You're -- You're asking me, "If you
20   do math, if you change the number" -- "increase this
21   parameter, does it change the result? Yeah. That's
22   basic math.
23        MS. WAGSTAFF:
24        Q. I was asking you a hypothetical question.
25        A. And I -- And I'm -- And -- And so that's basic

24 (Pages 90 to 93)

Michael Joseph Sullivan, Ph.D.

Page 94

1    math.  Hypothetically, if you change the number in an
2    equation, it changes the results.  But I would never do
3    something like that because that would not reflect what
4    Mr. Hardeman actually --
5        Q.  Right.
6        A.  -- did.
7        Q.  And then you would have to admit that your
8    exposure was wrong.  And so I understand you're not
9    going to do that.
10       MR. DHINDSA:  Objection.
11       MS. WAGSTAFF:  That's why it was a hypothetical.
12       Q.  So let's talk about your largest single-day
13   exposure.  How did you get that information?
14       A.  That is calculated by taking the day --
15   essentially by taking the days out of the equation.  So
16   rather than dividing by averaging time, which in this
17   case is 9,673 days, and rather than coming up with a
18   total number of days that he might have sprayed, those
19   parameters are essentially removed from the calculation
20   and it just looks at a single day.
21       And so when I did that, I added -- I -- I took a
22   single-day exposure, which are reflected in the bottom
23   per exposure type, and then just added those parameters.
24   Actually only added the last two columns together.
25       Q.  Okay.  And the routes of exposure that's in

Page 95

1    this equation are dermal and inhalation; correct?
2        A.  The routes of exposure that are presented
3    mathematically in this equation is dermal contact only.
4    But, as we've already talked about, I have considered
5    all the routes of exposure.  In fact, I think I
6    mentioned the --
7        Q.  I understand that.
8        A.  -- the conceptual -- I know.  I want to answer
9    your question.
10       Q.  Well, I don't -- you can -- your --
11       MR. DHINDSA:  You have to let him --
12       MS. WAGSTAFF:
13       Q.  -- counsel can --
14       MR. DHINDSA:  -- answer -- You have to let him
15   finish.
16       MS. WAGSTAFF:  No.
17       Q.  I asked you -- It's a -- It's a "yes" or "no"
18   question.  And so you can either answer it or not.  And
19   if he wants to follow up, he can.
20       You're -- You're mathematically --
21       A.  I didn't even answer the question, but I'll --
22   that's fine.
23       Q.  Okay.
24       A.  I'm sorry.
25       Q.  So -- That's okay.

Page 96

1        This -- Your exposure equation does not consider
2    expo-- dermal exposure under clothing; correct?
3        A.  If he -- If -- If he would have reported --
4    A-- -- Any report of...
5        Q.  Regardless of what he reported, I'm asking you:
6    There is no -- There is no mathematical representation
7    of any exposure -- a dermal exposure under clothing;
8    right?
9        A.  This equation looks at all the area of his skin
10   that could have been exposed regardless how it happened.
11   If he had sprayed -- If he had sprayed his clothes until
12   they were soaked, I would have con-- -- I would have
13   considered that quantitatively.  But in this case, he
14   doesn't report that, and so I used the exposed area of
15   his skin to calculate the exposure.
16       Q.  So when you were considering this exposure
17   equation and you considered dermal exposure under
18   clothing, the answer was "zero"; right?
19       A.  No, because -- no -- not -- I guess -- I'm
20   sorry -- I don't understand the question.  I want to
21   make sure I understand --
22       Q.  Okay.
23       A.  -- the question.
24       Q.  You considered -- As part of your equation, you
25   considered exposure that went through the clothes.  You

Page 97

1    considered that; right?
2        A.  I -- Yes, I did.
3        Q.  Okay.  And your -- the conclusion you came to
4    was that there was none.
5        A.  Correct.
6        Q.  Okay.  And you considered dermal exposure to
7    residue on the plants that he may have brushed up
8    against; correct?
9        A.  That would...
10       MR. DHINDSA:  Objection.
11       MS. WAGSTAFF:
12       Q.  Or did you not consider that?
13       MR. DHINDSA:  Objection.
14       THE WITNESS:  I would say I considered that.
15       MS. WAGSTAFF:  Okay.
16       Q.  And your conclusion was that he had none?
17       A.  No, because I've already -- when he sprayed, he
18   already has liquid mist depositing on his skin.  And so
19   if he's already exposed and he happens to walk up
20   agai-- -- i-- -- if -- and he doesn't report any of this.
21   In fact, since he's spraying poison oak, it's unlikely
22   that he is then walking through it because of the -- of
23   the dermal exposure to poi-- -- the poison oak, which
24   would be obvious to him.
25       But since he already was spraying and his legs

Michael Joseph Sullivan, Ph.D.

Page 98

1    would already have been wet on the days that -- that I
2    assume he had short -- shorts on, it wouldn't matter if
3    he was then contacting other things because his legs are
4    already wetted.
5        Q. Okay. So did he wear gloves?
6        A. I don't -- I'd have to go back and look at his
7    deposition. I -- I don't recall if he sa- -- states he
8    wears -- wore gloves. But I -- I have assumed he did
9    not for purposes of the calculation. So it -- it would
10   not retard because we know -- It's clear that gloves
11   retard any type of exposure, and so I -- I assumed he
12   didn't wear any.
13       Q. Okay. So the 10 days of drift and spillage
14   that we talked about earlier, those are the exposure
15   days that you have reported on for Mr. Hardeman.
16       A. That is correct.
17       Q. Now I'm -- Now I'm considering the -- his
18   dermal exposure from residue on plants.
19       A. Okay.
20       Q. How much of that did you consider Mr. Hardeman
21   to have?
22       A. On days that I exposed -- It -- It -- It
23   doesn't matter because on days he was spraying and was
24   exposed, his legs were already exposed.
25       Q. Okay. And he wore short sleeves?

Page 99

1        A. Sometimes.
2        Q. Okay. You -- There's testimony that he
3    sometimes didn't wear short sleeves?
4        A. Um, let me go back. I think I summarized what
5    he said. Where is that?
6        (Reviews document.)
7        I think I -- I'd have to go back to his deposition
8    to -- to get his exact language. But he does describe
9    what he wore. And what I have assumed in my
10   calculations is arms and face for exposure, which
11   suggest to me that his deposition probably says he wore
12   long pants. But this -- I don't want to make it a
13   memory test. If you want to know exactly what he said,
14   we should pull his deposition.
15       Q. So going back to the -- to Mr. Hardeman's
16   exposure from residue on the plants, you've -- you've
17   given no additional exposure days based on that exposure
18   route.
19       MR. DHINDSA: Objection.
20       THE WITNESS: There is -- That is correct.
21       MS. WAGSTAFF:
22       Q. And it's your opinion that long pants are --
23   are perfect barriers to pesticides?
24       A. We -- Tha- -- That's such a vague question,
25   it's impossible to answer, the word "perfect" and

Page 100

1    "pesticides." The data show that standard clothing worn
2    by pesticide applicators have a -- have a very high
3    level of protective effect to those applicators. And
4    these are individuals that are spraying all day long
5    in -- in applicator scenarios.
6        What Mr. Hardeman has described with the short
7    period of time spraying, it's -- it's just not likely
8    that. And what he wore is just -- is just not a -- it's
9    not a reasonable consideration that -- that his clothes
10   would be soaked with herbicide.
11       Q. And -- So going back to your chart you have in
12   front of you, so AR in one of the parameters is the
13   "volume of glyphosate spray formulation on a set area of
14   the skin." And you just testified that you used the
15   face and arms; right?
16       A. Yeah. You've asked two questions.
17       AR is the rate of liquid that deposits on the skin
18   during spraying. And for Mr. Hardeman, based on his
19   description, I used his arms and his face since that's
20   what he described as areas he was exposed.
21       Q. Okay. So I just have just a housekeeping
22   question, just -- What's the -- You have two different
23   sort of values for that. On 52 of your report, you have
24   a value that's different than on -- on page 11. So I
25   just wanted to know which one was correct.

Page 101

1        So on page 11 of your report, at the very top I
2    think you're describing AR. Am I right?
3        A. I am describing AR on page 11 of 52.
4        Q. Yeah. And so you have "ml/cm2 per hour," and
5    then your AR over here (indicating) is different.
6        A. You are correct. In --
7        Q. So which one's the right one?
8        A. Yeah. Thank you for pointing that out.
9        Q. Yeah.
10       A. On page 11 --
11       Q. I didn't find it.
12       A. So -- You know, it's -- That -- Actually I'm
13   off a decimal place. It should be 10 to the minus 4,
14   which is correct in the -- in the -- The calculations
15   are correct. I have a wrong number of zeros on page 11,
16   Roman numeral iii. It should be 0.0001, which would be
17   10 to the minus 4.
18       Q. Okay. So you just have one extra zero?
19       A. I have one extra zero on page 11.
20       Q. Okay. So on page 4 of your report -- let me --
21   actually, you cite that -- you talk about the Lavy
22   article on the bottom.
23       A. Yes. I see that.
24       Q. You -- You state that -- that the scientist in
25   that report found that the applicators in forests

Michael Joseph Sullivan, Ph.D.

Page 102

1    received glyphosate exposures of .00005 mg/cm2 per hour.
2        I'd like to hand you what I think is the Lavy
3    report. We'll will mark this as Exhibit...
4        THE REPORTER: 12.
5        MS. WAGSTAFF: ...12.
6        (Exhibit 12 identified.)
7        MS. WAGSTAFF:
8        Q. And I'd just like to know where you got --
9    where you got that from and if that's actually what you
10    meant to write.
11        A. Certainly.
12        Now, the Lavy article presents -- is a passive
13    dosimetry-based calculation of exposure. And what that
14    means is they put patches on individuals and then
15    measure those patches after they've been exposed.
16        Q. Mm-hmm.
17        A. And there are several different areas they look
18    at. They look at the lower extremities, and they look
19    at the arms and the face and the head. They look at
20    various locations.
21        And so what I need -- A-- And then they come up
22    with estimates of total exposure.
23        What I did to calculate what's an appropriate
24    exposure for Mr. Hardeman, since it was his upper body
25    that was exposed, arms and face, I had to look at this

Page 103

1    paper and -- and pull out information that would reflect
2    the appropriate rate of ex- -- of -- of liquid coming --
3    going onto the skin for those body parts. So on --
4    whether that -- that nu-- exact number may not be in
5    here, but -- because that's not the way they present it.
6    They presenting more of a total. But I did utilize this
7    paper to calculate what it -- what would have appl- --
8    what would have result in an -- a spraying activity
9    where the arms and the head are exposed.
10        Q. So this paper reports deposition values in
11    units: mg/kg per hour. And then you are citing it as
12    something in mg/cm2 per hour. So I'm just wondering
13    what you did to change the units and how you got that
14    number.
15        A. The paper, in their methodology, describes the
16    size of the patches that were used. I think it's on the
17    second page under "Passive Monitoring." They say they
18    had 7.5 by 7.5 centimeter patches, which, if you
19    multiply, gives you an area -- and I don't know what
20    that would be -- about 50 square centimeters,
21    approximately. And those patches were placed on various
22    parts of the body, and they -- they describe that.
23        And then those -- And then that's what's actually
24    measured. And then they take those patches, and then
25    they make adjustments for the body surface area of these

Page 104

1    individuals.
2        And what I did is, I took the same data from those
3    patches and a- -- and applied it to what -- to
4    Mr. Hardeman's specific activities, which is ar- -- arm
5    and -- and face exposure. So that's how I got s- --
6    that's how I got area. I based it on the patches that
7    they -- they use. And they report that information per
8    patches. But they were looking at it -- They had a
9    different end point in mind in their paper than -- and
10    they present the units slightly differently.
11        Q. Okay. Anything else in the -- to explain that,
12    or are you...
13        A. That's --
14        Q. Okay.
15        A. That's --
16        Q. So looking back at --
17        A. Is it -- So are we going to mark this or...
18        Q. Yeah. We did.
19        Looking back at your chart, your exposure equation,
20    explain to me the "Mixing Activities" column.
21        A. Okay. Mixing occurs when concentrated
22    glyphosate is diluted to -- of an appropriate
23    concentration for spraying. And so, for example, I have
24    assumed that Mr. Hardeman purchased a concentration
25    of -- concentrated glyphosate at -- I think that's

Page 105

1    18 percent. I think that's correct. And -- And I I --
2    can go back and look, but I believe that's 18 percent.
3    And which would not be the way -- You wouldn't apply
4    18 percent. It's not -- According to procedures, that's
5    not what's done. And so you dilute it.
6        And the -- what's -- what's dil- -- what happens is
7    you take some of the concentrate; you measure out a
8    certain amount. That would then be put into your --
9    mixing into your spray unit. And then you add water to
10    dilute it to the right concentration, which typically,
11    in this case, would -- I think would have been half a
12    percent, is what he has -- what he describes in his
13    deposition. I -- I think that's correct. And then
14    that -- that's what gets sprayed.
15        So what I did is: In the mixing, I assumed that he
16    poured -- he got concentrated glyphosate liquid onto his
17    skin when he was filling up the measuring cup prior to
18    adding the -- prior to putting it in the sprayer and
19    adding water.
20        Q. The variable area --
21        A. I'm sorry. Can I ask: Is there another water
22    I can...
23        MS. WAGSTAFF: You can have this one (indicating).
24        THE WITNESS: Thank you.
25        MS. WAGSTAFF:

Michael Joseph Sullivan, Ph.D.

Page 106

1    Q. The variable area, which is the area of the
2  skin receiving glyphosate spray formulation, the 40 for
3  "Mixing Activities," does that represent both of his
4  hands, one of his hands?  What does that represent?
5    A. 40 square centimeters would be the area of one
6  hand holding a me- -- a measuring -- a small measuring
7  vessel into which Mr. Hardeman would have poured the
8  concentrate.  And the 40 square centimeters is what I
9  have used to -- as the surface area of the skin which
10 would have received liquid when -- when he did the --
11 when -- when he did that activity.
12   Q. Okay.  And you cite for that an experiment that
13 you conducted; correct?
14   A. That is what a -- That's a citation for that
15 information, yes.
16   Q. All right.  So let's talk about that.  It's
17 called -- You cite something called "Laboratory
18 experiment simulating liquid spillage onto the hand
19 during the mixing of concentrated herbicide solution";
20 right?
21   A. I -- I believe that's what I -- I called it,
22 yes.
23   Q. And you cite MJ Sullivan, 2018.
24 I assume MJ Sullivan is you?
25   A. Yes, ma'am.

Page 107

1    Q. And 2018 means you conducted this in 2018?
2    A. Yes, I did.
3    Q. And so you conducted this laboratory experiment
4  after Monsanto started paying you in this litigation;
5  right?
6    A. That is -- I -- I developed it as part of
7  this -- My devel- -- I -- I did that experiment as part
8  of this opinion, yes.
9    Q. Okay.  So is there any written material about
10 that opinion?
11   A. There is not, but I can explain -- if you want
12 to know more about it, I can -- I've explained it
13 slightly -- you know, a little bit in the -- my opinion,
14 and I can provide more details in you'd like.
15   Q. Yeah.  We'll get to that in just a minute.  I
16 just want to -- There's -- Is there a protocol for this
17 experiment?
18   A. There is a procedure that I follow that I
19 can -- that I can share with you, yes.
20   Q. Okay.  And there's nothing written --
21   A. I did not write anything down for this -- for
22 this -- for that part of this work.  But there's more to
23 it than just that -- that ex-- that -- the -- what's
24 described.  There's a whole process I went through that
25 includes other aspects in addition to pouring -- the

Page 108

1  pouring --
2    Q. Sure.  And we'll -- we'll get to the --
3    A. I know.
4    Q. -- experiment details in just a second.  I'm
5  just wondering:  There's no -- There was no procedure --
6  written procedure that you followed in conducting this
7  experiment.
8    A. I developed a procedure in my head, and I
9  followed that procedure, but I didn't write it out
10 anywhere, no.
11   Q. Okay.  So there's no way to -- to check sort of
12 your -- your methods on this procedure that it was
13 consistent with a protocol other than what was in your
14 head; correct?
15   MR. DHINDSA:  Objection.
16   THE WITNESS:  I -- It's actually very easy to
17 check.  You could -- I'll explain to you what was done,
18 and it's a very straightforward sort of evaluation.  And
19 my -- But more important is that my numbers don't just
20 solely rely upon that; they rely on oth-- -- other
21 measurements first.  And that was more a con-- -- a
22 confirmatory activity to help me understand the
23 estimates that I'd already come up with.  And so it
24 would be very easy for someone to do that.
25   MS. WAGSTAFF:  All right.

Page 109

1    Q. Let's hear about your experiment that you did
2  this year.
3    A. Okay.  So the procedure that I followed, which
4  is what I followed in other aspects of coming up with
5  surface area, would be to go to the literature first and
6  see what has been published regarding the surface area
7  of various body parts.  And so I looked up the hand.
8  And what's been published about the hand is essentially
9  the entire hand from the wrist out, which to me
10 represented one end of a spectrum of poten-- -- one end
11 that's most you could -- you could have.  If you dipped
12 a whole hand in a bottle of -- of liquid, you could
13 expose your whole hand.
14   The other end would be zero, which is actually
15 equally possible.
16   And -- And so then what I did is, I looked at --
17 I -- I had a measuring cup, which would -- I think it's
18 5 or 6 ounces, which is appropriate for what you would
19 use to measure certain -- a small number of ounces into
20 a gallon, which is what's recommended on the mixing on
21 the label.  And I held that cup in my hand.  And I
22 looked and said, "What areas of my s-" -- "of my hand
23 could get exposed through spillage?"  And so I cal-- --
24 looked at measured areas of my fingers and came up with
25 a value of about 10 centimeters.

Michael Joseph Sullivan, Ph.D.

Page 110

1      So that was my initial estimate.  And I felt that
2  that would be reasonable if every time I -- if every
3  time I -- somebody mixed, they spilled.  And we know
4  that's not the case, but that's okay.  I -- That would
5  be a reasonable value.
6      But there's no -- But I wanted to double-check
7  because I like to be sure.  And so I decided to do some
8  pouring.  So I had that cup in my hand, and I poured it.
9  And the first few times I poured, nothing got on my
10  fingers because I was careful.  And I thought, "Well,
11  maybe a person is not careful."  And so I started
12  pouring until it would go over.  And then once it went
13  over, I looked at the parts of my hands that were wet.
14  And sometimes it was around 10, which is what I had
15  estimated.  Sometimes it was lower.
16      And then when I got -- as I got more and more
17  aggressive pouring it, pouring over my fingers, pouring
18  so it spilled out over the edges of the -- of the
19  container, as I -- as I did -- I did about 20
20  different -- did it about 20 times.  I purposely got
21  more and more sloppy in my -- my pouring -- I felt
22  that -- that 10 was still a good number, but I wanted to
23  increase it because maybe somebody was sloppier than --
24  than I was at the beginning.  And so I increased it to
25  40.  So I think that increases my dose by a factor of 4.

Page 111

1      I think 10 would be okay.  And, in fact, someone
2  pouring reasonably carefully would probably have less
3  than 10.  But I used 40 based on that con- --
4  confirmatory evaluation that was after I already had an
5  estimate that I used when I actually did the
6  measurement.
7      So that was the process I followed to confirm that
8  I -- that I -- what number I wanted to put in here,
9  again using a number that was much, much higher than I
10  actually thought would be initially.
11      Q.  So who did you do this laboratory experiment
12  with?
13      A.  Just myself.
14      Q.  So you did an experiment by yourself following
15  procedures that you made up and kept in your head.
16      MR. DHINDSA:  Objection.
17      THE WITNESS:  Well, you're -- you're missing --
18  you're only -- you've missed a whole part of the
19  process -- you haven't described the whole part of the
20  process that I did.
21      MS. WAGSTAFF:
22      Q.  No.  Your process --
23      A.  I measured --
24      Q.  -- was how you came up with the --
25      A.  Yeah.

Page 112

1      Q.  -- procedures.  But I'm saying:  The procedures
2  that you came up with for this laboratory experiment you
3  kept in your head; right?
4      A.  (No response.)
5      Q.  You didn't put them on paper.
6      A.  That's correct.
7      Q.  And you did this experiment by yourself.
8      A.  That's correct.
9      Q.  So there's no way to know actually what
10  happened because nothing is written down and you were by
11  yourself.
12      MR. DHINDSA:  Objection.
13      THE WITNESS:  Well, it would be easy to have
14  someone take a cup and pour something in and see how
15  much hands -- how -- how much your fingers get wet.
16      But you have to remember that that was a
17  confirmation of something that I'd already cal- --
18  already calculated based on the area of my fingers that
19  were holding a -- a small measuring cup.  So that would
20  have been -- that would have been the value I would have
21  used initially.  But I wanted to see what sort of --
22  type of variability I might get on that number, and
23  could I get more than 10 square centimeters.  And
24  through being very aggressive in that -- in that pouring
25  activity, it convinced me to increase that value.

