Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC <br><br> MDL No. 2741 |
| This document relates to: <br><br> ALL ACTIONS | **PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

Plaintiffs respectfully request that an order be granted to remove Docket No. 2479-19 from the docket on the grounds that a portion of that document was incorrectly filed. Docket No. 2479-19 contain private medical information that should have been redacted. Pursuant to Local Rule 79-5, when electronically filed on January 11, 2019, Plaintiffs inadvertently included pages 3-5, 9, and portions of pages 6-8 and 10, in the public version of the filed document. These portions should have been lodged under seal.

On January 11, 2019, Plaintiffs inadvertently e-filed unredacted exhibits to Docket No. 2479. Plaintiffs immediately contacted the ECF Helpdesk and the documents were locked. Because a portion of the exhibits were inadvertently filed publicly on the ECF system and should have, instead, been redacted and/or lodged under seal pending the Court's determination of the administrative motion under 79-5, Plaintiffs respectfully request that Docket No. 2479-19 be permanently deleted from the docket.

Respectfully Submitted,

Dated: January 14, 2019         /s/ Leland H. Belew
                                Leland H. Belew

Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Liaison Counsel for Plaintiffs in MDL No. 2741*

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

Respectfully Submitted,

Dated: January 14, 2019

 */s/ Leland H. Belew*
Leland H. Belew

Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Liaison Counsel for Plaintiffs in MDL No. 2741*

-3-    Case No. 3:16-md-02741-VC
PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT