Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**PLAINTIFFS' NOTICE OF LODGMENT OF *CORRECTED* EXHIBIT NO. 19 TO PLAINTIFFS' (1) RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S SPECIFIC CAUSATION *DAUBERT* AND SUMMARY JUDGMENT MOTION AND (2) *DAUBERT* MOTION TO STRIKE CERTAIN OPINIONS OF MONSANTO COMPANY'S EXPERT WITNESSES, ECF NO. 2479-19** |
| This document relates to:<br><br>ALL ACTIONS | |

Case No. 3:16-md-02741-VC

PLAINTIFFS' NOTICE OF LODGMENT OF CORRECTED EXHIBIT NO. 19 TO PLAINTIFFS' (1) RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S SPECIFIC CAUSATION DAUBERT AND SUMMARY JUDGMENT MOTION AND (2) DAUBERT MOTION TO STRIKE CERTAIN OPINIONS OF MONSANTO COMPANY'S EXPERT WITNESSES, ECF NO. 2479

PLEASE TAKE NOTICE that *Corrected* Exhibit No. 19 to Plaintiffs' (1) Response in Opposition to Monsanto Company's Specific Causation Daubert and Summary Judgment Motion and (2) Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses—previously filed as Docket No. 2479-19—is being lodged with the Court on January 14, 2019, subject to the Court's ruling on Plaintiffs' Administrative Motion to File Under Seal, Docket No. 2478. This exhibit was missing redactions and was inadvertently filed on January 11, 2019.

Respectfully Submitted,

Dated: January 14, 2019     */s/ Leland H. Belew*
Leland H. Belew

Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Liaison Counsel for Plaintiffs in MDL No. 2741*

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*