| | |
|---|---|
| **ANDRUS WAGSTAFF, PC** <br> Aimee H. Wagstaff (SBN 278480) <br> Aimee.wagstaff@andruswagstff.com <br> David J. Wool (*pro hac vice*) <br> David.Wool@andruswagstaff.com <br> 7171 W. Alaska Drive <br> Lakewood, CO  80226 <br> Telephone: 303-376-6360 <br><br> **WEITZ & LUXENBERG, P.C.** <br> Robin L. Greenwald <br> rgeenwald@weitzlux.com <br> 700 Broadway <br> New York, NY 10003 <br> Telephone: 212-558-5802 <br><br> *Attorneys for Plaintiffs* | **THE MILLER FIRM LLC** <br> Michael Miller <br> mmiller@millerfirmllc.com <br> 108 Railroad Avenue <br> Orange, VA 22960 <br> Telephone: 540-672-4224 <br><br> **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.** <br> Michael L. Baum, Esq. (SBN: 119511) <br> mbaum@baumhedlundlaw.com <br> R. Brent Wisner, Esq. (SBN: 276023) <br> rbwisner@baumhedlundlaw.com <br> Pedram Esfandiary (SBN: 312569) <br> pesfandiary@baumhedlund.com <br> 10940 Wilshire Blvd., 17th Floor <br> Los Angeles, CA 90024 <br> Telephone:  (310) 207-3233 |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *HARDEMAN v. MONSANTO COMPANY,* <br> Case No. 3:16-cv-00525-VC | MDL No. 2741 <br><br> Hon. Vince Chhabria <br> Case No. 16-md-02741-VC <br><br> **PLAINTIFF'S NOTICE OF FILING PROPOSED JURY QUESTIONNAIRE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, Edwin Hardeman, by counsel, hereby files Plaintiff's suggested revisions to the Court's juror questionnaire for the Group 1 bellwether trials attached as Exhibit 1.  Exhibit 1 was originally submitted for the Court's consideration on January 11, 2019.

DATED:  January 14, 2019                              Respectfully submitted,

---

1

**PLAINTIFF'S NOTICE OF FILING PROPOSED JURY QUESTIONNAIRE**

By: /s/ R. Brent Wisner
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@baumhedlund.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., !7th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (*pro hac vice*)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: 303-376-6360

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
rgeenwald@weitzlux.com
700 Broadway
New York, NY 10003
Telephone: 212-558-5802

**THE MILLER FIRM LLC**
Michael Miller
mmiller@millerfirmllc.com
108 Railroad Avenue
Orange, VA 22960
Telephone: 540-672-4224

2
**PLAINTIFF'S NOTICE OF FILING PROPOSED JURY QUESTIONNAIRE**

**CERTIFICATE OF SERVICE**

I, R. Brent Wisner, hereby certify that, on January 14, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ R. Brent Wisner
R. Brent Wisner