# Exhibit 1

Juror Number: _____

### JUROR QUESTIONNAIRE

You are being considered for a jury for a case titled *In re: Roundup Products Liability Liability*.  The plaintiff in this lawsuit is a 70-year old man named Edwin Hardeman.  Mr. Hardeman is suing the company Monsanto because he believes that ~~that~~ his use of the Monsanto weedkiller "Roundup" caused him to develop a form of cancer called non-Hodgkin's Lymphoma.  Monsanto disputes the claim.

Please complete the following questionnaire to assist the attorneys and me in selecting a jury to serve in this case. By using this questionnaire, we will not need to ask all of these questions in court.

Please complete this form honestly, completely, and with great care. There are no right or wrong answers. The responses will be reviewed only for the purpose of selecting a jury.

While some of the questions may seem very personal, I have reviewed them carefully and determined that they are relevant to the issues in this case. The questions are not meant to invade your privacy but to help select a fair jury. If there is sensitive personal information that you prefer not to discuss in front of other jurors, please write "PRIVATE" next to your answer to that question, but please still answer the question. If the attorneys need to follow up with you about a private response, the attorneys and I will speak with you about that response outside the presence of the other jurors.

Please write clearly, and do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the response blank. If you do not understand the question or do not know the answer, please write that in the space provided. If you need more space for a response or want to make further comments about any question, please use the extra sheets attached to the back of the questionnaire. <u>Do not write on the back of any page</u>. If you use the explanation sheets, please be sure to indicate which numbered question you are answering.

You are ordered not to discuss this case or questionnaire with anyone, including your family and fellow jurors. Do not do any research, such as searching for information on the internet, related to the case or any of the people involved.

You are expected to sign the questionnaire, and your answers will be treated the same way as if they were made in court under oath.

Thank you for your cooperation.


_____
Vince Chhabria
United States District Judge

Juror Number: _____

1.    Name: _____
            Last Name                    First Name              Middle Name

2.    Do you have any trouble understanding or communicating in English?
      Yes _____  No _____
      If yes, please explain:
      _____
      _____

3.    Jury selection in this case will take place on Wednesday, February 20, 2019 at ▮ a.m.
      and will last most of the day. The trial will begin on February 25, 2019, and will last
      approximately ~~4~~6 weeks, at which point the jury will begin deliberating.  Trial begins
      each day at 8:30 a.m. and finishes between 2:00 and 2:30 p.m.  Trial takes place four
      days out of the week – there is no trial on Thursdays.  Do you have any serious
      scheduling issues or hardships that prevent you from serving as a juror in this case (such
      as prepaid travel plans, medical issues, financial concerns, or family responsibilities)?
      Keep in mind that if you are unable to serve in this trial, you could be placed on another
      trial later this year.
      Yes _____  No _____
      If yes, please explain:
      _____
      _____

> **Commented [A1]:** Given the Court's order to conduct a phased trial, Plaintiffs request that the trial period be changed from four to six weeks to provide proper notice to the potential jury.

4.    Date of Birth: _____  Age: _____  Place of Birth: _____

~~4.~~5.    Gender: _____

6.    What city ~~and neighborhood~~ do you live in? _____  For how long? _____

      What neighborhood/area? _____  For how long? _____

> **Commented [A2]:** Plaintiffs request separating city and neighborhood for clarity.  When combined, a potential juror may overlook one part of the question.

~~5.~~7.    Do you own or rent your place of residence? Own _____ Rent _____ Other _____

8.    What other communities have you lived in during the past 10 years?
      _____
      _____

> **Commented [A3]:** Plaintiffs request this question be added for completeness and to save time during voir dire.

9.    Describe your educational background:
      _____
      _____
      Major Area of Study: _____

Juror Number: _____

Degree(s)/Certificate(s): 

**Commented [A4]:** Plaintiffs request these specific inquiries be added as participants may not instinctively list this information in an open-ended question. The questionnaire attached to this Court's Standing Order includes these questions.

