

**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado and California*
Aimee.Wagstaff@AndrusWagstaff.com

7171 W. Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-63614
Website: www.AndrusWagstaff.com

January 15, 2019

**<u>FILED VIA ECF</u>**
Honorable Vince Chhabria
United States District Court,
Northern District of California

      RE: Case No: 3:16-md-02741-VC, *In re Roundup Products Liability Litigation*

To the Honorable Vince Chhabria:

      PTO 63 ordered the Parties to file their proposed substantive jury instructions and verdict form for the causation phase of the trial by today, January 15, 2019. Mr. Hardeman's submission is attached as **<u>Exhibit A</u>**. Monsanto's submission is attached as **<u>Exhibit B</u>**. The Parties will be prepared to present oral argument on January 28, 2019.

Dated: January 15, 2019            Respectfully submitted,

                        /s/ Aimee H. Wagstaff
                        Aimee H. Wagstaff, Esq.
                        ANDRUS WAGSTAFF, PC
                        7171 W. Alaska Dr.
                        Lakewood, CO  80226
                        Email: aimee.wagstaff@andruswagstaff.com