Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO JOINT LETTER BRIEF REGARDING PLAINTIFF'S ISSUE ONE** |

Pursuant to Civil Local Rules 79-5, 7-11, this Court's Standing Order for Civil Cases, ¶¶ 27-29, and the Amended Protective Order, filed September 6, 2017, Dkt. 519 ("Amended Protective Order"), ¶ 18, Plaintiffs hereby submit this Administrative Motion to File Under Seal ("Motion"). Subject to this motion are exhibits to the Joint Letter Brief Regarding Plaintiff's Issue One, which Defendant Monsanto Company ("Monsanto") has designated confidential.

**I.   Plaintiffs Conditionally Lodge Under Seal Documents Which Monsanto Has Designated Confidential.**

Plaintiffs have conditionally lodged under seal exhibits to the Joint Letter Brief Regarding Plaintiff's Issue One as these documents have been designated Confidential by Defendant Monsanto. The Declaration of Aimee H. Wagstaff is submitted in support of this conditional lodging, and identifies therein at Section I the documents so lodged and redactions applied pursuant to Monsanto's designations.

## II. Conclusion

For the foregoing reasons, Plaintiffs request that the Court grant this motion to seal exhibits to the Joint Letter Brief Regarding Plaintiff's Issue One.

Respectfully Submitted,

Dated: January 15, 2019

*/s/Aimee H. Wagstaff*
Aimee H. Wagstaff

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*