Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC <br><br> MDL No. 2741 |
| This document relates to: <br><br> ALL ACTIONS | **DECLARATION OF AIMEE H. WAGSTAFF IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO JOINT LETTER BRIEF REGARDING PLAINTIFF'S ISSUE ONE** |

I, Aimee H. Wagstaff, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate attorney at Andrus Wagstaff P.C., designated as co-lead counsel for plaintiffs in MDL No. 2741. I submit this Declaration in support of Plaintiffs' Administrative Motion to File Under Seal exhibits to the Joint Letter Brief Regarding Plaintiff's Issue One.

I. *Documents and Information Lodged Conditionally Under Seal Pursuant to Monsanto's Designations.*

2. Plaintiffs have filed conditionally under seal exhibits to the Joint Letter Brief Regarding Plaintiff's Issue One, that were designated as "Confidential" by Monsanto when produced in response to Plaintiffs' discovery requests pursuant to the Protective Order, filed December 9, 2016 (ECF No.

Case No. 3:16-md-02741-VC
DECLARATION OF AIMEE WAGSTAFF IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

64), or Amended Protective Order, filed September 6, 2017 (ECF No. 519). Counsel for Monsanto has requested Plaintiffs redact this information.

3. Monsanto has designated confidential the following portions of exhibits filed in support of Plaintiffs' Joint Letter Brief:

    *(a) Exhibit 19 - MONGLY00233235 - Monsanto's SAP Submission*

    *(b) Exhibit 21 - MONGLY04278162 - Monsanto's position regarding mouse study*

I declare under penalty of perjury that the foregoing is true and correct.

                              Respectfully Submitted,

Dated: January 15, 2019                */s/Aimee H. Wagstaff*
                                            Aimee H. Wagstaff

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*