Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC <br><br> MDL No. 2741 |
| This document relates to: <br><br> ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO JOINT LETTER BRIEF REGARDING PLAINTIFF'S ISSUE ONE** |

Before this Court is Plaintiffs' Administrative Motion to File Under Seal exhibits to the Joint Letter Brief Regarding Plaintiff's Issue One. Having considered the papers, and for compelling reasons shown, the Court hereby **GRANTS** Plaintiffs' request and **ORDERS** the following documents and/or portions of documents will remain redacted and confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

1. Documents sought to be filed under seal by Defendant Monsanto Company, which were designated as "Confidential" by Monsanto when produced in response to Plaintiffs' discovery requests pursuant to the Protective Order, filed December 9, 2016 (ECF No. 64), or Amended Protective Order, filed September 6, 2017 (ECF No. 519):

    *(a) Exhibit 19 - MONGLY00233235 - Monsanto's SAP Submission*

    *(b) Exhibit 21 - MONGLY04278162 - Monsanto's position regarding mouse study*

1
2   **IT IS SO ORDERED**
3
4   DATE: _____          _____
5                                          HONORABLE VINCE CHHABRIA
                                           UNITED STATES DISTRICT COURT
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28