# EXHIBIT 2

# Monsanto

AGRICULTURAL DIVISION

Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166
Phone: (314) 694-1000

August 31, 1971

B564
9565
B566
E567
9568
B569

Dr. Paul Wright
Industrial Bio-Test Laboratories, Inc.
1810 Frontage Road
Northbrook, Illinois  60062

Dear Paul:

This is to confirm our telephone conversation today that CP 67573 acid will be utilized in the long-term feeding studies that were discussed on July 18. The levels to be used in the feeding studies are the same as previously agreed upon.

If you have any questions, please let me know.

Sincerely,

*L. H. Hannah /jp*

L. H. Hannah, Manager
Research & Development

LHH:jp

cc: W. H. Hunt
    A. J. Speziale
    D. B. Sharp

MLK
PLW
DL
JP

RECEIVED
SEP 2 1971
I. B. T.



MONGLY04253439