# EXHIBIT 3

October 4, 1973

Dr. Paul Wright
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, Missouri   63166

Dear Dr. Wright:

Re: IBT No. 662-01752 - Residue Study With Glyphosate - Methyl - 14C in Bluegill Sunfish.

    A sample of Glyphosate - Methyl - $^{14}C$ (CP67573) with a specific activity of 7.49 uc per mg was used to determine material residues in bluegill sunfish following exposure for 21 days. One group of fish was placed in a 30 liter tank containing 0.01 parts of CP67573 per million parts of water; another group of fish was placed in a tank containing 1.0 ppm. Two fish were sacrificed from each tank on the following Test Days: 0, 1, 3, 5, 7, 14 and 21. Duplicate samples of muscle tissue were removed from each fish and prepared for radiocarbon assays using combustion and liquid scintillation techniques. The results are presented in the enclosed table. Residues were calculated by translating all $^{14}C$ activities as equivalent quantities of unaltered CP67573. During the 21-day test period residue values (mean values per test day) in fish from tank I (0.01 ppm) ranged from 0.0 to 8.5 ppb; in tank II (1.0 ppm) muscle tissue showed mean values ranging from 0.0 to 117.0 ppb.

    Water samples from each tank were obtained 2 times per week and radioassayed. Total concentration of the chemical in tank I (0.01 ppm) showed an average value of 0.011 ppm; the range was 0.0105 to 0.0117

Dr. Paul Wright                              -2-                      October 4, 1973

ppm. Tank II containing 1.0 ppm of CP67573 had an average concentration of 0.989; the concentrations ranged from 0.818 to 1.068 ppm in 7 samples obtained during the test period.

                        Respectfully submitted,

                        INDUSTRIAL BIO-TEST LABORATORIES, INC.

                        *Irene Dressler* [signature]

                        Irene Dressler, M.S.
                        Group Leader
                        Metabolic Studies


                        M. L. Keplinger, Ph.D.
                        Manager, Toxicology

jv