# EXHIBIT 5

RECEIVED DEC 12 1983



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

DEC - 5 1983

OFFICE OF
PESTICIDES AND TOXIC SUBSTANCES

Monsanto Company
1101 17th Street, NW.
Washington, DC  20036

Received     DEC  7 1983
MAILED
~~Delivered~~ to   K. A. Hardy
Date   12/8/83
By   M. Hirsh

Attention:  S. L. Kimball

Gentlemen:

Subject:  Roundup Herbicide (Mouse Oncogenicity Study)
 EPA Registration No. 524-308
 Shackle Herbicide
 EPA Registration No. 524-330
 Shackle C Herbicide
 EPA Registration No. 524-339
 Polado Herbicide
 EPA Registration No. 524-332
 Rodeo Herbicide
 EPA Registration No. 524-343
 Your Submission of August 17, 1983

This acknowledges receipt of your mouse oncogenicity study on glyphosate. Further action will await completion of scientific review and evaluation.

The accession numbers assigned the data are as follows:

        Volume 1 of 8        251007
        Volume 2 of 8        251008
        Volume 3 of 8        251009
        Volume 4 of 8        251010
        Volume 5 of 8        251011
        Volume 6 of 8        251012
        Volume 7 of 8        251013
        Volume 8 of 8        251014

Sincerely yours,

Robert J. Taylor
Product Manager (25)
Fungicide-Herbicide Branch
Registration Division (TS-767C)

Confidential - Produced Subject to Protective Order                    MONGLY00223061