# EXHIBIT 12



APR  9 1985

April 3, 1985

Dr. Marvin Kushner
▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Huntington, New York 11743

Re: 77-2061

Dear Dr. Kushner:

The enclosed shipment is being sent to you at the request of Dr. Tim Long of Monsanto. It contains slides of kidney sections from all animals on the referenced study. As indicated on the inventory records, a number of the slides also contain sections of urinary bladder.

If you have any questions concerning this shipment, please do not hesitate to contact me.

Sincerely,

*A. L. Knezevich*

Aleksandar L. Knezevich, Dr.Med.Vet.
Senior Vice-President, Pathology


nas
encls.
cc: Dr. Tim Long
    Dr. Ira W. Daly

East Millstone, New Jersey 08873 • (201)▬▬▬ • Telex:▬▬▬ • Cable:▬▬▬

Bio/dynamics Inc.

File: glyphosate
BD-77-4

## HISTOPATHOLOGY LABORATORY RECEIPT

COMPANY CODE/PROJECT NUMBER:    M-6    77-2061

REPORT TITLE/COMPOUND: A Chronic Feeding Study of Glyphosate in Mice

DESCRIPTION:    5 Slide boxes containing 422 slides representing 399 animals from Groups I, II, III & IV (Term and UD's) Sections of Kidneys. Also included is a list of animals showing Kidneys with Urinary Bladders.

Purpose: Sponsors Request

COMMENTS:    NOTE: Animal Number 1016 is missing per Report.

SHIPPED TO: Dr. Marvin Kuschner

VIA: Federal Express

AUTHORIZED BY: _____
for Bio/dynamics, Inc.

RECEIVED BY: _____

Date: 4/14/85

NOTE TO RECEIVER: Please sign and return this form to Bio/dynamics, Inc., Attention: Pathology Department.

NOTE TO PATHOLOGIST: All tissues required by protocol to have histopathological evaluation must be accounted for. If any tissues are missing, please contact the Pathology Department ext. 213 immediately.