# EXHIBIT 13

6/14/85



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

JUN 14 1985

**MEMORANDUM**

OFFICE OF
PESTICIDES AND TOXIC SUBSTANCES

SUBJECT: Analysis of Glyphosate. Caswell No. 661A

FROM: Reto Engler, Ph.D.
Chief, Scientific Mission Support Staff
Toxicology Branch/HED  (TS-769)

TO: Robert Taylor, Product Manager #25
Herbicide/Fungicide Branch
Registration Division  (TS-767)

THRU: Theodore M. Farber, Ph.D.
Chief, Toxicology Branch
Hazard Evaluation Division  (TS-769)

Though a peer review of the evidence of oncogenicity of Glyphosate (memo of March 4, 1985) we have determined that the incidence of renal adenomas in male mice ( a rare tumor) is inconsistent with the historical control incidence of this tumor. The registrant, in several letters, has refuted our statistical analysis of the data. Basically the registrant contends that the <u>highest incidence ever observed</u> in historical controls should be used to judge the incidence in the Glyphosate study. The use of <u>any</u> historical control data in this manner is biologically as well as statistically inappropriate and misleading.

The registrant has now submitted a report which shows that a re-reading of the kidney slides has revealed one (1) kidney tumor in the control group but no additional tumors in the treatment groups. We are in the process of analyzing the data, given this new information. However, this raises some new concern with regard to the histopathological examination of the male mouse kidneys. In fact the peer review panel offered the suggestion to systematically and uniformly recut the kidneys to obtain further information on the presence or absence of these kidney tumors. Given the overall uncertainty concerning the significance of the observed tumor incidence we believe that such a systematic reevaluation of this kidney lesion has become necessary in order to fully evaluate Glyphosate.

cc: S. Saunders
    W. Burnam
    A. Barton

MONGLY00235412