# EXHIBIT 18

[OPP-00221 FRL-2957-9]

## FIFRA Scientific Advisory Panel; Open Meeting

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice.

**SUMMARY:** There will be a 2-day meeting of the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel (SAP) for review of a set of scientific issues in connection with the preparation of a Registration Standard for glyphosate; a final regulatory action on the non-wood uses of pentachlorophenol; review of a set of scientific issues being considered in connection with the Registration Standards for oryzalin, amitraz, and acephate; and the Agency's proposed Pesticide Assessment Guidelines for Applicator Exposure Monitoring, Subdivision U.

**DATES:** Tuesday and Wednesday, February 11 and 12, 1986, from 8:30 a.m. to 5 p.m. each day.

**ADDRESS:** The meeting will be held at: Environmental Protection Agency, Rm. 1112, Crystal Mall, Building No. 2, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703-557-7678).

**FOR FURTHER INFORMATION CONTACT:**
By mail:
Stephen L. Johnson, Executive Secretary, FIFRA Scientific Advisory Panel, Office of Pesticide Programs (TS-766C), 401 M St., SW., Washington, DC 20460.

Office location and telephone number: Rm. 1121, Crystal Mall Building No. 2, Arlington, VA 22202, (703-557-7695).

**SUPPLEMENTARY INFORMATION:** The agenda for the meeting is: 1. Review of a set of scientific issues related to apparent oncogenicity being considered by the Agency in connection with the preparation of a Registration Standard for glyphosate.

2. A final regulatory action on the non-wood uses of pentachlorophenol as set forth in the Agency's Position Document 4. Although the SAP reviewed certain scientific issues connected with the non-wood uses of pentachlorophenol at its July 1985 meeting, since that time the Agency has decided to cancel additional registrations for these uses based on new information received in public comments on the Position Document 2/3.

3. A set of scientific issues related to apparent oncogenicity being considered by the Agency in connection with the Registration Standards for the following pesticide compounds: oryzalin, amitraz and acephate.

4. The Agency's proposed Pesticide Assessment Guidelines for Applicator Exposure Monitoring, Subdivision U.

5. Completion of any unfinished business from previous Panel meetings.

6. In addition, the Agency may present status reports on other ongoing programs of the Office of Pesticide Programs.

Copies of documents relating to the pesticides glyphosate and oryzalin referenced in item 1 and item 3 above may be obtained by contacting:
By mail:
Robert Taylor, Registration Division (TS-767C), Office of Pesticide Programs, Environmental Protection Agency, 401 M St., SW., Washington, DC 20460.

Office location and telephone number: Rm. 245, Crystal Mall No. 2, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703-557-1800).

Copies of documents relating to item 2 above may be obtained by contacting:
By mail:
Spencer Duffy, Registration Division (TS-767C), Office of Pesticide Progams, Environmental Protection Agency, 401 M St., SW., Washington, DC 20460.

Office location and telephone number: Rm. 711B, Crystal Mall No. 2, Arlington, VA 22202, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703-557-7421).

Copies of documents relating to the pesticide amitraz referenced in item 3 above may be obtained by contacting:
By mail:
Jay Ellenberger, Registration Divison (TS-767C), Office of Pesticide Programs, Environmental Protection Agency, 401 M St., SW., Washington, DC 20460.

Office location and telephone number: Rm. 202, Crystal Mall No. 2, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703-557-2386).

Copies of documents relating to the pesticide acephate referenced in item 3 above may be obtained by contacting:
By mail:
William Miller, Registration Division (TS-767C), Office of Pesticide Programs, Environmental Protection Agency, 401 M St., SW., Washington, DC 20460.

Office location and telephone number: Rm. 211, Crystal Mall No. 2, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703-557-2600).

Copies of documents relating to item 4 above may be obtained by contacting:
By mail:
Allen P. Nielson, Hazard Evaluation Division (TS-769C), Office of Pesticide Programs, Environmental Protection Agency, 401 M St., SW., Washington, DC 20460.

Office location and telephone number: Rm. 809A, Crystal Mall No. 2, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703-557-0267).

Any member of the public wishing to submit written comments should contact Stephen L. Johnson at the address or phone listed above to be sure that the meeting is still scheduled and to confirm the Panel's agenda. Interested persons are permitted to file such statements before the meeting, and may, upon advance notice to the Executive Secretary, present oral statements to the extent that time permits. All statements will be made part of the record and will be taken into consideration by the Panel. Persons wishing to make oral and/or written statements should notify the Executive Secretary and submit 10 copies of written comments and oral written testimony no later than February 3, 1986, in order to ensure appropriate consideration by the Panel.

Dated: January 14, 1986.

**John A. Moore,**
*Assistant Administrator for Pesticides and Toxic Substances.*

[FR Doc. 86-1216 Filed 1-16-86; 8:45 am]
BILLING CODE 6560-50-M

[OPTS-59748; FRL-2956-4]

## Acetal Copolymer; Premanufacture Notices

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice.

**SUMMARY:** Section 5(a)(1) of the Toxic Substances Control Act (TSCA) requires any person who intends to manufacture or import a new chemical substance to submit a premanufacture notice (PMN) to EPA at least 90 days before manufacture or import commences. Statutory requirements for section 5(a)(1) premanufacture notices are discussed in EPA statements of the final rule published in the Federal Register of May 13, 1983 (48 FR 21722). In the Federal Register of November 11, 1984 (49 FR 46066) (40 CFR 723.250). EPA published a rule which granted a limited exemption from certain PMN requirements for certain types of polymers. PMNs for such polymers are reviewed by EPA within 21 days of receipt. This notice announces receipt of one such PMN and provides a summary.

**DATES:** Close of Review Period: Y 86-53, January 28, 1986.