# EXHIBIT 25

## WHY THE GLYPHOSATE MOUSE ONCOGENCITY STUDY IS NOT REQUIRED

The Agency requests a repeat of the chronic feeding/oncogenicity study in mice to fully address the questions of "... whether the apparent effects noted in the mouse study [renal tubular adenomas] are biologically relevant." The results of the mouse bioassay do not provide positive, or even suggestive, evidence of carcinogenicity. The most that can be said is that the results were equivocal as, in fact, the Scientific Advisory Panel stated. Furthermore, the SAP pointed out the fact that this equivocal finding occurred only at a dose level that exceeded the MTD. Quoting from the SAP report, "... no oncogenic effect is demonstrated using concurrent controls" and "... the level of concern raised by historical control data was not great enough to displace putting primary emphasis on the concurrent controls." There appears to be no justification for requiring the repeat of a study with equivocal findings at a single site, only at dosage levels exceeding the MTD.

Several expert toxicologists intimately familiar with the glyphosate chronic/oncogenic mouse study results, and personally involved in the SAP hearing on this issue, were asked to evaluate the need for a repeat study. All experts agreed that additional testing is not justified since the current study was conducted at levels exceeding the MTD and failed to demonstrate a treatment-related oncogenic effect. Their evaluations are enclosed in this part.

As discussed previously, the fact that Monsanto has agreed to repeat the chronic/oncogenic rat study with glyphosate diminishes even further the justification for a repeat mouse study. As pointed out by Dr. Farber at the SAP hearing, "If in fact there wasn't a remaining MTD issue in regard to the rat study, and the rat was run at a somewhat higher level and nothing was seen, then basically the whole thing comes out as no evidence of carcinogenicity." The results of the current rat and mouse studies, along with results to be obtained from a repeat rat study, should be sufficient to assess the oncogenic potential of glyphosate. A repeat mouse study is not necessary.

Finally, based upon a review of the principles expressed in the Agency's draft "Position Paper on Maximum Tolerated Dose (MTD) in Oncogenicity Studies", it is clear that the chronic/oncogenic mouse study was conducted at dosage levels which greatly exceeded the upper limit of 7,000 ppm required for mouse studies. Furthermore, none of the requirements listed in that document which would necessitate a study are fulfilled for the mouse study (see Attachment 1).

MONGLY01307735