Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF AIMEE H. WAGSTAFF IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO JOINT LETTER BRIEF REGARDING PLAINTIFF'S ISSUE TWO** |

I, Aimee H. Wagstaff, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate attorney at Andrus Wagstaff P.C., designated as co-lead counsel for plaintiffs in MDL No. 2741. I submit this Declaration in support of Plaintiffs' Administrative Motion to File Under Seal exhibits to the Joint Letter Brief Regarding Plaintiff's Issue Two.

I. *Documents and Information Lodged Conditionally Under Seal Pursuant to Monsanto's Designations.*

2. Plaintiffs have filed conditionally under seal exhibits to the Joint Letter Brief Regarding Plaintiff's Issue Two, that were designated as "Confidential" by Monsanto when produced in response to Plaintiffs' discovery requests pursuant to the Protective Order, filed December 9, 2016 (ECF No.

64), or Amended Protective Order, filed September 6, 2017 (ECF No. 519). Counsel for Monsanto has requested Plaintiffs redact this information.

3. Monsanto has designated confidential the following portions of exhibits filed in support of Plaintiffs' Letter Brief.

    (a) *Exhibit 2 - Email from Dr. Acquavella, dated August 12, 1999*

    (b) *Exhibit 6 - Monsanto's 30(b)(6) Deposition of Dr. Goldstein*

    (c) *Exhibit 8 - Emails re AHS Collaborative Investigation*

    (d) *Exhibit 10 - Email from S. Murphey to K. Kelland, dated April 27, 2017*

    (e) *Exhibit 12 - T. Rands' Ghostauthored Letter for Congressman Aderholt*

    (f) *Exhibit 13 - Monsanto's IARC Response Plan*

    (g) *Exhibit 14 - Monsanto's Letter to Senators Lamar Alexander and Patty Murray, dated November 11, 2016*

    (h) *Exhibit 15 - Letter to the NCI, dated August 8, 2017*

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated: January 15, 2019

*/s/Aimee H. Wagstaff*
Aimee H. Wagstaff

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*