Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO JOINT LETTER BRIEF REGARDING PLAINTIFF'S ISSUE TWO** |

Before this Court is Plaintiffs' Administrative Motion to File Under Seal exhibits to Joint Letter Brief Regarding Plaintiff's Issue Two. Having considered the papers, and for compelling reasons shown, the Court hereby **GRANTS** Plaintiffs' request and **ORDERS** the following documents and/or portions of documents will remain redacted and confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

1. Documents sought to be filed under seal by Defendant Monsanto Company, which were designated as "Confidential" by Monsanto when produced in response to Plaintiffs' discovery requests pursuant to the Protective Order, filed December 9, 2016 (ECF No. 64), or Amended Protective Order, filed September 6, 2017 (ECF No. 519):

    (a) *Exhibit 2 - Email from Dr. Acquavella, dated August 12, 1999*
    (b) *Exhibit 6 - Monsanto's 30(b)(6) Deposition of Dr. Goldstein*

(c) *Exhibit 8 - Emails re AHS Collaborative Investigation*

(d) *Exhibit 10 - Email from S. Murphey to K. Kelland, dated April 27, 2017*

(e) *Exhibit 12 - T. Rands' Ghostauthored Letter for Congressman Aderholt*

(f) *Exhibit 13 - Monsanto's IARC Response Plan*

(g) *Exhibit 14 - Monsanto's Letter to Senators Lamar Alexander and Patty Murray, dated November 11, 2016*

(h) *Exhibit 15 - Letter to the NCI, dated August 8, 2017*

**IT IS SO ORDERED**

DATE: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT