# EXHIBIT 3





# HARDELL

- ☐ **2 Epi Publications - Non-Hodgkin's Lymphoma/Hairy Cell Leukemia**
- ☐ **Media Amplification in Lay Press**
- ☐ **Activists/Critics**
- ☐ **Worldwide Inquires**
- ☐ **What is available?**
    - ✓ **Internal Critiques of both articles**
    - ✓ **2 External Critiques of the Non-Hodgkin's Lymphoma**
    - ✓ **Letters to the Editor of Cancer & the New Scientist**
    - ✓ **Message Maps: Key messages, talking points & backgrounder**
    - ✓ **Q & A**
- ☐ **Epi Network**

# EPI Network

- **Global Network:**

**Sir Richard Doll, Dr.Tom Sorahan, Dr. Lars Jarup, Prof. Malcom Harrington, Dr. LJ Kinlen, Prof David Coggan, Dr. Dimitrios Trichopoulos, Dr. Hans-Olav Adami, Dr. John Jackson, Dr. Joop van Hemmen, Dr. Mark Cullen, Dr. Gerard Swaen…………..**

- **Why develop a "Network" for "2" studies?**



HARDELL

# FUTURE CONCERNS

##  Other Epidemiology Studies

### ❧ AHS (Agricultural Health Study)

- Large multifaceted epi study - 7th year of data collection
- Prospective study of 90,000 farmers/families in Iowa & North Carolina
- Primary purpose - look for associations between pesticides and human health effects
- NCI, EPA & NIEHS - believe farmers & their families suffer illnesses caused by pesticides
- Widespread & ever growing use of glyphosate caused ASH to re-evaluate & re-prioritize

### ❧ Criticisms?

- Many groups - highly critical - flawed study - Junk Science
- Small in scope, retrospective questioner on pesticide use and self reported diagnoses

### ❧ Concerns?

- There will be associations identified between glyphosate use and some health effects

### ❧ Other Initiatives?

- Farm Family Exposure Study
- Epi Network