# EXHIBIT 9

Confidential - Subject to Protective Order

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4    ----------------------------x

 5    IN RE: ROUNDUP PRODUCTS        ) MDL No. 2741

 6    LIABILITY LITIGATION           )

 7                                   ) Case No.

 8    _____) 16-md-02741-VC

 9    THIS DOCUMENT RELATES TO ALL   )

10    CASES                          )

11    _____)

12

13        CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

14

15      VIDEOTAPED DEPOSITION OF AARON EARL BLAIR, Ph.D.

16                  WASHINGTON, D.C.

17                MONDAY, MARCH 20, 2017

18                    8:59 A.M.

19

20

21

22

23

24

25    Reported by: Leslie A. Todd
```

Confidential - Subject to Protective Order

1      Deposition of AARON EARL BLAIR, Ph.D., held at the

2    offices of:

3

4

5           HOLLINGSWORTH, LLP

6           1350 I Street, N.W.

7           Suite 1000

8           Washington, DC 20005

9           (202) 898-5800

10

11

12

13

14      Pursuant to notice, before Leslie Anne Todd, Court

15    Reporter and Notary Public in and for the District of

16    Columbia, who officiated in administering the oath to

17    the witness.

18

19

20

21

22

23

24

25

Confidential - Subject to Protective Order

```
 1                A P P E A R A N C E S

 2

 3   ON BEHALF OF PLAINTIFFS:

 4       MICHAEL MILLER, ESQUIRE
         mmiller@millerlawfirmllc.com

 5       NANCY GUY ARMSTRONG MILLER, ESQ.

 6       JEFFREY TRAVERS, ESQUIRE
         JTravers@millerfirmllc.com

 7       MILLER FIRM, LLC

 8       108 Railroad Avenue

 9       Orange, Virginia 22960

10       (540) 672-4224

11             -and-

12       KATHRYN M. FORGIE, ESQUIRE
         kathryn.forgie@andruswagstaff.com

13       AIMEE H. WAGSTAFF, ESQUIRE (Telephonically)
         aimee.wagstaff@andruswagstaff.com

14       ANDRUS WAGSTAFF, PC
         7171 West Alaska Drive

15       Lakewood, Colorado  80226
         (310) 339-8214

16

17   ON BEHALF OF MONSANTO COMPANY:

18       ERIC G. LASKER, ESQUIRE
         elasker@hollingsworthllp.com

19       JOSEPH G. HOLLINGSWORTH, ESQUIRE
         jhollingsworth@hollingsworthllp.com

20       ELYSE A. SHIMADA, ESQUIRE
         eshimada@hollingsworthllp.com

21       HOLLINGSWORTH, LLP

22       1350 I Street, N.W., Suite 1000

23       Washington, DC 20005

24       (202) 898-5800

25
```

Confidential - Subject to Protective Order

```
 1            A P P E A R A N C E S (Continued)

 2

 3    ON BEHALF OF THE WITNESS:

 4        DAVID S. GREENE, ESQUIRE

 5        LAW OFFICES OF DAVID S. GREENE, LLC

 6        611 Rockville Pike

 7        Suite 225

 8        Rockville, Maryland 20852

 9        (301) 279-7600

10

11    ALSO PRESENT:

12        DANIEL HOLMSTOCK (Videographer)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Protective Order

```
 1              C O N T E N T S

 2   EXAMINATION OF AARON EARL BLAIR, Ph.D.      PAGE

 3      By Mr. Miller                 11, 263, 296

 4      By Mr. Lasker                      89, 293

 5

 6

 7

 8

 9              E X H I B I T S

10           (Attached to transcript)

11   BLAIR DEPOSITION EXHIBITS                  PAGE

12   No. 1    Curriculum Vitae of Aaron Earl Blair,

13            February 6, 2017                    18

14   No. 2    IARC Monographs on the Evaluation of

15            Carcinogenic Risks to Humans,

16            Preamble, Lyon, France 2006         23

17   No. 3    IARC Monographs on the Evaluation of

18            Carcinogenic Risks to Humans, Volume

19            112                                 36

20   No. 4    Document titled "Glyphosate"        45

21   No. 5    Article entitled "Carcinogenicity of

22            Tetrachlorvinphos, parathion,

23            malathion, diazinon, and glyphosate" 66

24   No. 6    International Agency for Research on

25            Cancer, World Health Organization paper  71
```

Confidential - Subject to Protective Order

1           E X H I B I T S   C O N T I N U E D

2              (Attached to transcript)

3   BLAIR DEPOSITION EXHIBIT                         PAGE

4   No. 7     NAPP Poster Presentation, Bates

5             MONGLY00340901 to MONGLY00340902         80

6   No. 8     E-mail string re IARC - NAPP

7             Epidemiology Study Abstract re:

8             Glyphosate and NHL, Bates

9             MONGLY02365099 to MONGLY02365101         82

10  No. 9     Environmental Health Perspectives,

11            IARC Monographs: 40 Years of

12            Evaluating Carcinogenic Hazards to

13            Humans, Bates MONGLY01154782 to

14            MONGLY01154819                           85

15  No. 10    E-mail re Monograph Meeting              98

16  No. 11    E-mail string re Monograph Meeting       99

17  No. 12    Volume 112 - Overview of assignments    104

18  No. 13    Handwritten notes                       122

19  No. 14    E-mail string re Minutes from NAPP

20            Meeting on October 20                   130

21  No. 15    E-mail re Proposal to analyze

22            Glyphosate exposure and NHL risk in

23            NAPP                                     133

24

25

Confidential - Subject to Protective Order

```
 1           E X H I B I T S   C O N T I N U E D

 2              (Attached to transcript)

 3   BLAIR DEPOSITION EXHIBIT                        PAGE

 4   No. 16    OCRC: An Detailed Evaluation of

 5             Glyphosate Use and the Risk of Non-

 6             Hodgkin Lymphoma in the North

 7             American Pooled Project (NAPP)        145

 8   No. 17    Article entitled "Cancer Incidence

 9             Among Glyphosate-Exposed Pesticide

10             Applicators in the Agricultural Health

11             Study"                                152

12   No. 18    Article entitled "Differences in the

13             Carcinogenic Evaluation of Glyphosate

14             Between the International Agency for

15             Research on Cancer and the European

16             Food Safety Authority"                158

17   No. 19a   DRAFT - Risk of total and cell

18             Specific non-Hodgkin Lymphoma and

19             pesticide use in the Agricultural

20             Health Study                          165

21   No. 19b   DRAFT - Lymphoma risk and

22             pesticide use in the Agricultural

23             Health Study                          165

24

25
```

