1  Aimee Wagstaff (SBN 278480)
   aimee.wagstaff@andruswagstaff.com
2  **ANDRUS WAGSTAFF, PC**
   7171 West Alaska Drive
3  Lakewood, CO 80226
   Telephone: (303) 376-6360
4  Facsimile: (303) 376-6361

5  *Attorney for Plaintiffs*

6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                    SAN FRANCISCO DIVISION

10

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO JOINT LETTER BRIEF REGARDING PLAINTIFF'S ISSUE THREE** |

Pursuant to Civil Local Rules 79-5, 7-11, this Court's Standing Order for Civil Cases, ¶¶ 27-29, and the Amended Protective Order, filed September 6, 2017, Dkt. 519 ("Amended Protective Order"), ¶ 18, Plaintiffs hereby submit this Administrative Motion to File Under Seal ("Motion") to file under seal. Subject to this motion are exhibits to the Joint Letter Brief Regarding Plaintiff's Issue Three, which Defendant Monsanto Company ("Monsanto") has designated confidential.

**I.   Plaintiffs Conditionally Lodge Under Seal Documents Which Monsanto Has Designated Confidential.**

Plaintiffs have conditionally lodged under seal exhibits to the Joint Letter Brief Regarding Plaintiff's Issue Three as these documents have been designated Confidential by Defendant Monsanto. The Declaration of Aimee H. Wagstaff is submitted in support of this conditional lodging, and identifies therein at Section I the documents so lodged and redactions applied pursuant to Monsanto's designations.

## II. Conclusion

For the foregoing reasons, Plaintiffs request that the Court grant this motion to seal exhibits to the Joint Letter Brief Regarding Plaintiff's Issue Three.

Respectfully Submitted,

Dated: January 15, 2019

*/s/Aimee H. Wagstaff*
Aimee H. Wagstaff

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*