**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| This document relates to: <br><br> ALL ACTIONS | |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, Defendant Monsanto Company ("Monsanto") hereby submits this Administrative Motion to File under Seal ("Motion").

### I. Monsanto Conditionally Lodges Under Seal Certain Exhibits Attached to Its Evidentiary Letter Brief

Monsanto hereby notifies the Court that it has conditionally filed under seal three exhibits (P-Ex. 2–4) attached to its letter brief. These three exhibits have been included with Monsanto's submission at Plaintiffs' request on the evening of filing and thus Monsanto has not had time to evaluate its position on any confidential content therein. Accordingly, Monsanto respectfully requests that they be provisionally sealed. Consistent with the Court's governing protective order (ECF No. 519), and to the extent that Monsanto seeks to further maintain the records under seal, it will file a Local Rule 79-5 declaration within 10 court days.

### CONCLUSION

Monsanto respectfully requests that the Court grant its Administrative Motion to File Under Seal.

Dated: January 15, 2019

Respectfully submitted,

/s/ Brian L. Stekloff_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

1
2   Eric G. Lasker (*pro hac vice*)
    (elasker@hollingsworthllp.com)
3   HOLLINGSWORTH LLP
    1350 I St. NW
4   Washington, DC 20005
    Tel: 202-898-5843
5   Fax: 202-682-1639
6
    Michael X. Imbroscio (*pro hac vice*)
7   (mimbroscio@cov.com)
    COVINGTON & BURLING LLP
8   One City Center
    850 10th St. NW
9   Washington, DC 20001
    Tel: 202-662-6000
10
11  Attorneys for Defendant
12  MONSANTO COMPANY
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                       - 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____