**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Administrative Motion to File Under Seal. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Monsanto has filed conditionally under seal three exhibits (P-Ex. 2–4) attached to its letter brief. These three exhibits have been included with Monsanto's submission at Plaintiffs' request on the evening of filing, and therefore Monsanto has not had time to evaluate its position on any confidential content therein. Accordingly, Monsanto has requested that they be provisionally sealed.

3. Consistent with the Court's governing protective order (ECF No. 519), and to the extent that Monsanto seeks to further maintain the records under seal, it will file a Local Rule 79-5 declaration within 10 court days.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Dated: January 15, 2019

Respectfully submitted,

/s/ Brian L. Stekloff

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

1
2
3
4     Eric G. Lasker (*pro hac vice*)
      (elasker@hollingsworthllp.com)
5      HOLLINGSWORTH LLP
      1350 I St. NW
6     Washington, DC 20005
      Tel: 202-898-5843
7     Fax: 202-682-1639

8     Michael X. Imbroscio (*pro hac vice*)
      (mimbroscio@cov.com)
9     COVINGTON & BURLING LLP
10    One City Center
      850 10th St. NW
11    Washington, DC 20001
      Tel: 202-662-6000
12
13    Attorneys for Defendant
      MONSANTO COMPANY
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28