UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ALL ACTIONS | |

Upon consideration of Monsanto Company's Administrative Motion to File Under Seal, IT IS HEREBY ORDERED THAT the motion is GRANTED; and it is hereby FURTHER ORDERED that Plaintiffs' Exhibits 2-4, attached to Monsanto's January 15, 2019 Letter Brief, shall be maintained under seal until further order of the Court.

Date: _____  _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT