# Exhibit 1

**Message**

| | |
|---|---|
| **From:** | FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070] |
| **Sent:** | 11/29/2001 2:07:23 PM |
| **To:** | ACQUAVELLA, JOHN F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=145465] |
| **CC:** | GOLDSTEIN, DANIEL A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=527246]; ARMSTRONG, JANICE M [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=597137]; HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| **Subject:** | RE: the McDuffee article appears - glyphosate not mentioned in the abstract |

John,

I know we don't know yet what is says in the "small print" - but the fact that glyphosate is no longer mentioned in the abstract is a huge step forward - it removes it from being picked up by abstract searches!

Donna


-----Original Message-----
**From:** ACQUAVELLA, JOHN F [AG/1000]
**Sent:** Thursday, November 29, 2001 7:54 AM
**To:** FARMER, DONNA R [AG/1000]
**Cc:** GOLDSTEIN, DANIEL A [AG/1000]; ARMSTRONG, JANICE M [AG/1000]; HEYDENS, WILLIAM F [AG/1000]
**Subject:** the McDuffee article appears - glyphosate not mentioned in the abstract
**Importance:** High

The McDuffee article appeared in the November issue of the journal Cancer Epidemiology, Biomarkers, and Prevention (see abstract below). Unlike the abstract presented at the International Society for Environmental Epidemiology meeting August 1999, Glyphosate is no longer mentioned as a risk factor in the abstract. I'll have to get the article and see what it says in "the small print."

John

Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-
    Canada study of pesticides and health
        HH McDuffie, P Pahwa, JR McLaughlin, JJ Spinelli,
    S Fincham, JA Dosman, D Robson, LF Skinnider, NW Choi
            Article 1155-1163
    Abstract: Our objective in the study was to investigate the
    putative associations of specific pesticides with non-Hodgkin's
    Lymphoma [NHL; International Classification of Diseases, version 9
        (ICD-9) 200, 202]. We conducted a Canadian multicenter



Plaintiff Exhibit 0312

MONGLY00890492

population-
based incident, case (n = 517)-control (n = 1506) study among men in
a diversity of occupations using an initial postal questionnaire
followed by a telephone interview for those reporting pesticide
exposure of 10 h/year or more, and a 15% random sample of the
remainder. Adjusted odds ratios (ORs) were computed using conditional
logistic regression stratified by the matching variables of age and
province of residence, and subsequently adjusted for statistically
significant medical variables (history of measles, mumps, cancer,
allergy desensitization treatment, and a positive history of cancer
in first-degree relatives). We found that among major chemical
classes of herbicides, the risk of NHL was statistically
significantly increased by exposure to phenoxyherbicides [OR, 1.38;
95% confidence interval (CI), 1.06-1.81] and to dicamba (OR, 1.88;
95% CI, 1.32-2.68). Exposure to carbamate (OR, 1.92; 95% CI, 1.22-
3.04) and to organophosphorus insecticides (OR, 1.73; 95% CI, 1.27-
2.36), amide fungicides, and the fumigant carbon tetrachloride (OR,
2.42; 95% CI, 1.19-5.14) statistically significantly increased risk.
Among individual compounds, in multivariate analyses, the risk of NHL
was statistically significantly increased by exposure to the
herbicides 2,4-dichlorophenoxyacetic acid (2,4-D; OR, 1.32; 95% CI
1.01-1.73), mecoprop (OR, 2.33; 95% CI, 1.58-3.44), and dicamba (OR,
1.68; 95% CI, 1.00-2.81); to the insecticides malathion (OR, 1.83;
95% CI, 1.31-2.55), 1,1,1-trichloro-2,2-bis (4-

MONGLY00890493

chlorophenyl) ethane
    (DDT), carbaryl (OR, 2.11; 95% CI, 1.21-3.69), aldrin, and lindane;
    and to the fungicides captan and sulfur compounds. In additional
    multivariate models, which included exposure to other major chemical
    classes or individual pesticides, personal antecedent cancer, a
    history of cancer among first-degree relatives, and exposure to
    mixtures containing dicamba (OR, 1.96; 95% CL 1.40-2.75) or to
    mecoprop (OR, 2.22; 95% CL 1.49-3.29) and to aldrin (OR, 3.42; 95%
    CI, 1.18-9.95) were significant independent predictors of an
    increased risk for NHL, whereas a personal history of measles and of
    allergy desensitization treatments lowered the risk. We concluded
    that NHL was associated with specific pesticides after adjustment for
    other independent predictors.

_____

John Acquavella, PhD
Senior Fellow, Epidemiology
Monsanto Company/A2NE
St. Louis, MO 63167
phone: ▮▮▮▮▮▮▮▮▮
cell phone: ▮▮▮▮▮▮▮▮▮
fax: ▮▮▮▮▮▮
e-mail: ▮▮▮▮▮▮▮▮@monsanto.com

MONGLY00890494