# Exhibit 2

Message

**From:** GOLDSTEIN, DANIEL A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=527246]
**Sent:** 2/26/2015 8:08:31 PM
**To:** VICINI, JOHN L [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=56908]; REYNOLDS, TRACEY L [AG/1000] [/O=MONSANTO/OU=Na-1000-01/cn=recipients/cn=133378]
**CC:** SACHS, ERIC S [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=171736]
**Subject:** ACSH

While I would love to have more friends and more choices, we don't have a lot of supporters and can't afford to lose the few we have....

I am well aware of the challenges with ACSH and know Eric has valid concerns- so I can assure you I am not all starry-eyed about ACSH- they have PLENTY of warts- but:

You WILL NOT GET A BETTER VALUE FOR YOUR DOLLAR than ACSH:

They are working with us to respond if needed to IARC- Gil has asked for information feed.

Today: http://acsh.org/2015/02/█████████

They host TWO BOOKS and a Pamphlet that are EXTREMELY USEFUL:

http://acsh.org/2014/03/█████████

http://acsh.org/2014/03/food-guide-modern-agricultural-biotechnology/

http://acsh.org/2014/03/food-feeding-world-modern-agricultural-biotechnology-2/

AND the recent pesticide review:

http://www.amazon.com/Pesticides-Health-Myths-vs-Realities/dp/061548512X



Plaintiff Exhibit
0321

MONGLY02649473

http://www.amazon.com/Pesticides-Perspective-William-Kucewicz/dp/0615485162/ref=sr_1_2?s=books&ie=UTF8&qid=1323363102&sr=1-2

FIFTY THREE Recent examples of posting in 2014/15….. NOT complete:

http://acsh.org/2015/02/scientifically-unsound-discussion-███-watch-fox-news-sunday-housecall/
http://acsh.org/2015/02/new-███-labeling-bill-introduced-amidst-approval-gm-apple/
http://acsh.org/2015/02/many-consumers-want-███-labeling-dont-really-know-much-gmo-foods-ingredients/
http://acsh.org/2015/02/health-news-███-labeling-long-lasting-gm-apples-added-vitamins-foods/
http://acsh.org/2015/02/health-news-███-labeling-epa-attacked-secret-science-skinny-bariatric-surgery/
http://acsh.org/2015/02/health-news-███-knowledge-deadly-flu-season-news-anticholinergics/
http://acsh.org/2015/02/███-labeling-laws-will-harm-good/
http://acsh.org/2015/02/food-babe-food-poisoning-harmful/
http://acsh.org/2015/01/science█████████-debate-explains-absence-science/
http://acsh.org/2015/01/really-killing-bees-may-surprised/
http://acsh.org/2015/01/publics-scientists-views-diverge-widely-important-issues/
http://acsh.org/2015/01/new-variety-███-potato-introduced-jr-simplot/
http://acsh.org/2015/01/henry-miller-wall-st-journal-epausda-strangled-biopharming-cradle/
http://acsh.org/2015/01/cspi-dead-███-labeling-good/
http://acsh.org/2014/12/top-10-scares-2014/
http://acsh.org/2014/12/label-label-███-question-considered-federal-lawmakers/
http://acsh.org/2014/12/███-debate/
http://acsh.org/2014/12/dr-henry-miller-calls-american-farmers-wake/
http://acsh.org/2014/12/acshs-top-stories-2014-part-2/
http://acsh.org/2014/11/recent-eu-vote-may-allow-███-crops-nations/
http://acsh.org/2014/11/meta-analysis-shows-███-crops-reduce-pesticide-use-37-percent/
http://acsh.org/2014/11/labeling-███-benefits-one-except-organic-foods-industry/
http://acsh.org/2014/11/health-news-███-spud-laundry-pods-dangers-chemical-mix-ups/
http://acsh.org/2014/11/acsh-comment-pesticide-residues-wash-examiner/
http://acsh.org/2014/10/█████████████████/
http://acsh.org/2014/10/indian-government-sees-light-███-crops/
http://acsh.org/2014/07/greenpeace-gets-small-taste-medicine/

