**WILKINSON WALSH + ESKOVITZ LLP**
Tamarra Matthews Johnson (*pro hac vice*)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4015
Fax:   202-847-4005
Email: tmatthewsjohnson@wilkinsonwalsh.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Tamarra Matthews Johnson, of WILKINSON WALSH + ESKOVITZ LLP, hereby enters her first appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

| | |
|---|---|
| DATED: January 16, 2019 | Respectfully submitted, |
| | /s/ Tamarra Matthews Johnson<br>Tamarra Matthews Johnson (*pro hac vice*)<br>(tmatthewsjohnson@wilkinsonwalsh.com)<br>WILKINSON WALSH + ESKOVITZ LLP<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel:   202-847-4015<br>Fax:   202-847-4005<br><br>Attorney for Defendant<br>MONSANTO COMPANY |