UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 65:**<br>**LIST OF INVOLVED INDIVIDUALS** |

The parties are directed to submit the list of people involved in the trial by February 8, 2019, rather than February 13, 2019. This list should include counsel, the parties, the potential witnesses, and any other people who may be significantly involved in the case. The deadline for submitting the list of people involved in the *Daubert* and summary judgment hearings remains January 22, 2019. *See* Pretrial Order 53. The lists should be jointly filed and sent in Word format to vcpo@cand.uscourts.gov in accordance with ¶ 50 of the Court's Standing Order.

**IT IS SO ORDERED.**

Date:   January 17, 2019

                                                                            _____
                                                                            Honorable Vince Chhabria
                                                                            United States District Court