UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the January 28, February 4, and February 11, 2019 Daubert Hearings in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

(X)  All parties have consented to the video recording of the proceedings as listed above; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.

( )  At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 1/17/2019                                  Susan Y. Soong, Clerk of Court

*Susan Y. Soong*
Signature of Clerk or Deputy Clerk