**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ALL ACTIONS | |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, Defendant Monsanto Company ("Monsanto") hereby submits this Administrative

1  Motion to File under Seal ("Motion").

2      Monsanto hereby notifies the Court that it has conditionally filed under seal Monsanto

3  Company's Reply Brief in Support of Motion to Exclude Testimony of Dr. Chadi Nabhan, Dr.

4  Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds.  Counsel for Group 1

5  Plaintiffs requested that Monsanto redact any information related to plaintiffs' medical conditions.

6      Monsanto respectfully requests that the Court grant its Administrative Motion to File

7  Under Seal.

8  DATED: January 18, 2019            Respectfully submitted,

9                                       /s/ Eric G. Lasker_____

10                                      Brian L. Stekloff (*pro hac vice*)
                                     (bstekloff@wilkinsonwalsh.com)

11                                      Rakesh Kilaru (*pro hac vice*)
                                     (rkilaru@wilkinsonwalsh.com)

12                                      WILKINSON WALSH + ESKOVITZ LLP
                                     2001 M St. NW, 10th Floor

13                                      Washington, DC 20036
                                     Tel: 202-847-4030

14                                      Fax: 202-847-4005

15                                      Pamela Yates (CA Bar No. 137440)
                                     (Pamela.Yates@arnoldporter.com)

16                                      ARNOLD & PORTER KAYE SCHOLER
                                     777 South Figueroa St., 44th Floor

17                                      Los Angeles, CA 90017
                                     Tel: 213-243-4178

18                                      Fax: 213-243-4199

19                                      Eric G. Lasker (*pro hac vice*)
                                     (elasker@hollingsworthllp.com)

20                                      HOLLINGSWORTH LLP
                                     1350 I St. NW

21                                      Washington, DC 20005
                                     Tel: 202-898-5843

22                                      Fax: 202-682-1639

23

24

25

26

27

2

28 MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
                                  3:16-md-02741-VC

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY

MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Eric G. Lasker