**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) Case No. 3:16-md-02741-VC ) |
| This document relates to:<br><br>ALL ACTIONS | ) **DECLARATION OF ERIC G. LASKER**<br>) **IN SUPPORT OF MONSANTO**<br>) **COMPANY'S ADMINISTRATIVE**<br>) **MOTION TO FILE UNDER SEAL**<br>)<br>)<br>)<br>) |

1

1  I, Eric G. Lasker, declare and state as follows:

2  1.    I am an attorney duly admitted to practice before this Court.  I am a partner with

3  Hollingsworth LLP, attorneys of record for Monsanto Company ("Monsanto").  I submit this

4  Declaration in support of Monsanto's Administrative Motion to File Under Seal.

5  2.    Monsanto has filed conditionally under seal Monsanto Company's Reply Brief in

6  Support of Motion to Exclude Testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr.

7  Dennis Weisenburger on *Daubert* Grounds.  Portions of this brief contain confidential information

8  regarding plaintiffs' medical conditions:

9  - p. i, lines 14-19

10  - p. 8, lines 18-27

11  - p. 12, line 4 through p. 15, line 24

12  - p. 17, lines 4-14

13  3.    Counsel for Group 1 Plaintiffs requested that Monsanto redact any information

14  related to medical conditions.

15  I declare under penalty of perjury that the foregoing is true and correct.

16  DATED: January 18, 2019                         Respectfully submitted,

17                                                  /s/ Eric G. Lasker_____

18                                                  Brian L. Stekloff (*pro hac vice*)
                                                    (bstekloff@wilkinsonwalsh.com)
19                                                  Rakesh Kilaru (*pro hac vice*)
                                                    (rkilaru@wilkinsonwalsh.com)
20                                                  WILKINSON WALSH + ESKOVITZ LLP
                                                    2001 M St. NW, 10th Floor
21                                                  Washington, DC 20036
                                                    Tel: 202-847-4030
22                                                  Fax: 202-847-4005

23                                                  Pamela Yates (CA Bar No. 137440)
                                                    (Pamela.Yates@arnoldporter.com)
24                                                  ARNOLD & PORTER KAYE SCHOLER
25                                                  777 South Figueroa St., 44th Floor
                                                    Los Angeles, CA 90017
26                                                  Tel: 213-243-4178

27

28

2

DECLARATION OF ERIC G. LASKER ISO MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY

DECLARATION OF ERIC G. LASKER ISO MOTION TO FILE UNDER SEAL
3:16-md-02741-VC