UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Upon consideration of Monsanto Company's Administrative Motion to File Under Seal, IT IS HEREBY ORDERED THAT the motion is GRANTED; and it is hereby FURTHER ORDERED that the following portions of Monsanto Company's Reply Brief in Support of Motion to Exclude Testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds, filed on January 18, 2019, shall be maintained under seal until further order of the Court:

- p. i, lines 14-19
- p. 8, lines 18-27
- p. 12, line 4 through p. 15, line 24
- p. 17, lines 4-14

Date: _____, 2019        _____
                                      HONORABLE VINCE CHHABRIA
                                      UNITED STATES DISTRICT COURT

- 1 -