**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO'S REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. CHADI NABHAN, DR. ANDREI SHUSTOV, AND DR. DENNIS WEISENBURGER ON *DAUBERT* GROUNDS** |
| *Hardeman v. Monsanto Co., et al*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al*, 3:16-cv-5813-VC | |

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's

- 1 -

STEKLOFF DECL. - MONSANTO'S REPLY TO NABHAN, SHUSTOV & WEISENBURGER *DAUBERT*
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

Motion to exclude the testimony of Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Helen H. McDuffie et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiol., Biomarkers & Prevention 1155 (2001).

3. Annexed hereto as Exhibit 2 is a true and correct copy of A.J. De Roos et al., *Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma Among Men*, 60 Occup. & Environ. Med. 1 (2003).

4. Annexed hereto as Exhibit 3 is a true and correct copy of Manisha Pahwa et al., *An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project* (Aug. 31, 2015).

5. Annexed hereto as Exhibit 4 is a true and correct excerpt of a copy of the transcript from the December 5 Case Management Conference in this matter.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

| | | |
|---|---|---|
| 1 | DATED: January 18, 2019 | Respectfully submitted, |
| 2 | | */s/ Brian L. Stekloff* |
| 3 | | Brian L. Stekloff (*pro hac vice*) |
| | | (bstekloff@wilkinsonwalsh.com) |
| 4 | | Rakesh Kilaru (*pro hac vice*) |
| | | (rkilaru@wilkinsonwalsh.com) |
| 5 | | WILKINSON WALSH + ESKOVITZ LLP |
| | | 2001 M St. NW, 10th Floor |
| 6 | | Washington, DC 20036 |
| | | Tel: 202-847-4030 |
| 7 | | Fax: 202-847-4005 |
| 8 | | Pamela Yates (CA Bar No. 137440) |
| 9 | | (Pamela.Yates@arnoldporter.com) |
| | | ARNOLD & PORTER KAYE SCHOLER |
| 10 | | 777 South Figueroa St., 44th Floor |
| | | Los Angeles, CA 90017 |
| 11 | | Tel: 213-243-4178 |
| | | Fax: 213-243-4199 |
| 12 | | |
| 13 | | Eric G. Lasker (*pro hac vice*) |
| | | (elasker@hollingsworthllp.com) |
| 14 | | HOLLINGSWORTH LLP |
| | | 1350 I St. NW |
| 15 | | Washington, DC 20005 |
| | | Tel: 202-898-5843 |
| 16 | | Fax: 202-682-1639 |
| 17 | | |
| | | Michael X. Imbroscio (*pro hac vice*) |
| 18 | | (mimbroscio@cov.com) |
| | | COVINGTON & BURLING LLP |
| 19 | | One City Center |
| | | 850 10th St. NW |
| 20 | | Washington, DC 20001 |
| | | Tel: 202-662-6000 |
| 21 | | |
| 22 | | Attorneys for Defendant |
| | | MONSANTO COMPANY |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Brian L. Stekloff*