# EXHIBIT 3



Occupational Cancer Research Centre

# An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project

**Manisha Pahwa**, John J. Spinelli, Laura Beane Freeman, Paul A. Demers, Aaron Blair, Punam Pahwa, James A. Dosman, John R. McLaughlin, Shelia Hoar Zahm, Kenneth P. Cantor, Dennis D. Weisenburger, Shelley A. Harris

International Society for Environmental Epidemiology Conference | Sao Paulo, Brazil | August 31, 2015
#868 (Pesticides and Other POPs)

**Towards** a cancer-free workplace

# Disclosure of Competing Financial Interests



None

# IARC Evaluation of Glyphosate



- Limited evidence of NHL in humans and sufficient evidence of cancer in animals

- Mechanistic evidence of genotoxicity and oxidative stress

- Classified as Group 2A (probably carcinogenic)

## Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate

In March, 2015, 17 experts from 11 countries met at the International Agency for Research on Cancer (IARC; Lyon, France) to assess the carcinogenicity of the organophosphate pesticides tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate (table). These assessments will be published as volume 112 of the IARC Monographs.[1]

The insecticides tetrachlorvinphos

to the bioactive metabolite, paraoxon, is similar across species. Although bacterial mutagenesis tests were negative, parathion induced DNA and chromosomal damage in human cells in vitro. Parathion markedly increased rat mammary gland terminal end bud density.[4] Parathion use has been severely restricted since the 1980s.

The insecticides malathion and diazinon were classified as "probably

aggressive cancers after adjustment for other pesticides.[9] In mice, malathion increased hepatocellular adenoma or carcinoma (combined).[10] In rats, it increased thyroid carcinoma in males, hepatocellular adenoma or carcinoma (combined) in females, and mammary gland adenocarcinoma after subcutaneous injection in females.[4] Malathion is rapidly absorbed and distributed. Metabolism to the



*Lancet Oncol 2015*
Published Online
March 20, 2015
http://dx.doi.org/10.1016/

**Towards** a cancer-free workplace



**Brazil: 34 unique resistant weeds**

International Survey of Herbicide Resistant Weeds: http://weedscience.org/graphs/geochart.aspx

# North American Pooled Project



# General Design of Case-Control Studies



**INCIDENT CASES**

**POPULATION-BASED CONTROLS**





Cancer registries, hospitals

Telephone lists, voters' lists, health insurance records, mortality records





**QUESTIONNAIRE
(in person, phone, mail)**

Towards a cancer-free workplace

# Glyphosate Use Information



| | EVER/NEVER | DURATION<br># Years | FREQUENCY<br># Days/Year | LIFETIME DAYS<br># Years x<br># Days/Year |
|---|:---:|:---:|:---:|:---:|
| Iowa/Minnesota | ✓ | ✓ | X | X |
| Kansas | ✓ | X | X | X |
| Nebraska | ✓ | ✓ | ✓ | ✓ |
| Canada | ✓ | ✓ | ✓ | ✓ |

Towards a cancer-free workplace

# Conceptual Framework for Analysis



## Glyphosate Use

Ever/Never
Duration
Frequency
Lifetime days



## NHL Risk

Overall
FL
DLBCL
SLL
Other



## Covariates

Age, sex, state/province,
lymphatic/hematopoietic cancer in a first-
degree relative, proxy respondent use, any
PPE use; *2,4-D, dicamba, malathion use*

Towards a cancer-free workplace

# Selected Characteristics of NHL Cases and Controls

| Variable | Cases (N) | Controls (N) | OR* (95% CI) |
|---|---|---|---|
| **N** | 1690 | 5131 | |
| **Histological sub-type** | | | |
| Follicular (FL) | 468 | | |
| Diffuse (DLBCL) | 647 | | |
| Small lymphocytic (SLL) | 171 | | |
| Other | 404 | | |
| **Location** | | | |
| U.S. | 1177 | 3625 | |
| Canada | 513 | 1506 | |
| **Respondent type** | | | |
| Self | 1140 | 3372 | 1 |
| Proxy | 533 | 1692 | 1.01 (0.89, 1.15) |
| Unknown/missing | 17 | 67 | |
| **Lymphatic or hematopoietic cancer in a first-degree relative** | | | |
| No | 1493 | 4790 | 1 |
| Yes | 139 | 202 | 2.13 (1.69, 2.67) |
| Unknown/missing | 58 | 139 | |

