1  Sandra A. Edwards (State Bar No. 154578)
   sedwards@fbm.com
2  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, California 94104
   Telephone: (415) 954-4400
4  Facsimile: (415) 954-4480

5  Attorneys for Defendant,
   MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY** |
| This document relates to: | |
| ALL ACTIONS | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT MONSANTO COMPANY - Case No.
MDL No. 2741

36992\10785124.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sandra A. Edwards, of Farella Braun + Martel LLP, hereby enters her first appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

Dated: January 18, 2019

Respectfully submitted,

FARELLA BRAUN + MARTEL LLP

By:     /s/ Sandra A. Edwards
       Sandra A. Edwards

Attorneys for Defendant, MONSANTO COMPANY

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY - Case No. MDL No. 2741

1

36992\10785124.1