Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| *Hardeman v. Monsanto Co., et al,* 3:16-cv-0525-VC *Stevick v. Monsanto Co., et al,* 3:16-cv-2341-VC *Gebeyehou v. Monsanto Co., et al,* 3:16-cv-5813-VC | ) **LIST OF INVOLVED INDIVIDUALS** ) **FOR *DAUBERT* AND SUMMARY** ) **JUDGMENT HEARINGS** ) ) ) ) ) |

Group 1 Plaintiffs and Defendant Monsanto Company ("Monsanto") jointly submit this

List of Involved Individuals pursuant to Pretrial Order No. 65 (ECF No. 2519).

| Name | Affiliation | Party |
|---|---|---|
| Chadi Nabhan, M.D. | Expert | Plaintiffs |
| Andrei Shustov, M.D. | Expert | Plaintiffs |
| Dennis Weisenburger, M.D. | Expert | Plaintiffs |
| Brian Brake, Esq. | The Miller Firm LLC | Plaintiffs |
| Pedram Esfandiary, Esq. | Baum Hedlund Aristei Goldman, PC | Plaintiffs |
| Kathryn Forgie, Esq. | Andrus Wagstaff, PC | Plaintiffs |
| Robin Greenwald, Esq. | Weitz Luxenberg, PC | Plaintiffs |
| Curtis Hoke, Esq. | The Miller Firm | Plaintiffs |

-1-

JOINT LIST OF INVOLVED INDIVIDUALS FOR DAUBERT AND SUMM. J. HEARINGS 3:16-MD-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

| | | |
|---|---|---|
| Richard Mayer | The Miller Firm, LLC | Plaintiffs |
| Michael Miller, Esq. | The Miller Law Firm LLC | Plaintiffs |
| Nancy Miller, Esq. | The Miller Firm LLC | Plaintiffs |
| Jennifer Moore, Esq. | Moore Law Group, PLLC | Plaintiffs |
| Jeffery Seldomridge | The Miller Firm | Plaintiffs |
| Tayjes Shah, Esq. | The Miller Firm LLC | Plaintiffs |
| Jeffrey Travers, Esq. | The Miller Firm LLC | Plaintiffs |
| Tesfaye Tsadik, Esq | Law Office of Tesfaye Tsadik | Plaintiffs |
| Aimee Wagstaff, Esq. | Andrus Wagstaff, PC | Plaintiffs |
| Brent Wisner, Esq. | Baum Hedlund Aristei Goldman, PC | Plaintiffs |
| David Wool, Esq. | Andrus Wagstaff, PC | Plaintiffs |
| Daniel Arber, M.D. | Expert | Monsanto |
| Celeste Bello, M.D. | Expert | Monsanto |
| Michael Grossbard, M.D. | Expert | Monsanto |
| Alexandra Levine, M.D. | Expert | Monsanto |
| Lawrence Zukerberg, M.D. | Expert | Monsanto |
| Henry Brewster, Esq. | Wilkinson Walsh + Eskovitz LLP | Monsanto |
| Julie duPont, Esq. | Arnold & Porter Kaye Scholer LLP | Monsanto |
| Sandra Edwards, Esq. | Farella Braun + Martel | Monsanto |
| Kirby Griffis, Esq. | Hollingsworth LLP | Monsanto |
| Michael Imbroscio, Esq. | Covington & Burling LLP | Monsanto |
| Rakesh Kilaru, Esq. | Wilkinson Walsh + Eskovitz LLP | Monsanto |
| Eric Lasker, Esq. | Hollingsworth LLP | Monsanto |
| Aaron Levine, Esq. | Arnold & Porter Kaye Scholer LLP | Monsanto |
| Tamarra Matthews Johnson, Esq. | Wilkinson Walsh + Eskovitz LLP | Monsanto |
| Kirsten Nelson, Esq. | Wilkinson Walsh + Eskovitz LLP | Monsanto |

-2-

| | | |
|---|---|---|
| Julie Rubenstein, Esq. | Wilkinson Walsh + Eskovitz LLP | Monsanto |
| Matthew Skanchy, Esq. | Wilkinson Walsh + Eskovitz LLP | Monsanto |
| Andrew Solow, Esq. | Arnold & Porter Kaye Scholer LLP | Monsanto |
| Brian Stekloff, Esq. | Wilkinson Walsh + Eskovitz LLP | Monsanto |
| Pamela Yates, Esq. | Arnold & Porter Kaye Scholer LLP | Monsanto |

Dated: January 22, 2019

Respectfully Submitted,

*/s/Aimee H. Wagstaff*
Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

-3-

JOINT LIST OF INVOLVED INDIVIDUALS FOR DAUBERT AND SUMM. J. HEARINGS 3:16-MD-02741-VC & 3:16-CV-0525-VC, 3:16-CV-2341-VC, 3:16-CV-5813-VC

1

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that on this 22nd day of January 2019, a copy of the foregoing was filed

3  with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing

4  parties of record.

5                                                                           */s/ Aimee H. Wagstaff*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

JOINT LIST OF INVOLVED INDIVIDUALS FOR DAUBERT AND SUMM. J. HEARINGS 3:16-MD-02741-VC & 3:16-CV-0525-VC, 3:16-CV-2341-VC, 3:16-CV-5813-VC