Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF AIMEE H. WAGSTAFF IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF  PLAINTIFFS' REPLY IN SUPPORT OF THEIR DAUBERT MOTION TO STRIKE CERTAIN OPINIONS OF MONSANTO COMPANY'S EXPERT WITNESSES** |

I, Aimee H. Wagstaff, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate attorney at Andrus Wagstaff P.C., designated as co-lead counsel for plaintiffs in MDL No. 2741. I submit this Declaration in support of Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Reply in Support of Their Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses.

I. *Documents and Information Lodged Conditionally Under Seal to Protect Plaintiffs' Private Medical Information and Other Personally Identifiable Information*

1. Plaintiffs have filed conditionally under seal portions of the Reply in Support of Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses that contains confidential information regarding Group 1 plaintiffs' medical conditions and/or other personally identifiable information.

2. Plaintiffs seek the following portions be filed under seal:

| Exhibit | Document Title | Page:Line |
|---|---|---|
|  | Plaintiffs' Reply in Support of Their Daubert Motion to Strike Certain Opinions of Monsanto Company's Witnesses | 3:1; 3:2; 4:5 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2019

Respectfully Submitted,

*/s/Aimee H. Wagstaff*
Aimee H. Wagstaff

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*