1  Aimee Wagstaff (SBN 278480)
   aimee.wagstaff@andruswagstaff.com
2  **ANDRUS WAGSTAFF, PC**
   7171 West Alaska Drive
3  Lakewood, CO 80226
   Telephone:  (303) 376-6360
4  Facsimile:   (303) 376-6361

5  *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
|---|---|
| | MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR DAUBERT MOTION TO STRIKE CERTAIN OPINIONS OF MONSANTO COMPANY'S EXPERT WITNESSES** |

Before this Court is Plaintiffs' Administrative Motion to File Under Seal portions of Plaintiffs' Reply in Support of Their Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses. Having considered the papers, and for compelling reasons shown, the Court hereby **GRANTS** Plaintiffs' request and **ORDERS** the following documents and/or portions of documents will remain redacted and confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

1. Documents sought to be filed under seal by Plaintiffs, containing confidential information regarding Group 1 plaintiffs' medical conditions and/or other personally identifiable information.

| Exhibit | Document Title | Page:Line |
|---------|----------------|-----------|
|         | Plaintiffs' Reply in Support of Their Daubert Motion to Strike Certain Opinions of Monsanto Company's Witnesses | 3:1; 3:2; 4:5 |

**IT IS SO ORDERED**

DATE: _____          _____
                                        HONORABLE VINCE CHHABRIA
                                        UNITED STATES DISTRICT COURT