UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 66 RE: EVIDENTIARY SUBMISSIONS** |

By 5:00 p.m. today, January 24, 2019, the plaintiffs are directed to identify which three exhibits they would like the Court to address at the evidentiary hearing on January 28, 2019. *See* Dkt. Nos. 2492, 2494, 2496.

**IT IS SO ORDERED.**

Date: January 24, 2019

_____
VINCE CHHABRIA
United States District Judge