# Plaintiffs' Exhibit 2

Confidential - Pursuant to Protective Order

1      SUPERIOR COURT OF THE STATE OF CALIFORNIA
            FOR THE COUNTY OF SAN FRANCISCO
2
3    DEWAYNE JOHNSON,          )
                              )
4         Plaintiff,          )   Case No.:
                              )   CGC-16-550128
5    vs.                       )
                              )   Judge: Honorable
6    MONSANTO COMPANY,         )   Curtis E.A.
     STEVEN D. GOULD,          )   Karnow
7    WILBUR-ELLIS COMPANY     )
     LLC, and WILBUR-ELLIS   )   Dept. 304
8    FEED, LLC,                )
                              )
9         Defendants.         )
10           TUESDAY, FEBRUARY 27, 2018
11   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
                         - - -
12
13          Videotaped deposition of Daniel A.
14   Goldstein, M.D., held at the offices of HUSCH
15   BLACKWELL, L.L.C., 190 Carondelet Plaza,
16   Suite 600, St. Louis, Missouri, commencing at
17   8:53 a.m., on the above date, before Carrie
18   A. Campbell, Registered Diplomate Reporter,
19   Certified Realtime Reporter, Illinois,
20   California & Texas Certified Shorthand
21   Reporter, Missouri & Kansas Certified Court
22   Reporter.
23                       - - -
             GOLKOW LITIGATION SERVICES
24        877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
25

Confidential - Pursuant to Protective Order

```
 1              A P P E A R A N C E S :
 2
 
        THE MILLER FIRM LLC
 3      BY:  MICHAEL J. MILLER, ESQUIRE
              mmiller@millerfirmllc.com
 4            NANCY MILLER, ESQUIRE
        108 Railroad Avenue
 5      Orange, Virginia 22960
        (540) 672-4224
 6      Counsel for Plaintiffs
 7
 8      HOLLINGSWORTH LLP
        BY: MARTIN C. CALHOUN, ESQUIRE
 9          mcalhoun@hollingsworthllp.com
            GARY I. RUBIN, ESQUIRE
10          grubin@hollingsworthllp.com
        1350 I Street, N.W.
11      Washington, D.C. 20005
        (202) 898-5800
12
13      WINSTON & STRAWN LLP
        BY:  SARAH A. KRAJEWSKI, ESQUIRE
14           skrajewski@winston.com
        35 West Wacker Drive
15      Chicago, Illinois  60601
        (312) 558-8132
16      Counsel for Defendant Monsanto
17
18   V I D E O G R A P H E R :
        JACOB ARNDT,
19      Golkow Litigation Services
20                    - - -
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

1    essentially making the case internally at

2    that point in time in our budget cycle that

3    we needed to support ACSH.

4         Q.    You go on to say, quote, "I am

5    well aware of the challenges with ACSH and

6    know Eric has valid concerns, so I can assure

7    you I am not all starry-eyed about ACSH.

8    They have plenty of warts."

9              What are some of their warts?

10        A.    Well, if you look back at them

11   historically, some of their positions on

12   tobacco, some of their positions on lead, are

13   not positions that I would agree with.  So,

14   you know, this is an organization that I

15   think at least in the recent past has done

16   good quality, science-based work, and I felt

17   it was useful for us to continue to support

18   them.

19        Q.    Let's go a couple pages back,

20   if we could, sir, to page 9478.

21              This is an e-mail from you to

22   Tracey about the glyphosate IARC assessment,

23   right, sir?

24        A.    Yes.

25        Q.    This was about eight hours