UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING** |

In connection with the January 28, February 4, and February 11, 2019 *Daubert* hearing in this matter, the parties are permitted to bring the following equipment into the courthouse:

- Exhibit boards
- Easel
- Printers
- Tablets (for personal attorney use)
- VGA switches
- VGA cabling and electronic cords
- Gaffers Tape
- Laptop for operator of VGA input
- Tech table
- Monitors

The laptop and tablets will be brought in each day during the hearing. The other equipment will be set up on Monday, January 28.

- 1 -

1  Dated: _____, 2019

2                                     HONORABLE VINCE CHHABRIA
3                                     UNITED STATES DISTRICT COURT

- 2 -
[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE
3:16-md-02741-VC