UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | ) MDL No. 2741 <br> ) <br> ) Case No. 3:16-md-02741-VC <br> ) <br> ) [PROPOSED] ORDER PERMITTING <br> ) PARTIES TO BRING OUTSIDE <br> ) EQUIPMENT INTO COURTHOUSE <br> ) FOR *DAUBERT* HEARING <br> ) |

In connection with the January 28, February 4, and February 11, 2019 *Daubert* hearings in this matter, the parties are permitted to bring the following equipment into the courthouse:

- Exhibit boards
- Easel
- Printers
- Tablets (for personal attorney use)
- VGA switches
- VGA cabling and electronic cords
- Gaffers Tape
- Laptop for operator of VGA input
- Tech table
- Monitors

The laptop and tablets will be brought in each day during the hearing. The other equipment will be set up on Monday, January 28, 2019.

- 1 -

[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE
3:16-md-02741-VC

|   |   |
|---|---|
| 1 | Dated: January 25, 2019 |
| 2 | HONORABLE VINCE CHHABRIA<br>UNITED STATES DISTRICT COURT |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28