Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONSANTO'S (1) MOTION FOR SUMMARY JUDGMENT RE: GROUP 1 PLAINTIFFS ON NON-CAUSATION GROUNDS AND (2) MOTIONS TO EXCLUDE THE EXPERT TESTIMONY OF WILLIAM SAWYER, CHARLES BENBROOK, AND JAMES MILLS** |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br><br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br><br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

Pursuant to Civil Local Rules 79-5, 7-11, this Court's Standing Order for Civil Cases, ¶¶ 27-29, and the Amended Protective Order, filed September 6, 2017, Dkt. 519 ("Amended Protective Order"), ¶ 18, Plaintiffs hereby submit this Administrative Motion to File Under Seal ("Motion") to file under seal. Subject to this motion are portions of exhibits in support of Plaintiffs' Opposition to Defendant Monsanto Company's ("Monsanto's") Motion for Summary Judgment regarding Group 1 Plaintiffs on Non-Causation Grounds and Motions to Exclude the Expert Testimony of William Sawyer, Charles Benbrook, and James Mills, which Monsanto has designated confidential. Plaintiffs also seek to file under seal portions of exhibits in support of this same opposition brief, which contain information about Group 1 plaintiffs' medical conditions and/or other personally identifiable information, pursuant to FRCP § 5.2(a).

## I. **Plaintiffs Conditionally Lodge Under Seal Documents Which Monsanto Has Designated Confidential.**

Plaintiffs have conditionally lodged under seal portions of exhibits in support of Plaintiffs' Opposition to Monsanto's Motion for Summary Judgment regarding Group 1 Plaintiffs on Non-Causation Grounds and Motions to Exclude the Expert Testimony of William Sawyer, Charles Benbrook, and James Mills, as these documents have been designated Confidential by Monsanto. The Declaration of Leland H. Belew ("Belew Declaration") is submitted in support of this conditional lodging, and identifies therein at Section I the documents so lodged and redactions applied pursuant to Monsanto's designations.

## II. **Compelling Reasons Exist to Maintain the Confidentiality of Plaintiffs' Private Medical Information and Other Personally Identifiable Information**

Plaintiffs has further lodged under seal portions of exhibits in support of Plaintiffs' Opposition to Monsanto's Motion for Summary Judgment regarding Group 1 Plaintiffs on Non-Causation Grounds and Motions to Exclude the Expert Testimony of William Sawyer, Charles Benbrook, and James Mills because these documents contain Plaintiffs' private medical information and other personally identifiable information.  These lodgings and/or redactions are set forth in the Belew Declaration, at Section II.

Plaintiffs are entitled to preserve the privacy of their medical information and other personally identifiable information under the California Constitution, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the Federal Rules of Civil Procedure ("FRCP"), and existing case law.

Foremost, the right to privacy provided by the California Constitution provides a compelling reason to seal the documents at issue in this motion. The California Constitution guarantees that among the inalienable rights afforded to individuals is the right to privacy. Cal. Const. art. I, § 1. Patients have a right to privacy in their medical information under the California Constitution. *See Ruiz v. Podolsky*, 50 Cal. 4th 838, 851 (2010). There is "a constitutional right to privacy, more specifically, a constitutional right to nondisclosure of one's personal information." *Stallworth v. Brollini*, 288 F.R.D. 439 444 (N.D. Cal. 2012) (*citing Whalen v. Roe*, 429 U.S. 589, 599 (1977); *Nixon v. Administrator of Gen. Serv.*, 433 U.S. 425, 457 (1977)). Accordingly, numerous other district courts have found that the need to protect medical information qualifies as a "compelling reason" for sealing records. *See San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, Case No. C 10–02258 SBA, 2011 WL 89931, at *1 n. 1 (N.D. Cal. Jan.10, 2011); *Abbey v. Hawaii Emp'r Mut. Ins. Co*., Case No. 09–000545 SOM/BMK, 2010 WL 4715793, at *1–2 (D. Haw. Nov. 15, 2010) ("The need to protect medical privacy qualifies as a 'compelling reason.'"); *Wilkins v. Ahern*, Case No. C 08–1084 MMC (PR), 2010 WL 3755654, at *4 (N.D. Cal. Sept. 24, 2010); *Lombardi v. Tri West Healthcare Alliance Corp.*, Case No. CV–08–02381–PHX–FJM, 2009 WL 1212170, at *1 (D. Ariz. May 4, 2009).

Medical records are further deemed confidential under the HIPAA. *See* 45 C.F.R. § 164.502(a) ("[a] covered entity may not use or disclose protected health information."); *see also Webb v. Smart Document Solutions, LLC*, 499 F.3d 1078, 1082 (9th Cir.2007).

Finally, FRCP 5.2 ***requires*** redaction of specific personally identifiable information absent a contrary court order. This includes the individual's social-security number, taxpayer-identification number, birth date, and other financial-account numbers.

### III. Conclusion

For the foregoing reasons, Plaintiffs request that the Court grant its motion to seal portions of exhibits in support of Plaintiffs' Opposition to Monsanto's Motion for Summary Judgment regarding Group 1 Plaintiffs on Non-Causation Grounds and Motions to Exclude the Expert Testimony of William Sawyer, Charles Benbrook, and James Mills, to the extent these documents contain Plaintiffs' private medical information and other personally identifiable information.

Dated: January 25, 2019

Respectfully Submitted,

 */s/ Leland H. Belew*
Leland H. Belew

Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

-4-   Case No. 3:16-md-02741-VC
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL