Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br><br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br><br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | **DECLARATION OF LELAND H. BELEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT MONSANTO'S (1) MOTION FOR SUMMARY JUDGMENT RE: GROUP 1 PLAINTIFFS ON NON-CAUSATION GROUNDS AND (2) MOTIONS TO EXCLUDE THE EXPERT TESTIMONY OF WILLIAM SAWYER, CHARLES BENBROOK, AND JAMES MILLS** |

I, Leland H. Belew, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate attorney at Andrus Anderson LLP, designated as co-liaison counsel for plaintiffs in MDL No. 2741. I submit this Declaration in support of Plaintiffs' Administrative Motion to File Under Seal portions of exhibits in support of Plaintiffs' Opposition to Defendant Monsanto Company's Motion for Summary Judgment regarding Group 1 Plaintiffs on Non-Causation Grounds and Motions to Exclude the Expert Testimony of William Sawyer, Charles Benbrook, and James Mills ("Plaintiffs' Opposition Brief").

I. *Documents and Information Lodged Conditionally Under Seal Pursuant to Monsanto's Designations.*

2. Plaintiffs have filed conditionally under seal portions of exhibits in support of Plaintiffs' Opposition Brief, that were designated as "Confidential" by Monsanto when produced in response to Plaintiffs' discovery requests pursuant to the Protective Order, filed December 9, 2016 (ECF No. 64), or Amended Protective Order, filed September 6, 2017 (ECF No. 519). Counsel for Monsanto has requested Plaintiffs redact this information.

3. Monsanto has designated confidential the following portions of exhibits filed in support of Plaintiffs' Opposition Brief.

| Exhibit | Document Title | Page:Line |
|---|---|---|
| 4 | Monsanto's Response to Plaintiff Johnson's Request for Admissions, Set One | 5:11-6:3; 6:22-7:1; 12:26-13:17 |
| 8 | MONGLY01314233, James M. Parry study Evaluation of the Potential Genotoxicity of Glyphosate, Glyphosate mixtures and component surfactants | Portions of pages 38-52 |
| 11 | MONGLY02067858, email and Powerpoint presentation by David Saltmiras titled: Glyphosate Toxocology Activities Supporting Registration Reviews dated December 10, 2010 | Portion of page 2 |
| 23 | MONGLY01594842, 2004 Product Safety Center – Toxicology Goals | Portions of page 3 |
| 24 | MONGLY00904009, email from William Heydens re: Scientific Outreach Council Meeting | Portions of pages 2-4 |
| 25 | MONGLY01312107, regarding involvement of Dr. Parry in studies | Portions of pages 3-5 |

| 26 | MONGLY03734971, email from William Heydens re: Parry Report | Portions of page 2 |
|---|---|---|
| 27 | MONGLY00878876, email from Donna Farmer re Micro-MN units | Portions of pages 2-4; 6-7 |
| 30 | MONGLY01030787, email from William Heydens re 2015 SRA Annual Meeting | Portions of pages 2-6 |
| 32 | MONGLY01030799, email from John Acquavella re 2015 SRA Annual Meeting | Portions of pages 2-4 |
| 33 | MONGLY02078597, email from David Saltmiras re: IARC Planning | Portions of pages 2-3 |
| 35 | MONGLY02117800, Monsanto Manuscript Clearance Form dated February 29, 2012 | Portions of page 2 |
| 36 | MONGLY02145917, email from Mattias Buelig re Genotox Review dated July 19, 2012 | Portions of pages 2-15 |
| 37 | MONGLY01228576, email from William Heydens re Post-IARC Activities to Support Glyphosate dated May 11, 2015 | Portion of page 4 |
| 38 | MONGLY00999487, email from William Heydens re Glyphosate Expert Panel Manuscripts dated January 6, 2016 | Portions of pages 2-3 |
| 39 | MONGLY01183933, email from Donna Farmer re documents for the Animal Bioassay Expert Group dated August 7, 2015 | Portions of pages 2-4 |
| 40 | MONGLY01000676, email from William Heydens re Summary Article dated February 9, 2016 | Portions of pages 2-3 |
| 41 | MONGLY01041641, email from Ashley Roberts re Genotoxicity Panel Final Manuscript dated January 21, 2016 | Portion of page 2 |
| 42 | MONGLY03555680, email from Khue Nguyen re Review and Comparison to IARC Assessment dated July 25, 2016 | Portions of pages 3-6 |
| 43 | MONGLY02359008, email from Ashley Roberts re Declaration of interest dated May 9, 2016 | Portions of pages 2-6 |
| 44 | MONGLY02932440, email from John Acquavella re NHL Abstract dated May 12, 2000 | Portion of page 3 |
| 46 | MONGLY00890492, email from Donna Farmer re McDuffee article dated November 29, 2001 | Portion of page 4 |
| 47 | MONGLY06262795, email from John Acquavella re article re NHL and Glyphosate dated September 2, 2003 | Portions of pages 2-3 |
| 49 | MONGLY06253165, Powerpoint presentation by Mark Martens titled Surfactant Toxicology | Portion of page 2 |
| 50 | MONGLY01192115, email from Donna Farmer re Roundup article in Fremantle Herald dated September 21, 2009 | Portions of pages 2-4 |
| 51 | MONGLY02062439, email from Richard Garnett re KP conversation on POEA dated February 1, 2010 | Portions of pages 2-3 |
| 53 | MONGLY00989918, email from William Heydens re IARC Evaluation of Glyphosate dated October 15, 2014 | Portions of pages 2 |
| 54 | MONGLY02913526, Monsanto Draft Glyphosate: IARC document dated February 23, 2015 | Portions of pages 2-3 |
| 55 | MONGLY07107482, email from Jim Ross re CA and Glyphosate dated September 9, 2015 | Portion of page 2 |

