1  Aimee Wagstaff (SBN 278480)
   aimee.wagstaff@andruswagstaff.com
2  **ANDRUS WAGSTAFF, PC**
   7171 West Alaska Drive
3  Lakewood, CO 80226
   Telephone:  (303) 376-6360
4  Facsimile:   (303) 376-6361

5  *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
|---|---|
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br><br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br><br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT MONSANTO'S (1) MOTION FOR SUMMARY JUDGMENT RE: GROUP 1 PLAINTIFFS ON NON-CAUSATION GROUNDS AND (2) MOTIONS TO EXCLUDE THE EXPERT TESTIMONY OF WILLIAM SAWYER, CHARLES BENBROOK, AND JAMES MILLS** |

Before this Court is Plaintiffs' Administrative Motion to File Under Seal Portions of Exhibits in Support of Plaintiffs' Opposition to Defendant Monsanto's Motion for Summary Judgment regarding Group 1 Plaintiffs on Non-Causation Grounds and Motions to Exclude Expert Testimony of William Sawyer, Charles Benbrook, and James Mills. Having considered the papers, and for compelling reasons shown, the Court hereby **GRANTS** Plaintiffs' request and **ORDERS** the following documents and/or portions of documents to remain redacted and confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

1. Documents sought to be filed under seal by Defendant Monsanto Company, which were designated as "Confidential" by Monsanto when produced in response to Plaintiffs' discovery requests pursuant to the Protective Order, filed December 9, 2016 (ECF No. 64), or Amended Protective Order, filed September 6, 2017 (ECF No. 519):

| Exhibit | Document Title | Page:Line |
|---|---|---|
| 4 | Monsanto's Response to Plaintiff Johnson's Request for Admissions, Set One | 5:11-6:3; 6:22-7:1; 12:26-13:17 |
| 8 | MONGLY01314233, James M. Parry study Evaluation of the Potential Genotoxicity of Glyphosate, Glyphosate mixtures and component surfactants | Portions of pages 38-52 |
| 11 | MONGLY02067858, email and Powerpoint presentation by David Saltmiras titled: Glyphosate Toxocology Activities Supporting Registration Reviews dated December 10, 2010 | Portion of page 2 |
| 23 | MONGLY01594842, 2004 Product Safety Center – Toxicology Goals | Portions of page 3 |
| 24 | MONGLY00904009, email from William Heydens re: Scientific Outreach Council Meeting | Portions of pages 2-4 |
| 25 | MONGLY01312107, regarding involvement of Dr. Parry in studies | Portions of pages 3-5 |
| 26 | MONGLY03734971, email from William Heydens re: Parry Report | Portions of page 2 |
| 27 | MONGLY00878876, email from Donna Farmer re Micro-MN units | Portions of pages 2-4; 6-7 |
| 30 | MONGLY01030787, email from William Heydens re 2015 SRA Annual Meeting | Portions of pages 2-6 |
| 32 | MONGLY01030799, email from John Acquavella re 2015 SRA Annual Meeting | Portions of pages 2-4 |
| 33 | MONGLY02078597, email from David Saltmiras re: IARC Planning | Portions of pages 2-3 |
| 35 | MONGLY02117800, Monsanto Manuscript Clearance Form dated February 29, 2012 | Portions of page 2 |
| 36 | MONGLY02145917, email from Mattias Buelig re Genotox Review dated July 19, 2012 | Portions of pages 2-15 |
| 37 | MONGLY01228576, email from William Heydens re Post-IARC Activities to Support Glyphosate dated May 11, 2015 | Portion of page 4 |
| 38 | MONGLY00999487, email from William Heydens re Glyphosate Expert Panel Manuscripts dated January 6, 2016 | Portions of pages 2-3 |
| 39 | MONGLY01183933, email from Donna Farmer re documents for the Animal Bioassay Expert Group dated August 7, 2015 | Portions of pages 2-4 |
| 40 | MONGLY01000676, email from William Heydens re Summary Article dated February 9, 2016 | Portions of pages 2-3 |
| 41 | MONGLY01041641, email from Ashley Roberts re Genotoxicity Panel Final Manuscript dated January 21, 2016 | Portion of page 2 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| 42 | MONGLY03555680, email from Khue Nguyen re Review and Comparison to IARC Assessment dated July 25, 2016 | Portions of pages 3-6 |
|---|---|---|
| 43 | MONGLY02359008, email from Ashley Roberts re Declaration of interest dated May 9, 2016 | Portions of pages 2-6 |
| 44 | MONGLY02932440, email from John Acquavella re NHL Abstract dated May 12, 2000 | Portion of page 3 |
| 46 | MONGLY00890492, email from Donna Farmer re McDuffee article dated November 29, 2001 | Portion of page 4 |
| 47 | MONGLY06262795, email from John Acquavella re article re NHL and Glyphosate dated September 2, 2003 | Portions of pages 2-3 |
| 49 | MONGLY06253165, Powerpoint presentation by Mark Martens titled Surfactant Toxicology | Portion of page 2 |
| 50 | MONGLY01192115, email from Donna Farmer re Roundup article in Fremantle Herald dated September 21, 2009 | Portions of pages 2-4 |
| 51 | MONGLY02062439, email from Richard Garnett re KP conversation on POEA dated February 1, 2010 | Portions of pages 2-3 |
| 53 | MONGLY00989918, email from William Heydens re IARC Evaluation of Glyphosate dated October 15, 2014 | Portions of pages 2 |
| 54 | MONGLY02913526, Monsanto Draft Glyphosate: IARC document dated February 23, 2015 | Portions of pages 2-3 |
| 55 | MONGLY07107482, email from Jim Ross re CA and Glyphosate dated September 9, 2015 | Portion of page 2 |
| 57 | MONGLY00987755, email from William Heydens re Glyphosate IARC Question dated April 28, 2015 | Portions of pages 3-4 |
| 58 | MONGLY03293245, Monsanto email re Genotox Review | Portions of pages 2-11 |
| 59 | MONGLY03293245, email re Jim Jones discussion | Portions of pages 2-11 |
| 60 | MONGLY02682357, email from Shawn Schrader re 2014 Annual Adverse Effects Reporting Notification dated January 22, 2015 | Portions of pages 2,5-7, 9-13, and 15 |
| 72 | Expert Report of William Sawyer, Ph.D. in the *MDL 2741* Group 1 Cases | Portion of pages 26-27, 35-37, 41-43, 47-48, 62, 64-66, 99-105, and 114-115 |
| 76 | MONGLY01075506, Monsanto Summary and Hazard Assessment for Glyphosate | Entire document |
| 77 | Expert Report of William Sawyer, Ph.D. in the *Johnson v. Monsanto Case (CGC-16-550128)* case | Entire document |
| 88 | Expert Report of Charles Benbrook, Ph.D. in the *MDL 2741* Group 1 Cases | Portions of paragraphs 417-418, 420, 426, 428; all of paragraph 637. |
| 89 | Deposition Transcript of Charles Benbrook (Condensed), Part 1, dated February 8, 2018 | 82:15-16; 163:11-23; |
| 90 | Deposition Transcript of Charles Benbrook (Condensed), Part 2, dated February 9, 2018 | 396:10; 417:25; 419:3; 419:8; 445:5; 457:15; 459:18; 460:13; 465:14; 466:7; 490:7-8; 490:10; 585:3; 645:8-9; 645:21. |

2. Documents sought to be filed under seal by Plaintiffs, containing confidential information regarding Group 1 plaintiffs' medical conditions and/or other personally identifiable information.

| Exhibit | Document Title | Page:Line |
|---|---|---|
| 71 | Excerpts of the Deposition Transcript of William Sawyer, Ph.D. given in the *Stevick* case dated December 20, 2018 | 22:23-23:20; 26:2-27:8; 29:9-29:25; 45:20-25; 48:25-53:21; 88:23-93:25; 112:19-113:25; 119:17-120:15; 123:20-124:21; 129:23; 132:9-21; 190:12-191:15; 192:13-197:25; 198:15-200:5; 200:11-201:10; 201:21-25; 224:2-19; 238:1-240:21; 241:2-10; 248:22-249:20. |
| 72 | Expert Report of William Sawyer, Ph.D. in the *MDL 2741* Group 1 Cases | Portion of pages 3, 6, and 15 |

**IT IS SO ORDERED**

DATE: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT