# EXHIBIT 44

| | |
|---|---|
| Message | |
| From: | ACQUAVELLA, JOHN F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=145465] |
| Sent: | 5/12/2000 8:28:30 PM |
| To: | CARRATO, J [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=49246]; COWELL, JOHN [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=146747]; DINICOLA, NATALIE [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=293515]; FARMER, DONNA [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070]; FISHER, LORI [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=31258]; GOLDSTEIN, DANIEL [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=527246]; HEYDENS, WILLIAM [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737]; HOOGHEEM, THOMAS [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=131872]; KRONENBERG, JOEL [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=501517]; WRATTEN, STEPHEN [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=119523] |
| Subject: | NHL abstract |
| Attachments: | mcduffee glyphosate nhl abstract.doc |
| Importance: | High |

All:

The Canadian NHL/glyphosate abstract we discussed last week is on the Internet, so I think it is fair game to distribute (see attached). I'm planning to attend the presentation of this paper to talk to the author. I note that one of her co-authors (JR McLaughlin) is an epidemiologist I recently recruited to serve on American College of Epidemiology Admissions Committee, which I chair. I think we might want to include him, or perhaps even the first author (after I check her out), in the scientific outreach meeting we were thinking about for Canadian scientists.

I can't stress enough that we should not take this abstract at face value. Many times abstracts are based on preliminary analyses that often don't hold up when the author has time to do more detailed analyses. Nonetheless, Donna, Lori, and I will begin working on this in case things don't change and the paper gets media attention. As you can tell from the abstract, the quality of the data is not great and the authors looked at lots of pesticides. I'm going to bring this abstract to the attention of some of our scientific outreach experts so that they are ready if needed.

John


mcduffee glyphosate nhl a...

=================

John Acquavella, PhD
Senior Fellow, Epidemiology
Monsanto Company/C2SE
█████████████████████
St. Louis, MO 63167
314-███████
314-███████ (fax)

MONGLY02932441