# EXHIBIT 46

Message

| | |
|---|---|
| From: | FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070] |
| Sent: | 11/29/2001 2:07:23 PM |
| To: | ACQUAVELLA, JOHN F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=145465] |
| CC: | GOLDSTEIN, DANIEL A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=527246]; ARMSTRONG, JANICE M [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=597137]; HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| Subject: | RE: the McDuffee article appears - glyphosate not mentioned in the abstract |

John,

I know we don't know yet what is says in the "small print" - but the fact that glyphosate is no longer mentioned in the abstract is a huge step forward - it removes it from being picked up by abstract searches!

Donna


-----Original Message-----
From:       ACQUAVELLA, JOHN F [AG/1000]
Sent:       Thursday, November 29, 2001 7:54 AM
To:         FARMER, DONNA R [AG/1000]
Cc:         GOLDSTEIN, DANIEL A [AG/1000]; ARMSTRONG, JANICE M [AG/1000]; HEYDENS, WILLIAM F [AG/1000]
Subject:    the McDuffee article appears - glyphosate not mentioned in the abstract
Importance: High


```
The McDuffee article appeared in the November issue of the
journal Cancer Epidemiology, Biomarkers, and Prevention (see
abstract below). Unlike the abstract presented at the
International Society for Environmental Epidemiology meeting
August 1999, Glyphosate is no longer mentioned as a risk
factor in the abstract. I'll have to get the article and see
what it says in "the small print."

John

Non-Hodgkin's lymphoma and specific pesticide exposures in
men: Cross-
     Canada study of pesticides and health
         HH McDuffie, P Pahwa, JR McLaughlin, JJ Spinelli,
         S Fincham, JA Dosman, D Robson, LF Skinnider, NW Choi
            Article
1155-1163
     Abstract: Our objective in the study was to investigate
the
     putative associations of specific pesticides with non-
Hodgkin's
     Lymphoma [NHL; International Classification of Diseases,
version 9
        (ICD-9) 200, 202]. We conducted a Canadian multicenter
```

population-based incident, case (n = 517)-control (n = 1506) study among men in a diversity of occupations using an initial postal questionnaire followed by a telephone interview for those reporting pesticide exposure of 10 h/year or more, and a 15% random sample of the remainder. Adjusted odds ratios (ORs) were computed using conditional logistic regression stratified by the matching variables of age and province of residence, and subsequently adjusted for statistically significant medical variables (history of measles, mumps, cancer, allergy desensitization treatment, and a positive history of cancer in first-degree relatives). We found that among major chemical classes of herbicides, the risk of NHL was statistically significantly increased by exposure to phenoxyherbicides [OR, 1.38; 95% confidence interval (CI), 1.06-1.81] and to dicamba (OR, 1.88; 95% CI, 1.32-2.68). Exposure to carbamate (OR, 1.92; 95% CI, 1.22-3.04) and to organophosphorus insecticides (OR, 1.73; 95% CI, 1.27-2.36), amide fungicides, and the fumigant carbon tetrachloride (OR, 2.42; 95% CI, 1.19-5.14) statistically significantly increased risk. Among individual compounds, in multivariate analyses, the risk of NHL was statistically significantly increased by exposure to the herbicides 2,4-dichlorophenoxyacetic acid (2,4-D; OR, 1.32; 95% CI 1.01-1.73), mecoprop (OR, 2.33; 95% CI, 1.58-3.44), and dicamba (OR, 1.68; 95% CI, 1.00-2.81); to the insecticides malathion (OR, 1.83; 95% CI, 1.31-2.55), 1,1,1-trichloro-2,2-bis (4-

MONGLY00890493

```
chlorophenyl) ethane
     (DDT), carbaryl (OR, 2.11; 95% CI, 1.21-3.69), aldrin,
and lindane;
     and to the fungicides captan and sulfur compounds. In
additional
     multivariate models, which included exposure to other
major chemical
     classes or individual pesticides, personal antecedent
cancer, a
     history of cancer among first-degree relatives, and
exposure to
     mixtures containing dicamba (OR, 1.96; 95% CL 1.40-2.75)
or to
     mecoprop (OR, 2.22; 95% CL 1.49-3.29) and to aldrin (OR,
3.42; 95%
     CI, 1.18-9.95) were significant independent predictors of
an
     increased risk for NHL, whereas a personal history of
measles and of
     allergy desensitization treatments lowered the risk. We
concluded
     that NHL was associated with specific pesticides after
adjustment for
     other independent predictors.
```

_____

John Acquavella, PhD
Senior Fellow, Epidemiology
Monsanto Company/A2NE
St. Louis, MO 63167
phone: [REDACTED]
cell phone: [REDACTED]
fax: [REDACTED]
e-mail: john.f.acquavella@monsanto.com

MONGLY00890494