Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**DECLARATION OF AIMEE H. WAGSTAFF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT TESTIMONY OF WILLIAM SAWYER, CHARLES BENBROOK, AND JAMES MILLS** |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

I, Aimee H. Wagstaff, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate attorney at Andrus Wagstaff P.C., designated as co-lead counsel for plaintiffs in MDL No. 2741. I submit this declaration in support of Plaintiffs' Reply.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Deposition Transcript of Sioum Gebeyehou given in the *Gebeyehou* case dated November 13, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Deposition Transcript of Edwin Hardeman given in the *Hardeman* case dated November 8, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Deposition Transcript of Elaine Stevick given in the *Stevick* case dated November 9, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of Monsanto's Response to Plaintiff Dewayne Johnson's Request for Admissions, Set One.

6. Attached hereto as Exhibit 5 is a true and correct copy of Monsanto Company's Reply Memorandum of Points and Authorities in Support of Motion to Dismiss in the *Hardeman* case dated March 22, 2016.

7. Attached hereto as Exhibit 6 is a true and correct copy of the document produced by Defendant as MONGLY00922458, email from Donna Farmer re: Agitation against Roundup.

8. Attached hereto as Exhibit 7 is a true and correct copy of the document produced by Defendant as MONGLY00923065, email from Donna Farmer re: Position on Parry's Recommendations.

9. Attached hereto as Exhibit 8 is a true and correct copy of the document produced by Defendant as MONGLY01314233, James M. Parry study Evaluation of the Potential Genotoxicity of Glyphosate, Glyphosate mixtures and component surfactants.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Deposition Transcript of Mark Martens given in *MDL 2741* dated April 7, 2017.

11. Attached hereto as Exhibit 10 is a true and correct copy of the document produced by Defendant as MONGLY03751016, email from William Heydens re: Roundup documents.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a document produced by Defendant as MONGLY02067858, email and Powerpoint presentation by David Saltmiras titled: Glyphosate Toxocology Activities Supporting Registration Reviews dated December 10, 2010.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of the web page, "About the NPIC", NPIC website, http://npic.orst.edu/about.html. Last visited January 24, 2019.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the web page, Information on Health Risks of Pesticides, EPA website, http://www.epa.gov/safepestcontrol/pesticides-must-be-registered-epa. Last visited January 24, 2019.

15. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of the Glyphosate General Fact Sheet, NPIC website, http://npic.orst.edu/factsheets/glyphogen.html. Last visited January 24, 2019.

16. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the EPA Label Review Manual, Chapter 15: Company Name and Address, 15-3.

17. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of Robert, et al., EPA, "Recognition And Management Of Pesticide Poisonings", Sixth Edition, 2013, p. 2

18. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of the International Agency for Research on Cancer (IARC) Monographs List of Participants 3-10 March 2015.

19. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of the December 7, 2015 email from Vince Cogliano of EPA to Norm Birchfield, EPAHQ_0000204, 208.

20. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of Monsanto Company's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories – No. 15 in the *Stevick* case dated January 22, 2019.

21. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of The Honorable Judge Curtis E.A. Karnow's Order on (1) Monsanto's Omnibus *Sargon* Motion; (2) Monsanto's Motion for Summary Judgment; (3) Plaintiff's Omnibus *Sargon* Motion; (4) Plaintiff's Motion for Summary Adjudication in the *Johnson v. Monsanto Case (CGC-16-550128)* dated May 17, 2018.

22. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of The Honorable Judge Suzanne R. Bolanos' Order Denying Monsanto Company's Motion for Judgment Notwithstanding the Verdict

-3-   Case No. 3:16-md-02741-VC

and Conditionally Denying Monsanto's Motion for New Trial in the *Johnson v. Monsanto Case (CGC-16-550128)* dated October 22, 2018.

23. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of portions of the Trial Transcript from various dates of the *Johnson v. Monsanto Case (CGC-16-550128)* July and August, 2018.

24. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of the document produced by Defendant as MONGLY01594842, 2004 Product Safety Center – Toxicology Goals.

25. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of the document produced by Defendant as MONGLY00904009, email from William Heydens re: Scientific Outreach Council Meeting.

26. Attached hereto as <u>Exhibit 25</u> is a true and correct copy of the document produced by Defendant as MONGLY01312107, regarding involvement of Dr. Parry in studies.

27. Attached hereto as <u>Exhibit 26</u> is a true and correct copy of the document produced by Defendant as MONGLY03734971, email from William Heydens re: Parry Report.

28. Attached hereto as <u>Exhibit 27</u> is a true and correct copy of the document produced by Defendant as MONGLY00878876, email from Donna Farmer re Micro-MN units.

29. Attached hereto as <u>Exhibit 28</u> is a true and correct copy of portions of the Deposition Transcript of Donna Farmer, Ph.D. given in *MDL 2741* dated January 11th and January 12th 2017.

30. Attached hereto as <u>Exhibit 29</u> is a true and correct copy of portions of the Deposition Transcript of Mark A. Martens, Ph.D given in *MDL 2741* dated April 7, 2017.

31. Attached hereto as <u>Exhibit 30</u> is a true and correct copy of the document produced by Defendant as MONGLY01030787, email from William Heydens re 2015 SRA Annual Meeting.

32. Attached hereto as <u>Exhibit 31</u> is a true and correct copy of portions of the Deposition Transcript of William Heydens, Ph.D given in *MDL 2741* dated January 23, 2017.

33. Attached hereto as <u>Exhibit 32</u> is a true and correct copy of the document produced by Defendant as MONGLY01030799, email from John Acquavella re 2015 SRA Annual Meeting.

34. Attached hereto as <u>Exhibit 33</u> is a true and correct copy of the document produced by Defendant as MONGLY02078597, email from David Saltmiras re: IARC Planning.

35. Attached hereto as Exhibit 34 is a true and correct copy of the document produced by Defendant as MONGLY00919381, email from Donna Farmer re POEA dated November 18, 2010.

36. Attached hereto as Exhibit 35 s a true and correct copy of the document produced by Defendant as MONGLY02117800, Monsanto Manuscript Clearance Form dated February 29, 2012.

37. Attached hereto as Exhibit 36 is a true and correct copy of the document produced by Defendant as MONGLY02145917, email from Mattias Buelig re Genotox Review dated July 19, 2012.

38. Attached hereto as Exhibit 37 is a true and correct copy of the document produced by Defendant as MONGLY01228576, email from William Heydens re Post-IARC Activities to Support Glyphosate dated May 11, 2015.

39. Attached hereto as Exhibit 38 is a true and correct copy of the document produced by Defendant as MONGLY00999487, email from William Heydens re Glyphosate Expert Panel Manuscripts dated January 6, 2016.

40. Attached hereto as Exhibit 39 is a true and correct copy of the document produced by Defendant as MONGLY01183933, email from Donna Farmer re documents for the Animal Bioassay Expert Group dated August 7, 2015.

41. Attached hereto as Exhibit 40 is a true and correct copy of the document produced by Defendant as MONGLY01000676, email from William Heydens re Summary Article dated February 9, 2016.

42. Attached hereto as Exhibit 41 is a true and correct copy of the document produced by Defendant as MONGLY01041641, email from Ashley Roberts re Genotoxicity Panel Final Manuscript dated January 21, 2016.

43. Attached hereto as Exhibit 42 is a true and correct copy of the document produced by Defendant as MONGLY03555680, email from Khue Nguyen re Review and Comparison to IARC Assessment dated July 25, 2016.

44. Attached hereto as Exhibit 43 is a true and correct copy of the document produced by Defendant as MONGLY02359008, email from Ashley Roberts re Declaration of interest dated May 9, 2016.

45. Attached hereto as Exhibit 44 is a true and correct copy of the document produced by Defendant as MONGLY02932440, email from John Acquavella re NHL Abstract dated May 12, 2000.

46. Attached hereto as Exhibit 45 is a true and correct copy of the document produced by Defendant as MONGLY00886014, email from John Acquavella re ISEE meeting dated August 24, 2000.

47. Attached hereto as Exhibit 46 is a true and correct copy of the document produced by Defendant as MONGLY00890492, email from Donna Farmer re McDuffee article dated November 29, 2001.

48. Attached hereto as Exhibit 47 is a true and correct copy of the document produced by Defendant as MONGLY06262795, email from John Acquavella re article re NHL and Glyphosate dated September 2, 2003.

49. Attached hereto as Exhibit 48 is a true and correct copy of the document produced by Defendant as MONGLY01179185, email from Donna Farmer re Herbicides study dated October 14, 2008.

50. Attached hereto as Exhibit 49 is a true and correct copy of the document produced by Defendant as MONGLY06253165, Powerpoint presentation by Mark Martens titled Surfactant Toxicology.

51. Attached hereto as Exhibit 50 is a true and correct copy of the document produced by Defendant as MONGLY01192115, email from Donna Farmer re Roundup article in Fremantle Herald dated September 21, 2009.

52. Attached hereto as Exhibit 51 is a true and correct copy of the document produced by Defendant as MONGLY02062439, email from Richard Garnett re KP conversation on POEA dated February 1, 2010.

53. Attached hereto as Exhibit 52 is a true and correct copy of the document produced by Defendant as MONGLY03738295, email from William Heydens re TNO dermal penetration studies dated April 2, 2002.

54. Attached hereto as Exhibit 53 is a true and correct copy of the document produced by Defendant as MONGLY00989918, email from William Heydens re IARC Evaluation of Glyphosate dated October 15, 2014.

55. Attached hereto as Exhibit 54 is a true and correct copy of the document produced by Defendant as MONGLY02913526, Monsanto Draft Glyphosate: IARC document dated February 23, 2015.

56. Attached hereto as Exhibit 55 is a true and correct copy of the document produced by Defendant as MONGLY07107482, email from Jim Ross re CA and Glyphosate dated September 9, 2015.

57. Attached hereto as <u>Exhibit 56</u> is a true and correct copy of the document produced by Defendant as MONGLY07099001, document titled Prop 65 cost on CA Municipalities Markets by Steve Gould.

58. Attached hereto as <u>Exhibit 57</u> is a true and correct copy of the document produced by Defendant as MONGLY00987755, email from William Heydens re Glyphosate IARC Question dated April 28, 2015.

59. Attached hereto as <u>Exhibit 58</u> is a true and correct copy of the document produced by Defendant as MONGLY03293245, Monsanto email re Genotox Review.

60. Attached hereto as <u>Exhibit 59</u> is a true and correct copy of the document produced by Defendant as MONGLY03293245, email re Jim Jones.

61. Attached hereto as <u>Exhibit 60</u> is a true and correct copy of the document produced by Defendant as MONGLY02682357, email from Shawn Schrader re 2014 Annual Adverse Effects Reporting Notification dated January 22, 2015.

62. Attached hereto as <u>Exhibit 61</u> is a true and correct copy of portions of the Deposition Transcript of Steven D. Gould given in *Johnson v. Monsanto Case (CGC-16-550128)* dated January 23, 2018.

63. Attached hereto as <u>Exhibit 62</u> is a true and correct copy of portions of the Deposition Transcript of Daniel Jenkins given in *MDL 2741* dated March 21, 2017.

64. Attached hereto as <u>Exhibit 63</u> is a true and correct copy of portions of the Trial Transcript from *Johnson v. Monsanto Company, et al. (CGC-16-550128)* dated July 27, 2018.

65. Attached hereto as <u>Exhibit 64</u> is a true and correct copy of Charles Benbrook 1983 Letter regarding Carcinogen Policy at EPA.

66. Attached hereto as <u>Exhibit 65</u> is a true and correct copy of the Curriculum Vitae of Charles Benbrook.

67. Attached hereto as <u>Exhibit 66</u> is a true and correct copy of Charles Benbrook's Congressional testimony dated September 7, 1988.

68. Attached hereto as <u>Exhibit 67</u> is a true and correct copy of Regulating Pesticides in Food: The Delaney Paradox by the National Academy Press, 1987.

69. Attached hereto as Exhibit 68 is a true and correct copy of Benbrook, How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?. Environ Sci Eur 31:2, (2019)

70. Attached hereto as Exhibit 69 is a true and correct copy of Hollert, et al. Some food for thought – A short comment on Charles Benbrook's paper How Did the U.S. EPA and IARC Reach Diametrically Opposed Conclusions on the Genotoxicity of Glyphosate-based Herbicides?' and its implications, Environ Sci Eur 31:3 (2019).

71. Attached hereto as Exhibit 70 is a true and correct copy of MDL 2471 Group 1 Plaintiffs' Expert Disclosures dated November 20, 2018.

72. Attached hereto as Exhibit 71 is a true and correct copy of excerpts from the Deposition Transcript of William Sawyer, Ph.D. given in the *Stevick* case dated December 20, 2018.

73. Attached hereto as Exhibit 72 is a true and correct copy of the Expert Report of William Sawyer, Ph.D. in the *MDL 2741* Group 1 Cases.

74. Attached hereto as Exhibit 73 is a true and correct copy of an excerpt from the third edition of *Cancer Epidemiology*, by Hans-Olov Adami, David J. Hunter, Pagona Lagiou, and Lorelei Mucci, published 2018.

75. Attached hereto as Exhibit 74 is a true and correct copy of William Sawyer Ph.D. Affidavit.

76. Attached hereto as Exhibit 75 is a true and correct copy of portions of the Deposition Transcript of William Sawyer, Ph.D. given in the *Hall v. Monsanto Company et al. (Missouri Case No. 1622-CC01071)* case dated October 16, 2018.

77. Attached hereto as Exhibit 76 is a true and correct copy of the document produced by Defendant as MONGLY01075506, Monsanto Summary and Hazard Assessment for Glyphosate.

78. Attached hereto as Exhibit 77 is a true and correct copy of the Expert Report of William Sawyer, Ph.D. in the *Johnson v. Monsanto Case (CGC-16-550128)* case.

79. Attached hereto as Exhibit 78 is a true and correct copy of portions of the Deposition Transcript of James A. Mills in the *MDL 2471* Group 1 cases dated December 12, 2018.

80. Attached hereto as Exhibit 79 is a true and correct copy of portions of the Deposition Transcript of Dr. Ashok Pai in the *Gebeyehou* case dated November 19, 2018.

81. Attached hereto as Exhibit 80 is a true and correct copy of excerpts from the Deposition Transcript of Sioum Gebeyehou given in the *Gebeyehou* case dated November 13, 2018.

82. Attached hereto as Exhibit 81 is a true and correct copy of the United States Environmental Protection Agency (EPA), Office of Pesticide Programs, Summary of the Industrial Bio-Test Laboratories, Inc. (IBT) Review Program dated July 1983.

83. Attached hereto as Exhibit 82 is a true and correct copy of an EPA memorandum dated February 24, 1986, regarding transmittal of the final Federal Insecticide, Fungicide, and Rodenticide Act Scientific Advisory Panel (FIFRA SAP) reports of the February 11-12, 1986 meetings.

84. Attached hereto as Exhibit 83 is a true and correct copy of an EPA memorandum dated October 30, 1991, regarding a Second Peer Review of Glyphosate.

85. Attached hereto as Exhibit 84 is a true and correct copy of an IARC article, "Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate" published May 2015.

86. Attached hereto as Exhibit 85 is a true and correct copy of an article by the EPA, Office of Pesticide Programs, "Glyphosate Issue Paper: Evaluation of Carcinogenic Potential" dated September 12, 2016.

87. Attached hereto as Exhibit 86 is a true and correct copy of an EPA memorandum regarding Response to the Final FIFRA SAP reports of the December 13-16, 2016 meetings.

88. Attached hereto as Exhibit 87 is a true and correct copy of an EPA memorandum dated March 16, 2017, regarding transmission of Meeting Minutes and the Final Report of FIFRA SAP

89. Attached hereto as Exhibit 88 is a true and correct copy of the Expert Report of William Sawyer, Ph.D. in the *MDL 2741* Group 1 Cases.

90. Attached hereto as Exhibit 89 is a true and correct copy of the Deposition Transcript of Charles Benbrook, Ph.D. in the *Johnson v. Monsanto Case (CGC-16-550128)* case dated February 8, 2018.

91. Attached hereto as <u>Exhibit 90</u> is a true and correct copy of Deposition Transcript of Charles Benbrook, Ph.D. in the *Johnson v. Monsanto Case (CGC-16-550128)* case dated February 9, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated: January 25, 2019

*/s/Aimee H. Wagstaff*
Aimee H. Wagstaff

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests he has obtained concurrence regarding the filing of this document from the signatory above.

| | |
|---|---|
| Date: January 25, 2019 | By:  */s/ Leland H. Belew*<br>        Leland H. Belew |

                                      LELAND H. BELEW (SBN 293096)
                                      LORI E. ANDRUS (SBN 205816)
                                      JENNIE LEE ANDERSON (SBN 203586)
                                      ANDRUS ANDERSON LLP
                                      155 Montgomery Street, Suite 900
                                      San Francisco, CA 94104
                                      Telephone:  (415) 986-1400
                                      Facsimile:  (415) 986-1474
                                      leland.belew@andrusanderson.com
                                      lori@andrusanderson.com
                                      jennie@andrusanderson.com

                                      *Co-Liaison Counsel for Plaintiffs*