# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE ROUNDUP PRODUCTS       )
                                  )
 5   LIABILITY LITIGATION         )
                                  )   Case No.
 6                                )   3:16-MD-05813-vc
                                  )
 7   This document relates to:    )   MDL No. 2741
                                  )
 8   Simoun Gebeyehou v.          )
     Monsanto co.,                )
 9    3:16-cv-05813-VC            )
     _____)
10
11
12
13
14
                         DEPOSITION OF
15
                        SIMOUN GEBEYEHOU
16
                   TUESDAY, NOVEMBER 13, 2018
17
18
19
20
21   REPORTER: KIMBERLY E. D'URSO, RPR, CSR NO. 11372
22
23
24
25
```

Page 42

6, your property at the bottom stops near the edge of -- the left-hand edge of the driveway where there's a fence?
  A. All of this is mine.
  Q. This is yours over to the left of the fence -- to the left of the driveway?
  A. My fence goes all the way from here, all the way down here (indicating).
  Q. I see. So this green area to the left of the driveway on Exhibit Number 6, that's part of your property?
  A. Yes.
  Q. Is that green area, is that kept in a natural state, or do you do any kind of landscaping on that?
  A. No. I put landscaping about four years -- five years ago.
  Q. What kind of landscaping?
  A. Ice plant. Ice plant.
  Q. What was there before the ice plant?
  A. Weeds.
  Q. Weeds were there?
  A. Yes.
  Q. Did you ever have a landscaper or a gardener assist you with the care of your property?
  A. No. I do it all by myself.

Page 43

     MR. TSADIK: Objection as to time. Okay?
     THE WITNESS: Right. The time. What time are you talking about?
BY MR. SLONIM:
  Q. Let's start from 1986 to date. From 1986 to today, was there anytime that you ever had a landscaper or a gardener assist you with the care of your property?
  A. From 1986 to 2015, '16 about, no -- no gardener was ever.
  Q. And then you started to use a gardener --
     (Simultaneous speakers.)
  A. And then --
  Q. -- in 2015 to 2016?
  A. About 2015 to date, I use a gardener.
  Q. What is the name of the gardener?
  A. I blacked out.
     THE WITNESS: What's the name, Helen?
     MR. TSADIK: You can't ask Helen.
     MR. SLONIM: No.
BY MR. SLONIM:
  Q. Is it a landscaping company?
  A. No, no, no. He's a young student.
  Q. And does he have any equipment that he brings?
  A. I have all the equipment I need.
  Q. Okay. So you hire a student -- starting in

Page 44

about 2015 to 2016, you've hired a student to use your equipment to take care of the landscaping?
  A. Yes.
  Q. And --
  A. What's his name?
  Q. That's okay.
     Is it your testimony that prior to 2015 and 2016, you had no type of landscaper or gardener assist you?
  A. Only a couple of days to cut off a tree.
  Q. Okay. Now, I want you to hold Roundup aside, okay? I'm not asking you this question about Roundup. Did you ever apply any type of pesticide or herbicide other than Roundup to your property?
  A. I didn't even know this exists, no.
  Q. Okay. So --
     MR. TSADIK: Please answer the question.
BY MR. SLONIM:
  Q. So it's your testimony that the only type of pesticide or herbicide that you have ever applied to your property from 1986 to date is Roundup?
  A. Roundup. To 1986 to 2016? 2016, I stopped using Roundup.
  Q. Now, on the photographs, can you show me which area -- let's take -- which photograph is easiest for

Page 45

you to show me which areas you used Roundup on? I think maybe photograph 6.
     MR. TSADIK: If you can't tell from these photographs, just tell him to express -- tell him you cannot explain it from these photographs.
BY MR. SLONIM:
  Q. Exhibit Number 4?
  A. Yeah.
  Q. Show me on Exhibit Number 4 exactly which parts of your property you applied Roundup to.
     MR. TSADIK: As to time. What? Objection as to time.
     THE WITNESS: I start to use Roundup everywhere, every possible way you find before I started to do some vegetable. So all 1.5 -- you say 1.6 -- 1.6 acre all have been receiving Roundup one time or another.
  Q. When you used Roundup, did you use it for spot application where weeds appeared, or did you apply it -- did you soak the entire property?
  A. No, no, no. Weed grows everywhere. So I usually go ahead section by section. I call this one. You can look at it here. Section 1 is here.
     MR. TSADIK: Yeah, I don't know how you --
BY MR. SLONIM:
  Q. Section 1 is on the -- is on right-hand side of