# EXHIBIT 2

Confidential - Edwin Hardeman

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


IN RE: ROUNDUP PRODUCTS          )
LIABILITY LITIGATION             )
                                 )   MDL No. 2741
                                 )   Case No. 16-md-02741-VC
                                 )
                                 )
                                 )
This Document Relates To:        )
                                 )
Hardeman v. Monsanto Co.,        )
et al.                           )
Case No. 3:16-cv-00525-VC        )
                                 )
                                 )


- - - -

CONFIDENTIAL

VIDEOTAPED

DEPOSITION OF EDWIN HARDEMAN


Held at the Vintners Inn

4350 Barnes Road, Santa Rosa, California

Thursday, November 8, 2018, 9:16 a.m.

- - - -


REPORTED BY:  ELAINA BULDA-JONES, CSR NO. 11720

Confidential - Edwin Hardeman

Page 170

1    a picture of that, I'm sorry.
2        Q.   But you think the label was white and
3    possibly red?
4        A.   No.  No, I'm saying, the container, the
5    container background, I know it was a white
6    container.  It wasn't a green or a blue.  And it was
7    a white container.  And I think it had whatever
8    color graphics they put on to advertise their
9    product.  I'm not sure.  I don't remember what
10   that -- what that color was.  That could have been
11   red.  It could have been blue.  It could have
12   been -- I don't know.
13       Q.   Do you have any pictures of the products
14   that you used?
15       A.   No -- no, I don't.  The only thing I have
16   leftover is -- it was in a -- it was in a -- I put
17   it into another jar, the Roundup that I was using.
18   I had leftover.  But I lost the cap so -- put it
19   into a clear jar.  It was like a jar like this.
20       Q.   Do you have the jar with you today?
21       A.   Not today.  No, I have -- don't we have a
22   picture of it?  I don't know.  I don't know.  I
23   don't have a jar with me.
24       Q.   So you still have Roundup in your current
25   property in a jar with the lid on it?

Page 171

1        A.   Yes, I brought that over with us, yeah.  I
2    never used it.  But it's over there.
3        Q.   When did you use the Roundup concentrate?
4        A.   When?  When did I start?
5        Q.   What years?  Yeah, what -- what year did
6    you start?
7        A.   Well, let's see.
8            We moved into -- on the Westside Road
9    property, moved there in '88.  So, you know, I
10   probably -- I don't know.  I'm just approximating.
11   By the time we got organized with the move and
12   whatever else was going on there and then I got
13   around to spraying, I -- I would say it could have
14   been, you know, '89 forward.  It could have been '89
15   when I started spraying.  I usually, you know, would
16   do that in warmer months, preferably, if I could.
17       Q.   So the first property you sprayed on was
18   the Westside Road property?
19       A.   No, I sprayed in -- well, if you want to
20   go back to Iverson Road, yeah, we had a -- in the
21   beginning we moved into Iverson Road in '85.  There
22   was a -- a landscaper who was -- we hired and he was
23   spraying some Roundup and then we asked him what he
24   was using and he told us and we figured, oh, heck,
25   you know, we went down, we said we could do that

Page 172

1    ourselves.  And that's when we started to.  We
2    bought the Roundup and put it into the pump-up
3    sprayer.  So that was 19- -- let's see -- it's got
4    to be '86, I guess, '86.  '85, '86, I think we moved
5    in there, yeah.
6        Q.   So the first time you used Roundup was in
7    1986?
8        A.   Yeah, I would say, yeah.  We -- we got
9    introduced to the Roundup and what it could do.  So,
10   you know...
11       Q.   So you said it was a landscaper that
12   recommended that you use the --
13       A.   He didn't recommend it.  He -- we -- we --
14   I don't know why we ended up having him come on and
15   we had some -- we -- we had a five-acre piece up
16   there and it was a gravel driveway and road that
17   went all the way down to the main road and, you
18   know, the property -- usable on both sides, and we
19   wanted to take care of the stuff coming up through
20   our gravel road and --
21       Q.   You wanted to get the weeds?
22       A.   We wanted to get the weeds, you know -- I
23   mean, you know, to treat them coming up in different
24   spots.  And, you know, I don't know, for some reason
25   we hooked up with him.  He came out and we saw him

Page 173

1    spraying.  The we probably figured out he's charging
2    too much.  So we went and figured out we could do
3    this ourselves.  So, you know, we went and bought
4    some and there we go.  We were on our way.
5        Q.   So did anyone specifically recommend
6    Roundup to you?
7        A.   I don't think so.  I don't know why we
8    ended up getting the Roundup.  Maybe -- I don't
9    know.  Maybe we asked him what he was using or -- I
10   think -- it must have been something like that.
11   I -- it was so long ago that we -- you know, we --
12   then we went and looked at the stores to see if
13   this -- we could buy it and found out it was
14   available.  So that's how we got introduced to it.
15       Q.   So just to summarize.
16           The way you were introduced to -- to
17   Roundup was because a landscaper was --
18       A.   Initially, yes.
19       Q.   -- was using it on your product -- you
20   recognized what he was using was Roundup and,
21   therefore, you went to the store and purchased it
22   yourself?
23       A.   Yeah.
24       Q.   Any other reason that you started using
25   Roundup?

44 (Pages 170 to 173)