# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
IN RE: ROUNDUP PRODUCTS     )
LIABILITY LITIGATION        )
                            )  Case No.
                            )  3:16-md-02741-VC
                            )
This Document Relates to:   )
                            )  MDL No.  2741
Stevick v. Monsanto Co.,    )
et al.,                     )
Case No. 3:16-cv-02341-VC   )
                            )
                            )
```

- - - -

VIDEOTAPED

DEPOSITION OF ELAINE STEVICK

Held at the Offices of Litigation Services

3510 Unocal Place, Santa Rosa, California

Friday, November 9, 2018, 9:24 a.m.

- - - -

REPORTED BY:  ELAINA BULDA-JONES, CSR #11720

Elaine Stevick

Page 98

1  Q. Okay. And so the first time you used
2  Roundup in your life was sometime after March of
3  1989; is that correct?
4  A. The first time I would -- in my
5  recollection, because that's a long time ago, I -- I
6  am not sure that I ever used it on our previous home
7  on Bernice Court.
8  Q. Uh-huh.
9  A. I -- I don't think I did because I don't
10 remember -- it was the frequency that I used it
11 after the landscape gardener recommended it. Then I
12 started using it more intensely.
13 Q. Okay.
14 A. Very intensely.
15 Q. So the best testimony you have today is
16 you started using it sometime after you moved into
17 the Liberty home?
18 A. That's what -- that's the time I can
19 really remember using it very consciously and often.
20 Q. Okay. And tell me about that. Tell me
21 about -- where -- where -- what did you do?
22 A. Well, I -- we had -- I -- I occasionally
23 would use it ready mixed, but --
24 Q. I'm talking about that -- just that first
25 time you used it.

Page 99

1      Excuse me for interrupting. Go ahead.
2  A. The first time we used it?
3  Q. Yeah.
4  A. To kill the -- the major amount?
5  Q. Yeah.
6  A. My -- I'm sure my husband made a mix
7  because it would have been too much of a property --
8  I'm just thinking back.
9      That there was too much property to be
10 able to -- we couldn't afford to buy the ready mix.
11 Q. Uh-huh.
12 A. So we would mix. So we bought the
13 sprayer, the pumper, and he would mix it for me.
14 Q. Okay. So he -- he took the concentrate --
15 A. Concentrate.
16 Q. -- and mixed it for you and you went out
17 and you sprayed?
18 A. And I sprayed.
19 Q. And -- okay. Okay.
20    And about how long did you spray?
21 A. Those times -- at those times -- well,
22 just for my own stamina, probably about an hour at a
23 time. Yeah.
24 Q. And about --
25 A. I probably obviously sprayed more often at

Page 100

1  that time when I was killing a larger area of
2  ground.
3  Q. Uh-huh. And when you say "more often,"
4  more than once a month is what you're referring to?
5  A. Probably put two -- two applications, you
6  know.
7  Q. Per month?
8  A. Per -- in that month for -- yeah, for the
9  couple --
10 Q. And did --
11    MR. BRAKE: I'm sorry to interrupt you,
12 but are we still talking about the initial first
13 time?
14    MR. BEROUKHIM: Yes.
15    THE WITNESS: Yes.
16    MR. BRAKE: Okay. Thank you.
17    THE WITNESS: Yeah.
18 BY MR. BEROUKHIM:
19 Q. And so the first time in 1989 when you did
20 it, Chris Stevick mixed the concentrate for you, to
21 the best of your recollection?
22 A. Yeah.
23 Q. You didn't do that yourself; is that
24 correct?
25 A. No, I don't remember doing that.

Page 101

1  Q. He put it in a sprayer for you; is that
2  correct?
3  A. Correct.
4  Q. Was it with a wand?
5  A. Yes.
6  Q. So you had a wand sprayer; is that
7  correct?
8  A. Right.
9  Q. Where you would pump?
10 A. Right.
11 Q. And spray?
12 A. Right.
13 Q. And do you remember how many gallons the
14 sprayer was?
15 A. I think we always bought like a -- about a
16 three-gallon total size, but we'd only mix to the
17 level, you know, of the concentrate. Like, I'm --
18 it would be like an equivalent of a gallon.
19 Q. Okay. So you'd carry a gallon and you'd
20 go out --
21 A. Well, I couldn't even lift more than that,
22 so...
23 Q. That -- that's what I was going -- that's
24 what I was going to say.
25 A. Yeah.