# EXHIBIT 6

| | |
|---|---|
| **Message** | |
| From: | FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070] |
| Sent: | 11/24/2003 2:32:41 PM |
| To: | NATARAJAN, SEKHAR [AG/6020] [/O=MONSANTO/OU=AP-6020-01/cn=Recipients/cn=126349] |
| CC: | CARR, KATHERINE H [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=43435] |
| Subject: | RE: Agitation against Roundup |

Sekhar,

Your welcome and don't hesitiate to contact us.

Regards,

Donna

-----Original Message-----
**From:** NATARAJAN, SEKHAR [AG/6020]
**Sent:** Sunday, November 23, 2003 10:07 AM
**To:** FARMER, DONNA R [AG/1000]
**Cc:** DOANE, JULIE R [AG/1000]; CARR, KATHERINE H [AG/1000]; MONTGOMERY, JILL M [AG/5340]; MCDERMOTT, THOMAS J [AG/5040]; FISHER, LORI J [AG/1000]; LAL, DARSHAN; SMETACEK, RANJANA [AG/6020]; KAPOOR, RAJAN D; SMITH, ALLEN T [AG/5340]
**Subject:** RE: Agitation against Roundup

Thanks Donna for your guidance. Will get back to you if we need any additional support.

RGDS...sekhar


-----Original Message-----
**From:** FARMER, DONNA R [AG/1000]
**Sent:** Saturday, November 22, 2003 4:46 AM
**To:** NATARAJAN, SEKHAR [AG/6020]
**Cc:** DOANE, JULIE R [AG/1000]; CARR, KATHERINE H [AG/1000]; MONTGOMERY, JILL M [AG/5340]; MCDERMOTT, THOMAS J [AG/5040]; FISHER, LORI J [AG/1000]; LAL, DARSHAN; SMETACEK, RANJANA [AG/6020]; KAPOOR, RAJAN D; SMITH, ALLEN T [AG/5340]
**Subject:** RE: Agitation against Roundup

Sekhar,

Your Q & A was forward to Kathy Carr and me for review (see attached). I am the toxicologist responsible for glyphosate and glyphosate-based products worldwide and Kathy provides ecotoxicology suppport for glyphosate globally as well as manages the information resources for glyphosate.

As explanation for some of our edits - in many parts of the world there is no such formulation being sold called "Roundup". In addition, in the US we have some lawn and garden products with the Roundup name on them but they contain other active ingredients in addition to glyphosate and they may have different properties from glyphosate. That is why we were using the phrase Roundup herbicides or Roundup agricultural herbicides. When possible it is preferable to use the name of the product that is actually being used and the data that supports that particular formulation.

The terms glyphosate and Roundup cannot be used interchangeably nor can you use "Roundup" for all glyphosate-based herbicides any more. For example you cannot say that Roundup is not a carcinogen...we have not done the necessary

Confidential - Produced Subject to Protective Order                                                                                                                                           MONGLY00922458

testing on the formulation to make that statement.  The testing on the formulations are not anywhere near the level of the active ingredient. We can make that statement about glyphosate and can infer that there is no reason to believe that Roundup would cause cancer.

We cannot support the statement about "no adverse effects whatsoever on flora, or fauna or on the human body".  Adverse effects are seen on flora (glyphosate is meant to kill vegetation), adverse effects on fauna - in studies with laboratory animals - even death is seen (LD50 studies for example) and in humans - mild reversible eye and skin irritation are seen with normal use and death can occur in suicide attempts.  Therefore we advise using the phrase...."When Roundup herbicides are used according to label directions, no unreasonable adverse effects to people, wildlife, and the environment are expected."

Below is a link to the glyphosate team space where you will find numerous reference materials:

**Glyphosate Regulatory & Stewardship TeamSpace**: http://w3.monsanto.com/asp/T.asp?id=404.

Also you can send external contacts to the Monsanto site for a number of backgrounders for various items:http://www.monsanto.com/monsanto/layout/sci_tech/crop_chemicals/default.asp

Please don't hesitate to contact me or Kathy or Julie if you have any questions or need any additional information.

Donna
*********************
Donna R. Farmer, Ph.D.
Manager, Toxicology Programs
Glyphosate-Worldwide
Monsanto Company
800 North Lindbergh Blvd.
Mail Zone A2NE
St. Louis, Missouri 63137

(314) 694-8860 - Phone
(314) 740-3923 - Cell
(314) 694-4028 - Fax


-----Original Message-----
**From:** DOANE, JULIE R [AG/1000]
**Sent:** Friday, November 21, 2003 8:34 AM
**To:** FARMER, DONNA R [AG/1000]; CARR, KATHERINE H [AG/1000]
**Subject:** FW: Agitation against Roundup
**Importance:** High
I would appreciate your review of the materials below. I'd like to provide our feedback by COB today. We may also want to remind them of the reference material available via the web, teamspace, etc. Please advise. Thanks inadvance,  Julie

-----Original Message-----
**From:** NATARAJAN, SEKHAR [AG/6020]
**Sent:** Friday, November 21, 2003 6:39 AM
**To:** MONTGOMERY, JILL M [AG/5340]
**Cc:** MCDERMOTT, THOMAS J [AG/5040]; FISHER, LORI J [AG/1000]; LAL, DARSHAN; SMETACEK, RANJANA [AG/6020]; KAPOOR, RAJAN D; SMITH, ALLEN T [AG/5340]; GLOVER, JERRY P [AG/1000]
**Subject:** Agitation against Roundup
**Importance:** High

Jill- As I had indicated yesterday in our telecon, we have had a series of adverse reports that have appeared in the southern state of Kerala against Roundup ( in local print and TV coverage). Although we have sent rebuttals and explanations, the adverse publicity continues unabated and has started impacting some of our trade and users. The State farmers and NGOs in the past have agitated against "endosulfan" too. We are not sure if any our known Biotech opponents are involved in this activity as the usual " Agent Orange " story is strong.

This story has not hit any mainline press or wire service and we are trying to see if we can quickly get this under control. ( understand that some of the local media do not want to even talk to us)

We are attaching herewith the following files:

- A detailed list of allegations/issues. A briefing note to Dr Abraham ( Weed Specialist, Dept of Agronomy in the Kerala Ag University) who is willing to talk to the media and explain.
- A quick two pager on Roundup and some Q and A guidelines.

Jerry/Tom/Lori- Do let us know if you have any inputs by Friday evening your time. We plan to get Dr Abraham to meet the press tomorrow. Also forward it to any one else, if required.

RGDS...sekhar