# EXHIBIT 9

Confidential - Subject to Protective Order

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3    ----------------------------x

 4    IN RE: ROUNDUP PRODUCTS       ) MDL No. 2741

 5    LIABILITY LITIGATION          )

 6                                  ) Case No.

 7    _____) 16-md-02741-VC

 8    THIS DOCUMENT RELATES TO ALL  )

 9    CASES                         )

10    _____)

11

12         CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

13

14      VIDEOTAPED DEPOSITION OF MARK A. MARTENS, Ph.D.

15                      WASHINGTON, D.C.

16                   FRIDAY, APRIL 7, 2017

17                         9:23 A.M.

18

19

20

21

22

23

24

25    Reported by: Leslie A. Todd
```

```
 1        Q    Okay.  And those --
 2             MR. GRIFFIS:  Excuse me.  Objection.  Two
 3   of those are non-recommendations.
 4             MS. WAGSTAFF:  Okay.
 5             MR. GRIFFIS:  G and H.
 6   BY MS. WAGSTAFF:
 7        Q    So he gives you a handful of
 8   recommendations of actions to take to answer those
 9   questions, correct?
10        A    Well, there are a couple of points
11   whereby he does not recommend something.
12        Q    Okay.
13        A    Yeah.
14        Q    So that's I think what your counsel was
15   just saying is that -- so let's make this a little
16   bit cleaner.
17             Dr. Parry gave a list of eight questions
18   that were left unanswered, correct?
19        A    That he would like to see answered, yes.
20        Q    Okay.  And as a scientist, you would have
21   liked to see those answered as well, correct?
22        A    These were genuine questions, yes.
23        Q    Yeah.  Good questions, right?
24        A    These were good questions, yes.
25        Q    Okay.  And he provided with a list of
```

Confidential - Subject to Protective Order

```
 1   actions that Monsanto could take to answer those
 2   questions, correct?
 3        A    Yes.
 4        Q    Okay.  And we've gone over a few of
 5   those.
 6             So then Dr. Parry says at the very end of
 7   his recommendations:  "My overall view is that if
 8   there is -- my overall view is that if the reported
 9   genotoxicity of glyphosate and glyphosate
10   formulations can be shown to be due to the production
11   of oxidative damage, then a case could be made that
12   any genetic damage would be threshold."
13             Did I read that correctly?
14        A    You read it, yes.
15        Q    Okay.  "Such genetic damage would only be
16   biologically relevant under conditions of compromised
17   anti -- antioxidant status.  If such an oxidative
18   damage mechanism is proved, then it may be necessary
19   to consider the possibility of the susceptible groups
20   within the human population."
21             Did I read that correctly?
22        A    You read that correctly, yes.
23        Q    Okay.  So there is an expert telling
24   Monsanto in 1999 to do tests that may affect the
25   human population, correct?
```

Confidential - Subject to Protective Order

```
 1               MR. GRIFFIS:  Objection.
 2   Mischaracterizes the document.
 3               THE WITNESS:  This is a little bit an
 4   expanded conclusion.  You know, he is more or less
 5   asking himself the question.  If that might be true,
 6   then there may be susceptible groups in a population
 7   that might be more susceptible in producing an
 8   effect.  But he forgets to say those effects have
 9   been, you know, obtained through intraperitoneal
10   injection, whereas the human exposure is not via
11   intraperitoneal injection.  And that's a very
12   important nuance.
13   BY MS. WAGSTAFF:
14        Q    So I don't -- how do you know he forgot
15   to say that?
16        A    I don't know why he didn't point it out.
17   That's why --
18        Q    But he didn't point it out, did he?
19        A    Intra -- well, that is limited to
20   intraperitoneal injection.  Not sufficiently --
21        Q    So you may -- you may not agree with
22   what Dr. Parry wrote, but I'm not asking you to
23   rewrite his report.
24               I'm asking you in 1999, Dr. Parry wrote
25   to Monsanto and -- and did an analysis, gave
```

Confidential - Subject to Protective Order

1   questions unanswered, right?

2       A   Yes.

3       Q   Proposed actions that could be taken,

4   right?

5       A   Yes.

6       Q   And then stated that the over -- his

7   overall view is that these tests and answers need to

8   be taken, right?

9       A   Yes.

10      Q   And then you need to figure out what --

11  what group within the human population may be

12  affected, correct?

13         MR. GRIFFIS: Objection. It doesn't say

14  that.

15         THE WITNESS: That -- that is what he

16  said.

17         MS. WAGSTAFF: Okay.

18         THE WITNESS: But I don't agree with what

19  he said because --

20  BY MS. WAGSTAFF:

21      Q   That's -- you can -- that's fine if you

22  don't agree with what he said. I'm just -- that's

23  what he told Monsanto, correct?

24      A   That's what he told Monsanto, yes.

25      Q   Okay. All right. I have -- we're done