# EXHIBIT 12



Search...                  A-Z Index

Health & Environment     +

Pest Control     +

Pesticide Products     +

Pesticide Incidents     +

Emergency     +

You are here: **NPIC Home Page** ➡ About NPIC

# About NPIC

NPIC provides objective, science-based information about pesticides and pesticide-related topics to enable people to make informed decisions about pesticides and their use. NPIC is a cooperative agreement between Oregon State University and the U.S. Environmental Protection Agency.

## The objectives of NPIC are:

1. To serve as a factual source of information for diverse professional and public audiences on pesticide-related issues;
2. To operate a toll-free, bi-lingual telephone information service for all callers in the United States and its territories, Monday through Friday at least 4 hours per day, with accessibility to voicemail during closed hours, and ability to address inquiries through e-mail and social media;
3. To develop and maintain English and Spanish websites accessible to broad audiences and host NPIC original content, state-of-the-art information technology tools and links to unbiased and authoritative sources of information about pesticides;
4. To collect robust pesticide incident data through systematic protocols and to disseminate the information through scheduled reporting and by request from U.S. EPA and partner agencies;
5. To conduct our service professionally, with an emphasis on teamwork, integrity and accountability, and a strong commitment to collaboration and exceptional customer service.

 Click on the headphone icon to the left to download and listen to a short **PestiByte PODcast** describing NPIC services. Look for the PestiByte

### Related Topics:

**Contact Us**
**NPIC Publications**
**NPIC Disclaimers**
**Media Kit**

#### What are pests?

**Learn about a pest**
**Identify a pest**
**Control a pest**
**Integrated Pest Management**

#### What are pesticides?

**Herbicides**
**Disinfectants**
**Fungicides**
**Insecticides**
**Natural and Biological Pesticides**
**Repellents**
**Rodenticides**
**Other types of pesticides**

**Disponible en español**

headphone icon on other pages, including **Common Pesticide Questions** page for **more PODcast downloads!**



## Foreign Language Capability:

NPIC can assist people in over 240 different **languages** through the use of an over-the-phone language service with staff trained in medical and scientific terminology. This same service is used by numerous poison control centers across the United States.

## NPIC Publications:

NPIC produces many types of **publications** including research papers, **frequently asked questions**, **annual reports**, **outreach materials**, **podcasts** and other resources available to the public. Click **here** to see a complete list of publications.

---

## About the NPIC Web Site



All the pages in this site contain valid **HTML 4.01 Strict** and valid **CSS**



All the pages in this site conform to W3C's "Web Content Accessibility Guidelines 1.0", level Double-A.

If you have questions about this, or any pesticide-related topic, please call NPIC at **1-800-858-7378** (8:00am - 12:00pm PST), or email us at **npic@ace.orst.edu**.

Last updated March 20, 2017

Please read our **disclaimer** | **Contact us** | **About NPIC** | **En español**

**NPIC** provides objective, science-based information about pesticides and pesticide-related topics to enable people to make informed decisions. NPIC is a cooperative agreement between **Oregon State University** and the **U.S. Environmental Protection Agency** (cooperative agreement #X8-83560101). The information in this publication does not in any way replace or supersede the restrictions, precautions, directions, or other information on the pesticide label or any other regulatory requirements, nor does it necessarily reflect the position of the U.S. EPA.