**EXHIBIT 13**

An official website of the United States government.

Due to a lapse in appropriations, EPA websites will not be regularly updated. In the event of an environmental emergency imminently threatening the safety of human life or where necessary to protect certain property, the EPA website will be updated with appropriate information. Please note that all information on the EPA website may not be up to date, and transactions and inquiries submitted to the EPA website may not be processed or responded to until appropriations are enacted.

Close

We've made some changes to EPA.gov. If the information you are looking for is not here, you may be able to find it on the EPA Web Archive or the January 19, 2017 Web Snapshot.



# Pesticides Must be Registered with EPA

Pesticides must be registered with EPA unless they meet the criteria for a minimum risk pesticide. EPA evaluates pesticides to ensure that when they are used according to label directions they will not harm people, non-target species or the environment. Our evaluation includes assuring that using the pesticide according to label directions does not pose risks to vulnerable populations, including children and pregnant women.

EPA examines:

- the ingredients of a pesticide;
- where it will be used (e.g., in the home or on food);
- the amount, frequency and timing of its use; and
- how it will be discarded or stored. Read about:
    - Safe storage of pesticides.
    - How to dispose of pesticides.

Companies are required to submit to EPA for review information about the health effects of pesticides, including:

- cancer,
- reproductive effects,
- neurological effects, and
- acute and chronic toxic effects.

EPA also funds pesticide research engaging the nation's best scientists and engineers to improve knowledge about how we are exposed to pesticides and their health effects.

Once registered, pesticides are periodically reviewed for safety. If new concerns arise, EPA can change the conditions for using them or cancel their registrations.

It is illegal to use a pesticide product inconsistent with its label directions.

In addition, there are a variety of illegal, unregistered pesticide products in the marketplace that can pose risks to you and your family. Learn more about the risks of these products and how to avoid them.

Tips for reducing pesticide impacts on wildlife.

# Information on Health Risks of Pesticides

EPA has a cooperative agreement with Oregon State University, which operates The National Pesticide Information Center (NPIC). This center provides objective, science-based information about a variety of pesticide-related subjects, including pesticide products, recognition and management of pesticide poisonings, toxicology, and environmental chemistry. NPIC also lists state pesticide regulatory agencies, and provides links to their Web sites NPIC can be contacted at: 1-800-858-7378 or by email at npic@ace.orst.edu.

For more information, visit the NPIC website.    EXIT

LAST UPDATED ON JUNE 19, 2017