**EXHIBIT 14**



Search...  A-Z Index

Health & Environment +

Pest Control +

Pesticide Products +

Pesticide Incidents +

Emergency +



You are here: **NPIC Home Page** ➜ **Pesticide Ingredients** ➜ **Active Ingredients** ➜ **Active Ingredient Fact Sheets** ➜ Glyphosate General Fact Sheet

# Glyphosate

## General Fact Sheet

- **What is glyphosate?**
- **What are some products that contain glyphosate?**
- **How does glyphosate work?**
- **How might I be exposed to glyphosate?**
- **What are some signs and symptoms from a brief exposure to glyphosate?**
- **What happens to glyphosate when it enters the body?**
- **Is glyphosate likely to contribute to the development of cancer?**
- **Has anyone studied non-cancer effects from long-term exposure to glyphosate?**
- **Are children more sensitive to glyphosate than adults?**
- **What happens to glyphosate in the environment?**
- **Can glyphosate affect birds, fish, and other wildlife?**

### What is glyphosate?

Related Topics:

**Glyphosate Overview**

**PDF Version**

What are pests?

**Learn about a pest**
**Identify a pest**
**Control a pest**
**Integrated Pest Management**

What are pesticides?

**Herbicides**
**Disinfectants**
**Fungicides**
**Insecticides**
**Natural and Biological Pesticides**
**Repellents**
**Rodenticides**



**Other types of pesticides**

Glyphosate is an herbicide. It is applied to the leaves of plants to kill both broadleaf plants and grasses. The sodium salt form of glyphosate is used to regulate plant growth and ripen fruit.

Glyphosate was first registered for use in the U.S. in 1974. Glyphosate is one of the most widely used herbicides in the United States. People apply it in agriculture and forestry, on lawns and gardens, and for weeds in industrial areas. Some products containing glyphosate control aquatic plants.

### What are some products that contain glyphosate?

Glyphosate comes in many forms, including an acid and several salts. These can be either solids or an amber-colored liquid. There are over 750 products containing glyphosate for sale in the United States.

Always follow label instructions and take steps to avoid exposure. If any exposures occur, be sure to follow the First Aid instructions on the product label carefully. For additional treatment advice, contact the Poison Control Center at 1-800-222-1222. If you wish to discuss a pesticide problem, please call 1-800-858-7378.

### How does glyphosate work?

Glyphosate is a non-selective herbicide, meaning it will kill most plants. It prevents the plants from making certain proteins that are needed for plant growth. Glyphosate stops a specific enzyme pathway, the shikimic acid pathway. The shikimic acid pathway is necessary for plants and some microorganisms.

### How might I be exposed to glyphosate?

You can be exposed to glyphosate if you get it on your skin, in your eyes or breathe it in when you are using it. You might swallow some glyphosate if you eat or smoke after applying it without washing your hands first. You may also be exposed if you touch plants that are still wet with spray. Glyphosate isn't likely to vaporize after it is sprayed.



### What are some signs and symptoms from a brief exposure to glyphosate?

Pure glyphosate is low in toxicity, but products usually contain other ingredients that help the glyphosate get into the plants. The other ingredients in the product can make the product more toxic. Products containing glyphosate may cause eye or skin irritation. People who breathed in spray mist from products containing glyphosate felt irritation in their nose and throat. Swallowing products with glyphosate can cause increased saliva, burns in the mouth and throat, nausea, vomiting, and diarrhea. Fatalities have been reported in cases of intentional ingestion.

**Pets** may be at risk if they touch or eat plants that are still wet with spray from products containing glyphosate. Animals exposed to products with glyphosate may drool, vomit, have diarrhea, lose their appetite, or seem sleepy.

### What happens to glyphosate when it enters the body?

In humans, glyphosate does not easily pass through the skin. Glyphosate that is absorbed or ingested will pass through the body relatively quickly. The vast majority of glyphosate leaves the body in urine and feces without being changed into another chemical.



### Is glyphosate likely to contribute to the development of cancer?

When high doses were administered to laboratory animals, some studies suggest that glyphosate has carcinogenic potential. Studies on cancer rates in people have provided conflicting results on whether the use of glyphosate containing products is associated with cancer. Some studies have associated glyphosate use with non-Hodgkin lymphoma.

### Has anyone studied non-cancer effects from long-term exposure to glyphosate?

Glyphosate exposure has been linked to developmental and reproductive effects at high doses that were administered to rats repeatedly during pregnancy. These doses made the mother rats sick. The rat fetuses gained weight more slowly, and some fetuses had skeletal defects. These effects were not observed at lower doses.

No information was found linking exposure to glyphosate with asthma or other diseases.

### Are children more sensitive to glyphosate than adults?

While **children may be especially sensitive to pesticides** compared to adults, there are currently no data showing that children have increased sensitivity specifically to glyphosate.

### What happens to glyphosate in the environment?

Glyphosate binds tightly to soil. It can persist in soil for up to 6 months depending on the climate and the type of soil it is in. Glyphosate is broken down by bacteria in the soil.

Glyphosate is not likely to get into groundwater because it binds tightly to soil. In one study, **half** the glyphosate in dead leaves broke down in 8 or 9 days. Another study found that some glyphosate was taken up by carrots and lettuce after the soil was treated with it.

### Can glyphosate affect birds, fish, or other wildlife?



Pure glyphosate is low in toxicity to fish and wildlife, but some products containing glyphosate may be toxic because of the other ingredients in them. Glyphosate may affect fish and wildlife indirectly because killing the plants alters the animals' habitat.

### Where can I get more information?

For more detailed information about glyphosate please visit the list of **referenced resources** or call the National Pesticide Information Center, Monday - Friday, between 8:00am - 12:00pm Pacific Time (11:00am - 3:00pm Eastern Time) at 1-800-858-7378 or visit us on the web at **http://npic.orst.edu**. NPIC provides objective, science-based answers to questions about pesticides.

Please cite as: Henderson, A. M.; Gervais, J. A.; Luukinen, B.; Buhl, K.; Stone, D. 2010. *Glyphosate General Fact Sheet*; National Pesticide Information Center, Oregon State University Extension Services. http://npic.orst.edu/factsheets/glyphogen.html.

**Date Reviewed: 2015**

NPIC fact sheets are designed to answer questions that are commonly asked by the general public about pesticides that are regulated by the U.S. Environmental Protection Agency (U.S. EPA). This document is intended to be educational in nature and helpful to consumers for making decisions about pesticide use.



Please read our **disclaimer** | **Contact us** | **About NPIC** | **En español**

**NPIC** provides objective, science-based information about pesticides and pesticide-related topics to enable people to make informed decisions. NPIC is a cooperative agreement between **Oregon State University** and the **U.S. Environmental Protection Agency** (cooperative agreement #X8-83560101). The information in this publication does not in any way replace or supersede the restrictions, precautions, directions, or other information on the pesticide label or any other regulatory requirements, nor does it necessarily reflect the position of the U.S. EPA.