**EXHIBIT 15**



Revised August 2017

# Label Review Manual

Chapter 15: Company Name and Address



Note that:

- If more than one company is given, appropriate qualifiers should be used.

- The company name cannot be abbreviated unless it is easily-recognizable as an abbreviation of its full name.

- If the company name is "a division of", "a subsidiary of", "c/o" (care of), or "dba" (d/b/a or doing business as) another company, the name(s) given on the label should match the Agency's records.

- The company address should include the street address and/or PO Box™, plus ZIP Code™ of the location where correspondence may be sent.

- An authorized, designated agent's name and address may be used instead of or in addition to the company's name and address.

- For foreign registrants, the United States address of record may be used instead of or in addition to the foreign address.

## V. Non-emergency telephone number

The Agency strongly encourages that labels include a company telephone number or a toll-free hotline number that allows users to obtain additional product information. PR Notice 97-4. This is intended for non-emergency product information and is different from the emergency treatment information number (e.g. poison control) that is listed under the First Aid section.

As an option, the National Pesticide Information Center (NPIC) hotline number may be used, with the suggested statement:

> "For information on this pesticide product (including general health concerns or pesticide incidents), call the National Pesticide Information Center at 1-800-858-7378, Monday through Friday, 8:00 AM to 12:00 PM Pacific Standard Time. In the event of a medical emergency, call your poison control center at 1-800-222-1222."

✱ Note that the NPIC, formerly called the National Pesticide Telecommunications Network (NPTN), has decreased their hours of operation from 6:30 AM to 4:30 PM PST seven days a week to 8:00 AM to 12:00 PM PST Monday through Friday. However, NPIC staff will typically respond to all inquiries received through voice mail, email, or social media within one business day.