**EXHIBIT 16**

Case 3:16-md-02741-VC   Document 2559-17   Filed 01/25/19   Page 2 of 9

United States Environmental
Protection Agency
Office of Pesticide Programs

EPA 735K13001



# Recognition and Management of Pesticide Poisonings



**Sixth Edition**

# RECOGNITION AND MANAGEMENT OF PESTICIDE POISONINGS

*Sixth Edition • 2013*

**James R. Roberts, M.D., M.P.H.**
*Professor of Pediatrics, Medical University of South Carolina*

**J. Routt Reigart, M.D.**
*Professor Emeritus, Medical University of South Carolina*

**Support for this publication was provided by:**
Office of Pesticide Programs
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW (7506P)
Washington, DC 20460

**To access the electronic version of this manual please visit:**
http://www2.epa.gov/pesticide-worker-safety

This manual was developed under Cooperative Agreement No. X8-83384201, awarded by the U.S. Environmental Protection Agency (EPA) to the Medical University of South Carolina. The design and printing of this manual was facilitated by the National Association of State Departments of Agriculture Research Foundation (NASDARF) under the NASDARF Cooperative Agreement with EPA, No. X8-83456201. The information in this publication does not in any way replace or supersede the restrictions, precautions, directions or other information on the pesticide label or any other regulatory requirements, nor does it necessarily reflect the position of the EPA.

## Acknowledgments

We would like to thank the Environmental Protection Agency's Office of Pesticide Programs for providing the opportunity to collaborate on this sixth edition of *Recognition and Management of Pesticide Poisonings*. We are particularly grateful to Kevin Keaney, Chief of the Pesticide Worker Safety Program, who provided the vision and support for the continuation of this manual. Elizabeth Evans, M.P.H., Environmental Protection Specialist in the Pesticide Worker Safety Program, was our project officer and provided constant oversight and assistance. We thank Khin Swe Oo, M.D., D.A.B.T., from the Toxicology and Epidemiology Branch of OPP's Health Effects Division for serving as the lead EPA final technical reviewer for all chapters. Dian D. Overbey, Environmental Protection Specialist in the Communication Services Branch, provided copy editing.

Amy K. Liebman, M.P.A., M.A., Director of Environmental and Occupational Health, Migrant Clinicians Network; Geoffrey M. Calvert, M.D., M.P.H., Senior Medical Officer with the National Institute for Occupational Safety & Health's Division of Surveillance, Hazard Evaluations, and Field Studies; and Elizabeth Evans from EPA served as co-authors on Chapter 1, *Introduction* and Chapter 2, *Making the Diagnosis*.

This edition was peer reviewed by experts in clinical toxicology. We greatly appreciate the efforts of the following reviewers:

Alvin C. Bronstein M.D., F.A.C.E.P.
Medical and Managing Director
Rocky Mountain Poison and Drug Center
Denver Health and Hospital Authority
Associate Professor
Department of Emergency Medicine
University of Colorado School of Medicine
Denver, Colorado

Catherine J. Karr, M.D., Ph.D.
Associate Professor
Departments of Pediatrics and Environmental
    & Occupational Health Sciences
University of Washington
Director, NW Pediatric Environmental
Health Specialty Unit
Seattle, Washington

Caroline Cox, M.S.
Research Director
Center for Environmental Health
Oakland, California

Matthew C. Keifer, M.D., M.P.H.
Director, National Farm Medicine Center
Marshfield Clinic Research Foundation
Marshfield, Wisconsin

Tammi H. Schaeffer, D.O., F.A.C.M.T.
Medical Toxicologist
Rocky Mountain Poison and Drug Center
Denver Health and Hospital Authority
Assistant Professor
Department of Emergency Medicine
University of Colorado School of Medicine
Denver, Colorado

We are extremely grateful for the assistance of Katie Chamberlain, R.N., in developing this new edition. Ms. Chamberlain was instrumental in cataloguing electronic versions of all of the references from the previous edition, securing and organizing the new references, communicating with reviewers and providing editorial review. It is an understatement to say that she made this process easier than anticipated.

Sally D. O'Neal was responsible for additional editing, graphic design and formatting of this manual. Carol Black and the National Association of State Departments of Agriculture Research Foundation (NASDARF) provided financial support for the design and printing of this manual.

*Bottom color photo on the cover (clinician and worker) © earldotter.com, courtesy Migrant Clinicians Network.*

# Table of Contents

**Section I. General Information**
1. Introduction ..................................................................................................... 2
2. Making the Diagnosis ................................................................................... 13
   a. Data Collection on Acute Pesticide Exposed Patient ........................... 26
3. General Principles in the Management of Acute Pesticide Poisonings ...... 29

**Section II. Insecticides**
4. Pyrethrins and Pyrethroids .......................................................................... 38
5. Organophosphate Insecticides ..................................................................... 43
6. N-Methyl Carbamate Insecticides ............................................................... 56
7. Organochlorines ........................................................................................... 63
8. Biologicals and Insecticides of Biological Origin ...................................... 70
9. Other Insecticides and Acaricides ............................................................... 80

**Section III. Herbicides**
10. Chlorophenoxy Herbicides .......................................................................... 98
11. Pentachlorophenol and Dinitrophenolic Pesticides .................................. 103
12. Paraquat and Diquat ................................................................................... 110
13. Other Herbicides ........................................................................................ 118

**Section IV. Other Pesticides**
14. Insect Repellents ........................................................................................ 128
15. Arsenical Pesticides ................................................................................... 135
16. Fungicides .................................................................................................. 143
17. Fumigants ................................................................................................... 161
18. Rodenticides ............................................................................................... 173
19. Miscellaneous Pesticides, Synergists, Solvents and Adjuvants ............... 188
20. Disinfectants .............................................................................................. 200

**Section V. Chronic Effects**
21. Chronic Effects .......................................................................................... 212

**Section VI. Appendixes**
Appendix A: Detailed Occupational/Environmental Exposure History .......... 240
Appendix B: Key Competencies for Clinicians ............................................... 242

**Section VII. Indexes**
Index of Signs and Symptoms of Acute Poisoning ......................................... 244
Index of Pesticide Products .............................................................................. 257

# Tables and Figures

**Dosage Tables** *(in alphabetical order)*

| | |
|---|---|
| Activated Charcoal | 32 |
| Atropine | 48, 58 |
| Atropine Sulfate | 75, 77 |
| BAL | 138 |
| Bentonite | 114 |
| Calcitonin | 183 |
| Calcium Chloride | 87 |
| Calcium Disodium EDTA | 156 |
| Calcium Gluconate | 86, 181 |
| Cholestryamine Resin | 67 |
| D-penicillamine | 139 |
| DMSA (Succimer) | 139 |
| Diazepam | 34, 66, 168 |
| Dimercaprol (BAL) | 138 |
| Fuller's Earth | 114 |
| Glucocorticoids | 183 |
| Lorazepam | 33 |
| Magnesium Sulfate | 169 |
| Methylene Blue | 88, 125, 152, 191, 195 |
| Morphine Sulfate | 116 |
| Mucomyst | 168 |
| Phenobarbitol | 34 |
| Pralidoxime | 50 |
| Prednisone | 183 |
| Propofol | 34 |
| Prussian Blue | 179 |
| Sodium Thiosulfate | 194 |
| Succimer | 139 |
| Vitamin $K_1$ | 176 |

**Figures** *(in order of appearance)*

| | |
|---|---|
| Pesticide Label Organization, Front | 19 |
| Pesticide Label Organization, Back | 20 |
| National Poison Data System Human Pesticide Exposure Cases 2000-2010 | 29 |

**Tables** *(in order of appearance)*

| | |
|---|---|
| Pesticides Most Often Implicated in Acute Occupational Pesticide-Related Illness 2005-2009 | 6 |
| Pesticide Exposures Most Commonly Reported to National Poison Data System | 7 |
| Summary of California Pesticide Exposures 2005-2009 | 8 |
| Data Collection on an Acute Pesticide Exposed Patient | 26 |
| Gastric Lavage Contraindications | 31 |
| Potential Effects of Various Herbicides | 120 |

# Section I
# GENERAL INFORMATION

Introduction • 2
Making the Diagnosis • 13
*Data Collection on Acute Pesticide Exposed Patient • 26*
General Principles in the Management of Acute Pesticide Poisonings • 29

CHAPTER 1

# Introduction

The purpose of this manual is to provide healthcare professionals with current consensus recommendations for treating patients with pesticide-related illnesses or injuries. The Office of Pesticide Programs of the U.S. Environmental Protection Agency has sponsored the series since 1973. The 5th edition of this manual was published in 1999; since then, much has changed with regard to the pesticide products on the market. Most indoor uses of organophosphates have been eliminated, and a combination of EPA risk mitigation actions has limited their use on food crops. Pyrethroids have largely replaced organophosphates for residential pest control. While this conversion is beneficial in that the risk to human health is lower with this relatively less acutely toxic class of pesticide, it introduces a new set of health issues for consideration. Many new pesticide products have been registered and are not necessarily widely known among health professionals. This 6th edition includes a chapter that explores potential association between low-level exposure to pesticides over time and chronic diseases.



*Treatments for pesticide exposure carry health risks of their own.*

There is general agreement that *prevention* of pesticide poisoning remains a much surer path to safety and health than reliance on treatment. In addition to the inherent toxicity of pesticides, none of the medical procedures or drugs used in treating poisonings is risk free. In fact, many antidotes are toxic in their own right, and such apparently simple procedures as gastric intubation involve substantial risk. The clinician must weigh the hazards of various courses of action (including no treatment at all) against the risks of various interventions, such as gastric emptying, catharsis, administration of intravenous fluids or administration of an antidote, if available. Clinical management decisions have to be made promptly and, as often as not, on the basis of limited scientific and medical information. The complex circumstances of human poisonings rarely allow for precise comparisons of alternative management strategies. Therefore, it is important for the reader to keep in mind that the treatment recommendations in this book do not guarantee successful outcomes. They are merely consensus judgments of the best available clinical management options. Clinical toxicology is a dynamic field of medicine; new treatment methods are developed regularly, and the effectiveness of old as well as new modalities is subject to constant critical review.

CHAPTER 21
Chronic Effects

*Tumors of the prostate, pancreas, kidney and breast have been among the more consistently reported findings.*

### Associations between Pesticides and Cancer in Adults

Bassil et al. conducted a systematic review of cancer and pesticides, which included studies of children and of adults. Each study was evaluated for methodological quality by two trained reviewers using a standardized assessment tool with a high inter-rater reliability. Only studies with a global rating of 4 or higher were included in the review.[2]

Many of the studies evaluating relationships between cancers in adults and pesticides are conducted in the occupational setting. Associations between pesticide exposure and the development of leukemia and non-Hodgkin lymphoma were noted in most studies. Solid tumors of the prostate, pancreas, kidney and breast were among the more consistently reported findings in studies of adults. As was noted in numerous studies of childhood outcomes, ascertainment of whether exposure actually occurred and the amount of exposure are recurring weaknesses in adult studies.

#### Non-Hodgkin Lymphoma and Other Hematopoietic Cancers

Of the 27 studies on non-Hodgkin lymphoma (NHL) that met quality criteria in the Bassil review, 23 found positive associations. Almost half of these studies were conducted in adult cohorts of various occupational groups including farmers, pesticide applicators, landscapers and those who worked in pesticide manufacturing. Ten of the 12 cohort studies reported a positive association, with four reaching statistical significance. One of the larger cohort studies demonstrated a relative risk RR of 2.1, 95% CI, 1.1-3.9. Eleven of the 13 case-control studies (excludes one positive study in children) also demonstrated an association between occupational exposure and NHL, with 7 reaching statistical significance. Multiple classes of pesticides were implicated.[2]

A separate meta-analysis of case-control studies examining the relationship between pesticide exposure and hematopoietic cancers was published in 2007. The authors reviewed 36 case-control studies. After excluding studies with methodological flaws or data concerns, a study that included non-hematopoietic cancers and a study written in Italian, 13 studies remained for analysis. The cancers assessed in the meta-analysis were NHL, leukemia and multiple myeloma.[72] The overall meta-OR for NHL was 1.35, 95% CI, 1.2-1.5. An increased risk for leukemia and multiple myeloma was also demonstrated, though both were just short of reaching statistical significance (OR = 1.35, 95% CI, 0.9-1.2 and OR = 1.16, 95% CI, 0.99-1.36). The authors also conducted a meta-regression to account for the heterogeneity among the studies. They found that exposure for longer than 10 years increased the risk for all hematopoietic cancers (mOR = 2.18, 95% CI, 1.43-3.35) and for NHL (mOR = 1.65, 95% CI, 1.08-2.51).[72]

As with other cancer epidemiologic studies discussed above, the major limitation was the lack of sufficient exposure information in many of the studies. Additionally, the cohort studies in the above meta-analysis only listed the class of pesticide and the corresponding OR (herbicides or insecticides) rather than the individual pesticide.[72] Other individual studies have demonstrated risks from certain specific pesticides. One well-designed cohort study reported risks associated with mecoprop, a chlorophenoxy herbicide.[73] Another study demonstrated risks from another chlorophenoxy herbicide — methyl phenoxyacetic acid (MCPA) — and from glyphosate.[74] Another study demonstrated a significant increased risk of NHL for subjects exposed to 2,4-D.[75] The Agricultural Health Study demonstrated a risk of developing leukemia following exposure to diazinon.[76]

#### Prostate Cancer

It has been suspected that pesticide exposure may be associated with prostate cancer. This association may be related to hormonally active pesticides, known as endocrine

222