# EXHIBIT 24

Message

| | |
|---|---|
| **From:** | HEYDENS, WILLIAM F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| **Sent:** | 5/26/1999 2:09:18 PM |
| **To:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@monsanto.com] |
| **Subject:** | RE: FW: SCIENTIFIC OUTREACH COUNCIL MEETING |

▓▓

I thought you were in the loop on what Jerry was trying to accomplish with setting up this 'Scientific Outreach Plan'. It's somewhat difficult to explain over e-mail, as the Plan is forming and evolving as we go along. But basically, Jerry wants to make sure we have the people and information in place to resolve issues related to biotechnology, including Roundup. An underlying concept is that our opponents are extremely well Networked but we are not.

Western Europe is the first priority for obvious reasons, but the plan is to cover the whole world.

Elements of the network/plan include, but are not necessarily limited to:

1) Monsanto people who are responsible for dissemination and coordination of scientific information within and outside of Monsanto. They will also play a role in establishing & 'managing' relationships with outside experts. Some of these will be full-time dedicated headcount and some will be part-time (the good ol' Monsanto way of doing things - give people an extra job). Initially, Jerry talked about adding 4 full time people to Europe for this role and 1 in STL - I don't know if this has changed. It is my understanding that ▓▓▓▓▓▓▓▓ will have an overall coordination role for Western Europe.

2) Outside scientific experts who are influential at driving science, regulators, public opinion, etc. We would have they people directly or indirectly/behind-the-scenes work on our behalf.

3) Presentations/publications in the scientific literature. Get our data out there so it can be referenced and used to counter-balance the negative stuff. In some cases, we may want to publish specific work in certain world areas to help out in that region. We may use our experts as authors (eg. the CanTox project in which you were fortunate enough to participate).

4) Projects/studies to generate critical, lacking data.

I would really like you to participate so you can critically evaluate if we are doing the right things. As a seasoned veteran who is on the ground in the middle of this mess, you are in the best position to provide thoughts and ideas. If you think we have Roundup reasonably covered, then fine. But we need to go through the process of making a systematic, detailed analysis and document it to adequately support such a conclusion.

As far as how we get "people to get up and shout Glyphosate is Non-toxic", I think Jerry recognizes this will be different in specific situations/locations. The key here is to determine what is best in Western Europ and then do it.

Prior to the phone conference, I'll send out what ideas and ongoing projects we have so far. Hopefully this will stimulate some thinking and make the task easier.

Thanks.

Bill

-----Original Message-----
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Monday, May 24, 1999 1:15 PM
To: HEYDENS, WILLIAM F [FND/1000]
Subject: RE: FW: SCIENTIFIC OUTREACH COUNCIL MEETING

> It is difficult to understand what is the purpose without knowing the
> goals/remit of this group. As far as I know ▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓
> ▓▓▓▓ know the key scientists, so I do not know if I add much.
>  In fact many Eurpean scientific advisors zealously guard their
> independance and the only way to them is through their research work.
>
> On the tox front we have access routes to ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓
> Jim Parry.With John Jacksons and ▓▓▓ networks we seem pretty tight
> on the regulatory defence front.

MONGLY00904009

If we want people to get up and shout Glyphosate is Non-toxic then I
think we may have to divorce Monsanto from direct association with the
expert or we will waste the $1000/ day these guys are charging.

_____ Reply Separator _____
Subject: FW: SCIENTIFIC OUTREACH COUNCIL MEETING
Author:  WILLIAM F HEYDENS at Exchange
Date:    24/05/99 16:52

All,

At the last Scientific Outreach Council Meeting (meeting minutes from Ed Debus
attached), Jerry Hjelle requested that we put together a plan/strategy for
Glyphosate in Western Europe.  Toward that end, I would like to set up a
conference call so we can begin to scope this out.

Please send your availability to my administrative assistant, Cam Verdin, for
the afternoon (Europe) of the following dates so we can set something up:

    May 27-28
    June 1 - 4
    June 7-10

Thanks.

Bill

-----Original Message-----
From: EDWARD E DEBUS
Sent: Friday, May 07, 1999 5:00 PM
To: JERRY J HJELLE; MARGARET MORRIS; ROY L FUCHS; THOMAS W FUHREMANN;
GEORGE B FULLER; JAMES D ASTWOOD; MONTE A MARSHALL; RASHMI S NAIR;
WILLIAM F HEYDENS; MICHAEL J MCKEE; MARIAN S BLEEKE; [redacted]
HARRIETT H BUTCHKO; [redacted] [redacted]; THOMAS NICKSON
Subject: SCIENTIFIC OUTREACH COUNCIL MEETING


   All, attached are detailed notes from the May 6 Global Scientific
   Outreach Council meeting (GSOC). Hopefully folks not able to attend
   will be able to get a sense of the discussion. I may not have the
   Council address list complete, please let me know who may be missing.

   If there are still corrections/missings for the notes, please let me
   know. I designated leads for the various action items, for some I
   knew, for others I guessed to get the ball rolling, know you will let
   me know if you are not on the hook!!  Please correct as appropriate.
   After further discussions with most of you, I will add target dates to
   the action list.

   If there is a need for corrections, clarifications, please let me
   know. We all agreed this is crticially important to continue to build
   and get into action.

   A summary of Action Items/leads follows:

   * Job description for the SO person for GErmany/Germanic countries -
   [redacted]/Tom N.

   * Glyphosate strategy/plan for Western Europe - [redacted]/ Bill H.

   * Circulate charter of environmental issues team - Monte/Ed

   * Draft Glyphosate Epidemiology white paper/assessment of HArdell work
   - Bill H.

   * Set up next meeting of council - Ed  (Look for first week of June)

   * Survey IARST regarding current SO needs - George

MONGLY00904010

* Implement CE/CIS program - ▇▇▇/Constantin

* Engage Mark Holland to connect to LRP efforts - ED

* Prepare SO plan for Indian Continent - Rashmi/George

* Talk with Searle Information specialist - MAggie

* Suggested Candidates for US information coordinator position to Maggie - all

* Propose new SO model/Counterproposal considering needs in Asia/Latin America - George/Rashmi

* Prepare list of internal experts - Ed ( If one exists please send to Ed)

* Formulate draft goal document for Asia and Latin America - George

* Copy of draft animal feed manuscript to Jerry ASAP- Jim (Send final draft to Ed when completed)

* Draft goal/scope document to enhance product benefit information - Monte/Ed

* Compile a Global SO Goals document, including 1999/2000 budget information - first draft in 1 month - Ed/All

MONGLY00904011