# EXHIBIT 29

Confidential - Subject to Protective Order

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3   -----------------------------x

 4   IN RE: ROUNDUP PRODUCTS         ) MDL No. 2741

 5   LIABILITY LITIGATION            )

 6                                   ) Case No.

 7   _____) 16-md-02741-VC

 8   THIS DOCUMENT RELATES TO ALL    )

 9   CASES                           )

10   _____)

11

12       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

13

14    VIDEOTAPED DEPOSITION OF MARK A. MARTENS, Ph.D.

15                   WASHINGTON, D.C.

16                FRIDAY, APRIL 7, 2017

17                      9:23 A.M.

18

19

20

21

22

23

24

25   Reported by: Leslie A. Todd
```

Confidential - Subject to Protective Order

1  and to see where exactly that we -- both parties

2  could understand what's actually going on, and

3  whether we have an initiation of oxidative damage and

4  whether possible genotoxicity was secondary to the

5  initiation of oxidative damage.

6      Q    Okay.  And I assume by the same token,

7  you never shared -- Monsanto never shared the Parry

8  reports with any regulatory agency.

9      A    That was not -- that was internal, you

10 know, expert to our company, you know, information,

11 and exchange of views, which had as the only

12 objective to inspire Monsanto to do some

13 supplementary research and to better understand the

14 effects that have been published by Peluso and

15 Bolognesi.

16           MS. WAGSTAFF:  Okay.  Strike as

17 nonresponsive.

18 BY MS. WAGSTAFF:

19      Q    My question was, I assume by the same

20 token that Monsanto never shared the Parry report

21 with any regulatory agencies, correct?

22      A    That's correct.

23           MR. GRIFFIS:  The answer was responsive.

24           THE WITNESS:  Yeah.

25 BY MS. WAGSTAFF:

Confidential - Subject to Protective Order

```
 1        Q    And that's the -- MON 35050 is also the
 2   formulation used in the Peluso and the -- the --
 3        A    Bolognesi.
 4        Q    -- Bolognesi paper.
 5        A    Yes.
 6        Q    Right?
 7        A    Yes.
 8        Q    Okay.  And it says:  "The in vivo
 9   genotoxicity finding was cause of concern to
10   regulatory authorities."
11             Correct?
12        A    Yes.
13        Q    Okay.  So now these are your thoughts
14   that the genotoxicity finding in vivo was of concern,
15   correct?
16        A    Yes.
17        Q    Okay.  And this is -- then you're --
18   you're going on to educate these people who are
19   listening to your presentation about the toxicity of
20   surfactants, and you said:  "To better understand the
21   significance, Monsanto undertook research to examine
22   the role of intraperitoneal versus oral, DMSO olive
23   oil versus saline, and then the Italian formulation
24   with and without glyphosate."  Right?
25        A    Yes, exactly.
```