**EXHIBIT 32**

Message

| | |
|---|---|
| **From:** | John Acquavella [.com] |
| **Sent:** | 11/4/2015 4:57:23 PM |
| **To:** | HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=230737] |
| **CC:** | FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=180070] |
| **Subject:** | Re: John, Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting |

Hi Bill/Donna:

The time is fine for me. It is 11:30 AZ time (AZ is on mountain time in the fall/winter and Pacific time in spring/summer).

You guys know me. I can't be a part of deceptive authorship on a presentation or publication. Please note the ICJME guidelines below that everyone goes by to determine what is honest/ethical regarding authorship.

Regards,

John
928-



The International Committee of Medical Journal Editors (ICJME) Recommendations for the Conduct, Reporting, Editing and Publication of Scholarly Work in Medical Journals, states:

<!--[if !supportLists]-->·   <!--[endif]-->Authorship credit should be based on (1) substantial contributions to conception and design, acquisition of data, or analysis and interpretation of data; (2) drafting the article or revising it critically for important intellectual content; (3) final approval of the version to be published and (4) agreement to be accountable for all aspects of the work in ensuring that questions related to the accuracy or integrity of any part of the work are appropriately investigated and resolved.  Authors should meet conditions 1, 2, and 3 and 4.

<!--[if !supportLists]-->·   <!--[endif]-->When a large, multicenter group has conducted the work, the group should identify the individuals who accept direct responsibility for the manuscript.  These individuals should fully meet the criteria for authorship defined above.

<!--[if !supportLists]-->·   <!--[endif]-->Acquisition of funding, collection of data, or general supervision of the research group, alone, does not justify authorship.

<!--[if !supportLists]-->·   <!--[endif]-->**All persons designated as authors should qualify for authorship, and all those who qualify should be listed**.

<!--[if !supportLists]-->·   <!--[endif]-->Each author should have participated sufficiently in the work to take public responsibility for appropriate portions of the content.

**From:** "HEYDENS, WILLIAM F [AG/1000]" <​@monsanto.com>
**Date:** Wednesday, November 4, 2015 at 9:25 AM
**To:** John Acquavella .com>

**Cc:** "FARMER, DONNA R [AG/1000]" <████████@monsanto.com>
**Subject:** RE: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

Hi John,

Any chance that Donna & I could call you at 1:30 PM today our time?
If that doesn't work, how about 1 PM or even 12:30 PM our time?

Thanks,

Bill

**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Tuesday, November 03, 2015 3:34 PM
**To:** 'John Acquavella'
**Subject:** RE: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

John,
We will have to pick this up tomorrow. Sorry.
Bill

-----Original Message-----
**From:** John Acquavella <████████.com>
**Sent:** Tuesday, November 03, 2015 02:55 PM Central Standard Time
**To:** HEYDENS, WILLIAM F [AG/1000]
**Subject:** Re: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

I didn't realize that Bill. Also, I don't think that will be okay with my panelists. We call that ghost writing and it is unethical.

Regards,

John

**From:** "HEYDENS, WILLIAM F [AG/1000]" <████████@monsanto.com>
**Date:** Tuesday, November 3, 2015 at 1:49 PM
**To:** John Acquavella <████████.com>
**Subject:** RE: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

John,

I thought we discussed previously that it was decided by our management that we would not be able to use you or Larry as Panelists/authors because of your prior employment at Monsanto -- was that not your understanding? I'm really sorry if there is any confusion on that...

Bill

**From:** John Acquavella [mailto:█████████.com]
**Sent:** Tuesday, November 03, 2015 2:33 PM
**To:** HEYDENS, WILLIAM F [AG/1000]
**Subject:** Re: John, Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

Bill:

The plan sounds fine. I don't see my name in the author list. I should be where █████ is and he should be later in the alphabetical order.

Regards,

John

**From:** "HEYDENS, WILLIAM F [AG/1000]" <█████████@monsanto.com>
**Date:** Tuesday, November 3, 2015 at 1:09 PM
**To:** John Acquavella <█████████.com>, Larry Kier <████████.com>
**Subject:** John, Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

John, Larry,

I have touched base with Ashley to discuss what the Author list should/could look like for the poster.

Our thoughts:
- Gary Williams as first author as agreed previously
- then those who lead the 4 sub-groups (in the same order as IARC: Exposure, Animal Bioassay, Epidemiology, Genetox/MOA)
  and/or contributed at a higher level in the 4 groups (█████)
- followed by all the other panelists in alphabetical order
- then Ashley is the final author as being the facilitator and having overall oversight responsibilities

So it would look like this:

### Expert Panel Review of the Carcinogenic Potential of the Herbicide Glyphosate

Gary Williams, Keith Solomon, █████, █████, David Brusick, █████, Marilyn Aardema, Michele M. Burns, Joao Lauro Viana de Camargo, David Garabrant, David J. Kirkland, Gary Marsh, Douglas Weed, and Ashley Roberts.

Intertek Scientific & Regulatory Consultancy Services, Mississauga, Ontario Canada.

See any problems from your perspectives?

Thanks,

Bill

MONGLY01030801

This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled

to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and

all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.


All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its

subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".

Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying

this e-mail or any attachment.



The information contained in this email may be subject to the export control laws and regulations of the United States, potentially

including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of

Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information you are obligated to comply with all

applicable U.S. export laws and regulations.

This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and regulations of the United States, potentially

MONGLY01030802

including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information you are obligated to comply with all
applicable U.S. export laws and regulations.


This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information you are obligated to comply with all
applicable U.S. export laws and regulations.

MONGLY01030803