# EXHIBIT 34

**From:**       FARMER, DONNA R [AG/1000]
**Sent:**       Thursday, November 18, 2010 1:50 PM
**To:**         'John DeSesso'
**Subject:**    First half

John,

Attached is the first 46 pages.

I added a section in genotox from the Gasnier study...see a attached a critique we did that I took that from.  Am working on a section for gasiner in the mechanistic section.   Also we cut and pasted in summaries of the POEA surfactant studies.  Attached are more detailed summaries – see Knapp.   For right now I think we should go with POEA surfactants.  I am checking to find out if there are any concerns with using MON 0818 and MON 8109 as well as indicating they are tallow and coco-derived – will get back to you on that as well as sending the remaining pages.  Hope to have them done this afternoon if not will send tomorrow.
[EMBED Outlook.FileAttach][EMBED Outlook.FileAttach][EMBED Outlook.FileAttach]
Regards,

Donna

MONGLY00919381