Message

| | |
|---|---|
| **From:** | Nguyen, Khue [Nguyen.Khue@epa.gov] |
| **Sent:** | 7/25/2016 4:34:26 PM |
| **To:** | JACKSON - GHEISSARI, AMELIA ELIZABETH [AG/1920] [/O=MONSANTO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AEJACK196e] |
| **CC:** | Lowit, Anna [Lowit.Anna@epa.gov]; JENKINS, DANIEL J [AG/1920] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=813004]; PRIVOTT, NATALIE R [AG/1920] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=NRPRIVO] |
| **Subject:** | RE: A Review of the Carcinogenic Potential of Glyphosate by Four Independent Expert Panels and Comparison to the IARC Assessment |

Hi Amelia,

Yes that will be ok. The address here:

Khue Nguyen

Pesticide Re-evaluation Division, Mail code 7805P

One Potomac Yard

2777 South Crystal Drive

Arlington, VA 22202


Khue Nguyen

Chemical Review Manager

Risk Management and Implementation Branch 1

Pesticide Re-evaluation Division

Office of Pesticide Programs, EPA

703-347-0248

Nguyen.khue@epa.gov

**From:** JACKSON - GHEISSARI, AMELIA ELIZABETH [AG/1920] <░░░░░░@monsanto.com]
**Sent:** Monday, July 25, 2016 12:23 PM
**To:** Nguyen, Khue <Nguyen.Khue@epa.gov>
**Cc:** Lowit, Anna <Lowit.Anna@epa.gov>; JENKINS, DANIEL J [AG/1920] <░░░░░░@monsanto.com>; PRIVOTT, NATALIE R [AG/1920] <░░░░░░@monsanto.com>
**Subject:** A Review of the Carcinogenic Potential of Glyphosate by Four Independent Expert Panels and Comparison to the IARC Assessment

Dear Khue,

I asked Dan about emailing the pre-publication of the peer reviewed paper to you. We can't do that because it will make it public property before its publication. We are therefore going to burn a CD this afternoon and Natalie will deliver it for your attention. Trust this is OK.

Once it's published I will send the link to you and Anna.

Thanks for the chat today.

Best wishes,

Amelia


Amelia Jackson-Gheissari PhD

International Regulatory Affairs Manager

Monsanto Company

1300 I Street, NW

Suite 450 East

Washington DC 20005


Office: ░░░░░░

Cell: 

**From:** Nguyen, Khue [mailto:Nguyen.Khue@epa.gov]
**Sent:** Monday, July 25, 2016 9:22 AM
**To:** JACKSON - GHEISSARI, AMELIA ELIZABETH [AG/1920]
**Cc:** Moriarty, Thomas; Anderson, Neil; Lowit, Anna
**Subject:** RE: Hi Khue, are you going to send me an invite, or would you like me to do it?

We use Outlook calendar and it is not possible to add people outside the agency to our calendar invites. You might put something on your calendar as a reminder to yourself. We do not need to be invited. The call is on our calendar.

Thanks,

Khue Nguyen

Chemical Review Manager

Risk Management and Implementation Branch 1

Pesticide Re-evaluation Division

Office of Pesticide Programs, EPA

703-347-0248

Nguyen.khue@epa.gov


**From:** JACKSON - GHEISSARI, AMELIA ELIZABETH [AG/1920] [@monsanto.com]
**Sent:** Friday, July 22, 2016 1:39 PM
**To:** Nguyen, Khue <Nguyen.Khue@epa.gov>
**Subject:** Hi Khue, are you going to send me an invite, or would you like me to do it?

MONGLY03555682

Have a lovely weekend

Amelia

On Jul 22, 2016, at 10:34 AM, Nguyen, Khue <Nguyen.Khue@epa.gov> wrote:

Hi Amelia,

Anna and I are available Monday morning.  How is 11:30 to noon?  I will schedule a half hour and if we go over it will be ok.

Thanks,

Khue Nguyen

Chemical Review Manager

Risk Management and Implementation Branch 1

Pesticide Re-evaluation Division

Office of Pesticide Programs, EPA

703-347-0248

Nguyen.khue@epa.gov

**From:** JACKSON - GHEISSARI, AMELIA ELIZABETH [AG/1920] [███████████████████
████████@monsanto.com]
**Sent:** Thursday, July 21, 2016 7:20 PM
**To:** Nguyen, Khue <Nguyen.Khue@epa.gov>
**Subject:** Brief telecon with Anna and you on glyphosate

Hi Khue,

MONGLY03555683

What would be a good time for a call with Anna and yourself next week please? Monday afternoon I have a doctor's appointment but the rest of the week is OK for me.

Hope you are well, best wishes,

Amelia


Amelia Jackson-Gheissari PhD

International Regulatory Affairs Manager

Monsanto Company

1300 I Street , NW

Suite 450 East

Washington DC 20005


Office: ███████████

Cell: ███████████

This email and any attachments were sent from a Monsanto email account and may contain confidential and/or privileged information. If you are not the intended recipient, please contact the sender and delete this email and any attachments immediately. Any unauthorized use, including disclosing, printing, storing, copying or distributing this email, is prohibited. All emails and attachments sent to or from Monsanto email accounts may be subject to monitoring, reading, and archiving by Monsanto, including its affiliates and subsidiaries, as permitted by applicable law. Thank you.



This email and any attachments were sent from a Monsanto email account and may contain confidential and/or privileged information. If you are not the intended recipient, please contact the sender and delete this email and any attachments immediately. Any unauthorized use, including disclosing, printing, storing, copying or distributing this

email, is prohibited. All emails and attachments sent to or from Monsanto email accounts may be subject to monitoring, reading, and archiving by Monsanto, including its affiliates and subsidiaries, as permitted by applicable law. Thank you.

This email and any attachments were sent from a Monsanto email account and may contain confidential and/or privileged information. If you are not the intended recipient, please contact the sender and delete this email and any attachments immediately. Any unauthorized use, including disclosing, printing, storing, copying or distributing this email, is prohibited. All emails and attachments sent to or from Monsanto email accounts may be subject to monitoring, reading, and archiving by Monsanto, including its affiliates and subsidiaries, as permitted by applicable law. Thank you.

MONGLY03555685