# EXHIBIT 43

Message

| | |
|---|---|
| **From**: | Ashley Roberts Intertek <span style="background:black">████</span>@intertek.com] |
| **Sent**: | 5/9/2016 7:42:09 PM |
| **To**: | HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=230737] |
| **Subject**: | RE: Delaration of interest |
| **Attachments**: | s1-ln2325555795844769-1939656818Hwf1796435302IdV-79825969723255557PDF_HI0001.pdf |

Sorry Bill,

The version I sent you earlier was not the correct version.

Please find the version that was sent to CRT. It included the DOI as outlined below.

Best Wishes

Ashley

**Ashley Roberts, Ph.D.**
Senior Vice President
Food & Nutrition Group
Intertek Scientific & Regulatory Consultancy
Tel:
Fax:
E-mail: ████@intertek.com

2233 Argentia Road, Suite 201
Mississauga, Ontario  Canada L5N 2X7

**From:** HEYDENS, WILLIAM F [AG/1000] [mailto:████@monsanto.com]
**Sent:** May-09-16 3:26 PM
**To:** Ashley Roberts Intertek
**Subject:** FW: Delaration of interest

Ashley, I thought we had moved to the Declaration shown below?

MONGLY02359008

**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Friday, March 11, 2016 1:43 PM
**To:** 'Ashley Roberts Intertek'
**Subject:** RE: Delaration of interest

Hi Ashley,

The litigation statement is OK, with the caveat that we will need to re-examine it right before publication, because it is within the realm of possibility that one or more of the experts could get tapped by attorneys down the road -- I don't expect that to happen, but we need to be cognizant that it could happen.

Yeah, I don't know why there's 'feet-dragging' -- they already saw and approved the important pieces...

Thanks,

Bill

**From:** Ashley Roberts Intertek [mailto:a███████@intertek.com]
**Sent:** Friday, March 11, 2016 12:02 PM
**To:** HEYDENS, WILLIAM F [AG/1000]
**Subject:** RE: Delaration of interest

Hi Bill,

I sent the declaration of interest statement to Roger this morning and he called me to make some revisions. Please see below. He wanted a statement included about litigation procedures so I added a sentence to this effect.

Please could you take a look and let me know if this is okay?

MONGLY02359009

The authors of the manuscript is as shown on the cover page. The authors had sole responsibility for the writing and the content of the article, and the interpretations and opinions expressed in the paper are those of the authors.

Gary Williams, ▮▮▮▮▮▮ David Brusick, João Lauro Viana de Camargo, Helmut Greim, ▮▮▮▮▮▮, Keith Solomon and ▮▮▮▮▮▮ have previously served as independent consultants for the Monsanto Company or the European Glyphosate Task Force. John Acquavella and Larry Kier were previously employees of the Monsanto Company. Marilyn Aardema, Michele Burns, David Garabrant, Gary Marsh, Ashley Roberts and Douglas Weed have not previously been employed the Monsanto Company or previously been involved in any activity involving glyphosate and as such declare no potential conflicts of interest. Furthermore, none of the afore mentioned authors have been involved in any litigation procedures involving glyphosate.

The Expert Panel Members recruitment and evaluation of the data was organized and conducted by Intertek Scientific & Regulatory Consultancy (Intertek). The Expert Panelists acted as consultants for Intertek. Intertek (previously Cantox) is a consultancy firm that provides scientific and regulatory advice, as well as safety and efficacy evaluations for the chemical, food and pharmaceutical industries. While Intertek Scientific & Regulatory Consultancy has not previously worked on glyphosate related matters for the Monsanto company, previous employees of Cantox had worked in this capacity.

Funding for this evaluation was provided by the Monsanto Company which is a primary producer of glyphosate and products containing this active ingredient. Neither any Monsanto company employees nor any attorney reviewed any of the Expert Panel's manuscripts prior to submission to the journal.

I was also hoping to send to Roger today the final introductory paper but I received an email from Doug Weed saying he will look at it over the weekend. It is amazing I thought I had given them a deadline of today!!!

Thanks

Ashley

**Ashley Roberts, Ph.D.**
Senior Vice President
Food & Nutrition Group

Intertek Scientific & Regulatory Consultancy
Tel: ███████████
Fax: ███████████
E-mail: ███████@intertek.com

2233 Argentia Road, Suite 201
Mississauga, Ontario  Canada L5N 2X7


**From:** HEYDENS, WILLIAM F [AG/1000] [mailto:█████████@monsanto.com]
**Sent:** March-10-16 2:09 PM
**To:** Ashley Roberts Intertek
**Subject:** RE: Delaration of interest


Hi Ashley,


I would really like the one phrase retained which is shown below in bold green font.


I understand why you have added the bit about CanTox – agree we should just address it upfront.


Thanks much,


Bill


**From:** Ashley Roberts Intertek [mailto:█████████@intertek.com]
**Sent:** Thursday, March 10, 2016 9:51 AM
**To:** HEYDENS, WILLIAM F [AG/1000]
**Subject:** Delaration of interest
**Importance:** High


Hi Bill,

MONGLY02359011

Please see below. This would be the DOI for the introductory paper. I would then amend the names accordingly for the 4 main articles in the journal.

Please let me know if this works or whether you feel that additional edits are required. I added the bit in about "Cantox", because a Canadian journalist had called out the fact that Ian Munro had previously worked with Monsanto on the glyphosate project, so I did not want this to become a potential issue in the future and thought it best to outline upfront.

Cheers

Ashley

The authors of the manuscript is as shown on the cover page. The authors had sole responsibility for the writing and the content of the article, and the interpretations and opinions expressed in the paper are those of the authors.

Gary Williams, ▮▮▮▮▮, David Brusick, João Lauro Viana de Camargo, Helmut Greim, ▮▮▮▮▮, Keith Solomon and ▮▮▮▮▮ have previously served as independent consultants for the Monsanto Company or the European Glyphosate Task Force. John Acquavella and Larry Kier were previously employees of the Monsanto Company, while Marilyn Aardema, Michele Burns, David Garabrant, Gary Marsh, Ashley Roberts and Douglas Weed declare no potential conflicts of interest.

The Expert Panel Members recruitment and evaluation of the data was organized and conducted by Intertek Scientific & Regulatory Consultancy (Intertek). The Expert Panelists acted as consultants for Intertek. Intertek (previously Cantox) is a consultancy firm that provides scientific and regulatory advice as well as safety and efficacy evaluations for the chemical, food and pharmaceutical industries. While Intertek Scientific & Regulatory Consultancy has not previously worked on glyphosate related matters for the Monsanto company, previous employees of Cantox had worked in this capacity.

Funding for this evaluation was provided by the Monsanto Company which is a primary producer of glyphosate and products containing this active ingredient. Neither Monsanto nor any attorney reviewed any of the Expert Panel's manuscripts prior to submission to the journal.

Valued Quality. Delivered.

CONFIDENTIALITY NOTICE

This email may contain confidential or privileged information, if you are not the intended recipient, or the person responsible for delivering the message to the intended recipient then please notify us by return email immediately. Should you have received this email in error then you should not copy this for any purpose nor disclose its contents to any other person.

http://www.intertek.com

This e-mail message may contain privileged and/or confidential information, and is
intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the
sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-
mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and
archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the
presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any
such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and
regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions
regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information
you are obligated to comply with all
applicable U.S. export laws and regulations.




This email and any attachments were sent from a Monsanto email account and may contain
confidential and/or privileged information. If you are not the intended recipient, please
contact the sender and delete this email and any attachments immediately. Any
unauthorized use, including disclosing, printing, storing, copying or distributing this
email, is prohibited. All emails and attachments sent to or from Monsanto email accounts
may be subject to monitoring, reading, and archiving by Monsanto, including its
affiliates and subsidiaries, as permitted by applicable law. Thank you.

MONGLY02359014