**EXHIBIT 54**

Draft Feb 23, 2015

# Glyphosate: IARC

## INTRODUCTION

The International Agency for Research on Cancer (IARC), part of the World Health Organization, coordinates and conducts both epidemiological and laboratory research into the causes of human cancer. It also evaluates the carcinogenic potential of individual substances based only on publicly available information. While glyphosate has been a low priority for evaluation by IARC for more than two decades, it was nominated for review in mid-April 2014.

After learning of the ~~nomination~~ selection of glyphosate for review in September, the regulatory team's initial focus was publishing safety studies that were not yet in the public domain. All research had to be published or accepted for publication by Feb. 3, 2015 to be considered in the IARC review. Regulatory Affairs has shared these recent publications with IARC and is continuing to share directly with panelists and observers.

> **Comment [wh1]:** No – contact with panelists ('Members')is not allowed
>
> **Comment [wh2]:** And key regulators

IARC has a history of questionable and politically charged rulings on the carcinogenic properties of products such as cell phones, coffee and caffeine. We should assume and prepare for the outcome of a 2B rating (*possible* human carcinogen); a 2A rating (*probable* human carcinogen) is possible but less likely.

It is possible that IARC's decision will impact future regulatory decision making. Regulatory is not aware of a situation where a regulatory body took a different position than IARC. Competent authorities for regulating pesticides and assessing chemical hazard typically evaluate a broader range of studies and make their own decisions. They also use the most broadly accepted hazard classification system, the Globally Harmonized System, which differs significantly from that used by IARC. Thus IARC classifications can readily differ from those of ~~other~~ regulatory bodies. This could further delay the U.S. EPA review.

> **Formatted:** Complex Script Font: +Body (Calibri), 10 pt, Highlight
>
> **Comment [wh3]:** No GHS doesn't play into this. I would say "more broadly accepted 'Weight-of-Evidence' approach to evaluate carcinogenic potential, which…"
>
> **Comment [k4]:** and EU? Canada? Japan?

The IARC meeting where glyphosate will be reviewed and the decision will be made will occur March 3-10, 2015. IARC will post its decision soon after on its website ([ HYPERLINK "http://www.iarc.fr/" ]). We are already seeing activists increase allegations against the Roundup brand (ilo glyphosate) and link those allegations directly to GM crops. We anticipate this will increase with the IARC decision. CLI seems to be willing to develop high-level communications around the IARC process to prepare for the publication of the IARC decision. To date, CLA and ECPA have not been engaged; we will need industry support specific to the glyphosate rating.

> **Comment [drf5]:** We asked CLA to nominate an observer to the meeting, while they were supportive there was push back by some of the member companies that this action would supporting a "single ai" we tried to make the case that this is about defending pesticides but that argument didn't work with those companies



"The International Agency for Research on Cancer (IARC) is the specialized cancer agency of the World Health Organization"

## TEAM

| Jen Listello | Reg Affairs – US | LEAD |
|---|---|---|
| Kelly Clauss | Issues Preparedness and Engagement | |
| Linda Dudenhoeffer | Stakeholder Outreach | |
|  | Regulatory Affairs – Global | |
| Bill Heydens | Regulatory Product Safety Assessment / Strategy | |
| Dan Jenkins | U.S. Agency Regulatory Affairs | |
| Kim Link | Issues Preparedness and Engagement | |
| Kim Magin | Industry Affairs | |
| John Vicini | Regulatory Policy / Scientific Affairs | |

MONGLY02913526

Draft Feb 23, 2015

## Glyphosate: IARC

### KEY DELIVERABLES

| Due Date | Who/What | Objective | MON Owner | Status |
|---|---|---|---|---|
| **Pre-Decision/Posting** | | | | |
| Feb 3, 2015 | Deadline for data submission | Update public record with most current and complete data | Bill Heydens | Complete |
| | Monsanto.com/glyphosate | Update to include gly not carcinogen | Bill Reeves Kyel Richard | |
| **Week of Feb. 23-27** | **Planning and Preparation** | | | |
| | Engage Henry Miller | Inoculate / establish public perspective on IARC and reviews | Eric Sachs | |
| | Blog post to reiterating gly not carcinogen/tweets | Establish SM content and amplify scientific studies | Aimee Hood Kim Link Heather McClurg | |
| | Outreach to EPA / IARC participants | Ensure awareness of scientific studies | Dan Jenkins | |
| Prior to March 3 | Contact journals to inquire about press releases for 6 new publications | Amplification of scientific studies | David Saltmiras | |
| | Inform/ Engage Industry Associations | Lead voice in "who is IARC" plus 2B outrage | Kim Link Kelly Clauss Kim Magin | Ongoing |
| | Engage CLI and regional industry associations in communications | Communicate the perspective of the IARC process | Kelly Clauss | Ongoing |
| | Address new allegations | Neutralize impact | Kim Link Charla Lord | Ongoing |
| | Outreach to / collaboration with DAS (2,4D scheduled for IARC review in June 2015) | Maximize efforts / coordinated industry response | Bill Heydens Donna Farmer | Ongoing |
| | Global Reg Affairs (Canada, US, EU, LAS, Brazil, Asia Pacific, India) | Inform ongoing activities for regulator outreach | | Ongoing |
| **Week of March 2-6** | **Implement Inoculation Plan / Continue Preparations** | | | |
| | Engage with experts to plan for publications and other activities in case IARC classification is unfavourable | Respond to the classification and defend at global regulatory | Bill Heydens, Donna Farmer John Acquavella | |

> **Comment [drf6]:** [ HYPERLINK "http://www.monsanto.com/glyphosate/documents/no-evidence-of-carcinogenicity.pdf" ] [ HYPERLINK "http://www.monsanto.com/glyphosate/pages/is-glyphosate-safe.aspx" ] we already have statements and a backgrounder out there that says just that – is this something different?

MONGLY02913527

Draft Feb 23, 2015

## Glyphosate: IARC

|  |  | authorities |  |  |
| --- | --- | --- | --- | --- |
|  | Share SM messages (Twitter, Facebook) | Amplify positive gly content | Kim Link Heather McClurg |  |
|  | Prepare key Monsanto spokespeople | Ensure strong, consistent MON messaging | FH Kelly Clauss |  |
|  | Communicate to employees via ET email and Connection article | Raise awareness and inoculate employees | Jaclyn Pollnow |  |
|  |  |  |  |  |
| **Post-Decision/Posting** | | | | |
| **Week of March 9-13** | **Implementation of Crisis Plan, as necessary** |  |  |  |
| March 10 | Outreach to key stakeholders (utilize discussion guide) | Neutralize impact of decision / gain active support | Linda Dudenhoeffer |  |
| March 10 | Outreach to grower groups (utilize discussion guide, provide key talking points) | Neutralize impact of decision / gain active support | Kim Magin IA colleagues |  |
|  | Outreach to regional regulators | Neutralize impact of decision / gain active support | Dan Jenkins Regional RA |  |
| @ Posting | Publish / amplify blog post on the meaning of the IARC ruling | Ensure MON POV / neutralize SM | Kim Link Charla Lord Heather McClurg |  |
| @ Posting | Add IARC statement to web | Ensure MON POV / neutralize SM | Kyel Richard |  |
| @ Posting | Publish Connection article for employees | Ensure MON POV | Jaclyn Pollnow |  |
| @ Posting | Outreach to ag media | Ensure MON POV in coverage | John Combest |  |

See Attachment A: Communications Plan

### RESOURCES

**EXTERNAL (Glyphosate is not carcinogenic)**
- @EPA concluded in 2013 that "glyphosate does not pose a cancer risk to humans" [ HYPERLINK "http://www.regulations.gov/" \l "!documentDetail;D=EPA-HQ-OPP-2012-0132-0009" ]
- @EPA groups glyphosate in the lowest category E, indicating glyphosate does not pose a cancer risk to humans http://www.epa.gov/oppsrrd1/reregistration/REDs/factsheets/0178fact.pdf
- FAQ #7 Does glyphosate cause cancer? [ HYPERLINK "http://www.monsanto.com/glyphosate/pages/glyphosate-frequently-asked-questions.aspx" \l "seven" ]
- Backgrounder Glyphosate: No evidence of carcinogenicity [ HYPERLINK "http://www.monsanto.com/glyphosate/Documents/no-evidence-of-carcinogenicity.pdf" ]  *Comment [k7]: Ensure Mink link is fixed*
- Discover.com [ HYPERLINK "http://discover.monsanto.com/conversation/question/are-you-ready-to-be-held-accountable-for-the-many-diseases-which-are-caused-by-your-poison-such-as-leaky-gut-syndrome-and-cancer" ]

MONGLY02913528

Draft Feb 23, 2015

## Glyphosate: IARC

- GMOAnswers, Does glyphosate cause cancer? [ HYPERLINK "http://gmoanswers.com/ask/does-glyphosate-cause-cancer" ]
- GMOAnswers, Breast cancer from glyphosate? [ HYPERLINK "http://gmoanswers.com/ask/how-can-you-say-they-are-safe-when-recent-studies-not-conducted-monsanto-show-direct-link-breast" ]
- Science Direct, Epidemiologic studies of glyphosate and non-cancer health outcomes: [ HYPERLINK "http://www.sciencedirect.com/science/article/pii/S0273230011001516" ]
- Regul Toxicol Pharmacol. Epidemiologic studies of glyphosate and cancer: a review
    - http://www.ncbi.nlm.nih.gov/pubmed/22683395

**INTERNAL**
- xxx

Comments:
- **Formatted:** Font: (Default) +Body (Calibri), Complex Script Font: +Body (Calibri), 10 pt
- **Formatted:** Font: (Default) +Body (Calibri), Complex Script Font: +Body (Calibri), 10 pt
- **Comment [drf8]:** If this is about cancer why is the Mink non-cancer health out comes here and not the cancer review?
- **Formatted:** Font: (Default) +Body (Calibri), Complex Script Font: +Body (Calibri), 10 pt
- **Formatted:** Normal, Indent: Before: 0.5", No bullets or numbering

MONGLY02913529

Draft Feb 23, 2015

## ATTACHMENT A: PREPAREDNESS AND ENGAGEMENT PLAN
## FOR IARC CARCINOGEN RATING OF GLYPHOSATE
*Last Updated: February 17, 2015*

### OBJECTIVES FOR PREPAREDNESS & ENGAGEMENT
- Protect the reputation and FTO of Roundup by communicating the safety of glyphosate
- Amplify science-based information to prevent unfounded claims from becoming popular opinion
- Provide cover for regulatory agencies to continue making re-registration decisions based on science

### AUDIENCES
- IARC Panelists and Observers
- Regulators
- Stakeholders
- Farmer Customers

### STRATEGIES/TACTICS

#### PRE-IARC

1. **Amplification of Scientific Studies**
   - Support the development of three new papers on glyphosate focused on epidemiology and toxicology
   - Work with RPSA and Strategic Communications to amplify existing studies and new papers
     - Authors work directly with scientific journals to issue alerts and news releases on new bodies of work
     - RPSA posts blog from first-person viewpoint of Monsanto's David Saltmiras, co-author of one of the glyphosate cancer papers
     - Share resources and content with Monsanto key regions to amplify the message globally

2. **Inform / Inoculate / Engage Industry Partners**
   - Develop a "toolkit" containing key information and resources
     - Identify any message shortcomings and address through updates to monsanto.com/glyphosate and through US and EU blog posts
   - Work with RPSA, Stakeholder Outreach Team, Industry Affairs, Government Affairs, US Business, Global CE and Regulatory teams, etc. to engage industry partners
     - Tier 1: Crop Life International / European Crop Protection Association / GMO Answers / BIO – identify committees that are best to engage
     - Tier 2: Academics (AgBioChatter), Biofortified, Sense About Science, Genetic Literacy Project, Academics Review
     - Tier 3: Alert food companies via Stakeholder Engagement team (IFIC, GMA, CFI) for "inoculation strategy" to provide early education on glyphosate residue levels, describe science-based studies versus agenda-driven hypotheses
     - Tier 4: Inoculate key grower associations

3. **Address New Allegations**
   - Respond quickly and publically to new pseudoscience cancer studies
   - Identify / request third-party experts to blog, op/ed, tweet and/or link, repost, retweet, etc.

#### POST-IARC

4. **Orchestrate Outcry with IARC Decision ~ March 10, 2015**
   - Industry conducts robust media / social media outreach on process and outcome
     - [Sense About Science?] leads industry response and provides platform for IARC observers and industry spokesperson
     - CLI and other associations issue press releases

MONGLY02913530

Draft Feb 23, 2015

- - Joint Glyphosate Taskforce publishes press release, letter signed by leaders of each manufacturer in North America and Europe
  - Push opinion leader letter to key daily newspaper on day of IARC ruling with assistance of Potomac Group
- Monsanto responds with strong reactive statement
  - Distribute video and audio responses to IARC decision
  - Address media inquiries with company glyphosate spokesperson
  - Utilize Monsanto channels (web, FB, Twitter, blog, etc) to provide Monsanto POV
  - Corporate Engagement team packages industry and Monsanto responses, then distributes via email to ~20 most influential ag media outlets across print, radio and TV

5. **Engage Regulatory Agencies**
   - Grower associations / growers write regulators with an appeal that they remain focused on the science, not the politically charged decision by IARC

MONGLY02913531