**EXHIBIT 56**

# Prop 65 cost on CA Municipalities Markets

By Steve Gould

Volumes:

I would estimate a gradual 2-3 year loss of up to 200 K REGS of all tiers of Roundup IT&O Glyphosate.

High Tier 65K

Mid Tier 75 K

Low Tier 60K

The volume will come from customers like CALTRANS. Caltrans Volume is a mix of high and mid tier and we stand to loss 5-10K depending on internal decisions on how the listing is enforced.

School districts are another big risk with the healthy schools act and increased attention. They frequently use PROMAX and PRO Concentrate today.

Airports, arenas, stadiums, municipal buildings any public facility especially if it goes out to bid could be affected

Cities, Counties, reservoirs, wildlife management areas and other similar locations could also be affected.

We will not really know the costs until we see how the agencies react and how many of them must address this.

This volume is based on discussing with distributor representatives, Monsanto sales volume estimates and knowledge of the market.

Customers that I am aware have already stopped using Glyphosate since the IARC ruling:

Irvine Unified School District and several bay area cities and school districts.