# EXHIBIT 58



,,SUSAN MARTINO-CATT ( (314)          ),SUSAN MARTINO-CATT ( (314)          ), Self,0,2013-02-11 19:40:06 (UTC),,

iMessage,Outgoing,2013-03-05 18:42:23 (UTC), Jess doing a nice job at EPA,,Self,SUSAN MARTINO-



essage,Outgoing,2014-11-06 13:07:31 (UTC),Soybean is 4.5 years at usda and cotton is 5,,Self,MICHAEL DYKES ( (202)⬛⬛⬛), Self,0,,2014-11-06 13:07:32 (UTC), iMessage,Outgoing,2014-11-06 13:10:00 (UTC),You got it.  Might want to tell them we're going to need their support for glyphosate...We're in for a tough ride,,Self,MICHAEL DYKES ( (202)⬛⬛⬛), Self,0,,2014-11-06 13:10:02 (UTC),

22:50:40 (UTC),



iMessage,Outgoing,2015-01-08 03:24:48 (UTC), They know otherwise it could prevent from getting a

C),Just had IARC call. Have you discussed this with
Bradberry (sp?),,JENNIFER LISTELLO ( (314)⬛⬛⬛),JENNIFER LISTELLO ( (314)⬛⬛⬛),
Self,0,2015-03-14 19:32:42 (UTC),,
iMessage,Incoming,2015-03-14 19:22:30 (UTC),Is there anyone we can get to in EPA?,,JENNIFER
LISTELLO ( (314)⬛⬛⬛),JENNIFER LISTELLO ( (314)⬛⬛⬛), Self,0,2015-03-14 19:32:42
(UTC),,
iMessage,Outgoing,2015-03-14 19:34:43 (UTC),I sent him an email.  He's somewhat familiar w IARC will
talk to him Monday.  Re EPA: I've called them 5 times on this issue and dykes has called them to.
They're not going to be proactive.,,Self,JENNIFER LISTELLO ( (314)⬛⬛⬛), Self,0,,2015-03-14
19:34:43 (UTC),,

MONGLY03293247-R



MONGLY03293248-R



SMS,Outgoing,2015-06-21 22:17:54 (UTC),Hi Mary- do you know folks at ATSDR in HHS?,,Self,Mary Manibusan ( (202)█████ ), Self,0,,,
iMessage,Incoming,2015-06-21 22:36:31 (UTC),Yes. Where specifically?,,Mary Manibusan ( (202)███ █ ),Mary Manibusan ( (202)█████ ), Self,0,2015-06-21 22:36:56 (UTC),2015-06-21 22:36:56 (UTC),
iMessage,Incoming,2015-06-21 22:37:24 (UTC),On Tox Profiles?,,Mary Manibusan ( (202)█████ ),Mary Manibusan ( (202)█████ ), Self,0,,,
iMessage,Outgoing,2015-06-21 22:37:33 (UTC),yep,,Self,Mary Manibusan ( (202)█████ ), Self,0,2015-06-21 22:37:34 (UTC),2015-06-21 22:37:34 (UTC),
iMessage,Incoming,2015-06-21 22:37:56 (UTC),It's been a while but I can...,,Mary Manibusan ( (202)████ ),Mary Manibusan ( (202)█████ ), Self,0,,,
iMessage,Incoming,2015-06-21 22:38:59 (UTC),Sweetheart - I know lots of people. You can count of me.,,Mary Manibusan ( (202)█████ ),Mary Manibusan ( (202)█████ ), Self,0,,,
iMessage,Outgoing,2015-06-21 22:39:14 (UTC),we're trying to do everything we can to keep from having a domestic IARC occur w this group. may need your help...,,Self,Mary Manibusan ( (202)█████ ), Self,0,2015-06-21 22:39:31 (UTC),2015-06-21 22:39:14 (UTC),
iMessage,Outgoing,2015-06-21 22:40:03 (UTC),good, let's talk this week. I'll have m admin set something up. I'll share some info, you tell me what you think we might be able to do, who you may know, etc ok?,,Self,Mary Manibusan ( (202)█████ ), Self,0,2015-06-21 22:40:05 (UTC),2015-06-21

MONGLY03293249-R

████████████████████████████████████████████████████
(UTC),2015-08-27 00:13:43 (UTC),

iMessage,Outgoing,2015-08-27 00:18:12 (UTC),Ah forgot you were up there.  Yes that's fine.  I think we need to talk about a political level EPA strategy and then try to build a consensus plan w Michael on several fronts: crw3, Dicamba, glyphosate, resistance mgt...we're not in good shape and we need to make plan,,Self,TY VAUGHN ( (314) ████ ), Self,0,2015-08-27 00:34:14 (UTC),2015-08-27 00:18:14

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

iMessage,Outgoing,2015-09-23 14:49:07 (UTC),Dr Oz is airing a segment tomorrow on glyphosate safety ,,Self,Jack Housenger ( (571)████ ), Self,0,,2015-09-23 14:49:08 (UTC),

iMessage,Outgoing,2015-09-23 14:49:47 (UTC),Had my guy call and leave a message for Anne Overstreet,,Self,Jack Housenger ( (571)████ ), Self,0,,2015-09-23 14:49:48 (UTC),

iMessage,Outgoing,2015-09-23 14:50:12 (UTC),We will be posting a statement as soon as it airs.,,Self,Jack Housenger ( (571)████ ), Self,0,,2015-09-23 14:50:19 (UTC),

iMessage,Outgoing,2015-09-23 14:50:47 (UTC),Cancer and IARC will come up,,Self,Jack Housenger ( (571)████ ), Self,0,,2015-09-23 14:50:53 (UTC),

iMessage,Outgoing,2015-09-23 16:26:36 (UTC),Spoke to EPA: is going to conclude that IARC is wrong.  So is EFSA.  EPA should be coming out in the first or second week of October ,,Self,TY VAUGHN ( (314) ████ ), Self,0,2015-09-23 17:07:25 (UTC),2

iMessage,Outgoing,2015-09-23 16:26:52 (UTC)████████████████████████████
(314)████ ), Self,0,2015-09-23 17:07:25 (████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
09-23 20:36:00 (UTC),2015-09-23 20:12:32 (UTC),

iMessage,Outgoing,2015-09-24 01:59:24 (UTC),You aware that dr oz is talking about glyphosate and labeling tomorrow?  Gave EPA a heads up,,Self,MICHAEL DYKES ( (202)████ ), Self,0,,2015-09-24 01:59:25 (UTC),

iMessage,Incoming,2015-09-24 02:02:31 (UTC),Yes I reported on Dr Oz earlier this week,,MICHAEL DYKES ( (202)████ ),MICHAEL DYKES ( (202)████ ), Self,0,2015-09-24 02:02:42 (UTC),2015-09-24 02:02:42 (UTC),

iMessage,Outgoing,2015-09-24 02:03:41 (UTC),Ok good.  Have a good night ,,Self,MICHAEL DYKES ( (202)████ ), Self,0,,2015-09-24 02:03:44 (UTC),

iMessage,Incoming,2015-09-24 02:04:29 (UTC),You too Dan! Let me know what you learn from EPA. I share you view on Max. ,,MICHAEL DYKES ( (202)████ ),MICHAEL DYKES ( (202)████ ), Self,0,2015-09-24 02:09:25 (UTC),2015-09-24 02:09:25 (UTC),

iM████████████████████████████████████████gly:,,Self,TY VAUGHN ( (314) ████
████████████████████████████████████████████████████
████████████████████████████████████████████38:19
(UTC),

iMessage,Outgoing,2015-09-30 14:38:34 (UTC),They will publish full iarc anaylysis,,Self,TY VAUGHN ( (314) ████ ), Self,0,2015-09-30 14:38:34 (UTC),2015-09-30 14:38:34 (UTC),

iMessage,Outgoing,2015-09-30 14:38:50 (UTC),They feel they aligned efsa on phone call,,Self,TY VAUGHN ( (314) ████ ), Self,0,2015-09-30 14:38:50 (UTC),2015-09-30 14:38:50 (UTC),

iMessage,Outgoing,2015-09-30 14:39:11 (UTC),Pushed them to make sure atsdr is aligned, said they would,,Self,TY VAUGHN ( (314) ████ ), Self,0,2015-09-30 14:39:12 (UTC),2015-09-30 14:39:12



iMessage,Incoming,2015-10-01 20:35:56 (UTC),Any news on glyphosate posting time ?,,PHILIP MILLER ( (314)⬛⬛⬛),PHILIP MILLER ( (314)⬛⬛⬛ ), Self,0,2015-10-01 20:35:56 (UTC),,
iMessage,Outgoing,2015-10-01 20:37:43 (UTC),Yes spoke to epa yesterday. Several positive updates, but still saying October.  When exactly this month is a function of jim jones who just requested to be briefed before released,,Self,PHILIP MILLER ( (314)⬛⬛⬛ ), Self,0,,2015-10-01 20:37:44 (UTC),,
iMessage,Incoming,2015-10-01 20:38:05 (UTC),Okay,,PHILIP MILLER ( (314)⬛⬛⬛ ),PHILIP MILLER ( (314)⬛⬛⬛ ), Self,0,2015-10-01 20:38:05 (UTC),,
iMessage,Outgoing,2015-10-01 20:38:48 (UTC),Remember that atsdr said it would render its view in October as well...,,Self,PHILIP MILLER ( (314)⬛⬛⬛ ), Self,0,,2015-10-01 20:38:49 (UTC),,
iMessage,Outgoing,2015-10-01 20:39:26 (UTC),Told epa to please reach out and keep them aligned,,Self,PHILIP MILLER ( (314)⬛⬛⬛ ), Self,0,,2015-10-01 20:39:27 (UTC),,
iMessage,Incoming,2015-10-01 20:39:56 (UTC),Keep trying to get i tel into Arafat,,PHILIP MILLER ( (314)⬛⬛⬛ ),PHILIP MILLER ( (314)⬛⬛⬛ ), Self,0,2015-10-01 20:40:12 (UTC),,
iMessage,Incoming,2015-10-01 20:40:04 (UTC),Astdr ,,PHILIP MILLER ( (314)⬛⬛⬛ ),PHILIP MILLER ( (314)⬛⬛⬛ ), Self,0,2015-10-01 20:40:12 (UTC),,
iMessage,Outgoing,2015-10-01 20:41:26 (UTC),Interesting mistype!  Yes, want to get positive statements on cancer from both now.,,Self,PHILIP MILLER ( (314)⬛⬛⬛ ), Self,0,,2015-10-01 20:41:27 (UTC),,
iMessage,Incoming,2015-10-01 20:41:52 (UTC),We need it for legal actions ,,PHILIP MILLER ( (314)⬛⬛⬛ ),PHILIP MILLER ( (314)⬛⬛⬛ ), Self,0,2015-10-01 20:42:46 (UTC),,
iMessage,Outgoing,2015-10-01 20:43:21 (UTC),Understood.  Also need to use it w jmpr,,Self,PHILIP MILLER ( (314)⬛⬛⬛ ), Self,0,,2015-10-01 20:43:21 (UTC),
iMessage,Outgoing,2015-10-12 19:08:48 (UTC),spoke to Ty:  he said you were inquiring about our meeting w Jack.  Just want to make sure you knew that i tried to get a meeting w Jack but he can't meet when you're in town.   Told Karen this which is why she then worked w Michael and you now have office 1x1s on Friday. I can try to get us together w Susan Lewis, but if you can get a mtg w Jones through Michael that would be key. Reason being- besides being the gatekeeper on dicamba he's sitting on the release of the glyphosate risk assessment as well........
SMS Outgoing 2015-10-19 11:58:20 (UTC)

13:39:31 (UTC),,



15-10- UTC).

iMessage,Incoming,2015-11-17 18:32:56 (UTC),Dan- who was the woman at EPA that presented with you in Italy this past summer? Is she someone who has any influence over the process at EPA re gly?,,TY VAUGHN ( (314)⬛⬛ ),TY VAUGHN ( (314)⬛⬛ ), Self,0,2015-11-17 19:18:19 (UTC),,

iMessage,Outgoing,2015-11-17 19:19:51 (UTC),Mary Manibusan.  She's ex EPA and no she cannot influence the process.  Mary is a toxicology consultant that works for exponent.  ,,Self,TY VAUGHN ( (314)⬛⬛ ), Self,0,2015-11-17 19:23:38 (UTC),2015-11-17 19:19:53 (UTC),

iMessage,Outgoing,2015-11-17 19:25:15 (UTC),According to bradbury, What we need to do is get some key Democrats on the hill to start calling jim. This helps in several ways:  focuses on gly and gets him to move; shoots across his bow generally that he's being watched which is needed on several fronts and finally sets the stage for possible hearings.  I laid this all out yesterday w Michael before our call and he agreed ,,Self,TY VAUGHN ( (314)⬛⬛ ), Self,0,2015-11-17 19:25:15 (UTC),2015-11-17 19:25:16 (UTC),

iMessage,Incoming,2015-11-25 22:13:03 (UTC),I want to talk to you about dicamba and rnai. You around Friday?  ,,Jack Housenger ( (571)⬛⬛ ),Jack Housenger ( (571)⬛⬛ ), Self,0,2015-11-25 23:15:12 (UTC),,

SMS,Incoming,2015-11-25 22:15:23 (UTC),FRM:Notification,,,,,,,

SMS,Incoming,2015-11-25 22:35:59 (UTC), ,,Julie Jenkins ( (314)⬛⬛ ),Julie Jenkins ( (314)⬛⬛ ), Self,0,2015-11-25 23:15:38 (UTC),,

iMessage,Outgoing,2015-11-25 23:15:27 (UTC),Yes- what time?,,Self,Jack Housenger ( (571)⬛⬛



. ,,Jack

iMessage,Incoming,2015-12-02 19:11:01 (UTC),We need to share with EPA political and career staff they need to get glyphosate PRA out now they are losing credibility,,PHILIP MILLER ( (314) ),MICHAEL DYKES ( (202) ), PHILIP MILLER ( (314) ), TY VAUGHN ( (314) 0906 ), JEREMY STUMP ( (202) ), Self,0,2015-12-02 19:59:50 (UTC),,
iMessage,Incoming,2015-12-02 19:11:41 (UTC),Cbs news asked Hugh today if glyphosate causes cancer Let them know they are failing their duty to the public ,,PHILIP MILLER ( (314) ),MICHAEL DYKES ( (202) ), PHILIP MILLER ( (314) ), TY VAUGHN ( (314) ), JEREMY STUMP ( (202) ), Self,0,2015-12-02 19:59:50 (UTC),,
iMessage,Outgoing,2015-12-02 20:01:37 (UTC),Speaking to Jack in about an hour.  We are in a meeting now working on drafting a response.  Speaking to scientist tomorrow morning ,,Self,MICHAEL DYKES ( (202) ), PHILIP MILLER ( (314) ), TY VAUGHN ( (314) ), JEREMY STUMP ( (202) ), Unknown, Self,0,,,

MONGLY03293253-R



MONGLY03293254-R