**EXHIBIT 61**

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                  FOR THE COUNTY OF SAN FRANCISCO

 3

 4      DEWAYNE JOHNSON,                 )
                                         )
 5                                       )
                Plaintiff,               )
 6                                       )
                                         )
 7          vs.                          ) Case No.
                                         ) CGC-16-550128
 8                                       )
        MONSANTO COMPANY,                )
 9                                       )
                Defendant.               )
10      _____)

11

12

13                        *CONFIDENTIAL*

14

15             DEPOSITION OF STEVEN D. GOULD

16

17                   SAN DIEGO, CALIFORNIA

18                     JANUARY 23, 2018

19

20

21             REPORTED BY: AUDREY L. RICKS,

22              CSR No. 12098, CCR, RPR, CLR

23

24

25
```

```
                                                          Page 23
 1      A    I have -- I was trained initially by the
 2 company, and I continually read labels and keep up
 3 with how to handle it throughout my job.
 4      Q    Mr. Gould, do you know who Donna Farmer
 5 is?
 6      A    Yes.  She's Monsanto's toxicologist, one
 7 of.
 8      Q    Do you personally know Ms. Farmer?
 9      A    Yes, I do.
10      Q    And how do you know Ms. Farmer?
11      A    She has been a resource of mine, probably
12 since I started with the company, for toxicology
13 information.
14      Q    So would it be true you rely on Ms. Farmer
15 fer information on toxicology?
16           MR. CALHOUN:  Object to the form of the
17 question.  Vague.  And time frame also.
18           THE WITNESS:  So Donna Farmer would be one
19 of the people that I would get information from on
20 toxicology.
21 BY MR. SELDOMRIDGE:
22      Q    Mr. Gould, did Ms. Farmer ever tell you
23 that you couldn't say that Roundup causes cancer?
24           MR. CALHOUN:  Objection to the form of the
25 question.  Vague.
```