**EXHIBIT 62**

Confidential - Subject to Protective Order

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   ------------------------------x

 5   IN RE: ROUNDUP PRODUCTS        ) MDL No. 2741

 6   LIABILITY LITIGATION           )

 7                                  ) Case No.

 8   _____ ) 16-md-02741-VC

 9   THIS DOCUMENT RELATES TO ALL   )

10   CASES                          )

11   _____ )

12

13        CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

14

15         VIDEOTAPED DEPOSITION OF DANIEL JENKINS

16                    WASHINGTON, D.C.

17                TUESDAY, MARCH 21, 2017

18                       9:05 A.M.

19

20

21

22

23

24

25   Reported by: Leslie A. Todd
```

Confidential - Subject to Protective Order

```
 1        A    Yes, that's -- that's correct.
 2        Q    Did Monsanto prepare any new data for
 3   these EPA submissions in and around March 2015?
 4             MR. COPLE:  Objection.  Lacks foundation
 5   and vague.
 6             THE WITNESS:  I -- so for me in my role,
 7   I couldn't speak to the age of data.  I -- what I
 8   would do is, is talk to a government agency in the
 9   U.S. and -- and ask, What do you need?  They would
10   say that they see a need for data here or there,
11   they've got questions.  I would turn back to the
12   scientists and say, Well, what do we have?  But I
13   didn't keep track of what was new and what wasn't.
14   That wasn't for me to do.
15   BY MS. ROBERTSON:
16        Q    I'm going to hand you now what we will
17   mark as Jenkins Exhibit 7-2.  MONGLY03555680 is the
18   first control number.
19             (Jenkins Exhibit No. 7-2 was marked
20             for identification.)
21             THE WITNESS:  (Perusing document.)
22             Okay.
23   BY MS. ROBERTSON:
24        Q    Please identify for the record the type
25   of document that is Exhibit 7-2.
```