# EXHIBIT 63

1    SUPERIOR COURT OF THE STATE OF CALIFORNIA

2    COUNTY OF SAN FRANCISCO

3

4   DEWAYNE JOHNSON,

5        Plaintiff,

6        vs.          Case No. CGC-16-550128

7   MONSANTO COMPANY, et al.,

8        Defendants.

   _____/

9

10

11

12    Proceedings held on Friday, July 27, 2018,

13    Volume 18, Morning Session, before the Honorable

14    Suzanne R. Bolanos, at 9:11 a.m.

15

16

17

18

19

20

21   REPORTED BY:

22   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

23   Job No. 2965334A

24

25   Pages 3812 - 3943

Page 3812

1  policy career at the tail end of the Carter

2  administration.

3     Q.  So it looks like the only thing that could beat

4  out your grandparents would be President Carter; is that

5  right?                                    10:05:32

6     A.  Well, I suppose.

7     Q.  Okay.  So you worked there, and obviously

8  President Reagan came into office.  What happened then?

9     A.  Well, I -- I had filed a professional

10  analytical job -- it's called a Schedule C appointment --   10:05:42

11  in the federal government.  And you serve at the pleasure

12  of the president.  And I, and essentially all of my

13  colleagues in CEQ, were -- lost their jobs at -- on the

14  day of the inaugural, when President Reagan came into --

15  came into office.                          10:06:02

16     Q.  And after working for the Council on

17  Environmental Quality, what did you do next?

18     A.  I was very fortunate.  It was a long time ago.

19  I'll remind people the republicans won the executive

20  branch, so, you know, EPA -- they also won control of the   10:06:22

21  senate.  But the democrats retained a majority in the

22  house.  And there was a sub-committee of the house ag

23  committee that had a new chairman that was hiring staff.

24  It happened to be the sub-committee of the house ag

25  committee that dealt with agriculture research, trade,      10:06:41

Page 3857

---

1  oversight of all of the USDA.  And it also had

2  jurisdiction over a federal law called FIFRA, which is

3  the Federal Insecticide, Fungicide, and Rodenticide Act

4  that -- the national pesticide law.  And, really, just by

5  accident, I was responsible for managing reauthorization   10:07:02

6  of the FIFRA statute.

7     Q.  Now, Doctor, the court reporter is looking at me

8  concerned, because I speak really quickly, and you speak

9  really quickly.  And if we both start speaking really

10  quickly, our heads will explode.  So let's both make an    10:07:22

11  effort to slow down.

12     A.  Okay.

13     Q.  All right.  So while you were working at this

14  sub-committee, what are some of the issues that you were

15  working on in that official capacity?              10:07:33

16     A.  The primary issues were pest management and

17  pesticide use related.  The Council on Environmental

18  Quality in the Carter administration actually put out the

19  first national report on something called integrated pest

20  management or IPM.  That term would have come up in the    10:07:49

21  course of this trial.  That was a very important report

22  that had an influence on federal policy for a number of

23  years.

24     We did a lot of work on soil and water

25  conservation policy.  And a third issue that I ended up    10:08:02

Page 3858

---

1  spending a lot of time on was the conversion of

2  agricultural land to suburbs and commercial development.

3     And at the end of the Carter administration, one

4  of the reports that I think we got out the day before the

5  inaugural was called the "National Agricultural Land       10:08:20

6  Study."  Very -- first national study of that.  I spent a

7  lot of time working on that.

8     Q.  You mentioned earlier that one of the issues

9  that your committee worked on was FIFRA; right?

10     A.  Yes.  Back when I was the staff director of the    10:08:35

11  congressional sub-committee, correct.

12     Q.  And did you specifically, in your official

13  capacity, work to help amend, change or analyze FIFRA as

14  it's being applied?

15     A.  Well, sure.  That was the responsibility of the    10:08:49

16  sub-committee.  Our sub-committee had to consider and

17  pass any authorizing legislation that would just keep

18  FIFRA going, without changing it or amend it to address

19  additional issues.

20     And, you know, much like today with the Trump        10:09:09

21  administration, with the Reagan administration coming in,

22  there was a strong push to amend, really, all of the

23  federal environmental statutes.

24     So our sub-committee had to deal with that

25  deluge of proposals to change federal environmental law.   10:09:25

Page 3859

---

1     Q.  Was one of the jobs of the sub-committee to

2  organize hearings?

3     A.  Yes, sir.

4     Q.  And at that time, did you ever organize any

5  hearings specifically related to pesticides?          10:09:38

6     A.  Several.

7     Q.  Now, Doctor, let's kind of take a step back in

8  time for a second.  So we're talking 1981, 1983; right?

9     A.  Correct.

10     Q.  What's going on in the country agriculturally     10:09:49

11  and pesticide-wise at this time in history?

12     A.  Well, it happened to be a -- a time of low crop

13  prices.  There was a lot of financial stress in

14  agriculture.  And there's pressure to cut the budget.

15  There was a lot of pressure to deregulate, just like       10:10:09

16  there is today, to provide farmers with easier access to

17  technology.

18     And the political appointees in the EPA brought

19  in by President Reagan really went after the FIFRA

20  statute in a -- in a big way, to try to change some of     10:10:31

21  the fundamental provisions in it governing the review and

22  registration by EPA.  And in particular, in the case of

23  cancer-causing pesticides.

24     Q.  And as part of these hearings that you helped

25  organized in this committee, did you ever have the         10:10:51

Page 3860

---

13 (Pages 3857 - 3860)