**EXHIBIT 73**

# Textbook *of* CANCER EPIDEMIOLOGY

## THIRD EDITION



EDITED BY

Hans-Olov Adami, David J. Hunter,
Pagona Lagiou, AND Lorelei Mucci

OXFORD

Case 3:16-md-02741-VC   Document 2559-74   Filed 01/25/19   Page 3 of 4

THIRD EDITION

# TEXTBOOK OF CANCER EPIDEMIOLOGY

*EDITED BY*

HANS-OLOV ADAMI

DAVID J. HUNTER

PAGONA LAGIOU

LORELEI MUCCI

*With an introductory chapter by*

BRIAN MACMAHON



OXFORD
UNIVERSITY PRESS

Portell, 2015). A large Scandinavian case-control study found a positive association between anti-Borrelia seropositivity and mantle cell lymphoma (Schollkopf et al, 2008), but this finding remains to be confirmed by others.

In 2004, a case of immunoproliferative small intestinal disease (a rare MALT lymphoma) was shown to regress on antibiotic treatment, and subsequent testing of archival tumor material from this and other patients showed evidence of infection with *Campylobacter jejuni* (Lecuit et al, 2004). Subsequently a few other case reports have occurred in the literature as the only evidence for an association (Mesnard et al, 2012; Coeuret et al, 2014). Some studies have reported an association between *Chlamydia psittaci* infection and the occurrence of ocular adnexal lymphoma based on bacterial presence in both tumor tissue and peripheral blood mononuclear cells and on a positive response to antibiotic therapy (Ferreri et al, 2004; Ferreri et al, 2005). A meta-analysis of 458 cases with ocular adnexal lymphomas from 10 different countries suggested wide geographic variations in a possible association (Husain et al, 2007). In 2016, an increased risk of NHL, and diffuse large B-cell lymphoma in particular, was reported among individuals with Q fever, infected by *Coxiella burnetii* (Melenotte et al, 2016).

The previous observations indicate that there could be more infectious agents associated with this distinct category of infection-associated lymphoid malignancies, in which the agent does not directly infect and transform lymphoid cells but rather indirectly increases the probability of lymphoid transformation by chronically stimulating the immune system. Chronic infections may lead to prolonged antigen stimulation and lymphocyte proliferation, likely facilitating clonal expansion, accumulation of genetic events, and lymphoma development. Certain chronic infectious diseases such as tuberculosis, malaria, herpes zoster, chronic ear infection, bronchitis, and pyelonephritis have in some, but not all, studies been associated with an increased risk of NHL (Cartwright et al, 1988; Franceschi et al, 1989; Bernstein & Ross, 1992; Doody et al, 1992; La Vecchia et al, 1992; Askling & Ekbom, 2001).

### Physical Activity

Given the influence of immune dysfunction in the etiology of NHL, physical activity could be an important factor. Laboratory evidence suggests an effect of physical activity on immune status, but few studies have addressed this issue in the context of NHL subtypes. So far, no or inverse associations have been reported with nonoccupational physical activity and risk of NHL overall (van Veldhoven, 2011; Teras et al, 2012).

### Ionizing Radiation

There is no evidence that ionizing radiation causes NHL (Boice, 1992). Low-dose radiation from diagnostic x-ray procedures or from occupational exposure has not been associated with an increased risk. Studies among atomic bomb survivors have also been negative (Ron, 1998). Associations have been found, albeit inconsistently, only among subjects who received nearly lethal doses of ionizing radiation. Under such circumstances, immunosuppression may play a role, perhaps through elimination of suppressor T cells. This depletion might lead to unregulated proliferation of B lymphocytes and, in rare circumstances, to NHL. In an analysis of risk of death due to NHL in a cohort of >300,000 radiation-monitored workers, no significant associations were found (Leurad et al, 2015).

### Occupation

Reports on the association of NHL with occupational exposures are inconsistent, but some occupations have repeatedly been associated with excess risks (D'Amore et al, 1992; Scherr & Mueller, 1996; 't Mannetje et al, 2016). These include among farmers, pesticide applicators, grain millers, wood and forestry workers, chemists, machinists, printers, and workers in the petroleum, rubber, plastic, and synthetics industries.

Farmers and general populations of rural communities have been most extensively studied (Khuder et al, 1999; Blair & Freeman 2009; 't Mannetje et al, 2016). In a meta-analysis of 36 studies (Khuder et al, 1999), farmers had an overall 10% increased risk, primarily noticed among men, and with studies performed among farmers residing in the United States showing a more elevated risk. In a pooled analysis of 10 case-control studies including in total 10,046 NHL cases and 12,025 controls, evaluating occupational risks with a focus on previously reported associations ('t Mannetje et al, 2016), increased risks were confirmed for farming occupations including field crop- and vegetable- but not animal