**EXHIBIT 75**

```
 1      IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2                    STATE OF MISSOURI
 3   - - - - - - - - - - - - - x
 4    RONALD PETERSON and      :
 5    JEFF HALL,               :
 6             Plaintiffs,     :
 7       v.                    :  Civil Action No.
 8    MONSANTO COMPANY, et     :  1622-CC01071
 9    al.,                     :
10             Defendants.     :
11   - - - - - - - - - - - - - x
12
13            *   *   * CONFIDENTIAL *   *   *
14
15         Deposition of WILLIAM SAWYER, Ph.D.
16                      Volume II
17                 Fort Myers, Florida
18              Tuesday, October 16, 2018
19                      9:05 a.m.
20
21   Job No.: 212745
22   Pages: 270 - 485
23   Reported By: RHONDA HALL-BREUWET, RDR, CRR,
24   LCR, CCR, FPR, CLR, NCRA Realtime Systems
25   Administrator
```

CONFIDENTIAL

Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018

438

| | | |
|---|---|---|
| 1 | of this.  The data I relied upon is using actual | 02:25:31 |
| 2 | spray and measurements of that spray on the body. | 02:25:38 |
| 3 | Now, whether it's glyphosate or a similar chemical | 02:25:40 |
| 4 | of molecular weight and velocity doesn't matter. | 02:25:47 |
| 5 |      Q.   Well, how you apply might be different | 02:25:49 |
| 6 | depending on the chemical, right?  If you have a | 02:25:52 |
| 7 | different application goal, you might apply it | 02:25:55 |
| 8 | differently, correct? | 02:25:59 |
| 9 |      A.   Yeah.  That's why I used the handheld | 02:26:02 |
| 10 | hydraulic nozzle sprayer. | 02:26:05 |
| 11 |      Q.   You -- | 02:26:06 |
| 12 |      A.   That is what is used in the Hall | 02:26:07 |
| 13 | matter.  It wasn't a tractor or sprayer -- it | 02:26:13 |
| 14 | wasn't aerial spray.  It was a handheld hydraulic | 02:26:16 |
| 15 | nozzle and these are real values that were | 02:26:19 |
| 16 | measured using a surrogate patch analyzed by a | 02:26:21 |
| 17 | laboratory so they're -- these are accurate | 02:26:26 |
| 18 | results.  Now, maybe they're not the most | 02:26:28 |
| 19 | favorable for your client, but that's not my | 02:26:32 |
| 20 | concern.  I'm looking for the most accurate data. | 02:26:34 |
| 21 |           MR. KALAS:  All right.  We're almost | 02:26:37 |
| 22 | out of tape.  So we're going to take a break real | 02:26:38 |
| 23 | quick, but it should be a short one. | 02:26:42 |
| 24 |           THE VIDEOGRAPHER:  This marks the end | 02:26:44 |
| 25 | of Media Number 2 in the deposition of William | 02:26:45 |

CONFIDENTIAL

Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018

451

| | | |
|---|---|---|
| 1 | activated, correct? | 02:53:13 |
| 2 | A.  No, it's not.  The dermatome model's | 02:53:14 |
| 3 | simply using a microtome method removing the | 02:53:18 |
| 4 | thicker mass of the epidermis making a thinner, | 02:53:26 |
| 5 | more workable tissue piece to place on the Franz | 02:53:33 |
| 6 | cell.  Metabolically activated can be performed on | 02:53:40 |
| 7 | a non dermatome tissue by adding certain active | 02:53:44 |
| 8 | enzymes and other nutrients to a live tissue. | 02:53:53 |
| 9 | Q.  You're referring to S9? | 02:53:58 |
| 10 | A.  I'm sorry? | 02:54:00 |
| 11 | Q.  You're referring to S9? | 02:54:00 |
| 12 | A.  S9? | 02:54:03 |
| 13 | Q.  To metabolically activate it.  Is that | 02:54:04 |
| 14 | one of the compounds you're talking about? | 02:54:09 |
| 15 | A.  Yes. | 02:54:11 |
| 16 | Q.  Let me ask you this:  Are you aware of | 02:54:11 |
| 17 | any human skin absorption study that has found an | 02:54:13 |
| 18 | absorption of glyphosate over 1 percent over an | 02:54:18 |
| 19 | eight-hour period, other than the TNO study we're | 02:54:21 |
| 20 | looking at right now? | 02:54:29 |
| 21 | A.  Not beyond the TNO study, but I point | 02:54:30 |
| 22 | out those studies that are less than 1 percent are | 02:54:39 |
| 23 | on cadaver skin, and they're not true in vivo | 02:54:43 |
| 24 | measurements. | 02:54:49 |
| 25 | Q.  Well, you're -- have you reviewed every | 02:54:49 |

CONFIDENTIAL

Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018

458

| | | |
|---|---|---|
| 1 | per day, right? | 03:04:55 |
| 2 |     A.    Yeah. | 03:04:56 |
| 3 |     Q.    Okay.  So if you applied an hour and a | 03:04:57 |
| 4 | half per day, he would apply for about a quarter | 03:04:59 |
| 5 | amount of the time as the applicators in the POEM | 03:05:02 |
| 6 | model, right? | 03:05:07 |
| 7 |     A.    Correct. | 03:05:08 |
| 8 |     Q.    Okay.  And so if we reduce the .25 | 03:05:08 |
| 9 | figure by four we would now be at approximately | 03:05:11 |
| 10 | .07 milligrams per kilogram per day, right? | 03:05:13 |
| 11 |     A.    Approximately. | 03:05:17 |
| 12 |     Q.    Okay.  And .07 milligrams per kilograms | 03:05:19 |
| 13 | per day would be about 20 times lower than what | 03:05:25 |
| 14 | you have noted in Table 7 as his floor, right, | 03:05:39 |
| 15 | 1.445? | 03:05:47 |
| 16 |     A.    Roughly, yeah. | 03:05:48 |
| 17 |     Q.    Okay.  And so you'd agree with me that | 03:05:54 |
| 18 | the data you put as inputs in your POEM model | 03:05:58 |
| 19 | matter as to what your outcome is in that model, | 03:06:01 |
| 20 | right? | 03:06:05 |
| 21 |     A.    Correct.  And the correct values, as I | 03:06:05 |
| 22 | stated, for dermal absorption between three and | 03:06:09 |
| 23 | 10 percent and there's no dispute over body | 03:06:12 |
| 24 | weight.  There's -- I don't believe there's any | 03:06:19 |
| 25 | dispute over the number of hours per day or the | 03:06:23 |

CONFIDENTIAL
Transcript of William Sawyer, Ph.D., Volume 2
Conducted on October 16, 2018

463

| | | |
|---|---|---|
| 1 | validated? | 03:12:08 |
| 2 | A.   Usually that would mean tested and | 03:12:08 |
| 3 | compared with some type of certification. | 03:12:18 |
| 4 | Q.   Is there any biomonitoring data you've | 03:12:21 |
| 5 | reviewed that supports your POEM dose that you | 03:12:25 |
| 6 | presented in Table 7 for applicators? | 03:12:30 |
| 7 | A.   No, and that's because the studies that | 03:12:34 |
| 8 | have been performed are defective as they relied | 03:12:49 |
| 9 | upon 100 percent urine excretion and ignored | 03:12:53 |
| 10 | hepatic fecal excretion. | 03:12:56 |
| 11 | Q.   So let's look at one of them, in the | 03:13:03 |
| 12 | time we have left.  I'm marking as Exhibit 32 an | 03:13:06 |
| 13 | article titled "Glyphosate Biomonitoring For | 03:13:11 |
| 14 | Farmers and Their Families:  Results From the Farm | 03:13:15 |
| 15 | Family Exposure Study." | 03:13:18 |
| 16 |         (Exhibit Number 32, Article Titled | 03:13:18 |
| 17 | "Glyphosate Biomonitoring for Farmers and Their | 03:13:18 |
| 18 | Families: Results from the Farm Family Exposure | 03:13:18 |
| 19 | Study," was marked for identification.) | 03:13:24 |
| 20 |         MR. SELDOMRIDGE:  Thank you. | 03:13:24 |
| 21 |         BY MR. KALAS: | 03:13:24 |
| 22 | Q.   You've seen this before, right? | 03:13:24 |
| 23 | A.   Oh, yes. | 03:13:25 |
| 24 | Q.   Okay.  And this was a biomonitoring | 03:13:26 |
| 25 | study in urine for applicators in South Carolina | 03:13:29 |