# EXHIBIT 78

Confidential - James A. Mills

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                         ---o0o---
 4
 5   IN RE:  ROUNDUP PRODUCTS       )
 6   LIABILITY LITIGATION           )
 7                                  )
 8                                  )  MDL No. 2741
 9   This Document Relates To:      )  Case 16-md-02741-VC
10                                  )
11   Hardeman v. Monsanto Co.       )
     Case No. 3:16-cv-00525-VC
12   Stevick v. Monsanto Co.        )
     Case No. 3:16-cv-2341
13   Gebeyehou v. Monsanto Co.      )
     Case No. 3:16-cv-5813
14                                  )
15
16                         - - - -
17                      CONFIDENTIAL
                        VIDEOTAPED
18             DEPOSITION OF JAMES A. MILLS
19
20             Held at Arnold & Porter
      3 Embarcadero Center, San Francisco, California
21       Wednesday, December 12, 2018, 2:00 p.m.
22                         - - - -
23
24
25         REPORTED BY:  LORI STOKES, CSR 12732
```

Confidential - James A. Mills

```
 1         Q    It's fair to say that nowhere in this
 2   report do you provide an opinion on Monsanto's
 3   specific ability to pay a punitive damages award?
 4         A    In terms of a specific amount, that's
 5   correct.
 6         Q    So you're not offering an opinion on a
 7   specific dollar amount of Monsanto's ability to
 8   pay?
 9         A    So it's my understanding that an amount
10   of punitive damages -- if punitive damages were
11   found -- would be within the purview of the trier
12   of fact.
13              I could certainly give an opinion as to
14   what I thought about a certain amount, if one were
15   put out there, but coming to an amount is outside
16   of my area as I understand it.
17         Q    Right.  So you did not include a specific
18   dollar figure in your report?
19         A    Correct.
20         Q    And you're not providing --
21              MR. BURTON:  What the punitive damages
22   would be?
23              MS. RUBENSTEIN:  Correct.  Yeah, let
24   me -- let me clarify that for the record.
25
```