# EXHIBIT 79

Dr. Ashok Pai

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                        ---oOo---
 4   IN RE:  ROUNDUP PRODUCTS      )MDL No. 2741
     LIABILITY LITIGATION.         )
 5   _____)Case No. 3:16-md-05813-VC
                                   )
 6   This document relates to:     )
                                   )
 7   Sioum Gebeyehou v. Monsanto   )
     Co., 3:16-cv-05813-VC.        )
 8   _____)
 9
10
11          VIDEOTAPED DEPOSITION OF DR. ASHOK PAI
12                     Oakland, California
13                 Monday, November 19, 2018
14
15
16
17
18
19
20
21   Reported by:
22   Elizabeth A. Willis-Lewis, RPR, CCRR, CLR
     CSR No. 12155
23
24
25
```

Dr. Ashok Pai

```
 1              question that there is a direct link between
 2              Roundup and non-Hodgkin's lymphoma.  Click on
 3              the following link and read the article
 4              entitled, 'Roundup Chemical Doubles Your Risk
 5              of Lymphoma.'"
 6              And then it gives a website address:
 7              "Www.rodalenews.com/roundup-lymphoma."
 8              And then he signs it.  Did I read that
 9   correctly?
10       A.     Yes.
11       Q.     You wrote back within -- within the hour --
12   actually within the half hour; is that right?  Do you
13   see -- do you see above?
14       A.     Yeah.
15       Q.     There's an e-mail from you to Mr. Gebeyehou and
16   we have -- it's got a date and timestamp.  It says it
17   was dated September 24th, 2014, at 4:27 p.m.  Is that
18   right?
19       A.     Correct.
20       Q.     So in other words, within a half hour of
21   receiving the e-mail that we just looked at you wrote
22   back in response, correct?
23       A.     Right.
24       Q.     And your e-mail response to Mr. Gebeyehou's
25   questions about scheduling the MRI; is that right?
```

```
 1     A.   Right.
 2     Q.   It does not comment about his exposure -- about
 3  his exposure to Roundup as possibly causing his
 4  non-Hodgkin's lymphoma; is that right?
 5     A.   Correct.
 6     Q.   And in your medical records you don't mention
 7  having any discussion with Mr. Gebeyehou about Roundup;
 8  is that right?
 9     A.   I don't think that I've written that down
10  anywhere, no.
11     Q.   Do you recall having any discussion with
12  Mr. Gebeyehou about Roundup?
13     A.   I recall him bringing it up.  In general,
14  almost all of my patients bring up some kind of an
15  exposure that they feel that they had that caused their
16  cancer in general.
17     Q.   So I don't want you to speculate, but if you
18  recall having a conversation with Mr. Gebeyehou about
19  Roundup, can you tell us what you recall about the
20  conversation?
21          MR. TSADIK:  Objection also as to time.  When?
22          THE DEPONENT:  I -- I don't.
23          MR. TSADIK:  Can you be specific, please?
24          THE DEPONENT:  I don't recall the specific
25  conversation that I had with him almost four years ago,
```

1    though I do recall in general at our meetings that he
2    would bring up certain pieces of information that he
3    would come across through his own research as to what
4    might have been the cause of his cancer.
5         BY MR. SLONIM:
6         Q.   And do you recall what you told him in
7    response?
8         A.   Typically, my common response to most of my
9    patients usually is that there's a difference a lot of
10   times between association and causation, and at this
11   point, just from our scientific journals where I get
12   most of my information from, there isn't any -- there
13   wasn't any obvious link that I was aware of at the time.
14        Q.   This e-mail that Mr. Gebeyehou sent you that
15   references this website, he says -- he says -- if you
16   take a look at his e-mail, it says:
17             "Click on the following link and read the
18             following article entitled..."
19             Do you recall if you clicked on that link?
20        A.   I don't recall if I did, but I typically
21   usually do with most of my patients who send me
22   information.
23             (Exhibit 9 was marked for identification.)
24        BY MR. SLONIM:
25        Q.   I've marked as deposition Exhibit No. 9 an

Dr. Ashok Pal

```
 1   article from rodalenews.com.  This was obtained from the
 2   Internet archive which archives old web pages.  And if
 3   you see, this was a snapshot of the Rodale.com website
 4   as it existed between the time frame June 2014 and --
 5   June 22, 2014, and August 2, 2014.  Do you have that in
 6   front of you?
 7       A.   I do.
 8            MR. TSADIK:  Objection.  Objection.  I will
 9   object to this exhibit being used because it's not
10   authenticated.  It doesn't really have any evidence to
11   show that this exactly was a document that was published
12   at that time.  You can go ahead.
13            THE DEPONENT:  I do.
14       BY MR. SLONIM:
15       Q.   Do you recall if this was the article that you
16   read in response to Mr. Gebeyehou's e-mail?
17       A.   I -- I don't recall just because of the amount
18   of time that's passed.
19       Q.   Did you tell Mr. Gebeyehou that he should stop
20   using Roundup?
21       A.   I did not.
22            MR. SLONIM:  Why don't we take a short break?
23            THE VIDEOGRAPHER:  We're going off the record
24   at 10:05.
25            (Off the record.)
```