# EXHIBIT 80

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE ROUNDUP PRODUCTS       )
                                  )
 5   LIABILITY LITIGATION         )
                                  )   Case No.
 6                                )   3:16-MD-05813-vc
                                  )
 7   This document relates to:    )   MDL No. 2741
                                  )
 8   Simoun Gebeyehou v.          )
     Monsanto co.,                )
 9    3:16-cv-05813-VC            )
     _____ )
10
11
12
13
14
                         DEPOSITION OF
15
                       SIMOUN GEBEYEHOU
16
                  TUESDAY, NOVEMBER 13, 2018
17
18
19
20
21   REPORTER: KIMBERLY E. D'URSO, RPR, CSR NO. 11372
22
23
24
25
```

Simoun Gebeyehou

```
 1    little while in 2016, I stopped a -- not -- a very --
 2    friend doctor of mine, he sent to me an attachment to
 3    me, credible information.  I think it was written by
 4    International Cancer Society or something like that.  It
 5    was an attachment.  Those are credible people.
 6              MR. TSADIK:  You have to ask him a question.
 7    This is narrative.
 8              MR. SLONIM:  Counsel.
 9              MR. TSADIK:  Object on the ground that this is
10    not really a deposition --
11              (Simultaneous speakers.)
12              MR. SLONIM:  Counsel.
13              MR. TSADIK:  Answering the question.
14              MR. SLONIM:  Counsel, just say "Objection."
15              MR. TSADIK:  Objection.  I am telling you
16    objection.  You ask your question.
17              THE WITNESS:  Ask --
18              MR. SLONIM:  And you interrupted his answer.
19    BY MR. SLONIM:
20        Q.    Dr. -- Mr. Gebeyehou, so do I understand that
21    you watched the Dr. Oz TV program?
22        A.    Right.
23        Q.    And did you watch a Dr. Oz TV program in
24    September 2014 that said that Roundup caused cancer?
25        A.    I'm not sure of the month, but probably you are
```

```
 1        Q.    Dr. Pai -- is that how he pronounces his name?
 2        A.    Dr. Pai.
 3        Q.    Pai?
 4        A.    Yeah.
 5        Q.    Dr. Pai is a medical oncologist who treats your
 6   cancer; is that correct?
 7        A.    That's right.
 8        Q.    Did you send an email to Dr. Pai in September
 9   2014 about Roundup causing your cancer?
10        A.    Can you say it again?
11              MR. SLONIM:  I'll ask the court reporter to
12   read it back, please.
13              (Record read.)
14              THE WITNESS:  Thank you.
15              I don't remember the month.  But 2014, I
16   clearly remember I sent him an email with a big
17   exaggeration that I'm definitely sure now that my cancer
18   is caused by Roundup.  This way, I want to get his
19   attention.  I e-mailed it to him?
20   BY MR. SLONIM:
21        Q.    What else -- do you recall telling Dr. Pai
22   anything else?
23        A.    I sent him an attachment.
24        Q.    Okay.
25        A.    He never responded.  That's 2014.
```

```
 1            Do you try to do any kind of walking?
 2       A.   As you see, I have a big trailer there, so I --
 3   I walk about -- going this way and then going this way,
 4   together it is about 150 yard.
 5       Q.   So what you're pointing to is the cobblestone
 6   area around your house, the driveway and the courtyard?
 7       A.   Right.
 8       Q.   And you would try to walk that?
 9       A.   About four times a day.
10       Q.   And when did you -- so after your cancer
11   therapy, when did you start to undertake to do the
12   walking around on the driveway in the courtyard?
13       A.   About, you know, the same time I finished the
14   chemotherapy.
15       Q.   Okay.  And if that was in the summer, late
16   summer of 2014 --
17       A.   Yeah, quality.
18       Q.   Okay.  So you've told us that since -- since
19   you finished with the chemotherapy, you've been able to
20   resume stretching, half hour a day --
21       A.   Correct.
22       Q.   -- and walking four times a day about 150 yards
23   each time around the house, by the driveway and the
24   outside of the house?
25       A.   Right.
```

```
 1        A.    Okay.
 2        Q.    Do you recall what kind of cancer they told you
 3   you had?
 4        A.    Lymphoma.
 5        Q.    And then at some point, did you learn it was
 6   non-Hodgkin's lymphoma?
 7        A.    Non-Hodgkin's and then B-cell.
 8        Q.    And then subsequently you learned that it was
 9   what they call diffuse large B-cell?
10        A.    Right.  And that went on with Dr. Pai.
11        Q.    How soon -- so how soon after the surgery was
12   it that you began to see Dr. Pai?
13        A.    Oh, immediately.  It was a matter of two or
14   three days to set me up for chemo.
15        Q.    And do you still see Dr. Pai?
16        A.    Yes.
17        Q.    Just periodically at this point?
18        A.    Quarterly.
19        Q.    And do you have confidence in Dr. Pai?
20        A.    So confident that never said anything about
21   that earlier on, about Roundup, don't have any cancer.
22   He didn't say anything about it.  Made me believe,
23   continue my Roundup operation.  Because if he had -- if
24   it was connected to cancer, he would have told me.  He
25   would have known it.  So I believed so much in him.  I
```

Simoun Gebeyehou

```
 1      A.   No.  Any ads -- I've seen their website.
 2      Q.   What did you see on the website?
 3      A.   What kind of ad, the price.  Also I saw it in
 4   the Home Depot.
 5      Q.   So in Home Depot, they have a display?
 6      A.   They have a display.  The price today is...
 7      Q.   And then you would look at the website also for
 8   Roundup?
 9      A.   Right.  That's where I find.
10      Q.   No TV ads, no magazine ads?
11      A.   No.
12      Q.   Nothing like that?
13      A.   I think I saw TV, some killing vegetable -- I
14   think I saw one.
15      Q.   Do you recall when?
16      A.   Six months ago.
17      Q.   Oh.  Prior to your cancer diagnosis --
18      A.   No, no.  Prior, no.  I don't remember.
19      Q.   No recollection?
20      A.   No recollection.
21      Q.   Prior to your cancer diagnosis, did you ever
22   see any print advertisements for Roundup?
23      A.   No.
24      Q.   Do you recall anything particular about --
25   well, prior to your cancer diagnosis, when you saw the
```