# EXHIBIT 81



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

OFFICE OF
PESTICIDES AND TOXIC SUBSTANCES

SUMMARY OF THE IBT REVIEW PROGRAM

OFFICE OF PESTICIDE PROGRAMS

JULY 1983



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

OFFICE OF
PESTICIDES AND TOXIC SUBSTANCES

The IBT Review Program

        This report summarizes the findings of the joint
program conducted by the Environmental Protection Agency
(EPA) and the Health Protection Branch of Health and
Welfare Canada to reexamine the validity of health effects
studies on pesticides tested by Industrial Bio-Test
Laboratories, Inc. (IBT).  This program is one result of
discoveries made during a series of audits beginning in
1976 by the Food and Drug Administration (FDA) and EPA
which revealed serious deficiencies in IBT tests conducted
to support the registration of numerous pesticides and
some drugs in both the United States and Canada.  This
report assesses the impact of the IBT situation on the
registration status of the chemicals involved and describes
the steps the Agency has taken to resolve this problem and
to prevent its recurrence.

        Exhibit A shows how many IBT and non-IBT tests are
available to EPA in each testing category for the pesticide
chemicals having some IBT conducted studies in their
data base.  As these tables show, a large majority (93%) of
the pesticides tested by IBT, also have non-IBT data
available.  Only 12 of the pesticides listed have a data
base entirely of IBT studies.  However, seven of these are
either not registered for use in this country or are
cancelled or discontinued products.  Some of the IBT
studies on the remaining five chemicals are at least
partially valid or "supplemental", meaning the data can be
used to support the findings of other studies.

2

These tables also indicate the pesticides for which
new data have been required as a result of EPA regulatory
actions. These include risk/benefit reviews undertaken
because of specific evidence of a hazard (known as
Rebuttable Presumption Against Registration, listed as
"RPAR" in tables) or EPA's regular program for reregister-
ing all previously registered pesticides (in tables,
"Registration Standard" and "Data Call-In"). The reregis-
tration program is not specifically connected to the IBT
case, but serves the purpose of bringing the data on older
chemicals, including some tested by IBT, up to current
scientific standards. Under the authority of section
3(c)(2)(B) of the Federal Insecticide, Fungicide, and
Rodenticide Act (FIFRA) the Agency can require additional
data to maintain a registration, and may suspend a product's
registration if the registrant does not agree to provide
the data or if it is not provided pursuant to an agreement
with the Agency.

Attached is also a list (Exhibit B) of major health
effects studies on pesticides conducted by IBT identifying
which have been found valid or invalid, and which have
been or are in the process of being replaced. This list
covers 801 studies on 140 pesticides. An earlier draft
list of IBT tests prepared by EPA in May 1983 identified
1205 tests on 212 pesticides. The current list has
eliminated duplicative entries, preliminary range finding
and similar tests which were not true health effects
studies, and short-term, acute toxicity tests which
generally do not create a significant data gap and which
will be replaced if needed, through the existing reregis-
tration program described above. Thus, the current list
of 801 studies covers health effects considered significant
to regulatory decisions, such as induction of benign or
malignant tumors (oncogenicity), birth defects (teratogeni-
city), genetic mutations, other adverse reproductive effects,
and neurotoxicity. Of the 801 IBT studies in the pivotal
categories, 594 (74%) have been found invalid. To date,
of the invalid studies, 212 (36%) studies have been replaced
or are in progress, 38 (7%) are under discussion for possible
replacement, and 45 (7%) are of a type no longer required
for registration.

One way to assess the impact of IBT is to consider
the effect of invalid studies on the data base supporting
pesticides used in high volume. Although hundreds of
pesticides are registered, only 25 insecticides account for
85% of the actual pounds of insecticides used, 32 herbicides
account for 82%, and only 8 fungicides account for 71%
of the volume of those products used. Of these 65 most
heavily used pesticides, only 18 have IBT data in one or

3

more important categories. Of those 18, all but one also
have non-IBT data available in some or all of the same
cagetories. The exception, prometon, a herbicide not used
on food crops, has one partially valid IBT study and many
non-IBT acute and subacute studies. Sixteen of these high
volume chemicals are the subject of one of the regulatory
procedures described above requiring additional data.
Thus, the data bases for the high volume chemicals to
which people are most likely to be exposed are for the
most part unaffected by the IBT situation, and where there
is an impact, EPA has taken active regulatory steps to
obtain replacement data.

The principal remaining task of the IBT program
is to clarify the status of the invalid studies for which
registrants have indicated they do not intend to provide
replacements, or have not communicated an intention one way
or the other to EPA. Although around 300 studies are in
this category, a significant number (140) of negative and
non-responses involve discontinued or cancelled products,
or pesticides of such low volume use that registrants may
choose not to invest in further testing needed to maintain
registrations. The replacement status column of Exhibit B
indicates that there are 159 invalid studies (26% of invalid
IBT tests) for which there is negative or no response.
However, as previously noted, most of these chemicals have
non-IBT data available. Exhibit A shows that only five
chemicals still registered and actually used have entirely
IBT data bases. The 17 studies involved with those 5
chemicals constitute 3% of invalid IBT studies. A registra-
tion standard will result in replacement of 6 of these
studies. This leaves only 11 studies or 2% of the invalid
IBT tests which constitute the sole support of registered
pesticides, and for which no regulatory action to generate
replacement data has yet been initiated. Several of these
11 are valid or have at least supplementary value.

This report is being furnished to the registrants
of the affected chemicals for which negative or no responses
have been received concerning replacement of invalid IBT
studies. We are also sending the registrants 3(c)(2)(B)
notifications which require a registrant to make a specific
commitment within 90 days or the registration may be
suspended. In some cases, EPA and a registrant may agree
that a specific study does not need to be replaced.

The IBT case caused serious concern and uncertainty
about the potential hazards of the hundreds of pesticides
involved, both for EPA and the public. Although it was
advocated by some that all 212 pesticides tested in whole
or in part by IBT be removed from the market pending
retesting, that option is not available under current law.

4

The regulatory response authorized by FIFRA requires
valid evidence of risk, as opposed to a lack of information,
before removing a product from the market, and allows for
the replacement of inadequate data.  As we reach the final
resolution of the IBT problem, it appears that this approach
was appropriate and adequate to deal with this event.

    The IBT scandal shook the industry and government
regulators.  Obviously, steps had to be taken, not just
to deal with the IBT situation itself, but to ensure that
data providing the foundation of regulatory decisions in
the future are adequately prepared and scrutinized.  Thus,
another result of the IBT case was the establishment in
1977 of a joint EPA-FDA audit program to help ensure that
another IBT situation has not occurred and will not in
the future.  The lab audit program includes visits to
laboratories to inspect their procedures, facilities and
staff qualifications, and about sixty audits per year of
labs and/or individual pesticide studies to see if the
reported results are supported by the "raw" laboratory
records and data.  In the past six years, we have found
the large majority of laboratories to be in compliance
with current standards, and producing scientifically valid
studies.  An important effect of the IBT case has been to
make the testing community, the industries which use their
services, and government regulators keenly aware of the
need to maintain high standards of quality control over
health effects testing.

IBT TRACKING SYSTEM REPORT

CODE DEFINITIONS

VALIDATE: a review designed to determine if the information
          in the final report was supported by the raw data
          from the study.

I - Invalid. The information in the final report was not supported
    by the raw data from the study.
P - Pending. The study is still under validation review.
S - Supplemental. Portions of the study are valid and can be used
    independently of the remainder of the study.
V - Valid. The information in the final report is supported by
    the raw data from the study.


EVALUATE: a review designed to determine if a study meets Agency
          guidelines for studies to be used in support of
          pesticide registration.

C, CM - Core minimum. The study meets the regulatory data
        requirements to support pesticide registration.
S, CS - Core supplemental. The study is useful to supplement other
        studies.
I, CI - Core invalid. The study does not meet the regulatory data
        requirements to support registration.
P     - Pending. The study is still under evaluation review.
NA    - Not applicable. The study was not given an evaluation status
        if the validation process determined it to be invalid.


REPLACE: the column indicating the replacement status of the study.

    Replaced    - Study replaced or in progress
    Discussion  - Replacement study under discussion
    Not Req     - Study no longer required
    No Resp     - No response from registrant
    Neg Resp    - Negative response from registrant

| IBT_NUM | CHEMICAL | COMPANY | ROUTE | TYPE | SPECIES | VALIDATE | EVALUATE | REPLACE |
|---|---|---|---|---|---|---|---|---|
| A-1549 | GLYPHOSATE | MONSANTO | DERMAL | SUBCHRONIC | RABBIT | I | NA | REPLACED |
| A-2144 | GLYPHOSATE | MONSANTO | DERMAL | SUBCHRONIC | RABBIT | I | NA | REPLACED |
| A-2468A | GLYPHOSATE | MONSANTO | DERMAL | SUBCHRONIC | RABBIT | I | NA | REPLACED |
| B-1020 | GLYPHOSATE | MONSANTO | ORAL | SUBCHRONIC | RAT | V | I | NO RESP |
| B-564 | GLYPHOSATE | MONSANTO | ORAL | CHRONIC | RAT | I | NA | REPLACED |
| B-566 | GLYPHOSATE | MONSANTO | | REPRODUCTION | RAT | V | I | REPLACED |
| B-569 | GLYPHOSATE | MONSANTO | | CARCINOGENICITY | MOUSE | I | NA | REPLACED |
| C-1021 | GLYPHOSATE | MONSANTO | ORAL | SUBCHRONIC | DOG | V | I | NO RESP |
| E-567 | GLYPHOSATE | MONSANTO | | MUTAGENICITY | MOUSE | I | NA | REPLACED |
| J-565 | GLYPHOSATE | MONSANTO | ORAL | CHRONIC | DOG | V | I | NO RESP |
| J-568 | GLYPHOSATE | MONSANTO | | TERATOLOGY | RABBIT | I | NA | REPLACED |
| 601-5044 | GLYPHOSATE | MONSANTO | ORAL | SUBCHRONIC | RABBIT | I | NA | NOT REQ |
| 601-6527 | GLYPHOSATE | MONSANTO | | CHOLINESTERASE | RAT | I | NA | NOT REQ |
| 623-7508 | GLYPHOSATE | MONSANTO | | MUTAGENICITY | RAT/MOUSE | V | | NO RESP |
| 633-7507 | GLYPHOSATE | MONSANTO | | AMES TEST | | I | NA | REPLACED |
| 633-7801 | GLYPHOSATE | MONSANTO | ASSAY | RECOMBINATION | | I | NA | REPLACED |
| 651-3917 | GLYPHOSATE | MONSANTO | | REPRO&RESIDUE | HEN | V | | NO RESP |
| 651-5275 | GLYPHOSATE | MONSANTO | | TERATOLOGY | RABBIT | I | NA | REPLACED |
| 663-6290 | GLYPHOSATE | MONSANTO | INHALATION | SUBCHRONIC | RAT | I | NA | REPLACED |
| 8533-8920 | GLYPHOSATE | MONSANTO | | MUTAGENICITY | MOUSE | I | NA | NEG RESP |
| 8533-8923 | GLYPHOSATE | MONSANTO | | REPRODUCTION | RAT | I | NA | NO RESP |
| 8560-8924 | GLYPHOSATE | MONSANTO | FEEDING | PILOT & CHRONIC | RAT | P | | NEG RESP |
| 8580-8921 | GLYPHOSATE | MONSANTO | | TERATOLOGY | RABBIT | I | NA | NEG RESP |
| 8580-8922 | GLYPHOSATE | MONSANTO | ORAL | CHRONIC | DOG | P | | NEG RESP |
| A-2468B | GLYPHOSATE | MONSANTO | DERMAL | | RABBIT | I | NA | REPLACED |
| E-1753 | GLYPHOSATE | MONSANTO | | | QUAIL | V | V | NEG RESP |
| J-3920 | GLYPHOSATE | MONSANTO | | | SWINE | V | V | NEG RESP |
| 632-3894 | GLYPHOSATE | MONSANTO | | | CATTLE | V | V | NEG RESP |
| 651-3918 | GLYPHOSATE | MONSANTO | | | HEN | V | V | NEG RESP |
| 8580-9117 | GLYPHOSATE | MONSANTO | NEURO | | HEN | V | | NO RESP |
| A-8426 | GLYPHOSINE | MONSANTO | DERMAL | SUBCHRONIC | RABBIT | I | NA | NO RESP |
| B-330 | GLYPHOSINE | MONSANTO | | SUBCHRONIC | RAT | I | NA | NEG RESP |
| B-8424 | GLYPHOSINE | MONSANTO | ORAL | SUBACUTE | RAT | S | S | NO RESP |
| B-9555 | GLYPHOSINE | MONSANTO | ORAL | CHRONIC | RAT | I | NA | NEG RESP |
| B-9558 | GLYPHOSINE | MONSANTO | | CARCINOGENICITY | MOUSE | I | NA | NEG RESP |
| B-9560 | GLYPHOSINE | MONSANTO | | REPRODUCTION | RAT | P | | NO RESP |
| C-8425 | GLYPHOSINE | MONSANTO | ORAL | SUBCHRONIC | DOG | S | S | NO RESP |
| C-9556 | GLYPHOSINE | MONSANTO | ORAL | CHRONIC | DOG | I | NA | NEG RESP |
| E-9561 | GLYPHOSINE | MONSANTO | | MUTAGENICITY | MOUSE | I | NA | NEG RESP |
| J-9565 | GLYPHOSINE | MONSANTO | | TERATOLOGY | RABBIT | I | NA | NEG RESP |
| 8580-9116 | GLYPHOSINE | MONSANTO | NEURO | | HEN | S | S | NO RESP |
| 622-5557 | GOODRITE 3125 | | ORAL | INUTERO EXPOSURE | RAT | V | P | NO RESP |
| 611-5556 | GOODRITE 3125 | | ORAL | | DOG | V | P | NO RESP |
| 8560-8881 | GOSSYPLURE | CONREL | ORAL | SUBACUTE | RAT | S | S | REPLACED |
| 8580-8883 | GOSSYPLURE | CONREL | ORAL | SUBACUTE | DOG | S | S | REPLACED |
| 611-9063 | HARUADE | UNIROYAL | ORAL | SUBCHRONIC | DOG | V | NA | REPLACED |
| 622-9070 | HARUADE | UNIROYAL | ORAL | SUBCHRONIC | RAT | V | NA | REPLACED |
| J-6511 | HEPTACHLOR EPOX | VELSICOL | | REPRODUCTION | HEN | I | NA | NEG RESP |
| 424 | HINOSAN | MOBAY | | MUTAGENICITY | MOUSE | I | NA | NEG RESP |
| C-5416 | IRGASAN | CIBA GEIGY | DERMAL | SUBACUTE | DOG | I | NA | NO RESP |