**EXHIBIT 83**

# Exhibit F

US EPA ARCHIVE DOCUMENT

WILLIAMSPROD00001642



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C.  20460

OCT 30 1991

OFFICE OF
PESTICIDES AND TOXIC
SUBSTANCES

## MEMORANDUM

SUBJECT:  SECOND Peer Review of Glyphosate

           CAS No. 1071-83-6
           EPA Chem. Code 417300
           40 CFR 180.364
           TOX Chem. No.:  661A
           Reg Group: List A (6B)

FROM:  William Dykstra, Ph.D.
       Toxicology Branch I (IRS)
       Health Effects Division (H7509C)

       and

       George Z. Ghali, Ph.D.
       Science Analysis and Coordination Branch
       Health Effects Division (H7509C)

TO:  Robert Taylor, PM 25
     Fungicide-Herbicide Branch
     Registration Division (H7505C)

     and

     Lois Rossi, Chief
     Reregistration Branch
     Special Review and Reregistration Division (H7508W)

    The Health Effects Division Carcinogenicity Peer Review Committee convened on June 26, 1991 to discuss and evaluate the weight of the evidence on Glyphosate with particular emphasis on its carcinogenic potential. The Committee concluded that Glyphosate should be classified as a Group E (evidence of non-carcinogenicity for humans), based upon lack of convincing carcinogenicity evidence in adequate studies in two animal species.

    It should be emphasized, however, that designation of an agent in Group E is based on the available evidence at the time of evaluation and should not be interpreted as a definitive conclusion that the agent will not be a carcinogen under any circumstances.

*Printed on Recycled Paper*

A. Individual in Attendance

1. **Peer Review Committee** (Signature indicates concurrence with the peer review unless otherwise stated.)

   | Name | Signature |
   |---|---|
   | Penny Fenner-Crisp | *Penelope A. Fenner-Crisp* |
   | William L. Burnam | *[signed]* |
   | Karl Baetcke | *[signed]* |
   | Marcia Van Gemert | *Marcia Van Gemert* |
   | Esther Rinde | *E. Rinde* |
   | Hugh Pettigrew | *Hugh M. Pettigrew* |
   | Marion Copley | *Marion Copley* |
   | Lucas Brennecke | *Lucas H. Brennecke* |
   | George Ghali | *G. Ghali* |

2. **Peer Review Members in Absentia** (Committee members who were unable to attend the discussion; signature indicates concurrence with the overall conclusions of the Committee.)

   | Name | Signature |
   |---|---|
   | Reto Engler | *[signed]* |
   | Richard Hill | — |
   | John Quest | *John A. Quest* |
   | Kerry Dearfield | *Kerry Dearfield* |
   | Yin-Tak Woo | *Yin Tak Woo* |
   | Jean Parker | — NONCONCUR |
   | William Sette | *William Sette* |
   | Robert Beliles | DO NOT CONCUR |
   | Julie Du | *Julie T. Du* |

3. **Scientific Reviewers** (Committee or noncommittee members responsible for data presentation; signature indicates technical accuracy of panel report.)

   | Name | Signature |
   |---|---|
   | William Dykstra | *William Dykstra* |
   | Roger Gardner | *Roger Gardner 9-5-91* |

WILLIAMSPROD00001644

- 19 -

Despite the fact that the incidence of renal tubular neoplasm in the high dose males exceeded that of historical controls, the biological significance of the findings was questionable because of: a) lack of significance in pairwise comparison with concurrent controls, b) there was no concurrent increase in non-neoplastic renal tubular lesions in male mice (e.g. tubular necrosis/regeneration, hyperplasia, hypertrophy ..etc), c) the examination of multiple sections of kidneys from all groups resulted in no additional neoplasms; this fact is particularly important since not only were the original sections closely scrutinized by more than one pathologist, but additional sections as well, and d) increased incidence in high dose group was very small compared to control considering the very high concentration which produced highly significant reduction in body weight gain in males. Furthermore, the increased incidence of chronic interstitial nephritis in males is not relevant to the tubular neoplasms. There was actually a decrease in renal tubular epithelial changes (basophilia and hyperplasia) in males, and although there was a dose-related increase in these changes in female mice, no tubular neoplasms were observed in females. Overall, the Peer Review Committee did not feel that this lesion was compound-related.

5. Glyphosate was tested up to the limit dose in the rat, and up to levels higher than the limit dose in mice.

6. There was no evidence of genotoxicity for glyphosate.

7. Currently there are no structurally related pesticides registered by the Agency which resemble glyphosate. A nonregistered pesticide, sulfosate, has been reviewed for carcinogenic potential in mice and rats and was reported to be negative.

G. Classification:

Considering criteria contained in EPA Guidelines (FR 51:33992-34003, 1986] for classifying a carcinogen, the Committee concluded that Glyphosate should be classified as a Group E (evidence of non-carcinogenicity for humans), based on lack of convincing carcinogenicity evidence in adequate studies in two animal species.

It should be emphasized, however, that designation of an agent in Group E is based on the available evidence at the time of evaluation and should not be interpreted as a definitive conclusion that the agent will not be a carcinogen under any circumstances.

19

WILLIAMSPROD00001661