# EXHIBIT 87



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

OFFICE OF
CHEMICAL SAFETY AND POLLUTION
PREVENTION

MAR 16 2017

## MEMORANDUM

**SUBJECT:** Transmission of Meeting Minutes and Final Report of the December 13-16, 2016 FIFRA SAP Meeting Held to Consider and Review Scientific Issues Associated with EPA's Evaluation of the Carcinogenic Potential of Glyphosate

**TO:** Rick P. Keigwin, Jr.
Acting Director
Office Pesticides Programs

**FROM:** Steven M. Knott, M.S.
Acting Executive Secretary
FIFRA SAP Staff
Office of Science Coordination and Policy

**THRU:** Stanley Barone, Ph.D.
Acting Director
Office of Science Coordination and Policy

Please find attached the meeting minutes and final report of the December 13-16, 2016 Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel (SAP) open public meeting held in Arlington, Virginia. This report addresses a set of scientific issues associated with EPA's evaluation of the carcinogenic potential of glyphosate.

Attachment

**cc:**

Wendy Cleland-Hamnett
Louise Wise
Stan Barone
Arnold Layne
Delores Barber
Marietta Echeverria
Michael Goodis
Yu-Ting Guilaran
Steve Knizner
Robert McNally
Wynne Miller
Jaqueline Mosby
Dana Vogel
Gregory Akerman
Jeff Dawson
Anwar Dunbar
Anna Lowit
Cathy Milbourn
Monique Perron
Linda Strauss
OPP Docket

FIFRA Scientific Advisory Panel Members

Marion F. Ehrich, PhD, DABT, ATS
David A. Jett, PhD
James McManaman, PhD
Joseph Shaw, PhD
Sonya K. Sobrian, PhD

FQPA Science Review Board Members

Kenny Crump, PhD
Laura C. Green, PhD, DABT
Eric S. Johnson, MB; BS (MD), PhD, MPH, DTPH
Barbara L. Parsons, PhD
Kenneth Portier, PhD
Aramandla Ramesh, PhD
Elizabeth A. (Lianne) Sheppard, PhD
Emanuela Taioli, MD, PhD
Daniel Zelterman, PhD
Luoping Zhang, PhD

# FIFRA Scientific Advisory Panel
# Meeting Minutes and Final Report
# No. 2017-01

## A Set of Scientific Issues Being Considered by the Environmental Protection Agency Regarding:

## EPA's Evaluation of the Carcinogenic Potential of Glyphosate

### December 13-16, 2016
### FIFRA Scientific Advisory Panel Meeting
### Held at the EPA Conference Center,
### One Potomac Yard
### Arlington, Virginia

progression of common spontaneous lesions. These Panel members argued that there is sufficient evidence to conclude that glyphosate is a weak rodent carcinogen and/or tumor promoter. The Panel noted that holistically interpreting results from 15 rodent cancer bioassays posed a unique challenge.

Overall, the Panel was divided with regard to its interpretation of apparently conflicting evidence from the rodent bioassays of glyphosate. Some Panel members pointed out that true carcinogenic responses should be reproducible, and that the estimated positive results in some of the rodent bioassays of glyphosate were likely to be false positives. These Panelists focused on the lack of consistency among the responses across the entire, unusually large glyphosate database, and the fact that the number of significantly positive results in this large database was no greater than would be expected from random assignment of animals to dose groups. These Panelists also noted EPA's weight-of-evidence ignored the serious multiple comparison problem caused by focusing attention on the most extreme tumor responses without also explicitly noting the many negative dose-response relationships and other null results.

Some Panel members felt that the Agency's weight-of-evidence evaluation gave excessive weight to several factors, including lack of monotonic dose response relationships, historical tumor rates, lack of statistical significance in pair-wise comparisons when there is a significant positive trend, and discounting results at exposures greater than the "limit dose" of 1,000 mg/kg/day. Panelists who disagreed with the Agency's conclusions noted there was considerable heterogeneity between studies that needed to be taken into account. They recommended pooled analyses of multiple studies, within endpoint, gender, and species, as a valid approach to distill the evidence from multiple studies. In support of their conclusion they cited an example, provided in the public comments, of pooled analyses of several endpoints for most of the mouse studies.

Some Panel members felt that the Agency's discounting of statistically-significant trends based on the idea that they were not monotonically increasing was flawed. The Panel noted that a monotonic dose response relationship is not a criterion for a positive rodent response in the Agency's 2005 *Guidelines for Carcinogen Risk Assessment*.

Overall, the Panel concluded that the EPA evaluation does not appear to follow the EPA (2005) *Cancer Guidelines* in several ways, notably for use of historical control data and statistical testing requirements. Regarding historical controls, the Panel noted that the default position should be to *not* rely on historical control data except when concurrent controls yield clearly unreliable results. The Panel recommended that EPA articulate why historical control data were incorporated into some of its analyses and not in others. Regarding statistical testing requirements, the Panel noted that requiring a significant pairwise comparison corrected for the number of pair-wise tests in addition to a significant trend is neither consistent with the 2005 *Guidelines for Carcinogen Risk Assessment* nor a conservative approach for public health protection.

In the view of some Panel members, there are sufficient data to conclude glyphosate is a rodent carcinogen using the approaches recommended to interpret the biological significance of tumor responses in EPA's 2005 *Guidelines for Carcinogen Risk Assessment*. However, other Panel members strongly disagreed with this conclusion finding no reliable and consistent

2. In the lymphoid hyperplasia in Wood 2009b referenced above, lymphoid hyperplasia was detected in 4/36 male control mice, 1/1 low dose, 1/1 mid dose, and in 3/32 high dose male mice. Thus the claims of lymphoid hyperplasia at low and mid doses are both based on only one exposed animal each.

3. As noted in point 1, there are four bioassays in the same strain of rat employing doses of between 30 and 40 times the highest dose used in Lankas (1981). None of these bioassays show any evidence of an effect of glyphosate exposure upon testicular tumors (All of the responses in these bioassays are shown in Table 2).

4. The trend test was not significant in the response of pancreatic islet cell adenoma among male Sprague-Dawley rats in Stout and Ruecker 1990. However, significant negative trends occurred in female rats for both adenoma and adenoma and carcinoma combined. Two other studies in Sprague-Dawley rats and three in Wister rats all tested at a higher dose than Stout and Reucker, but found no evidence of a positive effect of glyphosate exposure upon these tumors. However, Atkinson 1983 found a highly significant negative trend in adenoma among male Sprague-Dawley rats.

Perspectives supporting the "suggestive evidence of carcinogenic potential" descriptor

Other Panel members did not agree with the conclusions of the Issue Paper. To these Panel members, the weight-of-evidence conclusion based on EPA's 2005 *Guidelines* naturally leads to suggestive evidence of potential carcinogenic effects. In their view, epidemiologic and rodent studies contain findings that together (coherence and consistency) suggest a potential for glyphosate to affect cancer incidence. Many of the arguments put forth in the Issue Paper discussion are not persuasive. These Panelists concluded that the epidemiologic and rodent study findings should not be discounted to the extent done in the Issue Paper. One Panel member argued that, using standard approaches in the analysis of the glyphosate rodent bioassay data, significant carcinogenic effects are observed at doses that do not greatly exceed EPA's high-end estimate of occupational exposure of 7 mg/kg-bw/day. Specifically noted are:

1. Lymphocytic hyperplasia at 11 mg/kg-bw/day in Sprague-Dawley rats in Lankas, 1981.

2. Lymphoid hyperplasia at low and mid doses in males at 71.4 and 234.2 mg/kg-bw/day in a study where malignant lymphomas were significantly induced at 810 mg/kg-bw/day in Wood et al. 2009b.

3. Testicular interstitial tumors in male Sprague-Dawley rats demonstrated a significant trend and a significant pairwise comparison between control and the high dose of 31.49 mg/kg-bw/day in Lankas, 1981.

4. Pancreatic islet cell adenoma in male Sprague-Dawley rats demonstrating a significant pairwise comparison relative to controls at the low dose, 89 mg/kg-bw/day in Stout and Ruecker, 1990.

According to the 2005 EPA *Guidelines for Carcinogen Risk Assessment*, the cancer descriptor "not likely to be carcinogenic to humans" applies if "there is convincing evidence that carcinogenic effects are not likely below a defined dose range." Many Panel members believe