UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

The plaintiffs' motion to remove an incorrectly filed document is granted. Docket No. 2479-19 is permanently deleted from the Court's docket.

**IT IS SO ORDERED.**

Date:   January 28, 2019

_____
Honorable Vince Chhabria
United States District Court