1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
    | LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
11

12  This document relates to:

13  *Elizabeth and Robert L. Hatfield*
*v. Monsanto Co.*,
14  Case No.  3:19-cv-00379-VC

15        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18        1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19        2.      Bayer AG is a publicly held corporation.

20  DATED:  January 28, 2019                 Respectfully submitted,

21                                           /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth (*pro hac vice*)
22                                           (jhollingsworth@hollingsworthllp.com)
                                             Eric G. Lasker (*pro hac vice*)
23                                           (elasker@hollingsworthllp.com)
                                             HOLLINGSWORTH LLP
24                                           1350 I Street, N.W.
                                             Washington, DC  20005
25                                           Telephone:  (202) 898-5800
                                             Facsimile:   (202) 682-1639
26
                                             *Attorneys for Defendant*
27                                           *MONSANTO COMPANY*

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:19-cv-00379-VC