Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:  (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTIONS *IN LIMINE* AND DEFENDANT'S OMNIBUS OPPOSITION TO CERTAIN MOTIONS *IN LIMINE*** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | |
| *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC | |
| *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

Pursuant to Civil Local Rules 79-5, 7-11, this Court's Standing Order for Civil Cases, ¶¶ 27-29, and the Amended Protective Order, filed September 6, 2017, Dkt. 519 ("Amended Protective Order"), ¶ 18, Plaintiffs hereby submit this Administrative Motion to File Under Seal ("Motion") to file under seal. Subject to this motion are portions of Plaintiffs' Motion *in Limine* no. 3, Exhibit 2; portions of Plaintiffs' Motion *in Limine* no. 9, Exhibit 1; Plaintiffs' Motions *in Limine* nos. 6, 11, and 12; and Defendant's Omnibus Opposition to Plaintiffs' Motions *in Limine* nos. 6, 11, and 12.  The documents Plaintiffs seek to file under seal contain information about Group 1 Plaintiffs' medical conditions and/or other personally identifiable information, pursuant to FRCP § 5.2(a).

## I.  Compelling Reasons Exist to Maintain the Confidentiality of Plaintiffs' Private Medical Information and Other Personally Identifiable Information.

Plaintiffs have lodged under seal portions of their motions *in limine*, as well as supporting exhibits and Defendant's corresponding opposition, because these documents contain Plaintiffs' private medical information and other personally identifiable information.  These lodgings and/or redactions are set forth in the Declaration of Leland H. Belew submitted herewith.

Plaintiffs are entitled to preserve the privacy of their medical information and other personally identifiable information under the California Constitution, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the Federal Rules of Civil Procedure ("FRCP"), and existing case law.

Foremost, the right to privacy provided by the California Constitution provides a compelling reason to seal the documents at issue in this motion.  The California Constitution guarantees that among the inalienable rights afforded to individuals is the right to privacy.  Cal. Const. art. I, § 1.  Patients have a right to privacy in their medical information under the California Constitution. *See Ruiz v. Podolsky*, 50 Cal. 4th 838, 851 (2010).  There is "a constitutional right to privacy, more specifically, a constitutional right to nondisclosure of one's personal information." *Stallworth v. Brollini*, 288 F.R.D. 439 444 (N.D. Cal. 2012) (*citing Whalen v. Roe*, 429 U.S. 589, 599 (1977); *Nixon v. Administrator of Gen. Serv.*, 433 U.S. 425, 457 (1977)).  Accordingly, numerous other district courts have found that the need to protect medical information qualifies as a "compelling reason" for sealing records. *See San*

*Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, Case No. C 10–02258 SBA, 2011 WL 89931, at *1 n. 1 (N.D. Cal. Jan.10, 2011); *Abbey v. Hawaii Emp'r Mut. Ins. Co*., Case No. 09–000545 SOM/BMK, 2010 WL 4715793, at *1–2 (D. Haw. Nov. 15, 2010) ("The need to protect medical privacy qualifies as a 'compelling reason.'"); *Wilkins v. Ahern*, Case No. C 08–1084 MMC (PR), 2010 WL 3755654, at *4 (N.D. Cal. Sept. 24, 2010); *Lombardi v. Tri West Healthcare Alliance Corp*., Case No. CV–08–02381–PHX–FJM, 2009 WL 1212170, at *1 (D. Ariz. May 4, 2009).

Medical records are further deemed confidential under the HIPAA. *See* 45 C.F.R. § 164.502(a) ("[a] covered entity may not use or disclose protected health information."); *see also Webb v. Smart Document Solutions, LLC*, 499 F.3d 1078, 1082 (9th Cir.2007).

Finally, FRCP 5.2 ***requires*** redaction of specific personally identifiable information absent a contrary court order.  This includes the individual's social-security number, taxpayer-identification number, birth date, and other financial-account numbers.

**II.**   **Conclusion**

For the foregoing reasons, Plaintiffs request that the Court grant its motion to seal portions of Plaintiffs' Motion *in Limine* no. 3, Exhibit 2; portions of Plaintiffs' Motion *in Limine* no. 9, Exhibit 1; Plaintiffs' Motions *in Limine* nos. 6, 11, and 12; and Defendant's Omnibus Opposition to Plaintiffs' Motions *in Limine* nos. 6, 11, and 12, to the extent these documents contain Plaintiffs' private medical information and other personally identifiable information.

Dated: <u>January 30, 2019</u>

Respectfully Submitted,

<u>/s/ Leland H. Belew</u>
Leland H. Belew

Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*