Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**DECLARATION OF LELAND BELEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTIONS *IN LIMINE* AND DEFENDANT'S OMNIBUS OPPOSITION TO CERTAIN MOTIONS *IN LIMINE*** |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br><br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br><br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

I, Leland H. Belew, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate attorney at Andrus Anderson LLP, designated as co-liaison counsel for plaintiffs in MDL No. 2741. I submit this Declaration in support of Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Motions *in Limine* and Defendant Monsanto Company's Omnibus Opposition to Certain Plaintiffs' Motions *in Limine*.

2. Plaintiffs have filed conditionally under seal portions of Plaintiffs' Motion *in Limine* no. 3, Exhibit 2; portions of Plaintiffs' Motion *in Limine* no. 9, Exhibit 1; Plaintiffs' Motions *in Limine* nos. 6, 11, and 12; and Defendant's Omnibus Opposition to Plaintiffs' Motions *in Limine* nos. 6, 11, and 12.  These documents, and portions thereof, contain confidential information regarding Group 1 plaintiffs' medical conditions and/or other personally identifiable information.

3. Plaintiffs request that the following documents or portions thereof be filed under seal:

| **MIL No./Exhibit** | **Document Title** | **Page:Line** |
|---|---|---|
| MIL 3, Exh. 2 | Expert Report of Bradley D. Hanson, Ph.D re Plaintiff Stevick | Portion of page 3 |
| MIL 6 | [Under Seal] | In entirety, including exhibits |
| Omnibus Opposition to MIL nos. 6, 11, 12 | [Under Seal] | In entirety, including exhibits |
| MIL 9, Exh. 1 | Hardeman Deposition | 132:23-25 |
| MIL 11 | [Under Seal] | In entirety, including exhibits |
| MIL 12 | [Under Seal] | In entirety, including exhibits |

//

//

-2-   Case No. 3:16-md-02741-VC
DECLARATION OF LELAND BELEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  I declare under penalty of perjury that the foregoing is true and correct.

                                                                                  Respectfully Submitted,

Dated: January 30, 2019                          */s/ Leland H. Belew*
                                                                                  Leland H. Belew

                                                                                  Lori E. Andrus (SBN 205816)
                                                                                  lori@andrusanderson.com
                                                                                  Jennie Lee Anderson (SBN 203586)
                                                                                  jennie@andrusanderson.com
                                                                                  Leland H. Belew (SBN 293096)
                                                                                  leland@andrusanderson.com
                                                                                  **ANDRUS ANDERSON LLP**
                                                                                  155 Montgomery Street, Suite 900
                                                                                  San Francisco, CA 94104
                                                                                  Telephone:    (415) 986-1400
                                                                                  Facsimile:    (415) 986-1474

                                                                                 Aimee Wagstaff (SBN 278480)
                                                                                 aimee.wagstaff@andruswagstaff.com
                                                                                 **ANDRUS WAGSTAFF, PC**
                                                                                 7171 West Alaska Drive
                                                                                 Lakewood, CO 80226
                                                                                 Telephone:  (303) 376-6360
                                                                                 Facsimile:  (303) 376-6361

                                                                                 *Co-Lead Counsel for Plaintiffs in MDL No. 2741*

DECLARATION OF LELAND BELEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL