1  Leland H. Belew (SBN 293096)
   leland@andrusanderson.com
2  Lori E. Andrus (SBN 205816)
   lori@andrusanderson.com
3  Jennie Lee Anderson (SBN 203586)
   jennie@andrusanderson.com
4  **ANDRUS ANDERSON LLP**
   155 Montgomery Street, Suite 900
5  San Francisco, CA 94104
   Telephone:    (415) 986-1400
6  Facsimile:    (415) 986-1474
7
   Aimee Wagstaff (SBN 278480)
8  aimee.wagstaff@andruswagstaff.com
   **ANDRUS WAGSTAFF, PC**
9  7171 West Alaska Drive
10 Lakewood, CO 80226
   Telephone:  (303) 376-6360
11 Facsimile:   (303) 376-6361
12
   *Attorneys for Plaintiffs*

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17  IN RE: ROUNDUP PRODUCTS             Case No. 3:16-md-02741-VC
    LIABILITY LITIGATION
18                                      MDL No. 2741
19
20  This document relates to:           **[PROPOSED] ORDER GRANTING
                                        PLAINTIFFS' ADMINISTRATIVE
    *Hardeman v. Monsanto Co., et al.*, MOTION TO FILE UNDER SEAL
21  3:16-cv-0525-VC                     PORTIONS OF PLAINTIFFS' MOTIONS
                                        *IN LIMINE* AND DEFENDANT'S
22
    *Stevick v. Monsanto Co., et al.*,  OMNIBUS OPPOSITION TO CERTAIN
23  3:16-cv-2341-VC                     MOTIONS *IN LIMINE***

24  *Gebeyehou v. Monsanto Co., et al.*,
    3:16-cv-5813-VC
25

26

27

28
                                                    Case No. 3:16-md-02741-VC
    [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Before this Court is Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs'

Motions *in Limine* and Defendant Monsanto Company's Omnibus Opposition to Certain Plaintiffs'

Motions *in Limine*. Having considered the papers, and for compelling reasons shown, the Court hereby

**GRANTS** Plaintiffs' request and **ORDERS** the following passages will remain redacted and

confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

| MIL No./Exhibit | Document Title | Page:Line | Order |
|---|---|---|---|
| MIL 3, Exh. 2 | Expert Report of Bradley D. Hanson, Ph.D re Plaintiff Stevick | Portion of page 3 | ☐ Sealing Granted |
| MIL 6 | [Under Seal] | In entirety, including exhibits | ☐ Sealing Granted |
| Omnibus Opposition to MIL nos. 6, 11, 12 | [Under Seal] | In entirety, including exhibits | ☐ Sealing Granted |
| MIL 9, Exh. 1 | Hardeman Deposition | 132:23-25 | ☐ Sealing Granted |
| MIL 11 | [Under Seal] | In entirety, including exhibits | ☐ Sealing Granted |
| MIL 12 | [Under Seal] | In entirety, including exhibits | ☐ Sealing Granted |

**IT IS SO ORDERED**

DATE: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL