**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | **DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION IN *LIMINE* NO. 1** |
| *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC | |
| *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

- 1 -

STEKLOFF DECLARATION – MONSANTO'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 1
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Opposition to Plaintiffs' Motion *In Limine* No. 1 to exclude any evidence or reference that compares the amount of Roundup use to NHL incidence over time to disprove causation. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the expert report of Dr. Alexandra Levine produced in the *Hardeman* case dated November 26, 2018.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the expert report of Dr. William Fleming dated July 31, 2017.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the expert report of Dr. Chadi Nabhan produced in the *Hardeman* case dated November 20, 2018.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the expert report of Dr. Beate Ritz dated May 1, 2017.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

STEKLOFF DECLARATION – MONSANTO'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 1
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

| | |
|---|---|
| DATED: January 30, 2019 | Respectfully submitted, |
| | /s/ Brian L. Stekloff |
| | Brian L. Stekloff (*pro hac vice*) <br> (bstekloff@wilkinsonwalsh.com) <br> Rakesh Kilaru (*pro hac vice*) <br> (rkilaru@wilkinsonwalsh.com) <br> WILKINSON WALSH + ESKOVITZ LLP <br> 2001 M St. NW, 10th Floor <br> Washington, DC 20036 <br> Tel: 202-847-4030 <br> Fax: 202-847-4005 |
| | Pamela Yates (CA Bar No. 137440) <br> (Pamela.Yates@arnoldporter.com) <br> ARNOLD & PORTER KAYE SCHOLER <br> 777 South Figueroa St., 44th Floor <br> Los Angeles, CA 90017 <br> Tel: 213-243-4178 <br> Fax: 213-243-4199 |
| | Eric G. Lasker (*pro hac vice*) <br> (elasker@hollingsworthllp.com) <br> HOLLINGSWORTH LLP <br> 1350 I St. NW <br> Washington, DC 20005 <br> Tel: 202-898-5843 <br> Fax: 202-682-1639 |
| | Michael X. Imbroscio (*pro hac vice*) <br> (mimbroscio@cov.com) <br> COVINGTON & BURLING LLP <br> One City Center <br> 850 10th St. NW <br> Washington, DC 20001 <br> Tel: 202-662-6000 |
| | Attorneys for Defendant <br> MONSANTO COMPANY |

STEKLOFF DECLARATION – MONSANTO'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 1
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC