# EXHIBIT 1

**Expert Report of Alexandra Levine, M.D., M.A.C.P**

***Hardeman v. Monsanto***

## I.    Qualifications

I am a hematologist/oncologist and Professor of Medicine at City of Hope National Medical Center, an NCI sponsored Comprehensive Cancer Center, where I also served as Chief Medical Officer from 2007 through 2016.  I am a Distinguished Professor of Medicine, Emeritus, at the University of Southern California, where I also served as the Bloom Family Chair in Medicine and Lymphoma, the Executive Associate Dean of the Medical School (1985-1990), the Chair of the Division of Hematology (1991-12/2006), and the Medical Director of the USC/Norris Cancer Hospital (1996-2006).  I specialize in diagnosis and treatment of patients with hematological malignancies, particularly non-Hodgkin lymphoma (NHL), and the lymphomas associated with HIV.  I have an active clinical practice seeing patients, and have cared for over a thousand patients with NHL over my career. I was elected a Master of the American College of Physicians in 2009.

I have been an active researcher, related primarily to NHL, and to the lymphomas associated with infectious organisms, including HIV and CMV among others.  I have published over 325 papers in the scientific/medical peer-reviewed literature, and was funded consistently as a Principal Investigator for my research by the National Institutes of Health (NIH), from 1982 through 2012.  I have served two 5-year terms on the Board of Scientific Counselors of the NCI, and one 5 year term on the Oncologic Drug Advisory Committee of the FDA. I was chosen by President Bill Clinton to become a member of his Presidential Advisory Committee on HIV/AIDS in 1995, and served as Chair of the Research Committee for this group until 2000.  I have served as a consultant to the public health departments of India, China, Russia, Chile and Mexico concerning the epidemic of HIV and the malignancies associated with this infection.

I graduated Phi Beta Kappa from the University of California at Berkeley, and then obtained my MD degree from the Keck School of Medicine, University of Southern California, where I received the Alpha Omega Alpha award, the equivalent of Phi Beta Kappa in medical schools.  I completed a residency in Internal Medicine at Los Angeles-USC Medical Center.  Subsequently, I completed an oncology fellowship at Emory University in Atlanta, Georgia, then returned to LAC-USC Medical Center to complete a fellowship in hematology.

A copy of my Curriculum Vitae is attached to this report as Exhibit A.  In forming my opinions in this matter, I have relied on my training and expertise, as well as standard scientific literature in the field.  I have reviewed the medical literature and other materials listed in Exhibit B.  I have also reviewed the medical records and other materials relevant to Mr. Hardeman's case listed in Exhibit C.  I am being compensated at the hourly rate of $500 for my work in this matter. I have not testified as an expert witness either in deposition or trial in the past four years.

## II.      Assignment and Summary of Opinions

I have been asked to evaluate the medical history of Mr. Edwin Hardeman, to determine if there is medical evidence indicating that exposure to Roundup (glyphosate) caused or substantially contributed to his development of diffuse, large B-cell non-Hodgkin lymphoma.   My report has been prepared using the same methodology and scientific rigor as used in my academic and clinical practice, and my opinions are offered to a reasonable degree of medical certainty.  Many of the concepts discussed in this report involve basic scientific principles from the fields of oncology and hematology. As such, I reserve the right to provide context for my opinions by testifying to the basic science in these fields.  I further reserve the right to supplement this report in the event that additional information is made available to me; to respond to any additional testimony by plaintiff's experts; and to use graphics or demonstratives at trial to illustrate the concepts discussed in my report.

As explained more fully below, my opinions and the bases for my opinions to a reasonable degree of medical certainty are as follows:

- In most cases, the cause of a patient's Non-Hodgkin Lymphoma (NHL) is unknown and most patients have no known risk factors other than age.  This remains true for Diffuse Large B Cell Lymphoma (DLBCL), the most common subtype of NHL and the subtype diagnosed in Mr. Hardeman.

- In Mr. Hardeman's case, his medical records and testimony indicate that he had long-term infection by the Hepatitis C Virus (HCV), which is a known cause of NHL and was the likely cause of his DLBCL.

- Mr. Hardeman also had evidence of a history of infection with the Hepatitis B Virus (HBV), which may have caused or contributed to his DLBCL.

- Mr. Hardeman is obese, as documented in his medical records.  Obesity is a modest risk factor for development of DLBCL.

- The opinions of Plaintiff's experts, Drs. Weisenburger, Shustov, and Nabhan are methodologically inappropriate.  First, there is no reliable evidence that Roundup (glyphosate) causes NHL, or B-cell lymphoma, or specifically DLBCL.  Second, when considering the possible causes of lymphoma, it is inappropriate to lump all NHLs together, as there are more than 60 subtypes of NHL that are etiologically diverse.  Third, the use of agricultural workers who were, or were not exposed to glyphosate is an entirely valid population group in which to study the question which was posed in the updated (2018) Agricultural Health Study, contrary to the opinion of the plaintiff's expert.  Fourth, population based data in the USA do not confirm an increase in the incidence of NHL or DLBCL after use of glyphosphate increased substantially in the USA,  starting in the late 1990's.

- Finally, there is no methodology by which one could conclude that Roundup caused or contributed to a given patient's NHL.  There is no test, biomarker, or genetic signature associated with DLBCL that either suggests or proves that a given case of DLBCL was caused or contributed to by Roundup.  Even if we assume that glyphosate is a risk factor for NHL (which is unproven), one cannot assign any level of contribution of glyphosate to an individual's NHL within the context of the vast majority of DLBCL patients who lack history of such exposure, even when use of the product increased substantially in the USA.   The methods used by Plaintiff's experts are inconsistent, selective, and unreliable as evidenced by the relatively superficial manner in which other known (IARC Group 1) risk factors for DLBCL, such as HCV, and HBV are considered.

## III.   Non-Hodgkin Lymphoma Overview

There are a number of standard medical textbooks and published peer-reviewed articles in the medical literature that explain the complex field of lymphoma in detail, some of which are listed in the accompanying footnote.[1]    What follows below is an extremely brief overview of some key points and reviews regarding non-Hodgkin lymphoma.

### A.   General Concepts:  Causes of Cancer

Cancer is a complex group of diverse diseases, manifest by an uncontrolled growth of cells.  This unregulated growth, or unregulated ability of cells to die (apoptosis) is ultimately a defect of the DNA, which is the genetic material found in each cell, and derived from a person's mother and father.  During the course of life, DNA controls all biologic life processes, from something as simple as the color of a person's hair, to processes as complex as the control of cell growth and death.  After birth, DNA may be damaged by a number of factors, including sunlight, radiation, chemicals, viruses, and others.  If DNA is damaged, multiple repair mechanisms come into play, allowing death of the cell itself, or repair of the DNA damage.  Cancer may be caused by an inability of cells to die normally, in the case of DNA damage, or the inability to repair DNA damage, once it has occurred.  Depending upon the specific area of DNA damage, uncontrolled cell growth, and malignancy may ensue.

Individuals may also be born with specific defects in the DNA, which lead to an increased risk of cancer over the course of life.  Aside from these known, congenital DNA defects, other defects must also exist, which are not yet recognized.  Thus, certain families appear to have a high prevalence of cancer among family members, with multiple different types of cancer diagnosed, and no specific congenital defect yet

---

[1] Horning,SJ,Hardy,R (2012); Dunleavy. K; Wilson,WH (2014); Pasqualucci,L; Dalla-Favera,R (2018); Zelentz,AD, et al (2016); Armitage,JO, et al (2017); Jakobsen,LH, et al (2017).

identified.   These "cancer prone" families suggest the presence of other genetic defects, not yet recognized, which may explain the increased prevalence of multiple types of cancer in these families.

The immune system is responsible for recognizing foreign cells, and destroying them, so that we may continue to live.  If the immune system is weakened due to any cause, an individual may develop very serious infections, termed "opportunistic infections", since the germs involved have taken the opportunity of the person's weakened resistance to cause serious infections.  Similarly, the immune system is responsible for recognizing cancer cells as foreign, and destroying these cancer cells, before they have the opportunity to divide and metastasize widely throughout the body.  In the setting of immune deficiency, individuals may be at increased risk for cancer, since normal mechanisms of "immune surveillance" do not allow the early recognition and destruction of these few cancer cells.  Thus, the risk of cancer is also increased by various factors which weaken the immune system.

The occurrence of cancer is thus a multi-step process, consisting of both congential and/or environmental factors which have occurred in one individual, leading to the eventual diagnosis of cancer.  Ultimately, the cause of cancer is related to the development of specific abnormalities of the DNA, in the absence of appropriate repair mechanisms, or appropriate immune mechanisms to detect and destroy the malignant cell before it can divide and spread.

### B.    What is Non-Hodgkin Lymphoma?

Non-Hodgkin lymphoma (NHL) is a form of cancer that originates in lymphocytes, a type of white blood cell produced in the lymph glands and bone marrow, which then circulate in the blood and tissues. The function and purpose of these lymphocytes is to keep the body free of foreign "invaders", such as germs or other foreign substances.  In general, lymphocytes may be classified as either B-lymphocytes, whose function is to recognize and then kill foreign invaders via production of protein antibodies; or T-lymphocytes, which directly kill these invaders.

There are over 60 different types of NHL, and each of these is a specific entity, with differing mechanisms of pathogenesis, and often, differing modes of optimal therapy and prognosis.   In general, lymphomas may be classified as having been derived from either B lymphocytes or from T lymphocytes.  Approximately 90 percent of NHLs originate in B-cells, and approximately 10% originate in T-cells.  Hodgkin lymphoma is a specific type of B cell lymphoma; all other types of either B or T-cell lymphomas are termed and considered sub-types of "non-Hodgkin lymphoma".

In general, lymphoma is caused by an error which has occurred within the genetic material (DNA) of a given B or T lymphocyte.  The error occurs during the lifetime of the affected individual, and does not occur prior to birth as a congenital defect.  The specific error which occurs in a given patient/case is not uniform among all lymphomas, but is specific to the type of lymphoma which ensues.  While scientists currently understand the mechanisms or causes of some of these errors in the DNA

(how or why they first occurred), we do yet understand the specific cause or mechanism in most cases of lymphoma.

In a very abbreviated and simplistic way, the specific accident or error within the DNA, leading to the various types of lymphoma, causes the damaged lymphocyte to divide over and over, without the ability to stop.  Furthermore, while normal cells have a finite lifetime, and die only to be replaced by new, normal cells, this is not the case in lymphoma, where the accident in the DNA often also causes these damaged cells to lose the ability to die.  Thus, while normal cells are well controlled and regulated in terms of their growth and death, this is not the case with the malignant lymphocyte, which divides forever and never dies, eventually taking up all of the space in the bone marrow, so normal blood cells cannot be made.  Since lymphocytes normally circulate throughout the entire body, these malignant lymphocytes can do the same, and the lymphoma cells come to settle (or metastasize) in many parts of the body, including the liver, spleen, lymph nodes, and other organs.   The function of these involved organs will be compromised, as the lymphoma cells come to replace more and more of the normal tissues.

### C.    How common is NHL?

According to the American Cancer Society, NHL accounts for about 4% of all cancers in the United States.  In 2018, approximately 74,680 people will be diagnosed with NHL.  The average American's risk of developing NHL during his or her lifetime is about 1 in 47.[2]  Approximately 30-35% of these cases will be diagnosed as Diffuse Large B Cell Lymphoma (DLBCL).

### D.    What Causes Diffuse Large B Cell Lymphoma?

### 1.    Hepatitis C as a cause of DLBCL

In most instances, the cause of NHL, or the specific error in the DNA which causes it, is unknown.  However, it has been established that certain germs—viruses, bacteria or parasites-- can cause the changes leading to lymphoma.  Thus, the International Agency for Research in Cancer (IARC) defines 10 organisms as well established, definite carcinogenic agents in humans (Group 1).  These organisms include:

- Hepatitis C (as causing liver cancer and lymphoma);
- Hepatitis B (as causing liver cancer);
- Human Papillomavirus (HPV, causing cervical, penile, vulvar, vaginal, anal and oropharyngeal cancers);
- Human T-cell lymphotropic virus type I (HTLV-1, causing Adult T cell leukemia/lymphoma);

---

[2] https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html

- Epstein-Barr Virus (EBV, causing Hodgkin lymphoma, Burkitt lymphoma, nasopharyngeal cancer; NK/T lymphoma; and squamous cell cancer of the conjunctiva);
- Helicobacter pylori (H. pylori, causing non-cardia gastric cancer, gastric cardia cancer and gastric lymphoma);
- Kaposi sarcoma-associated herpes virus (KSHV or HHV8, causing Kaposi sarcoma and Castlemans related lymphoma);
- Opisthorchis and clonorchis (causing bile duct cancer); and
- Schistosoma haematobium (causing bladder cancer).

Additionally, IARC considers HIV as a co-factor, causing an increased risk of aggressive, high grade B cell lymphomas.

Of the approximate 14 million new cancer cases diagnosed globally in 2012, 92% of those caused by infectious agents were due to H pylori, HPV, HBV or HCV. Furthermore, approximately 25% of all cancers in resource-poor regions of the world, and 10% of those in resource rich areas are caused by germs.

Thus, to reiterate in terms of HCV, IARC has concluded that "Chronic infection with HCV causes…non-Hodgkin lymphoma… Chronic infection with HCV is carcinogenic to humans (Group 1)"  IARC Monograph 100B, Hepatitis C Virus (2012).

The conclusion by IARC that HCV is carcinogenic to humans, and "causes..non-Hodgkin lymphoma" is based upon numerous studies in the scientific and medical literature that link Hepatitis C with certain types of NHL, and specifically link HCV with the subtype of NHL with which Mr. Hardeman was diagnosed, namely DLBCL.  These studies include, but are not limited to the  references listed in the accompanying footnote.[3]

### 2.    Hepatitis B as a Cause of DLBCL

Hepatitis B is also listed by IARC as a human carcinogen (Group 1, definite), as causing liver cancer.

Recent evidence, both epidemiologic and biologic, indicates that HBV is also associated with development of DLBCL.  Meta-analyses have demonstrated that HBV

---

[3] Franzin,F, et al (1995), Duberg,A S, et al (2005), De Sanjose,S, et al (2008); Nieters,A, et al (2006); Cerhan,JR, et al (2014) Marcucci,F; Mele,A (2011); De Martel,C, et al (2012); Villa,D (2016); Arcaini,L, et al (2016); Levine,AM, et al (2003); Machida,K, et al (2004); Sung,VMH, et al (2003); Machida,K, et al (2004); Machida,K; et al (2006); Kawamura,Y, et al (2007); Seeff,LB et al (2000); Zuckerman,E, et al (1997); Zuckerman,E, et al (2001); Andreone,P, et al (1998); Kitay-Cohen,Y, et al (2000); Hermine,O, et al (2002); Canioni,D, et al (2016); Austria,A, Wu,GY (2018); Dal Maso,L, Franceschi,S (2006); Pardo,M, et al (2006); Arcaini,L, et al (2016); Chen,AY, et al (2013); Wood,DE, et al (2018); Bruix,J, Sherman,M (2011); Stroffolini,T, et al (2004); Takeshita M, et al (2006); Mahale P, et al (2016)..

infected patients have a two- to three-fold higher risk of development NHL, including DLBCL.

Furthermore, molecular mechanisms have been described that define the precise way in which malignancy may occur in HBV infected patients, leading to DLBCL. In a study of 275 Chinese patients with DLBCL, whole-genome/exome sequencing of 96 tumors and respective peripheral blood samples, along with targeted sequencing of 179 tumors from these patients was performed.  HBV infected patients (HbSag positive) were compared to those who were HbSAg negative.  An increased total mutation load was found in the HbsAg+ patients, along with a distinct set of mutated genes.  BCL6 was the lymphoma related gene most frequently mutated (79%) in the HBsAg+ DLBCL tissues, similar to Mr. Hardeman's DLBCL, which also revealed mutation of the BCL6 gene.  Additional HBV associated gene expression included enrichment of genes regulated by BCL6, FOXO1, and ZFP36L1.  Aside from distinct molecular features in the HBV positive DLBCL cases, the clinical presentation of these individuals was also distinct.  These patients often presented with a younger age, more aggressive disease, and a shorter survival.

Medical literature demonstrating the relationship between Hepatitis B and increased risk of developing DLBCL is presented in the accompanying footnote.[4]

### 3.   Autoimmune Disease, Atopic disease (Eczema), and Use of Corticosteroids

An increased incidence of aggressive lymphoma has been well described in persons with congenital or acquired abnormalities of the immune system, or in those who take medicines to suppress their immune systems.  Patients with autoimmune disease, such as Sjogren's syndrome, rheumatoid arthritis and lupus erythematosis have an increased risk of lymphoma, and specifically of DLBCL.   The incidence of lymphoma is also increased among people who have undergone organ transplantation, with receipt of prednisone and/or other drugs which suppress the immune system to prevent rejection of the transplanted organ.  Use of corticosteroids, such as prednisone, or other immunosuppressive medications (such as TNF inhibitors) have also been associated with increased risk of NHL in general, and DLBCL in particular.  Patients with various immunodeficiency states, such as HIV infection are also at increased risk of lymphoma.

While allergic conditions (atopic diseases) such as asthma, hay fever and food allergy are associated with a significant reduction in the risk of NHL, eczema has been statistically associated with development of lymphoma in the skin.

Medical literature which confirms the relationship between iatrogenic immunosuppression (caused by use of medicines which suppress the immune system)

---

[4] Marcucci,F, et al (2006); Chen,MH, et al (2008); Engels,EA, et al (2010); Dalia,S, et al (2013); Deng,L, et al (2015); Visentini,M, Casato,M (2018); Ren,W, et al (2018).

and increased risk of lymphoma includes the articles listed in the accompanying footnote.[5]

### 4.    Obesity and Age

Similar to most types of malignant disease, DLBCL is more likely to occur in older people, over the age of 60 years.  Nonetheless, while age > 60 years has traditionally been considered a poor prognostic indicator for patients with DLBCL, scientific data has shown that these older individuals, even those up to 80 or more, may do remarkably well with standard R-CHOP chemotherapy, with over half attaining complete remission of the lymphoma.

Obesity (Body mass index $\geq$ 30 kg/m$^2$) has also been documented as a modest risk factor for development of NHL, and for other types of cancer as well. While published studies are inconsistent in terms of this risk, higher BMI ($\geq$ 35 mg/m$^2$) has been statistically associated with increased risk of DLBCL as well as follicular lymphoma.  The relationship between obesity and cancer development is thought to relate to chronic inflammation, mediated by development of insulin resistance, and the pro-inflammatory state which ensues.  Additionally, several pro-inflammatory cytokines are increased among obese individuals, such as Tumor Necrosis Factor-alpha (TNF-α) which is made by fat cells and released into the circulation, again creating a mileau of chronic inflammation.  Chronic inflammation is a  known setting in which NHL may develop, often referred to as "chronic antigenic stimulation", causing on-going proliferation and division of the immune cells, including lymphocytes, which are then at increased risk of acquiring genetic errors.[6]

## IV.    Roundup (Glyphosate) and NHL Epidemiology

Roundup (active ingredient glyphosate) is an herbicide used in farming and landscaping.  Glyphosate interferes with the synthesis of aromatic aminos by inhibiting the enzyme 5-enolpryuvylshikimate-3-phosphate synthase, which is responsible for biosynthesis of tehamino acideds phenylalanine, tyrosine and tryptophan via the shikimate pathway, *a mechanism specific to plants.*  Several studies have investigated whether exposure to pesticides or herbicides, including glyphosate, increases the risk of NHL.

---

[5] Penn,I (1979); Penn,I (1988); Horning,SJ, Hardy,R (1997) (Page 561 states, "Risk Factors (for lymphoma):  People with congenital or acquired abnormalities of their immune systems or who take medicine to suppress their immune systems have a higher incidence of lymphoma.")

[6] Horning,SJ,Hardy,R (2012); Chiu BC, et al, (2007); Stallone DD (1994).

An IARC Monograph published in 2015 collected the published epidemiological evidence that was available at the time and found "*limited evidence* in humans for the carcinogenicity of glyphosate.  A positive association has been observed for non-Hodgkin lymphoma"  (IARC Monograph 112, Section 6.1).  The Preamble to the Monograph defines "limited evidence" as follows:

> **Limited evidence of carcinogenicity**:  A positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence.

In an epidemiologic study, when chance, bias or confounding cannot be ruled out with reasonable confidence, that means a true association has not been scientifically established .  At most, the association is a hypothetical possibility.

I have reviewed the several key epidemiologic studies regarding glyphosate that were considered by IARC (McDuffie 2001, Hardell 2002, DeRoos 2003, Ericksson 2008), all of which are case-control studies.  In addition, I have reviewed important findings from a large prospective cohort study, the Agricultural Health Study, that were published in 2018; these data were published subsequent to the IARC Monograph and were not considered or discussed in that review.

A prospective cohort study is a type of observational scientific research study in which a group of individuals who share pre-defined characteristics (eg, licensed pesticide/herbicide applicators) is classified according to a certain characteristic (eg, exposure or non-exposure to a particular type of herbicide) and then followed prospectively over time.  The health outcomes of the exposed and non-exposed groups can then be compared to see if the exposure appears to have had an adverse effect.

The Agricultural Health Study (Andreotti et al, 2018) is a prospective cohort study, funded and sponsored by the US National Institutes of Health,  of more than 57,310 licensed pesticide applicators from either Iowa or North Dakota, who were enrolled between 1993 and 1997, and followed through 2012 or 2013.  This is the largest, most recent, and most rigorous study that has been conducted to investigate exposure to pesticides/herbicides formulated with glyphosate as the active ingredient and the risk of lymphoma.

The study was specifically designed to investigate the possible association between pesticide/herbicide use and other farming factors potentially related to cancer and other health outcomes.  An extensive survey which included description of the number of days/year and number of years of total glyphosate usage was performed at baseline.  Approximately 63% completed a follow up phone interview approximately 5 years after enrollment (1999-2005).  Approximately 75% of study participants were exposed to glyphosate.  Study data were adjusted for subject age, history of cigarette smoking, alcohol use, family history of cancer, state (Iowa or North Dakota), body mass index (BMI), and the 5 pesticides most highly correlated with glyphosate, based upon

lifetime days and intensity-weighted lifetime days, derived from an algorithm based on whether the participant mixed or applied pesticides, repaired pesticide-related equipment, used personal protective equipment, and application method used.  Where specific data were missing over time, a data-derived multiple imputation procedure was used to impute pesticide use since enrollment.  Additional adjustments were made for occupational exposure to solvents, gasoline, x-ray radiation, and engine exhaust and pesticides linked to lymphohematopoietic malignancies in previous AHS analyses (lindane, DDT, diazinon, terbufos, and permethrin).

In primary analyses, exposure information was included from two time points: baseline and then 5 years later.  When restricted to exposure reported at enrollment, the patterns of risk were the same as analyses that considered glyphosate use reported both at enrollment and in follow up.

The categories of lifetime days of glyphosate use were as follows:  Quartiles:  1-13.74; 13.75-38.74; 38.75-108.4; and >38.75 days.  The linear trend was evaluated using the median of each exposure category as a continuous variable.  The authors also evaluated lagged exposure, calculating cumulative exposure for each year of follow up until cancer diagnosis, death, movement out of state or end of cohort cancer incidence follow up, and then subtracted the lag interval of 5,10, 15 or 20 years.

In this carefully controlled, large, prospective cohort study, "We observed *no association between glyphosate use and overall cancer risk, or with total lymphohematopoietic cancers, including non-Hodgkins lymphoma and multiple myeloma.*"

Specific data on cancer incidence in relation to intensity-weighted lifetime days of glyphosate use in the AHS are as follows:

| CANCER SITE | GLYPHOSATE USE | NO. | RR (95% CI) | p TREND |
|---|---|---|---|---|
| All cancers | None | 1511 | 1.00 (reference) | |
| | Quartile 1 | 1445 | 0.99 (.91-1.07) | |
| | Q2 | 1443 | 0.99 (.91-1.07) | |
| | Q3 | 1440 | 1.04 (.96-1.13) | |
| | Q4 | 1451 | 0.99 (.91-1.08) | 0.91 |
| NHL | None | 135 | 1.00 (reference) | |
| | Q1 | 113 | 0.83 (.59-01.18) | |
| | Q2 | 104 | 0.83 (.61-1.12) | |
| | Q3 | 112 | 0.88 (.65-1.19) | |
| | Q4 | 111 | 0.87 (.64-1.20) | 0.95 |
| B cell NHL | None | 128 | 1.00 (reference) | |

| | | |
|---|---|---|
| Q1 | 102 | 0.79 (.55-1.13) |
| Q2 | 93 | 0.76 (.56-1.05) |
| Q3 | 106 | 0.88 (.64-1.21) |
| Q4 | 103 | 0.86 (.62-1.19)   0.86 |

The AHS study is the largest and most comprehensive study of the effects of glyphosate use on development of cancer yet published.  This was a prospective cohort study, enrolling only licensed applicators of pesticides/herbicides, which was controlled for correlated pesticides, and was able to collect data on precise numbers of days of glyphosate use/year and number of years/lifetime of exposure.  The results of this critically important study were not considered by IARC when they concluded in 2015 that there was "*limited evidence* in humans for the carcinogenicity of glyphosate".

Further epidemiologic data which speaks against the concept that glyphosate may cause NHL or B-cell lymphoma relates to the incidence of NHL and DLBCL over time in the United States. The risk of NHL increased statistically from 1975 through 1990  in the US, from 30/100,000 to 50/100,000 in persons over 50 years of age.  From 1990-2005, the incidence also rose, but more modestly, from 50 to 64/100,000.  By 2004, the incidence of NHL began to plateau, and this plateau has been maintained. Roundup came onto the market in the USA in 1974.  By the late 1990's, the amount of Roundup use increased substantially, due to the advent of crops that were genetically engineered to be resistant to glyphosate.  If glyphosate were the cause of NHL, or of B-cell NHL, the incidence of these lymphomas would have increased statistically between 2004 and the present time. This is not the case.  Further, any increase in DLBCL seen between 1975-1990 in patients between the ages of 20-49 are considered to reflect the epidemic of DLBCL seen in association with HIV/AIDS, and the lymphomas in these individual decreased significantly between 1996 and 2014, at the precise time that Roundup use was increasing substantially.

Based upon the full extent of available epidemiologic data, I conclude to a reasonable degree of medical certainty that glyphosate has *not been proven to be a cause of NHL or B cell NHL or DLBCL*. In fact, according to IARC, glyphosate is a Group 2A agent.  At the very least, an objective scientist could not and would not conclude that glyphosate is a cause of NHL or B-cell NHL.  And, in fact, even IARC itself, opining without availability of the important data from the updated AHS study (2018) did <u>not</u> conclude that glyphosate was a definite (Group 1) human carcinogen.

## V.    Mr. Hardeman's Medical History

Mr. Hardeman is currently a 70 year old male, who presented to his physicians in 12/2014 with symptoms of an upper respiratory tract infection and swollen cervical lymph glands.  With persistent enlargement of these nodes toward the end of January, 2015, the patient underwent fine needle aspiration of the node, which returned as primarily necrotic material, without specific diagnosis.  Subsequently, a needle biopsy of a right sided cervical lymph node was performed on February 6, 2015, revealing diffuse large B cell lymphoma.  The lymphoma marked positive for CD20, Bcl2, and PAX 5, and

had a proliferation index (Ki-67) of 80%.  Molecular analysis (Flouresence in –situ hybridization or FISH) revealed mutations of the following genes:  Bcl6 and Bcl2, without Myc rearrangement.  PET scan on 2/20/2015 revealed abnormally high uptake in multiple lymph nodes in the right neck, extending into the jugular region and into the sternocleidomastoid muscle, as well as abnormalities in the submandibular nodes, along with involvement of the retroperitoneal nodes in the abdomen, and the pancreatic head.  There was possible abnormal uptake in the right testes as well, though a subsequent ultra-sound of this region revealed no mass, and only a spermatocele.  The bone marrow was negative for lymphoma when biopsied on 2/23/2015.

The patient was stated to have stage IIIA disease, with an IPI (International Prognostic Index) of 1, which was later amended to an IPI of 2 (low-intermediate prognostic risk).  He had lost about 5 pounds (218 pounds on 12/26/14 and 213 pounds on 2/9/2015), and had apparently denied fevers or drenching night sweats.  His only symptom from the lymphoma, aside from enlarged lymph nodes in the neck, was fatigue, which had been present in the past and was felt to be "symptomatic co-morbidity from cirrhosis/marrow effects of Hepatitis B/C" (Physician note, 4/6/15).

Mr. Hardeman began therapy using the R-CHOP regimen (rituximab-cychlophosphamide, hydroxydaunomycin,oncovin (vincristine) and prednisone) on 2/24/2015.  Subsequent cycles were given on 3/17/15 4/7/15; 4/28/15/ 5/19/15; and the last cycle was given on 6/9/2015.  He also received lamivudine as prophylaxis for re-activation of his prior infection with Hepatitis B (see below), as well as other, routine support medications with the chemotherapy.  All enlarged lymph nodes in the neck were described as "gone" after the second cycle.  He had several episodes of low neutrophil counts, and received dose reductions after cycle #3.  He received a total of 6 cycles of R-CHOP, the last of which was begun on 6/9/2015, and records indicate that he seemed to tolerate the therapy reasonably well.

A repeat post-therapy PET scan was performed on 7/13/2015 revealing that all areas of increased tracer uptake had resolved, and the patient was considered to be in a complete remission of his lymphoma.  A repeat CT scan on 2/16/2016 revealed improvement in cervical adenopathy (now 1.4 cm), fully consistent with the known residual "lumps" post successful therapy in lymphoma patients.  A repeat CT scan on 6/15/2018 revealed no evidence of enlarged lymph nodes anywhere in the body.  There was a questionable gall-bladder polyp (which he has had in the past), as well as non specific thickening of the urinary bladder wall, and diverticulosis. There remains no evidence of recurrent lymphoma as of this latest scan, nor has there been any clinical evidence of relapse of his DLBCL.

The patient had removal of an in situ melanoma from his left shoulder on 9/4/2018.

Mr. Hardeman's past medical history is of great importance, as it relates to his diagnosis of diffuse large B cell lymphoma.

13

In 1966, Mr. Hardeman was living in the Haight Ashbury district in San Francisco. Mr. Hardeman documents an approximate three year history of injection drug abuse at that time, using amphetamines (speed) by vein.  He also smoked marijuana at that time, and was living with a girlfriend whom he believes was "possibly infected" (by HCV).  He also had sexual relations with three or four other women at the time.  Mr. Hardeman was also exposed to needles used for tattoos, having had a "homemade tattoo" on his left arm, applied by "somebody" who was not a professional.  **Importantly, injection drug use is a major cause of HCV transmission in the United States.  Use of contaminated needles for generating tattoos is another known cause of HCV transmission, and HCV has also been shown to be transmissible by sexual contact with an infected partner.**  The patient also states that he was denied insurance by Kaiser in 1989 due to elevated liver enzymes.  He subsequently re-entered the Kaiser system in 1990, as part of job-acquired medical benefits, which did not require exclusion for pre-existing conditions.

In 2005, Mr. Hardeman was officially diagnosed with HCV infection, type 2b, after cirrhosis of the liver was found on an ultrasound examination, ordered by his primary physician at Kaiser.  He was then tested for HCV as the possible etiology for the cirrhosis, as he had a past history fully consistent with HCV exposure.  A liver biopsy was not performed to due to the presence of an enlarged spleen, and resultant low platelet count, which would have been a risk for the procedure; both the enlarged spleen and the low platelet count were caused by the cirrhosis.  He received therapy for the HCV from 12/2/2005 until 11/2006, a total of 48 weeks, using pegylated interferon alfa and ribavirin. His HCV viral load at the start of antiviral therapy was 732,000 copies/ml (1/28/2005).   At 12 weeks, his HCV viral load was negative, and he remained HCV negative in terms of HCV viral RNA in the blood in January, 2007, and January 2009 and up to the present time (per 6/7/2015 lab result).

Despite negative HCV viral load in the blood since early 2006, Mr. Hardeman continues to undergo serial testing for hepato-cellular carcinoma (aka liver cancer, HCC, or hepatoma), which is known to be caused by HCV (IARC). *Surveillance for liver cancer is recommended after successful HCV treatment and attainment of sustained viral response (SVR) in the blood (serum).  Despite elimination of HCV virus from the serum, these patients remain at risk for HCC.*  This testing includes serial analysis of alfa fetoprotein levels in the blood, as well as serial ultrasounds of the abdomen. Consistent with recommendations, analysis of alfa fetoprotein, and ultrasound of the abdomen were performed in Mr. Hardeman, on 7/31/2009, and 8/22/2014, a full 8 years from the time of his first HCV negative test post therapy for same. These recommendations are made, and were followed by Mr. Hardeman's physicians because the molecular abnormalities/errors induced by HCV, leading to liver cancer, occur years prior to the time that a frank malignancy occurs or can be diagnosed, and persist even though the virus itself may have been eradicated.  The same concepts of trajectory for HCV related lymphoma, and for most cancers in which we know the cause (eg, lung

cancer and smoking) apply.  The malignant disease may occur years after the precise cause of that disease has been eradicated.[7]

Aside from chronic HCV infection and cirrhosis, Mr. Hardeman also has history of infection with Hepatitis B, with positive Core antibody to Hepatitis B determined on 1/28/15, causing him to be treated with lamivudine during the time of his R-CHOP chemotherapy, to prevent re-activation of this virus, known to occur in the setting of underlying Hepatitis B infection.  The precise method of transmission of Hepatitis B to Mr. Hardeman is presumably from his history of injection drug use, although sexual transmission is also possible.

Mr. Hardeman's additional past medical history reveals occurrence of basal cell carcinoma on the skin, as well as malignant melanoma in situ, removed from his left shoulder on 9/4/2018.  He also has history of atopic eczema, diagnosed on 1/25/2006, but said to have been present "for years".  He has also received topical steroid creams in the past for this.  He was treated with oral prednisone in the past for sciatica, which apparently occurred on one occasion; he did not take all of the prednisone pills, and had some "left over" at the end of 2014.

## VI.   Opinions Regarding Cause of Mr. Hardeman's NHL

There is no scientific basis or method to conclude that exposure to Roundup caused or contributed to Mr. Hardeman's NHL.  The epidemiologic evidence discussed above demonstrates that Roundup does not increase the risk of NHL in general, or of the DLBCL subtype Mr. Hardeman developed.  There is nothing in Mr. Hardeman's cancer pathology that implicates Roundup, nor is there anything different or unusual about Mr. Hardeman's clinical presentation suggestive of Roundup causation.  There is no test, biomarker, or genetic signature associated with Mr. Hardeman's cancer that either suggests or proves that his DLBCL was caused or contributed to by Roundup.

On the other hand, it is likely that Mr. Hardeman's chronic infection by the Hepatitis C virus (HCV), caused or contributed to his DLBCL.  HCV is a known human carcinogen, as identified by IARC (Group 1, definite) and as proven by extensive data published in the scientific and medical peer-reviewed literature, and provided herein. The basis of this opinion is outlined below:

- **Epidemiologic studies confirming relationship between HCV infection and subsequent development of lymphoma:**

---

[7] Weissenberger (1992)  ("One valid source of information on the latency period of NHL can be found in the literature on NHL developing after the treatment of Hodgkin's disease with chemotherapy and/or radiotherapy(24, 25). In such studies, the median latency period for NHL is about 5 to 6 yr (24, 25), not unlike that for secondary acute leukemia (26, 27). In these studies (24, 25), the latency of NHL in some cases was as short as 2 yr, but it may also be as long as >15 yr (28).")

-Case-control studies as well as large epidemiologic studies have confirmed the statistically significant relationship between chronic HCV infection and the subsequent development of lymphoma in general.  In studies large enough to perform subset analyses (De SanJose et al, 2008; Nieters et al, 2006), several sub-types of lymphoma were found to be statistically increased among HCV infected persons, including diffuse large B cell lymphoma (DLBCL), splenic marginal zone lymphoma, and lymphoplasmactytic lymphoma.

- **Biologic studies demonstrating plausibility that HCV can cause NHL:**

     -HCV is capable of infecting B lymphocytes in humans, through binding of the HCV envelope glycoprotein E2 to CD81 and to the B cell receptor (BCR) on B lymphocytes.

     -Binding of HCV to BCR results in chronic antigenic stimulation, allowing ongoing proliferation of HCV infected B lymphocytes,  thus allowing the opportunity for development and accumulation of genetic lesions or "accidents/errors", leading eventually to the development of DLBCL and marginal zone lymphoma.

     -HCV has a "mutator phenotype", potentially capable of causing multiple mutations within the DNA of infected cells, with HCV thus capable of performing a direct oncogenic role.

     -Expression of HCV core protein ( C ) and non-structural protein 3 (NS3) induce nitric oxide synthase (NOS) and reactive oxygen species (ROS), which could be responsible for additional mutations as well as abnormalities in DNA repair systems, eventually leading to the transformation to malignancy.

     -NS3 staining has been detected in both DLBCL cells (12/14 cases) and Marginal zone lymphoma cells (4/14 cases), and expression of NS3 has been shown to be statistically elevated in cases of DLBCL versus marginal zone (p=0.006, Canioni et al, 2016).

     -Takeshita et al (2005) also demonstrated the presence of HCV-RNA within lymphoma tissue from 6 of 7 patients with DLBCL in the spleen; all tumor tissue also demonstrated presence of HCV CD81, while 5/6 also demonstrated presence of HCV NS3 and E2 proteins by immunohistochemistry. The presence of HCV-RNA, as well as HCV NS3, E2 and CD81 proteins within DLBCL lymphoma cells, per se, is fully consistent with the pathogenic role of HCV in lymphogenesis.

     -Successful treatment of HCV has resulted in complete remission of marginal zone lymphoma among the majority of HCV infected patients studied by Hermine et al (2002) and Arcaini et al (2016) among others, and in an HCV infected patient with mantle cell lymphoma (Levine,AM et al).  These data are consistent with the concept that these malignant B cells remain addicted to the BCR signaling induced

by HCV.  While DLBCL cells are known to be infected by HCV by demonstration of HCV RNA, and NS3 and E2 immunostaining within malignant lymphocytes, study of anti-HCV treatment as sole therapy for aggressive lymphomas such as DLBCL would be ethically difficult in this aggressive, fast growing lymphoma, and has not been accomplished to date.

- **HCV remains present in peripheral blood lymphocytes and in liver cells after sustained virologic response to Pegylated interferon alfa and ribavirin, and can thus cause lymphoma despite prior successful therapy for underlying HCV infection:**

-The latency period, between the time that a given carcinogen is first encountered, and the time at which a carcinogen-related malignancy is first diagnosed is very long, often measured in several years or decades.  Thus, while an overt cancer may not become evident for many years after exposure, the malignant "event" or mutation has already occurred in the cell of question.  The fact that Mr. Hardeman's DLBCL occurred after his HCV had been treated successfully is not unusual, and has been well described in the past.  Furthermore, the definition of "Sustained Virologic Response (SVR)" is rather arbitrary, and while initially thought to be consistent with "cure" or complete elimination of HCV from the body, this has not been confirmed in subsequent studies.  The definition of SVR is as follows: Absence of detectable HCV-RNA in the serum (or plasma) at 24 weeks (6 months) after completion of anti-HCV therapy.   As indicted above, we now understand that in the setting of SVR, occult infection by HCV is often present.  The definition of occult hepatitis C infection (OCI) is the presence of HCV-RNA in hepatocytes (liver cells) or peripheral blood mononuclear cells (specifically within the B lymphocytes in these PBMCs) without detectable HCV RNA in the serum.

-While HCV-RNA may become non-detectable in the serum after specific therapy for HCV, the peripheral blood B-lymphocytes, per se, often remain infected. Thus, Pardo and colleagues (2006) studied the effect of pegylated-interferon and ribavirin therapy (the same as received by Mr. Hardeman) in 10 HCV infected patients, all of whom were HCV RNA positive in the peripheral blood mononuclear cells (PBMC's) at baseline.  After completion of therapy, 80% of patients demonstrated absence of HCV RNA in the PMBCs.  However, at 24 weeks post therapy, only 30% had sustained responses in terms of HCV RNA in PMBCs, and 5/5 patients who underwent a second liver biopsy also had persistence of HCV within liver cells, even though the HIV-RNA in serum had returned to non-detectable.  *This study indicates that while HCV RNA in serum may become non-detectable post therapy with Peg-IFN and ribavirin, the HCV RNA remains present within PBMCs (B-lymphocytes) and liver cells in the majority of patients over time, allowing for on-going mutational events.*

-A second study by Chen et al (2013) has confirmed the lack of clearance of HCV from peripheral blood B lymphocytes after treatment with pegylated interferon-a plus ribavirin (PegIFN/R) had resulted in a non-detectable HCV viral load in serum (ie: among 34 post-treatment samples, none was HCV RNA positive in the serum using

standard clinical assays; they had attained "sustained virologic response/SVR" in the serum, using standard techniques).   Nonetheless, using more sensitive techniques (750ul of plasma tested as opposed to 250ul, and using RT-PCT/NAH), 8 of 9 patients had detectable plasma HCV-RNA.  Overall, using the more sensitive technique, a 3-fold greater rate of HCV RNA detection was found (15.5% versus 50%, p=0.001).  *And, overall, among 45 on-or post-treatment samples that were re-examined, only 3 (6.6%) were HCV RNA positive by routine clinical assays, while 26 (57.7%) were positive for HCV RNA by the more sensitive assays, giving in total an 8.7 fold increase in detection of plasma HCV RNA (p<0.0001).*

        -Importantly, the Chen study (2013) also evaluated the presence of HCV-RNA in PBMCs of these PegIFN/Ribavirin treated patients.  Based upon a prior finding that mitogen stimulation (activation) of lymphocytes from HCV infected patients increased virus replication, and thus, virus detection, *ex vivo* stimulation of the PBMCs was performed (using PHA and IL-2), and HCV RNA expression was then evaluated.  Overall, HCV-RNA was found in 17/23 (73.9%) of PBMC samples tested.  *Among these, 8/10 (80%) samples obtained during PegIFN/R therapy, and 4/8 (50%) acquired after completion of successful treatment were HCV-RNA positive, indicating that "sustained virologic response" as measured by routine clinical assays, post Peg/IFN/R is associated with persistence of HCV-RNA within lymphocytes.*

        -The Chen study (2013) further studied presence of positive versus negative strand HCV-RNA in these subjects, with negative strand associated with actively replicating (dividing) virus.  In 15 samples so studied, 10 (67%) revealed presence of replicating, negative strand HCV-RNA.  Further, cultured PBMC from subjects with occult hepatitis C infection (OCI) after successful PegIFN/R therapy released HCV virus-like particles (that were identified by immunoelectron microscopy with anti-HCV E2 antibodies) and these transmitted infection to virus-naïve human lymphocytes in culture.  ***Taken together, the accumulated data demonstrated that HCV in immune cells (lymphocytes) fully retain biologic function, including infectivity.  These cells are thus reservoirs of replicating HCV, both during and after PegIFN/R therapy.***

        -The concept of persistent HCV infection post attainment of SVR has also been shown in the setting of infection within liver cells.  On-going presence of HCV-RNA within hepatocytes occurs in patients previously treated successfully for HCV, and the standard of practice among patients with history of cirrhosis due to chronic HCV infection post successful HCV therapy is to continue surveillance monitoring for hepatoma with regular ultra-sound examinations and alfa feto-protein analyses, every 6 to 12 months after receipt of successful HCV therapy (Bruix, 2011; Stroffolini, 2004).  *This surveillance testing was routinely performed on Mr. Hardeman, with the last such formal testing occurring on 8/22/2014, a full eight years after having been "successfully" treated for HCV.*  The recommendation that surveillance testing for HCV associated liver cancer be routinely performed after successful therapy of underlying HCV is testament to the fact that the latent period between the initial exposure to a carcinogen and subsequent development of malignancy caused by that carcinogen may be separated

by years/decades, and the risk persists even after successful virologic suppression of HCV in the serum. Mr. Hardeman's physicians obviously knew and understood this risk, and have continued to obtain repeat ultrasounds of his liver, and tests of alfa fetoprotein in his blood, despite the fact that they believe he has attained a "sustained virologic response"  and has maintained this SVR for many years after therapy with PegIfn+Ribavirin.

-The concept of a viral infection remaining latent in the body for the life-time of an individual after initial infection is not unusual or confined to HCV alone.  Thus, after infection by the chicken pox virus (*Varicella*), the virus is not killed or cured, but rather, is suppressed by the body's immune system, and then lives within the nerve endings for as long as that person lives, and can re-activate itself at times of stress or weakening of the immune system, coming out as *V. zoster,* or shingles.  Another example is Human Immunodeficiency Virus (HIV), which can now be successfully managed with use of anti-retroviral drugs (anti-HIV medications), such that the HIV viral load in the blood (serum, plasma) is "non-detectable".  Nonetheless, after years of successful "non-detectability", once the anti-HIV drugs are stopped, the HIV comes right back; it has not been cured at all, but rather, the amount of virus has decreased in the blood, allowing a return to health, while allowing the virus to be "latent" or "occult/hidden" in the lymphocytes within the blood and organs.  Epstein-Barr virus remains latent within the body for a lifetime after initial exposure/infection, as well.  Thus, the fact that HCV can be successfully suppressed with therapy, without having been "cured" or eradicated is not at all unique in medicine.

-The concept of long delay between exposure to a carcinogen and subsequent development of cancer—even in the absence of on-going exposure to that carcinogen—may be thought of as a "hit and run" phenomenon, whereby a given agent causes specific mutations in the DNA which persist over time, eventually leading to malignant transformation, even though the offending agent is no longer present.  One such example may be seen in the setting of smoking-induced lung cancer.  Thus, current recommendations from the National Comprehensive Cancer Network (NCCN) for decreasing the death rate from lung cancer among prior smokers call for performance of low-dose CT scans of the chest in patients aged 55-74, with ≥ 30 year history of smoking, who have stopped smoking for <15 years.  These guidelines are based upon the National Lung Screening Trial, which showed a 20% relative risk reduction in mortality with screening, as these patients can now be diagnosed with early stage lung cancer, curable by surgery alone, since the tumor has not yet metastasized or spread. Again, the latent period between exposure to a carcinogen and subsequent development of malignancy is long, measured in years or decades, even when that exposure has ended, many years or more than a decade before.

A secondary cause or contributing factor to Mr. Hardeman's DLBCL may be related to the fact that he has been infected by Hepatitis B in the past. The basis of this opinion is as follows:

19

- **Hepatitis B (HBV) infection has been associated with development of DLBCL:**

    **-**HBV is considered a human carcinogen by IARC (Group 1), as causing hepatocellular carcinoma (HCC).  Recent studies have indicated that HBV is also capable of causing lymphoma, and specifically causing DLBCL, the same sub-type of lymphoma diagnosed in Mr. Hardeman.  Mr. Hardeman was also found to have been infected with HBV in the past, with positivity to HBV Core antibody.

    -Epidemiologic studies have confirmed that DLBCL is 2 to 3 times more common among HBV infected patients than in others.  Molecular analysis has revealed presence of HBV genome within DLBCL cells, and biologic mechanisms whereby HBV could induce malignant  transformation have been well described.  These mechanisms are distinct from those operative in HCV associated DLBCL.

    Other secondary causes or contributing factors to Mr. Hardeman's DLBCL may be related to the fact that he is obese, based upon his medical records; has history of a skin rash that was treated with topical steroids, and was diagnosed as "atopic eczema" by his physician, and has also received intermittent oral prednisone for sciata in the past.  <u>The basis of this opinion is as follows:</u>

- **Obesity, atopic eczema and use of corticosteroids have been associated with development of DLBCL**

    -Obesity, atopic eczema and use of corticosteroids or other immunosuppressive medications have each been associated with modest increases in the development of various types of NHL, including DLBCL.


## VII.   Comments Regarding Plaintiffs' Expert Reports

    I reviewed the reports of Plaintiff's experts, Dr. Dennis Weisenburger, Dr. Chadi Nabhan, and Dr. Andrei Shustov (discussed in greater detail below).  Their conclusions are not based on proper or rigorous epidemiologic methodology  First, there is no reliable evidence that Roundup (glyphosate) causes NHL, or specifically DLBCL. Second, when attempting to discern the etiology of a given case of NHL, it is inappropriate to lump data from all types of NHLs together, as there are over 60 sub-types of NHL, with diverse etiologies.  Third, the use of agricultural workers who were, or were not exposed to glyphosate is an entirely valid population group in which to study the question which was posed in the updated (2018) Agricultural Health Study, contrary to the opinion of the plaintiff's expert.  Fourth, there is no methodology by which one could conclude that Roundup caused or contributed to a given patient's NHL.  There is no test, biomarker, or genetic signature associated with DLBCL that either suggests or proves that a given case of DLBCL was caused or contributed to by Roundup.  Even if we assume that glyphosate is a risk factor for NHL (which has not been proven), one cannot assign any level of contribution of glyphosate to an individual's NHL within the

context of the vast majority of DLBCL patients who lack history of such exposure, even when use of the product increased substantially in the USA.   The methods used by Plaintiff's experts are inconsistent, selective, and unreliable as evidenced by the relatively superficial manner in which other known (IARC Group 1) risk factors for DLBCL, such as HCV, and HBV are considered.

### A.   Comments Regarding The Opinions of Plaintiffs' Expert, Dr.  Dennis Weisenburger

Dr. Weisenburger outlines Mr. Hardeman's specific use of glyphosate, and concludes that his level of exposure was consistent with a causative role in his development of DLBCL.  Nonetheless, regardless of the specific level of exposure, it cannot be considered to have caused or contributed to Mr. Hardeman's DLBCL for the following reasons:

1.   IARC considers glyphosate  to be a "probable" human carcinogen (Group 2A), not a definite human carcinogen (Group 1).

2.   IARCs designation of glyphosate as a Group 2A carcinogen was made prior to the recent update of the large, prospective Agricultural Health Study (2018), which was a prospective evaluation of over 50,000 agricultural workers, which found no such association between glyphosate use at any level and development of DLBCL

3.   IARC has designated HCV as a definite human carcinogen (Group 1)

4.   Dr. Weisenburger overlooks the fact that replicating, infectious HCV virus remains within liver cells and peripheral blood mononuclear cells (B lymphocytes) both during and after attainment of "sustained virologic response" to PegInterferon and Ribavirin. Thus, the HCV is not cured by this therapy, and is still present within the body, capable of inducing the DLBCL which it is known to cause.

Dr. Weisenburger also recounts the specific aspects of Mr. Hardeman's weight and level of obesity as a possible co-factor in his development of NHL.  As he notes, obesity is clearly a risk-factor for NHL, and for other types of cancer as well.  The relationship between obesity and cancer development is thought to relate to chronic inflammation, which is a known setting in which NHL may develop, often referred to as "chronic antigenic stimulation", causing on-going proliferation and division of the immune cells, including lymphocytes, which are then at increased risk of acquiring genetic errors.  Mr. Hardeman was obese at the time of his diagnosis, and as noted by Dr. Weisenburger, this may contribute to his NHL.  Of interest, however, Dr. Weisenburger discounts this known and proven association in favor of another explanation for the NHL in Mr. Hardeman, namely, his exposure to glyphosate, which has never been proven as a Group 1, definite, human carcinogen.  While obesity cannot

be ruled out as contributing to his development of DLBCL,  the most likely cause or contributing factor to Mr. Hardeman's NHL is his chronic HCV infection, a known Group 1 human carcinogen which causes DLBCL.

**B.    VIII. Comments Regarding The Opinions of Plaintiffs' Expert, Dr. Chadi Nabhan**

Dr. Nabhan discusses the prognostic features of Mr. Hardeman's DLBCL, and concludes that he has poor prognosis disease.  These factors are irrelevant, since the patient has already proven that his prognosis is excellent.  He attained complete remission with R-CHOP, and remains in continuous complete remission, now about 3.5 years from the end of chemotherapy. His chance of relapse is exceedingly small at this point, and is considered highly unlikely after a patient has been in complete remission for two years or more.

Dr. Nabhan states "While hepatitis C is considered a risk factor to developing NHL, there is abundance [sic] evidence that when hepatitis C is successfully treated and there is no detectable virus in patients, the risk of hepatitis C related DLBCL is almost negligible.  Hepatitis C is a risk factor when active and present in the blood."  In fact, HCV is active and present in the blood, even in the presence of SVR, as SVC assesses the amount of virus in the serum or plasma, not "hidden" in the cells). Thus, HCV is present in liver cells and B lymphocytes of patients in SVR, and is fully capable of causing DLBCL, as occurred with Mr. Hardeman.

Dr. Nabhan states that the updated Agricultural Health Study (2018) had several critical flaws, including the fact that "the control arm was farmers, an occupation established as a known risk factor for NHL, making it rather difficult to show increased risk for the glyphosate arm given the controls."  I disagree completely.  In fact, the study design was fully appropriate:  all subjects were agricultural workers (i.e., farmers would be included here), who either were, or were not exposed to the agents in question.  In other words, the investigators carefully controlled for potential confounding in their study design and execution, which, along with the other methodologies employed, made the results of this NIH sponsored study, published in a highly respected journal (Journal of the National Cancer Institute) both valid and reliable.

Dr. Nabhan also believes that the statistical analyses performed by DeRoos (2003) did, in fact, show a significant association between glyphosate and NHL, and states that the hierarchical regression analysis, which reduced the OR to 1.6 (95% CI: 0.9 to 2.8) was inappropriately used.  He further states, "If the new assumption is applied to the model, the output of the hierarchical regression would likely change."  How does he know this?  Maybe it would, and maybe it would not:  this is not an appropriate way to judge a statistical methodology.  The key point is that when co-exposures have been properly controlled, there is no significant association between glyphosate and NHL.

Dr. Nabhan states that "...epidemiologic studies would rarely be able to investigate association between any occupational hazard and types of NHL....and we

can conclude that studying epidemiologic evidence can be done for the entire disease category, in this instance NHL." I disagree completely.  Non-Hodgkin Lymphoma is a term which encompasses over 60 different types of lymphoma.  Each of these is a different disease, with differing pathogenesis, cause, molecular findings, clinical findings, therapy and prognosis.  If we truly want to study the cause of a given type of lymphoma, we cannot generalize by studying the epidemiology of *all* lymphomas, rather we must study the epidemiology of the specific type of lymphoma we are interested in. Numerous epidemiologic papers in the medical literature have defined the specific characteristics of given sub-types of NHL, including DLBCL, and many of these references have been provided within this document.  To say that this kind of work is impossible, and that we must study *all* lymphomas in order to get the "truth" of one given subtype or another is simply not correct.

### C.      Comments Regarding The Opinions of Plaintiffs' Expert, Dr. Andrei R. Shustov

Dr. Shustov states that Mr. Hardeman's DLBCL revealed "absence of translocations for *bcl6, blc2,* or *myc* genes. This is not so; his DLBCL revealed abnormalities of both *bcl6* and *bcl2,* both of which have been described in HCV related DLBCL.

Dr. Shustov states that "Without quick identification and urgent proper treatment, the affected individual would die from their disease within months of being diagnosed." I agree, and it is for this reason that HCV treatment alone has not been used to treat HCV-related DLBCL in the past.  This is in contrast to patients with HCV-related splenic marginal zone lymphoma, in whom anti-viral  (anti-HCV) therapy alone will cure most patients.

Dr. Shustov also believes that Mr. Hardeman was "cured of HCV infection as of 2006, 8 years prior to lymphoma diagnosis", and concludes that  "it is highly unlikely that HCV had any contribution to his risk of developing or caused his lymphoma."  Again, SVR does not mean "cure" or eradication of the HCV, which remains present within liver cells and B lymphocytes, and fully capable of causing DLBCL, which it is known to do, even in the presence of SVR, or non-detectable HCV in the blood serum or plasma.

Dr. Shustov concludes that "…Roundup exposure is associated with increased risk of developing non-Hodgkin lymphomas."  "Moreover, I did not identify a single additional known risk factor that could be contributory to causing or accelerating lymphomagenesis in Mr. Hardeman's case."  This is not correct.  Mr. Hardeman had several known risk factors, including HCV, HBV, obesity, age >60 years, and intermittent use of corticosteroids, none of which can be ruled out under Dr. Shustov's methodology.

### VIII.    Conclusion

While a specific cause or contributing factor for DLBCL cannot be found in the majority of affected patients, this is likely not true with Mr. Hardeman, whose DLBCL

was most likely caused by his chronic infection by HCV.  Even though he was treated in 2005-6 with pegylated interferon and ribavirin and achieved a "sustained virologic response", scientific evidence indicates that these SVR's do not represent cure or complete eradication of the virus.  Instead, the HCV simply remains latent or "quiet" within the B lymphocytes and liver cells, capable of inducing the multiple mutations which have been shown to lead to DLBCL. Even in the unlikely event that the HCV was truly "cured" in Mr. Hardeman's case, still, the former and prior presence of this virus for over 3 decades would have been sufficient to cause the mutations leading to DLBCL, occurring years or even decades later.  Moreover, it is scientifically improper to dismiss the other factors which might have been contributors to Mr. Hardeman's DLBCL, including his history of Hepatitis B infection, and his obesity, neither of which should be excluded.

Dated: NOVEMBER 26 , 2018

Alexandra Levine, M.D., M.A.C.P

# Exhibit A

July, 2018

**CURRICULUM VITAE**
**Alexandra Mary Levine**

**A.      PERSONAL INFORMATION:**

| | |
|---|---|
| **Name in Full:** | Alexandra Mary Levine, M.D., M.A.C.P. |
| **Business Address:** | City of Hope National Medical Center |
| | 1500 E. Duarte Road |
| | Needleman Building, Room 213 |
| | Duarte, CA  91010 |
| **Business Phone:** | (626) 218-7213 |
| | Fax (626) 218-7200 |
| **Place of Birth:** | Berkeley, California |
| **Citizenship:** | U.S.A. |
| **Marital Status:** | Married |

**B.                                           EDUCATION**

| | |
|---|---|
| **High School:** | North Hollywood High School |
| | North Hollywood, California |
| **University:** | University of California, Berkeley |
| | Berkeley, California |
| | B.A., December, 1966 |
| **Medical School:** | University of Southern California |
| | Los Angeles, California |
| | M.D., 1971 |
| **Internship:** | LAC-USC Medical Center |
| | Los Angeles, California |
| | Straight Medicine Intern, 1971-1972 |
| **Residency:** | LAC-USC Medical Center |
| | Los Angeles, California |
| | Internal Medicine, 1972-1974 |
| **Fellowship:** | Hematology-Oncology Fellow |
| | Emory University School of Medicine |
| | Atlanta, Georgia |
| | July, 1974 - June, 1975 |

Clinical Research Fellow, Hematology
LAC-USC Medical Center Los Angeles,
California
January, 1976-December, 1977

**Honors and Awards:**

- Phi Beta Kappa

- Alpha Omega Alpha

- Phi Kappa Phi Honor Society

- George Morris Piersol Teaching and Research Scholar of American College of Physicians, 1977-1980

- Portrait of Excellence Award in Field of Medicine, presented by B'Nai B'rith Women, April, 1980

- **Outstanding Clinical Professor Award, presented by graduating class of 1980, 1985, 1996, 2000, 2005 and 2007: USC School of Medicine**

- Woman of Achievement Award, presented by Business and Professional Women, 1980

- **Commencement speaker, USC School of Medicine, chosen by graduating class of 1982, 1994, 1997, 2005**

- **University Scholar, University of Southern California, l986**

- Woman of the Year, California Museum of Science and Industry, 1987

- YWCA Woman of Achievement Award, 1988

- National Board Distinguished
  Physician/Scientist, 1988, awarded by the Medical College of Pennsylvania.
  National Competitive Award.

- Fellow, American College of Physicians, 1988

- Personal Profile:  Our Life and Times.
  Public Television, PBS, KCET
  1992

- Good Housekeeping, 1992
  Best Cancer Doctors in America

- Chosen one of the "Fifty most interesting people in LA":  Los Angeles Magazine, January, 1994

- **Presidential Medallion
  University of Southern California
  March, 1994**

- Spirit of Hope Award
  Being Alive; Community based HIV support services
  Universal Hilton Hotel
  November, 1994

- Angel Award
  Wellness Community
  Ritz-Carlton Hotel, Pasadena
  May, 1995

- **Member and Chair of Research Committee, Presidential Advisory Council on HIV/AIDS, appointed by President Bill Clinton, 1995-2000**

- Selected as one of top 50 AIDS Researchers in the USA. POZ Magazine, 1996

- **Board of Scientific Councilors, National Cancer Institute, NIH 1996-1999**

- Recipient, Celebration of Remarkable Women, Prototypes.   Century Plaza Hotel, Los Angeles, March 26, 1998

- Woman of the Year.  Adat Ari El Synagogue.  May 6, 1998

- **Doctorate of Humane Letters, honoris causa, University of Judaism, Los Angeles, California, May, 1998**

- Steve Chase Humanitarian Award, Desert AIDS Project, Palm Springs, California, February 1999

- **Distinguished Professor, University of Southern California, March 2000**

- Hoffman Award for Service, USC School of Medicine, May 2000

- Consultant: National AIDS Program, Chinese Academy of Preventive Medicine, Beijing and Inner Mongolia, September, 2000

- Award for Humanism in Medicine.  Healthcare Foundation of New Jersey.  May, 2001

- Woman of Action Award.  Israeli Cancer Research Foundation.  Beverly Hilton Hotel, Beverly Hills, California.  August 8, 2001

- Woman of Distinction Award.  Hadassah.  Beverly Hilton Hotel, Beverly Hills, California. November 4, 2001

- Honoree, Gift of Love Dinner Dance, Auxiliary, USC/Norris Cancer Hospital.  Ritz Carlton Hotel, Pasadena, California.  February 14, 2003

- Alumni Merit Award.  University of Southern California.   March 27, 2003

- Woman of Excellence in Medicine.  YWCA.  Ritz Carlton Hotel, Pasadena, California.  March 26, 2004

- Woman of Norris Award:  USC/Norris Topping Dinner.  Biltmore Hotel, Los Angeles, California. April 28, 2005

- Physician Humanitarian Award.  California Hospital Medical Center.  Los Angeles, California. June 2, 2005

- Distinguished Faculty Service Award, chosen by the Academic Senate, University of Southern California, May 10, 2006

- Oncologic Drugs Advisory Committee of the Food and Drug Administration.  November 10, 2003 through June 30, 2007

- **Elected Master of the American College of Physicians, Philadelphia, PA, April 23, 2009**

- **Board of Scientific Councilors, National Cancer Institute, NIH:  2010-2015**

- Hospital Physician Leadership Award-Los Angeles County Medical Association-Nov 19, 2016

- Board of Directors:  CARES support for patients at LACounty-USC Med Center-10/2017-present

- Board of Directors:  Huntington Medical Research Institute-10/2017 to present


**Named Professorships and lectureships; National elected office**

- 1985 Wightman Visiting Professor
  University of Toronto Medical School
  March, 1985

- Loren Stephens Visiting Lectureship Medicine: The Power of the Art
  USC School of Medicine, November, 1996

- FM Hill Visiting Professor, Women's College Hospital, Toronto, April 1987

- Hadduck Memorial Professor
  University of Puerto Rico
  February 25 - March 1, 1991

- Franz Inglefinger Professor
  Boston University School of Medicine
  March 12-15, 1991

- Visiting Professor
  Dana Farber Cancer Institute
  Harvard Medical School
  May, 1992

- First Carmelita Lawlor Memorial
  Endowed Lecturer
  University of Toronto Faculty of
  Medicine
  April 21, 1994

- Keynote address:  British Society of Haematology
  Harrogate, UK
  April 28, 1994

- Hans Einstein Professorship

4

Kern County Medical Center
Bakersfield, California
May 5, 1995

- Dameshek Visiting Professor
  Tufts University School of Medicine
  Boston, Massachusetts
  May 24-25, 1996

- Nominating Committee
  American Society of Clinical Oncology
  1996-1999

- Board of Councilors
  American Society of Hematology
  1996-1999

- Meet the Expert: Invited lecture "AIDS-related malignancies".
  XIII International Conference on AIDS, Vancouver, Canada, July 8, 1996

- Presentation to Vice President Al Gore, White House, August 2, 1996

- Presentation to Harold Varmus, Ph.D., Director, NIH, in the White House, May 12, 1998

- Chair, National Women's Interagency HIV Study, sponsored by NIAID, NICHD, NCI, NIDR, NIDA.
  1997-1998

- Chair, Nominating Committee, American Society of Clinical Oncology, 1997-99

- Presentation to President William Clinton, White House, September 22, 2000

- **Bloom Family Chair in Medicine.  Endowed Chair, Keck School of Medicine, USC.  June, 2001**

- Advisory Committee to FDA, Oncology Drug Advisory Committee.   September 11, 2001

- Visiting Professor, invited by the Ministry of Health, Singapore.  September 23 through October 4, 2002

- Arnold P. Gold Foundation 2003 Humanism in Medicine Award.  Given by graduating class, USC School of Medicine, 2003

- Schwartz Lectureship:  Scripps Medical Center.  AIDS-Related Malignancies.  La Jolla, California, February 18, 2007

- Advisory Board, Claremont College School of Global and Community Health.  May 2008

- Editorial Board Member, Oncology: Perspectives on Best Practices.  April 2011

- **Melinda and Norman Payson Professor of Medicine.**  City of Hope.  June, 2012

**Licensure:**      California G23375 (1972); Georgia 016381; Hawaii MD-04641

5

C.     **PROFESSIONAL BACKGROUND:**

    **1. Academic Appointments**

        Assistant Professor of Medicine
        USC School of Medicine, July, 1977

        Associate Professor of Medicine
        USC School of Medicine, July, 1982

- Professor of Medicine
  USC School of Medicine, July, 1986

- Distinguished Professor of Medicine
  University of Southern California, March, 2000 – 2006

- Distinguished Professor of Medicine, Emeritus
  Keck School of Medicine, University of Southern California, January 2007-present

- Professor of Hematology/Hematopoietic Cell Transplantation
  City of Hope National Medical Center, November, 2007 – present

- Melinda and Norman Payson Professor of Medicine
  City of Hope National Medical Center, 2012-present

- Adjunct Professor, School of Community and Global Health
  Claremont Graduate University:  June 2010-present

    **2. Specific Administrative Responsibilities (local)**

- **Chief Medical Officer**
  City of Hope National Medical Center
  January 2007 – December 2016

- Medical Director, USC/Norris Cancer Hospital
  1996 to December 2006

- Chief, Division of Hematology
  USC School of Medicine
  January 1991 to December 2006

- Interim Chief, Division of Medical Oncology
  USC School of Medicine
  October 1996 to 1997

- Executive Associate Dean, USC School of Medicine 1985-1990

- Deputy Clinical Director, USC Norris  Cancer
  Hospital and Research Institute, March 1, 1983 to 1997

  Clinical Director, Adult Hematologic Neoplasia Service, LAC-USC Medical Center, 1/77 to
  present

  Chairman, Affirmative Action Committee, University of Southern California, 1991 to 1993

6

Chairman, AIDS Policy Committee, USC School of Medicine, July 1990 to 2006

Member, Search Committee Chairman of Family Medicine, USC School of Medicine, 1994

Chairman, Committee to Recognize Educational Accomplishment
USC School of Medicine, 1992

Chairman, Space Task Force Committee, USC School of Medicine 1990

Member, Presidential Selection Committee, University of Southern California, 1990

Chairman, Professional Standards Review Committee, Norris Cancer Hospital, March 1, 1983 to present

Chairman, Search Committee, Chairman Department Preventive Medicine, 1990

Chairman, Clinical Activities Committee/Cancer Committee, LAC-USC Cancer Center, March 1, 1983 to 1987

Secretary-Treasurer:  AOA.  June, 1986 to present

Member, Appointments and Promotion Committee, USC School of Medicine, December 1985 to January, 1990

Member, Medical Executive Staff Committee, Norris Cancer Hospital, 3/83 to December 2006

Member, Pharmacy and Therapeutics Committee, Norris Cancer Hospital and Research Institute, March 1983 to 1985

Member, Clinical Investigations Committee, Norris Cancer Hospital, 3/83 to 12/06

Member, Patient Education Committee, Norris Cancer Hospital, 3/83 to 1987

Member, Faculty Research and Innovation Fund Awards Committee, USC, 1987 to 1990

Member, Research Committee, USC, 1988 to 1990

Secretary, USC Medical Alumni Association, 1/83 to 12/84

Board member, USC Medical Alumni Association, 1/82 to 12/82

Member, Search Committee for Head of Clinical Investigations and Chairman of Medical Oncology, 1984

House Staff Rep. for Selection Committee for Chairman of Department of Medicine, LAC-USC Medical Center, 1974

Chairman, House Staff Committee for Evaluation of Medical Curriculum LAC-USC Medical Center, 1974

Member, Policy Committee, Cancer Information Service, LAC-USC, 1976 to 2006

Member, Utilization Review, LAC-USC Medical Center, 1976-1982

Member, Task Force Committee on Internship Recruitment, LAC-USC Medical Center

Member, Clinical Activities Committee, Cancer Center, LAC-USC, 1978-1983

Member, Subcommittee of Cancer Patient and non-Physician Staff Education, LAC-USC Medical Center, 1977-1983

Physician Advisor to "I Can Cope" Committee, Sponsored by the American Cancer Society and LAC-USC Medical Center

Member, Ambulatory Care Committee, USC Diagnostic Clinic, 1982

**3. Other Significant Employment or Activity**

Functioned as role model to Marsha Mason and Technical Advisor to Jerome Hellman in the film "Promises in the Dark" released by Orion Films in November, 1979.

Research Assistant, Biochemistry, under Dr. Eugene Roberts, Dr. James Kittredge and Dr. David Comings, City of Hope National Medical Center,  Duarte, California,  June  through August, 1965 and June through August, 1966.

Research Assistant, Microbiology, State University of New York, Upstate Medical Center, January through July, 1967.

**D.     SOCIETY MEMBERSHIPS:**

Phi Beta Kappa

Alpha Omega Alpha

American College of Physicians

American Society of Hematology

American Federation for Clinical Research

Society for Hematopathology (Charter Member)

American Society of Clinical Oncology

Golden Key National Honor Society

**E.     RESEARCH ACTIVITIES:**

1.     Major Areas of Research Interest

Definition of disease as it relates to lymphoproliferative malignancies.  Therapeutic protocols involving hematologic neoplasia.  Issues of patient education and patient compliance.  AIDS and malignancies associated with AIDS.

**Peer-Reviewed Research Grants and Government Contracts**

George Morris Piersol Teaching and Research Scholar of American College of Physicians, 1977-1980, $42,000.

Co-Investigator:  Lymphoma-Leukemia Program, Cancer Center, National Institutes of Health, CA 19449, July 1, 1976 through December 31, 1982.

Principal Investigator:  Assessment and Enhancement of Compliance with Chemotherapy. National Cancer Institute, Bethesda, Maryland. 1RO1 CA31151  April 1, 1982 to March, 1985. $270,220.

Principal Investigator:  Serial Study of Epidemiology, Virology, Immunology in Homosexuals with Persistent Generalized Lymphadenopathy. 1RO1 CA36301  National Cancer Institute.  July 15, 1984 to June 30, 1987.  $617,000.

Co-Investigator:  USC Comprehensive Cancer Center  (CORE) Support Grant.  NCI 5P30 CA14089-10.   National Cancer Institute.  April 1, 1986 through November 30, 1987.

Principal Investigator:  Assessment and Enhancement of Compliance with Chemotherapy. National Cancer Institute, Bethesda, Maryland.  2R01-CA 31151, April, l985 - March, l986. $94,000.

Principal Investigator:  Clinical Trials with Suramin in Patients with Acquired Immunodeficiency Syndrome.  NIAID.  N01-AI-62509.  12/1/85 - 11/30/86.  $60,000.

Principal Investigator:  Trial of leukocyte dialysate in patients with AIDS or ARC.  IMREG Corp. April, 1984 - July, 1986.  $250,000.

Principal Investigator:  AIDS Treatment and Evaluation Unit.
NIAID-NIH:  NOI-A1-62540.  7/1/86-6/30/91.  $7,500,000.00.

Principal Investigator:  California Collaborative Treatment Group.  State of California.  7/1/86 - 6/30/88.  $96,000/year.

Principal Investigator and Sponsor:  Contract ACS/AL/CL/1987.  Audrey Myer Mars International Fellowship in Clinical Oncology, American Cancer Society,  $30,000 7/87 - 6/88.

Co-Investigator:  Tumor Boards:  Effectiveness.  CA 467-47, NCI.  9/30/87 - 8/31/90. $1,200,000.00

Principal Investigator:  Use of Salk HIV-immunogen in HIV-seropositive subjects in an attempt to prevent progression to ARC/AIDS.  Immune Response Corporation, La Jolla, California.  5/88 - 6/91.  $210,000/year.

Principal Investigator:  California Collaborative Treatment Group, Oncology Committee.  7/1/88 - 6/30/89.  $63,168.00. State of California.

Principal Investigator:  R01-CA 50850.  Epidemiologic study of HIV related lymphoma.  PHS: NCI.  7/1/89 to 6/30/94.  $2,488,086.00.

Principal Investigator:  RO1-CA 55510.  PHS.NCI.  AIDS Lymphoma Network Grant.  HIV, Cytokines, and Therapeutic Results in AIDS-Lymphoma.  7/15/91 to 7/14/94.  $1,599,755.

Principal Investigator:  K12 CA01726.  PHS NCI Training in Collaborative Clinical Oncology Research.  9/92 - 8/97.  $1,583,180.00.

Principal Investigator:  UO1-A1-34986. "Southern California Women's Interagency HIV Study (WIHS) Consortium".  NIAID-NIH, 8/11/93 - 7/31/97, $1,600,000-$2,003,000/year.

Principal Investigator:  NIH:  #2018 MBO 1357.  Health Careers Opportunity Program.  9/1/93 - 8/31/96.  $204,602/year.

Principal Investigator:  Neuropsychologic function in HIV infected women.  University-wide Task-force on AIDS, University of California.  7/1/94 - 6/30/96.  $45,070/year direct; $9,975/year indirect.

Principal Investigator:  Access to care among HIV infected men versus women in Los Angeles County.  University-wide Task Force on AIDS, University of California.  $189,446 direct; $15,156 indirect.

Principal Investigator:  Role of HHV-8 in cancer outcome in HIV infected women.  PHS. NCI; Administered through WIHS grant:  UO1-A1-34986.  NCI/NICHD.  $333,095 direct; $88,983 indirect.  10/1/95 - 9/30/96.

Principal Investigator:  UO1 CA 70072:  AIDS malignancies Clinical Trials Consortium:  PHS, NCI 9/30/95 - 7/31/06.  $160,000/year directs; Total of $260,637/year.

Principal Investigator: K12 CA77823: AIDS-Oncology Clinical Scientist development program.  NCI.  June, 1998 - June, 2002.  $904,500 total costs.

Principal Investigator: UO1-A1-42377: "Southern California Interagency HIV Study (WIHS) Consortium.  NICHD-NIH.  11/1/97 through 10/31/2002, $1,627,316 total costs for Year 01.

Co-PI (PI: Renata Stripecke): K01 CA87864-01: "Autologous immune responses to lentivirus transduced acute myeloid leukemia cells".  NCI.  7/1/00 - 6/30/03, $413,000 total direct costs.

Principal Investigator: UO1-HD32632-10: "Southern California Interagency HIV Study (WIHS) Consortium.  NICHD-NIH.  11/1/2002 through 10/31/2004, $3,533,860 total costs for Year 01.

Principal Investigator:  Concern Foundation.  Phase I trial of Veglin in patients with relapsed/refractory malignancies.  2/1/03 through 1/31/04, $30,000.

Principal Investigator, USC site:  National Cancer Institute-U01 CA 121947:  AIDS Malignancy Clinical Trials Consortium.   $160,000/year directs; $260,000/year total.  3/1/06 through 6/30/10.

Principal Investigator:  NICHD/NCI:  2 U01 HD 032632-15:  Southern California Women's Interagency HIV Study Consortium.  $2,129,133 per year directs; $3,035,529/year total.  11/1/07 through 10/31/2012.  (Total funding = $15,331,900).


**Industry Contracts/Grants (from 1995 to the present time)**

Principal Investigator:  ILEX Oncology, #6-545-0-0.  Phase II evaluation study of Mitoguazone in patients with relapsed or refractory lymphoma associated with acquired immunodeficiency syndrome.  03/01/95 - 02/28/97.  FY 1995 - 96, $70,997.

Principal Investigator:  Pharmacia, #6649-0-0: Phase II randomized clinical trial comparing two dose-schedules of Idarubicin in combination chemotherapy including Cyclophosphamide, Vincristine, and Predinosone (CIOP) in the treatment of intermediate and high grade non-Hodgkin's lymphoma with high risk factors.  3/96 -8/97.  $40,000.  FY 1995 - 96, $7,000.

Principal Investigator:  Immunex, #6608-0-0.  Infusional chemotherapy in the treatment of AIDS related lymphoma.  2/96 - 3/97.  $10,000.

Principal Investigator:  ILEX Oncology, #6-537-0-0.  Phase I/II evaluation study of Mitoguazone in patients with newly diagnosed AIDS-related primary central nervous system lymphoma.  FY 1995 - 97: $25,380 (Total).

Principal Investigator:  ImmunoGen Inc., #6-536-0-0.  Study using the treatment of HIV-associated NHL with CHOP chemotherapy and a 28-day infusion of anti-B4-blocked ricin.  FY 1995 - 97: $61,000 (Total).

Principal Investigator:  ILEX Oncology, #6735-0-0.  Comparison of Arrhythmias Occurring During Administration of Mitoguazone dihydrochloride plus Saline versus Saline Alone in Patients with AIDS-related Non-Hodgkin's Lymphoma (AR-NHL).   FY 1996 - 97: $4,374 (Directs); $1,094 (Indirects); $5,468 (Total).

Principal Investigator:  Immune Response Corporation.  To study the clinical, immunologic and virologic consequences of immunization with a killed, envelope depleted HIV-1 immunogen, employed as active, specific immunotherapy in patients with asymptomatic HIV-1 infection. Study 3G (17HIV-94-3).  FY 1995 - 98: $100,160/year (Total).

Principal Investigator:  ILEX Oncology, #6618-0-0.  Study of CHOP plus Mitoguazone in patients with newly diagnosed systemic AIDS-NHL. FY 1995 - 98: $56,400 (Total).

Principal Investigator:  Nexstar, #6586-0-0. Study of DaunoXome in patients with newly diagnosed low grade lymphoma, and in patients with relapsed/refractory low grade NHL.  FY 1995 - 98:  $40,000 (Total).

Principal Investigator: Immune Response Corporation: An Expanded Access Open Label Protocol of Remune in HIV-1 Infected Adults.  17HIV-94-3. FY 1998 - 99: $44,375 (Total).

Principal Investigator:  Nexstar, #6760-0-0: Principal Investigator: Daunoxome as First Line Treatment of Non-Hodgkin's Lymphoma. FY 1996 - 1999: $21,915 (Total).

Principal Investigator:  Ilex Oncology, #693300: Mitoguazone combined with rituximab (IDEC-C288).  FY 1998 - 99: $24,288 (Directs); $6,072 (Indirects); $30,360 (Total).

Principal Investigator:  Ilex Oncology, #691000: Orally administered DFMO in HIV infected women with cervical cancer.  FY 1998 - 99: $26,332 (Directs); $6,583 (Indirects); $32,915 (Total).

Principal Investigator:  Novuspharma/Theradex, #017020:  A phase trial of BBR2778 in patients with relapsed or refractory aggressive Non-Hodgkin's Lymphoma.  FY 2001 - 2003:  $70,312 (Directs); $17,578 (Indirects); $87,890 (Total).

Principal Investigator:  Genta, Inc., #016005:  Randomized study of fludarabine and cyclophosphamide with or without genasense (Bcl-2 antisense oligonucleotide) in patients with relapsed or refractory chronic lymphocytic leukemia. GL303. FY 2001 -2003: $24,000 (Directs); $6,000 (Indirects); $30,000 (Total).

Principal Investigator:  Chiron, #006026:  Phase I study of rituximab in combination with proleukin (IL 2) in patients with Non-Hodgkin's Lymphoma. IL2HNL01.  FY 2000 - 2002:  $17,875 (Directs); $4,469 (Indirects); $22,344 (Total).

Principal Investigator:  Liposome Co., #995044:  A phase I/II dose-escalation study of liposome-encapsulated doxorubicin (TLC D-99); evacet) in combination with clyclophosphamide, vincristine, and prednisone (COPE) in newly diagnosed AIDS lymphomas.  17NHL-98-1.  FY 1999 - 2002.  $95,500 (Directs); $23,875 (Indirects); $119,376 (Total).

Principal Investigator:  Liposome Co., #995043:  Phase I/II dose escalation study of liposomal doxorubicin (TLC D-99) in combination with cyclophosphamide, vincristine, and prednisone (COPE) in newly diagnosed large cell Non-Hodgkin's Lymphoma. 13NHL-98-4. FY 1999 - 2002: $187,022 (Directs); $46,756 (Indirects); $233,778 (Total).

Principal Investigator:  Inex Pharma, #002050:  Vincristine sulfate liposomes in large b-cell Non-Hodgkin's Lymphoma.  FY 2000 - 2002: $23,110 (Directs); $5,778 (Indirects); $28,888 (Total).

Principal Investigator:  A phase I trial of BBR 2778 in patients with relapsed or refractory aggressive Non Hodgkin's Lymphoma. Novuspharma/Theradex.  IRB # 017020.  $87,890.00  10/3/01 through 10/24/03.

Principal Investigator:  Double-blind, randomized, phase 2 study of pegfilgrastim administered on the same day or the next day of R-CHOP chemotherapy in subjects with NHL.  Amgen.  $25,000.  ($5,000/patient).  6/1/03 - present.

Principal Investigator:  An open label randomized study to develop a screening tool for functional capacity in anemic subjects with nonmyeloid malignancies receiving chemotherapy and NESP.  Protocol 20000220.  Amgen.  $37,000.  1/1/02 - present.

Principal Investigator:  Phase II study of liposomal doxorubicin (Doxil) in combination with rituxan, cyclophosphamide, vincristine and prednisone (DR-COP) in newly diagnosed aggressive non-Hodgkin's lymphomas.  Ortho/J&J. 02C019 (IRB) $228,122.  8/14/03 - present.

Principal Investigator:  A phase II study evaluating the safety and efficacy of ABT-510 in subjects with refractory lymphoma.  Abbott.  $55,560.  8/14/03 to present.

Principal Investigator:  Protocol 102-12:  A multicenter study to evaluate the effect of rituximab on primary humoral response, recall response, and maintenance of acquired immunity to specific antigens.  Biogen/Idec.  $14,000/patient.  IRB 03B018; 13NHL-03-05.  10/7/03 to present.

Principal Investigator:  A phase II trial of BBR 2778 in combination with cytarabine, methylprednisolone, and cisplatin (BSHAP) as salvage in patients with relapsed aggressive non-Hodgkin's lymphoma.  CTI/Novuspharma. 13-NHLL-03-3:  38011.  $52,355.  10/15/03.

Principal Investigator:  Phase I clinical trial to test ATN-224:  dose escalation Phase I study of the safety, pharmacodynamics and pharmacokinetic of AT-224 capsules in patients with advanced hematologic malignancies.  Attenuon LLC.  OC-03-07.  $48,150.  5/25/04.

Principal Investigator:  Pixantrone (BBR27780) versus other chemotherapy agents for third-line single agent treatment of patients with relapsed aggressive non-Hodgkin's lymphoma:  A randomized, controlled phase III comparative trial/protocol PIX301.  13-NHL-045.  $7,710/patient.

## F.    INTERNATIONAL ADVISORY BOARDS, CONSULTING

Consultant to Ministry of Health, Mexico, regarding AIDS Program, 1992.

Consultant to Ministry of Health, Chile, regarding AIDS Program, 1992 - 93.

Consultant to Minister of Health, India, regarding HIV/AIDS.  New Delhi, India, October, 1997.

Consultant to Minister of Health, Russia, regarding HIV/AIDS.  Russian Embassy, Washington, D.C., March, 1998.

**G.     NATIONAL AND STATEWIDE COMMITTEES, ADVISORY BOARDS AND STUDY SECTIONS**

Scientific Advisory Committee:  National Cancer Institute, Frederick Cancer Research Facility, NCI, 7/1/87 - 1993.

Task Force on AIDS Malignancy.  National Cancer Institute.  1992 - 2000.

Scientific Advisory Board:  Northwestern School of Medicine, Cancer Center, 1990 to 1993.

Scientific Advisory Board:  Hoffman-LaRoche Pharmaceuticals, 1987 to 1991.

Board of Directors:  AIDS Project Los Angeles.  1986 - 1990.

Board of Governors:  APLA:  7/90 to present.

Medical Advisory Board:  Wellness Community, Santa Monica, California.  1984 -present.

Board of Directors:  El Centro Human Services Corp, Los Angeles, California.  1986 -1990.

Chairman, Education session on lymphoma, American Society of Hematology.  December, 1984 - 1986.

Nominating Committee, American Society of Clinical Oncology, 1992.

Program Committee, American Society of Clinical Oncology.  May, 1986 - 1988, and 1991 - 1993.

Political Action Committee:  American Society Clinical Oncology, 1987 - 1991.

Scientific and Publications Committee:  American Society of Clinical Oncology.  1988 - 1991.

Patient Advocacy Committee, American Society of Clinical Oncology.  1990 - 1994.

Advisory Committee:  AIDS Fellowship.  National Medical Fellowships.  1988 - 89.

Study Section:  AIDS Education and Training Grants.  Health Resource and Services Administration, National Institutes of Health.  August 10 - 11, 1987, and again 2/29 -3/1/88.

Presidential Commission HIV infection:  Solicited Testimony:  Ethical Issues in AIDS research.  Nashville, Tenn, March 17, 1988.

Chair, Oncology Committee, National AIDS Clinical Trials Group, NIAID, 1992 - 4.

Program Committee, American Society of Clinical Oncology, 1995 - 96.
Committee on Hematology Training Programs, American Society of Hematology, 1995 - 96.

Chair, Executive Committee, National Women's Interagency HIV Study.  PHS.  NIH, 1994.

Clinical Research Committee, American Federation of Clinical Research, 1995 -1997.

Chair, Research Committee.  Presidential Advisory Committee on HIV/AIDS, White House, 1995 - 2000.

Member, AIDS Malignancy Working Group, convened by Dr. Richard Klausner, Director, NCI, 1995.

Member, Lymphoma, Leukemia, Myeloma Program Review Group, NCI, December, 2000.

**Oncologic Drugs Advisory Committee of the Food and Drug Administration.  November 10, 2003 through June 30, 2007.**

**Board of Scientific Counselors, National Cancer Institute, July 2010 through July 2015.**

**H.    REVIEWER and CONSULTANT:  JOURNALS**

1.    Blood

2.    Annals of Internal Medicine

3.    Journal of Clinical Oncology

4.    American Journal of Hematology

5.    Journal of the American Medical Association

6.    European Journal of Cancer and Clinical Oncology

7.    New England Journal of Medicine

8.    Journal of Laboratory and Clinical Medicine

9.    Cancer

**I.    EDITORIAL ADVISORY BOARD:  JOURNALS**

1.    Journal of the National Cancer Institute-renewed January 2014

2.    Journal of Clinical Oncology

3.    Biotherapeutics and Cancer

4.    Life Sciences

5.    Journal of the Acquired Immune Deficiency Syndrome

6.    Hematologic Oncology

**BIBLIOGRAPHY**
**MANUSCRIPTS**

**Peer-Review, Published**

1.   Lichtenstein A, **Levine AM**, Lukes RJ, Cramer AD, Taylor CR, Lincoln T, Feinstein DI. Immunoblastic Sarcoma:  A Clinical Description.  Cancer 1979; 43:351-360.

2.   **Levine AM**, Collea J.  Chronic Granulocytic Leukemia in Pregnancy.  Contemporary OB/GYN 1979; 13:47-50.

3.   **Levine AM**, Overturf GD, Field R, Holdorf D, Paganini-Hill A, Feinstein DI.  Use and Efficacy of Pneumococcal Vaccine in Patients with Hodgkin's Disease.  Blood 1979; 54:870.

4.   **Levine AM**, Thornton P, Forman S, Van Hale P, Holdorf D, Rouault CL, Powars D, Feinstein DI, Lukes RJ.  Positive Coombs' Test in Hodgkin's Disease:  Significance and Implications.  Blood 1980; 55:607-611.

5.   Lichteinstein AK, **Levine AM**, Taylor CR, Boswell W, Rossman S, Feinstein DI, Lukes RJ.  Primary Mediastinal Lymphoma.  American J. Med 1980; 68:509-514.

6.   Asterita RW, Minckler A, Taylor CR, **Levine AM**, Lukes RJ.  Orbital and Adnexal Lymphomas:  A Multiparameter Approach.  Am. J. Clin. Path 1980; 73:615-621.

7.   **Levine AM**, Lichteinstein A, Gresik MV, Taylor CR, Feinstein DI, Lukes RJ.  Clinical and Immunologic Spectrum of Plasmacytoid Lymphocytic Lymphoma without Serum Monoclonal IgM. Brit. J. Haem 1980; 46:225-233.

8.   Todd JA, **Levine AM**, Tokes ZA.  Liposome Encapsulated Methotrexate Interactions with Human Chronic Lymphocytic Leukemia Cells.  J. Nat. Can. Institute 1980; 64:715-719.

9.   Koeffler P, **Levine AM**, Sparkes M, and Sparkes R.  Chronic Myelocytic Leukemia:  Eosinophils Involved in the Malignant Clone.  Blood 1980; 55:1063-1065.

10.   Koeffler P, **Levine AM**, and Golde DW.  Ia Antigen is a Differentiation Marker on Human Eosinophils.  Blood 1980; 56:11-14.

11.   **Levine AM**, Taylor CR, Schneider DR, Koehler SC, Forman SJ, Lichtenstein A, Lukes RJ, Feinstein DI:  Immunoblastic Sarcoma of T-Cell versus B-Cell Origin:  I. Clinical Features.  Blood 1981; 58:52-61.

12.   Waxman AD, Siemsen JK, **Levine AM**, Holdorf D, Suzuki R, Singer FR, Batemen J.  Radiographic and radionuclide imaging in Multiple Myeloma:  The role of gallium scan scientography.  Concise Communications.  J. Nuc. Med 1981; 22:232-236.

13.   Sandler RM, Liebman HA, Patch MJ, Teitelbaum A, **Levine AM**, Feinstein DI:  Antithrombin III and anti-activated factor X activity in patients with acute promyelocytic leukemia and disseminated intravascular coagulation treated with heparin.  Cancer 1982; 50:2106.

14.   Nichols PW, Koss M, **Levine AM**, Lukes RJ:  Lymphomatoid granulomatosis--A T-Cell Disorder? Am. J. Med 1982; 72:467-471.

15.   Douer D, **Levine AM**, Sparkes RR, Fabien I, Sparkes ME, Cline MJ, Koeffler HP: Chronic myelocytic leukemia:  A pluripotent haemopaetietic cell is involved in the malignant clone.  Brit J. Haem 1981; 49:615-619.

16.   Falini B, DeSolas I, **Levine AM**, Parker JW, Lukes RJ, Taylor CR: Emergence of B-immunoblastic sarcoma in patients with multiple myeloma:  A clinicopathologic study of 10 cases.  Blood 1982; 59:923-933.

17.   **Levine AM**, Forman SJ, Meyer PR, Koehler SC, Liebman HA, Paganini-Hill A, Pockros A, Lukes RJ, Feinstein DI:  Successful therapy of convoluted T lymphoblastic lymphoma in the adult.  Blood 1983; 61:92-98.

18.   **Levine AM**:  Clinical and Pathological Differences Between T-Cell and B-Cell Immunoblastic Sarcoma.  Symposia Proceedings.  Human Pathology 1983.

19.   Dolan B, **Levine AM**, Dolan D:  Small cleaved follicular center cell lymphoma:  Seven cases in California plumbers.  J Occupa. Med 1982; 25:613-615.

20.   **Levine AM**, Pavlova Z, Pockros AW, Parker JW, Teitelbaum AH, Paganini-Hill A, Powars DR, Lukes RJ, Feinstein DI:  Small non-cleaved follicular center (FCC) lymphoma:  Burkitt and non-Burkitt variants in the United States:  I. Clinical Features.  Cancer 1982; 52:1073-1079.

21.   Pattengale PK, Sundstrom C, Yu A, **Levine AM**:  Lysis of Fresh Leukemic Blasts by Interferon Activated Human Natural Killer Cells.  Natural Immunity and Cell Growth Regulation 1983/84, Vol 3: 165-180.

22.   **Levine AM**, Meyer PR, Begandy MK, Parker JW, Taylor CR, Irwin L, Lukes RJ:  Development of B-Cell Lymphoma in Homosexual men:  Clinical and Immunologic Findings.  Ann. Intern. Med. 1984; 100:7-13.

23.   Adrouny A, Seraydarian A, **Levine AM**, Hungerford GF, Carmel R:  Cyclic eosinophilic leukocytosis in eosinophilic leukemia, with observations on transcobalamin I and eosinophila.  Cancer 1984; 54:1374-1378.

24.   Shackney SE, **Levine AM**, Risher RK, Nichols P, Jaffe E, Schuette WH, Simon R, Smith CA, Occhipinti SJ, Parker JW, Cossman J, Young RC, Lukes RJ:  The Biology of Tumor Growth in the Non-Hodgkin's Lymphomas:  A Dual Parameter Flow Cytometry Study of 220  Cases.   J.  Clin. Invest. 1984; 73:1201-1214.

25.   Ziegler JL, Beckstead JA, Volberding PA, Abrams DI, **Levine AM**, Lukes RJ, Gill PS, et al:  Non-Hodgkin's Lymphoma in 90 Homosexual Men: Relationship to Generalized Lymphadenopathy and Acquired Immunodeficiency Syndrome (AIDS).    N Engl J Med 1984; 311:565-570.

26.   **Levine AM**, Burkes RL, Walker M, Meyer PR, Gill PS, Nichols PW, Dworsky R, Parker JW, Lukes RJ:  Development of B-cell Lymphoma in Two Monogamous Homosexual Men.  Arch Intern Med 1985; 145:479-81.

27.   Levy N, Boone D, Hechinger M, **Levine AM**, Meyer P, Parker JW:  Cytofluorographic analysis of lymph nodes from patients with the persistent generalized lymphadenopathy (PGL) syndrome:  A phenotypic comparison between PGL and other types of reactive hyperplasia.  Diagnostic Immunol 1985; 3:15-23.

28.   **Levine AM**, Goldstein M, Meyer PM, Parker JW, Lukes RJ, Feinstein DI: Heterogeneity of response and survival in diffuse histiocytic lymphoma after BACOP chemotherapy. Hematol Oncol 1985; 3:87-98.

29.   Gill PS, **Levine AM**, Meyer PR, Burkes R, Dworsky RD, Lukes RJ:  Primary central nervous system lymphoma in homosexual men.  Clinical, immunologic and pathologic features.  Am J Med 1985; 78:742-48.

30. Burkes RL, Gal AA, Stewart ML, Gill PS, Abo W, **Levine AM**:  Simultaneous occurrence of pneumocystis carinii pneumonia, cytomegalovirus infection, Kaposi's sarcoma, and B-cell immunoblastic sarcoma in a homosexual male.  JAMA 1985; 253:3425-3428.

31. Carlson JR, Bryant ML, Hinrichs SH, Yamamoto JK, Levy NB, Yee J, Higgins J, **Levine AM**, Holland P, Gardner MB, Pederson NC:  AIDS serology testing in low and high-risk groups.  JAMA 1985; 253:3405-3408.

32. **Levine AM**, Gill PS, Meyer PR, Burkes R, Dworsky RD, Krailo M, Parker JW, Taylor CR, Lukes RJ, Rasheed S:  Retrovirus and malignant lymphoma in homosexual men. JAMA 1985; 254:1921-25.

33. Ross RK, Dworsky RL, Paganini-Hill A, **Levine AM**, Mack T: Non-Hodgkin's lymphomas in never married men in Los Angeles.  Br J Cancer 1985; 52:785-7.

34. Alavaikko M, Rinne A, Jarvinen M, Hopsu-Havu VK, Aine R, **Levine AM**, Meyer PR, Lukes RJ: Dendritic reticulum cells in AIDS-related lymphadenopathy.  Experientia 1985; 41:1173-1175.

35. **Levine AM**:  Non-Hodgkin's Lymphomas:  Clinical Features.  Semin Ultrasound CT and MR 1985; 6:374-79.

36. Ross RK, Casagrande JT, Dworsky RL, **Levine AM**:  Kaposi's sarcoma in Los Angeles.  J Nat Can Inst 1985; 75:1011-1015.

37. **Levine AM**, Meyer PR, Gill PS, Burkes RL, Krailo M. Aguilar S, Parker JW:  Results of diagnostic lymph node biopsy in homosexual men with generalized lymphadenopathy.  J Clin Oncol 1985; 4:165-9.

38. Bryant ML, Yamamoto J, Luciw P, Munn R, Marx P, Higgins J, Pederson N, **Levine AM**, Gardner MB:  Molecular comparison of retroviruses associated with human and simian AIDS.    Hematol Oncol 1985; 3:187-197.

39. Stewart ML, Felman IE, Nichols PN, Paganini-Hill A., Lukes RJ, **Levine AM**:  Large non-cleaved follicular center cell lymphoma:  Clinical features in 53 patients.  Cancer 1986; 57:288-97.

40. Rasheed S, Norman GL, Gill PS, Meyer PR, Cheng L, **Levine AM**: Virus-neutralizing activity, serologic heterogeneity and retrovirus isolation from homosexual men in the Los Angeles area. Virology 1986; 150:1-9.

41. Burkes RL, Meyer PR, Gill PS, Dworsky R, Yee S, Parker JW, Rasheed S, **Levine AM**: Primary rectal lymphoma in homosexual men. Arch Intern Med 1986; 146:913-15.

42. Gill PS, Meyer PR, Pavlova Z, **Levine AM**:  B-cell acute lymphocytic leukemia in adults.  Clinical, Morphologic and Immunologic Findings.  J Clin Oncol 1986; 4:737-43.

43. **Levine AM**, Gill PS, Cohen J, Hawkins J, Formenti SC, Aguilar S, Meyer PR, Krailo M, Parker J, Rasheed S:  Suramin anti-viral therapy in the Acquired Immunodeficiency Syndrome.  Ann Intern Med 1986;105:32-37.

44. Burkes RL, Sherrod A, Stewart ML, Taylor CR, **Levine AM**:  Beta-2 microglobulin in homosexual men with AIDS and persistent, generalized lymphadenopathy.  Cancer 1986; 57:2190-92.

45. Alavaikko M, Rinne A, Jarvinen M, Hopsu-Havu V, Aine R, **Levine AM**, Meyer P, Lukes RJ: Damage to secondary lymphoid follicles in AIDS-related persistent generalized lymphadenopathy, as revealed by the behaviour of dendritic reticulum cells possessing immunoreactive acid cysteine-proteinase inhibitor. Virchow's Arch (Cell Pathol) 1986; 50:299-311.

46.    Gill PS, **Levine AM**, Meyer PR, Aguilar SL, Rarick M, Parker JW, Rasheed S:  Human T-cell lymphotropic Virus Type III  Associated disorders:  The spectrum in the heterosexual population.  Arch Intern Med 1986; 146:1501-1504.

47.    Bertram JH, Gill P, **Levine AM**, Boquiren D, Hoffman FM, Meyer P and Mitchell MS:  Monoclonal antibody T101 in T cell malignancies: a clinical, pharmacokinetic, and immunologic correlation.  Blood 1986; 68:752-61.

48.    Helpser J, Formenti S, **Levine AM**:  Initial manifestation of Acquired Immunodeficiency Syndrome in the head and neck region.  Am J Surg 1986; 152:403-406.

49.    Meyer PR, Krugliak L, Neely S, **Levine AM**, Parker JW, Kaplan B, Taylor CR:  Acute leukemias with both myeloid and lymphoid surface markers: Cytoplasmic alpha-1-antichymotrypsin and alpha-1-antitrypsin, as possible indicators of early granulocytic differentiation.  Am J Clin Path 1986; 86:461-68.

50.    Gill PS, Graham RA, Boswell W, Meyer P, Krailo M, **Levine AM**:  A comparison of imaging, clinical, and pathologic aspects of space-occupying lesions within the brain in patients with Acquired Immune Deficiency Syndrome.  Am J Physiologic Imaging 1986; 1:134-141.

51.    Marks G, Richardson J, Graham RW, **Levine AM**:  The role of health locus of control beliefs and expectations of treatment efficacy in adjustment to cancer.  J Person and Soc Psych 1986; 51:443-450.

52.    Gill PS, Chandraratna P, Meyer PR, **Levine AM**:  Malignant lymphoma:  Cardiac involvement at initial presentation.  J Clin Oncol 1986; 5:216-224.

53.    Burkes RL, Abo W, **Levine AM**, Linker-Israeli M, Parker JW, Gill PS, Horwitz DA: Characterization of immunologic function in homosexual males with persistent, generalized lymphadenopathy and acquired immunodeficiency syndrome.  Cancer 1987; 59:731-738.

54.    O'Donnell MR, Forman SJ, **Levine AM**, Territo M, Farbstein MJ, Fahey JL, Gill PS, Lazar G, Nademanee A, Neely S, Snyder DS: Cyatarabine, Cis-Platin and Etoposide chemotherapy for refractory non-Hodgkin's lymphoma.  Cancer Treat Reports 1987; 71:187-189.

55.    **Levine AM**:  Non-Hodgkin's lymphomas and other malignancies in the Acquired Immune Deficiency Syndrome.  Semin Oncol 1987; 14:34-9.

56.    **Levine AM**, Gill PS, Muggia F:  Malignancies in the Acquired Immunodeficiency Syndrome.  Curr Probl Cancer 1987; 11(4):209-255.

57.    **Levine AM**:  AIDS-related lymphoma:  Clinical presentation and treatment approaches.  Oncology 1987; 1:41-46.

58.    Gill PS, **Levine AM**, Krailo M, Rarick MU, Loureiro C, Deyton L, Meyer P, Rasheed S:  AIDS-related malignant lymphoma:  Results of prospective treatment trials.  J Clin Oncol 1987; 5:1322-1328.

59.    **Levine AM**, Richardson JL, Marks G, Chan K, Graham J, Selser JN, Kishbaugh C, Shelton DR, Johnson CA:  Compliance with oral drug therapy in patients with hematologic malignancy.  J  Clin Oncol 1987; 5:1469-1476.

60.    Pavlova Z, Parker JW, Taylor CR, **Levine AM**, Feinstein DI, Lukes RS:  Small non-cleaved follicular center (SNC FCC) lymphoma:  Burkitt (BL) and non-Burkitt (NBL) variants in the United States: II.  Pathologic and immunologic features.  Cancer 1987; 58:1892-1902.

61.     Rasheed S, Gowda S, Gill PS, **Levine AM**:  Antiviral effects of Suramin in patients with the Acquired Immunodeficiency Syndrome. Int J Immunotherapy 1987; III (2) 81-88.

62.     Turner RR, Meyer PR, Taylor CR, Gill PS, Hofman F, Nichols P, Rasheed S, **Levine AM**: Immunohistology of persistent generalized lymphadenopathy.  Evidence of progressive lymph node abnormalities in some patients.  Am J Clin Path 1987; 88:10-19.

63.     Turner RR, **Levine AM**, Gill PS, Parker JW, Meyer PR:   Progressive histopathologic abnormalities in the persistent generalized lymphadenopathy syndrome.  Am J Surg Pathol 1987; 11(8):625-632.

64.     Gill PS, Rarick MU, Brynes RK, Causey D, **Levine AM**: Azidothymidine (AZT) and bone marrow failure in AIDS.  Ann Intern Med 1987; 107:502-505.

65.     Richardson JL, Lochner T, McGuigan K, **Levine AM**:  Physician attitudes and experience regarding the care of patients with Acquired Immunodeficiency Syndrome and related disorders.  Medical Care 1987; 25(8):675-86.

66.     Cheson BD, **Levine AM**, Mildvan D, Kaplan LS, Wolfe P, Rios A, Groopman JE, Gill P, Volberding PA, Poiez BJ, Gottlieb MJ, Holden H, Volsky D, Silver SS, Hawkins MJ:  Suramin therapy in AIDS and related disorders:  Report of the US Suramin Working Group.  JAMA 1987; 258:1347-1351.

67.     Turner RR, Boone DC, **Levine AM**, Parker JW:    Flow cytometric immunophenotyping in homosexual men with the persistent generalized lymphadenopathy syndrome:  A longitudinal study of lymph nodes and blood.  Diagnostic and Clin Immunol 1987; 5:194-200.

68.     Richardson JL, Marks G, Graham JW, Chan KK, Johnson CA, **Levine AM**: Assessment of compliance with cancer therapy:  Conceptual  and methodological issues. Hlth Psych 1987; 6:183-207.

69.     De Martini R, Turner RR, Formenti SC, Boone DC, Bishop PC, **Levine AM**, Parker JW:  Peripheral blood mononuclear cell abnormalities and their relationship to clinical course in homosexual men with HIV infection.  Diagnostic and Clinical Immunol 1988; 5:194-201.

70.     Chak LY, Gill PS, **Levine AM**, Meyer PR, Anselmo JA, Petrovich Z:  Radiation therapy for Acquired Immunodeficiency Syndrome related Kaposi's Sarcoma.  J Clin Onc 1988; 6:863-867.

71.     Hu E, Hufford S, Lukes R, Bernstein-Singer M, Sobel G, Gill P, Pinter-Brown L, Rarick M, Rosen P, Brynes R, Nathwani B, Feinstein D, **Levine AM**:  Third world Hodgkin's disease at Los Angeles County - University of Southern  California  Medical  Center.  JCO 1988; 6:1285-1293.

72.     Hu E, Epstein AL, Naeve GS, Gill I, Martin S, Sherrod A, Nichols P, Chen D, Mazumder A, **Levine AM**:  A phase Ia clinical trial of Lym-1 monoclonal antibody serotherapy in patients with refractory B cell malignancies.  Hematol Oncology 1988; 6:1-12.

73.     Loureiro C, Gill PS, **Levine AM**:  Autopsy findings in AIDS-related lymphoma.  Cancer 1988; 62:735-739.

74.     Richardson JL, Marks G, **Levine AM**:  The influence of side effects on compliance with cancer treatment.  J Clin Oncol 1988; 6:1746-52.

75.     Jamin D, Shulman I, Lam HT, Aguilar S, Shields M, Cohen J, Gill PS, **Levine AM**:  Production of a positive direct antiglobulin test due to  Suramin.  Arch Pathol Lb Med 112:898-900, 1988.

76.     Gill PS, and **Levine AM**:  HIV-related malignant lymphoma:  Clinical aspects, treatment and pathogenesis.  Ca Invest 6:413-416, 1988.

77.   Armitage JO, Greer JP, **Levine AM**, Weisenburger DD, Formenti SC, Bast M, Conley S, Pierson J, Linder J, Cousar JB, Nathwani BN:  Peripheral T-cell lymphoma.  Cancer 63:158-163, 1989.

78.   Marks GS, Richardson JL, Lochner LT, McGuigan KA, **Levine AM**:  Assumed similarity of attitudes about AIDS among gay and heterosexual physicians.  J of App Soc Psycho 18:774-786, 1988.

79.   Formenti SC, Gill PS, Lean E, Rarick M, Meyer P, Boswell W, Petrovich Z, Chak L, **Levine AM**: Primary central nervous system lymphoma in AIDS:  Results of radiation therapy.  Cancer 63:1101-1107, 1989.

80.   Gill PS, Loureiro C, Bernstein-Singer M, Rarick MU, Sattler F, **Levine AM**:  Clinical effect of glucocorticoids on Kaposi's sarcoma in the Acquired Immunodeficiency Syndrome (AIDS).  Ann Intern Med 110:937-940, 1989.

81.   Freeman WR, Chen A, Henderly DE, **Levine AM**, Luttrull JK, Urrea PT, Arthur J, Rasheed S, Cohen JL, Neuberg D, Leung RJ:   Prevalence and significance of Acquired Immunodeficiency Syndrome  Related retinal microvasculopathy:  A cross sectional observational study.  Am J Ophthal 1989; 107:229-235.

82.   Freeman WR, Henderly DE, Lipson BK, Rao NA, **Levine AM**:  Retinopathy before diagnosis of AIDS.  Annals of Opthalmology 1989; 21:468-74.

83.   Gill PS, Akil B, Colletti P, Rarick M, Loureiro C, Bernstein-Singer M, Krailo M, **Levine AM**: Pulmonary Kaposi's sarcoma: Clinical findings and results of therapy.  Am J Med 1989; 87:57-61.

84.   Formenti S, De Martini R, Turner RR, **Levine AM**, Parker JW: Immunophenotypic analysis of peripheral blood leukocytes at different stages of HIV infection: An analysis of asymptomatic, ARC and AIDS populations.  Am J Clinical Path 1989; 92:300-307.

85.   Richardson JL, Shelton D, Krailo M, **Levine AM**:  The effect of compliance with treatment on survival among patients with hematologic malignancies.  J Clin Oncol 8:356-364, 1990.

86.   Richardson JL, Zarnegar Z, Bisno B, **Levine AM**:  Psychosocial status at initiation of cancer treatment and survival. J Psychosomatic Res 1990; 34:189-201.

87.   Gill PS, Rarick MU, Espina B, Loureiro C, Bernstein-Singer M, Akil B, **Levine AM**:  Advanced AIDS related Kaposi's sarcoma:  Results of pilot studies using combination chemotherapy (Low dose adriamycin, bleomycin and vincristine).  Cancer 1990; 65:1074-78.

88.   **Levine AM**: Therapeutic approaches to neoplasms in AIDS.  Rev Infec Dis 1990; 12:592-607.

89.   Gill PS, Rarick MU, Bernstein-Singer M, Harb M, Espina B, Shaw V, **Levine AM**:  Treatment of advanced Kaposi's sarcoma using a combination of bleomycin and vincristine.  American J of Clin Oncol 1990; 13(4):315-319.

90.   Gill PS, Rarick MU, Bernstein-Singer M, Espina BM, Jones B, Montgomery T, Sharma D, Rasheed S, **Levine AM**:  Interferon-alpha maintenance therapy after cytotoxic chemotherapy for treatment of Acquired Immunodeficiency Syndrome-related Kaposi's sarcoma.  J of Biol Resp Modifiers 1990; 9:512-16.

91.   Rarick MU, Gill PS, Montgomery T, Bernstein-Singer M, Jones B, **Levine AM**:  Treatment of epidemic Kaposi's sarcoma with combination of chemotherapy (vincristine and bleomycin) and zidovudine.  Annals Oncol 1990; 1:147-49.

92.   **Levine AM**:  Cancer in AIDS (editorial).  Curr Opin in Oncol 1990; 2:1159-60.

93.  Gill PS, Rarick M, McCutchan JA, Slater L, Parker B, Muchmore E, Bernstein-Singer M, Akil B, Espina BM, Krailo M, **Levine AM**:  Systemic treatment of AIDS related Kaposi's sarcoma:  Results of a randomized trial.  Am J Med 1991; 90:427-433.

94.  Shibata D, Weiss LLM, Nathwani BN, Brynes RK, **Levine AM**:  Epstein-Barr virus in benign lymph node biopsies from individuals infected with the Human Immunodeficiency Virus is associated with the concurrent or subsequent development of non-Hodgkin's lymphoma.  Blood 1991; 77:1527-1533.

95.  **Levine AM**:  HIV related lymphoma:  The epidemic shifts (editorial).  J Natl Cancer Inst 1991; 83:662-3.

96.  Gill PS, Rarick M, Bernstein-Singer M, Espina BM, Jones B, Montgomery T, Sharma D, Rasheed S, **Levine AM**:  Interferon-alpha maintenance therapy after cytotoxic chemotherapy for treatment of Acquired Immunodeficiency Syndrome-related Kaposi's sarcoma.  J Biol Resp Modifiers 1990; 9:512-516.

97.  Rarick MU, Loureiro C, Groshen S, Sullivan-Halley J, Gill PS, Bernstein-Singer M, **Levine AM**:  Serum erythropoietin titers in patients with Human Immunodeficiency Virus (HIV) infection and anemia.  J Acq Immune Def Syndromes 1991; 4:593-97.

98.  Hersh EM, Brewton G, Abrams D, Bartlett J, Galpin J, Gill PS, Horter R, Gottlieb M, Jonikas JJ, Landesman S, **Levine AM**, Marcel A, Peterson EA, Whiteside M, Zahradnik J, Megron C, Boutitie F, Caraux J, Dupuy MJ, Salmi LR:  Ditiocarb sodium (Diethyldithiocarbamate) therapy in patients with symptomatic HIV infection and AIDS:  A randomized, double-blind, placebo-controlled, multicenter study.  JAMA 1991; 265:1538-44.

99.  **Levine AM**, Wernz JC, Kaplan L, Rodman N, Cohen P, Metroka C, Bennett JM, Rarick MU, Walsh C, Kahn J, Miles S, Ehmann C, Feinberg J, Nathwani B, Gill PS,  Mitsuyasu R:  Low dose chemotherapy with central nervous system prophylaxis and azidothymidine maintenance in AIDS-related  lymphoma:  A prospective multi-institutional trial.  JAMA 1991; 266:84-88.

100.  **Levine AM**, Sullivan-Halley J, Pike MC, Rarick MU, Loureiro C, Bernstein-Singer M, Willson E, Brynes R, Parker J, Rasheed S, Gill PS:  HIV related lymphoma:  Prognostic factors predictive of survival.  Cancer 1991; 68:2466-2472.

101.  Rarick MU, Burian P, DeGuzman N, Espina B, Montgomery T, Jamin D, and **Levine AM**:  The use of intravenous gamma globulin (IVIG) in patients with significant Human Immunodeficiency Virus related thrombocytopenia requiring dental extraction.  Western J of Med 1991; 155:610-12.

102.  Rarick MU, Espina B, Montgomery T, Easley A, Allen J, **Levine AM**:  The long-term use of zidovudine in patients with severe immune-mediated thrombocytopenia secondary to infection with HIV.  AIDS 1991; 5:1357-61.

103.  **Levine AM**:  Cancer in AIDS.  Editorial Overview.  Curr Opin in Oncol 1991; 3:863-66.

104.  Hu E, Groshen S, Chen SC, Esplin J, Rosen P, Lukes R, Brynes R, Nathwani B, Feinstein D, **Levine AM**:  Prognostic study of aggressive non-Hodgkin's lymphoma patients treated at LAC/USC Medical Center.  In Press: Blood, 1991.

105.  Rarick MU, Espina B, Mocharnuk R, Trilling Y, **Levine AM**:  Thrombotic thrombocytopenic purpura in patients with Human Immunodeficiency Virus Infection:  A report of three cases and review of the literature.  Am J Hematol 1991; 40:103.

106. Gill PS, Aboulafia D, Espina B, Clark J, Rarick M, Aguilar SL, Slamon D, Krailo M, Rasheed S, **Levine AM**:  Seroprevalence of HIV-I and HTLV-I/II in female prostitutes from Los Angeles County. In Press: J of AIDS, 1992.

107. **Levine AM**:  AIDS-related lymphoma (Review).  Blood 1992; 80:8-20.

108. Goldschmidts WL, Bhatia K, Johnson J, Akar N, Guiterrez MI, Shibata D, Carolan M, **Levine AM**, Magrath IT:  Epstein-Barr genotypes in AIDS-associated lymphomas are similar to those in endemic Burkitt's lymphoma.  Leukemia 1992; 6:875-78.

109. **Levine AM**, Shibata D, Sullivan-Halley J, Nathwani B, Brynes R, Slovak ML, Mahterian S, Riley CL, Weiss L, Levine PH, Rasheed S, Bernstein L:  Epidemiological and biological study of acquired immunodeficiency syndrome-related lymphoma in the County of Los Angeles:  Preliminary results. Cancer Res 1992; 52:5482s-84s.

110. Galetto G and **Levine AM**:  AIDS-associated primary central nervous system lymphoma.  JAMA 1993; 269:92-3.

111. Pothen S, Cao T, Smith R, Levine PH, **Levine AM**, Pearson GR:  Identification of major T and B cell epitopes associated with a restricted component of the Epstein Barr Virus induced early antigen complex.  Int J Cancer 1993; 53:199-204.

112. Shibata D, Weiss LM, Hernandez AM, Nathwani BN, Bernstein L, **Levine AM**:  Epstein-Barr-virus associated non-Hodgkin's lymphoma in patients infected with the Human Immunodeficiency virus. Blood 1993; 81:2102-2109.

113. Walsh C, Wernz J, **Levine AM,** Rarick M, Willson E, Melendez D, Bonnem E, Thompson J, Shelton B:  Phase I trial of m-BACOD and granulocyte macrophage colony stimulating factor (GM-CSF) in HIV associated non-Hodgkin's lymphoma.  J AIDS 1993; 6:265-271.

114. Radin DR, Esplin JA, **Levine AM**, Ralls PW:  AIDS-related non-Hodgkin's lymphoma:  Abdominal CT findings in 112 patients.  Am J Radiology 1993; 160:1133-1139.

115. **Levine AM**:  Hodgkin's disease in the setting of HIV infection (Editorial).  Annals Oncology 1993; 4:123-4.

116. **Levine AM**:  AIDS related malignancies:  The emerging epidemic (Review).  J National Cancer Institute 1993; 85:1382-97.

117. Slovak M, **Levine AM**, et al:  Cytogenetic studies of composite lymphomas:  Monocytoid B cell lymphoma and other B cell non-Hodgkin's lymphomas.  Hum Pathol 1993; 24:1086-94.

118. Strigle SM, Martin SE, **Levine AM**, Rarick MU:  The use of fine needle aspiration cytology in the management of Human Immunodeficiency Virus related non-Hodgkin's lymphoma and Hodgkin's Disease.  J of AIDS 1993; 6:1329-34.

119. **Levine AM**:  Lymphoma complicating immunodeficiency disorders.  Ann Oncol 1994; 5 (suppl 2):S29-35.

120. Grunberg SM, Sherrod A, Muellenbach R, Renshaw M, Zaretsky S, **Levine AM**:  Analysis of physician attitudes concerning requests for autopsy.  Cancer Investigation 1994; 12(5):463-468.

121. Thompson S, Nanni C, **Levine AM**:  Secondary and consequence-related control.  J Personality and Social Psychology.  J of Personality and Social Psycho 1994; 67:540-547.

122. Masood R, Lundardi-Iskandar Y, Moudgil T, Zhang Y, Law RE, Huang C, Puri RK, **Levine AM**, Gill PS: IL-10 inhibits HIV-1 replication and is induced by Tat.  Biochem Biophys Res Commun 1994; 202:374-383.

123. Gaidano G, LoCoco F, Ye BH, Shibata D, **Levine AM**, Knowles DM, Dalla-Favera R: Rearrangements of the bcl-6 gene in AIDS-associated non-Hodgkin's lymphoma:  Association with diffuse large cell type.  Blood 1994; 84:397-402.

124. Demidem A, Broquet C, Mencia-Huerta JM, Salahuddin SZ, Lam T, Khan RS, Braquet P, **Levine AM**, Bonavida B:  Sensitivity of drug resistant B cell lines from AIDS-related non-Hodgkin's lymphoma to newly synthesized podophyllotoxin derivatives and aza-alkyllysophospholipids: enhanced sensitization by pretreatment with interferon gamma.  Intern J Oncol 1994; 4:1203-9.

125. Gill PS, Miles SA, Mitsuyasu RT, Montgomery T, McCarthy S, Espina BM, Feldstein M, **Levine AM**: Phase I AIDS Clinical Trials Group (075) study of adriamycin, bleomycin and vincristine chemotherapy with zidovudine in the treatment of AIDS-related Kaposi's sarcoma.  AIDS 1994; 8:1695-99.

126. Keung YK, Chen SC, Groshen S, Douer D, **Levine AM**:  Acute myeloid leukemia subtypes and response to treatment among ethnic minorities in a large us urban hospital.  Acta Hemaematol 1994; 92:18-22.

127. Gill PS, Espina BM, Moudgil T, Kidane S, Esplin JA, Tulpule A, **Levine AM**:  All-Trans Retinoic Acid for the Treatment of AIDS-Related Kaposi's Sarcoma:  Results of a Pilot Phase II Study.  Leukemia 1994; 8:S26-S32.

128. Gill PS, Espina BM, Muggia F, Cabriales S, Tulpule A, Esplin JA, Liebman HA, Forssen E, Ross ME, **Levine AM**:  Phase I/II clinical and pharmacokinetic evaluation of liposomal daunorubicin.  J Clin Oncol 1995; 13:996-1003.

129. Masood R, Zhang Y, Bond MW, Scadden DT, Moudgil T, Law RE, Kaplan MH, Jung B, Espina BM, Lunardi-Iskandar Y, **Levine AM**, Gill PS:  Interleukin 10 is an autocrine growth factor for AIDS related B cell lymphoma. Blood 1995; 85:3423-30.

130. Gill PS, Harrington W, Kaplan MH, Ribeiro RC, Bennett JM, Liebman HA, Bernstein-Singer M, Espina BM, Cabral L, Allen S, Kornblau S, Pike MC, **Levine AM**:  Treatment of Adult T cell leukemia-lymphoma with a combination of interferon alpha and zidovudine.  N Engl J Med 1995; 332:1744-8.

131. **Levine AM**:  Viral associated neoplasms in humans:  Additional clues (editorial).   Jour Nat Cancer Inst 1995; 87:947-9.

132. Keung YK, Watkins K, Chen SC, Groshen S, **Levine AM**, Douer D:  Increased incidence of central venous catheter-related infections in bone marrow transplant patients.  Am J Clin Oncol 1995; 18:469-474.

133. **Levine AM**, Bernstein L, Sullivan-Halley J, Shibata D, Bauch-Mahterian S, Nathwani BN:  Role of zidovudine antiretroviral therapy in the pathogenesis of AIDS-related lymphoma.  Blood 1995; 86:4612-4616.

134. Douvas A, **Levine AM**, Xia L, and Ehresmann G:  An autoimmune antigen 70K which stimulates lymphocytes from HIV+ donors.  Arthritis Rheum 1995; 38:S211.

135. **Levine AM**, Groshen S, Allen J, Munson K, Carlo DJ, Daigle AE, Ferre F, Jensen FC, Richieri S, Trauger RJ, Parker JW, Salk PL, Salk J:  Initial studies on active immunization of HIV infected subjects using a gp-120 depleted HIV-1 Immunogen:  Long-term follow-up.  J Acq Immune Def Synd and Hum Retro 1996; 11:351-64.

136. Douer D, Preston-Martin S, Nichols PW, Chang E, Watkins E, **Levine AM**:  High frequency of acute promyelocytic leukemia among Latinos with acute myeloid leukemia.  Blood 1996; 87:308-313.

137. Dutta SC, Simons AJ, **Levine AM**, Ryan M, Anthone GJ, Beart RW, Jr:  Surgical outcome in Acquired Immunodeficiency Syndrome patients with non-Hodgkin's lymphoma of the gastrointestinal tract.  Dis Colon Rectum 1996; 39:167-170.

138. Rizzo J, **Levine AM**, Weiss GR, Pearce TI, Kraynak M, Mueck R, Smith S, Von Hoff DD, Kuhn JG:  Pharmacokinetic profile of Mitoguazone (MGBG) in patients with AIDS related non-Hodgkin's lymphoma.  Invest New Drugs 1996; 14:227-234.

139. Mordkin R, Skinner DS, **Levine AM**:  Long-term, disease-free survival after plasmacytoma of the urethra: A case report.  Urology 1996; 48:149-150.

140. Douer D, Preston-Martin S, Nichols PW, **Levine AM**:  High frequency of a specific subtype of AML in Latino patients in Los Angeles County.  J Registry Management 1996; 34:88-91.

141. Wallace MR, Moss RB, Beecham HG, Grace CJ, Hersh EM, Peterson E, Murphy RP, Shepp DH, Siegal FP, Turner JL, Safrin S, Carlo DJ, **Levine AM**:  Early clinical markers and CD4 percentage in subjects with Human Immunodeficiency Virus infection.  J AIDS and Human Retrov 1996; 12:358-62.

142. **Levine AM**:  Regression of Acquired Immunodeficiency Virus syndrome related Kaposi's sarcoma during thalidomide therapy.  Clin Infectious Dis 1996; 23:504-5.

143. **Levine AM**, Tulpule A, Espina B, Boswell W, Buckley J, Rasheed S, Stain S, Parker J, Nathwani B, Gill PS:  Low dose methotrexate, bleomycin, adriamycin, cyclophosphamide, oncovin, and dexamethasone with Zalcitabine in patients with Acquired Immunodeficiency Syndrome-related lymphoma: Effect on Human Immunodeficiency Virus and serum interleukin-6 levels over time.  Cancer 1996; 78:517-26.

144. Douer D, **Levine AM**, Anderson WF, Gordon M, Groshen S, Kahn A, Mohrbacher A, Muggia F, Shibata D:  High dose chemotherapy and autologous bone marrow plus peripheral blood stem cell transplantation for patients with lymphoma or metastatic breast cancer.  Use of marker genes to investigate hematopoietic reconstitution in adults.  Human Gene Therapy 1996; 7:669-684.

145. Gill PS, Lunardi-Iskandar Y, Louie S, Tulpule A, Zheng T, Espina BM, Besnier JM, Hermans P, **Levine AM**, Bryant JL, Gallo RC:  Human chorionic gonadotropin has antitumor activity in AIDS-related Kaposi's sarcoma.  N Engl J Med 1996; 335:1261-1269.

146. Tulpule A, Joshi B, DeGuzman N, Espina BM, Mocharnuk R, Prakash O, Templeton D, **Levine AM**, Gill PS:  Interleukin-4 in the treatment of AIDS-related Kaposi's sarcoma.  Annals of Oncology 1997; 8:79-83.

147. Damos DL, John RS, Parker ES, **Levine AM**:  Cognitive function in asymptomatic HIV infection.  Archives of Neurology 1997; 54:179-185.

148. **Levine AM**, Tulpule A, Tessman D, Kaplan L, Giles F, Luskey BD, Scadden DT, Northfelt DW, Silverberg I, Wernz J, Espina B, Von Hoff D:  Mitoguazone therapy in patients with refractory or relapsed AIDS-related lymphoma: Results from a multi-center Phase II trial.  J Clin Oncol 1997; 15:1094-1103.

149. Kaplan LD, Straus DJ, Testa MA, Von Roenn J, Dezube BJ, Cooley TP, Hernier B, Northfelt DW, Huang J, Tulpule A, **Levine AM**: Low dose compared with standard dose m-BACOD chemotherapy for non-Hodgkin's lymphoma associated with Human Immunodeficiency Virus infection.  NEJM 1997; 336:1641-1648.

150. Zuckerman E, Zuckerman T, **Levine AM**, Douer D, Gutekunst K, Mizokami M, Qian DG, Velankar M, Nathwani BN, Fong TL:  Hepatitis C virus infection in patients with B-cell non-Hodgkin's lymphoma.  Ann Intern Med 1997; 127:423-8.

151. Damos DL, John RS, Parker ES, **Levine AM**:  Examining the relation between anti-retroviral therapy and cognitive performance using a cross-sectional design.  Aviation, Space and Environ Med 1997; 68:900-6.

152. Nelson RA, **Levine AM**, Marks G, Bernstein L:  Alcohol, tobacco and recreational drug use and the risk of non-Hodgkin's lymphoma.  Brit J Cancer 1997; 76:1532-37.

153. Gill PS, Mitsuyasu RT, Montgomery T, Huang J, Cabriales S, Testa M, Espina BM, **Levine AM**, Miles SA:  AIDS Clinical Trials Group Study 094: A phase I/II trial of ABV chemotherapy with zidovudine and recombinant human GM-CSF in AIDS-related Kaposi's sarcoma.  Cancer Journal Scientific American 1997; 3:278-283.

154. **Levine AM**:  Hodgkin's Disease in the setting of HIV infection.  J Nat Cancer Institute 1998; 23:37-42.

155. Douer D, Ramezani L, Mohrbacher AF, Khan A, Groshen S, **Levine AM**, Anderson WF:  The influence of patient-related factors on ex vivo retroviral-mediated gene transfer into mobilized peripheral blood myeloid progenitors.  Human Gene Therapy 1998; 9:1061-1068.

156. Tulpule A, Schiller G, Harvey-Buchanan LA, Lee M, Espina BM, Khan AU, Boswell W, Nathwani B, **Levine AM**:  Cladribine in the treatment of advanced relapsed or refractory low and intermediate grade non-Hodgkin's lymphoma.  Cancer 1998; 83:2370-2376.

157. Nelson RA, **Levine AM**, Bernstein L:  Blood transfusions and the risk of intermediate or high grade non-Hodgkin's lymphoma.  J Nat Cancer Institute 1998; 90:1742-1743.

158. **Levine AM**:  Treatment of aggressive lymphomas.  Seminars Oncol 1998; 25:98-108.

159. Miles SA, **Levine AM**, Feldstein M, Carden J, Cabriales S, Marcus S, Mitsuyasu R, Gill PS:  Open label phase I study of combination therapy with zidovudine and interferon-beta in patients with AIDS-related Kaposi's sarcoma: AIDS Clinical Trials Group Protocol 057.  Cytokines, Cellular and Molecular Therapy 1998; 4:17-23.

160. Telzak EE, Hershow R, Kalish LA, Hardy WD, Zuckerman E, **Levine AM**, Delapenha R, DeHovitz J, Greenblatt RM, Anastos K:  Seroprevalence of HTLV-I and HTLV-II among a cohort of HIV infected women and women at risk for HIV infection.  J Acquired Immune Def Syndromes and Human Retrovirol 1998; 19:513-518.

161. Straus DJ, Huang J, Testa MA, **Levine AM**, Kaplan LD:  Prognostic factors in the treatment of Human Immunodeficiency Virus associated non-Hodgkin's Lymphoma: Analysis of AIDS clinical Trials Group protocol 142 - Low dose versus standard-dose m-BACOD plus granulocyte-macrophage colony-stimulating factor.  J Clin Oncol 1998; 16:3601-3606.

162. Scadden DT, Schenkein DP, Bernstein Z, Luskey B, Doweiko JP, Tulpule A, **Levine AM**:  Immunotoxin combined with chemotherapy for patients with AIDS-related non-Hodgkin's lymphoma.  Cancer 1998; 83:2580-2587.

163. Zuckerman E, Zuckerman T, Douer D, Qian D, **Levine AM**:  Liver dysfunction in patients infected with Hepatitis C virus undergoing chemotherapy for hematologic malignancies.  Cancer 1998; 83:1224-30.

164. Douer D, Preston-Martin S, Chang E, Nichols PW, Watkins KJ, **Levine AM**:  High frequency of acute promyelocytic leukemia among Latinos with acute myeloid leukemia.  BioMedicina 1998; 1:109-112.

165. Telzac EE, Hershow R, Kalish LA, Hardy WD Jr, Zuckerman E, **Levine AM**, Delepenha R, DeHovitz J, Greenblatt RM, Anastos K:  Seroprevalence of HTLV-I among a cohort of HIV infected women.  J AIDS & Hum Retrovir 1998; 19:513-18.

166. Palefsky M, Minkoff H, Kalish LA, **Levine AM**, Sacks HS, Garcia P, Young M, Melnick S, Miotti P, Burk R:  Cervicovaginal human papillomavirus infection in HIV positive and high risk HIV-negative women.  J NCI 1999; 91:226-236.

167. **Levine AM**, Zuckerman E, Zuckerman T, Nelson R, Govindarajan S, Valinluck B, Bernstein L:  Lack of association between Hepatitis C infection and development of AIDS related lymphoma.  J AIDS & Hum Retrovirol 1999; 20:255-258.

168. Kovacs A, Chac LS, Chen ZC, Meyer WA, Muderspach L, Young M, Anastos K, **Levine AM**:  HIV-1 RNA in plasma and genital tract secretions in women infected with HIV-1.  J AIDS 1999; 22:124-131.

169. Nathwani BN, Drachenberg MR, Hernandez AM, **Levine AM**, Sheibani K:  Nodal monocytoid B cell lymphoma (Nodal marginal-zone B cell lymphoma).  Semin Hematol 1999; 36: 128-138.

170. Chen C-L, **Levine AM**, Rao A, O'Neill K, Messinger Y, Myers DE, Goldman F, Hurvitz C, Casper JT, Uckun FM:  Clinical pharmocokinetics of the CD19 receptor directed tyrosine kinase inhibitor B43 genestein in patients with B lineage lymphoid malignancies.  J Clin Pharmacol 1999; 12:1248.

171. Douer D, Ramezani L, Parker J, **Levine AM**:  All trans retinoic acid effects the growth, differentiation and apoptosis of normal human myeloid progenitors derived from purified CD34+ bone marrow cells.  Leukemia 2000; 14:874-881.

172. Anastos K, Gange SJ, Lau B, Weiser B, Detels R, Giorgi JV, Margolick JB, Cohen MP, Phair J, Melnick S, Rinaldo CR, Kovacs A, **Levine AM**, Landesman S, Young M, Munoz A, Greenblatt RM:  The Association of race and gender with HIV-1 RNA levels and immunologic progression.  J AIDS 2000; 24:218-26.

173. **Levine AM**, Li P, Cheung T, Tulpule A, Von Roenn J, Nathwani BN, Ratner L:  ABVD chemotherapy with G-CSF in HIV infected patients with newly diagnosed Hodgkin's Disease: A prospective, multi-institutional AIDS Clinical Trials Group Study (ACTG # 149).  J AIDS 2000; 24:444-450.

174. Hessol NA, Anastos K, **Levine AM**, Ameli N, Cohen M, Young M, Augenbraun  M, Miotti P, Gange SJ:  Factors associated with incident self reported AIDS among women enrolled in the Women's Interagency HIV Study (WIHS).  AIDS Res and Hum Retrov 2000; 16:1105-1111.

175. **Levine AM**, Seneviratne L, Espina BM, Wohl AR, Tulpule A, Nathwani BN, Gill PS:  Evolving characteristics of AIDS related lympomas.  Blood 2000; 96:4084-4090.

176. **Levine AM**, Berhane K, Masri-Lavine L, Sanchez ML, Young M, Augenbraun M, Cohen MN, Anastos K, Newman M, Gange SJ, Watts H:  Prevalence and correlates of anemia in a large cohort of HIV infected women:  Women's Interagency HIV Study.  JAIDS 2001; 26:28-35.

26

177. Ratner L, Lee J, Tang S, Redden D, Hamzeh F, Herndier B, Scadden D, Kaplan L, Ambinder R, **Levine AM**, Harrington W, Grochow L, Flexner C, Tan B, Straus D: Chemotherapy for Human Immunodeficiency Virus-Associated non-Hodgkin's lymphoma in combination with highly active antiretroviral therapy. J Clin Oncol 2001; 19:2171-2178.

178. Nelson RA, **Levine AM**, Bernstein L: Reproductive factors and risk of intermediate or high grade B cell non-Hodgkin's lymphoma in women. J Clin Oncol 2001; 19:1381-1387.

179. **Levine AM**, Seneviratne L, Tulpule A: Incidence and management of AIDS related lymphoma. Oncology 2001; 15:867-877.

180. Tulpule A, Rarick MU, Kolitz J, Bernstein J, Myers A, Buchanan LA, Espina BM, Traynor A, Letzer J, Justice GR, McDonald D, Roberts L, Boswell W, Nathwani B, **Levine AM**: Liposomal daunorubicin in the treatment of relapsed or refractory non-Hodgkin's lymphomas. Annals Oncology 2001; 12:457-462.

181. **Levine AM** and Tulpule A: Clinical aspects and management of AIDS-related Kaposi's sarcoma. European J Cancer 2001; 37:1288-1295.

182. Kovacs A, Wasserman SS, Burns D, Wright DJ, Cohn J, Landay A, Weber K, Cohen M, **Levine AM**, Minkoff H, Miotti P, Palefsky J, Young M, Reichelderfer P: Determinants of HIV-1 shedding in the genital tract of women. Lancet 2001; 358:1593-1601.

183. Greenblatt R, Jacobson LP, **Levine AM**, Melnick S, Anastos K, Cohen M, DeHovitz J, Young MA, Burns D, Miotti P, and Koelle DM: Human herpesvirus 8 infection and Kaposi's sarcoma among human immunodeficiency virus infected and uninfected women. J Infect Dis 2001; 183:1130-1134.

184. Hilton JF, Alves M, Canchola AJ, Cohen M, Delapenha R, Greenspan D, **Levine AM**, Macphail LA, Micci SJ, Mulligan R, Navazesh M, Phelan J, Tsaknis P: Accuracy of diagnoses of HIV related oral lesions by medical clinicians: Findings of the Women's Interagency HIV study. Community Dentistry and Oral Epidemiology 2001; 29:362-372.

185. Bi J, Espina BM, Tulpule A, Boswell W, **Levine AM**: High dose cytosine arabinoside and cisplatin regimens as salvage therapy for refractory or relapsed AIDS related non-Hodgkin's lymphoma. J AIDS 2001; 28:416-421.

186. Seneviratne L, Tulpule A, Espina BM, Chen JA, Nathwani B, **Levine AM**: Clinical, immunologic and pathologic correlates of bone marrow involvement in 291 patients with AIDS-related lymphoma. Blood 2001; 98:2358-2363.

187. Kobayashi A, Darragh T, Herndier B, Anastos K, Minkoff H, Cohen M, Young M, **Levine AM**, Grant LA, Hyun W, Weinberg V, Greenblatt R, Smith-McCune K: Lymphoid follicles are generated in high grade cervical dysplasia and have differing characteristics depending on HIV status. Am J Pathol 2002; 160:151-164.

188. Tulpule A, Sherrod A, Dharmapala D, Young LL, Espina BM, Sanchez MN, Gill PS, **Levine AM**: Multidrug resistance (MDR-1) expression in AIDS related lymphomas. Leukemia Research 2002; 26:121-127.

189. Koya RC, Kasahara N, Pullarkat V, **Levine AM**, Stripecke R: Transduction of acute myeloid leukemia cells with third generation self-inactivating lentiviral vectors expressing CD80 and GM-CSF: Effects on proliferation, differentiation, and stimulation of allogeneic and autologous anti-leukemia immune responses. Leukemia 2002; 16:1645-54.

190. **Levine AM**, Sadeghi S, Espina B, Tulpule A, Nathwani B: Characteristics of indolent non-Hodgkin's lymphoma in patients with type 1 Human Immunodeficiency Virus infection. Cancer 2002; 94:1500-1506.

191. Preston-Martin S, Kirstein L, Pagoda JM, Melnick SL, Masri-Lavine L, Silver S, Hessol N, French AL, Feldman J, Sacks HS, Rimer B, Deely M, **Levine AM**: Use of mammographic screening by HIV infected women in the Women's Interagency HIV Study.  Preventive Medicine 2002; 34:386-392.

192. Richardson JL, Martin EM, Jiminez N, Danley K, Cohen M, Carson VL, Sinclair B, Reed RA, **Levine AM**:  Neuropsychological functioning in a large cohort of HIV infected women: The importance of anti-retroviral therapy.  Journal International Neuropsychological Society 2002; 8:781-793.

193. Kirstein LM, Greenblatt RM, Anastos K, **Levine AM**, French AL, Minkoff H, Silver S, Gange SJ for the Women's Interagency HIV Study Collaborative Research Group: Prevalence and correlates of highly active antiretroviral therapy switching in the Women's Interagency HIV Study.  J AIDS 2002; 29:495-503.

194. Anastos K, Barron Y, Greenblatt R, Hessol N, Weiser B, Young M, Augenbraun M, Cohen M, **Levine AM**, Munoz M, et al:  Risk of disease progression and death in HIV infected women initiating highly active antiretroviral therapy at different stages of disease.  Arch Intern Med 2002; 162:1973-1980.

195. **Levine AM**:  Evaluation and management of the HIV infected woman: Review.  Annals Intern Med 2002; 136:228-242.

196. Stripecke R, **Levine AM**, Pullarkat V, Cardoso AA:  Immunotherapy with acute leukemia cells modified into antigen-presenting cells:  ex vivo culture and gene transfer methods.  Leukemia 2002; 16:1974-1983.

197. **Levine AM**:  Challenges in the management of Burkitt's lymphoma.  Clinical Lymphoma 2002; 3:S19-25.

198. Sung VMH, Shimodaira S, Doughty AL, Can H, Yen B, Lindsay KL, **Levine AM,** Lai MMC: Establishment of B cell lymphoma cell lines persistently infected with Hepatitis C virus in vivo and in vitro:  the apoptotic effects of virus infection.  J Virology 2003; 77:2134-2146.

199. Justman JE, Benning L, Danoff A, Robison E, Weber K,Minkoff H, **Levine AM**, Piessens E, Greenblatt RM, Anastos K:  Protease inhibitor use and the incidence of diabetes mellitus in a large cohort of HIV infected women.  J AIDS 2003; 32:298-302.

200. Bhoopat L, Rithaporn TS, Lekawanvigit S, Taylor CR, **Levine AM**, Bhoopat T:  Different localization of dendritic cell reservoirs in HIV-1 subtype B versus subtype E infected lymph nodes.  Applied Immunohistochem and Molecular Morphology 2003; 11: 144-148.

201. Strickler HD, Palefsky JM, Shah KV, Anastos K, Klein RS, Minkoff H, Duerr A, Massad LS, Celentano DD, Hall C, Fazzari M, Cu-Uvin S, Bacon M, Schuman P, **Levine AM,** Durante AJ, Gange S, Melnick S, Burk R:  The weak association of HPV 16 with immune status in HIV seropositive women.  J Nat Cancer Institute 2003; 95:1062-71.

202. Giles FJ, Faderl S, Thomas DA, Cortez JE, Garcia-Manero G, Douer D, **Levine AM**, Koller CA, Jeha SS, O'Brien SM, Estey EH, Kantarjian HM:  Randomized Phase I/II study of topotecan in patients with refractory myeloid leukemias.  J Clin Oncol 2003; 21:1050-1056.

203. Cejtin HE, Jacobson L, Springer G, Watts H, **Levine AM**, Greenblatt R, Anastos K, Minkoff HL, Massad LS, Schmidt JB:  Effect of hormonal contraceptive use on plasma HIV-1 RNA levels among HIV-infected women.  AIDS 2003; 17:1702-1704.

204. Viscidi RP, Ahdieh-Grant L, Schneider MF, Clayman B, Massad LS, Anastos KM, Burk RD, Minkoff H, Palefsky J, **Levine AM**, Strickler H:  Serum immunoglobulin A response to human papillomavirus type 16 virus-like-particles in Human Immunodeficiency Virus (HIV) positive and high-risk HIV negative women.  J Infect Disease 2003; 188:1834-1844.

205. Stripecke R, Koya RC, Ta HQ, Kasahara N, **Levine AM**:  The use of lentiviral vectors in gene therapy of leukemia:  combinatorial gene delivery of immunomodulators into leukemia cells by state-of-the-art vectors.  Blood Cells, Molecules and Diseases 2003; 31:28-37.

206. Douer D, Watkins K, **Levine AM**, Weiss JM, Marshall LC, Craig AR:  Induction of complete remission using single agent clofarabine in a patient with primary refractory acute myeloblastic leukemia.  Leukemia & Lymphoma 2003; 12:2135-2136.

207. **Levine AM**, Shimodaira S, Lai MMC:  Treatment of HCV related mantle cell lymphoma with ribavirin and pegylated interferon alfa.  N Engl J Med 2003; 349:2078-79.

208. Massad LS, Seaberg E, Watts H, Hessol NA, Melnick S, Bitterman P, Anastos K, **Levine AM,** Silver S, Minkoff H:  Low incidence of invasive cervical cancer among women enrolled in the Women's Interagency HIV Study.  AIDS 2004; 18:109-113.

209. Anastos K, Barron Y, Cohen MH, Greenblatt RM, Minkoff H, **Levine AM,** Young M, Gange SJ:  The Prognostic Importance of Changes in CD4+ Cell Count and HIV-1 RNA Level in Women after Initiating Highly Active Antiretroviral Therapy.  Ann Intern Med 2004; 140:256-264.

210. Anastos K, Shi Q, French AL, **Levine AM,** Greenblatt RM, Williams C, DeHovitz J, Delapenha R, Hoover DR:  Total lymphocyte count, hemoglobin, and delayed type hypersensitivity as predictors of death and AIDS illness in HIV-1 infected women receiving highly active antiretroviral therapy.  J AIDS 2004; 35:383-392.

211. Tulpule A, Espina BM, Santabarbara ABP, Palmer M, Schiflett J, Boswell W, Smith S, **Levine AM**:  Treatment of AIDS related non-Hodgkin's lymphoma with combination mitoguazone dihydrochloride and low dose CHOP chemotherapy:  Results of a Phase II study.  Investigational New Drugs 2004; 22:63-68.

212. Machida K, Cheng KTN, Sung VMH, Shimodaira S, Lindsay KL, **Levine AM,** Lai M-Y, Lai MMC:  Hepatitis C virus induces a mutator phenotype:  enhanced mutations of immunoglobulin and protooncogenes.  Proc Nat Acad Sci, USA 2004; 101:4262-4267.

213. Gluck WL, Hurst D, Yuen A, **Levine AM,** Dayton MA, Gockerman JP, Lucas J, Denis-Mize K, Tong B, Navis D, Difrancesco A, Milan S, Wilson S, Wolin M:  Phase I studies of interleukin (IL)-2 and rituximab in B cell non-Hodgkin's lymphoma:  IL-2 mediated natural killer cell expansion correlations with clinical response.  Clin Ca Research 2004; 10:2253-2264.

214. Minkoff H, Feldman JG, Strickler HD, Watts DH, Bacon MC, **Levine AM,** Palesfky JM, Burk R, Cohen MH, Anastos K:  The relationship between smoking and human papillomavirus infections in HIV infected and uninfected women.  JID 2004; 189:1821-8.

215. Cohen MH, Cook JA, Grey D, Young M, **Levine AM**, Tien P, Hanau LH, Wilson TE:  Medically eligible women not on highly active antiretroviral therapy:  The importance of abuse, drug use and race.  Am J Public Health 2004; 94:1147-1151.

216. Massad LS, Schneider MF, Watts DH, Melnick S, Palefsky J, Strickler H, **Levine AM,** Minkoff H:  HPV testing for the triage of HIV infected women with Papanicolaou smears read as atypical squamous cells of uncertain significance.  J Womens Health 2004; 13:147-53.

217. Massad LS, Silverberg MJ, Springer G, Hessol N, Palesfky JM, Strickler HD, **Levine AM,** Sacks HS, Minkoff H, Watts H:  Effect of antiretroviral therapy on the incidence of genital warts and vulvar neoplasia among women with HIV.  Am J Obstet Gynecol 2004; 190:1241-8.

218. Ahdieh-Grant L, Li R, **Levine AM,** Massad L, Strickler HD, Minkoff H, Moxley M, Palefsky JM, Sacks HS, Gange S:  Use of highly active antiretroviral therapy and the regression of cervical squamous intraepithelial lesions in women infected with human immunodeficiency virus.  J Nat Cancer Institute 2004; 96:1070-1076.

219. Hessol NA, Seaberg EC, Preston-Martin S, Massad LS, Sacks HS, Silver S, Melnick S, Abulafia D, **Levine AM**:  Cancer risk among participants in the Women's Interagency HIV Study (WIHS). JAIDS 2004; 36:978-985.

220. Berhane K, Karim R, Cohen MH, Masri-Lavine L, Young M, Anastos K, Augenbraun M, Watts DH, **Levine AM**:  Impact of highly active anti-retroviral therapy on anemia, and relationship between anemia and survival in a large cohort of HIV infected women:  Women's Interagency HIV Study. JAIDS 2004; 37:1245-1252.

221. Volberding PA, **Levine AM,** Dieterich D, Mildvan D, Mitsuyasu R, Saag M:  Anemia in HIV Working Group. Anemia in HIV infection: clinical impact and evidence-based management strategies.  Clin Infect Dis 2004; 38:1454-63.

222. Arzoo KK, Bu X, Espina BM, Seneviratne L, Nathwani B, **Levine AM:**  T cell lymphoma in HIV infected patients. JAIDS 2004; 36:1020-1027.

223. Machida K, Cheng K, Sung V M-H, **Levine AM,** Lai MMC:  Hepatitis C virus infection activates: the immunologic (Type II) isoform of nitric oxide synthase and thereby enhances DNA damage and mutations of cellular genes.  J Virol 2004; 78:8835-8843.

224. Koya CR, Weber JS, Kasahara N, Lau R, Villacres MC, **Levine AM,** Stripecke R:  Making dendritic cells from the inside out: Lentiviral vector-mediated gene delivery of granulocyte-macrophage colony-stimulating factor and interleukin 4 into CD14+ monocytes generates dendritic cells in vitro. Human Gene Therapy 2004; 15:733-748.

225. **Levine AM,** Tulpule A, Espina B, Sherrod A, Boswell WD, Lieberman RD, Nathwani BN, Welles L: Liposome encapsulated doxorubicin (Myocet) in combination with standard agents (cyclophosphamide, vincristine, prednisone) in patients with newly diagnosed AIDS related non-Hodgkin's lymphoma:  Results of therapy and correlates of response.  J Clin Oncol 2004; 22:2662-2670.

226. Kobayashi A, Greenblatt RM, Anastos K, Minkoff H, Massad LS, Young M, **Levine AM,** Darragh TM, Weinberg V, Smith-McCune KK:  Functional attributes of mucosal immunity in cervical intraepithelial neoplasia and effects of HIV infection. Cancer Research 2004; 64:6766-6774.

227. Saag MS, Bowers P, Leitz GJ, **Levine AM:**  Once weekly epoeitin alfa improves quality of life and increases hemoglobin in anemic HIV infected patients. AIDS Res Hum Retroviruses 2004; 20:1037-1045.

228. Lim ST, Tulpule A, Espina BM, **Levine AM**:  Weekly docetaxel is safe and effective in the treatment of advanced-stage acquired immunodeficiency syndrome-related Kaposi sarcoma. Cancer 2005; 103:417-21.

229. Chu J, Gange SJ, Anastos K, Minkoff H, Cejtin H, Bacon M, **Levine AM,** Greenblatt RM:  The association of hormonal contraceptive use with the effectiveness of highly active antiretroviral therapy. Am J Epidemiology 2005; 161:881-890.

230. Watts DH, Fazarri M, Minkoff H, Hillier SL, Sha B, Glesby M, **Levine AM,** Burk R, Palefsky JM, Moxley M, Ahdieh-Grant L, Strickler HD:  Effects of bacterial vaginosis and other genital infections on the natural history of Human Papillomavirus infection in HIV-1 infected and high risk HIV-1 uninfected women.  J Infect Dis 2005; 191: 1129-1139.

231. Lim ST, Rubin N, Said J, **Levine AM**:  Primary Effusion Lymphoma (PEL): Successful treatment with highly active antiretroviral therapy (HAART) and Rituximab. Ann Hematol 2005; 84:551-552.

232. Lim ST, **Levine AM**:  Recent Advances in AIDS-Related lymphoma.  CA: A Cancer Journal for Clin 2005; 55:229-241.

233. Lim ST, **Levine AM**:  Non-AIDS Defining Cancers and HIV Infection. Curr Infect Dis Rep 2005; 7:227-234.

234. Harris TG, Burk RD, Palefsky JM, Massad LS, Bang JY, Anastos K, Minkoff H, Hall CB, Bacon MC, **Levine AM**, Watts DH, Silverberg MJ, Xue X, Melnick SL, Strickler HD:  Incidence of cervical squamous intraepithelial lesions associated with HIV serostatus, CD4 cell counts, and human papillomavirus test results.  JAMA 2005; 293:1471-1476.

235. Lim ST, **Levine AM**:  Angiogenesis and Hematological Malignancies. Hematology 2005; 10:11-24.

236. Lim ST, **Levine AM**:  AIDS-related Hodgkin's Disease. Abstr Hematol Oncol 2005; 8:24-30.

237. Richardson JL, Nowicki M, Danley K, Martin EM, Cohen MH, Gonzalez R, Vassileva J, **Levine AM**: Neuropsychological functioning in a cohort of HIV and HCV infected women. AIDS 2005; 19(15):1659-1667.

238. Lim ST, Karim R, Nathwani BN, Tulpule A, Espina B, **Levine AM**:  AIDS-Related Burkitt's Lymphoma (HIV-BL) versus Diffuse Large cell Lymphoma (HIV-DLCL) in the Pre-HAART and HAART Eras: Significant Differences in Survival with Standard Chemotherapy. JCO 2005; 23:4430-4438.

239. Strickler HD, Burk RD, Fazzari M, Anastos K, Minkoff H, Massad S, Hall C, Bacon M, **Levine AM**, Watts DH, Silverberg MJ, Xue X, Schlect NF, Melnick S, Palefsky JM.  Natural History and Possible Reactivation of Human Papillomavirus in Human Immunodeficiency Virus-Positive Women.  Journal of the National Cancer Institute 2005; 97:577-586.

240. Anastos K, Schneider MF, Gange SJ, Minkoff H, Greenblatt RM, Feldman J, **Levine AM**, Delapenha R, Cohen M:  The Association of Race, Sociodemographic, and Behavioral Characteristics With Response to Highly Active Antiretroviral Therapy in Women.  J Acquir Immune Defic Syndr 2005; 39:537-544.

241. Schlecht NF, Burk RD, Palefsky JM, Minkoff H, Xue X, Massad LS, Bacon M, **Levine  AM,** Anastos K, Gange SJ, Watts H, Da Costa MM, Chen Z, Bang JY, Fazzari, M, Hall C, Strickler HD:  Variants of HPV 16 and 18 and their natural history in HIV positive women.  J General Virology, 2005; 86:2709-20.

242. Gandhi M, Ameli N, Bacchetti P, Sharp GB, French AL, Young M, Gange SJ, Anastos K, Holman S, **Levine AM**, Greenblatt M:  Eligibility criteria for HIV clinical trials and generalization of results:  the gap between published reports and study protocols.  AIDS, 2005; 19:1885-1896.

243. Massad LS, Evans CT, Strickler HD, Burk RD, Watts H, Cashin L, Darragh T, Gange S, Lee Y-C, Moxley M, **Levine AM,** Passaro DJ:  Outcome after negative colposcopy among human immunodeficiency virus-infected women with borderline cytologic abnormalities. Obstet Gynecol 2005; 106: 525-532.

244. Lim ST, Karim R, Tulpule A, Nathwani BN, **Levine AM:** Prognostic factors in HIV related diffuse large cell lymphoma:  Before versus after highly active antiretroviral therapy.  J Clin Oncol 2005; 23: 8477-8482.

245. Kaplan LD, Lee JY, Ambinder RF, Sparano JA, Cesarman E, Chadburn MA, **Levine AM**, Scadden DT:  Rituximab does not improve clinical outcome in a randomized phase 3 trial of CHOP with or without rituximab in patients with HIV associated non-Hodgkin lymphoma:  AIDS Malignancies Consortium Trial 010.  Blood 2005; 106: 1538-1543.

246. **Levine AM,** Karim R, Mack W, Gravink DJ, Anastos K, Young M, Cohen M, Newman M, Augenbraun M, Gange S, Watts DH:  Neutropenia in HIV infection:  Data from the Women's Interagency HIV Study.  Archives Internal Medicine, 2006; 166:405-410.  PMID:  16505259

247. **Levine AM,** Tulpule A, Quinn DI, Gorospe G, Smith DL, Hornor L, Espina BM, Groshen SG, Masood R, Gill PS:  Phase I study of anti-sense oligonucleotide against vascular endothelial growth factor (VEGF-AS):  Decrease in plasma VEGF with potential clinical efficacy.  J Clin Oncol 2006; 24: 1712-1719.

248. Silverberg MJ, Schneider MF, Silver B, Anastos KM, Burk RD, Minkoff H, Palefsky J, **Levine AM,** Viscidi RP:  Serological detection of Human Papillomavirus Type 16 infection in Human Immunodeficiency Virus positive and high risk HIV negative women.  Clin Vaccine Immunol 2006; 13: 511-519.

249. Massad LS, Evans CT, Minkoff H, Watts DH, Greenblatt RM, **Levine AM,** Anastos K, Young M, Seifer DB, Golub E, Cohen M:  Effects of HIV infection and its treatment on self-reported menstrual abnormalities in women.  J Women's Health 2006; 15: 591-98.

250. O'Connell C and **Levine AM**:  Managing anemia in HIV positive women.  Future Med 2006; 2: 159-165.

251. Shaye OS and **Levine AM**:  Marginal Zone Lymphoma.  Journ NCCN 2006; 4:311-318.

252. Machida K, Cheng KTH, Sung VM-H, **Levine AM**; Foung S, Lai MMC:  Hepatitis C virus induces Toll like receptor 4 expression, leading to enhanced production of IFN-B and IL-6.  J Virology 2006; 80:866-74.

253. Gordeuk VR, Onojobi G, Schneider MF, Dawkins FW, Delapenha R, Voloshin Y, von Wyl V, Bacon M, Minkoff H, **Levine AM**, Cohen M, Greenblatt RM:  The association of serum ferritin and transferrin receptor concentrations with mortality in women with human immunodeficiency virus infection.  Haematologica 2006; 91:739-43.

254. Tulpule A, Espina BM, Berman N, Buchanan LH, Smith DL, Sherrod A, Dharmapala D, Gee C, Boswell WD, Nathwani BN, Welles L, **Levine AM**:  Phase I/II trial of non-pegylated liposomal doxorubicin (TLC-D99; MyocetTM), cyclophosphamide, vincristine, and prednisone in the treatment of newly diagnosed aggressive non-Hodgkin's lymphoma.  Clin Lymphoma and Myeloma 2006; 7:59-64.

255. **Levine AM**, Vigen C, Gravink J, Mack W, Watts DH, Liebman HA:  Progressive prothrombotic state in women with advancing HIV disease.  JAIDS 2006; 42:572-7.

256. **Levine AM**:  Monoclonal gammopathy associated with HIV infection: Commentary.  Clin Infect Disease 2006; 43:1206-8.

257. **Levine AM**:  Hodgkin lymphoma:  To the HAART of the Matter (Editorial).  Blood 2006; 108:3630-31.

258. Neely MN, Benning L, Xu J, Strickler HD, Greenblatt RM, Minkoff H, Young M, Bremer J, **Levine AM**, Kovacs A:  Cervical Shedding of HIV-1 RNA Among Women With Low Levels of Viremia While Receiving Highly Active Antiretroviral Therapy.  J Acquir Immune Defic Syndr 2007; 44:38-42.  PMID:  17106279

259. Massad LS, Fazzari MJ, Anastos K, Klein RS, Minkoff H, Jamieson DJ, Duerr A, Celentano D, Gange S, Cu-Uvin S, Young M, Watts DH, **Levine AM**, Schuman P, HarrisTG, Strickler HD:  Outcomes after treatment of cervical intraepithelial neoplasia among women with HIV.  J Lower Gen Tract Dis 2007; 11: 90-97.

260. Harris TG, Rurk RD, Xue X, Anastos K, Minkoff H, Massad LS, Young MA, **Levine AM,** Gange SJ, Watts DH, Palefsky JM, Strickler HD:  Association of cutaneous anergy with human papillomavirus and cervical neoplasia in HIV seropositive and seronegative women.  AIDS 2007; 21: 1933-1941.

261. Douer D, Yampolsky H, Cohen LJ, Watkins K, **Levine AM**, Periclou AP, Avrimis VI:  Pharmacodynamics and safety of intravenous pegasparaginase during remission induction in adults 55 years old or younger with newly diagnosed acute lymphoblastic leukemia.  Blood 2007: 109: 2744-50.

262. Lim ST, Fayad L, Tulpule A, Modiano M, Espina BM, Cabanillas F, Laffranchi B, Allievi C, Bernareggi A, **Levine AM**:  A Phase I/II Trial of Pixantrone (BBR2778), Methylprednisolone, Cisplatin, and Cytosine Arabinoside (PSHAP) in Relapsed/Refractory Aggressive Non-Hodgkin's Lymphoma (NHL). Leukemia and Lymphoma 2007; 48:374-80.

263. Liu C, Lerch V, Weber K, Schneider MF, Sharp GB, Gorapuau L, Aharma A, **Levine AM,** Gandhi M, Merenstein D:  Association between complementary and alternative medicine use and adherence to highly active antiretroviral therapy in the Women's Interagency HIV Study.  J Altern and Complementary Med 2007; 13:1053-7.

264. Harris TG, Burk RD, Yu H, Minkoff H, Massad LS, Watts DH, Zhong Y, Gange S, Kaplan, C, Anastos K, **Levine AM,** Moxley M, Xue X, Fazzari M, Palefsky JM, Strickler HD:  Insulin-Like Growth Factor Axis and Oncogenic Human Papillomavirus Natural History.  Cancer Epidemiol Biomarkers Prev 2008; 17: 245-8.  PMID 18199731.

265. Tien PC, Schneider MF, Cole SF, **Levine AM**, Cohen M, De Hovitz J, Young M, Justman JE:  Antiretroviral therapy exposure and incidence of diabetes mellitus in the Women's Interagency HIV study.  AIDS 2007; 21:1739-45.

266. Nowicki MJ, Karim R, Mack W, **Levine AM**:  Correlates of CD4/CD8 Lymphocyte Counts in HIV-Negative Women of WIHS Cohort.  Human Immunology 2007; 68:342-349.  PMID 17462501.

267. Khalsa A, Karim R, Mack WJ, Minkoff H, Cohen M, Young M, Anastos K, Tien PC, Seaberg E, **Levine AM:**  Correlates of prevalent hypertension in a large cohort of HIV-infected women:  Women's Interagency HIV Study (WIHS).  AIDS 2007; 21:2539-41.

268. Cook J, Grey D, Burke J, Cohen M, Vlahov D, Kapadia F, Wilson T, Schwartz R, Cook R, Golub ET, Anastos K, Ponath C, Goparaju L, **Levine AM**:  Illicit drug use, depression, and their association with highly active antiretroviral therapy in HIV positive women.  Drug and Alcohol Dependence 2007; 89: 74-81.

269. **Levine AM,** Salvato P, Leitz GJ and the Champs 2 Study Group:  Efficacy of Epoetin alfa administered every 2 weeks to maintain hemoglobin and quality of life in anemic HIV infected patients.  AIDS Res and Human Retrovir 2008; 24:131-139.

270. Nowicki MJ, Vigen C, Mack WJ, Seaberg E, Landay AL, Greenblatt R, Anastos K, Cohen M, Minkoff H, **Levine AM**:  Association of cells with natural killer and NKT immunophenotype with incident cancers in HIV infected women.  AIDS Res and Human Retroviruses 2008; 24:163-8.

271. Minkoff H, Zhong Y, Strickler H, Watts DH, Palefsky J, Levine **AM**, D'souza G, Howard A, Plankey M, Massad S, Burk R:  The relationship between cocaine use and human papillomavirus infections in HIV seropositive and HIV seronegative women.  Infect Dis in Ob & Gynecol. 2008; 587082. PMID:  18437233.

272. Merenstein DJ, Tang Y, Schnider M, Gorapaju L, Weber K, Sharma A, **Levine AM**, Sharp BG, Gandhi M, Liu C:  Association of complementary and alternative medicine use with HAART initiation.  Alt Therapies in Health and Med 2008; 14:18-22.

273. Sobieszczyk ME, Hoover DR, Anastos K, Mulligan K, Tan T, Shi Q, Gao W, Hyman C, Cohen MH, Cole SR, Plankey M, **Levine AM**, Justman J:  Prevalence and predictors of metabolic syndrome among HIV infected and HIV uninfected women in the Women's Interagency HIV Study.  JAIDS 2008; 48:272-280.

274. Cook JA, Burke-Miller JK, Cohen MH, Cook RL, Vlahov D, Wilson TE, Golub ET, Schwartz RM, Howard AA, Ponath C, Plankey MW, **Levine AM**, Grey DD:  Crack cocaine use, disease progression and mortality in a multicenter cohort of HIV positive women.  AIDS 2008; 22:1355-1363.

275. Krishnan A, **Levine AM**: Malignancies in women with HIV infection.  Women's Health 2008; Vol 4, No. 4; 356-368.

276. Tien P, Schneider MF, Cole SR, **Levine AM**, Cohen M, De Hovitz ZJ, Young M, Justman JE:  Antiretroviral Therapy Exposure and Insulin Resistance in the Women's Interagency HIV Study.  JAIDS 2008; 49:369-76.

277. **Levine AM**:  Management of AIDS-related lymphoma.  Curr Opin Oncol 2008; 20: 522-528.

278. Gandhi M, Ameli N, Bacchetti P, Gange SJ, Anastos K, **Levine AM**, Hyman CL, Cohen M, Young MN, Huang Y, Greenblatt R:  Protease inhibitor levels in hair strongly predict virologic response to treatment.  AIDS 2009; 23:471-478.

279. Massad LS, Seaberg EC, Watts DH, Minkoff H, **Levine AM**, Henry D, Colie C, Darragh TM, Hessol NA:  Long-term incidence of cervical cancer in women with Human Immunodeficiency Virus.  Cancer 2009; 115:524-30.

280. French A, Gawel SH, Hershow R, Benning L, Hessol NA, **Levine AM**, Anastos K, Augenbraun M, Cohen MH:  Trends in mortality and cause of death among women with HIV in the US:  A ten year study.  JAIDS 2009; 51: 399-406.  PMID: 19487953.

281. Massad LS, Xie X, Darragh TM, Minkoff H, **Levine AM**, D'Souza G, Cajigas A, Colie C, Watts DH, Strickler H:  Histologic correlates of glandular abnormalities in cervical cytology among women with HIV.  Ob & Gyn 2009; 114:1063-1068.

282.  **Levine AM**:  Stem cell transplant in AIDS-lymphoma (commentary):  Blood 2009; 114:1284-5.

283. Kwong YL, Anderson BO, Advani R, Kim WS, **Levine AM**, Lim ST:  Management of T-cell and natural-killer-cell neoplasms in Asia: consensus statement from the Asian Oncology Summit 2009. Lancet Oncology 2009; 10:1093-1101.

284. Lin L, Lee JY, Kaplan LD, Dezube BJ, Noy A, Krown SE, **Levine AM**, Yu Y, Hayward GS, Ambinder RF: Effects of Chemotherapy in AIDS-Associated Non-Hodgkin's Lymphoma on Kaposi'sSarcona Herpesvirus DNA in Blood. J Clin Oncol 2009; 27:2496-502.

285. Frederick T, Burian P, Terrault N, Cohen M, Augenbraun M, Young M, Seaberg E, Justman J, **Levine,** AM, Mack WJ, Kovacs A: Factors associated with prevalent hepatitis C injection among HIV-infected women with no reported history of injection drug use: the Women's Interagency HIV Study (WIHS). AIDS Patient Care and STDs; 2009; 23:915-23.

286. Minkoff H, Zhong Y, Burk RD, Palefsky JM, Xue X, Watts DH, **Levine AM**, Wright RL, Colie C, D'Souza G, Massad LS, Strickler HD: Influence of Adherent and Effective Antiretroviral Therapy Use on Human Papillomavirus Infection and Squamous Intraepithelial Lesions in Human Immunodeficiency Virus-Positive Women. J Infect Dis 2010; 201:681-690. PMC 2818607

287. **Levine AM**, Seaberg EC, Hessol NA, Preston-Martin S, Silver S, Cohen MH, Anastos K, Minkoff H, Orenstein J, Dominguez G, Watt DH: HIV as a risk factor for lung cancer in women: Data from the Women's Interagency HIV Study (WIHS). J Clin Oncol 2010; 28:1514-19.

288. Sparano JA, Lee J, Kaplan LD, **Levine AM**, Ramos JC, Ambinder R, Wachsman W, Aboulafia D, Noy A, Henry D, Von Roenn J, Dezube B, Remick S, Shah MH, Leichman L, Ratner L, Cesarman E, Chadburn AM, Mitsuyasu R: Rituximab plus concurrent infusional EOPOCH chemotherapy is highly effective in HIV associated, B-cell non-Hodgkin's lymphoma. Blood 2010; 15:3008-3016.

289. Massad LS, Evans CT, Wilson TE, Goderre JL, Hessol NA, Hendry D, Colie C, Strickler H, **Levine AM**, Watts DH, Weber, KM: Knowledge of cervical cancer prevention and human papillomavirus among women with HIV. Gynecologic Oncology 2010; 117: 70-76.

290. Xue X, Gange S, Zhong Y, Burk R, Minkoff H, Massad LS, Watts DH, Kuniholm M, Anastos K, **Levine AM**, D'Souza G, Moxley M, Palefsky J, Strickler H: Marginal and mixed effects models in the analysis of HPV natural history data. Ca Epidem, Biomarkers & Prevention 2010; 19 (1) 159-169. PMC 2839537.

291. Massad LS, Agniel D, Minkoff H, Watts DH, D'Souza G, **Levine AM**, Darragh TM, Young M, Cajigas A, Weber K. Effect of Stress and Depression on the Frequency of Squamous Intraepithelial Lesions. Journal of Lower Genital Tract Disease 2010; 15:42-47.

292. D'Souza G, Palefsky JM, Zhong Y, Minkoff H, Massad LS, Anastos K, **Levine AM,** Moxley M, Xue XN, Burk RD, Strickler HD: Marijuana use is not associated with cervical human papillomavirus natural history or cervical neoplasia in HIV seropositive or HIV seronegative women. Cancer Epidemiol Biomarkers Prev 2010: 10 (3): 869-872. PMC2874245.

293. Massad LS, Evand C, Weber K, Goderre J, Hessol N, Henry D, Colie C, Strickler H, **Levine AM,** Watts DH, Wilson T: Changes in knowledge of cervical cancer prevention and human papillomavirus among women with HIV, 2006-2008. Obstet Gynecol 2010; 116(4):941-947.

294. Yin MT, Shi Q, Hoover DR, Anastos K, Sharma A, Young M, **Levine AM**, Cohen MH, Shane E, Golub ET, and Tien PC. Fracture incidence in HIV-infected women: results from the Women's Interagency HIV Study. AIDS 2010; 24(17):2679-2686.

295. Hessol NA, Napolitano LA, Smith D, Lie Y, **Levine AM,** Young M, Cohen M, Minkoff H, Anastos K, D'Souza G, Greenblatt RM, and Goedert JJ. HIV Tropism and Decreased Risk of Breast Cancer. PLoS ONE 2010; 5(12):e14349. PMC3002931.

296. Merenstein DJ, Hu HH, Robison E, **Levine AM**, Greenblatt R, Schwartz R, Weber K, Young M, Sharp G, Liu CL.  Relationship between complementary/alternative treatment use and illicit drug use among a cohort of women with, or at risk for, HIV infection.  J Altern Complement Med 2010; 9(16): 989-993.

297. Massad LS, Xie X, Darragh T, Minkoff H, **Levine AM,** Watts DH, Wright RL, D'Souza G, Colie C, Strickler HD:  Genital warts and vulvar intraepithelial neoplasia:  Natural history and effects of treatment and HIV infection.  Obstet Gynecol 2011; 118(4):831-9.

298. Jean-Louis G, Weber KM, Aouizerat BE, **Levine AM**, Maki PM, Liu C, Anastos KM, Milam J, Althoff KN, Wilson TE:  Insomnia symptoms and HIV infection among participants in the Women's Interagency HIV Study.  Sleep 2012: 35: 131-137.

299. Liu CL, Wang C, Robison E, **Levine** AM, Gandhi M, Schwartz R, Weber KM, Merenstein D:  Short-term garlic supplementation and highly active antiretroviral treatment adherence, CD4+ cell counts and, human immunodeficiency virus viral load.  Altern Ther Health Med 2012; 18(1):18-22.

300. Massad LS, Weber KM, Wilson TE, Goderre JL, Hessol NA, Henry D, Colie C, Strickler HD, **Levine AM,** Watts DH, Evans CT:  Correlating knowledge of cervical cancer prevention and human papillomavirus with compliance after colposcopy referral. J Lower Genital Tract Dis. 2012; 16:98-105.

301. D'Souza G, Burk R, Zhong Y, Minkoff H, Massad S, Xue X, Watts H, Anastos K, Palefsky J, **Levine AM,** Colie C, Castle P, Strickler H:  Cervicovaginal human papillomavirus (HPV)-infection before and after hysterectomy: evidence of different tissue tropism for oncogenic and nononcogenic HPV types in a cohort of HIV-positive and HIV-negative women.  Int J Cancer 2012; 131(6):1472-8.

302. Keller MJ, Burk RD, Xie X, Anastos K, Massad LS, Minkoff H, Xue, X, D'Souza G, Watts DH, **Levine AM;** Castle PE, Colie C, Palefsky JM, Strickler HD:  Risk of cervical precancer and cancer among HIV-infected women with normal cervical cytology and no evidence of oncogenic HPV infection.  JAMA 2012; 308:362-369.

303. Villacres MC, Kono N, Mack WJ, Nowicki MJ, Anastos K, Augenbraun M, Liu C, Landay A, Greenblatt RM, Gange S, **Levine AM:**  Interleukin 10 responses are associated with sustained CD4 T-cell counts in treated HIV infection.  Jour Infect Dis 2012; 206:780-789.

304. **Levine AM,** Noy A, Lee J, Tam W, Ramos JC, Henry D, Parekh S, Reid E, Mitsuyasu R, Cooley T, Dezube B, Ratner L, Cesarman E, Tulpule A:  Pegylated liposomal doxorubicin, rituximab, cylosphosphamide, vincristine and prednisone (DR-COP)  in AIDS-related lymphoma:  AIDS Malignancy Consortium Study 047.  J Clin Oncol 2013; 31:58-64.

305. Nelson RA, **Levine AM**, Bernstein L, Smith DD, Lai LL:  Changing patterns of anal canal carcinoma in the United States. J Clin Oncol 2013; 31:1569-75.

306. Aldoss I, Pullarkat V, Patel R, Watkins K, Mohrbacher A, **Levine AM,** Douer D:  An effective reinduction regimen for first relapse of adult acute lymphoblastic leukemia.  Med Onco 2013; 30: 744.

307. Hussain SK, Hessol NA, **Levine AM** Crabb-Breen E, Anastos K, Cohen M, D'Souza G, Gustafson DR, Silver S, Martinez-Maza O:  Serum biomarkers of immune activation and subsequent risk of non-Hodgkin B cell lymphoma among HIV-infected women. Ca Epi Biomarkers & Prevention 2013; 22:2084-93.

308. **Levine AM:**  One more step on the path to optimal therapy for AIDS related lymphoma. (Inside Blood Review).  Blood 2013; 122:3244-46.

309. Hanna DB, Hessol NA, Golub ET, Cocohoba JM, Cohen MH, **Levine AM,** Wilson TE, Young M, Anastos K, Kaplan RC:  Increased in single-tablet regimen use and associated improvements in adherence-related outcomes in HIV infected women.  J Acquir Immun Defic Synd 2014: 65:587-96.

310. Ghartey J, Kovacs A, Burk RD, Massad LS, Minkoff H, Xie X, D'Souza G, Xue H, Watts DH, **Levine AM,**  Einstein MH, Colie C, Anastos K, Eltoum IE, Herold BC, Palefsky JM, Strickler HD:  Genital tract HIV RNA levels and their associations with human papillomavirus infection and risk of cervical precancer.  J Acquir Immune Defic Synd 2014; 66:316-323.

311. Strickler HD, Martinson J, Desai S, Xie X, Burk RD, Anastos K, Massad LS, Minkoff H, Xue X, D'Souza G, **Levine AM,** Colie C, Watts DH, Palefsky JM, Landay A:  The relation of plasmacytoid dendritic cells (pDCs) and regulatory GT cells (T regs) with HPV persistence in HIV  infected and HIV uninfected women.  Viral Immunol 2014; 27:20-5.

312. Massad LS, Xie X, Burk R, Keller MJ, Minkoff H, D'Souza G, Watts DH, Palefsky J, Young M, **Levine AM,** Cohen M, Strickler HD:  Long term cumulative detection of human papillomavirus among HIV seropositive women.  AIDS 2014; 28:2601-2608.

313. Goedert JJ, Swenson LC, Napolitano LA, Haddad M, Anastos K, Minkoff H, Young M, **Levine AM,** Adeyemi O, Seaberg EC, Aouizerat B, Rabkin CS, Harrigan PR, Hessol NA:  Risk of breast cancer with CXCR4-using HIV defined by V3 loop sequencing.  JAIDS 2014; 68:30-35.

314. Taylor TN, Weedon J, Golub ET, Karpiak SE, Gandhi M, Cohen MH, **Levine AM,** Minkoff HL, Adedimeji AA, Goparaju L, Holman S, Wilson TE:  Longitudinal trends in sexual behaviors with advancing age and menopause among women with and without HIV-1 infection.  AIDS and Behavior September 23, 2014: DOI 10.1007/s10461-014-0901-1.

315. Hessol NA, Martinez-Maza O, **Levine AM,** Morris A, Margolick JB, Cohen MH, Jacobson LP, Seaberg EC: Lung cancer incidence and survival among HIV infected and uninfected women and men.  AIDS 2015; 29:1183-1193.

316. Siewe B, Pham JT, Cohen M, Hessol NA, **Levine AM,** Martinez-Maza O, Landay A:  Dysregulated B cell TLR2 expression and elevated regulatory B cell frequency precede the diagnosis of AIDS related non-Hodgkin lymphoma. AIDS 2015; 29:1659-1664.

317. Keller MJ, Burk RD, Massad LS, Eltoum IE, Hessol NA, Castle PE, Anastos K, Xie X, Minkoff H, Xue X, D'Souza G, Floers L, **Levine AM,** Colie C, Rahangdale L, Fischl MA, Palefsky JM, Strickler HD:  Cervical Precancer Risk in HIV-Infected Women Who Test Positive for Oncogenic Human Papillomavirus Despite a Normal Pap Test.  Clin Infect Dis 2015; 61:1573-81.

318. Noy A, Lensing S, Moore P, Gupta N, Aboulafia D, Ambinder R, Baiocchi R, Dezube B,  Henry D, Kaplan L, **Levine AM,** Mitsuyasu R, Ratner L, Reid E, Remick S, Sparano J, Tzachanis D, Wachsman W, Chadburn A:  Plasmablastic lymphoma is treatable in the HAART era.  A 10 year retrospective by the AIDS Malignancy Consortium. Leukemia and Lymphoma 2015; 1731-1734.

319. Lewis A, Kang R, **Levine AM,** Maghami E:  The new face of head and neck cancer:  The HPV epidemic.  Oncology, September 2015; 29:616-626.  http://www.cancernetwork,com

320. Alvarnas J, Majkowski GR, **Levine AM**:  Moving toward economically sustainable value-based cancer care in the academic setting.  JAMA Oncology 2015; 9:1221-1222.

321. Cohen MH, Hotton AL, Hershow RC, **Levine AM,** Bacchetti P, Golub ET, Anastos K, Young M, Gustafson D, Weber KM:  Gender-Related Risk Factors Improve Mortality Predictive Ability of VACS Index Among HIV-Infected Women.  JAIDS 2015; 70:538-44.

322.  Hanna DB, Jung M, Xue X, Anastos K, Cocohoba JM, Cohen MH, Golub ET, Hessol NA, **Levine AM,** Wilson TE, Young M, Kaplan RC:  Trends in non-lipid cardiovascular disease risk factor management in the Women's Interagency HIV Study and association with adherence to antiretroviral therapy.  AIDS Patient Care STDS 2016; 10:445-454.

323.  Taylor TN, Munoz-Plaza CE, Goparaju L, Martinez O, Holman S, Minkoff HL, Karpiak SE, Gandhi M, Cohen, MH, Golub ET, **Levine AM**, Adedimeji AA, Gonsalves R, Bryan T, Connors N, Schechter G, Wilson TE:  "The Pleasure is Better as I've Gotten Older": Sexual Health, Sexuality, and Sexual Risk Behaviors Among Older Women Living with HIV.  Arch Sex Behav 2016; 4:1137-1150.  DOI 10.1007/s10508-016-0751-1.

324.  Song JY, Maghami E, Wu H, Kim YS, Weisenburger DD, **Levine AM,** Nademanee A:  Human Papilloma Virus mediated oropharyngeal squamous cell carcinoma in the setting of immunosuppression following autologous stem cell transplantation for Hodgkin lymphoma.  Submitted:  European Journal of Haematology April, 2016.

325.  Alvarnas J, Le Rademacher J, Wang Y, Little RF, Akpek G, Ayala E, Devine S, Baiocchi R, Lozanski G, Kaplan L, Noy A, Popat U, Hsu J, Morris LE Jr, Thompson J, Horowitz MM, Mendizabal A, **Levine AM**, Krishnan A, Forman SJ, Navarro WH, Ambinder R.  Autologous hematopoietic cell transplantation for HIV-related lymphoma: results of the BMT CTN 0803/AMC 071 trial.  Blood 2016; 128:1050-8.


**Non-Peer Reviewed, Published**

1.  **Levine AM**:  The Importance of Hope.  West J Med 150:609, 1989.
2.  **Levine AM**:  Doctors, patients and fear.  West J Med 150:723, 1989.


**Articles Selected for Abstraction in the Year Book of Medicine:**

**Levine AM**, Overturf GD, Field R, Holdorf D, Paganini-Hill A, Feinstein DI:  Use and efficacy of pneumococcal vaccine in patients with Hodgkin's disease.  Blood 54:870, 1979--Year Book of Medicine, 1981.

**Levine AM**, Taylor CR, Schneider DR, Koehler SC, Forman SJ, Lichtenstein A, Lukes RJ, Feinstein DI:  Immunoblastic sarcoma of T-cell versus B-cell origin:  I. Clinical Features.  Blood 58:52, 1981.  Year Book of Medicine, 1982.

**Levine AM**, Forman SJ, Meyer PR, Koehler SC, Liebman H, Paganini-Hill A, Pockros A, Lukes RJ, Feinstein DI:  Successful therapy of convoluted T-lymphoblastic lymphoma  in  the  adult.  Blood 61:92-98, 1/83.  1984 Year Book of Cancer.

Shackney SE, **Levine AM**, Fisher RK, Nichols P, Jaffe E, Schuette WH, Simon R, Smith CA, Occhipinti SJ, Parker JW, Cossman J, Young RC, Lukes RJ:  The Biology of Tumor Growth in the Non-Hodgkin's Lymphomas:  A Dual Parameter Flow Cytometry Study of 220 Cases.  J Clin Invest 73:l20l-l2l4, 1984.  1985 Year Book of Cancer.

Stewart ML, Felman IE, Nichols PN, Paganini-Hill A, Lukes RJ, **Levine AM**:  Large non-cleaved follicular center cell lymphoma:  Clinical features in 53 patients.  Cancer. 57:288-97, 1986.  1986 Year Book of Cancer.

Alavaikko M, Rinne, A, Jarvinen M, Hopsu-Havu V, Aine R, **Levine AM**, Meyer P, Lukes RJ:  Damage to secondary lymphoid follicles in AIDS-related persistent generalized lymphadenopathy, as revealed by the behavior of dendritic reticulum cells possessing immunoreactive cysteine-

proteinase inhibitor. Virchow's Arch (Cell Pathol) 50:299-311, 1986.  Year  Book  of Pathology and Clinical Pathology, 1986.

Helsper J. Formenti S, **Levine AM**:  Initial Manifestation of Acquired Immunodeficiency Syndrome in the Head and Neck region.  Am J Surg 152:403-406, 1986. Yearbook of Otolaryngology - Head and Neck Surgery, 1988.

Gill PS, Rarick MU, Brynes RK, Causey D, **Levine AM**:  Azidothymidine and bone marrow failure in AIDS.  Yearbook of Medicine, 1987.

## Letters

1.      **Levine AM**:  The treatment of AIDS lymphoma.  JAMA 267:509, 1992.

2.      **Levine AM**:  Acquired Immunodeficiency Syndrome-Related Lymphoma.  Response to Letter to the Editor.  Blood 80:2945-2946, 1992.

## BOOKS

1.      <u>AIDS-Related Cancers and Their Treatment</u>.  Feigal E, **Levine AM**, and Biggar R (eds).  Marcel Dekker, Inc., New York, 1999.

2.      <u>AIDS-related malignancies</u>.  **Levine AM** (ed).  Seminars in Oncology, WB Saunders Co, Phil, PA, 2000.

## INTERNET PUBLICATIONS

1.      **Levine AM**: Hematologic complications of HIV infection.  www.medscape.com, 1998; 1999; 2001.

2.      **Levine AM**: AIDS-related malignancies.  www.medscape.com, 1998; 1999.

3.      **Levine AM**: HIV disease in women.  Medscape HIV/AIDS, 1998; 1999.   Available at: http://HIV.medscape.com/(medscape.com)/Medscape/ HIV/ClinicalMgmt/ CM.v09/public/index-CM.v09.html.

4.      **Levine AM**: Maternal-fetal transmission of HIV-1.  Medscape HIV/AIDS,../../../Local Settings/torres_s/Local Settings/Documents and Settings/hornor_l/Documents and Settings/torres_s/Local Settings/Documents and Settings/hornor_l/Local Settings/Temporary Internet Files/OLK9B/www.medscape.com, 1999.  Available at: http://HIV.medscape.com/(medscape.com)/Medscape/HIV/ClinicalMgmt/ CM.v10/public/index-CM.v10.html.

5.      **Levine AM**: AIDS related lymphoma.  Medscape HIV/AIDS, 2001.   www.medscape.com

6.      **Levine AM**:  HHV8 and Kaposi's Sarcoma:  Epidemiology, Transmission and Therapy.  Web MD: Medscape (from 6th AIDS Malignancy Conference, Bethesda MD, April, 2002).

7.      **Levine AM**:  HPV infection and cervical/anal precursor lesions in the era of HAART. WebMD/Medscape (from 6th AIDS Malignancy Conference, Bethesda, MD, April, 2002)

8.      **Levine AM**: Treatment and clinical aspects of AIDS related lymphoma and Hodgkin's Disease. WebMD/Medscape (from 6th AIDS Malignancy Conference, Bethesda, MD, April, 2002).

9.      **Levine AM**: AIDS related malignancies in the era of HAART.  Medscape, HIV/AIDS Update 2002.  IMedOptions, LLC.

10.     **Levine AM**: Biologic therapy of non-Hodgkin's lymphomas.  WebMD/Medscape, December, 2002

11.     **Levine AM**: AIDS related lymphoma.  Web/MD/Medscape, December, 2002.

12.     **Levine AM**: Anemia, Neutropenia and thrombocytopenia:  Pathogenesis and evolving treatment options in HIV infected patients.  WebMD/Medscape, updated June 5, 2002.


## CHAPTERS

1.      **Levine AM**: Hodgkin's Disease: Clinical Aspects:   Therapy, Case Reports.  Chapter 16 in Hodgkin's Disease and the Lymphomas, Vol.3 by C.R. Taylor.  Annual Research Reviews 1978, Series Editor:  D.F. Horrobin. Montreal Eden Press and Edinburgh/London, Churchill Livingston.

2.      **Levine AM**: ALL--Clinical Aspects: Chapter 23 in Hodgkin's Disease and the Lymphomas, Vol 3 by C.R. Taylor.  Annual Research Reviews 1978, Series Editor: S.F. Horrobin.  Montreal Eden Press and Edinburgh/London, Churchill Livingston.

3.      **Levine AM**: Approach to the Management of Non-Hodgkin's Lymphoma In:  Selected Topic in Internal Medicine.   Publisher:  Williams and Wilkins, 1982.

4.      **Levine AM**: Clinical Aspects of T-Cell Lymphomas. In: Malignant Lymphomas, the Pathophysiology of the Lymphocyte and Its' Neoplasms.  Editors:  Bossman, F., Van der Tweel, J., Taylor, C.R.:  Publishers: Martinus Nijhoff, The Hague, Netherlands, 331-339, 1980.

5.      **Levine AM**: Lymphomas, In:  Encyclopedia Medica Italiana. Rome: I., Edizioni Scientifiche S.p.A., 1980.

6.      **Levine AM**: Clinical Aspects of Hodgkin's Disease.   In: Enciclopedia Medica Italiana. Rome:  I., Edizioni  scientifiche S.p.A., 1980.

7.      **Levine AM**: Non-Hodgkin's Lymphomas:   Clinical Aspects.  Chapter 12 in Hodgkin's Disease and the Lymphomas, Volume 4 Annual Research Review by C.R. Taylor.  Series Editor Horrobin, D.F.: Published by Eden Press, Quebec, Churchill Livingston, Edinburgh, 121-165, 1979.

8.      **Levine AM**: Hodgkin's Disease: Clinical Aspects.  Chapter 14 in Hodgkin's Disease and the Lymphomas, Volume 4, Annual Research Review by C.R. Taylor.  Series Editor Horrobin, D.F.: Published by Eden Press, Quebec and Churchill Livingston, Edinburgh, 184-211, 1979.

9.      **Levine AM**: Clinical   Manifestations and Therapy of Non-Hodgkin's Lymphomas:  Specific Entities.  Chapter 30 in:  Lymphomas Revisited:  New Approaches to the Evaluation of Neoplastic Lymphoproliferative Disorders by Parker.  Published by Churchill Livingston Inc., N.Y., 1980.

10.     Gale RP, Golde D, **Levine AM**:  Chronic Lymphoid Leukemias in the Education Program of The American Society of Hematology (J. McArthur and R. Hillman eds), 1981.

11.     Gale RP, **Levine AM**, Bloomfield C, Foon KA:  Chronic Lymphoid Leukemias in the Education Program of the American Society of Hematology, 1982.

12.   **Levine AM**:  Potential Benefits of Pre-treatment Patient Education.  Presented to Western States Conference on Cancer Rehabilitation.  Bull Publishing Company, Conference Proceedings, Cancer Rehabilitation, pgs. 68-73, San Francisco, California, March, 1982.

13.   Richardson J, Johnson CA, Selser J, Evans L, Kishbaugh CI, **Levine AM**:  Compliance with Chemotherapy:  Theoretic and Interventional Issues.  Progress in Cancer Control, C. Mettlin, Editor, New York, Allen Liss Publishers, 1983.

14.   Gale RP, **Levine AM**, Champlin R, Bloomfield C, Foon KA:  Chronic Leukemias.  In: Education Program of the American Society of Hematology, 1983.

15.   Gams R, **Levine AM**, Straus D:  Non-Hodgkin's Lymphomas.  n:  Education Program of the American Society of Hematology, 1983.

16.   **Levine AM**, Meyer PR, Lukes RJ, Feinstein DI:  T-cell Convoluted Lymphoblastic Undifferentiated Lymphoma in Adults.  Chapter 28, 327-32, In: New Perspectives in Human Lymphoma, Ford, RJ, Fuller, LM, Hagemeister, FB, eds. Raven Press, New York, 1984.

17.   **Levine AM**, Pavlova Z, Parker JW, Paganini-Hill A, Powars DR, Lukes RJ, Feinstein DI:  B-cell Small Non-cleaved Undifferentiated Lymphoma in Adults.  Chapter 27, 321-26 In: New Perspectives in Human Lymphoma, Ford, RJ, Fuller, LM, Hagemeister, FB, eds.  Raven Press, New York, 1984.

18.   **Levine AM**:  Human T-lymphotrophic retrovirus (HTLV-III) associated lymphoproliferative disorders in homosexual men.  In: Symposium Proceedings: International Symposium on Lymphoproliferative Disease:  Pathogenesis, Diagnosis, Therapy.  CR Taylor and RJ Lukes, eds.  Marinus Nijhoff, Netherlands, 1985, pp 191-205.

19.   **Levine AM**, Portlock C, Foon KA:  Non-Hodgkin's lymphomas.  In:  Education Program of the American Society of Hematology, l984.

20.   **Levine AM**, Gill PS, Rasheed S:  Human retrovirus associated lymphoproliferative disorders in homosexual men.  AIDS.  In: Progress in Allergy.  37:244-259, 1986.  E. Klein, Ed. Karger Press, New York.

21.   **Levine AM**:  Hodgkin's Disease:  Management that substantially increases survival.  Consultant 26:25-37, 1986.

22.   **Levine AM**, Foon KA, Horning S:  Non-Hodgkin's lymphomas.  In: Education Program of the American Society of Hematology, 1985.

23.   **Levine AM**, Gill PS, Rasheed S:  AIDS-related B-cell lymphoma, In: AIDS:  Modern Concepts and Therapeutic Challenges. S. Broder, Ed. Marcel-Dekker, New York, pp. 233-244, 1986.

24.   **Levine AM**, Cheson B, Horning S, Armitage JA:  Non-Hodgkin's lymphomas.  In:  Education Program of the American Society of Hematology, 1986.

25.   **Levine AM**:  Non-Hodgkin's lymphomas:  In:  The Practicing Physician, JW Hurst, Ed. Butterworth Publishers,  Mass.,  Vol 2:727-730, 1988.

26.   **Levine AM**:  Reactive and neoplastic lymphoproliferative disorders, and other miscellaneous cancers associated with Human Immunodeficiency Virus infection.  In:  AIDS: Etiology, Diagnosis, Treatment and Prevention.  JB Lippincott, Philadelphia.  DeVita VT, Hellman S, and Rosenberg SA (Eds), 1988, pp 263-276.

27.   **Levine AM**:  Management of the patients with large cell lymphoma.  In:  Blood Reviews.  Churchill Livingston, Edinburgh.  Golde DW and Chanarin I (Eds).  Vol 2, No 2.  p 71-77, 1988.

28. **Levine AM**: Non-Hodgkin's Lymphoma. In: Criteria for Diagnosis. JW Hurst, Ed. Butterworths, Mass. 251-2, 1989.

29. **Levine AM**: Cancer in the acquired immunodeficiency syndrome: Editorial Overview. Current Opinion in Oncology 1:55-72, 1989.

30. **Levine AM**: Lymphomas in AIDS. Seminars in Oncology, 17:104-112, 1990.

31. Esplin J and **Levine AM**: Therapy of non-Hodgkin's Lymphoma. In: Conn's Current Therapy, W.B. Saunders, Philadelphia, R.E. Rakel (ed), pp. 373-379, 1991.

32. **Levine AM**: Miscellaneous cancers associated with HIV infection. Curr Opin in Oncol 2:1172-74, 1990.

33. **Levine AM**: Epidemiology, clinical characteristics and management of AIDS-related lymphoma. Hematology/Oncology Clinics of North America. In Hematologic and Oncologic Aspects of HIV disease. R.T. Mitsuyasu and D.W. Golde (Eds). W.B. Saunders, Phil, 1991, pp. 331-342.

34. **Levine AM**: Cancer in AIDS: Editorial Overview. Curr Opin in Oncol 3:863-66, 1991.

35. **Levine AM**: AIDS associated malignant lymphoma. In: Medical Management of AIDS Patients; Medical Clinics of North America, Volume 76, Number 1, pp. 253-268, 1992. J.W.M. Gold, Editor, WB Saunders Co, Phil, Penn.

36. **Levine AM**: Lymphoma and miscellaneous cancers in AIDS. In: AIDS: Etiology, diagnosis, treatment and prevention, Third Edition, DeVita VT, JR; Hellman S; Rosenberg S (Eds), JB Lippincott, Phil, 1992, pp. 225-36.

37. Esplin JA, and **Levine AM**: HIV-related neoplastic disease: 1991. In AIDS '91: A Year in Review 6:S203-210, 1992. Adler MW, Gold JWM, Groopman JE and Levy JA (eds). Current Science, Ltd, London, 1992.

38. **Levine AM**, Gill PS, Salahuddin Z: Neoplastic complications of HIV infection. In: AIDS and Other Manifestations of HIV Infection. Second edition. GP Wormser (ed). Chapter 28, pp 443-454. Raven Press, Ltd. New York, 1992.

39. **Levine AM**: Cancer in AIDS: Editorial overview. Current Opin in Oncol 4:863-66, 1992.

40. Tulpule A and **Levine AM**: AIDS-related lymphoma. In Adv Heme Onc, J. Armitage (Ed); In Press, 1993.

41. **Levine AM**: Cancers associated with AIDS. In: AIDS: Etiology, Diagnosis, Treatment and Prevention 6:1-13, 1993, Eds: DeVita VT, Jr; Hellman S; Rosenberg SA. JB Lippincott, Phil, PA.

42. **Levine AM** and Liebman H: Human Immunodeficiency Virus infection and the Acquired Immunodeficiency Syndrome (AIDS). In: Williams Hematology, 5th Edition. Beutler E, Lichtman MA, Coller BS and Kipps TJ, Eds, McGraw-Hill. 1994, pp 975-991.

43. **Levine AM**: AIDS-related lymphoma: Clinical aspects. In: Textbook of AIDs Medicine, Broder S, Merigan T, Bolognesi D, eds. Williams and Wilkins, Baltimore, MD, 1994, pp 465-472.

44. Esplin JA and **Levine AM**: AIDS associated non-Hodgkin's lymphoma. In: Current Therapy in Cancer, JF Foley, JM Vose, AO Armitage, eds. WB Saunders Co, Phil, 1994, pg 281-284.

45. **Levine AM**: Lymphoma in the setting of HIV infection. In: The Lymphomas, Lister A, Sklar J, eds. WB Saunders, Florida, 1994.

46. **Levine AM**: Clinical aspects of HIV-associated lymphomas. In: The non-Hodgkin's Lymphomas, 2nd edition. I Magrath, ed. Edward Arnold, Kent, TN, 1995.

47. **Levine AM**: AIDS-related malignancies. In: Handbook of Oncology, DA Casciato, ed., 1995. Chapter 37; pp 586-591.

48. **Levine AM**: AIDS-related Lymphoma. In: Cancer Treatment, Fourth edition. CM Haskell, ed. WB Saunders, Phil, 1995. Chapter 99: pp 1118-1122.

49. **Levine AM** and Liebman HA: Human Immunodeficiency virus infection and the Acquired Immunodeficiency syndrome. In: Hematology, 5th Edition. Williams WJ, Lichtman MA, (eds). McGraw-Hill, Inc, NY, 1995. Chapter 103, pp 975-996.

50. **Levine AM**: AIDS-associated lymphoma. In: Everyone's Guide to Cancer Therapy, Second Edition. Dollinger M, Rosenbaum EH, and Cable G (eds), Somerville House Publishing, Toronto, 1995. pp. 470-472.

51. **Levine AM**: AIDS-related lymphoma. In: Malignant Lymphomas. Lister A, and Armitage J (eds). Chapman & Hill, London, UK. In press, 1996.

52. **Levine AM**: HIV associated Hodgkin's Disease: Biologic and clinical aspects. In: Hematology/Oncology Clinics of North America. Krown and Von Roenn (eds) WB Saunders, Phil, 1996.

53. **Levine AM**: Acquired Immunodeficiency Syndrome: Therapy for neoplastic complications. In: Current Therapy in Allergy, Immunology and Rheumatology. Lichtenstein and Fauci (eds). Mosby, Inc, St. Louis, MO, 1996.

54. **Levine AM**: AIDS-related Lymphoma. In: Medical Management of AIDS in Women. Cotton D and Watts D (eds). John Wiley and Sons, New York, 1996. Chapter 23. Pp 379-88.

55. **Levine AM**: Diagnosis and treatment of non-Hodgkin's lymphoma in the patient with AIDS. In: AIDS-related Cancers and Their Therapy. Feigal, Levine, and Biggar (eds). Marcel Dekker, Inc. New York, 1997.

56. **Levine AM**: AIDS-related lymphoma. In: Malignant Lymphoma, Hancock B, Selby P, MacLennan K, Armitage J, eds. Thomson Science & Professional Publishing, London, UK, 1998.

57. **Levine AM**: Diagnosis and treatment of non-Hodgkin's lymphoma in the patient with AIDS. In: AIDS-related cancers and Their Treatment. Feigal E, **Levine AM**, and Biggar R (eds). Marcel-Dekker, Inc., New York, 1999, pp 97-124.

58. Tulpule A and **Levine AM**: AIDS-related malignancies. In: Manual of Clinical Oncology. 7th Edition, Raphael Pollock, Ed, Wiley-Liss, Inc, pp. 709-721, 1999.

59. **Levine AM**: AIDS related malignancies. In: Manual of Clinical Oncology, 4th edition. Chapter 37. Casciato DA and Lowitz BB, eds. Little, Brown and Company, Boston/Toronto, 2000.

60. **Levine AM**: AIDS-Lymphoma. In: Viral, Bacterial and Parasitic Oncology. Goedert JJ ed. Humana Press Inc, Totowa, New Jersey, 1999.

61. Liebman HA, Cooley T, **Levine AM**: Human Immunodeficiency virus infection and the Acquired Immunodeficiency Syndrome. In: Hematology, 6th edition. Willams WJ, Lichtman MA (eds). McGraw-Hill, Inc, NY, 2000.

62. **Levine AM**: Acquired immunodeficiency syndrome-related lymphoma: Clinical aspects. Sem in Oncol 27: 2000.

63. **Levine AM**: AIDS-related lymphoma. In: Malignant Lymphoma.  Hancock BW, Selby PJ, MacLennan K and Armitage J (eds).  Edward Arnold Publishing, Ltd, London, 2000, Chapter 25, pp. 351-358.

64. **Levine AM** (2001):  Neoplasms in Acquired immunodeficiency syndrome.  In:  Encyclopedia of Cancer (J. Bertino, ed), Second edition.  Academic Press, San Diego, pg 297-302, 2002.

65. **Levine AM** (2001):  AIDS-related lymphoma and Hodgkin's Disease.  Education Program Book, American Society of Hematology, pp. 466-470, Schechter GP; Broudy VC; Williams ME (eds).

66. **Levine AM**: Lymphoma: AIDS Associated.  In:  Everyone's Guide to Cancer therapy, 4th  Edition.  Dollinger M and Rosenbaum EH (eds).  Lymphoma:  AIDS Associated, pp 625-628, 2002.  Andrews and McMeel, Kansas City, Missouri.

67. **Levine AM** and Said J:  Management of HIV-related lymphoma.  In: Non-Hodgkin's Lymphoma.  Mauch PM, Armitage JO, Harris NL, Dalla Favero R, Coiffier B (eds).  Lippincott, Williams and Wilkins, Baltimore, MD, chapter 39, pp 613-628, 2004.

68. **Levine AM**:  AIDS related malignancies.  In:  Manual of Clinical Oncology, Fifth edition.  Casciato,D (ed).  Lippincott Williams & Wilkins, Philadelphia, PA, 2004.

69. **Levine AM**:  Lymphoma in the setting of AIDS.  Chapter 32.  In:  The Lymphomas, second edition.  Canellos, GP; Lister, TA; Young, B (eds).  Elsevier, Philadelphia, PA, 2004.

70. Lim ST and **Levine AM:**  Hematological Aspects of Human Immunodeficiency Infection. In Williams Hematology (Beutler E., Lichtman MA, Coller BS, Kipps TJ and Seligsohn U, 7th eds.). McGraw-Hill, New York, Chapter 83, 2006.

71. **Levine AM:**  AIDS related lymphoma.  Seminars in Oncology Nursing.  Editor: Connie Henke Yarbro. W. B. Saunders, Philadelphia, PA, 80-89, 2006.

72. **Levine AM:**  Hematologic Aspects of Human Immunodeficiency Virus infection. Chap 158 In:  Hematology, Fifth Edition.  Hoffman R, Benz EJ, Shattil SJ, Furie B, Silberstein LE, McGlave P, Heslop H, Eds Elsevier, Inc., Phil, PA, In Press.  2007.

73. **Levine AM**:  AIDS-related malignancies.  Chapter 36 In:  Manual of Clinical Oncology, Sixth edition.  Casciato DA, Territo MC, Eds.  Wolters Kluwer/Lippincott Williams & Wilkins, p 712-720, 2009.

74. **Levine AM** and Said JW:  Management of Acquired Immunodeficiency Syndrome-related lymphoma.  Chapter 35 In:  Non-Hodgkin's Lymphomas, 2nd edition.  Armitage JO; Coiffier B; Dalla-Favera R; Harris NL; Mauch PM, Eds.  Lippincott Williams & Wilkins, Baltimore, MD, IN press, 2009.

## ABSTRACTS

1. **Levine AM**, Lichtenstein AK, Cramer AD, Taylor CR, Lincoln T., Lukes RJ, Feinstein DI:  Immunoblastic Sarcoma: A Clinical Description.   Blood 50:sup 1:363.

2. Todd JA, **Levine AM**, Tokes ZA:  Increased Uptake of Lipsome Entrapped Methotrexate by Chronic Lymphocytic Leukemia Cells.  Fed. Prox. 37 (6):1543, 1978.

3.   **Levine AM**, Lichtenstein AK, Gresik MV, Lukes RJ, Feinstein DI:  Clinical and Immunologic Spectrum of Plasmacytoid Lymphocytic Lymphoma without Serum Monoclonal IgM.  Blood 52, Sup 1:260, 1978.

4.   **Levine AM**, Rouault C, Thornton P, Forman S, Van Hale P, Holdorf D, Powars D, Feinstein DI, Lukes RJ:   Clinical and Immunologic Aspects of  Coombs'  Positivity  in  Hodgkin's Disease.  Blood 52, Sup 1:260, 1978.

5.   Lichtenstein AK, **Levine AM**, Taylor CR, Boswell, W, Rossman S, Feinstein DI:  Primary Mediastinal Non-Hodgkin's Lymphoma.  Proceedings of AACR and ASCO 20:361, 1979.

6.   **Levine AM**, Overturf G, Fields R, Feinstein DI:  Response to Pneumococcal Vaccine in Patients with Hodgkin's Disease, Lymphoma and Myeloma.  Proceedings of AACR and ASCO 20:170, 1979.

7.   **Levine AM**, Koehler SC, Lichtenstein AK, Forman SJ, Taylor CR, Lukes RJ, Feinstein DI:  The Clinical Features of "T" Cell Versus "B" Cell Immunoblastic Sarcoma.  Blood 54:194a, 1979.

8.   Waxman A, Siemsen J, **Levine AM**, Joldorf S, Suzuki R, Singer F, Batemen J: Imaging in Multiple Myeloma:  The Role of Gallium Scintigraphy.  Pro. Soc. Nuclear Medicine 20:647, 1979.

9.   **Levine AM**, Koehler S, Meyer P, Forman SL, Feinstein DI:  Successful Therapy of Convoluted Lymphocytic Lymphoma (Lymphoblastic Lymphoma) in Adult:  A Pilot Study.  Proceedings of AACR and ASCO, C-94, 1980.

10.   Douer D, **Levine AM**, Fabian T, Cline M, Koeffler P:  Chronic Myelocytic Leukemia:  A Multipotent Hematopoietic Stem Cell is Involved in the Malignant Clone.  Proceedings of AACR and ASCO 22:153, 1981.

11.   Liebman HA, **Levine AM**, Tong M.:  Elevated Levels of Serum Chemotactic Factor Inactivator (CFI) in Patients with Multiple Myeloma (MM) and B Cell Chronic Lymphocytic Leukemia (B-CLL).  Proceedings of AACR and ASCO 22:1267, 1981.

12.   **Levine AM**, Shackney SE, Cunningham RE, Smith CA, Schuette WS, Teitelbaum AH, Nichols PW, Stolinsky DC, Lukes RJ:  Therapeutic Response and Survival in B and T Cell Lymphomas in Relation to Tumor Cell Aneupliody and Proliferative State.  Proceedings of AACR and ASCO 22:520, 1981.

13.   **Levine AM**, Pavlova Z, Teitelbaum AH, Feinstein DI, Lukes RJ:  Small Non-Cleaved Follicular Center Cell Lymphoma (SNC):  Burkitt (BL) vs Non-Burkitt (NBL) Subtypes:  Clinical Features in the USA.  Blood 58:161a, 1981.

14.   **Levine AM**, Meyer PR, Lukes RJ, Feinstein DI:  Clinical and Morphologic Heterogeneity of T-Cell Chronic Lymphocytic Leukemia (T-CLL).  Blood 58:144a, 1981.

15.   Chandraratna PAN, Kawanishi D, Rahimtoola SH, **Levine AM**, Feinstein D:  Detection of Metastasis to the Pericardium and Great Vessels and Assessment of Tumor Regression by Two-Dimensional Echocardiography.  Annual Scientific Sessions of the American Heart Association. November, 1981.

16.   Pavlova Z, **Levine AM**, Feinstein DI, Parker J, Lukes RJ:  Small non-cleaved FCC lymphoma, Burkitt vs. non-Burkitt variants:  Pathologic Definition,  Labs. Inves.  46:164A, 1982.

17.   **Levine AM**, Goldstein M, Meyer PR, Forman SJ, Parker JW, Hill AP, Nathwani B, Lukes RJ, Feinstein DI:  Lukes-Collins Classification Predicts for Response and  Survival After BACOP Therapy (Bleomycin,  Doxorubicin,  Cyclophosphamide, Vincristine, Prednisone) in Diffuse Histiocytic Lymphoma  (DHL).  Blood 60:161a, 1982.

18.   **Levine AM**, Shackney SE, Simon R, Nichols P, Parker JW, Schuette W, Smith CA, Lukes RJ: Correlations between Tumor Cell DNA Synthetic Fraction (S fx) and Aneuploidy on Clinical Course and Response to Treatment in Non-Hodgkin's Lymphoma/Leukemia.  Blood 60:114a, 1982.

19.   Kadin ME, Peterson L, Brunning D, **Levine AM**, Meyer P, Pontiflex H:  Adult T Cell Leukemia/Lymphoma:   Clinical, Morphological and Immunological Studies in Six Nonendemic Cases.  Blood 60:145a, 1982.

20.   **Levine AM**, Meyer PR, Bonorris J, Hill AP, Pockros AW, Lukes RJ, Feinstein DI:  Small  Cleaved Follicular Center Cell Lymphoma (SC-FCC) Diffuse vs. Follicular  (Nodular):  Clinical and prognostic features in 81 patients.  Proc.  ASCO 2:210, 1983.

21.   Chandraratna PAN, Boswell W, Karanishi DT, **Levine AM**, Feinstein D, Rahimtoola SH: Comparison of Two-dimensional Echocardiography and Computerized Tomography on the Assessment of Extracardiac Masses.  Submitted to 32nd Annual Scientific Session, American College of Cardiology, March, 1983.

22.   Shackney SE, **Levine AM**, Fisher RI, Nichols P, Jaffe E, Schuette WH, Simon R, Smith CA, Occipinti SJ, Parker JW, Cossman J, Young RC, Lukes RJ:  The Biology of Tumor growth in the non-Hodgkin's Lymphoma:  A dual  parameter flow cytometry study of 220 cases.  Proc. ASCO 2:8, 1983.

23.   Richardson JL, Johnson CA, **Levine AM**:  Compliance with Chemotherapy among Patients with Hematologic Malignancies. American Psychologic Association, 1983.

24.   **Levine AM**, Felman, I.E., Stewart, M., Nichols, P.N., Nadamanee, A., Lukes, R.J.:  Large non-Cleaved Follicular Center Cell Lymphoma:  Clinical Features in 53 Patients.  Blood:1983.

25.   Bertram JH, **Levine AM**, Gill, P, Mindell SL, Bouquiren D, Meyer P, Mitchell MS:  Phase I  Trial of Monoclonal Antibody T-101 in Patients with T-cell Malignancies:  Preliminary Clinical and Pharmacokinetic Observations.  Proc ASC0  3:59 (C-227), 1984.

26.   Burkes RL, Abo W, **Levine AM**, Gill P, Linker-Israeli M, Horwitz DA:  Immunoglobulin Synthesis, Natural Cytotoxicity, and Interleukin Production in Homosexual Males with Persistent Generalized Lymphadenopathy and AIDS.  Proc ASCO: 3:53 (C-205), 1984.

27.   Gill PS, **Levine AM**, Meyer PR, Burkes RL, Taylor CR, Parker JW, Dworsky R, Lukes RJ:  Clinico-pathologic Characteristics of Primary Central Nervous System  Lymphoma  in Patients with Acquired Immunodeficiency Syndrome.  Proc ASCO 3:54 (C-207), 1984.

28.   **Levine AM**, Richardson JL, Chan K, Graham J, Selser JN, Kishbaugh C, Neely S,  Johnson CA: Level  of Compliance and Effect of Patient Education on Compliance with Chemotherapy Among Patients with Hematologic Malignancy.  Proc ASCO 3:71 (C-275), 1984.

29.   Gill PS, **Levine AM**, Pavlova Z, Meyer PR, Parker J, Taylor CR, Lukes RJ, Feinstein DI:  Clinico-Pathologic Characteristics of B-cell Acute Lymphocytic Leukemia (ALL-"Burkitt Leukemia") in Adults.  Proc ASCO 3:197 (C-769), 1984.

30.  Gottlieb AA, Farmer JL, Hester RB, Nishihara T, **Levine AM**, Gill P, Kardinal C, Pankey G and Flaum M:  Reconstitution  of T-cell Function in AIDS Patients by Use of  a  Leukocyte-derived Endogenous Immunomodulator.  Proceedings:  American Federation of Clinical Research, May 1984.

31.  Burkes RL, Sherrod A, Stewart M, Gill PS, Aguilar S, Taylor C, Krailo M, **Levine AM**:  Serum B2 Microglobulin (B2-M) in Homosexual Men with AIDS and Persistent, Generalized Lymphadenopathy  (PGL).  Blood 1984.

32.  Burkes RL, **Levine AM**, Abu W, Linker-Israeli M, Gill PS, Krailo M, Horwitz DA:  Immunoglobulin (Ig) Synthesis, T-cell  Subsets  and Interleukin (IL) Production in Homosexual Men  with  Persistent, Generalized Lymphadenopathy (PGL).  Blood 1984.

33.  Burkes RL, Cohen H, Sinow R, **Levine AM**, Carmel R:  Low Serum B12 Levels in Homosexual Males with AIDS or its Prodrome.  Blood 1984.

34.  Gill PS, **Levine AM**, Boswell W, Biddle R, Burkes RL, Dworsky RD, Meyer PR:  CT Scan Abnormalities in Patients with Primary CNS Lymphoma, CNS oxoplasmosis, and Progressive, Multifocal Leukoencephalopathy (PML) and AIDS.  Blood 1984.

35.  Burkes RL, **Levine AM**, Gill PS, Meyer P:  Primary Rectal Lymphoma in Homosexual Men.  Blood 1984.

36.  **Levine AM**, Meyer PR, Gill PS, Burkes RL, Krailo M:  Importance of Lymph Node Biopsy in Homosexual Men with Generalized Lymphadenopathy.  Blood 1984.

37.  Gill PS, **Levine AM**, Aguilar SL, DelSignore C, Burkes RL, Farmer J, Gottlieb AA:  Use of Leukocyte-Derived Endogenous Immuno-Modulator (IMREG-1) in Patients with AIDS.  Blood 1984.

38.  **Levine AM**, Dworsky RD, Gill PS, Burkes RL, Rasheed S:  Analysis of Antibodies to Human T-Leukemia Virus (HTLV)-III in Homosexual Men with Persistent, Generalized Lymphadenopathy (PGL), and with Malignant B-Cell Lymphoma.  Blood 1984.

39.  Gill PS, **Levine AM**, Meyer PR, Dworsky RD, Aguilar SL, Burkes  RL, Rasheed S:  AIDS and Persistent, Generalized Lymphadenopathy (PGL) in Women Without Known Risk Factors:  Clinical, Immunologic Pathologic and Virologic Details.  Blood 1984.

40.  **Levine AM**, Burkes RL, Gill PS, Dworsky RD, Meyer PR, Aguilar SL, Ross R, Krailo M, Parker J, Rarick M, Singer MB, Rasheed S:  Persistent, Generalized Lymphadenopathy (PGL) in Homosexual  Men: Clinical, Epidemiologic, Virologic, Immunologic Findings.  Blood 1984.

41.  **Levine AM**, Gill PS, Burkes RL, Dworsky RD, Krailo M, Ross R, Rasheed S, Rarick M, Bernstein-Singer M, Pinter-Brown L, Meyer PR:  Malignant Lymphoma (NHL) in Homosexual Men:  Clinical Experience with 28 Patients from One Institution.  Blood 1984.

42.  Meyer PR, **Levine AM**, Omerod LD, Hofman FM, Taylor CR:  Immunohistochemical characterization of T,B, Monocyte  dendritic cell antigens in lymph nodes from homosexual men.  ASCP, November, 1985.

43.  Meyer PR, Gill P, **Levine AM**, Rasheed S, Taylor CR, Boone D, Lukes RJ, Parker JW: B-cell malignant lymphoma in patients with acquired immune deficiency syndrome and/or from "At  risk" groups: Morphologic, immunologic, and phenotypic studies in 42  patients.  ASCP, November, 1985.

44.  Stewart ML, Meyer PR, **Levine AM**, Krailo M, Wong ET:  Multivariate analysis of laboratory tests in AIDS and AIDS-related disorders.  ASCP, November, 1985.

45.  **Levine AM**, Gill P, Meyer P, Aguilar S, Burkes R, Bernstein-Singer M, Dworsky R, Rarick M, Rasheed S:  Development of acquired immunodeficiency (AIDS) and AIDS-related complex, associated with Human T-lymphotropic retrovirus (HTLV-III) in heterosexual patients with no apparent risk factor.  Proc ASCO 4:3, 1985.

46.  Shackney S, **Levine AM**, Fisher R, Schuette W, Smith C, Katz A, Lukes R:  The differential effects of aneuploidy and S fraction on patient survival and complete response rate in non-Hodgkin's lymphomas of B and T cell type. Proc ASCO 4:20, 1985.

47.  Gill P, Meyer P, Aguilar S, Rarick M, Rasheed S, Burkes R, **Levine AM**:  Primary non-Hodgkin's lymphoma (NHL) of the heart:  Report of six cases.  Proc ASCO 4:206, 1985.

48.  **Levine AM**, Singer MB, Holdorf D, Mindell S, Krailo M, Feinstein DI:  Therapy of acute granulocytic leukemia (AGL) using intensive induction and consolidation, with randomization to maintenance or observation.  Blood, 66:204a, 1985.

49.  **Levine AM**, Gill PS, Hawkins J, Formenti S, Aguilar S, Rasheed S:  Suramin anti-viral therapy in acquired immunodeficiency  syndrome (AIDS) and AIDS-related lymphoma:  Preliminary results.  Blood 66:114a, 1985.

50.  Gill PS, **Levine AM**, Holdorf D, Meyer PR, Rasheed S:  AIDS-related lymphoma:  Prospective  trial of intensive multi-agent chemotherapy. Blood 66:111a, 1985.

51.  O'Donnell MR, Forman SJ, **Levine AM**, Territo M, Gill P, Nademanee AP, Neely S, Fahey JL:  Ara-C, Cis-platinum and Etoposide (VP-16), (ACE) chemotherapy for refractory non-Hodgkin's lymphoma.  Blood 66:216a, 1985.

52.  **Levine AM**, Gill PS, Krailo M, Formenti S, Hawkins J, Aguilar S:  Serial study of human T-lymphotropic retrovirus (HTLV-III) antibodies and peripheral blood culture in 86 health care workers, employed at a University based acquired immunodeficiency syndrome (AIDS) clinic  Proc ASCO, 1986.

53.  Gill PS, Rasheed S, Ross R, Aguilar S, Krailo M, Baggett K, Clark J, **Levine AM**:  Prevalence of antibody to HTLV-III in female prostitutes.  Proc ASCO, 1986.

54.  Gill PS, **Levine AM**, Holdorf D, Pinter-Brown L, Krailo M, Rasheed S:  High grade AIDS-related lymphomas, results of prospective multi-agent chemotherapy trials.  Proc ASCO, 1986.

55.  **Levine AM**, Gill PS, Krailo M, Formenti S, Hawkins J, Aguilar S, Rasheed S:  Serial study of Human T-lymphotropic retrovirus (HTLV-III) antibodies and peripheral blood culture in 86 health care workers employed at a University-based Acquired Immunodeficiency (AIDS) clinic.  Proc ASCO 5:5 (C-17), 1986.

56.  Gill PS, **Levine AM**, Holdorf D, Pinter-Brown L, Krailo M, Rasheed S:  High grade AIDS-related lymphomas:  Results of prospective multi-agent chemotherapy trials.  Proc ASCO 5:5 (C-18), 1986.

57.  Gill PS, Rasheed S, Ross R, Aguilar S, Krailo M, Baggett K, Clark J, **Levine AM**:  Prevalence of antibody to HTLV-III in female prostitutes from Los Angeles.  Proc ASCO 5:5 (C-19), 1986.

58.  Rasheed S, Gowda S, Gill PS, Meyer P, **Levine AM**:  Expression of HTLV-III genes in B-cell lymphoma tissues from patients with AIDS.  Cold Spring Harbor: 1986.

59.  Rasheed S, Gowda S, Bill PS, **Levine AM**:  Retrovirus associated B-cell lymphoma in homosexual male.  First International Congress on Cancer and Hormones, 1986.

60.    Rasheed S, Gowda S, Gill PS, Meyer P, **Levine AM**:  Localization of HTLV-III Genes in B-cell lymphoma tissues from patients with AIDS.  American Society for Virology, June, 1986.

61.    Rasheed S, Gill PS, **Levine AM**:  Antiviral effects of Suramin in patients with the Acquired Immunodeficiency Syndrome.  7th International Symposium on Future Trends in Chemotherapy, 1986.

62.    Gowda S, **Levine AM**, Gill PS, Meyer P, Rasheed S:   Detection of HTLV-III mRNA in B-cell lymphoma cells by In Situ hybridization. International Conference on Acquired Immunodeficiency Syndrome (AIDS).  June, 1986.

63.    Rasheed S, Norman GL, Su S, Gill PS, **Levine AM**:  Seroconversion of an antibody negative individual.   International Symposium on Acquired Immunodeficiency Syndrome (AIDS).  June, 1986.

64.    Gill PS, **Levine AM**, Ross R, Aguilar S, Krailo M, Rasheed S:  Prevalence of antibody to HTLV-III in female prostitutes from Los Angeles.  International Conference on Acquired Immunodeficiency Syndrome (AIDS).  June, 1986.

65.    Cheson BD, **Levine AM**, Mildvan D, Kaplan L, Rios  A,  Wolfe  P, Groopman J, Hawkins M: Suramin therapy in AIDS and related diseases:  Initial report of the US Suramin Working Group. International Conference on Acquired Immunodeficiency Syndrome (AIDS).  Paris, France, June. 1986.

66.    **Levine AM**, Gill PS, Krailo M, Verdugo B, Rarick M,  Coreiro  C, Turner R, Meyer P, Deyton L: Natural  history  of  persistent generalized lymphadenopathy (PGL) in gay men:  Risk of  lymphoma (NHL) and factors associated with development of lymphoma.  BLOOD, 68;130a, 1986.

67.    Gill PS, Rarick M, Deyton L, Pinter-Brown L, Aguilar S, Feinstein D, **Levine AM**:  Malignant non-Hodgkin's lymphoma in AIDS:  Results of prospective treatment trials.  BLOOD 68; 126a, 1986.

68.    Gill PS, Deyton LR, Rarick M, Rey J, Aguilar S, Loreiro C, **Levine AM**:  Treatment of epidemic Kaposi's sarcoma (EKS) with vincristine, bleomycin, and low dose adriamycin.  BLOOD 68; 126a, 1986.

69.    Armitage JO, Grer JP, **Levine AM**, Weisenburger DD, Formenti SC, Bast M, Conley S, Pierson J, Linder J, Cousar J, Nathwani B:  Peripheral T-cell lymphoma (PTCL).  BLOOD 68; 208a, 1986.

70.    **Levine AM**, Gill PS, Krailo M, Verdugo B, Loureiro C, Rarick M, Rasheed S:  Natural history of Human Immunodeficiency Virus infection among a cohort of homosexual men.  Proc ASCO 6:3. 1987.

71.    Gill PS, Krailo M, Aguilar S, Rasheed S, **Levine AM**:  Prevelance of Human Immunodeficiency Virus infection among a group of female prostitutes in Los Angeles.  Proc ASCO, 1987.

72.    Chak LY, Hill CK, Gill PS, Meyer PR, **Levine AM**, Petrovich A:  Radiation therapy for Kaposi's sarcoma in patients with  Acquired Immnodeficiency Syndrome.  Proc ASCO 6:3. 1987.

73.    Hung GL, Chen ME, Siegel P, Meyer P, Gill PS, **Levine AM**:  Utilization of gallium scintigraphy in AIDS-related  lymphomas.  Society of Nuclear Medicine, 1987.

74.    Hung GL, Chen DCP, Raval JK, Siegel ME, Meyer P, Gill PS, **Levine AM**:  Correlation of gallium scintigraphy and CT scanning in AIDS related lymphomas.  Society of nuclear Medicine, 1987.

75. Rarick M, Loureiro C, Martin S, Strigl S, Bernstein-Singer M, **Levine AM**, Gill PS:  Use of needle aspiration of lymph nodes  in patients with lymphadenopathy and Human Immunodeficiency  Virus infection.  BLOOD, 11/87.

76. **Levine AM**, Gill Ps, Rarick M, Loureiro C, Singer M, Rasheed S:  AIDS related non-Hodgkin's lymphoma:  Clinical, immunologic and pathologic characteristics in 68 patients from one Institution.  IVth Intern Conf on AIDS, 327 (#7609), 1988.

77. Rarick M, Loureiro C, Martin S, Stringl S, Gill P, Singer M, **Levine AM**:  Use of find needle aspiration of  lymph nodes  in patients with HIV infection. IVth Intern  Conf  on AIDS,  325 (#7604), 1988.

78. Gill PS, Krailo M, Slater L, Rarick M, Singer M, Muchmore E, Loureiro C, MuCutchan A, Harb M. **Levine AM**:  Results of a randomized trial of ABV (Adriamycin, Bleomycin, Vincristine) vs. A in advanced epidemic Kaposi's sarcoma.  IVth Intern Conf on AIDS, 323 (#7596), 1988.

79. **Levine AM**, Henderson BE, Dworsky R, Ascher MS, Sheppard HW, Cullman LC, Hicks DR, Munson K, Carlo DJ, Abrahamson J, Salk J:  Response of HIV infected individuals with ARC to inoculation of gamma-irradiated HIV.  IVth Intern Conf on AIDS:288 (#6567), 1988.

80. Rarick M, Loureiro C, Harb M, Halley J, Groshen S, Gill P, Singer M, **Levine AM**:  Intravenous immune globulin (IGIV) in the treatment of HIV related thrombocytopenia.  Blood, 72:359a. 1988.

81. **Levine AM**, Loureiro C, Sullivan-Halley J, Rarick MU, Willson E, Bernstein-Singer M, Groshen S, Gill PS:  HIV-positive high or intermediate grade lymphoma:  Prognostic  factors related to survival.  Blood, 72:247a, 1988.

82. Aboulafia D, Gill P, **Levine AM**, Slamon DJ:  HTLV-1 infection in prostitutes in Los Angeles.  Blood 72:346a, 1988.

83. Esplin J, Hu E, Lukes R, Brynes R, Gill P, Feinstein D, Pinter-Brown L, Rarick MU, Bernstein-Singer M, **Levine AM**:  Ethnic correlates of clinical-pathologic aspects of non-Hodgkin's lymphoma in LA County.  Proc ASCO, 1989.

84. Hu E, Hufford S, Gill PS, Pinter-Brown L, Rarick M, Bernstein-Singer M, Rosen P, **Levine AM**:  A new intensive chemotherapy regimen, CHOPE-BAM, for treatment of high grade lymphomas.  Proc ASCO, 1989.

85. **Levine AM**, Wernz JC, Kaplan L, Cohen P, Metroka C, Miles S, Rarick MU, Walsh C, Kahn J, Thompson J, Mitsuyasu R, Feinberg J:  Low dose chemotherapy with CN  prophylaxis  and zidovudine  (AZT) maintenance for AIDS-related lymphoma:  Preliminary results of  a multi-institutional study.  Proc ASCO 8:5, 1989.

86. Rarick MU, Willson E, Bernstein-Singer M, Gill PS, Muggia F, **Levine AM**:  Double-blind placebo controlled study of recombinant human erythropoietin in AIDS patients with anemia caused by HIV infection and Zidovudine.  Vth  International  Conf  on  AIDS, Montreal, 1989.

87. Rarick MU, Sharma D, Gill PS, Bernstein-Singer L, **Levine AM**:  Miscellaneous carcinomas developing in patients with HIV infection.  Vth Intern Conf on AIDS, Montreal, 1989.

88. Gill P, **Levine AM**, Bernstein-Singer M, Espina B, Rarick MU:  Treatment of advanced AIDS-related Kaposi's sarcoma (KS): Experience with 112 patients from one institution.   Vth  Intern Conf on AIDS.  Montreal, 1989.

89. **Levine AM**, Henderson BE, Groshen S, Peters R, Shepard HW, Salk J: Immunization with inactivated, envelope-depleted HIV immunogen in HIV infected men with ARC: Preliminary report of exploratory studies in progress. Vth Intern Conf on AIDS, Montreal, 1989.

90. Rarick MU, Espina B, Montgomery T, Strigyl S, **Levine AM**: Zidovudine (AZT) therapy in patients with severe thrombocytopenia and HIV infection. Blood 74:115a, 1989.

91. **Levine AM**, Wernz JC, Kaplan L, Cohen P, Metroka C, Bennett J, Miles S, Rarick MU, Walsh C, Kahn J, Thompson J, Mitsuyasu R, Feinberg J: Low dose chemotherapy with CNS prophylaxis and zidovudine maintenance for AIDS-related lymphoma: Follow up data from a multi-institutional trial. Blood 74:897a: 1989.

92. Pinter-Brown L, Brynes R, Nichols P, **Levine AM**: T lymphoblastic lymphoma with leukemic presentation in the adult: Long-term survival with multi-modality therapy. Blood 74:1031a, 1989.

93. Walsh C, Wernz J, Laubenstein L, Rarick M, Feinberg J, Thompson J, **Levine AM**: Phase I study of m-BACOD and GM-CSF in AIDS-associated non-Hodgkin's lymphoma (NHL): Preliminary results. Blood 74:466a, 1989.

94. Rarick MU, Espina B, Sonka S, Johnson C, **Levine AM**: Erythropoietin response in patients with various stages of HIV infection and anemia. Blood, 1990.

95. Grunberg SM, Sherrod A, Zaretsky S, Muellenbach R, Renshaw M, **Levine AM**: Analysis of physician attitudes concerning requests for autopsy. Proc ASCO 10:328, 1991.

96. Slovak ML, Ho J, Brynes RK, Bernstein L, **Levine AM**: Cytogenic abnormalities in 77 non-Hodgkin's lymphomas: Association with histology and HIV status. Blood 78, 127a, 1991.

97. Gill PS, Sharma D, **Levine AM**, Crossley R, Muggia F: Phase I/II trials with liposomal daunorubicin (daunoxome) in AIDS related Kaposi's sarcoma. Blood 78:358a, 1991.

98. Rarick MU, Espina B, Montgomery T, Jamin D, **Levine AM**: Combination therapy with IVIG and AZT for severe HIV related immune thrombocytopenia. Blood 78:359a, 1991.

99. **Levine AM**, Espina B, Katz-Willson E, Salahuddin Z, Gill PS: Serum cytokine levels in non-Hodgkin's lymphoma (NHL): Correlation with stage of disease, and systemic B symptoms (B sxs): Blood 78:467a, 1991.

100. **Levine AM**, Shibata D, Sullivan-Halley J, Nathwani B, Brynes R, Slovak M, Bauch S, Riley L, Weiss L, Levine P, Rasheed S, Bernstein L: Case control study of HIV + and HIV negative lymphoma in Los Angeles County. Proc ASCO 11:333, 1992.

101. **Levine AM**, Shibata D, Weiss LM, Sullivan-Halley J, Mahterian S, Riley CL, Ortega A, Nathwani B, Bernstein L: Molecular characteristics of intermediate/high grade lymphomas arising in HIV positive vs. HIV-negative patients: Preliminary data from a population based study in the county of Los Angeles. Blood 80:259a, 1992.

102. **Levine AM**, Katz-Willson E, Espina B, Esplin J, Ortega A, Rasheed S, Nathwani B, Gill PS: Low dose M-BACOD with concomitant dideocycytidine (ddC) in AIDS-related lymphoma. Blood 80:328a, 1992.

103. Masood R, Bond M, Scadden D, Kaplan M, **Levine AM**, Gill PS: Interleukin 10: An autocrine B cell growth factor for human B cell lymphoma and their progenitors. Blood 80:115a, 1992.

104. Gill PS, Esplin BM, Cabriales S, Ross M, Crossley R, Muggia F, **Levine AM**:  Liposomal daunorubicin, an effective agent in the treatment of advanced AIDS-related Kaposi's sarcoma. Blood  80:328a, 1992.

105. Gill PS, Masood R, Cai J, Louie S, Harrington W, Kaplan M, Aggarwal U, Lin G, Law R, **Levine AM**:  Novel antiviral therapy for adult T cell leukemia secondary to HTLV-I infection.  Blood 80:74a, 1992.

106. Feigal E, **Levine AM**, Muchmore E, Slater L, Espina B, McCutchan A, Gill P:  California Consortium treatment group trial of ABV followed by maintenance therapy with interferon-alpha and ZDV in HIV associated Kaposi's sarcoma.  Blood 80:328a, 1992.

107. Rarick MU, Espina BM, Montgomery T, Esplin J, DeGuzman N, **Levine AM**:  Low dose interferon-alpha for patients with severe HIV-related immune thrombocytopenia refractory to AZT.  Blood 80:328a, 1992.

108. Fuller B, Gribben J, Benjamin D, Gill PS, **Levine AM**, Nadler L, Scadden D:  Phenotypic characterization of cell lines derived from AIDS-related non-Hodgkin's lymphoma.  Blood 80:372a, 1992.

109. Slovak ML, Weiss LM, Nathwani B, Bernstein L, **Levine AM**:  Cytogenetic studies of monocytoid B cell lymphomas.  Blood 80:39a, 1992.

110. Keung YK, Douer D, **Levine AM**:  Acute myeloid leukemia in racial minorities in a large urban hospital.  Proc ASCO 12:315, 1993.

111. Esseltine DL, Braman GM, Park Y, **Levine AM**, McLaughlin P, Murray JL, Grossbard M, Lynch T, Riz J, Nadler L, Epstein C:  Use of anti-B4 blocked ricin as an immunosuppressant.  Blood 82:240a, 1993.

112. Scadden DT, Swoweiko J, Schenkein D, Bernstein Z, **Levine AM**, Bresnahan J, Gere J, Esseltine D, Epstein C:  A phase I/II trial of combined immunoconjugate and chemotherapy for AIDS-related lymphoma.  Blood 82:386a, 1993.

113. Keung YK, **Levine AM**, Khan R, Salahuddin Z:  Effect of 2', 3' dideocycytidine (ddC) on bone marrow stromal cells.  Blood 82:486a, 1993.

114. Keung YK, Watkins K, Chen SC, Groshen S, **Levine AM**, Douer D:  Increased of central venous catheter related infections in bone marrow transplant recipients undergoing peripheral blood stem cell collection.  Blood 82:633a, 1993.

115. Rizzo J, **Levine AM**, Weiss G, Espina B, Busquets A, Eckardt J, Fields S, Von Hoff D, Kuhn J: Pharmacokinetics of MGBG (methylglyoxal (bis) guanylhydrazone) in patients with AIDS-related non-Hodgkin's lymphoma.  Proc ASCO 13:149, 1994.

116. **Levine AM**, Weiss G, Tulpule A, Espina B, Anderson LJJ, Boswell W, Esplin J, Von Hoff D: MGBG:  A highly active drug in relapsed or refractory AIDS lymphoma.  Proc ASCO 13:52, 1994.

117. Tulpule A, Anderson LJJ, **Levine AM**, Espina B, Esplin J, Boswell W, Scadden D, Esseltine D, Epstein CL:  Anti-B4 (CD19) monoclonal antibody, conjugated with ricin (B4-blocked ricin) in refractory AIDS lymphoma.  Proc ASCO 13:52, 1994.

118. Khan A, Schiller G, **Levine AM**, Harvey L, Lee M, Espina B, Boswell W, Enny C, Nathwani B:  2-chloro-2'deocyadenosine (2-CDA), an active agent in the treatment of advanced relapsed or refractory low to intermediate grade non-Hodgkin's lymphoma.  Proc ASCO 13:386, 1994.

119. Douer D, Preston-Martin S, Keung YK, Chang E, Watkins K, **Levine AM**:  High occurrence of FAB M3 subtype among acute myelocytic leukemia patients of Latino origin.  Blood 84:51a, 1994.

120. Scadden DT, Doweiko J, Bernstein Z, Schenkein D, Luskey B, Stram D, Esseltine D, **Levine AM**:  Combined immunotoxin and chemotherapy for initial treatment of AIDS lymphoma.  Blood 84:163a, 1994.

121. Moudgil T, Molina A, Norman GL, **Levine AM**, Gill PS:  Absence of HTLV-I or HTLV-II proviral DNA in PBMCs of patients with Mycosis Fungoides (MF) with serum TH2 cytokine profile.  Blood 84:478a, 1994.

122. Bernstein L, Nathwani B, Shibata D, Sullivan-Halley J, **Levine AM**:  History of transfusion and increased risk of lymphoma in HIV positive men.  Blood 84:482a, 1994.

123. **Levine AM**, Nathwani B, Matherian S, Shibata D, Sullivan-Halley J, Bernstein L:  Rise of Zidovudine usage on subsequent development of lymphoma in HIV infected men.  Blood 84:483a, 1994.

124. **Levine AM**, Tulpule A, Espina B, Moudgil T, Ortega A, Esplin JA, Anderson LJJ, Saunders T, Keung UK, Boswell W, Buckley J, Rasheed S, Nathwani B, Parker J, Gill PS:  Low dose M-BACOD with zalcitabine (ddC) in patients with AIDS lymphoma:  Correlations between serum IL-6; systemic "B" symptoms; viral burden and response to therapy.  Blood 84:519a, 1994.

125. Kaplan L, Staus D, Testa M, **Levine AM**:  Randomized trial of standard dose mBACOD with GM-CSF vs. reduced dose mBACOD for systemic HIV-associated lymphoma.  ACTG 142.  Proc ASCO 14:288, 1995.

126. **Levine AM**, Weiss GR, Tulpule A, Kaplan L, Giles F, Luskey BD, Scadden DT, Pearce T, Silverberg I, Busquets A, von Hoff DD:  Multicenter phase II study of mitoguazone (MGBG) in relapsed or refractory AIDS-lymphoma.  Proc ASCO 14:288, 1995.

127. Khan A, Schiller G, **Levine AM**, Harvey-Buchanan L, Lee M, Espina B, Boswell W, Enny C, Nathwani B:  Phase II study of leustatin (Cladribine) in the treatment of advanced relapsed or refractory low and intermediate grade non-Hodgkin's lymphoma.  Proc ASCO 14:397, 1995.

128. Forman SL, Chao N, Niland JC, Levitt L, Champlin R, Gajewski J, Lee J, Schiller G, Nantel S, Barnett M, **Levine AM**, Saez R, Phillips G, Blume KG:  Intensive chemotherapy or bone marrow transplantation for adult ALL in first complete remission.  Blood 1995; 86:616a.

129. **Levine AM**, Giles F, Kaplan L, Sparano J, Scadden D, Luskey B, Northfelt D, Thommas J, Anderson LJJ, Espina B, Tessman D, von Hoff DD:  Two sequential prospective, multi-institutional phase II clinical trials of mitoguazone (MGBG) in refractory or relapsed AIDS related lymphoma.  Blood 1995; 86:381a.

130. Chang E, **Levine AM**, Douer D:  Distribution of PML breakpoint cluster regions in the PML/RaRa fusion transcripts in acute promyelocytic leukemia of Latino patients.  Blood 1995; 86:171a.

131. Douer D, Preston-Martin S, Chang E, Nichols P, Watkins K, **Levine AM**:  The epidemiology of acute promyelocyte leukemia (APL) is different from other AML subtypes:  Report from the Los Angeles County Cancer Surveillance Program:  1980-1993.  Blood 1995; 86:172a.

132. Douer D, Saven A, Watkins K, Gollard R, Kahn A, Piro L, **Levine AM**:  Remission induction in newly diagnosed AML patients aged 55-75 years using a five day idarubicin schedule in combination with cytarabine.  Blood 1995; 86:757a, 1995.

133. Straus D, Juang J, Testa M, **Levine AM**, Kaplan L:  Prognostic factors in the treatment of HIV-associated non-Hodgkin's lymphoma:  Analysis of ACTG 142 (Low dose vs. standard dose m-BACOD + GM-CSF.  Blood 1995; 86:604a.

134. Khan A, Schiller G, **Levine AM**, Tulpula A, Sherrod A, Harvey-Buchanan L, Lee M, Espina B, Boswell W, Enny C, Nathwani B: Cladribine in the treatment of advanced relapsed or refractory low and intermediate grade non-Hodgkin's lymphoma.  Proc ASCO 15:95, 1996.

135. Tulpule A, Espina BM, Montgomery T, Von Hoff D, Tessman D, **Levine AM**:  Mitoguazone dihydrochloride (MGBG) in combination with radiation therapy in the treatment of AIDS-related primary CNS lymphoma.  Proc ASCO 15:305, 1996.

136. Mocharnuk RS, Ghadialy A, Tulpule A, Espina B, **Levine AM**: Long term, disease-free survival in AIDS-related lymphoma.  Proc ASCO 15:306, 1996.

137. Tulpule A, Rarick MU, Kolitz J, Bernstein J, Traynor A, Myers A, Harvey-Buchanan L, Vergel de dios Salvosa M, Espina BM, Mukwaya G, Ross M, **Levine AM**: Liposomal encapsulated daunorubicin (Daunoxome) has activity in relapsed/refractory low grade and intermediate grade non-Hodgkin's lymphoma.  Blood 1996; 88:92a.

138. Zuckerman T, Kundu P, Li L, Mohrbacher AF, Khan A, **Levine AM**, Douer D:  Detecting minimal residual B lymphoma cells in peripheral blood progenitor cells using lymphoma-specific CDR3 probes: Preliminary results.  Blood 1996; 88:612a.

139. Chang E, **Levine AM**, Slovak M, Forman S, Douer D: Acute promyelocytic leukemia in Latino patients is associated with a high frequency of the BCR1 breakpoint site in the rearranged PML gene.  Blood 1996; 88:665a.

140. Douer D, Mohrbacher AF, Ramezani L, **Levine AM**, Anderson WF: Autologous transplantation of retrovirally marked CD34+ enriched peripheral blood and bone marrow cells contribute to generation of alveolar macrophages.  Blood 1996; 88:276a.

141. Tulpule A, Upadhyaya G, Espina BM, **Levine AM**: Infusional cyclophosphamide, mitoxantrone, and etoposide (CME) in AIDS-related non-Hodgkin's lymphoma.  Blood 1996; 88:503a.

142. Zuckerman T, Zuckerman E, Douer D, Fong T-L, Nathwani BN, Velankar M, Gutekunst K, Zian GD, **Levine AM**: Hepatitis C virus infection in patients with B cell non-Hodgkin's lymphoma.  Blood 1996; 88:222a.

143. Zuckerman T, Zuckerman E, Douer D, Fong T-L, Nathwani BN, Velankar M, Gutejunst K, Zian GD, **Levine AM**: Liver function in patients with hematological malignancies and HCV infection undergoing chemotherapy.  Blood 1996; 88:222a.

144. **Levine AM**, Tulpule A, Rochat J, Espina B, McPhee R, Tessman D, Von Hoff D: Short term impact of mitoguazone chemotherapy on HIV viral load in patients with relapsed/refractory AIDS-lymphoma.  Blood 1996; 88:503a.

145. **Levine AM**, Cheung T, Huang J, Testa M for the Onc Committee, ACTG: Prospective, multicenter phase II trial of ABVD chemotherapy with G-CSF in HIV infected patients with Hodgkin's Disease: ACTG study #149.  Proc ASCO 16:56a (abstract 194), 1997.

146. Palefsky J, Minkoff H, Kalish LA, **Levine AM**, Sacks H, Garcia P, Young M, Melnick S, Miotti P, Burke R: Cervicovaginal human papillomavirus infection in HIV positive and high risk HIV negative women.  J AIDS and Human Retrov 14:A11, (abstract S3), 1997.

147. **Levine AM**, Cheung T, Tulpule A, Huang J, Testa M: Preliminary results of AIDS Clinical Trials Group Study #149: Phase II trial of ABVD chemotherapy with G-CSF in HIV infected patients with Hodgkin's Disease.  J AIDS and Human Retro 14:A12 (abstract S7), 1997.

148. L**evine AM**, Preston-Martin S, Fruchter R, Silver S, Hessol N, Melnick S, Burns D, Miotti P: Unusual cases of breast cancer in HIV infected women: Women's Interagency HIV study.  J AIDS and Human Retro 14:A31 (abstract 61), 1997.

149. Straus DJ, Huang J, Testa MA, **Levine AM**, Kaplan LD: Prognostic factors in the treatment of HIV associated non-Hodgkin's lymphoma: Analysis of ACTG 142 (low dose versus standard dose mBACOD plus GM-CSF). J AIDS and Human Retro 14:A38 (abstract 89), 1997.

150. Tulpule A, Espina BM, Nathwani B, **Levine AM**: T cell lymphomas in patients with HIV infection: A report of 5 cases from a single institution.  J AIDS and Human Retro 14:A38 (abstract 93), 1997.

151. Tulpule A, Espina BM, Palmer M, Schiflett J, Von Hoff DD, Tessman D, **Levine AM**: Mitoguazone dihydrochloride in combination with low dose CHOP for the treatment of newly diagnosed AIDS-related lymphoma.  J AIDS and Human Retro 14:A39, (abstract 92), 1997.

152. **Levine AM**, Zuckerman E, Zuckerman T, Nelson R, Govindrajan S, Valinluck B, Bernstein L: Lack of association between Hepatitis C infection and development of AIDS related lymphoma.  Blood 1997.

153. Tulpule A, Rarick MU, Kolitz J, Bernstein J, Harvey-Buchanan L, Espina BM, Trader G, Mukwaya G, Onetto N, Gill PS, **Levine AM**: DaunoXome in the treatment of relapsed/refractory low grade and intermediate grade non-Hodgkin's lymphoma.  Blood 1997.

154. Tulpule A, Espina BM, Palmer M, Schifflett J, Gill P, **Levine AM**: Treatment of relapsed/refractory AIDS-related lymphomas with high dose cytarabine/cisplatin combination regimes.  Blood 1997.

155. Douer D, Cohen LJ, Periclou LA, Watkins K, **Levine AM**, Avramis VI: PEG L-asparaginase: Pharmacokinetics and clinical response in newly diagnosed adults with Acute Lymphoblastic Leukemia treated with multi-agent chemotherapy.  Blood 1997.

156. Douer D, Cozens W, Chang E, Preston-Martin S, **Levine AM**: Descriptive epidemiology of acute promyelocytic leukemia; Report from the Cancer Registry for Los Angeles County, 1972-1995.  Blood 1997.

157. Santabarbara P, **Levine AM**, Mena R, Pinter-Brown L, Smith S, William T: Compassionate Mitoguazone therapy for heavily pre-treated patients with non-Hodgkin's lymphoma.  Proc ASCO 17:30a, abstract #116, 1998.

158. Mummaneni M Tulpule A, Palmer M, Schiflet J, Espina B, **Levine AM**: Leptomeningeal involvement in AIDS-lymphoma: Clinical, immunologic and pathologic features.  Proc ASCO 17:41a, abstract #160, 1998.

159. Nelson RA, **Levine AM**, Bernstein L: Relationship between recreational drug use and development of AIDS-lymphoma.  Second National AIDS Malignancy Conference, Bethesda, MD, 1998, Journal AIDS & Hum Retrovirol 17, A 28, abstract #69, 1998.

160. Tulpule A, Espina BM, Palmer M, Schifflett J, Harvey-Buchanan L, **Levine AM**:  Preliminary results of Peg-L-asparaginase in the treatment of relapsed/refractory AIDS-related lymphomas.  Second National AIDS Malignancy Conference, Bethesda, MD, 1998; Journal AIDS & Human Retrovirol 17:31A, abstract #80, 1998.

161. Mummaneni M, Espina B, Palmer M, Mark L, **Levine AM**: Bone marrow involvement in AIDS-lymphoma: Clinical, immunologic and pathologic features.  Second National AIDS Malignancy Conference, Bethesda, MD, 1998; Journal AIDS & Hum Retrovirol 17: A 32, abstract #85, 1998.

162. Seneviratne LS, Tulpule A, Mummaneni M, Espina BM, Wang G, Palmer M, **Levine AM**: Clinical, immunological, and pathologic correlates of bone marrow involvement in 253 patients with AIDS-related lymphoma.  Blood 1998; 92:244a.

163. Douer D, Cohen LJ, Periclou LA, Yampolsky H, Watkins K, **Levine AM**: PEG-asparaginase in a remission induction regimen for newly diagnosed acute lymphoblastic leukemia in adults.  Blood 1998; 92:400a.

164. Messinger Y, **Levine AM**, Fuchs E, Goldman F, Uckun FM: GB43 (anti CD19) genistein treatment of therapy refractory B-lineage acute lymphoblastic leukemia.   Blood 1998; 92:613a.

165. Straus D, Redden D, Hamzeh F, Scadden D, Kaplan L, Ambinder R, **Levine AM**, Harrington W, Grochow L, Flexner C, Tan B, Ratner L: Excessive toxicity is not seen with low-dose chemotherapy for HIV-associated non-Hodgkin's lymphoma in combination with highly active antiretroviral therapy. Blood 1998; 92:624a.

166. Deyton L, **Levine AM**, Saag M: Weekly dosing with epoeitin alpha in HIV infected patients with anemia: A prospective study.  Blood 1998; 92:15b.

167. Tulpule A, Espina B, Palmer M, Schifflet J, Harvey-Buchanan L, **Levine AM**:  Preliminary results of Peg-L-asparaginase (oncospar) in the treatment of relapsed/refractory AIDS-related lymphoma. Blood 1998; 92:240b.

168. Tulpule A, Justice G, Espina BM, Harvey-Buchanan L, Barut L, Khan A, **Levine AM**: Pegylated liposomal doxorubicin is active in the treatment of relapsed/refractory lymphomas.  Blood 1998; 92:241b.

169. Tulpule A, Rarick MU, Kolitz J, Myers A, Bernstein J, Harvey-Buchanan L, Espina B, Ptaszynski M, Mukwaya G, **Levine AM**:  Liposomal daunorubicin (Daunoxome) is active in the treatment of relapsed/refractory low grade and intermediate grade non-Hodgkin's lymphoma.  Blood 1998; 92:241b.

170. Greenblatt R, Lyles R, **Levine AM**, Burns D, Telzak E, Cohen M, Minkoff H, Young M: Effect of prior nucleoside therapy on HIV RNA and CD4 cell response to HAART: The Women's Interagency HIV Study.  Retroviral meetings, Chicago, 2/99.

171. Justman J, Danoff A, Benning L, Robison L, Weber K, Minkoff H, **Levine AM**, Young M, Greenblatt R, Anastos K: Association of diabetes and pretease inhibitor use in the Women's Interagency HIV study.  Retroviral meetings, Chicago, IL, 2/99.

172. Seneviratne LC, Espina BM, Tulpule A, Dharmapala D, Sanchez M, Gill PS, **Levine AM**: Evolving characteristics of AIDS-related lymphoma over time: A single institution study of 369 patients.  J AIDS 21:A34 (Abstract 98), 1999.

173. Ratner L, Redden D, Hamzeh F, **Levine AM**, Harrington W, Scadden D, Kaplan L, Ambinder R, Grochow L, Flexner C, Tan B, Straus D: Chemotherapy for HIV associated non-Hodgkin's lymphoma in combination with highly active antiretroviral therapy (HAART) is not associated with excessive toxicity.  J AIDS 21:A32 (Abstract 92), 1999.

174. Tulpule A, Sherrod A, Sanchez M, Espina BM, Dharmapala D, Seneviratne LC, **Levine AM**: Multi-drug resistance (MDR-1) in newly diagnosed AIDS-lymphoma.  J AIDS 21:A32 (Abstract 90), 1999.

175. Tulpule A, Espina BM, Palmer M, Sanchez MN, Seneviratne LC, **Levine AM**:  Peg-L-asparaginase has activity in relapsed/refractory AIDS related lymphoma.  J AIDS 21:A38 (Abstract 116), 1999.

176. Bernstein ZP, Gould MA, Van Hoff N, **Levine AM**, Aparano J: Continuous infusion gallium nitrate in refractory AIDS associated lymphoma.  J AIDS 21:A40 (abstract 123), 1999.

177. Tulpule A, Espina BM, Palmer M, Harvey-Buchanan L, **Levine AM**: Peg-L-Asparaginase (Oncospar) in the treatment of relapsed/refractory AIDS-related lymphomas.  Proc ASCO 18:39a (Abstract #146), 1999.

178. Tulpule A, Dezube DJ, Doweiko J, Espina BM, Proper J, Cabriales SL, **Levine AM**: Liposomal daunorubicin (DaunoXome) in relapsed/refractory AIDS-related non-Hodgkin's lymphoma: A phase II trial.  Blood 94:526a, 1999.

179. Messinger Y, Chen C-L, O'Neill K, Myers DE, Goldman F, Hurvitz C, Casper JT, **Levine AM**, Uckun FM: Treatment of therapy refractory B lineage acute lymphoblastic leukemia with an apoptosis inducing CD-19 directed tyrosine kinase inhibitor.  Blood 94:295a, 1999.

180. Douer D, Ramezani L, **Levine AM**: Modulation of chemotherapy effects on FAX and BCL2 expression and apoptosis in acute myeloblastic leukemia cells by ALL-trans retinoic acid.  Blood 94:191B, 1999.

181. Nelson RA, **Levine AM**, Bernstein L: Reproductive factors and risk of intermediate or high grade non-Hodgkin's lymphoma in women.  Blood 94:511a, 1999.

182. **Levine AM**, Berhane K, Masri-Lavine L, Sanchez MN, Greenblatt RM, Anastos K, Young M, Augenbraun M, Cohen M, Gange S, Burns D: Prevalence of, and risk factors for anemia among a large cohort of HIV infected women: Women's Interagency HIV Study (WIHS).  Blood 94:432a, 1999.

183. Krishnan AY, Molina A, Zaia J, Nademanee A, Snieckinski I, Li S, **Levine AM**, Brent J, Woo D, Forman SJ:  HIV infection does not preclude autologous stem cell transplantation (ASCT) for lymphoma.  Blood 94:397a, 1999.

184. **Levine AM**, Saag M, and the Community HIV Anemia Management Protocol Group, USA: Hematologic response to epoetin alfa in anemic HIV-positive patients: Once-weekly (QW) dosing similar to three-times weekly (TIW) dosing.  Blood 94:16B, 1999.

185. **Levine AM**, Deyton L, Saag M, and the Community HIV Anemia Management Protocol Sites (CHAMPS).  Abst #31 Conf on Retroviruses and Opportunistic Infections, San Francisco, CA, 3/2000.

186. Zaia J, Krishnan A, Rossi JKJ, Molina A, Castanotto D, Li S, Yam P, Bauer G, Selander D, Dsik S, Rossi JM, Li H, Banh V, Tseng S, Sauter V, Parker D, Jolly I, Snieckinski I, **Levine AM**, Kohn D, Forman SJ: Treatment of AIDS lymphoma with high dose chemotherapy and genetically modified stem cells: A model for evaluation of gene therapy.  4th International Conference on AIDS Malignancy, NCI, May, 2000, Bethesda, MD.  JCO, 2000.

187. Krishnan A, Molina A, Zaia J, Nademanee A, **Levine AM**, Snieckinski I, Li S, Brent J, Woo D, Kogut N, Forman SJ: Mobilization of peripheral blood progenitor cells and engraftment following high dose chemotherapy for AIDS lymphoma.  4th International Conference on AIDS Malignancy, NCI, May 2000, Bethesda, MD, JCO, 2000.

188. Berhane K, Sanchez L, Masri-Lavine L, Pearce L, Cohen M, Young M, Greenblatt R, Anastos K, Augenbraun M, Gange S, Burns D, **Levine AM**: Relationship between highly active anti-retroviral therapy (HAART) and anemia in a large cohort of HIV infected women (Women's Interagency HIV Study: WIHS). Proc ASCO, 2000.

189. Tulpule A, Dharmapala D, Sherrod A, Espina BM, Yuzon R, **Levine AM**: Multi-drug resistance (MDR-1) in HIV seropositive patients with Hodgkin's Disease. 4th International Conference on AIDS Malignancy, NCI, Bethesda, MD, May, 2000. JAIDS, 2000.

190. **Levine AM**, Espina BM, Yuzon R, Sanchez L, Dharmapala D, Gill PS, Tulpule A: Treatment of relapsed/refractory AIDS-related lymphomas with high dose cytarabine (Ara-C)/Cisplatin combination regimens. 4th International Conf on AIDS Malignancies, NCI, Bethesda, MD, May, 2000. JAIDS, 2000.

191. Tulpule A, Dezube B, Yuzon R, Doweiko J, Espina BM, Proper J, Cabriales S, Sanchez MN, **Levine AM**: Liposomal daunorubicin (Daunoxome) in relapsed/refractory AIDS-related non-Hodgkin's lymphomas (AIDS-NHL). 4th International Conf on AIDS Malignancies, NCI, Bethesda, MD, May, 2000. JAIDS, 2000.

192. Tulpule A, Dharmapala D, Sherrod A, Espina B, Yuzon R, **Levine AM**: Multi-drug resistance (MDR-1) in HIV seropositive patients with Hodgkin's disease. 4th International Conf on AIDS Malignancies, NCI, Bethesda, MD, May, 2000. JAIDS, 2000.

193. **Levine AM**, Berhane K, Masri-Lavine L, Sanchez ML, Young M, Augenbraun M, Cohen M, Anastos K, Newman M, Gange SJ, Watts H: Relationship between highly active anti-retroviral therapy (HAART) anemia and survival in a large cohort of HIV infected women (Women's Interagency HIV Study). 13th World AIDS Conference, Durban, SA, July, 2000.

194. Kovacs A, Chan LS, Anastos K, Bremer J, Meyer B, Burns D, Cohen M, Hessol N, Minkoff H, Miotti P, Rother C, Weiser B, Young M, **Levine AM**: Change in HIV-1 RNA over time and disease outcome in HIV 1 infected women. 13th World AIDS Conference, Durban, SA, July 2000.

195. Mulligan RA, Pogoda M, Preston-Martin S, Silver S, Anastos K, Hessol N, Cohen M, Watts H, **Levine AM**: Effect of aging on HIV progression and mortality among HIV infected women enrolled in the Women's Interagency HIV Study. 13th World AIDS Conference, Durban, SA, July 2000.

196. Tulpule A, Dezube B, Doweiko J, Espina B, Proper J, Cabriales S, **Levine AM**: A phase II trial of liposomal daunorubicin in relapsed and refractory AIDS related lymphomas. 13th World AIDS Conference, Durban, SA July 2000.

197. **Levine AM**, Tulpule A, Dharmapala D, Sherrod A, Espina BM, Sanchez MN, Gill PS: Multidrug resistance (MDR-1) expression in patients with AIDS related lymphomas. 13th World AIDS Conference, Durban, SA, July 2000.

198. Tulpule A, Africano M, Yuzon R, Sanchez MN, Cabriales S, Espina BM, Welles L, **Levine AM**: Liposomal doxorubicin (TLC-D99) in combination with cyclophosphamide, vincristein, and prednisone in the treatment of AIDS related lymphomas. 13th World AIDS Conference, Durban, SA, July 2000.

199. **Levine AM**, Tulpule A, Espina BM, Buchanan LH, Africano M, Boswell W, Welles L: Liposomal doxorubicin (TLC D-99) cyclophosphamide, oncovin and prednisone (COP) in the treatment of aggressive non-Hodgkin's lymphomas. Blood 96: 137a, 2000 (abstract 587).

200. Tulpule A, Cabriales S, Dharmapala D, Vergara S, Espina BM, Seneviratne LC, **Levine AM**, Gill PS: Low dose weekly docetaxel (taxotere) in the treatment of advanced AIDS related Kaposi's sarcoma. Blood 96: 37b, 2000 (abstract 3823).

201. Tulpule A, Dezube BJ, Doweiko JP, Espina BM, Proper JA, Africano M, Dharmapala D, Seneviratne LC, **Levine AM**:  Liposomal duanorubicin (duanoxome) 9s active in relapsed/refractory AIDS related non-Hodgkin's lymphomas.  Blood 96: 37b, 2000 (abstract 3822).

202. Rajan SK, Espina BM, **Levine AM**:  Telomerase expression in hepatitis C virus and human immunodeficiency virus related B cell non-Hodgkin's lymphoma and benign B cell proliferation states associated with HIV or HCV.  Blood 96: 336a, 2000 (abstract 1453).

203. Viera APZ, Kasahara N, Cardoso A, Pullarkat V, **Levine AM**, Stripecke R:  Third generation lentiviral vectors to boost an immune response against acute myeloid leukemia.  Blood 96; 385b, 2000 (abstract 5423).

204. **Levine AM**, Espina BM, Tulpule A, Mocharnuk RS, Bi J, Chen J, Nathwani B:  Characteristics of T cell versus B cell lymphoma among HIV infected patients.  Proc ASCO 20:294a, 2001 (abstract 1173).

205. Rajan SK, Espina BM, **Levine AM**:  Telomerase expression correlates with grade and clinical outcome in patients with non-Hodgkin's lymphoma.  Proc ASCO 20:433a, 2001 (abstract 1730).

206. Tulpule A, Espina BM, Bi J, Dharmapala D, **Levine AM**, Gill PS: Low dose cocotaxel given weekly in patients with advanced AIDS related Kaposi's sarcoma.  Proc ASCO 20:294b, 2001 (abstract 2927).

207. **Levine AM**, Sadeghi S, Espina BM, Tulpule A, Mocharnuk R, Chen J, Nathwani B: Characteristics of low grade non-Hodgkin's lymphoma in patients with infection by Human Immunodeficiency Virus, type 1.  Fifth International AIDS Malignancy Conference, Bethesda, MD April 23-25, 2001 (abstract 61).

208. Nador R, Espina BM, Tulpule A, Bi J, Chen J, Nathwani B, **Levine AM**: Gastric involvement in AIDS related non-Hodgkin's lymphomas.  Fifth International AIDS Malignancy Conference, Bethesda, MD, April 23-25, 2001 (abstract 63).

209. Tulpule A, **Levine AM**, Espina BM, Africano M, Mocharnuk R, Boswell W, Nathwani B, Welles L: Liposomal doxorubicin (TLC-99) in combination with cyclophosphamide, oncovin and prednisone in the treatment of AIDS related non-Hodgkin's lymphoma.  Fifth International AIDS Malignancy Conference, Bethesda, MD, April 23-25, 2001 (abstract 69).

210. Saag MS, **Levine AM**, Leitz GJ, Bowers PJ, for the CHAMPS Study Group:  Once-weekly Epoetin Alfa increases hemoglobin and improves quality of life in anemic HIV+ patients.  39th Meeting of IDSA, October 27, 2001, San Francisco, CA (abstract #708).

211. Ngo M, Espina BS, Mocharnuk RS, Tulpule A, **Levine AM**: Leptomeningeal (CSF) involvement in AIDS-related lymphoma.  Blood 98:128a, 2001 (abstract #540).

212. Tulpule A, Espina BM, Berman N, Buchanan LH, Boswell WD, Welles L, **Levine AM**: Liposomal doxorubicin (TLC-D99) in combination with cyclophosphamide (C), Vincristine (V), and Prednisone (P) is active in newly diagnosed aggressive non-Hodgkin's lymphoma (NHL).  Blood 98:346a, 2001 (abstract 1461).

213. **Levine AM**, Berhane K, Masri-Lavine L, Young M, Cohen M, Anastos K, Newman M, Augenbraun M, Gange S, Watts H: Impact of anemia on the survival of HIV infected women.  Blood 98:501a, 2001 (abstract 2091).

214. Giles F, Faderl S, Thomas DA, Cortes J, Jeha SS, Garcia-Manero G, **Levine AM**, Estey EH, Beran M, O'Brien S, Koller C, Andreeff M, Kantarjian H: Troxatyl[TM] plus topotecan, Ara-C, or Idarubicin in patients with refractory acute myeloid leukemia (AML), myelodysplastic syndrome (MDS), or blastic-phase chronic myeloid leukemia (CML-BP): A randomized phase I/II study.  Blood 98:594a, 2001 (abstract #2490).

215. Wilson S, Hurst D, Yuen A, Gluck L, Dayton M, Gockerman JP, **Levine AM**, Navis D, Zhou L, DiFrarncesco A, Milan S, Wolin M: IL-2 mediated NK cell expansion correlates with clinical response to Rituximab: Results of two phase I trials of the combination of IL-2 and Rituximab.  Blood 98:594a, 2001 (abstract #2525).

216. Douer D, Mohrbacher A, Watkins K, Rutledge P, Onetto N, **Levine AM**:  Treatment of newly diagnosed acute myelogenous leukemia adults younger than age 56 with liposomal daunorubicin (Daunoxome) and Ara-C.  Blood 98:211b, 2001 (abstract 4558).

217. **Levine AM**, Tulpule A, Espina BM, Berman NE, Buchanan LH, Boswell WD, Welles L:  A phase I/II trial of liposomal doxorubicin (TLC D-99, Myocet) with cyclophosphamide, vincristine and prednisone in newly diagnosed aggressive non-Hodgkin's lymphoma.  Proc ASCO 2002; 21: 284a (Abstract # 1133).

218. Tulpule A, Espina BM, Dharmapala D, Boswell WD, Welles L, **Levine AM**:  Treatment of newly diagnosed AIDS-related lymphomas with liposomal doxorubicin (TLD-D99, Myocet) combined with cyclophosphamide, vicristine and prednoside:  Results of a phase I/II trial.  Proc ASCO 2002; 21: 284a (Abstract # 1135).

219. **Levine AM**, Ervin C, Gange SJ, Anastos K, Young M, Cohen M, Newman M, Augenbraun M, Watts H:  Prevalence and correlates of neutropenia among a large cohort of HIV infected women and HIV negative women at risk: WIHS.  14th International AIDS Conference, Barcelona, July 7-12, 2002.  Abstract # MoPeC3354.

220. **Levine AM**, Tulpule A, Espina BM, Mocharnuk RS, Dharmapala D, Boswell WD, Welles L:  Liposomal doxorubicin (TLCX D-99, Myocet) in combination with cyclophosphamide, vincristine, and prednisone is an active regimen for HIV associated lymphoma.  14th International AIDS Conference, Barcelona, July 7-12, 2002.  Abstract # WePpB2091.

221. Anastos K, Barron Y, Young M, Minkoff H, Coihen M, Greenblatt R, **Levine AM**, Gange SJ:  CD4 cell count and HIV RNA as time varying predictors of AIDS morbidity and death after HAART initiation.  14th International AIDS Conference, Barcelona, July 7-12, 2002.  Abstract # ThPeB7398.

222. Hessol N, Preston-Martin S, Seaberg EC, Massad S, Melnick S, Sacks HB, Silver S, Abulafia O, **Levine AM**:  Increased incidence of cancer among participants in the Women's Interagency HIV Study.  14th International AIDS Conference, Barcelona, July 7-12, 2002.  Abstract # ThPeC7482.

223. Golda N, Seneviratne L, Espina BM, Tulpule A, Mocharnuk RS, **Levine AM**:  AIDS related non-Hodgkin's lymphoma in females.  Clinical, immunologic and pathologic characteristics.  Blood 2002: 100: 469a (abstract # 1818).

224. Mocharnuk RS, O'Connell C, Espina BM, Seneviratne L, Tulpule A, **Levine AM**:  Characteristics of rectal involvement in patients with AIDS related non-Hodgkin's lymphoma:  results of a single institution study of 381 cases.  Blood 2002: 100; 469a (abstract # 1819).

225. Lieberman RD, Tulpule A, Espina BM, Seneviratne L, **Levine AM**:  Virologic response to HAART in AIDS related lymphoma patients undergoing front-line chemotherapy.  Blood 100; 469a (Abstract # 1820).

226. **Levine AM**, Espina BM, Mohrbacher A, Buchanan LH, Berman N, Mark L, Khan AU, Tulpule A, Douer D:  Fludarabine, mitoxantrone and tiruxan:  An effective regimen for the treatment of mantle cell lymphoma.  Blood 2002; 100: 361a (Abstract # 1399).

227. **Levine AM**, Quinn DI, Gorospe G, Mohrbacher A, Weber J, Iqbal S, Tulpule A:  Phase I trial of vascular endothelial growth factor-antisense (VEGF-AS, Veglin) in relapsed and refractory malignancies.  Blood 2003; 102:123a (Abstract #418).

228. **Levine AM**, Fayad L, Tulpule A, Modiano M, Espina BM, Camboni G, Cabanillas F:  Results of a phase I/II trial with BBR-2778 (Pixantrone), Methylprednisolone, Cisplatin, and Cytosine Arabinoside (BSHAP) in Relapsed/Refractory Aggressive Non-Hodgkin's lymphoma (NHL).  Blood 2003; 102:640a (Abstract #2364).

229. Tulpule A, Khan AU, Mohrbacher A, Weitz I, Espina BM, Boswell WD, Nathwani BN, **Levine AM**: Preliminary results of a phase II trial of pegylated liposomal Doxorubicin (Doxil), Rituxan, Cyclophosphamide, Vincristine, and Prednisone (DR-COP) in aggressive B-cell non-Hodgkin's lymphoma.  Blood 2003; 102:286b (Abstract #4868).

230. Khalsa A; Karim R; Mack W; Minkoff H; Cohen M; Young M; Anastos K; Greenblatt R; Gange S; **Levine, AM**:  Hypertension in HIV infected women related to HAART: Women's Interagency HIV Study (WIHS).  11th Conference on Retroviruses and Opportunistic Infections, 2003.

231. **Levine AM**; Quinn DI; Gorospe G; Lenz HJ; Tulpule A:  Phase I trial of anti-sense oligonucleotide vascular endothelial growth factor (VEGF-AS, Veglin) in patients with relapsed and refractory malignancies.  Proc ASCO 2004; 23:197 (abstract 3008).

232. Mohrbacher A; Khan AU; Tulpule A; Espina BM; Berman N; Mark L; Douer D; Feinstein DI; **Levine AM**:  Results of a pilot trial of fludarabine, mitoxantrone and rituximab in mantle cell lymphoma.  Proc ASCO 2004: 23: 604 (abstract 6697).

233. Camboni G; Fayad L ;Tulpule A; Modiano M; Espina BM; Cabanillas F; **Levine AM**:  A phase I/II trial of BBR-2778 (pixantrone), methylprednisolone, cisplatin, and cytosine arabinoside (BSHAP) in relapsed/refractory aggressive non-Hodgkin's lymphoma.  PROC ASCO 2004; 23: 578 (abstract 6590).

234. Tulpule A; Khan AU; Mohrbacher AF; Espina BM; Buchanan L; Berman N; Gorospe G; Boswell WD; Nathwani BN; **Levine AM**:  A phase I/II trial of pegylated liposomal doxorubicin, rituximab, cyclophosphamide, vincristine, and prednisone (DR-COP) in aggressive B cell non-Hodgkin's lymphoma.  Proc ASCO 2004; 23: 602 (abstract 6688).

235. Lim ST, Karim R, Nathwani BN, Tulpule A, Espina B, **Levine AM**:  AIDS Related Small Non-Cleaved (Burkitt or Atypical Burkitt) Lymphoma Versus Diffuse Large Cell Lymphoma in the Pre- and Post-HAART Eras: Significant Differences in Survival. Blood 2004; 104; 179a, # 601.

236. Tulpule A; Dharmapala D; Burian P; Espina BM; Jayne G; George S; **Levine AM**:  Treatment of anemia with Aranesp (darbepoetin-alfa) given once every two weeks in HIV seropositive patients. Blood 2004: 104: 849a, #3108.

237. **Levine AM**, Vigen C; Gravink J; Liebman HA:  Development of prothrombotic repertoire with progressive HIV disease:  Data from the Women's Interagency HIV Study.  Blood 2004: 104: 301a, # 1057.

238. Douer D; Watkins K; Louie R; Weitz I; Mohrbacher A; **Levine AM**:  Treatment of acute myelogenous leukemia (non-APL) with intravenous trisenox (arsenic trioxide) and ascorbic acid: Preliminary results. Blood 2004: 104; 502a, #1815.

239. Pearce CL; Mack WJ; **Levine AM**; Gravink J; Cohen MH; Machtinger EL; Anastos K; Silverberg MJ; Young MA; Minkoff H; Watts DH:  Thrombocytopenia is a strong predictor of all cause and AIDS specific mortality in women with HIV:  the Women's Interagency HIV Study.  Blood 2004: 104: 569a, #2068.

240. **Levine AM**, Leitz GJ:  Efficacy of epoetin alfa, 40,000 U subcutaneously every two weeks to maintain hemoglobin levels in anemic HIV infected patients.  Proc Infectious Disease Society of America, 2004; # 923.  Boston, MA, October 1, 2004.

241. Lim ST, Karim R, Nathwani BN, Tulpule A, **Levine AM**.  Prognostic Factors in HIV-related Diffuse Large Cell Lymphoma (HIV-DLCL) in the Pre and Post-HAART (HT) Era. Proc Am Soc Clin Oncol 2005. # 6523a.

242. Mohrbacher A, **Levine AM:** Reversal of advanced renal dysfunction on bortezomib treatment in multiple myeloma patients.  Proc ASCO 2005: 23; 612s (Abstract 6714).

243. Tulpule A, Duran CA, Smith DL, Berman NE, Buchanan L, Gorospe G, Boswell W, Nathwani B, **Levine AM:** A phase II trial of pegylated liposomal doxorubicin, rituximab, cyclophosphamide, vincristine, and prednisone (DR-COP) in aggressive B cell non-Hodgkin's lymphoma.  Proc ASCO 2005: 23; 593s (Abstract 6634).

244. **Levine AM;** Tulpule A; Smith L; Espina BM; Mohrbacher AF; Feinstein DI:  Results of a pilot trial of fludarabine, mitoxantrone, and rituxan in mantle cell lymphoma.  Blood 2005; 106; 278a [abstract # 945]

245. **Levine AM;** Schwartzberg L; Smith S; Beli R; Knight R; Carlson D; Hippensteel R; Kahl B:  A phase 2 study of the thrombospondin-mimetic peptide ABT-510 in patients with refractory lymphoma.  Blood 2005; 106; 430a [abstract # 1493]

246. Tulpule A; **Levine AM;** Berman NE; Smith L; Auerbach A; Douer D:  Phase I study of noscapine for patients with non-Hodgkin's lymphoma or chronic lymphocytic leukemia refractory to chemotherapy.  Blood 2005; 106; 933a [abstract # 3341].

247. Douer D; Watkins K; Louie R; Weitz I; Mohrbacher AM; Mark L; **Levine AM:**  Treatment of non-APL acute myelogenous leukemia with intravenous arsenic trioxide plus ascorbic acid.  Blood 2005; 106: 230b [abstract # 4603].

248. Gu H, Berman N, Tulpule A, Duran C, Groshen SG, Buchanan L, Boswell W, Nathwani B, **Levine AM**:  Phase II trial of pegylated liposomal doxorubicin (PLD), rituxan, cyclophosphamide, vincristine and prednisone in aggressive B cell non-Hodgkin's lymphoma.  Proc ASCO 2008: 26: 469s. Abstract # 8563.

249. **Levine AM**, Lee J, Kaplan L, Liebe LF, Sparano JA:  Efficacy and toxicity of concurrent rituximab plus infusional EPOCH in HIV associated lymphoma:  AIDS Malignancy Consortium Trial 034.  Proc ASCO 2008; 26: 460s. Abstract # 8527.


**MISCELLANEOUS**

1. Levine, A.:  Understanding Your Illness:  Acute Granulocytic Leukemia.  A slide-tape presentation for patient education.  Completed: March, 1978.

2. Levine, A.:  Understanding Your Illness:   Lymphoma (I):    A slide-tape presentation for patient education.  Completed: June, 1982.

3.    Levine, A.:  Understanding Your Illness:  Lymphoma (II):    A slide-tape presentation for patient education.  Completed: June, 1982.

4.    Levine, A.:  Understanding Your Illness:  Chronic Leukemia:   A slide-tape presentation for patient education.  Completed: June, 1982.

5.    Levine, A.:  Understanding Your Illness:  Multiple Myeloma:    A slide-tape presentation for patient education.  Completed: June, 1982.

6.    Levine, A.:  Understanding Your Illness:  Hodgkin's Disease:  A slide-tape presentation for patient education.  Completed: June, 1982.

7.    Levine, A.:  Understanding Your Illness:  Acute Leukemia:    A slide-tape presentation for patient education.  Completed:  June, 1982.

8.    Levine AM and Whoopi Goldberg: AIDS: Everything you should know (2nd edition).  A.I.M.S. Video, 1995.

**FORMAL PRESENTATIONS**

**A.     INTERNATIONAL PRESENTATIONS:**

1.    Second International Symposium on Lymphoma "Clinical Aspects of T-Cell Lymphomas". Athens, Greece, 4/81.

2.    Second International Symposium on Lymphoma "Clinical Aspects of Immunoblastic Proliferation".  Athens, Greece, 4/81.

3.    Invited Speaker:  The Second Seminar on Difference in Lymphocytic Disease in the U.S. and Japan:  "T-Cell Immunoblastic Sarcoma".  Under the U.S.-Japan Cooperative Cancer Research Program, sponsored by the Japan Society for promotion of Sciences (JSPS) and National Cancer Institute, USA.
Seattle, Washington, D.C., 9/82.

4.    Invited as Visiting Professor, University of Toronto Medical School
--Royal Society of Medicine:  "Update on Non-Hodgkin's Lymphomas"
--University of Toronto:  "Hodgkin's Disease", 3/83.

5.    Invited Speaker:  International Symposium on Medical Virology:  "Malignant lymphoma in homosexual men:  Virologic, immunologic, and clinical aspects in 28 patients".
Anaheim, California, November 8, 1984.

6.    Invited Speaker:  International Symposium on Lymphoproliferative Disease:  Pathogenesis, Diagnosis, Therapy.
Human T-lymphoproliferative Disorders in Homosexual Men.
Los Angeles, California.  November 16-17, 1984.

7.    Wightman Visiting Professor, Toronto General Hospital:  T-cell lymphomas.  March 8, 1985.

8.    Invited speaker.  Society of Hematopathology, International Association of Pathology, March 10, 1985, Toronto, Canada.  Lymphoproliferative disorders in AIDS.

9.    Invited speaker.  American Association for the Advancement of Science.  "AIDS".  May 29, 1985.  Los Angeles, California.

10.   Invited speaker.  International Symposium on AIDS. "Lymphoproliferative Disorders in Patients at Risk for AIDS.  January 22-24, 1986, Nagasaki, Japan. Sponsored by Ministry of Education, Science and Culture, Government of Japan.

11.   Invited Keynote Speaker.   Canadian National Cancer Society.  "Human aspects of care to the cancer patient" Toronto, Canada.  May, 1987.

12.   Invited Speaker:  HIV-related lymphoma.  IVth International Conference on AIDS, June 15, 1988.  Stockholm, Sweden.

13.   Invited Speaker:  Salk-HIV immunogen:    Preliminary Results.  Pasteur Institute, Paris. November 4, 1988.

14.   Vth International Conference on AIDS.  Montreal, Canada: Therapeutic approach to management of neoplastic disease in AIDS.   June 4, 1989.

15.   Vth International Conference on AIDS, Montreal Canada: Immunization with inactivated, envelope-depleted HIV immunogen in HIV infection men with ARC:    Preliminary report of exploratory studies in progress.  June 8, 1989.

16. VI International Conference on AIDS; San Francisco, Calif, USA.  Active specific immunization in HIV seropositives.  Invited speaker.  6/22/90.

17. International Workshop:   On Cancer in developing countries.  Invited speaker.  National Cancer Institute.  Bethesda, MD,  9/6/90.

18. International Conference on Lymphoma:  Invited Keynote Speaker, National Cancer Institute, Mexico:  AIDS related Lymphoma.  2/13-14/92.

19. International Lymphoma Conference, Lugano, Switzerland, "Lymphomas in States of Immunocompromise".  Keynote address, June 10, 1993.

20. IX International AIDS Conference, Berlin, Germany.  "Salk HIV Immunogen".  June 9, 1994.

21. Carmelita Lawlor Endowed Lectureship.  University of Toronto Faculty of Medicine, Toronto, Canada.  April 21, 1994.

22. British Society of Haematology.  Keynote address.  "Lymphomas in the Setting of Immunocompromise".  Harrogate, UK, April 28, 1994.

23. National Conference on HIV/AIDS.  Buenos Aires Argentina.  Plenary address:  "AIDS Related Cancers".  September 26, 1994.

24. Invited lecture:  HIV Disease in Women.  Osaka General Hospital, Osaka, Japan, November 7, 1994.

25. National Conference on HIV/AIDS.  Sao Paolo, Brazil.  "HIV in Women".  June 7, 1995.

26. Keynote Address:  Pan Pacific Conference on Lymphoma.  Maui, Hawaii.  "AIDS related Malignancies".  July 26, 1995.

27. White House Conference on HIV and AIDS.  Chair, Research Issues.  Moderated by President Clinton, White House, Washington, D.C.  December 6, 1995.

28. Meet the Expert: AIDS-related malignancies.  XI International Conference on AIDS. Vancouver, Canada, July 8, 1996.

29. Keynote Address: AIDS-related lymphoma.  International Society of Hematology. Singapore, August 26, 1996.

30. Keynote Address: Update: HIV disease: Venezuelan Society of Hematology, Caracas, Venezuela, October 5, 1997.

31. Keynote Address: Update: AIDS-related malignancies.  Venezuelan Society of Hematology, Caracas, Venezuela, October 6, 1997.

32. Current status of HIV infection in India and USA.  Presentation to Minister of Health, New Delhi, India, October 13, 1997.

33. AIDS-related lymphoma: Future classification systems.  World Health Organization meeting on lymphomas in immunodeficiency diseases.  Airlie Conference Center, Virginia, November 4, 1997.

34. Keynote Address:  AIDS-related cancers.  14th Pacific Asian Cancer Congress, Hong Kong, China, November 17, 1997.

35. Malignant complications in HIV infected women.  Invited lecture.  XII World Conference on AIDS, Geneva, Switzerland, 7/98.

36. AIDS-related malignancies.  University of Geneva, Switzerland, 7/98.

37. Presentation on AIDS prevention efforts to: President, Russian Academy of Sciences; Vice Minister of Health, Russia; Minister of Health, Moscow, President of Moscow Duma: Moscow, Russia, 7/98.

38. Multiple presentations in Beijing, China concerning HIV/AIDS prevention issues: provided to Peking Union Medical College; Chinese Academy of Preventive Medicine; Beijing Hospital of Infectious Diseases, 8/98.

39. Multiple presentations in Beijing, China to Chinese Academy of Preventive Medicine, 11/98.

40. Update: HIV disease.  Hope International.  Hong Kong, China, 11/13/98.

41. Update: Hodgkin's Disease.  SOAD Foundation, Porto Allegra, Brazil, March 27, 1999.

42. AIDS related malignancies.  SOAD Foundation, Porto Allegra, Brazil, March 28, 1999.

43. Therapy of lymphoma.  International Lymphoma Conference, Lugano, Switzerland.  June 1, 1999.

44. AIDS related malignancies.  Puerto Rican Society of Hematology, San Juan, Puerto Rico. September 4, 1999.

45. HIV/AIDS: Update 1999.  Chinese Academy of Preventive Medicine, Beijing, China. October 12, 1999.

46. Presentation on HIV/AIDS in Los Angeles, to Counsel, Mexico.  Los Angeles, CA.  January 28, 2000.

47. Transmission and prevention of HIV infection.  Huhhot, China.  Sponsored by Chinese National Academy of Preventive Medicine.  August 31, 2000.

48. HIV disease in women. Sponsored by Chinese National Academy of Prevention Medicine, Huhhot, China.  August 31, 2000.

49. AIDS related malignancies.  Sponsored by Chinese National Academy of Preventive Medicine, Huhhot, China.  September 1, 2000.

50. COPE chemotherapy in newly diagnosed patients with aggressive non-Hodgkin's lymphoma.  European Society of Clinical Oncology, Hamburg, Germany.  October 16, 2000.

51. Advances in cancer therapy: Will any of these advances be applicable to the "Third World"? Phnom Penh, Cambodia. February 6, 2001.

52. Update in HIV/AIDS.  Phnom Penh, Cambodia.  February 7, 2001.

53. AIDS-related lymphoma.  Invited Keynote speaker.  International Conference on Lymphoma, Lugano, Switzerland, June 13, 2002.

54. Liposomal doxorubicin (TLC D-99; Myocet) in combination with cyclophosphamide, vincristine and prednisone in patients with AIDS related lymphoma.  14th International AIDS Conference, July 10, 2002, Barcelona, Spain.

55. American Medical Association Press Conference, Invited by the AMA, 14th International AIDS Conference, July 7, 2002, Barcelona, Spain.

56. Anemia in HIV infected women.  Invited speaker.  14th International AIDS Conference, July 9, 2002, Barcelona, Spain.

57. Infectious and neoplastic complications of HIV infection.  Centers for Disease Control, Chengdu, China, September 4, 2002.

58. Visiting Professor, Ministry of Health, Singapore:  September 23-October 4, 2002.

59. AIDS related lymphoma:  Cancer Center of Singapore. September 23, 2002.

60. HIV/AIDS:  Update 2002:  Hospital of Infectious Diseases, Singapore, September 24, 2002.

61. AIDS related Malignancies:  Government Hospital, Singapore, September 25, 2002.

62. Hematologic complications of HIV disease.  Cancer Center of Singapore, September 26, 2002.

63. Hodgkin's Disease, Update 2002:  Cancer Center of Singapore, September 27, 2002.

64. Update:  Aggressive lymphoma, Singapore Medical Center, Singapore, September 30, 2002.

65. Update:  Indolent lymphomas, Cancer Center of Singapore, Singapore, October 1, 2002.

66. Anemia associated with Cancer and HIV.  Shangri-La Hotel, Singapore, October 1, 2002.

67. HIV disease in women.  Singapore Medical Center, Singapore, October 2, 2002.

68. AIDS related lymphoma: Pathogenesis and therapy.  Oncology Colloquium, Society of Medical Oncology.   Las Brisas Ixtapa Hotel, Playa Vista Hermosa, Mexico.  8/29/03.

69. HIV, per se, is not a risk factor for lung cancer in women:  Data from the Women's Interagency HIV study.  Oral presentation at the IXth International Conference on AIDS malignancies and opportunistic illnesses (ICAMOI).  Sponsored by NIH/NCI.  Bethesda, Maryland.  September 26, 2005.

70. Round table discussion on Current Controversies in AIDS related lymphoma.  Invited State-of-the-Art Symposium, sponsored by NIH/NCI.  IXth International Conference on AIDS malignancies and opportunistic illnesses (ICAMOI).  Bethesda, Maryland, September 27, 2005.

71. AIDS-related lymphoma:  Asian Summit in Oncology, Singapore, April 2, 2009.

72. Update in hematologic malignancy:  Asian Summit in Oncology, Singapore, April 3, 2009.

73. Translational research:  Mazumder-Shaw Cancer Center, Bangalore, India, June 4, 2009.

74. Hematologic malignancies caused by infectious organisms.  XXXIV World Congress. International Society of Hematology.  Cancun, Mexico.  April 25-28, 2012.

B.   **NATIONAL PRESENTATIONS (note: documented through 12/95; 1997 to present)**

1.   American Society of Hematology
     "Immunoblastic Sarcoma:  A Clinical Description"
     San Diego, California: 12/77.

2.   American Federation of Clinical Research
     Co-Chairman, Session on Hematologic Malignancies.
     Carmel, California: 4/79.

3.   Response to Pneumcoccal Vaccine in Patients with Hodgkin's Disease, Lymphoma and
     Myeloma, American Society of Clinical Oncology
     Washington, DC: May 1979.

4.   New Approaches to the Evaluation of Neoplastic Lymphoproliferative Disorders, USC Post-
     Graduate Course, "Non-Hodgkin's Lymphoma".
     Hawaii: October 1979.

5.   American Society of Hematology
     "The Clinical Features of T-Cell Versus B-Cell Immunoblastic Sarcoma".
     New Orleans, Louisiana: 12/79.

6.   Kansas City Society of Internists
     Management of non-Hodgkin's Lymphoma
     Kansas City: 1/30/80.

7.   American College of Physicians
     New Orleans, Louisiana: 4/80.

8.   New Approaches to the Evaluation of Neoplastic Lymphoproliferative Disorders
     USC Post-Graduate Course.
     "Clinical Manifestations of B-Cell Lymphomas"
     "Clinical Manifestations of T-Cell Lymphomas"
     "Clinical Manifestations of Immunoblastic Proliferations"
     Hawaii: 10/80.

9.   American Society of Clinical Oncology
     "Therapeutic Response and Survival in B and T Cell Lymphomas in Relation to Tumor Cell
     Aneuploidy and Proliferative State".
     Washington, D.C.: 5/81.

10.  University of Southern California Hematopathology Unit and University of Hawaii School of
     Medicine.
     Annual Course of New Approaches to the Evaluation of Neoplastic Lymphoproliferative
     Disorders.  "Clinical Manifestations of B-Cell Lymphomas", "Clinical Manifestations of T-Cell
     Lymphomas", "Clinical Manifestations of Immunoblastic Proliferations", "Clinical Aspects of
     Hodgkin's Disease".
     Hawaii: 10/81.

11.  American Society of Hematology
     Education Session:  "Chronic Lymphoid Leukemias"
     San Antonio, Texas: 12/81.

12.  American Society of Hematology - Small non-Cleaved Follicular Cell Lymphoma:  Burkitt
     and non-Burkitt variants in the United States.
     San Antonio, Texas: 12/81.

13.   American Society of Hematology
      "Correlations between tumor cell DNA synthetic fraction and aneuploidy on clinical course
      and response to treatment in non-Hodgkin's lymphoma/leukemia".
      Washington, D.C.: 12/82.

14.   American Society Hematology
      Education Sessions:  Chronic Lymphoid Leukemia,
      Washington, D.C.: 12/82.

15.   USC Post-Graduate Course
      "Clinical Manifestations of B-Cell Lymphoma", "Clinical Manifestations of Immunoblastic
      Proliferations",     "Clinical Manifestations of T-Cell Lymphomas".
      Williamsburg, Virginia: 5/83.

16.   American Society of Clinical Oncology
      The biology of tumor growth in the non-Hodgkin's lymphoma:  A dual parameter flow
      cytometry study of 220 cases.
      San Diego, California: 5/83.

17.   American Psychologic Associational National Convention
      "Compliance with Chemotherapy in Patients with Hematologic Malignancy".
      Anaheim, California: 8/83.

18.   Cancer Day - Sacred Heart General Hospital Medical Center
      Featured Speaker:  Clinical Aspects of B-Cell Lymphomas, T-Cell Lymphomas, and
      Immunoblastic Proliferations.
      Eugene, Oregon: 10/83.

19.   USC Hematopathology Unit and University of Hawaii School of Medicine.
      Ninth Annual Course of New Approaches to the Evaluation of Neoplastic
      Lymphoproliferative Disorders.
      "Clinical Manifestations of B-Cell Lymphomas", "Clinical  Manifestations of T-Cell
      Lymphomas", and "Clinical Manifestations of Immunoblastic Proliferations".
      Hawaii: 10/83.

20.   27th Annual Clinical Conference
      University of Texas System Cancer Center
      M.D. Anderson Hospital and Tumor Institute
      New Perspective in Human Lymphomas
      "Undifferentiated Lymphomas:   Convoluted/Lymphoblastic and Small non-Cleaved"
      November 9-11, 1983.

21.   American Society of Hematology
      Education Session:  Chronic Lymphoid Leukemia
      San Francisco, California: 12/83.

22.   American Society of Hematology
      Education Session:  Non-Hodgkin's Lymphomas
      San Francisco, California: 12/83.

23.   American Society of Hematology
      Large Non-cleaved Follicular Center Cell Lymphoma:Clinical Features in 53  Patients
      San Francisco, California: 12/83.

24.     American Society of Clinical Oncology
        Phase I Trial of Monoclonal Antibody %101 in Patients with T-cell Malignancies: Preliminary
        Clinical and Pharmocokinetic Observations.  Poster session.
        Toronto, Canada: May 1984.

25.     American Society of Clinical Oncology
        Immunoglobulin Synthesis, Natural Cytotoxicity, and Interleukin Production in Homosexual
        Males with Persistent, Generalized Lymphadenopathy and AIDS.
        Toronto, Canada: May 1984.

26.     American Society of Clinical Oncology
        Clinico-pathologic Characteristics of Primary Central Nervous System Lymphoma in
        Patients with Acquired Immunodeficiency Syndrome.
        Toronto, Canada: May 1984.

27.     American Society of Clinical Oncology
        Level of Compliance and Effect of Patient Education on Compliance with Chemotherapy
        Among Patients with Hematologic Malignancy.
        Toronto, Canada: May 1984.

28.     American Federation of Clinical Research
        Reconstitution of T-cell Function in AIDS Patients by use of a Leukocyte-derived
        Endogenous Immunomodulator
        Washington, DC: May 1984.

29.     USC Hematopathology Unit and University of Hawaii School of Medicine.
        Tenth Annual Course of New Approaches to the Evaluation of Neoplastic
        Lymphoproliferative Disorders. "Clinical Manifestations of T-cell Lymphomas",
        "Clinical Aspects of B-cell Lymphomas", "Clinical Aspects of Immunoblastic Proliferations",
        "AIDS:  An Oncologists View"
        Maui, Hawaii: October 22-29, 1984.

30.     American Society of Hematology
        Chairman:  Education Session on Lymphoma:  "Management of Patients with High-Grade
        Lymphomas".
        Miami, Florida: December 2-5, 1984.

31.     American Society of Hematology
        Human T-lymphotrophic retrovirus (HTLV-III) antibody in homosexual men with persistent,
        generalized lymphadenopathy, and with malignant lymphoma"
        Miami, Florida: December 2-5, 1984.

32.     Update in Oncology:  University of California, San Diego.
        "Clinical manifestations of T-cell lymphomas"
        San Diego, California: February 19, 1985.

33.     Lymphoproliferative Disorders in Patients at Risk for AIDS.  Medical Grand Rounds:
        National Cancer Institute: July 31, 1985.

34.     American Society of Hematology
        Suramin anti-viral therapy for AIDS and AIDS-related lymphomas:  Preliminary results.
        New Orleans, Louisiana: December 1985.

35. American Society of Hematology
    Chairman:  Education Session on Lymphoma:  "Management of Patients with High-Grade Lymphomas".
    New Orleans, Louisiana: December 2-5, 1985.

36. American Society of Clinical Oncology
    Serial study of HTLV-III antibodies and peripheral blood culture in 86 health care workers, employed at a University based AIDS clinic.
    Los Angeles, California: May 6, 1986.

37. University of Nebraska Medical School
    "Lymphoproliferative disorders in patients at risk for AIDS".
    Omaha, Nebraska: May 22, 1986.

38. Creighton University School of Medicine
    "Compliance in patients with cancer"
    Omaha, Nebraska: May 22, 1986.

39. American Society of Hematology
    Natural history of persistent, generalized lymphadenopathy in gay men:  Risk of lymphoma and factors associated with development of lymphoma.
    San Francisco, California: December 1986.

40. American Society of Hematology
    Chairman, Education session on Non-Hodgkin's lymphomas.
    San Francisco, California: December, 1986.

41. Update in Oncology:  Scripps  Clinic  and  Research Institute.
    "T-cell lymphoproliferative disorders".
    San Diego, California: February 17, 1987.

42. Intrascience Research Foundation.  AIDS:    Facts and Fiction.
    Los Angeles, California: January 22, 1987.

43. American College of Physicians
    Update:  Management of Lymphoma.
    Beverly Hilton Hotel
    Beverly Hills, California: Feb 20, 1987.

44. AIDS:  Group W Radio, Live presentation
    Los Angeles, California: 3/26/87

45. American Society of Clinical Oncology
    Natural history of HIV infection among a cohort of homosexual men from Los Angeles.
    Atlanta, Georgia: May, 1987.

46. Update in Oncology:   Scripps Clinic and Research Foundation
    "Cancer associated with AIDS Update 1988: Lymphoma
    San Diego, California: February 16, 1988.

47. Cancer Symposium "Update:  Lymphoma; Update:   Hodgkin's Disease".
    Salishan Lodge
    Oregon: March 11-12, 1988.

48.   Oncology Update:  Albert Einstein School of Medicine
      "Cancers Associated with AIDS". Sheraton Grande Hotel
      New York City, NY: March 18, 1988.

49.   IVth International Conference on AIDS:  Response to HIV-immunogenic in patients with
      ARC.
      Stockholm, Sweden: June 15, 1988.

50.   American Society of Hematology
      HIV positive high or intermediate grade lymphoma:  Prognostic factors related to survival.
      New Orleans: 12/88.

51.   Update on Oncology:   Scripps Clinic and Research Foundation
      Treatment of low grade and high grade lymphomas.
      San Diego, California: February 21, 1989.

52.   Visiting Professor, University of Kansas
      Lymphoma and Cancers in AIDS.
      Kansas City, Missouri: March 30-31, 1989.

53.   American College of Physicians
      Malignant Complications of AIDS.
      San Francisco, California: April 12, 1989.

54.   Annual meeting of Quality Assurance/Utilization Review Association:  AIDS.
      Lake Tahoe: April 13, 1989.

55.   Medical Student Forum on AIDS (national).  University of Arizona
      AIDS:  Therapeutic approaches.
      Tucson, Arizona: April 16, 1989.

56.   Keynote address: Changing Face of Medical Education. Western Division of AAMC.
      Asilomar, California: April 23, 1989.

57.   Education session.   American Society of Clinical Oncology, Cancers in AIDS.
      San Francisco, California: May 2, 1989.

58.   American Society of Clinical Oncology.   Low dose chemotherapy with early CNS
      prophylaxis and Zidovudine in AIDS related lymphoma.
      San Francisco, California: May 22, 1989.

59.   Laboratory of Tumor Cell Biology, NIH/NCI:  Lymphoma in AIDS:  Etiologic mechanisms.
      Bethesda, Maryland: August 24, 1989.

60.   American Society of Hematology.   Low Dose chemotherapy with CNS prophylaxis and
      Zidovudine maintenance for AIDS related lymphoma.
      Atlanta, Georgia: December 4, 1989.

61.   Keynote Speaker:  University of Nevada Medical School:  Management of the HIV infected
      patient.
      Reno, Nevada: 9/29/89.

62.   American College of Physicians, Annual Meeting.
      Cancer in AIDS
      Chicago, Illinois: 4/24/90.

63.    American Society of Clinical Oncology.
       Meet the Professor Session
       Washington D.C.: 5/20/90.

64.    Plenary Session.  Lymphoma in AIDS.  NIAID, AIDS Clinical Trials Groups.
       Bethesda, Maryland: 7/11/90.

65.    Organizer and speaker:  AIDS-lymphoma Workshop:  National Cancer Institute, Bethesda,
       Maryland: 5/10-12/92

66.    Special Seminar:  AIDS-related malignancies.  American Association for Cancer Research
       San Diego, California: 5/22/92.

67.    Cancer Symposium:  AIDS related lymphoma.  Copley Cancer Center
       Aurora, Illinois: 4/22/92.

68.    AIDS related lymphoma.  Washington University School of Medicine
       St. Louis, Missouri: 4/16/92.

69.    American Society of Clinical Oncology:  Meet the Professor Session
       San Diego, California: 5/17 and 5/18/92.

70.    Lesbian/Gay National Conference.  AIDS.  Los Angeles Airport Hilton
       Los Angeles, California: 7/10/92.

71.    National Medical Association.  AIDS-related malignancies.  Moscone Convention Center,
       San Francisco, California;  8/5/92.

72.    Update on Internal Medicine.  USC School of Medicine.  HIV vaccines.  Kauai, Hawaii:
       8/17-8/19/92.

73.    Academy of Medicine.  Rutgers University.  Update:  HIV Infection. New Jersey:   9/16/92.

74.    University of Miami School of Medicine.  AIDS-related Malignancies. Miami, Florida:
       9/17/92.

75.    University of Tennessee.  AIDS related malignancy.  Memphis, Tennessee: 10/22/92.

76.    American Society of Clinical Oncology.  Education Program:  HIV.  New Orleans, Louisiana:
       10/30/92.

10/92 through 1/95 have been deleted.

77.    American Federation of Clinical Research:  Invited plenary address:  "AIDS-related
       Cancers".  Monterey, California: 2/10/95.

78.    International AIDS Society.  Invited Plenary, "AIDS in Women".  Los Angeles, California:
       2/11/95.

79.    National Conference on HIV in Women.  Keynote address: "AIDS related Malignancy".
       Washington, D.C.: 2/22/95.

80.    American Society of Clinical Oncology.  Chair:  Education session on AIDS related
       malignancies.  Los Angeles, California: 5/20/95.

81. Third Annual Western Regional Meeting.  UC San Diego.  Plenary speaker:  "HIV in Women".  San Diego, California: 9/22/95.

82. State of Hawaii Conference on HIV/AIDS in Women.  Keynote address:  "HIV in Women".  Honolulu, Hawaii: 9/28/95.

83. American Society of Hematology.  "Meet the Investigator".  Seattle, Washington: 12/4/95.

84. AIDS-related malignancies.  Oncology Grand Rounds, Emory University, Atlanta, Georgia: September 9, 1997.

85. Public Broadcasting System: Women's Health Issues.  Round Table Discussion, hosted by Lauren Hutton. Filmed at National Museum of Women and the Arts, Washington DC: September 10, 1997.

86. HIV disease in women.  Symposium in honor of the memory of Constance Wolfsy, M.D., UC San Francisco: September 17, 1997.

87. Update, HIV disease, 1997: National Conference of Physician Assistants, Palm Springs, California: October 24, 1997.

88. Leptomeningeal involvement in AIDS-lymphoma.  Second National AIDS malignancy Conference, Bethesda, Maryland: 4/10/98.

89. Epidemiologic factors associated with development of AIDS-lymphoma.  Second National AIDS Malignancy Conference, Bethesda, Maryland: 4/10/98.

90. Bone Marrow Involvement in AIDS-lymphoma: Clinical, immunologic and pathologic characteristics.  Am Society of Clinical Oncology, Los Angeles, California: May 18, 1998.

91. HIV disease in women. University of Miami School of Medicine: May 22, 1998.

92. Update: AIDS-related cancers. Memorial Hospital, Hollywood, Florida: May 21, 1998.

93. HIV disease in Women, 1998: National Conference of Physicians Assistants.  Salt Lake City, Utah: May 27, 1998.

94. Update: HIV Disease.  Life Foundation.  Honolulu, Hawaii: 7/29/98.

95. Treatment of Aggressive Lymphomas "Corporate Friday"
American Society of Hematology, Miami, Florida: 12/4/98
.

96. Hematologic manifestations of HIV.  Baylor University, Houston, Texas:  1/20/99.

97. Viral-associated lymphomas.  MD Anderson Cancer Center, Houston, Texas:  1/21/99.

98. Group Room, KRLA AM 1110 "Care of the Caregiver":  2/28/99.

99. AIDS-related malignancies.  American School of Oncology, Atlanta, Georgia:  10/1/99.

100. AIDS: Accomplishments and future goals.  Desert AIDS Project, Palm Springs, California: 2/13/99.

101. Hematologic complications of HIV disease.  Tulane University, New Orleans, Louisiana: 2/18/99.

74

102. Group Room, KRLA, AM 1110, "Lymphoma", Los Angeles, California:  4/18/99

103. Adherence with anti-retroviral medications.  University of California at Davis, Sacramento, California:  5/2/99.

104. HIV in women.  African American Conference on AIDS, Los Angeles, California:  8/4/99.

105. Group Room, KRLA, AM 1110, "Cancer Support", Los Angeles, California:  8/22/99.

106. AIDS related malignancies.  American School of Oncology, Atlanta, Georgia:  10/1/99.

107. Newly described entities in Non-Hodgkin's lymphoma.  Hematology Club, Houston, TX:  1/19/00.

108. Viral lymphomagenesis.  MD Anderson Cancer Center, Houston, TX:  1/20/00.

109. Hematologic manifestations of HIV infection.  Baylor University, Houston, TX:  1/20/00.

110. Group Room Radio Show:  KRLA, AM 1110, 2-4 pm. National radio call-in show, Los Angeles, California:  3/19/00.

111. Newly described entities in non-Hodgkin's lymphoma.  Cleveland Clinic, Grand Rounds, Cleveland, Ohio:  4/21/00.

112. Viral oncogenesis.  Conference: Clinical care options for HIV/AIDS.  Scottsdale, AZ:  5/6/00.

113. HIV in women.  Grand Rounds.  Medical Center of Louisiana.  New Orleans, Louisiana:  5/19/00.

114. Group Room Radio Show, KRLA, AM 1110, 2-4 pm, National radio call-in show, Los Angeles, California:  6/11/00.

115. Update: HIV in women.  New York City, NY:  7/29/00.

116. Distinguished Visiting Professorship, UC Irvine.   Irvine, California:  August 27-29, 2000.
117. Relationship between mind and body: The art of medicine.  Irvine, California:  8/28/00.

119. Grand Rounds, UCI: AIDS-related malignancies.  Irvine, California:  8/28/00.

120. Presentation on HIV vaccine work to President Bill Clinton, Oval Office, White House.  9/22/00.

121. Group Room, National radio show on cancer.  Featured guest.  10/8/00.

122. Update: Non-Hodgkin's lymphoma.  Group Room national radio show.  Broadcast from American Society of Hematology, San Francisco, California:  12/3/00.

123. Group room national radio show on cancer.  Featured guest.  2/18/01.

124. HIV in women.  University of Hawaii School of Medicine.  Honolulu, Hawaii:  3/22/01.

125. AIDS related malignancies.  University of Hawaii School of Medicine.  Honolulu, Hawiaa:  3/22/01.

126. Presentation to Secretary Tommy Thompson, Secretary DHHS, United States DHHS offices.  Washington, DC:  5/7/01.

127. Group Room Radio Show, AM 1110, "Lymphoma", Los Angeles, California: 9/30/01.

128. HIV infection. National Religious Education Conference, Catholic Church, Anaheim, California: February 16, 2002.

129. Group Room, radio talk show.  Lymphoma.  February 17, 2002.

130. Anemia associated with HIV and with cancer.  Ritz-Carleton Hotel, Miami, Florida: March 16, 2002.

131. Anemia associated with HIV:  Development of guidelines.  Regent Beverly Wilshire Hotel, Los Angeles, California: April 3, 2002.

132. AIDS related malignancies in the era of HAART.  Med Options Conference.  Ritz Carlton Hotel, Key Biscayne, Florida: April 26, 2002.

133. Anemia in HIV.  Roundtable discussion.  Doubletree Hotel, Chicago, Illinois:  June 1, 2002.

134. Group Room, radio talk show, Lymphoma.  July 28, 2002.

135. Malignant disease in HIV infected women.  NIH, Doubletree Hotel, Bethesda, Maryland: November 25, 2002.

136. Group Room, radio show.  Lymphoma.  Philadelphia, Pennsylvania:  December 7, 2002.

137. AIDS related lymphoma:  Update 2003.  Pan Pacific Lymphoma Conference.  Kona, Maui, Hawaii: 7/25/03.

138. Management of mantle cell lymphoma.  Pan Pacific Lymphoma Conference, Kona, Maui, Hawaii: 7/24/03.

139. Lymphomas associated with infectious organisms.  Sansei Restaurant, Honolulu, Hawaii: 8/5/03.

140. AIDS:  State of the Epidemic, 2003.  CBS News.  4/25/03.

141. HIV in Women, Update, 2003:  McDowell Healthcare, Phoenix, Arizona: 10/2/03.

142. AIDS-related lymphoma:  Education Session:  American Society of Hematology, San Diego, California: 12/7/03.

143. Topoisomerase inhibitors in non-Hodgkin's lymphoma.  American Society of Hematology. San Diego, California: 12/7/03.

144. Antisense oliogonucleotide against vascular endothelial growth factor (VEGF):  Phase I trial.  American Society of Hematology, San Diego, California: 12/8/03.

145. Therapeutic options in low grade lymphoma.  Challenging Cases in Oncology series. NOCR.  Four Seasons Hotel, Washington DC: 3/20/04.

146. USC Medical:  Two stories of my patients and our patient/doctor relationships.  National Television, Discovery Health Channel, 2/11/04 and 2/18/04.

147. Meet the Expert Session:  American Society of Hematology.  AIDS-related lymphoma.  San Diego, California: December 4, 2004.

148. Hematologic Manifestations of HIV.  National Heme/Onc Update.  Scripps Cancer Center: February 19, 2005.

149. Recent controversies in AIDS related lymphoma.  Invited presentation.  American Society of Clinical Oncology, Orlando, Florida:. May 15, 2005.

150. HIV is not associated with lung cancer in women.  National meeting, NIH/NIAID: WIHS/MACS, Arlington, Virginia: May 26, 2005.

151. AIDS related lymphoma.  Pan Pacific Lymphoma Conference.  Sponsored by the University of Nebraska Medical School.  Hyatt Hotel, Kauai, Hawaii:  July 14, 2005.

152. Pixantrone:  New agent with efficacy in relapsed/refractory lymphoma.  Pan Pacific Lymphoma Conference.  Sponsored by the University of Nebraska Medical School.  Hyatt Hotel, Kauai, Hawaii:  July 14, 2005.

153. AIDS related malignancies.  State-of-the-Art Symposium.  Infectious Disease Society of America, 43rd Annual meeting.  San Francisco, California:  October 6-9, 2005.

154. Evaluation, significance and therapy of anemia.  Review Course in Internal Medicine, sponsored by Keck School of Medicine, USC.  Cabo San Lucas, Mexico:  October 21, 2005.

155. AIDS related malignancies:  Paradigm for etiology of many cancers in man.  Review Course in Internal Medicine, sponsored by Keck School of Medicine, USC.  Cabo San Lucas, Mexico:  October 21, 2005.

156. Controversies in the therapy of patients with AIDS related lymphoma:  Symposium, Corporate Friday.  American Society of Hematology Annual Meeting, Georgia World Congress Center, Atlanta, Georgia:  December 9, 2005.

157. Targeted therapy in AIDS related malignancies.  Invited speaker.  Clinical Science Symposium.  American Society of Clinical Oncology, Atlanta, Georgia:  June 6, 2006.

158. AIDS related malignancies.  Kansas University Medical Center, Kansas City, Missouri: September 21, 2006.

159. AIDS-related lymphoma.  Nebraska Lymphoma Study Group.  Omaha, Nebraska: September 14, 2007.

160. Schwartz Lectureship:  Scripps ,AIDS-related malignancies, La Jolla, Calivornia:  February 8, 2007.

161. AIDS related lymphoma.  Pan Pacific Lymphoma Meeting.  Maui, Hawaii:  June 14, 2007.

162. Update:  cancer and its therapy.  Public symposium,  Skirball Center, Los Angeles, California:  Sept 16, 2007.

163. HIV in women.  Women's symposium, sponsored by City of Hope.  Las Vegas, Nevada: November 3, 2007.

164. Meet the Expert:  American Society of Hematology, Atlanta, Georgia: December 8 and 9, 2007.

165.   AIDS-related lymphoma.  Symposium on Hematologic Malignancy, sponsored by City of Hope.  Kauai, Hawaii:  January 24, 2008.

166.   AIDS-related lymphoma:  Visiting Professor, University of Chicago, March 17, 2008.

167.   AIDS-related malignancies.  Visiting Professor, University of Chicago, March 18, 2008.

168.   Diffuse large B cell lymphoma:  Update 2008.  Corporate symposium, American Society of Clinical Oncology (ASCO), Chicago, Ilinois:  May 30, 2008.

169.   Cancers in HIV infected women.  Women's symposium, sponsored by City of Hope.  Las Vegas, Nevada:  November 1, 2008.

170.   How I treat diffuse large B cell lymphoma.  In symposium:  How I treat hematologic malignancies:  Kauai, HI:  Sponsored by City of Hope.  January 29, 2009.


**C.    COMMUNITY PRESENTATIONS**

1.   St. George Society
     University of Southern California
     "Life as a Hematologic Oncologist"
     Los Angeles, California, 3/20/79

2.   Good Samaritan Hospital
     "Symposium on Non-Hodgkin's Lymphoma:  Chemotherapy of Hodgkin's Disease and Non-Hodgkin's Lymphoma".
     Los Angeles, California, 4/20/79

3.   KABC (Channel 2)
     Cancer Documentary
     Burbank, California, 6/25/79

4.   Los Angeles Society of Dermatology
     "Mycosis Fungoides"
     Los Angeles, California, 11/6/79

5.   Technical Advisor to film "Promises in the Dark", 1979

6.   Glendale Adventist Hospital
     "Approach to Hodgkin's Disease"
     Glendale, California, 2/4/80

7.   American Red Cross
     Lecture on Cancer to Community
     Los Angeles, California, 4/2/80

8.   Women's Coordinating Council
     Panel Discussion
     Los Angeles, California, 4/25/80

9.   B'nai Brith
     Award Luncheon
     Pasadena, California, 4/27/80

10. C.A.R.E.S.
    "Women in Medicine:  1980"
    Dorothy Chandler Pavilion
    Los Angeles, California, 5/1/80

11. University of California, Los Angeles
    "Biology of Cancer"
    Los Angeles, California, 5/5/80

12. Good Samaritan Hospital
    "Management of Non-Hodgkin's Lymphoma"
    Los Angeles, California, 5/21/80

13. Business and Professional Women
    Sheraton Townhouse
    Los Angeles, California, 8/14/80

14. Jewish Federation Council
    Guest Speaker
    Encino, California, 10/24/80

15. MCAP Review Course
    Los Angeles Hilton
    Los Angeles, California, 7/29/80

16. Huntington Memorial Hospital
    "Non-Hodgkin's Lymphoma"
    Pasadena, California, 7/30/80

17. Huntington Memorial Hospital
    Lecture on "Lymphoma" to Staff
    Pasadena, California, 8/11/80

18. Sportsman's Lodge
    Lecture to Staff of Riverside Hospital
    Encino, California, 9/8/80

19. Loma Linda Community Hospital
    Grand Rounds "Non-Hodgkin's Lymphoma"
    Loma Linda, California, 11/5/80

20. Desert Hospital
    "Non-Hodgkin's Lymphoma"
    Palm Springs, California, 12/8/80

21. Tarzana Medical Center
    Grand Rounds, "Acute and Chronic Leukemias"
    Encino, California, 12/19/80

22. CBS (Channel 2)
    Cancer Documentary, 6/81

23. Monterey Hospital
    "Approach to Common Hematologic Problems"
    Monterey, California, 7/23/81

24. KTLA (Channel 5)
    "Leave it to the Women", 8/81

25. Kaiser Hospital, Panorama City
    Grand Rounds, "Acute and Chronic Leukemias"
    Panorama City, California, 9/18/81

26. Tarzana Medical Center
    Grand Rounds--"Chronic Lymphoid Leukemias"
    Encino, California, 9/25/81

27. Valley Presbyterian Hospital
    Grand Rounds, "Clinical Significance of Newer Lymphomas Classification"
    Van Nuys, California, 9/28/81

28. University of California, Los Angeles
    Grand Rounds, Department of Internal Medicine
    Los Angeles, California, 11/12/81

29. Multi-Interest Day
    Guest Speaker, "Life as a Physician"
    Adat Ari El Temple
    North Hollywood, California, 1/13/82

30. Town and Gown Alumni Association
    University of Southern California
    Guest Speaker
    Los Angeles, California, 1/20/82

31. Camp Pendleton
    Visiting Professor
    "Lymphoproliferative Disorder"
    Oceanside, California, 2/11/82

32. Holy Cross Hospital
    Medical Grand Rounds
    "Chronic Lymphoid Leukemias"
    Mission Hills, California, 3/12/82

33. St. Joseph's Hospital
    Medical Grand Rounds, "Treatment of Non-Hodgkin's Lymphoma"
    Burbank, California, 3/18/82

34. Doheny Eye Foundation
    University of Southern California
    "Orbital Lymphomas"
    Los Angeles, California, 4/2/82

35. California Hospital Medical Center
    Medical Grand Rounds
    "Clinical Significance L-C System"
    Los Angeles, California, 7/30/82

36. LAC-USC Medical Center
    "Diffuse Histiocytic Lymphoma Revisited, 1982"
    7/82

37.   Harbor General Hospital
      Medical Grand Rounds
      "Non-Hodgkin's Lymphoma"
      Torrance, California, 8/3/82

38.   Good Samaritan Hospital
      Lecture to Tumor Registrars
      Los Angeles, California, 11/22/82

39.   UCLA Medical Center
      Hematology/Oncology Grand Rounds
      "Diffuse Histiocytic Lymphoma"
      Los Angeles, California, 1/83

40.   Trojan Guild
      University of Southern California
      Guest Speaker
      Los Angeles, California, 2/3/83

41.   Memorial Hospital Medical Center,
      --"Acquired Immune Deficiency Syndrome"
      --"Update:  Non-Hodgkin's Lymphoma"
      Long Beach, California, 3/83

42.   Peninsula Hospital Medical Center
      -- "Hodgkin's Disease"
      Palos Verdes, California, 3/83

43.   LAC-USC Medical Center
      Internal Medicine Grand Rounds
      "AIDS Syndrome"
      3/16/83

44.   LAC-USC Medical Center
      Internal Medicine Grand Rounds
      "T-Cell Immunoblastic Sarcoma"
      3/30/83

45.   KHJ-TV:  Mid-Morning LA
      "AIDS Syndrome"
      5/13/83

46.   Pacific Hospital
      "AIDS Syndrome"
      Long Beach, California, 8/8/83

47.   LAC-USC Medical Center
      Surgery Grand Rounds: "AIDS and Related Disorders"
      8/19/83

48.   Huntington Memorial Hospital
      Medical Grand Rounds
      "Hairy Cell Leukemia"
      Pasadena, California, 9/1/83

49.   Glendale Memorial Hospital
      "An Oncologist's View of AIDS"
      Glendale, California, 9/12/83

50.   Medicine Service:  VA Hospital, Wadsworth
      AIDS
      Los Angeles, California, 9/30/83

51.   ARCS Scholarship Group
      Lecture on Compliance with Therapy
      Beverly Hills, California, 10/3/83

52.   Granada Hills Community Hospital
      Quarterly Staff Meeting
      AIDS
      Granada Hills, California, 10/4/83

53.   Santa Barbara Society of Internal Medicine
      Monthly Education Meeting
      AIDS:  An Oncologist's View
      Miramar Hotel, Santa Barbara, 1/12/84

54.   Huntington Memorial Hospital
      Medical Grand Rounds: "B-cell Lymphoma in Homosexual Men"
      Pasadena, California, 4/26/84

55.   Women's Hispanic Council
      Formal Presentation Delivered
      4/30/84

56.   LAC-USC Medical Center
      Surgery Grand Rounds
      "Non-Hodgkins Lymphoma"
      5/15/84

57.   Cancer Management Network, USC Cancer Center
      Fum Lum Restaurant
      Non-Hodgkin's Lymphomas
      Universal City, California, 5/15/84

58.   Martin Luther King, Jr. Hospital
      Medical Grand Rounds
      "AIDS: An Oncologist's Perspective"
      Los Angeles, California, 6/26/84

59.   California College of Acupuncture
      "Biology of Cancer"
      Los Angeles, California, 9/29/84

60.   Rancho Encino Hospital
      "Malignant Lymphoma in Homosexual Men"
      Encino, California, 11/7/84

61. Cancer Management Network Annual Conference
    Pasadena Hilton
    "Compliance with Chemotherapy"
    Pasadena, California, 4/24/85

62. St. Joseph's Hospital Medical Center
    "Lymphoproliferative disorders in patients at risk for AIDS"
    Burbank, California, 5/14/85

63. Queen of the Valley Hospital
    "AIDS"
    Montebello, California, 5/21/85

64. Symposium for Community Affiliates,
    USC School of Medicine
    "Lymphoproliferative disorders in AIDS"
    7/19/85

65. Wilcox Memorial Hospital
    "AIDS"
    Lihue, Kauai, Hawaii, 7/5/85

66. Huntington Memorial Hospital
    "AIDS: An oncologist's view"
    Pasadena, California, 7/26/85

67. Encino Community Hospital
    "Lymphoproliferative Disorders in AIDS"
    Encino, California, 1/6/86

68. California Medical Association,
    Annual Scientific Meeting
    "AIDS"
    Los Angeles, California, 3/31/86

69. Pacific Hospital
    "AIDS"
    Long Beach, California, 4/10/86

70. Presbyterian Intercommunity Hospital
    "The Art of Nursing"
    West Covina, California, 5/9/86

71. Centinela Hospital
    "Cancers associated with AIDS"
    Los Angeles, California, 6/3/86

72. Glendale Memorial Hospital
    "Lymphomas in AIDS"
    Glendale, California, 6/23/86

73. Ventura County Medical Center
    "Lymphoma"
    Ventura, California, 9/11/86

74.   AIDS in the Hispanic Community
      Sponsor:  Visiting Nurse Association
      9/18/86

75.   Southern California Council of Rabbis
      AIDS:  Facts and Fiction
      Los Angeles, California, 1/20/87

76.   AIDS:  Facts and Fiction
      Mental Health Symposium:  AIDS Project Los Angeles
      Queen Mary
      Long Beach, California, 2/21/87

77.   AIDS:  Facts and Fiction
      Los Angeles County Medical Association, Auxiliary
      Pasadena, California, 2/23/87

78.   Two on the Town:  CBS-TV:  AIDS in the Heterosexual community
      3/4/87

79.   Physician's Journal Update:  Lifetime Cable Network
      AIDS
      3/8/87

80.   AIDS:  Good Samaritan
      Hospital Auxiliary
      Los Angeles, California, 3/9/87

81.   AIDS:  Facts and Fiction
      Marbourgh School for Girls
      Los Angeles, California, 3/12/87

82.   Riverside County General Hospital
      "Malignancies in AIDS"
      Riverside, California, 3/17/87

83.   Mt Sinai Hospital
      "T-cell lymphomas"
      Toronto, Canada, 4/2/87

84.   California Hospital Medical Center
      "AIDS"
      Los Angeles, California, 4/17/87

85.   Physicians Journal Update
      Lifetime Cable Television
      "ARC"
      4/30/87

86.   Hour Magazine
      Fox Television Studios
      AIDS-related conditions
      6/4/87

87. El Centro Human Services, Corp.
    AIDS:  Facts and Fiction
    Los Angeles, California, 8/20/87

88. Hughes Corporation, Management
    AIDS:  Facts and Fiction
    9/10/87

89. Visiting Nurses Association
    Video presentation:  AIDS
    Los Angeles, California, 10/5/87

90. A.I.M.S. Productions
    Video:  AIDS:  Everything You Should Know
    AM Levine, MD and Whoopi Goldberg
    For national distribution to school districts, etc
    October, 1987

91. National Charity League, 30th anniversary
    Keynote speaker
    Rolling Hills Estates, California, 11/4/87

92. Physicians Journal Update
    Lifetime Cable T.V.
    "AIDS"
    3/8/87

93. Daniel Freeman Medical Center
    "AIDS"
    Los Angeles, California, 5/7/87

94. Kauai Medical Group
    Continuing Medical Education Series
    New approaches to Dermatology
    "AIDS"
    Lihue, Hawaii, 8/29/87

95. South Coast Medical Center
    "Lymphoproliferative disorders in AIDS"
    Laguna Beach, California, 9/15/87

96. City of Hope National Medical Center
    "Ethical Issues related to AIDS"
    Duarte, California, 9/15/87

97. LAC-USC Medical Center
    Medical Grand Rounds
    "Natural history of HIV infection"
    S9/30/87

98. Sherman Oaks Community Hospital and Medical Center
    "Cancers in AIDS"
    Sherman Oaks, California, 10/8/87

99.  UCLA Extension
     "Interferon in hematologic malignancies"
     Los Angeles, California, 11/7/87

100. University of Chicago
     "Interferon in AIDS-KS"
     Chicago, Illinois, 11/11/87

101. Alumni Day
     USC School of Dentistry
     Sheraton Grande Hotel
     "AIDS"
     Los Angeles, California, 11/20/87

102. Los Angeles Radiological Society
     Century Plaza Hotel
     "AIDS"
     Los Angeles, California, 1/30/88

103. Oncology Video Journal (PBS)
     HIV Infection
     3/8/88

104. Physician's Journal Update
     Lifetime TV (Cable)
     Management of pain in cancer patients
     Channel 28 (PBS)
     3/20/88

105. Physicians Journal Update
     Lifetime TV (Cable)
     Compliance with chemotherapy
     Channel 28 (PBS)
     3/20/88

106. Clinical Oncology Conference
     "Lymphoma"
     Marina del Rey, California, 3/25/88

107. Physicians Journal Update
     Lifetime TV (Cable)
     HIV Infection
     Channel 28 (PBS)
     3/27/88

108. MD Anderson Hospital
     "Cancers Associated with AIDS"
     Houston, Texas, 4/20/88

109. American Association of Public Administrators
     Metropolitan LA
     AIDS
     LaCuminiere
     Los Angeles, California, 4/21/88

110.   City of Hope National Medical Center
       "AIDS:  Cause and Transmission"
       Duarte, California, 4/22/88

111.   Museum of Science and Industry
       Teen/AIDS Awareness Day; Keynote Speaker
       500 High School students from LA
       "AIDS: Facts and Fiction"
       4/28/88

112.   Kaiser Bellflower
       "AIDS"
       Bellflower, California, 5/4/88

113.   Radio WHYY Philadelphia
       1 hour interview:  AIDS
       5/12/88

114.   Radio WDVT Talk-900
       Carol Saline Show
       1 hour interview:  AIDS
       Philadelphia, Pennsylvania, 5/13/88

115.   California Emergency Physicians
       "AIDS"
       Rancho Bernardo, California, 6/30/88

116.   Channel 13:  KTTV
       Lifeline
       AIDS in the Heterosexual Community
       6/15/88

117.   California Museum of Science and Industry
       Advisor:  AIDS Exhibit
       June, 1988

118.   South Coast Hospital
       "AIDS"
       Laguna Beach, California, 7/26/88

119.   LAC-USC Medical Center
       Medical Grand Rounds
       Natural History of HIV Infection
       8/10/88

120.   Hot Spots in Dermatology
       "AIDS"
       Molokai, Hawaii, 8/22/88

121.   St. Judes Hospital
       "AIDS"
       Orange, California, 9/20/88

122.   University of Hawaii
       "Clinical Aspects of Lymphoma"
       October, 1988

123. AIDS Interview
     ABC-TV
     11/24/88

124. Society of Graduate Medical Internists
     "Compliance" and "Update 1988:  Lymphoma"
     Los Angeles,California, 12/2/88

125. Medical Grand Rounds
     UCLA:  Harbor
     "Cancers Associated with HIV"
     Los Angeles, California, 12/20/88

126. GU Symposium
     Good Samaritan Hospital
     "AIDS"
     Los Angeles, California, 1/19/89

127. Lyman Brewer Surgical Society
     "Lyman Brewer As I Knew Him"
     Los Angeles, California, 1/28/89

128. Orange County Association of Oncology
     "Malignancies Associated with AIDS"
     3/2/89

129. California Medical Association
     "Natural History of HIV Infection"
     Anaheim, California, 3/3/89

130. South Gate High School
     AIDS
     3/4/89

131. Centinela Hospital
     "Cancers in AIDS"
     Los Angeles, California, 4/4/89

132. UCLA Grand Rounds
     "Compliance in patients with malignant disease"
     Los Angeles, California, 4/5/89

133. ICN
     "Cancer In AIDS"
     Pasadena, California, 4/6/89

134. City of Hope National Medical Center
     "AIDS"
     Duarte, California, 9/1/89

135. Riverside County General Hospital
     "Management of the HIV infection patient"
     Riverside, California, 9/14/89

136. University of Southern California, University Park
"AIDS"
Los Angeles, California, 9/13/89

137. UCLA Grand Rounds
"Malignancies associated with HIV"
Los Angeles, California, 10/4/89

138. Annual Course on Lymphoproliferative Malignancy
Lectures: B cell lymphomas/T-cell lymphomas/Malignancies associated with HIV
infection/Therapy of lymphoproliferative disease/Hodgkin's Disease
Maui, Hawaii, October 16 – 20, 1989

139. USC School of Pharmacy
"AIDS: The Facts"
Los Angeles, California, 11/13/89

140. US Naval Hospital
"Malignancies in HIV infection"
San Diego, California, 11/16/89

141. USC School of Medicine
Orthopedic Grand Rounds
"AIDS"
1/13/90

142. National Meeting:  Metropolitan Church
Role of the clergy in the AIDS epidemic
Keynote speaker
Houston, Texas, 1/19/90

143. National Teleconferences:
"AIDS-related Kaposi's sarcoma"
2/20/90; 4/2/90; 4/16/90; 5/17/90; 5/30/90; 9/13/90;9/27/90

144. Temple Adat Ari-El.
AIDS.  The Facts
Morning lecture and discussion groups with congregation and children
Burbank, California, 3/25/90

145. Medical Grand Rounds.
Ventura County Hospital
"Lymphoma:  Update 1990"
Ventura, California, 3/29/90

146. Sisterhood.  Adat Ari-El
AIDS
Valley Village, California, 4/4/90

147. Daniel Freeman Hospital,
"AIDS"
Torrance, California, 4/17/90

148. AIDS Project Los Angeles
     Lecture to volunteer staff
     Update on Therapies for HIV
     4/18/90

149. California Association of Quality Assurance Professionals
     Keynote Address
     Statewide Annual Meeting
     Anaheim, California, 4/19/90

150. Southern California Psychiatric Association
     Keynote Address
     "AIDS"
     Santa Monica, California, 4/21/90

151. Pomona Valley Hospital
     "AIDS"
     Pomona, California, 7/31/90

152. Torrance Hospital Medical Center
     "Lymphoma"
     Torrance, California, 8/8/90

153. Home Care Nursing Association
     "AIDS:  Update 1990"
     Palm Springs, California, 9/13/90

154. City of Hope National Medical Center
     "AIDS:  Update 1990"
     Duarte, California, 9/14/90

155. AIDS:  Overview, Malignancies, psychosocial aspects.
     State of Alaska sponsored symposium
     Anchorage, Alaska, 1/24-1/26/91

156. AIDS:  New Therapies
     Centinela Hospital
     Los Angeles, California, 2/22/91

157. AIDS:  Current status of vaccine development
     UCLA Symposium
     Los Angeles, California, 3/23/91

158. AIDS:  Issues in Transmission
     California Medical Association, District 4.
     Glendale, California, 4/15/91

159. Living Today
     Jane Pauley, Host
     NBC TV - 4/22/91

160. HIV-related Lymphoma
     LAC-USC Medical Center
     Medical Grand Rounds
     5/8/91

161. Acute and Chronic Leukemia
Martin Luther King Hospital
Medical Grand Rounds
Los Angeles, California, 5/29/91

162. Being Alive
Medical Update: HIV, delivered to general community audience and televised on cable
6/3/91

163. Hematopoietic Growth Factors
St. Vincent's Medical Center
Los Angeles, California, 6/10/91

164. AIDS Vision
Cable TV
Update: HIV
6/21/91

165. NcNeil-Leher Report
Channel 28 (Public TV)
HIV Vaccine
6/24/91

166. HIV-related Malignancy
Hematology Grand Rounds
LAC/USC Medical Center
7/5/91

167. Women in AIDS
Channel 9, KTTV
Five day series
July 15-19, 1991

168. Keynote Speaker
National Conference: Metropolitan Church of Christ
Phoenix, Arizona, 7/18/91

169. AIDS Project Los Angeles
News briefing
1/9/92

170. AIDS Interfaith Council
AIDS
Los Angeles, California, 1/9/92

171. Las Floristas
AIDS
1/15/92

172. University of Pennsylvania
AIDS Related Cancers
Philadelphia, Pennsylvania, 1/23/92

173. Baylor University School of Medicine
Update in Oncology
AIDS Related malignancies
Snowmass, Colorado, 1/30/92

174. Claremont College
Lecture Series
AIDS:  Facts and Fiction
2/6/92

175. Tom Likus Show
KFI Radio
AIDS
2/27/92

176. Home Care Nursing
AIDS:  Update 1992
Anaheim, California, 2/27/92

177. Centinella Hospital Medical Center
Ramada Renaissance Hotel
HIV: Therapeutic aspects
Los Angeles, California, 2/28/92

178. Life and Times
Featured piece
KCET, Channel 28 TV
4/20/92

179. MUSES
Support group for California Museum of
Science and Industry
Keynote Speaker
4/30/92

180. Critical Care America
AIDS Vaccines:  Current status and future prospects
Phoenix, Arizona, 5/3/92

181. Encino Hospital
HIV:  Update 1992
Encino, California, 5/4/92

182. UCLA-Harbor General Hospital
Medical Grand Rounds
HIV-related Cancers
7/7/92

183. Laguna Beach Community Hospital
Update:  HIV Infection, 1992
Laguna Beach, California, 8/4/92

184. Infectious Disease Society of Los Angeles
HIV Vaccines
Marina del Rey, California, 9/19/92

185. University of Arizona, Phoenix
     Lymphoma:  Update 1992
     10/9/92

186. Napa Symposium on Lymphoma
     AIDS-related Lymphoma
     Use of BMT in Low Grade Lymphoma
     Napa Valley, California, 10/10/92

187. Science Writers News Conference
     AMA
     Marina Del Rey, California, 10/13/92

188. Naval Hospital
     Medical Grand Rounds:  Lymphoma
     San Diego, California, 10/14/92

189. Scripps Clinic
     T cell Lymphomas
     La Jolla, California, 10/15/92

190. Francisco Bravo Magnet High School
     AIDS
     Los Angeles, California, 10/20/92

191. Los Angeles Unified School District
     Update: HIV Infection
     Los Angeles, California, 10/27/92

192. Adat Ari-El Temple
     Breast Cancer
     Burbank, California, 11/11/92

193. City of Los Angeles Commission on Women
     HIV in Women
     Hilton Hotel
     Downtown Los Angeles, 11/14/92

194. Huntington Hospital
     Medical Grand Rounds:  HIV Vaccine
     Pasadena, California, 11/19/92

195. Midway Hospital
     AIDS-Lymphoma
     Los Angeles, California, 1/20/93

196. Coney Island Hospital, NYC, UNY
     Medical Grand Rounds
     AIDS related Lymphoma
     New York City, New York, 1/21/93

197. Roswell Park Cancer Institute
     AIDS Related Malignancy
     Buffalo, New York, 1/22/93

198. Glendale Memorial Hospital
HIV in Women
Glendale, California, 2/8/93

199. Kaiser Sunset
AIDS-Malignancy
Los Angeles, California, 2/18/93

200. Cedars Medical Center
T-cell Lymphoma
AIDS Related Lymphoma
Miami, Florida,    3/4 and 3/5/93

NOTE:  Discontinued these listings in 3/93 to 1999

201. South Coast Hospital
AIDS Update
Laguna Beach, California, 1/5/99

202. Cancer and Genetic Counseling
Symposium on Cancer and the Jewish Family
Skirball Center
Los Angeles, California, 1/9/99

203. St. Vincent's Medical Center
Lymphoma: Update 1999
Los Angeles, California, 2/3/99

204. Chiron Corporation
AIDS Related Lymphoma
Oakland, California, 2/9/99

205. Phillips Graduate Institute
HIV in Women
Sherman Oaks, California, 2/20/99

206. Phillips Graduate Institute
Adherence with Anti-Retroviral Medications
Sherman Oaks, California, 2/20/99

207. Phillips Graduate Institute
AIDS Related Cancers
Sherman Oaks, California, 2/20/99

208. Presenter: Ribbon of Hope Awards
Television Arts and Sciences
Los Angeles, California, 3/13/99

209. Verdugo Hills Hospital
Cancer: What's it all about?
Glendale, California, 3/18/99

210. AIDS: Update 1999
Santa Barbara, California, 4/21/99

211. California Institute of Technology
The Art of Medicine
Pasadena, California, 4/22/99

212. Ventura County Hematology Roundtable
AIDS Related Cancers
Oxnard, California, 4/27/99

213. Los Angeles Board of Supervisors
HIV in Women
Los Angeles, California, 5/19/99

214. AIDS
Lecture to High School students
Los Angeles, California, 7/29/99

215. Kaiser, Harbor City
HIV in Women
Long Beach, California, 10/27/99

216. La Canada High School
HIV/AIDS
La Canada, California, 11/18/99

217. Skirball Center
Cancer Genetics for the Jewish Family
Los Angeles, California, 12/9/99

218. Care of the Terminally Ill Person
Hebrew Union College
Los Angeles, California, 2/3/2000

219. Hebrew Union College (Rabbinical students)
Spiritual aspects of patient care
Los Angeles, California, 2/3/00

220. Trojan League
The art of medicine
San Diego, California, 2/9/00

221. Medical Update Session to Community: HIV/AIDS
Women's Interagency HIV Study
Los Angeles, California, 3/6/00

222. Vantage Productions, PBS filming
HIV/AIDS: State of the epidemic
Los Angeles, California, 3/9/00

223. Stop Cancer Executive Committee
New Advances in Cancer Therapy
Beverley Hills, California, 6/5/00

224. HIV/AIDS: Update 2000
HEPP Program for gifted minority high school students
USC campus
7/27/00

225. Community wide medical update: HIV in Women
Los Angeles, California, 8/7/00

226. Hematologic aspects of HIV infection
Amgen Corporation
Los Angeles, California, 8/17/00

227. Relationship Between Mind and Body: The Art of Medicine
Board of Directors
University of California-Irvine Cancer Center
Irvine, California, 8/27/00

228. AIDS-Related Malignancies
Grand Rounds, University of California
Irvine, California, 8/28/00

229. Hematologic aspects of HIV disease
Rose Restaurant
Irvine, California, 8/28/00

230. Newly described entities in non-Hodgkin's lymphoma
Fountain Valley Regional Cancer Center
Costa Mesa, California, 9/9/2000

231. Update: AIDS related malignancies
Intercity HIV/AIDS rounds
Hollywood Roosevelt Hotel
Hollywood, California, 9/15/2000

232. The ethics of human research
Faculty of University of Southern California
Davidson Conference Center
9/23/00

233. The Art of Medicine
Norris Auxiliary
9/27/00

234. Kaiser Symposium
HIV and pregnancy
Westin Plaza Hotel
Costa Mesa, California, 10/20/00

235. The Art of Medicine.  Breast Health Day
University of Southern California, Ritz Carlton Hotel
Pasadena, California, 10/21/00

236. The Art of Medicine, Keynote speaker
Wellness Community, Foothills
Ritz Carlton Hotel
Pasadena, California, 11/1/00

237. Anemia and HIV disease
Jeffrey Goodman Clinic
Los Angeles, California, 11/3/00

238. Update: Therapy of non-Hodgkin's lymphoma
Chop House
Pasadena, California, 11/16/00

239. Hematologic aspects of HIV disease
White Memorial Hospital Grand Rounds
Olive View Medical Center
Los Angeles, California, 11/17/00

240. HIV/AIDS: Community lecture series
Hyde Park Elementary School
South Central Los Angeles, California, 11/18/00

241. Overview and update: Non-Hodgkin's lymphoma
Whittier Presbyterian Community Hospital
Whittier, California, 11/21/00

242. HIV in women
Torrance Memorial Hospital
Torrance, California, 3/9/01

243. HIV in Women
University of Hawaii, School of Medicine
Honolulu, Hawaii, 3/21/01

244. AIDS Related Malignancies
University of Hawaii, School of Medicine
Honolulu, Hawaii, 3/22/01

245. Community Lecture Series
USC/University Hospital: What is cancer, and what's new in our ability to treat it?
Doheny Hospital, USC Campus
Los Angeles, California, 5/3/01

246. Update: HIV in Women.  Keynote address
Prototypes, Marina Beach Marriott Hotel
Marina Del Rey, California, 5/17/01

247. Infectious Etiology of Malignant Disease.  Society of Medical Internists
USC School of Medicine
Los Angeles, California, 5/18/01

248. Update: HIV disease.  Association of Prevention/Infection Consortia
Good Samaritan Hospital
Los Angeles, California, 5/22/01

249. Community lecture series: Medical Update: HIV in Women
AIDS Healthcare Foundation
Los Angeles, California, 5/22/01

250. The Art of Medicine
Trojan Leagues
Descanso Gardens
La Canada, California, 5/24/01

251.  Invited speaker: Clinical years of Medical School
      San Antonio Winery, Invited by Year II Class
      USC School of Medicine
      Los Angeles, California, 5/25/01

252.  Monoclonal antibody therapy for non-Hodgkin's lymphoma
      Annual Kaiser Symposium
      Anaheim Hilton Hotel
      Anaheim, California, 6/8/01

253.  Healing: The Importance of Hope
      Camp Shalom, Jewish Family Services
      Malibu, California, 6/10/01

254.  Update HPV related cancers
      Pinot Hollywood
      Hollywood, California, 6/14/01

255.  HIV Infection
      Francisco Bravo High School
      Los Angeles, California, 7/24/01

256.  HIV/AIDS
      St. Brigid Church
      South Central Los Angeles, California, 7/28/01

257.  Update:  Hodgkin's Lymphoma
      Annual Review of Internal Medicine, Keck School of Medicine
      Maui, Hawaii, 8/13/01

258.  HIV Disease in Women
      Annual Review of Ob/Gyn, Keck School of Medicine
      Maui, Hawaii, 8/14/01

259.  Infectious Etiology of Non-Hodgkin's Lymphoma
      Hawaii Cancer Research Center, University of Hawaii
      Honolulu, Hawaii, 8/21/01

260.  HIV/AIDS
      Community Advisory Meeting, Keck School of Medicine
      Los Angeles, California, 9/28/01

261.  HIV in Women
      Women's Link
      Los Angeles, California, 10/2/01

262.  AIDS-Related Cancers
      LA Physicians AIDS Forum
      Hollywood, California, 10/4/01

263.  HIV in Women
      Special Community Lecture, Ortho Biotech
      San Francisco, California, 10/18/01

264. HIV in Women
Grand Rounds, South Coast Hospital
Laguna Beach, California, 10/30/01

265. HIV in Women
OB/Gyn Grand Rounds, LAC/USC Medical Center
Los Angeles, California, 11/30/01

266. Management of High Grade Lymphoma
American Society of Hematology
Orlando, Florida, 12/7/01

267. Management of Non-Hodgkin's Lymphoma in the Elderly
Grand Rounds, Glendale Adventist Hospital
Glendale, California, 12/12/01

268. Anemia in HIV Infection:  Incidence and Significance
ICAAC National Meeting
Chicago, Illinois, 12/16/01

269. Ethics of Medical Care
Hebrew Union College
Los Angeles, California, 2/4/02

270. Ethics of Human Research
Hebrew Union College
Los Angeles, California, 2/4/02

271. HIV/AIDS: Update 2002
Skirball Community Health Conference
Los Angeles, California, 2/23/02

272. Consequences of Anemia in HIV Infected Persons
ICAAC National Meeting
Chicago, Illinois, 3/16/02

273. Therapy of High Grade Lymphoma
Southern California Society of Oncology
Los Angeles, California, 3/21/02

274. Consequences and Management of Anemia in Patients with Cancer and with HIV/AIDS
Advisory Board Meeting, Ortho Biotech
Los Angeles, California, 4/3/02

275. Medical Update: HIV/AIDS in Women
Community presentation, Women's Interagency HIV Study
Los Angeles, California, 4/15/02

276. Malignancies Associated with HIV/AIDS
Clinical Care Options in HIV Disease
Key Biscayne, Florida,    4/26/02

277. The Art of Medicine
Cares Annual Awards Luncheon, LAC/USC Medical Center
Pasadena, California, 5/2/02

278.  Carotid Intimal Thickening in HIV Infected Women
      Executive Committee Meeting, Women's Interagency HIV Study
      Bethesda, Maryland, 5/6/02

279.  Hope and Healing
      Sherman Oaks Community Hospital Grand Rounds
      Sherman Oaks, California, 5/30/02

280.  Consequences and Therapy of Anemia in Patients with HIV and Cancer
      Ortho Biotech, Advisory Board
      Chicago, Illinois, 6/1/02

281.  Hodgkin's Disease
      Hoag Cancer Center Grand Rounds
      Newport Beach, California, 6/20/02

282.  Highlights from American Society of Clinical Oncology:  2002
      Cancer Care Associates
      Torrance, California, 6/27/02

283.  Update:  HIV in Women
      Women's Link
      Inglewood, California, 7/30/02

284.  Keynote Speech – 9/11/02 Remembering….
      Mayer Auditorium, HSC
      9/11/02

285.  Cancer Research at USC
      Stop Cancer
      Peninsula Hotel
      Beverly Hills, California, 11/12/02

286.  Survivor Group:  USC/Norris Hospital
      Hope and Healing
      11/19/02

287.  HIV in women
      Grand Rounds, OB/Gyn
      LAC/USC Medical Center
      12/20/02

288.  Healthcare Crisis in America
      Stephen Wise Temple
      Los Angeles, California, 1/19/03

289.  Hope and Healing
      Joint Hadassah and Jewish Federation Education Day
      Palm Springs, California, 2/2/03

290.  Hope and Healing
      Valley Beth Shalom Temple
      Encino, California, 2/27/03

291. HIV/AIDS:  Update 2003: HEPP Program
     USC undergraduates
     Pardee Tower, USC
     Los Angeles, California, 7/7/03

292. Lymphoma Secondary to Infectious Organisms
     Medical Grand Rounds
     St Josephs' Hospital
     Burbank, California, 9/18/03

293. HIV in Women
     Working Wonders
     Palm Springs, California, 8/24/03

294. Aggressive lymphoma:  Update in Treatment Options, 2003
     Arnie Mortons of Chicago
     Beverly Hills, California, 9/25/03

295. Medical Update:  HIV in Women
     AIDS Healthcare Foundation
     Hollywood, California, 10/2/03

296. Evaluation and Therapy of Anemia
     Symposium for PA's and NP's
     Equestrian Center
     Burbank, California, 11/8/03

297. Hope and Healing
     Temple Beth Am
     Burbank, California, 11/23/03

298. HIV/AIDS: Update, 2003
     Medical Grand Rounds
     Holy Cross Hospital
     Mission Hills, California, 11/25/03

299. Leadership:  Personal Experiences.
     Graduate course, Medical Education, USC School of Medicine
     Hilton Hotel
     Los Angeles, California, 12/13/03

300. HIV/AIDS:  International Perspective
     Claremont-McKenna College
     Claremont, California, 2/12/04

301. Approach to the Chronically Ill Patient
     Rabbinical Students, Hebrew Union College
     Los Angeles, California, 2/17/04

302. Indolent lymphoma:  Approach to Therapy
     Lawry's Restaurant
     Beverly Hills, California, 2/19/04

303. Infectious Etiology of Malignant Lymphoma
     Medical Grand Rounds, White Memorial Hospital
     Los Angeles, California, 3/18/04

304. Evaluation and therapy of anemia
JJ's Steakhouse
Pasadena, California, 3/24/04

305. Management of Indolent Lymphomas, 2004
Aubergine Restaurant
Newport Beach, California, 3/25/04

306. HIV/AIDS:  Update 2004
Medical Grand Rounds, Pacific Coast Medical Center
Laguna Beach, California, 3/30/04

307. Management of Indolent Lymphoma
Mario's Restaurant
Riverside, California, 4/1/04

308. Mechanisms of Hepatitis C Related B Cell Lymphoma
Scientific Mini symposium
Comprehensive Cancer Center, USC School of Medicine
Los Angeles, California, 04/09/04

309. Lymphoma due to infectious organisms
Medical Grand Rounds
St Johns Hospital
Santa Monica, California, 4/1/04

310. Investors meeting; Pixantrone
CTI Pharmaceuticals
ASCO
San Diego, California, 6/6/04

311. Lymphoma due to infectious organisms
Medical Grand Rounds
St Vincent's Hospital
Los Angeles, California, 6/10/04

312. AIDS related malignancies
Long Beach, California, 9/9/04

313. Indolent lymphoma
Redondo Beach, California, 11/11/04

314. AIDS related malignancies
Medical Grand Rounds, Cedars Sinai Med Center
Los Angeles, California, 11/23/04

315. AIDS related malignancies
Medical Grand Rounds
Olive View Med Center
Sylmar, California, 11/26/04

316. Investigators Meeting; Pixantrone
CTI
San Diego, California, 12/4/04

317. Investors meeting: Pixantrone
CTI
San Diego, California, 12/5/04

318. Symposium:  New agents in non-Hodgkin's lymphoma
American Society of Hematology
San Diego, California, 12/3/04

319. Hematologic manifestations HIV
SF Society of Pharmacists
Studio City, California, 2/10/05

320. Update: Lymphoma/Leukemia 2005 – Innovations in Treatment
Southern California Academy of Clinical Oncology
Moderator for Pacific Coast teleconference
Beverly Hills, California, 6/8/05

321. Perspectives on Treatment Options for Indolent Lymphoma
La Parisienne
Monrovia, California, 6/30/05

322. Mantle Cell Lymphoma – Oncology Best Practices
Jonathan's at Piranos
Ventura, California, 8/25/05

323. B-Cell Lymphomas – Oncology Best Practices
Wyndham Bel Age Hotel
West Hollywood, California, 9/1/05

324. Aggressive Lymphomas
Comprehensive Blood and Cancer Center
Bakersfield, California, 11/3/05

325. Update in HIV and AIDS related lymphoma
 2nd Annual Lymphoma Symposium
Desert Hospital Medical Center
Zoca Hotel
Palm Springs, California, 2/3/06

326. Update:  Cancer and advances in therapy
Skirball Center
Los Angeles, California, 3/19/06

327. Update:  B cell lymphoma
Glendale Memorial Hospital
Glendale, California, 4/3/06

328. Update: Lymphoma
Providence/St Josephs Medical Center
Burbank, California, 4/27/06

329. AIDS related malignancies
La Mesa Restaurant
Sponsored by Bristol Meyer Squibb
Phoenix, Arizona, 4/27/06

330. HIV and AIDS - Presented to the student body
Sacred Heart Academy
La Canada Flintridge, California, 5/25/06

331. Cancer Update 2006
Larry Zarian Show
IMRV TV Channel 26
Glendale, California, 7/6/06

332. AIDS:  What's New?
KPFK Radio
Hollywood, California, 7/17/06

333. Update:  AIDS-related malignancies
Ritz
Newport Beach, California, 9/13/06

334. Update:  Lymphoma
Pomona Valley Hospital
Pomona, California, 10/3/06

335. Update:  AIDS-related malignancies
Providence Hospital
Mission Hills, California, 10/10/06

336. Update in treatment for HIV:  Panel for media and press
Universal Hilton Hotel
Universal City, California, 3/16/07

337. Update:  cancers in women
Santa Barbara Women's Festival
Santa Barbara Community College
Santa Barbara, California, 3/8/08

338. AIDS Summit
Sponsored by Congressman Anthony Portantino and City of Hope
Duarte, California, 11/11/08

339. Non-AIDS defining malignancies.  AIDS Healthcare Foundation
Hollywood Presbyterian Hospital
Los Angeles, California, 6/17/09

340. Aggressive Lymphomas
Physicians Education Bureau
Madeleines Restaurant
Pasadena, California, 7/9/09

## E.    UNIVERSITY SERVICE

| | |
|---|---|
| 6/25/79 | U.S.C. Cancer Information Service Orientation |
| 11/7/79 | to volunteers. |
| 3/14/80 | |
| 7/25/81 | |
| 1/30/81 | |
| 7/16/81 | |

| | |
|---|---|
| 3/10/82 | |
| 9/79 | Formal Presentation:  Southern California Lymphoma Group |
| 12/79 | |
| 3/80 | |
| 6/80 | |
| 12/80 | |
| 3/81 | |
| 6/81 | |
| 6/81 | |
| 10/81 | |
| 6/82 | |
| | |
| 3/18/80 | Lecture to U.S.C. Medical Students after viewing film "Promises in the Dark". "Promises in the Dark".  Psychosocial aspects of malignant disease. |
| | |
| 4/14/80 | U.S.C. Tumor Registrars "Non-Hodgkin's Lymphoma" |
| | |
| 5/8/80 | Lecture to Graduating Nursing Students. |
| 12/18/80 | |
| 5/21/81 | |
| 12/17/81 | |
| 5/20/82 | |
| 12/14/83 | |
| 5/17/84 | |
| 5/12/80 | Lecture to Nurses at USC Cancer Center |
| | |
| 11/6/80 | Lecture to "Medical Explorers and Candy Striper Volunteers at LAC/USC Medical Center |
| | |
| 1/21/81 | Good Samaritan Hospital "Informed Consent and the Cancer Patient" Sponsored by U.S.C. Cancer Center Regional Activities Program |
| | |
| 3/11/81 | Lecture to U.S.C. Faculty Wives |
| | |
| 8/20/81 | Guest Speaker at Fund Raising Event for USC Cancer |
| 6/13/82 | Associates. |
| | |
| 3/24/82 | Lecture to Leaders Forum, USC Cancer Center given to Hospital and County Administration |
| | |
| 5/18/82 | USC Post-Graduate Course "Cancer:  The Personal Aspects" |
| | |
| 1/83 | Seminar:  Art of Medicine, delivered to Family Medicine Elective Course |
| 5/2/83 | "The Art of Caring"--Lectures during Nurse Appreciation Week, LAC-USC Medical Center |
| | |
| 5/4/83 | "Patient Compliance with Doctor's Orders" Family Medicine Course, USC Medical School |
| | |
| 5/16/83 | Panel Member:  Career alternatives for women in medicine. Women's Faculty Group. LAC-USC Medical Center |

| | |
|---|---|
| 9/18/83 | Guest Speaker:  Salerni Colegium<br>San Diego, California |
| 10/1/83 | Update:  Norris Cancer Hospital and Research Institute.  To:  Board of Councilors<br>University of Southern California<br>Palm Springs, California |
| 10/14/83 | Lecture to Medical Ethics Course<br>USC Main Campus |
| 11/2/83 | Lecture to Faculty Wives Group<br>USC School of Medicine |
| 11/18/83 | Lecture to Dieticians Involved in Cancer Patient Care<br>USC School of Medicine |
| 1/12/84 | Lecture on New Therapeutics<br>LAC/USC Nursing Services<br>"Monoclonal Antibodies and Interferons" |
| 2/2/84 | Presentation to the Trojan Guild<br>USC Norris Cancer Hospital |
| 3/15/84 | Featured Speaker, AOA Annual Awards Dinner<br>Beverly Hills Hotel<br>Beverly Hills, California |
| 9/25/84 | Presentation to Cancer Research Associates<br>Doheny Eye Institute<br>USC School of Medicine |
| 2/16/85 | Career Day, USC Medical Alumni Association<br>Speaker:  Oncology |
| 3/25/85 | Trojan League, USC Alumni<br>Introduction to oncology, and the Kenneth Norris Cancer Hospital and Research Institute |
| 4/29/85 | Hour Magazine, subject of Feature Story<br>Channel 2, NBC |
| 6/l/85 | Keynote speaker, Graduation, LAC-USC School of Nursing, Class 1985:<br>Pasadena Civic Auditorium |
| 3/27/85 | Health Careers Junior Club (Candy Stripers)<br>Featured speaker: "Becoming a doctor" |
| 1/7/86 | Trojan League, University of Southern California<br>Compliance with Oral Chemotherapy in Patients with AIDS |
| 1/12/86 | KTTV-Channel ll.  AIDS fund-raising<br>"Rock Hudson Retrospective" for USC School of Medicine |

| | |
|---|---|
| 4/11/86 | "Life as a Faculty Member"<br>USC Board of Trustees<br>Palm Springs, California |
| 4/18/86 | Participant, Workshop on Civic and Community Relations<br>USC, Los Angeles |
| 6/11/86 | Featured Speaker:  AIDS.  First annual Widney Fellows dinner, USC, Health Sciences Campus. |
| 6/26/86 | KABC-Channel 7:  Hodgkin's Disease.  Lifeline with Art Ulene. |
| 7/8/86 | The Doctor-Patient Relationship. Lecture to Edmondson summer fellows |
| 8/12/86 | Becoming a Doctor.  Lecture to Bridge Students, HCOP Program |
| 9/16/86 | Compliance with oral chemotherapy in patients with cancer.  Lecture to St. George Society |
| 9/26/86 | For Love of Teaching.  Lecture to Kick-off The Campaign, USC |
| 5/28/87 | AIDS Research.  Lecture to Board of Directors,<br>Norris Cancer Hospital and Research Institute |
| 7/30/87 | The Doctor-Patient Relationship<br>Edmondson Summer Fellowship Program |
| 9/12/87 | Board of Councillors, USC School of Dentistry<br>AIDS:  Facts and Fiction |
| 9/24/87 | AIDS.  Lecture to lay personnel and employees at USC School of Medicine |
| 10/19-10/23/87 | Update on Lymphoproliferative Disorders<br>Four lectures delivered.  Hawaii.  USC and University of Hawaii |
| 11/20/87 | AIDS:  Facts and Fiction<br>Alumni Day, USC Dental School<br>Sheraton Grande Hotel, Los Angeles, California |
| 2/5/88 | Medicine:  The Power of the Art<br>The Campaign:  Designated Donors<br>USC, Main Campus |
| 4/11/88 | Norris Hospital<br>AIDS Update<br>Nursing Staff |
| 4/19/88 | Public Relations Officers and Academic Cancer Center<br>Bonaventure Hotel |
| 7/27/88 | HEPP Program for Minority Students<br>Featured Speaker |
| 9/14/88 | The AIDS Course<br>USC Main Campus<br>Undergraduate Course |

| | |
|---|---|
| 1/25/89 | Women's Day:  USC<br>Collage of Knowledge<br>"AIDS" |
| 9/5/90 | Oncology Nursing Course<br>LAC/USC School of Nursing<br>"Hematology Malignancy" |
| 9/11/90 | Physician Assistant Board Review Course<br>"AIDS"<br>USC |
| 9/19/90 | AIDS Class<br>Undergraduates, USC<br>Los Angeles, California |
| 2/15-15/91 | Societal Implication of Modern Technology<br>Sponsored by USC School of Law |
| 3/16/91 | Board of Councillors, USC School of Medicine<br>AIDS Research<br>La Quinta, Palm Springs |
| 5/14/91 | USC Symposium:  Opening of USC-University Hospital<br>AIDS-related malignancy:  What causes cancer in man.<br>Los Angeles, California |
| 2/23/92 | USC School of Pharmacy<br>Hematopoietic growth factors |
| 4/4/92 | USC School of Medicine<br>Dept of Family Practice<br>HIV Infection:  Update 1992 |
| 4/4/92 | USC School of Medicine<br>Physician's Assistant Program<br>Biltmore Hotel, Long Beach<br>AIDS |
| 6/4/92 | Staff Assembly<br>USC<br>AIDS |
| 8/7/92 | Doheny Eye Institute<br>HIV Infection |
| 9/2/92 | LAC/USC School of Nursing<br>Hematologic Malignancies |
| 12/6/92 | Opening Ceremonies<br>AIDS Quilt<br>USC School of Medicine |
| 12/16/92 | Physician Assistant Board Review Course<br>USC School of Medicine<br>HIV Infection |

NOTE:  Listings discontinued in 12/92; too numerous

# Exhibit B

Dr. Alexandra Levine - Materials Considered List (Hardeman)

| Literature |
|---|
| 1. | American Cancer Society. "Key Statistics for Non-Hodgkin Lymphoma." Last revised Aug. 1, 2018. https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html. |
| 2. | Andreone,P; Zignego,AL Cursaro,C et al:  Prevalence of monoclonal gammopathies in patients with Hepatitis C virus infection.  Ann Intern Med 1998: 129: 294-98 |
| 3. | Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, et al. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst. 2018 May 1;110(5):509-516. |
| 4. | Arcaini,L; Besson,C; Frigeni,M et al:  Interferon-free antiviral treatment in B cell lymphoroliferative disorders associated with hepatitis C virus infection.  Blood 2016: 128;2527-2532 |
| 5. | Armitage,JO; Gascoyne,RD; Lunning,MA; Cavalli,F:  Non-Hodgkin lymphoma (Seminar) Lancet 2017; 390: 298-310. |
| 6. | Austria A, Wu GY. Occult Hepatitis C Virus Infection: A Review. J Clin Transl Hepatol. 2018 Jun 28;6(2):155-160. |
| 7. | Bruix,J; Sherman,M; American Association for the Study of Liver Diseases:  Management of hepatocellular carcinoma:  an update.  Hepatology 2011; 53: 1020-2. |
| 8. | Canioni D, Michot JM, Rabiega P, Molina TJ, Charlotte F, et al. In Situ Hepatitis C NS3 Protein Detection Is Associated with High Grade Features in Hepatitis C-Associated B-Cell Non-Hodgkin Lymphomas. PLoS One. 2016;11(6):e0156384. |
| 9. | Cerhan,JR; Kricker,A Paltiel,O et al:  Medical history, lifestyle, family history and occupatonial risk factors for diffuse large B cell lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 2014; 48: 15-25 |
| 10. | Chen AY, Zeremski M, Chauhan R, Jacobson IM, Talal AH, et al. Persistence of hepatitis C virus during and after otherwise clinically successful treatment of chronic hepatitis C with standard pegylated interferon α-2b and ribavirin therapy. PLoS One. 2013;8(11):e80078. |
| 11. | Chen,MH; Hsiao,LT; Chiou,TJ et al:  High prevalence of occult hepatitis B virus infection in patients with B cell NHL.  Ann Hematol 2008: 87: 475-4809 |
| 12. | Chiu BC, Soni L, Gapstur SM, Fought AJ, Evens AM, et al. Obesity and risk of non-Hodgkin lymphoma (United States). Cancer Causes Control. 2007 Aug;18(6):677-85. |
| 13. | Dal Maso,L and Franceschi,S:  Hepatitis C virus and risk of lymphoma and other lymphoid neoplasms:  A meta-analysis of epidemiologic studies.  CEBP 2006; 15: 2078-85 |
| 14. | Dalia,S; Chavez,J; Castillo,JJ, Sokol,L;  Hepatitis B infection increases the risk of NHL:  a meta-analysis of observational studies.  Leuk Res 2013: 37: 1107-1115. |
| 15. | De Martel,C; Ferlay,J; Franceschi,S et al:  Global burden of cancers attributable to infections in 2008: a review and synthetic analysis.  Lancet Oncol 2012: 13: 607-15 |
| 16. | De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med. 2003 Sep;60(9):E11. |
| 17. | de Sanjose S, Benavente Y, Vajdic CM, Engels EA, Morton LM, et al. Hepatitis C and non-Hodgkin lymphoma among 4784 cases and 6269 controls from the International Lymphoma Epidemiology Consortium. Clin Gastroenterol Hepatol. 2008 Apr;6(4):451-8. |

| 18. | Deng,L; Song,Y; Young,KH et al:  Hepatitis B virus associated diffuse large B cell lymphoma: Unique clinical features, poor outcome, and hepatitis B surface antigen-driven origin. Oncotarget  2015: 6: 25061025073 |
|---|---|
| 19. | Duberg,A S; Nordstrom,M; Torner,A et al:  Non-Hodgkin's lymphoma and other non-hepatic malignancies in Swedish patients with Hepatitis C virus infection.  Hepatology 2005; 41: 652-59 |
| 20. | Dunleavy. K; Wilson,WH:  Appropriate management of molecular subtypes of DLBCL. Oncology April, 2014: 326-340. |
| 21. | Engels,EA, Cho,ER; Jee,SH:  Hepatitis B virus infection and risk of NHL in South Korea: a cohort Study.  Lancet Oncol 2010: 11: 827-834 |
| 22. | Environmental Protection Agency, Office of Pesticide Programs. Revised glyphosate issue paper: evaluation of carcinogenic potential. 2017 Dec 12.; 12-143. |
| 23. | Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer. 2008 Oct 1;123(7):1657-63. |
| 24. | Franzin,F; Efremov,DG; Pozzato,G et al:  Clonal B cell expansions in peripheral blood of HCV infected patients.  British J Haematology; 1995; 90: 548-552 |
| 25. | Fujiwara K, Allison RD, Wang RY, Bare P, Matsuura K, et al. Investigation of residual hepatitis C virus in presumed recovered subjects. Hepatology. 2013 Feb;57(2):483-91. |
| 26. | Hardell L, Eriksson M, Lenner P, Lundgren E. Malignant lymphoma and exposure to chemicals, especially organic solvents, chlorophenols and phenoxy acids: a case-control study. Br J Cancer. 1981;43:169-76. |
| 27. | Hermine,O; Lefrere,F Bronowicki,J-P et al:  Regression of splenic lymphoma with villous lymphocytes after treatment of hepatitis C virus infection.  N Engl J Med 2002; 347:89-94 |
| 28. | Horning,SJ, Hardy,R(1997): Lymphomas: Non-Hodgkin's. In Everyone's Guide to Cancer Therapy, Revised 3rd Edtiion, Dollinger, Malin; Rosenblaum, Enrest H, and Cable G. editors. Andrews McMeel Publish, Kansas City, 1997. |
| 29. | Horning,SJ and Hardy,R (2012):  Lymphomas:  Non-Hodgkin's.  In:  Everyone's Guide to Cancer Therapy, Revised 3rd Edition, Dollinger, Malin; Rosenblaum, Ernest H, and Cable, Greg, editors.  Andrews McMeel Publishing, Kansas City, 1997. |
| 30. | Jakobsen,LH; Bogsted,M; Brown,PdN et al:  Minimal loss of lifetime for patients with diffuse large B cell lymphoma in remission and event free 24 months after treatment:  A Danish population based study.  Journal of Clinical Oncology 2017: 35: 778-784. |
| 31. | Kawamura,Y; Ikeda,K; Arase, Y et al:  viral elimination reduces incidence of malignant lymphoma in patients with hepatitis C.  American Journal of Medicine 2007: 120: 1034-41 |
| 32. | Kitay-Cohen,Y; Amiel,A; Hilzenrat,N et al:  Bcl2 rearrangement in patients with chronic hepatitis C associated with essential mixed cyroglobulinemia type II. Blood 2000; 96: 2910-13 |
| 33. | Levine,AM; Shimodaira,S; Lai,MMC:  Treatment of HCV related mantle cell lymphoma with ribavirin and pegylated interferon alfa.  New England J Medicine 2003: 349: 2078-79 |
| 34. | Machida,K; Cheng,K; Sung,V M-H; Levine,AM, Lai,MMC:  Hepatitis C virus infection activates the immunologic (type II) isoform of nitric oxice syntase and therby enhances DNA damage and mutations of cellular genes.  J Virology 2004: 78: 8835-43 |
| 35. | Machida,K; Cheng,KTH; Sung,VM-H; Levine,AM; Foung,Sl; Lai,MMC:  Hepatitis C virus induces Toll like receptor 4 expressoin leading to enhanced production of IFN-b and IL-6.  J Virology 2006: 80: 866-74 |

| 36. | Machida,K; Cheng,KTN; Sung,VM-H; Shimodaira,S; Lindsay,KL: Levine,AM; Lai,M-Y; Lai,MMC:  Hepatitis C virus induces a mutator phenotype:  enhanced mutations of immunoglbulbin and protoconogenes. Proc National Academy of Science, USA 2004: 1201: 4262-67. |
|---|---|
| 37. | Mahale P, Engels EA, Li R, Torres HA, Hwang LY, et al. The effect of sustained virological response on the risk of extrahepatic manifestations of hepatitis C virus infection. Gut. 2018 Mar;67(3):553-561. |
| 38. | Marcucci,F; Mele,A: Hepatitis viruses and non-Hodgkin lymphoma:  epidemiology, mechanisms of tumorigenesis, and therapeutic opportunities.  Blood 2011: 117: 1792-98 |
| 39. | Marcucci,F; Mele,A; Spada,E et al:  High prevalence of hepatitis B virus infection in B cell NHL.  Haematologica 2006; 91: 554-557 |
| 40. | McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63. |
| 41. | Nieters,A; Kallinowski,B; Brennan,P et al:  Hepatitis C and risk of lymphoma:  Results of the European Multicenter Case-Control study EPILYMPH .  Gastroenterology 2006; 131: 1879-86 |
| 42. | Pahwa M, Spinelli JJ, Freeman LB, Demers PA, Blair A, et al. An evaluation of glyphosate use and the risk of non-Hodgkin lymphoma major histological sub-types in the North American Pooled Project. PowerPoint presented at: International Society for Environmental Epidemiology Conference; 2015 Aug 31; São Paulo, Brazil. |
| 43. | Pardo M, López-Alcorocho JM, Castillo I, Rodríguez-Iñigo E, Perez-Mota A, et al. Effect of anti-viral therapy for occult hepatitis C virus infection. Aliment Pharmacol Ther. 2006 Apr 15;23(8):1153-9. |
| 44. | Pasqualucci,L; Dalla-Fav era,R:  Genetics of diffuse large B cell lymphoma. (Review Series):  Blood 2018; 131; 2307-2319 |
| 45. | Pearlman BL, Traub N. Sustained virologic response to antiviral therapy for chronic hepatitis C virus infection: a cure and so much more. Clin Infect Dis. 2011 Apr 1;52(7):889-900. |
| 46. | Penn,I:  Cancer is a long-term hazard of immunosuppressive therapy.  J Autoimmunity 1: 545-558, 1988. |
| 47. | Penn,I:  Lymphomas complicating organ transplantation.  Transplantation Proceedings.  Volume XV (supp 1):  pages 2790-2797, 1979. |
| 48. | Ren,W; Ye,X Su,H et al:  Genetic landscape of hepatitis B virus associated diffuse large B cell lymphoma.  Blood 2018: 131: 2670-2681 |
| 49. | Seeff LB. Sustained virologic response: is this equivalent to cure of chronic hepatitis C? Hepatology. 2013 Feb;57(2):438-40. |
| 50. | Seeff,LB: Miller,RN; Rabgkin,CS et al:  45 year follow up of HCV infection in healthy young adults.  Ann Internal Medicine 2000: 132: 105-11. |
| 51. | Smith-Palmer J, Cerri K, Valentine W. Achieving sustained virologic response in hepatitis C: a systematic review of the clinical, economic and quality of life benefits. BMC Infect Dis. 2015 Jan 17;15:19. |
| 52. | Stallone,DD:  The influence of obesity and its treatment on the immune system. Nutr Rev 1994; 52: 37-50. |

| 53. | Stroffolini,T; Sagnelli,E; Almasio,P etal:  Italian Hospitals Collaborating Groups: Characteristics of liver cirrhosis in Italy:  results from a multicenter national study. Dig Liver Dis 2004; 36: 56-60. |
| 54. | Su TH. Hepatitis C viral infection increases the risk of lymphoid-neoplasms: a population-based cohort study. Hepatol. 2016;63(3):721-30. |
| 55. | Sung,VMH; Shimodaira,S; Doughty,AL; Can,H; Yen,B; Lindsay,KL; Levine,AM; Lai,MMD: Establishment of B cell lymphoma cell lines persistently infected with Hepatitis C virus in vivo and in vitro:  the apoptotic effects of virus infection.  J Virology 2003: 77: 2134-46 |
| 56. | Takeshita M, Sakai H, Okamura S, Higaki K, Oshiro Y, et al. Prevalence of hepatitis C virus infection in cases of B-cell lymphoma in Japan. Histopathology. 2006 Jan;48(2):189-98. |
| 57. | Takeshita M, Sakai H, Okamura S, Oshiro Y, Higaki K, et al. Splenic large B-cell lymphoma in patients with hepatitis C virus infection. Hum Pathol. 2005 Aug;36(8):878-85. |
| 58. | Vajdic CM, Falster MO, Sanjose S, et al. Atopic disease and risk of non-Hodgkin lymphoma: an InterLymph pooled analysis. Cancer Res. 2009 Aug 15; 69(16):6482-6489. |
| 59. | Villa,D:  Novel antivirals for HCV-associated lymphomas (editorial):  Blood 2016: 128: 2482-3 |
| 60. | Visentini,M; Casato,M;  HBV messing with the B cell genome leads to DLBCL.  Blood 2018: 131: 2602-2603 |
| 61. | Wang F, Xu RH, Han B, Shi YX, Luo HY, et al. High incidence of hepatitis B virus infection in B-cell subtype non-Hodgkin lymphoma compared with other cancers. Cancer. 2007 Apr 1;109(7):1360-4. |
| 62. | Wang Y, Wang H, Pan S, Hu T, Shen J, et al. Capable infection of hepatitis B virus in diffuse large B-cell lymphoma. J Cancer. 2018;9:1575-81. |
| 63. | Weisenburger DD. Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies. Cancer Research (SIPPL.) 52, 5456s-5465s. 1992 Oct. 1. |
| 64. | Wood,DE; Kazerooni,EA; Baum,SL et al:  Lung cancer screening, Version 3.2018.  J National Comprehensive Cancer Network 2018; 16: 412-441. |
| 65. | World Health Organization, International Agency for Research on Cancer (IARC). Monograph 112 (Glyphosate) 2015. |
| 66. | World Health Organization, International Agency for Research on Cancer (IARC). Hepatitis B virus. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. 2012;100(B):93-133. |
| 67. | World Health Organization, International Agency for Research on Cancer (IARC). Hepatitis C virus. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. 2012;100(B):135-68. |
| 68. | Zelentz,AD; Gordon,LI; Wierda,WG et al:  Diffuse large B cell lymphoma. Version 1.2016: J Natl Compr Canc Netw 2016; 14: 196-231 |
| 69. | Zuckerman,E; Zuckerman,T; Levine, AM et al:  Hepatitis C virus infection in patients with B cell Non-Hodgkin lymphoma. Ann Internal Medicine 1997: 127: 423-28 |
| 70. | Zuckerman,E; Zuckerman,T; Sahar,D et al:  The effect of antiviral therapy on translocation and immunoglobulin gene rearrangement I patients with chronic hepatitis C virus infection  Blood 2001: 97: 1555-1559 |

# Exhibit C

| Depositions and Exhibits |
|---|
| Edwin Hardeman Deposition Transcript ( 11/8/2018) |
| Mary Hardeman Deposition Transcript ( 11/8/2018) |
| Roger Turk, M.D. Deposition Transcript ( 10/31/2018) |
| Roger Turk, M.D. Deposition Exhibits 3,4,5,6 (10/31/2018) |
| Richard Turley, M.D. Deposition Transcript ( 10/30/2018) |
| Jeffrey Ye, M.D. Deposition Transcript ( 10/30/2018) |
| **Expert Reports** |
| William Fleming, M.D. *MDL* Report (7/31/2017) |
| Lorelei Mucci, M.D. *MDL* Report (7/31/2017)<br>Lorelei Mucci, M.D. *MDL* Supplemental Report (12/21/2017) |
| Chadi Nabhan, M.D. *MDL* Report (4/28/2017)<br>Chadi Nabhan, M.D. *MDL* Supplemental Report (12/1/2017) |
| Beate Ritz, M.D. *MDL* Report, (5/1/2017)<br>Beate Ritz, M.D. *MDL* Rebuttal Report (8/18/2017)<br>Beate Ritz, M.D. *MDL* Supplemental Report (12/21/2017) |
| Chadi Nabhan M.D. *Hardeman* Report (11/20/2018) |
| Andrei Shustov, M.D. *Hardeman* Report  (11/20/2018) |
| Dennis Weisenburger, M.D. *Hardeman* Report (11/20/2018) |
| William Sawyer, Ph.D. *Hardeman* Report (11/20/2018) |
| **Medical Records** |
| Edwin Hardeman Medical Records (See attached index) |
| Edwin Hardeman Radiology Imaging (See attached index) |
| **Miscellaneous** |
| Complaint |
| Plaintiff Fact Sheet |

Edwin Hardeman
Medical Records Index

| Provider Info | Bates Range |
|---|---|
| Internal Revenue Service (RAIVS Team) Stop 37106 Attn: RAIVS Team Fresno, CA 93888 (800) 829-0922 | **Bates Range:** Confidential-Hardeman-EHardeman-IRS-000001 - Confidential-Hardeman-EHardeman-IRS-000016 |
| Kaiser Permanente North Valley (Medical Records Department) 1680 East Roseville Pkwy, Suite 151 Attn: Legal ROI Department Roseville, CA 95661 (916) 746-3895 | **Bates Range:** Confidential-Hardeman-EHardeman-KPNValley-MD-000001 - Confidential-Hardeman-EHardeman-KPNValley-MD-002481 Confidential-Hardeman-EHardeman-KPNValley-MD-002482 - Confidential-Hardeman-EHardeman-KPNValley-MD-004963 Confidential-Hardeman-EHardeman-KPNValley-MD-004964 - Confidential-Hardeman-EHardeman-KPNValley-MD-005537 |
| Kaiser Permanente North Valley (Patient Accounts) 2835 Mitchell Drive, Suite 200 Walnut Creek, CA 94598 (925) 979-7534 | **Bates Range:** Confidential-Hardeman-EHardeman-KPNValley-BD-000001 - Confidential-Hardeman-EHardeman-KPNValley-BD-000036 |
| Kaiser Permanente Oakland Medical Center (Radiology Department) 280 West MacArthur Blvd. Oakland, CA 94611 (510) 752-1000 | **Bates Range:** Confidential-Hardeman-EHardeman-KPOMC-RD-000001 - Confidential-Hardeman-EHardeman-KPOMC-RD-000001 |
| Kaiser Permanente Oakland Medical Center (Pathology Department) 275 West MacArthur Blvd. Oakland, CA 94611 (510) 752-6187 | **Bates Range:** Confidential-Hardeman-EHardeman-KPOMC-PD-000001 - Confidential-Hardeman-EHardeman-KPOMC-PD-000001 |
| Kaiser Permanente San Francisco Medical Center (Radiology Department) 3200 Arden Way Sacramento, CA 95825 (415) 833-2000 | **Bates Range:** Confidential-Hardeman-EHardeman-KPSFMC-RD-000001 - Confidential-Hardeman-EHardeman-KPSFMC-RD-000001 |
| Kaiser Permanente San Francisco Medical Center (Pathology Department) 350 St. Joseph Ave. 134A San Francisco, CA 94118 (415) 833-3778 | **Bates Range:** Confidential-Hardeman-EHardeman-KPSFMC-PD-000001 - Confidential-Hardeman-EHardeman-KPSFMC-PD-000001 |

Edwin Hardeman
Medical Records Index

| | |
|---|---|
| Kaiser Permanente Santa Rosa Medical Center (Medical Records Department) 401 Bicentennial Way Hospital-1st Floor Santa Rosa, CA 95403 (707) 571-3741 | **Bates Range:** Confidential-Hardeman-EHardeman-KPSRosaMC-MD-000001 - Confidential-Hardeman-EHardeman-KPSRosaMC-MD-000823 |
| Kaiser Permanente Santa Rosa Medical Center (Pathology Department) 401 Bicentennial Way Pathology Dept. Santa Rosa, CA 95403 (707) 571-4000 | **Bates Range:** Confidential-Hardeman-EHardeman-KPSRosaMC-PD-000001 - Confidential-Hardeman-EHardeman-KPSRosaMC-PD-000001 |
| Kaiser Permanente Santa Rosa Medical Center (Radiology Department) 401 Bicentennial Way Santa Rosa, CA 95409 (707) 571-4000 | **Bates Range:** Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000001 - Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000003 Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000004 - Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000004 Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000005 - Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000036 |
| Plaintiff Fact Sheet | **Bates Range:** Confidential-Hardeman-EHardeman-PFS-000001 - Confidential-Hardeman-EHardeman-PFS-000012 Confidential-Hardeman-EHardeman-PFS-000013 - Confidential-Hardeman-EHardeman-PFS-000024 Confidential-Hardeman-EHardeman-PFS-000025 - Confidential-Hardeman-EHardeman-PFS-000026 |
| Plaintiff Produced Records | **Bates Range:** Confidential-Hardeman-EHardeman-PPR-00001 - Confidential-Hardeman-EHardeman-PPR-00869 Confidential-Hardeman-EHardeman-PPR-000870 - Confidential-Hardeman-EHardeman-PPR-003887 |

Edwin Hardeman
Radiology Index

| Custodian | Custodian Info | Date Of Test | Type Of Test | Film # |
|---|---|---|---|---|
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 1/12/2009 | US Abdomen (55 imgs.) + 1 doc | Hardeman-EHardeman-KPSRosaMC-RD-000001CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 7/31/2009 | US Abdomen B Scan Limited (31 imgs.) + 1 doc | Hardeman-EHardeman-KPSRosaMC-RD-000001CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 8/22/2014 | US Abdomen B Scan Limited (63 imgs.) + 1 doc | Hardeman-EHardeman-KPSRosaMC-RD-000001CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 2/3/2015 | CT Soft Tissue Neck w Contrast (5 se.) + 2 docs. | Hardeman-EHardeman-KPSRosaMC-RD-000001CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 2/20/2015 | CT PET Tumor Localization, Skull Base to Mid Thigh (4 se.) + 4 docs. | Hardeman-EHardeman-KPSRosaMC-RD-000001CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 2/20/2015 | CT PET Tumor Localization, Skull Base to Mid Thigh (11 se.) | Hardeman-EHardeman-KPSRosaMC-RD-000002CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 7/10/2015 | CT PET Tumor Localization, Skull Base to Mid Thigh (5 se.) + 4 docs. | Hardeman-EHardeman-KPSRosaMC-RD-000002CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 7/10/2015 | CT PET Tumor Localization, Skull Base to Mid Thigh (8 se.) | Hardeman-EHardeman-KPSRosaMC-RD-000003CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 2/16/2016 | CT Abdomen and Pelvis w Contrast (3 se.) + 3 docs. | Hardeman-EHardeman-KPSRosaMC-RD-000003CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 2/16/2016 | CT Soft Tissue Neck w Contrast (6 se.) | Hardeman-EHardeman-KPSRosaMC-RD-000004CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 6/20/2017 | CT Chest, Abdomen and Pelvis w Contrast (6 se.) + 5 docs. | Hardeman-EHardeman-KPSRosaMC-RD-000004CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 6/20/2017 | CT Chest, Abdomen and Pelvis w Contrast (1 se.) | Hardeman-EHardeman-KPSRosaMC-RD-000005CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 6/28/2017 | CT Soft Tissue Neck w Contrast (5 se.) + 5 docs. | Hardeman-EHardeman-KPSRosaMC-RD-000005CD* |
| Kaiser Permanente Santa Rosa Medical Center | 401 Bicentennial Way Santa Rosa, CA 95409 | 6/15/2018 | CT Chest, Abdomen and Pelvis (7 se.) + 6 docs. | Hardeman-EHardeman-KPSRosaMC-RD-000005CD* |