1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (*pro hac vice*)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
rgeenwald@weitzlux.com
700 Broadway
New York, NY 10003
Telephone: 212-558-5802

**THE MILLER FIRM LLC**
Michael Miller
mmiller@millerfirmllc.com
108 Railroad Avenue
Orange, VA 22960
Telephone: 540-672-4224

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| | MDL 2741 Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | ) ) ) ) ) ) |
| | **DECLARATION OF AIMEE H. WAGSTAFF IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* NO. 2** |
| *HARDEMAN V. MONSANTO COMPANY* | ) ) ) |
| *Case No.: 3:16-cv-00525-VC* | ) ) ) ) ) ) |

-1-

Wagstaff Declaration ISO Plaintiff's
Motion *in Limine*

Case No. 3:16-cv-00525-VC

1    I, Aimee H. Wagstaff, hereby declare as follows:

2    1.   I am an attorney duly admitted to practice before this Court. I am a partner at Andrus

3    Wagstaff P.C., and designated as co-lead counsel for plaintiffs in MDL No. 2741. I submit this

4    Declaration in support of Plaintiffs' Motion *in Limine* no. 2.

5    2.   Attached hereto as Exhibit 1 is a true and correct copy of Transcript of Proceedings

6    from Oct. 29, 2018.

7    3.   Attached hereto as Exhibit 2 is a true and correct copy of a portion of the Grossbard

8    report regarding Plaintiff Hardeman with respect to general causation opinions on

9    epidemiological evidence related to glyphosate.

10    4.   Attached hereto as Exhibit 3 is a true and correct copy of a portion of the Grossbard

11    report regarding Plaintiff Gebeyehou with respect to general causation opinions on

12    epidemiological evidence related to glyphosate.

13    5.   Attached hereto as Exhibit 4 is a true and correct copy of a portion of the Levine

14    report regarding Plaintiff Hardeman with respect to general causation opinions on

15    epidemiological evidence related to glyphosate.

16    6.   Attached hereto as Exhibit 5 is a true and correct copy of a portion of the Steidl report

17    regarding Plaintiff Hardeman with respect to general causation opinions on epidemiological

18    evidence, toxicology, and mechanistic data related to glyphosate.

19    7.   Attached hereto as Exhibit 6 is a true and correct copy of a portion of the Bello report

20    regarding Plaintiff Stevick with respect to general causation opinions on epidemiological

21    evidence related to glyphosate.

22    8.   Attached hereto as Exhibit 7 is a true and correct copy of a portion of the Villablanca

23    report regarding Plaintiff Stevick with respect to general causation opinions on regulatory

24    agencies and epidemiological evidence related to glyphosate.

25    9.   Attached hereto as Exhibit 8 is a true and correct copy of the Fleming report

26    regarding Plaintiff Gebeyehou

27

28

-2-

Wagstaff Declaration ISO Plaintiff's                                    Case No. 3:16-cv-00525-VC
Motion *in Limine*

1   I declare under penalty of perjury that the foregoing is true and correct.

2

3   DATED: January 30, 2019                    Respectfully submitted,
                                                */s/  Aimee Wagstaff*

4
                                               ANDRUS WAGSTAFF, PC
5                                              Aimee H. Wagstaff, SBN 278480
                                               aimee.wagstaff@andruswagstaff.com
6                                              7171 West Alaska Drive
                                               Lakewood, CO 80226
7                                              Tel: (303) 376-6360

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wagstaff Declaration ISO Plaintiff's                    Case No. 3:16-cv-00525-VC
Motion *in Limine*