# EXHIBIT 3

**Report of Michael L. Grossbard, MD**

**RE: Sioum Gebeyehou**

Michael L. Grossbard, MD
Perlmutter Cancer Center
NYU Langone Health
240 East 38th St.
19th Floor

November 26, 2018

**Personal Qualifications/Experience:**

I am a medical oncologist and a Professor of Medicine at NYU School of Medicine. Between January 2015 and December 2016, I served as the interim Co-Chief of the Division of Hematology and Oncology at NYU Langone Health. I have an active practice in Medical Oncology with a focus on hematologic malignancies. I am currently the Section Chief for Hematology at NYU Langone Health and the Perlmutter Cancer Center as well as the Section Chief, Hematology/Oncology, Tisch Hospital.

Between April 2000 and August 2014, I served as Chief of Hematology/Oncology at both St. Luke's-Roosevelt Hospital Center and Beth Israel Medical Center in New York, NY. From 2000 until 2007, I was an Associate Professor of Clinical Medicine at Columbia University College of Physicians and Surgeons. In 2007, I was promoted to Professor of Clinical Medicine and subsequently to Professor of Medicine. In 2013, SLRHC and BIMC merged with Mt. Sinai Hospital and I became a Professor of Medicine at the Icahn School of Medicine.

I am a summa cum laude graduate of Harvard College and a cum laude graduate of Yale University School of Medicine. I completed an internship and residency at Massachusetts General Hospital and a fellowship in Medical Oncology at Dana-Farber Cancer Institute. Until April 2000, I was a staff medical oncologist at Massachusetts General Hospital and an Assistant Professor of Medicine at Harvard Medical School. At Massachusetts General Hospital, I directed the Lymphoma Program from 1993-2000 and served as medical oncology directory of the Gastrointestinal Cancer Program from 1998-2000. In addition, I was an active participant in the Melanoma, Breast Cancer and Thoracic Oncology Programs at Massachusetts General Hospital.

I am board certified in Internal Medicine (1989) and in Medical Oncology (1991; re-certified 2001 and 2011).

I have published extensively in the area of non-Hodgkin's lymphoma and also have published in the areas of breast cancer, gastrointestinal oncology, thoracic oncology and melanoma. I have served on several editorial boards in the past, including as a member of the editorial boards of *The Oncologist* (section editor, Lymphoma) and *Clinical Lymphoma*.

I have authored or co-authored more than 100 primary articles and review articles, many of which are related to the therapy and management of lymphoma. I have edited two books, one on Monoclonal Antibody Therapy of Cancer, and a second book on Lymphoma. I have been listed in Best Doctors in America since 1998. I also have been listed in Top Doctors in New York and Top Doctors in America since 2001. My curriculum vitae is attached as Ex. A.

Along with my current positions in administration, I evaluate and treat 200-250 new patients with non-Hodgkin's lymphoma each year and remain as the primary oncologist for hundreds of other patients with lymphoma who have previously completed therapy. I am actively involved in teaching of both Hematology/Oncology fellows and Internal Medicine Residents and also teach medical students both in the classroom and at the bedside. Over the past year, I have served as the Hematology/Oncology Fellowship Training Program director for NYU Langone Health.

I am paid $600 per hour for medical record review and report preparation and $5000 per day for testimony at depositions and at trial. A list of my testimony over the past four years is attached as Ex. B. A list of materials that I have reviewed is attached as Ex. C. A list of medical and scientific references that I have considered is attached as Ex. D.

In addition, I am relying on my extensive personal academic and clinical experience in the treatment of lymphoma, including my leadership of academic lymphoma programs from 1993 through 2014. I also have relied on standard sources of medical information including DeVita, Hellman and Rosenberg's Cancer: Principles & Practice of Oncology, 10th Edition (2015) and Up to Date, an on-line textbook of medicine.

**Case Review:**

In this report, I will address the specific case of Sioum Gebeyehou, review his medical history, and comment on his specific diagnosis of diffuse large B-cell lymphoma (a subtype of non-Hodgkin lymphoma (NHL)), including his treatment and prognosis. In addition, I will comment on potential etiologies of his cancer and place this within the perspective of NHL presentation in general in the United States.

As a medical oncologist, I understand that the etiology of NHL is multifactorial and may be related to genetic, biological and environmental factors. For most cases of NHL, the specific underlying etiology remains unknown. It is scientifically impossible for anyone to conclude that exposure to Roundup either induced or contributed to Mr. Gebeyehou's NHL because there is no validated medical test, procedure or protocol for making such a determination. To the extent that an etiology of his lymphoma can be ascertained, Mr. Gebeyehou had known risk factors for NHL including his age and prior HBV infection and there is strong medical evidence to suggest that his prior infection with HBV was a substantial contributing factor to his development of NHL.

**Assessment of Plaintiff Sioum Gebeyehou:**

**Clinical History:**

Sioum Gebeyehou was born 1/19/39 in Ethiopia. He resided in San Francisco, CA from 1969-1973, in Pacifica, CA from 1973-1986, and in Oakland, CA from 1986 until the present time. From 1969 until 1995, he worked for Pacific Gas and Electric as a Director in Planning and Management Services. Since 1996, he has been retired. By his records, he had no family history of lymphoma, but his mother died of ovarian cancer at age 85. According to the medical records, his father died at age 55 from cancer, but the type was not known. He was a former cigarette smoker, but discontinued smoking in 1971. He was diagnosed with diffuse large B-cell lymphoma (DLBCL) on 2/7/14, at age 74.

Mr. Gebeyehou reported the use of Roundup starting in 1987 and continuing until the middle of the year in 2014. He reports spraying his yard for approximately one hour every 3 weeks using a pump and hand sprays. He reports using 1.5 gallons Roundup Weed and Grass Killer Superconcentrate yearly for approximately 25 years and diluting as necessary depending on the type of weeds. He did not use any protective gear while applying Roundup.

His medical history prior to his lymphoma diagnosis was notable for glaucoma, diverticulosis, retinal lattice deterioration, tinnitus, and hearing loss. At a visit on 11/22/06, he was diagnosed with immune mediated fluctuating hearing loss (cochlear Meniere's) by Dr. Byl. On 6/27/12, he had a superficial thrombophlebitis of the left lower extremity.

On 10/29/12, Mr. Gebeyehou presented to Dr. Ing with a cough. He also reported lower back pain and decreased stamina. A chest X-ray demonstrated a small right pleural effusion and airlessness at the right base consistent with pneumonia. He underwent a thoracentesis on 11/1/12 with significant reduction of the effusion and removal of one liter of dark yellow fluid. Cytology was negative. A repeat chest X-ray on 11/6/12 showed an increase in the right pleural effusion. CT scans of the chest, abdomen and pelvis on 11/7/12 demonstrated a right pleural effusion, no lymphadenopathy, and a cystic 11 mm right thyroid nodule. In the abdomen, there was a left upper pole renal cyst and calcifications in the liver consistent with prior granulomatous disease. A repeat thoracentesis on 11/9/12 drained 900 cc of clear yellow fluid. Cytology again was negative. He was evaluated by a pulmonologist, Dr. Stumpf, and underwent a PET/CT on 11/21/12 which demonstrated the right pleural effusion. There was no hypermetabolic adenopathy or other lesion consistent with a malignancy.

On 12/6/12, he was evaluated by Dr. Ashish Patel, a thoracic surgeon, who recommended video assisted thoracic surgery for pleural biopsy and pleurodesis. Surgery was scheduled but

was cancelled by Mr. Gebeyehou against medical advice. Subsequently, the effusion improved without therapy.

On 10/10/13, Mr. Gebeyehou presented with left lower extremity swelling. Ultrasound of the lower extremity demonstrated a thrombus extending from the mid-femoral vein to the popliteal vein. He was started on Lovenox and then Warfarin.

On 1/17/14, he was evaluated by a neurologist for numbness and pain, mostly in a maxillary V2 distribution. He also had diplopia. Brain MRI on 1/24/14 demonstrated an infiltrating soft tissue mass in the left retromaxillary region with infiltration into the lateral pterygoid and temporalis musculature. The mass measured 3.3 X 2.7 X 3.8 cm and invaded the posterior wall of the left maxillary sinus with lateral extension into the infratemporal fossa. Skull base invasion also was identified. There was a smaller 1.4 X 0.8 cm retromaxillary enhancing mass as well as a 2.6 X 1.1 X 2.3 cm intraosseous mass noted at the posterior body and ramus of the right mandible that encased the mandibular canal with suspected involvement of the alveolar nerve. There was an additional enhancing mass at the superior aspect of the nasopharynx that abutted the clivus. A left posterior ethmoidal mass measured 1.2 X 1.2 cm.

A PET/CT on 2/3/14 showed hypermetabolism behind the posterior wall of the maxillary sinus with SUV 10.5. This extended into a small portion of the central sphenoid bone with SUV 5.9. There was mild uptake in the bilateral adrenal glands with SUV 3.

He was taken to the operating room on 2/4/14 for left endoscopic ethmoidectomy, left maxillary antrostomy and nasal septoplasty. Pathology from the ethmoids and the left pterygopalatine fossa demonstrated diffuse large B-cell lymphoma (DLBCL). The atypical cells were positive for CD20, CD79a, CD30, BCL6, and CD10. Ki-67 80%. FISH was negative for BCL6, BCL2 and MYC. The DLBCL was not subtyped further.

On 2/7/14, Mr. Gebeyehou had an initial oncology evaluation with Dr Pai. He recommended therapy with six cycles of R-CHOP as well as prophylactic intrathecal therapy. He also suggested DVT prophylaxis during therapy given the recent DVT. Additional testing revealed a positive hepatitis B core antibody, indicative of prior hepatitis B virus infection. As such, he began Lamivudine prophylaxis. His LDH was 200 and within normal limits. HIV testing was negative. A pre-chemotherapy MUGA scan showed a left ventricular ejection fraction of 64%. A lumbar puncture on 2/12/14 was negative for lymphoma. I did not note formal staging of this lymphoma by Dr. Pai in the medical records, but this appears to be stage IE disease.

Cycle 1 R-CHOP chemotherapy was administered with G-CSF support on 2/11/14. He received an initial dose of 12 mg intrathecal methotrexate on 2/28/14. Subsequent doses of intethecal methotrexate were administered on 3/6/14 and 3/20/14.

On 3/25/14, he presented with shortness of breath and dizziness and fell at home. CT angiogram demonstrated multiple large filling defects within the bilateral central pulmonary arteries. Lower extremity doppler demonstrated a right popliteal vein DVT and a smaller left DVT. He was started on therapy with Lovenox

A re-staging facial CT following two cycles of chemotherapy was completed on 3/31/14 and demonstrated a significant reduction in the retromaxillary soft tissue mass as well as improvement at other sites of disease. On 4/1/14, cycle 3 R-CHOP was administered. When he presented for cycle 5 R-CHOP on 5/13/14, he had a significant peripheral sensory neuropathy and his vincristine dose was decreased 50%. His sixth cycle of chemotherapy was administered on 6/5/14 also with a 50% dose reduction in the vincristine.

He underwent a restaging PET/CT on 7/29/14 that demonstrated improvement in soft tissue density along the walls of the left maxillary sinus. The SUV decreased from 10.5 to 4.1. A right inguinal lymph node resolved. He had ENT follow-up on 8/19/14 with nasal endoscopy and biopsy. The biopsy revealed acute and chronic sinusitis but was negative for evidence of malignancy. A follow-up MRI of the brain and orbits on 8/29/14 demonstrated residual enhancing soft tissue in the left pterygopalatine fossa extending superiorly into the orbital fissure. There

were no new enhancing lesions, and overall this was improved versus the pretreatment studies. Because of the question of residual disease, he was referred for radiation oncology consultation, but the decision was made to defer radiation and just follow closely.

MRI of the brain and skull base on 11/20/14 demonstrated no significant progression of the previous soft tissue abnormalities. A follow-up study on 6/12/15 demonstrated continued decrease in the enhancing soft tissue mass in the prepontine fossa and other previously involved areas of disease. There was no evidence of disease progression.

On 8/27/15, Mr. Gebeyehou presented with right-sided weakness and a complaint of falling to the right side. His symptoms were felt to be of concern for a transient ischemic attack. A CT scan of the head showed no acute changes consistent with stroke. MRI/MRA of the brain demonstrated no evidence of infarct or aneurysm. His symptoms subsequently resolved and he underwent further neurological evaluation by Dr. Lawall on 9/10/15, and he was felt to have neuropathy as well as some mild parkinsonism contributing to disequilibrium. Repeat MRI of the brain and face on 12/10/15 showed a stable enhancing soft tissue mass at the pterygopalatine fossa without change. On 12/21/15, he had some increased left lower extremity swelling and lower extremity Doppler studies were consistent with a chronic thrombus. He was started again on Lovenox therapy.

At his oncology follow-up visit on 6/22/18, he had no evidence of recurrent lymphoma. Mr. Gebeyehou's DLBCL remains in remission at the time of this report, 4.5 years after completing therapy for his disease.

**Discussion of Mr. Gebeyehou's Case**

I have been asked to assess the potential role of Roundup in the causation of Mr. Gebeyehou's DLBCL. The initiation of cancer results from a complex interplay of genetic, biological and environmental influences. At the outset, it is critical to note that the specific etiology of NHL in any given patient can only rarely be identified. In my assessment, I will rely on my years of experience treating patients with NHL as well as published literature describing risk factors for the development of NHL that are relevant to this case. I will focus on those risk factors and causes for lymphoma that have particular relevance to Mr. Gebeyehou's case.

In addressing this question, it is critical to understand that a diagnosis of NHL represents the diagnosis of one out of more than 100 different pathologic entities of NHL as defined by the World Health Organization. NHL is a common disease, with an anticipated 74,680 diagnoses in the United States in 2018 (Siegel, 2018), and DLBCL is the most common form of NHL. According to SEER data (https://seer.cancer.gov/statfacts/html/nhl.html), approximately 2.1% of people in the United States will be diagnosed with NHL at some point during their lifetime and NHL represents the seventh most common type of cancer. The incidence of lymphoma increases with age, with 55% of patients diagnosed at age 65 or older only 21% of cases diagnosed in individuals under age 55. I will not review NHL extensively within the context of this report, but the disease is well-described in DeVita et al, cited above and in a book that I edited, Malignant Lymphomas.

It is important to distinguish between risk factors for the development of NHL and the cause of NHL. Risk factors increase the likelihood of developing NHL but do not necessarily cause the NHL. In contrast, when a patient has been exposed to radiation therapy and subsequently develops lymphoma within the radiation field, it is likely that radiation therapy caused a mutation that led to the lymphoma.

Mr. Gebeyehou was diagnosed with a stage IE DLBCL. The median age of NHL at diagnosis is 60-65 years old and the incidence increases with age, so Mr. Gebeyehou's age at diagnosis was typical for patients with this disease. Mr. Gebeyehou had evidence of prior infection with HBV, based upon the presence of a positive core antibody.

There are established risk factors for the development of NHL and many of these risk factors are specific to the development of particular subtypes of the disease. Infectious agents

including bacteria and viruses have been demonstrated to contribute to lymphoma development. For example, marginal zone lymphoma of the stomach is related to infection with Helicobacter pylori. Chronic immunosuppression, in the setting of either immunosuppressive medications or HIV infection, represents another risk factor for the development of NHL. Recent articles have extensively reviewed the epidemiology of NHL (Chihara, 2015; Ekstrom-Smedby, 2009) and have cited risk factors for DLBCL including autoimmune disease, HCV infection, first-degree family history of NHL, higher BMI as a young adult, smoking, Epstein Barr virus, HIV infection, immunosuppression, and Benzene.

Mr. Gebeyehou did have evidence of immune mediated hearing loss in 2006, when he was diagnosed with cochlear Ménière's disease. This is considered to be an autoimmune disease that represents a risk factor for DLBCL.

Mr. Gebeyehou had a prior history HBV infection. HBV can cause chronic hepatitis and represent an established cause of both cirrhosis and hepatocellular carcinoma. Mr. Gebeyehou was unaware of how he became infected with HBV, but at his deposition noted that it might have been in Ethiopia, prior to his emigration to the United States.

Even in individuals who have developed hepatitis B surface antibody after infection, there is evidence that the virus is harbored in peripheral blood mononuclear cells (Cabrerizo, 2000). Persistence of the virus also has been recognized by the tendency for reactivation of hepatitis B in patients who are core antibody positive and are treated with Rituximab (an anti-CD20 monoclonal antibody) during lymphoma therapy. With respect to a mechanism for lymphomagenesis, Marcucci et al (2012) indicate that hepatitis B virus can infect lymphocytes as well as integrate into the host genome, leading to overexpression of cellular oncogenes or downregulation of tumor suppressor genes. Such individuals may be identified by the presence of anti-core antibody only, and the vast majority may have detectable HBV DNA in liver biopsy specimens. In addition, chronic antigenic stimulation can lead to an increased rate of mutations that can induce neoplastic transformation and proliferation. Wang et al (2018) demonstrated that positive rate of serum HBV was significantly increased in patients with DLBCL as compared with the general population (23,6% vs 7.2%; $p < 0.001$) and that HBV antigen and nucleic acid could be detected intracellularly in B-lymphocytes in vitro.

Marcucci et al reported a case control study to assess the presence of HBV and HBV virus based markers in 400 patients with newly diagnosed B-cell NHL and 392 controls (Marcucci, 2006). The prevalence of positivity for hepatitis B surface antigen was 8.5% among NHL cases and 2.8% among controls (OR 3.67; 95% CI 1.75-7.66). The OR for patients with aggressive NHL and anti-hepatitis B core antibody positivity was 1.27 but the 95% CI was 0.87-1.86). The ability to detect a significant impact of core antibody may have been limited by the small size of the study.

These findings were confirmed in a second case control study conducted by Wang et al that compared HBV markers in 587 patients with NHL to those in 1237 control patients who were diagnosed with another cancer (excluding hepatocellular carcinoma). 30.2 percent of the patents with B-NHL had evidence of HBV infection as compared with 14.8 percent of the other cancer patients (OR 2.6 with 95% CI 2.0-3.4). With respect to those patients who were anti-Hep C core antibody positive (like Mr. Hardeman) the OR was 1.8 (95% CI 1.4-2.2).

I also have reviewed the epidemiologic literature related to glyphosate, the active herbicidal agent in Roundup. I am aware that IARC published a monograph related to glyphosate in March 2015, stating: "There is *limited evidence* in humans for the carcinogenicity of glyphosate. A positive association has been observed for non-Hodgkin lymphoma." As a clinician with a particular expertise in the diagnosis and management of lymphoma, I am aware that the terms "limited evidence" and "association" do not establish causation. Beyond that terminology, it is critical to assess the evidence that IARC used to arrive at its conclusions.

IARC's assessment relied on numerous epidemiologic studies, with the largest studies involving agricultural workers and workers involved in pesticide application. Hence, findings

from these studies would have limited relevance to the case of Mr. Gebeyehou who applied Roundup in a residential setting and would have a significantly lower exposure to Roundup or any other pesticide. Several of the key studies cited in the IARC document are summarized in the following paragraphs.

De Roos et al. (2005) conducted a prospective cohort study in 57,311 pesticide applicators in Iowa and North Carolina to evaluate associations between glyphosate exposure and cancer incidence. Ninety-two cases of NHL were identified, and the RR adjusted for age was 1.2 (95% CI 0.7-1.9). The RR adjusted for age, demographic and lifestyle factors and other pesticides was 1.1 (95% CI 0.7-1.9). Further analysis failed to show an increased RR with increased exposure days or intensity weighted exposure days. Again, these workers had a different magnitude of glyphosate exposure than Mr. Gebeyehou and, even in that setting, the findings lacked statistical significance.

In an earlier study, De Roos et al (2003) pooled data from three case control studies to examine the risk of NHL in 3147 farmers with pesticide exposure. In that study, the logistic regression OR was 2.1 (95% CI 1.1-4.0) for glyphosate but the hierarchical regression OR was 1.6 (95% CI 0.9-2.8). Given that the latter result accounts for multiple herbicides/pesticides, and lacks statistical significance, it is impossible conclude that even high degrees of glyphosate exposure in farmers increases the risk of NHL.

In a case control study conducted in Sweden, Hardell et al (2002) assessed the risk of NHL following exposure to pesticides and herbicides. For glyphosate exposure, the OR was 3.04 (95% CI 1.08-8.52), based on only 8 exposed cases and 8 controls. However, after controlling for exposure to other pesticides, the risk decreased by 85% and was not statistically significant.

Eriksson et al (2008) reported a population based case-control study assessing exposure to pesticides as a risk factor for NHL. Patients with NHL (910) were matched with controls (1016) from the national population registry in Sweden. The OR for exposure to glyphosate for $\leq$ 10 days was 1.69 (95% CI 0.70-4.07) and for > 10 days was 2.36 (95% CI 1.04-5.37). Importantly, after controlling for exposure to other pesticides, there was not a statistically significant increased risk. For B-cell lymphomas, the OR was 1.87 but did not achieve statistical significance with the 95% CI 0.998-3.51. Likewise, for the 239 cases of DLBCL, the OR for glyphosate was 1.22, but was not statistically significant with the 95% CI 0.44-3.35.

McDuffie et al (2001) conducted a case control study in Canada to investigate the association of multiple pesticides and herbicides with the development of NHL. 517 NHL patients were assessed along with 1506 controls. For glyphosate, the OR adjusted for age and province of residence was 1.26 (95% CI 0.87-1.80) and the OR adjusted for additional variables including family history of cancer was 1.20 (95% CI 0.83-1.74). Thus, glyphosate exposure did not lead to a statistically significant increase in the risk of lymphoma.

Finally, Andreotti et al (2018) published a detailed and updated report from the Agricultural Health Study. This is by far the largest (more than 50,000 participants) and most scientifically rigorous study that has been conducted. Glyphosate exposure was not statistically significantly associated with cancer at any site. With respect to NHL, regardless of the extent of exposure to glyphosate, the RR was 0.83-0.88. Similar findings were reported for B-cell lymphoma with RR ranging from 0.76-0.88. The size and detail of the study with the duration of follow up makes it the most important study for the assessment of glyphosate risk and strongly suggests that there is no relationship between glyphosate exposure and the development of B-cell lymphoma.

In sum, the epidemiologic studies do not indicate an increased risk of NHL associated with glyphosate exposure.

**Response to Plaintiff's Expert Reports:**

I have reviewed the plaintiff's expert reports of Drs. Shustov, Nabhan, Sawyer and Weisenburger.

Dr. Shustov's assessment that it is "highly unlikely that HBV had any contribution to his risk of developing or caused his lymphoma" is inconsistent with studies that have investigated the relationship between HBV and NHL. Scientific literature cited above indicates that even in the absence of active hepatitis, there is persistence of hepatitis B in the body that can cause lymphoma. Likewise, Dr. Shustov's conclusion that Roundup was the cause of Mr. Gebeyehou's lymphoma and that he "did not identify a single additional known risk factor" is contradicted by the epidemiologic evidence.

There is also no foundation for his statement that "most American cancer centers … list exposure to pesticides as a known risk factor for developing NHL." My institution, NYU Langone Medical Center, is an NCI designated cancer center that has no such statement on its website or in its patient literature. He is also incorrect in extrapolating from his statement that "pesticides" are a risk factor for NHL to draw the conclusion that Roundup is one of the pesticides that is included in this generic statement. The term "pesticides" encompasses a multitude of chemicals and says nothing about Roundup. The fact that some pesticides may be risk factors for NHL underscores that fact that epidemiologic studies and findings that fail to properly adjust for such co-exposures are hopelessly confounded.

Finally, Dr. Shustov states that he performed the "differential diagnosis into causes of Mr. Gebeyehou's DLBCL." This is a misuse of the term differential diagnosis which, in medicine, refers to a list of potential disease diagnoses based on a patient's symptoms, exam, and laboratory studies. Differential diagnosis is not a methodology to establish the cause of any given cancer. Even apart from nomenclature, Dr. Shustov has offered no scientific methodology for ruling out Mr. Gebeyehou's HBV infection as a risk factors that, epidemiologically, represents a more likely contributor to his DLBCL than Roundup. In his conclusion, he fails to re-state that the cause of most cases of NHL remains unknown.

I also have reviewed the plaintiff's expert report of Dr. Nabhan. His assessment of the case is similar to that of Dr. Shustov. He also incorrectly discounts the role of HBV infection as a risk factor of cause of Mr. Gebeyehou's NHL. Dr. Nabhan also states that epidemiological studies were unable to assess subtypes of NHL when assessing causation. This statement is incorrect and is contradicted by evidence from studies I have cited in my report.

Dr. Nabhan describes several prognostic factors related to DLBCL including Ki-67, International Prognostic Index, and DLBCL molecular subtype. These prognostic factors do not pertain to the etiology of the lymphoma but rather to its curability. In addition, for a patient who completed therapy several years ago and remains in remission, the prognostic factors have limited clinical relevance.

Dr. Nabhan also uses the term differential diagnosis in his conclusion to incorrectly suggest that he has a methodology that can assign causation to a specific agent or risk factor. He provides no rationale for his conclusion that Roundup was a substantial contributing factor and that HBV infection was a minimal contributor. These may be Dr. Nabhan's personal opinions, but he fails to offer scientific evidence to support these opinions.

I also reviewed the report of Dr. Weisenburger. Dr. Weisenburger notes his prior HBV infection but discounts its importance as a potential cause of Mr. Gebeyehou's DLBCL. In his analysis, he cites Marcucci (2006) which I have cited but I also noted that the ability to detect a significant impact of core antibody may have been limited by the small size of the study. A similar problem exits with the Abe study (2015) where the hazard ratio for was 1.12 for DLBCL in individuals who were hepatitis B core antibody positive, but only 30 cases were observed, making the confidence interval very wide (0.49-2.58). In addition, the mean age of patients on that study was 57.5 years old for those individuals with hepatitis B core antibodies, so many of these patients likely had a shorter duration of infection than Mr. Gebeyehou. There is no question

that HBV persists in patients who have antibodies of core antigen as evidenced by cases of HBV reactivation following Rituximab therapy.

## Conclusions:
Within a reasonable degree of medical certainty, I have arrived at the following conclusions based upon my review of this case:

1. The preponderance of published literature shows no significant increase in NHL incidence following exposure to Roundup. For that reason alone, there is no basis to conclude that Roundup caused or contributed to Mr. Gebeyehou's DLBCL
2. There is nothing peculiar or unusual about Mr. Gebeyehou's DLBC that points to Roundup as a factor in etiology. His diagnosis at age 74 is typical for NHL. Like the clear majority of NHL cases, the etiology of Mr. Gebeyehou's DLBCL is not known. There is no biomarker, test, or any diagnostic protocol which can identify Roundup as causing or contributing to the disease.
3. Mr. Gebeyehou's prior infection with hepatitis B and his history of immune mediated hearing loss (cochlear Meniere's) cannot be ruled out as potentially causing or substantially contributing to causing his DLBCL.
4. Mr. Gebeyehou remains in remission 4.5 years out from completion of R-CHOP chemotherapy for his DLBCL. Thus, it is more likely than not that he will be cured of his NHL. In the long –term follow-up of patients over age 60 with DLBCL who received therapy with R-CHOP, relatively few relapses occurred after 3 years of follow-up (Coiffier, 2010).
5. Plaintiff's experts have not presented reliable scientific evidence demonstrating that Roundup caused Mr. Gebeyehou's DLBCL, nor have they presented reliable scientific evidence to rule out his HBV as a risk factor for his NHL.

These represent my conclusions based on the records made available to me. I reserve the right to modify my opinion based on additional information that may be made available to me. I also reserve the right to use graphics and demonstratives to illustrate and explain my opinions and bases for those opinions.

Michael L. Grossbard, MD
November 26, 2018

**References**

Abe SK, Inoue M, Sawada N, et al. Hepatitis B and C virus infection and risk of lymphoid malignancies: a population-based cohort study (JPHC study). Cancer Epidemiol 2015;39:562-566.

Andreotti G, Koutros S, Hofmann JN, et al. Glyphosate use and cancer incidence in the agricultural health study. JNCI 2018;110:509-516.

Cabrerizo M, Bartolome J, Caramelo C, et al. Molecular analysis of hepatitis B virus DNA in serum and peripheral blood mononuclear cells from hepatitis B surface antigen-negative cases. Hepatology 2000;32:116-123.

Castillo JJ, Ingham RR, Reagan JL, et al. Obesity is associated with increased relative risk of diffuse large B-cell lymphoma: a meta-analysis of observational studies. Clin Lymphoma Myeloma Leuk 2014;14:122-130.

Chihara D, Nastoupil LJ, Williams JN, et al. New insights into the epidemiology of non-Hodgkin lymphoma and implications for therapy. Expert Rev Anticancer Ther. 2015;15:531-544

Coiffier B, Thieblemont C, Van Den Neste E, et al. Long-term outcome of patients in the LNH-98.5 trial, the first randomized study comparing rituximab-CHOP 2 standard CHOP chemotherapy in DLBCL patients: a study by the Groupe d'Etudes des lymphomes de l'adulte. Blood . 2010;116:2040-2045

De Roos AJ, Blair A, Rusiecki JA, et al. Cancer incidence in glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect. 2005;113:49-54.

De Roos AJ, Zahm SH, Cantor KP, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 2003;60:e11.

Ekstrom-Smedby K. Epidemiology and etiology of non-Hodgkin lymphoma- a review. Acta Oncologica. 2006;45258-271)

Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer 2008;123:1657-1663.

Grossbard ML (ed). Malignant Lymphomas. BC Decker, Hamilton, ON. 2002.

Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymph 2002;43:1043-1049.

Larsson SC, Wolk A. Obesity and risk of non-Hodgkin's lymphoma: a meta-analysis. Int J Cancer. 2007;121:1564-1570.

Marcucci F, Mele A, Spada E, et al. High prevalence of hepatitis B virus infection in B-cell non-Hodgkin's lymphoma. Haematologica 2006;91:554-557.

Marcucci F, Spada E, Mele A, et al. The association of hepatitis B virus infection with B-cell non-Hodgkin lymphoma- a review. Am J Blood Res 2012;2:18-28.

McDuffie HH, Pahwa P, McLaughlin JR et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001;10:1155-1163.

Siegel RL, Miller KD, Jemal A. Cancer statistics, 2018. CA Cancer J Clin. 2018;68:1-30.

Wang F, Rui-hua X, Han B, et al. High incidence of hepatitis B virus infection in B-cell subtype non-Hodgkin lymphoma compared with other cancers. Cancer 2007;109:1360-1364.

Wang Y, Wang H, Pan S, et al. Capable infection of hepatitis B virus in diffuse large B-cell lymphoma. J Cancer 2018;9:1575-1581.