# EXHIBIT 7

**Elaine Stevick and Christopher Stevick v. Monsanto Company, et al**
**Expert Report of J. Pablo Villablanca, MD, FACR**

**Background and Qualifications:**

I am a board-certified neuroradiologist at UCLA David Geffen School of Medicine in Los Angeles, California. I am Professor of Radiological Sciences in the Diagnostic Neuroradiology Section, Medical Director of MRI and Director of the Interventional Spine Program at UCLA Healthcare.

I received my B.S. at UCLA in 1984, my M.D. from the University of Minnesota in 1989, and thereafter completed my internship (1990), residency (1994) and two-year Neuroradiology Fellowship (1996) at UCLA. I have a Certificate of Added Qualification (CAQ) in Neuroradiology, revalidated in 2007.

In my clinical practice, I provide radiologic interpretations and prepare formal written reports for more than 15,000 neuroradiologic studies per year, approximately 35% involving cerebral malignancies, with primary cerebral lymphoma comprising approximately 7-10% of those. In my capacity, I work closely with oncologists, radiation therapists, and neurosurgeons to correlate presenting signs and symptoms with CT and MR imaging findings in all patients with suspected cerebral masses, including primary cerebral lymphomas. I also regularly attend our multidisciplinary tumor boards where these cases are presented and discussed in detail.

I also lecture at professional conferences nationally and internationally, conduct research, publish articles in the peer-reviewed medical literature, serve as a Scientific Reviewer on five different peer-reviewed journals, and have been a co-investigator on three research grants focused on the study of stroke funded by the National Institutes of Health (NIH). I have published over 120 articles in peer-reviewed journals, 5 dealing with the subject of brain and head and neck tumors. I have served as Principal or Co-Investigator on three clinical trials evaluating new clinical treatments for brain tumors. Since 1996, I have been an author on over 30 peer-reviewed manuscripts dealing with the subject of stroke imaging. In 2015, I was elected as a Fellow of the American College of Radiology (FACR), an honor bestowed on only 10% of members of the ACR.

A copy of my curriculum vitae is attached as Exhibit A.

The following opinions are held to a reasonable degree of medical certainty and are based upon my education, training, clinical experience, working knowledge of the published medical and scientific literature, as well as my review of medical records and radiology pertaining to Elaine Stevick.

1

A list of the case specific materials reviewed is attached as Exhibit B and the literature reviewed and/or relied upon is set forth and the end of this report as Exhibit C.  My fee is $700/hr and list of expert testimony that I have provided in the past 4 years in attached as Exhibit D.

I reserve the right to amend my opinions if additional information becomes available to me; to respond to opinions offered by plaintiffs' experts at deposition or trial; and to use demonstratives or graphics at trial to illustrate anything discussed in this report. I offer the following opinions to a reasonable degree of medical certainty.

I was asked to assess Elaine Stevick's imaging studies and medical records to determine whether the imaging abnormalities revealed therein were caused or contributed to by Roundup.  I have reviewed the imaging studies and medical records available to me on this matter.

Materials reviewed include those itemized in Materials Reviewed and Considered List provided at the end of this document. I have also reviewed independent literature, as cited in this report, dealing with PCNSL and the herbicide glyphosate.

Specific imaging studies reviewed include:

1. Noncontrast CT scan of the brain dated 9/26/11
2. Contrast enhanced MRI of the brain dated 10/13/11
3. Contrast enhanced MR of the brain dated 12/24/14
4. Contrast enhanced MR of the brain dated 1/23/15
5. Contrast enhanced MR of the brain dated 3/24/15
6. Contrast enhanced MR of the brain dated 5/19/15
7. Contrast enhanced MR of the brain dated 8/1/18

**Overview of the Brain:**

The brain is divided into two halves, or hemispheres. Each hemisphere is divided into four major territories, or lobes. The frontal lobe deals primarily with executive function and judgment as well as motor movement. The parietal lobe deals primarily with sensory information coming from different parts of the body to the brain. The temporal lobe deals primarily with memory, speech and emotion, while the occipital lobe primarily processes visual information.  There are also deep parts of the brain, including the thalami and basal ganglia devoted to the processing of sensory information and coordination of movement, respectively.  The brainstem or stalk of the brain contains many small control centers for basic functions of life such as breathing, temperature and others.  The cerebellum is located in the back of the skull and serves primarily to coordinate movement and balance.

The cells that control our activities are called neurons, and are located primarily along the highly folded surface of the brain.  This part of our brain is called the cerebral cortex, or gray matter. The neurons communicate with each other via slender cables or axons that are insulated with fat for improved electrical conduction of nerve signals.  This part of our brain is called white matter, or may be referred to by the specific white matter bundle tract in question- for instance, the posterior limb of the internal capsule.

As we age, the brain can acquire injuries that damage small or large areas of the brain. These include strokes that deprive parts of the brain of oxygen leading to tissue damage, or bleeding into the brain that damages brain tissue when the blood tears delicate brain tissue.  As we age, the brain also naturally loses some volume, with enlargement of the fluid spaces around and within the brain, and loss of brain tissue.  Some disease states can cause selective loss of brain volume in specific brain regions.  Some disease states have a predilection, or propensity, to develop or involve specific brain region, tracts or pathways. These imaging features help radiologist analyze imaging studies to provide the most likely condition or disease state underlying the imaging findings.

White blood cells called lymphocytes (B-cells and T-cells) are important cellular components of our immune system. They circulate in blood, our bone marrow and throughout body tissues, including the brain. Their job is to look for and destroy or isolate foreign agents that cause infection, identify and destroy sporadically and spontaneously occurring tumor cells, and mediate inflammation. They can also trigger repair mechanisms after brain injury.  Non-Hodgkin lymphoma (NHL) is a cancer that starts in either the B-cells or T-cells. It can start anywhere in the body, including the brain.

CT images are obtained when highly filtered medical x-rays are transmitted through a body part.  Tissues of different density (chemical composition) transmit medical x-ray beams differently.  Using computers, an image of the body part, for instance the brain, can be created. The CT images show all brain tissues with high electron density as whiter than other areas.  Because neuronal cell bodies which comprise the cerebral cortex, or gray matter, contain much nuclear DNA material in their cell bodies, they appear brighter or more hyperdense than areas without neurons. In contrast, white matter, which consists primarily of insulating fat, appears darker or hypodense.  Similarly, abnormal tissues such as brain tumors may also appear of higher density, or whiter on an image, when they are composed of tightly packed cells with much nuclear DNA material.  This hyperdense imaging pattern is typical of malignant tumors, since much of their effort is focused on cell replication and little effort is devoted to other normal cell functions.  When tumors are growing rapidly they displace or invade adjacent normal brain, causing swelling of the surrounding brain. Tissue swelling is associated with increased tissue water, which appears as a darker region, or area of low density surrounding the tumor mass, on CT imaging.

3

MRI relies on magnetic fields to create images. This technique uses the protons, or hydrogen atoms present in water molecules to create images of the body. The behavior of water molecules exposed to a magnetic field varies depending on the composition of the tissues in which they exist. By placing the body in a static magnetic field, and then applying additional specific ramps of magnetic energy to the body in the three main spatial axes – X, Y and Z, and measuring the energy released by the hydrogen atoms once these external magnetic fields have been turned off, one can create very detailed images of the body.  This process also requires complex mathematical computations.  Using this technique, areas in the brain with more water appear bright or show hyperintense signal on T2W weighted sequences. An example of tissue with more water could be areas of swelling around a brain tumor.  In contrast, tissues in the brain with very low water content, such as neurons and rapidly dividing tumor cells, will show a low T2W signal intensity.  Again, this is because neurons and tumor cells have mostly DNA material and very little cytoplasm within their cell bodies.  Cerebral lymphomas normally appear low on T2W sequences because of this phenomenon.

Another important contrast mechanism in MRI is that provided by diffusion imaging (DWI). This technique looks at the relative ease with which water molecules move through a tissue. Normally, water molecules bounce around in a given tissue space without restriction. However, water molecules present in tumor tissue are crowded together because tumor cells have little water in their cytoplasm and much DNA material which contains very little water.  Tissues with impaired free motion of water molecules appear very bright, or hyperintense, on a diffusion weighted, or DWI sequence.  The amount of restriction, is roughly proportional to the degree of impaired free motion of water. For these reasons, cerebral lymphomas characteristically have prominent DWI hyperintensity.

Brain arteries are unique in the body because they possess tight junctions in the endothelium.  Endothelium is a thin, single-layer of cells that line all brain arteries. These tight junctions normally allow the passage of only specific molecules from inside the artery into the surrounding brain tissue. The unique ability of brain arteries to limit the passage of molecules from the blood in the arteries to the surrounding brain tissue is called the blood-brain-barrier.

Another way to gain information about the status of brain tissues is to administer an intravenous contrast agent.  These are specific molecules designed to show up on a CT or MR imaging study wherever there is a disruption in the normal blood brain barrier, since an intact barrier normally prevents their passage out of the brain artery.  Disruptions in the blood brain barrier can occur with inflammation, infection, strokes and tumors. Because tumor tissues make their own tumor arteries, these arteries do not possess tight junction, and are therefore very leaky, allowing the passage of many molecules, including contrast agents.  This is why brain tumors fill with contrast material, causing them to enhance.  The amount of enhancement varies with different tumors. Cerebral

lymphomas typically enhance markedly and uniformly. Further, some tumors show a predilection of particular areas of the brain. Cerebral lymphomas in particular, show a predilection for small arteries and veins, leading sites of disease with a perivascular pattern of enhancement.

Although CT and MRI studies are powerful techniques that can often provide valuable information as to the likely type of abnormal tissue present, they do not reveal the cause of the abnormal tissue. Specifically, CT and MRI imaging do not show whether exposure to a substance(s) caused the imaging abnormality present, for instance a brain tumor.

## Imaging Findings:

### Noncontrast CT scan of the brain dated 9/26/11:

**Findings:** The cerebral sulci, ventricles and basal cisterns are normal in size and shape. The density of the cerebrum, deep nuclei, brainstem and cerebellum is normal, with preserved gray-white matter differentiation and normal and symmetric tissue density. There is no evidence of mass, mass effect or midline shift. There is no intraparenchymal, subdural, epidural, subarachnoid or intraventricular bleeding. There is no evidence of recent or remote infarct. There are no extra axial fluid collections. The basal cisterns are open. The visualized portions of the paranasal sinuses and mastoid air cells are clear. There are no calvarial abnormalities.

**Impression:** Unremarkable noncontrast CT scan of the brain.

### Contrast enhanced MR of the brain dated 10/13/11:

**Findings:** The cerebral sulci, ventricles and basal cisterns are symmetric and normal in size and shape for the age of this patient. The signal intensity of the brain is remarkable for two oval regions of high T2W and FLAIR signal in the right anterior corona radiate (series 4 and 5, images 19/32 and image 19/33, respectively) and a more linear zone of high T2W and FLAIR signal in the posterior limb of the internal capsule (series 4 and 5, images 15/32 and image 15/33, respectively).

There is no definite restricted diffusion to suggest acute ischemia or infarction.

There is no abnormal susceptibility artifact to suggest recent or remote intracranial bleeding.

The post contrast sequences show no abnormal parenchymal, ependymal, leptomeningeal or pachymeningeal enhancement.

5

Incidental note is made of a developmental anomaly of the right superior cerebellum. Note is also made of two small sublenticular cysts of the left basal ganglia. The globes and orbits are grossly unremarkable.

**Impression:**

1. Foci of abnormal T2W and FLAIR hyperintensity in the right anterior corona radiate and left posterior limb of the internal capsule. These foci are nonspecific in appearance. Differential diagnostic considerations include foci of microvascular type ischemic injury, foci of demyelination, early infiltrative process including glioma and others, sequela of cerebral vasculitis.
2. Small left sided sub-lenticular cysts, not of clinical consequence.
3. No evidence of acute ischemia or infarction.
4. The globes and orbits are grossly unremarkable.


**Contrast enhanced MR of the brain dated 12/24/14:**

**Findings:** The post contrast sequences show homogeneous and strong enhancement of a mass centered in the right lateral cerebellum. There is no central necrosis. The mass demonstrates low T2W signal and restricted diffusion imaging, compatible with a process with a high nuclear to cytoplasmic ratio. There is abnormal T2W and FLAIR hyperintensity involving the right middle cerebellar peduncle, dorsolateral pons belly, right central cerebellar hemisphere and right cerebellar tonsil, compatible with vasogenic edema. There is associated mass effect, including partial effacement of the right cerebellopontine angle cistern, fourth ventricle and prepontine cistern.

There is mass effect upon the aqueduct of Sylvius, leading to mild to moderate enlargement of the lateral and third ventricles. There is minimal associated trans-ependymal flow of cerebrospinal fluid, suggesting obstruction is non-acute and relatively well compensated.

A small region of enhancement is also seen in the left posterior limb of the internal capsule, also surrounded by a rounded region of high T2W and FLAIR signal, compatible with vasogenic edema.

A punctate focus of enhancement (series 11, image 26 of 33) with associated restricted diffusion and perifocal vasogenic edema is also identified in the left lateral pre-motor region.

A more ill-defined region of high T2W and FLAIR signal is noted centered in the white matter surrounding the frontal horn of the right lateral ventricle and right sub-lenticular region. This region demonstrates no abnormal enhancement or restricted diffusion, and shows low T1W signal along with mild enlargement of

the ipsilateral frontal horn of the right lateral ventricle, compatible with encephalomalacia.

There is no abnormal leptomeningeal or ependymal enhancement to suggest a carcinomatous process.

**Impression:**

1. Multifocal, prominently enhancing, non-hemorrhagic, parenchymal masses with low T2W signal and restricted diffusion in the right cerebellum left posterior limb of the internal capsule and left lateral premotor regions. The appearance is compatible with an infiltrative neoplasm. Given patient age and imaging appearance, multifocal primary CNS lymphoma is likely. Less likely considerations include multifocal glioma (glioblastoma multiforme) and metastatic disease. Imaging factors against malignant glioma include lack of central necrosis and prominent and homogeneous restricted diffusion. Imaging factors against metastatic disease, include ill-defined and infiltrative appearance of the lesions, prominent and homogeneous enhancement and restricted diffusion, and lack of central necrosis.
2. Comparison with the prior MRI of the brain dated 10/13/11, suggest the lesion centered in the posterior limb of the internal capsule may have been present in an early form at that time.
3. Mild to moderate mostly compensated noncommunicating hydrocephalus.
4. Encephalomalacia of the right anterior basal ganglia, external capsule, right anterior corona radiata and periventricular white matter surrounding the frontal horn of the right lateral ventricle. The appearance is nonspecific. Considerations favor post ischemic changes, post-inflammatory changes or spontaneously regressed focus of lymphoma. It is noted that this region of encephalomalacia subsumes a small area of nonspecific high FLAIR signal intensity identified on the prior MRI of the brain dated 10/13/11.

**MRI of the brain dated 12/30/14:**

**Findings:** Limited pre-operative BrainLab protocol scan using SSFSE sequences and volumetric post-contrast FSPGR-3D sequences show less perilesional edema surrounding the dominant mass in the right cerebellar hemisphere and less resultant mass effect upon the fourth ventricle. The degree of enhancement and size of lesions is grossly unchanged as compared to the scan of 12/24/14. Ventricular size is unchanged, again showing a bi-frontal horn diameter of 40 mm.

**Impression:**

1. Pre-operative scan

2. No significant interval changes when compared to the prior MR of the brain dated 12/24/14.

**Contrast enhanced MR of the brain dated 1/23/15:**

**Findings:** The patient has undergone interval right suboccipital craniotomy and partial resection of the previously identified right cerebellar mass. Minor blood products are noted around the margins of the resection cavity. The cavity contains fluid and some blood products.

The post contrast sequences show persistent abnormal enhancement along the medial and posterior margins of the right cerebellar resection cavity. This tissue shows low T2W signal and restricted diffusion, compatible with residual tumor. Perifocal vasogenic edema and mass effect are significantly diminished, and the fourth ventricle is no longer effaced.

The enhancing mass and associated vasogenic edema centered in the posterior limb of the internal capsule is grossly unchanged, while the enhancement in the left posterior frontal lobe is now larger and more multifocal, with approximately four enhancing lesions now clustered in the deep and subcortical white matter of the left posterior frontal lobe. Vagogenic edema associated with these lesions remains modest and mass effect is local and minor.

The encephalomalacia involving the deep and paraventricular white matter surrounding the frontal horn of the right lateral ventricle is unchanged and is again noted to extend into the right external capsule, right anterior sublenticular region and right anterior temporal deep white matter.

Mild dilatation of the lateral and third ventricles is again seen, with diminished size of the temporal horns as compared to the prior scan of 12/24/14.

There is no evidence of abnormal leptomeningeal or ependymal enhancement.

**Impression:**

1. Interval debulking of enhancing mass in the right cerebellar hemisphere. Residual tumor is noted along the medial and posterior margins of the resection cavity. Corresponding decrease in perifocal vasogenic edema and mass effect.
2. Persistent abnormal enhancement centered in the posterior limb of the internal capsule region, grossly unchanged versus 12/24/14.
3. Interval progression of multifocal disease in the posterior aspect of the left frontal lobe, with increase in size and number of enhancing lesions.

**Contrast enhanced MR of the brain dated 3/24/15:**

**Findings:**  The post contrast sequences show interval resolution of homogeneously enhancing, low T2W signal, diffusion restricted tissue along the mesial and posterior margins of the right cerebellar neurosurgical resection cavity.  Thin linear enhancement surrounding the surgical resection margins is compatible with post-operative granulation tissue.  Vasogenic edema has resolved, with only mild perifocal gliosis noted.  Mass effect is resolved.

All other cerebral parenchymal enhancement previously identified is also resolved. There are no new areas of abnormal parenchymal, ependymal or leptomeningeal enhancement, with nearly completely resolved perifocal vasogenic edema.  Mild patchy FLAIR and T2W hyperintensity in the left posterior frontal white matter is not associated with mass effect and likely represents gliosis.

Gliosis associated with the area of encephalomalacia around the frontal horn of the right lateral ventricle and surrounding white matter, and associated regional volume loss is unchanged.

There is no diffusion abnormality to suggest acute ischemia or infarction.

There is mild residual enlargement of the lateral and third ventricles, but the temporal horns of the lateral ventricle and the fourth ventricle are normal in size.  There is no evidence of hydrocephalus.

**Impression:**

1. Interval resolution of all abnormal parenchymal enhancement, restricted diffusion and low T2W signal in the right cerebellum.  Post-operative changes, as expected, including mild perifocal gliosis.
2. All other cerebral parenchymal enhancing lesions previously identified have also resolved, along with associated vasogenic edema.
3. There are no new areas of abnormal parenchymal, ependymal or leptomeningeal enhancement.
4. Stable appearance of area of encephalomalacia and surrounding perifocal gliosis centered around the frontal horn of the right lateral ventricle.
5. No evidence of hydrocephalus.

**Contrast enhanced MR of the brain dated 5/19/15:**

**Findings:** The surgical resection cavity in the peripheral right cerebellar hemisphere is smaller.  Mild perifocal gliosis is unchanged.

Encephalomalacia and surrounding gliosis around the frontal horn of the right lateral ventricle, with contiguous gliotic change in the anterior bifrontal white matter, external capsule, anterior basal ganglia and deep white matter of the right

9

frontal lobe is unchanged. This area continues to show no abnormal enhancement or restricted diffusion.

The minor FLAIR hyperintense signal in the left posterior limb of the internal capsule is essentially resolved. There remains minor FLAIR and T2W hyperintensity in the subcortical white matter of the left posterior frontal lobe, compatible with minor gliosis.

There are no new areas of abnormal signal intensity in the cerebrum, brainstem and cerebellum.

The cerebral sulci, ventricles and basal cisterns are normal in size and shape for patient age, except for the right frontal horn of the lateral ventricle which shows mild asymmetric prominence due to cerebral volume loss in the region.

The post contrast sequences show no abnormal parenchymal, ependymal or meningeal enhancement.

**Impression:**

1. No remaining abnormal intracranial enhancement to suggest residual or persistent disease.
2. No new abnormal enhancement to suggest new sites of disease.
3. Stable encephalomalacia of the white matter centered around the frontal horn of the right lateral ventricle with differential diagnosis as previously described.
4. Stable ventricular size without evidence of hydrocephalus.
5. Stable cerebral volume without evidence of global or regional cerebral volume loss.
6. Grossly normal appearance of the globes and orbits.

**Contrast enhanced MR of the brain dated 8/1/18:**

**Findings:** There is further interval improvement in the appearance of the brain when compared to the prior scan of 5/19/15.

Again seen is the neurosurgical resection cavity in the right cerebellar hemisphere, now further collapsed. Minor perifocal gliosis is again seen around the margins of the resection cavity, as expected.

Abnormal patchy T2W and FLAIR signal abnormalities in the left posterior limb of the internal capsule, deep and subcortical white matter of the left posterior frontal lobe have completely resolved. No new areas of abnormal signal intensity are apparent in the brain.

The area of encephalomalacia and perifocal gliosis centered about the frontal horn of the right lateral ventricle is unchanged in appearance.

There is no evidence of acute ischemia or infarction and no interval infarcts are seen.

There remains no abnormal parenchymal, ependymal or meningeal enhancement in the brain or meninges.

The globes and orbits remain grossly unremarkable.

Ventricular size is stable.

Cerebral, brainstem and cerebellar volume is normal and unchanged.

**Impression:**

1. There is no abnormal parenchymal, ependymal or meningeal enhancement to suggest residual or recurrent tumor.
2. The neurosurgical resection cavity in the right cerebellar hemisphere is now further collapsed, with expected minor perifocal gliosis again seen.
3. Abnormal patchy T2W and FLAIR signal abnormalities in the cerebral white matter have completely resolved.
4. No new areas of abnormal signal intensity are apparent in the brain.
5. Stable area of encephalomalacia and perifocal gliosis centered about the frontal horn of the right lateral ventricle.
6. There is no evidence of acute ischemia or infarction
7. No interval infarcts are seen.
8. There is no hydrocephalus.
9. Cerebral, brainstem and cerebellar volume is normal and unchanged.

**Medical Synopsis:**

At time of presentation patient was a 63 year-old woman with a history of hyperlipidemia, GERD, asthma and anxiety, who on 12/24/14 was admitted with ataxia, vomiting, vertigo and gradual progression of cognitive decline. Imaging studies revealed a cerebellar mass. Resection and biopsy of the mass was performed on 12/29/14 and revealed primary CNS lymphoma. Review of the medical records indicate that Mrs. Stevick was experiencing personality changes and had suffered a fall in 2011.

The patient also has a strong family history cancer on both maternal and paternal relatives, including colon cancer in the mother and father, melanoma in the father, breast cancer in a cousin, and colon cancer in both maternal grandmother and grandfather. A paternal uncle died of lymphoma. Another uncle had throat cancer.

Mrs. Stevick was also exposed to radiation during her career, while performing swallow studies in radiology as part of her job as a speech therapist. She wore no protective cover for her head. She performed approximately 15 X-ray studies over the years.

For her medical conditions, she had been treated with ondansetron, famotidine, escitalopram. She consumed 4 alcoholic beverages per week.

On 12/30/14, Dr. Sedrak Fayez performed a right-sided posterior fossa craniotomy and biopsy of the right cerebellar mass.

Tissue chromosome analysis of the cerebellar biopsy revealed a karyotype of BCL6X2 [99/100], MYCX3 [23/100], MYC2[77/100], IGHX2[112/113] and BCL2X3[90/113].  FISH analysis revealed diagnosis of lymphoma which was negative for BCL6 (3q27) and MYC oncogene (8q24) rearrangements, and also negative for t(14;18) translocation.  Therefore, the FISH result did not support the diagnosis of Burkitt's lymphoma and absence of evidence of a BCL6 rearrangement is commonly found in B-cell non-Hodgkin's lymphomas. Additional testing at the San Francisco IHC Laboratory in consultation confirmed the diagnosis of aggressive B-cell lymphoma. I note that there was no testing for nonsynonymous somatic mutations in the following genes which have been described in patients with PCNSL with the corresponding frequencies: PIM1 (100%), BTG2 (92.7%) and MYD88 (85.4%) in PCNSL.

A CT scan of the chest, abdomen and pelvis performed on 12/25/14 was negative for mass or other abnormality.  A bone marrow biopsy and aspirate performed on 1/12/15 was negative for malignancy. Cerebrospinal fluid analysis obtained on 1/13/15 was also negative for malignancy.

She was treated with multi-agent chemotherapy and was enrolled in a clinical trial designed to evaluate the role of radiation therapy to the brain in patients with PCNSL after completion of chemotherapy. She appears to have been randomized to the arm that received the standard multi-agent chemotherapy without radiation.

Disease progression was noted on the baseline post biopsy MRI of the brain performed on 1/23/15 as compared to her baseline MRI of 12/24/14.  Mrs. Stevick was started on chemotherapy on 1/27/15 and received a second cycle on 2/24/15.  A follow up MRI performed on 3/24/15 revealed remarkable improvement, and a subsequent scan performed on 5/19/15 revealed only post-operative changes in the posterior fossa, without evidence of enhancing or non-enhancing tumor in the cerebrum, deep nuclei, brainstem or cerebellum. The meninges and ependymal were likewise free of abnormality.

Ms. Stevick completed an additional four rounds of chemotherapy on 3/25/15, 4/21/15, 5/21/15, and 6/18/18. Follow-up MRI studies including the most recent performed on 8/1/18 have shown no evidence of active disease.

Her last clinic notes on 8/2/18 when she visited the oncologist for lymphoma follow-up indicated her energy was good; no limitations in daily activities; no headaches, vision changes, focal weakness or numbness; no night sweats; no unintentional weight loss; no fatigue. She had no neurological symptoms at all. Importantly, the post-treatment MRI from 8/1/2018 showed stability with no new lesions and complete imaging resolution of all previously identified enhancing lesions and surrounding perifocal edema. Had continued good functional status back to baseline.

**Discussion:**

Primary CNS lymphoma (PCNSL) accounts for approximately 4% of all primary brain tumors and is a form of extranodal non-Hodgkin's lymphoma that occurs in the brain tissue, membranes surrounding the brain, spinal cord or eyes. The vast majority of cases occur due to spontaneous mutations in the body. This type of lymphoma remains confined to the central nervous system [1]. It occurs in both immunocompetent and immunocompromised individuals, but is far more common in the immunocompromised. The risk of developing cerebral lymphoma is higher in individuals infected with the Human Immunodeficiency Virus (HIV) and Epstein Barr Virus (EBV). This suggests that compromised immunity could play a role in the development of PCNSL. Diffuse large B-cell lymphoma (DLBCL) comprises 90% of all PCNLS's. This type consists of primitive lymphoid cells with a predilection for blood vessels, resulting in a characteristic lymphoid clustering around small cerebral vessels.

As people age, their immune system function declines. In immunocompetent individuals, PCNSL is generally diagnosed in the 5th to 6th decade of life. However, the group at highest risk are those 60 years of age and older. The incidence of PCNSL has increased disproportionately for this age group in the past several decades [2]. The reason for an increased incidence of PCNSL in immunocompetent individuals remains unclear, but may be related to better detection and diagnosis rather than a true increase in the incidence of the tumor [3]. Alternatively, it may be a function of the immunocompetence itself. Patients with PCNSL typically present with neurologic symptoms and signs, including focal neurologic deficits (70%), neuropsychiatric symptoms (43%), increased intracranial pressure (33%), seizures (14%) and ocular symptoms (4%) [4].

I agree with plaintiffs' experts that DLBCL represents the most common lymphoma in adults with an annual incidence of approximately 5.5 new cases per 100,000 men/women. The majority of these are caused by spontaneous mutations for which no cause can be identified. As stated, PCNSL are classified

as DLBCL in 95% of cases, although they are a distinct entity. I also concur with his statement that the causes of DLBCL remain unknown in the majority of patients, yet certain environmental factors are known to increase an individual's risk of developing lymphomas, including DLBCL. These include exposure to ionizing radiation.

I note Mrs. Stevick had a history of occupational exposure to ionizing radiation in her occupation as a speech therapist, as she was repeatedly required to perform swallowing studies in her patients using fluoroscopy, a type of medical ionizing x-ray beam radiation.  During these procedures, she wore lead to protect her body and thyroid gland, but wore no gear to protect her head from the ionizing x-ray beams used to study her patients swallowing difficulties. In this respect, I disagree with Dr. Shustov when he concludes in his analysis of Mrs. Stevick's risk of developing DLBCL that she did not have any history of exposure to ionizing radiation, since per her testimony her head was clearly exposed to ionizing radiation during her employment.

The diagnosis of PCNLS is supported by CT and MRI imaging and cerebrospinal fluid analysis (CSF).  Contrast enhanced MRI of the brain is the optimal imaging modality for patients with PCNSL, with contrast enhanced CT scan also quite useful.  As outlined previously, because of a high nuclear to liquid cytoplasmic ratio, PCNSL is frequently isodense to hyperdense to normal brain on noncontrast CT images and isointense to hypointense on T2-weighted MR imaging.  On post contrast CT and MR enhancement tends to be homogeneous and intense in 85% of patients and absent in only 1% [6], and 65% of lesions are solitary.  Common locations include the cerebral hemispheres (38%), thalamus/basal ganglia (16%), corpus callosum (14%), ventricular region (125), and cerebellum (9%).  Enhancement along the perivascular spaces is considered a highly specific imaging feature [7]. Definitive diagnosis requires histopathologic confirmation through tissue biopsy.

Genetically, PCNSL resemble lymphomas found in other immune-privileged sites like the testes, in which *MYD88* and *MYD88/CD79B* mutations are reported in >70% of samples [8]. Unlike other primary brain tumors, PCNSL respond favorably to chemo- and radiation therapy. A copy number gain at chromosome 9p24.1, which included *PD-L1 /PD-L2* locus, suggests that immune evasion and immune response modulation might play a role in PCNSL pathogenesis [9].

More recently, Fukumura K, et.al. [10], performed whole-exome sequencing for 41 tumor tissues of CLBCL-type PCNSL and paired normal specimens and also RNA-sequencing for 30 tumors.  Their work reveals a very high frequency of nonsynonymous somatic mutations in PIM1 (100%), BTG2 (92.7%) and MYD88 (85.4%) in PCNSL.

The work by Fukumura, et.al. is extremely important, because is suggests that any proposed relationship between a putative oncogenic agent and/or

14

environmental insult must be shown to specifically cause nonsynonymous somatic mutations in PIM1, BTG2 and MYD88, before the agent or insult can be considered to be causal in the development or potentiation of PCNSL.

In a similar vein, Leeksema, et.al. also recently demonstrated that germline mutations predispose to diffuse large B-cell lymphomas [11]. Many of these mutations affect genes involved in DNA repair and/or immune functions, including surveillance. Mrs. Stevick carries a strong family history of colon cancer. Studies have shown that up to 35% of colorectal cancers can be explained by hereditary factors, including germline mutations [12]. Since germline mutations are passed from parent to offspring, and both Mrs. Stevick's mother and father and both maternal grandparents had a history of colon cancer, we can assume Mrs. Stevick received these mutations in her germline DNA and that she therefore has a hereditary susceptibility to colorectal cancer, and any other malignancies such germline mutations might predispose her to, even if such associations have not yet been discovered.

Glyphosate is a isopropylamide salt herbicide. Glyphosate is not an insecticide. The enzyme EPSPS is not present in humans. The active ingredient in glyphosate is N-phosphonomethyl-glycine, a derivative of glycine, the smallest amino acid found in proteins.

As part of an ongoing risk assessment of many pesticides, the United States Environmental Protection Agency (EPA), European Food Safety Authority (EFSA) and the German Federal Institute for Risk Assessment (BIR) evaluated more than 3000 toxicological studies on glyphosate and found no indications of carcinogenic, mutagenic, reproductive or neurogenic properties.

At the international level, the Joint WHO/FAO Meeting on Pesticide Residues (JMPR) agreed that there are no indications that glyphosate residues in food are carcinogenic. In 2016, the New Zealand Environmental Protection Authority (EPA) and the Australian Pesticides and Veterinary Medicines Authority (APVMA) also reached the same conclusion. Further, in March of 2017, the EU's chemical agency, ECHA, also reached the same conclusion that glyphosate does not cause cancer.

Importantly, longitudinal and genotoxological studies which have assessed possible effects of glyphosate on development and the DNA of mammals have all found that glyphosate is not carcinogenic and does not have mutagenic effects; i.e. it does not alter DNA. Further, glyphosate, when ingested, is not metabolized and is rapidly eliminated primarily unchanged from the body. Further, it is poorly absorbed through the skin and does not accumulate in animal tissues [13,14,15,16].

In a very large prospective cohort study published this year in the peer-reviewed JNCI J Natl Cancer Inst [18], Andreotti G., et.al. followed 54,251 herbicide

15

applicators and found no statistically significant association between glyphosate and any solid tumor or lymphoid malignancy overall, including non-Hodgkin lymphoma and its subtypes. Specifically, there are no peer-reviewed studies showing an association between glyphosate and primary central nervous system lymphoma (PCNSL).

In my clinical experience, Mrs. Stevick's clinical presentation was typical for patients with primary cerebral lymphoma and included evidence of elevated intracranial pressure, intracranial mass effect, and dysfunction in pathways and brain regions where her tumor was active. This included ataxia due to involvement of the cerebellum, vomiting due to elevated intracranial pressure from hydrocephalus and mass effect, vertigo due to compression of the cerebellum and cranial nerves exiting the cerebellum, and gradual progression of cognitive decline due to increasing hydrocephalus and compression and distortion of normal brain structures by tumoral mass effect.

It is important to emphasize that patients without and with exposure to environmental agents will have comparable imaging findings. In my professional experience, and to a reasonable degree of medical certainty, there is nothing unique about the imaging findings in patients who have been exposed to environmental agents versus those who have not. Specifically, there are no medical imaging findings that suggest or demonstrate that Roundup caused or substantially contributed to Mrs. Stevick's primary cerebral lymphoma.

**Conclusions:**

In conclusion, the imaging studies provided to me for review show initial evidence of a multifocal cerebral neoplasm with imaging features favoring the diagnosis of primary cerebral lymphoma. Subsequent scans show complete resolution of all imaging evidence of residual disease and no evidence of remote intracranial relapse. Further, her brain shows no evidence of cerebral atrophy or persistent hydrocephalus. The area of scarring involving the white matter surrounding the frontal horn of the right lateral ventricle is stable throughout, and is of uncertain origin, with a prior ischemic insult favored.

In my professional experience, and to a reasonable degree of medical certainty, there is nothing unique about the imaging findings in patients who have been exposed to environmental agents versus those who have not. Specifically, there are no medical imaging findings that suggest or demonstrate that Roundup caused or substantially contributed to Mrs. Stevick's primary cerebral lymphoma.

I hold these opinions to a reasonable degree of medical certainty. I reserve the right to modify my impressions should additional imaging or medical records be provided that justify such a modification.

Dated: NOVEMBER 27, 2018

Sincerely,

*[signature]*

J. Pablo Villablanca, MD, FACR
Professor of Radiological Science
Medical Director of MRI
Director, Interventional Spine Service

**References:**

1. Batchelor, TT. Lymphoma of the Nervous System, Boston, MA. Butterworth, Heinemann, 2004, pp 29-41.
2. Schabet, M. Epidemiology of primary CNS lymphoma. Journal of Neurooncology 1999;43:199-201.
3. Debonera F, et.al. Primary diffuse large B-cell lymphoma of the CNS: a rare case of spontaneous remission. Int. J. Hematol Oncol. 2017;6(3):69-73.
4. Bataille B, et.al. Primary intracerebral malignant lymphoma: A report of 248 cases. J. Neurosurgery 2000;92:261-266.
5. Parron T. et.al. Environmental exposure to pesticides and cancer risk in multiple human organ systems. Toxocol Lett. 2014;230(2):157-165.
6. Kuker W, et.al. Primary Central Nervous System Lymphomas (PCNSL): MRI features at presentation in 100 patients. J. Neuronconlogy 2005;72:169-177.
7. Atlas SW, Lavi E, Fisher PG. Intraaxial brain tumors, in Atlas SW (ed): Magnetic Resonance Imaging of the Brain and Spine (ed3). Philadelphia, PA: Lippincott Williams and Wilkins, 2002, pp 565-693.
8. Kraan, et.al. High prevalence of oncogenic MYD88 and CD79B mutations in diffuse large Journal. 2013;3:e139.
9. Chapuy B, et.al. Targetable genetic features of primary testicular and primary central nervous system lymphomas. Blood 2016;127(7):869-881.
10. Fukumura K., et.al. Genomic characterization of primary central nervous system lymphoma. Acta Neuropathol 2016;131(6):865-875.
11. Leeksma OC, et.al. Germline mutations predisposing to diffuse large B-cell lymphoma. Blood Cancer Journal 2017;7,e532
12. Gylfe AE, et.al. Somatic mutations and germline sequence variants in patients with familial colorectal cancer. Int J Cancer 2010;127(12):2974-2980.

Case 3:16-md-02741-VC   Document 2590-8   Filed 01/30/19   Page 18 of 19

13. European Comission. 2002. Report for the active substance glyphosate, Directive 6511/V1/99. January 21.
14. US EPA 1993. Registration Elligibility Decision (RED) for Glyphosate. US Environmental Protection Agency, Office of Pesticides Programs. EPA 738-R-93-014.
15. WHO 1994. The International Programme on Chemical Safety (IPCS) Environmental Health Criteria 159 Glyphosate.
16. WHO/FAO 2004. Pesticide residues in food – 2004. Report of the Joint Meeting at the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues (JMPR).  Rome, Italy, 20-29.
17. Environmental Protection Agency, Office of Pesticide Programs. Revised glyphosate issue paper: evaluation of carcinogenic potential. 2017 Dec 12;12-143.
18. Andreotti G, et.al.  Glyphosate Use and Cancer Incidence in the Agricultural Health Study.  JNCI J Natl Cancer Inst. 2018;110(5):509-523.