**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) Case No. 3:16-md-02741-VC )<br>) **DECLARATION OF BRIAN L.** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | ) **STEKLOFF IN SUPPORT OF**<br>) **MONSANTO COMPANY'S**<br>) **OPPOSITION TO PLAINTIFFS'**<br>) **MOTION *IN LIMINE* NO. 2 TO**<br>) **EXCLUDE NEW GENERAL**<br>) **CAUSATION EXPERTS AND**<br>**OPINIONS** |

I, Brian L. Stekloff, hereby declare as follows:

1.  I am a partner at the law firm of Wilkinson Walsh + Eskovitz LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's

- 1 -

STEKLOFF DECLARATION - OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 2
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

Opposition to Plaintiffs' Motion *In Limine* No. 2 to Exclude New General Causation Experts and Opinions. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Michael L. Grossbard for the *Hardeman* case (N.D. Cal. No. 3:16-cv-00525-VC) dated November 26, 2018.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Expert Report of Dr. Alexandra Levine for the *Hardeman* case dated November 26, 2018.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Expert Report of Dr. Grossbard for the *Gebeyehou* case (N.D. Cal. No. 3:16-cv-5813-VC) dated November 26, 2018.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Expert Report of Dr. William H. Fleming for the *Gebeyehou* case dated November 27, 2018.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the Expert Report of Dr. Celeste Bello for the *Stevick* case (N.D. Cal. No. 3:16-cv-2341-VC) dated November 27, 2018.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the Expert Report of Dr. J. Pablo Villablanca for the *Stevick* case dated November 27, 2018.

8. Annexed hereto as Exhibit 7 is a true and correct copy of excerpted portions of the MDL Case Management Conference Hearing Transcript dated December 5, 2018.

9. Annexed hereto as Exhibit 8 is a true and correct copy of the Expert Report of Dr. Chadi Nabhan for the *Hardeman* case dated November 20, 2018.

10. Annexed hereto as Exhibit 9 is a true and correct copy of the Expert Report of Dr. Andrei R. Shustov for the *Hardeman* case.

11. Annexed hereto as Exhibit 10 is a true and correct copy of the Expert Report of Dr. Dennis D. Weisenburger for the *Hardeman* case dated November 20, 2018.

12. Annexed hereto as Exhibit 11 is a true and correct copy of the Expert Report of Dr. Christian Steidl for the *Hardeman* case dated November 26, 2018.

1      13.     Annexed hereto as Exhibit 12 is a true and correct copy of excerpted portions of
2  the Deposition Transcript of Dr. Weisenburger given in the *Stevick* case on December 18, 2018.
3
4  Executed this 30th day of January 2019.
5                                              /s/ *Brian L. Stekloff*
6
                                               Brian L. Stekloff (*pro hac vice*)
7                                              (bstekloff@wilkinsonwalsh.com)
                                               Rakesh Kilaru (*pro hac vice*)
8                                              (rkilaru@wilkinsonwalsh.com)
                                               WILKINSON WALSH + ESKOVITZ LLP
9                                              2001 M St. NW, 10th Floor
                                               Washington, DC 20036
10                                             Tel: (202) 847-4030
11                                             Fax: (202) 847-4005

12                                             Pamela Yates (CA Bar No. 137440)
                                               (Pamela.Yates@arnoldporter.com)
13                                             ARNOLD & PORTER KAYE SCHOLER LLP
                                               777 South Figueroa St., 44th Floor
14                                             Los Angeles, CA 90017
15                                             Tel: (213) 243-4178
                                               Fax: (213) 243-4199
16
                                               Eric G. Lasker (*pro hac vice*)
17                                             (elasker@hollingsworthllp.com)
                                               HOLLINGSWORTH LLP
18                                             1350 I St. NW
19                                             Washington, DC 20005
                                               Tel: (202) 898-5843
20                                             Fax: (202) 682-1639

21                                             Michael X. Imbroscio (*pro hac vice*)
22                                             (mimbroscio@cov.com)
                                               COVINGTON & BURLING LLP
23                                             One City Center
                                               850 10th St. NW
24                                             Washington, DC 20001
                                               Tel: (202) 662-6000
25
                                               *Attorneys for Defendant*
26                                             *MONSANTO COMPANY*
27
28
                                               - 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____