# EXHIBIT 4

*Gabeyehou v. Monsanto Co.*

Draft Supplementary Report of
William H. Fleming, M.D., Ph.D.
11.27.2018

I was asked to evaluate Mr. Gabeyehou's medical records and determine whether exposure to the glyphosate based formulation Roundup caused or substantially contributed to his diffuse large B-cell NHL (DLBCL).  Additionally, I incorporate by reference my original MDL report dated 07.31.2017 and provide some additional opinions based on recent literature with respect to glyphosate based formulations and NHL.  My opinions expressed in this report are offered to a reasonable degree of medical certainty.

A copy of my curriculum vitae is attached as Ex. A.  A list of materials that I have considered is attached as Ex. B.  These references are representative of the pertinent scientific literature, but they do not represent the totality of my training and professional experience and I do not necessarily agree with every statement in this literature.  Exhibit C contains information regarding my fees for work in this matter and also includes my previous testimony.  A list of case-specific medical records I reviewed is attached as Exhibit D.

I reserve the right to supplement my opinions in the event additional information is made available to me, including, but not limited to, medical records and any testimony of fact witnesses in the cases; to respond to additional testimony by plaintiff's experts; and to use demonstratives or graphics at trial to illustrate anything discussed in this report.

## I.        Recent Literature and Supplemental Opinions

Since my initial report, I have reviewed the most recently published update of the AHS cohort study that examines glyphosate based formulation  use and cancer (Andreotti et. al. 2018). This report confirms the original finding of De Roos et. al. 2005, that there is no association between glyphosate based formulation exposure and NHL.

The conclusion of De Roos et. al. 2005, that there is no association between glyphosate based formulation exposure and NHL is now further strengthened. As anticipated, with advancing age of the study participants, the total number of cases of NHL in this cohort has significantly increased.  Specifically, Andreotti et. al. 2018 analyzed a total of 575 NHL cases compared to a total of 92 NHL cases in De Roos et. al. 2005. Importantly, longitudinal follow-up of this cohort has increased from the original 6.7 years to more than 18 years.  Both the increased number of NHL cases and the longer follow-up period further increase the power of this study to detect any associations between glyphosate exposure and NHL, yet no associations were identified.   Additionally, the authors noted no associations between glyphosate based formulations and numerous subtypes of NHL (e.g., DLBCL), which is important because different subtypes may have different pathogenesis. In addition, they also found no dose-response relationship for total NHL cases or for any major subtype, including DLBCL.

1

Based on my expertise, and after reviewing the documents I have been provided in addition to my review of the updated medical literature, I conclude with a reasonable degree of medical certainty, as I did in my original report dated 07.31.2017, that the available evidence does not support the conclusion that glyphosate based formulation exposure increases the risk of developing NHL.

## II.   Opinions re Mr. Gabeyehou's case

### A.  Mr. Gebeyehou's Diagnosis, Treatment, and Prognosis

Mr. Gebeyehou was born on 01/19/1939 in Ethiopia, emigrated to the USA at age 30, and is currently 79 years old.  His mother died of ovarian cancer, and his father died of cancer (possibly liver) cancer in his 50s.  Mr. Gebeyehou is a moderate user of alcohol and smoked in the past (although quit in 1971).  He formerly worked at a Pacific Gas & Electric for approximately 25 years, but retired in 1996.

As early as 2004 he underwent an MRI due to progressive hearing loss. Mr. Gebeyehou was again evaluated for headaches, jaw pain, left forehead numbness and left sided sinus symptoms by an ENT specialist in 2006, who diagnosed him with autoimmune cochlear Meinere's disease (Mahboob 2001), and he was treated with a brief course of immunosuppressive therapy (prednisone).

He was also evaluated for intermittent double vision in 2008. In June of 2012, he developed left lower extremity edema with a negative ultrasound (US) study and was diagnosed with a superficial thrombophlebitis.  In October of 2012, he presented with a cough, and a chest x-ray (CXR) showed a probable pneumonia and a right sided pleural effusion (fluid collection) that was drained, and the analysis showed an exudate (Protein 4.6, LDH 269, WBC 4483, RBC 2267) but no evidence of malignant cells. This effusion re-accumulated and was drained a second time with no malignant cells detected. In order to detect an occult tumor, he underwent imaging studies including PET/CT scan on 11/21/2012 that showed no evidence of a malignancy.

He was again seen for jaw numbness which prompted an MRI on 01/24/2014 revealing an infiltrative enhancing soft tissue mass (3.3 x 2.7 x 3.8 cm) centered in the left retromaxillary region with invasion into the lateral pterygoid and temporalis musculature.  Skull base invasion was also noted with extension into the left pterygopalatine fossa, orbital fissure and orbital apex. A smaller right retromaxillary enhancing mass was noted along with an enhancing intraosseous mass at the posterior body and ramus of the right mandible. Additional masses were noted in the nasopharynx and in several sinuses, and all masses demonstrated enhancement compatible with malignancy. A CT scan on 1/30/14 confirmed the presence of the mass lesions visualized on the MRI exam. A PET/CT scan on 02/3/2014 revealed an area behind the posterior wall of the left maxillary sinus with an irregular focus of increased uptake with a peak in maximum standard uptake value (SUV) of 10.5 consistent with malignancy. This abnormal increased uptake extended medially into a small portion of the central sphenoid bone with a max SUV of 5.9. Other than the lesions

in the nasopharynx and sinuses no other areas concerning for malignancy were detected on this PET/CT scan from the base of the skull through the mid-thigh.

On 02/04/2014, he underwent surgical exploration and biopsy of his sinuses by the ENT service. The pathology revealed diffuse large B-cell lymphoma (DLBCL) with a high proliferative index (KI67 80%). Testing for myc and bcl 6 were negative indicating he did not have a double hit lymphoma. Based on his imaging studies, and other criteria including the absence of B-symptoms (fevers, night sweats or weight loss) and invasion of extra nodal tissues (skull base) he would be classified as having stage IIEA, DLBCL.

Additional testing revealed he was negative for both HIV and Hepatitis C but positive for the hepatitis B core antibody. The standard of care for DLBCL is combination chemotherapy with the R-CHOP regimen (rituximab, cyclophosphamide, doxorubicin, vincristine and prednisone) followed in selected cases by involved field radiation therapy. The finding of tumor invasion into the base of skull and into the sinuses raised concern for spread into the central nervous system. A lumbar puncture did not reveal any lymphoma cells; consequently, 4 injections of prophylactic intrathecal chemotherapy were planned. In view of his hepatitis B Core antibody status, he was treated with the anti-viral drug Epivir to prevent reactivation of hepatitis B, an established complication of rituximab therapy.

The first cycle of R-CHOP was started on 02/11/2014, and this was tolerated well. During his third cycle of chemotherapy, he became acutely short of breath, a CT angiogram showed multiple bilateral pulmonary emboli, and an ultrasound study documented the presence of lower-extremity deep vein thromboses. Anticoagulation therapy was started and it was elected to omit his 4th and final intrathecal MTX injection due to an increased risk of bleeding. Prior to the 5th cycle of CHOP chemotherapy, he developed some numbness in his toes, and fingers leading to a 50% dose reduction of vincristine for cycles 5 and 6.

Following completion of 6 cycles of R-CHOP therapy in late June of 2014 and a total of 3 intrathecal injections of MTX, restaging imaging studies showed significant resolution in multiple masses; however, there was remaining enhancing tissue that could be treatment related changes or residual lymphoma. The ENT service re-explored his known sites of disease on 08/19/2014, and sinus biopsies showed acute and chronic sinusitis with no evidence of lymphoma. Following consultation with Radiation Oncology, he elected to undergo observation with serial imaging studies rather than radiation therapy.

On August 26, 2015, he developed right-sided weakness and impaired balance which were concerning for a stroke vs. a transient ischemic attack. Evaluation by the Neurology service found no clear evidence for a stroke or an ischemic event along with preserved muscle strength, and a diagnosis of early Parkinson's disease was favored. In March of 2017, a serum protein electrophoresis showed a modest level of a monoclonal IgG kappa protein leading to a diagnosis of monoclonal gammopathy of unknown significance (MGUS). This has remained stable, and long-term laboratory monitoring is ongoing. Subsequent imaging studies have shown no evidence of recurrent lymphoma, and he was considered to be in remission when he was seen by his oncologist, Dr. Pai, on 06/22/2018. The 5 year

anniversary of completion of his chemotherapy for DLBCL will be June of 2019, and his risk of developing relapsed disease is less than 10% (Vose  2010).

### B.      Opinions re Mr. Gabeyehou's case

NHL is the seventh most common cancer in the United States.  The American Cancer Society (Cancer Facts & Figures) estimates there will be 74,680 new cases of NHL in the in 2018. About a third of these new cases will be diffuse, large B-cell lymphoma (DLBCL) making this the most common subtype of the more than 60 subtypes.  While DLBCL is an aggressive lymphoma, it usually responds well to standard therapy and the majority of patients are cured of their disease.

Unlike most lung cancers, cervical cancer and certain subsets of breast cancer and ovarian cancers, the cause of NHL in the great majority of patients is unknown. However, several risk factors have been identified that increase an individual's chances of developing NHL. Aging is one of the most important risk factors, and adults >65 years of age have about a 10-fold increased risk for NHL compared individuals younger than 50 years (SEER 18 NHL incidence) The average age of diagnosis for DLBCL is 67 years and more than 30% of cases are diagnosed in patients older than 75 years (SEER 18 NHL).

Dysfunction of the immune system is an important category of NHL risk factors.  Impaired immune function can result from a number of causes including i) inherited genetic defects; ii) autoimmune diseases such as lupus and iii) the use of immunosuppressive drugs. The risk of developing NHL in subsets of patients with immune dysfunction is often increased by 5-fold and in certain circumstances may exceed 100-fold (Chihara 2015). In some clinical settings, this increased risk can be observed as early as one year after the onset of immune dysfunction, and it may persist for many years.

Viral infections are also known to play a role in NHL in certain patient populations.  In the absence of effective anti-viral treatment, HIV confers a high risk of NHL. Both hepatitis B and C cause chronic inflammation of the liver, and this is associated with an increased risk for developing NHL.  In contrast to breast cancer, ovarian cancer and colon cancer, a family history of NHL is uncommon. However, having a first degree family member with any hematologic malignancy (blood cancer) confers about a 1.5-fold increase in the chances of developing NHL (Wang 2007). For context this means that the lifetime risk for NHL would be 3% in this group compared to 2% in the general population. In terms of his risk factors for NHL, Mr. Gebeyehou was not HIV positive, was not being treated with immunosuppressive drugs and had no family history of a hematologic malignancy.  However, he was diagnosed with NHL at age 74, and it is likely that the accumulation of random, age-associated mutations was one of the contributing factors to the development of his hematologic malignancy (Vogelstein Nature 2017). There is also an emerging literature showing that germline mutations have now been described in over one-third of the genes that are somatically mutated in DLBCL (Leeksema 2017). This raises the possibility that these 49 genes may have a causative role in lymphomagenesis.

4

Hepatitis B is endemic in sub-Saharan Africa including Ethiopia where he was born and lived until the age of thirty (Belyhun 2016).   At the time of his DLBCL diagnosis, he was positive for hepatitis B core antibody indicating prior hepatitis B infection.   Although he did not have evidence of chronic hepatitis B infection, many such patients are asymptomatic, and it is well established that the majority of chronic hepatitis B patients typically show loss of hepatitis B surface antigen and hepatitis B DNA over time.   Consequently, it is not possible to exclude hepatitis B as a contributing factor in Mr. Gebeyehou's NHL.

In 2006, he was diagnosed with cochlear Meniere's disease an autoimmune disorder associated with hearing loss.   Autoimmunity is an established risk factor for NHL (Fallah 2014). In summary, the precise etiology of NHL in an individual patient is usually unknown.   However, Mr. Gebeyehou has at least three risk factors that may have potentially contributed to the development of his DLBCL.

### III.      Response to Mr. Gebeyehou's Experts

I have reviewed reports of Dr. Chadi Nabhan, Dr. Andrei Shustov and Dr. Dennis Weisenburger.

As set forth in my original MDL report and described additionally above, the available evidence does not support the conclusion that glyphosate based formulation exposure increases the risk of developing NHL.   Plaintiffs' experts essentially ignore the AHS, the only prospective study looking at glyphosate based formulations and the development of NHL in over 44,000 people.   Not only did the AHS not show an association between glyphosate based formulations and the development of NHL, it did not show an association between glyphosate based formulations and the development of numerous subtypes of NHL. Instead, plaintiffs' experts rely on relative risks reported in case control studies that did not account for the use of other pesticides.   When these studies do account for exposure to other pesticides and other potential confounders, they did not find an association between glyphosate based formulations and the development of NHL.

Both Dr. Nabhan and Dr. Shustov claim to conduct a differential diagnosis to arrive at the conclusion that Roundup was a substantial contributing factor to Mr. Gebeyhou's NHL.   This is not how clinicians use differential diagnosis in practice.

Drs. Nabhan, Shustov and Weisenberger all acknowledge that NHL is largely idiopathic, and they provide no sound methodology for ruling out potential unknown causes of Mr. Gebeyehou's NHL to arrive at the conclusion that exposure to glyphosate based formulations is the primary cause of his NHL.   Likewise, they do not point to any scientifically valid procedure, method, biomarker or test that can identify Roundup as the cause of Mr. Gebeyehou's NHL.

DLBCL is the most common form of NHL in the United States, and Mr. Gebeyehous' clinical presentation and pathology is indistinguishable both clinically and pathologically from typical DLBCL cases where there has been no exposure to Roundup.

Plaintiff's experts also improperly dismiss medical studies that report hepatitis B virus infection is associated with DLBCL.  Drs. Weisenberger and Shustov fail to provide a basis to rule out the contribution of hepatitis B to Mr. Gebeyehou's DLBCL, and Dr. Nabhan provides no basis for his determination that the contribution was minimal. They also fail to rule out that Mr. Gebeyehou's DLBCL was potentially caused or contributed to by his age and history of an autoimmune disorder.

Accordingly, it is my opinion that exposure to glyphosate based formulations did not cause or contribute to Mr. Gebeyehou's NHL.

Dated:  November 27, 2018

_____
William Fleming, M.D., Ph.D.

# Exhibit A

# CURRICULUM VITAE
## November 2018

### William Harvard Fleming M.D., Ph.D.

## PRESENT POSITION AND ADDRESS

Academic Rank:     Professor
Department/Division:   Departments of Medicine & Pediatrics
                Papé Family Research Institute
                Oregon Stem Cell Center
                Knight Cancer Institute
                Department of Cell & Developmental Biology
Professional Address: MC L321, 3181 SW Sam Jackson Park Rd, Portland, OR 97239
Email Address:      flemingw@ohsu.edu
Office Phone:       503-494-1554

## EDUCATION

### Undergraduate and graduate:

| | |
|---|---|
| B.A.  Philosophy, University of Winnipeg, Winnipeg, Manitoba, Canada | 1979 |
| M.D.  Ph.D., Faculty of Medicine, Joint M.D./Ph.D. Program, | 1987 |

University of Manitoba, Winnipeg, Manitoba.  Thesis Title:  *Human Growth Hormone Mediated Oncogene Expression in Nb2 Lymphoma Cells.*  Research Supervisors: Drs. Henry Friesen and Robert J. Matusik.

### Postgraduate:

| | |
|---|---|
| Intern and Medical Resident, Stanford University Hospital | 1987-1989 |
| Oncology Fellow, Stanford University Medical Center | 1989-1993 |
| Postdoctoral Fellow, Stanford University, Stanford, CA | 1990-1993 |

(Stem Cell Biology: Mentor Irving L. Weissman)

**Licenses:** Oregon Medical License    (MD20761); California Medical License (A45492)

**Board Certification:**  Medical Oncology

## PROFESSIONAL EXPERIENCE

### Faculty Appointments:

| | |
|---|---|
| Assistant Professor of Medicine, Emory University | 1993-1997 |

Assistant Professor, Winship Cancer Center, Emory University
Adjunct Assistant Professor, Department of Microbiology and Immunology
Adjunct Assistant Professor, Yerkes Regional Primate Center

| | |
|---|---|
| Assistant Professor of Medicine, Oregon Health & Sciences University | 1997-2001 |

W.H. Fleming, MD, PhD                                                                    11/2018

Adjunct Assistant Professor, Department of Cell and Developmental Biology
Adjunct Assistant Professor, Department of Microbiology and Immunology
Oregon Health & Sciences University
 Member Oregon Cancer Institute

Associate Professor of Medicine                                                         2001-2008
Adjunct Associate Professor, Department of Cell and Developmental Biology
Adjunct Associate Professor, Department of Microbiology and Immunology
Oregon Health & Sciences University
Member, Oregon Cancer Institute

Professor of Medicine (Tenured )                                                        2008- Present
Professor of Pediatrics                                                                 2010- Present

Adjunct Professor, Department of Cell and Developmental Biology                         2008- Present
Adjunct Professor, Department of Microbiology and Immunology
Oregon Health & Science University
Member,  OHSU Knight Cancer Institute

Member, Oregon Stem Cell Center                                                         2004- Present
Hematologic Malignancies Program
OHSU Knight Cancer Institute                                                            2004- Present

**Administrative and Hospital Appointments**:

Attending Physician BMT Program, Emory University Hospital                              1993-1997
Attending Physician, Grady Memorial Hospital, Atlanta GA
Attending Physician Leukemia/BMT Program, OHSU                                          1997-2013
Staff Physician (WOC), Hematology/Oncology Portland VA                                  2015-present
Director, Molecular Hematology Training Grant (T-32)                                    2006-2010
Leader, Hematologic Malignancies Program, Knight Cancer Institute                       2010-2015
Director, Pediatric Clinical Trials Office, OHSU                                        2013-Present

**SCHOLARSHIP**

**Area(s) of Research/Scholarly Interest:**

Hematopoietic stem cells, leukemia stem cells, endothelial cells, hematopoietic microenvironment

**Ongoing Research Support:**

R01DK109694-01A1                        Fleming (PI)                        07/01/16-05/31/21

*Rcor1 Regulates Myelomonocytic Progenitor Cell Fate*. The goal of this proposal is to identify Rcor1 targets that can be used to restore the normal differentiation program of myelomonocytic progenitor cells.

2P01HL048546-21A1                       Fleming (Core Director)             09/01/16-05/31/21

*Pathophysiology and Treatment of Fanconi Anemia*. The goal of this proposal is to identify the therapeutic potential of small molecule therapy for the treatment of bone marrow failure in FA.

W.H. Fleming, MD, PhD                                                                          11/2018

No number                              Fleming  (Co-PI)                          09/15/15-09/14/17

Fleming (Co-PI)                                                                  09/15/15-08/14/18

Fanconi Anemia Research Foundation (FARF)
*A Porcine Model of Fanconi Anemia.* The goal of this project is to create a large animal model to study the pathophysiology of Fanconi anemia

No number                              Fleming (Co-PI)

Heinrich (PI)
11/01/14-10/31/16

V Foundation                                                                     09/01/14-09/01/17

*Combination Therapy for KIT-mutant Cancer: an Integrated Systems Biology Approach*

Using a systems biology approach, we will identify and validate novel molecular pathways that can be targeted

in combination with KIT TKIs to synergistically inhibit the growth/survival of KIT-mutant cancer cells. Promising combination treatments will be advanced to human clinical studies. Role: Co-Investigator for xenograft studies.

**Recently Completed  Research Support:**

U19 AI091175-01                        Fleming (Project Leader)                 08/01/10-7/30/16
 *Stem Cell  Based Therapies  for Mitigation of Acute Radiation Syndrome.* The major goal of this project is to identify factors that mitigate acute irradiation syndrome.

**Publications:**

**Fleming WH**, Pettigrew NM, Matusik RJ, Friesen HG:  Thymic origin of the prolactin dependent Nb2 lymphoma cell line.  Cancer Res 42: 3138-3141, 1982.

Friesen HG, Elsholtz HE, **Fleming WH**, Shiu RPC:  The Nb2 node lymphoma cells, PRL receptors and mechanism of action of PRL.  In: Shizume K, Imura H, Shimizu N, Endocrinology.  Amsterdam, Exerpta Medica, p. 244-250, 1983

**Fleming WH**, Murphy PR, Murphy LJ, Hatton TW, Matusik RJ, Friesen HG:  Human growth hormone induces and maintains c-myc expression in Nb2 lymphoma cells.  Endocrinology 117: 2547-1549, 1985.

**Fleming WH**, Hamel A, MacDonald R, Ramsey E, Pettigrew NM, Johnston B, Dodd JG, Matusik RJ: Expression of the c-myc proto-oncogene in human prostatic carcinoma and benign prostatic hyperplasia.  Cancer Res 46: 1535-1538, 1986.

Matusik RJ, Kries C, McNichol P, Sweetland R, Mullin C, **Fleming WH**, Dodd JG:  Regulation of prostatic genes:  Role of androgens and zinc in gene expression.  Biochem Cell Biol 64: 601-607, 1986

Matusik RJ, **Fleming WH**, Hamel A, Westenbrink TG, Hrabarchuk B, Pettigrew NM, Johnston B, Gartner J, Ramsey E, MacDonald R, Dodd JG:  Expression of the c-myc proto-oncogene in prostatic tissue.  Prog Clin Biol Res 239: 91-112, 1987.

W.H. Fleming, MD, PhD                                                                                    11/2018

**Fleming WH**, Alpern EJ, Uchida N, Ikuta K, Weissman IL:  Steel factor influences the distribution and activity of murine hematopoietic stem cell in vivo.  Proc Natl Acad Sci USA 90: 3760-3764, 1993.

**Fleming WH**, Alpern EJ, Uchida N, Ikuta K, Spangrude GJ, Weissman IL:  Functional heterogeneity is associated with the cell cycle status of hematopoietic stem cells.  J Cell Biol 122: 897-902, 1993.

Miller SC, **Fleming WH**, Zsebo KM, Weissman IL:  The in vivo effects of stem cell factor on hematopoietic and natural killer lineage cells in murine spleen and bone marrow.  Nat. Immunity 12: 293-301, 1993.

Uchida N, **Fleming WH**, Alpern EJ, Weissman IL:  Heterogeneity of hematopoietic stem cells.  Curr Opin Immunol 5: 177-184, 1993

Uchida N, Aguila HL, **Fleming WH**, Jerabek L, Weissman IL:  Rapid and sustained hematopoietic recovery in lethally irradiated mice transplanted with Thy1.1$^{lo}$ Lin$^-$Sca-1$^+$ hematopoietic stem cells. Blood 83: 3758-3779, 1994.

Chen G, Jaffrezou JP, **Fleming WH**, Duran GE, Sikic BI: Prevalence of the multidrug resistance related to the activation of the mdr-1 gene in human sarcoma mutants derived by single step selection doxorubicinand selection. Cancer Research 54:4980-4987, 1994.

**Fleming WH**, Weissman IL: Hematopoietic stem cells. In: Abeloff M, Armitage J, Lichter A, Neiderhuber J (eds), Clinical Oncology.  New York, Churchill Livingstone. p. 127-135, 1995.

Neal T, Holland HK, Villinger F, Ansari A, Baum CM, Saral R, Wingard JR, **Fleming WH**: CD34+ progenitors from asymptomatic patients are not a major reservoir for human immune deficiency virus-1. Blood 86:1749-1756, 1995.

Turner CW, Yeager AM, Waller EK, Wingard, JR, **Fleming WH**:  Engraftment potential of different sources of human hematopoietic progenitor cells in BNX mice. Blood 87:3237-3244, 1996.

Archer DR, Turner CW, Yeager AM, **Fleming WH**: Sustained multilineage engraftment of allogeneic hematopoietic stem cells in NOD/SCID mice after in utero transplantation. Blood 90:3222-3229, 1997.

Bomberger C, Jairam M, Rodey G, Guerriero A, Yeager AM, **Fleming WH**, Holland HK, Waller EK: Lymphoid reconstitution following autologous PBSC transplantation with CD34$^+$ progenitor cells. Blood 91:2588-2600,1998.

Turner CW Archer DR, Wong J,Yeager AM, **Fleming WH**: In utero transplantation of human fetal haempoietic cells in NOD/SCID mice. Br. J. Haematol. 103:326-334, 1998.

Morris AC, Riley JL, **Fleming WH**, Boss, JM: MHC class II gene silencing in trophoblast cells is caused by inhibition of CIITA expression. Am. J. Reprod. Immunol. 40:385-394, 1998.

Zeder K, Waller EK, Redie I, Connaghan DG, **Fleming WH**, Geller, RB, Heffner LT, Hillyer CD, Holden J, Holland K, Jones W, McCollum J, Mogul M, Phillips C, Rodey G, Wingard JR, Winton E, Yeager AM, Devine S: Impact of donor leukocyte infusion for hematological malignancy relapsed after allogeneic bone marrow transplantation. Cancer Research Therapy & Control 5:221-228, 1998

**Fleming WH**, Lankford-Turner P, Turner, CW, Wong J, Strobert E, McKearn JP:  Administration of daniplestim and granulocyte colony-stimulating factor for the mobilization of hematopoietic stem cells in nonhuman primates. Biology of Blood and Marrow Transplantation. 5: 8-14, 1999.

Battaile KP, Bateman RL, Mortimer D, Mulcahy JM, Rathbun RK, Bagby G, **Fleming WH**, Grompe M: In vivo selection of wild-type hematopoietic cells in a murine model of Fanconi Anemia. <u>Blood</u> 94:2151-2158, 1999

**Fleming WH**, Mulchay JM, McKearn JP, Streeter PR.: Progenipoietin-1: a multifunctional agonist of the granulocyte colony-stimulating factor receptor and fetal liver tyrosine kinase-3 is apotent mobilizer of hematopoietic stem cells. <u>Exp. Hematol.</u> 8:943-51, 2001

Montfort MJ, Olivares CR, Mulcahy JM, **Fleming WH**: Adult blood vessels restore host hematopoiesis following lethal irradiation. <u>Exp. Hematol.</u> 30:950-956, 2002

Hayes-Lattin BM, Curtin PT, **Fleming WH**, et al. Toxic megacolon: a life-threatening complication of high-dose therapy and autologous stem cell transplantation among patients with AL amyloidosis. <u>Bone Marrow Transplant</u> 30:279-285, 2002

Streeter PR, Dudley LZ, **Fleming WH**: Activation of the G-CSF and Flt-3 receptors protects hematopoietic stem cells from lethal irradiation. <u>Exp Hematol</u> 31:1119-25,2003

Bailey AS, **Fleming WH**: Converging Roads: Evidence for an adult hemangioblast. <u>Exp Hematol</u>. 31, 987-993. 2003.

Bailey AS, Jiang S, Afentoulis M, Baumann CI, Schroeder DA, Olson SB, Wong, MH, **Fleming WH**: Transplanted adult hematopoietic stems cells differentiate into functional endothelial cells. <u>Blood</u> 103:13-19, 2004.

Willenbring H, Bailey AS, Foster M, Akkari Y, Dorrell C, Olson S, Finegold M, **Fleming WH**, Grompe M: Myelomonocytic cells are sufficient for therapeutic cell fusion in liver. <u>Nature Med</u> 10:744-748, 2004

Baumann CI, Bailey AS, Li W, Ferkowicz MJ, Yoder MC, **Fleming WH**: PECAM-1 is expressed on hematopoietic stem cells throughout ontogeny and identifies a population of erythroid progenitors. <u>Blood</u>, 104:1010-1016, 2004

Jiang S, Walker L, Afentoulis M, Anderson DA, Jauron-Mills, L, Corless CL, **Fleming,WH**: Transplanted human bone marrow contributes to vascular endothelium. <u>Proc Natl Acad Sci U S A</u>. 101:16891-16896, 2004

Carlson H, Zhang AS, **Fleming WH**, Enns CA. The hereditary hemochromatosis protein, HFE, lowers intracellular iron levels independently of transferrin receptor 1 in TRVb cells. <u>Blood</u>. 105:2564-2570,2005

Anderson DA, Wu Y, Shuguang J, Zhang X, Streeter PR, Spangrude GD, Archer DR, **Fleming,WH**: Donor marker infidelity in transgenic hematopoietic stem cells. <u>Stem Cells</u> 23:638-643, 2005

Held PK, Al-Dhalimy M, Willenbring H, Akkari Y, Jiang S, Olson S, **Fleming WH**, Finegold M, Grompe M: In vivo selection of renal proximal tubules. <u>Mol.Ther.</u> 13:49-58, 2006

Rizvi AZ, Swain JR, Bailey AS, Davies PS, Decker AD, Willenbring H, Grompe M, **Fleming WH**, Wong MH: Bone marrow-derived cells fuse with normal and transformed intestinal stem cells. <u>Proc Natl Acad Sci USA</u> 103:6321-6325, 2006

Spangrude GJ, Cho B, Guedelhoefer O,VanWoerkom RC, **Fleming WH**: Mouse models of hematopoietic engraftment: Limitations of transgenic green fluorescent protein strains and an high-performance liquid chromatography approach to analysis of erythroid chimerism. <u>Stem Cells</u> 24:2045-2051, 2006

Bailey AS, Willenbring H, Jiang S, Anderson DA, Schroeder DA, Wong MH, Grompe M, **Fleming WH**: Myeloid lineage progenitors give rise to vascular endothelium. Proc Natl Acad Sci USA 103:13156-13161, 2006

Hui H, Huang J, Wang J, Jiang S, Bailey AS, Goldman DC, Welcker M, Bedell V, Slovak ML, Clurman B, Thayer M, **Fleming** WH, Epner E: Transvection mediated by the translocated cyclin D1 locus in mantle cell lymphoma. J. Exp. Med. 205: 1843-1858, 2008

Jiang S, Bailey AS, Wong MH, Streeter, PR, **Fleming WH:** Hematopoietic stem cells contribute to lymphatic endothelium. PloS One 3 (11) e3812, 2008

Kampa KM, Acoba JD, Chen D, Gay J, Lee H-J, Beemer K, Padiernos E, Boonmark N, Zhu Z, Fan AC, Bailey AS, **Fleming WH**, Corless C, Felsher DW, Naumovski L, Lopez CD: Apoptosis stimulating protein of p53 (ASPP2) heterozygous mice are tumor prone and have attenuated cellular damage-response thresholds. Proc Natl Acad Sci USA 106:4390-4395, 2009

Goldman DC, Bailey AS, Pfaffle DL, Al Masri A, Christian JL, **Fleming WH:** BMP-4 regulates of hematopoietic stem cell niche. Blood 114:4393-4401, 2009

Li B, Bailey AS, Goldman DC, Jiang S, Liu B, **Fleming WH:** Endothelial cells mediate the regeneration of hematopoietic stem cells. Stem Cell Res. 4:17-24, 2010

Smith SM, Goldman DC, Bailey AS, Pfaffle DL, Kreklywich CN, Spencer DB, Othieno FA, Steblow DN, Garcia JV, **Fleming WH**, Nelson JA: Granulocyte-colony stimulating factor reactivates human cytomegalovirus in a latently infected humanized mouse model. Cell Host & Microbe 8 :284-91, 2010.

Zhang, Q. Marquez-Loza L, Eaton L, Duncan AW, Goldman, DC, Anur P, Smith K, Rathbun RK, **Fleming, WH** Bagby, GC Grompe, M: Resveratrol alleviates the defects in hematopoietic stem cells and microenvironment of Fancd2 deficient mice. Fancd2-/- mice have hematopoietic defects that can be partially corrected by resveratrol. Blood 116:5140-8, 2010.

Umashankar M, Petrucelli A, Cicchini L, Caposio P, Kreklywich CN, Rak M, Bughio F, Goldman DC, Hamlin KL, Nelson JA, **Fleming WH**, Streblow DN, Goodrum F: A novel human cytomegalovirus locus modulates cell type-specific outcomes of infection. PLoS Pathog. 2011 Dec;7(12):e1002444. PubMed PMID: 22241980; PubMed Central PMCID: PMC3248471.

Dunlap J, Beadling, C, Warrick A, Neff T, **Fleming WH**, Loriaux LM, Michael C. Heinrich MC, Kovacsovics, TK, Kelemen, K, Leeborg N, Gatter K, Rita M Braziel RM, Richard Press R, Corless CL, Guang F: Multiplex high-throughput gene mutation analysis in acute myeloid leukemia. Human Pathology 2012 Dec;43(12):2167-76.

Tyner JW, Yang WF, Bankhead A 3rd, Fan G, Fletcher LB, Bryant J, Glover JM, Chang BH, Spurgeon SE, **Fleming WH**, Kovacsovics T, Gotlib JR, Oh ST, Deininger MW, Zwaan CM, Den Boer ML, van den Heuvel-Eibrink MM, O'Hare T, Druker BJ, Loriaux MM: Kinase pathway dependence in primary human leukemias determined by rapid inhibitor screening. Cancer Res. 2013 Jan 1;73(1):285-96.

Zachman DK, Leon LP[*1,2], Das P, Goldman DC, Hamlin KL, Guha C, William H. **Fleming WH:** Endothelial cells mitigate DNA damage and promote the regeneration of hematopoietic stem cells after radiation injury. Stem Cell Res. 2013 Nov;11(3):1013-21.

W.H. Fleming, MD, PhD                                                                    11/2018

Hakki M, Goldman DC, Streblow DN, Hamlin KL, Krekylwich CN, **Fleming WH**, Nelson JA. HCMV infection of humanized mice after transplantation of G-CSF mobilized peripheral blood stem cells from HCMV-seropositive donors. Biol Blood Marrow Transplant. 2014 Jan 20(1):132-5. PMID: 24161922

Yao H, Goldman DC, Nechiporuk T, Kawane S, McWeeney SK, Tyner JW, Fan G, Kerenyi MA, Orkin SH, **Fleming WH**, Mandel G. Corepressor Rcor1 is essential for murine erythropoiesis. Blood 2014; 123 (20) 175-84. PMID 24652990

Cogle CR, Goldman DC, Madlambayan GJ, Leon RP, Al Masri A, Clark HA, Asbaghi SA, Tyner JW, Dunlap J, Fan G, Kovacsovics T, Liu Q, Meacham A, Hamlin KL, Hromas RA, Scott EW, **Fleming WH**. Functional integration of acute myeloid leukemia into the vascular niche. Leukemia 2014 Oct;28(10):1978-87.

Yao H, Goldman DC, Nechiporuk T, Kawane S, McWeeney SK, Tyner JW, Fan G, Kerenyi MA, Orkin SH, **Fleming WH**, Mandel G. Corepressor Rcor1 is essential for murine erythropoiesis. Blood. 2014 May 15;123(20):3175-84

Goldman GC, Alexeev V, Lash E, Guha C, Ulrich Rodeck U. **Fleming WH**. The triterpenoid RTA 408 is a robust mitigator of hematopoietic acute radiation syndrome in mice. Rad. Res. 2015 Mar;183(3):338-44

P OB, Vaitheesvaran B, Saha S, Hartil K, Chen EI, Goldman D, **Fleming WH**, Kurland IJ, Guha C, Golden A. 2015. Intestinal microbiota-derived metabolomic blood plasma markers for prior radiation injury. Int J Radiat Oncol Biol Phys 2015 Mar. 91: 360-7

Yao H, Goldman DC, Fan G, Mandel G, **Fleming WH**.The co-repressor Rcor1 is essential for normal myeloerythroid lineage differentiation. Stem Cells 2015; 33: 3304-3314. PMID:26119982

**Patents:**

METHOD FOR ENHANCING HEMATOPOIESIS
U.S. Patent No. 6,060,643

MOUSE MODEL WITH HUMAN IMMUNE SYSTEM
U.S. Patent No. 6,821,513

ENHANCEMENT OF HEMATOPOIETIC STEM CELL SURVIVAL
Patent Pending

**Invited Lectures, Conference Presentations or Professorships (Selected)**

**International and National:**

Fondation des Treilles, Paris, France
Department of Biochemistry Melbourne, Australia
Institute for Stem Cell Research, Edinburgh, Scotland
International Society of Experimental Hematology, Presidential Symposium, Glasgow Scotland
International Symposia on In Utero Stem Cell Transplantation, Venice Italy
University of New Mexico Cancer Center, Albuquerque, NM
Fred Hutchinson Cancer Research Center, Seattle, WA

W.H. Fleming, MD, PhD                                                      11/2018

Stem Cell Biology Program, University of Southern California, L.A., CA
Stem Cell Biology Program, Case Western University, Cleveland, OH
Stem Cell Biology Program, City of Hope, Duarte, CA
American Society of Hematology (Session Chair, Stem Cell Plasticity)
Gordon Research Conference (Vascular Biology), Santa Barbara, CA
Egelston Children's Hospital Emory University, Atlanta, GA
Montagna Symposium, Stem Cells in Skin, Snowmass, CO
Cancer Research Institute, University of Indiana, Indianapolis, ID
Stem Cell Biology Program, University of Florida, Gainesville, FL
Stem Cell Biology Program, Washington University School of Medicine, St. Louis MO
NIH NHLBI Stem Cell Investigators Meeting, Bethesda MD
Institute for Genetic Medicine, University of Southern California, L.A., CA
Department of Medicine, Santa Clara Valley Medical Center, San Jose CA
Division of Hematology, Mount Sinai School of Medicine, New York NY
Division of Hematology & Oncology, MUSC, Charleston SC
Department of Medical Microbiology, Immunology & Cell Biology, SIU, Springfield IL
Hematologic Malignancies Program, University of Florida Shands, Gainesville FL
9th International Myeloid Conference, Cincinnati Children's Hospital

**Regional and Local:**

Oregon Graduate Institute (Biomedical Engineering), Beaverton, OR
Cell and Developmental Biology Seminar Series, OHSU
Hematology and Medical Oncology Fellows Research Retreat
Pulmonary Division Research Conference OHSU
Pediatric Hematology/Oncology Research Conference OHSU
Heart Research Center OHSU
Clinical Transplant Conference OHSU
Department of Medicine, Willamette Valley Medical Center, Oregon City, OR
Markham Hill Lecture Series, Portland, OR

**SERVICE**

**Membership in Professional Societies:**

American Society of Hematology
American Society for Blood and Marrow Transplantation
International Society for Stem Cell Research
International Society for Experimental Hematology

**Peer Review Activities:**

| | |
|---|---|
| 2001-2005 | American Cancer Society: Leukemia, Immunology & Blood Cell Development Study Section (Regular Member) |
| 2002 | BioScience Foundation (Israel) |
| 2003 | Austrian Science Fund |
| 2004 | NIH Special Emphasis Panel Stem Cell Biology (NIA) |
| 2004-2008 | NIH Hematopoiesis Study Section (HP) (ad hoc member) |
| 2008 | NHLBI T-32 Review Group    (ad hoc member) |
| 2006-2010 | NIH NCI P-30 Initial Review Group (ad hoc member) |
| 2009-2013 | NIH Molecular and Cellular Hematology Study Section (Regular member) |
| 2005-present | NIH NHLBI Special Emphasis Panels |
| 2014-present | NIH NIDDK Special Emphasis Panels |

W.H. Fleming, MD, PhD                                                                    11/2018

**Journal Editorial and Ad Hoc Review Activities:**

Editorial Board, Stem Cell Research 2010- present.
Science
Nature
Nature Medicine
PNAS
New England Journal of Medicine
Journal of Clinical Investigation
Blood
Cancer Research
Stem Cells
Experimental Hematology
Journal of Physiology
Cytometry

**Committees:**

**Institutional and Regional: (OHSU)**

2001-2007     IRB (Institutional Review Board)
2004-2005     Oregon Stem Cell Center Steering Committee
2006-Present Oregon Stem Cell Center Search Committee
2006          BMT/Leukemia  Discharge Committee
2006-Present TALENT Program
2006-Present Oregon Stem Cell Center Faculty Search Committee
2006-2012     M.D. Ph.D Program Committee
2006-2011     Hematology & Medical Oncology Fellowship Committee

**Community Service:**

2001          Markham Hill Lecture Series, Portland, OR
2004          American Cancer Society, (Oregon)
2004-Present Oregon Cancer Institute, CURE Program for Minority Students
2005-Present OHSU High School Science Class Program (PSI)
2005-Present Murdock Scholars Program
2006          Grand Rounds, Willamette Valley Medical Center, Oregon City, OR
2007-Present  Leukemia & Lymphoma Society /ONS

**Clinical Service:**

1997-2010     Attending Physician: Inpatient BMT/Leukemia Service
1997-2013     Attending Physician: BMT/Leukemia Outpatient Clinic
2015-present  Attending Physician (WOC):  Hematology/Oncology Portland VA

**TEACHING:**

**Medical Student and Undergraduate Teaching:**

1993-1997     Emory University
Member        Department of Graduate Studies
Member        Immunology and Molecular Pathogenesis Program

W.H. Fleming, MD, PhD                                                                          11/2018

Member              Executive Committee, Immunology and Molecular Pathogenesis Program
Courses             Research Topics in Immunology, Immunology Colloquium
1997-Present  Undergraduate Medicine (Second Year Blood Course)
2004-Present  Cure Program (OCI)
2006-Present  Partnership for Scientific Inquiry (Casey Eye Institute)
2006-2012       Bench to Bedside (M.D. Ph.D. Program)

**Clinical Teaching:**

1993-1997       Attending Physician BMT Program, Emory University Hospital
1993-1997       Attending Physician, General Medicine, Grady Memorial Hospital, Atlanta GA
                        1997-2000       Medicine House Staff Lecture Series (OSHU)
                        1997-2010       Attending Physician: Inpatient BMT/Leukemia Service (OHSU)
                        1997-2013       Attending Physician: BMT/Leukemia Outpatient Clinic (OHSU)

**Graduate Student Teaching:**

1993-1997       Courses, Research Topics In Immunology Colloquium (Emory University)
1993-1997       Member, Immunology and Molecular Pathogenesis Program (Emory University)
1993-1997       Member, Executive Committee, Immunology and Molecular Pathogenesis Program
                        1997-Present  PMCB Graduate Courses (CON 665, CELL 605, CELL 616 all at OHSU)

**Former Pre and Postdoctoral  Research Trainees:**

Eytan Alpern, M.D.
Thomas Neal M.D.
David Archer Ph.D.
Curtis Turner M.D.
Megan Montfort Ph.D
Jean Mulcahy M.D.
Christopher Olivares M.D.
David Schroeder M.D.
Bei Li M.D.
Shugang Jiang M.D. Ph.D
Luke Walker M.D.
Christina Baumann M.D.
Holger Willenbring M.D.
Devorah Goldman Ph.D.
Azzah Masri Ph.D
Ronn Leon Ph.D
Derek Zachman M.D., Ph.D

**Current Pre and Postdoctoral  Research Trainees:**

2011- 2016      Derek Zachman           MD/PhD student


**Service and Membership on Educational Committees:**

**Past Ph.D. Thesis Advisory Committees:**

(Jack Lee, Gokhan Dalgin Ph.D., Maclaine Pahl, Patrice Held Ph.D.)

W.H. Fleming, MD, PhD                                                                                              11/2018

**Current Ph.D. Thesis Advisory Committees:**

(Alison Macleod, Branden Tarlow, Ashley Kamimae-Lanning, Hulian Yao, Derek Zachman)

2006-2012     M.D. Ph.D. Program Admissions Committee

2006-2012     Hematology & Medical Oncology Fellowship Committee

2006-2010     Molecular Hematology Training Program Advisory Committee

# Exhibit B

Dr. William Fleming - Materials Considered List (Gebeyehou)

| | Literature |
|---|---|
| 1. | Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, et al. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst. 2018 May 1;110(5):509-516 and supplementary tables 1-3. |
| 2. | Belyhun Y, Maier M, Mulu A, Diro E, Liebert UG. Hepatitis viruses in Ethiopia: a systematic review and meta-analysis. BMC Infect Dis. 2016;16:761-74. |
| 3. | Cerhan JR, Kricker A, Paltiel O, Flowers CR, Wang SS, Monnereau A, et al. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: The InterLymph non-Hodgkin lymphoma subtypes project. J Natl Cancer Inst Monogr 2014;48:15-25. |
| 4. | Chihara D, Nastoupil LJ, Williams JN, Lee P, Koff JL, Flowers CR. New insights into the epidemiology of non-Hodgkin lymphoma and implications for therapy. Expert Rev Anticancer Ther. 2015 May;15(5):531-544. |
| 5. | Dalia S, Chavez J, Castillo JJ, Sokol L. Hepatitis B infection increases the risk of non-Hodgkin lymphoma: a meta-analysis of observational studies. Leuk Res. 2013;37:1107-15. |
| 6. | De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec Megan, Dosemeci Mustafa, et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environmental Health Perspectives. 2005 Jan;113(1):49-54. |
| 7. | Environmental Protection Agency, Office of Pesticide Programs. Revised glyphosate issue paper: evaluation of carcinogenic potential. 2017 Dec 12;12-143. |
| 8. | Fallah M, Liu X, Ji J, Forsti A, Sundquish K, Hemminki K. Autoimmune diseases associated with non-Hodgkin lymphoma: a nationwide cohort study. Annals of Oncology. 2014 Jul 25;25(10):2025-2030 |
| 9. | Howlader N, Mariotto AB, Besson C, Suneja G, Robien K, Younes N, et al. Cancer-specific mortality, cure fraction, and noncancer causes of death among diffuse large B-cell lymphoma patients in the immunochemotherapy era. Cancer. 2017 Sep 1;123(17):3326-3334. |
| 10. | Huang CE, Yang YH, Chen YY, et al. The impact of hepatitis B virus infection and vaccination on the development of non-Hodgkin lymphoma. J Viral Hepat. 2017 Oct;24(10):885-894 |
| 11. | Leeksema OC, de Miranda NF, Veelken H. Germline mutations predisposing to diffuse large B-cell lymphoma. Blood Cancer Journal. 2017;1-7. |
| 12. | Lok ASF. Hepatitis B virus: clinical manifestations and natural history. Esteban R, ed. Waltham, (MA): UpToDate Inc. Last revised Apr. 2, 2018. https://www.uptodate.com/contents/hepatitis-b-virus-clinical-manifestations-and-natural-history. |
| 13. | Mahboob UR, Poe DS, Choi HK. Autoimmune vestibule-cochlear disorders. Curr Opin Rheumatol. 2001;13:184-189. |
| 14. | Marcucci F, Mele A, Spada E, Candido A, Bianco E, et al. High prevalence of hepatitis B virus infection in B-cell non-Hodgkin's lymphoma. Haematologica. 2006 Apr;91(4):554-7. |
| 15. | Marcucci F, Speda E, Mele A, Caserta CA, Pulsoni A. The association of hepatitis B virus infection with B-cell non-Hodgkin lymphoma - a review. Am J Blood Red. 2012;2(1):18-28. |
| 16. | Maurer MJ, Ghesquiere H, Jais JP, Witzig T, Haioun C, Thompson CA, et al. Event-free survival at 24 months is a robust end point for disease-related outcome in diffuse large B-cell lymphoma treated with immunochemotherapy. Journal of Clinical Oncology. 2014 Apr |

Dr. William Fleming - Materials Considered List (Gebeyehou)

|     | 1;32(10):1066-1073 |
| --- | --- |
| 17. | Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science. 2017 Mar 24; 355, 1330-1334 |
| 18. | Vose JM, Weisenburger DD, Loberiza FR, Arevalo A, Bast M, Armitage J, et al. Late relapse in patients with diffuse large B-cell lymphoma. British Journal of Haematology. 2010 Jun 21;(151):354-358. |
| 19. | Wang F, Xu RH, Han B, Shi YX, Luo HY, et al. High incidence of hepatitis B virus infection in B-cell subtype non-Hodgkin lymphoma compared with other cancers. Cancer. 2007 Apr 1;109(7):1360-4. |
| 20. | Wang Y, Wang H, Pan S, Hu T, Shen J, et al. Capable infection of hepatitis B virus in diffuse large B-cell lymphoma. J Cancer. 2018;9:1575-81. |
| 21. | World Health Organization, International Agency for Research on Cancer (IARC). Hepatitis B virus. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. 2012;100(B):93-133. |
| 22. | World Health Organization (WHO). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. 2016;4(2):10-481. |
| 23. | Yood MU, Quesenberry CP, Guo D, et al. Incidence of non-Hodgkin's lymphoma among individuals with chronic hepatitis B virus infection. Hepatology. 2007 Jul;46(1):107-12. |

# Exhibit C

**Testimony to date    (As of 11.21.2018)**

Daubert  MDL Deposition  09.19.2017

Kane v. Monsanto (Whitby) Deposition  06.18.18

Hourly rate unchanged at  $600

Updated CV is attached

# Exhibit D

Dr. William Fleming - Materials Considered List (Gebeyehou)

| Expert Reports |
| --- |
| Andrei Shustov, M.D. *Gebeyehou* Report (11/21/2018) |
| Chadi Nabhan, M.D. *Gebeyehou* Report (11/21/2018) |
| Dennis Weisenburger, M.D. *Gebeyehou* Report (11/21/2018) |
| William Sawyer, Ph.D. *Gebeyehou* Report (11/21/2018) |
| **Medical Records** |
| Sioum Gebeyehou Medical Records (See attached index) |
| **Miscellaneous** |
| Complaint |
| Plaintiff Fact Sheet |
| The American Cancer Society (Cancer Facts & Figures) |
| All materials on the Materials Considered List attached to MDL Report dated July 31, 2017 |
| National Cancer Institute (NHI) - Surveillance, Epidemiology, and End Results Program (SEER) 2018. |

Sioum Gebeyehou
Medical Records Index

| Provider Info | Bates Range |
|---|---|
| Internal Revenue Service (RAIVS Team) Stop 37106 Attn: RAIVS Team Fresno, CA 93888 (800) 829-0922 | **Bates Range:** Confidential-Gebeyehou-SGebeyehou-IRS-000001 - Confidential-Gebeyehou-SGebeyehou-IRS-000003 |
| Kaiser Permanente North Valley (Medical Records Department) 1680 East Roseville Pkwy, Suite 151 Attn: Legal ROI Department Roseville, CA 95661 (916) 746-3895 | **Bates Range:** Confidential-Gebeyehou-SGebeyehou-KPNValley-MD-000001 - Confidential-Gebeyehou-SGebeyehou-KPNValley-MD-003758 Confidential-Gebeyehou-SGebeyehou-KPNValley-MD-003759 - Confidential-Gebeyehou-SGebeyehou-KPNValley-MD-003963 |
| Kaiser Permanente North Valley (Patient Accounts) 2835 Mitchell Drive, Suite 200 Walnut Creek, CA 94598 (925) 979-7534 | **Bates Range:** Confidential-Gebeyehou-SGebeyehou-KPNValley-BD-000001 - Confidential-Gebeyehou-SGebeyehou-KPNValley-BD-000082 |
| Kaiser Permanente Oakland Medical Center (Radiology Department) 280 West MacArthur Blvd. Oakland, CA 94611 (510) 752-1000 | **Bates Range:** Confidential-Gebeyehou-SGebeyehou-KPOMC-RD-000001 - Confidential-Gebeyehou-SGebeyehou-KPOMC-RD-000002 |
| Kaiser Permanente San Francisco Medical Center (Pathology Department) 350 St. Joseph Ave. 134A San Francisco, CA 94118 (415) 833-3778 | **Bates Range:** Confidential-Gebeyehou-SGebeyehou-KPSFMC-PD-000001 - Confidential-Gebeyehou-SGebeyehou-KPSFMC-PD-000001 |

Sioum Gebeyehou

Medical Records Index

| | |
|---|---|
| Kaiser Permanente Walnut Creek Medical Center (Pathology Department) 1425 South Main Street, 1st Floor Walnut Creek, CA 94596 (925) 295-4340 | **Bates Range:** Confidential-Gebeyehou-SGebeyehou-KPWCMC-PD-000001 - Confidential-Gebeyehou-SGebeyehou-KPWCMC-PD-000001 |
| Kaiser Permanente-TPMG Regional Laboratory Berkeley Campus (Pathology Department) 1725 Eastshore Hwy. Berkeley, CA 94710 (510) 559-5119 | **Bates Range:** Confidential-Gebeyehou-SGebeyehou-KP-TPMGRL-PD-000001 - Confidential-Gebeyehou-SGebeyehou-KP-TPMGRL-PD-000009 Confidential-Gebeyehou-SGebeyehou-KP-TPMGRL-PD-000010 - Confidential-Gebeyehou-SGebeyehou-KP-TPMGRL-PD-000010 |
| Plaintiff Fact Sheet | **Bates Range:** Confidential-Gebeyehou-SGebeyehou-PFS-000001 - Confidential-Gebeyehou-SGebeyehou-PFS-000014 Confidential-Gebeyehou-SGebeyehou-PFS-000015 - Confidential-Gebeyehou-SGebeyehou-PFS-000019 |
| Quest Diagnostics Incorporated at Nichols Institute (Compliance Department) 33608 Ortega Hwy. San Juan Capistrano, CA 92690 (949) 728-4394 | **Bates Range:** Confidential-Gebeyehou-SGebeyehou-QDI-NI-000001 - Confidential-Gebeyehou-SGebeyehou-QDI-NI-000002 |