# EXHIBIT 6

**Elaine Stevick and Christopher Stevick v. Monsanto Company, et al**
**Expert Report of J. Pablo Villablanca, MD, FACR**

## Background and Qualifications:

I am a board-certified neuroradiologist at UCLA David Geffen School of Medicine in Los Angeles, California. I am Professor of Radiological Sciences in the Diagnostic Neuroradiology Section, Medical Director of MRI and Director of the Interventional Spine Program at UCLA Healthcare.

I received my B.S. at UCLA in 1984, my M.D. from the University of Minnesota in 1989, and thereafter completed my internship (1990), residency (1994) and two-year Neuroradiology Fellowship (1996) at UCLA. I have a Certificate of Added Qualification (CAQ) in Neuroradiology, revalidated in 2007.

In my clinical practice, I provide radiologic interpretations and prepare formal written reports for more than 15,000 neuroradiologic studies per year, approximately 35% involving cerebral malignancies, with primary cerebral lymphoma comprising approximately 7-10% of those.  In my capacity, I work closely with oncologists, radiation therapists, and neurosurgeons to correlate presenting signs and symptoms with CT and MR imaging findings in all patients with suspected cerebral masses, including primary cerebral lymphomas. I also regularly attend our multidisciplinary tumor boards where these cases are presented and discussed in detail.

I also lecture at professional conferences nationally and internationally, conduct research, publish articles in the peer-reviewed medical literature, serve as a Scientific Reviewer on five different peer-reviewed journals, and have been a co-investigator on three research grants focused on the study of stroke funded by the National Institutes of Health (NIH).  I have published over 120 articles in peer-reviewed journals, 5 dealing with the subject of brain and head and neck tumors. I have served as Principal or Co-Investigator on three clinical trials evaluating new clinical treatments for brain tumors. Since 1996, I have been an author on over 30 peer-reviewed manuscripts dealing with the subject of stroke imaging. In 2015, I was elected as a Fellow of the American College of Radiology (FACR), an honor bestowed on only 10% of members of the ACR.

A copy of my curriculum vitae is attached as Exhibit A.

The following opinions are held to a reasonable degree of medical certainty and are based upon my education, training, clinical experience, working knowledge of the published medical and scientific literature, as well as my review of medical records and radiology pertaining to Elaine Stevick.

A list of the case specific materials reviewed is attached as Exhibit B and the literature reviewed and/or relied upon is set forth and the end of this report as Exhibit C.  My fee is $700/hr and list of expert testimony that I have provided in the past 4 years in attached as Exhibit D.

I reserve the right to amend my opinions if additional information becomes available to me; to respond to opinions offered by plaintiffs' experts at deposition or trial; and to use demonstratives or graphics at trial to illustrate anything discussed in this report. I offer the following opinions to a reasonable degree of medical certainty.

I was asked to assess Elaine Stevick's imaging studies and medical records to determine whether the imaging abnormalities revealed therein were caused or contributed to by Roundup.  I have reviewed the imaging studies and medical records available to me on this matter.

Materials reviewed include those itemized in Materials Reviewed and Considered List provided at the end of this document. I have also reviewed independent literature, as cited in this report, dealing with PCNSL and the herbicide glyphosate.

Specific imaging studies reviewed include:

1. Noncontrast CT scan of the brain dated 9/26/11
2. Contrast enhanced MRI of the brain dated 10/13/11
3. Contrast enhanced MR of the brain dated 12/24/14
4. Contrast enhanced MR of the brain dated 1/23/15
5. Contrast enhanced MR of the brain dated 3/24/15
6. Contrast enhanced MR of the brain dated 5/19/15
7. Contrast enhanced MR of the brain dated 8/1/18

**Overview of the Brain:**

The brain is divided into two halves, or hemispheres. Each hemisphere is divided into four major territories, or lobes. The frontal lobe deals primarily with executive function and judgment as well as motor movement. The parietal lobe deals primarily with sensory information coming from different parts of the body to the brain. The temporal lobe deals primarily with memory, speech and emotion, while the occipital lobe primarily processes visual information.  There are also deep parts of the brain, including the thalami and basal ganglia devoted to the processing of sensory information and coordination of movement, respectively. The brainstem or stalk of the brain contains many small control centers for basic functions of life such as breathing, temperature and others.  The cerebellum is located in the back of the skull and serves primarily to coordinate movement and balance.

The cells that control our activities are called neurons, and are located primarily along the highly folded surface of the brain.  This part of our brain is called the cerebral cortex, or gray matter. The neurons communicate with each other via slender cables or axons that are insulated with fat for improved electrical conduction of nerve signals.  This part of our brain is called white matter, or may be referred to by the specific white matter bundle tract in question- for instance, the posterior limb of the internal capsule.

As we age, the brain can acquire injuries that damage small or large areas of the brain. These include strokes that deprive parts of the brain of oxygen leading to tissue damage, or bleeding into the brain that damages brain tissue when the blood tears delicate brain tissue.  As we age, the brain also naturally loses some volume, with enlargement of the fluid spaces around and within the brain, and loss of brain tissue.  Some disease states can cause selective loss of brain volume in specific brain regions.  Some disease states have a predilection, or propensity, to develop or involve specific brain region, tracts or pathways. These imaging features help radiologist analyze imaging studies to provide the most likely condition or disease state underlying the imaging findings.

White blood cells called lymphocytes (B-cells and T-cells) are important cellular components of our immune system. They circulate in blood, our bone marrow and throughout body tissues, including the brain. Their job is to look for and destroy or isolate foreign agents that cause infection, identify and destroy sporadically and spontaneously occurring tumor cells, and mediate inflammation. They can also trigger repair mechanisms after brain injury.  Non-Hodgkin lymphoma (NHL) is a cancer that starts in either the B-cells or T-cells. It can start anywhere in the body, including the brain.

CT images are obtained when highly filtered medical x-rays are transmitted through a body part.  Tissues of different density (chemical composition) transmit medical x-ray beams differently.  Using computers, an image of the body part, for instance the brain, can be created. The CT images show all brain tissues with high electron density as whiter than other areas.  Because neuronal cell bodies which comprise the cerebral cortex, or gray matter, contain much nuclear DNA material in their cell bodies, they appear brighter or more hyperdense than areas without neurons. In contrast, white matter, which consists primarily of insulating fat, appears darker or hypodense.  Similarly, abnormal tissues such as brain tumors may also appear of higher density, or whiter on an image, when they are composed of tightly packed cells with much nuclear DNA material.  This hyperdense imaging pattern is typical of malignant tumors, since much of their effort is focused on cell replication and little effort is devoted to other normal cell functions.  When tumors are growing rapidly they displace or invade adjacent normal brain, causing swelling of the surrounding brain. Tissue swelling is associated with increased tissue water, which appears as a darker region, or area of low density surrounding the tumor mass, on CT imaging.

3

MRI relies on magnetic fields to create images. This technique uses the protons, or hydrogen atoms present in water molecules to create images of the body. The behavior of water molecules exposed to a magnetic field varies depending on the composition of the tissues in which they exist. By placing the body in a static magnetic field, and then applying additional specific ramps of magnetic energy to the body in the three main spatial axes – X, Y and Z, and measuring the energy released by the hydrogen atoms once these external magnetic fields have been turned off, one can create very detailed images of the body.  This process also requires complex mathematical computations.  Using this technique, areas in the brain with more water appear bright or show hyperintense signal on T2W weighted sequences. An example of tissue with more water could be areas of swelling around a brain tumor.  In contrast, tissues in the brain with very low water content, such as neurons and rapidly dividing tumor cells, will show a low T2W signal intensity.  Again, this is because neurons and tumor cells have mostly DNA material and very little cytoplasm within their cell bodies.  Cerebral lymphomas normally appear low on T2W sequences because of this phenomenon.

Another important contrast mechanism in MRI is that provided by diffusion imaging (DWI). This technique looks at the relative ease with which water molecules move through a tissue. Normally, water molecules bounce around in a given tissue space without restriction. However, water molecules present in tumor tissue are crowded together because tumor cells have little water in their cytoplasm and much DNA material which contains very little water.  Tissues with impaired free motion of water molecules appear very bright, or hyperintense, on a diffusion weighted, or DWI sequence.  The amount of restriction, is roughly proportional to the degree of impaired free motion of water. For these reasons, cerebral lymphomas characteristically have prominent DWI hyperintensity.

Brain arteries are unique in the body because they possess tight junctions in the endothelium.  Endothelium is a thin, single-layer of cells that line all brain arteries. These tight junctions normally allow the passage of only specific molecules from inside the artery into the surrounding brain tissue. The unique ability of brain arteries to limit the passage of molecules from the blood in the arteries to the surrounding brain tissue is called the blood-brain-barrier.

Another way to gain information about the status of brain tissues is to administer an intravenous contrast agent.  These are specific molecules designed to show up on a CT or MR imaging study wherever there is a disruption in the normal blood brain barrier, since an intact barrier normally prevents their passage out of the brain artery.  Disruptions in the blood brain barrier can occur with inflammation, infection, strokes and tumors. Because tumor tissues make their own tumor arteries, these arteries do not possess tight junction, and are therefore very leaky, allowing the passage of many molecules, including contrast agents.  This is why brain tumors fill with contrast material, causing them to enhance.  The amount of enhancement varies with different tumors. Cerebral

lymphomas typically enhance markedly and uniformly.  Further, some tumors show a predilection of particular areas of the brain. Cerebral lymphomas in particular, show a predilection for small arteries and veins, leading sites of disease with a perivascular pattern of enhancement.

Although CT and MRI studies are powerful techniques that can often provide valuable information as to the likely type of abnormal tissue present, they do not reveal the cause of the abnormal tissue.  Specifically, CT and MRI imaging do not show whether exposure to a substance(s) caused the imaging abnormality present, for instance a brain tumor.

**Imaging Findings:**

**Noncontrast CT scan of the brain dated 9/26/11:**

**Findings:** The cerebral sulci, ventricles and basal cisterns are normal in size and shape.  The density of the cerebrum, deep nuclei, brainstem and cerebellum is normal, with preserved gray-white matter differentiation and normal and symmetric tissue density. There is no evidence of mass, mass effect or midline shift. There is no intraparenchymal, subdural, epidural, subarachnoid or intraventricular bleeding. There is no evidence of recent or remote infarct. There are no extra axial fluid collections. The basal cisterns are open. The visualized portions of the paranasal sinuses and mastoid air cells are clear. There are no calvarial abnormalities.

**Impression:** Unremarkable noncontrast CT scan of the brain.

**Contrast enhanced MR of the brain dated 10/13/11:**

**Findings:** The cerebral sulci, ventricles and basal cisterns are symmetric and normal in size and shape for the age of this patient.  The signal intensity of the brain is remarkable for two oval regions of high T2W and FLAIR signal in the right anterior corona radiate (series 4 and 5, images 19/32 and image 19/33, respectively) and a more linear zone of high T2W and FLAIR signal in the posterior limb of the internal capsule (series 4 and 5, images 15/32 and image 15/33, respectively).

There is no definite restricted diffusion to suggest acute ischemia or infarction.

There is no abnormal susceptibility artifact to suggest recent or remote intracranial bleeding.

The post contrast sequences show no abnormal parenchymal, ependymal, leptomeningeal or pachymeningeal enhancement.

5

Incidental note is made of a developmental anomaly of the right superior cerebellum. Note is also made of two small sublenticular cysts of the left basal ganglia.  The globes and orbits are grossly unremarkable.

**Impression:**

1. Foci of abnormal T2W and FLAIR hyperintensity in the right anterior corona radiate and left posterior limb of the internal capsule. These foci are nonspecific in appearance. Differential diagnostic considerations include foci of microvascular type ischemic injury, foci of demyelination, early infiltrative process including glioma and others, sequela of cerebral vasculitis.
2. Small left sided sub-lenticular cysts, not of clinical consequence.
3. No evidence of acute ischemia or infarction.
4. The globes and orbits are grossly unremarkable.


**Contrast enhanced MR of the brain dated 12/24/14:**

**Findings:** The post contrast sequences show homogeneous and strong enhancement of a mass centered in the right lateral cerebellum.  There is no central necrosis. The mass demonstrates low T2W signal and restricted diffusion imaging, compatible with a process with a high nuclear to cytoplasmic ratio. There is abnormal T2W and FLAIR hyperintensity involving the right middle cerebellar peduncle, dorsolateral pons belly, right central cerebellar hemisphere and right cerebellar tonsil, compatible with vasogenic edema. There is associated mass effect, including partial effacement of the right cerebellopontine angle cistern, fourth ventricle and prepontine cistern.

There is mass effect upon the aqueduct of Sylvius, leading to mild to moderate enlargement of the lateral and third ventricles. There is minimal associated trans-ependymal flow of cerebrospinal fluid, suggesting obstruction is non-acute and relatively well compensated.

A small region of enhancement is also seen in the left posterior limb of the internal capsule, also surrounded by a rounded region of high T2W and FLAIR signal, compatible with vasogenic edema.

A punctate focus of enhancement (series 11, image 26 of 33) with associated restricted diffusion and perifocal vasogenic edema is also identified in the left lateral pre-motor region.

A more ill-defined region of high T2W and FLAIR signal is noted centered in the white matter surrounding the frontal horn of the right lateral ventricle and right sub-lenticular region.  This region demonstrates no abnormal enhancement or restricted diffusion, and shows low T1W signal along with mild enlargement of

the ipsilateral frontal horn of the right lateral ventricle, compatible with encephalomalacia.

There is no abnormal leptomeningeal or ependymal enhancement to suggest a carcinomatous process.

**Impression:**

1. Multifocal, prominently enhancing, non-hemorrhagic, parenchymal masses with low T2W signal and restricted diffusion in the right cerebellum left posterior limb of the internal capsule and left lateral premotor regions. The appearance is compatible with an infiltrative neoplasm. Given patient age and imaging appearance, multifocal primary CNS lymphoma is likely. Less likely considerations include multifocal glioma (glioblastoma multiforme) and metastatic disease. Imaging factors against malignant glioma include lack of central necrosis and prominent and homogeneous restricted diffusion.  Imaging factors against metastatic disease, include ill-defined and infiltrative appearance of the lesions, prominent and homogeneous enhancement and restricted diffusion, and lack of central necrosis.
2. Comparison with the prior MRI of the brain dated 10/13/11, suggest the lesion centered in the posterior limb of the internal capsule may have been present in an early form at that time.
3. Mild to moderate mostly compensated noncommunicating hydrocephalus.
4. Encephalomalacia of the right anterior basal ganglia, external capsule, right anterior corona radiata and periventricular white matter surrounding the frontal horn of the right lateral ventricle. The appearance is nonspecific. Considerations favor post ischemic changes, post-inflammatory changes or spontaneously regressed focus of lymphoma. It is noted that this region of encephalomalacia subsumes a small area of nonspecific high FLAIR signal intensity identified on the prior MRI of the brain dated 10/13/11.

**MRI of the brain dated 12/30/14:**

**Findings:**  Limited pre-operative BrainLab protocol scan using SSFSE sequences and volumetric post-contrast FSPGR-3D sequences show less perilesional edema surrounding the dominant mass in the right cerebellar hemisphere and less resultant mass effect upon the fourth ventricle.  The degree of enhancement and size of lesions is grossly unchanged as compared to the scan of 12/24/14. Ventricular size is unchanged, again showing a bi-frontal horn diameter of 40 mm.

**Impression:**

1. Pre-operative scan

2. No significant interval changes when compared to the prior MR of the brain dated 12/24/14.

**Contrast enhanced MR of the brain dated 1/23/15:**

**Findings:**  The patient has undergone interval right suboccipital craniotomy and partial resection of the previously identified right cerebellar mass. Minor blood products are noted around the margins of the resection cavity.  The cavity contains fluid and some blood products.

The post contrast sequences show persistent abnormal enhancement along the medial and posterior margins of the right cerebellar resection cavity. This tissue shows low T2W signal and restricted diffusion, compatible with residual tumor. Perifocal vasogenic edema and mass effect are significantly diminished, and the fourth ventricle is no longer effaced.

The enhancing mass and associated vasogenic edema centered in the posterior limb of the internal capsule is grossly unchanged, while the enhancement in the left posterior frontal lobe is now larger and more multifocal, with approximately four enhancing lesions now clustered in the deep and subcortical white matter of the left posterior frontal lobe. Vagogenic edema associated with these lesions remains modest and mass effect is local and minor.

The encephalomalacia involving the deep and paraventricular white matter surrounding the frontal horn of the right lateral ventricle is unchanged and is again noted to extend into the right external capsule, right anterior sublenticular region and right anterior temporal deep white matter.

Mild dilatation of the lateral and third ventricles is again seen, with diminished size of the temporal horns as compared to the prior scan of 12/24/14.

There is no evidence of abnormal leptomeningeal or ependymal enhancement.

**Impression:**

1. Interval debulking of enhancing mass in the right cerebellar hemisphere. Residual tumor is noted along the medial and posterior margins of the resection cavity. Corresponding decrease in perifocal vasogenic edema and mass effect.
2. Persistent abnormal enhancement centered in the posterior limb of the internal capsule region, grossly unchanged versus 12/24/14.
3. Interval progression of multifocal disease in the posterior aspect of the left frontal lobe, with increase in size and number of enhancing lesions.

**Contrast enhanced MR of the brain dated 3/24/15:**

**Findings:** The post contrast sequences show interval resolution of homogeneously enhancing, low T2W signal, diffusion restricted tissue along the mesial and posterior margins of the right cerebellar neurosurgical resection cavity. Thin linear enhancement surrounding the surgical resection margins is compatible with post-operative granulation tissue. Vasogenic edema has resolved, with only mild perifocal gliosis noted. Mass effect is resolved.

All other cerebral parenchymal enhancement previously identified is also resolved. There are no new areas of abnormal parenchymal, ependymal or leptomeningeal enhancement, with nearly completely resolved perifocal vasogenic edema. Mild patchy FLAIR and T2W hyperintensity in the left posterior frontal white matter is not associated with mass effect and likely represents gliosis.

Gliosis associated with the area of encephalomalacia around the frontal horn of the right lateral ventricle and surrounding white matter, and associated regional volume loss is unchanged.

There is no diffusion abnormality to suggest acute ischemia or infarction.

There is mild residual enlargement of the lateral and third ventricles, but the temporal horns of the lateral ventricle and the fourth ventricle are normal in size. There is no evidence of hydrocephalus.

**Impression:**

1. Interval resolution of all abnormal parenchymal enhancement, restricted diffusion and low T2W signal in the right cerebellum. Post-operative changes, as expected, including mild perifocal gliosis.
2. All other cerebral parenchymal enhancing lesions previously identified have also resolved, along with associated vasogenic edema.
3. There are no new areas of abnormal parenchymal, ependymal or leptomeningeal enhancement.
4. Stable appearance of area of encephalomalacia and surrounding perifocal gliosis centered around the frontal horn of the right lateral ventricle.
5. No evidence of hydrocephalus.

**Contrast enhanced MR of the brain dated 5/19/15:**

**Findings:** The surgical resection cavity in the peripheral right cerebellar hemisphere is smaller. Mild perifocal gliosis is unchanged.

Encephalomalacia and surrounding gliosis around the frontal horn of the right lateral ventricle, with contiguous gliotic change in the anterior bifrontal white matter, external capsule, anterior basal ganglia and deep white matter of the right

frontal lobe is unchanged. This area continues to show no abnormal enhancement or restricted diffusion.

The minor FLAIR hyperintense signal in the left posterior limb of the internal capsule is essentially resolved. There remains minor FLAIR and T2W hyperintensity in the subcortical white matter of the left posterior frontal lobe, compatible with minor gliosis.

There are no new areas of abnormal signal intensity in the cerebrum, brainstem and cerebellum.

The cerebral sulci, ventricles and basal cisterns are normal in size and shape for patient age, except for the right frontal horn of the lateral ventricle which shows mild asymmetric prominence due to cerebral volume loss in the region.

The post contrast sequences show no abnormal parenchymal, ependymal or meningeal enhancement.

**Impression:**

1. No remaining abnormal intracranial enhancement to suggest residual or persistent disease.
2. No new abnormal enhancement to suggest new sites of disease.
3. Stable encephalomalacia of the white matter centered around the frontal horn of the right lateral ventricle with differential diagnosis as previously described.
4. Stable ventricular size without evidence of hydrocephalus.
5. Stable cerebral volume without evidence of global or regional cerebral volume loss.
6. Grossly normal appearance of the globes and orbits.

**Contrast enhanced MR of the brain dated 8/1/18:**

**Findings:**  There is further interval improvement in the appearance of the brain when compared to the prior scan of 5/19/15.

Again seen is the neurosurgical resection cavity in the right cerebellar hemisphere, now further collapsed.  Minor perifocal gliosis is again seen around the margins of the resection cavity, as expected.

Abnormal patchy T2W and FLAIR signal abnormalities in the left posterior limb of the internal capsule, deep and subcortical white matter of the left posterior frontal lobe have completely resolved.  No new areas of abnormal signal intensity are apparent in the brain.

The area of encephalomalacia and perifocal gliosis centered about the frontal horn of the right lateral ventricle is unchanged in appearance.

There is no evidence of acute ischemia or infarction and no interval infarcts are seen.

There remains no abnormal parenchymal, ependymal or meningeal enhancement in the brain or meninges.

The globes and orbits remain grossly unremarkable.

Ventricular size is stable.

Cerebral, brainstem and cerebellar volume is normal and unchanged.

**Impression:**

1. There is no abnormal parenchymal, ependymal or meningeal enhancement to suggest residual or recurrent tumor.
2. The neurosurgical resection cavity in the right cerebellar hemisphere is now further collapsed, with expected minor perifocal gliosis again seen.
3. Abnormal patchy T2W and FLAIR signal abnormalities in the cerebral white matter have completely resolved.
4. No new areas of abnormal signal intensity are apparent in the brain.
5. Stable area of encephalomalacia and perifocal gliosis centered about the frontal horn of the right lateral ventricle.
6. There is no evidence of acute ischemia or infarction
7. No interval infarcts are seen.
8. There is no hydrocephalus.
9. Cerebral, brainstem and cerebellar volume is normal and unchanged.

**<u>Medical Synopsis:</u>**

At time of presentation patient was a 63 year-old woman with a history of hyperlipidemia, GERD, asthma and anxiety, who on 12/24/14 was admitted with ataxia, vomiting, vertigo and gradual progression of cognitive decline. Imaging studies revealed a cerebellar mass. Resection and biopsy of the mass was performed on 12/29/14 and revealed primary CNS lymphoma. Review of the medical records indicate that Mrs. Stevick was experiencing personality changes and had suffered a fall in 2011.

The patient also has a strong family history cancer on both maternal and paternal relatives, including colon cancer in the mother and father, melanoma in the father, breast cancer in a cousin, and colon cancer in both maternal grandmother and grandfather. A paternal uncle died of lymphoma. Another uncle had throat cancer.

Mrs. Stevick was also exposed to radiation during her career, while performing swallow studies in radiology as part of her job as a speech therapist. She wore no protective cover for her head. She performed approximately 15 X-ray studies over the years.

For her medical conditions, she had been treated with ondansetron, famotidine, escitalopram. She consumed 4 alcoholic beverages per week.

On 12/30/14, Dr. Sedrak Fayez performed a right-sided posterior fossa craniotomy and biopsy of the right cerebellar mass.

Tissue chromosome analysis of the cerebellar biopsy revealed a karyotype of BCL6X2 [99/100], MYCX3 [23/100], MYC2[77/100], IGHX2[112/113] and BCL2X3[90/113]. FISH analysis revealed diagnosis of lymphoma which was negative for BCL6 (3q27) and MYC oncogene (8q24) rearrangements, and also negative for t(14;18) translocation. Therefore, the FISH result did not support the diagnosis of Burkitt's lymphoma and absence of evidence of a BCL6 rearrangement is commonly found in B-cell non-Hodgkin's lymphomas. Additional testing at the San Francisco IHC Laboratory in consultation confirmed the diagnosis of aggressive B-cell lymphoma. I note that there was no testing for nonsynonymous somatic mutations in the following genes which have been described in patients with PCNSL with the corresponding frequencies: PIM1 (100%), BTG2 (92.7%) and MYD88 (85.4%) in PCNSL.

A CT scan of the chest, abdomen and pelvis performed on 12/25/14 was negative for mass or other abnormality. A bone marrow biopsy and aspirate performed on 1/12/15 was negative for malignancy. Cerebrospinal fluid analysis obtained on 1/13/15 was also negative for malignancy.

She was treated with multi-agent chemotherapy and was enrolled in a clinical trial designed to evaluate the role of radiation therapy to the brain in patients with PCNSL after completion of chemotherapy. She appears to have been randomized to the arm that received the standard multi-agent chemotherapy without radiation.

Disease progression was noted on the baseline post biopsy MRI of the brain performed on 1/23/15 as compared to her baseline MRI of 12/24/14. Mrs. Stevick was started on chemotherapy on 1/27/15 and received a second cycle on 2/24/15. A follow up MRI performed on 3/24/15 revealed remarkable improvement, and a subsequent scan performed on 5/19/15 revealed only post-operative changes in the posterior fossa, without evidence of enhancing or non-enhancing tumor in the cerebrum, deep nuclei, brainstem or cerebellum. The meninges and ependymal were likewise free of abnormality.

Ms. Stevick completed an additional four rounds of chemotherapy on 3/25/15, 4/21/15, 5/21/15, and 6/18/18. Follow-up MRI studies including the most recent performed on 8/1/18 have shown no evidence of active disease.

Her last clinic notes on 8/2/18 when she visited the oncologist for lymphoma follow-up indicated her energy was good; no limitations in daily activities; no headaches, vision changes, focal weakness or numbness; no night sweats; no unintentional weight loss; no fatigue. She had no neurological symptoms at all. Importantly, the post-treatment MRI from 8/1/2018 showed stability with no new lesions and complete imaging resolution of all previously identified enhancing lesions and surrounding perifocal edema. Had continued good functional status back to baseline.

## Discussion:

Primary CNS lymphoma (PCNSL) accounts for approximately 4% of all primary brain tumors and is a form of extranodal non-Hodgkin's lymphoma that occurs in the brain tissue, membranes surrounding the brain, spinal cord or eyes. The vast majority of cases occur due to spontaneous mutations in the body. This type of lymphoma remains confined to the central nervous system [1]. It occurs in both immunocompetent and immunocompromised individuals, but is far more common in the immunocompromised. The risk of developing cerebral lymphoma is higher in individuals infected with the Human Immunodeficiency Virus (HIV) and Epstein Barr Virus (EBV).  This suggests that compromised immunity could play a role in the development of PCNSL. Diffuse large B-cell lymphoma (DLBCL) comprises 90% of all PCNLS's. This type consists of primitive lymphoid cells with a predilection for blood vessels, resulting in a characteristic lymphoid clustering around small cerebral vessels.

As people age, their immune system function declines.  In immunocompetent individuals, PCNSL is generally diagnosed in the 5th to 6th decade of life. However, the group at highest risk are those 60 years of age and older. The incidence of PCNSL has increased disproportionately for this age group in the past several decades [2]. The reason for an increased incidence of PCNSL in immunocompetent individuals remains unclear, but may be related to better detection and diagnosis rather than a true increase in the incidence of the tumor [3]. Alternatively, it may be a function of the immunocompetence itself.  Patients with PCNSL typically present with neurologic symptoms and signs, including focal neurologic deficits (70%), neuropsychiatric symptoms (43%), increased intracranial pressure (33%), seizures (14%) and ocular symptoms (4%) [4].

I agree with plaintiffs' experts that DLBCL represents the most common lymphoma in adults with an annual incidence of approximately 5.5 new cases per 100,000 men/women.  The majority of these are caused by spontaneous mutations for which no cause can be identified. As stated, PCNSL are classified

as DLBCL in 95% of cases, although they are a distinct entity. I also concur with his statement that the causes of DLBCL remain unknown in the majority of patients, yet certain environmental factors are known to increase an individual's risk of developing lymphomas, including DLBCL. These include exposure to ionizing radiation.

I note Mrs. Stevick had a history of occupational exposure to ionizing radiation in her occupation as a speech therapist, as she was repeatedly required to perform swallowing studies in her patients using fluoroscopy, a type of medical ionizing x-ray beam radiation. During these procedures, she wore lead to protect her body and thyroid gland, but wore no gear to protect her head from the ionizing x-ray beams used to study her patients swallowing difficulties. In this respect, I disagree with Dr. Shustov when he concludes in his analysis of Mrs. Stevick's risk of developing DLBCL that she did not have any history of exposure to ionizing radiation, since per her testimony her head was clearly exposed to ionizing radiation during her employment.

The diagnosis of PCNLS is supported by CT and MRI imaging and cerebrospinal fluid analysis (CSF). Contrast enhanced MRI of the brain is the optimal imaging modality for patients with PCNSL, with contrast enhanced CT scan also quite useful. As outlined previously, because of a high nuclear to liquid cytoplasmic ratio, PCNSL is frequently isodense to hyperdense to normal brain on noncontrast CT images and isointense to hypointense on T2-weighted MR imaging. On post contrast CT and MR enhancement tends to be homogeneous and intense in 85% of patients and absent in only 1% [6], and 65% of lesions are solitary. Common locations include the cerebral hemispheres (38%), thalamus/basal ganglia (16%), corpus callosum (14%), ventricular region (125), and cerebellum (9%). Enhancement along the perivascular spaces is considered a highly specific imaging feature [7]. Definitive diagnosis requires histopathologic confirmation through tissue biopsy.

Genetically, PCNSL resemble lymphomas found in other immune-privileged sites like the testes, in which *MYD88* and *MYD88/CD79B* mutations are reported in >70% of samples [8]. Unlike other primary brain tumors, PCNSL respond favorably to chemo- and radiation therapy. A copy number gain at chromosome 9p24.1, which included *PD-L1 /PD-L2* locus, suggests that immune evasion and immune response modulation might play a role in PCNSL pathogenesis [9].

More recently, Fukumura K, et.al. [10], performed whole-exome sequencing for 41 tumor tissues of CLBCL-type PCNSL and paired normal specimens and also RNA-sequencing for 30 tumors. Their work reveals a very high frequency of nonsynonymous somatic mutations in PIM1 (100%), BTG2 (92.7%) and MYD88 (85.4%) in PCNSL.

The work by Fukumura, et.al. is extremely important, because is suggests that any proposed relationship between a putative oncogenic agent and/or

environmental insult must be shown to specifically cause nonsynonymous somatic mutations in PIM1, BTG2 and MYD88, before the agent or insult can be considered to be causal in the development or potentiation of PCNSL.

In a similar vein, Leeksema, et.al. also recently demonstrated that germline mutations predispose to diffuse large B-cell lymphomas [11]. Many of these mutations affect genes involved in DNA repair and/or immune functions, including surveillance. Mrs. Stevick carries a strong family history of colon cancer. Studies have shown that up to 35% of colorectal cancers can be explained by hereditary factors, including germline mutations [12]. Since germline mutations are passed from parent to offspring, and both Mrs. Stevick's mother and father and both maternal grandparents had a history of colon cancer, we can assume Mrs. Stevick received these mutations in her germline DNA and that she therefore has a hereditary susceptibility to colorectal cancer, and any other malignancies such germline mutations might predispose her to, even if such associations have not yet been discovered.

Glyphosate is a isopropylamide salt herbicide. Glyphosate is not an insecticide. The enzyme EPSPS is not present in humans. The active ingredient in glyphosate is N-phosphonomethyl-glycine, a derivative of glycine, the smallest amino acid found in proteins.

As part of an ongoing risk assessment of many pesticides, the United States Environmental Protection Agency (EPA), European Food Safety Authority (EFSA) and the German Federal Institute for Risk Assessment (BIR) evaluated more than 3000 toxicological studies on glyphosate and found no indications of carcinogenic, mutagenic, reproductive or neurogenic properties.

At the international level, the Joint WHO/FAO Meeting on Pesticide Residues (JMPR) agreed that there are no indications that glyphosate residues in food are carcinogenic. In 2016, the New Zealand Environmental Protection Authority (EPA) and the Australian Pesticides and Veterinary Medicines Authority (APVMA) also reached the same conclusion. Further, in March of 2017, the EU's chemical agency, ECHA, also reached the same conclusion that glyphosate does not cause cancer.

Importantly, longitudinal and genotoxological studies which have assessed possible effects of glyphosate on development and the DNA of mammals have all found that glyphosate is not carcinogenic and does not have mutagenic effects; i.e. it does not alter DNA. Further, glyphosate, when ingested, is not metabolized and is rapidly eliminated primarily unchanged from the body. Further, it is poorly absorbed through the skin and does not accumulate in animal tissues [13,14,15,16].

In a very large prospective cohort study published this year in the peer-reviewed JNCI J Natl Cancer Inst [18], Andreotti G., et.al. followed 54,251 herbicide

applicators and found no statistically significant association between glyphosate and any solid tumor or lymphoid malignancy overall, including non-Hodgkin lymphoma and its subtypes.  Specifically, there are no peer-reviewed studies showing an association between glyphosate and primary central nervous system lymphoma (PCNSL).

In my clinical experience, Mrs. Stevick's clinical presentation was typical for patients with primary cerebral lymphoma and included evidence of elevated intracranial pressure, intracranial mass effect, and dysfunction in pathways and brain regions where her tumor was active.  This included ataxia due to involvement of the cerebellum, vomiting due to elevated intracranial pressure from hydrocephalus and mass effect, vertigo due to compression of the cerebellum and cranial nerves exiting the cerebellum, and gradual progression of cognitive decline due to increasing hydrocephalus and compression and distortion of normal brain structures by tumoral mass effect.

It is important to emphasize that patients without and with exposure to environmental agents will have comparable imaging findings.  In my professional experience, and to a reasonable degree of medical certainty, there is nothing unique about the imaging findings in patients who have been exposed to environmental agents versus those who have not.  Specifically, there are no medical imaging findings that suggest or demonstrate that Roundup caused or substantially contributed to Mrs. Stevick's primary cerebral lymphoma.

## Conclusions:

In conclusion, the imaging studies provided to me for review show initial evidence of a multifocal cerebral neoplasm with imaging features favoring the diagnosis of primary cerebral lymphoma. Subsequent scans show complete resolution of all imaging evidence of residual disease and no evidence of remote intracranial relapse. Further, her brain shows no evidence of cerebral atrophy or persistent hydrocephalus.  The area of scarring involving the white matter surrounding the frontal horn of the right lateral ventricle is stable throughout, and is of uncertain origin, with a prior ischemic insult favored.

In my professional experience, and to a reasonable degree of medical certainty, there is nothing unique about the imaging findings in patients who have been exposed to environmental agents versus those who have not.  Specifically, there are no medical imaging findings that suggest or demonstrate that Roundup caused or substantially contributed to Mrs. Stevick's primary cerebral lymphoma.

I hold these opinions to a reasonable degree of medical certainty. I reserve the right to modify my impressions should additional imaging or medical records be provided that justify such a modification.

Dated: November 27, 2018

Sincerely,

J. Pablo Villablanca, MD, FACR
Professor of Radiological Science
Medical Director of MRI
Director, Interventional Spine Service

**References:**

1. Batchelor, TT. Lymphoma of the Nervous System, Boston, MA. Butterworth, Heinemann, 2004, pp 29-41.
2. Schabet, M. Epidemiology of primary CNS lymphoma. Journal of Neurooncology 1999;43:199-201.
3. Debonera F, et.al. Primary diffuse large B-cell lymphoma of the CNS: a rare case of spontaneous remission. Int. J. Hematol Oncol. 2017;6(3):69-73.
4. Bataille B, et.al. Primary intracerebral malignant lymphoma: A report of 248 cases. J. Neurosurgery 2000;92:261-266.
5. Parron T. et.al. Environmental exposure to pesticides and cancer risk in multiple human organ systems. Toxocol Lett. 2014;230(2):157-165.
6. Kuker W, et.al. Primary Central Nervous System Lymphomas (PCNSL): MRI features at presentation in 100 patients. J. Neuronconlogy 2005;72:169-177.
7. Atlas SW, Lavi E, Fisher PG. Intraaxial brain tumors, in Atlas SW (ed): Magnetic Resonance Imaging of the Brain and Spine (ed3). Philadelphia, PA: Lippincott Williams and Wilkins, 2002, pp 565-693.
8. Kraan, et.al. High prevalence of oncogenic MYD88 and CD79B mutations in diffuse large Journal. 2013;3:e139.
9. Chapuy B, et.al. Targetable genetic features of primary testicular and primary central nervous system lymphomas. Blood 2016;127(7):869-881.
10. Fukumura K., et.al. Genomic characterization of primary central nervous system lymphoma. Acta Neuropathol 2016;131(6):865-875.
11. Leeksma OC, et.al. Germline mutations predisposing to diffuse large B-cell lymphoma. Blood Cancer Journal 2017;7,e532
12. Gylfe AE, et.al. Somatic mutations and germline sequence variants in patients with familial colorectal cancer. Int J Cancer 2010;127(12):2974-2980.

Case 3:16-md-02741-VC   Document 2591-7   Filed 01/29/2019   Page 18 of 101

17

13. European Comission. 2002. Report for the active substance glyphosate, Directive 6511/V1/99. January 21.
14. US EPA 1993. Registration Elligibility Decision (RED) for Glyphosate. US Environmental Protection Agency, Office of Pesticides Programs. EPA 738-R-93-014.
15. WHO 1994. The International Programme on Chemical Safety (IPCS) Environmental Health Criteria 159 Glyphosate.
16. WHO/FAO 2004. Pesticide residues in food – 2004. Report of the Joint Meeting at the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues (JMPR).  Rome, Italy, 20-29.
17. Environmental Protection Agency, Office of Pesticide Programs. Revised glyphosate issue paper: evaluation of carcinogenic potential. 2017 Dec 12;12-143.
18. Andreotti G, et.al.  Glyphosate Use and Cancer Incidence in the Agricultural Health Study.  JNCI J Natl Cancer Inst. 2018;110(5):509-523.

# Exhibit A

November 27, 2018

J. Pablo Villablanca, M.D., F.A.C.R

# CURRICULUM VITAE

## PERSONAL HISTORY

| | |
|---|---|
| Prof Address | David Geffen School of Medicine at UCLA |
| | Department of Radiological Sciences/Neuroradiology |
| | Ronald Reagan UCLA Medical Center |
| | 757 Westwood Plaza, Suite 1621A |
| | Los Angeles, CA 90095-1721 |
| Phone | (310) 267-6703 |
| Fax | (310) 267-3635 |
| E-Mail | pvillablanca@mednet.ucla.edu |

## EDUCATION

| | |
|---|---|
| 1984 | Bachelor of Science |
| | University of California, Los Angeles, CA |
| 1989 | Doctor of Medicine |
| | University of Minnesota, Minneapolis, MN |
| 1989 – 1990 | Internal Medicine Internship |
| | University of California, Los Angeles |
| 1990 – 1994 | Diagnostic Radiology Residency |
| | University of California, Los Angeles |
| 1994 – 1996 | Neuroradiology Fellowship |
| | University of California, Los Angeles |

## LICENSURE

CA Physician and Surgeon License
CA DEA
CA X-Ray Supervisor and Operator License

## BOARD CERTIFICATION

| | |
|---|---|
| 1990 | Diplomate, National Board of Medical Examiners |
| 1995 | Certified, the American Board of Radiology |
| 1997 | Certificate of Added Qualifications in Neuroradiology (CAQ) |
| 2007 | Re-Certification of Added Qualification in Neuroradiology |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1996 – 2003 | Assistant Professor-in-Residence |
| | Department of Radiological Sciences/Neuroradiology |
| | David Geffen School of Medicine at UCLA |
| 2003 – 2008 | Associate Professor-in-Residence |
| | Department of Radiological Sciences/Neuroradiology |

J. Pablo Villablanca, M.D., F.A.C.R.

|  | David Geffen School of Medicine at UCLA |
|---|---|
| 2008 – Present | Professor |
|  | Department of Radiological Sciences/Neuroradiology |
|  | David Geffen School of Medicine at UCLA |

## PROFESSIONAL ACTIVITIES

### Professional Service

| 1997 – 2011 | Director, UCLA Clinical Image Processing Laboratory |
|---|---|
| 1999 – 2009 | Director, UCLA Neuroradiology Fellowship Program |
| 2000 – Present | Medical Director of MRI |
| 2003 – 2015 | Chief, Diagnostic Neuroradiology Section |
| 2008 – Present | Director, Interventional Spine Program |

### Hospital Appointments

| 1996 – 2008 | UCLA Medical Center |
|---|---|
|  | 10833 Le Conte Ave. |
|  | Los Angeles, CA 90095-1721 |
| 1996 – 2000 | West L.A. Veterans Administration Medical Center |
|  | Department of Radiology |
|  | 1130 Wilshire Blvd. |
|  | Los Angeles, CA 90073 |
| 1998 – Present | UCLA Santa Monica Medical Center |
|  | Department of Radiology |
|  | 1225 15th Street |
|  | Santa Monica, CA 90404 |
| 2008 – Present | Ronald Reagan UCLA Medical Center |
|  | Department of Radiology |
|  | 757 Westwood Plaza |
|  | Los Angeles, CA 90095 |
| 2015 – Present | Martin Luther King, Jr. Community Hospital |
|  | 1680 E. 120th Street |
|  | Los Angeles, CA 90059 |

### Professional Associations and Scholarly Societies

| 1994 – Present | Radiological Society of North America (RSNA) |
|---|---|
| 1995 – Present | American Society of Head and Neck Radiology (ASHNR) |
| 1995 – Present | American College of Radiology (ACR) |
| 1995 – Present | American Society of Neuroradiology (ASNR) |
| 1999 – Present | Los Angeles Radiological Society (LARS) |
| 1999 – 2009 | Association of Program Directors in Radiology (APDR) |

2

J. Pablo Villablanca, M.D., F.A.C.R.

| 2000 – Present | Sociedad Iberolatinoamericana de Neuroradiolgia Intervencionista y Terapéutica (SILAN) |
| 2000 – Present | Association of University Radiologists (AUR) |
| 2000 – 2015 | American Society of Pediatric Neuroradiology (ASPNR) |
| 2003 – Present | Children's Oncology Group (COG) |
| 2013 – Present | International Society for Magnetic Resonance in Medicine (ISMRM) |
| 2013 – Present | International Spine Intervention Society (ISIS) |
| 2015 – Present | American College of Radiology (ACR) Fellow |

## Scientific Committee Memberships

| 1999 – 2009 | National Committee of Fellowship Directors, American College of Radiology |
| 2001 – 2009 | Program Directors Subcommittee |
| 2004 – 2007 | Member, ASNR Committee for Evidence Based Medicine |
| 2005 – Present | Founding Member, American Society of Functional Neuroradiology |
| 2009 – Present | Steering Committee, Focused Ultrasound Surgery Foundation |
| 2013 – 2014 | Co-Chair of the LASC National Institute of Neurological Disorders and Stroke Trial Network Neuroimaging Working Group |

## Scientific Reviewer

| 1999 – 2000 | The American Journal of Ophthalmology |
| 1999 – 2000 | IEEE Transaction on Medical Imaging |
| 2004 – Present | AJR American Journal of Roentgenology |
| 2004 – Present | AJNR American Journal of Neuroradiology |
| 2004 – Present | Journal of Clinical Neurology |
| 2005 – Present | Investigative Radiology |
| 2008 – Present | Journal of Neurosurgery |
| 2008 – Present | Radiology |
| 2016 – Present | International Stroke Conference of the AHA |
| 2016 – Present | International Society for Magnetic Resonance in Medicine |

## Editorial Services / Editorial Board

| 2004 – 2009 | Assistant Editor; Surgical Neurology |
| 2012 – Present | Editorial Member; SNI, Surgical Neurology International |

## Departmental Committees

| 1997 – Present | Radiology Credentials Committee |
| 1997 – 2000 | Teleradiology Committee |
| 1998 – 2003 | MR Planning Committee-New Hospital |
| 1998 – 2006 | Department of Radiological Sciences Research Committee |

J. Pablo Villablanca, M.D., F.A.C.R.

| | |
|---|---|
| 1999 – 2009 | Ad Hoc Committee to Recommend Departmental Policies for Research Scans |
| 2000 – Present | MR Affinity Committee |
| 2001 – 2005 | Clinical Cabinet to the Chairman, UCLA Department of Radiological Sciences |
| 2003 – 2015 | Practice Group Executive Committee |
| 2004 – Present | Academic Advisory Panel |
| 2007 – 2008 | Chair, Radiology Ad Hoc Committee on Performance Measures |
| 2008 – Present | Chair, Radiology Faculty Compensation Committee (FCC) |
| 2013 – Present | Member, CT & MR Contrast Committee |
| 2014 – Present | Interventional Radiology (IR) Services Committee |
| 2017 – Present | Chair, Incentive Compensation Task Force |
| 2017 – Present | Member, METRICS Task Force |
| 2017 | Ad Hoc Committee Chair, Merit Increase to Prof, Step V |
| 2017 | Ad Hoc Committee Chair, Merit Increase to Prof, Step VII |
| 2017 | Ad Hoc Committee Chair, Merit Increase to Adj Assoc Prof, Step II |
| 2018 | Ad Hoc Committee Chair, Merit Increase to Prof, Step II |
| 2018 | Ad Hoc Committee Chair, Merit Increase to Asst Clin Prof, Step II |

**David Geffen School of Medicine Committees**

| | |
|---|---|
| 1998 – 2003 | Neurosurgical ICU Planning Committee- New Hospital |
| 2010 | Radiology Chair 10-year Review Committee |
| 2015 | Neurology Chair Search Committee |
| 2015 | Personnel Action Advisory Group Committee |
| 2016 | Personnel Action Advisory Group – Chair |
| 2016 | Performance Evaluation - Academic Personnel Review Committee |
| 2016 | PhD Committee for Davis Woodworth Dissertation |
| 2018 | PhD Committee for Jessica Martinez |

**Programmatic Committees**

| | |
|---|---|
| 1998 – Present | Faculty and Member, UCLA Brain Tumor Research Program |
| 1999 – Present | Faculty and Member, UCLA Interventional MR Program |
| 1999 – Present | Faculty and Member, UCLA Stroke Center and Neurovascular Program |
| 1999 – Present | Faculty and Member, UCLA Peripheral Nerve Imaging Program |
| 2003 – Present | Faculty Member, Pituitary Surgery Program |

## HONORS AND AWARDS

| | |
|---|---|
| 1983 | University of California, Los Angeles, Psychology Honor Society |
| 1986 | President Student Leadership and Service Award |
| 1985 | Minnesota Medical Foundation Award |
| 1987 | Lange Medical Book Award |
| 1989 | Student Achievement Award |
| 1993 | Consultant of the Year Award for UCLA and Oliveview |
| 2000 | Frontiers of Science Award |
| 2000 | Marconi-AUR Academic Faculty Development Award |
| 2001 | Magna Cum Laude Award, 39th ASNR, Boston, MA |
| 2002 | Kodak-Association of University Radiologists Introduction to Management Program Award |
| 2005 | Outstanding Resident Rotation – Diagnostic Neuroradiology |
| 2009 | Marquis Who'sWho LLC/National Register Publishing |
| 2012-17 | Southern California Super Doctors Publication Listing – Diagnostic Neuroradiology |
| 2012-16 | Marquis Who'sWho in America, 66th, 67th, 68th, 69th Edition National Register Biographical Publishing Resource |
| 2012-13 | Vitals Top 10 Doctor Award |
| 2013 | Image from research on cover of *Radiology*, Vol. 269(1), Oct Issue |
| 2013 | RSNA: Certificate of Merit for the excellence of the Education Exhibit – LL-NRE4390 |
| 2015-16 | International Association of Radiologists (iAR) Top Doctor in Los Angeles, CA. |
| 2015 | Research Gate: Milestone of 4,500 Citations Reached |
| 2015-Present | Fellow, American College of Radiology (FACR) Award |

## RESEARCH GRANTS

### Research Grants (ACTIVE)

**TITLE:**  Metabolic Cerebral Imaging in Incipient Dementia *(MCI-ID)*
Agency:  Medicare
PI:  Dan Silverman, MD
Co-Investigator/Consulting Radiologist:  Villablanca JP
Cost:  N/A
Effort:  2%
Period:  06/01/06-12/31/16
Purpose: To examine the effects of cerebral metabolic information on 1) early evaluation and diagnoses by managing physicians for patients being evaluated for symptoms of early cognitive decline, and 2) long-term clinical outcomes of these patients.

J. Pablo Villablanca, M.D., F.A.C.R.

**TITLE:** NSTN National Clinical Coordinating Center
Agency: NIH/NSTM          1U01NS086872-01
Main PI: Broderick JP.
Local PI: Saver J.
Co-Investigator: Villablanca JP
Cost:      $2,472,191
Efforts:   2.5%
Period:    09/30/13-07/31/18
Purpose: This study establishes a research agreement with the R11 Univ of California Los Angeles (Los Angeles - Southern California NINDS Stroke Trial Network (LASC NSTN))  Regional Coordinating Center (RCC) Master Trial Agreement (MTA) with Univ of Cincinnati National Coordinating Center (NCC) NIH StrokeNet. This is an agreement with the RCC to be a member of the NIH StrokeNet network and outlines the roles and responsibilities. There is no funding in this agreement, it is similar to a Memorandum of Understanding. When NINDS approves protocols, either ongoing or new, a Protocol Trial Agreement will be issued to all entities that want to participate in that particular trial and have signed a MTA and RA. These agreements will have the funding for that trial. We plan to start working on that template after we get the Satellite agreement template approved by NINDS.

**TITLE:**  Development of a Relevant Pre-Clinical Animal Model as a Tool to Evaluate Human Stem Cell-Derived Replacement Therapies for Motor Neuron Injuries and Degenerative Diseases
Agency:  California Institute for Regenerative Medicine (CIRM) RT3-07616
Main PI:  Havton L.
Co-Investigator: Villablanca JP
Cost:      $367,303
Efforts:   7.25%
Period:    08/01/15-07/31/18
Purpose: Paralysis resulting from motor neuron loss after cauda equina and conus medullaris forms of spinal cord injury and from neurodegenerative conditions, such as amyotrophic lateral sclerosis (ALS) and spinal muscular atrophy (SMA), are devastating and affects thousands of patients and their families in California (CA). These conditions also create a significant financial burden on the state of CA. No effective treatments are available for these underserved patients. Development of a clinically relevant research tool is proposed to evaluate emerging stem cell-based motor neuron replacement therapies in translational studies. No such models are presently available to the global research community. As a result, the proposed research tool, which will remain based in CA, may attract interest across the United States and abroad, potentially being able to tap into a global translational research market of stem cell-based therapies and contribute to a positive revenue flow to CA.

Future benefits to people in CA include: 1) Development and translation of a new CA-based research tool to facilitate and expedite clinical realization of emerging stem cell-based therapies for devastating neurological conditions affecting motor neurons; 2) Reduction of health care costs and care giver

6

J. Pablo Villablanca, M.D., F.A.C.R.

costs for chronic motor neuron conditions with paralysis; 3) Potential for revenue from intellectual properties related to new cellular treatments entering clinical trials and human use.

The goal of these studies are to develop a clinically relevant non-human primate model for preclinical assessments of emerging cell-based therapies for spinal cord and nerve plexus injuries and degenerative motor neuron diseases.

**TITLE:**   STAR-Tumor Ablation Registry/Trial (Protocol#DF-15-03)
Agency:   DFINE
PI:   Villablanca
Cost:   $28,000
Effort:   7.28%
Period:   12/21/15-12/21/18
Purpose: This registry has a prospective and a retrospective component.
   *Prospective:* The STAR Prospective Registry is an observational study to gather clinical safety and outcomes in patients with painful spinal metastases in the thoracolumbar spine following targeted radiofrequency ablation (t-RFA) treatment with the STAR™ Tumor Ablation System.
   *Retrospective:* The STAR Retrospective Registry will collect existing data pertaining to patients previously treated with t-RFA using the STAR™ Tumor Ablation System.

**TITLE:**   Neurochemical and Neuroimaging Markers Associated with Neurocognitive Dysfunction in HIV
Agency:   National Institutes of Health
PI:   Michael Albert Thomas, MD
Co-Investigator/Consulting Radiologist:  Villablanca JP
Cost:   $30,000
Effort:   5%
Period:   09/01/2016-08/31/2021
Purpose: We are looking for physiologic MR biomarkers of brain dysfunction in HIV infected patients.

**TITLE:**   Neurochemical Assessment of Sleep Apnea using Accelerated MR Spectroscopic Imaging
Agency:   National Institutes of Health (NIH-NHLBI, NIH Award R56 HL131010-01A1)
PI:   Michael Albert Thomas, MD
Co-Investigator:  Villablanca JP
Cost:   $647,634
Effort:   5%
Period:   09/01/2016-08/31/2021
Purpose: Specific aims:1) Evaluate a 5D EP-JRESI NUS sequence recording MR spectra in multiple brain regions of 15 OSA subjects and 15 age/gender-matched healthy controls using a 3T Prisma MRI scanner and total variation (TV)-based CS reconstruction. 2) Record diffusion tensor imaging (DTI) to calculate mean diffusivity (MD) and fractional anisotropy (FA) as indices of

J. Pablo Villablanca, M.D., F.A.C.R.

brain injury, and 3D MP-RAGE to map white and gray matter and CSF fractions in different brain locations of 15 untreated OSA adult patients and 15 healthy subjects. 3) Correlate structural and neurochemical changes with cognition measured by the Montreal Cognitive Assessment (MoCA) and with severity indices (oxygen desaturation index and apnea-hypopnea index) in 15 OSA and 15 healthy subjects.

**TITLE:**   Validation of Intra-aneurysmal 3T 4D PC-MRI Flow Data Against DSA-CFD Computational Flow Dynamic Data Obtained from Patients with Known Cerebral Aneurysms
Agency:   UCLA Department Radiological Sciences Exploratory Research Grant
PI:   Villablanca JP
Cost:   $9,700
Effort:   10%
Period:   6/30/16- 6/30/17
Purpose:   To correlate non-invasive measures of intra-aneurysmal flow hemodynamics using 4D PC-MR in patients with asymptomatic growing aneurysms to similar data using from invasive catheter angiograms evaluated with CFD technique.

## Research Grants (SUBMITTED/PENDING)

**TITLE:**   Ischemic Stroke Model: Selective Middle Cerebral Artery Occlusion in The Rabbit
Agency:    UCLA Department Radiological Sciences Exploratory Research Grant & DLAM
PI:    Reza Jahan, MD
Co-Investigator:  Villablanca JP
Cost:    NA
Effort:    NA
Period:    NA
Purpose: A reliable animal model of cerebral artery occlusion is necessary for pre-clinical studies of ischemic stroke. Such a model may be used for evaluation of novel imaging techniques, treatment strategies or neuroprotective agents. Selective middle cerebral artery (MCA) occlusion has been described, however, these models employ particulate foreign body emboli (1,2), occlusive suture material (3), or photocoagulation, which damages the vessel wall (4). As such none of these models achieve occlusion with clot material that is amenable to thrombolysis similar to human stroke. Rabbit stroke models that utilize autologous clot embolization have been described but these achieve occlusion via injection of clot from the common carotid artery with shower of emboli producing unpredictable vascular occlusion and strokes of different volume and distribution (5). An animal model of selective intracranial vessel occlusion would ideally and reliably occlude a single vascular territory with resultant stroke that is similar in volume

J. Pablo Villablanca, M.D., F.A.C.R.

and distribution. We have described such a model (6) in white New Zealand rabbits wherein selective occlusion is achieved by slow infusion of thrombin into the MCA. However, this model also has disadvantages. The slow delivery of thrombin results in more complete occlusion of MCA branches distal to the infusion. This is unlike human ischemic stroke where short segmental occlusion of the MCA is seen which allows some degree of collateral flow from the anterior cerebral artery (ACA) or the posterior cerebral artery (PCA). Furthermore, this model was developed in the white New Zealand rabbits (6). These are small animals not allowing selective catheterization of MCA with large catheters that one can utilize to inject clot. More recently we have evaluated a larger species of rabbits, the French Lop. Our preliminary work in these rabbits has been successful. We are able to selectively catheterize the MCA with a large catheter and inject clot via the catheter. We therefore intend to develop our model in the larger French Lop rabbits.

**TITLE:**  Gene Therapy Protocol
Agency:   University of Pennsylvania
PI:        Perry Shieh, MD
Co-Investigator:  Villablanca JP
Cost:      NA
Effort:     NA
Period:    NA
Purpose: We have a gene therapy protocol for SMA patients.  This would be a research study where we injection the study medication (AAV virus with the SMN gene) into the cisterna magna of 3 adult patients with mild SMA (still ambulatory). The study is sponsored by the University of Pennsylvania.

I have the patients, but I need a radiologist to perform this procedure.  For some reason, the sponsor suggested I work with Aaron Bress at St. Joseph's in Orange County.  That doesn't seem like a reasonable idea to me since we have expertise on site here at UCLA. Would you be interested in participating?  Because it is research, it may require (by protocol) to have you perform a training/qualifying procedure on a cadaver in Pennsylvania.

**Research Grants (COMPLETED)**

**TITLE:**  UCOP CHQI
Agency:  UCSF              #6978SC
PI:        McNitt-Gray M.
Co-Investigator: Villablanca JP.
Cost:      $68,956
Efforts:    N/A
Period:    07/01/11 – 06/30/14
Purpose: Standardization and Optimization of Computed Tomography Patient
              Radiation does across the UC Medical Centers.

9

J. Pablo Villablanca, M.D., F.A.C.R.

**TITLE:** LA NETT
Agency: NIH          1U10NS080375-01
PI:      Starkman S.
Co-Investigator: Villablanca JP.
Cost:    N/A
Efforts: N/A
Period:  8/1/2013-5/31/2014
Purpose: To improve the RAPID diagnosis and triage of patients with suspected ischemic stroke.

**TITLE:** Specialized Program of Translational Research in Acute Stroke *(SPOTRIAS)*
Agency:   NIH          #1 P50 NS044378
PI:       Saver J.
Co-Investigator:  Villablanca P
Cost:     $944,334
% Effort  8.75%
Period:   09/30/03 – 02/28/2014
Purpose: UCLA is among 4 centers nationwide participating in the NIH-funded grant to promote rapid diagnosis and effective new treatments for stroke.  Project III – "Optimizing and Accelerating Pre-hospital Care of Acute Stroke." These studies will focus on three areas including: testing a new tool for pre-hospital characterization of stroke severity called the Los Angeles Motor Scale (LAMS); improving dispatcher recognition of stroke-related 911 calls; and testing the feasibility, accuracy, and impact of paramedics' use of a new point-of-care device that rapidly assesses five promising serum markers of acute stroke.

**TITLE:** Field Administration of Stroke Therapy – Phase III Magnesium Trial *(FAST-MAG)*
Agency: NIH          # 1 U01 NS044364
PI:     Saver J.
Co-Investigator:  Villablanca JP.
Cost:   $3,351,163
Effort: 0.60 Calendar
Period: 09/30/01 – 06/30/2013
Purpose: Multi-center trial (70 hospitals, 1270 patients) to determine if administered Magnesium sulfate can provide neuroprotection in the acute stroke patient. The interval from the initial stroke attack to the arrival of paramedics on scene to the administration of MgS0$_4$ is analyzed, and staged data is compared with imaging studies to assess the effectiveness of magnesium sulfate during the initial stages of stroke.

**TITLE:** Computational Analysis of Cerebral Aneurysm Evolution *(CACAE)*
Agency: NIH          # E201347
PI:     Viñuela F
Co-Investigator: Villablanca JP, Tateshima S
Period: 09/01/07 - 11/30/12

J. Pablo Villablanca, M.D., F.A.C.R.

Cost:       $ 98,792
Effort:     2.5%
Purpose: The overall objective of this project is twofold: a) to gain a better understanding of the mechanisms responsible for the progression of cerebral aneurysms, and b) to develop an integrated system for cerebral aneurysm analysis. Our working hypothesis is that the growth pattern of cerebral aneurysms is determined by the distribution of focal wall damage related to exposure to concentrated hemodynamic wall shear stress and the mitigating effect of bone-aneurysm contact.


**TITLE:**      Innovations in Biomedical Computational Science and Technology
Agency:  NIH                    # R01   PAR-06-410
PI:           Viñuela F
Co-Investigator:  Villablanca JP, Tateshima S
Cost:       $ 2.1 million
Effort:     0.6 Calendar Months
Period:    12/01/2007 to 11/30/2012
Purpose: NIH is interested in promoting research and developments in computational science and technology that will support rapid progress in areas of scientific opportunity in biomedical research. As defined here, biomedical computing or biomedical information science and technology includes database design, graphical interfaces, querying approaches, data retrieval, data visualization and manipulation, data integration through the development of integrated analytical tools, and tools for electronic collaboration, as well as computational and mathematical research including the development of structural, functional, integrative, and analytical models and simulations.


**TITLE:**      Interventional Management of Stroke – III *(IMS-III)*
Agency:  NIH – NINDS             # U 01- NS052220
PI:           Starkman S.
Co-Investigator:  Villablanca P
Cost:       N/A
Effort:     5%
Period:    02/2008 – 04/2012
Purpose: Phase III, randomized, multi-center, open label, 900 subject clinical trial that will examine whether a combined intravenous (IV) and intra-arterial (IA) approach to recanalization is superior to standard IV rt-PA (Activase®) alone when initiated within three hours of acute ischemic stroke onset.


**TITLE**:  Women's Health Initiative Memory Study (*WHIMS/MRI2*)
Agency:  National Heart, Lung, and Blood Institute (NHLBI)
PI:           Dr. Nathan, Wake Forrest
Co-Investigator:  J. Pablo Villablanca, MD
Cost:       Utilizing a NIH salary cap of $199,700 for 8 months
Effort:     5%
Period:    4/01/2010 - 12/31/2010

J. Pablo Villablanca, M.D., F.A.C.R.

Purpose: (WHIMS) is an ancillary study to the Women's Health Initiative (WHI). WHIMS was designed to determine the effects of Hormone Therapy (HT) on the development and progression of dementia symptoms in postmenopausal women.

.

**TITLE:**   Vital Images, Inc.
Agency:   20111925 – Vital Images, Inc.
PI:   Villablanca JP
Cost:   $27,412.00
Effort:   7.75%
Period:   8/23/2011 – 7/01/2013
Purpose: Study proposal for collaborative pilot research project to validate a pattern based approach for analysis of CT perfusion studies in stroke patients.

**TITLE**:   Toward Individually-Tailored Medicine Probabilistic Models of Cerebral Aneurysms
Agency:   NIH / NIBIB            # 2 R01 EB000362-19A1
PI:    Bui, Alex, PhD
Co-Investigator: Viñuela F; Kangarloo H; Taira R; Gonzalez N; Villablanca P
Cost:   $1,688,386
Effort:   5%
Period:   9/15/2009 - 8/31/2013
Purpose: Intracranial aneurysms (ICAs) are an increasingly common finding.  It is estimated that anywhere from 1-6% of the American population will develop this problem.  Unfortunately, while our ability to detect ICAs has grown, our understanding of this disease is still lacking.  The objective of this project is to create a large computerized informatics infrastructure to model the genesis, progression & treatment of ICAs, using a dataset of 2,000 retrospective and prospective subjects where the statistical value of multiple variables can be simulated in "what if" scenarios using clinical presentation, imaging assessment (morphology, hemodynamics), histopathology, gene expression, treatment, and outcomes, to construct a new probabilistic model of ICAs, thus providing new insights into the disease and it's optimal treatment for any given individual.

**TITLE:**   Use of GDNF-Releasing Nanofiber Nerve Guide Conduits for the Repair on Conus Medullaris/Cauda Equina Injury in non-human Primate
Agency:  Department of Defense
PI:    Leif Havton, MD
Co-Investigator:  Villablanca JP
Cost:   $50,513 (including overhead)
Effort:   3% effort over 12 months
Period:   09/01/10 – 08/31/13
Purpose: Twenty percent of spinal cord injuries are to the lowest portion of the spinal cord.  This section extends beyond the vertebrae and is called the cauda equina because it resembles the tail of a horse. Damage to the cauda equina and the roots of the major nerves that lead away from the lower spinal cord

J. Pablo Villablanca, M.D., F.A.C.R.

may cause paralysis and numbness in the legs; bladder, bowel and sexual dysfunction; and chronic pain. Yet very little research has been devoted to injuries of this type, and no treatments are available for patients who suffer them. This research project represents an important step for the translation of new stem cell strategies for surgical nerve root repair after conus medullaris/cauda equina injury.

## CLINICAL TRIALS

1. **Villablanca JP,** Principal Investigator for Neuroradiology component (Central Reader). *A National Multicenter Open Label, Single Arm, Phase II Study of RMP-7 and Carboplatin, Administered Intra-Arterially for the Treatment of Recurrent Malignant Glioma* (**Alkermes Reference Number: ALK 01-031**). 1996-1998.

2. **Villablanca JP,** Principal Investigator for Neuroradiology component (Central Reader). *A Multinational Phase III Study of Neoadjuvant Intravenous Cereport and Carboplatin in the Treatment of Newly Diagnosed Glioblastoma Multiforme* (**Alkermes Reference Number: ALK 01-040**). 1998-1999.

3. Cloughesy TF, Project Principal Investigator. **Villablanca JP,** Principal Investigator for Neuroradiology component (Central Reader). *Protocol TNT 9802, Phase 2 Open Label, Non-Randomized, Multi-center Study of Interstitial Iodine 131 ch-TNT-1/B for the Treatment of Newly Diagnosed or Recurrent Malignant Glioma.* 1999-2000.

4. Starkman S, Project Principal Investigator, **Villablanca JP**, UCLA Neuroimaging Director. *Praxair Multi-center Phase III Protocol in Patients with Acute Stroke using Xenon CBF.* 1999-2000.

5. Saver JL and **Villablanca JP** (UCLA Neuroimaging Director), Co-Investigators. *Stroke Outcomes and Neuroimaging of Intracranial Atherosclerosis (SONIA), a Multi-center Study.* 1999-2001.

6. **Villablanca JP**, Neuroimaging Principal Investigator, Saver J, Co-Investigators. *Computed Tomographic Angiography of Carotid Artery Atherosclerosis: A Systematic, Prospective, Comparative Study.* 1999-2001.

7. **Villablanca JP,** Central Reader. Microtherapeutics, Inc., *Retrospective quantitative analysis of cerebral arteriovenous malformations treated with Embolyx E. A Multicenter study.* 2000.

8. Starkman S, Saver J, Kidwell C, **Villablanca JP** (UCLA Neuroimaging PI). *Multi-center, Phase II, randomized, double-blind, placebo-controlled, dose-escalation study to evaluate the safety and preliminary efficacy of activated recombinant factor VII (NovoSeven) for preventing early hematoma growth in acute intracerebral hemorrhage (ICH).* Trial ID: F71CH-2073, 2001-2004.

J. Pablo Villablanca, M.D., F.A.C.R.

9.  Powers WJ, Grubb RL, Woolson RF, Clarke WR, Adams HP, Starkman S, Saver J, **Villablanca JP** (Neuroimaging Investigator- UCLA). *Multi-center, randomized, non-blinded, controlled trial or Carotid Occlusion Surgery Study (COSS).* 2001-2004.

10. Starkman S (UCLA PI) for the MERCI Clinical Investigation (Mechanical Embolus Removal in Cerebral Ischemia) Trial. **Villablanca JP** (Neuroimaging Investigator-UCLA*). A multicenter trial to determine if the Concentric MERCI Retriever device (IDE GO10059) poses any additional patient risks as compared to other cather-based neurointerventional procedures.* 2002-2007.

11. Bergsneider M (UCLA PI) for the *Precise Trial, a phase III randomized evaluation of convection enhanced delivery of IL13-PE38QQR compared to Gliadel wafer with survival endpoint in glioblastoma multiforme patients at first recurrence.* **Villablanca JP** (Neuroimaging Investigator, UCLA).2004-2007.

12. *DIAS-2 Desmoteplase (INN) in Acute Ischemic Stroke: Phase III. A prospective, randomized, double-blind, placebo controlled, single bolus, multinational, multicenter, parallel group, dose ranging study of desmoteplase (INN) in the indication of acute stroke.* Site Principal Investigator: **Villablanca JP**. 2005-2007.

13. Novartis 050210 Novartis_AEE788A2103_MRSite UCLA. *Dynamic contrast enhanced (DCE) and Diffusion Weighted Imaging (DWI) MRI in the brain for patients with malignant brain tumors. Site Imaging Principal Investigator:* **Villablanca JP**. 2005-present.

14. Starkman, S. (UCLA PI) for the SENTIS Stroke Trial. *Study to use balloon in the descending aorta in patients with cerebral vasospasm, with goal of increasing blood to the brain. CoAxia.* **Villablanca JP**, Co-Investigator. 2005-present.

15. **Villablanca JP**, Duckwiler G, Jahan R, Tateshima S, Hoffman C, Loh C. for the *Vertos MILD Preliminary Patient Evaluation Study* (Vertos Medical, Inc., # D-121407) November 2008 – November 2009.

16. **Villablanca JP**, et.al. *A Multicenter Observational Study to Evaluate the Safety of MultiHance and Two Other Commonly Used Gadolinium-Based Contrast Agents (GBCAs).* Bracco Inc., Clinical Trial Protocol MH-145. July 1, 2010 – December 31, 2010 – Award Number MH-145.

17. **Villablanca JP**, Tateshima S, Duckwiler G, Jahan R, Hoffman C. *STAR-Tumor Ablation Registry/Trial.* DFine, Protocol #DF-15-03. December 21, 2015 – December 21, 2018.

## IRB APPROVALS

1.  IRB #: 10-000439
    Name: Toward Individually-tailored Medicine: Probabilistic Models of Cerebral Aneurysms
    Effective Date: 7/27/2010 – 12/8/2016

14

J. Pablo Villablanca, M.D., F.A.C.R.

2.  IRB #: 11-001391
    Name: MRI and Vulnerability to Psychosis
    Effective Date: 4/22/2011 - Present

3.  IRB #: 11-001690
    Name: Development of magnetic resonance imaging (MRI) methodology for
    cardiovascular diagnosis at High Magnetic Field Strength
    Effective Date: 6/2/2011 - Present

4.  IRB #: 11-002490
    Name: Use of MRI for Diagnosis of Diseases of Heart and Blood Vessels
    Effective Date: 8/5/2011 - Present

5.  IRB #: 11-003395
    Name: Human Vascularized Composite Tissue Allotransplantation of the Face: a
    pilot phase 1 study
    Effective Date: 1/6/2012 - Present

6.  IRB #: 12-001815
    Name: Lamina Thickness Variation
    Effective Date: 1/8/2013 – Present (currently expired)

7.  IRB #: 11-000884
    Name: Evaluation of brain aneurysms using CT angiography with comparison to
    MR catheter angiography.
    Effective Date: 4/29/2013 – 4/30/2018

8.  IRB #: 13-000802
    Name: Smartphone System for Management of Acute Stroke
    Effective Date: 7/31/2013 – 4/4/2017

9.  IRB #: 13-001374
    Name: Development of an Imaging Ordering Guide for UCLA House Staff
    Effective Date: 11/29/2013 - Present

10. IRB #: 14-001262
    Name: Validation of Advanced MRI in Brain Tumors Treated with Bevacizumab
    Effective Date: 10/20/2014 – Present

11. IRB #: 14-001261
    Name: Surgical Validation of Advanced MRI Techniques in Suspected Brain
    Tumors
    Effective Date: 10/20/2014 - Present

12. IRB #: 14-001743
    Name: Advanced Clinical Applications for MRI
    Effective Date: 4/3/2015 – Present

J. Pablo Villablanca, M.D., F.A.C.R.

13. IRB #: 15-000530
    Name: Syringomyelia and Hydromyelia
    Effective Date: 4/21/2015 - Present

14. IRB #: 15-000615
    Name: Validation of Advanced MRI in Brain Tumors Treated with
    Immunotherapies or Bevacizumab
    Effective Date: 6/3/2015 - Present

15. IRB #: 15-001220
    Name: STAR™ Tumor Ablation Registry
    Effective Date: 8/12/2015 – 6/13/2017

16. IRB #: 15-001261
    Name: Temporal Fossa in Different Ethnicities
    Effective Date: 8/17/2015 - Present

17. IRB #: 16-000657
    Name: Potential Serum Biomarkers for Cerebral Aneurysm Growth and Rupture
    Risk
    Effective Date: 6/13/2016 - Present

18. IRB #: 16-001238
    Name: Novel naming method for lumbosacral nerves in patients with transitional
    anatomy
    Effective Date: 8/4/2016 – Present

19. IRB #: 16-001413
    Name: Brain Chemical Changes in Sleep Apnea
    Effective Date: 10/19/2016 – Present

20. IRB #: 16-001867
    Name: Integrating Clinical Aneurysm Quantitative Analysis with Aneurysm
    Genetic Risk Factors
    Effective Date: 2/3/2017 – Present

21. IRB #: 16-001611
    Name: MRI Imaging of the Neck and Brain in Headache Patients
    Effective Date: 1/18/2017 – Present

22. PRE #: 16-003141
    Name: Relationship of Targeted Pain Injections to Narcotic Analgesic Use Levels
    Effective Date: Pre-submission

23. PRE #: 13-002619
    Name: MRI Imaging in Headache
    Effective Date: Pre-submission

J. Pablo Villablanca, M.D., F.A.C.R.

**TEACHING**

| Student Research Mentorships/Preceptorships | Date/Quarter |
|---|---|
| 1. Sylvester Lim | 01S – 02W |
| 2. Lilly Wang | 01S – 02S |
| 3. Adina Achiriloaie | 01F – 02F |
| 4. Sonia Dahliwal | 02S – 03S |
| 5. Fernando Rodriguez | 03S – 04W |
| 6. Wesley Gifford Neuroscience 199 | 03F – 04S |
| 7. Arik Zev Lainer Course RA 600 | 7/7/03 – 8/1/03 |
| 8. Alpana Saini Research Elective 602991072 | 04W |
| 9. Carrie Marder, 3rd Yr. Longitudinal Preceptorship | 04W – 05S |
| 10. Tyler Stockman Radiology Elective | 04S |
| 11. Peter Pham, 3rd Yr. Longitudinal Preceptorship | 2/05 – 6/05 |
| 12. Michelle Omura, 3rd Yr. Research Elective 199 | 11/21/05 – 2/23/05 |
| 13. Jeanne Chung, 3rd Yr. Longitudinal Preceptorship | 1/26/06 – 5/25/06 |
| 14. William Lorentz, 3rd Yr. Longitudinal Preceptorship | 9/12/06 – 12/5/06 |
| 15. Sonia Lohiya, 3rd Yr. Longitudinal Preceptorship | 1/30/07 – 5/22/07 |
| 16. Jeanne Chung, 3rd Yr. Research Elective | 5/06 – 6/30/07 |
| 17. Stanley Perecko, 3rd Yr. Longitudinal Preceptorship | 8/21/07 – 12/18/07 |
| 18. Tuan Nguyen, 3rd Yr. Longitudinal Preceptorship | 8/21/07 – 12/18/07 |
| 19. Jeanne Chung, 4th Yr. Research Elective | 8/21/07 – 12/18/08 |
| 20. Tarya Zaw, 3rd Yr.  Research Elective | 4/08 – 9/08 |
| 21. Alpana Saini, Clinical Shadowing Elective, Touro Univ. | 4/09 – 7/09 |
| 22. Allen Ardestani, 3rd Yr. Longitudinal Preceptorship | 1/10 – 05/10 |
| 23. Kambiz Nael, Research Mentor | 7/1/11 – 6/30/12 |
| 24. David Rodrigues, Research Elective/Observership | 5/30/12 – 11/12/12 |
| 25. Bryan Yoo, Research Mentor | 7/1/12 – 6/30/13 |
| 26. Jonathan Park, Research Mentor | 7/1/13 – 6/30/14 |
| 27. Xiaosheng Liu, Research Elective/Observership | 5/28/13 – 4/30/14 |
| 28. Michael Kim, Clinical Shadowing Elective | 8/1/14 – 10/1/14 |
| 29. Anne Tang, Clinical Shadowing Elective | 1/10/15 – 8/15/15 |
| 30. Warren Chang, Research Mentor | 2016 - Present |
| 31. Yoo Sung Kim, Clinical Shadowing Elective | 1/10/16 – 6/1/16 |
| 32. Tyson Haddack, PGY5 Research Elective/Observership | 9/15/16 – 10/18/16 |
| 33. Roy Bryan, Research Mentor | 7/1/16 – 06/30/2017 |
| 34. Anne Tang, Summer Research Medical Student Elective | 6/21/17 – 7/31/17 |
| 35. Kevin Leu PhD Student, Clinical Shadowing | 2/28/2017 |
| 36. Pitchamol Vilaisaktipakorn MD, Research Mentor | 07/2017 – 08/2017 |

J. Pablo Villablanca, M.D., F.A.C.R.

| | |
|---|---|
| 37. Yannan Yu Med Student, Research Mentor | 11/2017 – Present |
| 38. Garth Brandal, Research Mentor | 12/2017 – Present |
| 39. Carissa White, Resident Clinical Shadowing | 2/2018 |

**Recurring Teaching Activities**

1. Neuroradiology Fellow and Radiology Resident Viewbox Readout and Teaching Sessions, 2 times/day, 1996 – Present; Room 1617 at RRUMC.

2. Viewbox Teaching Conferences, every 4th Saturday and Sundays 7AM-2PM, 1996 – Present; Room 1621C at RRUMC.

3. Neuroradiology Fellows Journal Club, Monthly Meeting, 9-10 meetings/year; July 1996 – Present.

4. Neuroradiology Fellow Interesting Case Conference; Weekly Meeting, 1996-Present.

5. Head & Neck/Radiology Conference, UCLA Neuroradiology Reading Room, Bi-weekly meeting; July 1996 – 2006.

6. Head and Neck Tumor Board, Interdepartmental Weekly Conference, July 1996-2003. July 2008-June 2011 – Bi-weekly.  Medical Plaza 200 Bldg, Suite 550, Los Angeles, CA 90095.

7. Neuroradiology Fellow Noon Conferences, UCLA Ronald Reagan Suite 1621C. Weekly, 1996 – 2006; Monthly 2006 – Present.

8. Radiology Residents Annual Neuroradiology Oral Board Review, 1-2 reviews/year, 1999-Present.

9. Multi-disciplinary Stroke Conference (Neurology, Neuroradiology, ER), "Clinical Case Reviews," monthly meeting on Friday mornings, 7:30-8:30AM, Room #6238, RRMC, November 2004 – 2014.

10. Annual Cadaver Workshop: Fluoroscopically guided neuroradiologic procedures of the spine for Neuroradiology Fellowship training. Resident training & 1st-4th yr Med students. Lecture, demonstration, and hands-on practicum for invasive, fine needle procedures of the spine including biopsies, myelograms & epidurals. 1, 4-6 hour session/year, 2005-2014.

11. First-year Resident Call Lecture, 1 lecture/year, 2006 – Present.

12. MRI Safety Lecture, ICU nurses and staff, radiology & neurosurgery residents, fellows. 3-6 lectures/year, 2006-Present.

13. Radiology Resident Neuroradiology Orientation Lecture, 1 lecture/year, 2006-Present.

14. Radiology Resident Noon Conference, UCLA Ronald Reagan Suite 1621C, 3-5 lectures/year; 2008 – Present.

## Intramural Teaching

1. *Neuroradiology for the Nuclear Radiologist.* UCLA Radiation Oncology Resident Conference, Nuclear Medicine Clinic, 200 Medical Plaza, August 21, 1996.

2. *Normal and Abnormal Cerebrovascular Anatomy, UCLA* Neurology Resident Conference, Reed Neurology Conference Hall, January 17, 1997.

3. *Neuroradiology for the Family Practitioner*, UCLA Family Medicine Resident Conference, Family Medicine Clinic, 200 Medical Plaza, February 20, 1997.

4. *Neuroimaging of Skull Base Pathology,* UCLA Neurosurgery Residents, NPI Auditorium, February 20, 1997.

5. *Head and Neck Radiology for the Generalist,* UCLA Medical Students; Bauer Auditorium, March 26, 1997.

6. *Head and Neck Radiology for the Generalist,* UCLA Medical Students, Bauer Auditorium, October 21, 1997.

7. *Imaging in Acute Stroke,* Radiology Faculty Research Dinner, UCLA Faculty Center, California Room, May 12, 1998.

8. *Spinal Trauma CT*, UCLA Emergency Room; December 8, 1998.

9. *Spinal Trauma CT*, UCLA Emergency Room; December 10, 1998.

10. *CT Scans*, UCLA ER Residents, January 13, 1999.

11. *Head and Neck Radiology Neuroimaging Algorithm.* UCLA Head and Neck Clinic Conference Room, July 16, 1999.

12. *3D Visualization of Volumetric CT and MR Neuroimaging Data.* Brain Mapping Institute Monthly Conference, UCLA Brain Mapping Center Conference Room, September 29, 1999.

13. *Spinal Trauma CT.* UCLA Radiology Residents, December 7-8, 1999.

14. Family Medicine Seminar. UCLA Medical Center. *Neuroimaging for the New Millennium – Recent advances in CT and MR.* 200 Medical Plaza. February 14, 2001.

15. *MR Appearance of hemorrhage.* UCLA Neurosurgery Residents and Faculty. CHS 73-105, July 21, 2001

J. Pablo Villablanca, M.D., F.A.C.R.

16. Neuroradiology Special Conference. *Volume Rendered Helical CT   Angiography.* UCLA Medical Center, CHS. July 22, 2001.

17. Neuroradiology Special Conference. *Magnetic Resonance Spectroscopy.* UCLA Medical Center, CHS - August 16, 2001.

18. Neuroradiology Special Conference. *Computed Tomography Spectroscopy.* UCLA Medical Center, CHS, September 23, 2001.

19. Emergency Medicine and Neuroradiology- *From basics to Advanced. Part I.* UCLA Emergency Medicine Department, October 15, 2001.

20. Emergency Medicine and Neuroradiology: *From basics to Advanced. Part II.* UCLA Emergency Medicine Department, January 15, 2002.

21. Neuroradiology for the Neurologist- *A case based approach.* CHS, C-240, Reed Neurology, February 6, 2002.

22. *Neuroradiology and the Family Medicine Practitioner.*  200 Medical Plaza at UCLA, Suite 220, March 6, 2002.

23. Emergency Medicine and Neuroradiology- *From basics to Advanced. Part III.* UCLA Emergency Medicine Department, March 12, 2002.

24. *Neuroanatomy for the Radiation Oncologist. Part I: Cerebrum, Ventricles and Cisterns*, CHS, Room B2-55, March 13, 2002.

25. Emergency Medicine and Neuroradiology: *From basics to Advanced.  Part IV .* UCLA Emergency Medicine Department, May 14, 2002.

26. Family Medicine Lecture.  *Selection of the Proper Imaging Modality and Protocol for Neuroradiology Studies: A case-based approach.* UCLA-Santa Monica Hospital, November 15, 2004.

27. K30 Lecture. *CT Angiography – Clinical Applications.* Gonda Building: 1st Floor Conference Room, Suite 1357 at UCLA, January 28, 2005.

28. ER Radiology Lectures to the 1st- year residents, *CT imaging of Spinal Trauma*, Dowdy Classroom, Nov. 2, 2005.

29. ER Radiology Lectures to the 1st- year residents, *MR imaging of Spinal Trauma*, Dowdy Classroom, Nov. 18, 2005.

30. 4th Year Medical Student Lecture, October 17, 2005**.**

31. 4th Year Medical Student Lecture, January 30, 2006.

J. Pablo Villablanca, M.D., F.A.C.R.

32. *Multimodal MR of Stroke*. Radiology Resident Conference. Dowdy Classroom, CHS; January 10, 2006.

33. *Multimodal CT of stroke*. Radiology Residents Conference.  Dowdy Classroom, CHS; January 12, 2006.

34. 4th Year Medical Student Conference. *CT and MR Imaging of Common CNS Pathologies*. Dowdy Classroom, CHS. January 30, 2006.

35. *Pediatric Brain Tumors*. Radiology Resident Conference. Dowdy Classroom, CHS February 2, 2006.

36. *CT and MR Imaging of Spine Trauma*. Radiology Resident Conference.  Dowdy Classroom, CHS, March 9, 2006.

37. *MR and CT of hemorrhage*. Neurosurgery Resident Lecture Series. Stern Conference Room, CHS, March 23, 2006.

38. *CT and MR imaging of central nervous system infections*. Radiology Resident Conference; Dowdy Classroom. April 6, 2006.

39. Resident Neuro Conference, Thursday mornings 7:30am, *Stroke*, January 12, 2006.

40. Resident Neuro Conference, Thursday mornings 7:30am, *Pediatric Brain Tumo*r, February 2, 2006.

41. Resident Neuro Conference, Thursday mornings 7:30am, *Spine Trauma*, March 9, 2006.

42. Resident Neuro Conference, Thursday mornings 7:30am, *CNS Infections*, April 6, 2006.

43. *Lymphoma* Conference, Interesting Case Review, Bauer Auditorium,   October 11, 2006.

44. Third Annual Pituitary Conference, *Pituitary and Parasellar Imaging*, Four Seasons Hotel, Saturday, January 27, 2007.

45. *Cervical spine trauma* lecture. 1st year Radiology residents. Dowdy Classroom, CHS; October 1, 2007.

46. PICU – ICU MRI Safety (Radiology Library, # BL-420, CHS) Audience: PICU and ICU nurses and staff; April 23, 2008.

47. 3rd Year Clerkship Lecture Psychiatry/Neurology Students*, "Imaging Neuro Anatomy and Neuro Disorders"* Room 23-105 CHS, May 12, 2008, 4:00-5:00pm.

J. Pablo Villablanca, M.D., F.A.C.R.

48. 4th Year Medical Student Lecture, Dowdy, CHS (Advanced Elective in Radiology, RA 250.08), September 3, 2008, 1:30-2:30pm.

49. *Multimodal MR of Stroke*. Radiology Resident Noon Conference Dowdy Classroom, CHS, September 24, 2008.

50. K30 Lecture. *Brain Imaging with Multi Modal CT*. (Module 4, Lecture 5, Brain Mapping Institute) Gonda Building: 1st Floor Conference Room 1357, ULCA. January 12, 2009.

51. 4th Year Medical Student Lecture. CT and MR Imaging of common CNS pathologies. Dowdy Classroom, CHS. 1:30 – 2:30pm, February 3, 2009, (Advanced Elective in Radiology, RA 250.01).

52. 4th Year Medical Student Lecture, *Spine Disorders,* Dowdy Classroom, CHS, (Advanced Elective in Radiology, RA 250.08), 1:30-2:30pm; February 24, 2009.

53. 3rd Year Clerkship Lecture Psychiatry/Neurology Students, CT and MR Imaging Neuro Anatomy and Neuro Disorders, Room 23-105 CHS; 4-5pm, March 2, 2009.

54. CT Tech Review Session: Neuro Protocols, Reagan and Med Plaza CT Tech staff, Room # 1621c (1st Floor Conf Room, RRMC) April 28, 2009, 7:30-8:30 am.

55. School of Public Health. *Impact of new technologies on Health Services.* Room 23-105, CHS, (Course ID # HS 288), May 5, 2009.

56. ER Radiology Lectures to the 1st - year residents, Stroke, Dowdy Classroom; May 8, 2009, 4-5pm.

57. ER Radiology Lectures to the 1st - year residents, Stroke, Dowdy Classroom, June 15, 2009.

58. CT Tech Review Session: Neuro Protocols, Santa Monica –UCLA Medical Center, June 16, 2009; 7:30-8:30am.

59. ER Radiology Lectures to the 1st- year residents, CT & MR imaging of Spinal Trauma, Dowdy Classroom; June 17, 2009.

60. 4th Year Medical Student Lecture. *Head & Neck Imaging & Pathology*. Dowdy Classroom CHS (Advanced Elective in Radiology, RA 250.01), August 25, 2009, 1:30-2:30pm.

61. Resident Neuro Lecture, *Spine Trauma*, Tampkin Auditorium, RRMC; Thursday, September 3, 2009; 3:15-4:00 pm.

62. 4th Year Medical Student *Case Review*. October 6, 2009. 1:30-2:30, Dowdy Classroom, Room #B2-161, CHS.

J. Pablo Villablanca, M.D., F.A.C.R.

63. *Longitudinal Aneurysm Study*, Lecture to Interventional Neuroradiology group," 2nd Floor IR Conference Room 2127, RRUMC; Monday, October 26, 2009; 8:00-9:00am.

64. 3rd Year Medical Student, *Neuroradiology of Brain and Spine*, Room 23 CHS Monday; October 26, 2009; 4:00-5:00pm.

65. K30 Track II Program - Module 4 Lecture; *Brain Imaging: Multi Modal Computed Tomography*, Gonda Building: 1st Floor, Conference Room #1357; Monday, January 11, 2010, 9-10:30am.

66. Lecture Biomed Physics Human Disease Course, *CTA for Neurovascular Disease*, Biomedical Physics Classroom – 1V-365 CHS; Thursday, January 14, 2010. 1:30-3:00pm.

67. Interventional Neuroradiology Conference: *Longitudinal Aneurysm Research*, The Natural History of Asymptomatic Unruptured Cerebral Aneurysms, Evaluated Using Helical Computed Tomography Angiography – Growth and Rupture Incidence and Correlation to Epidemiologic Risk Factors" 2nd Floor IR, Conference Room #2127, RRMC – Monday, February 1, 2010 at 7:30am.

68. Neuro-Oncology *Case Conference*, Radiation Oncology Conference Room # 206, Med Plaza 200 Building; June 7, 2010.

69. Resident Neuro Lecture: *Spine Trauma* – Tamkin Auditorium, RRMC; Thursday, September 2, 2010; 4-5PM.

70. Brain Mapping, Module 4 Lecture – *Brain Imaging: Multi Modal Computed Tomography* – Monday, January 10, 2011; 9-10:30AM, Gonda Building, 1st Floor; Conference Room #1357.

71. 3rd Year *Clerkship* Lecture - CHS Room, 33-105; Monday, February 28, 2011.

72. Resident Neuro Lecture: *Cerebral White Matter Disease* – Tamkin Auditorium, RRMC B-130; Thursday, September 29, 2011; 4-5pm.

73. UCLA Public Health Class. *The Role & Impact of Technology on Health Services in the U.S.* CHS Room 51-279. Wednesday, May 9, 2012; 3:00pm – 5:45pm.

74. UCLA Health 50-Plus Seminar: *Back Pain – Causes and Treatments*, 947 Tiverton Ave, Westwood CA; Monday, August 6, 2012; 11:00am-12:30pm.

75. 3rd Year *Clerkship* Lecture - CHS; Monday, October 29, 2012.

76. School of Public Health. *Impact of new technologies on Health Services.* Room 51-279, Public Health Building, (Course ID # HS 288), April 30, 2014.

77. UCLA Neurosurgery Guest Lecturer. Sellar Imaging, RRH B-124, May 7, 2014.

78. UCLA Neurosurgery Guest Lecturer. Peripheral Nerve Imaging, RRH B-124, Aug 13, 2014.

79. UCLA Neurosurgery Guest Lecturer. CT & MR of Sellar & Parasellar Imaging. RRH B-124, April 1, 2015.

80. UCLA Neurosurgery Guest Lecturer. Managing Pain by Targeted Injections. Norris, 437 Wasserman (4th Floor), Mar 30, 2016

81. UCLA CTSI Education Program with Long Beach Polytechnic High School Lecturer. Introduction to Aneurysm & Stroke Images. 300MP B Level Conf Rm, B-114, Dec 6, 2016.

**Extramural Teaching**

1. First International Diagnostic Neuroradiology Interesting Case Video Conference – David Geffen School of Medicine at UCLA/Zhejiang University, Hangzhou, China Multidisciplinary collaboration. 3 Times per year.

## LECTURES AND PRESENTATIONS

**Lectures Invited – Intramural/Regional**

1. *Recent Advances in Orbital Neuroimaging*. UCLA Jules Stein Eye Institute, Department of Ophthalmology, 100 Stein Plaza, May 4, 1996.

2. UCLA Metastatic Brain Tumor Program. *Radiologic Mimics of Brain Metastases*. UCLA Neuro-oncology Program, NPI Auditorium, Jan. 8, 1997.

3. Research Study Club of Los Angeles 66th Midwinter Clinical Conference. *Recent Advances in Head and Neck Imaging*. University City Hilton and Towers, January 31 - February 2, 1997.

4. Brain Tumor Awareness Week. *Radiologic Appearance of Intracranial Neoplasms, CT and MR Evaluation.* UCLA Neuro-oncology Program, NPI Auditorium, October 21, 1997.

5. UCLA Brain Attack! '97. *Xenon-CT, Spiral CT Angiography, Brain Imaging: CT and MR in Acute Stroke*. UCLA Stroke Neurology Program, Beverly Hilton Hotel, CA, October 25, 1997.

6. UCLA Clinical Spiral CT Update, 1997. *Neurovascular Spiral CT.* UCLA Department of Radiological Sciences, Jules Stein Eye Institute, November 15, 1997.

7. *Cerebrovascular and Carotid 3D Helical CTA: Impact on Patient Management and Medical Treatment Decisions.* UCLA Department of Radiological Sciences Research Seminar Series, Bauer Auditorium, June 26, 1998.

J. Pablo Villablanca, M.D., F.A.C.R.

8.  Neuro-Oncology Workshop. *Characterizing Human Brain Tumors: Imaging.* UCLA Neuropsychiatric Institute, October 14, 1998.

9.  UCLA Clinical Spiral CT Update, 1998. *Helical CTA in the Evaluation of Patients with Intracranial Aneurysms.* UCLA Department of Radiological Sciences, Sunset Conference Center, October 31, 1998.

10. UCLA Brain Attack '99. *The Role of Xenon CT, Perfusion CT and CT Angiography in the Management of Acute Stroke.* UCLA Stroke Neurology Program, Beverly Hilton Hotel, October 2, 1999.

11. UCLA iMRI Program, 1999. *Low field (0.2T) vs. high field (1.5T) iMR-guided surgery: The Role of the Neuroradiologist.* 63-105 CHS, November 11, 1999.

12. Neurology Grand Rounds, UCLA Medical Center. *Your Patient and Radiology: The Power of Imaging for the 21st Century.* Bower Auditorium, November 17, 1999.

13. Neurology Grand Rounds, Wadsworth VA Hospital. *Helical CT Angiography in the Evaluation of Cervicocranial Vascular Pathology – Part I.* Room 34-400, December 10, 1999.

14. MR Neurography Workshop. *MR Neurography: clinical applications and technical considerations.* Newport Medical Imaging Center, Irvine, CA, 2000.

15. Neurology Grand Rounds, Wadsworth VA Hospital. *Helical CT Angiography in the Evaluation of Cervicocranial Vascular Pathology – Part II.* Room 34-400, June 12, 2000.

16. Neurosurgery Seminars. UCLA Medical Center. *The MR appearance of intracranial hemorrhage.* Room 63-105, CHS. February 7, 2001.

17. Neurosurgery Grand Rounds, University of Southern California. *Is helical CTA replacing DSA and MRA.* February 14, 2001.

18. UCLA Brain Attack! 2001. *Acute imaging: MRI, CT and additional techniques: A radiologic perspective.* The Bevely Hilton, Beverly Hills, CA. October 13, 2001.

19. Neurosurgery Grand Rounds. *Magnetic Resonance Imaging of blood degradation products.* Stern Conference Room, CHS. November 6, 2002.

20. Component 5: *Brain Mapping for Translational Investigators – Helical CT Angiography as a Brain Mapping Technique.* Brain Mapping Institute, Room 221, January 28, 2003.

21. UCLA Brain Attack! 2004. A State-of-the-Art Symposium on Stroke Management. *Cutting Edge Techniques in Acute Stroke Imaging: Diffusion-Perfusion MR, MRA, Quantitative Perfusion CT and CTA – A Case Based Approach.* Beverly Hills Hotel, Beverly Hills, CA. May 15, 2004.

J. Pablo Villablanca, M.D., F.A.C.R.

22. Specialist in the Community Lecture Series Santa Monica-UCLA. *Current Imaging of Stroke using Multimodal CT and MR: A Case-Based Presentation with Emphasis on Clinical Impact.* Fairmont Miramar Hotel, September 22, 2004.

23. 2nd California Pituitary Conference: An Update on the Management of Pituitary Tumors and Pituitary Failure - *Pituitary and Parasellar Imaging.* The UCLA Pituitary Tumor and Neuroendocrine Program and The Harbor-UCLA Pituitary Center, Four Seasons Hotel, Beverly Hills, CA, December 4, 2004.

24. UCLA Brain Attack! 2005. A State of the Art Symposium on Stroke Management. *Cutting Edge Techniques in Acute Stroke Imaging: Diffusion-Perfusion MR, MRA, quantitative perfusion CT and CTA.* Beverly Hills Hotel. Saturday, May 14, 2005.

25. *Los Angeles Neuroradiology Club–Case Conference.* Interdepartmental conference of neuroradiologists from the Los Angeles area universities and medical centers, Various Los Angeles Hospitals. Every other month, 2006 – Present.

26. Designing the OR and ICU of the future. *Advanced 3D Visualization for Surgical Planning, and Intraoperative Imaging.* UCLA NRB Auditorium, Los Angeles, CA, Friday, April 28, 2006.

27. 3rd Annual California Pituitary Conference: An update on the Management of Pituitary Tumors and Pituitary Failure. *Pituitary and Parasellar Imaging: The Essentials.* Four Seasons Hotel, Beverly Hills, CA, January 27, 2007.

28. *The CT and MR Appearance of Hemorrhage in the Brain.* Neurosurgery Conference; Room B-124A, RRMC. August 13, 2008.

29. *MRI Safety in the 1.5T and 3.0T MR Scanners.* Lecture delivered to the Pediatric and Adult Nursing Cores. September 4, 2008, Sequoia Room. UCLA Faculty Center.

30. UCLA 8th Annual Brain Tumor Conference, UCLA Bradley International Hall, *MRI, CT, PET Diagnosis of Brain Tumors.* April 18, 2008, 4-5pm.

31. UCLA Brain Attack! 2008. *CT and MR imaging of Stroke.* Beverly Hilton Hotel, May 3, 2008.

32. 4th Annual UCLA Pituitary Conference, *Pituitary and Parasellar Imaging.* Casa Del Mar, Santa Monica, Saturday, May 10, 2008.

33. Pediatric Grand Rounds, *Imaging adult and pediatric CNS infections.* Bauer Auditorium, David Geffen School of Medicine, UCLA, October 16, 2008.

34. Department of Medicine Grand Rounds, *Impact of CT and MR imaging on diagnosis, treatment and outcome of acute stroke.* Room# B-130, RRMC, David Geffen School of Medicine, UCLA, November 5, 2008.

J. Pablo Villablanca, M.D., F.A.C.R.

35. UCLA Interventional Spine Conference. *Image-guided injections for pain relief & palliative care spine procedures.* Santa Barbara, CA, November 8, 2008, Morning lecture.

36. UCLA Interventional Spine Conference. *Spine / Pain Workshop: Kyphoplasty, Vertebroplasty, Pain Management.* Santa Barbara, CA, November 8, 2008, afternoon lecture.

37. UCLA Brain Attack! 2009. *CT and MR Imaging in Acute Stroke: When & How.* Tom Bradley Conference Center, Saturday, May 30, 2009.

38. Kaiser Neurology Symposium: *Stroke Imaging and Interventional Radiological Treatment.* Fairmont Hotel, Newport Beach, CA, June 5, 2009.

39. ER Radiology Lectures to the 1st- year residents. *Stroke.* Dowdy Classroom, June 15, 2009.

40. CT Tech Review Session. *Neuro Protocols.* Santa Monica UCLA Medical Center, June 16, 2009, 7:30-8:30am.

41. ER Radiology Lectures to the 1st- year residents. *CT & MR imaging of Spinal Trauma.* Dowdy Classroom, June 17, 2009.

42. UCLA Brain Attack! 2010. *Imaging Brain and Vessels in Stroke and Cardiac Arrest.* Beverly Hills Hotel, Hosted by UCLA Radiology, Neurology, Neurosurgery, Emergency Medicine, and the Neuro-Rehabilitation & Research Program. Saturday, May 22, 2010.

43. Neuro Rad Path Conference. *Interdepartmental Case Conference.* Pathology and Radiology faculty and fellows. Tamkin Auditorium B, 130 RRMC; Thursday, October 21, 2010; 12-1PM.

44. 3rd Annual Technology & Aging Conference, moderator. *Session 8: Advances in Imaging.* Skirball Center, Los Angeles, CA; Friday, October 29, 2010, 2-3pm.

45. 7th Annual Stem Cell Symposium. *Stem Cells: Basic Biology to Translational Medicine.* DeNeve Auditorium Conference #711024, Friday, February 18, 2011; 9am - 4:45pm.

46. UCLA Brain Attack! 2011. *Imaging Appropriate for Stroke Prevention.* Beverly Hills Hilton Hotel, Saturday, May 21, 2011, 8am.

47. 64th Annual Midwinter Radiology and Radiation Oncology Conference. *Oncologic Imaging of the CNS and Skull Base: CT and MR Image Interpretation and Clinical Case Examples: Pearls and Common Pitfalls, Co-presented with Dr. Steve P. Lee;* Pasadena Convention Center, Saturday, January 21, 2012, 12:15pm-1:45pm. *CME credits 2.25 hours*

J. Pablo Villablanca, M.D., F.A.C.R.

48. 8th Annual Stem Cell Symposium. *Stem Cells and Cancer: Shared Paths*, *Different Destinations*. UCLA Campus, DeNeve Auditorium and Plaza. Friday, February 10, 2012; 9am – 4:45pm.

49. Vital Images User Meeting. *Key Tools for Stroke Analysis*. Manhattan Beach Marriott. Thursday, April 26th, 2012; 2:15pm-3:15pm.

50. UCLA Neural Interfaces for Therapeutic Interventions. *Imaging and Mapping: the techniques: Peripheral Nerve Imaging and Mapping*. Los Angeles, CA, May 18, 2012; 2:40pm-3:05pm.

51. UCLA Health Physician Seminar. *Discussion on: Low back pain, New management for spine pain, Management of neck pain and headache, Arm and leg pain – causes and treatment, Coping with spinal stenosis – causes and treatment*. Vintage Westwood Horizons, 947 Tiverton Ave, Westwood, Monday, Aug 6, 2012, 11am – 12:30pm. Presentation is on Youtube: https://www.youtube.com/watch?v=X6YIkuodhMQ

52. UCLA Palliative Care Services. *New Spine Ablation Techniques*. Santa Monica Medical Center, 1st floor auditorium, Los Angeles, CA, November 19, 2012; 6:30pm–7:30pm.

53. Vital User Group Meeting. *CT vs. MR in the evaluations of aneurysms, carotid disease and stroke – How to select the optimal imaging modality*. Hyatt Regency Huntington Beach Hotel, Tuesday, April 16th, 2013; 2:15pm-3:15pm.

54. Vital User Group Meeting. *CT vs. MR in the Evaluation Stroke & TIA*. Hyatt Regency Huntington Beach Hotel, Thursday, October 9th, 2014; 11:30am-12:30pm.

55. UCLA Community Speaking Event. *Back, Hip, Arm and Leg Pain – Common Causes and Minimally Invasive Treatments*. Westside Family YMCA, 11311 La Grange Ave, West Los Angeles 90025. Monday, December 15, 2014, 2pm – 3:30pm. Presentation is on Youtube: https://www.youtube.com/watch?v=S88KcizJ4Sg

56. UCLA Summer Quarter Community Health Programs. *Back, Hip, Arm and Leg Pain*. Belmont Village, 10475 Wilshire Blvd, Los Angeles. Wednesday, August 19th 2015, 2 – 3:30 pm.

57. 1st Annual UCLA State-of-the-Art in Neuro-Oncology, Part 2-Brain and Spine Metastases: A Comprehensive, Multidisciplinary Approach. *Radiofrequency Ablation for Recurrent Disease.* UCLA Campus, NRB Auditorium, Saturday, December 12, 2015; 2:50pm.

58. UCLA Neurosurgery Transforming Care for a Changing World Meeting. *New Imaging Pearls for 2016*. Ronald Reagan UCLA Medical Center Tamkin Auditorium, Friday, January 29, 2016; 1:30pm-2:00pm.

J. Pablo Villablanca, M.D., F.A.C.R.

59. UCLA Webinar. *Treatment of Painful Spinal Metastases with Radiofrequency Energy*. Oppenheimer Tower at 10880 Wilshire Blvd., Suite 1450. Thursday, June 6, 2016, 11:30a – 12:30p. Presentation is on Youtube: https://www.youtube.com/watch?v=QsfKbaA0iTU

60. UCLA Summer Quarter Community Health Programs, *Back, Hip, Arm and Leg Pain*. Santa Monica Bay Woman's Club, 1210 4th Street, Santa Monica. Wednesday, September 14, 2016, 7 – 8:30 pm.

61. UCLA Interventional Neuroradiology Presentation on Intervention Spine Clinic, Tuesday, November 1, 2016, Suite 2144, 7:30a-8a.

62. UCLA Santa Monica Neurology Clinic Lunch & Learn, Wednesday, December 14, 2016 from 12:15p-1:30pm.

63. UCLA Cutting Edge Interventional Solutions for Everyday Problems: Primary Care Update. Santa Monica Hospital Auditorium Saturday, February 11, 2017.
   • Imaging & Management of Back Pain
   • Causes & Management of Pelvic & Vaginal Pain

64. UCLA Winter Quarter Community Health Programs, *Back, Hip, Arm and Leg Pain*. Santa Monica Family YMCA, 1332 6th Street, Santa Monica. Wednesday, March 22, 2017, 6:30 – 8:00 pm.

65. 5th Annual UCLA Review of Clinical Neurology, *Practical Cases in Neuroradiology*, NRB Auditorium on the UCLA campus, Friday, Sept 15, 2017, 11:00AM - 12:00 PM.

66. UCLA Women's Health CME Event for Breast Cancer Awareness Month, *Pelvic Pain Imaging & Minimally Invasive Management*, Santa Monica Hospital, Saturday, October 7th, 2017.

67. UCLA Spinal Cord Injury Symposium, *Advances in Imaging for Cervical Spondylotic Myelopathy – How Can We Better Assess Spinal Cord Injury?*, Red Bull Media House, Santa Monica, Saturday, March 3, 2018, 825AM – 8:45 AM.

68. UCLA-Cutting Edge Interventional Solutions for Brain and Spinal Disease: What the Primary Care Clinician Needs to Know, *Back Pain: Percutaneous Interventions in the Spine for Degenerative and Metastatic Spine Disease*, Santa Monica Hospital Auditorium, Saturday, March 10, 2018.

**Lectures Invited – National**

1. American Society of Head and Neck Radiology (ASHNR), 32nd Annual Meeting. *Back to Basics: Imaging of the Oro- and Nasopharynx*. Phoenix, AZ, April 3, 1998.

2. American Society of Neuroradiology (ASNR) Annual Meeting. *How-to Workshop: 3D Visualization of Cerebral Vasculature*. Philadelphia, PA, May 16-20, 1998.

J. Pablo Villablanca, M.D., F.A.C.R.

3.  Spiral/Helical CT 1998: National Symposium, 3rd Annual Meeting. *Clinical Neurovascular Helical CT Angiography.*  New York, NY, September 20, 1998.

4.  Radiological Society of North America (RSNA) 1998, 84th Scientific Assembly and Annual Meeting.   RSNA Computer Workshop: *Neuroradiology - Advanced 3D Imagin*g.  Chicago, IL, November 30, 1998.

5.  Vail 1999: MR & CT of the Head and Spine, Vail, CO, January 31-February 5, 1999.
    - *Problem Solving with Helical CTA:  When Cerebrovascular DSA is Not Enough.*
    - *High Resolution Helical CT Angiography in the Noninvasive Evaluation of Patients with Intracranial Aneurysms, Cerebral Ischemia and Arterial Stenosis*

6.  American Society of Neuroradiology (ASNR) / American Society of Head and Neck Radiology (ASHNR) / American Society of Pediatric Neuroradiology (ASPNR) / American Society of Interventional and Therapeutic Neuroradiology (ASITN) / American Society of Spine Radiology (ASSR) 1999 Joint Meeting. San Diego, CA, May 22-28, 1999.
    - *The Role of Imaging for Cerebral Ischemia:  CTA, Xenon, MRA, DWI.*
    - *Sinonasal Tumors*

7.  American Society of Head and Neck Radiology (ASHNR) / European Society of Head and Neck Radiology (ESHNR) Joint International Conference and Symposium. Session #1: *Back to Basics Radiology of the Head and Neck Including Normal Anatomy: Oro- and Nasopharynx.* Washington, D.C., May 4-7, 2000.

8.  New Advances in MR & CT: National Symposium – 13th Annual Meeting: Steamboat, CO, March 6-9, 2001.
    - *Is helical CTA replacing DSA and MRA?*
    - *Helical CT in the Comprehensive Evaluation of Intracranial Aneurysms*
    - *Carotid stenosis: a comparative evaluation of helical CT, DSA, MRA and US*
    - *Helical CTA in the Evaluation of Stroke*

9.  Snowmass 2002: New Advances in MR & CT, 2nd Annual Meeting. Snowmass Conference Center, Snowmass Village, CO, February 17-22, 2002.
    - *Neurovascular helical CT: A Practical Introduction to Principles*
    - *Helical CTA in the Comprehensive Evaluation of Intracranial Aneurysms*
    - *CTA and carotid stenosis: Improved detection and lesion characterization*
    - *Helical CT Angiography in the Acute Stroke Patient*

10. Society of Interventional Radiology (SIR). MRA and CTA for Interventionalists – Conference. *CTA of the Intra- and Extracranial Carotid Arteries.* The Ritz-Carlton New Orleans, LA, November 1, 2002.

J. Pablo Villablanca, M.D., F.A.C.R.

11. American Society of Neuroradiology (ASNR) 2004, 42nd Annual Meeting. *Current Imaging of Stroke.* Washington State Convention and Trade Center, Seattle, WA, June 11, 2004.

12. Los Angeles Radiological Society (LARS). 57th Annual Midwinter Radiology Conference. Sheraton Universal Hotel, Los Angeles, CA, February 26 - 27, 2005.
    - *Multimodal CT Imaging of Stroke*
    - *CT and MR Imaging of White Matter Disease*

13. Snowmass 2006: New Advances in MR & CT, 6th Annual Meeting. Snowmass Conference Center, Snowmass Village, CO, February 22–23, 2006.
    - *CT of Acute Stroke*
    - *CT and MR of White Matter Disease*
    - *Helical CTA in the Comprehensive Evaluation of Cerebral Aneurysms*

14. American Society of Interventional and Therapeutic Neuroradiology (ASITN). *CTA and MRA in the imaging of cerebral aneurysms,* San Diego, CA, May 5, 2006.

15. Spiral/Helical CT 2007: National Symposium, 12th Annual Meeting. Silvertree Hotel and Conference Center, Vail, CO, February 13-19, 2007.
    - *CT of Acute Stroke*
    - *CT and MR of White Matter Disease*
    - *Helical CTA in the Comprehensive Evaluation of cerebral aneurysms*

16. Snowmass 2008: New Advances in MR & CT, 8th Annual Meeting, *Imaging of CNS White Matter Disease.* Snowmass, CO, February 17-22, 2008.

17. International Neuro-Ophthalmology Society meeting (INOS), *MRA vs. CTA for the diagnosis of cerebrovascular disease*, Silverado Resort, Napa, CA; June 12, 2008.

18. Interventional Radiology Meeting, 2nd Annual Meeting. Santa Barbara, CA, November 8, 2008.
    - *Image guided injections for pain relief & palliative care spine procedures*
    - Spine pain workshop: *Kyphoplasty, Vertebroplasty, Pain Management*

19. Los Angeles Radiological Society (LARS) 61st Annual Midwinter Radiology Conference, *CT Imaging of Acute Stroke*, Sheraton Universal Hotel, Pasadena, CA, January 24, 2009.

20. Vail 2009: New Advances in MR & CT, Vail Plaza Hotel, Vail, CO, February 10-11, 2009.
    - *CT & MR Imaging of Acute Stroke and CTA and Carotid Stenosis*: *Improved Detection and Lesion Characterization*
    - *Imaging the Pituitary & Parasellar Pathology*; and *CT and VR of Cervical Spine Trauma*

21. Co-program chair of Vail 2010 Multislice CT Symposium, February 10-12, 2010.
    - *Multimodal CTA and Symptomatic Cerebrovascular Stenosis*

J. Pablo Villablanca, M.D., F.A.C.R.

- *CTA vs. MRA for Detection and Characterization of Cerebral Aneurysms*
- *CT and MR of Cervical Spine Trauma*
- *CT and MR of White Matter Disease*

22. Snowmass 2010: New Advances in MR & CT, 10th Annual Meeting. Snowmass Conference Center, Snowmass Village, CO, February 15, 2010.
    - *CTA in Neurological Disease with Integrated Case Review*
    - *Multimodal CT & MR Imaging of Acute Stroke with Integrated Case Review*

23. Neuroradiology in Clinical Practice 2010, Venetian Palazzo Hotel, Las Vegas, NV, September 23 -24, 2010.
    - *High Resolution Neurovascular 3T MRA Clinical Update*
    - *Stroke MR Imaging – A Case Based Approach*
    - *Contemporary Evaluation of Intracranial Aneurysms*

24. Vail 2011: New Advances in MR & CT, Vail Marriott Mountain Resort & Spa; Vail, Colorado, presented 2 lectures on February 7, 2011 and 1 lecture on February 9, 2011.
    - *MR Imaging of Stroke*
    - *Update Carotid CTA with Integrated Case Review*
    - *CT and MR of White Matter Disease*

25. American Society of Neuroradiology (ASNR) 49th Annual Meeting and NER Foundation of Symposium 2011. Washington State Convention Center, Seattle WA. *MR Imaging of Cauda Equina Injury in an experimental animal model-longitudinal model,* 10 minute oral presentation, June 6-9, 2011.

26. Western Angio and Interventional Society (WAIS) Lecture 2011. *Image Guided Disc and Pelvis Intervention.* Ritz Carlton Hotel, Lake Tahoe, CA, August 29-30, 2011.

27. Los Angeles Radiological Society (LARS) 64th Annual Midwinter Conference & Conjoint Nuclear Medicine Seminar 2012, Pasadena Convention Center, Pasadena, CA. Guest speaker on CNS Cancers Focus Session, Part I & II. January 21, 2012.
    - *Oncologic Imaging of the CNS & Skull Base: CT & MR Image Interpretation (Part I)*
    - *Clinical Case Examples: Pearls & Common Pitfalls (Part II)*

28. Snowmass 2012: New Advances in MR & CT, 12th Annual Meeting. Snowmass Conference Center, Snowmass Village, CO, February 19-24, 2012.
    - *Spine & Neurovascular Studies: Neurovascular Case Studies with Integrated Case Review*
    - *Stroke & Peripheral Vascular Imaging: Stroke MR Imaging – A Case Based Approach*
    - *CTA/MRA of Cerebral Aneurysm with Integrated Case Review*
    - *The Sella Turcica, CNS Infections: Imaging of Sella*

J. Pablo Villablanca, M.D., F.A.C.R.

29. Computed Tomography 2012: National Symposium, 17th Annual Meeting. Disney's Contemporary Resort, Lake Buena Vista, FL, October 18-21, 2012.
   - *CTA and Carotid Stenosis: Improved Detection & Lesion Characterization*
   - *Helical CTA in the Comprehensive Evaluation of Intracranial Aneurysms*
   - *Clinical Decision Making in the Stroke Patient Using CT, CTA & CT Perfusion*

30. Vail 2013: New Advances in MR & CT, Vail Marriott Mountain Resort & Spa, Vail, CO, February 10-15, 2013.
   - *MRI of Stroke*
   - *CTA of Carotids*
   - *White Matter Disease*

31. American Society of Spine Radiology (ASSR) 2013 Annual Symposium, Lecture for SAM Session: *Beyond the Canal: Radiology & Pathology of Nerve Roots and Plexi.* JW Marriott Camelback Inn in Scottsdale, AZ, February 21-24 2013.

32. American Society of Neuroradiology (ASNR) 2013 Annual Meeting, How-to Session: *Olea Medical: Advanced Diffusion & Perfusion MR in Acute Stroke and Stroke-like Syndromes*, San Diego Convention Center, San Diego, CA, May 23 2013.

33. Western Angio and Interventional Society (WAIS) 2013: A Forum for Advances in Image Guided Therapy – *Modern Stroke Imaging and Patient Selection For Interventional Therapies* – The Ritz-Carlton Laguna Niguel; Dana Point, California– August 28, 2013.

34. Western Neuroradiological Society (WNRS) 2013, 45th Annual Meeting. *CTA and CT perfusion: It's not Just for Stroke*, Hilton Waikoloa Village, Waikoloa, HI – October 16, 2013.

35. Neuroradiology in Clinical Practice 2013, 6th Annual Meeting. Bellagio Hotel, Las Vegas, NV, October 24-26, 2013.
   - *Inflammatory and Infectious Lesions of the Temporal Bone and Skull Base*
   - *CNS Infection*
   - *Imaging White Matter Disease*
   - *Carotid Stenosis: A Comparative Evaluation of CTA, DSA, MRA and US*
   - *Beyond the Canal: Imaging Anatomy and Pathology of Peripheral Nerves*

36. Radiological Society of North America (RSNA) 2013, 99th Scientific Assembly and Annual Meeting. *RSNA Refresher Course: Diagnostic Evaluation of Brain Aneurysms.* Chicago, IL, December 6, 2013.

37. Snowmass 2014: *New Advances in MR & CT*, 14th Annual Meeting. Snowmass Conference Center, Snowmass Village, CO -- February 16-21, 2014.
   - *Stroke Imaging in the Context of Recent Study Findings*
   - *CT Angiography of Intracranial Aneurysms*
   - *Adult Brain Tumor Update*

J. Pablo Villablanca, M.D., F.A.C.R.

- *CT and MRI of Central Nervous System Infections*

38. Radiological Society of North America (RSNA) 2014, 100th Scientific Assembly and Annual Meeting. *RSNA Refresher Course: Diagnostic Evaluation of Brain Aneurysms.* Chicago, IL, November 30, 2014.

39. Vail 2015: New Advances in MR & CT, Vail Marriott Mountain Resort & Spa, Vail, CO, February 8-13, 2015.
    - *Imaging Cerebral Aneurysm - with Workstation Review*
    - *Imaging of White Matter Disease*
    - *Beyond the Canal: Imaging Anatomy & Pathology of Peripheral Nerves*
    - *Cervical Spine Trauma*

40. 22nd Annual Radiology in the Desert Course by University of Michigan, Monteluccia Resort at the foot of Camelback Mountain, Scottsdale, AZ, March 2, 2015.
    - *Cerebral Aneurysm Evaluated by CTA and 3T MRA*
    - *Beyond the Canal: Imaging Anatomy & Pathology of the Peripheral Nerves*
    - *Imaging of Pituitary and Parasellar Pathology*
    - *Stroke Imaging in the Context of Recent Study Findings*

41. Snowmass 2016: *New Advances in MR & CT*, 16th Annual Meeting. Snowmass Conference Center, Snowmass Village, CO -- February 14-19, 2016.
    - *Skull Base Pathology Using CT & MR*
    - *Value Added Using Peripheral Nerve Imaging*
    - *Vascular Case Studies - with workstation review*

42. American Society of Neuroradiology (ASNR) 54th Annual Meeting & The Foundation of the ASNR Symposium 2016. Presented at the Emergency Neuroradiology Symposium: *Emergency CT in CNS Hemorrhage,* Washington DC, Sunday, May 22, 2016.

43. 4th Annual Cyrile and Stephen Kieffer Lecture in Neuroradiology and the Clinical Neurosciences at the University of Minnesota. *Basic and Advanced Imaging of Cerebral Aneurysms*. University of Minnesota, Monday, September 26, 2016.

44. University of Minnesota Resident Noon Conference, *Emergency CT in Non-Aneurysmal CNS Hemorrhage*. University of Minnesota. Monday, September 26th, 2016.

45. Neuroradiology in Clinical Practice 2016, 9th Annual Meeting. Aria Resort & Casino, Las Vegas, NV, October 7-9, 2016.
    - *Stroke Imaging in the Context of Recent Study Findings*
    - *Beyond the Canal: Imaging and Anatomy of Peripheral Nerves*
    - *SAM: CT and MRI of Central Nervous System Infections*
    - *Basic and Advanced Imaging of Traumatic Brain Injury*

46. Computed Tomography 2016: National Symposium, 18th Annual Meeting. Venetian Hotel, Las Vegas, NV, November 3-5, 2016.
    - *CT/CTA of the Carotid Arteries*
    - *Dural Sinus and Deep Vein Thrombosis - CT and MR Imaging with Imaging Pearls*
    - *CT and MR of Epilepsy in Children and Adults*
    - *CT and MRI of Central Nervous System Infections*

47. Vail 2017: New Advances in MR & CT, Vail Marriott Mountain Resort & Spa, Vail, CO, February 5-10, 2017.
    - *Imaging Cerebral Aneurysm*
    - *Stroke MR Imaging*
    - *CT and MRI of Sella and Parasella Imaging*

48. Vital Images All Employee Meeting, April 11th 2017, Role of Deep Learning in Radiological Imaging Interpretation, Minnetonka, MN.

49. 2017 Society for Brain Mapping & Therapeutics, *Latest Breakthroughs in MRI Imaging of the Spine*, Millennium Biltmore Hotel, Downtown LA, CA, April 20, 2017.

50. Neuroradiology in Clinical Practice 2017, 10th Annual Meeting. Aria Resort & Casino, Las Vegas, NV, October 26-29, 2017.
    - *Imaging Update: Cerebral Aneurysms*
    - *SAM: CT and MR of Sellar and Parasellar Imaging*
    - *Beyond The Canal: Imaging Anatomy and Pathology of Peripheral Nerves*
    - *CT and MR Imaging of Dural Sinus and Cortical Vein Thrombosis*

51. Los Angeles Radiological Society (LARS) 70th Annual Midwinter Conference & Conjoint Nuclear Medicine Seminar 2018, *Spine Intervention*, Pasadena Convention Center, Pasadena, CA. January 21, 2018

52. Snowmass 2018: *New Advances in MR & CT*, 18th Annual Meeting. Snowmass Conference Center, Snowmass Village, CO -- February 11-16, 2018.
    - *Imaging the Carotid Arteries*
    - *Skull Base Pathology Using CT & MRI*
    - *Hip and Pelvic Pain: Common Causes and Minimally Invasive Treatments*
    - *Recent Advances in Epilepsy Imaging*

53. 15th Annual World Congress of Society for Brain Mapping & Therapeutics. Millennium Biltmore Hotel, Los Angeles CA, April 15, 2018.
    - *Advanced imaging of the spine in cervical spondylotic myelopathy*
    - *Vertebral RFA and vertebroplasty in treatment of painful spinal metastatic disease*

54. Vital Images Vitrea Advanced Visualization User Meeting, September 13, 2018, Waterfront Beach Resort in Huntington, Beach, CA.
    - *CT and MR Brain Perfusion 4D with Bayesian*

J. Pablo Villablanca, M.D., F.A.C.R.

- *CTA/MRA Brain Aneurysms*

55. Neuroradiology in Clinical Practice 2018, 11th Annual Meeting. Aria Resort & Casino, Las Vegas, NV, October 11-13, 2018.
    - *Skull Base Pathology Using CT & MR*
    - *CT and MR of Sellar and Parasellar Regions*
    - *Value Added with Peripheral Nerve Imaging*
    - *CT and MRI of CNS Infections*

**Lectures Invited – International**

1. International Symposium of Interventional Neuroradiology. *Helical CT Angiography of Intracranial Aneurysms.* Mexico City, Mexico, January 27-30, 1999.

2. International Symposium of Interventional Neuroradiology. *CTA/MR/Xenon CT in Cerebral Ischemia.* Mexico City, Mexico; January 27-30, 1999.

3. World Scientific Conference of Interventional and Therapeutic Neuroradiology. *New Imaging Techniques for Neurovascular Pathology.* Algarve, Portugal, June 4-8, 1999.

4. High Care 2000 International Scientific Conference. *Is 3D-CT Replacing Angiography or MRI?* Ruhr-University, Bochum, Germany, February 25-27, 2000.

5. XV International Society of Head and Neck Radiology. *Iodine contrast media for CTA.* Kumamoto, Japan, October 12-16, 2000.

6. Sociedad Iberolatinoamericana de Neuroradiologia Intervencionista y Terapeutica (SILAN). *Three Dimensional Imaging as Applied to CT angiography, 3D-DSA and MR Angiography.* Punta del Este, Uruguay, December 13-16, 2000.

7. First Radiology and Neuroradiology Joint Meeting University of Lisboa (FML) – UCLA. Lisbon Portugal, October 2-3, 2003. *Multimodal CT and MR in the evaluation of acute stroke – Impact on Clinical Decision Making. Helical CT in the Evaluation of Neurovascular Disease. MR of Inflammatory and Neuodegenerative Disease. Fetal MRI.*

8. Innagural Symposium on Stroke Imaging. *Current Imaging of Stroke using Multimodal CT and MR.* Hospital Angeles, Pedregal. Mexico City, Mexico; April 2004.

9. Sociedad Iberolatinoamericana de Neuroradiologia Intervencionista y Terapeutica (SILAN). *Advances in Neuroradiologic Diagnosis, CTA and MRA;* Lima, Peru, September 26, 2005.

10. American Roentgen Ray Society (ARRS). *CT and MR in Noninvasive Cerebrovascular Imaging* - Vancouver, Canada; May 1, 2006.

J. Pablo Villablanca, M.D., F.A.C.R.

11. Sociedad Iberolatinoamericana de Neuroradiologia Intervencionista y Terapeutica (SILAN). *CTA and MRA in Neurovascular Pathology.* Puerto Rico, June 5-6, 2006.

12. Sociedad Iberolatinoamericana de Neuroradiologia Intervencionista y Terapeutica (SILAN). *Modern Imaging in Stroke;* Cancun, Mexico, September 9, 2008.

13. Sociedad Iberolatinoamericana de Neuroradiologia Intervencionista y Terapeutica (SILAN). *Progress in non-invasive imaging and therapeutic planning of aneurysms & cerebral malformation*; Cascias, Portugal; October 12-14, 2011.

14. Sociedad Iberolatinoamericana de Neuroradiologia Intervencionista y Terapeutica (SILAN). *Anatomía y Patología de la Base del Cráneo*; Sheraton Hotel Panama & Convention Center in Panama City, Panama, June 19, 2013.

15. American Society of Neuroradiology (ASNR) 52nd Annual Meeting & The Foundation of the ASNR Symposium 2014. Presented at General Session: *Challenges of Clinical Practice - Do We Need to Follow All Aneurysms?* Montreal, Canada, May 20, 2014.

16. Zhejiang Provincial Annual Radiology Meeting. *CT & MRI White Matter Disease;* Marriott Hotel in Hangzhou Qianjiang, Zhejiang, China, May 31,2014.

17. World Federations of Neuroradiological Societies (WFNRS) 2014 Annual Meeting and 20th Symposium Neuroradiologicum. *Exciting and challenging opportunities in ultra-high field MR.* Lutfi Kirdar Convention & Exhibition Center in Istanbul, Turkey, September 12, 2014.

J. Pablo Villablanca, M.D., F.A.C.R.

## RESEARCH PAPERS

### A. Research Papers - Peer Reviewed

1. Kim KD, Johnson JP, Masciopinto JE, Block O, Saracen MJ, **Villablanca JP.** *Universal calibration of surgical instruments for spinal stereotaxy.* **Neurosurgery** 1999 Jan; 44(1):173-177. (Dr. Villablanca participated in image analysis and quantitation, manuscript editing and review) PMID: 9894978.

2. Cloughsey TF, Black KL, Gobin YP, Farahani K, Nelson G, **Villablanca P**, Kabbinavar F, Viñuela F, Wortel CH. *Intra-arterial RMP-7 and carboplatin: A dose escalation study for recurrent malignant gliomas.* **Neurosurgery**, 1999 Feb;44(2):270-278,disc. 278-279. (Dr. Villablanca performed morphometric analysis of lesions and participated in manuscript editing). PMID: 9932880.

3. Kidwell CS, Alger JR, Di Salle F, Starkman S, **Villablanca P**, Bentson J, Saver JL. *Diffusion MRI in patients with transient ischemic attacks. Stroke*, 1999 Jun; 30:1174-1180. (Dr. Villablanca performed lesion detection and interpretation, and participated in manuscript editing and review). PMID: 10356095.

4. Jahan R, Duckwiler GR, Kidwell CS, Sayre JW, Gobin YP, **Villablanca JP**, Saver J, Starkman S, Martin N, Viñuela F. *Intraarterial thrombolysis for treatment of acute stroke: experience in 26 patients with long-term follow-up.* **AJNR Am J Neuroradiol**, 1999 Aug; 20: 1291-1299. (Dr. Villablanca participated in protocol design, image analysis and interpretation, manuscript review). PMID: 10472989.

5. Kim KD, Johnson JB, Bloch O, Masciopinto JE, Saracen MJ, **Villablanca JP**. *New software applications for interchangeable instrumentation in spinal stereotaxis.* **Stud Health Technol inform**, 1999;62:179-180. (Dr. Villablanca wrote scan protocol, supervised studies, and manuscript preparation and editing). PMID: 10538351.

6. Borges A, Fink J, **Villablanca P**, Eversole R, Lufkin R. *Midline destructive lesions of the sinonasal tract: simplified terminology based on histopathologic criteria.* AJNR Am J Neuroradiol. 2000 Feb; 21(2):331-336. (Dr. Villablanca participated in experimental design, image analysis and quantitation, manuscript editing and review). PMID: 10696019.

7. Rubino GJ, Farahani K, McGill D, Van De Weile B, **Villablanca JP**, Wang-Mathieson A. *Magnetic resonance imaging-guided neurosurgery in the magnetic fringe fields: the next step in neuronavigation.* **Neurosurgery**. 2000 Mar; 46(3):643-653. (Dr. Villablanca developed scan protocol, monitored studies and participated in manuscript preparation and editing). PMID: 10719861

8. Chow KL, Gobin YP, Cloughesy T, Sayre JW, **Villablanca JP**, Viñuela F. *Prognostic factors in recurrent glioblastoma multiforme and anaplastic astrocytoma treated with selective intra-arterial chemotherapy.* ***AJNR Am J Neuroradiol***. 2000 Mar; 21(3):471-478. (Dr. Villablanca performed lesion identification, manual tumor and edema area tracings and volume calculations, and participated in manuscript preparation and review). PMID: 10730637.

9. Moore AH, Hovda DA, Cherry SR, **Villablanca JP**, Pollack DB, Phelps ME. *Dynamic changes in cerebral glucose metabolism in conscious infant monkeys during the first year of life as measured by positron emission tomography.* ***Brain Res Dev Brain Res***. 2000 Apr 14; 120(2):141-150. (Dr. Villablanca performed infant vervet sedation, designed MR imaging protocol, performed volumetric analysis of developmental PET data, and assisted with manuscript preparation and review). PMID: 10775767.

10. **Villablanca JP**, Martin N, Jahan R, Gobin YP, Frazee J, Duckwiler G, Bentson J, Hardart M, Coiteiro D, Sayre J, Viñuela F. *Volume-rendered helical computerized tomography angiography in the detection and characterization of intracranial aneurysms.* ***J Neurosurg***. 2000 Aug; 93(2):254-264. (Dr. Villablanca participated in experimental design, image analysis and quantitation, manuscript editing and review). PMID: 10930011.

11. Gallagher KT, Shaham B, Reiff A, Tournay A, **Villablanca JP**, Curran JG, Nelson MD Jr, Bernsten B, Rawlings DJ. *Primary Angitis of the central nervous system in children: 5 cases.* ***J Rheumatol***, 2001 Mar; 28:616-623. (Dr. Villablanca performed interpretation of CT angiograms, stenosis quantitation, and participated in writing and editing the manuscript). PMID:11296969.

12. Kidwell CS, Saver JL, Mattielo J, Warach S, Liebeskind DS, Starkman S, Vespa PM, **Villablanca JP**, Martin NA, Frazee J, Alger JR. *Diffusion-perfusion MR evaluation of perihematomal injury in hyperacute intracerebral hemorrhage.* ***Neurology***, 2001 Nov; 57:1611-1617. (Dr. Villablanca performed image interpretation of MR studies, manuscript preparation and editing). PMID: 11706101.

13. *Gupta R, **Villablanca JP**, Jones NF. *Evaluation of acute nerve compression injury with Magnetic Resonance Neurography.* ***J Hand Surg Am***, 2001 Nov; 26; 1093-1099. (Dr. Villablanca participated in experimental design, image analysis and quantitation, manuscript editing and review). PMID: 11721257.

14. Kidwell CS, Saver JL, Mattiello J, Starkman S, Viñuela F, Duckwiler GR, Gobin YP, Jahan R, Vespa PM, **Villablanca JP**, Liebeskind DS, Woods RP, Alger JR. *Diffusion-perfusion MRI characterization of post-recanalization hyperperfusion in humans.* ***Neurology***, 2001 Dec; 11; 57:2015-2021. (Dr. Villablanca performed quantitative analysis of MR images, manuscript editing). PMID: 11739819.

15. Tateshima S, *Murayama Y, **Villablanca JP**, Morino T, Takahashi H, Yamaguchi T, Tanishta K, Viñuela F. *Intraaneurysmal flow dynamics study featuring an acrylic aneurysm model manufactured using a computerized tomography angiogram as a

*mold.* ***J Neurosurgery***, 2001 Dec; 95:1020-1027.  (Dr. Villablanca participated in image analysis and quantitation, manuscript editing and review). PMID: 11765817.

16. Kidwell CS, Saver JL, **Villablanca JP**, Duckwiler G, Fredieu A, Gough K, Leary MC, Starkman S, Gobin YP, Jahan R, Vespa P, Liebeskind DS, Alger JR, Viñuela F.  *Magnetic resonance imaging detection of microbleeds before thrombolysis: an emerging application.* ***Stroke***, 2002 Jan; 33:95-98. (Dr. Villablanca participated in image analysis and quantitation, manuscript editing and review). PMID: 11779895.

17. Kidwell CS, Saver JL, Carneado J, Sayre J, Starkman S, Duckwiler G, Gobin YP, Jahan R, Vespa PM, **Villablanca JP**, Liebeskind DS, Viñuela F. *Predictors of hemorrhagic transformation in patients receiving intra-arterial thrombolysis*. ***Stroke*** 2002 Mar; 33:717-724. (Dr. Villablanca performed lesion detection, quantitative analysis, manuscript editing and review). PMID: 11872894.

18. **Villablanca JP,** Jahan R, Hooshi P, Lim S, Duckwiler G, Patel A, Sayre J, Martin N, Frazee J, Bentson J, Viñuela F. *Detection and characterization of very small cerebral aneurysms by using 2D and 3D helical CT angiography.* ***AJNR, Am J Neuroradiol***. 2002 Aug; 23:1187-1198. (Dr. Villablanca participated in experimental design, image analysis and quantitation, manuscript editing and review). PMID: 12169479.

19. Alger JR, Frew AJ, Cloughesy TF, Del Vecchio W, **Villablanca JP**, Curran JG. *Novel methodology for the archiving and interactive reading of clinical magnetic resonance spectroscopic imaging.* ***Magn Reson Med.*** 2002 Sep; 48:411-418. (Dr. Villablanca contributed image analysis and design consultation and participated in manuscript preparation and review). PMID: 12210904.

20. **Villablanca JP**, Hooshi P, Martin N, Jahan R, Duckwiler G, Lim S, Frazee J, Gobin YP, Sayre J, Bentson J, Viñuela F. *Three-dimensional Helical CT Angiography in the Diagnosis, Characterization and Management of Middle Cerebral Aneurysms: Comparison with Conventional Angiography and Intraoperative Findings.* ***J Neurosurgery***. 2002 Dec; 97:1322-1332. PMID: 12507130.

21. Kidwell CS, Saver JL, Starkman S, Duckwiler G, Jahan R, Vespa P, **Villablanca JP**, Liebeskind DS, Gobin YP, Viñuela F, Alger JR. *Late secondary ischemic injury in patients receiving intraarterial thrombolysis.* ***Ann Neurol***. 2002 Dec; 52(6):698-703. (Dr. Villablanca performed image analysis and participated in manuscript writing and review). PMID: 12447922.

22. Tateshima S, Murayama Y, **Villablanca JP**, Morino T, Nomura K, Tanishita K, Viñuela F. *In Vitro Measurement of Fluid-Induced Wall Shear Stress in Unruptured Cerebral Aneurysms harboring blebs.* ***Stroke.*** 2003 Jan; 34; 187-192. (Dr. Villablanca performed image acquisition, data analysis, image processing and manuscript editing and review). PMID: 12511772.

23. Shih LC, Saver JL, Alger JR, Starkman S, Leary MC, Viñuela F, Duckwiler G, Gobin YP, Jahan R, **Villablanca JP**, Vespa PM, Kidwell CS. *Perfusion-weighted magnetic*

resonance imaging thresholds identifying core, irreversibly infracted tissue. ***Stroke.*** 2003 Jun; 34(6):1425-1430; Epub 2003 May 8. (Dr. Villablanca participated in image interpretation and data analysis). PMID: 12738899.

24. Tateshima S, Viñuela F, **Villablanca JP**, Murayama Y, Morino T, Nomura K, Tanishita K. *Three-Dimensional blood flow analysis in wide-necked internal carotid artery-ophthalmic artery aneurysm.* ***J. Neurosurg.*** 2003 Sep; 99:526-553. (Dr. Villablanca performed data acquisition, image and data analysis). PMID: 12959441.

25. Leary MC, Kidwell CS, **Villablanca JP**, Starkman S, Jahan R, Duckwiler GR, Gobin YP, Sykes S, Gough KJ, Ferguson K, Llanes JN, Masamed R, Tremwel M, Ovbiagele B, Vespa PM, Viñuela F, Saver JL. *Validation of computed tomographic middle cerebral artery "dot" sign: an angiographic correlation study.* ***Stroke.*** 2003 Nov; 34(11):2636-2640; Epub 2003 Oct. 30. (Dr. Villablanca performed image review and analysis and participated in manuscript editing and review). PMID: 14593125.

26. Ostrem JL, Saver JL, Alger JR, Starkman S, Leary MC, Duckwiler G, Jahan R, Vespa P, **Villablanca JP**, Gobin YP, Viñuela F, Kidwell CS. *Acute basilar artery occlusion: diffusion-perfusion MRI characterization of tissue salvage in patients receiving intra-arterial stroke therapies.* ***Stroke.*** 2004 Feb; 35(2): 30-34. Epub 2004 Jan 22. (Dr. Villablanca performed image analysis and manuscript review). PMID: 14739412.

27. McArthur DL, Chute DJ, **Villablanca JP**. *Moderate and severe traumatic brain injury: epidemiologic, imaging and neuropathologic perspectives.* ***Brain Pathol.*** 2004 Apr; 14(2): 185-194. (Dr. Villablanca performed data analysis and manuscript review). PMID: 15193031.

28. Tateshima S, Grinstead J, Sinha S, Nien YL, Murayama Y, **Villablanca JP**, Tanishita K, Vinuela F. *Intraaneurysmal flow visualization by using phase-contrast magnetic resonance imaging: feasibility study based on a geometrically realistic in vitro aneurysm model.* ***J Neurosurg.*** 2004 Jun; 100(6):1041-1048. (Dr. Villablanca performed image analysis and manuscript review). PMID: 15200119.

29. Kidwell CS, Chalela JA, Saver JL, Starkman S, Hill MD, Demchuk AM, Butman JA, Patronas N, Alger JR, Latour LL, Luby ML, Baird AE, Leary MC, Tremwel M, Ovbiagele B, Fredieu A, Suzuki S, **Villablanca JP**, Davis S, Dunn B, Todd JW, Ezzeddine MA, Haymore J, Lynch JK, Davis L, Warach S. *Comparison of MRI and CT for Detection of Acute Intracerebral Hemorrhage.* ***JAMA.*** 2004 Oct 29; 292:1823-1830. (Dr. Villablanca participated in acquisition of data, analysis and interpretation of data and critical revision of manuscript). PMID: 15494579.

30. Filler AG, Haynes J, Jordan SE, Prager J, **Villablanca JP**, Farahani K, McBride DQ, Tsuruda JS, Morisoli B, Batzdorf U, Johnson JP. *Sciatica of nondisc origin and piriformis syndrome: diagnosis by magnetic resonance neurography and interventional magnetic resonance imaging with outcome study of resulting treatment.* ***J Neurosurg Spine.*** 2005 Feb; 2:99-115. (Dr. Villablanca performed measurements and qualitative analysis, manuscript editing and review). PMID: 15739520.

31. Chavez GD, De Salles AA, Solberg TD, Pedroso A, Espinoza D, **Villablanca P.** *Three-dimensional fast imaging employing steady-state acquisition magnetic resonance imaging for stereotactic radiosurgery of trigeminal neuralgia.* **Neurosurgery.** 2005 Mar; 56:E628 (Dr. Villablanca participated in imaging protocol design, image analysis, manuscript editing and review). PMID: 15730595.

32. Esposito F, Becker DP, **Villablanca JP**, Kelly DF. *Endonasal transsphenoidal transclival removal of prepontine epidermoid tumors: technical note.* **Neurosurgery.** 2005 Apr; 56(2 suppl): E443. (Dr. Villablanca performed quantitative analysis of tumor burden, manuscript review and editing). PMID: 15794847.

33. *Bash S**, Villablanca JP**, Jahan R, Duckwiler G, Tillis M, Kidwell C, Saver J, Sayre J.  *Intracranial vascular stenosis and occlusive disease: Evaluation with CT Angiography, MR Angiography, and Digital Subtraction Angiography.* **AJNR Am J Neuroradiol.** 2005 May; 26:1012-1021.  (Dr. Villablanca participated in experimental design, image analysis and quantitation, manuscript editing and review) PMID: 15891154.

34. Pope WB, Sayre J, Perlina A, **Villablanca JP**, Mischel PS, Cloughesy TF. *MR imaging correlates of survival in patients with high-grade gliomas.* **AJNR Am J Neuroradiol.** 2005 Nov-Dec; 26:2466-2474. (Dr. Villablanca   participated in experimental design, image analysis and quantitation, manuscript editing and review). PMID: 16286386.

35. **Villablanca JP**, Achiriolaie A, Hooshi P, Martin N, Duckwiler G, Jahan R, Frazee J, Gobin P, Sayre J, Viñuela F. *Aneurysms of the posterior circulation: detection and treatment planning using volume-rendered three-dimensional helical computed tomography angiography.* **J Neurosurgery.** 2005 Dec; 103:1018-1029. (Dr. Villablanca first author in experimental design, data gathering, manuscript writing, editing & review). PMID: 16381188.

36. Ben Simon GJ, Annunziatta CC, Fink J, **Villablanca P**, McCann JD, Goldberg RA. *Rethinking orbital imaging establishing guidelines for interpreting orbital imaging studies and evaluating their predictive value in patients with orbital tumors.* **Ophthalmology.** 2005 Dec; 112:2196-2207. (Dr. Villablanca participated in experimental design, data analysis, manuscript editing and review). PMID: 16325712.

37. Bergsneider M, Sehati N, **Villablanca P**, McArthur DL, Becker DP, Liau LM. *Mahaley Clinical Research Award: extent of glioma resection using low-field (0.2T) versus high-field (1.5T) intraoperative MRI and image-guided frameless neuronavigation.* **Clin Neurosurg.** 2005; 52:389-399. (Dr. Villablanca performed determination of residual tumor, with quantitation, and participated in manuscript editing and review). PMID: 16626099.

38. *Nael K, Michaely HJ, **Villablanca P**, Salamon N, Laub G, Finn JP. *Time-resolved contrast enhanced magnetic resonance angiography of the head and neck at 3.0*

J. Pablo Villablanca, M.D., F.A.C.R.

*tesla: initial results.* **Invest Radiol**. 2006 Feb; 41:116-124. (Dr. Villablanca participated in experimental design, performed qualitative and quantitative analysis of datasets, and manuscript editing and review). PMID: 16428982.

39. *Nael K, Rheum SG, Michaely HJ, Pope W, Laub G, Finn JP, **Villablanca JP**. *High spatial resolution CE-MRA of the carotid circulation with parallel imaging: comparison of image quality between two different acceleration factors at 3.0 Tesla.* **Investigative Radiology**, 2006 Apr; 41:391-399 (Dr. Villablanca participated in experimental design, image acquisition, data analysis, manuscript writing, editing and review). PMID: 16523022.

40. Rajajee V, Kidwell C, Starkman S, Ovbiagele B, Alger JR, **Villablanca P**, Viñuela F, Duckwiler G, Jahan R, Fredieu A, Suzuki S, Saver JL. *Early MRI and outcomes of untreated patients with mild or improving ischemic stroke.* **Neurology**. 2006 Sep; 26:980-984. (Dr. Villablanca performed image interpretation, data analysis, and manuscript editing and review). PMID: 17000964.

41. *Nael K, Fenchel M, Salamon N, Duckwiler GR, Laub G, Finn JP, **Villablanca JP.** *Three-Dimensional Cerebral Contrast-Enhanced Magnetic Resonance Venography at 3.0 Tesla: Initial Results Using Highly Accelerated Parallel Acquisition.* **Investigative Radiology**. 2006 Oct;41:763-768. (Dr. Villablanca provided research concept, experimental design, and participated in data analysis, manuscript writing, editing and review). PMID:16971800

42. *Nael K, **Villablanca JP**, Saleh R, Pope W, Nael A, Laub G, Finn JP. *Contrast-enhanced MR angiography at 3.0T in evaluation of intracranial aneurysms: a comparison with time-of-flight MR angiography.* **AJNR Am J Neuroradiol.** 2006 Nov-Dec;27:2118-2121. (Dr. Villablanca provided research concept, experimental design, and participated in image acquisition, data analysis, and manuscript writing, editing and review). PMID: 17110679.

43. **Villablanca JP**, *Nael K, Habibi R, Nael A, Laub G, Finn JP. *3T contrast-enhanced MR angiography for evaluation of intracranial arteries: Comparison with time-of-flight Magnetic Resonance Angiography and Multislice Computed Tomography Angiography.* **Investigative Radiology.** 2006 Nov; 41:799-805. (Dr. Villablanca participated in experimental design, data gathering, manuscript writing, editing and review). PMID:17035870

44. Ovbiagele B, Saver JL, Sanossian N, Salamon N**, Villablanca P**, Alger JR, Razinia T., Kim D, Liebeskind DS. *Predictors of Cerebral Microbleeds in Acute Ischemic Stroke and TIA Patients.* **Cerebrovasc Dis** 2006; 22:378-383. Epub 2006 Aug 4. (Dr. Villablanca performed image analysis and manuscript editing.). PMID:16888379

45. **Villablanca JP**, Rodriguez FJ, Stockman T, Dahliwal S, Omura M, Hazany S, Sayre J. *MDCT angiography for detection and quantification of small intracranial arteries: comparison with conventional catheter angiography.* **AJR Am J Roengenol**. 2007 Feb; 188:593-602. PMID: 17242273.

46. *Nael K, **Villablanca JP,** Pope WB, McNamara TO, Laub G, Finn JP. *Supraaortic arteries: contrast-enhanced MR angiography at 3.0 T--highly accelerated parallel acquisition for improved spatial resolution over an extended field of view. **Radiology**,* 2007 Feb; 242: 600-609. (Dr. Villablanca participated in image acquisition, image analysis, manuscript writing, editing & review). PMID: 17255428.

47. Bartzokis G, Tishler TA, Lu PH, **Villablanca P,** Altshuler LL, Carter M, Huang D, Edwards N, Mintz J. *Brain ferritin iron may influence age- and gender-related risks of neurodegeneration. **Neurobiol Aging**.* 2007 Mar; 28:414-423. Epub 2006 Mar 24. (Dr. Villablanca designed imaging protocol and performed image interpretation). PMID: 16563566.

48. Bang OY, Saver JL, Liebeskind DS, Starkman S, **Villablanca P,** Salamon N, Buck B, Ali L, Restrepo L, Viñuela F, Duckwiler G, Jahan R, Razinia T, Ovbiagele B. *Cholesterol level and symptomatic hemorrhagic transformation after ischemic stroke thrombolysis. **Neurology**.* 2007 Mar 6; 68:737-742. Epub 2006 Dec 20. Erratum in: Neurology. 2007 May 1;68(18):1547. (Dr. Villablanca performed image interpretation and analysis, and manuscript review). PMID: 17182976.

49. Tateshima S, Tanishita K, Omura H, **Villablanca JP,** Viñuela F. *Intra-aneurysmal hemodynamics during the growth of an unruptured aneurysm: in vitro study using longitudinal CT angiogram database. **AJNR, Am J Neuroradiol.**** 2007 Apr;28: 622-627. (Dr. Villablanca performed data acquisition and processing, manuscript editing and review). PMID: 17416810.

50. Venugopal P, Valentino D, Schmitt H, **Villablanca JP,** Viñuela F, Duckwiler G. *Sensitivity of patient-specific numerical simulation of cerebral aneurysm hemodynamics to inflow boundary conditions. **J Neurosurg.**** 2007 Jun; 106: 1051-1060. (Dr. Villablanca participated in data analysis, manuscript editing and review). PMID: 17564178.

51. Lell MM, Ditt H, Panknin C, Sayre J, Ruehm SG, Klotz E, Tomandl BF, **Villablanca JP**. *Bone-subtraction CT angiography: evaluation of two different fully automated image-registration procedures for interscan motion compensation. **AJNR Am J Neuroradiol.**** 2007 Aug;28: 1362-1368. (Dr. Villablanca participated in experimental design, data gathering, manuscript writing, editing and review). PMID: 17698541.

52. Bang OY, Buck BH, Saver JL, Alger JR, Yoon SR, Starkman S, Ovbiagele B, Kim D, Ali LK, Sanossian N, Jahan R, Duckwiler GR, Viñuela F, Salamon N, **Villablanca JP,** Liebeskind DS. *Prediction of Hemorrhagic Transformation after Recanalization Therapy using T2*- Permeability Magnetic Resonance Imaging. **Ann Neurol**.* 2007 Aug;62: 170-176. (Dr. Villablanca participated in data analysis, manuscript editing and review). PMID: 17683090.

53. Buck BH, Liebeskind DS, Saver JL, Bang OY, Starkman S, Ali LK, Kim D, **Villablanca JP,** Salamon N, Yun SW, Razinia T, Ovbiagele B. *Association of Higher Serum Calcium Levels with Smaller Infarct Volumes in Acute Ischemic Stroke. **Arch Neurol**.* 2007; 64:1287-1291. (Dr. Villablanca participated in data analysis, manuscript editing and review). PMID: 17846267.

54. Lell MM, Ditt H, Panknin C, Sayre JW, Klotz E, Ruehm SG, **Villablanca JP**. *Cervical CT Angiography comparing routine noncontrast and a late venous scan as masks for automated bone subtraction: feasibility study and examination of the influence of patient motion on image quality*. ***Invest Radiol***. 2008 Jan; 43(1):27-32. (Dr. Villablanca participated in data gathering, manuscript writing, editing and review). PMID: 18097274.

55. Rajajee V, Kidwell C, Starkman S, Ovbiagele B, Alger J, **Villablanca P,** Saver JL; UCLA MRI Acute Stroke Investigators. *Diagnosis of lacunar infarctr within 6 hours of onset by clinical and CT criteria versus MRI*. ***J Neuroimaging.*** 2008 Jan; 18(1):66-72. (Dr. Villablanca participated in image analysis and quantitation, manuscript editing and review). PMID: 18190499.

56. Ovbiagele B, Buck BH, Liebeskind DS, Starkman S, Bang OY, Ali LK, **Villablanca JP**, Salamon N, Yun SW, Pineda S, Saver JL. *Prior antiplatelet use and Infarct Volume in Ischemic Stroke*. ***J Neurol Sci***. 2008 Jan; 264:140-144. Epub 2007 Sep 12(Dr. Villablanca participated in data analysis, and manuscript review) PMID: 17854835.

57. Buck BH, Liebeskind DS, Saver JL, Bang OY, Yun SW, Starkman S, Ali LK, Kim D, **Villablanca JP**, Salamon N, Razinia T, Ovbiagele B. *Early neutrophilia is associated with volume of ischemic tissue in acute stroke*. ***Stroke.*** 2008 Feb 39:355-360. Epub 2007 Dec 27. (Dr. Villablanca participated in data analysis, manuscript editing and review). PMID: 18162626.

58. *Nael K, **Villablanca JP**, Mossaz L, Pope W, Juncosa A, Laub G, Finn JP. *3-T contrast-enhanced MR angiography in evaluation of suspected intracranial aneurysm: comparison with MDCT angiography*. ***AJR Am J Roentgenol.*** 2008 Feb; 190(2):389-395. (Dr. Villablanca participated in experimental design, data analysis, manuscript editing and review). PMID: 18212224.

59. Smith WS, Sung G, Saver J, Budzik R, Duckwiler G, Liebeskind DS, Lutsep HL, Rymer MM, Higashida RT, Starkman S, Gobin YP; MultiMERCI Investigators, Frei D, Grobelny T, Hellinger F, Huddle D, Kidwell C, Koroshetz W, Marks M, Nesbit G, Silverman IE, **Villablanca JP**, et.al., *Mechanical thrombectomy for acute ischemic stroke: final results of the Multi MERCI trial*. ***Stroke*** 2008 Apr;39(4):1205-1212. Epub 2008, Feb 28. PMID:18309168

60. *Saleh RS, Lohan DG, **Villablanca JP**, Duckwiler G, Kee ST, Finn JP. *Assessment of craniospinal arteriovenous malformations at 3T with highly temporally and highly spatially resolved contrast-enhanced MR angiography*. ***AJNR Am J Neuroradiol***. 2008 May; 29(5):1024-1031. Epub 2008 Mar 13. (Dr. Villablanca participated in experimental design, data analysis, manuscript editing and review). PMID: 18339725.

61. Nazliel B, Starkman S, Liebeskind DS, Ovbiagele B, Kim D, Sanossian N, Ali L, Buck B, **Villablanca P,** Viñuela F, Duckwiler G, Jahan R, Saver JL. *A brief prehospital stroke severity scale identifies ischemic stroke patient harboring*

J. Pablo Villablanca, M.D., F.A.C.R.

*persisting large arterial occlusions*. **Stroke** 2008 Aug; 39(8):2264-2267.   (Dr. Villablanca participated in data analysis, manuscript editing and review). PMID: 18556587.

62. Darcy SJ, Miller TA, Goldberg RA, **Villablanca JP**, Demer JL, Rudkin GH. *Magnetic resonance imaging characterization of orbital changes with age and associated contributions to lower eyelid prominence.* **Plast Reconstr Surg.** 2008 Sep; 122(3):921-929. (Dr. Villablanca participated in data analysis, manuscript editing and review). PMID: 18766060.

63. Marcoux J, McArthur DA, Miller C, Glenn TC, **Villablanca P,** Martin NA, Hovda DA, Alger JR, Vespa PM. *Persistent metabolic crisis as measured by elevated cerebral microdialysis lactate-pyruvate ratio predicts chronic frontal lobe brain atrophy after traumatic brain injury.* **Crit Care Med.** 2008 Oct; 36(10):2871-2877. (Dr. Villablanca participated in data analysis, manuscript editing and review). PMID: 18766106.

64. Tateshima S, Tanishita K, Omura H, Sayre J, **Villablanca JP**, Martin N, Viñuela F. *Intra-aneurysmal hemodynamics in a large middle cerebral artery aneurysm with wall atherosclerosis.* **Surg Neurol.** 2008 Nov;70(5):454-462; discussion 462. Epub 2008 Jun 2. (Dr. Villablanca participated in data analysis and quantitation, manuscript editing and review). PMID: 18514767.

65. Bang OY, Saver JL, Alger JR, Starkman S, Ovbiagele B, Liebeskind DS; UCLA Collateral Investigators. Bang OY, Saver JL, Yoon SR, Buck BH, Alger JR, Starkman S, Ovbiagele B, Kim D, Ali LK, Shah SH, Towfighi A, Vespa PM, Jahan R, Salamon N, Duckwiler GR, **Villablanca JP**, Viñuela F, Liebeskind DS. *Determinants of the distribution and severity of hypoperfusion in patients with ischemic stroke.* **Neurology**. 2008 Nov.25;71 (22): 1804-1811.PMID: 19029520.

66. Tomasian A, Salamon N, Lohan DG, Jalili M, **Villablanca JP**, Finn JP. *Supraaortic arteries: contrast material dose reduction at 3.0-T high-spatial-resolution MR angiography--feasibility study.* **Radiology** 2008 Dec; 249(3):980-990. (Dr. Villablanca participated in data analysis, manuscript editing and review). PMID: 19011192.

67. Lell MM, Ruehm SG, Kramer M, Panknin C, Habibi R, Klotz E, **Villablanca P.** *Cranial Computed Tomography Angiography with Automated Bone Subtraction – A feasibility Study.* **Invest Radiol** 2009 Jan; 44(1):38-43.   (Dr. Villablanca participated in experimental design, data analysis, manuscript editing and review). PMID: 18836384.

68. Bang OY, Saver JL, Alger JR, Shah SH, Buck BH, Starkman S, Ovbiagele B, Liebeskind DS; UCLA MRI Permeability Investigators: Bang OY, Saver JL, Buck BH, Alger JR, Starkman S, Ovbiagele B, Kim D, Ali LK, Shah SH, Panagotacos J, Ohanian A, Yoon SR, Jahan R, Salamon N, Duckwiler GR, **Villablanca JP**, Viñuela F, Liebeskind DS. *Patterns and predictors of blood-brain barrier permeability derangements in acute ischemic stroke.* **Stroke.** 2009 Feb: 40(2):454-461. Epub 2008 Nov.26. PMID: 19038915.

J. Pablo Villablanca, M.D., F.A.C.R.

69. Tomasian A, Salamon N, Krishnam MS, Finn JP, **Villablanca JP**. *3D high-spatial-resolution cerebral MR venography at 3T: a contrast-dose-reduction study.* ***AJNR Am J Neuroradiol*** 2009 Feb; 30(2):349-355. Epub 2008 Oct 22. (Dr. Villablanca participated in experimental design, data analysis, manuscript editing and review). PMID: 18945800.

70. Lell MM, Kramer M, Klotz E, **Villablanca P**, Ruehm SG. *Carotid computed tomography angiography with automated bone suppression: a comparative study between dual energy and bone subtraction techniques.* ***Invest Radiol***. 2009 Jun;44(6):322-328. (Dr. Villablanca participated in data analysis, manuscript editing and review).  PMID: 19363448.

71. Bang OY, Liebeskind DS, Buck BH, Yoon SR, Alger JR, Ovbiagele B, Saver JL; UCLA MRI Investigators: Bang OY, Liebeskind DS, Buck BH, Alger JR, Starkman S, Ovbiagele B, Kim D, Ali LK, Sanossian N, Vespa PM, Yoon SR, Jahan R, Salamon N, Duckwiler GR, **Villablanca JP**, Viñuela F, Saver JL. *Impact of reperfusion after 3 hours of symptom onset on tissue fate in acute cerebral ischemia.* ***J Neuroimaging***. 2009 Oct; 19(4):317-322. Epub 2008 Oct 21. PMID:19021836.

72. Harley EM, Pope WB, **Villablanca JP,** Mumford J, Suh R, Mazziotta JC, Enzmann D, Engel SA.  *Engagement of Fusiform Cortex and Disengagement of Lateral Occipital Cortex in the Acquisition of Radiological Expertise.* ***Cereb Cortex*** 2009 Nov:19(11):2746-54, Epub 2009 Mar 25. (Dr. Villablanca participated in experimental design, data analysis, manuscript editing and review). PMID: 19321653.

73. Latchaw RE, Alberts MJ, Lev MH, Connors JJ, Harbaugh RE, Higashida RT, Hobson R, Kidwell CS, Koroshetz WJ, Mathews V, **Villablanca P**, Warach S, Walters B, on behalf of the Amer. Heart Association Council on Cardiovascular Radiology and Intervention, Stroke Council, and the Interdisciplinary Council on Peripheral Vascular Disease. *Recommendations for Imaging of Acute Ischemic Stroke: A Scientific Statement from the American Heart Association.* ***Stroke*** 2009 Nov; 40(11), 3646-3678. Epub 2009 Sep 24. (Dr. Villablanca participated in experimental design, data gathering, manuscript editing and review). PMID: 19797189.

74. Bahrami S, Raman SS, Sauk S, Salemoghaddam S, **Villablanca JP**, Finn JP, Lu DS.  *Ten-year experience with nephrogenic systemic fibrosis: case-control analysis of risk factors.* ***J Comput Assist Tomogr***. 2009 Nov-Dec; 33 (6):819-823. (Dr. Villablanca participated in data gathering, manuscript editing and review). PMID: 19940643.

75. Bartzokis G, Lu PH, Tishler TA, Peters DG, Kosenko A, Barrall KA, Finn JP, **Villablanca P**, Laub G, Altshuler LL, Geschwind DH, Mintz J, Neely E, Connor JR. *Prevalent iron metabolism gene variants associated with increased brain ferritin iron in healthy older men***. *J Alzheimer's Dis***. 2010 Apr; 20(1):333-341. (Dr. Villablanca participated in data gathering, manuscript editing and review). PMID: 20164577**.**

76. Liakopoulos OJ, Allen BS, Buckberg GD, Hristov N, Tan Z, **Villablanca JP**, Trummer G.  *Resuscitation after prolonged cardiac arrest: role of cardiopulmonary*

47

J. Pablo Villablanca, M.D., F.A.C.R.

*bypass and systemic hyperkalemia.* ***Ann Thorac Surg***. 2010 Jun; 89(6):1972-1979. (Dr. Villablanca participated in data gathering, manuscript editing and review). PMID: 20494058.

77. Bartzokis G, Lu PH, Tingus K, Mendez MF, Richard A, Peters DG, Oluwadara B, Barrall KA, Finn JP, **Villablanca P**, Thompson PM, Mintz J. *Lifespan trajectory of myelin integrity and maximum motor speed.* ***Neurobiol Aging***, 2010 Sep;31(9):1554-1562. Epub 2008 Oct 15. (Dr. Villablanca participated in data gathering, manuscript editing and review). PMID: 18926601.

78. Bang OY, Liebeskind DS, Saver JL, Kim GM, Chung CS, Lee KH; UCLA –Samsung Stroke Collaborators. Bang OY, Kim SJ, Kim JW, Lee JJ, Kim GM, Kim KH, Jeon P, Chung CS, Lee KH, Alger JR, Starkman S, Ovbiagele B, Kim D, Ali LK, Shah SH, Vespa PM, Jahan R, Salamon N, Duckwiler GR, **Villablanca JP**, Viñuela F, Liebeskind DS, Saver JL. *Stunned brain syndrome: serial diffusion perfusion MRI of delayed recovery following revascularization for acute ischemic stroke.* ***J Neurol Neurosurg Psychiatry***. 2011 Jan; 82 (1):27-32. Epub 2010 Aug 27. (Dr. Villablanca participated in manuscript editing and review). PMID: 20802028.

79. Liebeskind DS, Sanossian N, Yong WH, Starkman S, Tsang MP, Moya AL, Zheng DD, Abolian AM, Kim D, Ali LK, Shah SH, Towfighi A, Ovbiagele B, Kidwell CS, Tateshima S, Jahan R, Duckwiler GR, Viñuela F, Salamon N, **Villablanca JP**, Vinters HV, Marder VJ, Saver JL. *CT and MRI early vessel signs reflect clot composition in acute stroke.* ***Strok***e. 2011 May: 42 (5): 1237- 1243. Epub 2011, March 10. (Dr. Villablanca participated in manuscript editing and review). PMID: 21393591.

80. Bartzokis G, Lu PH, Tingus K, Peters DG, Amar CP, Tishler TA, Finn JP, **Villablanca P**, Altshuler LL, Mintz J, Neely E, Connor JR. *Gender and iron genes may modify associations between brain iron and memory in healthy aging.* ***Neuropsychopharmacology.*** 2011 Jun;36(7):1375-84. Epub 2011 Mar 9. (Dr. Villablanca participated in manuscript editing and review). PMID: 21389980.

81. Abels B, Klotz E, Tomandl BF, **Villablanca P**, Kloska SP, Lell MM. *CT Perfusion in Acute Ischemic Stroke: a comparison of 2-second and 1-second temporal resolution.* ***AJNR Am J Neuroradiol.*** 2011 Oct;32(9):1632-9. Epub 2011 Aug 4. (Dr. Villablanca participated in experimental design, data gathering, manuscript editing and review). PMID: 21816919.

82. Tanoue T, Tateshima S, **Villablanca JP**, Viñuela F, Tanishita K. *Wall Shear stress distribution inside growing cerebral aneurysm.* ***AJNR Am J Neuroradiol.*** 2011 Oct; 32(9):1732-1737. (Dr. Villablanca participated in data gathering, manuscript editing and review). PMID: 21984256.

83. Sepahdari AR, Kapur R, Aakalu VK, **Villablanca JP**, Mafee MF. *Diffusion-Weighted Imaging of Malignant Ocular Masses: Initial Results and Directions for Further Study.* ***AJNR Am J Neuroradiol***. 2012 Feb;33(2):314-9. Epub 2011 Nov 24. (Dr. Villablanca participated in data gathering, manuscript editing and review). PMID: 22116113.

J. Pablo Villablanca, M.D., F.A.C.R.

84. Zhang DI, Cagnon CH, **Villablanca JP**, Cody DD, Stevens DM, Zankl M, Demarco JJ, McCollough CH, Turner AC, Khatonabadi M, McNitt-Gray M. *Peak Skin and Eye Lens Dose from Neuro-Perfusion CT Examinations Based On Monte Carlo Simulations*, ***AJR Am J Roentgenol.*** 2012 Feb;198(2):412-7. (Dr. Villablanca participated in manuscript editing and review). PMID: 22268186.

85. Lee M, Saver JL, Alger JR, Hao Q, Starkman S, Ali LK, Kim D, Ovbiagele B, Vespa PM, Froehler MT, Tenser MS, Salamon N, **Villablanca JP**, Jahan R, Duckwiler GR, Tateshima S, Gonzalez N, Viñuela F, Liebeskind DS. *Blood-brain barrier permeability derangements in posterior circulation Ischemic stroke: Frequency and relation to hemorrhagic transformation.* ***JNeurol Sci.*** 2012 Feb 15;313(1-2):142-6, Epub 2011 Sep 25. (Dr. Villablanca participated in manuscript editing and review). PMID: 21945462.

86. Zhu L, Liebeskind DS, Jahan R, Starkman S, Salamon N, Duckwiler G, Viñuela F, Tateshima S, Gonzalez N, **Villablanca P**, Ali LK, Kim D, Ovbiagele B, Froehler M, Tenser M, Saver JL. *Thrombus branching and vessel curvature are important determinants of middle cerebral artery trunk recanalization with Merci thrombectomy devices.* ***Stroke.*** 2012 Mar;43(3):787-92. Epub 2012 Jan 26. (Dr. Villablanca participated in manuscript editing and review). PMID:22282888.

87. Lee M, Saver JL, Alger JR, Hao Q, Salamon N, Starkman S, Ali LK, Ovbiagele B, Kim D, **Villablanca JP,** Froehler MT, Tenser MS, Liebeskind DS. *Association of laterality and size of perfusion lesions on neurological deficit in acute supratentorial stroke.* ***Int J Stroke.*** 2012 Jun; Pg. 293-297. (Dr. Villablanca participated in manuscript editing and review). PMID: 22151911.

88. Abels B, **Villablanca JP**, Tomandl BF, Uder M, Lell MM. *Acute stroke: a comparison of different CT perfusion algorithms and validation of ischemic lesions by follow-up imaging.* ***Eur Radiol.*** 2012 Dec;22(12):2559-67. (Dr. Villablanca participated in experimental design, data gathering, manuscript editing and review). PMID: 22717727.

89. Bartzokis G, Lu PH, Heydari P, Couvrette A, Lee GJ, Kalashyan G, Freeman F, Grinstead JW, **Villablanca P**, Finn JP, Mintz J, Alger JR, Altshuler LL. *Multimodal Magnetic Resonance Imaging Assessment of White Matter Aging Trajectories Over the Lifespan of Healthy Individuals.* ***Biol Psychiatry.*** 2012 Dec 15;72(12):1026-34. Epub 2012 Sep 25. (Dr. Villablanca participated in manuscript editing and review). PMID: 23017471.

90. *Nael K, Meshksar A, Liebeskind DS, Wang DJ, Ellingson BS, Salamon N, **Villablanca JP**, UCLA Stroke Investigators. *Peri-Procedural Arterial Spin Labeling and Dynamic Susceptibility Contrast Perfusion in Detection of Cerebral Blood Flow in Patients with Acute Ischemic Syndrome.* ***Stroke.*** 2013 Mar;44(#):664-70. (Dr. Villablanca participated in experimental design, data gathering, data analysis, manuscript editing and review). PMID:23391773.

J. Pablo Villablanca, M.D., F.A.C.R.

91. McLaughlin N, **Villablanca PJ**, Jahan R, Martin NA. *An infundibulum of thalamoperforator arteries: importance of angiographic images for appropriate diagnosis.* **Surg Neurol Int.** 2013 Mar 30; 4:44. (Dr. Villablanca participated in experimental design, data gathering, data analysis, manuscript editing and review). PMID:23607066.

92. Chien A, Liang F, Sayre J, Salamon N, **Villablanca P**, Vinuela F. *Enlargement of small, asymptomatic, unruptured intracranial aneurysms in patients with no history of subarachnoid hemorrhage: the different factors related to the growth of single and multiple aneurysms.* **J Neurosurg**. 2013 Jul; 119(1):190-7. Epub 2013 Apr 26. (Dr. Villablanca participated in manuscript editing and review). PMID:23621603.

93. Froehler MT, Tateshima S, Duckwiler G, Jahan R, Gonzalez N, Viñuela F, Liebeskind D, Saver JL, **Villablanca JP**. *The hyperdense vessel sign on CT predicts successful recanalization with the Merci device in acute ischemic stroke.* **JNeurol Sci.** 2013 Jul. (Dr. Villablanca participated in experimental design, data gathering, data analysis, manuscript editing and review). PMID: 22619467.

94. Zhang D, Cagnon CH, **Villablanca JP**, McCollough CH, Cody DD, Zankl M, Demarco JJ, McNitt-Gray MF. *Estimating peak skin and eye lens dose from neuro-perfusion examinations: Use of Monte Carlo based simulations and comparisons to CTDIvol, AAPM Report No. 111, and ImPACT dosimetry tool values.* Med Phys. 2013 Sep;40(9):091901. (Dr. Villablanca participated in manuscript editing and review). PMID:24007152.

95. Nael K, Meshksar A, Liebeskind D.S, Coull B, Krupinski E, **Villablanca JP**. *Quantitative Analysis of Hypoperfusion in Acute Stroke: Arterial Spin Labeling vs. Dynamic Susceptibility.* **Stroke**. 2013 Nov;44(11):3090-6. (Dr. Villablanca participated in experimental design, data gathering, data analysis, manuscript editing and review). PMID:23988646.

96. **Villablanca JP**, Duckwiler GR, Jahan R, Tateshima S, Martin NA, Frazee J, Gonzalez NR, Sayre J, Viñuela FV. *The Natural History of Asymptomatic Unruptured Cerebral Aneurysms Evaluated Using Helical Computed Tomography Angiography - Growth and Rupture Incidence and Correlation to Epidemiologic Risk Factors.* **Radiology** 2013 Oct;269(1):258-65. PMID:23821755.

      C. This article was republished in **RSNA Scan: A Year in Review**. Oak Brook, Ill: Radiological Society of North America; 2014.

97. Khonsary SA, Ma Q, **Villablanca JP**, Emerson J, Malkasian D. *Clinical Functional Anatomy of the Pterygopalatine Ganglion, Cephalgia and Related Dysautonomias: A Review.* **Surgical Neurology International Stereotactic**, 2013 Nov 20;4(Suppl 6):S422-8. (Dr. Villablanca participated in manuscript editing and review). PMID: 24349865

98. Meshksar A, **Villablanca JP**, Khan R, Carmody R, Coull B, Nael K. *Role of Echo-Planar Fluid Attenuated Inversion Recovery (EPI-FLAIR) in Patients with Acute Stroke: A Comparative Analysis with Flair.* **AJNR Am J Neuroradiol**. 2014

J. Pablo Villablanca, M.D., F.A.C.R.

May;35(5):878-83. (Dr. Villablanca participated in experimental design, data gathering, data analysis, manuscript editing and review) PMID: 24335543

99. Sarma MK, Nagarajan R, Macey PM, Kumar R, **Villablanca JP**, Furuyama J, Thomas MA. *Accelerated Echo-Planar J-Resolved Spectroscopic Imaging in the Human Brain Using Compressed Sensing: A Pilot Validation in Obstructive Sleep Apnea.* ***AJNR Am J Neuroradiol.*** 2014 Jun;35(6 Suppl):S81-9. (Dr. Villablanca participated in manuscript review and editing). PMID: 24503554

100. Nael K, Meshksar A, Ellingson B, Pirastehfar M, Salamon N, Finn JP, Liebeskind DS, **Villablanca JP**. *Combined Low-dose Contrast Enhanced MR Angiography and Perfusion for Acute Stroke: A More Efficient Stroke Protocol.* ***AJNR Amer J Neuroradiology***, 2014 Jun;35(6):1078-84. (Dr. Villablanca participated in experimental design, data gathering, data analysis, manuscript editing and review) PMID: 24503557

101. Nael K, Khan R, Choudhary G, Meshksar A, **Villablanca P**, Tay J, Drake K, Coull BM, Kidwell CS. *Six-Minute Magnetic Resonance Imaging Protocol for Evaluation of Acute Ischemic Stroke: Pushing the Boundaries.* ***Stroke,*** 2014 Jul;45(7):1985-91. (Dr. Villablanca participated in study design, data review, manuscript preparation, and manuscript editing) PMID: 24916906

102. Nael K, Mossadeghi B, Boutelier T, Kubal W, Krupinski EA, Dagher J, **Villablanca JP**. *Bayesian Estimation of Cerebral Perfusion Using Reduced-Contrast-Dose Dynamic Susceptibility Contrast Perfusion at 3T.* ***AJNR Am J Neuroradiol.*** 2015 Apr. (Dr. Villablanca participated in study design, manuscript editing, and manuscript review) PMID: 25430859

103. Shi ZS, Duckwiler G, Jahan R, Tateshima S, Gonzalez N, Szeder V, Saver JL, Kim D, Ali LK, Starkman S, Vespa PM, Salamon N, **Villablanca JP**, Vinuela F, Feng L, Loh Y, Liebeskind D. *Mechanical Thrombectomy for Acute Ischemic Stroke with Cerebral Microbleeds.* ***J of Neuroint Surg***. 2015 May 20. (Dr. Villablanca participated in manuscript editing and manuscript review) PMID: 25994939

104. Hsu W, Gonzalez NR, Chien A, **Pablo Villablanca J**, Pajukanta P, Viñuela F, Bui AA. *An integrated, ontology-driven approach to constructing observational databases for research.* ***J Biomed Inform.*** 2015 Jun;55:132-42. (Dr. Villablanca participated in manuscript editing and manuscript review) PMID: 25817919

105. Shi ZS, Duckwiler GR, Jahan R, Tateshima S, Gonzalez NR, Szeder V, Saver JL, Kim D, Ali LK, Starkman S, Vespa PM, Salamon N, **Villablanca JP**, Viñuela F, Feng L, Loh Y, Liebeskind DS. *New Cerebral Microbleeds After Mechanical Thrombectomy for Large-Vessel Occlusion Strokes.* ***Medicine (Baltimore***) 2015 Nov;94(47). (Dr. Villablanca participated in manuscript editing and manuscript review) PMID: 26632753

106. Casanova R, Wang X, Reyes J, …**Villablanca P**, … Pottern L. *A Voxel-Based Morphometry Study Reveals Local Brain Structural Alterations Associated with*

51

J. Pablo Villablanca, M.D., F.A.C.R.

*Ambient Fine Particles in Older Women.* **Front Hum Neurosci.** 2016 Oct 13 (Dr. Villablanca participated in manuscript editing and manuscript review) PMID: 27790103

107.   Sanossian N, Fu KA, Liebeskind DS, Starkman S, Hamilton S, **Villablanca JP**, Burgos AM, Conwit R, Saver JL. *Utilization of Emergent Neuroimaging for Thrombolysis-Eligible Stroke Patients.* **J Neuroimaging**. 2017 Jan. (Dr. Villablanca participated in manuscript editing and manuscript review) PMID: 27300498

108.   Ohlsson M, Nieto JH, Christe KL, **Villablanca JP**, Havton LA. *Radiographic and Magnetic Resonance Imaging Identification of Thoracolumbar Spine Variants with Implications for the Positioning of the Conus Medullaris in Rhesus Macaques.* **Anat Rec (Hoboken)**. 2017 Feb. (Dr. Villablanca participated in study design, data gathering, manuscript editing and manuscript review) PMID: 27731939

109.   Shi ZS, Duckwiler GR, Jahan R, Tateshima S, Szeder V, Saver JL, Kim D, Sharma LK, Vespa PM, Salamon N, **Villablanca JP**, Viñuela F, Feng L, Loh Y, Liebeskind DS. *Early Blood-Brain Barrier Disruption after Mechanical Thrombectomy in Acute Ischemic Stroke.* **J Neuroimaging**. 2018 Feb 27. (Dr. Villablanca participated in manuscript editing and manuscript review) PMID: 29484769

110.   Tishler TA, Bartzokis G, Lu PH, Raven EP, Khanoyan M, Kirkpatrick CJ, Pyle MH, **Villablanca JP**, Altshuler LL, Mintz J, Ventura J, Casaus LR, Subotnik KL, Nuechterlein KH, Ellingson BM. *Abnormal Trajectory of Intracortical Myelination in Schizophrenia Implicates White Matter in Disease Pathophysiology and the Therapeutic Mechanism of Action of Antipsychotics.* **Biol Psychiatry Cogn Neurosci Neuroimaging**. 2018 May (Dr. Villablanca participated in manuscript editing, image review, and manuscript review)  PMID: 29735155

111.   Ausman J, Liebeskind DS, Gonzalez N, Saver J, Martin N, **Villablanca JP**, Vespa P, Duckwiler G, Jahan R, Niu T, Salamon N, Yoo B, Tateshima S, Blanco M, Starkman S. *A review of the diagnosis and management of vertebral basilar (posterior) circulation disease.* **Surgical Neurology International.** 2018 May 24. (Dr. Villablanca participated in manuscript editing and review.) PMID: 29930872

112.   Tubi MA, Lutkenhoff E, Blanco MB, McArthur D, **Villablanca P**, Ellingson B, Diaz-Arrastia R, Van Ness P, Real C, Shrestha V, Engel J Jr, Vespa PM; EpiBioS4Rx Study Group Investigators, Agoston D, Au A, Bell MJ, Branch C, Buitrago Blanco M, Bullock R, Claassen J, Clarke R, Cloyd J, Coles L, Crawford K, Diaz-Arrastia R, Duncan D, Ellingson B, Engel J, Foreman B, Galanopoulou A, Gilmore E, Olli G, Harris N, Hartings J, Lawrence H, Hunn M, Jette N, Johnston L, Jones N, Kanner A, McArthur D, Monti M, Morokoff A, Moshe S, Mowrey W, Naughton T, O'Brien T, O'Phelan K, Pitkanen A, Raman R, Robertson C, Rosenthal E, Shultz S, Snutch T, Staba R, Toga A, Van Horn J, Vespa P, Willyerd F, Zimmermann L. *Early seizures and temporal lobe trauma predict post-traumatic epilepsy: A longitudinal study.* **Neurobiol Dis.** 2018 May 31. (Dr. Villablanca participated in manuscript editing and manuscript review)  PMID: 29859872

J. Pablo Villablanca, M.D., F.A.C.R.

113. Yu YN, Li ML, Xu YY, Meng Y, Trieu H, Villablanca JP, Gao S, Feng F, Liebeskind DS, Xu WH. Middle Cerebral Artery Geometric Features are Associated with Plaque distribution and Stroke. 2018. Neurology (Dr. Villablanca participated in image interpretation, manuscript editing and review.) PMID: 30291186

Asterisk (*) denotes undergraduate, medical student, radiology resident or radiology fellow working under the direct supervision of Dr. Villablanca.

## B. Research Papers – Peer Reviewed (JP Villablanca listed as Investigator)

1. Bang OY, Saver JL, Buck BH, Alger JR, Starkman S, Ovbiagele B, Kim D, Jahan R, Duckwiler GR, Yoon SR, Viñuela F, Liebeskind DS; **UCLA Collateral Investigators**. *Impact of collateral flow on tissue fate in acute ischemic stroke. J Neurol Neurosurg Psychiatry*. 2008 Jun;79(6):625-9. Epub 2007 Dec 12. (Dr. Villablanca participated in manuscript editing and review) PMID:18077482

2. Singer OC, Kurre W, Humpich MC, Lorenz MW, Kastrup A, Liebeskind DS, Thomalla G, Fiehler J, Berkefeld J, Neumann-Haefelin T; **MR Stroke Study Group Investigators**, et.al. *Risk assessment of symptomatic intracerebral hemorrhage after thrombolysis using DWI-ASPECTS. Stroke*. 2009 Aug; 40(8):2743-2748. E-pub 2009, June 4. (Dr. Villablanca participated in manuscript editing and review) PMID: 19498190

3. Singer OC, Berkefeld J, Lorenz MW, Fiehler J, Albers GW, Lansberg MG, Kastrup A, Rovira A, Liebeskind DS, Gass A, Rosso C, Derex L, Kim JS, Neumann-Heafelin T, **MR Stroke Study Group Investigators**, et.al.. *Risk of symptomatic intracerebral hemorrhage in patients treated with intra-arterial thrombolysis. Cerebrovascular Diseases.* 2009; 27(4): 368-374. Epub 2009 Feb 16. (Dr. Villablanca participated in manuscript editing and review) PMID: 19218803

4. Shi ZS, Loh Y, Walker G, Duckwiler GR, **MERCI and Multi-MERCI Investigators**, et.al. *Clinical outcomes in middle cerebral artery trunk occlusions versus secondary division occlusions after mechanical thrombectomy: pooled analysis of the Mechanical Embolus Removal in Cerebral Ischemia (MERCI) and Multi MERCI trials. Stroke.* 2010 May: 41 (5) 953-960. Epub 2010 April 8; (Dr. Villablanca participated in manuscript editing and review) PMID: 20378867

5. Shi ZS, Loh Y, Walker G, Duckwiler GR, MERCI, **Multi MERCI Investigators**, et.al. *Endovascular thrombectomy for acute ischemic stroke in failed intravenous tissue plasminogen activator versus non-intravenous tissue plasminogen activator patients: revascularization and outcomes stratified by the site of arterial occlusions. Stroke.* 2010, Jun: 41 (6); 1185-1192. Epub 2010 Apr. 29. (Dr. Villablanca participated in manuscript editing and review) PMID: 20431084

6. Saver JL, Filip B, Hamilton S, Yanes A, Craig S, Cho M, Conwit R, Starkman S; **FAST-MAG Investigators and Coordinators**. *Improving the reliability of stroke disability grading in clinical trials and clinical practice: The Rankin Focused Assessment (RFA). Stroke*. 2010 May;41(5):992-5. PMID: 20360551

J. Pablo Villablanca, M.D., F.A.C.R.

7. Powers WJ, Clarke WR, Grubb RL Jr, Videen TO, Adams HP Jr, Derdeyn CP, **COSS Investigators**. *Extracranial-intracranial bypass surgery for stroke prevention in hemodynamic cerebral ischemia: The Carotid Occlusion Surgery Study randomized trial.* **JAMA**. 2011 Nov 9;306(18):1983-92. (Dr. Villablanca participated in manuscript editing and review) PMID:22068990

8. Kidwell CS, Jahan R, Gornbein J, Alger JR, Nenov V, Ajani Z, Feng L, Meyer BC, Olson S, Schwamm LH, Yoo AJ, Marshall RS, Meyers PM, Yavagal DR, Wintermark M, Guzy J, Starkman S, Saver JL; **MR RESCUE Investigators**. *A trial of imaging selection and endovascular treatment for ischemic stroke.* **N Engl J Med**. 2013 Mar 7;368(10):914-23. (Dr. Villablanca participated in manuscript editing and review) PMID:23394476

9. Rapp SR, Espeland MA, Manson JE, Resnick SM, Bryan NR, Smoller S, Coker LH, Phillips LS, Stefanick ML, Sarto GE; **Women's Health Initiative Memory Study**. *Educational attainment, MRI changes, and cognitive function in older postmenopausal women from the Women's Health Initiative Memory Study.* **Int J Psychiatry Med.** 2013;46(2):121-43. (Dr. Villablanca participated in image interpretation, manuscript editing and review) PMID: 24552037

10. Saver JL, Starkman S, Eckstein M, Stratton S, Pratt F, Hamilton S, Conwit R, Liebeskind DS, Sung G, Sanossian N; **FAST-MAG Investigators and Coordinators**. *Methodology of the Field Administration of Stroke Therapy - Magnesium (FAST-MAG) phase 3 trial: Part 1 - rationale and general methods.* **Int J Stroke.** 2014 Feb;9(2):215-9. (Dr. Villablanca participated in image interpretation, manuscript editing and review) PMID: 24444116

11. Saver JL, Starkman S, Eckstein M, Stratton S, Pratt F, Hamilton S, Conwit R, Liebeskind DS, Sung G, Sanossian N; **FAST-MAG Investigators and Coordinators**. *Methodology of the Field Administration of Stroke Therapy - Magnesium (FAST-MAG) phase 3 trial: Part 2 - prehospital study methods.* **Int J Stroke.** 2014 Feb;9(2):220-5. (Dr. Villablanca participated in image interpretation, manuscript editing and review) PMID: 24444117

12. Saver JL, Starkman S, Eckstein M, Stratton SJ, Pratt FD, Hamilton S, Conwit R, Liebeskind DS, Sung G, Kramer I, Moreau G, Goldweber R, Sanossian N; **FAST-MAG Investigators and Coordinators**. *Prehospital use of magnesium sulfate as neuroprotection in acute stroke.* **N Engl J Med.**. 2015 Feb 5;372(6):528-36. (Dr. Villablanca participated in image interpretation, manuscript editing and review). PMID: 25651247

## C. Research Papers – Peer Reviewed (In Press)

1. Bartzokis G, Lu PH, Raven EP, Amar CP, DeTore NR, Finn JP, **Villablanca P**, Altshuler LL, Mintz J, Ventura J, Casaus LR, Luo JS, Subotnik KL, Nuechterlein KH. *Abnormal Trajectory of Intracortical Myelination in Schizophrenia Implicates White Matter in Disease Pathophysiology and the Mechanism of Action of Antipsychotics.* Accepted 2017. ***Biological Psychiatry: Cognitive Neuroscience and***

J. Pablo Villablanca, M.D., F.A.C.R.

*Neuroimaging.* (Dr. Villablanca participated in image interpretation, manuscript editing and review.)

2. Chien AC, Callender R, Yokota H, Salamon N, Colby G, Wang AC, Szeder V, Jahan R, Tateshima S, **Villablanca JP**, Duckwiler G, Vinuela F, Ye YQ, Hildebr M. *Unruptured Intracranial Aneurysm Growth Trajectory: Occurrence and Rate of Enlargement in 520 Longitudinally-Followed Cases.* Accepted Nov 2018. ***Journal of Neurosurgery.*** (Dr. Villablanca participated in image interpretation, manuscript editing and review.)

### D. Research Papers – Peer Reviewed (Submitted)

1. Shi ZS, Duckwiler G, Jahan R, Tateshima S, Gonzalez N, Szeder V, Saver JL, Kim D, Ali LK, Starkman S, Vespa PM, Salamon N, **Villablanca JP**, Vinuela F, Feng L, Loh Y, Liebeskind D. *Safety of Mechanical Thrombectomy for Large-Vessel Occlusion Strokes with Cerebral Microbleeds.* Submitted Jan 2015. ***JAMA Neurology.***

2. Chang W, Kaila R, Park J, Jahan R, Salamon N, Duckwiler G, Vineula F, and Villablanca JP. *Comparative Analysis of Multidetector Computed Tomography Angiography and 3-Dimensional Rotational Angiography for Intracranial Aneurysm Detection, Characterization and Treatment Planning.* Submitted Oct 2016. ***AJNR.***

3. Lu DC, Hadduck T, Hoffman HA, Geannete CS, Sayre J, **Villablanca JP**. *Aspiration of Symptomatic Post-operative Spinal Seromas Using Low-Dose CT Guidance.* Submitted May 2017. ***Global Spine Journal***.

4. Gaonkar B, **Villablanca JP**. *Quantitative Analysis of Neuroforamina in the Lumbar Spine: An Imaging Informatics and Machine Learning Study.* Submitted July 2018. ***Radiology.***

5. Ge XQ, Zhao HL, Zhou Z, Li X, Sun BB, Wan JQ, Xu JR, **Villablanca J**, Liu XS. *Association of Fractional Flow on 3D-TOF MRA with Cerebral Perfusion in Patients with Middle Cerebral Artery Stenosis.* Submitted Sept 2018. ***Stroke Journal***

### BOOKS

1 Lufkin RB, Borges A, **Villablanca JP** (eds.). Teaching Atlas of Head and Neck Imaging. New York: Thieme Medical Publishers. 1999.

### CHAPTERS

1. Anzai Y, **Villablanca JP**, El-Saden SM, Kioumehr F, Lufkin RB, Hanafee WN. *Magnetic Resonance Imaging of the Head and Neck*, In: R Lufkin (ed), The MRI Manual, 2nd Edition, pp 259-299. New York: Mosby, Inc., 1998.

J. Pablo Villablanca, M.D., F.A.C.R.

2. Borges AR, **Villablanca JP**, Sercarz J, Abemayor E, Castro D, Curran JG, Lufkin RB. *MR guided biopsy in the head and neck.* In: R Lufkin (ed), <u>Interventional MRI</u>, Vol 1, pp 303-308. New York: Mosby, Inc., 1998.

3. **Villablanca JP**, Curran JG, El-Saden S, Lufkin RB. *Low Field Head and Neck Imaging with an Open Scanner.* In: R Lufkin (ed), <u>Open Field MRI</u>. Germany: Springer-Verlag, 1998.

4. **Villablanca JP**, Borges A, Lufkin RB. *Temporal Bone Imaging.* In: RF Cannalis and PR Lambert (eds), <u>The Ear: A Textbook of Otology</u>, pp 295-324. Lippincott-Raven Publishers, 1999.

## REVIEW ARTICLES AND INVITED ARTICLES

1. Kaufman LM, **Villablanca JP**, Mafee MF. *Diagnostic Imaging of Cystic Lesions in the Child's Orbit.* **The Radiologic Clinics of North America**, 1998 Nov; 36(6): 1149-1163. PMID:9884694

2. Kidwell CS, **Villablanca JP**, Saver JL. *Advances in Neuroimaging of Acute stroke.* **Curr Atheroscler Rep.** 2000 Mar; 2:126-135. PMID:11122736

3. **Villablanca P**, Curran J, Arnold A, Lufkin R. *Orbit and Optic Nerve.* **Top Magn Reson Imaging**. 8(2):87-110, 1996. PMID: 8784966

## EDITORIALS

NONE

## CASE REPORTS and CASE SERIES

1. **Villablanca JP**, Mafee MF, Kaufman LM, Li S. *Diffuse infiltrating retinoblastoma and simulating lesions: Value of MRI in diagnosis and cliniocopathologic correlation.* **Int J Neuroradiol.** 1998; 4:41-49

2. Miyata H, Chute DJ, Fink J, **Villablanca JP**, Vinters HV. *Lissencephaly with agenesis of corpus callosum and rudimentary dysplastic cerebellum: a subtype of lissencephaly with cerebellar hypoplasia.* **Acta Neuropathol (Berl).** 2004 Jan; 107(1):69-81. Epub 2003 Oct 18. (Dr. Villablanca performed image analysis, data analysis and manuscript review). PMID:14566414

3. *Park JK, **Villablanca JP**. *Feasibility of placement of an anterior cervical epidural blood patch for spontaneous intracranial hypotension: A technical report.* **AJNR Am J Neuroradiol**. 2013 Aug;34(8):E84-6. Manuscript No.: AJNR-12-00430.R1. PMID:23064598

4. Zaw TM, Park JK, Al-Tariq A, Yoo B, **Villablanca JP**. *Feasibility of Ventral Epidural Blood Patch Placement via CT-Guided Transforaminal Approach for the Treatment of Intracranial Hypotension.* **Neurographics** 4:101-105, Jun 2014.

J. Pablo Villablanca, M.D., F.A.C.R.

**PAPERS IN PREPARATION (Research Completed)**

NONE

**ORAL SCIENTIFIC ABSTRACTS and EXHIBITS**

**A.  Abstracts Presented**

1.  Levine MS, Schneider JS, Lloyd RL, Hull CD, Adinolfi AM, **Villablanca JP**, Boylan MK, Buchwald NA.  *Neurophysiological and morphological alterations in caudate neurons in aged cats*. Society for Neuroscience Abstracts: 10:451, 1984.

2.  **Villablanca JP**, Jacobs B, Raleigh MJ, Chugani MR, Curran JG.  *MRI of the vervet monkey brain.  Evaluation of cerebral development in Cercopithecus aethiops sabaeus.* Radiological Society of North America. 78:23, 1992.

3.  **Villablanca JP**, Shih HH-L, Raleigh MJ, Curran JG.  *Maturational changes in brain metabolites of young vervet monkeys by proton magnetic resonance spectroscopy.* Radiological Society of North America, 80:372, 1994.

4.  Filler AG, Tarlo KS, Haynes JA, **Villablanca JP**.  *Iron Oxide Black Blood contrast agent improves nerve image selectivity in MR Neurography.*  SMRM, 1997.

5.  Borges A, **Villablanca JP**, Lufkin RB.  *MR Image guided biopsies in the head and neck: A comparative evaluation of low field open and high field closed MR systems.* 83rd Annual Radiological Society of North America, Paper 205, p:531, 1997.

6.  **Villablanca JP**, Borges AR, Lufkin RB.  *Comparative evaluation of CT versus MR in patients undergoing endoscopic paranasal sinus surgery for inflammatory paranasal sinus disease.* 84th Annual Radiological Society of North America, Paper 209, p: 273, 1998.

7.  **Villablanca JP**, Martin N, Duckwiler GR, Emerick A, Garant M, Viñuela F.  *High-resolution volume rendered helical CTA in patients with intracranial aneurysms.*  84th Radiological Society of North America, Paper 209, p: 155, 1998.

8.  Borges AR, **Villablanca JP**, Abemayor E, Chin K, Lufkin RB.  *Comparison of CT and MR in the imaging diagnosis of rhinosinusitis:  Detection of minimal disease.* 84th Annual Radiological Society of North America, Paper 209, p: 274, 1998.

9.  Chow KL, Cloughsey TF, Sayre JW, **Villablanca JP,** Gobin YP, Viñuela F.  *Factors predictive of response to selective intra-arterial chemotherapy*. 36th Annual American Society of Neuroradiology Meeting, Paper 281, p: 225, 1998.

10. Cloughesy TF, Rich K, Moran C, Olsen J, Piepmeier J, Mechtler L, Fenstermaker R, Watson V, Spence A, Hockberg F, Dion J, Downing G, O'Toole T, Gobin P, **Villablanca JP**, Black KL.  *A multi-center, open label, single arm phase II study of RMP-7 & and carboplatin, administered intra-arterially for the treatment of malignant glioma.*  American Society of Clinical Oncology, 1998.

11. Borges A, Fink J, **Villablanca JP**, Lufkin R. *Necrotizing inflammatory lesions of the sinonasal tract: A new concept.* 32nd Annual Meeting ASHNR, 32, p.38, 1998.

12. Hurst RS, **Villablanca JP**, Levine MS. *Late development of NMDA receptor-mediated synaptic current in the rat striatum.* Society for Neuroscience Abstracts, 24(2):1644, 1998.

13. **Villablanca JP,** Filler AG, Sayre JW, Tarlo KS. *Improved MR neurography with iron oxide contrast agent.* 35th Annual ASNR, Paper 252, p. 208, 1998.

14. Moore AH, **Villablanca JP**, Cherry SE, Pollack DB, Hovda DA. *Quantitative developmental MRI analysis in the vervet monkey does not explain metabolic changes as measured by FDG-PET.* Society for Neuroscience, 24(1): 431, 1998.

15. Branko SM, Duckwiler GR, **Villablanca JP**, Valentino DJ. *Enhanced visualization of angiograms using 3D models. Proceedings of SPIE Medical Imaging 99*: Image Display, Vol. 3658, p. 90-98, 1999.

16. Liebeskind DS, **Villablanca JP**, Oh A, Brion PH, Saver JL, Kidwell CS. *Intracranial and extracranial giant cell arteritis: CTA, MRA and angiographic findings.* American Society of Neurology, 1999.

17. Chow KL, Gobin YP, Cloughesy T, Viñuela F, **Villablanca JP**, Milanese, K. *Complications of Intraarterial Chemotherapy Delivered by Spatial Dose Fractionation in Treatment of Brain Tumors.* ASNR Scientific Paper 26, p. 56, 1999.

18. **Villablanca JP**, Liebeskind DS, Hardart, M, El-Saden S, Martin NA. *CT Angiography and Carotid Artery Stenosis: Plaque Characterization and Quantitation.* ASNR Scientific Paper 95, p. 99, 1999.

19. Kidwell CS, Di Salle F, Starkman S, **Villablanca JP**, Bentson J. *Diffusion weighted magnetic resonance imaging in patients with transient ischemic attacks.* Annals of Neurology, 1999.

20. Liebeskind DS, Saver JL, Lim SR, **Villablanca JP.** *CTA of the Middle Cerebral Artery Elucidates the Association of Wernicke's Aphasia with Cardioembolic Stroke.* 25th International Stroke Conference, New Orleans, LA, 2000.

21. Saver JL, Kidwell CS, Liebeskind DS, Mattiello J, Starkman S, Vespa PM, **Villablanca JP**, Martin NA, Frazee J, Alger JR., *Diffusion-perfusion MRI Evaluation of Peri-Hematomal Ischemia in Hyperacute Intracerebral Hemorrhage.* 52nd Annual Meeting of the American Academy of Neurology, San Diego, CA, 2000.

22. Kidwell CS, Saver JL, Mattiello J, Starkman S, Liebeskind DS, Duckwiler GR, Jahan R, Gobin YP, Viñuela F, Vespa PM, **Villablanca JP**, Woods RP, Alger JR. *Hyperperfusion Following Intra-Arterial Thrombolysis in Humans Demonstrated by Perfusion MRI.* 52nd Annual Academy of Neurology, San Diego, CA, 2000.

J. Pablo Villablanca, M.D., F.A.C.R.

23. Alger JR, Kidwell CS, Mattiello J, Saver JL, Sayre J, Woods RP, Starkman S, **Villablanca JP**, Liebeskind DS, Vespa PM, Jahan, Gobin YP, Duckwiler GR, Viñuela F. *MR Signatures of Cerebral Infarction vs. Reversibility in Acute Stroke Patients Treated with Thrombolytic Therapy.* 8th Scientific Meeting and Exhibition of the International Society for Magnetic Resonance in Medicine, Denver, CO, 2000.

24. *Lim S**, Villablanca JP**, Jahan R, Martin N, Hooshi P, Achiriloaie A. *Aneurysms of the middle cerebral artery: evaluation with volume rendered helical CTA, DSA and 3D TOF-MRA.* 39th Annual ASNR. Oral Paper #186, Pg. 148, ASNR Proceedings, 2001.

25. *Achiriloaie A, **Villablanca JP,** Varjavand B, Hooshi P, Jahan P, Martin N, Duckwiler G, Frazee J, Viñuela F. *Evaluation of posterior fossa aneurysms using volume rendered helical CT angiography.* 39th Annual ASNR. Oral Paper #184, Pg. 147, ASNR Proceedings, 2001.

26. *Dahliwal S, **Villablanca JP**, Jahan R, Hooshi P, Achiriloaie A. *Helical CT angiography versus 3D-TOF-MRA in the detection and characterization of cerebral aneurysms.* 39th Annual ASNR. Oral Paper #185, Pg. 147, ASNR Proceedings, 2001.

27. *Wang L, **Villablanca JP**, Hooshi P, Filler A, Achiriolaie A, Douek M. *Quantitative MR neurography in the evaluation of patients with piriformis syndrome.* 39th Annual ASNR. Oral Paper #198, Pg. 157, ASNR Proceedings, 2001.

28. Tateshima S, Murayama Y, **Villablanca JP**, Morino T, Takahashi H, Tanishita K, Viñuela F. *Intraaneurysmal Flow Dynamics Study Using an Acrylic Aneurysm Model Manufactured from 3D CT Angiogram: Chang of Flow Profile, Pressure, and Shear Stress during One Cardiac Cycle.* 39th Annual ASNR. Oral Paper #292, Pg. 227, ASNR Proceedings, 2001.  Magna Cum Laude Citation.

29. *Bash S, Tillis M, Duckwiler GR, Jahan R, Bentson J, Sayre J, **Villablanca JP**. *Intracranial Vascular Stenosis and Occlusive Disease: Evaluation with CT Angiography, MR Angiography and Conventional Angiography.* 40th Annual ASNR. Oral Paper #279, Pg. 205, ASNR Proceedings, 2002.

30. *Rodriguez FJ, **Villablanca JP**, Jahan R, Duckwiler GR, Sayre J. *Helical CT Angiography in the Detection and Quantitation of Very Small Intracranial Arteries – Correlation with DSA.* 40th Annual ASNR. Oral Paper #284, ASNR Proceedings, 2002.

31. *Tsai J, **Villablanca JP**, Martin NA, Duckwiler GD, Jahan R, Frazee J, Sayre J, Viñuela F. *Evaluation of Cerebral Aneurysms using Volume Rendered CT Angiography versus Digital Subtraction Angiography.* 40th Annual ASNR. Oral Paper #132, Pg. 109, ASNR Proceedings, 2002.

32. Mobin F, Martin NA, Frazee J, Varjavand B, Viñuela F, **Villablanca JP**. *Selecting treatment strategies for complex intracranial aneurysms based on Computed*

J. Pablo Villablanca, M.D., F.A.C.R.

*Tomographic Angiography (CTA) criteria.* AANS American Association of Neurologic Surgeons, April 6-11, Chicago, IL 2002.

33. *Nael K, Suzuki S, Salamon N, **Villablanca JP**, Vinters H. *A case of adult onset neuroaxonal leukodystrophy: MRI findings and review of literature.* Proceedings of the 42nd annual ASNR Meeting, Seattle, WA 2003.

34. Tateshima S, Grinstead J, Nien Y, Sinha S, **Villablanca JP**, Murayama Y, Tanishita K, Viñuela F. *Intraaneurysmal flow visualization using phase-contrast magnetic resonance imaging.* Presented at the 19th Annual Meeting of Japan Society of Intravascular Neurosurgery. Yokohama, Japan, 2003.

35. Tateshima S. Grinstead J, Nien Y, Sinha S, Zauner A, **Villablanca JP**, Duckwiler GR, Viñuela F. *Intra-aneurysmal flow visualization by phase-contrast MRI and catheter angiogram.* 7th Annual Meeting of the American Association of Neurological Surgeons/Congress of Neurological Surgeons and American Society of Interventional and Therapeutic Neuroradiology, San Diego, 2004.

36. Tateshima S, Grinstead J, Sinha S, Nien Y, Murayama Y, **Villablanca JP**, Tanishita K, Viñuela F. *Intra-aneurysmal flow visualization by phase-contrast MRI: feasibility study using a geometrically realistic in vitro aneurysm model.* Scientific paper presented at the 1st Asian Pacific Conference on Biomechanics. Osaka, Japan 2004.

37. *Nael K, **Villablanca JP**, Michaely H, Pope W, Laub G, Finn JP. Contrast enhanced MRA of the carotids with sub-millimeter voxels: *Initial experience at 3.0 Tesla with an eight channel neurovascular coil.* Proceedings of the 13th Annual ISMRM Meeting, Miami, FL, Page 258.  May 22, 2005.

38. *Nael K, **Villablanca JP**, Pope W, Laub G, Finn JP. *Time resolved contrast enhanced MRA of the head and neck at 3.0T: Initial Results.* Proceedings of the 13th Annual ISMRM Meeting, Page 2816, May 13, 2005.

39. *Nael K, **Villablanca JP**, Pope W, Nael A, Laub G, Finn JP. *3/0T MR Angiography in evaluation of intracranial aneurysms: A comparison between time of flight and contrast-enhanced MR angiography with multi-slice CT angiography.* Proceedings of the 14th Annual ISMRM meeting, Seattle, WA, Page 384, May 9, 2006.

40. **Villablanca JP**, Panknin C. *CT Venography: Improved visualization of cerebral cortical veins and dural siniuses using novel subtraction technique.* 92nd Annual Meeting, Radiological Society of North America, Chicago, IL, November 26 – December 1, 2006.

41. **Villablanca JP**, Panknin C. *Visualization of pathology in the petrocavernous internal carotid arteries: comparison of volume rendered subtracted versus unsubtracted helical computed tomography angiography.* 92nd Annual Meeting, Radiological Society of North America, Chicago, IL, Paper 209, p:274, November 26 – December 1, 2006.

42. Liebeskind D, Saver JL, Jahan R, Sanossian N, Starkman S, Ovbiagele B, Kim D, Buck BH, Ali LK, Yun S, Vespa P, Salamon N, **Villablanca JP**, Vinters HV, Viñuela F, Duckwiler G. *Cerebral microbleeds associated with mechanical thrombectomy*. AHA/ASA International Stroke Conference, San Francisco, CA. February 7-9, 2007.

43. Liebeskind D, Alger JR, Bang OY, Buck BH, Starkman S, Ovbiagele B, Kim D, Sanossian N, Ali LK, Jahan R, Duckwiler G, Viñuela F, Salamon N, **Villablanca JP**, Saver JL. *Novel MRI permeability technique demonstrates early subarachnoid contrast leakage in acute ischemic stroke*. AHA/ASA International Stroke Conference, San Francisco, CA. February 7-9, 2007.

44. Liebeskind D, Laughton AL, Glenn TC, **Villablanca JP**, Saver JL. *Hemodynamic implications of the gender gap in intracranial stenosis*. AHA/ASA International Stroke Conference, San Francisco, CA. February 7-9, 2007.

45. Liebeskind D, Buck BH, Alger JR, Sanossian N, Bang OY, Kim D, Ovbiagele B, Starkman S, Ali LK, Jahan R, Duckwiler G, Viñuela F, Salamon N, **Villablanca JP**, Saver JL. *Linear mismatch: Rapid and reliable determination of penumbra in acute stroke*. AHA/ASA International Stroke Conference, San Francisco, CA. February 7-9, 2007.

46. Liebeskind D, Oh YB, Ovbiagele B, Starkman S, Doojin K, Nerses SB, Yun S, Vespa P, Salamon N, **Villablanca JP**, Jahan R, Duckwiler G, Viñuela F. *Collateral Flow Markedly Reduces Hemorrhagic Transformation in Acute Stroke*. Abstract # 684, Presentation 66, AHA/ASA International Stroke Conference, San Francisco, CA. February 7-9, 2007.

47. Liebeskind D, Oh YB, Ovbiagele B, Starkman S, Saver J, Buck B, Salamon N, **Villablanca JP**, Jahan R, Duckwiler G, Viñuela F. *Pre-morbid Statin Use, Cholesterol Level and Symptomatic Hemorrhagic Transformation After Thrombolysis for Acute Stroke*. Abstract # 2418, Presentation 76, AHA/ASA International Stroke Conference, San Francisco, CA. February 7-9, 2007.

48. Saver J, Starkman S, Doojin K, Liebeskind D, Sanossian N, Ali L, Buck B, Salamon N, **Villablanca JP**, Jahan R, Duckwiler G, Viñuela F. *Early Recurrent Ischemia after Intra-arterial Recanalization Therapy*. Abstract #2455, Presentation 125, AHA/ASA International Stroke Conference, San Francisco, CA. February 7-9, 2007.

49. Buck B, Liebeskind D, Bang O, Alger J, Starkman S, Ovbiagele B, Kim D, Sanossian N, Salamon N, **Villablanca JP**, Jahan R, Duckwiler G, Viñuela F, Vespa P, Ali L, Saver J. *A Prehospital Stroke Severity Scale Identifies Ischemic Stroke Patients Likely Harboring Persisting Large Vessel Occlusions*. Abstract # 1832, Presentation P29, AHA/ASA International Stroke Conference, San Francisco, CA. February 7-9, 2007.

50. Buck B, Liebeskind D, Bang O, Alger J, Starkman S, Ovbiagele B, Kim D, Sanossian N, Salamon N, **Villablanca JP**, Jahan R, Duckwiler G, Viñuela F, Vespa P, Ali L, Saver J. *Improved Clinical-Diffusion Mismatch Identification of Penumbral*

*Tissue by Patient Severity Adjustment.* Abstract # 2706, AHA/ASA International Stroke Conference, San Francisco, CA. February 7-9, 2007.

51. Lell M, Ditt H, Panknin C, Sayre J, Ruehm S, **Villablanca JP**. *Bone Subtraction CTA: Two Advanced Algorithms for Compensating Interscan Motion.* Abstract # 2275, 107th Annual Meeting of ARRS, Orlando, FL, May 6-11, 2007.

52. Saleh RS, Lohan DG, **Villablanca JP**, Duckwiler GR, Kee ST, Finn JP. *Evaluation of Cranio-Spinal Arteriovenous Malformations with Contrast-enhanced MR Angiography.* RSNA 2007 Annual Meeting, Chicago, IL, Nov 25-30 2007.

53. Lell MM, Ditt H, Nael K, Klotz E, **Villablanca JP**, Panknin C. *DSA for CT: Automatic Bone Removal for 3D Visualization of Intracranial Structures.* RSNA 2007 Annual Meeting, Chicago, IL, Nov 25-30 2007.

54. Liebeskind D, Alger JR, Bang OY, Buck BH, Norman JC, Starkman S, Kim D, Ali LK, Ovbiagele B, Towfighi A, Shah SH, Jahan R, Duckwiler G, Viñuela F, Salamon N, **Villablanca JP**, Saver JL. *Benign oligemia reflects collateral perfusion: MRI and angiography of low perfusion hyperemia in humans.* 33rd Annual AHA/ASA International Stroke Conference, New Orleans, LA. February 20-22, 2008.

55. Liebeskind D, Alger JR, Buck BH, Schaewe T, Bang OY, Starkman S, Kim D, Ali LK, Ovbiagele B, Salamon N, **Villablanca JP**, Saver JL. *Flow heterogeneity MRI reveals compensatory changes in the microcirculation during acute ischemic stroke.* 33rd Annual AHA/ASA International Stroke Conference, New Orleans, LA. February 20-22, 2008.

56. Bartzokis G, Lu PH, Tingus K, Tishler TA, Peters DG, Richard A, Mintz J, **Villablanca P**, Finn JP, Laub G, Connor JR. *P1-121 - Influence of iron genes and gender on brain iron and cognition.* 2009 International Conference on Alzheimer's Disease, Vienna, Austria. July 12, 2009.

57. *Samim M**, Villablanca JP**. *Longitudinal Analysis of MR Imaging Characteristics in Experimental Model of Cauda Equina Injury.* Presentation Unique #: Paper 34, Control #: 551**,** American Society for Neuroradiology (ASNR), 48th Annual Meeting, Boston, MA, May 17, 2010.

58. *Obukhoff D, **Villablanca JP**. *Experimental Longitudinal MR Imaging of Cauda Equina Injury Model: Impact of Graft Interposition.* Presentation Unique #: Paper 35, Control #:625, American Society for Neuroradiology (ASNR), 48th Annual Meeting, Boston, MA, May 17, 2010.

59. *Obukhoff D, **Villablanca, JP**. *Experimental MR Imaging of Cauda Equina Injury Model: Initial Feasibility.* Presentation Unique #: Paper 36, Control #:624, American Society for Neuroradiology (ASNR), 48th Annual Meeting, Boston, MA, May 17, 2010.

J. Pablo Villablanca, M.D., F.A.C.R.

60. Liebeskind DS, Sanossian N, **Villablanca P**, Starkman S, Scalzo F, Hao Q, Hernandez A, Avelar JL, Chatfield F, Conwit R, Saver JL. *CT Findings at the Earliest Stages of Ischemia: Imaging from the FAST-MAG Prehospital Stroke Trial.* AHA/ASA International Stroke Conference, Los Angeles CA, Feb 8-11, 2011.

61. Obukhoff D, Samin M, Nieto JH, Ohlsson M, Sayre JW, Christie KL, Hayton LA, **Villablanca JP**. *MR Imaging of Cauda Equina Injury in an experimental animal model – early changes*, 10-minute oral presentation. American Society of Neuroradiology (ASNR), 49th Annual Meeting, Seattle WA; June 4-9, 2011.

62. Abels B, **Villablanca JP**, Tomandi BF, Uder M, Lell MM. *CT Perfusion in Acute Stroke: Comparison of Different Algorithms and Validation of Ischemic Lesions.* Radiological Society of North America (RSNA) 2011 Annual Meeting, McCormick Place, Chicago, IL, Nov 27-Dec 2, 2011.

63. Burgos AM, Sanossian N, Liebeskind D, Groysman L, **Villablanca JP**, Conwit R, Eckstein M, Starkman S, Saver JL. *Imaging Findings at the Earliest Stage of Intracerebral Hemorrhage.* FAST-MAG Poster at the 2012 International Stroke Conference, Abstract # 43:A3173, 2012

64. *Nael K, Meshksar A, Salamon N, Ellingson B, **Villablanca JP**. *Reducing the Contrast Dose for Dynamic Susceptibility Contrast Perfusion at 3.0 Tesla for Stroke Evaluation: A Feasibility and Comparative Analysis.* Abstract # 12031494, Radiological Society of North America (RSNA) 2012 Annual Meeting, McCormick Place, Chicago, IL, Nov 25-30, 2012.

65. *Nael K, Meshksar A, Linetsky M, Pirastehfar M, Salamon N, Ellingson B, **Villablanca JP**. *Addition of Low-Dose Contrast Enhanced MRA at 3.0T in the Assessment of Acute Stroke: A More Efficient and Accurate Stroke Protocol.* Abstract # 12031470, Radiological Society of North America (RSNA) 2012 Annual Meeting, McCormick Place, Chicago, IL, Nov 25-30, 2012 and Paper #396 American Society of Neuroradiology (ASNR) 50th Annual Meeting, New York, NY, April 4, 2012.

66. *Nael K, Meshkar A, Salamon N, Ellingson B, **Villablanca JP**. *Peri-Procedural ASL and DSC Perfusion in Detection of Cerebral Blood Flow in Patients with Acute Ischemic Syndrome.* International Stroke Conference (ISC) 2013 Annual Meeting, Honolulu Convention Center in Honolulu, HI, Feb 6 – Feb 8, 2013 and 44th Annual Western Neuroradiological Society (WNRS) Meeting, Sedona, AZ; October 18-20, 2012.

67. *Nael K, Salamon N, Ellingson B, **Villablanca JP**, Liebeskind DS, Meshkar A. *Comparison of Arterial Spin Labeling and Dynamic Susceptibility Contrast Perfusion for Quantitative Evaluation of Mismatch in Successfully Recanalized Acute Stroke Patients.* Abstract # 4068. International Stroke Conference (ISC) 2013 Annual Meeting, Honolulu Convention Center in Honolulu, HI, Feb 6-8, 2013.

J. Pablo Villablanca, M.D., F.A.C.R.

68. *Nael K, Meshkar A, Ellingson B, Salamon N, **Villablanca JP**. *Quantitative Evaluation of Mismatch in Recanalized Acute Stroke Patients: Comparison Between Arterial Spin Labeling and Dynamic Susceptibility Contrast Perfusion*. International Society for Magnetic Resonance in Medicine (ISRMM) 2013 Annual Meeting, Salt Lake City, UT, Apr 20-26, 2013.

69. Liebeskind D, Sanossian N, Starkman S, **Villablanca P**, Burgos AM, Scalzo F, Johnson MS, Eckstein M, Stratton S, Pratt F, Conwit R, Hamilton S, Saver JL. *Unique ASPECTS of Conditioning? Prior TIA or Atrial Fibrillation and Early CT Findings in FAST-MAG*. International Stroke Conference 2015 Annual Meeting, Nashville, TN, Feb 11-13, 2015.

70. **Villablanca JP**. *Characteristics of Asymptomatic Unruptured and Ruptured GrowingCerebral Aneurysms Identified by CTA*. Abstract # 59.  O-406.    American Society for Neuroradiology (ASNR), 53rd Annual Meeting, Sheraton Chicago Hotel & Towers in Chicago, Il, April 29, 2015.

71. Chang W, **Villablanca P**, Chien A, *Hemodynamic Analysis for Risk Assessment and Stratification of Intracranial Pathology*. 101st Annual Meeting of the Radiological Society of North America (RSNA), Chicago, IL, November 2015.

72. Chien A, Liang F, Sayre J, Salamon N, **Villablanca P**, Fernando Vinuela F. *Abstract TP82: The Growth of Small, Asymptomatic, Unruptured Intracranial Aneurysms with no History of SAH -Different Risk Factors Associated with Single and Multiple Aneurysms*. International Stroke Conference Poster Abstract, Stroke. 2013;44:ATP82, Published Nov 10, 2015.

73. Chang W, Chien A, **Villablanca P**. *Visualizing Risk: The Role of 3D Imaging for Assessment, Follow-up, and Treatment Planning of Intracranial Cerebral Aneurysms*. 101st Annual Meeting of the Radiological Society of North America (RSNA), Chicago, IL, November 2015.

74. Lau V, Yu Q, Liang F, Qi T, **Villablanca P**, Chien A. *Abstract WP89: Hemodynamic Differences Found Between Growing and Stable Aneurysms of Comparable Dome and Neck Sizes*. International Stroke Conference Poster Abstracts, Session Title: Aneurysm Posters I, Stroke. 2016;47:AWP89, Published Feb 16, 2016.

75. *Chang W, Chien AC, **Villablanca JP**. *The Role of Hemodynamics in Assessing Risk of Growth and Rupture of Intracranial Aneurysms*. Electronic Educational Exhibit #: eEdE-175. American Society for Neuroradiology (ASNR), 54th Annual Meeting, Washington Marriott Wardman Park in Washington DC, May 23-26, 2016.

76. Chang W, Loecher M, Chien A, Ennis D, **Villablanca JP**. *High Resolution Phase Contrast MRA (4D-Flow): Initial Clinical Experience / Image Quality Comparison with 3D-TOF*.  ISRMM MR Flow Meeting, San Francisco, CA, October 2016.

Asterisk (*) denotes undergraduate, medical student, radiology resident or radiology fellow working under the direct supervision of Dr. Villablanca.

J. Pablo Villablanca, M.D., F.A.C.R.

**B. Education Exhibits**

1. Kim KD, Masciopinto JE, **Villablanca, JP**, Johnson JP.  *Applications of frameless stereotaxy for C1-C2 transarticular screw placement: a validation study.* Poster Presentation AANS, 1998.

2. **Villablanca JP**, Murayama Y, Viñuela F.   *3D helical CT angiography in the evaluation of experimentally created carotid artery aneurysm--Validation study in a swine model.*  Poster Presentation, ASNR, 1998.

3. **Villablanca JP**, Arnold AC, Gobin PY. *3D Helical CT Angiography:  Imaging the Microcirculatory Supply of the Swine Orbit.* Poster Presentation 103A, p:297, 1998.

4. Masciopinto JE, Block O, **Villablanca JP**, Johnson JP.  *Frameless stereotaxy for cervical pedicle screws.* Poster Presentation AANS, 1998.

5. *Liebeskind DS, Koral K, Hardart M, **Villablanca JP.** *CT Angiography of CNS Vasculitis.* Poster Presentation 45, 273, ASNR, 1999.

6. *Hooshi P, **Villablanca JP,** Achiriloaie A, Jahan R, Martin N, Frazee J, Lim S. *Comparative evaluation of aneurysms of the internal carotid artery bifurcation region using helical CT angiography.* Poster #99, 39TH Annual ASNR, 2001.

7. Tateshima S, Yamaguchi T, Murayama Y, **Villablanca J**, Viñuela F, Tanishita K. *Simulation of Intraaneuyrsmal Flow Dynamics in Computational and Acrylic Aneurysm Models.*  Scientific Exhibit #61, Pg. 480, 39th Annual ASNR, 2001.

8. *Park J, Salamon N, Duckwiler GR, Viñuela F, Sayre J, **Villablanca JP**. *Comparative Analysis of 3-Dimensional Rotation Angiography versus 3-Dimensional Computed Tomography Angiography for Intracranial Aneurysm Treatment Detection and Planning.* Abstract # 3620, International Stroke Conference (ISC) 2013 Annual Meeting, Honolulu Convention Center in Honolulu, HI, Feb 6 – Feb 8, 2013.

9. *Park J, Yoo B, **Villablanca JP**. *Feasibility of Placement of an Anterior Cervical Epidural Blood Patch for Spontaneous Intracranial Hypotension Secondary to a Ventral Dural Tear.* Control #: 13-EE-1293-ASNR. American Society of Neuroradiology (ASNR) 51st Annual Meeting, San Diego Convention Center in San Diego, CA, May 18-22, 2013.

10. *Park J, Yoo B, **Villablanca JP**. *CT-Guided Transforaminal Ventral Epidural Blood Patch for the Treatment of Intracranial Hypotension.* Control #: 13-EE-1446-ASNR. American Society of Neuroradiology (ASNR) 51st Annual Meeting, San Diego Convention Center in San Diego, CA, May 18-22, 2013.

11. Yoo B, *Park J, Bentson J, **Villablanca JP**. *Technique for CT Localization of Site of Leakage in Patients with Symptomatic Ventral Cerebrospinal Fluid Leaks.* Control #:

J. Pablo Villablanca, M.D., F.A.C.R.

EE-1478-ASNR. American Society of Neuroradiology (ASNR) 51st Annual Meeting, San Diego Convention Center in San Diego, CA, May 18-22, 2013.

12. *Ohlsson M, Nieto JH, **Villablanca P**, Christe KL, Havton LA. Perioperative imaging studies and intra-operative EMG monitoring as guide for surgical repair of avulsed ventral roots using intercostal nerve grafts in Rhesus macaques. Society for Neuroscience 43rd Annual Meeting, San Diego, CA, November 11, 2013.

13. *Park JK, Yoo BY, **Villablanca JP**. *Patch It Up: Novel Techniques for the Localization and Percutaneous Management of Complex Spinal Dural Tears.* Radiological Society of North America Annual Meeting (RSNA) 2013 Annual Meeting, McCormick Place, Chicago, December 1-6 2013.

14. Sanossian N, Burgos AM, Liebeskind DS, **Villablanca JP**, Hamilton S, Starkman S, Saver JL. *Intracerebral Hemorrhage Posters I.* International Stroke Conference 2014, San Diego, CA, February 11-14 2014.

15. Tishler TA, Bartzokis G, Alphs L, Brown B, Yue Y, **Villablanca JP**, Subotnik KL, Nuechterlein KH, Ellingson BM. *Intracortical Myelination Within the Frontal Lobe as a Potential Biomarker for Therapeutic Effectiveness in Antipsychotics Using MRI With Selective Myelin-Lipid Suppression at 1.5T and 3T.* 16th Annual International Congress on Schizophrenia Research (ICOSR) Meeting. San Diego, March 24-28, 2017.

16. *Chang W, Loecher M, Ennis DB, Chien, A, **Villablanca JP.** *Image Quality Comparison of High Resolution PC-MRA (4D-Flow) with Time of Flight in Healthy Volunteers.* ISMRM 25th Annual Meeting & Exhibition in Honolulu, Hawaii, 22-27 April 2017, Submitted and Under Review.

17. *Chang W, Loecher M, Chien A, Ennis D, and **Villablanca JP**. *High Resolution Velocity Encoded PC-MRA (4D Flow): Image Quality Comparison with 3D Time of Flight MRA.* American Society of Neuroradiology (ASNR) 2017, Long Beach, CA Apr 22-27, 2017.

18. Tishler TA, Bartzokis G, Alphs L, Brown B, Yue T, **Villablanca JP**, Subotnik KL, Nuechterlein KH, Ellingson BM. *Frontal Lobe Intracortical Myelination as a Potential Biomarker for Therapeutic Effectiveness in Antipsychotics Using MRI at 1.5T and 3T.* 2017 American Psychiatric Association (APA) Annual Meeting; May 20–24, 2017; San Diego, CA.

19. Chiang J, Chang W, Loecher M, Chien A, Ennis D, and **Villablanca, JP**. *4D Flow MRA: Diverse Clinical Applications of Hemodynamics.* 101st Annual Meeting of the Radiological Society of North America (RSNA), Chicago, IL, Nov 2017.

20. Chang W, Loecher M, Chien A, Ennis D, **Villablanca JP**. *4D Flow MRA: Clinical Applications of Hemodynamic and Flow Data for Evaluation of Intracranial Pathologic Processes.* 101st Annual Meeting of the Radiological Society of North America (RSNA), Chicago, IL, Nov 2017

J. Pablo Villablanca, M.D., F.A.C.R.

21. Vilaisaktipakorn P, Shkirkova K, Sanossian N, Liebeskind D, **Villablanca P**, Starkman S, Eckstein M, Stratton S, Pratt F, Conwit R, Hamilton S, Saver JL. *Imaging Predictors of Intracerebral Hemorrhage Expansion in Hyperacutely-Presenting Patients.* International Stroke Conference (ISC) 2018, Jan. 24–26, 2018.

22. Vilaisaktipakorn P, Shkirkova K, Brown CD, Avila-Rinek G, Sanossian N, Liebeskind D, **Villablanca P**, Starkman S, Eckstein M, Stratton S, Pratt F, Conwit R, Hamilton S, Saver JL. *Frequency, Determinants, and Outcomes of Intracerebral Hemorrhage Expansion in Hyperacute EMS-Transported Patients.* International Stroke Conference (ISC) 2018, Jan. 24–26, 2018.

23. Chang W,  Chiang J, Loecher M, Chien A, Kaneko N, Ennis D, and **Villablanca J**. *4D Flow MRA for Assessment of Intracranial Pathologic Processes; Discussion of New Techniques and Review of Existing Techniques.* 56th annual meeting of the American Society of Neuroradiology. June 2 - 7, 2018 Vancouver Convention Centre East Vancouver, BC, Canada.

24. Chang W, Kaneko N, Loecher M, Chiang J, Chien A, Ennis D, and **Villablanca J**. *Comparison of Wall Shear Stress and Flow Morphology in a Patient with an Intracranial Aneurysm with Aneurysm Model of the Same Patient Generated Using 3D Printing.* 56th annual meeting of the American Society of Neuroradiology. June 2 - 7, 2018 Vancouver Convention Centre East Vancouver, BC, Canada.

25. Chang, W., Loecher, M., Chiang, J,  Chien, A., Ennis, D., and **Villablanca, J.** *Relative Pressure Measurements Acquired Using 4D-Flow MRA Compared With Intravascular Catheter Measurements in Patients with Cerebral Aneurysms.* 56th annual meeting of the American Society of Neuroradiology. June 2 - 7, 2018 Vancouver Convention Centre East Vancouver, BC, Canada.

26. Jahan R, **Villablanca JP**, Harris RJ, Duarte-Vogel S, Williams CK, Vinters HV, Rao N, Enzmann DR and Ellingson PhD BM. *Selective Middle Cerebral Artery Occlusion In The Rabbit: Technique And Characterization With Pathology and Multimodal MRI.* Society of NeuroInterventional Surgery (SNIS) 15th Annual Meeting. July 23-26, 2018. Hilton San Francisco Union Square, San Francisco, CA.

27. Chang W. and **Villablanca JP**. *Imaging Findings in CNS Infection: A Systematic Review.*  104th annual meeting of the Radiological Society of North America. Nov 25-30, McCormick Place, Chicago IL.

28. Chang W, Chiang J, Loecher M, Chien A, Ennis D, and **Villablanca JP**. *Risk Stratification of Intracranial Vascular Pathology using 4D Flow MRA: The Role of Hemodynamics.* 104th annual meeting of the Radiological Society of North America. Nov 25-30, McCormick Place, Chicago IL.

Asterisk (*) denotes undergraduate, medical student, radiology resident or radiology fellow working under the direct supervision of Dr. Villablanca.

## C.  Submitted Abstracts

J. Pablo Villablanca, M.D., F.A.C.R.

1. Chang D,  Yokota H, Morimoto E, Salamon N, **Villablanca P**, Duckwiler G, Chien A. *Growing intracranial aneurysms in older patients tend to have higher annual growth rates.* International Stroke Conference 2018

2. Perez-Rosendahl M, **Villablanca JP**, Silverman D, Salamon N, Fallah A, and Vinters H. *Hyaline Protoplasmic Astrocytopathy.* Canadian Association of Neuropathologists October 2017

## LIST OF CO-AUTHORS

| | | |
|---|---|---|
| Abemayor E, MD | Bentson J, MD | Dahliwal S, MD |
| Achiriolaie A, MD | Bergsneider M, MD | Demchuk AM, MD |
| Adinolfi AM, MD | Black KL, MD | Demer JL, MD |
| Alger JR, PhD | Borges AR, MD | DeSalles AA, MD |
| Altshuler LL, MD | Buchwald NA, MD | Douek M, MD |
| Anzai Y, MD | Buckberg GD, MD | Duckwiler GR, MD |
| Arnold AC, MD | Cagnon CH, MD | El-Saden SM, MD |
| Bahrami S, MD | Chien A, PhD | Ellingson BS, MD |
| Bang OY, MD | Chow KL, MD | Engel SA, MD |
| Bartzokis G, MD | Chugani MR, MD | Ennis DB, PhD |
| Bash S, MD | Cloughesy TF, MD | Enzmann D, MD |
| Batzdorf U, MD | Coiteiro D, MD | Esposito F, MD |
| Becker DP, MD | Curran JG, MD | Farahani K, MD |

J. Pablo Villablanca, M.D., F.A.C.R.

Filler AG, MD, PhD
Fink J, MD
Finn JP, MD
Frazee J, MD
Fredieu A, MD
Frew AJ, MD
Froehler MT, MD
Geschwind DH, MD
Gobin P, MD
Gobin YP, MD
Goldberg RA, MD
Gonzalez N, MD
Grinstead JW, MD
Gupta R, MD
Harley EM, MD
Havton L, MD
Hooshi P, MD
Hovda DA, PhD
Hull CD, MD
Jahan R, MD
Johnson JB
Johnson JP, MD
Juncosa A
Kabbinavar F, MD
Kapur R, MD
Kelly DF, MD
Kidwell CS, MD
Kim D, MD
Kim KD, MD
Kim KH, MD
Kioumehr F, MD
Laub G, MD
Lee JJ, MD
Loecher M, PhD
Levine MS, MD
Liau LM, MD
Liebeskind DS, MD
Loh Y, MD
Lu DS, MD
Lufkin RB, MD
Marder VJ, MD
Martin NA, MD
Masamed R, MD
Mattielo J, MD
Mazziotta JC, MD
McArthur DA, MD
McBride DQ, MD
McCollough CH, MD

McNamara TO, MD
McNitt-Gray M, MD
Mechtler L, MD
Mobin F, MD
Murayama Y, MD
Nael A, MD
Nael K, MD
Nerses SB, MD
Nieto JH, MD
Nuechterlein KH, PhD
Obukhoff, D, MD
Oh YB, MD
Ovbiagele B, MD
Panknin C
Park J, MD
Phelps ME
Pope WB, MD, PhD
Prager J, MD
Raman SS, MD
Rastogi S, MD
Restrepo L, MD
Rheum SG, MD
Rodriguez FJ, MD
Rubino GJ, MD
Salamon N, MD
Saleh RS, MD
Samim, M, MD
Sanossian N, MD
Saver JL, MD
Sayre JW, PhD
Sepahdari AR, MD
Sercarz J, MD
Shih HH-L, MD
Silverman IE
Singer OC
Sinha S, MD
Starkman S, MD
Stockman T, MD
Suh R, MD
Tateshima S, MD
Tishler TA, MD
Tomasian A, MD
Tsai J, MD
Valentino DJ, PhD
Van De Weile B, MD
Vespa PM, MD
Vilaisaktipakorn P, MD

Vinters HV, MD
Viñuela F, MD
Woods RP, MD
Yoo BY, MD
Yoon SR, MD
Zauner A, MD

# Exhibit B

Dr. Pablo Villablanca - Materials Considered List (Stevick)

| Depositions |
| --- |
| Elaine Stevick Deposition Transcript (11/9/2018) |
| **Expert Reports** |
| Andrei Shustov, M.D. *Stevick* Report (11/21/2018) |
| Chadi Nabhan, M.D. *Stevick* Report (11/21/2018) |
| Dennis Weisenburger, M.D. *Stevick* Report (11/21/2018) |
| William Sawyer, Ph.D. *Stevick* Report (11/21/2018) |
| **Medical Records** |
| Elaine Stevick Radiology Materials (See attached index) |
| Elaine Stevick Medical Records (See attached index) |
| **Miscellaneous** |
| Complaint |
| Plaintiff Fact Sheet |

Elaine Stevick

Radiology Records Index

| Custodian | Custodian Info | Date Of Test | Type Of Test | Film # |
|-----------|----------------|--------------|--------------|--------|
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 12/24/2014 | MRI Brain w/o Contrast (14 se.) + 4 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000001CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 12/28/2014 | MRI Brain w Contrast (3 se.) + 3 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000002CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 5/19/2015 | MRI Brain w/o Contrast (10 se.) + 7 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000001CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 5/28/2015 | XR Chest 2 Views + 1 doc. | Confidential-Stevick-EStevick-KPRCMC-RD-000001CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 7/15/2015 | MRI Brain w/o Contrast (4 se.) + 6 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000003CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 7/15/2015 | MRI Brain w/wo Contrast (7 se.) | Confidential-Stevick-EStevick-KPRCMC-RD-000003CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 7/15/2015 | MRI Lumbar Spine w/wo Contrast (8 se.) + 8 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000003CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 9/21/2015 | MRI Brain w/wo Contrast (11 se.) + 6 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000003CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 9/30/2015 | XA Thorax (1 clip) | Confidential-Stevick-EStevick-KPRCMC-RD-000004CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 9/30/2015 | XA Thorax/Removal Port (1 clip) + 1 doc. | Confidential-Stevick-EStevick-KPRCMC-RD-000005CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 11/10/2015 | XR Bone Density Generic + 2 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000005CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 11/22/2015 | MRI Brain w/o Contrast (10 se.) + 6 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000005CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 3/14/2016 | MRI Brain w/wo Contrast (10 se.) + 8 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000005CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 3/14/2016 | MRI Brain w/wo Contrast (2 se.) | Confidential-Stevick-EStevick-KPRCMC-RD-000006CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 5/16/2016 | MRI Brain w/wo Contrast (10 se.) + 7 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000006CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 9/13/2016 | MRI Brain w/wo Contrast (12 se.) + 6 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000006CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 11/14/2016 | MRI Brain w/wo Contrast (12 se.) + 6 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000006CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 1/2/2017 | XR Chest 2 Views + 1 doc. | Confidential-Stevick-EStevick-KPRCMC-RD-000007CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 1/17/2017 | MRI Brain w/wo Contrast (11 se.) + 6 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000007CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 3/19/2017 | MRI Brain w/wo Contrast (13 se.) + 5 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000007CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 3/19/2017 | MRI Brain w/wo Contrast (2 se.) | Confidential-Stevick-EStevick-KPRCMC-RD-000008CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 5/19/2017 | MRI Brain w/wo Contrast (11 se.) + 6 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000008CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 6/20/2017 | XR Bone Density Generic + 2 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000008CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 7/10/2017 | MG Mammogram Generic + 2 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000008CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 1/24/2018 | MRI Brain w/wo Contrast (11 se.) + 7 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000008CD |
| Kaiser Permanente Redwood City Medical Center | 1100 Veterans Blvd. Redwood City, CA 94063 | 8/1/2018 | MRI Brain w/wo Contrast (12 se.) + 5 docs. | Confidential-Stevick-EStevick-KPRCMC-RD-000008CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 9/26/2011 | CT Head wo Contrast (5 se.) | Confidential-Stevick-EStevick-KPSRMC-RD-000001CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 10/13/2011 | MRI Brain w/wo Contrast (9 se.) + 6 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000001CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 10/13/2011 | MRI Brain w/wo Contrast (1 se.) | Confidential-Stevick-EStevick-KPSRMC-RD-000002CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 12/24/2014 | CT Chest, Abdomen and Pelvis (6 se.) + 5 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000002CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 12/24/2014 | US OB (4 clips, 16 stills) + 2 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000002CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 12/24/2014 | MRI Brain w/wo Contrast (14 se.) + 4 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000003CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 12/24/2014 | US OB (2 clips, 25 stills) | Confidential-Stevick-EStevick-KPSRMC-RD-000003CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 12/28/2014 | MRI Brain w Contrast (3 se.) + 3 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000003CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 12/30/2014 | MRI Brain (1 se.) + 3 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000003CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 12/30/2014 | MRI Brain (14 se.) | Confidential-Stevick-EStevick-KPSRMC-RD-000004CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticello Road San Rafael, CA 94903 | 1/23/2015 | MRI Brain w/wo Contrast (10 se.) + 6 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000004CD |

Elaine Stevick
Radiology Records Index

| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 1/30/2015 | CT Abdomen and Pelvis w Contrast (3 se.) + 5 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000004CD |
|---|---|---|---|---|
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 1/30/2015 | CT Abdomen and Pelvis w Contrast (3 se.) | Confidential-Stevick-EStevick-KPSRMC-RD-000005CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 3/24/2015 | MRI Brain w/wo Contrast (9 se.) + 7 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000005CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 5/19/2015 | MRI Brain w/wo Contrast (10 se.) + 7 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000005CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 7/15/2015 | MRI Brain w/wo Contrast (3 se.) + 6 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000005CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 7/15/2015 | MRI Brain w/wo Contrast (7 se.) | Confidential-Stevick-EStevick-KPSRMC-RD-000006CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 7/15/2015 | MRI Lumbar Spine w/wo Contrast (8 se.) + 8 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000006CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 7/15/2015 | MRI Brain w/wo Contrast (2 se.) | Confidential-Stevick-EStevick-KPSRMC-RD-000006CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 7/16/2016 | MRI Brain w/wo Contrast (12 se.) + 5 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000006CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 9/13/2016 | MRI Brain w/wo Contrast (12 se.) + 6 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000006CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 11/14/2016 | MRI Brain w/wo Contrast (2 se.) + 6 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000006CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 11/14/2016 | MRI Brain w/wo Contrast (11 se.) | Confidential-Stevick-EStevick-KPSRMC-RD-000007CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 1/17/2017 | MRI Brain w/wo Contrast (11 se.) + 6 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000007CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 3/19/2017 | MRI Brain w/wo Contrast (14 se.) + 5 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000007CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 5/19/2017 | MRI Brain w/wo Contrast (11 se.) + 2 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000008CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 7/11/2017 | MRI Brain w/wo Contrast (11 se.) + 7 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000008CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 1/24/2018 | MRI Brain w/wo Contrast (11 se.) + 7 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000008CD |
| Kaiser Permanente San Rafael Medical Center | 99 Monticillo Road San Rafael, CA 94903 | 8/1/2018 | MRI Brain w/wo Contrast (12 se.) + 5 docs. | Confidential-Stevick-EStevick-KPSRMC-RD-000008CD |

Elaine Stevick
Medical Records Index

| Provider Info | Bates Range |
|---|---|
| Cedar Sinai Medical Center (Medical Records) 8700 Beverly Blvd. Los Angeles, CA 90048-2901 (310) 423-2259 | **Bates Range:** Confidential-Stevick-EStevick-CSMC-MD-000001 - Confidential-Stevick-EStevick-CSMC-MD-000001 |
| Cedar Sinai Medical Center (Patient Accounts) 8700 Beverly Blvd. Los Angeles, CA 90048-2901 (310) 423-2259 | **Bates Range:** Confidential-Stevick-EStevick-CSMC-BD-000001 - Confidential-Stevick-EStevick-CSMC-BD-000001 |
| Eye Wellness Center (The) 1383 North McDowell Blvd., Suite 100 Petaluma, CA 94954 (707) 763-6400 | **Bates Range:** Confidential-Stevick-EStevick-EyeWC-000001 - Confidential-Stevick-EStevick-EyeWC-000002 Confidential-Stevick-EStevick-EyeWC-000003 - Confidential-Stevick-EStevick-EyeWC-000004 |
| Internal Revenue Service (RAIVS Team) Stop 37106 Attn: RAIVS Team Fresno, CA 93888 (800) 829-0922 | **Bates Range:** Confidential-Stevick-EStevick-IRS-000001 - Confidential-Stevick-EStevick-IRS-000223 |
| Kaiser Permanente North Valley (Medical Records Department) 1680 East Roseville Pkwy, Suite 151 Attn: Legal ROI Department Roseville, CA 95661 (916) 746-3895 | **Bates Range:** Confidential-Stevick-EStevick-KPNValley-MD-000001 - Confidential-Stevick-EStevick-KPNValley-MD-005123 Confidential-Stevick-EStevick-KPNValley-MD-005124 - Confidential-Stevick-EStevick-KPNValley-MD-005271 |
| Kaiser Permanente North Valley (Patient Accounts) 2835 Mitchell Drive, Suite 200 Walnut Creek, CA 94598 (925) 979-7534 | **Bates Range:** Confidential-Stevick-EStevick-KPNValley-BD-000001 - Confidential-Stevick-EStevick-KPNValley-BD-000102 |

| | |
|---|---|
| Kaiser Permanente Redwood City Medical Center (Radiology Department) 1100 Veterans Blvd. Redwood City, CA 94063 (650) 299-2000 | **Bates Range:** Confidential-Stevick-EStevick-KPRCMC-RD-000001 - Confidential-Stevick-EStevick-KPRCMC-RD-000001 Confidential-Stevick-EStevick-KPRCMC-RD-000002 - Confidential-Stevick-EStevick-KPRCMC-RD-000003 Confidential-Stevick-EStevick-KPRCMC-RD-000004 - Confidential-Stevick-EStevick-KPRCMC-RD-000108 |
| Kaiser Permanente San Francisco Medical Center (Radiology Department) 3200 Arden Way Sacramento, CA 95825 (415) 833-2000 | **Bates Range:** Confidential-Stevick-EStevick-KPSFMC-RD-000001 - Confidential-Stevick-EStevick-KPSFMC-RD-000001 |
| Kaiser Permanente San Rafael Medical Center (Radiology Department) 99 Monticillo Road San Rafael, CA 94903 (415) 444-2966 | **Bates Range:** Confidential-Stevick-EStevick-KPSRMC-RD-000001 - Confidential-Stevick-EStevick-KPSRMC-RD-000001 Confidential-Stevick-EStevick-KPSRMC-RD-000002 - Confidential-Stevick-EStevick-KPSRMC-RD-000003 Confidential-Stevick-EStevick-KPSRMC-RD-000004 - Confidential-Stevick-EStevick-KPSRMC-RD-000112 |
| Kaiser Permanente Santa Rosa Medical Center (Pathology Department) 401 Bicentennial Way Pathology Dept. Santa Rosa, CA 95403 (707) 571-4000 | **Bates Range:** Confidential-Stevick-EStevick-KPSRosaMC-PD-000001 - Confidential-Stevick-EStevick-KPSRosaMC-PD-000001 |
| Petaluma Dental Group 1301 Southpoint Blvd. Petaluma, CA 94954 (707) 622-8038 | **Bates Range:** Confidential-Stevick-EStevick-PDG-000001 - Confidential-Stevick-EStevick-PDG-000009 |
| Petaluma Valley Hospital (Patient Accounts) 141 Stoney Circle, Suite 140 Santa Rosa, CA 95401 (707) 778-1111 | **Bates Range:** Confidential-Stevick-EStevick-PetValHosp-BD-000001 - Confidential-Stevick-EStevick-PetValHosp-BD-000002 Confidential-Stevick-EStevick-PetValHosp-BD-000003 - Confidential-Stevick-EStevick-PetValHosp-BD-000004 |
| Plaintiff Fact Sheet | **Bates Range:** Confidential-Stevick-EStevick-PFS-000001 - Confidential-Stevick-EStevick-PFS-000024 Confidential-Stevick-EStevick-PFS-000025 - Confidential-Stevick-EStevick-PFS-000030 Confidential-Stevick-EStevick-PFS-000031 - Confidential-Stevick-EStevick-PFS-000031 |
| Plaintiff Produced Records | **Bates Range:** Confidential-Stevick-EStevick-PPR-000001 - Confidential-Stevick-EStevick-PPR-007500 Confidential-Stevick-EStevick-PPR-007501 - Confidential-Stevick-EStevick-PPR-015000 Confidential-Stevick-EStevick-PPR-015001 - Confidential-Stevick-EStevick-PPR-020115 |

| | |
|---|---|
| Professional Healthcare At Home<br>Kindred at Home<br>185 North Redwood Drive, Suite 150<br>San Rafael, CA 94903<br>(415) 492-8400 | **Bates Range:** Confidential-Stevick-EStevick-PHH-000001 - Confidential-Stevick-EStevick-PHH-000001 |
| Santa Rosa Memorial Hospital<br>St. Joseph Health<br>(Pathology Department)<br>1165 Montgomery Drive<br>Santa Rosa, CA 95405-4801<br>(707) 546-3210 | **Bates Range:** Confidential-Stevick-EStevick-SantaRMH-PD-000001 - Confidential-Stevick-EStevick-SantaRMH-PD-000001 |
| Social Security Administration<br>Division of Earnings Record Operations<br>(Detailed Earnings)<br>P.O. Box 33011<br>Baltimore, MD 21290-3003<br>(800) 772-1213 | **Bates Range:** Confidential-Stevick-EStevick-SSA-DE-000001 - Confidential-Stevick-EStevick-SSA-DE-000003 |
| UCLA Health System<br>UCLA Medical Center<br>(Patient Accounts)<br>10920 Wilshire Blvd., Suite 1600<br>Attn: Ronald Reagan, UCLA Billing<br>Los Angeles, CA 90024<br>(310) 794-3744 | **Bates Range:** Confidential-Stevick-EStevick-UCLAHS-BD-000001 - Confidential-Stevick-EStevick-UCLAHS-BD-000001 |

# Exhibit C

Dr. Pablo Villablanca - Materials Considered List (Stevick)

| Literature |
|---|
| 1. | Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, et al. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst. 2018 May 1;110(5):509-516 and supplementary tables 1-3. |
| 2. | Australian Pesticides and Veterinary Medicines Authority (APVMA). Regulatory position: consideration of the evidence for a formal reconsideration of glyphosate 2016 Sep 30;5-84. |
| 3. | Atlas SW, Lavi E, Fisher PG. Intra-axial brain tumors, in Atlas SW (ed): (ed3). Philadelphia, PA: Lippincott Williams and Wilkins 2002;565-693. |
| 4. | Bataille B, et.al. Primary intracerebral malignant lymphoma: A report of 248 cases. J. Neurosurgery 2000;92:261-266. |
| 5. | Batchelor, TT. Lymphoma of the Nervous System, Boston, MA. Butterworth, Heinemann. 2004;29-41. |
| 6. | Chapuy B, et.al. Targetable genetic features of primary testicular and primary central nervous system lymphomas Blood 2016;127(7):869-881. |
| 7. | Debonera F, et.al. Primary diffuse large B-cell lymphoma of the CNS: a rare case of spontaneous remission. Int. J. Hematol Oncol. 2017;6(3):69-73. |
| 8. | Environmental Protection Agency, Office of Pesticide Programs. Revised glyphosate issue paper: evaluation of carcinogenic potential. 2017 Dec 12;12-143. |
| 9. | European Chemicals Agency. Glyphosate not classified as a carcinogen by ECHA [Press release]. 2017 Mar 15. https://echa.europa.eu/-/glyphosate-not-classified-as-a-carcinogen-by-echa |
| 10. | European Commission. Report for the active substance glyphosate, Directive 6511/V1/99. 2002 Jan 21;1-56. |
| 11. | European Food Safety Authority (EFSA). Peer review of the pesticide risk assessment of the potential endocrine disrupting properties of glyphosate. EFSA Journal. 2017 Sep 7;1-20. |
| 12. | Fukumura K., et.al. Genomic characterization of primary central nervous system lymphoma. Acta Neuropathol. 2016;131(6):865-875. |
| 13. | Gylfe AE, et.al. Somatic mutations and germline sequence variants in patients with familial colorectal cancer. Int J Cancer 2010;127(12):2974-2980. |
| 14. | Kraan, et.al. High prevalence of oncogenic MYD88 and CD79B mutations in diffuse large B-cell lymphomas presenting at immune-privileged sites. Blood Cancer Journal. 2013;3:e139. |
| 15. | Kuker W, et.al. Primary Central Nervous System Lymphomas (PCNSL): MRI features at presentation in 100 patients. J. Neuro-oncology. 2005;72:169-177. |
| 16. | Leeksma OC, de Miranda NF, Veelken H. Germline mutations predisposing to diffuse large B-cell lymphoma. Blood Cancer Journal. 2017;1-7. |
| 17. | Schabet M. Epidemiology of primary CNS lymphoma. Journal of Neuro-oncology. 1999;43:199-201. |
| 18. | US EPA 1993. Registration Elligibility Decision (RED) for Glyphosate. US Environmental Protection Agency, Office of Pesticides Programs. EPA 738-R-93-014. |
| 19. | World Health Organization (WHO) 1994. The International Programme on Chemical Safety (IPCS) Environmental Health Criteria 159 Glyphosate. 1994;11-134 |
| 20. | World Health Organization, International Agency for Research on Cancer (IARC). Monograph 112 (Glyphosate) 2015. |

Dr. Pablo Villablanca - Materials Considered List (Stevick)

| | |
|---|---|
| 21. | World Health Organization (WHO), Food and Agriculture Organization (FAO). Pesticide residues in food 2004 - Report of the Joint Meeting of the FAO Panel of Experts on Pesticide Residues (JMPR) in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues. 2004 Sep 29;1-375. |

# Exhibit D

November  26, 2018

To Whom It May Concern:

Below is a list of cases for which I have provided deposition/affidavit and/or trial testimony.

| Year | Case Name/Venue | Date | Type of Testimony |
|------|-----------------|------|-------------------|
| 2017 | Quezada v. Kaiser | 10/16/17 | Arbitration/defense |
| 2016 | Intermountain v. Stepanovic | 4/15/16 | Arbitration/defense |
| 2016 | Herrera v. Vehra | 2/19/16 | Deposition/defense |
| 2016 | Herrera v. Vehra | 9/30/15 | Deposition/defense |
| 2015 | Intermountain Research v. Stepanovic | 3/17/15 | Deposition/defense |
| 2015 | Tolentino v. Bayer | 6/24/15 | Deposition/Defense |
| 2014 | Gaudin v. Lindberg | 4/10/14 | Trial/defense |
| 2014 | Gaudin v. Lindberg | 3/4/14 | Deposition/defense |
| 2014 | Tadlock v. Del Rosso | 1/10/14 | Deposition/defense |

Sincerely,

*J. Pablo Villablanca, M.D.,F.A.C.R.*

J. Pablo Villablanca, M.D., F.A.C.R.
Professor of Radiological Sciences
Director, Interventional Spine Service
Medical Director of MRI