# EXHIBIT 11

**In Re: Roundup Products Liability Litigation, MDL 2741**
**Hardeman v. Monsanto, Case No. 3:16-cv-00525-VC**
**Expert Report of Christian Steidl, MD**

## I.      Introduction

I have been asked to assess whether Roundup (glyphosate) caused or substantially contributed to Edwin Hardeman's non-Hodgkin lymphoma.

I am head of Lymphoid Cancer Research at BC Cancer (BCC), Vancouver, Canada and an associate professor in the Department of Pathology at the University of British Columbia.  I hold an MD from the University of Muenster, Germany, and a medical doctorate (PhD-equivalent) degree from the University of Witten-Herdecke, Germany.

I have expertise in clinical malignant hematology, cytogenetics, molecular genetics, cancer biology, next generation sequencing and functional genomics.  My research program on cancer genomics and the immune biology of the tumor microenvironment in lymphoid cancers has led to breakthrough discoveries in the field.  My research strives to identify biomarkers, and rapidly integrate new findings into clinical care, to improve treatment and ultimately survival for lymphoma patients.

I joined the Centre for Lymphoid Cancer at BC Cancer Agency in 2006.  I am currently supervising a translational research laboratory focusing on the pathogenesis of B-cell lymphomas.  I am most known for my work on biomarkers in Hodgkin and Non-Hodgkin lymphomas (NHL) and the discovery of novel gene mutations and associated phenotypes in B-cell lymphomas.  I have authored over 100 refereed articles in the field of hematological malignancies, contributed book chapters about lymphoma pathogenesis and biomarkers, and have been session chair and invited speaker at many conferences.  I also serve as a member of the Lymphoma Research Foundation's Panel of Scientific Advisors and the Leukemia and Lymphoma Society of Canada Medical and Scientific Advisory Committee.  As a lymphoma translational research scientist and Research Director of BCC's Centre for Lymphoid Cancer, my scientific work integrates human studies, epidemiology, animal models, in-vitro studies, genotoxicity studies, cancer biology, carcinogenesis, pathology, and clinical oncology.  I was recently named as a Member of the Royal Society of Canada and have received an Allen Distinguished Investigator award in recognition of my scientific accomplishments and status as key opinion leader in lymphoma research.

I hold research funding as a principal investigator from the Canadian Institutes of Health Research (CIHR), the Leukemia and Lymphoma Society of Canada (LLSC), the Terry Fox Research Institute (TFRI), National Institutes of Health (NIH), and the Canadian Cancer Society Research Institute (CCSRI).  I am also nominated principal investigator of a Genome Canada large scale applied research project to advance personalized treatments of lymphoid cancer patients.

A copy of my Curriculum Vitae is attached to this report as Exhibit A.

My report has been prepared using the same methodology and scientific rigor as used in my scientific practice, and my opinions are offered to a reasonable degree of scientific certainty.  In forming my opinions, I have relied on my training and expertise, standard scientific literature in the field and I have reviewed the materials regarding glyphosate listed in Exhibit B.  There are standard medical textbooks that describe lymphoma, including several listed in Ex. B, which form a background for my opinions. I have also reviewed the medical records listed in Exhibit C. A list of matters in which I have testified at trial or deposition is set forth in Exhibit D.  I am being compensated at the hourly rate of $500 for my work in this matter.

## II.    Methodology Overview

To assess whether exposure to Roundup caused or substantially contributed to Mr. Hardeman's NHL, I first evaluated the body of scientific evidence investigating whether glyphosate is a carcinogen that can cause NHL in humans.  This entailed critical review of epidemiology, animal studies, and genotoxicity/ mechanistic studies, using standard scientific methods of evidence-based-medicine, Bradford-Hill, and weight-of-evidence.

I then conducted a review of Mr. Hardeman's medical records to assess whether there was any particular evidence implicating Roundup.

My analyses are described below.

## III.   Assessment of Roundup as a Potential NHL Carcinogen

### A.    Evidence-Based-Medicine

Scientific evidence is not equal.  This concept is well known to scientists and physicians.  The evidence is described as a hierarchy, and is often represented as a pyramid.  Various versions of the scientific evidence pyramid have been described in the literature, but all of them focus on showing study designs for preliminary exploration and first hypothesis generation in the bottom (basic science, animal studies and case series). These studies are followed by case–control and cohort studies in the middle to generate more conclusive evidence in controlled designs, and finally randomized controlled trials (RCTs), systematic reviews and meta-analysis at the very top.  Murad 2016.

Evidence-based-medicine is a generally accepted methodology premised on the fact that scientific studies vary widely in their reliability and reproducibility, and that when scientific evidence is reviewed, it should be evaluated according to a hierarchy that reflects the scientific rigor and quality of the evidence:



As indicated in the figure, and in particular for evaluating causality in human carcinogenesis, epidemiologic evidence comprises the most important layer of evidence in this scientific hierarchy, with randomized controlled trials, systematic reviews and meta-analyses of RTCs at the apex.  While these types of studies are the most scientifically rigorous in terms of assessing a potential causal relationship between a substance and an outcome, RTCs are generally only available in the context of a clinical trial for a pharmaceutical product and are not available in the case of Roundup.

In the absence of RTCs, next in the hierarchy is a type of an observational epidemiology study that is called a cohort study. In a prospectively designed cohort study, a researcher identifies a group of individuals to follow for a specified length of time and then compares the proportions of individuals in each group who develop disease (or diseases) of interest using information obtained on exposures during the course of the study and relates these to the development of the disease.  If the agent is associated with the disease, a higher proportion of disease in the exposed group would be revealed.  The prospective design has multiple advantages, as it enables examination of multiple effects of a single exposure, avoids selection bias at enrollment, guards against recall bias on exposures and allows for incidence and relative risk over time (as data are obtained contemporaneously during the course of the study).

Lower in the hierarchy of scientific evidence is a type of epidemiology study called a case-control study.  In a case-control study a researcher begins with a group of individuals who have a disease (cases) and then selects a group of individuals who do not have the disease (controls). The researcher then compares the groups in terms of past exposure to the agent of interest usually as self-report of exposure or through medical history chart review.  If the agent is associated with the disease, a higher proportion of past exposure among the cases than among the controls would be observed. Well-referenced disadvantages of case-control studies are susceptibility to recall bias, insufficient control for extraneous variables, difficulties to select the appropriate control group and the inability to determine disease rates in exposed and unexposed individuals.

3

All epidemiologic studies – regardless of study design (randomized, cohort, or case-control) – have the following advantages compared with animal studies and genotoxicity/mechanistic studies:  (i) they are conducted in human beings, (ii) who are exposed to the formulated product, and (iii) the dose studied represents a real-world exposure level.

While important in basic research studies, animal studies rank lower as compared to epidemiology studies when assessing causality and translational relevance in human disease.  Importantly, there are significant differences among species, as well as differences in dosing, that makes extrapolation from animals to humans problematic.  As mentioned above, animal models (such as studies in mice and rats) are valuable in exploring basic mammalian disease biology, but only serve as hypothesis-generating tools for potential further assessment in humans.

Genotoxicity and mechanistic studies in individual cell lines (outside of the organismal context of living animals; also called *in vitro* studies) are even lower in the hierarchy of scientific evidence when assessing relevance to human disease.  These studies are even further removed from determining causation in human disease than animal studies.  They only purport to show possible cellular pathways by which a substance might potentially cause cancer, but these models have major limitations as they do not account for complex cellular crosstalk and metabolism in the context of organs and the whole human organism.

The biology of lymphocytes, the lymphatic system, and hematopoietic cancers (including NHL) are well described in standard medical textbooks, including Magrath, The Lymphoid Neoplasms 3rd ed. (2010) and WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues, Revised Fourth Edition (2017) which provide the background and context for my report and opinions.  Despite a number of known risk factors for NHL development, for most NHL cases, the etiology is unknown and the subject of ongoing research studies.  This necessarily means that with the currently available scientific evidence, patients and doctors are unable to identify the cause of an individual patient's NHL in the vast majority of cases ("idiopathic" disease).  Current pathogenesis models of mature lymphoid neoplasms (lymphomas) assume ageing (lifetime accumulation of DNA mutations), errors in the lymph node germinal centers (mutation generation), and lack of immune surveillance as major hallmarks.

The most commonly accepted risk factors are: family history, smoking, infectious etiologies (e.g. HIV, HCV, EBV), immune system disorders, and immunosuppression.  Chihara 2015.  Farm exposure has also been determined as a risk factor, which underscores the need for epidemiology studies investigating all environmental exposures, including glyphosate, to carefully control for other pesticide/herbicide exposures as well as other farming-related exposures.  However, it is very difficult to control for these co-exposures in case-control studies.  By contrast, cohort studies have a better ability to control for co-exposures and correct for confounding.

### B.      Epidemiology studies

Principal epidemiologic studies of glyphosate include a large prospective cohort study (the Agricultural Health Study) and several case control-studies.

From the perspective of a lymphoma translational research scientist, having reviewed the body of relevant literature, and applying the hierarchy of evidence as discussed in III. A., the Agricultural Health Study (state-of-the-art prospective cohort study) is by far the best human data available on the question of a pathogenic link of Roundup with NHL, for the following reasons among others:

- It is a study in living humans, so there are no issues about extrapolating from animals or test tubes.

- It is a study of pesticide applicators who were exposed to the formulated product, so there are no issues about surfactants or active ingredient versus formulated product.

- The route of administration and doses were based on participants' actual use of the formulated product.

- The researchers used validated procedures to measure exposure intensity in quartiles and then carefully explored dose-response relationships.

- The researchers carefully investigated the associations with each of the principal subtypes of NHL which is important in considering pathogenesis because NHL is an umbrella term encompassing heterogeneous lymphoid cancers with potentially differing etiologies.

- The study design is a prospective cohort, which eliminates the potential for recall bias and selection bias that exists with case-control study designs.

- The study is very large, involving more than 50,000 participants.

- The study has been collecting data for more than 20 years, so potential confounding due to latency between exposure and disease onset is minimized.

- The researchers investigated latency by examining 5 and 10-year lag data.

- The researchers conducted sensitivity analyses regarding exposure to assess whether including exposure data at two different time points and whether using imputed exposure data for participants who did not complete the follow-up questionnaire affected the results; the sensitivity analyses confirmed that the primary study findings were unaffected and that risk estimates in the sensitivity analyses were similar to the primary findings.

- The study was conducted under the auspices of the National Cancer Institute, the National Institute of Environmental Health Sciences, the Environmental

Protection Agency, and the National Institute for Occupational Safety and Health, and it was published in the prestigious Journal of the National Cancer Institute.

In short, the AHS is an extremely well designed and well executed study and provides the most informative data to date about the potential carcinogenicity of glyphosate. The AHS study "found no evidence of an association between glyphosate use and risk of any solid tumors or lymphoid malignancies, including NHL and its subtypes." This is strong scientific evidence that Roundup does not cause or contribute to NHL overall or any NHL subtype.

None of the other epidemiology studies (all of which are case-control designs and therefore rank lower in the level of evidence for human disease) have the scientific quality and rigor of the AHS study. Several of the case-control studies that have been reviewed by IARC and EPA are discussed briefly below.

McDuffie 2001 is a Canadian case control study that investigated pesticide exposures and NHL involving 517 cases and 1506 random controls. Pesticide exposure was determined through telephone interviews of study participants or their proxies. Glyphosate was not associated with a significantly increased risk of NHL (odds ratio (OR) = 1.2 (95% CI 0.8–1.7) controlling for age, province and medical factors associated with NHL. An analysis based on the number of days of use per year (0, 2 days/year, >2 days/year) reported ORs of 1.0, 1.0 (95% CI 0.6–1.6), and 2.1 (95% CI 1.3–2.7), respectively, unadjusted for use of other pesticides.

Hardell 2002 is a pooled analysis of two case control studies – one of NHL and the other of hairy cell leukemia (HCL). While both NHL subtypes and HCL are classified as mature B cell neoplasms in the 2017 WHO classification, it remains unclear why other subtypes were not included such as chronic lymphocytic leukemia (CLL), a common lymphoid cancer that is considered closely related to HCL. The unclear rationale for subtype inclusion/exclusion raises concern for confounding variables in this study. The OR for glyphosate, unadjusted for exposure to other pesticides, was 3.0 (95% CI 1.1–8.5), based on only eight exposed cases and eight exposed controls. When the investigators adjusted for unspecified factors, there was no significantly increased risk of NHL associated with glyphosate (OR = 1.9, 95% CI 0.6–6.2). These findings indicate that analyses that fail to adjust for exposure to other pesticides are significantly confounded.

De Roos (2003) is a pooled analysis of three NHL case-control studies of pesticides and other potential causal factors (Hoar 1986; Zahm 1990; Cantor 1992) that included 650 cases and 1933 controls. Results for glyphosate showed an OR of 2.1 (95% CI: 1.1–4.0) in the logistic regression analysis, and a lower, non-significant association (OR = 1.6, 95% CI: 0.9–2.8) in the more rigorous hierarchical regression.

Eriksson (2008) is a case control study of NHL in males and females aged 18–74 living in Sweden in 1999–2002. A total of 910 NHL cases and 1016 controls were included in the analyses. In the analyses for glyphosate and all NHL (not adjusted for other exposures), the OR was 2.0 (95% CI 1.1–3.7) based on 29 exposed cases and 18

exposed controls; exposure for >10 days showed OR = 2.4 (95% CI 1.0–5.4) (not adjusted for other exposures); analyses of glyphosate and NHL subtypes (not adjusted for other exposures) were positive for every subtype of NHL, and were statistically significant for certain subtypes.  Importantly, when the investigators used a multivariate statistical analysis that controlled for exposure to other pesticides, the results for glyphosate and all NHL showed a non-significant positive association (OR = 1.5, 95% CI 0.8–2.9), demonstrating that there was substantial confounding in the analyses that were not adjusted for other pesticides.

### C.    Animal Studies

The potential carcinogenicity of Roundup and glyphosate has been studied in rodents (rats and mice).  These animal studies are comprehensively reviewed and analyzed in Greim 2015, IARC 2015, EPA 2017 and ECHA 2017.

While studies in rodents can provide valuable information about cancer pathogenesis, it is well established that there are fundamental differences in how the process of tumorigenesis occurs in mice and humans that makes extrapolation problematic. (Rangarajan 2003, Anisimov 2005).  These differences include, but are not limited, to the following:

- Different number of lifetime cell divisions (mitoses).

- Different lifespan of mammalian species, effecting different concepts for aging (cancer development as a function of aging), and different telomerase activity.

- Different metabolic rates/oxidative stress (as a cause of DNA damage).

- Different DNA damage response/repair pathways (e.g. activity and function of tumor suppressor genes, such as *TP53*, *RB*).

- Different organismal metabolism, e.g. liver metabolism.

- Humans develop more epithelial cancers as compared to mice that have higher incidence of mesenchymal malignancies.  Specifically, mice have very high sporadic background lymphoma incidence (most common malignancy).  This high underlying incidence necessitates proper statistical design and careful analysis in assessing exposure experiments.

- Modeling of human germline mutations in mice produce different phenotypes (evidence of lack of portability of human genetics).

- Human cancers are characterized by more chromosomal translocations as a mechanism in carcinogenesis as compared with rodent models which is a further caution.

- The signaling transduction pathways are different.

- Genomics:  On average, more genetic hits are required in humans to cause the full malignant phenotype compared with rodents.  Xenograft (human tissue) mouse models are useful models in research, but often times do not faithfully represent early pathogenesis and the natural tumor microenvironment.

In addition to the foregoing, animal routes of exposure in the glyphosate studies are different than human exposure (oral in rodents and dermal in humans), and dosing is far in excess of the maximum expected human dose (rodents tested with glyphosate were exposed to >100,000 times the human equivalent dose).  These issues further render extrapolation to humans problematic.

Lymphomas have been recognized for many years as one of the most common, if not the most common category of spontaneous neoplastic lesions in aging mice (Brayton 2012, Gad 2008, Son 2004).  Accordingly, it is to be expected that lymphomas will be observed in studies of mice in both experimental and control groups.

While two studies in mice (Wood 2009 and Kumar 2001) reported an increased trend in lymphoma incidence in males – but no increase in the females – there was no evidence of an increase in any of the rat studies in either of the genders.  Even in the male mice studied in Wood 2009 and Kumar 2001, the increase in lymphoma was seen only in the highest dose group, and the results in those studies were not significant based on the standard pairwise comparison statistic.  In addition, it appears that the mice tested in Kumar 2001 may have been infected with a virus and there is concern that the incidence data are confounded.  Finally, perhaps most importantly, the incidence of lymphoma in those two studies is within historical controls for the strains that were studied highlighting the general problem of exposure studies in mice that have naturally high lymphoma incidences as a result of the breed and aging.

The EU carefully analyzed the animal lymphoma data and correctly summarized it as follows:

> No significant increases in malignant lymphomas were found in the mouse studies when assessed by the pairwise Fisher's exact test.  However, in two of the five studies, a significant positive trend for malignant lymphoma incidences in males was reported.  In two studies, increases were observed that were not statistically significant.  In the fifth and oldest of the studies, the term malignant lymphoma was not used, but there was no statistically significant increase in lymphoreticular neoplasms reported in this study in response to glyphosate exposure.  Thus, the lymphoma incidences in male mice show a slight, but clearly variable increase.  Further, no increase in treatment related non-neoplastic lymph nodes were reported, thus supporting the conclusion that the tumours were of a spontaneous nature.  The biological and human relevance of the findings is uncertain for the following reasons:
>
>> i) the maximum incidences were regarded to be within the historical control range for the CD-1 mice, although

adequate historical control data were not available for all studies;

ii) the increases in malignant lymphoma incidences appeared to be confined to the high dose groups in the CD-1 mice;

iii) the incidence of malignant lymphomas is known to be related to the age of the animals.  However, significant associations between exposure to glyphosate and induction of malignant lymphomas were not observed in the 24-month studies.  Furthermore, there was no reduction in overall survival in the exposed groups;

iv) no parallel increases were observed in female CD-1 mice. It is known that female CD-1 mice are usually more prone to develop spontaneous malignant lymphoma than male mice (Son and Gopinath, 2004, ASB2015-2533).  The lymphoma incidences were generally higher in females than in males, but no glyphosate related increases were seen in female CD-1 mice.

ECHA 2017 at 40-41.

In addition to the foregoing, it is important to note that there are differences in the immune systems of rodents and humans such that it cannot be assumed that lymphoma pathogenesis is the same.  Moreover, there are more than 60 recognized types and subtypes of human NHL, and the pathogenesis of many of those subtypes is thought to vary.  There is no pathology standard for subtyping rodent lymphoma pathology that corresponds to human subtyping and it cannot be presumed that rodent models reliably reflect human lymphoma etiology or predict human outcomes associated with an exposure.

In light of the differences between rodents and humans, non-lymphatic rodent tumors provide no insight into whether glyphosate causes NHL.  Insofar as there are heterogeneous neoplastic findings that are not reproduced in target organs having common pathogenic pathways, such findings cannot meaningfully be aggregated and statistically analyzed as if they were a homogeneous composite entity.

In sum, the animal data do not support a causal link between glyphosate and NHL.

### D.    Genotoxicity/Mechanism Studies

Genotoxicity data and mechanistic studies investigating potential carcinogenicity of glyphosate are collected and comprehensively reviewed in IARC 2015, EPA 2017, and Kier 2013.

There are a large number of studies investigating various aspects of glyphosate potential genotoxicity, and the study designs vary widely in their relevance to cancer.  At the outset, it is important to note that cytotoxicity (meaning cell damage or death) is not the same as genotoxicity (meaning damage to the genetic material of the cell).  When cells are tested, depending on the concentration of the test material, cytotoxicity can lead to positive test results that can be misinterpreted as genotoxicity.  In other words, investigators need to distinguish between primary genotoxicity (a direct interaction between the compound and cellular DNA) and general cytotoxicity which is not of concern relative to carcinogenesis.  If any cell is subjected to sufficient stress it will cause cellular death that will induce similar changes that can be read out as DNA damage but are actually an artifact of the stress.

There are a large number of assays that have been reported.  The most important for assessing potential carcinogenicity are the following:

- Regulatory in-vitro mammalian cell gene mutation studies, called the mouse lymphoma tk locus studies.  These studies are most relevant because they are mechanistically closest to the cancer endpoint that is under investigation.  There were four of these studies, all of which were negative.  (Jensen 1991b, Clay 1996, Majesak, 1985b, Li, 1983a; EPA 2017 at 5.3.2 and Table 5.2.)

- Bacterial reversion assay in-vitro.  These studies evaluated the potential for glyphosate to induce mutations in bacteria.  There were 27 such studies, all of which were negative.  (EPA 2017 at 5.3.1 and Table 5.1)

- Chromosomal damage in mammalian cell assays in-vitro or in-vivo.  These include the comet assay, the micronuclei assay, and the sister chromatid exchange (SCE) assay.  There are a very large number of results reported.  The majority of these studies are negative for DNA damage, with some positive.  However, as noted above, some or all of the positive findings may be attributable to cytotoxicity.  In the positive studies, DNA damage is usually only seen at high, toxic concentrations in vitro (e.g. in the 1–10 mM concentration range) or in vivo where tissue damage might be induced, which suggests that cytotoxic effects rather than DNA interaction may be responsible for the DNA damage. (Kier 2013)

In addition to the in-vitro tests summarized above, there are three studies in humans exposed to glyphosate reporting genotoxicity data.

Paz-y-Miño 2007 examined a small number of primarily female subjects (24 total, 23 of whom were female) exposed to aerial spraying of a glyphosate based herbicide compared with 21 unexposed controls evaluated using the Comet assay 2 weeks to 3 months following exposure.  The authors do not explain the gender imbalance and do not provide information about sample handling and processing (pertinent to pre-analytical variability).  The results showed a higher degree of DNA strand breaks in the exposed group.  However, individuals among the exposed group manifested clinical symptoms of toxicity after several exposures to aerial spraying which may indicate general cytotoxic effects that can confound the results of the Comet assay.  Moreover, a

follow-up study by the same investigators found "no chromosomal alterations in the analyzed individuals," indicating the absence of a genotoxic effect associated with aerial spraying of glyphosate based herbicide.  Paz-y-Mino 2011

Bolognesi 2009 investigated 274 subjects in five regions of Colombia where there were different exposures to glyphosate and other pesticides.  Blood samples were taken prior to spraying, 5 days and 4 months after spraying and the frequency of micronuclei (MN) as an indicator of genotoxic stress in peripheral lymphocytes was evaluated.  Although some of the data suggest an increase in MN in the immediate post-spray time point, the increase was not consistent with the rates of application used in the regions and there was no association between self-reported direct contact with eradication sprays and frequency of MN.  In other words, there was no dose-response relation.  Also, the baseline MN varied considerably among the five regions, suggesting unknown confounders in the analysis.  The study findings do not demonstrate genotoxicity.  In fact, the study concluded:  "The smaller number of subjects recruited in this study and small amount of information about the exposure precluded any conclusion."

In sum, the weight of genotoxicity study evidence does not indicate that glyphosate induces gene mutation or chromosomal damage.  There is currently no evidence that glyphosate would directly interact with DNA.  The positive findings reported on some chromosomal assays appear to be secondary to cytotoxic effects.  The absence of genotoxic findings on the regulatory in-vitro mammalian cell gene mutation studies and on the bacterial reversion assay studies is further evidence that glyphosate does not present a genotoxic risk.

## IV.    Mr. Hardeman's Diffuse Large B-Cell NHL

In February 2015, Mr. Hardeman was diagnosed with diffuse large B-cell lymphoma (DLBCL),[1] the most common type of NHL.  DLBCL is an aggressive B-cell lymphoma with a mixed and mostly unknown etiology and an incidence of approximately 75,000 new cases per year in the US.  The histopathology and immunophenotyping was typical and positive for CD20, Bcl2, and PAX 5, a proliferation index (Ki-67) of 80%.[2]  Further testing revealed no bone marrow involvement and a normal karyotype.[3]  The cell-of-origin testing using the Hans algorithm[4] revealed non-germinal center type DLBCL.[5]  Mr. Hardeman was 66 at the time of diagnosis, which is very close to the median age of 65 reported for DLBCL first diagnoses by NIH's Surveillance, Epidemiology and End

---

[1] EHardeman-PPR-00099.

[2] EHardeman-PPR-00099.

[3] EHardeman-PPR-00164-165; EHardeman-PPR-00166-167.

[4] Hans 2004.

[5] EHardeman-PPR-00099.

Results (SEER) Program.[6]  Staging examinations determined stage III DLBCL[7] and intermediate-risk International Prognostic Index (IPI 2).[8]

His prior medical history is notable for intravenous drug abuse 1966-69, HCV-positivity of his partner, home tattoos in left arm; history of unknown type hepatitis 1966,[9] exposure to HBV demonstrated by positive core HBV antibodies,[10] and chronic viral hepatitis C type 2b infection[11] likely contracted from IV drug use.[12]  The chronic HCV infection was successfully treated with pegylated interferon alfa and ribavirinin 2005-06.[13]  The past medical history also noted alcohol use reported at 2 drinks per day,[14] and liver cirrhosis that was stable with no evidence of hepatocellular carcinoma in screening ultrasound examinations.[15]  His body mass index was >30 prior to his DLBCL diagnosis, indicating that he was medically obese.[16]

Mr. Hardeman's DLBCL was successfully treated with 6 cycles of standard combined immune-chemotherapy consisting of a monoclonal antibody and polychemotherapy with cyclophosphamide, doxorubicin, vincristine, and prednisone, generally referred to as R-CHOP.[17]  He responded well to therapy and was considered to be in complete remission by July 2015 determined by end-of-treatment PET/CT.[18]  Subsequent examinations have found no evidence of cancer recurrence.[19]

The medical records do not indicate anything about exposure to Roundup, but Mr. Hardeman reported at his deposition that he used it for weed control on a 56-acre property from 1988-2011 (biweekly, primarily from May-December), and on a 5-acre property from 1985/1986-1988 approximately once-twice per month (primarily between May-December).[20]

---

[6] https://seer.cancer.gov/statfacts/html/dlbcl.html

[7] According to the Ann Arbor classification (in Magrath).

[8] Shipp 1993.

[9] Hardeman-EHardeman-PPR-000883.

[10] KPMC 1-28-15 hep B and C labs.

[11] KPMC 7-16-09 Dr. Ruffner-Statzer office visit-hep C;  KPMC 1-28-15 hep B and C labs.

[12] Hardeman Dep. at 99:7-100:11.

[13] EHardeman-PPR-001285; EHardeman-PPR-001314.

[14] EHardeman-PPR-00060-61.

[15] NValley-MD-000539-540; EHardeman-PPR-00763-765.

[16]  BMI 31.29 on 11/5/13 (EHardeman-KPNValley-MD-000468-476); BMI 31.74 on 8/15/14 (EHardeman-KPNValley-MD-000529-536); 12/26/14 BMI 32.18 on 12/26/14 (EHardeman-KPNValley-MD-000562-567).

[17] Hardeman PPR-00299 - RCHOP records.

[18] Hardeman PPR-00758.

[19] EHardeman-PPR-00831 – Scans.

[20] Hardeman Dep. at 68:14-25; 183:3-184:2;  201:10-12;  205:14-209:12; 241:8-247:6.

## V.    Cause of Mr. Hardeman's DLBCL

The scientific evidence does not support Roundup as causing or contributing to Mr. Hardeman's DLBCL.

Assessing the totality of the evidence, using an evidence-based weight of evidence approach that considers the scientific rigor and quality of the studies as described above, the evidence fails to demonstrate that Roundup is carcinogenic.  To briefly recapitulate:  the best evidence is the prospective cohort study that finds no increased risk of NHL and no dose-response relation; the case-control studies find no significantly increased risk after controlling for other pesticide exposures; the rodent studies, which are weaker evidence for human disease causation, do not find linkage to lymphoma; and the genotoxicity/mechanistic studies, which are the least reliable for predicting human disease, fail to find consistent and potentially damaging changes to DNA in most of the studies.

Another approach to evaluating the body of scientific evidence is the Bradford Hill criteria.  Bradford Hill is a generally accepted method for assessing whether an environmental exposure is causally linked to a disease.  The criteria are: strength of association, consistency, specificity, temporality, biological gradient, plausibility, coherence, experiment, and analogy.

- The first two criteria refer to epidemiologic data.  In this case the strength of association is weak or non-existent, and the consistency of association, if anything, points toward an absence of association.

- Specificity, whether the exposure is linked to only a single specific disease, is a weak criterion, and is not met in this case.  The Agricultural Health Study examined all of the major subtypes of NHL and found no increased risk of any subtype.

- Biologic gradient refers to dose-response relation.  That was investigated carefully in the Agricultural Health Study and found to be absent.  McDuffie 2001 found an increased risk when exposure was greater than 2 days, but that is a poor assessment of gradient and more importantly the finding is questionable because it was not adjusted for exposure to other pesticides, an important confounder.

- Biological plausibility and coherence consider whether the hypothesized association is consistent with biological principles.  While it is theoretically plausible that exposure to Roundup could be carcinogenic, the studies that have investigated that possibility do not convincingly support the hypothesis.

- Experimental evidence is weak and inconsistent.  The most relevant endpoints and models for human disease fail to support a link between glyphosate and lymphoma.

13

- Analogy asks whether similar substances are known to cause the same disease outcome. While some pesticides have been linked to NHL, there are differences in chemical structure. Rather than implicating Roundup, this fact underscores the notion that other pesticide exposures are a confounder and that studies investigating Roundup need to control for such co-exposures.

In sum, the available scientific evidence does not demonstrate a causal association between Roundup and lymphoma.

If not Roundup, what might be the cause of Mr. Hardeman's DLBCL?

In the vast majority of cases the etiology of a patient's cancer cannot be determined ("idiopathic" disease). Non-Hodgkin lymphoma is the most common hematological malignancy in the world; it accounts for 4.3% of all cancers in the United States (75,000 new diagnoses per year) and is the 7th most common cancer in both sexes. DLBCL is the most common subtype of NHL, constituting 25–30% of adult NHL in Western countries. SEER, Chihara 2015. There is nothing about Mr. Hardeman's clinical presentation, his cancer pathology, or his response to therapy that would be considered atypical or would implicate Roundup. There is no known clinical or scientific test or procedure that can determine Roundup to have caused or contributed to Mr. Hardeman's DLBCL.

To the extent an etiology can conceivably be identified, Mr. Hardeman's chronic HCV and his exposure to HBV would be considered. A significant body of medical literature, including the Magrath textbook (Part 2, ch. 8), identifies past or present infection with HCV and/or HBV as causes of NHL, and specifically links them to DLBCL.

There is a large body of scientific literature which documents a significantly elevated risk – and indeed a causal association – between HCV and NHL. In these studies past HCV infection (demonstrated by the presence of anti-HCV antibodies) was used to define the "cases." Mr. Hardeman's medical records list his "Past Medical History & Patient Active Problem List" as including "CHRONIC HEPATITIS C [070.54]."[21] The number "070.54" in Mr. Hardeman's medical records is the ICD-9 diagnostic code for "chronic hepatitis C without mention of hepatic coma."

Mr. Hardeman is within the group of patients that the studies have determined have an elevated risk of NHL and DLBCL due to their past chronic HCV infection:

- 2006 Meta-Analysis: "The pooled RR from the 18 studies on HCV and NHL risk was 2.5 (95% CI, 2.1-3.0)." For HCV and DLBCL, RR = 2.65 (95% CI 1.88-3.74)). The researchers specified that "[t]he availability of HCV-RNA findings was not, therefore, a prerequisite for inclusion in the present study." Maso 2006.

---

[21] NValley-MD-000468-469

- 2007 JAMA Study:  "Hepatitis C virus infection confers a 20% to 30% increased risk of non-Hodgkin lymphoma overall . . . .  These results support an etiological role for HCV in causing lymphoproliferation and causing non-Hodgkin lymphoma."  The study defined HCV positive patients as individuals whose medical records had an "ICD-9-CM diagnosis codes specifying HCV infection (070.41, 070.44, 070.51, 070.54, and V02.62)".  Giordano 2007.

- 2008 InterLymph Consortium Study:  "Increasing evidence points towards a role of hepatitis C virus (HCV) infection in causing malignant lymphomas. . . .  Our results show increased risks of DLBCL, MZL, and LPL associated with HCV infection.  These risk estimates were particularly robust for DLBCL with a 2-fold increased risk overall and a statistically significant increased risk observed in 3 of the 7 studies."  HCV RNA was not required:  "The Studies were required to have used the third-generation enzyme-linked immunosorbent assay test for HCV." De Sanjose 2008.

- 2016 Case-Control Study:  "Hepatitis C virus (HCV) infection causes . . . subtypes of non-Hodgkin lymphoma (NHL). . . .  [W]e observed significant positive associations between HCV infection and . . . and diffuse large B-cell lymphoma (DLBCL) (aOR, 1.57; 95% CI, 1.34-1.84).  The study did not require HCV RNA, rather it used ICD-9 disease code for HCV positivity.  Mahale 2017.

IARC reviewed the data regarding HCV and concluded that "Chronic infection with HCV causes . . . non-Hodgkin lymphoma. . . .  Chronic infection with HCV is carcinogenic to humans (Group 1)."  IARC Monograph 100B, Hepatitis C Virus.  In this case, Mr. Hardeman had approximately four decades of chronic HCV infection prior to his NHL diagnosis.

Of note, there are some studies that report when HCV active infection is cleared (as demonstrated by sustained negative results of HCV RNA testing), the risk of NHL decreases.  (Kawamura 2007, Omland 2012).  The interpretation of these results, relying on only a small number of lymphoma cases in the active vs cleared HCV infection groups, makes interpretation difficult, and it remains controversial if the cleared patient subgroup still remains at a higher risk overall as compared to HCV-negative individuals.

From a mechanistic point of view, although Mr. Hardeman's HCV was successfully treated in 2005-2006, his B-cells had exposure to the virus, viral antigens and related inflammation for approximately 40 years prior to that therapy, and he was at an elevated risk of DLBCL according to the studies referenced above.  Specifically, chronic HCV infection has been linked to 1) direct lymphocyte-transforming events in B cells leading to oligoclonal B-lymphocyte expansion, and 2) to chronic inflammation, both mechanisms contributing to B-cell lymphomagenesis.  Of specific scientific interest is a study by Dai and colleagues that demonstrated a previously unidentified role of the HCV non-structural proteins NS3/4A in regulation of oncogenic B-cell receptor (BCR) signaling during HCV infection.  Dai 2016.  As BCR signaling has been unequivocally recognized as one of the major oncogenic signaling pathways in DLBCL (Young 2015),

the link of HCV infection to DLBCL is biologically highly plausible.  In aggregate, the biological plausibility, and the epidemiological evidence linking any form of HCV infection to NHL, makes it likely that Mr. Hardeman's chronic Hepatitis C contributed to his NHL.

The scientific evidence finding that HBV is a contributing factor to NHL and its DLBCL subtype is also compelling.  Mr. Hardeman's record indicates exposure to HBV infection at the time point of DLBCL diagnosis as evidenced by positive core HBV antibodies (HBcAb).  Isolated HBcAb-positivity is regarded as indication of either acute, chronic disease or past exposure (Al-Mekhaizeem 2001).  As with HCV, the pathogenesis model for HBV describes direct infection/viral integration into  B lymphocytes and chronic antigen stimulation as mechanisms for carcinogenesis (Marcucci 2012).  As evidence for this model, Wang and colleagues found an increased prevalence of HBV serum antigens specifically in DLBCL patients and demonstrate that HBV can infect B-cells in vitro with detectable HBV DNA in infected cells (Wang 2018).  Two large meta-analysis studies have been published establishing a firm link between HBV and NHL:

•	A meta-analysis published in 2013 (Dalia 2013), including over 40,000 NHL cases, found that HBV infected individuals had an OR of 2.24 (95% CI 1.80-2.78; $p \leq 0.001$) of developing NHL.

•	An updated meta-analysis of 58 studies (Li 2018) reviewed in aggregate over 50,000 NHL cases and 1,700,000 controls.  The authors state: "Within the B-cell NHL subtypes, HBV infection was significantly associated with diffuse large B-cell lymphoma (DLBCL, sOR: 2.06; 95% CI: 1.48-2.88) and follicular lymphoma (FL, sOR: 1.54; 95% CI: 1.11-2.12), but not with chronic lymphocytic leukaemia/small lymphocytic lymphoma (CLL/SLL) and Burkitt lymphoma."  Thus, this meta-analysis specifically links HBV infection to DLBCL in contrast to other NHL subtypes.

In summary, the HBV literature in NHL, and DLBCL in particular, provides a convincing biological mechanism and epidemiology data to support the conclusion that HBV infection has likely contributed to Mr. Hardeman's NHL.

Based on all of the foregoing, exposure to Roundup does not appear to increase the risk of NHL in anyone.  Moreover, looking at Mr. Hardeman's clinical presentation and pathology, there is no evidence suggesting that Roundup caused or contributed to his DLBCL.  To the extent an etiology can be identified, it is likely that HCV and HBV substantially contributed to Mr. Hardeman's DLBCL.

Obesity also should be considered as a contributing factor to Mr. Hardeman's DLBCL. Numerous studies have examined the role of obesity and risk of NHL and found fairly consistent evidence that obesity [body mass index (BMI), weight (kg)/height (m$^2$) >30] was associated with elevated risks of NHL and the DLBCL subtype. Castillo 2014, Skibola 2007, Chiu 2007. As referenced above, Mr Hardeman's record indicates that he was medically obese at the time point of and prior to his DLBCL diagnosis.

**VI.      Comments Regarding The Opinions of Plaintiff's Experts**

I have reviewed reports submitted by plaintiff's experts Dr. Chadi Nabhan, Dr. Andrei Shustov and Dr. Dennis Weisenburger.

Each of these three experts fails to properly rule in Roundup as a potential specific cause, and fails to rule out other significant potential specific causes, of Mr. Hardeman's DLBCL:

•        Plaintiff's experts have not and cannot point to any biomarker, test, procedure or scientifically validated protocol that point to Roundup as the cause of Mr. Hardeman's DLBCL.  Therefore, even assuming for the sake of argument that Roundup increases the risk of NHL – and the evidence is to the contrary as explained above – there is no way for it to be "ruled in" as a specific cause of Mr. Hardeman's cancer.  As noted above, DLBCL is the most common form of NHL in the United States.  Mr. Hardeman's DLBCL is indistinguishable in every clinical and pathological respect from typical DLBCL cases where there has been no exposure to Roundup.  This means a specific causation link is not possible.

•        Plaintiff's experts also admit that most cases of NHL are idiopathic.  The exact same DLBCL as occurred in Mr. Hardeman could have occurred idiopathically had he not been exposed to Roundup.  Plaintiff's experts offer no methodology for ruling out an idiopathic cause for Mr. Hardeman.  That is a further reason why it is not possible to link Roundup to his specific cancer.

•        Plaintiff's experts also dismiss medical studies that report HCV+ can cause DLBCL based on a chronic past infection, without the need for active infection at the time of DLBCL diagnosis.  Mr. Hardeman's four-decade HCV infection, his HBV infection, and his obesity are more significant risk factors than his exposure to Roundup.

17

## VII.  Conclusion

For all of the reasons set forth above, it is my opinion to a reasonable degree of medical certainty that (i) there is no reliable methodology for plaintiffs' experts to conclude that Roundup caused or contributed to Mr. Hardeman's DLBCL, (ii) assessing the totality of the evidence, Roundup did not cause or contribute to Mr. Hardeman's DLBCL, and (iii) Mr. Hardman's HCV infection, HBV infection, and obesity were more significant contributors to his DLBCL than Roundup.

I reserve the right to add/amend opinions if new information or records become available, and to respond to plaintiffs' experts, and to use graphics and demonstratives to explain and illustrate material discussed in the report.

Dated:  November 26, 2018

Christian Steidl, M.D.

# Exhibit A

**THE UNIVERSITY OF BRITISH COLUMBIA**
*Curriculum Vitae for Faculty Members*

**Date**:   November 20, 2018                                    **Initials**:

1.      **SURNAME**: Steidl              **FIRST NAME**: Christian
                                         **MIDDLE NAME(S)**: Georg

2.      **DEPARTMENT/SCHOOL:**     (a) Pathology & Laboratory Medicine (UBC)
                                   (b) Department of Lymphoid Cancer Research (BCCA)

3.      **FACULTY**: Medicine

4.      **PRESENT RANK**:                **SINCE**:
        a) Associate Professor           July 2016
        b) Senior Scientist              July 2016

5.      **POST-SECONDARY EDUCATION**

| University or Institution | Degree | Subject Area | Dates |
|---|---|---|---|
| Universitat Witten / Herdecke, Germany | Ph.D. equiv. | Pathology | Feb 1998 – June 2003 |
| University of Muenster Medical School, Germany | M.D. | Medicine | Oct 1995 –  Dec 2001 |

**(b) Special Professional Qualifications**

Oct 2003        License to Practice Medicine, Aerztekammer Niedersachsen, Germany

**(c) Continuing Education /Training**

| University / Institution | Department | Rank or Title | Dates |
|---|---|---|---|
| University of Goettingen, Germany | Hematology & Oncology | Resident | April 2002 – April 2006 |
| British Columbia Cancer Agency, Canada | Pathology | Research Fellow | May 2006 –  Sep 2011 |

6.      **EMPLOYMENT RECORD**

*(a)      Prior to coming to UBC*

| University, Company or Organization | Rank or Title | Dates |
|---|---|---|
| University of Goettingen, Department of Hematology & Oncology, Division of Hematological Cytogenetics (Germany) | Physician Scientist | 2002 - 2006 |

*(b)      At UBC*

| Rank or Title | Dates |
|---|---|
| Assistant Professor, University of British Columbia, Department of Pathology & Laboratory Medicine | October 2011 – June 2016 |

| | |
|---|---|
| Scientist, British Columbia Cancer Agency, Department of Lymphoid Cancer Research | October 2011 – June 2016 |
| Deputy Department Head, British Columbia Cancer Agency, Department of Lymphoid Cancer Research | April 2014 – June 2016 |
| **Research Director**, Centre for Lymphoid Cancer, British Columbia Cancer Agency | January 2016 – June 2016; June 2018-present |
| **Associate Professor,** University of British Columbia, Department of Pathology & Laboratory Medicine | July 2016 – Present |
| **Senior Scientist,** British Columbia Cancer Agency, Department of Lymphoid Cancer Research | July 2016 – Present |
| **Department Head,** British Columbia Cancer Agency, Department of Lymphoid Cancer Research | July 2016 – Present |
| **Associate Vice President Research,** British Columbia Cancer Agency | August 2018 – Present |

*(c)      Date of granting of tenure at U.B.C.: July 1, 2016*


**7.      LEAVES OF ABSENCE**

| University, Company or Organization at which Leave was taken | Type of Leave | Dates |
|---|---|---|
| | | |
| | | |
| | | |
| | | |


**8.      TEACHING**

*(a)      Areas of special interest and accomplishments*

1. Pathogenesis of lymphoid cancers
2. Blood and Lymphatics
3. Biomarker in Medicine
4. Tumor microenvironment

*(b)      Courses Taught at UBC*

| Session | Course Number | Scheduled Hours | Class Size | Hours Taught | | | |
|---|---|---|---|---|---|---|---|
| | | | | Lectures | Tutorials | Labs | Other |
| 2012-2013 | Path 500A | 20 | 23 | 1.5 | 1 | NA | NA |
| 2012-2013 | Path 500B | 20 | 23 | 2 | 18 | NA | NA |
| 2012-2013 | MedG 421 | 30 | 38 | 1.5 | NA | NA | NA |
| 2012-2013 | ONCO 502 | 34.5 | 17 | 1.5 | NA | NA | NA |
| 2013-2014 | Path 500B | 20 | 12 | 2 | 20 | NA | NA |
| 2013-2014 | MedG 421 | 30 | 32 | 1.5 | NA | NA | NA |
| 2013-2014 | ONCO 502 | 34.5 | 14 | 1.5 | NA | NA | NA |
| 2013-2014 | GenomicPath | 4.5 | 46 | 1.0 | NA | NA | NA |
| 2014-2015 | Path 502 | 20 | 20 | 2 | 20 | NA | NA |
| 2014-2015 | MedG 421 | 30 | 30 | 1.5 | NA | NA | NA |
| 2014-2015 | ONCO 502 | 34.5 | 14 | 1.5 | NA | NA | NA |
| 2014-2015 | GenomicPath | 4.5 | 22 | 1.5 | NA | NA | NA |

| 2015-2016 | ONCO 502 | 34.5 | 19 | 1.5 | NA | NA | NA |
| 2015-2016 | Path 502 | 20 | 19 | 2 | 20 | NA | NA |
| 2016-2017 | ONCO 502 | 34.5 | 27 | 1.5 | NA | NA | NA |
| 2016-2017 | Path 502 | 20 | 13 | 2 | 20 | NA | NA |
| 2016-2017 | MedG 521 | 34.5 | 20 | 1.5 | NA | NA | NA |
| 2017-2018 | Path 502 | 20 | 15 | 2 | 20 | NA | NA |

*(c)    Graduate Students Supervised*

| Student Name | Program Type | Year | | Supervisory Role (supervisor, co-supervisor, committee member) |
| --- | --- | --- | --- | --- |
| | | Start | Finish | |
| David Twa | MD/PhD | 2012 | --- | Primary Supervisor |
| Eric Zhao | MD/PhD | 2015 | --- | Committee Member |
| Fong Chun Chan | Doctorate | 2012 | 2017 | Primary Supervisor |
| Jithendra Gunawardana | Doctorate | 2010 | 2015 | Primary Supervisor |
| Robert Kridel | Doctorate | 2010 | 2016 | Co-Supervisor |
| Ada Leung | Doctorate | 2010 | 2016 | Committee member |
| Rachel Huang | Doctorate | 2011 | --- | Committee member |
| Aimee Laporte | Doctorate | 2013 | 2017 | Committee member |
| Jon Obst | Doctorate | 2013 | --- | Committee Chair |
| Scott Brown | Doctorate | 2014 | --- | Committee member |
| Hamid Mohamad | Doctorate | 2014 | 2017 | Internal Examiner |
| Varune Rohan Ramnarine | Doctorate | 2014 | --- | Committee member |
| Sarah Arthur | Doctorate | 2016 | --- | Co-Supervisor |
| Fong Chun Chan | Master's | 2010 | 2012 | Co-Supervisor |
| Tang Lee | Master's | 2007 | 2009 | Co-supervisor |
| Linda (Xining) Yang | Master's | 2013 | --- | Committee member |
| Arash Samiei | Master's | 2014 | 2017 | Committee Chair |
| Arezoo Mohajeri | Master's | 2014 | 2017 | Committee member |
| Stephen Yu | Master's | 2014 | --- | Committee member |
| Rebecca Johnston | Master's | 2014 | 2018 | Primary Supervisor |
| Abigail Baticados | Master's | 2014 | --- | Primary Supervisor |
| Lauren Chong | Master's | 2014 | 2016 | Primary Supervisor |
| Gunjan Kumar | Master's | 2015 | --- | Committee member |
| Shary Chen | Master's | 2016 | --- | Committee Chair |
| Michael Li | Master's | 2017 | --- | Primary Supervisor |
| Olga Kutovaya | Post-Doctorate | 2014 | 2018 | Primary Supervisor |
| Shannon Healy | Post-Doctorate | 2013 | 2017 | Primary Supervisor |
| Anja Mottok | Post-Doctorate | 2013 | 2017 | Primary Supervisor |
| David Scott | Post-Doctorate | 2010 | 2014 | Co-Supervisor |
| Greg Hapgood | Post-Doctorate | 2014 | 2016 | Co-Supervisor |
| Dasiuke Ennishi | Post-Doctorate | 2011 | 2018 | Primary Supervisor |
| Elena Vigano | Post-Doctorate | 2016 | --- | Primary Supervisor |
| Katsuyoshi Takata | Post-Doctorate | 2016 | --- | Primary Supervisor |
| Tomohiro Aoki | Post-Doctorate | 2017 | --- | Primary Supervisor |
| Clementine Sarkozy | Post-Doctorate | 2017 | --- | Primary Supervisor |
| Gerben Duns | Post-Doctorate | 2017 | 2017 | Primary Supervisor |

*(d)    Continuing Education Activities*

1.  Teaching assistance for the UBC Pathology Residency Program, 2007: Introduction into genome-wide analysis tools
2.  BCCA Medical Oncology Residency Training Program 2009-2013: Annual reviews and seminar presentations of American Society of Hematology (ASH) Meeting Highlights ("Best of ASH")
3.  Seminars for Centre for Translational and Applied Genomics (CTAG) and Centre for Lymphoid Cancer

*(e)    Visiting Lecturer (indicate university/organization and dates)*

*(f)    Other*

1.  Associate Faculty Member CIHR/MSFHR Bioinformatics Training Program (since November 2011)
2.  Associate Faculty Member Interdisciplinary Oncology Program (since September 2012)
3.  Course Organizer PATH 502: General Principles of Pathology (since 2014)

Attended seminars

*1.*  Faculty of Graduate Studies workshop, Vancouver General Hospital, Vancouver, BC, Canada, May 30, 2012
*2.*  2015 Executive Development Seminar for Aspiring Leaders, Association of American Medical Colleges, Washington, DC, April 30 – May 2, 2015
*3.*  International Workshop on Non-Hodgkin Lymphoma, Vancouver, BC, Canada, September 8 – September 10, 2017

*(g)    Invited Lectures*

a)  "The microenvironment of lymphoid cancers: Biomarker and therapeutic target", Simon Fraser University, Molecular Biology and Biochemistry Seminar series, Vancouver, BC, November 16, 2018

b)  "Biomarkers and Novel Treatments in Hodgkin Lymphoma", Clinical Noon Rounds, Hematology Residency Training Program Division of Hematology, Foothills Hospital, Calgary, AB, January 25, 2018

c)  "Targeting the Tumor-Host Cellular Interface in Lymphoid Malignancies", Canadian Conference of Lymphoproliferative Disorders, Lake Louise, AB, March 20, 2016

d)  "Molecular Outcome Predictors in Hodgkin lymphoma", Canadian Conference of Lymphoproliferative Disorders, Lake Louise, AB, March 19, 2016

e)  "Molecular Assessment of the Tumour Mircroenvironment in Classical Hodgkin lymphoma", Banff Pathology Course 2015, Molecular Diagnostics in Daily Practice, Banff, AB, August 28, 2015

f)  "Acquired immune privilege in B cell lymphomas", Cancer Center Grand Rounds, Keck School of Medicine, University of Southern California (USC), Los Angeles, CA, May 5, 2015

g)   "Acquired immune privilege in B cell lymphomas", Seminar talk, New York University, New York, NY, March 26, 2015

h)  "Acquired immune privilege in B cell lymphomas", Seminar series at Deeley Research Centre, British Columbia Cancer Agency, Victoria, BC, October 6, 2014

i)  Next generation sequencing of B cell lymphomas. Teaching: UBC Hematopathology Rounds, April 22 2014

j)  Emerging hallmarks of B cell lymphomas – The next generation. BC Cancer Agency Research Seminar Series, April 14, 2014

k)   "Next generation sequencing in lymphoid cancers – what have we learned so far?" Seminar series, University Medical Center Groningen, Netherlands, October 10, 2013

l)  Lymphoma Genomics: Diagnostic Precision Tools for Guiding Treatments: Canadian Society for Pharmaceutical Sciences Annual Symposium 2013, Vancouver, BC, June 2013

m) Next-generation Sequencing of Lymphoid Cancers: From Discovery to Clinical Translation, American Society of Hematology (ASH) meeting, Atlanta, GA, December 2012

n) Lymphoma Genomics – Discovery for Better Treatments, BCCA conference, 2012 Annual Cancer Conference of the BC Cancer Agency, Vancouver 2012

o) Impact of NGS on Molecular Hematopathology, Association for Molecular Pathology Meeting 2012, Long Beach, CA, October 2012

p) Next generation sequencing of B cell lymphomas: what have we learned so far? Seattle Blood Club, Seattle, WA, May 2012

q) The Microenvironement in Hodgkin Lymphoma – Pathogenic and Clinical Relevance. The 2011 European Multidisciplinary Cancer Congress, Stockholm, Sweden, September 2011

r) Genomics in Hodgkin lymphoma: All roads lead to the tumour microenvironment, BC Cancer Agency's Vancouver Research Centre seminar series, July 2011

s) A molecular approach to Hodgkin Lymphoma: Understanding treatment failure. 1st International Symposium on Childhood Adolescent and Young Adult Hodgkin Lymphoma (ISCAYAHL), Arlington, VA, May 2011

t) Molecular characterization of Hodgkin lymphoma: Genome-wide approaches for biomarker discovery, 2010 Annual Cancer Conference of the BC Cancer Agency, Vancouver 2010

u) Gene expression profiling in Hodgkin Lymphoma: The HRS cells or the microenvironment? 7th International Symposium on Hodgkin Lymphoma, Cologne 2007, Germany


**9.** **SCHOLARLY AND PROFESSIONAL ACTIVITIES**

*(a)*    *Areas of special interest and accomplishments*


1.      **Discovery of novel gene fusions and coding sequence mutations in Hodgkin lymphoma and Non-Hodgkin lymphoma using next generation sequencing (ongoing research at BC Cancer since January 2009).** Dr. Steidl is lead author on a scientific publication in Nature describing the MHC class II transactivator *CIITA* as recurrent gene fusion partner in lymphoid cancers (Nature. 2011 Mar 17;471(7338):377-81). This world's first discovery defines a new subset of lymphomas characterized by these rearrangements leading to acquired immune privilege of the malignant cells in Hodgkin lymphoma, primary mediastinal B cell lymphoma and diffuse large B cell lymphoma. A patent for the use of *CIITA* rearrangement detection as a diagnostic and prognostic clinical tool has been filed (US Provisional patent application, invention # 09-038). Dr Steidl is also the senior author of multiple next generation sequencing studies of primary mediastinal B cell lymphoma and diffuse large B cell lymphoma describing first-of-its-kind somatic mutations of protein tyrosine phosphatase *PTPN1* (Nature Genetics. 2014 46(4): 329-35) and translocations of programmed death ligands (PDL1 and PDL2) (*Blood*. 2014 123(13):2062-5 and *Blood*. 2016 128(9):1206-13). Dr Steidl wrote multiple literature reviews on the molecular pathogenesis of primary mediastinal B cell lymphoma and immune-privilege lymphomas (Blood. 2011. Sep 8;118(10):2659-69; Blood Rev. 2018 32(3):249-55). Furthermore, Dr. Steidl is senior author on a scientific publication in Blood describing for the first time frequency and functional impact of somatic *NOTCH1* mutations in mantle cell lymphoma (Blood. 2012. Mar 1;119(9):1963-71) and hotspot gene mutations of *IL4R* in primary mediastinal large B cell lymphoma (Blood. 2018 131(18):2036-46).


2.      **Development of biomarker assays for outcome prediction in Hodgkin lymphoma (ongoing research at the BC Cancer Agency since May 2006).** Dr Steidl is lead author on a scientific publication in the New England Journal of Medicine describing a correlation of tumor-associated macrophages with progression-free and disease-specific survival in classical Hodgkin lymphoma. (N Engl J Med. 2010 Mar 11;362(10):875-85). Furthermore, Dr Steidl identified recurrent chromosomal imbalances and gene expression profiles of Hodgkin Reed-Sternberg to be associated with treatment outcome (Blood. 2010 Jul 22;116(3):418-27 and Blood, Nov 2009; 114: 268). These studies identified novel biomarkers for outcome prediction and risk-stratification in Hodgkin lymphoma.  Translating these discoveries into clinical tools, Dr Steidl developed gene-expression based biomarker assays that can be used for risk-stratification of classical Hodgkin lymphoma at diagnosis and at relapse (J Clin Oncol. 2013 31(6):692-700; J Clin Oncol. 2017 35(32):3722-33). Dr Steidl holds a patent for the

use of gene expression profiling for prediction of overall survival in advanced stage classic Hodgkin lymphoma (US Provisional Patent application # 61569116). Dr Steidl also wrote multiple review articles on the molecular pathogenesis of Hodgkin Lymphoma with emphasis on biomarkers (Journal of Clinical Oncology. 2011 May 10;29(14):1812-26; Blood. 2018 131(15):1654-65) and a book chapter on Genomics in Hodgkin lymphoma (_Hodgkin Lymphoma_, ISBN 978-3-642-12779-3, pages 357-365, Springer Berlin Heidelberg 2011).

**3.     Advancement of a translational lymphoma research program (Centre for Lymphoid Cancer) and clinical research at BC Cancer.** Dr Steidl is the Research Director of the Centre for Lymphoid Cancer (CLC) and Associate Vice President Research at BC Cancer. Dr Steidl helped build and advance the CLC with securing research funding as the nominated lead investigator of a team grant on treatment failure in lymphoid cancers funded by the Terry Fox Research Institute (TFRI; "Overcoming treatment failure in lymphoid cancers"). Dr Steidl is also project leader of a Genome Canada Large-Scale Applied Research Project to advance personalized treatments of relapsed lymphoid cancer patients ("Deciphering the genome biology of relapsed lymphoid cancer to improve patient management"), and is principal investigator of a CIHR Foundation grant focusing on microenvironment biology in lymphoma (The biology and clinical significance of the tumor microenvironment in B cell lymphomas"). As the Research Director, Dr Steidl provides a world-renowned training environment for graduate and postdoctoral students, many of which have moved on to faculty position to build lymphoma translational programs around the world (e.g. Dr. Scott, Dr. Kridel, Dr. Mottok, and Dr. Ennishi). As BCC's Associate Vice President Research, Dr Steidl is involved in building a clinical research department with state-of-the-art biobanking and database infrastructure, as well as diagnostic assay platforms. Representing BCC's research community, Dr Steidl is a member of the Scientific Advisory Board of the Lymphoma Research Foundation, Chair of the American Society of Hematology Scientific Committee on Lymphoid Neoplasia and Member of the Leukemia and Lymphoma Society of Canada Medical and Scientific Advisory Committee. In 2017, he was inducted as a member of the Royal Society of Canada, College for New Scholars, Artists and Scientists.

*(b)     Research or equivalent grants (indicate under COMP whether grants were obtained competitively (C) or non-competitively (NC))*

| Granting Agency | Title of Proposal | COMP | Total Amount Funded (CAD) | Year | Principal Investigator | Co-Investigator(s) |
|---|---|---|---|---|---|---|
| Paul Allen Frontiers Group | The microenvironment architecture and ecosystem of Hodgkin lymphoma at single cell resolution | **C** | $1,500,000 USD | 2019-2022 | **C.Steidl** | A. Merchant |
| Genome BC | Deciphering the genome biology of relapsed lymphoid cancers to improve patient management | **C** | $11,926,360 | 2018-2022 | **C.Steidl** | M. Marra D. Scott A. Karsan D. Regier, R. Kridel R. Morin J. Connors G. Slack S. Kamel-Reid |
| Canadian Cancer Society Research Institute (CCSRI) | Deciphering the cellular crosstalk in the tumour microenvironment of classical Hodgkin lymphoma | **C** | $196,000 | 2017-2019 | **C. Steidl** | S. Shah |

| | | | | | | |
|---|---|---|---|---|---|---|
| Canadian Cancer Society Research Institute (CCSRI) | High-resolution architecture and clinical relevance of MYC rearrangements in aggressive B-cell lymphomas | **C** | $450,000 | 2016-2019 | **C. Steidl** D. Scott | A. Mungall |
| Terry Fox Research Institute | Overcoming treatment failure in lymphoid cancers | **C** | $7,500,000 | 2016-2021 | **C. Steidl** J. Connors M. Marra D. Scott R. Morin S. Shah A. Weng | G. Morin G. Slack P. Farinha C. Hansen |
| Canadian Institutes of Health Research | The biology and clinical significance of the tumour microenvironment in B cell lymphomas | **C** | $1,534,008 | 2016-2021 | **C. Steidl** | G. Morin, M. Bally, K. Savage, S.Shah, A. Weng, G. Slack |
| Canadian Institutes of Health Research | Resolution of inter- and intra-tumoral heterogeneity in DLBCL using mass cytometry | C | $860,064 | 2016 – 2021 | A. Weng | **C. Steidl,** R. Brinkman |
| National Cancer Institute | Host factors, tumor microenvironment and survival in a multiethnic study of Hodgkin lymphoma patients | C | $402,872 | 2016-2021 | **C. Steidl** | |
| Children's Oncology Group | Identifying treatment response predictors in pediatric Hodgkin lymphoma | C | $45,000 | 2016-2017 | **C. Steidl** | T. Horton |
| Cancer Research Society | Intratumoral Heterogeneity in Follicular Lymphoma: Insights into Clonal Evolution and Transformation Revealed by Mass Cytometry | C | $120,000 | 2015-2017 | A. Weng | **C. Steidl** |
| Lymphoma Research Foundation | Biomarkers predicting early treatment response in advanced stage classical Hodgkin lymphoma | C | $100,000 | 2015-2017 | D. Scott | R. Gascoyne, L. Rimsza, O. Press, **C. Steidl** |
| Canadian Institutes of Health Research | Somatic mutations in the JAK-STAT signaling pathway in primary mediastinal large B cell lymphoma | C | $855,882 | 2014-2016 | **C. Steidl** | M. Bally, R. Gascoyne, G. Morin |

| Leukemia and Lymphoma Society of Canada | The role of UBR5 mutations in the pathogenesis of mantle cell lymphoma | C | $119,420 | 2014-2016 | **C. Steidl** | R. Gascoyne |
|---|---|---|---|---|---|---|
| Genome British Columbia | Modelling Human Lymphoma Mutations in Mice | C | $200,000 | 2014-2016 | P. Hoodless, **C. Steidl**, K. Humphries | |
| Canadian Cancer Society Research Institute (CCSRI) | Detection of genomic rearrangements in archival lymphoma tissues using targeted capture sequencing | C | $199,351 | 2014-2016 | **C. Steidl** | R. Gascoyne, A. Mungall Additional author: D. W. Scott |
| Leukemia & Lymphoma Society of Canada | Resolution of Intratumoral Heterogeneity in B-Cell NHL by Flow Cytometry | C | $800,000 | 2014-2015 | A. Weng | R. Brinkman, **C. Steidl,** R. Gascoyne |
| Terry Fox Research Institute (TFRI) | Molecular Correlates of Treatment Failure in Lymphoid Cancers | C | $3,885,626 | 2013-2016 | R. Gascoyne, J. Connors, S. Jones, M. Marra, S. Shah, **C. Steidl** | P. Hoodless, D. Scott |
| Genome Canada | Personalized Treatment of Lymphoid Cancer: British Columbia as Model Province | C | $10,232,800 | 2013-2018 | J. Connors, M. Marra, R. Gascoyne | **C. Steidl,** S. Peacock, S. Jones, I. Cromwell |
| Canadian Institutes of Health Research (CIHR) – New Investigator Award | Biology and clinical significance of the tumour microenvironment in lymphoid cancers | C | $300,000 | 2013/07-2018/06 | **C. Steidl** | |
| Michael Smith Foundation for Health Research – Career Investigator Scholar Award | Understanding tumor microenvironment interactions in lymphoid cancers: Transition into improved treatment outcome prediction and development of personalized therapies | C | $635,000 | 2012/07-2020/06 | **C. Steidl** | |

| Children's Oncology Group (COG) AYA | Identifying Treatment Response Predictors in Childhood Hodgkin Lymphoma | C | $25,968 USD | 2012-2014 | T. Horton | **C. Steidl** |
| Canadian Institutes of Health Research | Prognostic markers and biology of relapsed Hodgkin lymphoma | C | $502,157 | 2012-2015 | **C. Steidl** | R. Gascoyne, S. Shah |
| Leukemia & Lymphoma Society of Canada | Recurrent somatic mutations of PTPN1 in B cell lymphomas | C | $119,600 | 2012/07-2014/06 | **C. Steidl** | |
| Canadian Hematology Society | Prognostic markers in relapsed Hodgkin lymphoma | C | $10,000 | 2012 | **C. Steidl** | |
| Canadian Institutes of Health Research | Centre for Epigenome Mapping Technologies | C | $4,489,351 & $10,649 (equip) | 2012-2017 | M. Marra, M. Hirst, S. Jones | **C. Steidl**, S. Aparicio, J. Connors, M. Cynader, C. Eaves, R. Gascoyne, D. Huntsman, A. Karsan, M. Kobor, A. Weng, S. Wiseman |
| Canadian Institutes of Health Research | Genetic mechanisms underlying immune privilege in malignant lymphomas | C | $368,667 | 2011 - 2014 | R. Gascoyne | **C. Steidl**, J. Connors |
| Leukemia and Lymphoma Society of Canada | Assessment of endogenous retroviral-mediated gene activation in lymphomas | C | $119,900 | 07/11–06/13 | D. Mager | **C. Steidl** |
| Canadian Institutes of Health Research | Predicting treatment response in Hodgkin Lymphoma by identifying new molecular markers | C | $386,210 | 2008 – 2011 | R. Gascoyne | **C. Steidl**, J. Connors |
| University of Goettingen | The impact of defective DNA repair on genetic changes in myelodysplastic syndromes and acute myeloid leukemias with complex chromosome rearrangements | C | $30,000 | 2004 – 2005 | **C. Steidl** | |

(c)    *Research or equivalent contracts (indicate under COMP whether grants were obtained competitively (C) or non-competitively (NC).*

| Granting Agency | Subject | COMP | $ Per Year | Year | Principal Investigator | Co-Investigator(s) |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

*(d)     Invited Presentations*

1. "The Hodgkin lymphoma microenvironment at single cell resolution", 2018 Allen Frontiers Group Symposium, Seattle, USA, Oct 16, 2018

2. "Outcome prediction in Adolescent and Young Adult Hodgkin lymphoma" Children's Oncology Group meeting, Dallas, USA, Oct 4, 2018

3. "Mechanisms of immune privilege in lymphoid malignancies", 4th International Workshop on Biology, Prevention and Treatment of Relapse after Hematopoietic Stem Cell Transplantation, Chicago, USA, September 21, 2018

4. "Targeting the Microenvironment in B-cell lymphomas", XXII. Wilsede Meeting 2018. Modern Trends in Human Leukemia and Cancer, Wilsede, Germany, July 1, 2018

5. "Predictive signatures in pediatric HL", 3rd Nordic Meeting on Tumor Microenvironment in Lymphoma, Aarhus, Denmark, May 24th, 2018

6. "The Tumor Microenvironment of Malignant Lymphomas", CIHR-ICR Early Career Researcher Meeting, Toronto, ON, November 4th 2017.

7. "The tumor microenvironment in B cell lymphomas", Annual Meeting of the Japanese Society of Hematology, Tokyo, Japan, October 20, 2017

8. "The Tumor Microenvironment of B-Cell Lymphomas", Canadian Hematology Conference, Toronto, ON, September 29, 2017

9. "Molecular Pathogenesis of PMBCL", City of Hope National Comprehensive Cancer Centre, Los Angeles, CA, USA, July 12, 2017

10. "Microenvironment profiling in Classical Hodgkin Lymphoma – an update", Annual Interlymph Meeting International Lymphoma Epidemiology Consortium, Copenhagen, Denmark, June 14, 2017

11. "Novel insight into the molecular pathogenesis of primary mediastinal large B cell lymphoma: Diagnostic and therapeutic implications", Seminar, Memorial Sloan Kettering Cancer Center, New York, NY, USA, June 6, 2017

12. "The genetics of primary mediastinal large Bcell lymphoma: Implication for the tumor microenvironment", 2nd Nordic Meeting on Tumor Microenvironment in Lymphoma, Aarhus, Denmark, May 18, 2017

13. "Predictive signatures in HL", 2nd Nordic Meeting on Tumor Microenvironment in Lymphoma, Aarhus, Denmark, May 18, 2017

14. "Tumor microenvironment and survival in pediatric and adult Hodgkin lymphoma", 3rd International Symposium on Childhood, Adolescent, and Young Adult Hodgkin Lymphoma (ISCAYAHL), Washington, DC, USA, May 11, 2017

15. "Classical Hodgkin Lymphoma – Molecular Testing at Relapse", Canadian Cancer Trials Annual Spring Meeting, Toronto, ON, April 29, 2017

16. "Overcoming Treatment Failure in Lymphoid Cancers", Terry Fox Research Institute BC Node Day, Vancouver, November 23, 2016

17. "Gene expression profiling of the Hodgkin lymphoma microenvironment", 10th international Symposium on Hodgkin lymphoma, Cologne, Germany, October 24, 2016

18. "Personalized treatments - A provincial path to the clinic" Genome Canada Genomics and Precision Health Forum, Toronto, October 6, 2016

19. "Molecular assessment of the Hodgkin lymphoma tumor microenvironment" and "Outcome prediction in pediatric Hodgkin lymphoma", Mayo Clinic, Rochester, Minnesota, June 25, 2016

20. "Acquired immune privilege in B-cell lymphomas", American Society of Hematology (ASH) Lymphoma Biology meeting, Colorado Springs, Colorado, June 19, 2016

21. "Molecular Outcome Predictors in classical Hodgkin lymphoma", Changing Views in Cancer Conference, Berlin, Germany, May 27, 2016

22. "The tumor microenvironment in Hodgkin lymphoma", 1st Nordic meeting on tumor microenvironment in lymphoma, Aarhus, Denmark, May 19, 2016
23. "Targeting the tumor-host cellular interface in lymphoid malignancies", Keystone meeting on Stem Cells and Cancer, Breckenridge, Colorado, March 7, 2016
24. "The role of the tumor microenvironment in lymphoid malignancies", American Society of Hematology (ASH) meeting, Scientific Committee on Lymphoid Neoplasia, Orlando, FL, December 5-6, 2015
25. "Molecular assessment of the Tumour Microenvironment in Classical Hodgkin Lymphoma", Lymphoma Research Foundation AYA symposium, New York, October 2, 2015
26. "The mutational basis of immune privilege in B cell lymphomas", 11th Canadian CLL Research Meeting, Winnipeg, Manitoba, October 1, 2015
27. "Gene expression profiling and survival in classical Hodgkin lymphoma", International Lymphoma Epidemiology Consortium Annual Meeting, Workshop on Hodgkin lymphoma, Groningen, The Netherlands, June 22, 2015
28. "Genomic rearrangements involving programmed death ligands in lymphoid cancers", 8th Canadian Cancer Immunotherapy Consortium (CCIC) Symposium, Vancouver, BC, May 21, 2015
29. Children's Oncology Group Annual Meeting in Dallas, TX, USA 2014, "Tumor microenvironment and survival in classical Hodgkin lymphoma", September 17, 2014
30. Seminar series at Deeley Research Centre, British Columbia Cancer Agency, Victoria, BC, October 6, 2014, "Acquired immune privilege in B cell lymphomas"
31. LLS Canada Journey of Hope, "Lymphoma Research: Translating basic science into clinical application". Vancouver Jun11, 2014
32. Keynote Lecture at the International Lymphoma Epidemiology Consortium Annual Meeting June 17 2014, "Tumor microenvironment and survival in classical Hodgkin lymphoma
33. Terry Fox Research Institute Annual Scientific Meeting, May 8, 2014, "Molecular Correlates of Treatment Failure in Lymphoid Cancers"
34. 2014 Canadian Human And Statistical Genetics Meeting, May 5, 2014, "Next generation sequencing of B cell lymphomas"
35. 2013 Canadian Cancer Research Conference Toronto, Outcome prediction in Hodgkin lymphoma - from discovery to clinical translation (Nov 6, 2013)
36. TFRI BC Node Research Day 2013, Vancouver, Molecular correlates of treatment failure in lymphoid cancer, October 13, 2013
37. 9th international Symposium on Hodgkin lymphoma, Cologne (Germany) 2013, Novel and recurrent coding sequence mutations in microdissected Hodgkin-/ Reed- Sternberg cells (October 12, 2013)
38. 2013 University Medical Center Groningen Seminar Series (Netherlands), Next generation sequencing of lymphoid cancers - what have we learned so far? (October 10, 2013)
39. Lymphoma Genomics: Diagnostic Precision Tools for Guiding Treatments: Canadian Society for Pharmaceutical Sciences Annual Symposium 2013, Vancouver, BC, June 2013
40. Next-generation Sequencing of Lymphoid Cancers: From Discovery to Clinical Translation, American Society of Hematology (ASH) meeting, Atlanta, GA, December 2012
41. Lymphoma Genomics – Discovery for Better Treatments, BCCA conference, 2012 Annual Cancer Conference of the BC Cancer Agency, Vancouver 2012
42. Impact of NGS on Molecular Hematopathology, Association for Molecular Pathology Meeting 2012, Long Beach, CA, October 2012
43. Next generation sequencing of B cell lymphomas: what have we learned so far? Seattle Blood Club, Seattle, WA, May 2012
44. Inactivating Gene Alterations of MHC Class II Transactivator *CIITA* Are Recurrent in Primary Mediastinal B Cell Lymphoma and Hodgkin Lymphoma. 53rd American Society of Hematology (ASH) meeting, San Diego, December 2011
45. CSF1R Expression of Hodgkin Reed Sternberg Cells Is Associated with the Number of Macrophages in the Tumor Microenvironment and Is Correlated with Treatment Outcome. 53rd American Society of Hematology (ASH) meeting, San Diego, December 2011
46. The Microenvironement in Hodgkin Lymphoma – Pathogenic and Clinical Relevance. The 2011 European Multidisciplinary Cancer Congress, Stockholm, Sweden, September 2011
47. Genomics in Hodgkin lymphoma: All roads lead to the tumour microenvironment. BC Cancer Agency's Vancouver Research Centre Seminar, Vancouver, July 2011

48. A molecular approach to Hodgkin Lymphoma: Understanding treatment failure. 1st International Symposium on Childhood Adolescent and Young Adult Hodgkin Lymphoma (ISCAYAHL), Arlington, VA, 2011, Invited lecture.
49. Fusion gene discovery in lymphoid cancers using next generation sequencing, Invited lecture, Cincinnati Children's Hospital Medical Center, Cincinnati 2011
50. 8th International Symposium on Hodgkin lymphoma, Cologne 2010: Genome-wide copy number analysis of microdissected HRS cells in classical Hodgkin lymphoma.
51. 2010 Annual Cancer Conference of the BC Cancer Agency, Vancouver 2010: Molecular characterization of Hodgkin lymphoma: Genome-wide approaches for biomarker discovery
52. Genomics approaches for biomarker discovery in Hodgkin lymphoma, Invited lecture, Albert-Einstein College of Medicine, New York 2010
53. Molecular characterization of Hodgkin lymphoma: Genome-wide approaches for biomarker discovery, Invited lecture, Weill Cornell Medical College, New York 2010
54. 51st American Society of Hematology (ASH) meeting, New Orleans 2009: Gene Expression Profiling of Microdissected Hodgkin Reed Sternberg Cells: Molecular Subtypes and Treatment Outcome Correlations
55. 50th American Society of Hematology (ASH) meeting, San Francisco 2008: Genetic Alterations Detected by High-Resolution Array Comparative Genomic Hybridization in Microdissected HRS Cells Correlate with Treatment Outcome in Classical Hodgkin Lymphoma
56. 50th American Society of Hematology (ASH) meeting, San Francisco 2008: Genome-Wide Expression Profiling Predicts Treatment Outcome in Classical Hodgkin Lymphoma
57. 7th International Symposium on Hodgkin Lymphoma, Cologne 2007, Germany: Gene expression profiling in Hodgkin Lymphoma: The HRS cells or the microenvironment?
58. The BC Cancer Immunotherapy Workshop, Vancouver, Canada, May 2007: Immune  Microenvironment in Hodgkin Lymphoma
59. 17th Working Symposium of Tumour Cytogenetics, Hohwacht, Germany, May 2004: Karyotype evolution in myelodysplastic syndromes
60. 5th Annual Symposium of the German Competence Network „Acute and chronic Leukemias, Heidelberg, Germany, January 2004: Karyotype evolution and complex chromosome rearrangements in AML and MDS
61. 13th Annual Symposium of the German Society of Human Genetics, Leipzig, Germany, September 2002: Quality management in tumour cytogenetics.
62. 31st Meeting of the German Society of Pathology, Bonn, Germany, November 2000: Chromosomal aberrations in bladder cancer and adjacent urothelium.

*(e)     Other Presentations*


*(f)     Other*

2014:   Visiting scientist: Dr Wendy Cozen, Invited talk at Centre for Lymphoid Cancer Seminar series, "Epidemiology of Hodgkin lymphoma", November 19, 2014
2015:   Industry collaboration with CTI Biopharma: Visit of Dr Jack Singer with researchers in the Centre for Lymphoid Cancer, May 19, 2015
2015:   Industry collaboration with Trillium Therapeutics Inc., Visit Dr Eric Sievers with the Centre for Lymphoid Cancer (BCCA), November 20, 2015
2016:   Seminar speaker host to Dr Ryan Morin (Simon Fraser University), BCCA Research Seminar Series, Nov 28, 2016: "Gaining new insights into tumour evolution in lymphomas and other solid cancers using ctDNA"


*(g)     Conference Participation (Organizer, Keynote Speaker, etc.)*

2010:   Session chair of American Society of Hematology 2010 meeting, "Biology of Hodgkin Lymphoma"
2010:   Scientific abstract reviewer for the American Society of Hematology meeting 2010, "Biology of Hodgkin Lymphoma"
2012:   Scientific abstract reviewer for the American Society of Hematology meeting 2012, "Biology of Hodgkin Lymphoma"

2013:   Coordinating Reviewer for the American Society of Hematology meeting 2013, "Biology of Hodgkin Lymphoma"

2013:   Session Chair of the International Symposium on Hodgkin Lymphoma 2013, Workshop: Prognostic and biomarkers - tissue and serum/plasma

2013:   Session Chair of American Society of Hematology 2013 meeting, "Biology of Hodgkin Lymphoma"

2014:   Keynote Lecture at the International Lymphoma Epidemiology Consortium Annual Meeting. "Tumor microenvironment and survival in classical Hodgkin lymphoma

2014:   Member of scientific organizing committee for Terry Fox Research Institute Annual Scientific meeting 2014 in Montreal, Canada

2014:   Session Chair: Terry Fox Research Institute Annual Scientific Meeting 2014, Workshop: Research Collaborations - Making Friends outside your discipline

2014:   Poster judging: Terry Fox Research Institute Annual Scientific Meeting

2014:   Member of the American Society of Hematology Scientific Committee on Lymphoid Neoplasia

2014:   Member of scientific program committee for Canadian Cancer Research Conference 2015 in Montreal, Canada

2015:   Poster judging for 8th Canadian Cancer Immunotherapy Consortium (CCIC) Symposium, Vancouver, BC, May 2015

2015:   Member of the Scientific Program Committee, 2015 Canadian Cancer Research Conference (Oct 2014 – Nov 2015)

2016:   Member of the Scientific Committee, 10th International Symposium on Hodgkin Lymphoma, Cologne, Germany (October 2016)

2016:   Session Chair: "Biomarkers", 10th International Symposium on Hodgkin Lymphoma, Cologne, Germany, October 22 2016

2017:   Co-Chair of 2nd Nordic Meeting on Tumor Microenvironment in Lymphoma, Aarhus, Denmark, May 18, 2017

2017:   Co-Chair of American Society of Hematology (ASH) Scientific Committee on Lymphoid Neoplasia (January 2017 – December 2017)

2017:   Chair of American Society of Hematology (ASH) Scientific Committee on Lymphoid Neoplasia (January 2018 – present)

2018:   Co-Chair of 3rd Nordic Meeting on Tumor Microenvironment in Lymphoma, Aarhus, Denmark, May 22-26, 2018

2018:   Session Chair: "The tumor microenvironment – Biology", 3rd Nordic Meeting on Tumor Microenvironment in Lymphoma, Aarhus, Denmark, May 24, 2018


## 10.   SERVICE TO THE UNIVERSITY

*(a)    Memberships on committees, including offices held and dates*

2012 - :        Member of the BC Cancer Agency Research Centre Research Space Review Committee

2013 - :        Department of Pathology (UBC), Outstanding Academic Performance & Merit Committee reviewer

2015 -          Member of the UBC Pathology Graduate Studies Curriculum Committee (since 2015)

2015-2017:      Member of the Search Committee for a Hematopathologist and Medical Director of the Provincial Lymphoma Pathology Program (BCCA Department of Pathology)

2016:           Member of the BCCA Search Committee for the Vice President Research (successful candidate: Dr Francois Benard)

2017 - :        Member of the BC Cancer Agency BioCancer Committee

2017 - :        Co-Chair of BC Cancer Agency Conference 2018 Scientific Planning Committee


*(b)    Other service, including dates*

2013:   UBC Internal Reviewer for CIHR operating grant (fall competition)

**11.**    **SERVICE TO THE COMMUNITY**

*(a)*    *Memberships on scholarly societies, including offices held and dates*

1.    Member, American Society of Hematology (since 2006)
2.    Member, International Lymphoma Epidemiology Consortium (since 2014)
3.    Member, International Lymphoma Epidemiology Consortium (Interlymph),
      Hodgkin lymphoma working group
4.    Member of the American Society of Hematology Scientific Committee on Lymphoid Neoplasia
5.    Member, Leukemia and Lymphoma Molecular Profiling Project (LLMPP) (since 2016)
6.    Member, Lymphoma Research Foundation (LRF) Scientific Advisory Board (since 2016)
7.    Member, Royal Society of Canada's College of New Scholars, Artists and Scientists (since 2017)

*(b)*    *Memberships on other societies, including offices held and dates*

*(c)*    *Memberships on scholarly committees, including offices held and dates*

1.    Member, German-Austrian MDS study group, 2004 – 2008
2.    Member, Cytogenetics Committee, International Working Group on Prognosis in Myelodysplasia, 2008-2010

*(d)*    *Memberships on other committees, including offices held and dates*

1.    Member of the Lymphoma Research Foundation's Panel of Scientific Advisors (2012-2016)
2.    Member of the Lymphoma Research Foundation's Scientific Advisory Board (since 2016)
3.    Member of the Canadian Institutes of Health Research "Fellowships – Post-PhD" committee (since 2012)
4.    Member of the Canadian Institutes of Health Research review panel "Cancer Progression and Therapeutics (CT2)" (2013-2014)
5.    Scientific reviewer for German Research Foundation (DFG) (since 2013)
6.    Member of the Medical Expert Committee of the Cancer Research Society (since 2012)
7.    American Society of Hematology Scientific Committee Member: Lymphoid Neoplasia (sine 2013)
8.    Member of review panel, Leukemia and Lymphoma Society, Quest for CURES competition, 2014
9.    Member of the Canadian Cancer Society Research Institute review panel i4 (Innovation and Innovation to Impact grants), June 2015
10.   Member of the Canadian Cancer Society Research Institute review panel i1A (Innovation and Innovation to Impact grants), December 2015
11.   Scientific reviewer for Leukaemia & Lymphoma Research Bloodwise Specialist Programme (United Kingdom) (November 2015 – January 2016)
12.   Member of the Lymphoma and Leukemia Society Mantle Cell Lymphoma Research Initiative Grant Review Panel (September 2017)
13.   Member of NIH PO1 grants application review panel (September 2017 - October 2017)
14.   Correlative Biomarker Lead on Eastern Cooperative Oncology Clinical E4412: A Phase I Study with an Expansion Cohort/Randomized Phase II Study of the Combinations of Ipilimumab, Nivolumab and Brentuximab Vedotin in Patients with Relapsed/Refractory Hodgkin Lymphoma, New York University (since 2017)
15.   Member of Leukemia and Lymphoma Society of Canada Med Sci Committee (since February 2017)
16.   Member of SPORE grant scientific advisory commitee, City of Hope Comprehensive Cancer Care, Los Angeles, CA, USA (July, 2017)
17.   Member of the Canadian Cancer Society Research Institute review panel i4 (Innovation and Innovation to Impact grants), June 2018
18.   Member of the Canadian Institutes of Health Research College of Reviewers, since 2017

*(e)      Editorships (list journal and dates)*

*(f)      Reviewer (journal, agency, etc. including dates)*

1.      Leukemia, 2005 – Present
2.      Leukemia & Lymphoma, 2009 – Present
3.      Haematologica, 2009 – Present
4.      Blood, 2010 – Present
5.      Leukemia Research, 2012- present
6.      Experimental Hematology 2012-present
7.      PLOS Genetics, 2012-present
8.      Journal of Gastrointestinal Oncology, 2012-present
9.      New England Journal of Medicine, 2012- present
10.     Journal of Pathology, 2012 – present
11.     Cancer Research, 2012- present
12.     Current Biomarker findings, 2012 – present
13.     Cytokine, 2013- present
14.     Molecular Oncology, 2013 – present
15.     Cancer Growth and Metastasis, 2013 – present
16.     Cancer Cell International, 2013 – present
17.     Nature Communications, 2013 – present
18.     Diagnostic Pathology, 2013 – present
19.     Cancer Cell, 2013 – present
20.     Clinical Cancer Research, 2013 – present
21.     Genes Chromosomes & Cancer, 2014 – present
22.     Expert Review of Hematology, 2014 – present
23.     Cell Reports, 2014 – present
24.     Nature Genetics, 2015 – present
25.     PLOS One, 2015 – present
26.     Genome Biology, 2015 – present
27.     Blood Advances, 2016 – present
28.     Cancer Discovery, 2017 – present

*(g)      External examiner (indicate universities and dates)*

1.      PhD Thesis of Julie Morscio, "Unraveling the pathogenesis of Epstein-Barr virus-positive and –negative post-transplant B-cell lymphoma: a translational study", University of Leuven, Belgium. Defense date: April 28, 2016

*(h)      Consultant (indicate organization and dates)*

1.      Advisory Board: Affimed Therapeutics AG (June 2014)
2.      Expert Witness for Inter Partes Review before the US Patent Trial and Appeal Board. Retained by Irell and Manella LLP on behalf of Sloan Kettering Institute for Cancer Research and Juno Therapeutics. Deposition July 27, 2016.

*(i)      Other service to the community*

1.      Lay presentation to the Leukemia and Lymphoma Society of Canada: "Lymphoma Research: Translating basic science into clinical application", June 2014
2.      Speaker / BCCA research representative at the 2015 Terry Fox Marathon of Hope community run in Coquitlam BC, September 20, 2015
3.      Presentation to the BC Cancer Foundation Board of Directors, November 26, 2015
4.      Presentation and Speaker at BC Cancer Foundations "Hope Couture" Gala, Sep 14, 2016

5.  Lay presentation to the Leukemia and Lymphoma Society of Canada "Lymphoma Research: Translating Basic Science into Clinical Application", March 31, 2017
6.  Publication Update on Oncology Newswatch "Prognostic Model Created for Hodgkin Lymphoma Post-ASCT", September 12, 2017
7.  Communications for BC Cancer Internal "New test can predict treatment outcome for Hodgkin lymphoma patients", September 14, 2017
8.  Interview with Science in the City "Prognostic Model to Predict Post-Autologous Stem-Cell Transplantation Outcomes in Classical Hodgkin Lymphoma", September 25, 2017
9.  Interview for Cancer Therapy Advisor article "Hodgkin Lymphoma: Assay May Predict Post transplantation Relapse, Possibly Guiding Non-transplant Options", October 3, 2017

## 12.   AWARDS AND DISTINCTIONS

*(a)   Awards for Teaching (indicate name of award, awarding organizations, date)*

1.  Department of Pathology and Laboratory Medicine, Excellence in Education Award 2017

*(b)   Awards for Scholarship (indicate name of award, awarding organizations, date)*

1.  Foerderungsstipendium Scholarship, National German Scholarship Foundation (Germany), 1995-2001
2.  Postdoctoral Fellowship Award, Deutsche Forschungsgemeinschaft (Germany), 2006-2008
3.  Postdoctoral Fellowship Award, Cancer Research Society (Canada), 2008-2011
4.  Postdoctoral Fellowship Award, Michael Smith Foundation for Health Research (Canada), 2008-2011
5.  Postdoctoral Fellowship Award, Lymphoma Research Foundation (Canada), 2008-2010
6.  Michael Smith Foundation for Health Research (MSFHR) 2012 Career Investigator Award, July 2012 – June 2020: "Understanding tumour microenvironment interactions in lymphoid cancers: Translation into improved treatment outcome prediction and development of personalized therapies"
7.  Canadian Institutes of Health Research (CIHR) – New Investigator Award, July 2013 – June 2018; "Biology and clinical significance of the tumour microenvironment in lymphoid cancers"
8.  Faculty of Medicine, Distinguished Achievement Award 2014, Excellence in Basic Science Research
9.  Department of Pathology and Laboratory Medicine, Early Career Excellence in Research and Discovery Award 2014
10.  Canadian Institutes of Health Research (CIHR) – Institute of Cancer Research: Early Career Award in Cancer 2017
11.  Member of the College of New Scholars, Artists and Scientists of the Royal Society of Canada (since 2017)
12.  Allen Distinguished Investigator Award, Allen Frontiers Group, November 2018

*(c)   Awards for Service (indicate name of award, awarding organizations, date)*

*(d)   Other Awards*

1.  Canadian Hematology Society 2011 Research Award, Junior Faculty, December 2011

## 13.   OTHER RELEVANT INFORMATION (Maximum One Page)

1.  Principal Investigator of 2013 Banting Postdoctoral Fellowship award to Dr Daisuke Ennishi): Discovering the mutational landscape of Hodgkin lymphoma
2.  Supervisor of 2012 "Best of ASH" abstract award by the Canadian Haematology Society (CHS) to Fong Chun Chan (PhD candidate)
3.  Co-Principal investigator of 2012 CIHR postdoctoral fellowship award to Dr David Scott

4. Co-Principal investigator of 2012 CIHR postdoctoral fellowship award (Health Professionals) to Dr Robert Kridel
5. Co-Principal investigator of 2013 Michael Smith Foundation for Health Research (MSFHR) postdoctoral fellowship award to Dr Robert Kridel
6. Principal Investigator of 2014 Vanier Scholarship award to David Twa: Recurrent translocations involving programmed death ligands in non-Hodgkin lymphomas: Establishing a novel diagnostic biomarker and target for molecular-precise medicine
7. Supervisor of two best poster awards (to Jay Gunawardana) at 2015 Terry Fox Research Institute (TFRI) Annual meeting, St. John's, Newfoundland
8. Principal investigator of 2015 Michael Smith Foundation for Health Research (MSFHR) postdoctoral fellowship award to Dr Anja Mottok
9. Supervisor of two best poster awards (to Lauren Chong) at 2015 Terry Fox Research Institute (TFRI) Annual meeting, St. John's, Newfoundland
10. Principal investigator of 2016 Lymphoma Canada Fellowship award to Dr Anja Mottok
11. Supervisor of BCCA Research Excellence Prize - 2016 Lloyd Skarsgaard Award to Fong Chun Chan
12. Successful nomination of Dr Randy Gascoyne for two lifetime achievement awards in 2016: Aubrey J. Tingle Prize and Terry Fox medal.

*Publications Record*

**SURNAME**: Steidl                **FIRST NAME**:   Christian              **Initials**:
                                   **MIDDLE NAME(S)**: G                  **Date**: Nov 20, 2018

## 1.    REFEREED PUBLICATIONS

*(a)    Journals*

*1.*    **Steidl C.**, Simon R., Bürger H., Brinkschmidt C., Böcker W., Terpe H.J. Patterns of chromosomal aberrations in urinary bladder tumours and adjacent urothelium. J Pathol 2002 Sep; 198(1):115-20 PMID: 12210071

2.    Steidl U., Schroeder T., **Steidl C.**, Kobbe G., Graef T., Bork S., Pechtel S., Kliszewski S., Kuendgen A., Rohr U.P., Fenk R., Schroeder M., Haase D., Haas R., Kronenwett R. Distinct Gene Expression Pattern of Malignant Hematopoietic Stem and Progenitor Cells in Polycythemia Vera. Ann NY Acad Sci. 2005 Jun; 1044: 94-108 PMID: 15958702

3.    **Steidl C.**, Steffens R., Gassmann W., Hildebrandt B., Hilgers R., Germing U., Trümper L. and  Haase D. Adequate cytogenetic examination in myelodysplastic syndromes: analysis of 529 patients. Leuk Res. 2005 Sep; 29(9):987-993 PMID: 16038724

4.    Kuendgen A, Knipp S, Fox F, Strupp C, Hildebrandt B, **Steidl C** Germing U, Haas R, HGattermann N. Results of a phase 2 study of valproic acid alone or in combination with all-trans retinoic acid in 75 patients with myelodysplastic syndrome and relapsed or refractory acute myeloid leukemia. Ann Hematol. 2005 Dec;84 Suppl 1:61-6 PMID: 16270213

5.    Germing U., Hildebrandt B., Pfeilstöcker M., Nösslinger T., Valent P., Fonatsch C., Lübbert M., Haase D., **Steidl C.**, Krieger O., Stauder R., Giagounidis AAN., Strupp C., Kündgen A., Mueller T., Haas R., Gattermann N., Aul C. Refinement of the international prognostic scoring system (IPSS) by including LDH as an additional prognostic variable to improve risk assessment in patients with primary myelodysplastic syndromes (MDS). Leukemia. 2005 Dec;19(12):2223-31

6.    Kuendgen A., Schmid M., Schlenk R., Knipp S., Hildebrandt B., **Steidl C.**, Germing U., Haas R., Döhner H., Gattermann N. The histone deacetylase (HDAC) inhibitor valproic acid as monotherapy or in combination with *all-trans* retinoic acid in patients with acute myeloid leukemia. Cancer. 2006 Jan;106(1):112-9 PMID: 16323176

7.    Steidl U, Rosenbauer F, Verhaak RG, Gu X, Ebralidze A, Otu HH, Klippel S, **Steidl C** Bruns I, Costa DB, Wagner K, Aivado M, Kobbe G, Valk PJ, Passegue E, Libermann TA, Delwel R, Tenen DG.H Essential role of Jun family transcription factors in PU.1 knockdown-induced leukemic stem cells. Nat Genet. 2006 Nov;38(11):1269-77. PMID: 17041602

8.    Steidl U*, **Steidl C***, Ebralidze A, Chapuy B, Hye-Jung H, Will B, Rosenbauer F, Becker B, Wagner K, Koschmieder S, Kobayashi S, Schulz T, O'Brien KB, Verhaak RGW, Delwel R, Haase D, Truemper L, Krauter J, Kohwi-Shigematsu T, Griesinger F, Tenen DG. A single nucleotide polymorphism alters long-range regulation of the PU.1 gene in acute myeloid leukemia. J Clin Invest. 2007 Sep;117(9):2611-20 *both authors contributed equally to this work PMID: 17694175

9.    Haase D, Germing U, Schanz J, Pfeilstoecker M, Noesslinger T, Hildebrandt B, Kuendgen A, Luebbert M, Kunzmann R, Giagounidis A, Aul C, Truemper L, Krieger O, Stauder R, Mueller TH, Wimazal F, Valent P, Fonatsch C, **Steidl C**. New insights into the prognostic impact of the karyotype in MDS and correlation with subtypes: evidence from a core dataset of 2124 patients. Blood. 2007 Dec 15;110(13):4385-95. PMID: 17726160

10.   **Steidl C**, Schanz J, Pfeilstoecker M, Noesslinger T, Hildebrandt B, Kuendgen A, Lübbert M, Kunzmann R, Giagounidis A, Aul C, Trümper L, Krieger O, Stauder R, Müller T, Wimazal F, Valent P, Fonatsch C, Germing U, Haase D. Growing Evidence for an Underestimation of Poor-Risk Cytogenetics in the International Prognostic Scoring System in Myelodysplastic Syndromes. Clinical Leukemia. 2007 Dec;

1(6):353-356.

11. Cheung KJ, Shah SP, **Steidl C**, Johnson N, Relander T, Telenius A, Lai B, Murphy KP, Lam W, Al-Tourah AJ, Connors JM, Ng RT, Gascoyne RD, Horsman DE. HGenome-wide profiling of follicular lymphoma by array comparative genomic hybridization reveals prognostically significant DNA copy number imbalances.<u>Blood</u>. 2009 Jan 1;113(1):137-48. PMID: 18703704

12. Johnson NA, Savage KJ, Ludkovski O, Ben-Neriah S, Woods R, **Steidl C**, Dyer MJ, Siebert R, Kuruvilla J, Klasa R, Connors JM, Gascoyne RD, Horsman DE. Lymphomas with concurrent BCL2 and MYC translocations: the critical factors associated with survival. <u>Blood</u>. 2009 Sep 10;114(11):2273-9. PMID: 19597184

13. Shustik J, Han G, Farinha P, Johnson NA, Ben Neriah S, Connors JM, Sehn LH, Horsman DE, Gascoyne RD, **Steidl C**. Outcome correlations of BCL6 rearrangement in diffuse large B cell lymphoma treated with CHOP or R-CHOP. <u>Haematologica</u>. 2010 Jan;95(1):96-101. PMID: 19797725

14. Shah SP, Morin RD, Khattra J, Prentice L, Pugh T, Burleigh A, Delaney A, Gelmon K, Guliany R, Senz J, **Steidl C**, Holt RA, Jones S, Sun M, Leung G, Moore R, Severson T, Taylor GA, Teschendorff AE, Tse K, Turashvili G, Varhol R, Warren RL, Watson P, Zhao Y, Caldas C, Huntsman D, Hirst M, Marra MA, Aparicio S. Mutational evolution in a lobular breast tumour profiled at single nucleotide resolution. <u>Nature</u>. 2009 Oct 8;461(7265):809-13. PMID: 19812674

15. Murphy D, Parker J, Zhou M, Fadlelmola FM, **Steidl C**, Karsan A, Gascoyne RD, Chen H, Banerjee D. Constitutively overexpressed 21 kDa protein in Hodgkin lymphoma and aggressive non-Hodgkin lymphomas identified as cytochrome B5b (CYB5B). <u>Mol Cancer</u>. 2010 Jan 26;9:14. PMID: 20100355

16. **Steidl C**, Tang L, Shah SP, Farinha P, Han G, Nayar T, Delaney A, Jones SJ, Iqbal J, Weisenburger DD, Bast M, Rosenwald A, Muller-Hermelink HK, Rimsza L, Campo E, Delabie J, Braziel R, Cook JR, Tubbs RR, Jaffe ES, Lenz G, Connors JM, Staudt LM, Chan WC, Gascoyne RD. Tumor-associated macrophages and survival in classical Hodgkin lymphoma. <u>N Engl J Med</u> 362(10):875-85 (2010). PMID: 20220182

17. **Steidl C**, Telenius A, Shah SP, Farinha P, Barclay L, Boyle M, Connors JM, Horsman DE, Gascoyne RD. Genome-wide copy number analysis of Hodgkin Reed-Sternberg cells identifies recurrent imbalances with correlations to treatment outcome. <u>Blood</u> 116(3):418-27 (2010). PMID: 20339089

18. Cheung KJ, Johnson N, Affleck J, Severson T, **Steidl C**, Ben-Neriah S, Schein J, Morin RD, Moore R, Shah SP, Qian H, Paul J, Telenius A, Relander T, Lam WL, Savage KJ, Connors J, Brown C, Marra MA, Gascoyne RD, Horsman D. Acquired TNFRSF14 mutations in follicular lymphoma are associated with inferior prognosis. <u>Cancer Res</u> 70(22):9166-74 (2010). PMID: 20884631

19. Rui L, Emre NC, Kruhlak MJ, Chung HJ, **Steidl C**, Slack G, Wright GW, Lenz G, Ngo VN, Shaffer AL, Xu W, Zhao H, Yang Y, Lamy L, Davis RE, Xiao W, Powell J, Maloney D, Thomas CJ, Moller P, Rosenwald A, Ott G, Muller-Hermelink HK, Savage K, Connors JM, Rimsza LM, Campo E, Jaffe ES, Delabie J, Smeland EB, Weisenburger DD, Chan WC, Gascoyne RD, Levens D, Staudt LM. Cooperative Epigenetic Modulation by Cancer Amplicon Genes. <u>Cancer Cell</u> 18(6):590–605 (2010). PMID: 21156283

20. Mallo M, Cervera J, Schanz J, Such E, García-Manero G, Luño E, **Steidl C**, Espinet B, Vallespí T, Germing U, Blum S, Ohyashiki K, Grau J, Pfeilstöcker M, Hernández J, Noesslinger T, Giagounidis A, Aul C, Calasanz J, Martín L, Valent P, Collado R, Haferlach C, Fonatsch C, Lübbert M, Stauder R, Hildebrandt B, Krieger O, Pedro C, Arenillas L, Sanz MA, Valencia A, Florensa L, Sanz GF, Haase D, Solé F. Impact of adjunct cytogenetic abnormalities for prognostic stratification in patients with myelodysplastic syndrome and deletion 5q. <u>Leukemia</u> 25(1):110-20 (2011). PMID: 20882045

21. **Steidl C**, Farinha P, Gascoyne RD. Macrophages predict treatment outcome in Hodgkin's lymphoma. <u>Haematologica</u> 96(2):186-9 (2011). PMID: 21282720

22. **Steidl C**\*, Shah SP\*, Woolcock BW, Rui L, Kawahara M, Farinha P, Johnson NA, Zhao Y, Telenius A, Ben Neriah S, McPherson A, Meissner B, Okoye UC, Diepstra A, van den Berg A, Sun M, Leung G, Jones SJ, Connors JM, Huntsman DG, Savage KJ, Rimsza LM, Horsman DE, Staudt LM, Steidl U, Marra MA and Gascoyne RD. MHC class II transactivator CIITA is a recurrent gene fusion partner in lymphoid cancers. <u>Nature</u> 471(7338):377-81 (2011). PMID: 21368758 *both authors contributed equally to this work*

23. Wiegand KC, Lee AF, Al-Agha OM, Chow C, Kalloger SE, Scott DW, **Steidl C**, Wiseman SM, Gascoyne RD, Gilks B, Huntsman DG. Loss of BAF250a (ARID1A) is frequent in high-grade endometrial carcinomas. Journal of Pathology 224(3):328-33 (2011). PMID: 21590771

24. Schanz J, **Steidl C**, Fonatsch C, Pfeilstöcker M, Nösslinger T, Tuechler H, Valent P, Hildebrandt B, Giagounidis A, Aul C, Lübbert M, Stauder R, Krieger O, Garcia-Manero G, Kantarjian H, Germing U, Haase D and Estey E. Coalesced multicentric analysis of 2351 patients with MDS indicates an underestimation of poor risk cytogenetics in the International Prognostic Scoring System of myelodysplastic syndromes. Journal of Clinical Oncology. 29(15):1963-70 (2011). PMID: 21519021

25. **Steidl C**, Connors JM and Gascoyne RD. The Molecular Pathogenesis of Hodgkin Lymphoma: Increasing Evidence of the Importance of the Microenvironment. Journal of Clinical Oncology 10;29(14):1812-26 (2011). PMID: 21483001

26. Eberle FC*, Salaverria I*, **Steidl C***, Summers Jr TA, Pittaluga S, Ben Neriah S, Rodriguez-Canales J, Xi L, Ylaya K, Liewehr D, Dunleavy K, Wilson WH, Hewitt SM, Raffeld M, Gascoyne RD, Siebert R, Jaffe ES. Gray zone lymphoma: chromosomal aberrations with immunophenotypic and clinical correlations. Modern Pathology. 2011 Aug 5 [Epub ahead of print] PMID: 21822207 *authors contributed equally to this work*

27. **Steidl C** and Gascoyne RD. The molecular pathogenesis of primary mediastinal large B cell lymphoma. Blood. 118(10):2659-69 (2011). PMID: 21700770

28. Kridel R, Meissner B, Rogic S, Boyle M, Telenius A, Woolcock B, Gunawardana J, Jenkins C, Cochrane C, Ben-Neriah S, Tan K, Opat S, Sehn LH, Connors JM, Weng AP, **Steidl C***, Gascoyne RD*. Whole transcriptome sequencing reveals recurrent NOTCH1 mutations in mantle cell lymphoma. Blood. 2012;119(9):1963-71. PMID: 22210878 *both authors contributed equally to this work*

29. Schanz J, Tüchler H, Solé F, Mallo M, Luño E, Cervera J, Granada I, Hildebrandt B, Slovak ML, Ohyashiki K, **Steidl C**, Fonatsch C, Pfeilstöcker M, Nösslinger T, Valent P, Giagounidis A, Aul C, Lübbert M, Stauder R, Krieger O, Garcia-Manero G, Faderl S, Pierce S, Le Beau MM, Bennett JM, Greenberg P, Germing U, Haase D. New Comprehensive Cytogenetic Scoring System for Primary Myelodysplastic Syndromes (MDS) and Oligoblastic Acute Myeloid Leukemia After MDS Derived From an International Database Merge. J Clin Oncol. 2012;30(8):820-9. PMID: 22331955

30. Xie L, Ushmorov A, Leithäuser F, Guan H, **Steidl C**, Färbinger J, Pelzer C, Vogel MJ, Maier HJ, Gascoyne RD, Möller P, Wirth T. FOXO1 is a tumor suppressor in classical Hodgkin lymphoma. Blood. 2012;119(15):3503-11. PMID: 22343918

31. Scott DW, Mungall KL, Ben-Neriah S, Rogic S, Morin RD, Slack GW, Tan KL, Chan FC, Lim RS, Connors JM, Marra MA, Mungall AJ, **Steidl C**, Gascoyne RD. TBL1XR1/TP63: a novel recurrent gene fusion in B-cell non-Hodgkin lymphoma. Blood 2012;119(21):4949-52. PMID: 22496164

32. Barreyro L, Will B, Bartholdy B, Zhou L, Todorova TI, Stanley RF, Ben-Neriah S, Montagna C, Parekh S, Pellagatti A, Boultwood J, Paietta E, Ketterling RP, Cripe L, Fernandez HF, Greenberg PL, Tallman MS, **Steidl C**, Mitsiades CS, Verma A, Steidl U. Overexpression of interleukin 1 receptor accessory protein in stem and progenitor cells and outcome correlation in AML and MDS. Blood 2012; 120(6):1290-8. PMID: 22723552

33. Will B, Zhou L, Vogler TO, Ben-Neriah S, Schinke C, Tamari R, Yu Y, Bhagat T, Bhattacharya S, Barreyro L, Heuck C, Mo Y, Parekh S, McMahon C, Pellagatti A, Boultwood J, Montagna C, Silverman L, Maciejewski J, Greally JM, Ye BH, List AF, **Steidl C**, Steidl U, Verma A. Stem and progenitor cells in myelodysplastic syndromes show aberrant stage specific expansion and harbor genetic and epigenetic alterations. Blood. 2012;120(10);2076-86.PMID: 22753872

34. Johnson NA, Slack GW, Savage KJ, Connors JM, Ben-Neriah S, Rogic S, Scott DW, Tan KL, **Steidl C**, Sehn LH, Chan WC, Iqbal J, Meyer PN, Lenz G, Wright G, Rimsza LM, Valentino C, Brunhoeber P, Grogan TM, Braziel RM, Cook JR, Tubbs RR, Weisenburger DD, Campo E, Rosenwald A, Ott G, Delabie J, Holcroft C, Jaffe ES, Staudt LM, Gascoyne RD. Concurrent Expression of MYC and BCL2 in Diffuse Large B-Cell Lymphoma Treated With Rituximab Plus Cyclophosphamide, Doxorubicin, Vincristine, and Prednisone. J Clin Oncol. 2012. Oct 1;30(28):3452-9 PMID: 22851565

35. Tan KL, Scott DW, Hong F, Kahl BS, Fisher RI, Bartlett NL, Advani RH, Buckstein R, Rimsza LM, Connors JM, **Steidl C**, Gordon LI, Horning SJ, Gascoyne RD. Tumor-associated macrophages predict inferior outcomes in classical Hodgkin lymphoma: a correlative study from the E2496 Intergroup trial. Blood 2012 Oct 18;120(16):3280-7. PMID: 22948049

36. **Steidl C**, Diepstra A, Lee T, Chan FC, Farinha P, Tan K, Telenius A, Barclay L, Shah SP, Connors JM, van den Berg A, Gascoyne RD. Gene expression profiling of microdissected Hodgkin Reed Sternberg cells correlates with treatment outcome in classical Hodgkin lymphoma. Blood 2012 Oct 25;120(17):3530-40. PMID: 22955918

37. Scott DW, Chan FC, Hong F, Rogic S, Tan K, Meissner B, Ben-Neriah S, Boyle M, Kridel R, Telenius A, Woolcock B, Farinha P, Fisher R, Rimsza L, Bartlett N, Cheson B, Shepherd L, Advani R, Connors JM, Kahl B, Gordon L, Horning S, **Steidl C**, Gascoyne RD. A Gene Expression-Based Model Using Formalin-Fixed Paraffin-Embedded Biopsies Predicts Overall Survival in Advanced Stage Classical Hodgkin Lymphoma. Journal of Clinical Oncology. 2013;31(6):692-700. PMID: 23182984

38. Bjordahl RL, Steidl C, Gascoyne RD, Ware CF. Lymphotoxin network pathways shape the tumor microenvironment. Curr Opin Immunol 2013;25(2):222-9. PMID: 23339845

39. Meissner B, Kridel R, Lim RS, Rogic S, Tse K, Scott DW, Moore R, Mungall AJ, Marra MA, Connors JM, **Steidl C***, Gascoyne RD*. The E3 ubiquitin ligase UBR5 is recurrently mutated in mantle cell lymphoma. Blood. 2013;121(16):3161-4. PMID: 23407552 *both authors contributed equally to this work*

40. Diefenbach CS, **Steidl C**. New Strategies in Hodgkin Lymphoma: Better Risk Profiling and Novel Treatments. Clin Cancer Res. 2013;19(11):2797-803. PMID: 23447000

41. Trinh DL, Scott DW, Morin RD, Mendez-Lago M, An J, Jones SJ, Mungall AJ, Zhao Y, Schein J, **Steidl C**, Connors JM, Gascoyne RD, Marra MA. Analysis of FOXO1 mutations in diffuse large B-cell lymphoma. Blood. 2013;121(18):3666-74. PMID: 23460611

42. Hartmann S, Tousseyn T, Doring C, Fluchter P, Hackstein H, Herreman A, Ponzoni M, de Wolf-Peeters C, Facchetti F, Gascoyne RD, Kuppers R, **Steidl C**, Hansmann ML. Macrophages in T cell/histiocyte rich large B cell lymphoma strongly express metal-binding proteins and show a bi-activated phenotype. Int J Cancer. 2013 Dec 1;133(11):2609-18. PMID: 23686423

43. Morin RD, Mungall K, Pleasance E, Mungall AJ, Goya R, Huff R, Scott DW, Ding J, Roth A, Chiu R, Corbett RD, Chan FC, Mendez-Lago M, Trinh DL, Bolger-Munro M, Taylor G, Hadj Khodabakhshi A, Ben-Neriah S, Pon J, Meissner B, Woolcock B, Farnoud N, Rogic S, Lim E, Johnson NA, Shah S, Jones S, **Steidl C**, Holt R, Birol I, Moore R, Connors JM, Gascoyne RD, Marra MA. Mutational and structural analysis of diffuse large B-cell lymphoma using whole genome sequencing. Blood. 2013. Aug 15;122(7):1256-65. PMID: 23699601

44. Schanz J, Tüchler H, Solé F, Mallo M, Luño E, Cervera J, Grau J, Hildebrandt B, Slovak ML, Ohyashiki K, **Steidl C**, Fonatsch C, Pfeilstöcker M, Nösslinger T, Valent P, Giagounidis A, Aul C, Lübbert M, Stauder R, Krieger O, Le Beau MM, Bennett JM, Greenberg P, Germing U, Haase D. Monosomal karyotype in MDS: explaining the poor prognosis? Leukemia. 2013 Oct;27(10):1988-95. PMID: 23787396

45. Hartmann S, Döring C, Jakobus C, Rengstl B, Newrzela S, Tousseyn T, Sagaert X, Ponzoni M, Facchetti F, de Wolf-Peeters C, **Steidl C**, Gascoyne R, Küppers R, Hansmann ML. Nodular lymphocyte predominant hodgkin lymphoma and T cell/histiocyte rich large B cell lymphoma - endpoints of a spectrum of one disease? PLoS One. 2013 Nov 11;8(11):e78812. PMID: 24244368

46. Rahal R, Frick M, Romero R, Korn JM, Kridel R, Chun Chan F, Meissner B, Bhang HE, Ruddy D, Kauffmann A, Farsidjani A, Derti A, Rakiec D, Naylor T, Pfister E, Kovats S, Kim S, Dietze K, Dörken B, **Steidl C**, Tzankov A, Hummel M, Monahan J, Morrissey MP, Fritsch C, Sellers WR, Cooke VG, Gascoyne RD, Lenz G, Stegmeier F. Pharmacological and genomic profiling identifies NF-κB-targeted treatment strategies for mantle cell lymphoma. Nature Medicine. 2014 Jan;20(1):87-92. PMID: 24362935

47. Gunawardana J,  Chan FC, Telenius A, Woolcock B, Kridel R, Tan KL, Ben-Neriah S, Mottok A, Lim RS, Boyle M, Rogic S, Rimsza LM, Guiter C, Leroy K, Gaulard P, Haioun C, Marra MA, Savage KJ, Connors JM, Shah SP, Gascoyne RD, **Steidl C**. Recurrent Somatic Mutations of PTPN1 in Primary Mediastinal B cell lymphoma and Hodgkin Lymphoma. Nature Genetics. 2014;46(4):329-35. PMID: 24531327

48. Twa D, Fong C, Ben-Neriah S,  Woolcock BW, Tan KL, Slack GW, Gunawardana J, Lim RS, McPherson AW, Kridel R, Telenius A, Scott DW, Savage KJ, Shah SP, Gasycone RD, **Steidl C**. Genomic rearrangements involving programmed death ligands are recurrent in primary mediastinal large B-cell lymphoma. Blood. 2014;123(13):2062-5. PMID: 24497532

49. Gascoyne RD, **Steidl C**. Hodgkin lymphoma: from discovery to clinical translation. Pathology. 2014 Feb;46 Suppl 1:S31-2. PMID: 24557250

50. Liu Y, Razak FR, Terpstra M, Chan FC, Saber A, Nijland M, van Imhoff G, Visser L, Gascoyne R, **Steidl C**, Kluiver J, Diepstra A, Kok K, van den Berg A. The mutational landscape of Hodgkin lymphoma cell lines determined by whole exome sequencing. Leukemia. 2014 Nov;28(11):2248-51. PMID: 24947018

51. Slack GW, **Steidl C**, Sehn L, Gascoyne RD. CD30 expression in *de novo* diffuse large B-cell lymphoma: a population based study from British Columbia. Br J Haematol. 2014 Dec;167(5):608-17. PMID: 25135752

52. Lock FE, Rebollo R, Miceli-Royer K, Gagnier L, Kuah S, Babaian A, Sistiaga-Poveda M, Lai CB, Nemirovsky O, Serrano I, **Steidl C**, Karimi MM, Mager DL. A distinct isoform of FABP7 revealed by screening for retroelement activated genes in diffuse large B-cell lymphoma. Proc Natl Acad Sci U S A. 2014 Aug 26;111(34):E3534-43. PMID: 25114248

53. Kendrick S, Redd L, Muranyi A, Henricksen LA, Stanislaw S, Smith LM, Perry AM, Fu K, Weisenburger DD, Rosenwald A, Ott G, Gascoyne RD, Jaffe ES, Campo E, Delabie J, Braziel RM, Cook JR, Tubbs RR, Staudt M, Chan WC, **Steidl C**, Grogan TM, Rimsza L. BCL2 Antibodies Targeted At Different Epitopes Detect Varying Levels of Protein Expression and Correlate with Frequent Gene Amplification in Diffuse Large B Cell Lymphoma. Hum Pathol. 2014 Oct;45(10):2144-53. PMID:25090918

54. Vogel MJ, Xie L, Guan H, Tooze RM, Maier T, Kostezka U, Maier HJ, Holzmann K, Chun Chan F, **Steidl C**, Reichel JB, Weitzer CD, Gehringer F, Kick AB, Cesarman E, Roshal M, Gascoyne RD, Möller P, Wirth T, Ushmorov A. FOXO1 repression contributes to block of plasma cell differentiation in classical Hodgkin Lymphoma. Blood. 2014 Nov 13;124(20):3118-29 PMID: 25232062

55. Scott DW. **Steidl C**. The classical Hodgkin lymphoma tumor microenvironment: macrophages and gene expression-based modeling. Hematology Am Soc Hematol Educ Program 2014 Dec 5;2014(1):144-50. PMID: 25696847

56. Twa DD, **Steidl C**. Structural genomic alterations in primary mediastinal large B-cell lymphoma. Leuk Lymphoma. 2015 Jan 21:1-12. PMID: 25393674

57. Lim EL, Trinh DL, Scott DW, Chu A, Krzywinski M, Zhao Y, Robertson AG, Mungall AJ, Schein J, Boyle M, Mottok A, Ennishi D, Johnson NA, **Steidl C**, Connors JM, Morin RD, Gascoyne RD, Marra MA. Comprehensive miRNA sequence analysis reveals survival differences in diffuses large b-cell lymphoma patients. Genome Biol. 2015 Jan 29; 16:18. PMID: 25723320

58. Chan FC, Telenius A, Healy S, Ben-Neriah S, Mottok A, Lim R, Drake M, Hu S, Ding J, Ha G, Scott DW, Kridel R, Bashashati A, Rogic S, Johnson N, Morin RD, Rimsza LM, Sehn L, Connors JM, Marra MA, Gascoyne RD, Shah SP, **Steidl C**. An RCOR1 loss-associated gene expression signature identifies a prognostically significant DLBCL subgroup. Blood. 2015 Feb 5;125(6):959-66. PMID: 25395426

59. Bushell KR, Kim Y, Chan FC, Ben-Neriah S, Jenks A, Alcaide M, Fornika D, Grande B, Arthur S, Gascoyne RD, **Steidl C**, Morin RD. Genetic inactivation of TRAF3 in canine and human B-cell lymphoma. Blood. 2015 Feb 5;125(6):999-1005. PMID: 25468570

60. Kridel R, **Steidl C**, Gascoyne RD. Tumor-associated macrophages in diffuse large B-cell lymphoma. Haematologica. 2015 Feb;100(2):143-5. PMID: 25638802

61. Hartmann S, Döring C, Vucic E, Chan FC, Ennishi D, Tousseyn T, de Wolf-Peeters C, Perner S, Wlodarska I, **Steidl C**, Gascoyne RD, Hansmann ML. Array comparative genomic hybridization reveals similarities between nodular lymphocyte predominant Hodgkin lymphoma and T cell/histiocyte rich large B cell lymphoma. Br J Haematol. (Epub Feb 2, 2015) PMID: 25644177

62. Twa DD, Mottok A, Chan FC, Ben-Neriah S, Woolcock BW, Tan KL, Mungall AJ, McDonald H, Zhao Y, Lim RS, Nelson BH, Milne K, Shah SP, Morin RD, Marra MA, Scott DW, Gascoyne RD, **Steidl C**. Recurrent genomic rearrangements in primary testicular lymphoma. J Pathol (Epub Feb 25, 2015) PMID: 25712539

63. Dunleavy K, **Steidl C**.Emerging biological insights and novel treatments strategies in primary mediastinal lare B-cell lymphoma. Semin Hematol. 2015 Apr;52(2):119-125.PMID:25805591

64. Kridel R, Xerri L, Gelas-Dore B, Tan K, Feugier P, Vawda A, Canioni D, Farinha P, Boussetta S, Moccia AA, Brice P, Chavez EA, Kyle AH, Scott DW, Sanders A, Fabiani B, Slack G, Minchinton AI, Haioun C, Connors JM, Sehn L, **Steidl C**, Gascoyne RD, Salles G. The prognostic impact of CD163-positive macrophages in follicular lymphoma: A study from the BC Cancer Agency and the Lymphoma Study Association. Clin Cancer Res (Epub April 13, 2015) PMID: 25869385

65. Mottok A, **Steidl C**. Genomic alternations underlying immune privilege in malignant lymphomas. Curr Opin Hematol 2015 Jul;22(4):343-54. PMID: 26049756

66. Yuan J, Wright G, Rosenwald A, **Steidl C**, Gascoyne RD, Connors JM, Mottok A, Weisenburger DD, Greiner TC, Fu K, Smith L, Rimsza LM, Jaffe ES, Campo E, Martinez A, Delabie J, Braziel RM, Cook JR, Ott G, Vose JM, Staudt LM, Chan WC; Lymphoma Leukemia Molecular Profiling Project (LLMPP). Identification of Primary Mediastinal Large B-Cell Lymphoma at Nonmediastinal Sites by Gene Expression Profiling. Am J Surg Pathol (Epub May 11, 2015) PMID: 26135560

67. Scott DW, Mottok A, Ennishi D, Wright GW, Farinha P, Ben-Neriah S, Kridel R, Barry GS, Hother C, Abrisqueta P, Boyle M, Meissner B, Telenius A, Savage KJ, Sehn LH, Slack GW, **Steidl C**, Staudt LM, Connors JM, Rimsza LM, Gascoyne RD. Prognostic Significance of Diffuse Large B-Cell Lymphoma Cell of Origin Determined by Digital Gene Expression in Formalin-Fixed Paraffin-Embedded Tissue Biopsies. J Clin Oncol (Epub Aug 3, 2015) PMID: 26240231

68. Wang C, McKeithan TW, Gong Q, Zhang W, Bouska A, Rosenwald A, Gascoyne RD, Wu X, Wang J, Muhammad Z, Jiang B, Rohr J, Cannon A, **Steidl C**, Fu K, Li Y, Hung S, Weisenburger DD, Greiner TC, Smith L, Ott G, Rogan EG, Staudt LM, Vose J, Iqbal J, Chan WC. IDH2R172 mutations define a unique subgroup of patients with angioimmunoblastic T-cell lymphoma. Blood (Epub Aug 12, 2 015) PMID: 26268241

69. Babaian A, Romanish MT, Gagnier L, Kuo LY, Karimi MM, **Steidl C**, Mager DL. Onco-exaptation of an endogenous retroviral LTR drives IRF5 expression in Hodgkin lymphoma. Oncogene. 2015 Aug 17. doi: 10.1038/onc.2015.308. [Epub ahead of print]

70. Kridel R, Mottok A, Farinha P, Ben-Neriah S, Ennishi D, Zheng Y, Chavez EA, Shulha HP, Tan K, Chan FC, Boyle M, Meissner B, Telenius A, Sehn LH, Marra MA, Shah SP, **Steidl C**, Connors JM, Scott DW, Gascoyne RD. Cell of origin of transformed follicular lymphoma. Blood 2015 Oct 29;126(18):2118-27. PMID: 26307535

71. **Steidl C**. A two-pronged attack against mantle cell lymphoma. Blood 2015 Sep 24;126(13):1521-3. PMID: 26405213

72. Mottok A, Woolcock B, Chan FC, Tong KM, Chong L, Farinha P, Telenius A, Chavez E, Ramchandani S, Drake M, Boyle M, Ben-Neriah S, Scott DW, Rimsza LM, Siebert R, Gascoyne RD, **Steidl C**. Genomic Alterations in CIITA Are Frequent in Primary Mediastinal Large B Cell Lymphoma and Are Associated with Diminished MHC Class II Expression. Cell Rep 2015 Nov 17;13(7):1418-31. PMID: 26549456

73. Rohr J, Guo S, Huo J, Bouska A, Lachel C, Li Y, Simone PD, Zhang W, Gong Q, Wang C, Cannon A, Heavican T, Mottok A, Hung S, Rosenwald A, Gascoyne R, Fu K, Greiner TC, Weisenburger DD, Vose JM, Staudt LM, Xiao W, Borgstahl GE, Davis S, **Steidl C**, McKeithan T, Iqbal J, Chan WC. Recurrent activating mutations of CD28 in peripheral T-cell lymphomas. Leukemia. 2016 May;30(5):1062-70. doi: 10.1038/leu.2015.357.PMID: 26719098

74. Savage KJ, Slack GW, Mottok A, Sehn LH, Villa D, Kansara R, Kridel R, **Steidl C**, Ennishi D, Tan KL, Ben-Neriah S, Johnson NA, Connors JM, Farinha P, Scott DW, Gascoyne RD. The impact of dual expression of MYC and BCL2 by immunohistochemistry on the risk of CNS relapse in DLBCL. Blood. 2016 May 5;127(18):2182-8. doi: 10.1182/blood-2015-10-676700.PMID: 26834242

75. Leung AW, Hung SS, Backstrom I, Ricaurte D, Kwok B, Poon S, McKinney S, Segovia R, Rawji J, Qadir MA, Aparicio S, Stirling PC, **Steidl C**, Bally MB. Combined Use of Gene Expression Modeling and siRNA Screening Identifies Genes and Pathways Which Enhance the Activity of Cisplatin When Added at No Effect Levels to Non-Small Cell Lung Cancer Cells In Vitro. PLoS One. 2016 Mar 3;11(3):e0150675. doi: 10.1371/journal.pone.0150675. PMID: 26938915

76. Talhouk A, Kommoss S, Mackenzie R, Cheung M, Leung S, Chiu DS, Kalloger SE, Huntsman DG, Chen S, Intermaggio M, Gronwald J, Chan FC, Ramus SJ, **Steidl C**, Scott DW, Anglesio MS. Single-Patient Molecular Testing with NanoString nCounter Data Using a Reference-Based Strategy for Batch Effect Correction. PLoS One. 2016 Apr 20;11(4):e0153844. doi: 10.1371/journal.pone.0153844. PMID: 27096160

77. Chong LC, Twa DD, Mottok A, Ben-Neriah S, Woolcock BW, Zhao Y, Savage KJ, Marra MA, Scott DW, Gascoyne RD, Morin RD, Mungall AJ, **Steidl C**.  Comprehensive characterization of programmed death ligand structural rearrangements in B-cell non-Hodgkin lymphomas. Blood 2016 Sep 1;128(9):1206-13. PMID: 27268263

78. Agostinelli C, Gallamini A, Stracqualursi L, Agati P, Tripodo C, Fuligni F, Sista MT, Fanti S, Biggi A, Vitolo U, Rigacci L, Merli F, Patti C, Romano A, Levis A, Trentin L, Stelitano C, Borra A, Piccaluga PP, Hamilton-Dutoit S, Kamper P, Zaucha JM, Małkowski B, Kulikowski W, Tajer J, Subocz E, Rybka J, **Steidl C**, Broccoli A, Argnani L, Gascoyne RD, d'Amore F, Zinzani PL, Pileri SA. The combined role of biomarkers and interim PET scan in prediction of treatment outcome in classical Hodgkin's lymphoma: a retrospective, European, multicentre cohort study. Lancet Haematol. 2016 Oct;3(10):e467-e479. PMID: 27692305

79. Savage KJ, **Steidl C**. Immune checkpoint inhibitors in Hodgkin and non-Hodgkin lymphoma: how they work and when to use them. Expert Rev Hematol. 2016 Nov;9(11):1007-1009. PMID: 27677541

80. Costa S, Regier DA, Meissner B, Cromwell I, Ben-Neriah S, Chavez E, Hung S, **Steidl C**, Scott DW, Marra MA, Peacock SJ, Connors JM. A time-and-motion approach to micro-costing of high-throughput genomic assays. Curr Oncol. 2016 Oct;23(5):304-313. PMID: 27803594

81. Stunnenberg HG; **International Human Epigenome Consortium**., Hirst M. The International Human Epigenome Consortium: A Blueprint for Scientific Collaboration and Discovery. Cell. 2016 Nov 17;167(5):1145-1149. PMID: 27863232

82. Kridel R, Chan FC, Mottok A, Boyle M, Farinha P, Tan K, Meissner B, Bashashati A, McPherson A, Roth A, Shumansky K, Yap D, Ben-Neriah S, Rosner J, Smith MA, Nielsen C, Giné E, Telenius A, Ennishi D, Mungall A, Moore R, Morin RD, Johnson NA, Sehn LH, Tousseyn T, Dogan A, Connors JM, Scott DW, **Steidl C**, Marra MA, Gascoyne RD, Shah SP. Histological Transformation and Progression in Follicular Lymphoma: A Clonal Evolution Study. PLoS Med. 2016 Dec 13;13(12). PMID: 27959929

83. **Steidl C**. Exposing Hodgkin-Reed-Sternberg cells. Blood 2017 Jan 5;129(1):6-7. PMID:28057670

84. Brown SD, Hapgood G, **Steidl C**, Weng AP, Savage KJ, Holt RA. Defining the clonality of peripheral T cell lymphomas using RNA-seq. Bioinformatics.  2017 Apr 15;33(8):1111-1115. PMID: 28003262

85. Ennishi D, Mottok A, Ben-Neriah S, Shulha HP, Farinha P, Chan FC, Meissner B, Boyle M, Hother C, Kridel R, Lai D, Saberi S, Bashashati A, Shah SP, Morin RD, Marra MA, Savage KJ, Sehn LH, **Steidl C**, Connors JM, Gascoyne RD, Scott DW. Genetic profiling of *MYC* and *BCL2* in diffuse large B-cell lymphoma determines cell of origin-specific clinical impact. Blood. 2017 May 18;129(20):2760-2770. PMID: 28351934

86. Scott DW, Abrisqueta P, Wright GW, Slack GW, Mottok A, Villa D, Jares P, Rauert-Wunderlich H, Royo C, Clot G, Pinyol M, Boyle M, Chan FC, Braziel RM, Chan WC, Weisenburger DD, Cook JR, Greiner TC, Fu K, Ott G, Delabie J, Smeland EB, Holte H, Jaffe ES, **Steidl C**, Connors JM, Gascoyne RD, Rosenwald A, Staudt LM, Campo E, Rimsza LM; Lymphoma/Leukemia Molecular Profiling Project. New Molecular Assay for the Proliferation Signature in Mantle Cell Lymphoma Applicable to Formalin-Fixed Paraffin-Embedded Biopsies. J Clin Oncol. 2017 May 20;35(15):1668-1677. PMID: 28291392

87. Haile S, Pandoh P, McDonald H, Corbett RD, Tsao P, Kirk H, MacLeod T, Jones M, Bilobram S, Brooks D, Smailus D, **Steidl C**, Scott DW, Bala M, Hirst M, Miller D, Moore RA, Mungall AJ, Coope RJ, Ma Y, Zhao Y, Holt RA, Jones SJ, Marra MA. Automated high throughput nucleic acid purification from formalin-fixed paraffin-embedded tissue samples for next generation sequence analysis. PLoS One. 2017 Jun 1;12(6):e0178706. PMID: 28570594

88. Li PC, Siddiqi IN, Mottok A, Loo EY, Wu CH, Cozen W, **Steidl C**, Shih JC. Monoamine oxidase A is highly expressed in classical Hodgkin lymphoma. J Pathol. 2017 Oct;243(2):220-229. PMID: 28722111

89. Abrisqueta P, Scott DW, Slack GW, Mottok A, Gascoyne RD, Connors JM, Sehn LH, Savage KJ, Gerrie AS, Villa D. Ann Oncol. 2017 Oct 1;28(10):2489-2495. PMID: 28961827

90. Mottok A, Jurinovic V, Farinha P, Rosenwald A, Leich E, Ott G, Horn H, Klapper W, Boesl M, Hiddemann W, **Steidl C**, Connors JM, Sehn LH, Gascoyne RD, Hoster E, Weigert O, Kridel R. FOXP1 expression is a prognostic biomarker in follicular lymphoma treated with rituximab-containing regimens. Blood. 2017 Nov 9. doi: 10.1182/blood-2017-08-799080.[Epub ahead of print] PMID: 29122756

91. Chan FC, Mottok A, Gerrie AS, Power M, Nijland M, Diepstra A, van den Berg A, Kamper P, d'Amore F, d'Amore AL, Hamilton-Dutoit S, Savage KJ, Shah SP, Connors JM, Gascoyne RD, Scott DW, **Steidl C**. Prognostic Model to Predict Post-Autologous Stem-Cell Transplantation Outcomes in Classical Hodgkin Lymphoma. J Clin Oncol. 2017 Nov 10;35(32):3722-3733.PMID:28898161.

92. **Steidl C**. The ecosystem of classical Hodgkin lymphoma. Blood. 2017 Nov 30;130(22):2360-2361. doi: 10.1182/blood-2017-10-807172. PMID: 29191975.

93. Twa DDW, Mottok A, Savage KJ, **Steidl C**. The pathobiology of primary testicular diffuse large B-cell lymphoma: Implications for novel therapies. Blood Rev. 2017 Dec 20. pii: S0268-960X(17)30068-1. doi: 10.1016/j.blre.2017.12.001. [Epub ahead of print] Review. PMID: 29289361.

94. Osswald CD, Xie L, Guan H, Herrmann F, Pick SM, Vogel MJ, Gehringer F, Chan FC, **Steidl C**, Wirth T, Ushmorov A. Fine tuning of FOXO3A in cHL as a survival mechanism and a hallmark of abortive plasma cell differentiation. Blood. 2018 Feb 13 [Epub ahead of print] PubMed PMID: 29439954.

95. Chan FC, Lim E, Kridel R, **Steidl C**. Novel insights into the disease dynamics of B-cell lymphomas in the Genomics Era. J Pathol. 2018 Apr;244(5):598-609. Epub 2018 Mar 6. Review. PubMed PMID: 29359812.

96. Hung SS, Meissner B, Chavez EA, Ben-Neriah S, Ennishi D, Jones MR, Shulha HP, Chan FC, Boyle M, Kridel R, Gascoyne RD, Mungall AJ, Marra MA, Scott DW, Connors JM, **Steidl C**. Assessment of Capture and Amplicon-Based Approaches for the Development of a Targeted Next-Generation Sequencing Pipeline

to Personalize Lymphoma Management. J Mol Diagn. 2018 Mar;20(2):203-214. Epub 2018 Feb 8. PubMed PMID: 29429887.

97. Viganò E, Gunawardana J, Mottok A, Van Tol T, Mak K, Chan FC, Chong L, Chavez E, Woolcock B, Takata K, Twa D, Shulha HP, Telenius A, Kutovaya O, Hung SS, Healy S, Ben-Neriah S, Leroy K, Gaulard P, Diepstra A, Kridel R, Savage KJ, Rimsza L, Gascoyne R, **Steidl C**. Somatic IL4R Mutations in Primary Mediastinal Large B-cell lymphoma lead to constitutive JAK-STAT signaling activation. Blood. 2018 Feb 21. [Epub ahead ofprint] PubMed PMID: 29467182.

98. Mottok A, **Steidl C**. Biology of classical Hodgkin lymphoma: implications for prognosis and novel therapies. Blood. 2018 Mar 2. [Epub ahead of print] PubMed PMID: 29500175.

99. Chan FC, Lim E, Kridel R, **Steidl C**. Novel insights into the disease dynamics of B-cell lymphomas in the Genomics Era. J Pathol. 2018 Apr;244(5):598-609. doi: 10.1002/path.5043. Epub 2018 Mar 6. Review. PMID: 29359812

100. Schuhmacher B, Bein J, Rausch T, Benes V, Tousseyn T, Vornanen M, Ponzoni M, Thurner L, Gascoyne R, **Steidl C**, Küppers R, Hansmann ML, Hartmann S. JUNB, DUSP2, SGK1, SOCS1 and CREBBP are frequently mutated in T-cell/histiocyte rich large B-cell lymphoma. Haematologica. 2018 Sep 13. pii: haematol.2018.203224. doi: 10.3324/haematol.2018.203224. [Epub ahead of print] PMID:30213827

101. Aoki T, **Steidl C**. Novel Biomarker Approaches in Classic Hodgkin Lymphoma. Cancer J. 2018 Sep/Oct;24(5):206-214. doi: 10.1097/PPO.0000000000000334. PMID:30247255

102. Mottok A, Wright G, Rosenwald A, Ott G, Ramsower C, Campo E, Braziel RM, Delabie J, Weisenburger DD, Song JY, Chan WC, Cook JR, Fu K, Greiner T, Smeland E, Holte H, Savage KJ, Glinsmann-Gibson BJ, Gascoyne RD, Staudt LM, Jaffe ES, Connors JM, Scott DW, **Steidl C**, Rimsza LM. Molecular classification of primary mediastinal large B-cell lymphoma using routinely available tissue specimens. Blood. 2018 Sep 26. pii: blood-2018-05-851154. doi: 10.1182/blood-2018-05-851154. [Epub ahead of print] PMID: 30257882

103. Arthur SE, Jiang A, Grande BM, Alcaide M, Cojocaru R, Rushton CK, Mottok A, Hilton LK, Lat PK, Zhao EY, Culibrk L, Ennishi D, Jessa S, Chong L, Thomas N, Pararajalingam P, Meissner B, Boyle M, Davidson J, Bushell KR, Lai D, Farinha P, Slack GW, Morin GB, Shah S, Sen D, Jones SJM, Mungall AJ, Gascoyne RD, Audas TE, Unrau P, Marra MA, Connors JM, **Steidl C**, Scott DW, Morin RD. Genome-wide discovery of somatic regulatory variants in diffuse large B-cell lymphoma. Nat Commun. 2018 Oct 1;9(1):4001. doi: 10.1038/s41467-018-06354-3. PMID:30275490

104. Chong LC, Ben-Neriah S, Slack GW, Freeman C, Ennishi D, Mottok A, Collinge B, Abrisqueta P, Farinha P, Boyle M, Meissner B, Kridel R, Gerrie AS, Villa D, Savage KJ, Sehn LH, Siebert R, Morin RD, Gascoyne RD, Marra MA, Connors JM, Mungall AJ, **Steidl C**, Scott DW. High-resolution architecture and partner genes of *MYC* rearrangements in lymphoma with DLBCL morphology. Blood Adv. 2018 Oct 23;2(20):2755-2765. doi: 10.1182/bloodadvances.2018023572. PMID:30348671

105. Takata K, Saito K, Maruyama S, Miyata-Takata T, Iioka H, Okuda S, Ling Y, Karube K, Miki Y, Maeda Y, Yoshino T, **Steidl C**, Kondo E. Identification of TRA-1-60-positive cells as a potent refractory population in follicular lymphomas. Cancer Sci. 2018 Nov 11. doi: 10.1111/cas.13870. [Epub ahead of print] PMID: 30417470

*(b)*    *Conference Proceedings*

*1.*    R. Simon, **C. Steidl**, H. Bürger, E. Eltze, L. Hertle, W. Böcker, H.-J. Terpe. Copy number changes of chromosome 11 in superficial bladder cancer. Pathol. Res. Pract. 195 (1999) 5, 303.

2.    **C. Steidl**, R. Simon, H.-J. Terpe. Chromosomale Aberrationen in Harnblasenkarzinomen und angrenzendem Urothel. Pathologe, 22 (2001) 3, 228.

3.    D. Haase, W. Gassmann, E. Stitz, R. Steffens, U. Söling, F. Griesinger, K. Karcher-Kilian, C. Binder, T. Schulz, W.-D. Ludwig, **C. Steidl**, J. Schanz, L. Trümper, B. Wörmann. Effects of amifostine on transfusion need, Blood counts and clinical course in patients with MDS (IPSS<1.5) – a phase III trial. Onkologie 2003; 26: 120.

4.    **C. Steidl**, L.H. Trümper, D. Haase. P53- and ATM-Locus deletions in myelodysplastic syndromes and Acute Myeloid Leukemias with complex karyotypes. Blood. 2003; 102: 220b.

5.    **C. Steidl**, B. Hildebrandt, U. Germing, L.H. Trümper, D. Haase. Cytogenetic metaphase analysis in Myelodysplastic Syndromes – Diagnostic accuracy is significantly dependent on the number of metaphases analyzed. Blood. 2003; 102: 330b.

6.    **C. Steidl**, R. Schabla, U. Germing, B. Hildebrandt, T. Nösslinger, M. Pfeilstöcker, P. Haas, M. Lübbert, L.H. Trümper, D. Haase. Sequential cytogenetic analysis of 322 patients with melodysplastic syndromes. Delineation of genetic evolution and clinical implications. Blood. 2004; 104: 651a.

7.    **C. Steidl**, R. Schabla, U. Germing, B. Hildebrandt, T. Noesslinger, M. Pfeilstoecker, A. Giagounidis, R. Kunzmann, P. Haas, M. Luebbert, L. Truemper, D. Haase. Sequential Cytogenetic Analyses of 577 Patients with Myelodysplastic Syndromes: Correlations between Initial Karyotype, Cytogenetic Dynamics, and Clinical Course. Blood, Nov 2005; 106: 2531.

8.    D. Haase, **C. Steidl**, A. Bierbaum, U. Soeling, L. Truemper, and F. Griesinger. Different Patterns of Cytogenetic Evolution in CML Treated with Imatinib. Blood, Nov 2005; 106: 4496.

9.    D. Haase, U. Germing, J. Schanz, M. Pfeilstoecker, T. Noesslinger, B. Hildebrandt, A. Kuendgen, M. Luebbert, A. Giagounidis, C. Aul, L. Truemper, T. Mueller, P. Valent, C. Fonatsch, and **C. Steidl**. New and Comprehensive Cytogenetic Prognostication and Categorization in MDS. Blood, Nov 2006; 108: 248.

10.   D. Haase, U. Germing, J. Schanz, M. Pfeilstoecker, B. Hildebrandt, M. Luebbert, A. Giagounidis, C. Aul, L. Truemper, T. Mueller, P. Valent, N. Gattermann, C. Fonatsch, O. Krieger, R. Stauder, and **C. Steidl**. Evidence for an Underestimation of the Prognostic Impact of Poor Cytogenetics within the IPSS. Blood, Nov 2006; 108: 252.

11.   **C. Steidl**, T. Nayar, T. Lee, A. Telenius, N. Johnson, D. Horsman, J. Connors, R.D. Gascoyne. Gene expression profiling of microdissected HRS cells in classical Hodgkin Lymphoma. Haematologica 2007.

12.   R.D. Gascoyne, T. Nayar, T. Lee, N. Johnson, J.M. Connors and **C. Steidl.** Predicting outcome in classical Hodgkin Lymphoma: the role of the microenvironment. Haematologica 2007.

13.   **C. Steidl**, A. Telenius, J. Connors, D. Horsman and R.D. Gascoyne. Genetic imbalances in microdissected HRS cells: patterns of alterations and differences between treatment responders and failures. Haematologica 2007.

14.   U. Steidl, **C. Steidl**, A. Ebralidze, B. Chapuy, H.-J. Han, B. Will, F. Rosenbauer, A. Becker, K., S. Koschmieder, S. Kobayashi, D.B. Costa, T. Schulz, K.B. O'Brien, R.G.W. Verhaak, R. Delwel, D. Haase, L. Trumper, J. Krauter, T. Kohwi-Shigematsu, F. Griesinger, and D.G. Tenen. A Distal Single Nucleotide Polymorphism Disrupts Development-Dependent Long-Range Transcriptional Regulation of the PU.1 Gene through the Chromatin-Remodeling Protein SATB1 in Acute Myeloid Leukemia. Blood, Nov 2007; 110: 3175.

15.   K.-J. Cheung, A. Telenius, B. Lai, N. Johnson, T. Relander, **C. Steidl**, A. Baross, H. Qian, J. Schein, M. Marra, J.M. Connors, R.D. Gascoyne, and D.E. Horsman. High Frequency of 1p36.32 Deletion or Loss of Heterozygosity in Follicular Lymphoma (FL). Blood, Nov 2007; 110: 183.

16.   Friederike Braulke, Julie Schanz, **C. Steidl**, Lorenz H. Truemper, and Detlef Haase. FISH-Analyses of Cirulating CD34+ Cells in MDS-Patients - A Suitable Method To Measure and Predict Response to 5-Azacytidine. Blood, Nov 2007; 110: 2466.

17.   **C. Steidl**, J. Schanz, M.M. Le Beau, J.M. Bennett, U. Germing, P.L. Greenberg, and D. Haase. Coalescence of the German-Austrian and IMRAW Cytogenetic MDS Databases: Modification of Patient Risk Groups. Blood, Nov 2007; 110: 2468.

18.   D. Haase, E.H. Estey, **C. Steidl**, U. Germing, G. Garcia-Manero, H.M. Kantarjian, and J. Schanz. Multivariate Evaluation of the Prognostic and Therapeutic Relevance of Cytogenetics in a Merged European-American Cohort of 3860 Patients with MDS. Blood, Nov 2007; 110: 247.

19.   J. Schanz, E.H. Estey, **C. Steidl**, U. Germing, B. Hildebrandt, G. Garcia-Manero, H.M. Kantarjian, and D. Haase. Multivariate Analysis Suggests That the Prognostic Impact of Poor Cytogenetics Is Potentially Underestimated in the IPSS. Blood, Nov 2007; **110**: 248.

20.   J. Schanz, M.L. Slovak, K. Ohyashiki, F. Solé, M. del Mar Mallo, **C. Steidl**, M. Pfeilstoecker, T. Noesslinger, B. Hildebrandt, M. Luebbert, M.K. Andersen, A. Giagounidis, P. Valent, C. Fonatsch, U. Germing, and D. Haase. New Prognostic Data on Rare Cytogenetic Abnormalities in MDS: A Collaborative Study of the International Working Group on MDS Cytogenetics. Blood, Nov 2008; 112: 2688.

21.   M. del Mar Mallo, J. Cervera, J. Schanz, B. Espinet, E. Such, E. Luño, **C. Steidl**, M.L. Martín, U. Germing, J. Grau, M. Pfeilstoecker, J.M. Hernández, T. Noesslinger, M. a José Calasanz, P. Valent, R. Collado, C. Fonatsch, E. Bureo, M. Lübbert, R. Ríos, R. Stauder, E. Arranz, B. Hildebrandt, M.L. Slovak, J. Cigudosa, V. Eclache, O. Krieger, C. Pedro, M. Salido, L. Arenillas, G. Sanz, M.A. Sanz, A. Valencia, L. Florensa, D. Haase, and F. Solé Prognostic Impact of Additional Chromosomal Aberrations (ACA) to 5q- in Patients with primary Myelodysplastic Syndrome. Blood, Nov 2008; 112: 1649.

22.   **C. Steidl**, T. Lee, S. P. Shah, G. Han, T. Nayar, A. Delaney, S. Jones, W.C. Chan, A. Rosenwald, L.M. Rimsza, E.Campo, E.S. Jaffe, L.M. Staudt, G. Lenz, J.M. Connors, and R.D. Gascoyne. Genome-Wide

Expression Profiling Predicts Treatment Outcome in Classical Hodgkin Lymphoma. Blood, Nov 2008; 112: 520.

23. **C. Steidl**, Adele Telenius, Sohrab P. Shah, K-John Cheung, Lorena Barclay, Joseph M. Connors, Douglas E. Horsman, and Randy D. Gascoyne. Genetic Alterations Detected by High-Resolution Array Comparative Genomic Hybridization in Microdissected HRS Cells Correlate with Treatment Outcome in Classical Hodgkin Lymphoma. Blood, Nov 2008; 112: 522.

24. N.A. Johnson, K.J. Savage, S. Ben-Neriah, **C. Steidl**, R. Klasa, J.M. Connors, R.D. Gascoyne, and D.E. Horsman. Lymphomas with Concurrent T(14;18) and 8q24 Translocations Are Under- Reported and Clinical Outcome Depends on the MYC Partner. Blood, Nov 2008; 112: 804.

25. J. Shustik, **C. Steidl**, L. Sehn, and R.D. Gascoyne. Prognostic Significance of *BCL6* Translocation in Diffuse Large B-Cell Lymphoma Patients Treated with R-CHOP. Blood, Nov 2008; 112: 3782.

26. J. Schanz, H. Tuechler, F. Solé, M. Mallo, B. Hildebrandt, M.L. Slovak, K. Ohyashiki, **C. Steidl**, C. Fonatsch, M. Pfeilstoecker, T. Noesslinger, P. Valent, A. Giagounidis, M. Luebbert, R. Stauder, O. Krieger, M.M. Le Beau, J.M. Bennett, P.L. Greenberg, U. Germing, and D. Haase. Cytogenetic Risk Features in MDS-Update and Present State. Blood, Nov 2009; 114: 2772.

27. **C. Steidl**, T. Lee, P. Farinha, A. Telenius, M. Boyle, S.P. Shah, L. Barclay, J.M. Connors, and R.D. Gascoyne. Gene Expression Profiling of Microdissected Hodgkin Reed Sternberg Cells: Molecular Subtypes and Treatment Outcome Correlations. Blood, Nov 2009; 114: 268.

28. P. Farinha, **C. Steidl**, L.M. Rimsza, K.J. Savage, J.M. Connors, and R.D. Gascoyne. HLA-DR Protein Expression Correlates with Non-Neoplastic T-Cell Infiltration and Predicts Survival in Patients with Primary Mediastinal Large B Cell Lymphoma (PMBCL) Treated with CHOP Chemotherapy. Blood, Nov 2009; 114: 133.

29. K.-J. Cheung, N. Johnson, J. Affleck, T. Severson, **C. Steidl**, S. Ben-Neriah, J. Schein, R. Morin, R. Moore, S.P. Shah, H. Qian, J. Paul, A. Telenius, B. Lai, T. Relander, W.L. Lam, K.J. Savage, J.M. Connors, C. Brown, M. Marra, R.D. Gascoyne, and D.E. Horsman. TNFRSF14 Is Mutated in a Subset of Follicular Lymphoma and Correlated with Inferior Prognosis. Blood, Nov 2009; 114: 1919.

30. A.J. Mungall, A. Chu, R. Chiu, R. Corbett, M.A. Field, S.D. Jackman, K.L. Mungall, K. Wong, M. Boyle, R. Carlsen, S.Y. Chan, R.J.N. Coope, C.A. Hirst, M. Hirst, N. Johnson, M. Krzywinski, D. Lee, J. BingXue Lin, R. Moore, T. Severson, J.T. Simpson, **C. Steidl**, T. Zeng, Y. Zhao, I. Birol, R.A. Holt, S.J. Jones, R.D. Gascoyne, D.E. Horsman, J.M. Connors, J.E. Schein, and M.A. Marra. Base-Pair Resolution of Somatic and Germline-Derived Genome Rearrangement Breakpoints in Follicular Lymphoma. Blood, Nov 2009; 114: 439.

31. N.A. Johnson, J.M. Connors, S. Ben-Neriah, S. Rogic, K.J. Savage, **C. Steidl**, D.E. Horsman, G.W. Slack, L. Sehn, W.C. Chan, J. Iqbal, P.N. Meyer, G. Lenz, G.W. Wright, L.M. Rimsza, C. Valentino, P. Brunhoeber, T. Grogan, R.M. Braziel, J. Cook, R.R. Tubbs, D.D. Weisenburger, E. Campo, A. Rosenwald, G. Ott, J. Delabie, E. Jaffe, L.M. Staudt, and R.D. Gascoyne. Concurrent BCL2 and MYC Protein Expression by Immunohistochemistry Determines Clinical Outcome In DLBCL Patients Treated with R-CHOP. Blood, Nov 2010; 116: 2005.

32. J. Schanz, H. Tüchler, F. Sole, M. Mallo, B. Hildebrandt, **C. Steidl**, C. Fonatsch, M. Pfeilstöcker, T. Nösslinger, P. Valent, A. Giagounidis, M. Lübbert, R. Stauder, O. Krieger, M.M. Le Beau, J.M. Bennett, P.L. Greenberg, U. Germing, and Detlef Haase. Prognostic Impact of Monosomy 7 as a Single Anomaly In Primary MDS – Reclassification From Poor to Intermediate Prognosis. Blood, Nov 2010;116:1861.

33. C. Ganster, F. Braulke, K. Shirneshan, F. Solé, M. Mallo, J. Cervera, E. Luno, B. Hildebrandt, **C. Steidl**, C. Fonatsch, M. Pfeilstöcker, T. Nösslinger, P. Valent, A. Giagounidis, C. Aul, M. Lübbert, R. Stauder, O. Krieger, M.M. Le Beau, J.M. Bennett, P.L. Greenberg, U. Germing, D. Haase, and Julie Schanz. Loss of the Y Chromosome in MDS - Age-Related Phenomenon or Clonal Abnormality? Blood, Nov 2010;116:4008.

34. R.D. Gascoyne and **C. Steidl**. The role of the microenvironment in lymphoid cancers. Annals of Oncology 22 (suppl. 4):iv47-iv50, 2011.

35. **C. Steidl**, S.P. Shah, B.W. Woolcock, L. Rui, M. Kawahara, P. Farinha, A. Telenius, S. Ben Neriah, J.M. Connors, R. Siebert, K.J. Savage, E.S. Jaffe, L.M. Staudt, U. Steidl, M.A. Marra, R.D. Gascoyne. Discovery of CIITA fusions in B cell lymphomas by next generation sequencing. Annals of Oncology, 22 (suppl 4): iv148-iv152, 2011.

36. R. Kridel, B. Meissner, S. Rogic, M. Boyle, A. Telenius, J. Gunawardana, C. Cochrane, A.J. Yost, D.W. Scott, K. Tan, B. Woolcock, S. Ben-Neriah, S. Opat, L.H. Sehn, J.M. Connors, A.P. Weng, **C. Steidl**, and R.D. Gascoyne. Whole Transcriptome Sequencing Reveals Recurrent *NOTCH1* Mutations in Mantle Cell Lymphoma. Blood, Nov 2011; 118: 436 (abstr.).

37. D.W. Scott, F.C. Chan, F. Hong, S. Rogic, K. Tan, B. Meissner, P. Farinha, S.J. Horning, R.I. Fisher, N.L. Bartlett, L.E. Shepherd, J.M. Connors, A.B. de Sousa, B.S. Kahl, L.I. Gordon, **C. Steidl**, and R.D. Gascoyne. A Gene Expression Signature in Diagnostic Formalin Fixed Paraffin Embedded Tissue Predicts Overall Survival in Locally Advanced and Advanced Stage Classical Hodgkin Lymphoma – a Correlative Study From the E2496 Intergroup Trial. Blood, Nov 2011; 118: 430.

38. **C. Steidl**, A. Diepstra, T. Lee, P. Farinha, A. Telenius, M. Boyle, S.P. Shah, L. Barclay, A. van den Berg, K.J. Savage, J.M. Connors, and R.D. Gascoyne. CSF1R Expression of Hodgkin Reed Sternberg Cells Is Associated with the Number of Macrophages in the Tumor Microenvironment and Is Correlated with Treatment Outcome. Blood, Nov 2011; 118: 427 (abstr.)

39. **C. Steidl**, B. Woolcock, S. Rogic, S. Ben-Neriah, A. Telenius, M. Drake, R. Siebert, and R.D. Gascoyne. Inactivating Gene Alterations of MHC Class II Transactivator *CIITA* Are Recurrent in Primary Mediastinal B Cell Lymphoma and Hodgkin Lymphoma. Blood, Nov 2011; 118: 437 (abstr.)

40. Fong Chun Chan, Susana Ben-Neriah, Raymond Lim, Sandy Hu, Sanja Rogic, Nathalie Johnson, Ryan D Morin, Gavin Ha, Jiraui Ding, David W. Scott, Laurie H. Sehn, Joseph M. Connors, Marco A. Marra, Randy D. Gascoyne, Sohrab P Shah, and **Christian Steidl.** Large-Scale High Resolution Integration of Copy Number and Gene Expression in DLBCL Reveals Focal and Frequent Deletions in Chromatin Modifying Genes with Outcome Correlation. Blood (ASH Annual Meeting Abstracts), Nov 2012; 120: 295.

41. Laura Barreyro, Britta Will, Boris Bartholdy, Li Zhou, Tihomira I Todorova, Robert Stanley, Susana Ben-Neriah, Cristina Montagna, Samir Parekh, Andrea Pellagatti, Jacqueline Boultwood, Elisabeth Paietta, Rhett P Ketterling, Larry D Cripe, Hugo F Fernandez, Peter L. Greenberg, Jacob M Rowe, Martin S. Tallman, **Christian Steidl**, Constantine S. Mitsiades, Amit Verma, and Ulrich Steidl. Parallel Transcriptional Analysis of Multiple Stem and Progenitor Populations Identifies Novel Commonly Dysregulated and Functionally Relevant Targets in AML. Blood (ASH Annual Meeting Abstracts), Nov 2012; 120: 1875.

42. Craig H. Moskowitz, Anas Younes, Sven de Vos, R. Gregory Bociek, Leo I. Gordon, Thomas E. Witzig, Randy D. Gascoyne, Brian West, Keith Nolop, and **Christian Steidl.** CSF1R Inhibition by PLX3397 in Patients with Relapsed or Refractory Hodgkin Lymphoma: Results From a Phase 2 Single Agent Clinical Trial. Blood (ASH Annual Meeting Abstracts), Nov 2012; 120: 1638.

43. Graham W. Slack, **Christian Steidl**, Laurie H. Sehn, and Randy D. Gascoyne. CD30 Expression in Diffuse Large B-Cell Lymphoma. Blood (ASH Annual Meeting Abstracts), Nov 2012; 120: 1558.

44. Ujunwa Cynthia Okoye-Okafor, Boris Bartholdy, Bruce Woolcock, Masahiro Kawahara, Tihomira I Todorova, Randy D. Gascoyne, **Christian Steidl**, and Ulrich Steidl. Identification of a Novel Protein-Coding Gene (TIHL) and Its Functional Relevance in Myeloid Cells. Blood (ASH Annual Meeting Abstracts), Nov 2012; 120: 2333.

45. Barreyro, L., Wang, H.R., Bartholdy, B., Will, B., Todorova, T.I., Narayanagari, S.-R., Pujato, M., Kawahara, M., Woolcock, B.W., Gascoyne, R.D., **Steidl, C**. & Steidl, U. Molecular and Functional Characterization Of The Novel Protein-Coding Gene Tihl (Translocated in Hodgkin's Lymphoma) in Hematopoiesis. *Blood* (ASH Annual Meeting Abstracts), Dec 2013; **122**, 3680.

46. Ennishi, D., Chan, F.C., Scott, D.W., Hother, C., Meissner, B., Boyle, M., Morin, R.D., Sehn, L.H., Marra, M.A., Connors, J.M., **Steidl, C.** & Gascoyne, R.D. Genetic Alterations In Immune Cell Crosstalk Genes In Diffuse Large B-Cell Lymphoma Predict Survival. *Blood* (ASH Annual Meeting Abstracts), Dec 2013; **122**, 500.

47. Gunawardana, J., Chan, F.C., Telenius, A., Woolcock, B.W., Kridel, R., Tan, K.L., Ben Neriah, S., Lim, R.S., Rogic, S., Boyle, M., Guiter, C., Leroy, K., Haioun, C., Rimsza, L.M., Gaulard, P., Savage, K.J., Connors, J.M., Marra, M.A., Shah, S.P., Gascoyne, R.D. & **Steidl, C**. Protein Tyrosine Phosphatase Type-1 (PTPN1) Is Frequently Mutated In Primary Mediastinal B Cell Lymphoma and Hodgkin Lymphoma. *Blood* (ASH Annual Meeting Abstracts), Dec 2013;**122**, 242.

48. Zhang, C., **Steidl, C**., Gascoyne, R.D. & Weng, A.P. Predicting Cell Of Origin In Diffuse Large B-Cell Lymphoma By High Dimensional Flow Cytometry. *Blood* (ASH Annual Meeting Abstracts), Dec 2013;**122**, 4301.

49. Twa, D.D.W., Chan, F.C., Ben-Neriah, S., Woolcock, B.W., Tan, K.L., Slack, G.W., Gunawardana, J., Lim, R.S., McPherson, A.W., Kridel, R., Telenius, A., Scott, D.W., Savage, K.J., Shah, S.P., Gascoyne, R.D. & **Steidl, C**. Genomic Rearrangements Involving Programmed Death Ligands Are Recurrent In Primary Mediastinal Large B-Cell Lymphoma. *Blood* (ASH Annual Meeting Abstracts), Dec 2013; **122**, 635.

50. Chan FC, Mottok A, Gerrie AS, Power MM, Savage KJ, Connors JM, Gascoyne RD, Shah SP, Scott DW, **Steidl C**. Analysis of Relapse Biopsies in Classical Hodgkin Lymphoma Reveals Correlations with Outcome after Autologous Stem Cell Transplantation. Blood (ASH Annual Meeting Abstracts), Dec 2014;**124**(21),136.

51. Savage KJ, Sehn LH, Villa D, Kansara RR, Mottok A, Ennishi D, Ben-Neriah S, Kridel R, **Steidl C**, Tan KL, Johnson N, Slack GW, Connors JM, Farinha P, Scott DW, Gascoyne RD. The Impact of Concurrent MYC BCL2 Protein Expression on the Risk of Secondary Central Nervous System Relapse in Diffuse Large B-Cell Lymphoma (DLBCL). Blood (ASH Annual Meeting Abstracts), Dec 2014;**124**(21),495.

52. Ennishi D, Hoffer C, Shulha H, Mottok A, Farinha P, Chan FC, Meissner B, Boyle M, Ben-Neriah S, Morin RD, Marra MA, Savage KJ, Sehn LH, Connors JM, **Steidl C**, Scott DW, Gascoyne RD. Clinical Significance of Genetic Aberrations in Diffuse Large B Cell Lymphoma. Blood (ASH Annual Meeting Abstracts), Dec 2014;**124**(21),703.

53. Kusakabe M, Simkin G, Meskas J, Zhang C, Ennishi D, Boyle M, Scott DW, **Steidl C**, Gascoyne RD, Brinkman RR, Weng AP. Single Cell Mass Cytometry for Phenotypic Analysis of Diffuse Large B-Cell Lymphoma. Blood (ASH Annual Meeting Abstracts), Dec 2014;**124**(21),2976.

54. Mottok A, Woolcock BW, Chan FC, Telenius A, Chavez EA, Boyle M, Ben-Neriah S, Rimsza LM, Siebert R, Gascoyne RD, **Steidl C**. Genetic Alterations of the MHC Class II Transactivator CIITA Are Frequent in Primary Mediastinal Large B-Cell Lymphoma and Associated with Diminished MHC Class II Expression. Blood (ASH Annual Meeting Abstracts), Dec 2014;**124**(21),3040.

55. Wang C, Iqbal J, Zhang W, McKeithan T, Rosenwald A, Gascoyne RD, **Steidl C**, Bouska A, Muhammad Z, Jiang B, Rohr J, Cannon A, Fu K, Weisenburger DD, Greiner TC, Smith LM, Dybkaer K, Ott G, Nakamura S, Seto M, Berger F, Rogan EG, Staudt LM, Vose JM, Chan WC. IDH2R172 Mutations Define a Unique Subgroup of Patients in Angioimmunoblastic T-Cell Lymphoma. Blood (ASH Annual Meeting Abstracts), Dec 2014;**124**(21),3580.

56. **Steidl C**. The Role of the Tumor Microenvironment in Lymphoid Malignancies. Blood (ASH Annual Meeting Abstracts), Dec 2015;**126**(23), SCI-46.

57. Hapgood G, Mottok A, Slack GW, Gascoyne RD, **Steidl C**, Savage KJ, Weng AP. Flow Cytometric Characterization of 129 cases of peripheral T Cell Lymphoma not otherwise specified (PTCL NOS) and Angioimmunoblastic T Cell Lymphoma (AITL). Blood (ASH Annual Meeting Abstracts), Dec 2015;**126**(23), 2667.

58. Ennishi D, Mottok A, Savage KJ, Ben-Neriah S, Shulha H, Farinha P, Chan FC, Meissner B, Boyle M, Hother CE, Kridel R, Morin R, Marra MA, Sehn LH, **Steidl C**, Connors JM, Scott DW, Gascoyne RD. Comprehensive MYC and BCL2 genetic profiling in de novo diffuse large B-cell lymphoma demonstrates clinically relevant genetic alterations according to cell of origin subtype. Blood (ASH Annual Meeting Abstracts), Dec 2015;**126**(23),109.

59. Kusakabe M, Wang X, Simkin G, Meskas J, Zhang C, Ennishi D, Kridel R, Boyle M, Chavez E, Hung S, Scott DW, **Steidl C**, Gascoyne R, Brinkman RR, Weng AP. Mass cytometry based classification of inter- and intra-tumoral heterogeneity in diffuse large B-cell lymphoma. Blood (ASH Annual Meeting Abstracts), Dec 2015;**126**(23), 3908.

60. Ennishi D, Mottok A, Shulha H, Farinha P, Chan FC, Meissner B, Boyle M, Ben-Neriah S, Hother CE, Kridel R, Morin R, Marra MA, Savage KJ, Sehn LH, Connors JM, **Steidl C**, Scott DW, Gascoyne RD. Genetic alternations of Gα13 signaling pathway with BCL2 over-expression confers lymphoma dissemination and inferior outcome in germinal cancer B cell diffuse large B cell lymphoma. Blood (ASH Annual Meeting Abstracts), Dec 2015;**126**(23), 111.

61. Mottok A, Johnston RL, Chan FC, Scott DW, Friedman DL, Schwartz C, Kelly KM, Horton TM, **Steidl C**. Prediction of primary treatment outcome using gene expression profiling of pre-treatment biopsies obtained from childhood and adolescent Hodgkin lymphoma patients. Blood (ASH Annual Meeting Abstracts), Dec 2015;**126**(23), 175.

62. Giambra V, Lam SH, Belmonte M, Gusscott S, Salehi S, Chan FC, Kridel R, Lorzadeh A, Hoofd C, **Steidl C**, Eaves CJ, Hirst M, Weng AP. NOTCH1 induces differential epigenomic patterning and genomic organization in fetal liver- and adult bone marrow-derived hematopoietic progentiors. Blood (ASH Annual Meeting Abstracts), Dec 2015;**126**(23), 3637.

63. Kutovaya O, Hung S, Christopher H, Gascoyne RD, Gregg M, **Steidl C**. The Role of UBR5 Mutations in the Pathogenesis of Mantle CELL Lymphoma. Blood 2016 **128**:4124

64. Takata K, Iioka H, Miyata-Takata T, Miki Y, Yoshino T, Maeda Y, Saito K, **Steidl C**, Kondo E. Identification of TRA-1-60-Positive Cells As a Potent Refractory Population in Follicular Lymphomas. Blood (ASH Annual Meeting Abstracts) 2016; **128**:4122.

65. Mottok A, Chong L, Ben-Neriah S, Woolcock B, Zhao Y, Marra MA, Scott DW, Gascoyne RD, Mungall AJ, **Steidl C**. Characterization of Genomic Rearrangements Involving *CIITA* and *SOCS1 U*sing Targeted

Capture Sequencing of Archival Tissue Specimens. Blood (ASH Annual Meeting Abstracts) 2016; **128**:2925.

66.    Wang X, Kusakabe M, Gracias D, Simkin G, Hill A, Kridel R, Meskas J, Scott DW, **Steidl C**, Gascoyne RD, Brinkman RR, Weng AP. Revealing the Tumor Ecosystem in Follicular Lymphoma By Mass Cytometry. Blood (ASH Annual Meeting Abstracts) 2016, **128**:2939.

67.    Ennishi D, Bashashati A, Saberi S, Mottok A, Meissner B, Boyle M, Ben-Neriah S, Kridel R, Dominguez-Sola D, Savage KJ, Sehn LH, Connors JM, Morin RD, Marra MA, Shah SP, **Steidl C**, Scott DW, Gascoyne RD. Frequent Genetic Alterations of PI3K-AKT Pathway and Their Clinical Significance in Germinal Center B-Cell-like Diffuse Large B-Cell Lymphoma. Blood (ASH Annual Meeting Abstracts) 2016; **128**:607.

68.    Chan FC, Mottok A, Gerrie AS, Power MM, Savage KJ, Nijland M, Diepstra A, Van den Berg A, Connors JM, Gascoyne RD, Shah SP, Scott DW, **Steidl C**. A Novel Prognostic Model Based on Tumor Microenvironment Biology in Relapse Biopsies Predicts Post-Autologous Stem Cell Transplantation Outcomes in Classical Hodgkin Lymphoma. Blood (ASH Annual Meeting Abstracts) 2016; **128**:1093.

69.    Chan FC, Kridel R, Mottok A, Boyle M, Farinha P, Tan K, Meissner B, Bashashati A, McPherson A, Roth A, Shumansky K, Yap D, Ben-Neriah S, Rosner J, Smith MA, Nielsen C, Telenius A, Ennishi D, Mungall AJ, Moore R, Morin RD, Johnson NA, Sehn LH, Connors JM, Scott DW, **Steidl C**, Marra MA, Gascoyne RD, Shah SP. Divergent Modes of Tumor Evolution Underlie Histological Transformation and Early Progression of Follicular Lymphoma. Blood (ASH Annual Meeting Abstracts) 2016; **128**:1091.

70.    Kridel R, Chan FC, Mottok A, Boyle M, Farinha P, Tan K, Meissner B, Bashashati A, Ben-Neriah S, Gine E, Ennishi D, Mungall AJ, Morin RD, Johnson NA, Sehn LH, Tousseyn T, Dogan A, Connors JM, Scott DW, **Steidl C**, Marra MA, Gascoyne RD, Shah SP. Targeted Sequencing Reveals Novel Gene Mutations Associated with Transformation and Early Progression in Follicular Lymphoma. Blood (ASH Annual Meeting Abstracts) 2016; **128**:2919.

71.    Ennishi D, Bashashati A, Saberi S, Mottok A, Meissner B, Boyle M, Ben-Neriah S, Kridel R, Savage KJ, Sehn LH, Connors JM, Morin RD, Marra MA, Shah SP, Steidl C, Scott DW, Gascoyne RD. Integrative genetic analysis identifies therapeutic relevance of cell of origin-specific genetic alterations in diffuse large B-cell lymphoma. (AACR Annual Meeting) 2017.

72.    Jiang A, Grande BM, Arthur SE, Alcaide M, Ennishi D, Jessa S, Pararajalingam P, Meissner B, Boyle M, Chong L, Lai D, Davidson J, Mottok A, Bushell KR, Sehn LH, Farinha P, Shah SP, Mungall AJ, Gascoyne RD, Marra MA, **Steidl C**, Connors JM, Scott DW, Morin RD. Identification of Recurrent Non-Coding Driver Mutations in Non-Hodgkin Lymphomas through Integrative Genomic Analysis of 777 Patients. Blood (ASH Annual Meeting Abstracts) 2017; **130**:36

73.    Collinge B, Chong L, Ben-Neriah S, Slack GW, Ennishi D, Mottok A, Farinha P, Boyle M, Meissner B, Gerrie AS, Villa D, Savage KJ, Sehn LH, Morin RD, Mungall AJ, Gascoyne RD, Marra MA, Connors JM, **Steidl C**, Scott DW. Deciphering Discordance between MYC mRNA and MYC IHC in DLBCL: The Role of MYC Exon 2 Mutations and N11S Polymorphism. Blood (ASH Annual Meeting Abstracts) 2017; **130**:3994.

74.    Chong L, Ben-Neriah S, Slack GW, Ennishi D, Mottok A, Collinge B, Farinha P, Boyle M, Meissner B, Kridel R, Gerrie AS, Villa D, Savage KJ, Sehn LH, Morin RD, Gascoyne RD, Marra MA, Connors JM, Mungall AJ,**Steidl C**, Scott DW. High-Resolution Architecture and Partner Genes of MYC Rearrangements in Lymphoma with DLBCL Morphology. Blood (ASH Annual Meeting Abstracts) 2017; **130**:4007.

75.    Arthur SE, Mottok A, Alcaide M, Rushton C, Grande BM, Ennishi D, Davidson J, Bushell KR, Gascoyne RD, Marra MA, Connors JM, Morin GB, Scott DW, **Steidl C**, Morin RD. Functional Investigation of the Gene NFKBIZ and the Impact of 3'UTR Mutations in Diffuse Large B-Cell Lymphoma. Blood (ASH Annual Meeting Abstracts) 2017; **130**:1228.

76.    Kridel R, Jurinovic V, Farinha P, Rosenwald A, Leich E, Ott G, Horn H, Klapper W, Boesl M, Hiddemann W, **Steidl C** , Connors JM, Sehn LH, Gascoyne RD, Hoster E, Weigert O, Mottok A. FOXP1 Expression Is a Prognostic Biomarker in Follicular Lymphoma Treated with Immunochemotherapy and Is Associated with Distinct Molecular Features. Blood (ASH Annual Meeting Abstracts) 2017; **130**:2748.

*(c)      Other*


**2.      NON-REFEREED PUBLICATIONS**

*(a)      Journals*

*(b)*     *Conference Proceedings*

*(c)*     *Other*

**3.     BOOKS**

*(a)*     *Authored*

*(b)*     *Edited*

*(c)*     *Chapters*

1.     "Cytogenetic and molecular diagnostics" in MDS and acute myeloid leukemia: a biological and therapeutic continuum. (Editor: Prof. Dr. Michael Luebbert). UNI-MED Verlag AG, Bremen Germany, 2007

2.     Engert, A., Horning, S.J., Steidl, C. & Gascoyne, R.D. What Will We Learn from Genomics and Proteomics in Hodgkin Lymphoma? in *Hodgkin Lymphoma*, Vol. 0 357-365 (Springer Berlin Heidelberg) 2010.

3.     "Cytogenetics of MDS" in The Myelodysplastic Syndromes. (Editor: Varkonyi, Judit). 1st Edition, 2011, Springer, Germany, ISBN 978-94-007-0439-8

4.     Steidl, C. & Gascoyne, R.D. What Will We Learn from Genomics and Proteomics in Hodgkin Lymphoma? in *Hodgkin Lymphoma – A comprehensive Overview*, (Editors: Engert, A., Younes), pages 79-92 (Springer Berlin Heidelberg). 2015.

5.     "Microenvironment-related biomarkers and novel targets in Hodgkin lymphoma"
Catherine Diefenbach and Christian Steidl. In: *Hodgkin And Non-Hodgkin Lymphomas Seen Through Their Microenvironment: Impact on Diagnosis, Prognosis and Innovative Therapy (Volume 2)*. (Future Medicine Ltd) 2015. Pages 20-34. eBook ISBN: 978-1-78084-582-1

6.     "Targeting the Microenvironmen Hodgkin Lymphoma: Opportunities and Challenges". Visser L., Diepstra A., **Steidl C**., van den Berg A. In: *Precision Molecular Pathology of Hodgkin Lymphoma*. (Editors: Hudnall S., Küppers R.), pages 59-90. (Springer, Germany) 2018. ISBN: 978-3-319-68093-4 (first published online Oct.06, 2017)


**4.     PATENTS**

1.     CIITA biomarker for lymphoma classification and prognosis, US Provisional application filed 2011 (invention # 09-038)

2.     Gene expression and overall survival in advanced stage classic Hodgkin lymphoma. US Provisional Patent Application # 61569116 (Priority date: December 9, 2011)

**3.**     Identification and use of new tumor-promoting gene in hematological malignancies. US Patent Application No,. 14/442,906, PCT International Patent Application No. PCT/US2013/70227 (November 15, 2013)

**4.**     Method for determining lymphoma type. United States. US Patent Application No. 62/519 ,728. 2017/06/14.Patent Status: Pending

**5.     SPECIAL COPYRIGHTS**


**6.     ARTISTIC WORKS, PERFORMANCES, DESIGNS**


**7.     OTHER WORKS**

8.      **<u>WORK SUBMITTED</u> (including publisher and date of submission)**


9.      **<u>WORK IN PROGRESS</u> (including degree of completion)**

# Exhibit B

Dr. Christian Steidl - Materials Considered List (Hardeman)

| **Literature** |
|---|
| 1. | Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, et al. Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. Environ Health Perspect. 2004 Mar;112(3):321-6. |
| 2. | Alavanja MCR, Sandler DP, McMaster SB, Zahm SH, McDonnell CJ, et al. The Agricultural Health Study. Environ Health Perspect. 1996 April;104(4):362-9 |
| 3. | Al-Mekhaizeem KA, Miriello M, Sherker AH. The frequency and significance of isolated hepatitis B core antibody and the suggested management of patients. CMAJ. 2001;165(8):1063-4. |
| 4. | Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, et al. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst. 2018 May 1;110(5):509-516. |
| 5. | Anisimov VN, Ukraintsea SV, Yashin AI. Cancer in rodents: does it tell us about cancer in humans? Nat Rev Cancer. 2005 Oct;5(10):807-19. |
| 6. | Antoniou M, Habib MEM, Howard CV, Jennings RC, Leifert C, et al. Teratogenic effects of glyphosate-based herbicides: divergence of regulatory decisions from scientific evidence. J Environ Anal Toxicol. 2012;2(Special issue):S4-006. |
| 7. | Aris A, Leblanc S. Maternal and fetal exposure to pesticides associated to genetically modified foods in Eastern Townships of Quebec, Canada. Reprod Toxicol. 2011 May;31(4):528-33. |
| 8. | Barale-Thomas E. Letter to the editor. Food Chem Toxicol. 2013 Mar;53:473-4. |
| 9. | Benachour N, Séralini GE. Glyphosate formulations induce apoptosis and necrosis in human umbilical, embryonic, and placental cells. Chem Res Toxicol. 2009 Jan;22(1):97-105. |
| 10. | Berry, C. Letter to the editor. Food Chem Toxicol. 2013;53:445-6. |
| 11. | Bolognesi C, Carrasquilla G, Volpi S, Solomon KR, Marshall EJ. Biomonitoring of genotoxic risk in agricultural workers from five colombian regions: association to occupational exposure to glyphosate. J Toxicol Environ Health A. 2009;72(15-16):986-97. |
| 12. | Brayton CF , Treuting PM , Ward JM . (2012) . Pathobiology of aging mice and GEM: background strains and experimental design . Vet Pathol , 49 , 85 – 105 . |
| 13. | Brock WJ. Strengthening the peer review process for the International Journal of Toxicology. Int J Toxicol. 2014 Sep-Oct;33(5):351-2. |
| 14. | Cantor KP, Blair A, Everett G, Gibson R, Burmeister LF, et al. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Res. 1992 May 1;52(9):2447-55. |
| 15. | Castillo JJ, Ingham RR, Reagan JL, et al. Obesity is associated with increased relative risk of diffuse large B-cell lymphoma: a meta-analysis of observational studies. Clin Lymphoma Myeloma Leuk. 2014 Apr;14(2):122-30. |
| 16. | Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B. 2016;51(6):402-34. |
| 17. | Chihara D, Nastoupil LJ, Williams JN, Lee P, Koff JL, et al. New insights into the epidemiology of non-Hodgkin lymphoma and implications for therapy. Expert Rev Anticancer Ther. 2015 May;15(5):531-44. |

Dr. Christian Steidl - Materials Considered List (Hardeman)

| 18. | Chiu BC, Soni L, Gapstur SM, Fought AJ, Evens AM, et al. Obesity and risk of non-Hodgkin lymphoma (United States). Cancer Causes Control. 2007 Aug;18(6):677-85. |
|---|---|
| 19. | Dai B, et al. Hepatitis C virus upregulates B-cell receptor signaling: a novel mechanism for HCV-associated B-cell lymphoproliferative disorders. Oncogene. 2016 Jun 9;35(23):2979-90. |
| 20. | Dalia,S; Chavez,J; Castillo,JJ, Sokol,L;  Hepatitis B infection increases the risk of NHL:  a meta-analysis of observational studies.  Leuk Res 2013: 37: 1107-1115 |
| 21. | De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect. 2005 Jan;113(1):49-54. |
| 22. | De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med. 2003 Sep;60(9):E11. |
| 23. | De Sanjose S, Benavente Y, Vajdic C, et al. Hepatitis C and non-Hodgkin lymphoma among 4784 cases and 6269 controls from the International Lymphoma Epidemiology Consortium. Clin Gastroenterol Hepatol. 2008 Apr;6(4):451-8. |
| 24. | de Souza L, Macedo Oda L. Long term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize. Food Chem Toxicol. 2013 Mar;53:440. |
| 25. | Environmental Protection Agency, Office of Pesticide Programs. Revised glyphosate issue paper: evaluation of carcinogenic potential. 2017 Dec 12;12-143. |
| 26. | Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer. 2008 Oct 1;123(7):1657-63. |
| 27. | European Chemical Agency, Committee for Risk Assessment. Opinion: proposing harmonized classification and labelling at EU level of glyphosate (ISO); N – (phonomethyl)glycine. 2017 Mar 15; 1-77. |
| 28. | Gad SC , Frith CH , Goodman DG , Boysen BG . (2008) . Chapter 2. The Mouse. In: Gad, SC, Ed. Animal Models in Toxicology, Second Edition . Informa Health Care USA, Inc . ISBN-13: 978-0-8247-5407-5. ISBN-10: 0-8247-5407-7 |
| 29. | Gasnier C, Benachour N, Clair E, Travert C, Langlois F, et al. Dig1 protects against cell death provoked by glyphosate-based herbicides in human liver cell lines. J Occup Med Toxicol. 2010 Oct 27;5:29. |
| 30. | Giordano TP, Henderson L, Landgren O, et al. Risk of Nono-Hodgkin Lymphoma and Lymphoproliferative Precursor Diseases in US Veterans with Heatitis C Virus. JAMA. 2007 May 9;297(18):2010-7. |
| 31. | Greim H, Saltmiras D, Mostert V, Strupp C. Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies. Crit Rev Toxicol. 2015 Mar;45(3):185-208. |
| 32. | Grunewald W, Bury J. Comment on "Long term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize" by Séralini et al. Food Chem Toxicol. 2013 Mar;53:447-8. |
| 33. | Hammond B, Goldstein DA, Saltmiras D. Letter to the editor. Food Chem Toxicol. 2013 Mar;53:459-64. |

Dr. Christian Steidl - Materials Considered List (Hardeman)

| 34. | Hans CP, Weisenburger DD, Greiner, et al. Confirmation of the molecular classification of diffuse large B-cell lymphoma by immunohistochemistry using a tissue microarray. Blood Jan 2004, 103 (1) 275-282. |
|---|---|
| 35. | Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma. 2002 May;43(5):1043-9. |
| 36. | Hill AB. The environment and disease: association or causation? Proc R Soc Med. 1965;58:295–300. |
| 37. | Hoar SK, Blair A, Holmes FF, Boysen CD, Robel RJ, et al. Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. JAMA 1986 Sep 5;256(9):1141-7. |
| 38. | Inghamm RR, Reagan JL, Dalia S, Furman M, Merhi B, et al. The relationship between obesity and lymphoma: a meta-analysis of prospective cohort studies. Blood. 2011;118:5198. |
| 39. | Kawamura Y, Ikeda K, Arase Y, et al. Viral elimination reduces incidence of malignant lymphoma in patients with hepatitis C. Am J Med. 2007 Dec;120(12):1034-41. |
| 40. | Kier LD and Kirkland DJ. Review of genotoxicity of glyphosate and glyphosate based formulations. Crit Rev Toxicol. 2013 Apr;43(4):283-315. |
| 41. | Langridge P. Letter to the editor. Food Chem Toxicol. 2013 Mar;53:441. |
| 42. | Le Tien D, Le Huy H. Comments on "Long term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize". Food Chem Toxicol. 2013 Mar;53:443-4. |
| 43. | Li M, Gan Y, Fan C, et al. Hepatitis B virus and risk of non-Hodgkin lymphoma: An updated meta-analysis of 58 studies. J Viral Hepat. 2018 Aug;25(8):894-903. |
| 44. | Magrath I, ed. The lymphoid neoplasms, 3rd ed. Boca Raton, FL: CRC Press, 2010. |
| 45. | Mahale P, Torres HA, Kramer JR, et al. Hepatitis C virus infection and the risk of cancer among elderly US adults: A registry-based case-control study. Cancer. 2017 Apr 1;123(7):1202-1211 |
| 46. | Marcucci F, Mele A, Candido A, et al. High prevalence of hepatitis B virus infection in B-cell non-Hodgkin's lymphoma. Haematologica. 2006 Apr;91(4):554-7. |
| 47. | Marcucci F, Spada E, Mele A, et al. The association of hepatitis B virus infection with B-cell non-Hodgkin lymphoma - a review. Am J Blood Res. 2012;2(1):18-28. |
| 48. | Maso L and Franceschi S. Hepatitis C virus and risk of lymphoma and other lymphoid neoplasms: a meta-analysis of epidemiologic studies. Cancer Epidemiol Biomarkers Prev. 2006 Nov;15(11):2078-85. |
| 49. | McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63. |
| 50. | Murad MH, Asi N, Alsawas M, Alahdab F. New evidence pyramid. Evid Based Med. 2016 Aug;21(4):125-7. |
| 51. | National Cancer Institute. "SEER Cancer Stat Facts: Diffuse Large B-Cell Lymphoma." Accessed Nov. 25, 2018. https://seer.cancer.gov/statfacts/html/dlbcl.html. |
| 52. | Ollivier L. A comment on "Séralini, G-E, et al, Long term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize Food Chem Toxicol (2012)," http://dxdoiorg/101016/jfct201208005. Food Chem Toxicol. 2013 Mar;53:458. |

Dr. Christian Steidl - Materials Considered List (Hardeman)

| | |
|---|---|
| 53. | Omland LH, Jepsen P, Krarup H, et al. Liver cancer and non-Hodgkin lymphoma in hepatitis C virus-infected patients: results from the DANVIR cohort study. Int J Cancer. 2012 May 15;130(10):2310-7. |
| 54. | Paganelli A, Gnazzo V, Acosta H, López SL, Carrasco AE. Glyphosate-based herbicides produce teratogenic effects on vertebrates by impairing retinoic acid signaling. Chem Res Toxicol. 2010 Oct 18;23(10):1586-95. |
| 55. | Pahwa M, Spinelli JJ, Freeman LB, Demers PA, Blair A, et al. An evaluation of glyphosate use and the risk of non-Hodgkin lymphoma major histological sub-types in the North American Pooled Project. PowerPoint presented at: International Society for Environmental Epidemiology Conference; 2015 Aug 31; São Paulo, Brazil. |
| 56. | Panchin AY. Toxicity of roundup-tolerant genetically modified maize is not supported by statistical tests. Food Chem Toxicol. 2013 Mar;53:475. |
| 57. | Paz-y-Miño C, Sánchez ME, Arévalo M, Muñoz MJ, Witte T, et al. Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. Genet Mol Biol. 2007;30(2):456-60. |
| 58. | Paz-y-Miño, Munoz MJ, Maldonado A, et al. Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. Rev Environ Health. 2011;26(1):45-51. |
| 59. | Rangarajan A, Weinberg RA. Opinion: Comparative biology of mouse versus human cells: modelling human cancer in mice. Nat Rev Cancer. 2003 Dec;3(12):952-9. |
| 60. | Romano MA, Romano RM, Santos LD, Wisniewski P, Campos DA, et al. Glyphosate impairs male offspring reproductive development by disrupting gonadotropin expression. Arch Toxicol. 2012 Apr;86(4):663-73. |
| 61. | Romano RM, Romano MA, Bernardi MM, Furtado PV, Oliveira CA. Prepubertal exposure to commercial formulation of the herbicide glyphosate alters testosterone levels and testicular morphology. Arch Toxicol. 2010;84:309-17. |
| 62. | Sanders D, Kamoun S, Williams B, Festing M. Re: Séralini, G-E, et al. Letter to the editor. Food Chem Toxicol. 2013 Mar;53:450-3. |
| 63. | Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527. |
| 64. | Schorsch F. Serious inadequacies regarding the pathology data presented in the paper by Séralini et al. (2012). Food Chem Toxicol. 2013 Mar;53:465-6. |
| 65. | Seralini GE, Clair E, Mesnage R, et al. Republished study: long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize. Environ Sci Eur. 2014;26(1):14 |
| 66. | Séralini GE, Clair E, Mesnage R, Gress S, Defarge N, et al. Republished study: long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize. Environ Sci Eur. 2014;26(1):14. |
| 67. | Ship MA, International Non-Hodgkin's Lymphoma Prognostic Factors Project. A Predictive Model for Aggressive Non-Hodgkin's Lymphoma. N Engl J Med. 1993 Sep 30;329(14):987-94. |
| 68. | Skibola CF. Obesity, Diet and Risk of Non-Hodgkin Lymphoma. Cancer Epidemiol Biomarkers Prev. 2007 Mar; 16(3): 392. |

Dr. Christian Steidl - Materials Considered List (Hardeman)

| 69. | Son WC, Gopinath C. Early occurrence of spontaneous tumors in CD-1 mice and Sprague-Dawley rats. Toxicol Pathol. 2004 Jul-Aug; 32 (4) 371-4. |
| 70. | Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SI, et al., eds. WHO Classification of Tumors and Haematopoietic  and Lymphoid Tissues, Revised 4th Edition. Lyon, France: IARC Publications, 2017. |
| 71. | Tester M. Letter to the editor. Food Chem Toxicol. 2013 Mar;53:457. |
| 72. | Trewavas A. Letter to the editor. Food Chem Toxicol. 2013 Mar;53:449. |
| 73. | Tribe D. Letter to the editor. Food Chem Toxicol. 2013 Mar;53:467-72. |
| 74. | Wallace Hayes A. Editor in Chief of Food and Chemical Toxicology answers questions on retraction. Food Chem Toxicol. 2014 Mar;65:394-5. |
| 75. | Wang F, Xu RH, Han B, Shi YX, Luo HY, et al. High incidence of hepatitis B virus infection in B-cell subtype non-Hodgkin lymphoma compared with other cancers. Cancer. 2007 Apr 1;109(7):1360-4. |
| 76. | Wang Y, Wang H, Pan S, Hu T, Shen J, et al. Capable infection of hepatitis B virus in diffuse large B-cell lymphoma. J Cancer. 2018;9:1575-81. |
| 77. | World Health Organization, International Agency for Research on Cancer (IARC). Monograph 112 (Glyphosate) 2015. |
| 78. | World Health Organization, International Agency for Research on Cancer (IARC). Hepatitis B virus. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. 2012;100(B):93-133. |
| 79. | World Health Organization, International Agency for Research on Cancer (IARC). Hepatitis C virus. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. 2012;100(B):135-68 |
| 80. | Young RM, et al. B-cell receptor signaling in diffuse large B-cell lymphoma. Semin Hematol. 2015 Apr;52(2):77-85. |
| 81. | Zahm SH, Weisenburger DD, Babbitt PA, et al. A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyzcetic acid (2,4-D) in eastern Nebraska. Epidemiol. 1990;1:349-56. |

Dr. Christian Steidl - Materials Considered List (Hardeman)

| Depositions |
|---|
| Edwin Hardeman Deposition Transcript (11/8/2018) |
| Mary Hardeman Deposition Transcript (11/8/2018) |
| Roger Turk, M.D. Deposition Transcript (10/31/2018) |
| Richard Turley, M.D. Deposition Transcript (10/30/2018) |
| Jeffrey Ye, M.D. Deposition Transcript (10/30/2018) |
| **Expert Reports** |
| William Fleming, M.D. *MDL* Report (7/31/2017) |
| Lorelei Mucci, M.D. *MDL* Report (7/31/2017)<br>Lorelei Mucci, M.D. *MDL* Supplemental Report (12/21/2017) |
| Chadi Nabhan, M.D. *MDL* Report (4/28/2017)<br>Chadi Nabhan, M.D. *MDL* Supplemental Report (12/1/2017) |
| Beate Ritz, M.D. *MDL* Report, (5/1/2017)<br>Beate Ritz, M.D. *MDL* Rebuttal Report (8/18/2017)<br>Beate Ritz, M.D. *MDL* Supplemental Report (12/21/2017) |
| Chadi Nabhan M.D. *Hardeman* Report (11/20/2018) |
| Andrei Shustov, M.D. *Hardeman* Report (11/20/2018) |
| Dennis Weisenburger, M.D. *Hardeman* Report (11/20/2018) |
| William Sawyer, Ph.D. *Hardeman* Report (11/20/2018) |
| **Medical Records** |
| Edwin Hardeman Medical Records (See Exhibit C) |
| **Miscellaneous** |
| Complaint |
| Plaintiff Fact Sheet |

# Exhibit C

Edwin Hardeman
Medical Records Index

| Provider Info | Bates Range |
|---|---|
| Internal Revenue Service (RAIVS Team) Stop 37106 Attn: RAIVS Team Fresno, CA 93888 (800) 829-0922 | **Bates Range:** Confidential-Hardeman-EHardeman-IRS-000001 - Confidential-Hardeman-EHardeman-IRS-000016 |
| Kaiser Permanente North Valley (Medical Records Department) 1680 East Roseville Pkwy, Suite 151 Attn: Legal ROI Department Roseville, CA 95661 (916) 746-3895 | **Bates Range:** Confidential-Hardeman-EHardeman-KPNValley-MD-000001 - Confidential-Hardeman-EHardeman-KPNValley-MD-002481 Confidential-Hardeman-EHardeman-KPNValley-MD-002482 - Confidential-Hardeman-EHardeman-KPNValley-MD-004963 Confidential-Hardeman-EHardeman-KPNValley-MD-004964 - Confidential-Hardeman-EHardeman-KPNValley-MD-005537 |
| Kaiser Permanente North Valley (Patient Accounts) 2835 Mitchell Drive, Suite 200 Walnut Creek, CA 94598 (925) 979-7534 | **Bates Range:** Confidential-Hardeman-EHardeman-KPNValley-BD-000001 - Confidential-Hardeman-EHardeman-KPNValley-BD-000036 |
| Kaiser Permanente Oakland Medical Center (Radiology Department) 280 West MacArthur Blvd. Oakland, CA 94611 (510) 752-1000 | **Bates Range:** Confidential-Hardeman-EHardeman-KPOMC-RD-000001 - Confidential-Hardeman-EHardeman-KPOMC-RD-000001 |
| Kaiser Permanente Oakland Medical Center (Pathology Department) 275 West MacArthur Blvd. Oakland, CA 94611 (510) 752-6187 | **Bates Range:** Confidential-Hardeman-EHardeman-KPOMC-PD-000001 - Confidential-Hardeman-EHardeman-KPOMC-PD-000001 |
| Kaiser Permanente San Francisco Medical Center (Radiology Department) 3200 Arden Way Sacramento, CA 95825 (415) 833-2000 | **Bates Range:** Confidential-Hardeman-EHardeman-KPSFMC-RD-000001 - Confidential-Hardeman-EHardeman-KPSFMC-RD-000001 |
| Kaiser Permanente San Francisco Medical Center (Pathology Department) 350 St. Joseph Ave. 134A San Francisco, CA 94118 (415) 833-3778 | **Bates Range:** Confidential-Hardeman-EHardeman-KPSFMC-PD-000001 - Confidential-Hardeman-EHardeman-KPSFMC-PD-000001 |

Edwin Hardeman
Medical Records Index

| | |
|---|---|
| Kaiser Permanente Santa Rosa Medical Center (Medical Records Department) 401 Bicentennial Way Hospital-1st Floor Santa Rosa, CA 95403 (707) 571-3741 | **Bates Range:** Confidential-Hardeman-EHardeman-KPSRosaMC-MD-000001 - Confidential-Hardeman-EHardeman-KPSRosaMC-MD-000823 |
| Kaiser Permanente Santa Rosa Medical Center (Pathology Department) 401 Bicentennial Way Pathology Dept. Santa Rosa, CA 95403 (707) 571-4000 | **Bates Range:** Confidential-Hardeman-EHardeman-KPSRosaMC-PD-000001 - Confidential-Hardeman-EHardeman-KPSRosaMC-PD-000001 |
| Kaiser Permanente Santa Rosa Medical Center (Radiology Department) 401 Bicentennial Way Santa Rosa, CA 95409 (707) 571-4000 | **Bates Range:** Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000001 - Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000003 Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000004 - Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000004 Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000005 - Confidential-Hardeman-EHardeman-KPSRosaMC-RD-000036 |
| Plaintiff Fact Sheet | **Bates Range:** Confidential-Hardeman-EHardeman-PFS-000001 - Confidential-Hardeman-EHardeman-PFS-000012 Confidential-Hardeman-EHardeman-PFS-000013 - Confidential-Hardeman-EHardeman-PFS-000024 Confidential-Hardeman-EHardeman-PFS-000025 - Confidential-Hardeman-EHardeman-PFS-000026 |
| Plaintiff Produced Records | **Bates Range:** Confidential-Hardeman-EHardeman-PPR-00001 - Confidential-Hardeman-EHardeman-PPR-00869 Confidential-Hardeman-EHardeman-PPR-000870 - Confidential-Hardeman-EHardeman-PPR-003887 |

# Exhibit D

Dr. Christian Steidl – Prior Testimony


Deposition July 27, 2016: Expert Witness for Inter Partes Review before the US Patent Trial and Appeal Board. Retained by Irell and Manella LLP on behalf of Sloan Kettering Institute for Cancer Research and Juno Therapeutics.