# EXHIBIT 12

Dennis Weisenburger, M.D.

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS          ) MDL NO. 2741
     LIABILITY LITIGATION             )
 5   _____ )
                                      ) Case No. 16-md-02741-VC
 6   This document relates to:        )
                                      )
 7   Stevick v Monsanto Co., et al.   ) Volume I
     Case No. 3:16-cv-2341-VC         ) Pages 1 to 154
 8                                    )
     _____ )
 9
10
11
12
13           Videotaped Deposition of Dennis
14       Weisenburger, M.D., Volume I, taken on behalf of
15       the Defendant Monsanto Co., at 700 West
16       Huntington Drive, Monrovia, California 91016,
17       commencing at 8:35 a.m., Tuesday, December 18,
18       2018, before Elizabeth Borrelli, a Certified
19       Shorthand Reporter in the State of California,
20       License No. 7844.
21
22
23
24
25
```

Dennis Weisenburger, M.D.

```
 1                A P P E A R A N C E S
 2
 3   For the Plaintiff:
 4            ANDRUS WAGSTAFF
              BY:  KATHRYN M. FORGIE
 5            Attorney at Law
              1901 Harrison Street
 6            Suite 1100
              Oakland, California 94612
 7            (310) 339-8214
              kathryn.forgie@andruswagstaff.com
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES (Continued)
 2
 3   For the Defendants:
 4
             ARNOLD & PORTER KAYE SCHOLER LLP
 5           BY:  JULIE du PONT
             BY:  AARON H. LEVINE
 6           Attorneys at Law
             250 West 55th Street
 7           New York, New York 10019-9710
             (212) 836-8572 (direct)
 8           (212) 836-7586 (direct)
             julie.dupont@arnoldporter.com
 9           aaron.levine@arnoldporter.com
10                -AND-
11           ARNOLD & PORTER KAYE SCHOLER
             BY:  KATHRYN M. PODSIADLO
12           Attorney at Law
             777 South Figueroa Street
13           44th Floor
             Los Angeles, California 90017-5844
14           (213) 243-4273 (direct)
             kathryn.podsiadlo@apks.com
15
                  -AND-
16
             BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
17           BY:  MARK S. OUWELEEN
             Attorney at Law
18           54 West Hubbard Street
             Chicago, Illinois 60654
19           (312) 494-4435
             mark.ouweleen@bartlit-beck.com
20
21      Also Present:
22          RICHARD SMITH, videographer
             BRIAN BRAKE, telephonically
23
24
25
```

```
 1                        I N D E X
 2   WITNESS                                    EXAMINATION
 3   DENNIS WEISENBURGER, M.D.
 4   By MS. du PONT                                 8, 146
 5   By MS. FORGIE                                     140
 6
 7
 8
 9                        EXHIBITS
10
11   WEISENBURGER                                      PAGE
12   Exhibit 1    Monsanto Company's Notice to            9
                  Take Oral and Videotaped
13                Deposition of Dr. Dennis
                  Weisenburger, 8 pages
14
     Exhibit 2    Curriculum Vitae for Dr. Dennis        10
15                Weisenburger, 118 pages
16   Exhibit 3    Document titled "Dr.                   11
                  Weisenburger Materials List -
17                November 13, 2018," 27 pages
18   Exhibit 4    Document titled "Bill for Work         13
                  on Case of Elaine Stevick," 2
19                pages
20   Exhibit 5    Collection of photographs, 4           18
                  pages
21
     Exhibit 6    Expert Report of Dr. Dennis D.         19
22                Weisenburger, 5 pages
23   Exhibit 7    Document titled "WHO                   37
                  Classification of Tumours of
24                Haematopoietic and Lymphoid
                  Tissues," 6 pages
25
```

| | | | |
|---|---|---|---|
| 1 | Exhibit 8 | Article titled "Cancer Epidemiology Biomarkers & Prevention," 10 pages | 47 |
| 2 | Exhibit 9 | Paper titled "Pesticide exposure as risk for Non-Hodgkin lymphoma including histopathological subgroup analysis," 14 pages | 53 |
| 3 | Exhibit 10 | Article titled "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 14 pages | 63 |
| 4 | Exhibit 11 | Article titled "Roundup Weed Killer Has Probable Carcinogen, U.N. Says," 6 pages | 70 |
| 5 | Exhibit 12 | Document titled "Addendum to Dr. Weisenburger's Reference List," 7 pages | 116 |
| 6 | Exhibit 13 | Printout from Mayo Clinic titled "Non-Hodgkin's lymphoma," 6 pages | 122 |
| 7 | Exhibit 14 | Printout from City of Hope website titled "Lympoma," 18 pages | 130 |
| 8 | Exhibit 15 | Memo with the subject "Detailed account of Roundup usage," 6 pages | 137 |
| 9 | Exhibit 16 | Article titled "An Detailed Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma in the North American Pooled Project (NAPP)," 22 pages | 146 |

Dennis Weisenburger, M.D.

```
 1                INFORMATION REQUESTED

 2                       (None)

 3                UNANSWERED QUESTIONS

 4                     Page   Line

 5                      71     21

 6

 7

 8   ///

 9   ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///
```

```
 1   to take a brief break because we need to change the
 2   DVD.
 3            THE WITNESS:  Okay.
 4            THE VIDEOGRAPHER:  The time is now
 5   10:57 a.m. and we are off the record.
 6            (Recess.)
 7            THE VIDEOGRAPHER:  The time is now
 8   11:20 a.m. and we are back on the record.
 9   BY MS. du PONT:
10       Q.   Okay.  Doctor, before the break we were
11   talking about your meth -- methodology and the fact that
12   you rank risk factors for their relative contribution to
13   non-Hodgkin's lymphoma.
14            Do you recall that?
15       A.   Yes.
16       Q.   And explain to me, how do you go about ranking
17   the risk factors?
18       A.   Well, the higher the odds ratio, the more
19   likely the risk factor is a real risk factor, and
20   the higher the odds ratio, the more likely that that
21   risk factor is going to be the most important risk
22   factor.
23       Q.   Okay.  And what if two risk factors have
24   similar odds ratios, are they both equal in terms of
25   their contribution to the non-Hodgkin's lymphoma?
```

```
 1      A.   Well, you'd have to --
 2           MS. FORGIE:  Objection.
 3           THE WITNESS:  You -- you would have to
 4   look at the exposure to each one to make sure that
 5   it was a significant exposure, and if -- and if the
 6   odds ratios were equal and you couldn't decide that
 7   one was more important than the other, then you
 8   would have to give them equal weight, I guess, is
 9   the way I would do it.
10   BY MS. du PONT:
11      Q.   And how do you go about picking the odds ratio
12   you use for a given risk factor?
13      A.   Well, you look at the epidemiological
14   literature and you use the odds ratios that seem to
15   be the most appropriate for what you're trying to
16   do.
17      Q.   So in looking at the epidemiological
18   literature, do you use an odds ratio across various
19   studies that look at that risk factor, or do you use a
20   specific article?
21      A.   Well, it would -- just depends on what
22   data is available.  So in some situations, I use the
23   odds ratio from a meta analysis.  And other times,
24   like in this report, I used odds ratios specifically
25   from certain studies that were most relevant to what
```

Dennis Weisenburger, M.D.

1   I was asked to demonstrate.

2        Q.   And the odds ratios you used in the specific
3   studies that we talked about earlier, none of those odds
4   ratios controlled for pesticide use, correct?

5             MS. FORGIE:  Objection.

6             THE WITNESS:  Except for the NAPP study,
7   yes.

8   BY MS. du PONT:

9        Q.   But that study has not been published in the
10  medical literature, correct?

11            MS. FORGIE:  Objection.

12            THE WITNESS:  Well, it's been presented at
13  meetings and abstracts have been published, so there
14  are summaries, but the actual article has not yet
15  been published.

16  BY MS. du PONT:

17       Q.   So in the situation where you're -- you're
18  ranking the risk factors, if you had an odds ratio that
19  was four times versus the odds ratios of basically two
20  times that you're -- you're using for -- for Roundup,
21  would that other risk factor -- would you say that other
22  risk factor is the main contributor to the non-Hodgkin's
23  lymphoma?

24       A.   Well, again, I would have to look at the
25  specifics.  You know, if -- if one exposure was very

Dennis Weisenburger, M.D.

```
 1   significant and the other exposure was not, then you
 2   would put the weight where the exposure was
 3   significant.  So -- so you have to look at the whole
 4   picture, the whole story, not just the odds ratios,
 5   but the odds ratios play an important part.
 6              (Whereupon Exhibit 12 was marked for
 7              identification.)
 8   BY MS. du PONT:
 9       Q.   At the break, we did get your addendum to your
10   reference list that was provided to us on Friday by
11   counsel for the plaintiff.  And I've marked that as
12   Exhibit 12.
13              Can you just verify for me that's the
14   addendum to your references that we were talking
15   about earlier in the deposition?
16       A.   Yes, I think this is it, yes.
17       Q.   And you prepared that addendum after you
18   served your report in this matter in November --
19       A.   Yes.
20       Q.   -- correct?
21       A.   I prepared it last week.
22       Q.   Okay.  And what -- what specifically have you
23   added to the addendum list and why?
24       A.   Well, on this list are a bunch of articles
25   on hepatitis B and C that I had collected --
```