# EXHIBIT 3

## INSTRUCTION NO. 16

Mr. Johnson claims that the design of Roundup Pro® or Ranger Pro® was defective because Roundup Pro® or Ranger Pro® did not perform as safely as an ordinary consumer would have expected it to perform. To establish that claim, Mr. Johnson must prove all of the following:

1. That the product is one about which an ordinary consumer can form reasonable minimum safety expectations;
2. That Monsanto manufactured, distributed or sold Roundup Pro® or Ranger Pro®;
3. That the Roundup Pro® or Ranger Pro® used by Mr. Johnson did not perform as safely as an ordinary consumer would have expected it to perform when used or misused in an intended or reasonably foreseeably way;
4. That Mr. Johnson was harmed; and
5. That Roundup Pro® or Ranger Pro®'s failure to perform safely was a substantial factor in causing Mr. Johnson's harm.