**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE ANY EVIDENCE AND TESTIMONY REGARDING THE EFFICACY AND BENEFITS OF GLYPHOSATE** |

I, Brian L. Stekloff, hereby declare as follows:

1.     I am a partner at the law firm of Wilkinson Walsh + Eskovitz LLP, counsel for defendant Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's Opposition to Plaintiff's Motion *in Limine* No. 3 Regarding the Efficacy and Benefits of Glyphosate.  I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.     Annexed hereto as Exhibit 1 is a true and correct copy of the Order Denying Monsanto's Motion for Continuance of Trial Date And Re: Motions *In Limine* from *Dewayne Johnson v. Monsanto Company*, Case No. CGC-16-550128 (Cal. Super. Ct.), dated April 3, 2018.

3.     Annexed hereto as Exhibit 2 is a true and correct copy of excerpted portions of the deposition of Edwin Hardeman dated November 8, 2019.

4.     Annexed hereto as Exhibit 3 is a true and correct copy of excerpted portions of the deposition of Elaine Stevick dated November 9, 2018.

5.     Annexed hereto as Exhibit 4 is a true and correct copy of excerpted portions of the deposition of Sioum Gebeyehou dated November 13, 2018.

6.     Annexed hereto as Exhibit 5 is a true and correct copy of excerpted portions of the expert report of Dr. William Sawyer dated November 20, 2018.

7.     Annexed hereto as Exhibit 6 is a true and correct copy of excerpted portions of the expert report of Dr. Kassim Al-Khatib, undated.

8.     Annexed hereto as Exhibit 7 is a true and correct copy of excerpted portions of the expert report of Dr. Beate Ritz dated May 1, 2017.

9.     Annexed hereto as Exhibit 8 is a true and correct copy of excerpted portions of the expert report of Dr. Brad Hanson dated November 27, 2018.

10.     Annexed hereto as Exhibit 9 is a true and correct copy of excerpted portions of the expert report of Dr. Charles Benbrook dated November 10, 2018.

11.     Annexed hereto as Exhibit 10 is a true and correct copy of *Glyphosate: A Once-in-*

*a-Century Herbicide, 64 Pest Management Science* by Drs. Stephen O. Duke and Stephen B. Powles, 64 Pest Management Science 319, dated 2008.

Executed this 30th day of January 2019.

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 4 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____