# EXHIBIT 4

Simoun Gebeyehou

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE ROUNDUP PRODUCTS        )
                                   )
 5   LIABILITY LITIGATION          )
                                   )    Case No.
 6                                 )    3:16-MD-05813-vc
                                   )
 7   This document relates to:     )    MDL No. 2741
                                   )
 8   Simoun Gebeyehou v.           )
     Monsanto co.,                 )
 9    3:16-cv-05813-VC             )
     _____ )
10
11
12
13
14
                         DEPOSITION OF
15
                        SIMOUN GEBEYEHOU
16
                  TUESDAY, NOVEMBER 13, 2018
17
18
19
20
21   REPORTER: KIMBERLY E. D'URSO, RPR, CSR NO. 11372
22
23
24
25
```

|  |  |
|---|---|
| Page 98 | Page 100 |

Page 98

1 there was an inspection was broken. When did it break?
2     A. Well, prior to 2014.
3         Which one was broken, anyway?
4     Q. What did you use after the sprayer broke?
5     A. 2014?
6     Q. Well, you told me that -- you told me that the
7 sprayer that was in your garage when they did the
8 inspection broke prior to 2014; correct? Did I
9 understand that right?
10    A. I might have broken it 2014, right there. I
11 don't know when it got broke. I don't know when it
12 broke.
13    Q. After it broke, what did you use to spray?
14    A. That's why I say 2014, I started to use the
15 small one, the tiny one, because I was not using it very
16 aggressively.
17    Q. That sprayer that was in the garage that's
18 broken, when did you acquire it?
19    A. Which one is broken? I don't remember.
20    Q. The one that's currently in the garage.
21    A. It was around a pipe that they found?
22    Q. Yes.
23    A. Oh, that's one I thought -- I don't even know
24 where it was thrown. But I think it is one of those
25 that I use for carryover.

Page 99

1     Q. The sprayer that's -- and when did you acquire
2 that?
3     A. I have no idea. A long time ago.
4     Q. And is that the sprayer you used through when
5 it broke, maybe in 2014?
6     A. No, no, no. That time, I use the 1 gallon.
7 The 1-gallon spray.
8     Q. Okay. So I'm confused. Tell me -- the sprayer
9 that's in the garage that was made available when the
10 inspection was done, when did you acquire that sprayer?
11        MR. TSADIK: I think you called it Flo-Master
12 or whatever.
13 BY MR. SLONIM:
14    Q. The RL Flo-Master.
15    A. Oh, a different word. The Flo-Master, when did
16 I acquire it? I don't remember when I acquired it. But
17 it must be about 10, 15 years ago. Usually there's only
18 one available, you know. Sometimes I use some
19 Flo-Master type thing. It gets fragile, broke, and then
20 I buy a new one. It's not too expensive.
21    Q. There was a 1-gallon sprayer in the garage that
22 had been buried under some stuff.
23    A. Okay. Now you're talking something else.
24 You're talking about the one carryover.
25    Q. When did that one break?

Page 100

1     A. I don't even remember. It must have been many
2 years ago. As I said earlier, before I had an accident,
3 I used the carryover sprayer. What it looks like, I
4 have no idea. But they found a piece of the pipe left
5 over from the...
6     Q. And then separate and apart from that sprayer,
7 was there this RL Flo-Master sprayer?
8     A. That's it.
9     Q. And when did you acquire that sprayer?
10    A. I have been using it ever since. 20 years. I
11 don't know the exact date. I might have replaced it
12 too.
13    Q. Do you still have the Flo-Master sprayer?
14    A. No more.
15    Q. When --
16    A. I have -- still available -- I don't know who
17 told you that it's not working. It's working.
18    Q. Where -- where -- where is the RL Flo-Master
19 sprayer now?
20    A. In my house.
21    Q. Did you make it available to the people that
22 did the property inspection on November 12th?
23    A. Yes.
24    Q. You showed them the RL Flo-Master?
25        THE WITNESS: Yesterday; right?

Page 101

1        MR. TSADIK: Yesterday, yeah. It was
2 yesterday.
3        THE WITNESS: Yes.
4 BY MR. SLONIM:
5     Q. What was the weather like when you applied
6 Roundup?
7        MR. TSADIK: Objection.
8        THE WITNESS: It depends. Either rain had just
9 stopped or rain is going to start or sunny day or cloudy
10 day. The weather, like, not on East Coast. It varies
11 from day to day.
12 BY MR. SLONIM:
13    Q. In terms of the wind conditions, did you try to
14 apply Roundup when the wind was pretty calm?
15    A. Try to. But not practical.
16    Q. And because you want to make sure you get the
17 product on the portion of the -- on the target, right,
18 on the portion of the weeds or property that you're --
19    A. If it's windy, I usually use target jet spray
20 because it's concentrated. But if it is misty, it blows
21 all over. Sometimes it does too. The wind comes right
22 in the middle of it.
23    Q. But in general, when -- you would try to spray
24 when the weather was good and conducive to spraying?
25    A. Yes.

Page 166

1  Q. And you have provided -- have you provided that
2  information to the Defendant in your written response to
3  discoveries? Yes or no?
4  A. The what?
5  Q. You have provided -- you have listed your
6  problems with respect to your daily living situation
7  in --
8  A. Oh, yeah.
9      MR. TSADIK: Okay. That's all right.
10     (Reporter clarification.)
11     THE WITNESS: I said it clearly what kind of
12 suffering, what kind of pain, what kind of disease
13 generated. I thought you gave me a copy of it.
14     MR. TSADIK: That's all right. That's okay.
15 That's okay.
16     Okay. I have no further questions.
17     MR. SLONIM: Good. Thank you very much.
18     THE WITNESS: Off the record, 3:25 p.m.
19     (3:25 p.m., deposition concluded.)
20          --oOo--
21
22
23
24
25

Page 167

1      PENALTY OF PERJURY CERTIFICATE
2
3      I hereby declare I am the witness in the within
4  matter, that I have read the foregoing transcript and
5  know the contents thereof; that I declare that the same
6  is true to my knowledge, except as to the matters which
7  are therein stated upon my information or belief, and as
8  to those matters, I believe them to be true.
9      I declare being aware of the penalties of
10 perjury, that the foregoing answers are true and correct.
11
12     Executed on the_____day
13 of_____,
14 2018, at _____.
15
16     _____
             SIMOUN GEBEYEHOU
17
18
19
20
21
22
23
24
25

Page 168

1  STATE OF CALIFORNIA    )
                          ) ss:
2  COUNTY OF ALAMEDA      )
3
4      I, KIMBERLY E. D'URSO, do hereby certify:
5      That the witness named in the foregoing
6  deposition was present and duly sworn to testify to the
7  truth in the within-entitled action on the day and date
8  and at the time and place therein specified;
9      That the testimony of said witness was reported
10 by me in shorthand and was thereafter transcribed through
11 computer-aided transcription;
12     That the foregoing constitutes a full, true and
13 correct transcript of said deposition and of the
14 proceedings which took place;
15     Further, that if the foregoing pertains to the
16 original transcript of a deposition in a federal case,
17 before completion of the proceedings, review of the
18 transcript [ ] was [ ] was not requested.
19     That I am a disinterested person to the said
20 action;
21     IN WITNESS WHEREOF, I have hereunder subscribed
22 my hand this 27th day of November, 2018.
23
24  _____
    KIMBERLY D'URSO
25  RPR, CSR NO. 11372, STATE OF CALIFORNIA

Page 169

1           ERRATA SHEET
2   If any corrections to your deposition are necessary,
    indicate them on this sheet, giving the change, page
3   number, line number and reason for change.
4   Page _____ Line _____ Reason _____
5   From_____ to_____
6   Page _____ Line _____ Reason _____
7   From_____ to_____
8   Page _____ Line _____ Reason _____
9   From_____ to_____
10  Page _____ Line _____ Reason _____
11  From_____ to_____
12  Page _____ Line _____ Reason _____
13  From_____ to_____
14  Page _____ Line _____ Reason _____
15  From_____ to_____
16  Page _____ Line _____ Reason _____
17  From_____ to_____
18  Page _____ Line _____ Reason _____
19  From_____ to_____
20  Page _____ Line _____ Reason _____
21  From_____ to_____
22  Page _____ Line _____ Reason _____
23  From_____ to_____
24  _____
25  SIMOUN GEBEYEHOU