# EXHIBIT 9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto* (3:16-cv-525), *Stevick v. Monsanto* (3:16-cv-2341), and *Gebeyehou v. Monsanto* (3:16-cv-5813) | |

# EXPERT REPORT OF

# DR. CHARLES BENBROOK

# EXPERT REPORT OF CHARLES M. BENBROOK, PhD

## TABLE OF CONTENTS

I.   Summary of Opinions ----------------------------------------------------------- 3

II.   Science Judgements Impacting the Use of Glyphosate ------------------------------14

III.  Expert Background and Qualifications------------------------------------------------31

IV.   The EPA Pesticide Regulatory Decision Process ----------------------------------40

    *A. Three Major OPP/EPA Actions and Decisions*------------------------------------------40

    *B. Applications to Register a New Pesticide* -----------------------------------------------42

    *C. Actions Impacting the Future Use of an Already-Registered Pesticide* ----------------------43

    *D. Impacts of OPP Cancer Determinations on Tolerance Setting* ------------------------------44

V.   Early EPA Actions on Glyphosate Herbicide -------------------------------------49

    *A. Initial Uses and Tolerance Actions*-------------------------------------------------------49

    *B. Studies on Glyphosate Conducted by Industrial BioTest*-----------------------------------52

    *C. Contaminants, Adjuvants, and Surfactants*-------------------------------------------------54

    *D. Sources of Pesticide Product Risk*-------------------------------------------------------56

        1. Impurities in Glyphosate Active Ingredient -------------------------------------------57

        2. Adjuvants and Surfactants in Roundup End Use Products-------------------------------57

        3. Heightened Toxicity Caused by the Surfactants in Formulated Roundup ----------------57

VI.   Bio/dynamics Mouse Oncogenicity Study Triggers "Possible Oncogen" Classification 64

    *A. Results of Bio/dynamics Mouse Oncogenicity Study*----------------------------------------64

    *B. Review of the Bio/dynamics Mouse Study* --------------------------------------------------65

    *C. OPP Dismisses Monsanto's Historical Control Data Argument* ------------------------------71

    *D. Monsanto Takes Its Case to the Director of the OPP Registration Division*-----------------72

    *E. Monsanto Hires Another Pathologist to Re-read the Kidney Slides*-------------------------73

    *F. Re-sectioning of the Bio/dynamic Mouse Kidney Slides*-----------------------------------74

    *G. The 1986 SAP Review of the Mouse Oncogenicity Study* ------------------------------------78

VII.  Monsanto Does Not Add New Worker Safety Language on Roundup Warning Labels-------------------------------------------------------------------------------------87

VIII. Monsanto Terminates TNO Study, Which Showed Elevated Rates of Dermal Absorption----------------------------------------------------------------------------------96

IX.  Monsanto's Relationships with "Friendly" Scientists and Officials in EPA ------------ **100**

    *A.   Jess Rowland* ------------------------------------------------------------------- *100*

    *B.   Jack Housenger* --------------------------------------------------------------- *103*

X.  Monsanto Asks Dr. Parry to Assess Glyphosate Genotoxicity and Then Does Not Disclose His Findings to Regulators or Conduct the Studies He Recommends ------------- **106**

XI.  Corporate Ghost-Authorship/Writing ------------------------------------------------- **111**

    *A.   Gary Williams et al 2000 Paper* ------------------------------------------------- *112*

    *B.   Williams et al 2012* ------------------------------------------------------------ *117*

    *C.   Kier and Kirkland 2013 Paper* --------------------------------------------------- *119*

    *D.   Critical Reviews of Toxicology Special Issue on Glyphosate Risks* ------------------------ *121*

    *E.   Other Forms of Ghost-Writing* --------------------------------------------------- *125*

XII.  Responses to Scientists Raising Concerns over Glyphosate Safety -------------------- **128**

    *A.   IARC Working Group Members* ----------------------------------------------------- *128*

    *B.   Seralini Team* ----------------------------------------------------------------- *128*

    *C.   The IARC Classification* --------------------------------------------------------- *134*

    *D.   Political and Other Activities Post-IARC* ----------------------------------------- *151*

    *E.   Blocking the ATSDR Review of Glyphosate* ----------------------------------------- *153*

XIII.  Downplaying Glyphosate Risks ------------------------------------------------------ **155**

    *A.   Freedom to Operate (FTO)* -------------------------------------------------------- *156*

       1.   Section 6(a)(2) of FIFRA ------------------------------------------------- 157

       2.   Responding to FQPA Challenges ------------------------------------------- 157

    *B.   Understating Risks* ------------------------------------------------------------- *159*

       1.   The IARC Review Process -------------------------------------------------- 159

       2.   Advertising ---------------------------------------------------------------- 165

## B.     Understating Risks

743.     In the discovery records in this case that I have reviewed, there are dozens of examples where Monsanto employees, consultants, Third Party Network scientists, and PR firms prepare and share written materials that overstate the certainty of some things (e.g., "get up and shout glyphosate is non-toxic"), and downplay the significance of other known facts (e.g., glyphosate-based herbicides are genotoxic in some tests).

744.     In an episode described in detail earlier, Monsanto officials substantially mischaracterized statements made by third-party experts that Monsanto had brought to an EPA Scientific Advisory Panel meeting.

745.     The inaccurate statements were contained in a letter from Monsanto's senior U.S. registration specialist to EPA after the SAP meeting. The letter asserted that Monsanto's invited guests testified at the SAP meeting that a repeat of the controversial Bio/dynamics mouse study was not warranted, when none of the invited experts made such a statement.

746.     Other examples of overstating benefits or understating risks are discussed below.

### 1.     The IARC Review Process

747.     In 2014, Monsanto initiated a number of activities to potentially influence the decision reached by the IARC Working Group assessing glyphosate carcinogenicity.

748.     IARC procedures and policies are clearly stated and well known. For example, see the 2015 published paper "IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans" (Donna Farmer Exhibit I-44; or access online https://ehp.niehs.nih.gov/wp-content/uploads/123/6/ehp.1409149.alt.pdf).

749.     IARC Working Groups review and rely only on the results, insights, and information in scientific papers published in peer-reviewed journals. Unpublished studies