**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 4 RE: FOREIGN REGULATORY DECISIONS** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Opposition to Plaintiffs' Motion *in Limine* No. 4 Regarding Foreign Regulatory Decisions. I

- 1 -

1  make this declaration based on my personal knowledge and, if called as a witness, I would and
2  could testify competently to these matters.
3     2.    Annexed hereto as Exhibit 1 is a true and correct copy of excerpted portions of
4  the MDL Case Management Conference Hearing Transcript dated December 5, 2018.
5     3.    Annexed hereto as Exhibit 2 is a true and correct copy of the letter, dated
6  December 21, 2018, from Richard P. Keigwin, Director, U.S. EPA Office of Pesticide Programs,
7  to Jane Thompson, Committee Secretary, Australian Senate Standing Committee on Rural and
8  Regional Affairs and Transport.
9  Executed this 30th day of January 2019.

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

- 2 -
STEKLOFF DECLARATION – OPPOSITION TO MOTION *IN LIMINE* NO. 4 RE: FOREIGN REGULATORY
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

| | |
|---|---|
| 1 | |
| 2 | Michael X. Imbroscio (*pro hac vice*) |
|   | (mimbroscio@cov.com) |
|   | COVINGTON & BURLING LLP |
| 3 | One City Center |
|   | 850 10th St. NW |
| 4 | Washington, DC 20001 |
|   | Tel: (202) 662-6000 |
| 5 | |
|   | *Attorneys for Defendant* |
| 6 | *MONSANTO COMPANY* |

- 3 -

STEKLOFF DECLARATION – OPPOSITION TO MOTION *IN LIMINE* NO. 4 RE: FOREIGN REGULATORY
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____

- 4 -

STEKLOFF DECLARATION – OPPOSITION TO MOTION *IN LIMINE* NO. 4 RE: FOREIGN REGULATORY
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC