Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:   (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC <br><br> MDL No. 2741 <br><br> **ECF ATTESTATION** |
| This document relates to: <br><br> *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC <br><br> *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC <br><br> *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

-1-　　　　　　　　　　　　　　MDL No. 2741
ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests he has obtained concurrence regarding the documents submitted in this filing from the signatories therein.

Date: <u>January 30, 2019</u>                    By:     <u>*/s/ Leland H. Belew*</u>
                                                                        Leland H. Belew

Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:       (415) 986-1400
Facsimile:(415) 986-1474

*Co-Liaison Counsel for Plaintiffs in MDL No. 2741*