# Exhibit 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br>*Hardeman v. Monsanto* (3:16-cv-525) | |

# EXPERT REPORT OF

# DR. ANDREI R. SHUSTOV

- Epidemiologic study that was published by *McDuffie et al* (Cancer Epidemiology, Biomarkers, and Prevention; *Vol. 10, 1155–1163, November 2001*) where 517 cases and 1506 controls were included. The risk of NHL was statistically significantly increased among glyphosate exposed individuals more than two days per year with an OR of 2.12 (95% CI: 1.20-3.73).

- Another analyzed study was published by *DeRoos et al* in 2003 (*Occup Environ Med. 2003 Sep;60(9):E11.*) where 650 cases and 1933 controls were evaluated. The OR for glyphosate increasing the risk of developing NHL was 2.1 (95% CI: 1.1-4.0).

- In a population-based case-control study, Eriksson et al (*Int J Cancer; 2008; Oct 1; 123 (7); 1657-1663)* reported on 910 cases and 1016 controls and showed an OR of 2.36 (95% CI: 1.04-5.37) for developing NHL in individuals exposed to glyphosate more than 10 days in their lifetime.

- The IARC report included the preliminary data of the Agricultural Health Study (AHS) (https://aghealth.nih.gov/), which was initially published by DeRoos et al in 2005 and found no association between glyphosate and NHL. The AHS is a prospective study that enrolled commercial pesticide applicators from Iowa and North Carolina and in the mid-1990s, and who were followed prospectively with repeated questionnaires. The study was updated in 2018 (Andreotti et al) where it found no association between glyphosate and NHL. This study suffered several critical flaws; mainly, the dropout rate where almost 40% of participants lost to follow up and the fact that the control arm included farmers with known risk factor for NHL, making it rather difficult to show increased risk for the glyphosate arm over the controls.

o Group 2A (probable) is the highest level of evidence short of a "definitive association", which is best established with randomized controlled study. Such study would be impossible and unethical to perform as it exposes patients to a potentially harmful and probable carcinogenic agent.

o The results of the IARC investigation were published in the Lancet Oncology in May 2015 by Guyton et al (https://www.thelancet.com/journals/lanonc/article/PIIS1470-2045(15)70134-8/fulltext).

o Epidemiologic studies were unable to look at subtypes of NHL when assessing epidemiologic causation. This is understandable as the classification of NHL has evolved over the years and there are many new subtypes that have been recognized that were not known in the late 1990s or early 2000s. The latest classification for NHL was published in 2016 by Swerdlow et al (http://www.bloodjournal.org/content/bloodjournal/127/20/2375.full.pdf) and in this classification, over 60 subtypes of B and T cell NHL have been identified. In addition, looking into specific subtypes of NHL would inevitably erode statistical power of conclusions given reduction in number of subjects. This shows that epidemiologic studies would rarely be able to investigate association between any occupational hazard

8

and types of NHL. This is analogous to studying epidemiology of breast and prostate cancer, where we now recognize different subtypes, but yet study the epidemiology of these cancers in their totality. Finally, given proposed biologic effect of glyphosate on lymphocytes, one would not expect cancerous transformation to be uniquely restricted to a particular subtype of lymphocytes, but rather represent a broad effect on these class of cells in the immune system, affecting the risk of developing lymphoma as a group.

**CONCLUSIONS**

- Mr. Hardeman has been exposed to glyphosate in a manner and with magnitude that fits within the published epidemiologic literature and studies where causation and an association between NHL and glyphosate have been demonstrated.

- In performing the differential diagnosis into what caused Mr. Hardeman's DLBCL, I conclude, to a reasonable degree of medical certainty, that his exposure to roundup/glyphosate is a substantial factor contributing to the development of his NHL.

Andrei Shustov, M.D.

9