# Exhibit 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Hardeman v. Monsanto* (3:16-cv-525) | |

# EXPERT REPORT OF

# DR. CHADI NABHAN

- During my meeting with him, Mr. Hardeman stated that he has been exposed to RoundUp/Glyphosate since 1988. His exposure was essentially for residential use. He initially learned about RoundUp from a landscaper that helped him maintain his property that he owned between 1985-1988. He then bought a large property (56 acres) in 1988 and used RoundUp himself to spray. Between 1988-2012, he sprayed biweekly using a pump-up and hand sprayer. He would spend about 2 hours spraying every time he did so. Essentially, he would spray 4 hours/month for about 7 months every year, as he did not spray during winter months. On 12/31/2012, he sold that property and moved to a residential area where he did not need to spray. He did not wear protective gears, gloves, or goggles. He mixed the RoundUp himself and commented that occasionally, he gets mists on his face when using the compound especially on windy days. It appears that Mr. Hardeman used RoundUp/Glyphosate consistently for 25 years (1988-2013) and that his use slowed down but continued between 2013-2015.

- This exposure to Roundup/glyphosate, a known pesticide, is important in view of literature that links glyphosate to NHL. I have personally evaluated epidemiologic studies published on the topic and how they correlate clinically on patients diagnosed with lymphoma.

  - In March 2015, the International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) after thorough, independent, and rigorous investigation by independent researchers and investigators in the field. IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate a substance as a potential carcinogen, such substance must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity.

  - As of the last update on 07/30/2018, IARC had evaluated 1,006 substances since its inception. This shows the high selectivity of IARC in deciding which substance to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens) (https://monographs.iarc.fr/agents-classified-by-the-iarc/)

  - IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. Some of the studies that I have reviewed, analyzed, and assessed, which were also included in the IARC report are summarized below:

    - One epidemiologic study was published by McDuffie et al (Cancer Epidemiology, Biomarkers, and Prevention; *Vol. 10, 1155–1163, November 2001*) where 517 cases and 1506 controls were included. The risk of NHL was statistically significantly increased among glyphosate exposed individuals more than two days per year with an OR of 2.12 (95% CI: 1.20-3.73). This doubling of the risk was statistically significant.

6

- I performed a brief physical examination. He has no palpable nodes and no mouth sores. His cardiac exam is negative and his lungs are clear to auscultation. His abdomen is slightly obese but no palpable spleen or liver. His extremities are without edema or calf tenderness. His neurological exam is not focal.

- In performing the differential diagnosis into what caused Mr. Hardeman's DLBCL, I conclude, to a reasonable degree of medical certainty, that his exposure to roundup/glyphosate is a substantial factor contributing to the development of his NHL. While the history of hepatitis B is a risk factor, its contribution to the development of Mr. Hardeman's NHL is minimal and does not negate the substantial risk that was caused by RoundUp/Glyphosate. His history of hepatitis C is noted, but this was in remission and as I explain above, I do not believe it contributed to Mr. Hardeman's NHL.

Signed

**Chadi Nabhan, MD, MBA, FACP**