# Exhibit 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto* (3:16-cv-525) | |

# EXPERT REPORT OF

# DR. DENNIS D. WEISENBURGER

(December-March) of the year, and about 20 gallons on heavy spraying days for the other 8 months (April-November). He typically dressed as previously described, and did not wear any protective clothing or equipment when mixing or spraying. He would often get the spray on his hands, arms, face and sometimes in his mouth, and sometimes he inhaled the mist while spraying. He also recalled occasional spills when mixing. If he got Roundup on his hands while mixing, he would wash his hands with water from a hose. He usually changed his clothes and showered after spraying, but sometimes he wore the same clothes the next day.

Mr. Hardeman had extensive and significant exposure to Roundup herbicide during his 26 years of use (1986-2011). For 23 years (1989-2011), he used it 24-36 times per year (500-800 times) for 2-4 hours each time. He is estimated to have used over 10,000 gallons of mixed Roundup during this time period. This would place him in the high-risk category for the development of NHL (>10 days of use, or > 2 days/year) with a greater than two-fold increased risk for NHL (1-3). In the study be Erickson et al (1), the NHL risk estimate was 2.36 (95 CI 1.04-5.37) for > 10 days of use, whereas the study by McDuffie et al (2) found a risk estimate of 2.12 (99% CI 1.2 – 3.73) for use > 2 days per year. In the NAPP study (3), the risk estimate for diffuse large B-cell NHL was 2.49 (95% CI 1.23 – 5.04) for use > 2 days per year. Mr. Hardeman had no significant exposures to other pesticides or chemicals, and a careful review of his medical records and a personal interview by myself (11/01/18) revealed no other cause of NHL. The latency period in this case (29 years) is consistent with a chemical etiology (4).

Mr. Hardeman has a prior history of hepatitis C virus infection, but this was cured by therapy in 2005, 10 years before the diagnosis of NHL. Although active hepatitis C virus infection is a risk factor for NHL, with a 2 – 2.6 fold increased risk of diffuse large B-cell NHL (5-7), there is no significant increase in risk of NHL for those who are cured with therapy and do not have circulating viral RNA (8-12). Mr. Hardeman was also reported to be immune to hepatitis B virus in 2005 when the hepatitis C virus infection was found. He was vaccinated for hepatitis B at that time, and testing at that time of his

lymphoma diagnosis in 2015 revealed evidence of past exposure to the virus. Although chronic active infection by hepatitis B virus is also a risk factor for NHL, with a 1.8 – 2.0 fold increased risk of diffuse large B-cell lymphoma (13, 14), serologic evidence of past exposure to the virus does not increase the risk of NHL (15-18). Men who are overweight (BMI 25-29.9 kg/m$^2$) have a slightly increased risk of diffuse large B-cell lymphoma with a risk ratio of 1.14 (95% CI 1.04-1.24) (19). During adulthood, Mr. Hardeman weighed on average 190 pounds with a height of 5 feet, 9 inches (BMI 28.1 kg/m$^2$), and this may have been a minor contributing factor in this case.

Therefore, I conclude that the findings in this case meet the criteria for specific causation. It is my opinion with a reasonable degree of medical certainty that the extensive and significant exposure to Roundup herbicide was a substantial factor contributing to the development of NHL in this case.

*[signature]*

Dennis D. Weisenburger, MD

Professor, Department of Pathology

Date: 11/20/18