**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO  80226
Tel: (303) 376-6360
Fax: (303) 376-6361
Aimee.wagstaff@andruswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY  10003
Tel: (212) 558-5802
Fax:  (646) 293-4921
rgreenwald@weitzlux.com

**THE MILLER FIRM, LLC**
Michael J. Miller (*pro hac vice*)
108 Railroad Ave.
Orange, VA  22960
Tel: (540) 672-4224
Fax:(540) 672-3055
mmiller@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto Co., et al.,* 3:16-cv-0525-VC; *Stevick v. Monsanto Co., et al.,* 3:16-cv-02341-VC; *Gebeyehou v. Monsanto Co., et al.,* 3:16-cv-5813-VC | **PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION IN *LIMINE* NO. 8 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING PREVIOUS ARREST HISTORY, CRIMINAL RECORD, AND OTHER "BAD ACTS"** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** beginning on February 13, 2019 in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Plaintiffs will present their Unopposed Motion in *Limine* to Exclude Evidence and Argument Regarding Previous Criminal Arrest History. A supporting memorandum is filed herewith.

Dated: 1/30/2019                                                  Respectfully submitted,

/s/ Aimee Wagstaff
Aimee H. Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 W. Alaska Drive
Lakewood, CO  80226
Tel: (303) 376-6360

/s/ Robin Greenwald
Robin L. Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Tel: (212) 558-5802

/s/ Michael J. Miller
Michael J. Miller (*pro hac vice*)
Brian K. Brake (*pro hac vice*)
mmiller@millerfirmllc.com
bbreake@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave.
Orange, VA  22960
Telephone: (540) 672-4224

*Plaintiffs' Co-Lead Counsel*

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs hereby submit the following memorandum of points and authorities in support of their unopposed motion in *limine* to preclude any mention of Plaintiffs' previous arrests, criminal record, and other "bad acts." Defendant does not oppose this Motion.

## I. INTRODUCTION

Testimony and evidence concerning any prior arrests and criminal history are both non-relevant and highly prejudicial. FRE 403. Evidence and testimony regarding any arrest, speeding ticket(s), misdemeanor convictions, or other criminal history are inadmissible and irrelevant, and would create a substantial danger of unfairly prejudicing Plaintiffs, confusing the issues, and misleading the jury.

## II. ARGUMENT

### A. Only Felony Convictions Constituting Moral Turpitude Are Admissible Under California Law.

Only felony convictions, which constitute moral turpitude, are admissible under California law and misdemeanor convictions are routinely excluded. *People v. Covert*, 249 Cal. App.2d 81, 90 (1967); *People v. Beagle*, 6 Cal.3d 441 (1972). Under California law, questioning a witness in a manner to evade the rule excluding misdemeanor convictions is also prohibited. *See People v. Sutton*, 231 Cal. App.2d 511, 514 (1964) (Improper to ask, "where are you presently residing?" to elicit the response, "in the county jail"); *see also People v. Lent*, 15 Cal.3d 481 (1975).

Plaintiffs are not convicted felons. Furthermore, there is absolutely no evidence in any of the Group 1 cases that a Plaintiff had any felony conviction, much less a conviction involving moral turpitude. Not only are prior criminal charges irrelevant to these cases, they also lack probative value. There is absolutely no connection between any criminal history of Plaintiffs and the issues in this case. In addition to being irrelevant and lacking probative value, references to prior criminal charges would be highly prejudicial. To the extent there is any probative value to

such evidence, it is substantially outweighed by its prejudicial effect, and it should be excluded at trial. FRE 401 and 403. *See also United States v. Bland,* 908 F.2d 471, 473 (9th Cir. 1990).

### B. Evidence Of Arrests And Accusations Of Crimes Is Inadmissible.

Arrests and alleged bad acts that did not result in felony conviction must also be excluded. *See Grundt v. City of Los Angeles*, 2 Cal.3d 575 (1970). Questioning regarding arrests and accusations that did not result in conviction is considered highly prejudicial and reversible error. *Id.* Indeed, presenting any evidence to the jury on the witness' general bad character or accusations that were made against the Plaintiffs are expressly prohibited, excepting only felony convictions. *Id.* Thus, in addition to any misdemeanor convictions, any evidence of arrests or charges not resulting in felonies must be excluded.

For example, Mr. Hardeman testified that he believed he had been stopped by the police, possibly for speeding, and testified he has never been stopped by police for driving under the influence. Any testimony or evidence regarding his deposition testimony (*i.e.,* that he may have been stopped by the police at least once) would create a substantial danger of unfairly prejudicing the Plaintiffs' case, confusing the issues, and misleading the jury. Specifically, any such questioning or evidence is likely to cause the jury to evaluate the merits of the case based on highly prejudicial, irrelevant evidence, rather than on evidence relevant to the issue of causation. Accordingly, any questioning, evidence or testimony regarding same should be excluded. FRE 403.

### III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court exclude the evidence as requested.

Dated:  1/30/2019                                         Respectfully submitted,

/s/ Aimee Wagstaff
Aimee H. Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.

2
PLAINTIFFS' UNOPPOSED MOTION IN *LIMINE* NO. 8 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING PREVIOUS ARREST HISTORY, CRIMINAL RECORD, AND OTHER "BAD ACTS"

7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360

/s/ Robin Greenwald
Robin L. Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Tel: (212) 558-5802

/s/ Michael J. Miller
Michael J. Miller (*pro hac vice*)
Brian K. Brake (*pro hac vice*)
mmiller@millerfirmllc.com
bbreake@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I certify that on January 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee Wagstaff
Aimee H. Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com