**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (*pro hac vice*)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
rgeenwald@weitzlux.com
700 Broadway
New York, NY 10003
Telephone: 212-558-5802

**THE MILLER FIRM LLC**
Michael Miller
mmiller@millerfirmllc.com
108 Railroad Avenue
Orange, VA 22960
Telephone: 540-672-4224

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741<br>Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF AIMEE H. WAGSTAFF IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* NO. 9** |
| *HARDEMAN V. MONSANTO COMPANY* | |
| *Case No.: 3:16-cv-00525-VC* | |

-2-

I, Aimee H. Wagstaff, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at Andrus Wagstaff P.C., and designated as co-lead counsel for plaintiffs in MDL No. 2741. I submit this Declaration in support of Plaintiffs' Motion *in Limine* no. 9.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the deposition of Plaintiff Hardeman.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 30, 2019

Respectfully submitted,
*/s/ Aimee Wagstaff*

ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360

Wagstaff Declaration ISO Plaintiff's Motion *in Limine*

Case No. 3:16-cv-00525-VC