1  Leland H. Belew (SBN 293096)
   leland@andrusanderson.com
2  Lori E. Andrus (SBN 205816)
   lori@andrusanderson.com
3  Jennie Lee Anderson (SBN 203586)
   jennie@andrusanderson.com
4  **ANDRUS ANDERSON LLP**
5  155 Montgomery Street, Suite 900
   San Francisco, CA 94104
6  Telephone:   (415) 986-1400
   Facsimile:   (415) 986-1474
7
8  Aimee Wagstaff (SBN 278480)
   aimee.wagstaff@andruswagstaff.com
9  **ANDRUS WAGSTAFF, PC**
   7171 West Alaska Drive
10 Lakewood, CO 80226
   Telephone:  (303) 376-6360
11 Facsimile:   (303) 376-6361
12
   *Attorneys for Plaintiffs*
13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                    SAN FRANCISCO DIVISION
16

17 | | |
18 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
   | | MDL No. 2741 |
19 | | |
20 | This document relates to: | **ECF ATTESTATION** |
21 | *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | |
22 | | |
23 | *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC | |
24 | | |
25 | *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |
26 | | |

27

28

1       Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests he has obtained concurrence regarding

2   the documents submitted in this filing from the signatories therein.

3

4     Date: <u>January 30, 2019</u>                          By: <u>      */s/ Leland H. Belew*        </u>

                                                        Leland H. Belew

5

6                                               Leland H. Belew (SBN 293096)
leland@andrusanderson.com

7                                               Lori E. Andrus (SBN 205816)
lori@andrusanderson.com

8                                               Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com

9                                               **ANDRUS ANDERSON LLP**

10                                              155 Montgomery Street, Suite 900
San Francisco, CA 94104

11                                              Telephone:     (415) 986-1400
Facsimile:(415) 986-1474

12

13                                              *Co-Liaison Counsel for Plaintiffs in MDL No. 2741*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                               -2-                                 MDL No. 2741