**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO  80226
Tel: (303) 376-6360
Fax: (303) 376-6361
Aimee.wagstaff@andruswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY  10003
Tel: (212) 558-5802
Fax:  (646) 293-4921
rgreenwald@weitzlux.com

**THE MILLER FIRM, LLC**
Michael J. Miller (*pro hac vice*)
108 Railroad Ave.
Orange, VA  22960
Tel: (540) 672-4224
Fax:(540) 672-3055
mmiller@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *Hardeman v. Monsanto Co., et al.,* 3:16-cv-0525-VC; <br> *Stevick v. Monsanto Co., et al.,* 3:16-cv-02341-VC; <br> *Gebeyehou v. Monsanto Co., et al.,* 3:16-cv-5813-VC | **PLAINTIFFS' NOTICE OF MOTION AND MOTION IN *LIMINE* NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING HOW MR. HARDEMAN** ▉▉▉▉▉ |

1
PLAINTIFFS' MOTION IN *LIMINE* NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING
HOW MR. HARDEMAN ▉▉▉▉▉▉▉▉▉▉

# DOCUMENT FILED

# UNDER SEAL