UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Before the Court is the motion of Defendant Monsanto Company to file under seal limited portions of exhibits attached to Monsanto Company's Motions *in Limine* and plaintiffs' oppositions to those motions.

Having considered the papers, and for compelling reasons shown, the Court hereby **GRANTS** Monsanto Company's request and **ORDERS** that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| **Document** | **Portion to Be Sealed** |
|---|---|
| Benbrook Expert Report (dated Nov. 20, 2018) | Portions of paragraphs 417, 418, 420, 426, 428<br>Paragraph 637 (in full) |
| Sawyer Expert Report (dated Nov. 20, 2018) | Portions of pages 32, 36–38, 59–61, 94–100, 109–110 and footnotes 88, 91, 93, 95, 129 |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT