**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to: ALL ACTIONS | ) **MONSANTO COMPANY'S** ) **ADMINISTRATIVE MOTION TO FILE** ) **UNDER SEAL** ) ) ) ) ) |

     Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, Defendant Monsanto Company ("Monsanto") hereby submits this Administrative

1

MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

Motion to File under Seal ("Motion").

Monsanto hereby notifies the Court that it has conditionally filed under seal one exhibit appended to Monsanto's motions *in limine* ("MILs") and plaintiffs' oppositions to those motions:

- Transcript of the Deposition of William Sawyer (dated December 20, 2018), cited as Exhibit 5 to Monsanto's MIL 12, at pp. 45:20–25, 48:25, 49–52 (*all*), 53:1–21, 55:11–25, 56–63 (*all*), 64:1–4, 71:11–25, 72–77 (*all*), 83:24–25, 84:1–23, 88:23–25, 89–97 (*all*), 98:1–3, 112:19–25, 113–114 (*all*), 115:1–19, 119:17–25, 120:1–15, 123:20–25, 124:1– 21, 129:23, 132:9–21, 190:12–25, 191:1–15, 192:13–25, 193–197 (*all*), 198:15–25, 199 (*all*), 200:1–5 &: 11–25, 201:1–10 &: 21–25, 202:1–4, 204:5–8, 224:2–19, 237:14–25, 238–239 (*all*), 240:1–21, 241:2–10, 245:10–17, 248:22–25, 249:1–20, 275:3–19, 287:10.

Counsel for Group 1 Plaintiffs requested that Monsanto redact any information related to plaintiffs' medical conditions, and those portions of the deposition contain that medical information.

Monsanto respectfully requests that the Court grant its Administrative Motion to File Under Seal.

DATED: January 30, 2019

Respectfully submitted,

/s/ Eric G. Lasker

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

2
MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY

3

MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Eric G. Lasker