**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DECLARATION OF ERIC G. LASKER IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ALL ACTIONS | |

1    I, Eric G. Lasker, declare and state as follows:

2    1.   I am an attorney duly admitted to practice before this Court. I am a partner with Hollingsworth LLP, attorneys of record for Monsanto Company ("Monsanto"). I submit this Declaration in support of Monsanto's Administrative Motion to File Under Seal.

2.   Monsanto has filed conditionally under seal the following document, portions of which contain information related to plaintiffs' medical conditions:

- Transcript of the Deposition of William Sawyer (dated December 20, 2018), cited as Exhibit 5 to Monsanto's Motion *in Limine* No. 12, at pp. 45:20–25, 48:25, 49–52 (*all*), 53:1–21, 55:11–25, 56–63 (*all*), 64:1–4, 71:11–25, 72–77 (*all*), 83:24–25, 84:1–23, 88:23–25, 89–97 (*all*), 98:1–3, 112:19–25, 113–114 (*all*), 115:1–19, 119:17–25, 120:1–15, 123:20–25, 124:1–21, 129:23, 132:9–21, 190:12–25, 191:1–15, 192:13–25, 193–197 (*all*), 198:15–25, 199 (*all*), 200:1–5 &: 11–25, 201:1–10 &: 21–25, 202:1–4, 204:5–8, 224:2–19, 237:14–25, 238–239 (*all*), 240:1–21, 241:2–10, 245:10–17, 248:22–25, 249:1–20, 275:3–19, 287:10.

3.   Counsel for Group 1 Plaintiffs requested that Monsanto redact any information related to medical conditions.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 30, 2019

Respectfully submitted,

/s/ Eric G. Lasker

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER

2

DECLARATION OF ERIC G. LASKER ISO MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY