UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Upon consideration of Monsanto Company's Administrative Motion to File Under Seal, IT IS HEREBY ORDERED THAT the motion is GRANTED; and it is hereby FURTHER ORDERED that the following portions of the following document shall be maintained under seal until further order of the Court:

- Transcript of the Deposition of William Sawyer (dated December 20, 2018), cited as Exhibit 5 to Monsanto's Motion *in Limine* No. 12, at pp. 45:20–25, 48:25, 49–52 (*all*), 53:1–21, 55:11–25, 56–63 (*all*), 64:1–4, 71:11–25, 72–77 (*all*), 83:24–25, 84:1–23, 88:23–25, 89–97 (*all*), 98:1–3, 112:19–25, 113–114 (*all*), 115:1–19, 119:17–25, 120:1–15, 123:20–25, 124:1– 21, 129:23, 132:9–21, 190:12–25, 191:1–15, 192:13–25, 193–197 (*all*), 198:15–25, 199 (*all*), 200:1–5 &: 11–25, 201:1–10 &: 21–25, 202:1–4, 204:5–8, 224:2–19, 237:14–25, 238–239 (*all*), 240:1–21, 241:2–10, 245:10–17, 248:22–25, 249:1–20, 275:3–19, 287:10.

Date: _____, 2019      _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT COURT