**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, Defendant Monsanto Company ("Monsanto") hereby submits this Administrative Motion to File under Seal ("Motion").

**I. Monsanto Conditionally Lodges Under Seal Certain Exhibits Attached to Its Motions *in Limine***

Monsanto hereby notifies the Court that it has conditionally filed under seal 28 exhibits attached to plaintiffs' oppositions to Monsanto's motions *in limine* ("MILs") 2, 7, 8, and 10. Monsanto received these exhibits from plaintiffs on the day of the filing and has not had sufficient time to evaluate its position on the confidential content therein. Accordingly, Monsanto respectfully requests that they be provisionally sealed. The documents are as follows:

1. Ex. C to Plaintiffs' Opposition to MIL 2.
2. Ex. D to Plaintiffs' Opposition to MIL 2.
3. Ex. E to Plaintiffs' Opposition to MIL 2.
4. Ex. F to Plaintiffs' Opposition to MIL 2.
5. Ex. G to Plaintiffs' Opposition to MIL 2.
6. Ex. H to Plaintiffs' Opposition to MIL 2.
7. Ex. 1 to Plaintiffs' Opposition to MIL 7.
8. Ex. 7 to Plaintiffs' Opposition to MIL 7.
9. Ex. 8 to Plaintiffs' Opposition to MIL 7.
10. Ex. 10 to Plaintiffs' Opposition to MIL 7.
11. Ex. 11 to Plaintiffs' Opposition to MIL 7.
12. Ex. 2 to Plaintiffs' Opposition to MIL 8.
13. Ex. 3 to Plaintiffs' Opposition to MIL 8.
14. Ex. 2 to Plaintiffs' Opposition to MIL 10.
15. Ex. 3 to Plaintiffs' Opposition to MIL 10.
16. Ex. 4 to Plaintiffs' Opposition to MIL 10.
17. Ex. 5 to Plaintiffs' Opposition to MIL 10.
18. Ex. 6 to Plaintiffs' Opposition to MIL 10.
19. Ex. 7 to Plaintiffs' Opposition to MIL 10.
20. Ex. 8 to Plaintiffs' Opposition to MIL 10.

- 2 -

MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

21. Ex. 9 to Plaintiffs' Opposition to MIL 10.

22. Ex. 10 to Plaintiffs' Opposition to MIL 10.

23. Ex. 11 to Plaintiffs' Opposition to MIL 10.

24. Ex. 12 to Plaintiffs' Opposition to MIL 10.

25. Ex. 13 to Plaintiffs' Opposition to MIL 10.

26. Ex. 14 to Plaintiffs' Opposition to MIL 10.

27. Ex. 15 to Plaintiffs' Opposition to MIL 10.

28. Ex. 16 to Plaintiffs' Opposition to MIL 10.

Consistent with the Court's governing protective order (ECF No. 519), and to the extent that Monsanto seeks to further maintain the records under seal, it will file a Local Rule 79-5 declaration within 10 court days.

## CONCLUSION

Monsanto respectfully requests that the Court grant its Administrative Motion to File Under Seal.

Dated: January 30, 2019

/s/ *Eric G. Lasker*_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 4 -

MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                        /s/ Eric G. Lasker_____