UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Before the Court is the motion of Defendant Monsanto Company to file under seal certain exhibits attached to plaintiffs' oppositions to Monsanto Company's Motions *in Limine* 2, 7, 8, and 10.

The Court hereby **GRANTS** Monsanto Company's request and **ORDERS** that the following documents shall be maintained under seal until further order of the Court.

1. Ex. C to Plaintiffs' Opposition to MIL 2.
2. Ex. D to Plaintiffs' Opposition to MIL 2.
3. Ex. E to Plaintiffs' Opposition to MIL 2.
4. Ex. F to Plaintiffs' Opposition to MIL 2.
5. Ex. G to Plaintiffs' Opposition to MIL 2.
6. Ex. H to Plaintiffs' Opposition to MIL 2.
7. Ex. 1 to Plaintiffs' Opposition to MIL 7.
8. Ex. 7 to Plaintiffs' Opposition to MIL 7.
9. Ex. 8 to Plaintiffs' Opposition to MIL 7.
10. Ex. 10 to Plaintiffs' Opposition to MIL 7.
11. Ex. 11 to Plaintiffs' Opposition to MIL 7.
12. Ex. 2 to Plaintiffs' Opposition to MIL 8.
13. Ex. 3 to Plaintiffs' Opposition to MIL 8.

14. Ex. 2 to Plaintiffs' Opposition to MIL 10.

15. Ex. 3 to Plaintiffs' Opposition to MIL 10.

16. Ex. 4 to Plaintiffs' Opposition to MIL 10.

17. Ex. 5 to Plaintiffs' Opposition to MIL 10.

18. Ex. 6 to Plaintiffs' Opposition to MIL 10.

19. Ex. 7 to Plaintiffs' Opposition to MIL 10.

20. Ex. 8 to Plaintiffs' Opposition to MIL 10.

21. Ex. 9 to Plaintiffs' Opposition to MIL 10.

22. Ex. 10 to Plaintiffs' Opposition to MIL 10.

23. Ex. 11 to Plaintiffs' Opposition to MIL 10.

24. Ex. 12 to Plaintiffs' Opposition to MIL 10.

25. Ex. 13 to Plaintiffs' Opposition to MIL 10.

26. Ex. 14 to Plaintiffs' Opposition to MIL 10.

27. Ex. 15 to Plaintiffs' Opposition to MIL 10.

28. Ex. 16 to Plaintiffs' Opposition to MIL 10.

Date: _____, 2019          _____
                                             HONORABLE VINCE CHHABRIA
                                             UNITED STATES DISTRICT COURT