**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | **MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 1 RE: IARC CLASSIFICATION DURING PHASE 1 OF TRIAL** |

Pursuant to the Court's Standing Order for Civil Trials, paragraph 6, Defendant Monsanto Company hereby submits this collated set of the moving papers and opposition to Monsanto's Motion *In Limine* No. 1 Re: IARC Classification During Phase 1 of Trial.

1  Executed this 30th day of January 2019.

                                /s/ *Eric G. Lasker*_____

   Brian L. Stekloff (*pro hac vice*)
   (bstekloff@wilkinsonwalsh.com)
   Rakesh Kilaru (*pro hac vice*)
   (rkilaru@wilkinsonwalsh.com)
   WILKINSON WALSH + ESKOVITZ LLP
   2001 M St. NW, 10th Floor
   Washington, DC 20036
   Tel: (202) 847-4030
   Fax: (202) 847-4005

   Pamela Yates (CA Bar No. 137440)
   (Pamela.Yates@arnoldporter.com)
   ARNOLD & PORTER KAYE SCHOLER LLP
   777 South Figueroa St., 44th Floor
   Los Angeles, CA 90017
   Tel: (213) 243-4178
   Fax: (213) 243-4199

   Eric G. Lasker (*pro hac vice*)
   (elasker@hollingsworthllp.com)
   HOLLINGSWORTH LLP
   1350 I St. NW
   Washington, DC 20005
   Tel: (202) 898-5843
   Fax: (202) 682-1639

   Michael X. Imbroscio (*pro hac vice*)
   (mimbroscio@cov.com)
   COVINGTON & BURLING LLP
   One City Center
   850 10th St. NW
   Washington, DC 20001
   Tel: (202) 662-6000

   *Attorneys for Defendant*
   *MONSANTO COMPANY*