**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 1 RE: IARC CLASSIFICATION DURING PHASE 1 OF TRIAL** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion *in Limine* No. 1 Regarding the IARC Classification During Phase 1 of Trial. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of excerpted portions of the MDL Case Management Conference Hearing Transcript dated January 4, 2019.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Statement from Health Canada on Glyphosate dated January 11, 2019.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the letter, dated December 21, 2018, from Richard P. Keigwin, Director, U.S. EPA Office of Pesticide Programs, to Jane Thompson, Committee Secretary, Australian Senate Standing Committee on Rural and Regional Affairs and Transport.

Executed this 30th day of January 2019.

                                        /s/ *Brian L. Stekloff*_____

                                        Brian L. Stekloff (*pro hac vice*)
                                        (bstekloff@wilkinsonwalsh.com)
                                        Rakesh Kilaru (*pro hac vice*)
                                        (rkilaru@wilkinsonwalsh.com)
                                        WILKINSON WALSH + ESKOVITZ LLP
                                        2001 M St. NW, 10th Floor
                                        Washington, DC 20036
                                        Tel: (202) 847-4030
                                        Fax: (202) 847-4005

                                        Pamela Yates (CA Bar No. 137440)
                                        (Pamela.Yates@arnoldporter.com)
                                        ARNOLD & PORTER KAYE SCHOLER LLP
                                        777 South Figueroa St., 44th Floor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 3 -

STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 1 RE: IARC CLASSIFICATION
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                  /s/ Brian L. Stekloff_____

- 4 -

STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 1 RE: IARC CLASSIFICATION
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC