# EXHIBIT 1

```
                                                    Pages 1 - 71

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

            BEFORE THE HONORABLE VINCE CHHABRIA, JUDGE

IN RE ROUNDUP PRODUCTS         )
LIABILITY LITIGATION           )  Case No. 16-md-02741
_____)
                                  San Francisco, California
                                    Friday, January 4, 2019


                      TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiffs:
                        WEITZ & LUXENBERG, P.C.
                        700 Broadway
                        New York, New York 10003
                  BY:   ROBIN L. GREENWALD, ESQ.

                        ANDRUS ANDERSON LLP
                        7171 West Alaska Drive
                        Lakewood, Colorado 80226
                  BY:   AIMEE WAGSTAFF, ESQ.

                        BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
                        12100 Wilshire Boulevard, Suite 950
                        Los Angeles, California 90025
                  BY:   R. BRENT WISNER, ESQ.
                        MICHAEL L. BAUM, ESQ.

                        THE MILLER FIRM LLC
                        108 Railroad Avenue
                        Orange, Virginia  22960
                  BY:   BRIAN BRAKE, ESQ.


   (Appearances continued on next page)



Reported By:    Marla F. Knox, RPR, CRR
                Official Reporter - U.S. District Court
```

```
 1   APPEARANCES (CONTINUED):

 2   For Plaintiffs:
                         LAW OFFICES OF TESFAYE TSADIK
 3                       1736 Franklin Street 10th Floor
                         Oakland, California 94612
 4               BY:     TESFAYE WOLDE TSADIK, ESQ.

 5                       LUNDY, LUNDY, SOILEAU AND SOUTH, LLP
                         501 Broad Street
 6                       Lake Charles, Louisiana 70601
                 BY:     HUNTER WILLIAM LUNDY, ESQ.
 7                       NADINA ANN BEACH, ESQ.

 8                       GROSSMAN & MOORE, PLLC
                         401 West Main Street, Suite 1810
 9                       Louisville, Kentucky 40202
                 BY:     JENNIFER A. MOORE, ESQ.
10
                         AUDET & PARTNERS, LLP
11                       711 Van Ness Avenue, Suite 500
                         San Francisco, California  94102
12               BY:     MARK BURTON, ESQ.

13                       LOCKRIDGE GRINDAL NAUEN PLLP
                         100 Washington Avenue S.
14                       Minneapolis, Minnesota 55401-2179
                 BY:     YVONNE M. FLAHERTY, ESQ.
15
     For Defendant:
16
                         ARNOLD & PORTER
17                       777 South Figueroa Street, 44th Floor
                         Los Angeles, California  90017
18               BY:     PAMELA J. YATES, ESQ.
                         ANDREW K. SOLOW, ESQ.
19

20                       WILKINSON WALSH ESKOVITZ
                         2001 M Street, NW, 10th Floor
21                       Washington, DC 20036
                 BY:     BRIAN L. STEKLOFF, ESQ.
22                       RAKESH KILARU, ESQ.

23                       JULIE RUBENSTEIN, ESQ. (via phone)

24

25
```

1  talking about is an overwhelming amount of work in the next six
2  weeks because, for example, there are 23 to 26 depositions that
3  we may, in fact, use as depositions.  I would say about six of
4  them clearly don't fall into the general causation of the
5  causation phase; but 15 or 16 of them do have testimony.
6      Here is a great example:  Monsanto's chief toxicologist,
7  Donna Farmer, she writes in an e-mail:  We can't say Roundup
8  doesn't cause cancer.  We have not done the necessary testing
9  on the formulated product.
10         **THE COURT:**  That would not come in -- my gut reaction
11 is that that would not come in in the first phase.
12         **MR. WISNER:**  So that is literally Monsanto's chief
13 toxicologist -- a person who has more knowledge about Roundup
14 than anyone else in the world -- saying --
15         **THE COURT:**  The question is whether it causes cancer,
16 not whether -- not Farmer's opinion on what Monsanto can say or
17 not say.  It is about what the science actually shows.
18         **MR. WISNER:**  Sure.  She is literally talking about the
19 science that they didn't do.
20         **THE COURT:**  My gut is that that is actually really a
21 fairly easy question, and the answer to that fairly easy
22 question is that that doesn't come in in the first phase.
23         **MR. WISNER:**  I will give you another example.  Bill
24 Heydens, Dr. Farmer's boss --
25         **THE COURT:**  This is not a final ruling.

1  let you misinterpret evidence that has come in because I don't
2  agree with your interpretation.  That is why we have a trier of
3  fact, right, to weed out whether or not my interpretation is
4  right or wrong.  But when they are making opinions and
5  statements about causation, when this is a company that has
6  literally created and invented it -- and they are the ones who
7  have studied it for 40 years -- talking about their statements
8  about the science surely is relevant.
9      They are going to have all of their experts -- all of
10 their internal company witnesses, for example, Dr. Farmer, she
11 is going to testify.  I was studying this product for 25 years.
12 It doesn't cause cancer; right.  As soon as that is in, as soon
13 as that is in, her credibility is an issue.
14         **THE COURT:**  I don't know if that would come in in the
15 first phase either.
16         **MR. WISNER:**  What we are contemplating is a sort of
17 ivory tower viewpoint of science.  That somehow we can weed out
18 all of the manipulation.  We can weed out all the suppression,
19 all the intimidation and put that all aside and just look at
20 what the science is; but the science, Your Honor, doesn't exist
21 in some isolated untouched world.  I wish it did.  It just
22 doesn't.
23         **THE COURT:**  There have been plenty of independent
24 studies done.  We have discussed all of them in the first phase
25 of this case.