# EXHIBIT 2

**Pages 371 - 595**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

IN RE:  ROUNDUP PRODUCTS          )
LIABILITY LITIGATION,             )  NO. M. 16-02741 VC
                                  )

San Francisco, California
Wednesday, March 7, 2018

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
          The Miller Firm LLC
          108 Railroad Avenue
          Orange, VA  22960
          (540) 672-4224
          (540) 672-3055 (fax)
    **BY:  MICHAEL J. MILLER**

For Plaintiffs:
          Andrus Wagstaff PC
          7171 West Alaska Drive
          Lakewood, CO  80226
          (720) 255-7623
    **BY:  VANCE R. ANDRUS**
         **AIMEE H. WAGSTAFF**
         **DAVID JACKSON WOOL**

For Plaintiffs:
          Andrus Wagstaff PC
          6315 Ascot Drive
          Oakland, CA  94611
          (720) 255-7623
    **BY:  KATHRYN MILLER FORGIE**

Reported By:  Lydia Zinn, CSR No. 9223, FCRR, Official Reporter

```
 1  dose is so low that there's not a possibility, or the dose is
 2  very close, or when need to do more studies, that type of
 3  thing.
 4        THE COURT:  Okay, or, you know, we don't know if the
 5  dose is too low or close, and so we are going to -- we're going
 6  to proactively impose restrictions --
 7        THE WITNESS:  Sure.
 8        THE COURT:  -- on the use of the chemical --
 9        THE WITNESS:  Right.
10        THE COURT:  -- to make sure that people aren't
11  getting hurt by it.
12        THE WITNESS:  To err on the side of safety is
13  absolutely what people -- what I think that the regulatory
14  agencies are trying to do, is to make sure that it's safe,
15  people are safe.
16        THE COURT:  Okay, great.  Thank you.  Sorry for the
17  detour.
18        MS. WAGSTAFF:  Okay, no problem, and I just have a
19  follow-up question from that.
20        THE WITNESS:  Okay.
21  BY MS. WAGSTAFF
22  Q.    Instead of talking about hazard assessment sort of in the
23  abstract, or -- I think you said that the preamble has a
24  definition of a hazard assessment, that it's supposed to
25  capture whatever data you have on any chemical.
```

```
 1        Let's talk about what happened actually in the hazard
 2   assessment for glyphosate.
 3   A.   Okay.
 4   Q.   The Working Group 112 actually considered the
 5   epidemiology, correct?
 6   A.   Correct.
 7   Q.   And that is the real world exposure, right?
 8   A.   Correct.
 9   Q.   Working -- Working Group 112 actually had an exposure
10   group, right?
11   A.   Absolutely, yes.
12   Q.   And in that exposure group, they considered real world
13   exposure, right?
14   A.   That is a very important piece of data that is used by the
15   Working Group especially for the epidemiologists, so they know
16   what people are exposed to, and at what levels.
17   Q.   Okay, so whether or not hazard assessments are used to
18   determine whether they can cause cancer or at what level, it is
19   true that Monograph Working Group 112 considered real world
20   exposure levels, right?
21   A.   Absolutely.
22   Q.   Okay, and did you consider that in your hazard assessment
23   for this case?
24   A.   Yes, absolutely.
25   Q.   Okay, and one last thing, if you could pull up Exhibit 57,
```