# EXHIBIT 3

```
                                                  Pages 1  -  190

                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

              BEFORE THE HONORABLE VINCE CHHABRIA

IN RE:  ROUNDUP PRODUCTS      )  No. M16-2741 VC
LIABILITY LITIGATION,         )  San Francisco, California
_____)  Friday
                                 April 6, 2018
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

| | |
|---|---|
| **For Plaintiffs:** | ANDRUS WAGSTAFF, PC |
| | 7171 West Alaska Drive |
| | Lakewood, CO  80226 |
| | (720) 255-7623 |
| **BY:** | **AIMEE H. WAGSTAFF, ESQ.** |
| | **DAVID JACKSON WOOL, ESQ.** |
| | |
| **For Plaintiffs:** | ANDRUS WAGSTAFF, PC |
| | 6315 Ascot Drive |
| | Oakland, CA  94611 |
| | (720) 255-7623 |
| **BY:** | **KATHRYN MILLER FORGIE** |
| | |
| **For Plaintiffs:** | BAUM HEDLUND ARISTEI AND GOLDMAN, PC |
| | 12100 Wilshire Boulevard, Suite 950 |
| | Los Angeles, CA  90024 |
| | (310) 207-3233 |
| **BY:** | **ROBERT BRENT WISNER, ESQ.** |
| | |
| | WEITZ & LUXENBERG, PC |
| | 700 Broadway |
| | New York, New York 10003 |
| | (213) 5578-5802 |
| **BY:** | **ROBIN L. GREENWALD, ESQ.** |

(APPEARANCES CONTINUED ON FOLLOWING PAGE)

Reported By:   Debra L. Pas, CSR 11916, CRR, RMR, RPR
               *Official Reporter - US District Court*
               *Computerized Transcription By Eclipse*

1  **BY MS. GREENWALD**
2  **Q.**   Chris, if I could -- Dr. Portier, if I could just ask a
3  question to wrap up the IARC issue.
4       Although IARC could determine that a substance is a
5  probable carcinogen even at exposures not occurring in the real
6  world, is that what IARC found in regard to glyphosate here?
7  **A.**   No.  Of course not.  The epidemiology studies are evidence
8  of an effect in the real world.
9  **Q.**   In real people?
10 **A.**   In real people at current exposures.
11          **MS. GREENWALD:**  Thank you.
12                     **CROSS EXAMINATION**
13 **BY MR. LASKER**
14 **Q.**   Dr. Portier, you won't need that binder.  We'll give you a
15 new binder so you don't have all that stuff on your desk.
16      (Brief pause.)
17          **MR. LASKER:**  Your Honors ready?  Okay.
18 **BY MR. LASKER**
19 **Q.**   Dr. Portier, you talked already about your epidemiological
20 experience, so I don't want to rehash that, but in your expert
21 report -- and that's at Tab 1 in your binder and it's at
22 Page 6 -- when you begin your discussion about the
23 epidemiology, and in particular sort of the last sentence of
24 that first paragraph under "Relevant Epidemiologic Studies,"
25 you state there that: