# EXHIBIT 5



## Deposition of
# Beate Ritz, M.D., Ph.D.

**Date:** November 9, 2018

**Case:** James Adams Jr., et al. v. Monsanto Company

**No.** 17SL-CC02721

**Court Reporter:** Roselind C. Pisano, C.S.R.

Paszkiewicz Court Reporting
Phone:  618-307-9320
Toll-Free:  855-595-3577
Fax:  618-855-9513
www.spreporting.com

Page 1

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| JAMES ADAMS JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 17SL-CC02721 |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
| Defendant. | ) |

The videotaped deposition of BEATE RITZ, M.D., Ph.D., taken in the above-entitled cause pursuant to Notice, taken before Roselind C. Pisano, C.S.R. No. 084-002031, Certified Shorthand Reporter and a Notary Public of Cook County, Illinois, at 10940 Wilshire Boulevard, 17th Floor, Los Angeles, California, on November 9, 2018, commencing at the hour of 9:11 a.m.

1    this document before, correct?
2        **A.   Uh-huh.**
3        Q.   You have to say yes or no.
4        **A.   Oh, yes.  Yes.**
5        Q.   And if you look at page 2 of this EFSA,
6    European Food Safety Authority, document, in the
7    fourth paragraph of the summary, the EFSA, E-F-S-A,
8    is stating that they conducted this review after the
9    IARC classification for glyphosate, correct?
10       **A.   Where does it say that again?**
11       Q.   In the fourth paragraph, the last sentence
12   after the IARC --
13       **A.   Yes, I see it.**
14       Q.   Towards the bottom of that page, on page 2,
15   I think it is six lines from the bottom, the European
16   Food Safety Authority states that "In contrast to the
17   IARC evaluation, the European Union peer review
18   experts, with only one exception, concluded that
19   glyphosate is unlikely to pose a carcinogenic hazard
20   to humans."
21       **A.   Yes.**
22       Q.   And you are aware of the fact, I take it,
23   that the European Food Safety Authority has reached a
24   different conclusion than you have with respect to
25   glyphosate in cancer, correct?

Page 272

1    **A.   Well, they are evaluating food contaminants.**
2    **They are not evaluating occupational exposures.**
3         Q.   Okay.  Let's turn to page 11 of this
4    document.  And if you look at the third paragraph,
5    the European Food Safety starts, "From the wealth of
6    epidemiological studies."
7         Do you see that?
8         **A.   Yes.**
9         Q.   European Food Safety Authority states, "From
10   the wealth of epidemiological studies, the majority
11   of experts concluded that there is very limited
12   evidence for an association between glyphosate-based
13   formulations and non-Hodgkin's lymphoma, overall
14   inconclusive for a causal or clear associative
15   relation between glyphosate and cancer in human
16   studies," correct?
17        **A.   Yes, they say "cancer."**
18        Q.   But they also talk about "very limited
19   evidence for an association between glyphosate-based
20   formulations and non-Hodgkin's lymphoma," correct?
21        **A.   Yes.  And can we maybe see who is on this**
22   **board?**
23        Q.   We can discuss that in a minute, but I want
24   to just make sure --
25        MR. ESFANDIARY:  If she wants to look through