**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 2 RE: GHOSTWRITING** |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion *in Limine* No. 2 re: ghostwriting. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of excerpted portions of the deposition of Mr. William F. Heydens, dated January 23, 2017.

3. Annexed hereto as Exhibit 2 is a true and correct copy of excerpted portions of the Expert Report of Dr. Chadi Nabhan, dated April 28, 2017.

4. Annexed hereto as Exhibit 3 is a true and correct copy of excerpted portions of the deposition of Dr. Chadi Nabhan, dated August 23, 2017.

5. Annexed hereto as Exhibit 4 is a true and correct copy of excerpted portions of the deposition of Mr. Charles Benbrook, Ph. D., dated May 23, 2018.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the news article *Monsanto Weed Killer Roundup Faces New Doubts on Safety in Unsealed Documents*, dated March 14, 2017.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the news article *Monsanto glyphosate case: Select documents suggest company tried to influence public debate over weed killer*, dated August 3, 2017.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the news article *Update: After quick review, medical school says no evidence Monsanto ghostwrote professor's paper*, dated March 23, 2017.

9. Annexed hereto as Exhibit 8 is a true and correct copy of the European Food Safety Authority Statement regarding the EU assessment of glyphosate and the so-called "Monsanto papers."

10. Annexed hereto as Exhibit 9 is a true and correct copy of the Statement from Health Canada on Glyphosate, dated January 11, 2019.

Executed this 30th day of January 2019.

        /s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 3 -

STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 2 RE: GHOSTWRITING
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

- 4 -

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                           /s/ Brian L. Stekloff_____

- 4 -

STEKLOFF DECLARATION - MOTION IN LIMINE NO. 2 RE: GHOSTWRITING
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC