# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP | ) | |
| PRODUCTS LIABILITY | ) | MDL No. 2741 |
| LITIGATION | ) | |
| ______________________ | ) | Case No. |
| THIS DOCUMENT RELATES | ) | 16-md-02741-VC |
| TO ALL CASES | ) | |

MONDAY, JANUARY 23, 2017

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- - -

Videotaped deposition of William F. Heydens, Ph.D., held at the offices of HUSCH BLACKWELL, L.L.C., 190 Carondelet Plaza, Suite 600, St. Louis, Missouri, commencing at 9:03 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

QUESTIONS BY MR. MILLER:

Q. You can answer.

A. This is one of actually five articles that were written.

Q. Yes, sir, and let's look at the authors.

Are you, William Heydens, listed as an author on this report?

A. No, I am not.

Q. Did you write any parts of this report?

A. I provided a little bit of historical information that -- when I say "historical information," I mean historical information relative to things about Monsanto and registrations going way back to the '70s that none of the authors would have known anything about. So that is some information that I did provide.

I also provided a minimal set of -- a few comments at one point in the process, well after the paper had been written and was well on the way to being finalized.

Q. So to be clear, you wrote some

portions of it from a historical perspective?

A. I provided information to Ashley Roberts at Intertek, and then he took that information -- who Ashley is one of the authors. He took that information, and he used it as he saw fit.

Q. Did you communicate directly with the authors of this paper about this paper?

A. I was not in communication with the authors when they were doing their conclusions and -- doing their evaluations or conclusions. That was -- that was their paper to write, and they did that.

Q. You did, in fact, review the article before it was published, true?

A. I received -- there was times I remember that I received them, but I never provided comments and asked for changes of any content. Basically never responded. I received them and just filed them off because I did not want to be part of influencing this project at all.

Q. Dr. Heydens, you wrote 28 proposed edits to this paper before it was

time frame there.

MR. MILLER: And I object to the speaking objection.

QUESTIONS BY MR. MILLER:

Q. And we will -- at any time while this report was being prepared, did you have contact with these authors?

A. So the only -- so the comments that I just mentioned previously, those were comments that I provided to Ashley Roberts. And so Ashley -- he was the main person who was responsible for making sure that this effort was completed and so -- and that -- at that point in time, the comments I provided to him.

As I say, that was very late in the process, well after they had done their evaluation, had their meeting, did their conclusions, wrote up the document. I did have contact with Ashley at that time and in some places around just some logistical situations that had to take place, but no intellectual contribution at all.

Q. It says, "Neither any Monsanto Company employee or any attorneys reviewed

MR. JOHNSTON: Objection. Vague. Misstates the testimony and is argumentative.

THE WITNESS: I'll answer again: I wrote a draft introductory chapter for possible use back at the beginning, really, when the panel concept was coming together. That -- and that -- the information that was in there, again, was historical. It had nothing to do with the panel deliberations. Didn't even deal with the data at all because, again, it was historical.

Subsequently it was -- like I said in the previous -- my previous response, you know, moving forward and getting later in time, the journal editor didn't think it was even appropriate to have the chapter, so he had Ashley extract what would be relevant historical information to include in that publication, and that's what Ashley did.

A. That is correct.
Q. And Donna Farmer sends that report, draft report, to you, right?
A. She forwarded it to me, yes, that is correct.
Q. Did you read it?
A. I'm sure I opened it up and took a look at it, yes.
Q. Okay. Now, Monsanto sent this Intertek report to the Environmental Protection Agency, right?
MR. JOHNSTON: Objection. Foundation.
THE WITNESS: I would have to -- that would not be mine to do, so I'm not sure. It's possible.
QUESTIONS BY MR. MILLER:
Q. Well, if Monsanto sent it to the EPA as the work of independent scientists, would that be a true statement?
MR. JOHNSTON: Objection. Foundation. Compound. Calls for a hypothetical.
THE WITNESS: So my answer would be yes. Again, what we have

been going through is you are showing records that the expert panel work product came my direction.

But I will say it again: Other than the historical information that we've already discussed and the suggested edits on somebody else's edits, which I have no idea what Ashley actually did with them, other than that, this is the expert panel's conclusions.

What's really important about these five papers and their work product is that they reviewed the data, they came to their conclusions, and it's their conclusions and it's their document.

So the fact that these documents at some point in time may have come to me or did come to me have nothing to do with what they concluded and the validity of their evaluation.

QUESTIONS BY MR. MILLER:

Q. Well, what's really important about the IARC review is 17 independent

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, William F. Heydens, Ph.D. was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

____________________________

CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter #084-004229
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
Notary Public
Dated: February 3, 2017