# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | |

EXPERT REPORT OF DR. NABHAN

IN SUPPORT OF GENERAL CAUSATION

ON BEHALF OF PLAINTIFFS

## I. BACKGROUND AND QUALIFICATIONS

I am a board-certified hematologist and medical oncologist with a specialty in the diagnosis and management of patients with all types of lymphoma, including non-Hodgkin (NHL). I currently hold the position of Vice President and Chief Medical Officer of Cardinal Health Specialty Solutions, a division of Cardinal Health, Inc headquartered in Dublin, OH. Before that, I was an Associate Professor of Medicine for 3.2 years at the University of Chicago in Chicago, IL, where I was the Medical Director of the Clinical Cancer Center and the Director of the international program. I was an integral part of the lymphoid malignancies program at the University of Chicago where I spearheaded several efforts

1

2008; Hardell et al, 2002; and Orsi et al, 2009). The studies that were analyzed in this Meta-Analysis were performed in the US, Canada, Europe, Australia, and New Zealand. Most papers were restricted to men. This Meta-Analysis found an association between glyphosate and B-cell lymphoma with an OR 2.0 (95% CI: 1.1-3.6) and this was the same OR for diffuse large B-cell lymphoma. This Meta-Analysis represented a summary of the data published in the preceding 25 years, and solidifies a plausible association between glyphosate and NHL evolution and development.

Another Meta-Analysis was reported by Chang and Delzell (J Enviromental Science and Health; 2016). Glyphosate was found to increase the risk of NHL at a relative risk of 1.3 (95% CI: 1.0-1.6). Similarly, RR for myeloma was 1.4 (95% CI: 1.0-1.9). This Meta-Analysis included original studies discussing the topic, which were reported on PubMed and Google Scholar along with additional references that were found in the bibliography of review articles. Collectively, 19 articles were included as well as one abstract and one letter to the editor. When analyzing NHL by subtype, RR for B-cell lymphoma was 2.0 (95% CI: 1.1-3.6). For CLL, RR was 1.3 (95% CI:0.2-10.0), follicular lymphoma 1.7 (95% CI: 0.7-3.9). Notably, no increased risk for HL was found in this study. To the contrary, Greim et al suggested lask of association (Crit Rev Toxicology; 2015), however one of the co-authors of this work was employed by Monsanto and provided ghostwriting making me question the credibility of this work.

c. SYSTEMATIC REVIEWS

    i. International Agency for Research on Cancer (IARC)

- The weight of the scientific evidence supports causality between Roundup/glyphosate exposure and NHL.

Date: April 28, 2017

*[signature]*

Chadi Nabhan, M.D.

- CV is attached hereto
- Dr. Nabhan has not testified in any litigation in the past four years
- Dr. Nabhan's rate for expert consulting/testimony is $550 per hour