# EXHIBIT 3

1                UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3       -----------------------------

                                      )

4    IN RE: ROUNDUP PRODUCTS       )  MDL  No.  2741

     LIABILITY LITIGATION          )  Case No.  16-md-02741-VC

5                                      )

        ----------------------------)

6                                      )

     This document relates to:      )

7                                      )

     ALL ACTIONS                    )

8                                      )

        -----------------------------

9

10

11

12

13

14

15          VIDEOTAPED DEPOSITION OF DR. CHADI NABHAN

16                    Waukegan, Illinois

17               Wednesday, August 23, 2017

18

19

20

21

22

23    Reported by:

24    PAULA CAMPBELL, CSR, RDR, CRR, CRC

25    JOB NO. 127897

1    association; however, one of the coauthors of this

2    work was employed by Monsanto and provided

3    ghostwriting, making my question the credibility of

4    this work."

5              Correct?

6         A.   Correct.

7         Q.   That's the only thing you say about Greim

8    in your whole expert report?

9         A.   Correct.

10        Q.   Right?

11             And nowhere in your expert report do you

12   assess the actual content of this article; right?

13             MR. LITZENBURG:   Object to form.

14        A.   Well, I read the paper.  And, again, I

15   bring it up here because the conclusion or the

16   output of that paper suggests lack of association.

17   And I mentioned why the credibility of the paper was

18   of low value to me as a clinician, as a researcher,

19   because I'll have to wonder whether it was really

20   fair and balanced.

21             It's a fair thing for me to question the

22   evidence based on the authors.  We do that all the

23   time.

24        Q.   How did you form the opinion that one of

25   the authors was involved in ghostwriting?

1      A.   Well, two things.   The -- if you look at

2   David Saltmiras --

3      Q.   Yes, sir.

4      A.   -- affiliation is Monsanto and glyphosate

5   task force.   And I think I'm trying to remember

6   where I read that it is possible that he had a lot

7   of contribute -- I mean, he's a coauthor; so he, you

8   know, again, as a coauthor of the -- whether you

9   call this ghostwriting or not ghostwriting, I mean,

10   but he's a coauthor that's employed by the company

11   that makes glyphosate.

12          So I guess, you know, I mean, you'll have

13   to wonder whether the opinions in the paper were

14   fair and balanced and free of bias.

15      Q.   Did you discount the opinions expressed in

16   the paper on the grounds that one of the authors was

17   employed by Monsanto?

18          MR. LITZENBURG:   Objection.   Asked and

19       answered.

20      A.   It made me question the conclusion.   I

21   think if you were me, you would probably have the

22   same question.

23          Again, you know, how likely is an employee

24   of the company that makes a compound is going to go

25   on the record in a peer review and say "The compound

1                    C E R T I F I C A T E

2          I, Paula Campbell, CSR, RDR, CRR, CRC, do

3    hereby certify that on Wednesday, August 23, 2017

4    appeared before me, CHADI NABHAN.

5          I further certify that the said witness was

6    first duly sworn to testify to the truth in the

7    cause aforesaid.

8          I further certify that the signature of the

9    witness to the foregoing deposition was not

10   specified by counsel.

11         I further certify that I am not counsel for

12   nor in any way related to any of the parties to

13   this suit, nor financially interested in the

14   action.

15         IN TESTIMONY WHEREOF, I have hereunto set my

16   hand on this 23rd day of August, 2017.

17

18                     _____

19                     Paula Campbell, CSR, RDR, CRR, CRC

                       Certified Shorthand Reporter

20                     Registered Diplomate Reporter

                       Certified Realtime Reporter

21                     Certified Realtime Captioner

22

23

24

25