# EXHIBIT 4

Page 1

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI
_____

RONALD PETERSON and JEFF HALL,   )
                                 )
            Plaintiff(s),        )
                                 )
      vs.                        )  1622-CC01071
                                 )
MONSANTO COMPANY; OSBORN &       )
BARR COMMUNICATIONS, INC.;       )
OSBORN & BARR HOLDINGS, INC.,    )
                                 )
            Defendant(s).        )
_____

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

CHARLES BENBROOK, Ph.D.

**CONFIDENTIAL**
_____


8:30 A.M.

MAY 23, 2018

QUALITY INN & SUITES CONFERENCE CENTER

700 PORT DRIVE

CLARKSTON, WASHINGTON




REPORTED BY:   PATSY D. JACOY, CCR 2348

Page 379

1  worked for the National Academy of Sciences, the
2  integrity of science and scientific ethics, the quality
3  of scientific communications has been a important and
4  recurrent theme throughout my career and, you know,
5  clearly ghostwriting and inaccurate attribution of
6  published papers is a -- is a matter taken very
7  seriously in the scientific community throughout my
8  career and will continue to be a very important thing.
9  So if that's what you or a reasonable person would
10 regard as the knowledge and experience of an expert in
11 ghostwriting, then yes, I would characterize myself as
12 such an expert.
13      Q.  So you don't want to withdraw your testimony
14 from the last deposition that you're an expert in
15 ghostwriting, you stand by that?
16      A.  I -- I stand by it.
17      Q.  The first subsection, Subsection 6D.1, is
18 about Dr. John Acquavella, correct?
19      A.  Correct.
20      Q.  He's a former Monsanto employee and also
21 worked on the Intertek expert panel publications after
22 his employment with Monsanto, correct?
23      A.  Yes.
24      Q.  And you authored this report starting last
25 October, finished up sometime in December 2017,

1  he was on one or maybe two of the other papers.
2       Q.  So your claim that the Acquavella 2016 review
3  article is ghostwritten is based on Dr. Kier's name not
4  being included as an author, correct?
5       A.  Well, first of all, to go back to the -- the
6  reason that I included Acquavella calls Monsanto out
7  for unethical behavior, the -- the focus and the
8  substance of that episode was Heydens telling
9  Acquavella that his name could not appear on this
10 chapter that he had written.  And Acquavella said back
11 to Heydens, "Well, I'm not okay with that, my panel is
12 not okay with that because that would be unethical."
13 And presumably because of Acquavella's objection,
14 Acquavella's name now appears on the paper as
15 published.
16      Q.  Dr. Kier is a genotoxicity expert, and you're
17 claiming that he should be an author on the
18 epidemiology expert panel review?
19      A.  I didn't make that claim.  I didn't make that
20 statement.  I said in the early discussion in e-mail
21 traffic Dr. Heydens asked Dr. Acquavella and Dr. Kier
22 to work on this chapter together.  Dr. Kier also
23 drafted -- I think he was the -- probably the principal
24 author of the genotox chapter.  I'm simply noting that
25 the written record shows that Dr. Kier was involved at

| | |
|---|---|
| **HIGHLY CONFIDENTIAL** | **Charles Benbrook, Ph.D.**<br>**May 23, 2018** |  **HIGHLY CONFIDENTIAL** |

Page 411

1  **I've put in the expert report.**
2      Q.  (BY MR. HOLLINGSWORTH)  Go -- go to paragraph
3  798, sir.  That's where you made the claim.
4      **A.  798.  Okay.  As part of his 2015 performance**
5  **evaluation Saltmiras summarized his glyphosate-related**
6  **activities which included ghostwrote cancer chapter --**
7  **cancer review paper Greim, et al., 2015.  Coordinated**
8  **care 2015 --**
9      Q.  We're talking about Greim, sir.
10     **A.  Okay.**
11     Q.  You claim that Dr. Saltmiras ghostwrote the
12 Greim publication, correct?
13     **A.  That's what he says in -- that's what he says**
14 **in this e-mail.**
15     Q.  But by your definition and the first thing an
16 expert in ghostwriting checks is who is an author on
17 the paper, correct?
18     **A.  Correct.**
19     Q.  And Dr. Saltmiras is an author on the paper,
20 correct?
21     **A.  His name does appear as the paper was**
22 **published.**
23     Q.  So Dr. Saltmiras can't by your own definition
24 have been a ghostwriter on the Greim publication,
25 correct?

| HIGHLY CONFIDENTIAL | Charles Benbrook, Ph.D.<br>May 23, 2018 | HIGHLY CONFIDENTIAL |
|---|---|---|

Page 448

1  REPORTER'S CERTIFICATE

2

3   I, PATRICIA D. JACOY, the undersigned Certified Court

4   Reporter, pursuant to RCW 5.28.010 authorized to administer

5   oaths and affirmations in and for the State of Washington, do

6   hereby certify that the sworn testimony and/or proceedings, a

7   transcript of which is attached, was given before me at the

8   time and place stated therein; that any and/or all witness(es)

9   were duly sworn to testify to the truth; that the sworn

10  testimony and/or proceedings were by me stenographically

11  recorded and transcribed under my supervision, to the best of

12  my ability; that the foregoing transcript contains a full,

13  true, and accurate record of all the sworn testimony and/or

14  proceedings given and occurring at the time and place stated

15  in the transcript; that a review of which was requested; that

16  I am in no way related to any party to the matter, nor to any

17  counsel, nor do I have any financial interest in the event of

18  the cause.

19      WITNESS MY HAND AND DIGITAL SIGNATURE this 28th day of

20  May, 2018.

21

22  _____
    PATRICIA D. JACOY
    Washington State Certified Court Reporter, #2348

23

24

25