# EXHIBIT 6

# Monsanto glyphosate case: Select documents suggest company tried to influence public debate over weed killer

geneticliteracyproject.org/2017/08/03/monsanto-glyphosate-case-selected-documents-suggest-company-tried-influence-public-debate-weedkiller/

Danny Hakim | New York Times | August 3, 2017



Documents released [August 1, 2017] in a lawsuit against Monsanto raised new questions about the company's efforts to influence the news media and scientific research and revealed internal debate over the safety of its highest-profile product, the weed killer Roundup.

…

Documents show that Henry I. Miller, an academic and a vocal proponent of genetically modified crops, asked Monsanto to draft an article for him that largely mirrored one that appeared under his name on Forbes's website in 2015. Mr. Miller could not be reached for comment.

A similar issue appeared in academic research. An academic involved in writing research funded by Monsanto, John Acquavella, a former Monsanto employee, appeared to express discomfort with the process, writing in a 2015 email to a Monsanto executive, "I can't be part of deceptive authorship on a presentation or publication." He also said of the way the company was trying to present the authorship: "We call that ghost writing and it is unethical."

Related article:  Plaintiff's story convinced jury of glyphosate-cancer link, but other courts may rule the herbicide is safe

Mr. Acquavella said in an email … that "there was no ghostwriting" and that his comments had been related to an early draft and a question over authorship that was resolved.

…

The documents also show that a debate outside Monsanto about the relative safety of glyphosate and Roundup, which contains other chemicals, was also taking place within the company.

**The GLP aggregated and excerpted this blog/article to reflect the diversity of news, opinion, and analysis. Read full, original post:** Monsanto Emails Raise Issue of Influencing Research on Roundup Weed Killer

The GLP aggregated and excerpted this article to reflect the diversity of news, opinion, and analysis. Click the link above to read the full, original article.