Page 113

1      MS. WAGSTAFF:  Okay.
2      Q.  In page 6 of your report --
3      A.  Sorry.  I want to keep things in order here.
4  Page -- I'm sorry.  You said page 6?
5      Q.  6, yeah.
6      A.  Okay.
7      Q.  You -- Let's go down to the paragraph that
8  starts, "The above discussion presents percent
9  absorption..."  Do you see that?
10      A.  I do, yes, ma'am.
11      Q.  All right.  So if you go down a few sentences,
12  it says, "What is actually measured in these studies is
13  flux:  the mass of chemical (mg) moving through an area
14  of skin (cm2) over a period of time (hour)."
15      Do you see that?
16      A.  I do.
17      Q.  Okay.  Can you explain how fu- -- flux is
18  measured in in-vitro studies of dermal absorption?
19      A.  You said "in-vitro."
20      Q.  Mm-hmm.
21      A.  So what I would probably cite would be one of
22  the monkey studies where they -- I believe they looked
23  at concentrations in probably urine, but it -- I don't
24  know -- Actually, I probably should ask -- ask for that
25  paper because that way I can tell you exactly.  But if

29 (Pages 110 to 113)

Michael Joseph Sullivan, Ph.D.

Page 114

1    you measure -- In general, if you measure uptake over
2    time, then you would be able to estimate a flux, which
3    is essentially a mass movement per time.  If you know
4    the area of exposure and you know the time and you have
5    some measurement over time, you can estimate flux.  And
6    I believe that's been done in at least one of the -- It
7    might have been done in one of the animal studies.  I'd
8    have to look and -- and -- and see.
9         Q.  So do you know how it's meas- -- flux is
10   actually measured in vitro?
11        A.  Like -- This -- That's a separate.  That's
12   in vitro.
13        Q.  Mm-hmm.
14        A.  In vitro --
15        Q.  That's what I said before.
16        A.  I thought you said "in vivo."
17        Q.  Hmm-mm.  "Vitro."
18        A.  Oh.  I'm sorry.  Then I misunderstood your --
19        Q.  Mm-hmm.
20        A.  -- question.
21        In vitro, which is in the laboratory, not in --
22        Q.  Mm-hmm.
23        A.  -- not in a -- a live animal, you would look at
24   the receptor fluid and try and calculate over time the
25   amount of glyphosate that gets in through the skin into

Page 115

1    the receptor fluid, and that would give you a -- that
2    would give you a -- you would then be able to estimate
3    the rate as you calc- -- as you come up with values over
4    time.
5         Q.  So you -- as you report in your report that
6    what's actually measured in these studies is flux, so
7    if -- if flux is actually what is measured in these
8    dermal update experiments, why did you use percent
9    uptake instead of flux in your exposure calculation?
10        A.  Well, these -- these papers also report
11   percentage, and I think that's an easier thing to
12   understand.  And since I know I have to explain this, it
13   made sense to me to use something that I think a -- a --
14   a person would understand.  2 percent is 2/100ths of the
15   amount that get applied.  That's an easy explanation.
16   But I just wanted to re- -- reference the fact that
17   indeed they measure flux, which is the more accurate
18   representation for the experiment.  But they present --
19   Often those papers are presenting it as a percentage as
20   well.  And for ease of explanation, I use percentage.
21        Q.  So can flux change over time during dermal
22   uptake?
23        A.  It's -- Looking at the data that I recall
24   sitting here -- and I might want to ask for a couple
25   papers -- but, for example, the uptake -- there's a lag

Page 116

1    time for glyphosate in studies looking at flux through
2    the skin, meaning that there's very little uptake in the
3    first few hours.  So in that first few hours, almost
4    nothing gets through.  And then you enter a more linear
5    phase of flux which suggests that after you've got
6    through those first few hours, then the flux is
7    relatively constant within the variation of the
8    experiment.
9         And so what my recollection of the data I've looked
10   at is:  Once you're out of that early phase, flux is
11   pretty constant.  But in the early parts of exposure in
12   the first couple of hours, it's much, much lower.  And I
13   don't account for that.  I assume the flux occurs
14   immediately upon exposure.  I don't do any discounting
15   for those first few hours, which the literature supports
16   is a -- would be a reasonable thing to do.  But that's
17   another, I --
18        Q.  So --
19        A.  -- think overestimate in my calculation.
20        Q.  Can you repeat my question?
21        Strike as nonresponsive.
22        A.  You asked if flux changes, and I just --
23   I tol- -- I explained it --
24        Q.  So is it --
25        A.  -- to you.

Page 117

1         Q.  -- "yes"?
2         A.  I explained it to you.  And the --
3         Q.  So is the answer "yes"?
4         A.  The answer is "yes" --
5         Q.  Okay.
6         A.  -- in the early --
7         Q.  That's all.
8         A.  -- in the early pha- -- for glyphosate in the
9    early --
10        Q.  Okay.
11        A.  -- phases of the ex- -- of the -- of dermal
12   uptake.
13        Q.  Can the skin be a reservoir for chemicals?
14        MR. DHINDSA:  Objection.
15        THE WITNESS:  That's a pretty broad question.
16   It's -- I don't believe it -- And so do you want -- do
17   you want to talk about glyphosate, or you want to talk
18   about general?
19        Q.  Glyphosate is fine.
20        A.  Okay.  What the data --
21        MR. DHINDSA:  Objection.
22        THE WITNESS:  I'm sorry?
23        MR. DHINDSA:  Go ahead.  I objected, but you can
24   answer.
25        THE WITNESS:  Okay.

30 (Pages 114 to 117)

Michael Joseph Sullivan, Ph.D.

Page 118

1    The data suggests that as gly- -- glyphosate gets
2  through the skin very, very slowly because of the lipid
3  layer.  And so I would not call the lipid layer a
4  reservoir for glyphosate, but it doesn't mean that there
5  aren't some in there.
6    "Reservoir" has a very different meaning.  For
7  example, in the literature, if you look at organic
8  chemicals that are very lipophilic, the data suggests
9  that there is -- that the -- that you can have some
10  reservoir effects, depending on the chemical properties.
11  But that's not a -- not the case for glyphosate.
12    And that -- I think that's clear in that lag time.
13  It's that it's very difficult for glyphosate to get
14  through.  So I don't think -- I don't think I would use
15  the term "reservoir" to reflect glyphosate dermal
16  uptake.  That -- That has a different meaning that is
17  not applicable to glyphosate.
18    MS. WAGSTAFF:  Okay.
19    Q.  So let's talk about the ABS factor in your
20  chart.  You define --
21    A.  Can I ask a question before we do that?  I
22  don't know how long we've been going, but I could
23  probably use a restroom break.
24    MS. WAGSTAFF:  Sure.
25    THE WITNESS:  Is that okay?

Page 119

1    MS. WAGSTAFF:  Yeah.
2    THE WITNESS:  And that way, if you kind of --
3  you're going to change ideas; is that -- unless --
4    MS. WAGSTAFF:  Okay.
5    MR. DHINDSA:  -- you need a couple more --
6    MS. WAGSTAFF:  No.
7    MR. DHINDSA:  -- questions right now.
8    Okay.  Thank you very much.
9    THE VIDEOGRAPHER:  We are going off the record.
10  The time is 3:45 p.m.
11    (A recess is taken.)
12    THE VIDEOGRAPHER:  We are back on the record.  The
13  time is 3:53 p.m.
14    MS. WAGSTAFF:  All right.
15    Q.  Dr. Sullivan, if you could pull out your chart
16  that I think we've identified as Exhibit 7, your
17  exposure equation.  And I would like to talk about the
18  ABS factor.
19    Can you at the tell me what the ABS factor is and
20  why you included it?
21    A.  Yes.  We just talked a moment ago about flux
22  that -- that chemicals move in over time.  And at the
23  end of that time is when they -- is -- is the percentage
24  that these researchers often pre- -- pre- -- present.
25    For example, 2 percent dermal absorption rep- --

Page 120

1  represents the total absorption over the time of the
2  experiment.  And so -- And many of those are 24 to 4- --
3  48 hours long, which is much longer than Mr. Hardeman
4  would have had glyphosate on his skin, based on his own
5  description of his post-spray activities.  And so in
6  order to -- to reflect what is accurate for him, I
7  adjusted the uptake through the skin to account for the
8  duration of time after he was exposed.
9    Q.  Okay.  And why did you -- why did you use it
10  relative to 24 hours?
11    A.  Because that is typically what the -- I think
12  that's what the 2 percent is -- That's a common twe- --
13  That's a common duration of exposure in these studies.
14  And so that was a -- It could have been -- The 2 percent
15  could be longer than that or -- I don't recall without
16  looking at the paper.  But 24 hours is a common exposure
17  time period for these studies and -- and I think is
18  reflective of the 2 percent dermal absorption.  But I
19  have to -- If you want -- To be more accurate, I have to
20  go back to my paper and look --
21    Q.  Yeah.
22    A.  -- and see --
23    Q.  Go ahead.
24    A.  -- where that exactly comes from, if there's --
25  if I have the duration in there.

Page 121

1    (Reviews document.)
2    I don't -- I cite the -- I don't cite the number of
3  hours in the Wester study, and so I'd have to go back
4  and look and see how long that exposure was.  But I have
5  used 24 hours as a -- as -- as the -- the -- the
6  duration.  So I'd have to pull the Wester study to know
7  exactly.  But that's -- But 24 hours is a reasonable
8  period of time during which the- -- these experiments
9  were conducted.
10    Q.  All right.  And this is just for my own -- for
11  edification, but is the implication of the ABS factor
12  that the percent of the dose absorbed increases linearly
13  over time?  Is that the implication?
14    A.  Yeah.  And it ref- -- it refers back to the
15  flux we talked about previously.
16    Q.  Mm-hmm.
17    A.  With glyphosate, the first couple of hours
18  there's almost no uptake.  And then you get into a
19  relatively linear portion of uptake where the flux is
20  go- -- where it's going through the skin at a -- at a
21  relatively constant rate, again given variability in
22  these studies.
23    And -- And the -- And that -- And those fluxes is
24  what these -- as I mention in my paper, is what these
25  authors report.  But then they typically report the

Michael Joseph Sullivan, Ph.D.

Page 122

1  final number as what happened over the entire
2  experiment.  So you need to account for time because
3  Mr. Hardeman didn't have glyphosate on his skin for 24
4  hours.  So we need to account for what he actually did.
5      Q.  So what do you cite in your report that
6  supports the theory that the percent of applied dermal
7  dose absorbed increases linearly over time?
8      A.  I would have to --
9      Q.  I couldn't find any.
10     A.  You -- I'd have to go back to all the studies
11 I've looked at and -- and -- because they -- because
12 they are reporting a flux rate.  And the -- And the
13 assumption in those papers when they provide a flux rate
14 is that that's the flux occurring over the -- the time
15 that they were doing the experiment.  Other than the few
16 studies that look at some earlier times, that flux rate
17 is -- would be representative of what's happening over
18 the course of the experiment.  So it would be a fairly
19 linear, um...
20     Q.  So --
21     A.  But -- But there is -- I think there are some
22 papers that plot it out over time.  I just don't recall
23 which ones they are.  But there are several papers
24 that -- that look at co- -- flux over time.  And what
25 you have -- And all those papers are consistent.

Page 123

1  There's a lag phase or -- with very low absorption, and
2  then the absorption increases fairly linearly.
3      Q.  So look at your report because, as you said,
4  that you -- you cite your -- some opinions, and then you
5  will cite references.
6      A.  Right.
7      Q.  And then you also have documents considered.
8  And I think what I hear you saying is that you -- you
9  don't know, out of the documents considered, which ones
10 support that proposition.  But if you -- Is that opinion
11 in your report?
12     A.  The...
13     Q.  Is the opinion that the percent of applied
14 dermal dose absorbed increases linearly over time -- is
15 that opinion in your report?
16     A.  Do I say those exact words?  No.
17     Q.  Where is it -- Just point --
18     A.  But --
19     Q.  -- me where it is in the report.
20     A.  Those exact -- I don't believe those exact
21 words -- Well, let me see,
22     Q.  Or the concept or whatever.  Just show me where
23 it is in your report.
24     A.  Certainly.
25         (Reviews document.)

Page 124

1      So in that -- in the paragraph on page 6, it would
2  be, if you count the little one at the top -- one, two,
3  three -- four paragraphs down.  In that -- In that
4  discussion, I say -- and we -- we talked about this
5  before -- "What is actually measured in these studies is
6  flux: the mass of chemical moving through the skin over
7  a period of time.  In over to" -- "In or-" -- "order to
8  calculate exposure and still use specific activity
9  information provided by Hardeman, a percent dermal
10 absorption is used with an adjustment factor to account
11 for exposures of less than 24 hours."
12     And so -- And then I even gave some examples
13 which -- So that would -- although I don't say -- I
14 don't say out -- I don't say specifically it's -- the
15 words "linearity" do not occur in my text, it's --
16 that's what I have used, and it's shown by the -- by the
17 factors that I have provided.
18     Q.  And that's the only place in your report
19 where -- where that opinion would show up?
20     A.  That is the only place where -- in this report
21 where I talk about that -- that percent absorption
22 factor adjustment that I did, yes.  I believe that's --
23     Q.  Okay.
24     A.  -- true.
25     But if you -- But you have to look at all the

Page 125

1  studies because the various -- the various studies
2  also -- as I mention, so- -- a couple of them -- and I
3  wish I could remember which ones -- plot out uptake over
4  time and are indicative -- and -- and -- and show that
5  lag period versus a linear phase after the lag period.
6  I just would have to find which ones they are.
7      Q.  Are you familiar with the Pesticide Handlers
8  Exposure Database?
9      A.  No, I am not, no.
10     Q.  Sometimes referred to as PHED?
11     A.  I -- I don't think I cited it in any of my
12 references, so I'm not -- I don't think I've -- I've
13 looked at it.  I'd have to look at --
14     Q.  So you don't know what is?  You've never heard
15 of it?
16     A.  The way you've described it, the answer is
17 "no."  Could I have seen it?  I'd have to see a copy of
18 it to know for sure.  I don't recall it based on what
19 your description is.  But seeing it --
20     Q.  My description is just the name of it.
21     A.  I understand that.  Sometimes you forget the
22 name of a paper but you've actually looked at it or --
23     Q.  It's a database.
24     A.  So -- or database.  So it would -- you know,
25 it's something that I would want to see to be absolutely

Michael Joseph Sullivan, Ph.D.

Page 126

1  sure, but I don't believe so.
2      Q. Okay. Are you familiar with the predictive
3  operator exposure model also known as the P-O-E-M?
4      A. Hmm. I have heard of the POEM model, yes.
5      Q. How did the POEM model fit into your opinion,
6  if at all?
7      A. I do not use a model like the POEM model
8  because I believe in doing something that specific for
9  Mr. Hardeman which -- which I present in this opinion,
10  and models like the POEM model have -- I don't believe
11  are -- would be specific for Mr. Hardeman.
12      Q. So you didn't utilize the POEM model, fair to
13  say?
14      A. I did not.
15      Q. Okay. So if you turn to page 3, you state
16  that -- under 5 -- paragraph 5, "Summary of Glyphosate
17  Chemicals and Physical Properties" --
18      A. Yes. I am there.
19      Q. -- you state that you reviewed the safety data
20  sheet for Ranger Pro?
21      A. That is correct.
22      Q. Why did you do that in this case?
23      A. Because it -- I'm looking at the -- it was an
24  available SDS off the Internet, and the gl- -- the --
25  the properties of glyphosate are the same regardless of

Page 127

1  what mixture it's in. And glyphosate has a molecular
2  weight and a vapor pressure and solubility which are
3  prop- -- intrinsic properties -- chemical properties
4  that are provided in that -- in that MSDS, so -- I'm
5  sorry -- that SDS. So it -- that's why I -- I just
6  picked a source and then confirmed it with the PubChem.
7  But these are -- these are consistent chemical
8  properties that -- that wouldn't change.
9      Q. So you know that Mr. Hardeman didn't use
10  Ranger Pro; right?
11      A. Yeah. He used a concentrate that I specify
12  earlier in my -- in my opi- -- later in my opinion that
13  contained glyphosate with the same chemical properties.
14      Q. So it's your opinion that Ranger Pro has the
15  same chemical properties as the product Mr. Hardeman
16  used.
17      A. No. That -- That would -- You -- No. That's
18  not what I said. So I'll -- I'll try --
19      Q. Okay.
20      A. -- and say it clearer.
21  We're talking about the chemical glyphosate --
22      Q. Mm-hmm.
23      A. -- a specific unique chemical. And that
24  chemical has a molecular weight, which doesn't change in
25  whatever formulation it's in. It has a vapor pressure,

Page 128

1  which doesn't change, because that's an intrinsic
2  chemical property. It has a solubility, which doesn't
3  change. That's an intrinsic chemical property.
4      And so I used that SDS not to define Ranger Pro as
5  a formulation but to extract the glyphosate-specific
6  properties which would be the same regardless of what
7  formulation was being used.
8      Q. Do you think that there is a difference --
9  Well, let me -- let me ask this.
10      We've been talking a lot about glyphosate; right?
11  Today?
12      A. Yes, we have.
13      Q. But you understand Mr. Hardeman wasn't exposed
14  to glyphosate alone; right?
15      A. He -- I -- I would expect that he was exposed
16  to glyphosate in a -- through a -- through a -- through
17  spraying a diluted concentrate containing glyphosate,
18  herbi- -- an herbicide mixture, yes.
19      Q. Yeah. A -- A formulation; right?
20      A. A formulation would be a better word.
21  Thank you.
22      Q. Right?
23      A. Yes.
24      Q. So what he -- what Mr. Hardeman was exposed to
25  was glyphosate plus other chemicals; right?

Page 129

1      A. I would expect that to be true, yes.
2      Q. And so those other chemicals, do they affect
3  his exposure to glyphosate?
4      MR. DHINDSA: Objection.
5      THE WITNESS: I'm not -- "Affect" is kind of a
6  broad term. But the good thing is that we have
7  glyphosate formulations that have been tested. And so
8  if you're asking, for example, when I looked at the data
9  on -- in the study, does it -- is it only on glyphosate
10  without -- outside the formulation? No. There's
11  numerous studies in here, for example dermal uptake
12  studies that look at the formulation of glyphosate,
13  not -- and -- and glyphosate by itself.
14      And so while it's -- it's true that he would be
15  exposed to a diluted formulation, the -- scientific
16  literature has kind of already accounted for that in --
17  in many of the papers that I've -- I've looked at. So
18  it doesn't -- it wouldn't -- it doesn't materially
19  affect the -- the -- the calculations I put together.
20      MS. WAGSTAFF:
21      Q. Do you know what other chemicals were in the
22  concentrate mixture that Mr. Hardeman used?
23      A. I don't have a list of them, and so I note
24  there are things like surfactants and -- that are in
25  there that -- Obviously water is in it when -- when --

Michael Joseph Sullivan, Ph.D.

Page 130

1  as well. There -- And there -- I've seen lists of other
2  chemicals, but I don't -- but I di-- but my -- since
3  my exposure is focused on glyphosate, my calculations
4  are focused on glyphosate uptake. The other chemicals
5  don't -- don't -- I didn't -- don't have to have those
6  as part of that calculation.
7      Q. Okay. And you understand that this lawsuit is
8  about the formulated mixture; right?
9      MR. DHINDSA: Objection.
10     THE WITNESS: Actually, I don't really have much
11 detail on the lawsuit at all. I'm just focused on
12 exposure. I don't understand -- I'm not -- I don't
13 spend time on the legal issues. I -- I try and read the
14 science.
15     MS. WAGSTAFF: Okay.
16     Q. And so you -- your opinion is limited to
17 exposure to glyphosate.
18     MR. DHINDSA: Objection.
19     THE WITNESS: The calculation is for glyphosate
20 uptake, which is the chemical of interest. The data
21 that I've looked at include glyphosate exposures through
22 formula- -- through the use of formulated products. And
23 so since Mr. Hardeman wasn't using pure glyphosate, as
24 you have already pointed out, it would be important
25 to -- to reflect the literature on the -- on the

Page 131

1  glyphosate formulations, which I have done.
2      So I believe that my calculations are appropriate
3  and reflect what Mr. Hardeman's exposure would be when
4  he sprayed a diluted formulation, got glyphosate,
5  probably surfactant on his skin, and then there was
6  uptake.
7      But we have -- The good thing is we have all these
8  studies that looked at that, and so I -- I can -- I can
9  utilize those studies to understand how he was exposed
10 to that mixture.
11     MS. WAGSTAFF: Okay.
12     Q. And so just to be clear, you -- as you sit here
13 today, you do not know what surfactants were in the
14 product Mr. Hardeman used?
15     A. I don't know the exact name of the surfactants
16 in there. I -- I've looked at those products, but I
17 don't remember, sitting here today, if we looked at
18 it -- if we had a label of this -- of the product he
19 used. Even if he could remember -- and I don't even
20 think he was that specific -- I would be able to tell
21 you what they are, but --
22     Q. Well, we all would if we could read --
23     A. Yeah.
24     Q. -- the label.
25     A. But I -- I don't -- I don't have them

Page 132

1  memorized.
2      Q. Okay. Well, it's on your report; correct?
3      A. It's -- It's -- The -- The exposure to the
4  study of and the exposure to glyphosate and formulation
5  is what my report's about. And so the studies I've
6  looked at, the calculations I've done are appropriate
7  for exposure to glyphosate in formulation.
8      Q. Okay. And just to be clear, your report does
9  not even acknowledge that the product had surfactants.
10 The word "surfactants" is not in your report; is it?
11     MR. DHINDSA: Objection.
12     THE WITNESS: I -- I would -- I would quote what I
13 wrote on the first page. "The calculation of Glyphosate
14 exposure and dose requires using information from the
15 scientific literature and information about activities
16 engaged by Mr. Hardeman," which we've discussed, "and
17 Glyphosate-containing herbicides."
18     And so I recognize right at the very beginning --
19     MS. WAGSTAFF:
20     Q. Where are you reading from?
21     A. I'm reading -- I'm sorry. I should have told
22 you.
23     On page 1, Section -- Section 2, "Scope of the
24 Opinion."
25     Q. Okay.

Page 133

1      A. The middle sentence in this first paragraph.
2  And I -- I use the term "Glyphosate-containing
3  herbicides" because I recognize that that's what the
4  exposure was. It was -- And -- And the chemicals in
5  those herbicide formulations are all part of it. And
6  that's why, when I look at the -- use the -- utilize the
7  scientific literature, I'm u-- I'm looking at studies
8  that use the formulation. So it's im-- it's implicit
9  in my work and stated on that first page that I'm
10 looking at the "Glyphosate-containing herbicides" that I
11 know that -- that this is a exposure to a mixture. And
12 so it's -- why -- if I -- the fact that I may not have
13 used a particular word doesn't mean that I don't
14 understand that that's what we're -- that's what this is
15 about.
16     Q. Okay. And so you are -- just to be clear, you
17 are not giving any opinion or any calculation regarding
18 Mr. Hardeman's exposure to anything except for
19 glyphosate.
20     MR. DHINDSA: Objection.
21     THE WITNESS: My opinion -- Yes, that's correct.
22 My opinion is solely on glyphosate uptake.
23     MS. WAGSTAFF:
24     Q. And, in fact, reading your report, I would not
25 know what other chemicals Mr. Hardeman was exposed to;

34 (Pages 130 to 133)

Michael Joseph Sullivan, Ph.D.

Page 134

1  correct?
2      MR. DHINDSA:  Objection.
3      THE WITNESS:  Other than the statement here where I
4  say that he used "Glyphosate-containing herbicides,"
5  which are a formulation, you would -- I -- I would
6  assume the person would understand that a formulation is
7  not just that chemical.
8      MS. WAGSTAFF:  Right.
9      Q.  But no -- nobody reading this report would
10  understand what other chemicals were in that
11  formulation; correct?
12      MR. DHINDSA:  Objection.
13      THE WITNESS:  Yeah.  I don't -- I can't speculate
14  what other people might know, but I'm -- but that
15  wording is -- is very particular.  And when someone says
16  "Glyphosate-containing herbicides," someone who knows
17  herbicides would know.
18      MS. WAGSTAFF:  Okay.
19      Q.  So let's have you, who's an expert in
20  chemicals -- if you read this report --
21      A.  Right.
22      Q.  -- can you tell what other chemicals were in
23  his formulation?
24      A.  I know -- I've already mentioned that, for
25  example, there are -- there are --

Page 135

1      Q.  Surfactants is a --
2      A.  There's surfactants.
3      Q.  -- is not a chemical.  That's a type.  I mean
4  that's -- there are specific surfactants in there.
5      So if you can tell me from reading your report what
6  surfactants are in there, I would love to know.
7      A.  Okay.
8      MR. DHINDSA:  Objection.
9      MS. WAGSTAFF:
10      Q.  So go ahead.  And you can read it.
11      A.  I -- I don't list the specific chemicals --
12      Q.  Okay.
13      A.  -- because it was not relevant to what I was
14  doing.
15      Q.  Okay.  Let's look at your CV, which has been
16  marked as Exhibit 4.
17      A.  Okay.  I am there.
18      Q.  Is this up to date as of November 27th, 2018?
19      A.  I would say "yes."
20      Q.  Everything is accurate?
21      A.  To the extent that I -- I reviewed it prior to
22  sending it in, yes, I would say it's accurate.
23      Q.  Okay.  And your invoices, which we've marked as
24  Exhibit 8, those, I believe, go through December 3rd; is
25  that right?

Page 136

1      A.  It looks like this -- Exhibit 8 begins with a
2  date of Dec- -- October 31st and ends -- oh, gosh.
3  Where is the last one? -- December 3rd of 2018, yes.
4      Q.  Okay.  And so today is December 19th.
5      A.  That's correct.
6      Q.  And I'm guessing you've spent a lot of time
7  preparing for these depositions.  How much time do you
8  think you've spent since your December 3rd invoice?
9      A.  I would probably guess three days.  That's --
10      Q.  Three --
11      A.  -- probably a reason- -- Three --
12      Q.  How many hours?
13      A.  Three eight-hour days, maybe 20 to 24 hours.
14      Q.  Okay.
15      A.  Something like that.
16      Q.  So did you meet with your lawyers this morning?
17      A.  We ha- -- We have met after my opinion and
18  prior to this deposition, yes.
19      Q.  Okay.  When did you meet prior to this
20  deposition?
21      A.  We -- I had one meeting in Los Angeles a -- I
22  want to say it was one or two weeks ago.  And then we
23  met yes- -- yesterday -- yesterday as well and -- and a
24  little bit on -- what's today?  Wednesday?  Little bit
25  on Monday as well.  So, you know, two-and-a-half, three

Page 137

1  days --
2      Q.  But who was --
3      A.  -- something like that.
4      Q.  -- at the first meeting?
5      A.  It would have been Ran and -- Sorry.  I don't
6  know his last name.  He goes by "John," and I don't
7  remember his last name.
8      Q.  Is John a lawyer?
9      A.  He's a lawyer.  He works for the same firm that
10  Ran works for.
11      Q.  The Hollingsworth firm?
12      A.  Yes.  Thank you.
13      Q.  Okay.
14      A.  I'm not very good at names.
15      Q.  And then you met Monday for a few hours with
16  Ran and John again?
17      A.  Yes.  That's correct.
18      Q.  And then you met yesterday?
19      A.  Correct.  And -- And yesterday Meghan was --
20  she was present this week as well.
21      Q.  Okay.
22      A.  And so that wa- -- she was additional on -- on
23  Monday afternoon and Tuesday, yes.
24      Q.  Okay.
25      So I think that I have no more questions.

35 (Pages 134 to 137)

Michael Joseph Sullivan, Ph.D.

Page 138

1    MR. DHINDSA:  Could we go off the record for a few?
2    MS. WAGSTAFF:  Mm-hmm.
3    THE VIDEOGRAPHER:  We are going off the record.
4    The time is 4:18 p.m.
5    (A recess is taken.)
6    THE VIDEOGRAPHER:  We are back on the record.  The
7    time is 4:44–p.m.
8
9    -EXAMINATION-
10
11    BY MR. DHINDSA:
12    Q.  Dr. Sullivan, if Mr. Hardeman had had any
13    exposure to glyphosate-based herbicides that he did not
14    perceive or recall, are those exposures accounted for in
15    your expert opinions?
16    A.  Yes.  I -- I have calculated a dose which is
17    much higher than I -- than I believe he was exposed to,
18    which could -- which would account therefore for any of
19    these other potentially very small exposures.
20    If he didn't perceive anything on his skin, then it
21    would be a very, very small exposure, much smaller than
22    the value that I -- I -- I have used in my calculations.
23    So yes, I think that my calculations are inclusive
24    of any of the exposures he could have had.
25    Q.  And when you inspected Mr. Hardeman's

Page 139

1    Forestville property, do you believe you covered the
2    areas he reported as having sprayed glyphosate-based
3    herbicide?
4    A.  Aft- -- I reviewed his deposition first.  And
5    when I went to the property, I walked those areas that
6    he described as having sprayed.  And it took us about an
7    hour.  Now, he -- he reports three to four hours of
8    spraying, but that's okay because I -- I -- I use the
9    values that he -- he provided.  And not only do I use
10    three to four hours, I actually upped it to five hours
11    to increase the amount of time he would have been
12    exposed.
13    So I -- I think we did walk the areas, and it
14    didn't take -- and it took us about an hour to walk
15    those areas that he -- that he cited in his deposition.
16    Q.  Do you hold all of the opinions you've stated
17    here today and in your expert report in the Hardeman
18    case to a reasonable degree of scientific certainty?
19    A.  Yes.
20    MR. DHINDSA:  No further questions.
21    MS. WAGSTAFF:  I have one.
22
23
24
25

Page 140

1    -EXAMINATION-
2
3    BY MS. WAGSTAFF:
4    Q.  Monsanto's lawyer just asked you if you -- your
5    opinions accounted for glyphosate exposure unknown to
6    Mr. Hardeman; right?
7    A.  I think the word was "unperceived."
8    Q.  "Unperceived"; right?  Is that correct?
9    A.  I think that's correct, yes.
10    Q.  And we discussed this at length this morning --
11    or this afternoon; correct?
12    A.  We -- We did discuss it, yes.
13    Q.  Are you changing any of your answers to me?
14    A.  No.  It was the exact same answer I gave
15    before, that my exposures are conservative and
16    overestimates and would account for the uncertainty in
17    those -- in the parameters that he provided.
18    Q.  So just to be clear, though, you testified that
19    you're not sure how much exposure would actually change
20    your opinion; correct?
21    MR. DHINDSA:  Objection.
22    THE WITNESS:  No.  You asked me to -- to give you a
23    certain number.
24    MS. WAGSTAFF:
25    Q.  Mm-hmm.

Page 141

1    A.  And I answered that.  It's -- It's a -- It's a
2    direct relationship.  You increase the number by two,
3    and it increases the result by two.  And so that's --
4    that's what I answered to that equation.
5    I am confident that the -- the -- the -- those
6    questions you asked me earlier about whether he could
7    have had something on his skin that he didn't feel.  And
8    the answer to that question is:  That exposure would be
9    so small because he wouldn't be able to feel it, because
10    we know -- because the other levels that I -- that I've
11    used in my equation are -- are levels that people sense
12    exposure, that those -- if -- if those things happen,
13    they -- they would already be -- they would contribute a
14    very small amount to his total expose.  And my exposure
15    is already high enough that I think it's -- it's
16    covered.  So I just want to be clear that -- that
17    there -- there would -- that I -- that there was
18    something that if -- if in case you were wondering if
19    there's something I did not -- did not consider in my
20    evaluation.
21    Q.  So just so I understand your -- your opinion,
22    you believe that your estimates provided a buffer or a
23    padding or an overestimation, whatever word you want to
24    use, enough such that it would capture any and all
25    unperceived exposures?

Michael Joseph Sullivan, Ph.D.

Page 142

1    MR. DHINDSA:  Objection.
2    THE WITNESS:  I would not -- I've never said those
3  words.  What I did say is that Mr. Hardeman was very
4  specific in his -- in his description, in fact so
5  specific he used numbers.  And so he didn't just say
6  some- --
7    MS. WAGSTAFF:
8    Q.  I'm not asking you --
9    A.  I know.
10   Q.  -- about what he testified to.  I'm asking
11  you --
12   A.  But I'm asking -- I'm answering your question
13  about uncertainty.
14   So when I look at what he said, it leads me to
15  conclude that there's -- that that range of uncertainty
16  is not that big.
17   If someone has said "sometimes," that's different
18  from saying "six" or "seven times."  And so that level
19  of certainty gives me -- becau- -- bounds the amount of
20  uncertainty I feel I may have to address.  I feel --
21  I -- I feel that I've addressed the un- -- uncertainty
22  in his exposure based on his own des- -- descriptions.
23   Q.  Well, his descriptions were his -- what he
24  perceived; right?  It's --
25   A.  What he --

Page 143

1    Q.  Right.
2    A.  -- recalled --
3    Q.  Illogical --
4    A.  -- and what he perceived.
5    Q.  -- to think he would describe what he didn't
6  perceive; correct?
7    A.  Right.  And I'm assuming it's also logical that
8  he -- that he would not describe every exposure he had
9  because this is what this case is about.  So I'm taking
10  it at face value that he -- he thought about this, he
11  would have discussed it with others, and he -- when
12  asked those questions, he provided his best estimate.
13   Q.  Okay.  So your exposure days I think you said
14  was 19?
15   A.  19 mixing days and 19 spray day- -- mist --
16  mist-exposure days.
17   Q.  Okay.  So -- So that is -- 19 plus 19 is 38
18  days?
19   A.  That's correct.
20   Q.  So you -- your -- your opinion is that
21  Mr. Hardeman had 38 days -- independent days of
22  exposure?
23   MR. DHINDSA:  Objection.
24   THE WITNESS:  That's what I modeled for
25  Mr. Hardeman based on his own --

Page 144

1    MS. WAGSTAFF:  Yeah, yeah.
2    THE WITNESS:  -- recol- -- well, own recollection
3  of --
4    MS. WAGSTAFF:
5    Q.  You've --
6    A.  -- ten --
7    Q.  -- said a hundred --
8    A.  -- ten --
9    Q.  -- times that --
10   A.  -- ten days total.
11   Q.  Okay.
12   A.  I know.  But let's -- I want to put it in
13  context.
14   Q.  Uh-huh.
15   A.  Ten days total --
16   Q.  Mm-hmm.
17   A.  -- is what he said.  And he doesn't specify the
18  type of exposure.
19   Q.  Well --
20   A.  And so I gave him ten days of spray exposure --
21   Q.  I got it.
22   A.  -- and ten days of -- of spill exposure.  And
23  then I doubled it.  So I -- Does that -- Do I think that
24  accounts for what happened?
25   Q.  So --

Page 145

1    A.  Based on everything I've read, the answer is
2  "yes."
3    Q.  I -- I think there's a disagreement on what
4  Mr. Hardeman testified to, but I understand your basis
5  for your -- what your --
6    A.  Okay.
7    Q.  -- opinion is.  And you've said now many times
8  of what you believe Mr. Hardeman said.
9    So I'm asking you now:  You have 38 days of
10  exposure; right?
11   A.  That's correct.
12   Q.  And you're -- you're -- So anything over 38
13  days in 26 years, your -- your opinion is no longer
14  accurate?
15   MR. DHINDSA:  Objection.
16   THE WITNESS:  No, bec- -- and as I've explained
17  be- -- the -- and what you're asking is about the
18  question of uncertainty, and could it have been --
19  Let's -- Let's pick a number bigger than that.  Let's
20  say 40 days, which is more than 38.  And so if you look
21  at 40 days of exposure, yes, that would -- for that one
22  parameter, that would increase the -- the values.
23   However, you have to look at the entire set of
24  exposures, all the parameters together.  And so if
25  that -- if -- if -- to account for that potential

37 (Pages 142 to 145)

Michael Joseph Sullivan, Ph.D.

Page 146

1    uncertainty.  I've increased parameter by parameter.  He
2    said he was at -- He said he sprayed three to four
3    hours.  I use five.  That puts an extra 20 to 25 percent
4    duration just for that one parameter of exposure.
5    That's dir- -- a direct increase in his -- in his total
6    exposure.
7         So as you go through --
8         MS. WAGSTAFF:
9         Q.  Well, if you --
10        A.  -- the parameters -- and -- and they are all
11   larger, you say -- if you argue, "Well, maybe it was 40
12   days," it's already accounted for if there's a few more
13   days than -- than he says --
14        Q.  Well, your model --
15        A.  -- because --
16        Q.  -- accounts for 38 days.
17        A.  Plus --
18        Q.  "Yes" or "no"?
19        A.  -- all the other -- If -- You ca- --
20        Q.  38 days --
21        A.  You can't --
22        Q.  -- "yes" or "no."
23        A.  You can't pick out a --
24        Q.  Okay.
25        A.  You can't --

Page 147

1         Q.  I'm just asking --
2         A.  -- pick out one parameter.
3         Q.  -- you a question:  Does your model account for
4    38 days?
5         MR. DHINDSA:  Objection.
6         THE WITNESS:  There are 38 days in the --
7         MS. WAGSTAFF:
8         Q.  Your model.
9         A.  -- in the -- in the model.
10        Q.  Okay.  That's my question; okay?  And then --
11        MR. DHINDSA:  I don't think he finished answering
12   it.
13        MS. WAGSTAFF:
14        Q.  My question is:  Does your model account for 38
15   days?  "Yes" or "no."
16        A.  It accounts for --
17        Q.  38 --
18        A.  -- a lot of things, including the number of
19   days --
20        Q.  Okay.
21        A.  -- of exposure.
22        Q.  Which is 38.
23        A.  You're cherry picking a single number.
24        Q.  I'm asking you a question.
25        A.  And I've answered it.

Page 148

1         Q.  You're -- You're like so afraid to answer
2    like --
3         A.  No.
4         Q.  -- the most basic questions.
5         A.  I'm not afraid to answer any of your questions.
6         Q.  It's really not a hard question.
7         38 days was accounted for in your model.
8         A.  38 days is -- is the parameter for dura- --
9    number of days of spraying.
10        Q.  Right.
11        A.  That's correct.
12        Q.  Okay.  So if he had more than 38 days, he would
13   presumably have more hours.
14        A.  If -- Every day has the same number of hours.
15        Q.  Yeah.  Right.
16        A.  That's correct.
17        Q.  Okay.
18        No further questions.
19        MR. DHINDSA:  Okay.  Nothing further.
20        THE VIDEOGRAPHER:  This marks the end of Media
21   Number 2 in the matter of Hardeman versus Monsanto
22   Company, et al.  This concludes today's video deposition
23   of Dr. Michael J. Sullivan.
24        We are going off the record.  The time reads
25   4:54 p.m.

Page 149

1         (The proceedings concluded at 4:54 p.m.)
2                        ***
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

38 (Pages 146 to 149)

Michael Joseph Sullivan, Ph.D.

Page 150

```
 1    STATE OF CALIFORNIA ) ss
 2
 3       I, Delia M. Satterlee, CSR 9114, do hereby declare:
 4
 5       That, prior to being examined, the witness named in
 6    the foregoing deposition was by me duly sworn pursuant
 7    to Section 2093(b) and 2094 of the Code of Civil
 8    Procedure;
 9
10       That said deposition was taken down by me in
11    shorthand at the time and place therein named and
12    thereafter reduced to text under my direction.
13
14       I further declare that I have no interest in the
15    event of the action.
16
17       I declare under penalty of perjury under the laws
18    of the State of California that the foregoing is true
19    and correct.
20
21       WITNESS my hand this _____ day of January,
22    2019.
23
24    _____
25    Delia M. Satterlee, CSR 9114
```

Page 152

```
 1          ACKNOWLEDGMENT OF DEPONENT
 2
 3       I,_____, do hereby
 4    certify that I have read the foregoing pages, and that
 5    the same is a correct transcription of the answers
 6    given by me to the questions therein propounded, except
 7    for the corrections or changes in form or substance, if
 8    any, noted in the attached Errata Sheet.
 9
10
11    _____
12    MICHAEL JOSEPH SULLIVAN, Ph.D.          DATE
13
14
15    Subscribed and sworn to
16    before me on this _____day
17    of_____,20___, by _____
18    _____,
19    proved to me on the basis of satisfactory
      evidence to be the person(s) who appeared before me.
20
21       Signature _____
22
23
24
25
```

Page 151

```
 1          ------
 2          E R R A T A
 3          ------
 4    PAGE  LINE  CHANGE
 5    ____ ____ _____
 6       REASON:  _____
 7    ____ ____ _____
 8       REASON:  _____
 9    ____ ____ _____
10       REASON:  _____
11    ____ ____ _____
12       REASON:  _____
13    ____ ____ _____
14       REASON:  _____
15    ____ ____ _____
16       REASON:  _____
17    ____ ____ _____
18       REASON:  _____
19    ____ ____ _____
20       REASON:  _____
21    ____ ____ _____
22       REASON:  _____
23    ____ ____ _____
24       REASON:  _____
25
```

39 (Pages 150 to 152)

Michael Joseph Sullivan, Ph.D.

**A**

**a-** 12:24 25:19
    32:23 44:1
    96:4 102:21
    104:3
**ability** 15:13
**able** 7:17 12:5
    17:18,19 28:6
    114:2 115:2
    131:20 141:9
**ABS** 63:5 64:9
    64:22 65:17
    118:19 119:18
    119:19 121:11
**abs-** 46:18
**absolutely**
    125:25
**absor-** 63:5
**absorbed** 42:10
    42:12 45:9,25
    46:1,6,13,19
    46:21,25 49:12
    121:12 122:7
    123:14
**absorption** 10:3
    32:23 39:8
    63:6 113:9,18
    119:25 120:1
    120:18 123:1,2
    124:10,21
**ac-** 9:2 46:17
**acceptable**
    47:10
**accompany** 19:7
**account** 82:10
    84:9 116:13
    120:7 122:2,4
    124:10 138:18
    140:16 145:25
    147:3,14
**accounted** 84:21
    129:16 138:14
    140:5 146:12
    148:7
**accounts** 144:24
    146:16 147:16

**accurate** 16:10
    75:6,7 93:18
    115:17 120:6
    120:19 135:20
    135:22 145:14
**acknowledge**
    132:9
**ACKNOWLE...**
    152:1
**acreage** 12:24
    13:10
**acres** 12:23 13:7
**action** 9:24
    150:15
**activities** 9:3,9
    11:16 18:22
    36:21 39:25
    43:15 74:5,10
    76:15 90:6,23
    92:5 104:4,20
    106:3 120:5
    132:15
**activity** 103:8
    106:11 108:22
    112:25 124:8
**actu-** 69:2
**actual** 36:21
    62:17,25 64:2
    64:7 65:13
    67:6 85:23
**add** 32:16 105:9
**added** 94:21,23
    94:24
**adding** 105:18
    105:19
**addition** 84:16
    107:25
**additional** 13:15
    32:18 99:17
    137:22
**additionally**
    32:21
**address** 142:20
**addressed** 41:13
    142:21
**addresses** 39:8
**adjusted** 76:3,4

    120:7
**adjustment**
    124:10,22
**adjustments**
    103:25
**ADME** 10:3
    32:23 44:6
**admit** 94:7
**affect** 129:2,5,19
**afraid** 148:1,5
**Aft-** 139:4
**afternoon** 7:10
    7:11 137:23
    140:11
**agai-** 97:20
**Agency** 50:22
**aggressive**
    110:17 112:24
**ago** 8:1,4,7 73:1
    73:18,25
    119:21 136:22
**agree** 43:9
**agreeing** 58:13
**agreement** 7:16
    8:9
**Agri-** 33:18
**Agricultural**
    33:12,18 34:4
    34:15 35:19
    36:11,25 47:19
    48:1,6,22
**Ah** 26:8 52:12
**ahead** 92:2
    117:23 120:23
    135:10
**AHS** 35:12 36:3
    37:25 38:11,16
**Aimee** 2:5 6:14
**aimee.wagstaf...**
    2:9
**al** 5:8 6:8 148:22
**al-** 81:24
**Alaska** 2:6
**allowed** 12:12
    18:8
**allows** 11:21
    12:6,18 13:17

**Altieri** 3:6,10
    6:20,20
**amount** 75:21
    81:17 85:20
    105:8 114:25
    115:15 139:11
    141:14 142:19
**amounts** 60:10
    60:11
**and-** 2:10 3:13
**Andrus** 1:12 2:4
**Angeles** 1:13
    3:17 6:6
    136:21
**animal** 47:12
    114:7,23
**answer** 28:6
    40:23 41:8
    46:10 61:25
    62:6,8 67:12
    68:5,13,16
    69:16 70:21
    83:7 87:19
    89:1 93:11
    95:8,14,18,21
    96:18 99:25
    117:3,4,24
    125:16 140:14
    141:8 145:1
    148:1,5
**answered** 18:20
    59:5 68:17
    69:19 141:1,4
    147:25
**answering**
    142:12 147:11
**answers** 140:13
    152:5
**anticipation**
    57:15
**anymore** 72:23
    73:19
**apart** 28:15
**appear** 29:15
**APPEARAN...**
    2:1 3:1
**appeared**

    152:19
**appears** 41:24
    42:10
**appl-** 103:7
**applicable** 57:11
    118:17
**application**
    70:12 71:18
**applicator** 49:13
    100:5
**applicators** 48:5
    48:13 89:20
    100:2,3 101:25
**applied** 9:8 51:1
    71:9 104:3
    115:15 122:6
    123:13
**apply** 56:19,24
    56:24 57:15
    67:18 74:15
    105:3
**appropriate**
    64:17 102:23
    103:2 104:22
    109:18 131:2
    132:6
**approximately**
    16:15 17:22
    76:12 103:21
**AR** 100:12,17
    101:2,3,5
**ar-** 104:4
**area** 13:19 14:23
    16:18 17:7,8
    17:15,16,20
    18:2 33:1
    60:23 86:7
    96:9,14 100:13
    103:19,25
    104:6 105:20
    106:1,1,5,9
    109:5,6 112:18
    113:13 114:4
**areas** 13:11,12
    13:14,16 14:18
    14:19 15:18
    16:23 17:9,11

19:14,14
100:20 102:17
109:22,24
139:2,5,13,15
argue 146:11
argument 84:19
arm 89:25 104:4
arms 99:10
100:15,19
102:19,25
103:9
article 28:4
101:22 102:12
articles 28:2,4
ask- 59:5
asked 8:12,14
8:24 9:10,13
9:17,23 28:3
31:7 34:1,17
51:25 55:19
65:7 69:19
81:6 95:17
100:16 116:22
140:4,22 141:6
143:12
asking 24:7
35:22 43:12
51:16 58:14,15
58:22 61:21
62:8 67:21,25
76:17,17 80:2
93:19,24 96:5
129:8 142:8,10
142:12 145:9
145:17 147:1
147:24
aspects 10:9
11:20 34:6,9
34:16,18 39:5
44:4 54:2 57:9
107:25 109:4
assembled 31:1
assessment 5:5,6
50:23,25 51:17
51:18,20 68:11
68:12 71:8
assessments

60:22
assessor 56:18
assessors 54:11
67:17
assigned 77:19
assume 36:1
79:10,13 92:10
98:2 106:24
116:13 134:6
assumed 98:8,11
99:9 104:24
105:15
assuming 17:2
57:24 58:6
60:1 88:7,12
143:7
assumption
122:13
assumptions
11:18 12:6
60:16
at-risk 67:17
attached 152:8
Attachment
4:13,17,20,23
attempt 11:15
attorney 71:25
attributed 76:14
authorized 27:7
authors 121:25
authorship 31:9
available 18:20
126:24
average 59:7,11
61:13,14,18
62:15 69:24
74:13,14 75:12
92:12 93:13
averaging 94:16
awhile 34:22

_____ B _____
b 4:8 52:9,13
back 14:10
17:22 38:3
47:20 66:10
81:8 88:9 98:6

99:4,7,15
100:11 104:16
104:19 105:2
119:12 120:20
121:3,14
122:10 138:6
barriers 99:23
base 78:16 80:12
based 11:19
14:19 19:15
36:21 39:14
40:5 45:13
47:13 65:16
68:10,23 73:13
74:1,2 78:1
79:3,23 80:25
81:17 82:2,3,5
82:6,7 85:2
86:12 89:7
99:17 100:18
104:6 111:3
112:18 120:4
125:18 142:22
143:25 145:1
basic 67:18
93:22,25 148:4
basing 60:18
80:19
basis 81:13 86:2
145:4 152:19
bathing 72:22
baths 69:13
be- 27:24 145:17
bearing 29:4
bec- 145:16
becau- 142:19
beginning 49:11
67:1 110:24
132:18
begins 136:1
behalf 6:15,17
6:18,20,22
bel- 31:4 81:9
believe 8:14
12:20 16:24
17:3 21:19,23
21:25 31:4

32:7 34:21
50:1 51:25
61:15 75:7
78:11 81:9
82:24 83:2
105:2 106:21
113:22 114:6
117:16 123:20
124:22 126:1,8
126:10 131:2
135:24 138:17
139:1 141:22
145:8
believed 82:15
82:16
bell 31:23
best 15:12 22:1
41:9 50:13
143:12
better 128:20
beyond 79:24
81:3
big 142:16
bigger 145:19
biggest 75:8,11
biomonitoring
45:13
bit 27:2 47:20
50:8 107:13
136:24,24
blow 18:7
bo- 74:21
board 51:1 85:1
body 39:2 69:24
102:24 103:3
103:22,25
109:7
bottle 109:12
bottom 17:19
64:3 65:12
94:22 101:22
Boulevard 3:16
boundary 16:16
bounds 142:13
break 64:16
66:8 83:18
118:23

bring 58:7
broad 87:5,23
117:15 129:6
broader 44:3
55:18 56:5
brushed 97:7
bu- 79:4
buffer 141:22
buildings 16:4
17:12
built 85:19
86:10
bullet 23:16,17
bumped 77:23
79:18 82:9

_____ C _____
C 4:17
ca- 146:19
cal- 51:6 54:2
109:23 112:17
calc- 115:3
calculate 32:9
46:13,21 59:14
62:2 79:5
83:14 96:15
102:23 103:7
114:24 124:8
calculated 41:15
43:14 46:20,25
49:12 75:18
82:1 94:14
112:18 138:16
calculating
82:13
calculation
42:15 44:7,24
49:23 50:9
65:2,13 74:19
75:1 76:13,16
81:16 85:9
86:12 93:3,10
93:12 94:19
98:9 102:13
115:9 116:19
130:6,19
132:13 133:17

**calculations**
4:23 23:6
41:22 43:18
61:22 65:5
69:1 78:1
79:18 84:22
90:19 99:10
101:14 129:19
130:3 131:2
132:6 138:22
138:23
**calculator** 47:23
**CalEPA** 51:6
**California** 1:3
1:14 3:17 6:6
6:10 51:5,16
54:2 87:22
150:1,18
**call** 14:21 39:5
59:16 60:2
69:22 118:3
**called** 14:22
28:14 32:23
47:10 106:17
106:17,21
**cancer** 10:12,15
10:25 61:19
62:3
**capture** 141:24
**career** 69:9 70:3
72:23 86:21
**careful** 110:10
110:11
**carefully** 86:5
111:2
**case** 1:5,8 6:8
8:13,16,25
24:25 25:2,12
26:11,13,14
27:23 28:1
31:1,5,5 33:7
42:25 53:11
55:11,17 56:19
57:1 59:14
60:3 65:23
70:2 71:10
85:23 86:2

87:8 94:17
96:13 105:11
110:4 118:11
126:22 139:18
141:18 143:9
**categories** 91:4
**categorization**
36:17
**cau-** 34:6
**causation** 10:18
10:19,19 11:2
61:22 62:9
**caused** 10:25
**causes** 10:12,15
**centimeter**
103:18
**centimeters**
103:20 106:5,8
109:25 112:23
**central** 44:24
45:3
**certain** 33:25
44:10 60:10,11
105:8 109:19
140:23
**Certainly** 51:12
55:10 102:11
123:24
**certainty** 139:18
142:19
**certify** 152:4
**change** 32:8,10
49:24 75:16,16
75:20,20,21
84:23 93:8,11
93:16,20,21
94:1 103:13
115:21 119:3
127:8,24 128:1
128:3 140:19
151:4
**changed** 85:11
**changes** 19:1,2
93:17 94:2
116:22 152:7
**changing** 140:13
**chart** 62:12,13

62:17 67:6
90:4,24,25
100:11 104:19
118:20 119:15
**check** 52:9
108:11,17
**checked** 75:3,6
**chemical** 79:20
80:15,16 83:10
113:13 118:10
124:6 127:3,7
127:13,15,21
127:23,24
128:2,3 130:20
134:7 135:3
**chemicals** 71:7
84:1 86:20,25
117:13 118:8
119:22 126:17
128:25 129:2
129:21 130:2,4
133:4,25
134:10,20,22
135:11
**chemistry** 24:7
**cherry** 147:23
**chose** 44:9 90:25
91:2
**ci-** 57:5
**circle** 16:21
17:10
**circled** 17:15
**citation** 29:19
106:14
**cite** 29:3 38:5
47:8 52:5
101:21 106:12
106:17,23
113:21 121:2,2
122:5 123:4,5
**cited** 4:18 22:25
28:16,19,25
29:10,13,14
34:24 35:25
36:4,5 37:24
38:4 51:11
57:3 77:25

125:11 139:15
**cites** 47:5 52:13
**citing** 103:11
**Civil** 150:7
**clarify** 29:11
**clear** 11:20
40:16 81:14
82:25 84:12,13
88:4 89:19
98:10 118:12
131:12 132:8
133:16 140:18
141:16
**clearer** 127:20
**clearly** 88:4,5,13
**clears** 61:16
**Cleary** 3:15 6:22
6:22
**clothes** 89:12,18
89:21,24 96:11
96:25 100:9
**clothing** 96:2,7
96:18 100:1
**cm2** 113:14
**co-** 38:23 77:2
122:24
**coast** 87:22
**Code** 150:7
**cohort** 48:12
**cohorts** 48:3
**collected** 34:19
**collecting** 35:4
37:1
**Colorado** 2:7
6:14
**column** 104:20
**columns** 74:4
94:24
**com-** 61:3
**come** 29:25
30:10,24 31:16
43:23 47:20
66:10 88:9
102:21 108:23
115:3
**comes** 44:15
60:20 120:24

**comfortable**
12:7 41:21
61:3,4 87:1,8
**coming** 44:4
94:17 103:2
109:4
**comment** 34:2,5
**commenting**
34:5 36:18
**common** 120:12
120:13,16
**Company** 1:7
3:3 6:8,19,21
6:23 18:13
148:22
**compare** 36:15
38:17 45:15
46:23,25 49:7
49:12 59:14
**compared** 36:22
43:1 45:9 46:5
47:6,12,24,25
48:3,11,23
49:22
**comparing**
36:20 38:24
**comparison**
36:15 48:24
49:3
**comparisons**
50:1,2,2
**compiled** 30:5
**complete** 60:7
60:13 92:18
**complex** 43:11
75:1
**complicated**
43:21
**component**
44:25 45:3
91:13
**components**
71:14
**comprehensive**
92:4
**comprised**
27:14

Michael Joseph Sullivan, Ph.D.

**con-** 12:13 96:12
  108:21 111:3
**concentrate**
  23:19 105:7
  106:8 127:11
  128:17 129:22
**concentrated**
  104:21,25
  105:16 106:19
**concentration**
  104:23,24
  105:10
**concentrations**
  113:23
**concept** 56:21
  56:22 123:22
**conceptual**
  55:23 56:3
  95:8
**conclude** 142:15
**concluded** 66:25
  149:1
**concludes**
  148:22
**conclusion**
  41:24 42:11
  44:2,15,17
  97:3,16
**conclusions**
  26:19 43:12
**conducted** 11:10
  106:13 107:1,3
  121:9
**conducting**
  108:6
**confidence**
  12:18
**confident** 41:15
  85:1,21 141:5
**confirm** 58:11
  111:7
**confirmation**
  112:17
**confirmatory**
  108:22 111:4
**confirmed** 127:6
**confused** 25:17

26:8
**confusion** 61:6
**Conifer** 5:8
**connection** 11:9
  20:3
**conservatism**
  12:13 85:20
**conservative**
  59:25 140:15
**consi-** 87:12
**consider** 32:18
  32:21 40:7
  54:3 86:16,21
  96:1 97:12
  98:20 141:19
**consideration**
  100:9
**considered** 4:14
  28:15 29:6,9
  29:13,23 30:14
  31:1,10 32:17
  39:19 40:13
  41:11,20 53:10
  95:4 96:13,17
  96:24,25 97:1
  97:6,14 123:7
  123:9
**considering**
  43:15 96:16
  98:17
**consistent** 17:18
  18:1 50:12,18
  51:9 52:6
  53:13 54:19
  60:20 90:22
  108:13 122:25
  127:7
**constant** 116:7
  116:11 121:21
**contact** 39:24,25
  56:14 95:3
**contacting** 98:3
**contacts** 56:16
**contained** 27:22
  29:9 127:13
**container**
  110:19

**containing**
  128:17
**contaminated**
  69:13 72:20
**contemplates**
  40:9 41:5
**context** 144:13
**Continued** 3:1
  5:1
**contribute**
  141:13
**convinced**
  112:25
**copied** 57:24
**copy** 7:16 52:22
  52:24 58:7,8
  58:13 125:17
**correct** 9:15,16
  10:20,21 11:1
  11:2 12:23
  13:2,5,6 14:3,5
  14:12 18:14
  19:10 20:19
  26:25 28:17
  29:24 32:7
  37:25 44:16
  46:7,9,17,21
  47:17 49:9
  50:5 56:25
  57:4,10 59:18
  62:13,23 63:8
  64:4,5,10,11
  64:12 65:25,25
  67:7 73:6,23
  74:7,10,11
  78:7 81:17
  95:1 96:2 97:5
  97:8 98:16
  99:20 100:25
  101:6,14,15
  105:1,13
  106:13 108:14
  112:6,8 126:21
  132:2 133:21
  134:1,11 136:5
  137:17,19
  140:8,9,11,20

143:6,19
  145:11 148:11
  148:16 150:19
  152:5
**corrections**
  152:7
**counsel** 2:1 6:12
  30:19 31:16
  95:13
**count** 37:16
  124:2
**couple** 8:15,22
  60:9 66:15
  115:24 116:12
  119:5 121:17
  125:2
**course** 87:7
  90:21 92:6
  122:18
**court** 1:2 6:9,25
**covered** 139:1
  141:16
**create** 9:6 68:20
  68:21
**created** 9:4 23:2
  47:23 62:13
  70:25 90:6,13
  90:14,24
**creating** 54:16
**criteria** 49:14
  50:3
**CSR** 1:15 150:3
  150:24
**cup** 105:17
  109:17,21
  110:8 112:14
  112:19
**current** 18:17
  18:19
**Curriculum**
  4:15
**CV** 22:23
  135:15

———————
        **D**
———————

**D** 4:1,20
**D-adj** 65:20,20

75:24
**D.C** 3:8
**da-da-da-da-da**
  77:11
**daily** 47:10 59:7
  59:11 61:13,14
  61:18 62:15
  74:13,14 75:13
  92:12 93:13
**data** 9:24 34:19
  35:4 37:2
  100:1 104:2
  115:23 116:9
  117:20 118:1,8
  126:19 129:8
  130:20
**database** 125:8
  125:23,24
**date** 6:3 7:14,17
  7:23 8:23
  31:20 135:18
  136:2 152:12
**dated** 7:25
**day** 27:9 59:17
  59:19 60:1
  80:4,5 82:22
  92:9,11 94:14
  94:20 100:4
  148:14 150:21
  152:16
**day-** 143:15
**days** 76:4,6,11
  76:12,20,24
  77:16,21,22,24
  77:25 81:6,10
  84:16,20,20,21
  84:22 85:5,6,7
  94:15,17,18
  98:1,13,15,22
  98:23 99:17
  136:9,13 137:1
  143:13,15,16
  143:18,21,21
  144:10,15,20
  144:22 145:9
  145:13,20,21
  146:12,13,16

146:20 147:4,6
147:15,19
148:7,8,9,12
**DDT** 87:21
**de-** 61:6
**Dec-** 136:2
**December** 1:14
6:4 135:24
136:3,4,8
**decide** 30:6
**decided** 59:6
110:7
**decimal** 101:13
**decision** 8:17
**declare** 150:3,14
150:17
**decrease** 93:9
**Defendant** 3:3
**defensible** 87:11
**define** 118:20
128:4
**defined** 62:10
**defines** 88:5
**degree** 139:18
**Delia** 1:15 6:25
150:3,24
**denominator**
74:24
**Denver** 6:14
**dep** 89:11
**dep-** 8:18
**depend** 73:9
**depending** 39:6
118:10
**depends** 73:7
**depo** 15:2
**deponent** 6:10
152:1
**deposed** 25:1,2
31:17,19
**deposi-** 31:14
**depositing** 97:18
**deposition** 1:11
4:10 6:5 8:18
8:19 11:19
12:1 13:12
14:2 19:15

21:5,16 22:14
22:16 23:18
24:19,21 25:4
25:5,12 31:15
32:3,11,19
39:23 40:3
61:6 77:14
78:2,3,15,19
81:9 83:1
84:13 88:4
91:7,17,20
98:7 99:7,11
99:14 103:10
105:13 136:18
136:20 139:4
139:15 148:22
150:6,10
**depositions**
24:24 136:7
**deposits** 100:17
**derm-** 39:24
**dermal** 39:24,25
40:9,16 41:5
41:13,19 51:4
51:7,20 53:24
54:2 55:9
56:12 57:1,8
67:16 68:25
69:8,10,10,23
71:6 95:1,3
96:2,7,17 97:6
97:23 98:18
113:18 115:8
115:21 117:11
118:15 119:25
120:18 122:6
123:14 124:9
129:11
**des-** 142:22
**describe** 12:2
13:16 14:23
51:7 63:5 77:5
89:22 90:1
91:13 99:8
103:22 143:5,8
**described** 12:4
13:11 28:4

40:12 43:8
82:25 84:24
86:8 100:6,20
107:24 111:19
125:16 139:6
**describes** 43:10
88:12,16 89:23
103:15 105:12
**describing**
84:11 101:2,3
**description** 4:9
5:2 12:1 40:6
76:9 79:17
82:3 85:2 89:8
90:21,22
100:19 120:5
125:19,20
142:4
**descriptions**
68:25 142:22
142:23
**descriptive**
64:13 65:9,10
91:5
**detail** 28:5 37:7
59:23 130:11
**details** 59:21
91:22 107:14
108:4
**deter-** 35:8
**determine** 59:6
**determined**
42:22
**determining**
81:16
**devel-** 107:7
**develop** 9:1
11:14
**developed** 11:18
12:10 68:23
107:6 108:8
**developing**
55:25 60:22
**development**
55:22
**Dhindsa** 3:5,9
4:5 6:18,18

14:13,17 15:6
21:20,24 22:4
32:12 33:13,15
33:23 35:13,20
35:22 36:12
37:3,14 38:2
38:12 39:3
40:11 41:7,10
43:3,6 44:20
45:11 49:25
52:22 53:20
60:17 61:20
62:4,7 64:16
64:20 65:4
66:2 67:24
69:19 70:19
71:3 72:2
75:14 79:22
80:18 81:18
82:23 83:11,16
84:3 85:8,25
87:17 89:14,16
91:24 92:2,13
92:15,18 93:15
94:10 95:11,14
97:10,13 99:19
108:15 111:16
112:12 117:14
117:21,23
119:5,7 129:4
130:9,18
132:11 133:20
134:2,12 135:8
138:1,11
139:20 140:21
142:1 143:23
145:15 147:5
147:11 148:19
**di-** 130:2
**difference** 39:14
39:15,17 85:3
85:4,7 128:8
**differences**
28:18
**different** 35:3,3
36:23,23 55:19
60:9 66:3

70:10 71:12,13
86:20 100:22
100:24 101:5
102:17 104:9
110:20 118:6
118:16 142:17
**differently**
65:19 66:1,4
104:10
**difficult** 118:13
**dil-** 105:6
**dilute** 23:20
105:5,10
**diluted** 104:22
128:17 129:15
131:4
**dipped** 109:11
**dir-** 146:5
**direct** 29:4
141:2 146:5
**direction** 150:12
**directly** 29:3
**dirt** 13:23
**disagreement**
145:3
**discounting**
116:14
**discuss** 14:7
51:2 140:12
**discussed** 13:19
47:20,24
132:16 140:10
143:11
**discusses** 39:5
39:23 40:2,17
**discussion** 44:6
49:20 113:8
124:4
**distill** 43:22
**distribution**
10:3 39:9
**District** 1:2,3
6:9,9
**divided** 65:14
**dividing** 94:16
**division** 74:22
**do-** 53:22

doc- 28:14
docu- 29:12
document 1:6
  4:11,13,17,19
  4:22 5:4,6 30:9
  30:22 36:5
  55:5,12 99:6
  121:1 123:25
documents 4:14
  5:5 28:15 29:9
  29:12,23 30:8
  30:10,16,17
  31:1 32:16,17
  50:22 51:11
  54:17 123:7,9
doing 9:4 10:17
  30:8 32:9
  43:25 73:10
  86:12 122:15
  126:8 135:14
dose 36:16,21
  40:5 41:15
  42:10,12,14
  43:14,17,24
  44:24 45:2,25
  47:10 48:3,7
  49:12,22 59:7
  59:11 60:2
  61:13,14,18
  62:15 68:25
  74:13,14 75:13
  75:18 76:1,4
  82:1,13 92:12
  93:13 110:25
  121:12 122:7
  123:14 132:14
  138:16
doses 38:24 43:1
  45:9,13,14
  46:1,6,13,21
  47:1,1,6,9,12
  47:15 48:20
  49:14
dosimetry 45:14
dosimetry-bas...
  102:13
double 75:17

double-check
  110:6
doubled 76:12
  77:25 79:4
  144:23
doubling 75:18
download 30:12
Dr 4:15,25 6:10
  7:10 22:18,23
  23:3 26:12,12
  26:21 67:4
  119:15 138:12
  148:23
draft 12:10
draw 15:12
drew 17:10
drift 59:20,22
  77:21 78:11,13
  79:14,19 80:15
  83:25 98:13
drive 2:6 49:21
  83:5
driveway 11:25
  12:3 13:18
  16:14 17:19
duly 150:6
dura- 148:8
duration 120:8
  120:13,25
  121:6 146:4

---

**E**

E 4:1,8,23 51:19
  151:2
e- 24:22,22 56:6
  71:4,21 87:11
earlier 7:13
  38:13 44:6
  51:4 72:22
  98:14 122:16
  127:12 141:6
early 116:10,11
  117:6,8,9
ease 115:20
easier 15:16
  34:23 115:11
easy 37:20

108:16,24
  112:13 115:15
eat 87:21
edges 110:18
edification
  121:11
Edwin 2:3
effect 75:8,11,22
  93:10 100:3
effects 118:10
eight-hour
  136:13
either 28:7 34:1
  35:6 72:20
  95:18
electronic 27:5
eliminate 10:3
  40:14
eliminating
  44:23
elimination 10:4
  39:9
Embedded
  74:18
encountered
  76:7
Endangerment
  5:6 51:17 71:8
ends 136:2
engaged 132:16
English 45:18
enter 116:4
entire 43:10
  68:2 70:2,21
  81:16,24 109:9
  122:1 145:23
entitled 4:13,17
  4:19,22 5:8
entry 39:20
Environmental
  50:21
ep- 36:22
EPA 51:17 54:3
epi 36:17,22
  38:7,20 48:25
  49:2,5
epidemiological

48:4
epidemiology
  9:11,14 33:24
  37:24 38:19,20
  48:12
EPLay 51:17
equa- 64:12
equally 109:15
equation 9:5,6,7
  11:15 32:10
  40:8 41:4,17
  41:18,19 42:20
  42:23 43:23
  44:9,19 46:5
  50:12,18 51:8
  51:8,16,22
  52:5 53:8,10
  53:12,15,22
  54:4,10,13,14
  54:16 55:25
  56:4,6,12,14
  56:19,24 57:5
  57:19,21 58:4
  58:19 59:2
  60:7,13,19,20
  61:1 62:18,19
  62:25 63:7,13
  63:25 64:2,3,7
  64:13 65:10
  67:5,6,8,9,16
  67:21 68:7,14
  68:20,22,23
  69:5,6,18 70:1
  70:10,12,15,24
  70:25 71:9,12
  71:21 73:2,11
  73:12,15 74:3
  74:16,18,19,25
  75:19 81:23
  83:15,24 84:2
  84:7 85:24
  86:3 93:8 94:2
  94:15 95:1,3
  96:1,9,17,24
  104:19 119:17
  141:4,11
equations 51:4,4

51:5 53:1,18
  54:8,18 55:8
  55:21 56:15
  57:8 67:18
  69:8,15 71:22
  71:24 72:9,12
  72:17 73:16,21
  73:22
equipment
  80:10 91:3
Errata 152:8
Eskovitz 3:14
Esquire 2:5,12
  3:5,6,15
essentially 77:23
  78:1 94:15,19
  109:8 114:3
estimate 9:2
  12:16 13:10
  42:14 61:16
  87:2 92:12
  110:1 111:5
  114:2,5 115:2
  143:12
estimated
  110:15
estimates 34:3
  102:22 108:23
  141:22
et 5:8 6:8 148:22
eval- 57:16
evaluated 57:17
evaluating 57:1
evaluation 8:20
  12:14 108:18
  111:4 141:20
event 150:15
evidence 152:19
ex- 36:16 56:4
  65:10 67:4
  71:22 86:21
  87:10 88:3
  103:2 107:23
  117:11
exact 7:14,21,23
  8:23 12:24
  20:7 28:24

Michael Joseph Sullivan, Ph.D.

33:9 35:2,8,8
53:8 63:18
67:21 69:9,17
69:20 70:14
99:8 103:4
123:16,20,20
131:15 140:14
**exactly** 7:17
32:14 35:6
54:12 55:16
56:17,22 67:11
69:22 78:12
85:10 86:1
99:13 113:25
120:24 121:7
**EXAMINATI...**
4:3
**EXAMINATI...**
7:7 138:9
140:1
**examined** 150:5
**example** 11:24
16:5 29:14
34:3 38:21,22
44:5 48:5,10
48:22 55:22
56:1,21 61:2
87:19 89:5
104:23 115:25
118:7 119:25
129:8,11
134:25
**examples**
124:12
**Excel** 68:22
74:19
**Excellent** 14:25
**excuse** 40:6
61:16
**exhibit** 4:9,10
4:11,13,15,17
4:19,22,25 5:2
5:3,4,6,8 15:1
21:10,13,14
22:15,17,18,20
22:21,22,23,24
22:25 23:1,2,4

23:5,7,8,10,11
27:1 41:25
51:14 52:18,19
53:3 54:20
55:16 57:20,23
67:4 90:5,8,9
102:3,6 119:16
135:16,24
136:1
**exhibits** 5:1
22:14 27:14
57:23
**exist** 24:11
**expect** 128:15
129:1
**experience**
86:12
**experienced**
60:23
**experiment**
106:12,18
107:3,7,17
108:4,7 109:1
111:11,14
112:2,7 115:18
116:8 120:2
122:2,15,18
**experiments**
115:8 121:8
**expert** 25:9,14
26:3,6,9 29:21
33:17,21 36:1
38:19 57:18
86:15,16,22,23
87:4,8,14
134:19 138:15
139:17
**experts** 25:10,16
25:23 54:11
67:18 92:17
**explain** 77:2
78:20,22
104:11,20
107:11 108:17
113:17 115:12
**explained** 68:10
72:19 107:12

116:23 117:2
145:16
**explanation**
65:10 115:15
115:20
**expo-** 41:15
61:16 96:2
**expose** 109:13
141:14
**exposed** 56:20
76:10,22,24
77:17 78:13
79:24 81:6
82:15,15,16,20
82:22 83:1,6
84:12,19 85:22
87:12,16 88:1
88:5,20 89:3,4
96:10,14 97:19
98:22,24,24
100:20 102:15
102:25 103:9
109:23 120:8
128:13,15,24
129:15 131:9
133:25 138:17
139:12
**exposure** 4:11
4:13,17,19,22
4:23 5:4,9 9:1
9:5 10:5,12,15
10:25 11:15
12:15 23:5
27:25 30:12
32:9 33:25
34:2,7,12,16
34:18,19 36:16
37:1 38:15
39:14,16,18,19
39:21 40:1,8
40:10,13,17
41:4,5,12,12
41:13,14,16,19
41:22 42:20,23
43:15,23,24
44:4,9 46:5,6
47:23 50:9,12

50:18 51:8
53:24 54:2,11
55:9,20,24
56:4,12,14,15
57:1,9,10,12
57:14,19,21
58:4,17,25
59:9,11,13,17
59:19,19 60:22
61:5,10,11,12
61:17 62:2
67:5,16,18
68:11,25 69:8
69:10,11,12
71:6,11,21,22
72:12,17 73:2
73:16,21,21
74:3 76:4,5,8
76:14 77:22,24
77:25 78:4,10
79:1,9,21 80:7
80:8,17,23
81:16,17 82:1
83:9,24 84:7
84:24 85:4,21
86:15,17,19,19
86:22,23 87:1
87:2,9,14
89:13,19 90:18
92:8,10 93:7
93:14,19 94:8
94:13,22,23,25
95:2,5 96:1,2,7
96:7,15,16,17
96:25 97:6,23
98:11,14,18
99:10,16,17,17
102:13,22,24
104:5,19 114:4
115:9 116:11
116:14 119:17
120:13,16
121:4 124:8
125:8 126:3
129:3 130:3,12
130:17 131:3
132:3,4,7,14

133:4,11,18
138:13,21
140:5,19 141:8
141:12,14
142:22 143:8
143:13,22
144:18,20,22
145:10,21
146:4,6 147:21
**exposures** 12:17
38:17 59:12,15
60:1 77:17,18
79:5 82:10
83:14 84:1,9
85:15 88:25
102:1 124:11
130:21 138:14
138:19,24
140:15 141:25
145:24
**extent** 10:2
14:11 18:21
19:15 28:7
34:1 135:21
**extra** 101:18,19
146:3
**extract** 128:5
**extremities**
102:18

_____

**F**
_____
**F** 3:6
**face** 40:3 60:25
78:12 79:16
80:6 88:15
89:23 99:10
100:15,19
102:19,25
104:5 143:10
**fact** 11:19 31:15
38:21 70:25
92:8 93:7 95:5
97:21 111:1
115:16 133:12
133:24 142:4
**factor** 63:6
85:12 110:25

118:19 119:18
119:19 121:11
124:10,22
**factors** 44:9
124:17
**facts** 85:23 86:2
86:10 91:22
**fair** 9:5 42:11,19
47:14,22 49:1
126:12
**fairly** 122:18
123:2
**fall** 7:15 8:4
**familiar** 125:7
126:2
**far** 12:3 56:5
**fashion** 43:9
**federal** 50:20
51:2 75:5
**feel** 38:10 79:19
79:20 80:5
81:4 85:21
87:1 89:13
141:7,9 142:20
142:20,21
**feeling** 39:24
**feels** 44:22 77:16
79:13
**felt** 19:14 30:11
30:23 40:3
59:22 76:10
78:11 80:15
83:1,9,25
84:13 110:1,21
**fence** 11:25 12:3
16:14 17:8,21
18:24,25
**fences** 16:18
17:8
**field** 9:7 86:16
87:9
**Figueroa** 1:13
6:6
**figure** 47:8,13
**fill** 64:3
**filling** 105:17
**final** 122:1

**find** 31:6 53:5
67:9,16,21
101:11 122:9
125:6
**finding** 30:16
**fine** 58:21 65:5
95:22 117:19
**fingers** 109:24
110:10,17
112:15,18
**finish** 95:15
**finished** 147:11
**firm** 137:9,11
**first** 11:7 18:8
22:15 45:23
55:18 56:6
60:19 74:6
83:21 108:21
109:5 110:9
116:3,3,6,12
116:15 121:17
132:13 133:1,9
137:4 139:4
**fish** 87:21
**fit** 126:5
**fits** 49:20
**five** 139:10
146:3
**flip** 55:14
**Floor** 6:6
**fluid** 114:24
115:1
**flux** 113:13,17
114:2,5,9
115:6,7,9,17
115:21 116:1,5
116:6,10,13,22
119:21 121:15
121:19 122:12
122:13,14,16
122:24 124:6
**fluxes** 121:23
**focus** 62:24
**focused** 26:14
27:25 34:14
38:15 130:3,4
130:11

**focusing** 13:16
**follow** 11:14
95:19 107:18
**followed** 108:6,9
109:3,4 111:7
**following** 63:3,4
111:14
**follows** 7:5 36:9
41:3
**food** 89:5
**foot** 13:5
**foregoing** 150:6
150:18 152:4
**forests** 101:25
**Forestville**
11:12 16:12,13
74:10 139:1
**forget** 125:21
**form** 24:12
152:7
**formed** 12:8
**formula-** 130:22
**formulated**
130:8,22
**formulation**
100:13 106:2
127:25 128:5,7
128:19,20
129:10,12,15
131:4 132:4,7
133:8 134:5,6
134:11,23
**formulations**
129:7 131:1
133:5
**found** 42:21
101:25
**four** 52:14 124:3
139:7,10 146:2
**front** 27:20
35:23 37:7
40:14 58:12
92:25 93:4
100:12
**fu-** 113:17
**full** 53:8 72:24
**function** 62:17

**further** 52:15
139:20 148:18
148:19 150:14

―――――――

**G**

**gain** 13:17
**gallon** 89:24
91:16 109:20
**garage** 16:6
17:20
**garden** 16:17
**gate** 16:15
**general** 8:10
10:19 35:1
74:15 114:1
117:18
**generally** 27:24
31:4,9 39:19
51:1
**generic** 56:13,15
56:18 57:11,14
**getting** 30:7
78:9
**give** 9:10,13,17
9:23 33:11,17
33:21 35:1,8
36:2 71:24,25
115:1,2 140:22
**given** 24:19,24
57:23 99:17
121:21 152:6
**gives** 53:1 56:12
103:19 142:19
**giving** 9:14,20
10:24 32:19
58:6 133:17
**gl-** 126:24
**glean** 23:18
**gloves** 98:5,8,10
**gly-** 118:1
**glyphosate** 4:11
4:13,17,20,20
4:23 5:9 9:2,25
10:10,12 11:1
23:23 24:3,9
29:5 39:1,25
47:1,6,15

49:13 63:6
79:2 82:6 87:9
88:2,21 89:4
89:12,20 92:9
92:10 100:13
102:1 104:22
104:25 105:16
106:2 114:25
116:1 117:8,17
117:19 118:1,4
118:11,13,15
118:17 120:4
121:17 122:3
126:16,25
127:1,13,21
128:10,14,16
128:17,25
129:3,7,9,12
129:13 130:3,4
130:17,19,21
130:23 131:1,4
132:4,7,13
133:19,22
140:5
**glyphosate-ba...**
138:13 139:2
**Glyphosate-co...**
132:17 133:2
133:10 134:4
134:16
**glyphosate-sp...**
128:5
**go** 12:5 13:21
14:9,12 19:20
38:3 41:25
53:4,6 54:9
56:9 64:22
77:3 81:3,8
84:17 89:8
91:7 92:2 98:6
99:4,7 105:2
109:5 110:12
113:7,11
117:23 120:20
120:23 121:3
122:10 135:10
135:24 138:1

Michael Joseph Sullivan, Ph.D.

146:7
go- 121:20
goes 17:2 43:16
80:3,4 137:6
going 13:14
16:19 18:7
21:8 27:2,15
32:25 36:2
51:14 54:22
66:9,20,22
74:12 77:8
89:8 94:9
99:15 100:11
103:3 104:17
118:22 119:3,9
121:20 138:3
148:24
Golkow 6:3
good 7:10,11
25:3 45:6
61:15 64:16
66:12 80:10
110:22 129:6
131:7 137:14
gosh 136:2
gotten 41:17
gravel 11:25
16:13,25 17:2
greeted 18:19
Grossman 2:11
6:16
Guala- 74:6
Gualala 74:6,6
guess 13:8 35:1
60:15,18 78:18
96:19 136:9
guessing 8:8
136:6
guesstimate
86:11
guidance 5:4,6
50:21 51:6,18
51:18,20 53:12
57:11 67:16
68:24
guide 18:16 56:3
guided 19:16

guidelines 50:12
50:17,25 51:2
52:6,7 54:19
guys 15:13,25

_____

**H**

H 2:5 4:8
ha- 71:14 136:17
half 105:11
hand 59:23
79:11,20 88:6
102:2 106:6,18
109:7,8,9,12
109:13,21,22
110:8 150:21
handful 26:3,6
handheld 90:16
91:15,17
Handlers 125:7
hands 78:4 80:6
80:16 81:5
84:1 106:4,4
110:13 112:15
Hang 15:16
happen 59:12
141:12
happened 59:19
69:2 91:12
96:10 112:10
122:1 144:24
happening 60:4
122:17
happens 97:19
105:6
hard 148:6
Hardeman 1:7
2:3 4:11,13,17
4:20,23 6:7,15
6:17 9:3,8
11:16,24 13:11
14:7 18:23
19:4,8 21:3,25
22:3,19 23:14
23:19 26:11,13
26:17,17,21
31:15 39:22,23
40:16 43:14

47:13 49:13
50:9 56:17,20
58:1 59:21
60:10,24 69:3
70:13 71:14
74:7 76:7
77:14 79:16
80:15 82:2,14
82:21 83:6,8
83:25 86:5
88:1,20 89:3
90:5,15 91:6
92:8 94:4
98:15,20 100:6
100:18 102:24
104:24 106:7
120:3 122:3
124:9 126:9,11
127:9,15
128:13,24
129:22 130:23
131:14 132:16
133:25 138:12
139:17 140:6
142:3 143:21
143:25 145:4,8
148:21
**Hardeman's**
8:13,19 10:25
11:11 14:2
15:2 21:16
25:12 41:14
42:9,12,14
45:25 46:25
55:17 76:9
86:13 87:10
92:12 93:18
99:15 104:4
131:3 133:18
138:25
head 102:19
103:9 108:8,14
111:15 112:3
headed 4:11 5:4
5:6
header 49:15,23
Health 33:12,18

34:4,15 35:19
36:11 37:1
47:19 48:1,6
48:23
hear 109:1
123:8
heard 125:14
126:4
held 6:5 109:21
help 56:3,3
108:22
herbi- 128:18
herbicide 4:21
29:5 48:4,12
90:5 100:10
106:19 128:18
133:5 139:3
herbicides
132:17 133:3
133:10 134:4
134:16,17
138:13
hesitate 81:25
hi- 85:21
high 100:2
141:15
higher 12:17
82:10 111:9
138:17
highly 89:17
hike 13:25 20:1
hiking 13:21,22
14:7
hill 13:24
Hmm 19:21
126:4
Hmm-mm
114:17
hold 139:16
holding 106:6
112:19
Hollingsworth
3:4 137:11
home 11:10 12:9
12:11 14:16,18
49:22 83:5
hour 13:2,3

17:23 101:4
102:1 103:11
103:12 113:14
139:7,14
hours 116:3,3,6
116:12,15
120:3,10,16
121:3,5,7,17
122:4 124:11
136:12,13
137:15 139:7
139:10,10
146:3 148:13
148:14
house 14:21
16:6,17 17:9
17:20
housekeeping
100:21
huge 67:13
Human 5:4
hundred 144:7
hypothetical
80:4 93:24
94:11
**Hypothetically**
94:1
hypotheticals
92:16

_____

**I**

i- 62:16 97:20
idea 74:4,12
ideas 119:3
identified 20:24
21:14 22:17,20
22:22,24 23:1
23:4,7,10
52:19 53:3
67:15 102:6
119:16
identify 6:12
17:11
iii 101:16
Illogical 143:3
im- 133:8
immediately

116:14
**impact** 92:11
**implication**
121:11,13
**implicit** 133:8
**important** 19:14
34:10,11 38:10
44:1,7 53:25
54:3,12,13,15
61:16 75:15
91:4 108:19
130:24
**impossible**
87:19 99:25
**imputation** 35:9
35:12,16
**in-** 41:20
**in-person** 35:5
**in-vitro** 113:18
113:19
**include** 41:20
47:9 53:18
57:8 130:21
**included** 53:15
53:23 119:20
**includes** 107:25
**including** 29:13
147:18
**inclusive** 41:16
138:23
**increase** 93:5,9
93:13,14,20
110:23 112:25
139:11 141:2
145:22 146:5
**increased** 80:13
84:8,15,18
93:6 110:24
146:1
**increases** 110:25
121:12 122:7
123:2,14 141:3
**increasing** 84:16
**independent**
143:21
**indicated** 38:13
63:7

**indicating** 15:6
17:4,7 21:10
54:23 90:11
101:5 105:23
**indicative** 125:4
**individual** 87:2
**individuals**
48:21 49:5
69:12 100:4
102:14 104:1
**infor-** 30:1
**information**
13:15 19:16
28:20,23 30:2
31:10 32:18
40:15 42:21,22
60:6,11,12,12
87:11 92:25
94:13 103:1
104:7 106:15
124:9 132:14
132:15
**ingestion** 51:5
**inhalation** 40:5
40:9 41:5,12
41:16,20 51:4
78:9 81:5 95:1
**initial** 110:1
**initially** 111:10
112:21
**input** 44:7 53:13
**inspected**
138:25
**intake** 47:10
**intend** 27:23
29:22 33:11,17
33:21
**intended** 92:3
**interest** 130:20
150:14
**interested** 34:15
**Internet** 126:24
**interviews** 35:5
**intrinsic** 127:3
128:1,3
**invoice** 136:8
**invoices** 4:25

23:8 135:23
**io-** 24:11
**ion** 24:12
**issue** 29:5
**issues** 27:25
130:13
**it'd** 34:23

─────────

**J**

**J** 6:10 148:23
**jaltieri@holli...**
3:12
**January** 150:21
**Jennifer** 2:12
6:16
**jmoore@gmi...**
2:16
**Joe** 6:20
**John** 137:6,8,16
**Johnson** 25:2
31:18,19 32:5
32:10 33:3,3,7
**Joseph** 1:11 3:6
4:2 7:3 11:7
152:12
**ju-** 15:16 36:19
36:19

─────────

**K**

**Kajim** 18:8
**keep** 63:23,23
70:24 72:25
74:1 113:3
**Kentucky** 2:14
**kept** 30:3 111:15
112:3
**kg-day** 43:14
46:3
**kind** 119:2
129:5,16
**know** 8:23 12:2
12:2,24 13:10
13:13 14:21
16:5 17:17
18:24,24,25
20:1 23:22
28:24 29:20

33:1,18 34:21
35:14,16,17,17
37:4,15 38:7
49:5 52:7
55:15 58:6,10
59:18 60:11
63:15 65:11
67:12,23 68:2
69:21,21 78:12
81:8 86:18
87:15,20,22,23
88:2,7,21,22
89:4 95:8
98:10 99:13
100:25 101:12
102:8 103:19
107:12,13
108:3 110:3
112:9 113:24
114:3,4,9
115:12 118:22
121:6 123:9
125:14,18,24
127:9 129:21
131:13,15
133:11,25
134:14,17,24
135:6 136:25
137:6 141:10
142:9 144:12
**known** 126:3
**knows** 79:8,10
79:13 82:21
88:5 134:16

─────────

**L**

**label** 109:21
131:18,24
**laboratory**
106:17 107:3
111:11 112:2
114:21
**lag** 115:25
118:12 123:1
125:5,5
**Lakewood** 2:7
**language** 38:22

45:18 99:8
**large** 12:25
13:13 85:19
**larger** 61:7
146:11
**largest** 59:17
60:2 61:9 62:1
77:19 94:12
**Lavy** 5:8 101:21
102:2,12
**laws** 150:17
**lawsuit** 130:7,11
**lawyer** 18:6
19:17 137:8,9
140:4
**lawyers** 31:2
136:16
**layer** 118:3,3
**leads** 13:24
142:14
**learn** 11:23
**leaving** 14:21
**legal** 10:22
130:13
**legs** 97:25 98:3
98:24
**length** 140:10
**let's** 50:7 54:20
57:19 62:24
64:1,6,8 75:24
77:20 85:18
92:10 94:12
106:16 109:1
113:7 118:19
134:19 135:15
144:12 145:19
145:19,19
**letter** 7:25 8:8
**level** 37:7 50:20
100:3 142:18
**levels** 141:10,11
**li-** 31:9
**LIABILITY** 1:5
**light** 89:23
**limit** 34:17,17
**limitation** 36:19
**limitations**

Michael Joseph Sullivan, Ph.D.

35:18 36:10,14
**limited** 130:16
**line** 11:25 15:21
17:8,21 151:4
**linear** 116:4
121:19 122:19
125:5
**linearity** 124:15
**linearly** 121:12
122:7 123:2,14
**lines** 66:4
**lipid** 118:2,3
**lipophilic** 118:8
**liquid** 56:20,23
57:2 69:11
72:18,20 73:6
73:8,22 97:18
100:17 103:2
105:16 106:10
106:18 109:12
**liquids** 73:23
**list** 4:14 28:14
29:6,9,22,25
30:2,5,10,14
30:22 31:1
32:5,16 36:5
38:4 51:10
52:10,15 84:17
129:23 135:11
**listed** 29:6 31:8
64:9
**listen** 88:17
**listing** 92:4
**lists** 47:11 130:1
**literature** 30:8,9
32:23,24 39:10
46:22 60:21
67:10,12,22
68:1,3,8,14
70:15,17,21
82:8 87:9
89:20 109:5
116:15 118:7
129:16 130:25
132:15 133:7
**litigation** 1:5 6:3
8:9 26:1 69:5

69:17 71:1
75:5 107:4
**little** 13:1 15:4,9
27:2 32:25
39:16 47:20
50:8 107:13
116:2 124:2
136:24,24
**live** 114:23
**lived** 74:7
**living** 39:20
**LLP** 3:4
**loca-** 86:9
**location** 11:12
**locations** 102:20
**logical** 143:7
**long** 20:1 59:12
60:22 64:18
86:5 99:12,22
100:4 118:22
120:3 121:4
**longer** 72:24
120:3,15
145:13
**loo-** 58:8
**look** 14:10 15:5
29:22 30:6,21
34:14 35:7
37:19 38:3,4
43:16 49:11
50:20 54:1
56:13 58:2
60:24 65:24
70:21 75:24
81:12 93:3
98:6 102:17,18
102:18,19,25
105:2 114:8,23
118:7 120:20
121:4 122:16
122:24 123:3
124:25 125:13
129:12 133:6
135:15 142:14
145:20,23
**looked** 29:2,7,8
29:21 30:2,4

34:22 46:18
52:15 68:7,13
68:19 70:16
86:4 109:7,16
109:22,24
110:13 113:22
116:9 122:11
125:13,22
129:8,17
130:21 131:8
131:16,17
132:6
**looking** 22:13
26:19 52:9,12
53:11,25 62:12
67:4 71:11
74:3 91:16
104:8,16,19
115:23 116:1
120:16 126:23
133:7,10
**looks** 37:21
51:14 52:10
57:25 58:5,9
58:13 59:3
62:15,18 65:23
94:20 96:9
136:1
**Los** 1:13 3:17
6:6 136:21
**lot** 55:13,20
84:18 86:18
128:10 136:6
147:18
**lots** 86:20
**Louisville** 2:14
**love** 135:6
**low** 123:1
**lower** 102:18
110:15 116:12
**lowest** 46:1

─────────
**M**
─────────
**M** 1:15 150:3,24
**ma'am** 9:19
14:4 21:6
28:12 33:20

37:23 63:4
66:5 74:8
106:25 113:10
**main** 2:13 25:8
40:1 61:11,12
**Manual** 5:7
51:18
**map** 5:3 15:3,11
15:13 16:2,9
21:8 23:11
**March** 31:17,21
32:19
**mark** 15:18,20
15:24 21:13
52:17 53:2
102:3 104:17
**marked** 15:1
22:14 52:21
54:22 135:16
135:23
**marks** 16:2 67:1
148:20
**mass** 113:13
114:3 124:6
**matched** 86:8,9
**material** 107:9
**materially**
129:18
**materials** 28:14
**math** 93:20,22
94:1
**mathematical**
75:19 93:7
96:6
**mathematically**
75:22 93:17
95:3,20
**matter** 6:7 7:12
22:19 25:10
31:18,19 84:20
84:22 85:5,6
85:24 98:2,23
148:21
**maximum** 85:22
**MCL** 22:21
**mcleary@wil...**
3:19

**MDL** 1:5
**me-** 106:6
**mean** 13:22
21:22 35:25
36:2 46:13,14
75:10 76:1,2,6
76:21 78:17
81:21 86:18
89:2 90:24
118:4 133:13
135:3
**meaning** 116:2
118:6,16
**means** 35:14,16
35:17 76:16,18
102:14 107:1
**meant** 67:17
102:10
**meas-** 114:9
**measure** 102:15
105:7 109:19
114:1,1 115:17
**measured**
103:24 109:24
111:23 113:12
113:18 114:10
115:6,7 124:5
**measurement**
111:6 114:5
**measurements**
108:21
**measuring**
105:17 106:6,6
109:17 112:19
**meat** 37:13
**mechanism** 9:24
**Media** 66:25
67:1 148:20
**meet** 136:16,19
**meeting** 19:8
136:21 137:4
**Meghan** 3:15
6:22 137:19
**memorized**
132:1
**memory** 7:24
99:13

Michael Joseph Sullivan, Ph.D.

mention 26:16
121:24 125:2
mentioned
13:17 14:8
17:1 39:8 95:6
134:24
mentions 26:13
messed 55:6
58:3 90:10
met 21:3 136:17
136:23 137:15
137:18
metabolism
10:4 39:9
method 37:1
methodologies
36:16 46:22
methodology
32:13 103:15
methods 32:9
108:12
metric 59:9,12
61:12
metrics 59:10
61:13
mg 113:13
mg/cm2 102:1
103:12
mg/kg 103:11
mi- 78:7
Michael 1:11
4:2 6:10 7:3
11:7 148:23
152:12
middle 11:7
133:1
milligram 43:13
milligrams 46:3
mind 83:6,8
104:9
minimal 40:9
41:5
minor 41:12
91:12
minus 101:13,17
minute 61:10
63:1 107:15

minutes 64:19
66:7,15
misguided 19:3
missed 88:17
111:18
missing 111:17
mist 40:3 89:23
97:18 143:15
Mist- 77:14
mist-exposure
143:16
misunderstood
114:18
mixed 110:3
mixing 59:19
77:21 78:5,7
88:6 104:20,21
105:9,15 106:3
106:19 109:20
143:15
mixture 127:1
128:18 129:22
130:8 131:10
133:11
MJ 106:23,24
ml/cm2 101:4
Mm-hmm 10:1
24:10 45:24
52:1 65:8
66:11,18 77:7
77:9,13 93:1
102:16 113:20
114:13,19,22
121:16 127:22
138:2 140:25
144:16
mo- 90:22
model 55:23
56:3 126:3,4,5
126:7,7,10,12
146:14 147:3,8
147:9,14 148:7
modeled 45:9
46:1 90:18
143:24
models 126:10
molecular 127:1

127:24
molecule 24:6
moment 119:21
Monday 136:25
137:15,23
monitor 67:2
Monitoring
103:17
monkey 113:22
Monsanto 1:7
3:3 6:7,19,20
6:23 18:13
26:3,10 30:18
30:18 31:3,8,9
75:4 107:4
148:21
Monsanto's
31:2 140:4
months 8:1,15
8:22
Moore 2:11,12
6:16,16
morning 136:16
140:10
move 58:23
119:22
moved 18:25
movement
114:3
moves 39:1
moving 44:8
113:13 124:6
MSDS 127:4
multiple 83:17
multiplication
74:20,22,23
75:2
multiply 74:12
85:14 103:19

named 150:5,11
names 137:14
narrow 52:4
56:9
ne- 90:1
near 16:16
necessarily
15:17
necessary 65:15
68:9
need 53:5 60:12
92:18 102:21
119:5 122:2,4
needed 60:6
never 21:3 70:20
80:5,6 89:24
89:25 94:2
125:14 142:2
new 70:11
no- 96:19
nonresponsive
67:20 116:21
Northern 1:3
6:9
note 129:23
noted 152:8
notes 20:14,15
20:18
notice 4:10
22:15
noticed 1:12
notified 8:15
November
26:24 135:18
nu- 66:3 103:4
num- 40:1
number 6:8 15:2
20:7 27:2
28:24 37:16
42:24,24 43:1
43:13 44:15,18
45:4,8,23 46:4
47:22 50:11
52:12 53:2,17
53:17 55:2
57:4 61:7 67:1
67:1 76:11,12

77:16,19 81:9
81:21 84:16
93:20 94:1,18
101:15 103:4
103:14 109:19
110:22 111:8,9
112:22 121:2
122:1 140:23
141:2 145:19
147:18,23
148:9,14,21
numbered 28:23
37:18
numbers 12:16
12:20 47:24
74:14,16 75:3
75:7 79:18
84:25 85:12
108:19 142:5
numeral 77:10
77:12 101:16
numerical 64:25
numerous 20:9
28:2 48:20
129:11
Nursery 5:8
NW 3:7

_____
**O**
o- 30:21 38:7
oak 97:21,23
object 35:22
objected 117:23
objection 14:13
14:17 21:20,24
22:4 32:12
33:13,14,23
35:13,20 36:12
37:3,14 38:2
38:12 39:3
40:11 41:7,10
43:3,6 44:20
45:11 49:25
53:20 60:17
61:20 62:4,7
65:4 66:2
67:24 70:19

_____
**N**
N 4:1
name 6:2 11:4,7
11:7,7 18:7,8
18:11 125:20
125:22 131:15
137:6,7

71:3 72:2
75:14 79:22
80:18 81:18,18
82:23 83:11,16
84:3 85:8,25
87:17 89:14
91:24 92:13,14
93:15 94:10
97:10,13 99:19
108:15 111:16
112:12 117:14
117:21 129:4
130:9,18
132:11 133:20
134:2,12 135:8
140:21 142:1
143:23 145:15
147:5
**observation**
20:16
**obvious** 97:24
**obviously** 13:13
18:22 27:7
31:14,16 33:7
42:15 75:4
89:2 129:25
**occur** 55:25 78:6
124:15
**occurred** 12:17
59:20 76:5
77:18 92:5
**occurring**
122:14
**occurs** 104:21
116:13
**October** 7:25
8:23 136:2
**offer** 28:10
**offering** 11:2
38:18
**oh** 8:2 19:18
24:22 25:15
29:16 42:12
49:17 114:18
136:2
**okay** 8:2,7,12,21
8:24,24 9:4,10

9:13,23 10:6
10:11,14,19
11:4,9,13,23
12:8,22 13:1,5
13:7 14:11,25
15:12 16:1,8
16:22 17:24
18:3,13 19:5,8
19:23 20:3,12
20:18 21:1,5,7
21:12 22:2,10
23:22 24:1,8
24:13,25 25:3
26:5,23 27:1,3
27:7,10,15
28:11 29:8,18
29:20 30:6
31:11,17,21,22
31:25 33:4
34:13,19 35:9
35:15,18,25
36:12,24 37:5
37:8,22 38:6,9
39:12,21 40:8
42:4,9,18
44:11,12 45:6
45:16 46:4,10
46:24 47:14,18
48:11,17 49:7
49:10,20 50:4
50:9,10,15
51:10,21,24
52:3,12,17
53:16 54:5,15
54:20,24 56:7
56:11 57:3,7
57:10,18,22
58:2,25 59:4,6
59:16 60:15
61:8,18,24
62:11,15,22,24
62:25 63:1,2
63:24 64:6,7,9
64:11,15 65:18
66:6,12,14,17
67:9,20 68:4
68:16,18,20

70:14,23 71:16
71:20 72:11
73:5,20 75:8
75:23,25 77:5
78:20,24 79:12
79:15,19 80:1
80:4 81:11,14
83:4,21,23
84:7 85:23
87:25 90:3
91:2,21 92:7
92:16 93:2
94:25 95:23,25
96:22 97:3,6
97:15 98:5,13
98:19,25 99:2
100:21 101:18
101:20 104:11
104:14,21
106:12 107:9
107:20 108:11
109:3 110:4
111:1 113:1,6
113:17 117:5
117:10,20,25
118:18,25
119:4,8 120:9
124:23 126:2
126:15 127:19
130:7,15
131:11 132:2,8
132:25 133:16
134:18 135:7
135:12,15,17
135:23 136:4
136:14,19
137:13,21,24
139:8 143:13
143:17 144:11
145:6 146:24
147:10,10,20
148:12,17,19
**old** 73:1
**once** 29:17,19
29:19 30:13
110:12 116:10
**one's** 101:7

**one-** 72:16
**ones** 30:11 52:2
122:23 123:9
125:3,6
**op-** 9:13
**operator** 126:3
**opi-** 127:12
**opine** 29:22
**opining** 38:19
**opinion** 4:11,13
4:17,19,22
8:13 9:11,14
9:17,20,23
10:11,14,17,24
11:10,18 12:8
12:10 22:7
23:16 25:5
27:18 28:1,5,8
28:21 29:4
32:8 33:1,3,11
33:17,21 38:14
38:16 39:1,13
40:12 42:5,19
44:2,2 48:3
57:25 62:10
71:20 77:6
78:19,25 79:21
80:7,14,16
81:15 82:21
84:24 87:15
90:15 99:22
107:8,10,13
123:10,13,15
124:19 126:5,9
127:12,14
130:16 132:24
133:17,21,22
136:17 140:20
141:21 143:20
145:7,13
**opinions** 11:3
22:6 27:12,23
36:3 39:11
123:4 138:15
139:16 140:5
**opposite** 86:2
**or-** 124:7

**order** 89:19
113:3 120:6
124:7
**organic** 118:7
**orient** 15:9
**oth-** 108:20
**ounces** 109:18
109:19
**outlined** 39:10
**outside** 10:13,16
61:23 62:9
129:10
**overall** 29:5
**overestimate**
12:14,21 41:14
43:17 61:5
87:12 116:19
**overestimated**
76:13
**overestimates**
84:23,25 85:16
85:20 140:16
**overestimation**
141:23
**owner** 18:17,19
19:13

---

**P**

**P-O-E-M** 126:3
**p.m** 1:14 6:4
66:23 67:2
119:10,13
138:4 148:25
149:1
**pa-** 77:8
**pace** 17:18
**padding** 141:23
**page** 4:3,9 5:2
10:24 23:16,17
27:4 45:7 50:7
55:22 56:1,13
57:3 67:11
74:21 77:8,12
100:24 101:1,3
101:10,15,19
101:20 103:17
113:2,4,4

124:1 126:15
132:13,23
133:9 151:4
**pages** 4:11,14,15
4:18,21,23
27:21,22,24
37:13,16,21
55:13 56:14
152:4
**pants** 99:12,22
**paper** 10:5 28:5
34:23 35:7
43:2 45:10,13
45:15,20 46:6
46:9 47:9,11
47:16,25 48:20
49:4,8,23 50:3
53:22 103:1,7
103:10,15
104:9 112:5
113:25 120:16
120:20 121:24
125:22
**papers** 29:1
115:10,19,25
122:13,22,23
122:25 129:17
**paperwork** 7:14
**par-** 53:13,22
**paragraph**
41:24 42:1,2,3
42:6,6,24 45:4
45:23 47:7,18
49:11,16 52:5
52:13 113:7
124:1 126:16
133:1
**paragraphs**
124:3
**parameter** 75:8
75:17,21 85:11
85:14,14 93:8
93:16,21
145:22 146:1,1
146:4 147:2
148:8
**parameters**

12:19 53:9,14
53:23 54:9
56:16 62:21
63:1 64:23
69:14,22,23
74:22,23 84:17
84:18 93:6
94:19,23
100:12 140:17
145:24 146:10
**park** 17:20
**part** 41:18 51:19
51:19 55:16
64:3 82:12
96:24 107:6,7
107:22 111:18
111:19 130:6
133:5
**particles** 23:23
24:2,3,14
**particular** 42:16
133:13 134:15
**parts** 46:20
103:3,22 109:7
110:13 116:11
**passive** 45:14
102:12 103:17
**patches** 102:14
102:15 103:16
103:18,21,24
104:3,6,8
**path** 15:24
**patterns** 80:11
**Paul** 19:17
**paying** 107:4
**PC** 1:12 2:4
**PEA** 71:13
**peer-reviewed**
67:10,12,22
68:1,2,8,14
70:15,17,21
**pen** 15:8,24
**penalty** 150:17
**people** 87:15
134:14 141:11
**perceive** 138:14
138:20 143:6

**perceived**
142:24 143:4
**percent** 63:13
63:16,18 65:1
65:16,21,23
76:21,21,24,25
77:23 78:25
79:7,7 105:1,2
105:4,12 113:8
115:8,14
119:25 120:12
120:14,18
121:12 122:6
123:13 124:9
124:21 146:3
**percentage**
64:24 65:3
66:4 69:24
76:4,20 115:11
115:19,20
119:23
**perfect** 99:23,25
**performed**
50:24
**period** 33:9
59:12 100:7
113:14 120:17
121:8 124:7
125:5,5
**perjury** 150:17
**person** 48:24
57:15 71:10
110:11 115:14
134:6
**person(s)**
152:19
**personally** 49:2
**pesticide** 5:4
57:10 73:20
87:7,14,21
100:2 125:7
**pesticides** 73:3,5
73:17 86:19,24
86:25 87:6,16
87:20 99:23
100:1
**Ph.D** 1:11 4:2

7:3 152:12
**pha-** 117:8
**pharmacokin...**
39:6
**phase** 116:5,10
123:1 125:5
**phases** 117:11
**PHED** 125:10
**phone** 6:16
**photographs**
20:9
**photos** 20:4,12
20:15
**phrase** 36:13
**Physical** 126:17
**pick** 49:2 145:19
146:23 147:2
**picked** 127:6
**picking** 147:23
**pictures** 20:19
20:20,24
**pieces** 11:20
**place** 101:13
124:18,20
150:11
**placed** 103:21
**plaintiff** 2:3
4:20 6:15,17
26:6
**plaintiff's** 19:17
25:13
**plan** 16:10
**planning** 9:22
**plants** 97:7
98:18 99:16
**please** 6:12 11:5
45:20 51:13
88:17
**PLLC** 2:11
**plot** 5:3 16:10
23:11 122:22
125:3
**plus** 128:25
143:17 146:17
**POEM** 126:4,5
126:7,10,12
**poi-** 97:23

**point** 8:17 42:17
51:15 82:12
83:5 104:9
123:17
**pointed** 71:7
130:24
**pointing** 101:8
**poison** 97:21,23
**portal** 39:20
**portion** 32:25
121:19
**possible** 40:4
48:19 49:3
68:1 80:8,12
88:1,20 89:3,5
89:6,10 109:15
**post-spray**
120:5
**poten-** 109:10
**potential** 145:25
**potentially**
36:15 91:11
138:19
**pour** 112:14
**poured** 83:10
105:16 106:7
110:8,9
**pouring** 107:25
108:1 110:8,12
110:17,17,17
110:21 111:2
112:24
**powder** 73:9,13
**practice** 71:19
**practices** 50:13
68:12
**pre-** 119:24,24
**predictive** 126:2
**Preliminary** 5:6
51:17 71:8
**preparation** 5:4
32:2
**prepare** 25:4
**prepared** 38:11
**preparing** 136:7
**present** 2:12
3:21 61:14

103:5 104:10
115:18 119:24
126:9 137:20
**presentation**
42:13
**presented** 45:9
46:2,6,8 50:3
62:19,21 66:4
95:2
**presenting**
103:6 115:19
**presents** 45:15
46:9 102:12
113:8
**pressure** 127:2
127:25
**presumably**
148:13
**presume** 61:25
**pretty** 17:25
37:20 84:12
116:11 117:15
**previously**
121:15
**primarily** 39:24
**primary** 41:19
59:9 61:11,12
**prior** 12:11
22:14 33:6,7
69:4,16 105:17
105:18 135:21
136:18,19
150:5
**Pro** 126:20
127:10,14
128:4
**probably** 8:23
18:22 25:8
30:7 66:12
69:11 72:10,19
78:14 85:13
99:11 111:2
113:21,23,24
118:23 131:5
136:9,11
**procedure** 36:20
68:10 71:6

107:18 108:5,6
108:8,9,12
109:3 150:8
**procedures**
33:25 36:23
50:24 74:2
105:4 111:15
112:1,1
**proceedings**
149:1
**process** 11:14
28:22 43:8,10
43:21 55:24
70:13 82:12
85:20 107:24
111:7,19,20,22
**product** 22:3,7
23:14,23 92:9
92:11 127:15
131:14,18
132:9
**products** 1:5
130:22 131:16
**professor** 72:25
**proffer** 27:23
**project** 18:9
**prop-** 16:14
127:3
**proper** 28:21
**properties** 11:11
82:6 118:10
126:17,25
127:3,3,8,13
127:15 128:6
**property** 9:3
12:22 13:13,24
16:11,15,16,23
17:3 18:21
20:5 74:7,10
82:5 86:9
91:18 128:2,3
139:1,5
**proportion**
64:24
**proportional**
93:14
**proposition**

123:10
**propounded**
152:6
**Protection**
50:22
**protective** 100:3
**protocol** 107:16
108:13
**proved** 152:19
**provide** 8:12
13:15 60:10
107:14 122:13
**provided** 4:25
23:8 26:23
30:18 31:8
40:16 53:8
58:1 59:21,24
59:25 77:19
124:9,17 127:4
139:9 140:17
141:22 143:12
**providing** 10:17
58:12
**pu-** 43:18
**pub-** 30:10
**PubChem** 127:6
**publications**
25:7 50:20
**published** 30:9
47:1,4,5,15
49:13 51:6
109:6,8
**pull** 27:1 51:10
78:14 93:3
99:14 103:1
119:15 121:6
**pulling** 48:20
56:4
**pump** 90:16
91:8
**purchased**
23:19 104:24
**pure** 130:23
**purpo-** 44:24
**purpose** 42:19
43:23 85:21
**purposely**

110:20
**purposes** 23:20
44:12 98:9
**pursuant** 150:6
**put** 11:15 12:15
21:8 22:7
27:11 42:22
43:18 54:4
55:21 56:2
57:25 60:25
63:13 65:12,14
66:3 69:1
77:11 87:11
90:25 92:25
102:14 105:8
111:8 112:5
129:19 144:12
**puts** 146:3
**putting** 65:11
87:1,10 105:18

_____
**Q**
**quantitative**
42:14
**quantitatively**
96:13
**que-** 28:3
**question** 23:12
23:24 24:7
25:18 28:3,6
33:15 36:7,8,9
36:10,13 40:23
41:2,3,4,9
44:13 46:10
52:4 55:18,19
56:5,6 60:8
62:1,9 64:1
70:22 87:18,24
88:17,23 89:2
92:15,23 93:24
95:9,18,21
96:20,23 99:24
100:22 114:20
116:20 117:15
118:21 141:8
142:12 145:18
147:3,10,14,24

148:6
**questionnaire**
35:5
**questions** 18:20
35:23 37:10
81:4 83:17
100:16 119:7
137:25 139:20
141:6 143:12
148:4,5,18
152:6
**quick** 57:20
**quite** 24:18
**quote** 132:12
**quoting** 22:6

_____
**R**
**R** 151:2,2
**Ramirez** 3:21
6:2
**Ran** 18:6 137:5
137:10,16
**range** 47:11
49:4 142:15
**Ranger** 126:20
127:10,14
128:4
**Ranjit** 3:5 6:18
**rate** 100:17
103:2 115:3
121:21 122:12
122:13,16
**rdhindsa@hol...**
3:11
**re-** 12:20 14:20
26:13 29:13
38:13 40:2
68:25 115:16
**reached** 50:8
**read** 12:16 14:3
21:5,16 25:9
25:13 26:7,9
26:11,14 30:13
36:9 40:22
41:3 45:17,19
45:21 48:2
77:8 86:4 91:7

130:13 131:22
134:20 135:10
145:1 152:4
**reading** 78:2
132:20,21
133:24 134:9
135:5
**reads** 148:24
**real** 16:10 57:19
**really** 54:15
65:2 130:10
148:6
**realm** 61:22
**reas-** 43:8
**reason** 21:22
31:24 68:15,19
74:1 82:24
83:2 151:6,8
151:10,12,14
151:16,18,20
151:22,24
**reason-** 61:15
136:11
**reasonable**
100:9 110:2,5
116:16 121:7
139:18
**reasonably**
111:2
**recall** 7:14,19
14:9,23 18:11
19:22 26:11
33:5,9 35:6
69:23 73:24
98:7 115:23
120:15 122:22
125:18 138:14
**recalled** 143:2
**recalls** 78:13
**received** 78:4
89:13 102:1
106:10
**receiving** 106:2
**receptor** 114:24
115:1
**recess** 66:24
119:11 138:5

**recognize** 28:22
132:18 133:3
**recol-** 144:2
**recollection**
13:4 17:5
18:15 22:1
116:9 144:2
**recollections**
72:21
**recommended**
109:20
**reconstruction**
36:21
**record** 6:1,13
11:5 22:12,13
45:20 53:4
66:20,22 119:9
119:12 138:1,3
138:6 148:24
**reduced** 150:12
**ref-** 29:1 63:16
121:14
**refer** 52:2
**reference** 29:15
30:15,22 38:16
38:21 46:2
47:10 53:17
55:2 57:3
115:16
**references** 4:18
22:25 28:8,16
28:19,19,25
29:10,13 30:21
30:23 36:5
40:17 51:15
52:16 123:5
125:12
**referred** 125:10
**referring** 52:8
**refers** 121:14
**refine** 11:21
**reflect** 27:25
69:1 94:3
103:1 118:15
120:6 130:25
131:3
**reflected** 41:22

45:4 94:22
**reflective** 61:18
62:2 91:21
120:18
**reflects** 11:16
87:2
**refreshed** 25:6
**reg-** 68:24
**regar-** 57:12
**regarding** 10:17
22:7 25:6
109:6 133:17
**regardless** 75:20
96:5,10 126:25
128:6
**regula-** 60:20
**regulations**
51:11
**regulatory** 47:9
50:12,17 52:6
54:19 60:21
67:15 68:11,23
**relate** 10:2
54:12 72:18
73:22
**related** 9:24
25:11 26:12
28:7 50:23,25
**relates** 1:6 10:5
26:20
**relationship**
141:2
**relative** 120:10
**relatively** 17:18
116:7 121:19
121:21
**relevant** 29:4
30:11,23 40:7
42:22 44:5
49:14 55:11,16
55:20 135:13
**relied** 14:5 15:2
25:7 28:2,9
**rely** 108:20,20
**remember**
18:10 31:20
33:8 64:1

78:18 91:16
112:16 125:3
131:17,19
137:7
**remembers** 78:9
**removed** 94:19
**rep-** 64:25
119:25
**repeat** 36:8 41:2
116:20
**repeating** 40:21
**report** 5:8 20:4
20:18 22:18
26:12,12,14,16
26:22,23 27:13
27:13 28:11
34:24 36:1,4
37:12,13,22
39:4,10 40:22
41:25 50:7
53:8 57:18
58:7,8,24
78:18 96:4,14
97:20 100:23
101:1,20,25
102:3 104:7
113:2 115:5,5
115:10 121:25
121:25 122:5
123:3,11,15,19
123:23 124:18
124:20 132:2,8
132:10 133:24
134:9,20 135:5
139:17
**report's** 132:5
**reported** 84:9
96:3,5 98:15
139:2
**reporter** 6:25
36:9 41:3
54:23 102:4
**reporting**
122:12
**reports** 25:9,11
25:14,19 26:4
26:7,9,9 29:21

72:23 73:1,19
77:15 103:10
139:7
**represent** 70:16
77:1 106:3,4
**representation**
35:8 64:25
93:18 96:6
115:18
**representative**
122:17
**represented**
109:10
**represents** 67:8
74:8,17,25
120:1
**request** 72:5,7
**requires** 132:14
**reread** 25:5
**researchers**
119:24
**reservoir** 117:13
118:4,6,10,15
**residue** 97:7
98:18 99:16
**response** 24:5
24:20 63:9
67:23 76:23
112:4
**rest** 47:7
**restroom** 118:23
**result** 42:15
45:3 75:17,22
93:6,17,21
103:8 141:3
**results** 75:9 94:2
**retained** 7:12
69:4,17
**retard** 98:10,11
**retention** 7:25
8:8,9
**review** 12:6
30:12 32:2
38:11 39:10
**reviewed** 37:6
38:14 40:15
126:19 135:21

139:4
reviewing 32:22
Reviews 15:3
  55:12 99:6
  121:1 123:25
right 11:10 13:3
  18:18 19:9,19
  20:7 21:3 24:4
  26:24 27:8,17
  31:18 32:6
  37:13 40:10,24
  41:6,23,25
  43:24 44:14
  45:10 52:9
  53:18 57:21
  59:7 61:13
  62:24 64:2,9
  65:20,21 66:19
  72:14 74:5
  78:4,10 80:14
  86:15,19,24
  87:4 90:25
  91:4,22 93:14
  94:5 96:8,18
  97:1 100:15
  101:2,7 105:10
  106:16,20
  107:5 108:25
  112:3 113:11
  119:7,14
  121:10 123:6
  127:10 128:10
  128:14,19,22
  128:25 130:8
  132:18 134:8
  134:21 135:25
  140:6,8 142:24
  143:1,7 145:10
  148:10,15
ring 31:23
risk 50:23,25
  51:18,20 54:10
  56:18 61:19,22
  62:3 68:11
road 13:23,24
  14:21 16:12,13
  16:25 17:2

roll 15:14
Roman 77:10,11
  101:16
roughly 20:4
Roundup 1:5
  10:15,25 23:19
  24:25 69:4
  79:1 80:3,5,7,8
route 39:14,15
  39:18,19 40:1
  99:18
routes 39:21
  40:13 41:11
  43:15 51:3
  94:25 95:2,5

**S**

S 4:8
s- 93:9 104:5
  109:22
sa- 98:7
safety 126:19
salt 24:9
Samuel 3:21 6:2
satisfactory
  152:19
Satterlee 1:15
  6:25 150:3,24
saw 13:8 29:7
Sawyer's 26:12
  26:12,21
saying 43:22
  46:14 64:1
  68:21 70:24
  79:23 80:24
  83:8 88:18
  112:1 123:8
  142:18
says 43:5 60:24
  74:5 76:19
  77:15 78:6
  89:24 91:6,8
  99:11 113:12
  134:15 146:13
scenario 73:7,9
scenarios 73:11
  100:5

science 130:14
scientific 129:15
  132:15 133:7
  139:18
scientist 18:9
  20:11 101:24
scientists 36:25
scope 10:13 28:1
  28:9 34:12
  42:19 61:23
  62:9 81:15
  132:23
scribble 16:20
SDS 126:24
  127:5 128:4
search 30:24
searches 30:8
second 23:16
  42:6 45:21
  56:5 74:9
  103:17 108:4
section 39:4
  43:16 49:19
  52:13 77:10
  132:23,23
  150:7
see 12:5 22:5
  30:22 31:7
  38:4 42:2,12
  47:2,3 49:15
  50:13,16 52:10
  53:7 54:1
  55:14 65:24
  71:24 74:20
  92:19 101:23
  109:6 112:14
  112:21 113:9
  113:15 114:8
  120:22 121:4
  123:21 125:17
  125:25
Seedling 5:8
seeing 12:18
  82:5 125:19
seen 25:11
  125:17 130:1
selected 12:19

self-guided
  19:11
sending 135:22
sense 61:1 86:8
  115:13 141:11
sent 8:17
sentence 42:9
  43:5,22 45:19
  45:21 46:15,24
  133:1
sentences
  113:11
separate 28:15
  114:11
sequence 15:17
series 50:22
Services 6:3
set 100:13
  145:23
seven 142:18
share 107:19
sheet 11:19
  31:15 126:20
  152:8
short 98:2,25
  99:3 100:6
shorthand
  150:11
shorts 98:2
show 16:3 51:11
  52:25 55:8
  56:10 63:14
  65:15 92:4
  100:1 123:22
  124:19 125:4
showering 72:21
showers 69:13
showing 48:7
shown 16:18
  124:16
shows 15:11
side 26:2
signature 27:4,5
  152:21
signed 7:15
similarly 10:14
simple 74:20

75:2
simulating
  106:18
Singh 3:5 6:18
single 59:17
  82:22 94:20
  147:23
single-day 59:13
  59:15 61:9
  62:2 94:12,22
sir 90:24
sit 131:12
site 11:21 12:5
  12:18 16:4
  55:23 56:3,3
  86:7
sitting 49:5
  73:24 115:24
  131:17
situation 56:25
  57:16 67:19
six 91:4 142:18
size 23:22 24:2
  103:16
skin 56:22,23
  63:6 83:10,10
  96:9,15 97:18
  100:14,17
  103:3 105:17
  106:2,9 113:14
  114:25 116:2
  117:13 118:2
  120:4,7 121:20
  122:3 124:6
  131:5 138:20
  141:7
sleeves 98:25
  99:3
slightly 29:12
  104:10 107:13
sloppier 110:23
sloppy 110:21
slowly 118:2
small 40:4 41:16
  76:10 106:6
  109:19 112:19
  138:19,21

141:9,14
**smaller** 138:21
**so-** 125:2
**soaked** 89:18,25
96:12 100:10
**soil** 56:16 73:8
73:14
**soil-based** 73:14
**sol-** 24:9
**solely** 108:20
133:22
**solid** 56:20,21
73:14
**Solomon** 43:1
45:10,12,15,20
46:2,6,8 47:8
47:11,16,25
48:19,23 49:4
49:8,23 50:3
**Solomon's** 49:4
**solubility** 127:2
128:2
**solution** 24:11
106:19
**some-** 71:17
142:6
**somebody** 27:7
59:14 110:3,23
**sorry** 7:19 8:6
18:12 19:6
23:17,25 25:15
25:17 26:2
31:14 35:11
41:1 55:1
88:19 89:16
90:7,9 92:1
95:24 96:20
105:21 113:3,4
114:18 117:22
127:5 132:21
137:5
**sort** 19:11 49:21
60:15 100:23
108:11,18
112:21
**source** 28:22
127:6

**sources** 30:7
**South** 1:13 6:5
**sp-** 23:20
**speak** 10:10
19:13
**speaks** 11:24
**specific** 9:1
10:19,22 57:16
67:19 69:6,7
70:12 71:14
78:14 104:4
124:8 126:8,11
127:23 131:20
135:4,11 142:4
142:5
**specifically** 9:8
28:20 35:22
42:1 124:14
**specifics** 9:9
56:19 71:10
73:12
**specified** 79:5
81:9
**specify** 77:17
127:11 144:17
**spectrum**
109:10
**speculate** 34:21
79:25 134:13
**spend** 32:22
91:13 130:13
**spent** 17:16
32:25 33:2
136:6,8
**spill** 80:6 81:5
144:22
**spillage** 77:21
98:13 106:18
109:23
**spilled** 80:16
83:25 89:24
110:3,18
**spilling** 88:6
**spills** 79:10
**spoke** 44:5
**spray** 9:2 13:14
18:22 39:25

80:3,5 88:8,9
90:5,23 91:2
100:13 105:9
106:2 143:15
144:20
**sprayed** 11:17
11:17 13:12
14:20 17:9
19:4 76:7,11
79:1 86:5,6,6,7
89:25 91:10
94:18 96:11,11
97:17 105:14
131:4 139:2,6
146:2
**sprayer** 90:16
91:9,17 105:18
**sprayers** 90:18
**spraying** 11:24
12:4 13:20
23:21 40:7
74:5,9 76:10
76:24 77:22
83:9 88:7 89:6
97:21,25 98:23
100:4,7,18
103:8 104:23
128:17 139:8
148:9
**spreadsheet**
68:22 74:18
**spring** 17:1,4,22
**square** 103:20
106:5,8 112:23
**ss** 150:1
**stand** 66:13
**standard** 9:7
68:11,23 69:25
70:1,13,24
71:6,18 74:2
100:1
**standpoint** 34:7
**start** 55:23,25
65:7 83:22
**started** 33:5,10
50:24 64:1,23
107:4 110:11

**starts** 42:6 62:20
113:8
**state** 11:4 22:13
51:5 101:24
126:15,19
150:1,18
**stated** 93:5
133:9 139:16
**statement** 46:17
134:3
**states** 1:2 6:9
50:21 98:7
**stay** 64:6
**step** 48:15
**straightforward**
108:18
**strategy** 12:15
**Street** 1:13 2:13
3:7 6:6
**stretch** 66:13
**Strike** 32:17
67:20 116:21
**structures** 17:7
**studied** 48:4
86:20
**studies** 30:18
31:3,8 36:22
38:8,15,20
48:4,12,12,21
48:22 113:12
113:18,22
114:7 115:6
116:1 120:13
120:17 121:22
122:10,16
124:5 125:1,1
129:11,12
131:8,9 132:5
133:7
**study** 33:12,19
33:24 34:4,6,9
34:11,15,16,20
35:12,19,23
36:3,11,17
37:1,24,25
38:4,5,22
47:12,19 48:1

48:6,23,25
49:2 121:3,6
129:9 132:4
**studying** 87:9
**submitted** 20:4
**submitting** 75:4
**Subscribed**
152:15
**substance** 152:7
**subtract** 79:6
**sufficiently**
84:23
**suggest** 32:1
99:11
**suggests** 116:5
118:1,8
**Suite** 2:13 3:16
**Sullivan** 1:11
4:2,15,25 6:11
7:3,10 11:8
23:3 67:4
106:23,24
119:15 138:12
148:23 152:12
**Sullivan's** 22:18
22:23
**summarize** 91:5
**summarized**
23:17 91:19
99:4
**summary** 43:9
91:19 92:4
126:16
**Superfund**
50:25 51:19
**support** 44:18
123:10
**supports** 116:15
122:6
**suppose** 67:14
**supposed** 58:11
**sure** 10:23 11:6
12:7,16 13:9
13:22 15:6,15
15:19 17:13
18:1 19:1,12
20:8 22:6,9

26:18 40:14
41:21 46:11,16
48:18 49:6
52:11,23 53:12
54:18 55:4
60:8 62:16
64:20 72:13
75:10 76:13
83:20 90:10,11
92:24 96:21
108:2 110:7
118:24 125:18
126:1 140:19
**surface** 103:25
106:9 109:5,6
**surfactant** 131:5
**surfactants**
129:24 131:13
131:15 132:9
132:10 135:1,2
135:4,6
**surprise** 70:18
**surv-** 35:4
**swear** 7:1
**swimming** 69:13
72:21,21
**swing** 75:12
**sworn** 7:4 150:6
152:15
**system** 13:25
39:20

───────────
**T**
**T** 4:8 151:2
**T.L** 5:8
**table** 58:1 65:13
83:18 90:14
91:5 92:25
**tailor** 73:12
**take** 15:24 18:17
20:12,13,14
21:2 55:15
56:18 60:25
61:7 66:8 79:6
83:3 85:13
103:24 105:7
112:14 139:14

**taken** 1:13 20:9
20:11,24 24:21
66:24 79:16
84:14 119:11
138:5 150:10
**talk** 27:2 47:19
50:8 51:22
53:9 54:8,9,20
61:9 63:1 64:2
64:6,23 94:12
101:21 106:16
117:17,17
118:19 119:17
124:21
**talk-** 25:15
**talked** 51:3 67:5
95:4 98:14
119:21 121:15
124:4
**talking** 25:16,21
28:13 42:1
63:19 65:19,20
75:16 91:14
127:21 128:10
**talks** 53:1,5,23
54:13 55:8
59:22 88:5,7
91:8,15
**tank** 16:25 17:3
19:25
**tanks** 13:25
**task** 9:1
**telephonically**
2:12
**tell** 7:17 34:19
36:2 50:17
55:3 58:19
85:10 113:25
119:19 131:20
134:22 135:5
**ten** 66:7 144:6,8
144:10,15,20
144:22
**tendered** 26:3,6
26:10
**tendering** 75:5
**term** 10:23 87:5

118:15 129:6
133:2
**terms** 19:3 35:2
**test** 7:24 99:13
**tested** 129:7
**testified** 72:11
78:3,8 83:7
100:14 140:18
142:10 145:4
**testifies** 7:4
**testimony** 21:23
99:2
**text** 37:21
124:15 150:12
**Tha-** 85:19
99:24
**Thank** 6:24
23:15 26:8
66:19 90:12
93:2 101:8
105:24 119:8
128:21 137:12
**the-** 121:8
**theory** 122:6
**thi-** 53:10
**thing** 30:20 31:2
49:7,21,22
115:11 116:16
129:6 131:7
**things** 12:3 16:4
18:24 25:8
38:14 42:16
44:23 45:12
47:8 55:20
82:2 98:3
113:3 129:24
141:12 147:18
**think** 15:10
16:13,15 19:21
19:25 26:17,18
38:22 46:12,12
46:19,21 52:17
52:21 55:11,16
58:3 68:17
71:20 76:7
79:8 85:15
95:5 99:4,7

101:2 102:2
103:16 104:25
105:1,11,13
109:17 110:25
111:1 115:11
115:13 116:19
118:12,14,14
119:16 120:11
120:17 122:21
123:8 125:11
125:12 128:8
131:20 136:8
137:25 138:23
139:13 140:7,9
141:15 143:5
143:13 144:23
145:3 147:11
**thinking** 69:10
**third** 23:17
30:20
**thought** 25:15
25:21 110:10
111:10 114:16
143:10
**thousands** 69:8
72:12
**three** 18:14
30:25 51:22
52:14 74:4,4
91:3 124:3
136:9,10,11,13
136:25 139:7
139:10 146:2
**throat** 61:17
**time** 6:4 15:17
17:16 25:3
32:22,25 33:2
33:9,9 40:4
55:15 59:13
60:5,22 64:16
66:12,22 67:2
69:24,24 72:25
76:22 79:1,8
91:14 94:16
100:7 110:2,3
113:14 114:2,3
114:4,5,24

115:4,21 116:1
118:12 119:10
119:13,22,23
120:1,8,17
121:8,13 122:2
122:7,14,22,24
123:14 124:7
125:4 130:13
136:6,7 138:4
138:7 139:11
148:24 150:11
**timeline** 4:20
23:2 90:5,11
**times** 60:9 69:9
83:25 89:23
110:9,20
122:16 142:18
144:9 145:7
**timing** 92:5
**title** 49:19 91:6
**today** 6:10,25
9:21 32:3,11
32:19 33:8
38:11 49:5
73:24 128:11
131:13,17
136:4,24
139:17
**today's** 6:3
148:22
**tol-** 116:23
**told** 89:9 132:21
**top** 20:2 62:18
62:25 63:23
64:6,13 65:7
65:17,21 67:6
74:16,21,25
101:1 124:2
**topography**
12:2 13:18
**total** 41:22
94:18 102:22
103:6 120:1
141:14 144:10
144:15 146:5
**totally** 88:16
**tour** 18:18 19:11

Michael Joseph Sullivan, Ph.D.

toxicokinetics
39:6
toxicolog- 82:7
toxicological
32:24 49:14
82:7
toxicology 9:18
9:20 32:24
47:12
track 30:3
trail 14:22
trails 13:21,22
14:7
transcript 32:2
transcription
152:5
trial 32:6
triggered 8:18
8:19
true 124:24
129:1,14
150:18
try 16:1 55:14
60:24 114:24
127:18 130:13
try- 41:8
trying 41:8
46:16 63:15
Tuesday 137:23
turn 50:7 57:19
126:15
twe- 120:12
twice 29:15
two 25:8 40:5
46:20,22 51:9
51:9 59:10
61:12 66:4
74:4 91:3,16
94:24 100:16
100:22 124:2
136:22 141:2,3
two-and-a-half
136:25
type 69:14 73:14
75:1 77:24
91:2 94:23
98:11 112:22

135:3 144:18
typed 68:22
types 34:2 57:14
typical 59:11
74:5
typically 105:10
120:11 121:25
typing 74:18
typo 63:12

U
u- 23:19 38:23
133:7
uh 90:7
Uh-huh 144:14
ultimate 42:10
44:17,22
um 38:1 89:15
90:7 92:20
99:4 122:19
un- 78:23 81:12
142:21
unanswerable
87:24
unaware 82:11
uncer- 84:9
uncertainty
82:11 84:10
140:16 142:13
142:15,20,21
145:18 146:1
understand
12:12,13,22,25
18:22 23:24
27:13,14,21
36:6 40:22
42:18 43:20,20
44:8 46:16
54:18 60:8
62:16 76:18
80:22 88:14,23
92:19,22 94:8
95:7 96:20,21
108:22 115:12
115:14 125:21
128:13 130:7
130:12 131:9

133:14 134:6
134:10 141:21
145:4
understanding
8:11 11:21
13:18 15:10
45:18 55:24
67:23 80:10
understood
18:21 78:23
unimproved
13:23
unique 70:8,11
127:23
unit 63:8 105:9
United 1:2 6:9
50:21
units 103:11,13
104:10
unknown 140:5
unperceived
140:7,8 141:25
update 115:8
upped 139:10
upper 102:24
uptake 69:23
114:1 115:9,22
115:25 116:2
117:12 118:16
120:7 121:18
121:19 125:3
129:11 130:4
130:20 131:6
133:22
urine 113:23
use 4:21 19:2
22:3 23:14
27:8 29:5
30:14 34:2
35:6,9,12
36:20,23 37:1
38:21,22 39:7
44:21 54:10
69:9,23 73:11
73:14 77:20
81:22,24 87:5
91:18 104:7

109:19 115:8
115:13,20
118:14,23
120:9 124:8
126:7 127:9
130:22 133:2,6
133:8 139:8,9
141:24 146:3
useful 42:7
46:25
USEPA 51:18
uses 33:25 36:13
utilize 14:6
68:10 103:6
126:12 131:9
133:6
utilized 28:20
38:23 50:11
69:5 71:6
79:17
utilizing 30:22
80:9

V
v 1:7
vague 33:15
39:3,16 87:18
88:23,24 92:15
92:17 99:24
val- 65:12
valuation 53:24
value 59:25
60:25 65:16
79:16 84:8
88:15 100:24
109:25 110:5
112:20,25
138:22 143:10
values 61:4,5
65:6 82:11
85:2 100:23
103:10 115:3
139:9 145:22
vapor 127:2,25
variability
112:22 121:21
variable 105:20

106:1
variation 116:7
variety 17:6
45:12
various 51:3
53:9 54:19
74:22 102:20
103:21 109:7
125:1,1
ver- 88:13
version 27:5
versus 6:7 125:5
148:21
vessel 106:7
video 6:5 148:22
videographer
3:21 6:1,2,24
66:20,22,25
119:9,12 138:3
138:6 148:20
viii 77:12
visit 11:10,21
12:9,11,12
13:8 14:16,19
86:7
visited 15:18
vitae 4:15
vitro 114:10,12
114:14,17,21
vivo 114:16
voice 6:12
volume 51:19
100:13

W
wa- 137:22
Wagstaff 1:12
2:4,5 4:4 6:14
6:14 7:9 14:15
14:25 15:7
21:15,21 22:2
22:8,18,21,23
22:25 23:2,5,8
23:11,13 32:15
33:14,16 34:8
35:15,25 36:8
36:24 37:5,8

Michael Joseph Sullivan, Ph.D.

37:11,17 38:6
38:9,25 39:12
40:18,25 41:2
41:23 43:4,19
45:1,5,16 50:4
50:6 52:20,23
53:4,16 54:5,7
54:24 61:8,24
62:5,11 64:19
64:21 65:8,18
66:6,11,14,16
66:18,21 67:3
68:4,6 70:4,23
72:4 75:23
80:1,21 81:20
83:4,13,19
84:4 85:17
86:14 87:25
90:3 92:7,14
92:16,21 93:23
94:11 95:12,16
97:11,15 99:21
102:5,7 105:23
105:25 108:25
111:21 113:1
118:18,24
119:1,4,6,14
129:20 130:15
131:11 132:19
133:23 134:8
134:18 135:9
138:2 139:21
140:3,24 142:7
144:1,4 146:8
147:7,13
**Wait** 48:18
**walk** 17:19,21
  17:21 18:1
  19:7,21 44:10
  97:19 139:13
  139:14
**walked** 13:11
  15:13,25 16:6
  16:12,12,24
  17:10,17,17
  19:24,25 86:7
  139:5

**walking** 13:5
  97:22
**Walsh** 3:14
**want** 10:23 15:5
  16:19 19:2
  26:18 27:1
  29:20 39:7,7
  43:9 46:11
  48:18,24 50:8
  52:4,10 54:1,1
  55:15 58:2,10
  62:16 66:8
  67:13 78:14
  81:14 83:7
  87:6 90:9,10
  92:24 93:3
  95:8 96:20
  99:12,13
  107:11,16
  113:3 115:24
  117:16,17,17
  120:19 125:25
  136:22 141:16
  141:23 144:12
**wanted** 31:6
  32:22 46:19
  52:7 59:14
  65:15 100:25
  110:6,22 111:8
  112:21 115:16
**wants** 95:19
**Washington** 3:8
**wasn't** 19:8
  82:15,15 84:21
  128:13 130:23
**water** 13:25
  69:13 72:20
  105:9,19,21
  129:25
**way** 17:21 20:2
  20:16 28:21
  30:16 41:13
  43:17 44:10
  56:25 57:16
  61:1 64:13
  68:1 74:16
  80:9 88:3 89:7

103:5 105:3
108:11 112:9
113:25 119:2
125:16
**ways** 30:25 35:3
**we'll** 21:13
  52:17 53:2
  61:9 62:25,25
  102:3 107:15
  108:2,2
**we're** 10:23 27:2
  45:6 62:12
  66:9 127:21
  133:14
**we've** 20:20
  47:19 62:10,10
  67:5,15 95:4
  118:22 119:16
  128:10 132:16
  135:23
**wear** 89:21 98:5
  98:12 99:3
**wears** 98:8
**weather** 80:10
**Wednesday**
  1:14 6:3
  136:24
**weed** 18:9 20:11
**week** 137:20
**weeks** 136:22
**weight** 69:24
  127:2,24
**went** 11:11
  14:18,24 17:3
  17:5 19:13,14
  71:5 89:12
  96:25 107:24
  110:12 139:5
**weren't** 19:1
**West** 2:6,13
**Wester** 121:3,6
**wet** 98:1 110:13
  112:15
**wetted** 98:4
**Wilkinson** 3:14
**Wilshire** 3:16
**wind** 80:11 88:8

**wish** 125:3
**witness** 1:12 4:2
  7:1,4 14:14,18
  15:5 21:25
  22:5 23:12
  32:5,13 33:24
  35:14,21 36:13
  37:4,6,9,15
  38:3,7,13 39:4
  40:12 41:1,8
  41:11 43:7
  44:21 45:2,12
  50:1,5 53:7,21
  54:6 60:18
  61:21 62:8
  64:18 65:5,9
  66:3,9,12,15
  66:17,19 67:25
  68:5 69:20
  70:20 71:4
  72:3 75:15
  79:23 80:19
  81:19 82:24
  83:12,17 85:9
  86:1 87:18
  89:15,17 91:25
  92:3,19 93:16
  97:14 99:20
  105:24 108:16
  111:17 112:13
  117:15,22,25
  118:25 119:2
  129:5 130:10
  130:19 132:12
  133:21 134:3
  134:13 140:22
  142:2 143:24
  144:2 145:16
  147:6 150:5,21
**wondering**
  78:16 103:12
  108:5 141:18
**word** 19:2 39:7
  46:17,18 69:20
  83:3 99:25
  128:20 132:10
  133:13 140:7

141:23
**wording** 134:15
**words** 44:21
  81:24 84:11
  86:13 123:16
  123:21 124:15
  142:3
**wore** 98:8,25
  99:9,11 100:8
**work** 8:16 10:13
  40:6 44:25
  50:23 61:23
  65:2,5 72:24
  107:22 133:9
**worked** 87:7
**Worker** 5:8
**working** 26:15
**works** 137:9,10
**worn** 100:1
**worries** 69:20
**worst** 60:3
**wouldn't** 13:9
  13:15 43:9
  67:13 68:9
  70:18 72:23
  85:5,6 87:22
  93:18 98:2
  105:3 127:8
  129:18 141:9
**wrapped** 82:9
**wrinkly** 15:4
**wrist** 109:9
**writ-** 28:21
**write** 28:11
  102:10 107:21
  108:9
**written** 20:15
  29:4 42:16
  67:9,11 107:9
  107:20 108:6
  112:10
**wrong** 81:21,23
  94:8 101:15
**wrote** 28:8
  37:22 48:2
  132:13

Michael Joseph Sullivan, Ph.D.

| | | | | |
|---|---|---|---|---|
| **X** | **00005** 102:1 | **19** 1:14 77:23,24 | **27th** 26:24 | 52:21 53:17 |
| **X** 4:1,8 15:21 | **02** 63:16,17 | 143:14,15,15 | 135:18 | 120:3 |
| | 64:24,25 65:13 | 143:17,17 | | |
| **Y** | 65:15 | **19th** 6:4 136:4 | **3** | **5** |
| **yeah** 7:20 8:4 | | | **3** 4:13 22:21,22 | **5** 4:17 22:25 |
| 15:19 18:10 | **1** | **2** | 47:8 126:15 | 23:1 51:14 |
| 20:21,23 24:23 | **1** 4:10,11 22:15 | **2** 4:11 15:2 | **3:16-cv-00525...** | 76:21,21,24,25 |
| 27:15 43:7 | 22:17 28:23 | 22:18,20 27:2 | 1:8 6:8 | 77:23 79:7 |
| 44:21 45:1 | 67:1 132:23 | 27:14 41:25 | **3:45** 119:10 | 109:18 126:16 |
| 52:23 66:16,21 | **1:15** 1:14 6:4 | 63:16 65:1,14 | **3:53** 119:13 | 126:16 |
| 77:4 78:17 | **10** 5:4 50:7,11 | 65:16 67:1 | **303)376-6360** | **5-** 52:8 |
| 80:19 86:18 | 52:5,13,18,19 | 115:14 119:25 | 2:8 | **50** 4:21 103:20 |
| 87:4 90:12 | 77:16,16,20,20 | 120:12,14,18 | **31st** 136:2 | **502)657-7120** |
| 92:22 93:21 | 77:20,21,25 | 132:23 148:21 | **38** 143:17,21 | 2:15 |
| 100:16 101:4,8 | 84:19 85:12,15 | **2/100ths** 115:14 | 145:9,12,20 | **51** 4:23 |
| 101:9 104:18 | 98:13 101:13 | **2:29** 66:23 | 146:16,20 | **52** 4:12,14,16,18 |
| 107:15 111:25 | 101:17 109:25 | **2:41** 67:2 | 147:4,6,14,17 | 4:21,23,24 5:4 |
| 113:5 119:1 | 110:14,22 | **20** 77:24 84:20 | 147:22 148:7,8 | 27:21,22,24 |
| 120:21 121:14 | 111:1,3 112:23 | 84:21 85:5 | 148:12 | 100:23 101:3 |
| 127:11 128:19 | **10.c** 77:10 | 110:19,20 | **3rd** 135:24 | **53** 5:6 |
| 131:23 134:13 | **100** 20:4 65:14 | 136:13 146:3 | 136:3,8 | **56** 12:23 13:7 |
| 144:1,1 148:15 | 79:6 85:7 | 152:17 | | 56:13,14 57:3 |
| **year** 7:13 8:4,7 | **102** 5:8 | **20005** 3:8 | **4** | 57:5 |
| 92:4,4,6 109:2 | **11** 5:6 53:2,3 | **2017** 7:25 | **4** 4:15 22:23,24 | **56-acre** 74:10 |
| **years** 73:1,18,25 | 54:20 56:1 | **2018** 1:15 6:4 | 43:12 101:13 | **57** 51:15,21 52:8 |
| 83:9 90:21 | 77:8,12 100:24 | 31:17,21 | 101:17,20 | 53:2 55:2 |
| 145:13 | 101:1,3,10,15 | 106:23 107:1,1 | 110:25 135:16 | 56:15 57:4,6 |
| **yes-** 136:23 | 101:19 | 135:18 136:3 | **4-** 120:2 | **58** 51:15,21 52:8 |
| **yesterday** | **11601** 3:16 | **2019** 150:22 | **4:18** 138:4 | **59** 51:15,21 52:8 |
| 136:23,23 | **12** 5:8 37:12,13 | **202)898-5806** | **4:44~p.m** 138:7 | **5th** 31:21 |
| 137:18,19 | 41:24 42:1,2,3 | 3:9 | **4:54** 148:25 | |
| | 42:6,24 45:4 | **202)898-5896** | 149:1 | **6** |
| **Z** | 45:23 49:11,18 | 3:10 | **40** 84:21 85:6 | **6** 4:19 23:2,4 |
| **zero** 96:18 | 49:19 102:4,5 | **2093(b)** 150:7 | 106:2,5,8 | 90:5,8,9 |
| 101:18,19 | 102:6 | **2094** 150:7 | 110:25 111:3 | 109:18 113:2,4 |
| 109:14 | **13** 37:21 43:16 | **20th** 7:25 | 145:20,21 | 113:5 124:1 |
| **zeros** 101:15 | **1350** 3:7 | **21** 5:3 | 146:11 | **60** 28:24 |
| | **138** 4:5 | **22** 4:10,11,13,15 | **401** 2:13 | **600** 3:16 |
| **0** | **14** 4:12 8:1 | **23** 4:14,17,19,22 | **40202** 2:14 | |
| **0.00000046** | **140** 4:4 | 4:25 | **41** 4:16 | **7** |
| 45:25 | **15** 4:14 | **24** 4:16 120:2,10 | **42** 4:18 | **7** 4:4,22 23:5,7 |
| **0.0001** 101:16 | **16-MD-02741...** | 120:16 121:5,7 | **424)291-9669** | 27:14 57:20,23 |
| **0.064** 46:3 | 1:5 | 122:3 124:11 | 3:18 | 67:4 119:16 |
| **00-** 43:13 | **17** 46:2 | 136:13 | **44th** 6:6 | **7.5** 103:18,18 |
| **00000046** 42:25 | **18** 32:19 105:1,2 | **25** 146:3 | **46** 4:18 | **7171** 2:6 |
| 43:13 47:24 | 105:4 | **26** 83:9 145:13 | **47** 4:21 | **777** 1:13 6:5 |
| **000001** 46:2 | **1810** 2:13 | **2741** 1:5 | **48** 52:10,12,14 | |

Michael Joseph Sullivan, Ph.D.

| **8** | | | | |
|---|---|---|---|---|
| **8** 4:25 23:8,10 135:24 136:1 | | | | |
| **80226** 2:7 | | | | |
| **9** | | | | |
| **9** 5:3 21:13,14 23:11,16 55:22 | | | | |
| **9,673** 94:17 | | | | |
| **90017** 6:7 | | | | |
| **90025** 3:17 | | | | |
| **9114** 1:15 150:3 150:24 | | | | |
| **95** 78:25 79:7 | | | | |