6.10.   What is your current employment status?  (Check all that apply.)

_____ Working Full-Time          _____ Disabled
_____ Working Part-Time          _____ Homemaker
_____ Unemployed                 _____ Retired
_____ Full-Time Student          _____ Other
_____ Part-Time Student

7.11.   Please list all of the jobs you have had in the past five years, starting with your most recent job.

| Occupation | Employer | Dates of Employment | Job Description |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

12.   If applicable, what is the occupation of your spouse or significant other and who is his/her employer?

**Commented [A5]:** Plaintiffs request that a chart be added to mirror the question above for consistency and to receive a more complete response.

| Occupation | Employer | Dates of Employment | Job Description |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

13.   If you have any children, please provide their gender, age, and occupation.

**Commented [A6]:** Plaintiffs request this question be added for completeness and to save time during voir dire. Additionally, this question is included in the questionnaire attached to this Court's Standing Order.

| Gender | Age | Occupation | Employer |
|---|---|---|---|
|  |  |  |  |

Juror Number: _____

| | | | |
|---|---|---|---|
| | | | |
| | | | |

Juror Number: _____

14.     Please provide the following for any other adults living with you:

| Relationship to You | Gender | Occupation | Employer |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

> **Commented [A7]:** Plaintiffs request this question be added for completeness and to save time during voir dire. Additionally, this question is included in the questionnaire attached to this Court's Standing Order.

8.15.   Do you, a family member, or anyone close to you have any training. experience or expertise in the following areas? Please check all that apply.

| Area | Self | Family | Someone close |
|---|---|---|---|
| Agriculture/Farming | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Biology | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Chemistry | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Chemical Engineering | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Environmental Science | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Epidemiology | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Government/Regulatory Agency | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Law/Legal Field | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Medicine/Nursing/Health Care | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Marketing | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Public Relations | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Risk Assessment | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Statistics | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Toxicology | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |

If you answered yes to any of the above, please describe:

_____

_____

_____

_____

16.     Have you ever served on a jury before?  Yes          No          If yes, please list:

> **Commented [A8]:** Plaintiffs request this question be added for completeness and to save time during voir dire. Additionally, this question is included in the questionnaire attached to this Court's Standing Order.

| Federal or State/County Court? | When? | Criminal or Civil Case? | Verdict Reached? | Were you Foreperson? |
|---|---|---|---|---|
|  |  |  | ❑ Yes  ❑ No | ❑ Yes  ❑ No |
|  |  |  | ❑ Yes  ❑ No | ❑ Yes  ❑ No |
|  |  |  | ❑ Yes  ❑ No | ❑ Yes  ❑ No |

Juror Number: _____

9. 17.  Have you or has anyone close to you ever had cancer?

_____ Yes, I have        _____ Yes, someone close to me has          _____ No

If yes:
a)  Who is the person? _____

b)  What type of cancer(s) was it?
    _____

c)  What is the current status? _____

d)  What is your opinion, if any, about what caused the cancer?
    d)  Do you believe you can fairly evaluate the evidence in a trial where one party has
    cancer and is alleging it was caused by the other party?
    Yes _____  No _____
    If no, please explain:
    _____
    _____

> **Commented [A9]:** Plaintiffs request this question be added to determine any potential bias.
>
> Plaintiffs request the original subsection (d) be removed and a more general catch-all question regarding impartiality be added at the end of the questionnaire.  This would be more fair and balanced.

> **Formatted:** Normal, Indent: First line: 0"

> **Formatted:** Justified, Indent: Left:  0.74", First line:  0", Right: 0"

10. 18.  Have you or has anyone close to you experienced side effects from exposure to a
         chemical? If yes, please explain, including who, when, what chemical, and what the side
         effects were.
    _____
    _____
    _____

11. 19.  Have you ever heard of Monsanto?
         Yes _____  No _____

12. 20.  Have you or has anyone close to you ever worked for, done business with, or otherwise
         had a financial interest in Monsanto?  Yes _____  No _____  If yes, please
         explain:
    _____
    _____

If yes, have you or has anyone close to you ever worked for, done business with, or
otherwise had a financial interest in Monsanto? If yes, please explain:
_____
_____

> **Commented [A10]:** Plaintiffs request these questions be separated for clarity.

13. 21.  Have you heard, read or seen any news reports about Monsanto?
         Yes _____  No _____

Juror Number: _____

If yes, please describe them to the best of your recollection:

_____
_____
_____

~~14.~~22.  Have you heard~~,~~ ~~or~~ read, or seen any ~~thing~~information about ~~a recent trial in San Francisco~~lawsuits brought against ~~involving~~ Monsanto?
Yes _____ No _____

If yes, please describe them to the best of your recollection:

_____
_____

~~1.      If yes:~~
~~2.   Do you know the outcome of the trial? Yes _____ No _____~~
~~3.   If you answered yes to (a), please write down everything you remember about the outcome:~~
~~_____~~
~~_____~~

~~4.   Please write down anything else you remember about what you heard or read:~~
~~_____~~
~~_____~~

~~5.      Do you have any opinions or feelings about Monsanto, or any chemical company, that may make it difficult for you to fairly evaluate the evidence in a trial where an individual is claiming that the company's product caused their cancer?~~
~~Yes _____ No _____~~
~~If yes, please explain:~~
~~_____~~
~~_____~~
~~_____~~
~~_____~~

~~8.~~23.  Before today, have you heard, read, or seen any news reports concerning this lawsuit, *In re: Roundup Products Liability Litigation; Hardeman v. Monsanto*?
Yes _____ No _____

If yes, please explain what you have heard, read, or seen:

**Commented [A11]:** Plaintiffs object to a question that identifies, even generally, the *Johnson v. Monsanto* state court trial in San Francisco last year. This can lead to increased, false positive responses and can cause people who have no information or very little to inquire about the specific verdict. Similar to when asking questions about negative pretrial publicity in criminal cases, the best practice is to not include the actual elements of the pretrial publicity (*i.e.*, did you hear that the defendant confessed?). Instead, a general question about the potential juror's knowledge is more balanced and fair.

**Formatted:** Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.5"

**Formatted:** Indent: Hanging: 0.01"

**Formatted:** Indent: Hanging: 0.01", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.5"

**Commented [A12]:** Plaintiffs object to the original question 17 and ask for it to be removed. It is a one-sided question and does not provide opportunity for examination of the juror. Instead, Plaintiffs propose a more general catch-all question regarding impartiality as suggested at the end of this questionnaire. This would be more fair and balanced.

**Formatted:** Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.5"

**Commented [A13]:** Plaintiffs request this be added to avoid confusion.

Juror Number: _____

_____

_____

_____

~~9.~~24.    Before today, have you heard, read, or seen anything about the product Roundup?

Yes _____ No _____

If yes, please explain what you have heard, read, or seen:

_____

_____

_____

~~10.~~25.   ~~Have~~ Do you or ~~has~~ anyone close to you currently ~~in your household~~ used the herbicide (weed killer) sold under the brand name ~~product~~ "Roundup ~~or any other weedkilling product?"~~ ~~Y~~ ~~If yes~~   No _____   If yes,  please explain ~~who and how often~~:

| Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.5" |

_____

_____

_____

_____

| Commented [A14]: For questions 25 and 26, Plaintiffs suggest this format to identify current versus past users and the purpose and frequency of use, which both parties would be interested in knowing. This would likely save time during voir dire. |

| Who/Relationship to You | Where? | Purpose(s) of Use? | How Often? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

26.    ~~Does~~ Have you or anyone ~~else~~ close to you regularly use d the herbicide Roundup in the past?

~~15.~~    Yes _____   No _____   If ~~If~~ yes please explain ~~who and how often~~.

| Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.5" |

| Formatted: Indent: Left: 0.5", No bullets or numbering |

_____

_____

_____

| Who / Relationship to You | Where? | Purpose(s) of Use? | How Often? | When? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.5" |

27.    Do you have any opinions against awarding money damages in a personal injury lawsuit to compensate someone for mental suffering, emotional distress and loss of enjoyment of life?

Yes _____   No _____

| Commented [A15]: Plaintiffs request that questions 27 and 28 be added to provide a more fair and balanced questionnaire. The original version only contained items designed to find jurors who may be Monsanto cause challenges. Plaintiffs anticipate that opposition to noneconomic and punitive damages to be areas of cause they may encounter. |

Juror Number: _____

If yes, please explain:

_____

_____

_____

28.     Punitive damages are awarded against a company or individual to punish bad conduct
        and prevent future bad conduct.  Do you have any opinions against awarding punitive
        damages in a lawsuit?
        Yes _____ No _____
        If yes, please explain:

_____

_____

_____

29.     Do you have any opinions or feelings that would prevent you from being able to fairly
        evaluate the evidence and follow the law in a trial where an individual is suing Monsanto
        for money damages over claims that the company's product caused his cancer?
        Yes _____ No _____
        If yes, please explain:

_____

_____

_____

**Commented [A16]:** Plaintiffs request this general, catch-all question in lieu of the specific questions removed from the original version.

16.30.   Is there any information that you have not been asked that you feel the Court should
         know or that might be relevant in any way to this trial or to your potential jury service?
         If it is something personal or private, please explain below so that you may be questioned
         about it privately, rather than in open court.
         Yes _____ No _____
         If yes, please explain:

_____

_____

_____

17.31.   A list of names is attached to this questionnaire. Please circle the names of any of the
         people that you personally know.

18.32.   Please complete the Juror's Oath below.

Juror Number: _____

**JUROR'S OATH**

I declare under penalty of perjury that the answers in this Juror Questionnaire  are true and correct to the best of my knowledge and belief.

Juror Signature: _____

Juror Name (Print): _____

Date: _____

Juror Number: _____

**FURTHER EXPLANATION SHEET**
**(Please put the question number next to you response. Thank you.)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____