Confidential - Subject to Protective Order

1           E X H I B I T S   C O N T I N U E D

2              (Attached to transcript)

3    BLAIR DEPOSITION EXHIBIT                    PAGE

4    No. 20    Article entitled "Non-Hodgkin

5              Lymphoma and Occupational Exposure to

6              Agricultural Pesticide Chemical Groups

7              and Active Ingredients: A Systematic

8              Review and Meta-Analysis"              178

9    No. 21    E-mail re:  A second thought about the

10             Rejection of the NHL manuscript        200

11   No. 22    E-mail string dated September 16, 2016   210

12   No. 23    E-mail string re Interview with Betty

13             Jibben and the Farm Journal            217

14   No. 24    E-mail string re Quick question from

15             Carey Gillam                           220

16   No. 25    E-mail string From Marie-Monique

17             Robin/On behalf of Kathleen Guyton     221

18   No. 26    E-mail string re IARC                  225

19   No. 27    WHO Q&A on Glyphosate, 1 March 2016    228

20   No. 28    E-mail string re Meeting on Glyphosate

21             05/16/16 at 10AM                       230

22   No. 29    E-mail string re Pesticide Exposure

23             and Cancer                             232

24   No. 30    E-mail string re EPA and glyphosate    235

25

Confidential - Subject to Protective Order

```
 1          E X H I B I T S   C O N T I N U E D

 2               (Attached to transcript)

 3   BLAIR DEPOSITION EXHIBIT                      PAGE

 4   No. 31    E-mail string re Glyphosate and NHL

 5             Presentation (ISEE Conference)      239

 6   No. 32    E-mail string re Glyphosate and NHL

 7             Presentation (ISEE Conference)      243

 8   No. 33    E-mail string re Your Departure

 9             6ZHHOW: IAD-LHR 1 Mar 2015 18:30    246

10   No. 34    OCRC: A Detailed assessment of

11             glyphosate use and the risks of non-

12             Hodgkin lymphoma overall and by

13             major histological sub-types:

14             Findings from the North American

15             Pooled Project, June 10, 2016       250

16   No. 35    E-mail string re EU glyphosate review   255

17   No. 36    Article entitled "Increased Cancer

18             Burden Among Pesticide Applicators and

19             Others Due to Pesticide Exposure"   266

20   No. 37    EHP ISEE - Conference Abstracts,

21             2015 Conference                     274

22

23

24

25
```

Confidential - Subject to Protective Order

```
 1                  P R O C E E D I N G S
 2                  ------------------
 3          THE VIDEOGRAPHER:  We are now on the
 4  record.  My name is Daniel Holmstock.  I'm the
 5  videographer for Golkow Technologies.  Today's date
 6  is March 20th, 2017, and the time is 8:59 a.m.
 7          This deposition is being held at the law
 8  offices of Hollingsworth, LLP, at 1350 I Street,
 9  Northwest, in Washington, D.C., in the matter of
10  In Re Roundup Products Liability Litigation, MDL
11  No. 2741.  The case is pending before the United
12  States District Court of the Northern District of
13  California.
14          Our deponent today is Dr. Aaron Blair.
15          Counsel, would you please identify
16  yourselves and whom you represent.
17          MR. MILLER:  Yes, good morning.  I'm
18  Michael Miller, and I represent the plaintiffs,
19  together with my law partner Nancy Miller, law
20  partner Jeff Travers, and an attorney from Denver
21  Kathryn Forgie.
22          MS. FORGIE:  With Andrus Wagstaff.
23          MR. LASKER:  David?
24          MR. GREENE:  I'm sorry.  David Greene.  I
25  represent Dr. Blair.
```

Confidential - Subject to Protective Order

1            MR. HOLLINGSWORTH:  Joe Hollingsworth.  I

2    represent Monsanto,

3            MS. SHIMADA:  Elyse Shimada.  I represent

4    Monsanto.

5            MR. LASKER:  Eric Lasker for Monsanto.

6            THE VIDEOGRAPHER:  Anybody via telephone,

7    please identify.

8            MS. WAGSTAFF:  Good morning, everyone.

9    This is Aimee Wagstaff from Andrus Wagstaff, and I

10   represent the plaintiffs in this matter.

11           THE VIDEOGRAPHER:  Anybody else via

12   telephone?

13           Okay.  Our reporter is Leslie A. Todd,

14   who will now administer the oath.

15   WHEREUPON,

16            AARON EARL BLAIR, Ph.D.,

17   called as a witness, and having been first duly sworn,

18   was examined and testified as follows:

19                 DIRECT EXAMINATION

20   BY MR. MILLER:

21       Q    Good morning, Dr. Blair.

22       A    And good morning.

23           MR. LASKER:  Mike, as you said, just

24   before we get started, a statement on the record.

25   This is Eric Lasker for Monsanto.

Confidential - Subject to Protective Order

 1                 Based upon discussions we had with

 2      Dr. Blair's counsel when this deposition was

 3      subpoenaed and -- subpoenaed by plaintiffs, it is our

 4      understanding that Dr. Blair has been produced solely

 5      as a fact witness to provide testimony about his

 6      factual knowledge and his experiences in connection

 7      with issues for which he will be questioned, and not

 8      to offer any expert opinions in this litigation.  And

 9      we have prepared for the deposition accordingly.

10                 MR. MILLER:  Well, and we agree to the

11      extent that we -- we have not retained Dr. Blair as

12      an expert.  I don't believe Monsanto has retained

13      Dr. Blair as an expert, but as we get into the

14      deposition, and we both know Dr. Blair was part of a

15      committee that formulated opinions, and we'll only

16      ask about opinions that were formulated within that

17      process and not for expert opinion as he sits here

18      today.  We certainly are not asking that.

19                 So let's get going and see if we can

20      complete our day.

21                 MR. LASKER:  As questions are asked, we

22      will object or not according to our understanding.

23                 MR. MILLER:  As the rules allow.

24      BY MR. MILLER:

25           Q    All right.  Good morning, Dr. Blair.

Confidential - Subject to Protective Order

```
 1          A     Good morning.

 2          Q     How are you, sir?

 3          A     Okay.

 4          Q     Good.  What -- would you please state

 5    your name on the record.

 6          A     Aaron Earl Blair.

 7          Q     All right, sir.  And Aaron Earl Blair,

 8    and you're a doctor?

 9          A     Ph.D.

10          Q     Ph.D.  You've got -- I'm going to start

11    and go through a little bit of your credentials, if I

12    may, sir.

13          A     Sure.

14          Q     Okay.  You graduated in 1965 with a

15    degree in biology from Kansas Wesleyan University?

16          A     Yes.

17          Q     Master of Science degree in '67 from

18    North Carolina State University?

19          A     Yes.

20          Q     And a Ph.D. in genetics at North Carolina

21    State University?

22          A     Yes.

23          Q     And then in 1976, you got a MPH.  What is

24    an MPH?

25          A     Masters in Public Health.
```

Confidential - Subject to Protective Order

```
1        Q     And that's -- your CV says epidemiology?

2        A     Correct.

3        Q     Okay.  And what is epidemiology?

4        A     The study of causes and distribution of

5   diseases.

6        Q     Have you -- have you been professionally

7   since 1976 studying the causes of diseases?

8        A     Yes.

9        Q     And explain it to me, if you would.

10  Where and how have you been studying the causes of

11  diseases since 1976?

12       A     The study of disease in human

13  populations, evaluating various factors that might be

14  related to the initiation or etiology of those

15  diseases.

16       Q     As the -- you say you've spent your

17  professional life with this doctorate degree studying

18  the causes of diseases.  Have you studied the causes

19  of cancer?

20       A     Yes.

21       Q     And within the broad field of studying

22  the causes of cancer, have you studied the causes of

23  non-Hodgkin's lymphoma?

24       A     Yes.

25       Q     I'm a lay person.  Tell me what is
```

Confidential - Subject to Protective Order

1    non-Hodgkin's lymphoma.

2         A    Lymphatic and hematopoietic tumors have a

3    variety of different specific diseases.  One is

4    Hodgkin's disease, you've probably heard of.  It's a

5    lymphoma.  Non-Hodgkin's lymphoma is all the

6    lymphomas that aren't Hodgkin's disease.

7         Q    So non-Hodgkin's lymphoma is a form of

8    cancer.  You have to answer --

9         A    Yes.

10        Q    And non-Hodgkin's lymphoma is a form of

11   cancer in the blood?

12        A    Yes.

13        Q    So any kind of blood cancer that is not

14   Hodgkin's lymphoma would be called non-Hodgkin's

15   lymphoma?

16        A    No.  It is --

17        Q    All right.  Explain to me why I'm --

18        A    -- any type of lymphoma --

19        Q    I see.

20        A    -- that isn't Hodgkin's disease is

21   non-Hodgkin's lymphoma.

22        Q    So there can be other blood cancers such

23   as leukemia?

24        A    Yes.

25        Q    I understand.  Thank you for that

Confidential - Subject to Protective Order

1    correction.

2              Now, it sounds like you spend an awful

3    lot of time at the National Cancer Institute.  Is

4    that right?

5         A    Yes.

6         Q    What is the National Cancer Institute?

7         A    It is one of the institutes, the National

8    Institutes of Health devoted to studying cancer.

9         Q    And you started there in 1976?

10        A    Yes.

11        Q    I think we're about the same age.  How

12   many years ago was that?

13        A    Quite a few.

14        Q    Yeah.  Thanks for clearing that up.

15             And how long did you stay there, from

16   1976 until when?  Are you still there or are you

17   retired or --

18        A    I am retired now, but I have an emeritus

19   position, which means I go in a couple of days a week

20   and do what I've always done.  I just don't get paid.

21        Q    Sounds like an interesting promotion,

22   Dr. Blair.

23             All right.  So you started there in 1976.

24   You were a staff fellow for the Environmental

25   Epidemiology Branch at the National Cancer Institute?

Confidential - Subject to Protective Order

 1          A     Correct.

 2          Q     Went on 1978 to '82, became the acting

 3     chief of the occupational study section of the

 4     Environmental Epidemiology Branch, National Cancer

 5     Institute?

 6          A     Yes.

 7          Q     Describe for us what it is you are doing

 8     there and --

 9          A     Studying various sorts of exposures that

10     occur in occupations and to see if they are related

11     to cancer.

12          Q     Would farming be one of those occupations

13     that you've studied for the causes of cancer?

14          A     Yes.

15          Q     Wouldn't that be true for your entire

16     profession -- professional career?

17          A     That was one of the early things I

18     started doing was studies of farmers.

19          Q     Did there come a time when you saw an

20     increase in cancers in farmers?

21          A     Yes.

22          Q     All right.  Let's go on then.  You became

23     the chief of the occupational study section in 1982,

24     right?

25          A     Yes.

Confidential - Subject to Protective Order

```
 1        Q    Okay.  Remained the chief for, and I will

 2   do this math, 14 years until 1996?

 3        A    Sounds right.

 4        Q    Okay, sir.  And I have -- you have a copy

 5   of your CV there.  I have a copy here.  If you want

 6   to look at it, feel free.

 7             And what I will do, I will mark as

 8   Exhibit 1 a copy of your CV or curriculum vitae,

 9   okay?

10             (Blair Exhibit No. 1 was marked for

11             identification.)

12   BY MR. MILLER:

13        Q    And hand it to you.  And you can let me

14   know if this is -- all right.  Thank you, sir.

15             MR. MILLER:  A copy for counsel.

16             MR. LASKER:  Thank you.  Yeah, do that.

17   BY MR. MILLER:

18        Q    Is this your CV, sir?

19        A    Yes.

20        Q    Okay.  So we were down here, we were

21   looking at some of your professions.  You were at the

22   National Cancer Institute after receiving your

23   Ph.D. --

24             MR. LASKER:  Mike, for the record, are

25   these highlights your highlights on the document?
```

Confidential - Subject to Protective Order

1          MR. MILLER:  Yes.  Yes.  Yes, they are.

2  Thanks for asking.

3          MR. LASKER:  That's the document that you

4  will be using for the deposition?

5          MR. MILLER:  I -- I think we're allowed

6  to do that, if I recall, under the rules.

7          MR. LASKER:  Okay, that's fine.

8          MR. MILLER:  Yeah.  I'm just highlighting

9  to aid the jury along the way.

10  BY MR. MILLER:

11      Q    These highlights aren't yours, are they,

12  Dr. Blair?

13      A    No.

14      Q    Okay.  It's all important, isn't it?

15  Your whole body of work, do you feel like it's

16  important?

17      A    Oh.  Yes, sure.

18      Q    All right.  So after being the chief for

19  14 years at the Occupation and Environmental

20  Epidemiology Branch, you went on to become in 2004 a

21  senior investigator.  Please tell us what that means.

22      A    It means I stepped down as head of the

23  unit and just retained a position at the National

24  Cancer Institute, and that is a senior position.

25      Q    Okay.  And then you retired from

Confidential - Subject to Protective Order

1    full-time work there in 2007.

2        A    Yes.

3        Q    And have been working for free as a

4    professor emeritus there ever since.

5        A    Yes.

6        Q    Very good.  All right.

7             And the reason I'm asking about your

8    background, sir, there came a time when this

9    organization asked you to do some scientific work for

10   them.  Is that fair?

11            MR. LASKER:  Objection to form.

12            THE WITNESS:  Yes.

13   BY MR. MILLER:

14       Q    Who is WHO?

15       A    World Health Organization.

16       Q    Okay.  So the World Health Organization,

17   what did they ask you to do?  What did they ask you

18   to do, sir?

19       A    Are you asking about a particular time

20   or --

21       Q    You know, that's a fair question.  When

22   was the first time the World Health Organization

23   contacted Aaron Blair and asked him to perform some

24   professional services?

25       A    I -- I don't --

Confidential - Subject to Protective Order

```
 1                    MR. LASKER:  Objection to form.

 2                    You can answer.

 3                    THE WITNESS:  I don't actually remember

 4      the earliest year that it was, but I have served on

 5      various World Health Organization groups over the

 6      years.

 7      BY MR. MILLER:

 8           Q    Could you just let the jury know some of

 9      those groups that you served at the request and for

10      the World Health Organization.

11           A    Well, the main one is the International

12      Agency for Research on Cancer, which is part of the

13      World Health Organization.

14           Q    Okay.  And is that also referred to as

15      IARC?

16           A    Correct.

17           Q    Okay.  So -- and that stands for

18      International Association --

19           A    Agency.

20           Q    I'm sorry.  International Agency for the

21      Research on Cancer?

22           A    Correct.

23           Q    And that is an organization which is part

24      of the World Health Organization.

25           A    Yes.
```

Confidential - Subject to Protective Order

1      Q     And how many times have you served as an

2  IARC volunteer?

3      A     You know, I don't actually remember

4  the -- the number.  Seven maybe.

5      Q     Okay.  And I'm going now to your CV to

6  page 3, and it shows that you served on IARC as early

7  as 1985.

8            Does that sound about right, Dr. Blair?

9      A     Sounds about right.

10      Q     Okay.  And you were at -- you were

11  involved in an IARC monograph.  I guess we will stop

12  there.  What's a monograph?

13      A     Just a publication, a book.

14      Q     Okay.  So it's an International Agency

15  for the Research of Cancer book on the evaluation of

16  carcinogenic -- I guess that's cancer?

17      A     Yes.

18      Q     -- of cancer risks to humans.

19      A     Yes.

20      Q     And you -- Volume 35, these books come

21  out from the World Health Organization in volumes, I

22  guess?

23      A     Yes.

24      Q     Okay.  So Volume 35 was probably one of

25  the first ones that you worked on.

Confidential - Subject to Protective Order

```
1          A     Yes.

2          Q     So off and on, as requested by World

3    Health Organization, it would be fair to say you've

4    been involved in working with them since 1985, right?

5          A     Yes.

6                MR. LASKER:  Objection to form.

7    BY MR. MILLER:

8          Q     Or about -- is that 32 years?  I'm real

9    bad with math.  Sound about right?

10         A     Sounds right.

11         Q     Okay.  All right.  So that was Volume 35.

12               Did there come a time when you were asked

13   to be involved with the World Health Organization,

14   the International Association of Cancer, to what has

15   now become Volume 112 of the monographs?

16         A     Yes.

17               MR. LASKER:  Objection to form.

18   BY MR. MILLER:

19         Q     And I'm going to put a copy under the

20   highlighter -- and that is my highlighting, so we all

21   know -- I'll tell you what I will do, I will use a

22   non-highlighted copy and a highlighter to work with.

23               (Blair Exhibit No. 2 was marked for

24               identification.)

25   BY MR. MILLER:
```

Confidential - Subject to Protective Order

```
 1          Q    And a copy for you, Doctor.

 2               MR. MILLER:  And a copy for counsel.

 3          Q    All right.  Here, Doctor.

 4          A    Thank you.

 5          Q    All right.  So what we have here, can you

 6     identify this document, which is Exhibit 2, please?

 7          A    Well, it is one of the monographs.

 8          Q    Okay.  And I just want to ask you a few

 9     questions about the front page of this document.  So

10     it says -- again, we've been talking about it, but

11     it's a World Health Organization, right?

12          A    Yes.

13          Q    And it's the International Agency for

14     Research on Cancer.

15          A    Yes.

16          Q    Also known as IARC, right?

17          A    Yes.

18          Q    All right.  Now, this is a preamble.

19     What is a preamble?

20          A    Sort of the beginning discussion of what

21     follows in the monograph.

22          Q    Okay.  And they meet in a place called

23     Lyon, France?

24          A    Correct.

25          Q    All right.  And this preamble was written
```

Confidential - Subject to Protective Order

1    in 2006.  Have you reviewed this before?

2        A    Yes.  Not -- not recently.

3        Q    Well, I know, and I'm not -- it's not a

4    test, but I just want to go over a couple of things

5    with you.

6            And will go, if you would, sir, to the

7    first page of the preamble, and it says here that the

8    IARC was established in two -- in 1965.

9            Is that your understanding?

10       A    Yes.

11       Q    All right.  It says:  Through the IARC"

12   -- I'm sorry, I will quote exactly.

13           "Through the monographs program, IARC

14   seeks to identify the causes of human cancer."

15           That's true, isn't it, sir?

16       A    Yes.

17       Q    Okay.  And some terms, so the jury and I

18   can understand them.  In this preamble they tell us,

19   the World Health Organization, that a cancer hazard

20   is an agent that is capable of causing cancer under

21   some circumstances.  While a cancer risk is an

22   estimate of carcinogen -- carcinogenic effects

23   expected from exposure to a cancer hazard.

24           I mean, is that what we should

25   understand?

Confidential - Subject to Protective Order

1          A     Yes.

2          Q     Okay.  All right.  And there's in the

3    preamble a discussion of the selection of agents for

4    review by IARC, and I want to ask you about it.

5                It says:  "Agents are selected for

6    review" -- is that for review to see if they cause

7    cancer?

8          A     Yes.

9          Q     -- "on the basis of two main criteria:

10   There is evidence of human exposure, and there is

11   some evidence or suspicion of carcinogenicity."

12               Is that your understanding, Dr. Blair?

13         A     Yes.

14         Q     Okay.  And IARC has in this preamble a

15   discussion of what they will review as they consider

16   these issues, right, sir?

17         A     Yes.

18         Q     Okay.  And it talks about with regard to

19   epidemiological studies -- now, first, let's stop

20   there.

21               What is an epidemiological study?

22         A     It's a study of -- in humans to evaluate

23   risk of disease or risk factors.

24         Q     To find out if some agent may cause some

25   condition?

Confidential - Subject to Protective Order

1    A    Right.

2    Q    Okay.

3         MR. LASKER:  Object to form.

4  BY MR. MILLER:

5    Q    What is a cancer bioassay?

6    A    It's an experimental study.  Usually it

7  means studies in animals.

8    Q    Okay.  What do we mean by "mechanistic

9  and other relevant data"?

10   A    What are the biologic processes that

11  might lead from an exposure to development of cancer.

12   Q    Yes, sir.

13        "Only reports that have been published or

14  accepted for publication in openly available

15  scientific literature are reviewed."

16        Is that true, sir?

17   A    Yes.

18   Q    And why is that true?  Why -- why does

19  IARC only review those publications that have been

20  published in available scientific literature or have

21  been accepted for publication?

22        MR. LASKER:  Objection to form.

23  BY MR. MILLER:

24   Q    You can answer.

25   A    Because these materials are then

Confidential - Subject to Protective Order

1    available to anyone.

2         Q    And IARC also reviews those exposure

3    data?

4         A    Yes.

5         Q    And exposure data means how are humans

6    exposed to that agent, right?

7         A    Yes.

8         Q    Okay.  And IARC extends invitations to

9    scientists around the world to participate in the

10   creation of a monograph for a book, right?

11        A    Yes.

12        Q    And it -- in this preamble it tells us:

13   "Before an invitation is extended, each potential

14   applicant participant, including the IARC

15   Secretariat, completes a WHO declaration of interest

16   to report financial interests, employment, and

17   consulting, and individual and institutional research

18   support related to the subject of the meeting."

19             Is that your understanding?

20        A    Yes.

21        Q    So before these folks are invited to be

22   on this IARC panel, they have to declare their

23   interests?

24        A    Yes.

25             MR. LASKER:  Objection to form.

Confidential - Subject to Protective Order

```
 1   (phonetic)?

 2        A    Alavanja.

 3        Q    Alavanja.

 4        A    He was an investigator at the National

 5   Cancer Institute and was involved in the Agricultural

 6   Health Study.

 7        Q    Is he an epidemiologist as well --

 8        A    Yes.

 9        Q    -- as yourself?

10             Okay.  Let's mark this as Defense Exhibit

11   21.

12             (Blair Exhibit No. 21 was marked for

13             identification.)

14   BY MR. LASKER:

15        Q    Well, first of all, do you recall when it

16   was that the glyphosate data was removed from this

17   AHS study that we've been talking about?

18        A    Not exactly, but it went through many

19   iterations after we decided to remove it because

20   there really wasn't -- you couldn't put it all into

21   one paper.

22        Q    Let's look at an e-mail dated February

23   28, 2014, and this is an e-mail from Dr. Alavanja to

24   other members of the AHS, including yourself,

25   correct?
```

Confidential - Subject to Protective Order

1       A    This is the one you just handed me?

2       Q    Yes.

3       A    Yes.

4       Q    Dr. Alavanja, he was the lead author,

5    wasn't he -- was he not, on the 2013 paper that we

6    were just looking at?

7       A    The document, yes.  Right.

8       Q    In his February 14, 2014 e-mail,

9    Dr. Alavanja is discussing the AHS team's efforts to

10   get its updated NHL analysis published, correct?

11      A    Yes, I guess so.

12      Q    And I take it from your former answer,

13   you're not -- you don't recall now whether or not the

14   glyphosate data was still in the paper at this point

15   in time or not, correct?

16      A    No, it was not because it had been

17   submitted to a journal, and we never submitted to a

18   journal with that data in it.

19      Q    Okay.  So in this e-mail Dr. Alavanja is

20   discussing the fact that the International Journal of

21   Cancer had decided not to publish what was at that

22   point the updated manuscript for non-Hodgkin lymphoma

23   and other pesticides, correct?

24      A    Yes.  Insecticides.

25      Q    Insecticides.  And Dr. Alavanja

Confidential - Subject to Protective Order

1  attributes the journal's decision not to publish the

2  AHS paper on NHL and insecticides on the fact that

3  the paper did not present conclusive evidence

4  associating NHL with any of the pesticides examined,

5  correct?

6      A    That's what it says.

7      Q    So Dr. Alavanja is referring to the fact

8  that journals are sometimes less willing to publish

9  epidemiologic studies if they don't find positive

10 associations, correct?

11     A    Yes.

12     Q    This problem is sometimes referred to as

13 publication bias, correct?

14     A    Yes.

15     Q    It's more difficult to get negative

16 findings published, correct?

17     A    Correct.

18     Q    And as a result, sometimes negative

19 findings and epidemiological studies are not

20 published, correct?

21     A    Yes.  Right.

22     Q    And Dr. Alavanja notes in the second

23 paragraph of his e-mail -- and let's see, if it's

24 working its way -- I was going to read it:  "At the

25 current time" -- and this is the second paragraph

Confidential - Subject to Protective Order

1    starting at the very beginning:  "At the current time

2    IARC is making plans for a new monograph on

3    pesticides."

4            And so, again, we're talking about the

5    monograph that ultimately became Monograph 112 where

6    you were the chair prior, correct?

7        A    Well, it preceded that monograph

8    certainly.

9        Q    Right.  So when he is talking about IARC

10   is making plans for a new monograph on pesticides, he

11   is referring to the monograph that was the one that

12   you ultimately worked on, correct?

13       A    Yes.  Right.

14       Q    And Dr. Alavanja states:  "Concerning

15   IARC's timetable for selecting candidates for the

16   monograph, it would be irresponsible if we didn't

17   seek publication of our NHL manuscript in time to

18   influence IARC's decision."

19           Do you see that?

20       A    Yeah.

21       Q    And you would agree that the AHS provides

22   important data regarding potential associations

23   between pesticides and cancer, correct?

24       A    Yes.

25       Q    You would agree that the AHS data and the

Confidential - Subject to Protective Order

1    most updated AHS data should be considered by IARC,

2    correct?

3         A    Yes.

4         Q    You would agree that it would be --

5         A    Well, wait, wait.  If it's been

6    published.

7         Q    And you would agree with Dr. Alavanja

8    that it would be irresponsible for the AHS --

9    Agricultural Health Study investigators not to

10   publish the updated findings on pesticides and NHL in

11   time to influence IARC's decision, correct?

12        A    No.  I don't agree with that.  And the

13   reason is because the timetable about when you have

14   to have it published is arbitrary.  And doing

15   analyses and writing papers is not wedded to a

16   timetable.  And what is irresponsible is to rush

17   something out that's not fully analyzed or thought

18   out.

19        Q    Let me ask you --

20        A    That's irresponsible.

21        Q    I'm sorry.  Let me ask you then about the

22   e-mails you were talking about previously with

23   respect to the North American Pooled Project, and we

24   can go back to those if you want.  But as I remember,

25   Dr. Pahwa was discussing the possibility of doing

Confidential - Subject to Protective Order

1    some analyses of NHL and multiple myeloma and

2    glyphosate in time to get those published for the

3    IARC analysis, right?

4          A    Yeah.

5          Q    And at that time you offered Dr. Pahwa

6    whatever help she needed to see if you could get that

7    data published, and this is before you saw what the

8    data was, correct?

9          A    I don't remember about that.  Maybe.

10   I -- I just don't remember about that.

11         Q    So --

12         A    I mean about whether I had seen the --

13   any data or not.  I mean tables come out.  There's --

14   none of this is listed in -- glistened down in your

15   mind about where things are.

16         Q    Well, if we can go back to Exhibit 14,

17   and that should be in your pile there, but I can give

18   you another copy if you want if that would be easier.

19   Dr. Blair.

20         A    Yeah.

21         Q    So -- so this, just to refresh our jury's

22   recollection, was prior to Dr. Pahwa going back and

23   finding out what the data showed from NAPP for

24   glyphosate and NHL or MM and -- or HL, Hodgkin

25   lymphoma.  You were offering Dr. Pahwa whatever help

Confidential - Subject to Protective Order

1   you could to try to get the data published in time

2   for the IARC monograph meeting, correct?

3        A    Yeah.

4        Q    But then after we -- after you determined

5   and found out what the data showed with respect to

6   glyphosate and these cancers, the data wasn't

7   published, correct?

8        A    The paper wasn't finished, and you have

9   to finish things in the analysis and the writing

10  before you can publish it.

11       Q    Okay.  So let's go back then to what the

12  IARC analysis was and what the working group did.

13            So the IARC working group then in its

14  analysis of the epidemiology was relying upon -- was

15  not relying upon the most up-to-date AHS data,

16  correct?

17       A    It was relying upon the most up-to-date

18  published data, and that's always the standard at

19  IARC.

20       Q    I understand.  But just so the record is

21  clear, IARC was not relying upon the most updated

22  analysis that you were aware of from the AHS data

23  with respect to glyphosate and non-Hodgkin lymphoma,

24  correct?

25       A    Now you present it as if the analyses

Confidential - Subject to Protective Order

1    were completed.  Analyses were done, manuscripts were

2    in description, but the work wasn't finished, which

3    means it's incomplete, and that you don't want to be

4    reporting on.  And we didn't.

5         Q    So -- understood.

6              And because of the fact that you had not

7    completed the manuscript that was in at least

8    manuscript form in March of 2013 in time for it to be

9    a publication by March 2015, IARC didn't have that

10   information?

11        A    That's correct.

12        Q    Now, going back to this issue of

13   publication bias, did the Agricultural Health Study

14   decide not to include data regarding glyphosate and

15   non-Hodgkin lymphoma in its updated publication

16   because the data did not show a positive association?

17        A    No.  It decided to do pesticides first

18   because we proceeded -- insecticides first, we sort

19   of proceeded down that line early on and didn't think

20   we had time to switch and do the other when IARC

21   become clear that that's what they were going to look

22   at.

23        Q    Now, you and other AHS investigators are

24   certainly aware, and we looked at some of this

25   discussion previously, that questions have arisen

Confidential - Subject to Protective Order

1   about IARC's -- I won't say questions -- have arisen

2   about IARC's classification of glyphosate, correct?

3            MR. MILLER:  Objection to form.

4   Questions by whom, Monsanto?

5   BY MR. LASKER:

6       Q    Well, let me put it this way:  You're

7   aware that Christopher Portier, we looked at one of

8   his publications, has been defending the IARC

9   classification of glyphosate by relying on the old

10  data from the Agricultural Health Study to try and

11  minimize the importance of that study, correct?

12      A    Well, I guess as he reported about what

13  IARC did, it was the -- there's no new published data

14  from AHS to look at.

15      Q    And --

16      A    Is that what you're saying?

17      Q    Well, Dr. Portier, though, as we looked

18  at previously, in defending the IARC classification,

19  has included arguments that the AHS data -- the AHS

20  study in 2005 was of smaller numbers and limited

21  follow-up.  Remember we looked at that?

22      A    Yes.

23      Q    Okay.  Nearly four years have passed now

24  since you and the other AHS investigators looked at

25  the updated and more robust AHS data and found no

Confidential - Subject to Protective Order

1  association between glyphosate and non-Hodgkin

2  lymphoma, correct?

3          MR. MILLER:  Object to the form of the

4  question.

5  BY MR. LASKER:

6      Q    You can answer.

7          MR. MILLER:  You can answer.

8  BY MR. LASKER:

9      Q    I will repeat the question.

10     A    Yes.

11     Q    Nearly four years have passed now since

12  you and other AHS investigators looked at the updated

13  data and saw that it did not show any association

14  between glyphosate and non-Hodgkin lymphoma, correct?

15         MR. MILLER:  And I object to the form of

16  the question because you intentionally leave out that

17  it's not statistical.

18         THE WITNESS:  Yes, we -- we've looked at

19  some data like that, but we haven't looked at a

20  finished product.

21  BY MR. LASKER:

22     Q    Now, the updated AHS data would directly

23  answer the questions Dr. Portier raised about the

24  size of the study and about the length of follow-up

25  time, correct?

Confidential - Subject to Protective Order

1        A    Yes.

2        Q    But you and the other AHS investigators

3    have, as of today's date in March 2017, not yet

4    published this updated AHS data on glyphosate,

5    correct?

6        A    Correct.

7        Q    In fact, the AHS has actively sought to

8    prevent Monsanto from learning about this updated AHS

9    data, hasn't it?

10        A    I -- I -- I don't know about that.

11        Q    Well, let me ask you -- let me show you

12    another e-mail from your document production to us.

13            (Blair Exhibit No. 22 was marked for

14            identification.)

15    BY MR. LASKER:

16        Q    This is Defense Exhibit 22.

17            And this is an e-mail in which

18    Mr. Sandler is responding to your e-mail to him

19    attaching a copy of a subpoena we sent to you in this

20    litigation, correct?

21        A    Yes.

22        Q    Mr. Sandler notes --

23        A    It's a woman.

24        Q    I'm sorry?

25        A    It's a woman.

Confidential - Subject to Protective Order

1      Q    You stated -- I'm sorry, you state that

2   your answer to the question was that, quote:  New

3   information becomes available over time.  Right?

4      A    Yes.

5      Q    In discussing this new information, did

6   you inform any of these reporters about the updated

7   Agricultural Health Study data finding no association

8   between glyphosate and non-Hodgkin lymphoma based

9   upon a study that was three to four times larger than

10  the 2005 AHS paper?

11           MR. MILLER:  Objection to the form of the

12  question.

13           THE WITNESS:  No, because we're talking

14  about papers that are published.

15  BY MR. LASKER:

16      Q    Is there any rule that reporters impose

17  like IARC imposes that prevents you from informing

18  them about scientific data if it's not published?

19      A    There is when talking about the IARC

20  data, which is based on published studies.

21      Q    Well, did the reporters -- here you're

22  saying new information becomes available over time.

23  Did you tell those reporters, Listen, I'm only going

24  to talk to you about the published data and not the

25  unpublished data that I'm aware of?

Confidential - Subject to Protective Order

1        A    No, I certainly didn't do that.

2        Q    You've also had a --

3        A    Let me add to that, though.  Yes, I
4   didn't do that, but it's only prudent and appropriate
5   to talk about studies that are finished before you
6   start talking to the press about them.

7        Q    And --

8        A    Because things change.

9        Q    And it's your decision with the AHS, as
10  an AHS investigator, to determine and decide when
11  you're going to try and submit things for them to be
12  published, correct?

13       A    Absolutely.

14       Q    You've also had a number of discussions
15  with a reporter named Carey Gillam, correct?

16       A    Yes, I think so.

17       Q    Did you ever tell Carey Gillam about the
18  updated AHS data showing no association between
19  glyphosate and non-Hodgkin lymphoma?

20       A    No.

21       Q    Now, Ms. Gillam reached out to you in
22  September of 2016, and let me show you the document
23  because I don't know if you will remember this.

24            And let's this -- we will mark this as
25  Exhibit 24.

Confidential - Subject to Protective Order

```
 1              (Blair Exhibit No. 24 was marked for

 2              identification.)

 3   BY MR. LASKER:

 4       Q    And this is an e-mail exchange between

 5   you and Carey Gillam, correct?

 6       A    Yes.

 7       Q    And in this e-mail she is reaching out to

 8   you in September 2016 after a phone call she had with

 9   Chris Portier, correct?

10       A    Yes.

11       Q    And again, we've discussed the fact that

12   Chris Portier has been critical of the published 2005

13   AHS study because of what he viewed as limited

14   numbers and limited use of follow-up, correct?

15       A    Yes.

16       Q    Did the issue of the AHS study come up

17   during this conversation with Ms. Gillam?

18       A    The issue of the AHS study?

19       Q    Yes.  And Dr. Portier's criticisms of

20   that study.

21       A    I -- I don't recall.

22       Q    Do you recall if Ms. Gillam was following

23   up on Chris Portier's observations about the 2005 AHS

24   study?

25       A    Well, she had talked to him, but I --
```

Confidential - Subject to Protective Order

1    nothing do I remember specific what was in the

2    conversation she had with him.

3         Q    But you do know that you did not tell her

4    about the updated AHS data we've been discussing,

5    correct?

6         A    Correct.

7         Q    You also contacted -- you were also

8    contacted by someone named Marie-Monique Robin,

9    correct?

10             Well, let me show you --

11        A    Is there a document here somewhere?

12        Q    There will be.  It's the next one in

13   line.  Just wait a second.

14        A    Doesn't ring a bell.

15             MR. LASKER:  This will be Defense

16   Exhibit 25.

17             (Blair Exhibit No. 25 was marked for

18             identification.)

19             MR. MILLER:  Thank you.  25.

20             MR. LASKER:  25.

21   BY MR. LASKER:

22        Q    And so this is an e-mail in August of

23   2016 from Marie-Monique Robin to you, correct?

24        A    Yes.

25        Q    And in her e-mail to you, Ms. Robin

Confidential - Subject to Protective Order

1    explains that she is the author of a number of books

2    that have been sharply critical of Monsanto and

3    glyphosate, including, quote, Our Daily Poison,

4    correct?

5         A    I assume that is in there somewhere,

6    but --

7         Q    It's right at the beginning of her e-mail

8    to you.  "I am the author of documentaries and books,

9    The World According to Monsanto, Our Daily Poison --

10        A    Okay.  Yes.

11        Q    -- Crops of the Future, Good Old Growth.

12        A    Yes.

13        Q    And she also in that e-mail in the next

14   paragraph accuses Monsanto of crimes against the

15   environment and the ecosystem because of its sales of

16   glyphosate, correct?

17        A    Well, I don't see exactly the words you

18   just read, but --

19        Q    Well, she talks about submitting --

20   and about halfway through, she talks about making

21   recommendations to the International Criminal Court

22   in The Hague to recognize the crime of ecocide.

23             Do you see that?

24        A    Okay.

25        Q    So she is suggesting that Monsanto should

Confidential - Subject to Protective Order

1    be tried in the International Court -- Criminal Court

2    in The Hague, correct?

3         A    I -- I guess.  I mean this is not

4    something I -- I mean this sounds legal that I -- I

5    can guess what the words say, but I have no idea what

6    that means.

7         Q    And Ms. Robin was referred to you by

8    Kathryn Guyton of IARC, correct?  That's what her

9    subject line says.

10        A    Yes.

11        Q    Do you know why IARC suggested that

12   Ms. Robin speak with you about glyphosate and her

13   views about the International Criminal Court?

14        A    No.

15        Q    Do you believe --

16        A    Other than I assume it's because I was on

17   the IARC panel.

18        Q    Do you believe that the sale of

19   glyphosate amounts to a violation of international

20   criminal law?

21        A    I --

22             MR. MILLER:  Calls for a legal

23   conclusion.

24             THE WITNESS:  Yeah, I --

25   BY MR. LASKER:

Confidential - Subject to Protective Order

```
1        Q    You don't have an opinion one way or the

2   other on that?

3        A    No.

4        Q    Did you --

5             MR. LASKER:  Whoever is on the phone, if

6   they could moot -- mute their line, please.

7             MR. MILLER:  Is anyone on the phone?

8             MS. WAGSTAFF:  Yeah, Aimee Wagstaff.  I

9   will put it back on mute.

10            MR. MILLER:  Thank you.  Thank you,

11  Ms. Wagstaff.

12  BY MR. LASKER:

13       Q    Did you tell Ms. Robin about the updated

14  Agricultural Health Study data that showed no

15  association between glyphosate and non-Hodgkin

16  lymphoma?

17       A    No.

18       Q    Okay.  You were also contacted on

19  March 6th --

20       A    I did not tell her about the incompleted

21  AHS study --

22       Q    Understood.

23       A    -- that purports to show no -- yes.

24  Let's use those words from now on.

25       Q    And again, as an investigator for the
```

Confidential - Subject to Protective Order

```
 1   AHS, it was your determination whether to submit that

 2   data for publication or not, correct?

 3        A    Yes.  Not mine; authors.

 4        Q    You were one of --

 5        A    I'm just one of the authors.

 6        Q    -- the authors.  Okay.

 7             (Blair Exhibit No. 26 was marked for

 8             identification.)

 9             THE WITNESS:  Are we done with the one we

10   just looked at?

11             MR. LASKER:  Yes, we are.

12   BY MR. LASKER:

13        Q    So Exhibit 26, now you have an inquiry

14   from Mr. A Martin from Bloomberg News, correct?

15   Andrew Martin?

16        A    Yes.

17        Q    And in his e-mail to you on March 24th,

18   2016, he states, quote:  I wonder if you would be

19   willing to talk about the pesticide -- pesticide

20   industry's response to the IARC report on glyphosate,

21   in particular criticism that was specific to you.

22             Do you see that?

23        A    Yes.

24        Q    And you in response to this reach out to

25   IARC asked them what -- what this might be about,
```

Confidential - Subject to Protective Order

1    correct?  You reach out to Kathryn Guyton and Kurt

2    Straif of IARC.

3            You have to go backwards.  It's the first

4    page that has your response.

5        A    Well, I certainly referred him to IARC.

6    I --

7        Q    Well, you reach out to IARC and say, any

8    idea of what criticisms he is referring to --

9        A    Okay, yes.  I see it.

10       Q    -- or any advice.

11       A    Yes.  Right.

12       Q    So you asked IARC for advice as to how to

13   respond to Andrew Martin from Bloomberg News.

14       A    The -- actually, the decision was always

15   who was going to talk to whom.  IARC people talk to

16   some, I talk to other people, and it was just a

17   decision of who was going to talk to him.

18       Q    So IARC in their response to you state

19   that Mr. Martin might be talking about two potential

20   criticisms, correct?  There are two potential issues

21   that come to mind?

22       A    This is the top?

23       Q    The top e-mail.

24       A    Yes.

25       Q    And the first potential criticism that

Confidential - Subject to Protective Order

1    IARC identifies is the issue of the negative AHS

2    study outweighing the positive studies on non-Hodgkin

3    lymphoma, correct?

4           A     Okay.  Yes.

5           Q     And the second potential criticism is

6    about experts reviewing their own work --

7           A     Yes.

8           Q     -- which is the issue that you had raised

9    at the very beginning of this process, correct?

10          A     Yes.

11          Q     And Mr. Straif of IARC refers you to some

12   IARC Q&A in response to those criticisms regarding

13   IARC's treatment of the Agricultural Health Study,

14   correct?

15                "We have posted additional material on

16   our website responding to some criticisms."  Do you

17   see that?

18          A     This is still in the top?

19          Q     Yeah, the top e-mail, the third

20   paragraph:  After the latest invitation to the

21   European Parliament, we have posted additional

22   materials on our website" --

23          A     Okay.  Okay.  Yes.  All right.

24          Q     -- "responding to some criticisms

25   including the AHS issue."  Correct?

Confidential - Subject to Protective Order

```
 1        A     Okay.  Yes.

 2        Q     So let's take a look at that IARC Q&A

 3   document.

 4              (Blair Exhibit No. 27 was marked for

 5              identification.)

 6   BY MR. LASKER:

 7        Q     Exhibit 27.  And this is from the IARC

 8   website dated March 1st, 2016.  So this is a few

 9   weeks before the e-mail exchange we just looked at,

10   correct?

11        A     Yes.

12        Q     So this is the Q&A on glyphosate that

13   IARC refers you to with respect to the criticisms of

14   the AHS study, correct?

15        A     Yes.

16        Q     Now, with respect to the Agricultural

17   Health Study, if you can go to page 2, there is in

18   the middle of the page in bold a discussion of the

19   Agricultural Health Study and the criticisms of

20   IARC's dealing with that study and then IARC's

21   response.  Correct?

22        A     Yes.

23        Q     And IARC in its Q&A states:  "The

24   Agricultural Health Study has been described as the

25   most powerful study, but this is not correct.  The
```

Confidential - Subject to Protective Order

1    AHS data on cancer and pesticides use in more than

2    50,000 farmers and pesticide applicators in two

3    states in the U.S., the weakness of the study is that

4    people were followed up for a short period of time,

5    which means fewer cases of cancer would have had time

6    to appear."  Correct?

7         A    Yes.

8         Q    But as of this date, you were aware and

9    had been for three years that there was more AHS data

10   that had a longer follow-up and some four times more

11   cases of NHL than had been discussed in the 2005

12   published paper, correct?

13        A    Yes.  For analyses that had not been

14   completed.

15        Q    Did you write back to Kurt Straif at IARC

16   and point out that there is actually more updated

17   data available from the AHS and that this criticism

18   was no longer valid?

19        A    No, because IARC works on papers that

20   have been published.

21        Q    And the IARC Q&A also refers in that

22   last -- second paragraph, last paragraph in response

23   to the questions about the Agricultural Health Study

24   that the IARC working group had done an analysis --

25   statistical analysis of the results of all of the