http://acsh.org/2014/07/■-labeling-considered-oregon/
http://acsh.org/2014/07/fewer-pesticides-antioxidants-organic-crops/
http://acsh.org/2014/07/fewer-bees-just-bee-s/
http://acsh.org/2014/07/debunked-five-chemical-misconceptions/
http://acsh.org/2014/07/buzz-bee-pocalyse-honey-trap/
http://acsh.org/2014/06/uc-davis-group-links-pesticides-autism-without-measuring-pesticides/
http://acsh.org/2014/06/dr-miller-nails-take-genetic-engineering/
http://acsh.org/2014/06/bee-s-anti-pesticide-activists/
http://acsh.org/2014/05/survey-agrees-fda-need-label-food-biotech-engineered-ingredients/
http://acsh.org/2014/05/organic-pesticide-free-claims-debunked/
http://acsh.org/2014/05/monsantos-■-soy-approved-efsa/
http://acsh.org/2014/05/■-labeling-issue-wont-go-away/
http://acsh.org/2014/04/something-fishy-junk-science-public-policy/
http://acsh.org/2014/04/president-obama-signs-norman-borlaugs-biotech-crusade-feed-hungry/
http://acsh.org/2014/04/organic-food-reduce-cancer-risk-science-2-0-says/
http://acsh.org/2014/04/beliefs-organic-mommy-mafia-trial/
http://acsh.org/2014/03/thought-piece-imagines-■-free-world-hunger-game/
http://acsh.org/2014/03/just-think-science-cant-get-junkier-comes-along/
http://acsh.org/2014/02/go-another-■-labeling-bill-introduced/
http://acsh.org/2014/02/common-sense-agricultural-pesticides-genuine-expert/
http://acsh.org/2014/02/bee-bee-behind-bee-colony-collapse-one/
http://acsh.org/2014/01/latest-buzz-bee-colony-collapse-disorder-virus-pesticide-problem/
http://acsh.org/2014/01/junk-science-rules-eu-says-parliamentarian/
http://acsh.org/2014/01/experts-food-biotechnology-■-containing-food-tell-like/
http://acsh.org/2014/01/big-island-small-minds-■-ban-hawaii-flouts-science-sense/
http://acsh.org/2013/12/ways-really-reduce-cancer-risk/

MONGLY02649475

MONGLY02649476

MONGLY02649477

**From:** VICINI, JOHN L [AG/1000]
**Sent:** Thursday, February 26, 2015 1:12 PM
**To:** GOLDSTEIN, DANIEL A [AG/1000]; REYNOLDS, TRACEY L [AG/1000]
**Subject:** RE: Glyphosate- IARC assessment

Tracey – I know that ACSH is a pain to work with but we should not go in one year and out the next – repeat as necessary. I'm not sure I can best judge how impactful they are. Maybe the Fusion Center can tell what volume their website gets?

**From:** GOLDSTEIN, DANIEL A [AG/1000]
**Sent:** Thursday, February 26, 2015 9:33 AM
**To:** REYNOLDS, TRACEY L [AG/1000]; VICINI, JOHN L [AG/1000]
**Subject:** FW: Glyphosate- IARC assessment

ACSH outreach....

Per my discussion w John- we had some money set aside for IARC and should go ahead and make a contribution. I had hoped to start a multicompany project with them this year but that clearly will not happen and they need continued support. They had DOZENS of pro- ▇▇▇ and glyphosate postings last year.

(I can compile them- I keep most in a folder- if anyone doubts their utility)

Dan

**From:** Gilbert Ross [mailto:▇▇▇@acsh.org]
**Sent:** Wednesday, February 25, 2015 6:40 PM
**To:** GOLDSTEIN, DANIEL A [AG/1000]
**Cc:** CHERYL MARTIN
**Subject:** Re: Glyphosate- IARC assessment

Dear Dan,

Thanks for your prompt reply to our request for Monsanto's continued, *and much needed,* support in 2015.

Responding to your email below:  Yes, the glyphosate/IARC issue was something we recently discussed in a meeting here at ACSH, so it is on our radar. (We are involved in a full-court press re: IARC, regarding ag-chemicals, DINP [phthalate] and diesel exhaust).

As you know, ACSH is proactive in many areas of mutual interest, so we'd welcome any additional information you are willing to share with us that would help bring us further up-to-speed on the topic, particularly if ACSH's commentary is needed to critique an adverse outcome.  This situation, however, further illustrates why Monsanto's ongoing support  of ACSH is critical, for both Monsanto and ACSH. It ensures that we have the resources needed to advance ongoing and emerging educational initiatives and programs in a more dynamic way.

Interestingly, I did just a quick google news search of Monsanto (see below) and it confirms why on many fronts a science-based organization like ACSH, which consistently debunks the junk-science attacks of activists, is needed. Let's find a way to secure Monsanto's renewed and continued funding of ACSH's ongoing work to provide a rational voice of scientific reason to the public.  Your renewed commitment (prior to the close of our fiscal year budget on 6/30/2015) is critical.

Thanks again.  I look forward to receiving all the information on glyphosate — and I look forward to hearing from you regarding Monsanto's 2015 commitment to ACSH.

Best

Gil and Cheryl

1.

**Hold Monsanto Responsible for Killing Monarch Butterflies**                                    <images.jpeg>

Care2.com - 4 days ago                                                                              Care2.com

**Monsanto** makes Roundup and benefits handsomely from global sales, but Roundup also destroys

MONGLY02649479

milkweeds, a plant critical to the survival of ...

Online petition to save monarch butterfly from ▮▮▮ **Monsanto** Digital Journal
**Monsanto** Herbicide Wiping Out Monarch Butterflies MINA
Dispatches from Skip Gorman's Audioblog: Monarch, milkweed and ...Ridgecrest Daily Independent

2.

3.

### We Won! Monsanto Ad has been Pulled from O Magazine

Food Integrity Now - 5 days ago

<images.jpeg>

Food Integrity Now

**Monsanto** states that "we partner with farmers:" **Monsanto** requires farmers who use their seeds to sign an agreement that they will not save ...

4.

5.

### Monsanto: Firing On All Cylinders. But Driving Toward A Cliff? (MON)

Seeking Alpha (registration) - 1 day ago

<images.jpeg>

Center for Research on Globalization

**Monsanto** Glyphosate Roundup Herbicide Triggers Autism in ... Center for Research on Globalization
This Hated Company Is Poised For An 80% Gain Nasdaq

6.

7.

### Monsanto readies for Muscatine expansion, add jobs

Muscatine Journal - 2 days ago

ST. LOUIS — **Monsanto** is expanding its Muscatine, Iowa plant. This project will expand the formulations and packaging capacity at the plant to ...

8.

9.

### Monsanto needs to consider human health, too

DesMoinesRegister.com - 2 days ago

<images.jpeg>

DesMoinesRegister.com

In the Feb. 15 Des Moines Register article "**Monsanto** nears its largest biotech trait launch," Michael Firko, the Animal and Plant Health ...

10.

11.

### Be Part of the Conversation...About Food Sustainability

Shape Magazine - 1 day ago

0 shared this. Printer-friendly version. 0 shared this. Printer-friendly version. 0. Printer-friendly version. By Advertisement by **Monsanto** ...

12.

13.

### Monsanto Shareholder Meeting Gets Heated

&lt;images.jpeg&gt;

Wall Street Journal (blog) - Jan 30, 2015

Napa Valley Register

**Monsanto** Co. has long been a lightning rod for debate, but at its annual shareholder meeting Friday, the biotech-seed company was tagged ...

**Monsanto** shareholders seek ability to nominate board membersSTLtoday.com
Napa's Harrington wins vote at **Monsanto** Napa Valley Register
Moms and Doctors Have a Message for **Monsanto**: 'You're Making ... eNews Park Forest
Seeking Alpha (registration)

14.

15.

### Monsanto makes highly hybridized seeds available to home ...

&lt;images.jpeg&gt;

Sacramento Business Journal - Feb 17, 2015

Sacramento Business Journal

**Monsanto's** Seminis Home Garden has introduced ▇▇▇▇▇▇▇ for home growers, developed to be disease-resistant and easy to ...

16.

17.

### Monsanto Inches Closer To Biggest Biotech Launch In Company's ...

&lt;images.jpeg&gt;

St. Louis Public Radio - Feb 8, 2015

St. Louis Public Radio

To counter a "super weed" epidemic plaguing farmers, agribusiness giant**Monsanto** is steadily moving forward on the introduction of its next ...

18.

19.

### What Monsanto Doesn't Want You To See

Environmental Working Group - Jan 28, 2015

When consumers across Europe started campaigning for ▇▇ labeling in the early 1990s, **Monsanto** released a series

MONGLY02649481

of advertisements in ...

**From:** "GOLDSTEIN, DANIEL A [AG/1000]" <█████████@monsanto.com>

**To:** Gilbert Ross <█████@acsh.org>

**Cc:** "VICINI, JOHN L [AG/1000]" <█████████@monsanto.com>

**Subject: Glyphosate- IARC assessment**

**Date:** February 24, 2015 at 1:14:23 PM EST

Gil-

    I wanted to give you and ACSH a head's up on a issue for early March.  As always, I fully understand that ACSH will decide both whether to respond and how to respond- I just want to make sure that you have the full array of information on the topic at your disposal either ahead of time or, if you prefer, on your request when/if needed.

ISSUE-  In the context of the re-registration of glyphosate in the EU and the US, IARC has decided to take up glyphosate.  The circumstances are quite odd. Sticking to established factual information, we know that glyphosate was on the intermediate tier for future assessment (a list that IARC rarely gets to as the first tier is not empty), that glyphosate was inexplicably combined with three selected organophosphate insecticides for collective consideration, and that the public announcement of the meeting to evaluate glyphosate was made only in late 2014- about 4 months prior to the meeting, and AFTER the deadline for nomination of participants in the panel had passed.

    This event was presaged by an IARC review of pesticides and lymphoma (Shinasi et al) which combined B-cell lymphoma types and concluded on meta-analysis that there was an association of ever/never used glyphosate with the occurrence of B cell lymphoma.

    Much of the strength of this association comes from the Ag Health study paper on multiple myeloma and glyphosate (DeRoos)- which has a fundamental problem.  While the study reports an increased risk in the exposed population, a review of the entire data set indicates no such association.  The association only becomes apparent when cases are dropped out of the control group as a result of missing personal habits history (smoking, etc).

While the latter procedure was consistent with the stated method, the authors do not report the actual raw numbers, and thus it is not readily apparent in the DeRoos publication that the association hinges entirely on the fact that multiple cases were dropped from the control group and non from the exposed group as a result of missing data.

We do not, of course, know what the outcome of the deliberations will be. If glyphosate is classified as a possible or probably human carcinogen, this will obviously have a large impact on a molecule the EPA and the EU (German BfR) have recently concluded (preliminary EPA assessment and BfR rapporteur report for the EU) is not a carcinogen. In the event of an adverse outcome, you may perhaps decide that some commentary is warranted.

If so, I would like to provide you the full set of materials. As noted, I am happy to do so now or can provide as needed as it is all compiled in a single resource folder. We will also be preparing a number of epidemiology and clinical experts on the topic who might participate in a conversation with ACSH.

My thanks-    Dan


Daniel A. Goldstein, M.D.

Senior Science Fellow

Lead, Medical Sciences and Outreach

Monsanto, Mail Zone C3ND

800 N. Lindbergh Blvd.

St. Louis, MO 63167


Office: 314-███████

Cell: 314-██████

██████@monsanto.com

Gilbert Ross M.D.
Medical and Executive Director, Acting President
The American Council on Science and Health
1995 Broadway   NYC NY 10023
███@acsh.org
212-█
fax 212-█
cell 516-█
Website | Facebook | Twitter