*ORs adjusted for age and location

**Towards** a cancer-free workplace

# Glyphosate Use and NHL Risks



| NHL sub-type | Number of cases who reportedly ever used glyphosate | OR[a] (95% CI) | OR[b] (95% CI) |
|---|---|---|---|
| Overall | 113 | 1.43 (1.11, 1.83) | 1.13 (0.84, 1.51) |
| FL | 28 | 1.00 (0.65, 1.54) | 0.69 (0.41, 1.15) |
| DLBCL | 45 | 1.60 (1.12, 2.29) | 1.23 (0.81, 1.88) |
| SLL | 15 | 1.77 (0.98, 3.22) | 1.79 (0.87, 3.69) |
| Other | 25 | 1.66 (1.04, 2.63) | 1.51 (0.87, 2.60) |

a. ORs adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment; b. ORs adjusted for all covariates in model (a) plus use of 2,4-D, use of dicamba, use of malathion

Towards a cancer-free workplace

# Duration (#Years) of Glyphosate Use and NHL Risks



| # years | OR* (95% CI) | | | | |
|---|---|---|---|---|---|
| | **Overall** | **FL** | **DLBCL** | **SLL** | **Other** |
| 0 | 1 | 1 | 1 | 1 | 1 |
| >0 and ≤3.5 | 1.59 (1.13, 2.22) | 0.95 (0.52, 1.74) | 2.02 (1.28, 3.21) | 1.49 (0.63, 3.58) | 2.08 (1.14, 3.78) |
| >3.5 | 1.20 (0.82, 1.75) | 0.88 (0.46, 1.71) | 1.19 (0.67, 2.12) | 1.98 (0.89, 4.39) | 1.32 (0.64, 2.71) |
| P-trend | 0.03 | 0.96 | 0.03 | 0.08 | 0.14 |

*ORs adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment

Towards a cancer-free workplace

# Frequency (#Days/Year) of Glyphosate Handling and NHL Risks



| # days/year handled | OR* (95% CI) | | | | |
|---|---|---|---|---|---|
| | **Overall** | **FL** | **DLBCL** | **SLL** | **Other** |
| 0 | 1 | 1 | 1 | 1 | 1 |
| >0 and ≤2 | 1.03 (0.67, 1.60) | 0.81 (0.35, 1.84) | 0.95 (0.49, 1.81) | 1.27 (0.42, 3.89) | 1.49 (0.66, 3.32) |
| >2 | 2.42 (1.48, 3.96) | 2.21 (0.99, 4.93) | 2.83 (1.48, 5.41) | 2.29 (0.66, 7.98) | 2.26 (0.85, 5.99) |
| P-trend | 0.02 | 0.07 | 0.04 | 0.21 | 0.85 |

*ORs adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment

Towards a cancer-free workplace

# Lifetime Days (#Years x #Days/Year) of Glyphosate Use and NHL Risks



| Lifetime days | OR* (95% CI) | | | | |
|---|---|---|---|---|---|
| | **Overall** | **FL** | **DLBCL** | **SLL** | **Other** |
| 0 | 1 | 1 | 1 | 1 | 1 |
| >0 and ≤7 | 1.20 (0.74, 1.95) | 1.03 (0.43, 2.48) | 1.14 (0.56, 2.30) | 1.04 (0.24, 4.58) | 1.93 (0.82, 4.51) |
| >7 | 1.55 (0.99, 2.44) | 1.33 (0.60, 2.94) | 1.51 (0.79, 2.88) | 2.13 (0.76, 5.96) | 1.69 (0.68, 4.15) |
| P-trend | 0.02 | 0.02 | 0.10 | 0.01 | 0.33 |

*ORs adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment

Towards a cancer-free workplace

# Challenges



- Uncollected information about duration and frequency of glyphosate use in some locations
- Small numbers for certain stratified analyses
- Measurement error
- Potential recall bias and unmeasured confounding

# Strengths



- Larger sample size = more statistical power to incorporate evaluations of NHL sub-types with detailed glyphosate use metrics

- Risk estimates adjusted for other pesticide uses *(results not presented)*

- Evaluated ORs based on data from self-respondents only and assessed effect modification of PPE use on glyphosate-NHL associations *(results not presented)*

**Towards** a cancer-free workplace

# Conclusions



- Glyphosate use may be associated with ↑ risk of NHL
- Some differences in risk by sub-type, but not consistent across  different glyphosate use metrics
- Large sample size yielded more precise results than possible in previous smaller studies



Towards a cancer-free workplace

# Further Considerations



- Glyphosate use is projected to increase worldwide, especially in emerging large-scale agricultural economies in Latin America, Asia, and South Africa

- Use of glyphosate is important for global food supply

***BUT…***

- Glyphosate-resistant weeds are a concern and threat to its prolonged and isolated use

- The human (and environmental) health effects of newer herbicide formulations that contain glyphosate with ≥1 other active ingredient are largely unknown

# Acknowledgements



- **Canadian investigators:** Drs. Shelley A. Harris, John J. Spinelli, Paul A. Demers, Punam Pahwa, James A. Dosman, John R. McLaughlin

- **U.S. investigators:** Drs. Laura Beane Freeman, Aaron Blair, Shelia Hoar Zahm, Kenneth P. Cantor, Dennis D. Weisenburger

- **NAPP Executive Committee:** Drs. Shelley A. Harris, Laura Beane Freeman, John J. Spinelli

- **Data pooling:** Mr. Joe Barker (IMS Inc.)

*This analysis was funded by the Canadian Cancer Society Research Institute (Prevention Research Grant #703055)*

Towards a cancer-free workplace

# Contact



Manisha Pahwa, Research Associate

Occupational Cancer Research Centre, Cancer Care Ontario

620 University Avenue, Toronto, Ontario, M5G 2L7

manisha.pahwa@occupationalcancer.ca

www.occupationalcancer.ca

Towards a cancer-free workplace



# Towards a cancer free workplace

www.occupationalcancer.ca

# About NHL and Glyphosate



<u>NHL</u>

- A cancer that starts in the lymphocytes
- Heterogeneous, according to type of cell affected



<u>Glyphosate</u>

- A broad-spectrum herbicide
- Commonly known as "Roundup"
- The most frequently used herbicide in the world

**Towards** a cancer-free workplace



Source: U.S. Geological Survey. 2012 Pesticide Use Maps.
https://water.usgs.gov/nawqa/pnsp/usage/maps/show_map.php?year=2012&map=GLYPHOSATE&hilo=L

# Glyphosate-Resistant Weed Species in North America





https://www.pioneer.com/home/site/mobile/plan/soybeans/weed-mgmt/

Towards a cancer-free workplace

# Proxy Respondent Analysis



## Glyphosate Use

Ever/Never
Duration
Frequency
Lifetime days

*Proxy and self-respondents*
*Self-respondents only*

## NHL Risk

Overall
FL
DLBCL
SLL
Other

Age, sex, state/province, lymphatic/hematopoietic cancer in a first-degree relative, use of any PPE, use of 2,4-D, use of dicamba, use of malathion

## Covariates

Towards a cancer-free workplace

# Selected Characteristics of NHL Cases and Controls (Continued)

| Variable | Cases (N) | Controls (N) | OR (95% CI) |
|---|---|---|---|
| **_Ever lived or worked on a farm or ranch_** | | | |
| No | 577 | 1840 | 1 |
| Yes | 1102 | 3276 | 1.06 (0.94, 1.20) |
| Unknown/missing | 11 | 15 | |
| **_Ever used any type of PPE_** | | | |
| No | 374 | 1127 | 1 |
| Yes | 105 | 310 | 1.12 (0.86, 1.45) |
| Unknown/missing | 1211 | 3694 | |

Towards a cancer-free workplace

# Proxy vs. Self Respondents



| Glyphosate Use | OR (95% CI) for NHL Overall | |
| --- | --- | --- |
| | Proxy and Self Respondents[a] | Self Respondents Only[b] |
| Never used | 1 | 1 |
| Ever used | 1.13 (0.84, 1.51) | 0.95 (0.69, 1.32) |
| **Duration (# years)** | | |
| >0 and ≤3.5 | 1.28 (0.88, 1.84) | 1.17 (0.79, 1.74) |
| >3.5 | 0.94 (0.62, 1.42) | 0.78 (0.49, 1.24) |
| **Frequency (# days/year)** | | |
| >0 and ≤2 | 0.74 (0.46, 1.19) | 0.66 (0.39, 1.12) |
| >2 | 1.73 (1.02, 2.94) | 1.77 (0.99, 3.17) |
| **Lifetime days (# years x # days/year)** | | |
| 0 and ≤7 | 0.87 (0.52, 1.45) | 0.82 (0.46, 1.44) |
| >7 | 1.08 (0.66, 1.77) | 1.06 (0.62, 1.81) |

a. ORs adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any PPE, use of 2,4-D, use of dicamba, use of malathion; b. ORs adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of any PPE, use of 2,4-D, use of dicamba, use of malathion

# Future Research Priorities





- Evaluation of other agricultural exposures, confounding, and interactions
- Non-occupational exposures
- Factors that modify exposure, e.g. immune conditions

# Acknowledgements



**Canadian investigators**

- Shelley A. Harris
- John J. Spinelli
- Paul A. Demers
- Punam Pahwa
- James A. Dosman
- John R. McLaughlin

**U.S. investigators**

- Laura Beane Freeman
- Aaron Blair
- Shelia Hoar Zahm
- Kenneth P. Cantor
- Dennis D. Weisenburger



Towards a cancer-free workplace