| | | |
|---|---|---|
| 57 | MONGLY00987755, email from William Heydens re Glyphosate IARC Question dated April 28, 2015 | Portions of pages 3-4 |
| 58 | MONGLY03293245, Monsanto email re Genotox Review | Portions of pages 2-11 |
| 59 | MONGLY03293245, email re Jim Jones discussion | Portions of pages 2-11 |
| 60 | MONGLY02682357, email from Shawn Schrader re 2014 Annual Adverse Effects Reporting Notification dated January 22, 2015 | Portions of pages 2,5-7, 9-13, and 15 |
| 72 | Expert Report of William Sawyer, Ph.D. in the *MDL 2741* Group 1 Cases | Portion of pages 26-27, 35-37, 41-43, 47-48, 62, 64-66, 99-105, and 114-115 |
| 76 | MONGLY01075506, Monsanto Summary and Hazard Assessment for Glyphosate | Entire document |
| 77 | Expert Report of William Sawyer, Ph.D. in the *Johnson v. Monsanto Case (CGC-16-550128)* case | Entire document |
| 88 | Expert Report of Charles Benbrook, Ph.D. in the *MDL 2741* Group 1 Cases | Portions of paragraphs 417-418, 420, 426, 428; all of paragraph 637. |
| 89 | Deposition Transcript of Charles Benbrook (Condensed), Part 1, dated February 8, 2018 | 82:15-16; 163:11-23; |
| 90 | Deposition Transcript of Charles Benbrook (Condensed), Part 2, dated February 9, 2018 | 396:10; 417:25; 419:3; 419:8; 445:5; 457:15; 459:18; 460:13; 465:14; 466:7; 490:7-8; 490:10; 585:3; 645:8-9; 645:21. |

II. <u>Documents and Information Lodged Conditionally Under Seal to Protect Plaintiffs' Private Medical Information and Other Personally Identifiable Information</u>

4. Plaintiffs have also filed conditionally under seal portions of exhibits in support of Plaintiffs' Opposition Brief, and supporting exhibits that contain confidential information regarding Group 1 plaintiffs' medical conditions and/or other personally identifiable information.

5. Plaintiffs seek the following exhibit pages be filed under seal:

| **Exhibit** | **Document Title** | **Page:Line** |
|---|---|---|
| 71 | Excerpts of the Deposition Transcript of William Sawyer, Ph.D. given in the *Stevick* case dated December 20, 2018 | 22:23-23:20; 26:2-27:8; 29:9-29:25; 45:20-25; 48:25-53:21; 88:23-93:25; 112:19-113:25; 119:17-120:15; 123:20-124:21; 129:23; 132:9-21; 190:12-191:15; 192:13-197:25; 198:15- |

Case 3:16-md-02741-VC   Document 2558-1   Filed 01/25/19   Page 5 of 5

|  |  | 200:5; 200:11-201:10; 201:21-25; 224:2-19; 238:1-240:21; 241:2-10; 248:22-249:20. |
|---|---|---|
| 72 | Expert Report of William Sawyer, Ph.D. in the *MDL 2741* Group 1 Cases | Portion of pages 3, 6, and 15 |

I declare under penalty of perjury that the foregoing is true and correct.

                                                     Respectfully Submitted,

Dated: January 25, 2019              */s/ Leland H. Belew*
                                             Leland H. Belew

                                             Lori E. Andrus (SBN 205816)
                                             lori@andrusanderson.com
                                             Jennie Lee Anderson (SBN 203586)
                                             jennie@andrusanderson.com
                                             Leland H. Belew (SBN 293096)
                                             leland@andrusanderson.com
                                             **ANDRUS ANDERSON LLP**
                                             155 Montgomery Street, Suite 900
                                             San Francisco, CA 94104
                                             Telephone:   (415) 986-1400
                                             Facsimile:    (415) 986-1474

                                             Aimee Wagstaff (SBN 278480)
                                             aimee.wagstaff@andruswagstaff.com
                                             **ANDRUS WAGSTAFF, PC**
                                             7171 West Alaska Drive
                                             Lakewood, CO 80226
                                             Telephone:  (303) 376-6360
                                             Facsimile:   (303) 376-6361

                                             *Co-Lead Counsel for Plaintiffs*

-5-                Case No. 3:16-md-02741-VC
DECLARATION OF LELAND BELEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL