# EXHIBIT J

1         SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                  COUNTY OF SAN FRANCISCO

3

4    DEWAYNE JOHNSON,

5              Plaintiff,

6         vs.                   Case No. CGC-16-550128

7    MONSANTO COMPANY, et al.,

8              Defendants.
     _____/
9

10

11

12       Proceedings held on Tuesday, July 31, 2018,

13       Volume 20, Afternoon Session, before the Honorable

14       Suzanne R. Bolanos, at 1:31 p.m.

15

16

17

18

19

20

21   REPORTED BY:

22   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

23   Job No. 2965340B

24

25   Pages 4311 - 4467

```
 1  APPEARANCES:

 2

 3  FOR THE PLAINTIFF:

 4       R. BRENT WISNER, ESQ.

 5       BAUM, HEDLUND, ARISTEI, GOLDMAN PC

 6       12100 Wilshire Boulevard, Suite 950

 7       Los Angeles, California 90025

 8       310-207-3233

 9

10       DAVID DICKENS, ESQ.

11       THE MILLER FIRM, LLC

12       108 Railroad Avenue

13       Orange, Virginia 22960

14       540-672-4224

15

16  FOR THE DEFENDANT:

17       SANDRA A. EDWARDS, ESQ.

18       FARELLA BRAUN + MARTEL LLP

19       235 Montgomery Street

20       San Francisco, California 94104

21       415-954-4400

22

23

24

25
```

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT:

 4        GEORGE C. LOMBARDI, ESQ.

 5        JAMES M. HILMERT, ESQ.

 6        WINSTON & STRAWN LLP

 7        35 West Wacker Drive

 8        Chicago, Illinois 60601

 9        312-558-5969

10

11        KIRBY T. GRIFFIS, ESQ.

12        HOLLINGSWORTH LLP

13        1350 I Street, N.W.

14        Washington, D.C. 20005

15        202-898-5800

16

17

18

19

20

21

22

23

24

25
```

INDEX OF PROCEEDINGS

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|
| LORELEI MUCCI | | 4315 | 4441 | 4454 |

EXHIBITS

(None.)

```
 1                    Tuesday, July 31, 2018

 2                         1:31 p.m.

 3                         Volume 20

 4                     Afternoon Session

 5                  San Francisco, California

 6                      Department 504

 7                 Judge Suzanne Ramos Bolanos

 8

 9                       PROCEEDINGS

10

11          THE COURT:  Welcome back, Ladies and Gentlemen,

12   Counsel, Dr. Mucci.

13          Ladies and Gentlemen, Dr. Mucci remains under

14   oath, and, Mr. Wisner, when you're ready, you may

15   proceed.

16          MR. WISNER:  Thank you, your Honor.  May I

17   approach with the binder?

18          THE COURT:  Yes.

19          THE WITNESS:  Thank you.

20

21                    CROSS-EXAMINATION

22   BY MR. WISNER:

23      Q.  Did you have a good lunch, Doctor?

24      A.  Yes, thank you.

25      Q.  Good.  So I want to talk to you about a couple
```

13:30:18 (line 10)
13:31:25 (line 15)
13:31:42 (line 25)

4315

1 of issues, and we've got a lot to cover, so I'll try to

2 be quick.   Thankfully I think we're actually going to

3 agree with each other most of the time, so that should be

4 good.

13:31:57　　5 　　　　　　　Let's start off with a couple things, you've

6 actually never investigated glyphosate prior to working

7 on this case; right?

8 　　　　A.　No, I had not.

9 　　　　Q.　In fact, you've never investigated a pesticide;

13:32:09　10 right?

11 　　　　A.　No.　I don't believe I have.

12 　　　　Q.　So the first time that you've ever looked at

13 whether a pesticide could cause cancer or specifically

14 the epidemiological literature that was when Monsanto

13:32:22　15 called you?

16 　　　　A.　Yes.

17 　　　　Q.　Okay.　And you're being paid for your time;

18 right?

19 　　　　A.　Yes.

13:32:30　20 　　　　Q.　It's my understanding -- how much time have you

21 been paid for this case?

22 　　　　A.　Approximately -- I couldn't say.　I know the

23 total amount is probably around 90,000 to a 100,000

24 dollars.

13:32:46　25 　　　　Q.　Okay.　And that's money that goes to you; it

4316

1 doesn't go to your university?

2        A.   Correct.

3        Q.   Because you're consulting not on behalf of

4 Harvard School of Public Health, but you're consulting on

13:32:56    5 behalf of yourself?

6        A.   Yes.   Correct.

7        Q.   And I understand you're an associate professor?

8        A.   Yes.   That's right.

9        Q.   I assume you hope to become an endowed professor

13:33:04   10 at some point; right?

11        A.   I guess you mean tenured professor.

12        Q.   Oh, sorry.   I thought those were the same thing.

13 I'm not in academia so -- you're looking to become a

14 tenured professor; is that right?

13:33:15   15        A.   Yes.   I'm currently under review for promotion

16 to professor.

17        Q.   Well, good luck.

18        A.   Thank you.

19        Q.   Let's talk about a few things.   Now, you didn't

13:33:24   20 review any of the toxicology data in this case; right?

21        A.   No, I did not.

22        Q.   And you didn't review any of the animal data or

23 mechanistic data; right?

24        A.   No.   I did not.

13:33:33   25        Q.   So you didn't consider the biological

1  plausibility of glyphosate being a carcinogen; right?

2      A.  I reviewed it when I was reading the

3  epidemiologic studies, so I'm aware of the knowledge, but

4  I did not consider those in reviewing the epidemiology

13:33:48   5  studies.

6      Q.  So you reviewed it to the extent that it was in

7  the epidemiological literature that you looked at?

8      A.  Yes.

9      Q.  Now, you understand IARC has done an assessment

13:33:58  10  as well; right?

11      A.  Yes, I am.

12      Q.  You read it?

13      A.  Yes, I did.

14      Q.  And, of course, since you haven't looked at the

13:34:07  15  animal data or the mechanistic data, you don't have any

16  gripes with IARC for their assessments of that data;

17  right?

18      A.  No.  I'm only commenting on the epidemiology

19  studies.

13:34:18  20      Q.  Okay.  And from my understanding, IARC concluded

21  the epidemiological literature was limited; right?

22      A.  Yes, they did.

23      Q.  And that's your opinion as well?

24      A.  No.  That's not my opinion.

13:34:27  25      Q.  Well, I could have sworn you used the word

4318

1  "limited" like 50 times.  Did I miss something?

2       A.  What I was referring to were the early

3  exploratory case-control studies, specifically.

4       Q.  Okay.  All right.  Isn't it true that you

13:34:45  5  previously testified, I actually agree that there's

6  limited evidence from the epidemiological studies?

7       A.  I'm not sure what context that was said in.

8       Q.  I think we were talking about IARC.

9       A.  So that's different.  Since IARC, there's been a

13:35:00  10  number of additional publications that were discussed,

11  and so that was -- I was in agreement with IARC that the

12  studies they reviewed were limited.

13       Q.  Okay.  So that makes more sense.  So my

14  understanding is you agree with what IARC looked at?  You

13:35:16  15  agree that their assessment -- you agree with their

16  assessment, what they looked at?

17       A.  Well, I reviewed the same studies that they

18  looked at in their assessment.

19       Q.  That wasn't my question.  I said, you agree with

13:35:30  20  IARC to the extent of what they looked at?

21       A.  I'm not -- I'm not sure what you're asking.

22       Q.  Well, I asked you about that limited quote, and

23  you said that was in the context of -- I believe you said

24  it was -- I've looked at other data since; right?

13:35:44  25       A.  That has been published since, yes.

1        Q.  Okay.  So well, data that's been published and

2   that's also unpublished, right?

3        A.  Or presented at scientific meetings, yes.

4        Q.  Because the NAPP study's never been published?

13:35:56   5        A.  Not in a peer-reviewed journal.

6        Q.  Okay.  But going back to IARC, based on what

7   they viewed, though, you don't disagree with them is what

8   I'm saying?

9        A.  Based on their conclusions, yeah.  Their

13:36:09   10   conclusion was that the epidemiology was limited and that

11   they couldn't rule out that bias confounding or chance

12   explained those associations.

13        Q.  Okay.  Great.  So we all agree here.

14            And you understand that Dr. Portier also looked

13:36:24   15   at the epidemiology; right?

16        A.  I believe so, yes.

17        Q.  Well, you read his report?

18        A.  Yes.

19        Q.  It was a long one, isn't it?

13:36:33   20        A.  Yes, it is.

21        Q.  And a portion of it deals with epidemiology;

22   right?

23        A.  Yes, it does.

24        Q.  And he did a Bradford-Hill analysis; right?

13:36:40   25        A.  Yes, he did.

4320

1      Q.  You read Dr. Neugut's report; right?

2      A.  I've read parts of each of these reports.

3      Q.  You didn't read the whole thing?

4      A.  No, I did not.

13:36:48      5      Q.  I assume you read the portions that dealt with

6  epidemiology?

7      A.  Again, I read part of them, but not their

8  entirety and part of the epidemiology discussion they

9  had.

13:36:57     10      Q.  I'm sorry.  I don't understand.  You read part

11  of the epidemiology parts, or did you read the

12  epidemiology part?  I don't understand.

13      A.  My main focus in reviewing all of the evidence

14  was really focused on the epidemiology studies

13:37:09     15  themselves.

16      Q.  So you read their epidemiology analysis, that's

17  what I was asking?

18      A.  I'm sorry?

19      Q.  You read their epidemiology analysis; right?

13:37:17     20      A.  I'm sorry -- to be confused.  I -- myself, I

21  spent most of my time reviewing the actual epidemiology

22  studies.  I spent some time reading the reports, but I

23  didn't go into depth in reviewing the reports.

24      Q.  Okay.  I'm not trying to play games with you

13:37:32     25  here.  Did you look at the epidemiology sections in the

4321

1 reports or not?

2      A.  I looked at -- yes.  I looked at some of the

3 epidemiology studies.

4      Q.  All right.  We established that.  Again, I told

13:37:40  5 you, I think a lot of this we're going to agree on.

6           And you understand that both Dr. Portier and

7 Dr. Neugut also agreed that the evidence regarding

8 epidemiology by itself was limited; right?

9      A.  I'm not sure specifically what studies they

13:37:54  10 were commenting on when they said "limited," so I think

11 that's -- I'm just trying to be clear what you mean by

12 "limited."

13      Q.  Okay.  We've been using the word "limited."  You

14 and I have been discussing it for, like, the last five

13:38:11  15 minutes.

16      A.  I understand what you mean by the word

17 "limited."

18      Q.  Okay.

19      A.  I'm just not sure when Dr. Portier or Dr. Neugut

13:38:16  20 was talking about the limited evidence, which of the

21 studies he was referring to -- they were referring to

22 when they said --

23      Q.  They were looking at the same ones IARC looked

24 at.  You know that.

13:38:25  25      A.  No.  Actually, I wasn't sure of what studies.  I

4322

1  wasn't sure if they were talking about that in the

2  context also of, you know, the NAPP study or the most

3  recent JNCI publication.

4       Q.  When you say you couldn't tell, is that because

13:38:35  5  you don't remember or because when you read it, you

6  didn't understand it?

7       A.  No.  I just don't recall.

8       Q.  Okay.  Well, they both testified to this jury

9  and told them that the epidemiology by itself in

13:38:48  10  isolation is insufficient to show causation.  You

11  understand that?

12       A.  Again, I haven't heard what they've said

13  specifically on testimony so --

14       Q.  But that's also your testimony?

13:38:59  15       A.  No.  It actually is not.  Actually, I think now

16  the evidence -- there is accumulating evidence that shows

17  no evidence of a positive association, and that's a

18  different comment on the literature than saying the

19  evidence is limited.

13:39:15  20       Q.  That's actually where I was going.  So it's

21  actually your opinion that it's not that it's

22  insufficient evidence to show causation, it's actually

23  your opinion that there is no association; right?

24       A.  That -- I believe that the epidemiology supports

13:39:27  25  no evidence of a causal association.

1        Q.  No association; right?

2        A.  No evidence of a causal association.

3        Q.  Okay.  Well, I mean, that's actually not what

4   you testified previously, Doctor.  I mean, I'm not --

5   isn't it true that you said when you look at the body of

6   epidemiological literature on this topic there is no --

7        MR. LOMBARDI:  Can I have a page and line,

8   please?

9        MR. WISNER:  This is from the last time she

10  testified, page 950, line 9 through 12.

11       Q.  I'm not trying to impeach you.  I'm just asking

12  you if this is what you said.  If you need to look at it,

13  I'll show it to you.

14       MR. LOMBARDI:  Improper use of the material.

15       MR. WISNER:  Would you like to see it, Doctor?

16       THE WITNESS:  Yeah, that would be wonderful.

17  Thanks.

18       THE COURT:  Mr. Wisner, is this deposition

19  testimony, or is this a transcript from this morning?

20       MR. WISNER:  No.  This is from a prior time she

21  testified under oath.

22       THE COURT:  I see.

23       MR. LOMBARDI:  And the proper use is either for

24  refreshing recollection or for impeachment, and I don't

25  think we've established either is in play at this point.

13:39:39 (line 5)
13:39:54 (line 10)
13:40:08 (line 15)
13:40:18 (line 20)
13:40:29 (line 25)

4324

1    Q.  BY MR. WISNER:  Do you recall what you said?

2    A.  I'm sorry.  You're not -- I'm not sure where

3 you're looking here on this document.

4    Q.  Well, I asked if you had previously testified

13:40:44    5 that there was no association.  You didn't say "causal,"

6 you said "no association"; correct?

7    A.  Again, if you could show me where you're

8 referring to, I can have a chance to take a look at it.

9    Q.  So now we established you don't recall?

13:40:55    10    A.  I just would like to see --

11    Q.  I know.  I'm going through the steps here.  You

12 don't remember; you'd like to see your testimony?

13         MR. LOMBARDI:  Your Honor, this is just an

14 improper procedure.

13:41:02    15         THE COURT:  Mr. Wisner, can you please direct

16 Dr. Mucci to the portion of the testimony --

17         MR. WISNER:  I was just told that I can't do

18 that until I've established she doesn't recall.

19         THE COURT:  Mr. Wisner, just please point her to

13:41:15    20 the testimony that you're asking her.

21         MR. WISNER:  Sure.  It's on page 950.  Starting

22 at line 9 through 13, why don't you read silently to

23 yourself and let me know when you're done.

24         THE WITNESS:  Yes.

13:41:36    25    Q.  BY MR. WISNER:  So you previously testified you

4325

1    didn't say "causal association"?

2              MR. LOMBARDI:  Your Honor, he's now improperly

3    using the transcript.  If you're refreshing recollection,

4    then you ask the witness what her recollection is now.

13:41:50   5              THE COURT:  Mr. Wisner, do you have a copy of

6    the transcript for me to look at, please?

7              MR. WISNER:  Oh, sure.

8              THE COURT:  All right.  What page and line are

9    you at, Mr. Wisner?

13:42:10   10             MR. WISNER:  Page 950, lines 9 through 13.

11             THE COURT:  All right.  So can you please repeat

12   the question to her, please?

13             MR. WISNER:  All right.  My question was -- I

14   was asking what she previously testified to, but I was

13:42:41   15   objected to that, so I don't know if there was a ruling.

16   So I don't know what to do.

17             THE COURT:  Please, repeat your question.

18             MR. WISNER:  Sure.

19        Q.  So you previously testified under oath that

13:42:50   20   there was no positive association between glyphosate and

21   NHL risk?

22             MR. LOMBARDI:  Just for the record, your Honor,

23   I object, but -- it's just not the proper procedure.

24             THE COURT:  All right.  She may answer.

13:43:02   25             THE WITNESS:  So on page 950, that is what I

4326

1  testified.  And then on the following page, I use the

2  actual words "causal association."

3      Q.  BY MR. WISNER:  Okay.  This was in -- let's back

4  up then.  Let's look at the actual sequence of answers --

13:43:19    5  questions.  So earlier in that question, Dr. Mucci --

6      A.  I'm sorry, what page are you looking at now?

7      Q.  Starting at the beginning of the first question

8  page 949, starting at line 23.

9          You were asked, "Dr. Mucci, based on your review

13:43:32    10  of the glyphosate epidemiological literature, have you

11  reached an opinion as to whether there is evidence of an

12  association between glyphosate-based herbicides and

13  non-Hodgkin's lymphoma?"

14          Your response was, "Yes, I have."

13:43:47    15          And then the question is, "And what is that

16  opinion?"

17          And then you give a description that you looked

18  at a bunch of different stuff and then the answer we read

19  previously is what you said.  And you testified, "And

13:44:00    20  when you look at the body of epidemiological literature

21  on this topic, there is no evidence of a positive

22  association between glyphosate and NHL risk."  Then you

23  said, "There's no evidence of dose response of

24  associations for glyphosate and NHL risk."

13:44:12    25          That's what you said; right?

4327

1    MR. LOMBARDI:  And under the Rule of

2  Completeness, I'd ask that page 951, lines 7 to 10 be

3  read.  It's what the witness referred to in her answer.

4    THE COURT:  All right.  Mr. Wisner --

13:44:25   5    MR. WISNER:  They can do it on redirect, your

6  Honor.

7    THE COURT:  Mr. Wisner, please read lines 7 --

8  well, he already read lines 9 through 10, so you're

9  asking --

13:44:34  10    MR. LOMBARDI:  It's the next page your Honor,

11  page 951, lines 7 to 10.

12    MR. WISNER:  So your Honor, that actually is

13  excluded.

14    THE COURT:  Counsel, can you please approach?

13:44:47  15    MR. WISNER:  Yes, your Honor.

16    (Sidebar.)

17    THE COURT:  Okay.  If you're going to impeach

18  her, then you can ask her the question.

19    MR. WISNER:  I wasn't impeaching.  I asked her

13:45:05  20  if that's what she said.  She said yes, then you made me

21  read it into the record.

22    MR. LOMBARDI:  You can't ask what she said out

23  of court.  That's hearsay.  The proper use of a

24  transcript --

13:45:17  25    MR. WISNER:  I don't want to be talking to you.

4328

1  I'm talking to the judge.  So I appreciate he's trying to

2  instruct me on how to be an attorney -- and that's

3  fine -- but I wasn't impeaching her, and so the rule of

4  completeness -- to read this sentence would be to violate

13:45:30  5  Judge Karnow's order.  That's specifically what she's not

6  allowed to say.

7          THE COURT:  All right.  So what else do you

8  intend --

9          MR. WISNER:  I was just trying to establish that

13:45:38  10  she said "no association."  That was it.  I was trying to

11  move on.  These objections are becoming, like, badgering.

12          THE COURT:  Just move on.

13          (End sidebar.)

14          THE COURT:  All right.  Mr. Wisner, you may ask

13:45:52  15  another question.

16          MR. WISNER:  Sure.

17      Q.  So is it your opinion or not, that there's no

18  association?

19      A.  There is --

13:46:00  20      Q.  Please answer my question "yes" or "no."

21      A.  And by "no association," you mean looking at all

22  of the epidemiology literature together?

23      Q.  Yeah.

24      A.  You know, based on the evidence together, there

13:46:11  25  is no evidence of a positive association.  There's no

4329

1  evidence that would support a causal association.

2      Q.  Okay.  But that's two different opinions; right?

3  One, there's no evidence to support a causal association.

4  But there's also a different one; right?  Because

13:46:25  5  association is not the same as causation?

6      A.  That is correct.

7      Q.  But you actually take the stronger one.  You say

8  that there's no evidence of a positive association;

9  right?

13:46:33  10      A.  I'm taking -- you know, when you look at the

11  epidemiological evidence as I presented when I showed the

12  summary of the four studies, none of those really support

13  a statistically significant positive association.  Taking

14  all of those studies together, there is no evidence that

13:46:53  15  these studies would support a causal association.  So

16  both of those comments are correct.

17      Q.  Okay.  So that wasn't my question.  And I'm

18  actually on the clock here, so if you could just answer

19  "yes" or "no," that would be really helpful.  I

13:47:12  20  understand your answer, and if you want to explain,

21  Mr. Lombardi can ask you to explain.  My question wasn't

22  about causal association.  It wasn't even about the

23  overall evidence.  It was really simply your opinion is

24  that there was no association; correct?

13:47:21  25      A.  One of my opinions is that there's no

1 association.

2        Q.   Thank you.  I want to talk to you about some of

3 the biases that you were discussing or issues related

4 to -- actually, before, I do that, you would agree with

13:47:35   5 me, Doctor, that even if you have zero epidemiology,

6 right, you can still determine that something causes

7 cancer?

8        A.   In what context?  Do you mean that -- I'm sorry,

9 I don't understand the question.

13:47:51   10        Q.   What about my question didn't you understand,

11 Doctor?

12        A.   You know, I don't understand what you're asking

13 me -- under what criteria would you be talking about?

14 I'm sorry, I just don't understand the question you're

13:48:05   15 asking.

16        Q.   Well, you're a cancer epidemiologist, right?

17        A.   Yes, I am.

18        Q.   And the question's a simple one.  You can still

19 determine whether or not something causes cancer without

13:48:15   20 epidemiology; right?

21        A.   I don't think that's true.

22        Q.   Okay.  You wrote a book about cancer

23 epidemiology; right?

24        A.   Yes, I have.

13:48:25   25        MR WISNER:  Permission to approach, your Honor?

4331

```
            1              THE COURT:  Yes.

            2        Q.  BY MR WISNER:  That's your textbook, Doctor?

            3        A.  Yes, it is.

            4        Q.  And I want to draw your attention to page 105.

13:48:49    5              MR. WISNER:  Permission to publish, your Honor?

            6              THE COURT:  Very well.

            7        Q.  BY MR. WISNER:  Are you there, Doctor?

            8        A.  Yes.

            9        Q.  Okay.  So in your cancer textbook it reads, "The

13:49:00   10  classification" --

           11        A.  I'm sorry, where?

           12        Q.  Let me get it.  Right here under "Contribution

           13  of Biomarker-Based Epidemiology to the Identification of

           14  Human Carcinogens."

13:49:15   15              Do you see that?

           16        A.  Yes.

           17        Q.  It reads, "The classification of an agent as a

           18  Group 1 carcinogen in the International Agency for

           19  Research on Cancer, IARC, a Monograph program, can be

13:49:28   20  used as a benchmark for the identification of human

           21  carcinogens."

           22              Do you see that?

           23        A.  Yes.

           24        Q.  And if we turn to the next page, you have a

13:49:36   25  table, Table 5.4; right?
```

4332

A.  Yes.

Q.  And here it says, "Group 1 agents with less than sufficient evidence in humans, but with strong mechanistic evidence."

13:49:52         Do you see that?

A.  Yes.

Q.  And you list all these different known human carcinogens that have inadequate or limited data; correct?

13:50:05    A.  Yes, but that's different than saying there's no epidemiology evidence.

Q.  Okay.  So you -- fair enough.  So then you agree then that it's possible to determine a carcinogen with inadequate or even limited epidemiology?

13:50:21    A.  These are the classifications that IARC uses to determine causation, and that may differ than other agencies.

Q.  I'm not even sure how it was clearly responsive to my question.  My question is:  You can determine how

13:50:37 something's a carcinogen with limited or inadequate epidemiology; right?

A.  Well, it depends.  What I'm trying to say is that there are certain organizations, such as IARC, that use certain criteria, and there's other agencies that

13:50:49 would use other criteria and they would weight the human

4333

1 data potentially differently.  That's why I'm trying to

2 be clear that it really depends on what body is reviewing

3 the evidence.

4      Q.  And the body here is IARC; right?

13:51:01   5      A.  In this particular case, but I wasn't clear from

6 your question that you were asking specifically about

7 IARC.

8      Q.  But you say right here that it "can be used as a

9 benchmark for the identification of human carcinogens"?

13:51:13   10      A.  Yes.

11      Q.  Okay.  So we can play around with words here,

12 but if IARC can serve as a benchmark and IARC has

13 determined things to be known carcinogens with inadequate

14 or limited epidemiology, then you would agree that it's

13:51:29   15 possible to determine a carcinogen with limited or

16 inadequate epidemiology?

17      A.  No.  As I said, this is -- IARC is being used as

18 a benchmark, but it's not the only source of information.

19 And here, I think, in this particular case, the

13:51:46   20 epidemiology is not limited or inadequate.

21      Q.  For all these different ones, you think it's not

22 limited or inadequate?

23      A.  No.  I was talking specifically about the

24 glyphosate and NHL risk.

13:51:59   25      Q.  I wasn't talking about that.  I was talking

4334

1   about those Group 1 carcinogens.  You know these are

2   carcinogens; right?  You don't dispute that?

3         A.  I haven't looked at these for a while.

4         Q.  Ethylene oxide, that's a carcinogen; right?

13:52:12   5         A.  Again, I'm not an expert in the area of these

6   carcinogens, so I wouldn't want to comment.  So I -- I

7   won't comment on those specifically.

8         Q.  Okay.  But this is your textbook of cancer

9   epidemiology?

13:52:22   10         A.  Yes, it is.

11         Q.  And that table is in your textbook?

12         A.  Yes, it is.

13         Q.  And the language about it being a benchmark,

14   that's in your textbook?

13:52:30   15         A.  Yes.  It is, but, again, it's not the only

16   benchmarks that we use in cancer epidemiology.  And I

17   think if you look through the book, we state other ways

18   in which we assess causation.

19         Q.  Sure, let's actually look at that.  It's pretty

13:52:44   20   interesting.  If you actually go to page -- there's a

21   section starting on page 111, and it reads "Concepts in

22   Cancer Epidemiology and Etiology"; right?

23         A.  Yes.

24         Q.  And etiology, that's, like, the source or the

13:53:06   25   origins of disease?

4335

1     A.  Yes.

2     Q.  And it goes through here and it goes through all

3 these different issues of multi-causation and it covers

4 confounding and a lot of the stuff we covered today;

13:53:17   5 right?

6     A.  Yes.

7     Q.  And then in the section starting on page -- go

8 to page 128 -- sorry, 127, the very bottom of it.

9     MR. WISNER:  Permission to publish, your Honor?

13:53:33  10     THE COURT:  Yes.

11     Q.  BY MR. WISNER:  Do you see that, Doctor?  Do you

12 see the bottom page?

13     A.  Yes, I do.

14     Q.  It says "Causal Inference in Epidemiology,

13:53:46  15 General Principles"; right?

16     A.  Yes.

17     Q.  And if you turn the page, the table here is the

18 Bradford-Hill criteria?

19     A.  Yes.

13:53:51  20     Q.  Those are the criteria you did not apply in this

21 case; right?

22     A.  No.  This is -- one method for inferring

23 causation is the Bradford-Hill criteria.

24     Q.  Okay.  And if you look at the next section, it

13:54:03  25 goes IARC, doesn't it?

4336

```
 1        A.  Yes, it does.

 2        Q.  It doesn't discuss any other agency or anything,

 3  does it?

 4        A.  No, it doesn't.

 5        Q.  Okay.  You would agree IARC is a very

 6  prestigious organization?

 7        A.  It is an organization that is important in

 8  cancer -- dealing with cancer, yes.

 9        Q.  In fact, isn't it true if you run a search on

10  this book for IARC, you'll find 475 references to it?

11        A.  Yes.

12        Q.  If you do the same search for EPA, you get two?

13        A.  It might be more than that, but yes, that's

14  correct.

15        Q.  Okay.  And that's because in the world of

16  epidemiology, the single greatest arbiter of cancer risk

17  is IARC?

18        A.  No.  Actually -- but also I'd like to comment on

19  another part of the textbook in which we comment that

20  they should not be confused with the establishment of

21  causation based on scientific considerations alone.  I

22  think that is a important comment that we also mentioned

23  in the book.

24        Q.  Doctor, my question had nothing to do with that.

25        A.  Yes, I know.
```

4337

1       Q.  So could you please not do that.  Please answer

2   my questions.  Okay?  I'm on a limited clock here.

3           MR. LOMBARDI:  Your Honor, it's fine to ask

4   questions, but he should direct the comments to you, not

13:55:23   5   to the witness.

6           MR. WISNER:  Your Honor, could you please

7   instruct the witness?

8           THE COURT:  Mr. Wisner, I'll allow her answer to

9   stand.  You may ask another question.

13:55:32   10           MR. WISNER:  Your Honor, I wasn't striking the

11   answer.  Could you just instruct the witness to answer my

12   questions?

13           THE COURT:  Yes.  I believe she's doing that.

14   So please -- Dr. Mucci, please just answer Mr. Wisner's

13:55:42   15   questions.

16       Q.  BY MR. WISNER:  So my question was:  That's

17   because in the world of epidemiology, the single greatest

18   arbiter of cancer risk is IARC?  Do you agree with that

19   or not?

13:55:52   20       A.  No, I don't.

21       Q.  Okay.  Now, you've reviewed a publication

22   written by Dr. Portier; correct?  Related to IARC?

23       A.  Could you just remind me which one you're

24   discussing -- yes.  I do, yes.

13:56:14   25       Q.  Exhibit 293 in your binder, do you see it,

4338

```
 1  Doctor?

 2       A.  Yes.

 3       Q.  That's the publication you reviewed?

 4       A.  Yes.

 5           MR. WISNER:  Permission to publish, your Honor?

 6           THE COURT:  Any objection?

 7           MR. LOMBARDI:  No objection, your Honor.

 8           THE COURT:  All right.  Very well.

 9       Q.  BY MR. WISNER:  So we're looking at here --

10  that's on the screen.  That's the second publication?

11       A.  Yes.

12       Q.  And this is signed by over a hundred scientists;

13  right?

14       A.  Yes, it is.

15       Q.  And in this paper, these hundred scientists

16  conclude that the weight of the evidence shows that, in

17  fact, glyphosate is a probable human carcinogen.

18           Would you like me to show you where?

19       A.  I'm sorry, so could you restate your question,

20  please?

21       Q.  So these authors conclude that the weight of the

22  science shows that glyphosate is a probable human

23  carcinogen?

24       A.  I'm not -- I think what they were talking

25  about -- I guess -- could you point specifically where
```

13:56:27

13:56:39

13:56:47

13:57:20

13:57:36

1  they say that in the text?

2      Q.  Sure.  Why don't you look on your screen.  I'll

3  just show it to everybody.  "The most appropriate and

4  scientifically based evaluation of the cancers reported

13:57:52   5  in humans and laboratory animals, as well as supported

6  mechanistic data, is that glyphosate is a probable human

7  carcinogen.  On the basis of this conclusion and in the

8  absence of evidence to the contrary, it is reasonable to

9  conclude that glyphosate formulations should be

13:58:07   10  considered likely human carcinogens."

11          Do you see that, Doctor?

12      A.  Yes, I do.

13      Q.  That's what they said?

14      A.  Yes, it is.

13:58:15   15      Q.  Okay.  When you decided to take on Monsanto as a

16  client, had you read this document yet?

17      A.  I'm sorry.  I don't think I took Monsanto on as

18  a client.

19      Q.  Well, they're paying you; right?

13:58:26   20      A.  I think they took me on as a client, just to

21  clarify.

22      Q.  Oh, okay.  So you work for Monsanto now?

23      A.  No.  I'm working -- I'm providing expert

24  testimony on behalf of this case.

13:58:50   25      Q.  Okay.  Let's continue, Doctor.  All right.

4340

1  Let's talk about some stuff --

2           MR. WISNER:  Let's get the Elmo going.

3           Permission to publish one of the slides from

4  earlier?

13:58:57    5           THE COURT:  Very well.

6       Q.  BY MR. WISNER:  Well, before I do that --

7  actually, Doctor, you agree that there's something called

8  recall bias; right?

9       A.  Yes.

13:59:05   10       Q.  And you agree that recall bias really isn't a

11  problem in the epidemiology in this case?

12       A.  Recall bias is a form of bias specific to

13  case-control studies.  I -- in reviewing this body of

14  epidemiology studies, recall bias doesn't seem to be a

13:59:25   15  big concern.

16       Q.  And you also -- you raised some other issues.

17  You talked about confounders.  You talked about proxy

18  bias.  Is that what you called it?

19       A.  Yes.

13:59:34   20       Q.  Let's start with proxy bias, okay?  That's when

21  you're collecting data and the person who is one of the

22  cases -- the cancer cases passes away or are incapable of

23  answering; right?

24       A.  Yes.

13:59:50   25       Q.  And so instead of asking -- you obviously can't

4341

1    ask someone who's passed away, so you have to ask the

2    next of kin?

3         A.  Yes.

4         Q.  Now, you said something earlier when we were

14:00:02   5    talking about the NAPP that it's appropriate to remove

6    the proxy responders.  Is that your testimony?  I don't

7    know if I heard you properly.

8         A.  It's appropriate because it addresses whether

9    there is bias due to the proxies, yes.

14:00:16   10        Q.  You are aware of something called selection

11   bias; right?

12        A.  Yes.

13        Q.  And if you were to conduct a case-control study

14   and blindly collect all these people with cancer but

14:00:25   15   exclude all the people who had already died, you see how

16   that could be a selection problem?

17        A.  Yes, yes.

18        Q.  So the proper solution isn't to exclude them,

19   it's to adjust for them and see what happens; right?

14:00:40   20        A.  No, it isn't actually.  It's not going to get

21   rid of the bias due to proxies.

22        Q.  That's an interesting thing, because you say

23   it's a bias due to proxies.  But isn't it generally

24   accepted in epidemiology that proxies will actually

14:00:55   25   attenuate the risk towards the null?

4342

1          A.   Not in all situations, actually.

2          Q.   Okay.   In pesticide and agricultural cases,

3   Dr. Blair has published that it will attenuate it towards

4   the null; right?

14:01:12   5          A.   Actually, what he published was that the proxies

6   tended to under-report the problems of pesticides, and

7   then the problem in the case-control studies was that the

8   prevalence of proxies was higher in the controls.   So

9   then what that did is to inflate the relative risk in

14:01:31   10  this setting.

11          Q.   Are you telling me that Dr. Blair has published

12  that?

13          A.   Yes, he has.

14          Q.   In 1993?

14:01:37   15         A.   No.   I'll have to pull up the study.   He

16  describes -- so there's two pieces of information.   One

17  is he reports on prevalence.

18          Q.   You're talking about prevalence of proxy.

19          A.   Second --

14:01:54   20         Q.   I never once talked about that.

21          A.   Secondly, in the case-control studies --

22          Q.   Doctor, I have a limited amount of time.

23               MR. LOMBARDI:   Your Honor --

24               THE COURT:   Please allow her to finish her

14:02:05   25  answer.

4343

1        Please, finish your answer.

2        THE WITNESS:  So we have that piece of data from

3   Dr. Blair, and then the second part is -- because we know

4   there were a lot more proxies in the control group than

5   in the case group, we know that the bias would have led

6   to an inflation of the relative risk.

7        Q.  BY MR. WISNER:  So generally in the world of

8   epidemiology -- this was my question -- when you have

9   proxy responders, it tends to, generally, bias it towards

10  the null.  That's the principle; right?

11       A.  No.  That's not true.

12       Q.  Okay.  You're an epidemiology professor; right?

13       A.  Yes, I am.

14       Q.  And you teach your students that use of proxy

15  responders will inflate the risk estimate?

16       A.  It can in certain settings if the proxy tends to

17  -- it's like a form of recall bias where the proxies who

18  have lost the family member to cancer may think more hard

19  and over-report certain types of exposures.  So it really

20  depends on the setting.  It really is study specific.

21       Q.  So you're not actually saying proxy responders

22  are a problem, you're saying there's a recall bias within

23  the proxy responders?

24       A.  Again, it depends, because sometimes there's

25  under-reporting, so it really depends.  Sometimes it will

4344

1  be an overestimate, and maybe sometimes it will be an

2  underestimate.  In this case, we know it led to a bias

3  that biased the results greater than the null value.

4       Q.  It actually went below, didn't it, on the data

14:03:30  5  you showed the jury?

6       A.  That the bias was away from the null.

7       Q.  All right.  Turn to 682.

8           MR. WISNER:  First, may I -- permission to

9  approach, your Honor?

14:03:45  10          THE COURT:  Yes.

11          MR. WISNER:  Sorry, 681.

12          Permission to approach, your Honor?

13          THE COURT:  Yes.

14          MR. WISNER:  Would you like a copy?

14:04:06  15          THE COURT:  Yes, please.

16          MR. WISNER:  I'm handing the witness and the

17  Court Exhibit 681.

18          THE COURT:  Thank you.

19       Q.  BY MR. WISNER:  This is a publication by

14:04:15  20  Dr. Blair; correct?

21       A.  Yes.

22       Q.  It's something that you've reviewed?

23       A.  Yes.  This is the article I was referring to.

24       Q.  From 1993?

14:04:22  25       A.  Yes.

1        Q.  Okay.  All right.  Well --

2            Permission to publish, your Honor?

3            THE COURT:  Very well.

4        Q.  BY MR. WISNER:  Okay.  So we were looking at the

14:04:50    5   same document on the screen; right, Doctor?

6        A.  Yes.

7        Q.  And this was done by Dr. Blair and Dr. Zahm;

8   right?

9        A.  Yes.

14:05:00    10       Q.  And if we look into here in the -- so if we read

11   what it said right here, it said -- it said, "Surrogate

12   respondents often have been used in epidemiological

13   studies of cancer.  They're able to recall pesticide use

14   with less detail than the farmers themselves."

14:05:28    15           These are proxies; right?

16       A.  Yes.

17       Q.  Yes.  "The pesticides reported by surrogates

18   were the same as reported by subjects themselves, but

19   with less frequency.  Comparison of reporting by cases

14:05:38    20   and controls provided no evidence of case-response

21   (differential) bias; thus, inaccurate recall of pesticide

22   use by subjects or surrogates would tend to diminish risk

23   estimate and dilute exposure-response gradients."

24           That's what it says; right?

14:05:56    25       A.  Yes.  This --

1    Q.  That's enough.  We'll move on.  Let's talk about

2 confounders.

3        MR. WISNER:  Put the Elmo on.

4    Q.  All right.  Doctor, this is the chart you used

14:06:14  5 for the jury; right?

6    A.  Yes.

7    Q.  You also have another one with cigarettes.  I'll

8 show that one, too.  That might even be better.

9        And you talked a lot about how important for

14:06:26 10 adjusting for confounding is; right?

11    A.  Yes.

12    Q.  And a confounder, you have it here, it's

13 something that is correlated with the exposure?

14    A.  Yes.

14:06:33 15    Q.  Right?  And it causes the outcome.

16    A.  That's not correct.

17    Q.  What am I getting wrong here?

18    A.  It doesn't have to be a cause.  It just has to

19 be associated with the outcome.

14:06:51 20    Q.  Fair enough.  Okay.  So it has to be -- well,

21 okay that's fine.  All right.

22        So it has to be correlated with the exposure.

23    A.  Yes.

24    Q.  Here, coffee and cigarettes smoking is

14:07:03 25 correlated; right?

4347

```
1        A.  Yes.

2        Q.  And it has to be associated with the outcome?

3        A.  Yes.

4        Q.  What if we got rid of coffee and just did

14:07:10   5   matches -- use of matches; right?  Matches would be

6   correlated with smoking; right?  And they would actually

7   be associated with heart disease because of smoking;

8   right?

9        A.  If -- in what setting would it be associated?

14:07:26  10        Q.  Well, we know smoking causes heart disease;

11   right?  We know that?

12        A.  Yes.

13        Q.  And we know smokers generally use matches more

14   than people who don't smoke; right?

14:07:37  15        A.  Yes.

16        Q.  So in that context, if this was matches, that

17   actually would be a situation where it is correlated with

18   the exposure?

19        A.  Yes.

14:07:44  20        Q.  And it would be correlated, although

21   incorrectly, with the outcome; right?

22        A.  I guess I'm not sure.  Are matches your exposure

23   or your confounder?

24        Q.  Either one.

14:07:58  25        A.  Okay.
```

4348

1      Q.  Do you agree with that?  In that circumstance,

2  if you put matches right here, this would all be correct;

3  right?  As equally concerning; right?

4      A.  Yes.  If you were looking at the associations

14:08:09  5  between use of matches and heart disease and you saw a

6  positive association, you'd be worried that smoking would

7  be a confounder.

8      Q.  Exactly.

9      A.  Yes.

14:08:18  10     Q.  And if you were to control, right, for matches,

11  you would eliminate any association with smoking and

12  heart disease?

13     A.  No.  That's not correct because there -- among

14  nonsmokers, there would be no association between

14:08:31  15  carrying matches and heart disease.

16     Q.  Yeah, but amongst the -- the people you have on

17  the screen --

18     A.  But that's --

19     Q.  -- Doctor, wouldn't it be true that if you

14:08:38  20  controlled for the matches something that was associated

21  with the exposure but really not related to the outcome,

22  you would eliminate the statistical power of your study

23  and you would effectively lead to a false negative?

24     A.  No, that's wrong.  That's not how epidemiology

14:08:55  25  works.

4349

1    Q.  Okay.  I'm sure then, Doctor, you've researched

2  carefully the effects of confounding in occupational

3  epidemiology; right?

4    A.  No.  I haven't, but most -- these studies are

14:09:12    5  not occupational studies.  These are cancer epidemiology

6  studies.

7    Q.  Sorry.  To be clear, is it your testimony to

8  this jury that you have not studied the epidemiology of

9  confounding in occupational studies?

14:09:27   10    A.  I've studied in depth the subject of

11  confounding, but I've not worked in occupational studies

12  myself.

13    Q.  Okay.  Have you looked at -- and it's your

14  testimony that these studies -- none of these are

14:09:41   15  occupational studies?

16    A.  These are cancer epidemiology studies.

17    Q.  Yeah.  Occupational epidemiology studies?

18    A.  No, not exactly.  These are really cancer

19  epidemiology studies.

14:09:56   20    Q.  Okay.  So the AHS, that's not an occupational

21  epidemiology study?

22    A.  If I could explain what an occupational -- so --

23    Q.  You said no; right?

24    A.  It is a study of farmers and pesticide

14:10:11   25  applicators who -- however the information that was

4350

14:10:32

1  collected was collected just as you would in any typical

2  cancer epidemiological study.  They didn't use what's

3  called work matrices or job matrices, which is what you

4  typically think of with a occupational epidemiology

5  study, so I wouldn't classify it as an occupational

6  epidemiology study.

7      Q.  So to be clear, they were following an

8  occupation?  They were tracking exposures in the context

9  of an occupation?

14:10:42

10      A.  Yes.

11      Q.  And they were estimating the health outcomes in

12  an occupation, but you don't think that the AHS is a

13  occupational epidemiological study?

14      A.  Right.  And the reason is, as I explained,

14:10:52

15  occupational epidemiology specifically is where you're

16  using work history records and other information about

17  the employment to try to estimate exposure, and that's

18  not what we did here.  What we have here are the actual

19  questionnaires.

14:11:13

20          MR. WISNER:  May I approach, your Honor?

21          THE COURT:  Yes.

22      Q.  BY MR. WISNER:  Doctor, I'm handing you

23  Exhibit 682.

24      A.  Thank you.

14:11:21

25      Q.  It's a document titled "Methodical Issues

4351

1  Regarding confounder and Exposure Misclassification in

2  Epidemiological Studies of Occupational Exposures."

3          Have you seen this before?

4      A.  Yes, I have.

14:11:37    5      Q.  Okay.  Great.

6          MR. WISNER:  Permission to publish?

7          THE COURT:  Yes.

8      Q.  BY MR. WISNER:  So looking at this on the

9  screen, this is an article written by Dr. Blair.

14:11:46   10          Do you see that?

11      A.  Yes.

12      Q.  And you reviewed this before; right?

13      A.  Yes, I have.

14      Q.  And in this study they're specifically

14:11:55   15  discussing the differences between exposure

16  misclassification and confounding; right?

17      A.  Yes.

18      Q.  And they're trying to see what's more of a

19  problem in these epidemiological studies:  Exposure,

14:12:07   20  misclassification or confounding; right?

21      A.  In this set of occupational studies, yes.

22      Q.  And let's read the background, "Confounding and

23  exposure misclassification are issues that concern

24  epidemiologists because of their potential to bias

14:12:21   25  results of study and complicate interpretations."

4352

1          And Doctor, I just want to be clear I don't

2    remember you mentioning misclassification exposure at all

3    on your direct; is that right?

4          A.  We touched a little bit about it in the context

14:12:33   5    of imputation.

6          Q.  Is that something that you considered in forming

7    to your opinions?

8          A.  Yes.

9          Q.  Okay.  You just didn't discuss it?

14:12:40  10          A.  As I mentioned, we talked about it in the

11    context of the imputation, but there are other issues in

12    this classification, yes.

13          Q.  "In occupational epidemiology, both are

14    routinely raised to argue that an observed result is

14:12:55  15    either a false positive or a false negative finding.

16    Although, it is important to consider the potential for

17    limitations of epidemiologic investigations, judgment

18    regarding their importance should be based on actual

19    likelihood of occurrence."

14:13:09  20          Do you agree with that?

21          A.  Yes.  This is exactly what we should do in

22    epidemiology.

23          Q.  Okay.  It goes on to say, "Results:  Examples of

24    substantial confounding are rare in occupational

14:13:33  25    epidemiology.  In fact, even for studies of occupational

4353

1 exposures in lung cancer, tobacco-adjusted relative risks

2 rarely differ appreciably from adjusted estimates.  This

3 is surprising because it seems like the perfect situation

4 for confounding to occur."

14:13:51   5        I'll stop there.  You actually used the example

6 of cigarettes for confounding?

7        A.  Yes.

8        Q.  "Yet, despite the lack of evidence that

9 confounding is a common problem, nearly every

14:14:08  10 epidemiologic paper includes a lengthy discussion on

11 uncontrolled or residual confounding.  On the other hand,

12 exposure misclassification probably occurs in all

13 studies.  The only question is, how much?  The direction

14 and magnitude of nondifferential exposure

14:14:25  15 misclassification (the type most likely to occur in

16 cohort studies) on estimates of relative risks can be

17 largely predicted given the knowledge on the degree of

18 misclassification, that is, relatively small amounts of

19 misclassification can bias relative risks substantially

14:14:41  20 towards the null."

21        Did I read that right?

22        A.  Yes, you did.

23        Q.  And at the conclusion, it says right here, "We

24 believe of the two major methodological issues raised in

14:14:54  25 epidemiological studies of occupational exposures, that

4354

1  is, confounding and exposure misclassification, the

2  latter" -- i.e., exposure misclassification -- "is of far

3  greater concern."

4       Do you see that, Doctor?

14:15:06   5       A.  Yes I do.

6       Q.  So to be clear, it's your belief -- let me ask

7  you:  Do you believe there's any misclassification error

8  considerations in the case-control studies?

9       A.  I'm sorry.  By "consideration," did they address

14:15:24   10  the issue of misclassification?

11       Q.  Well, you critiqued them for having confounding

12  problems.  Do you think they have misclassification

13  problems?

14       A.  They may, yes.

14:15:33   15       Q.  But you agree misclassification problems,

16  they're bigger and more prominent in cohort studies;

17  correct?

18       A.  No.  That's not correct.

19       Q.  Okay.  Let's go to the science, because I feel

14:15:51   20  like that's probably --

21       MR. WISNER:  Can you get that Elmo going?  I'm

22  going to go back and forth, Brian.

23       Q.  I'm putting up your -- you put up this

24  exploratory NHL study slide.

14:16:07   25       Do you recall that, Doctor?

4355

1          A.  Yes.

2          Q.  And you reported on certain results from these

3 studies, didn't you?

4          A.  Yes.

14:16:13    5          Q.  Now, you didn't report on all of them; right?

6          A.  I summarized here the ever-versus-never

7 comparison, but I have detailed in my report more

8 information about dose, et cetera.

9          Q.  Okay.  So, for example, you didn't include any

14:16:33   10 of the statistically significant results in these

11 studies, did you?

12          A.  I -- for this -- purposes of summarizing the

13 information, what I've done is to present the ever-

14 versus-never comparison.

14:16:43   15          Q.  So you didn't present any statistically

16 significant result in here; correct?

17          A.  Not in this particular figure, no.

18          Q.  Okay.  This is the one you showed the jury;

19 right?

14:16:54   20          A.  Yes, it is.

21          Q.  Let's go to Hardell 2002.  That will be

22 Exhibit 778.  Should be in your binder, Doctor.

23          MR. WISNER:  Permission to publish?

24          THE COURT:  Yes.

14:17:12   25          Q.  BY MR. WISNER:  All right.  Doctor, we're

4356

1  looking at the Hardell 2002 article; right?

2       A.  Yes.

3       Q.  And this is written by Hardell and Eriksson;

4  right?

14:17:20  5       A.  Yes, it is.

6       Q.  And these are some researchers out of Sweden;

7  right?

8       A.  Yes, they are.

9       Q.  And they're using data from the Swedish

14:17:30  10  registries to find people who have NHL and do these

11  case-control studies?

12       A.  Yes.

13       Q.  So they're drawing from millions of people to

14  do -- to prepare these studies?

14:17:41  15       A.  Yes.

16       Q.  The background is -- it says, "The incidents of

17  non-Hodgkin's lymphoma has increased in most Western

18  countries during the last few decades."

19           Do you see that, Doctor?

14:17:51  20       A.  Yes.

21       Q.  You agree with that?  You testified about that?

22       A.  Yes.

23       Q.  It says, "The current study was designed to

24  further elucidate the importance of 150 of phenoxyacetic

14:18:00  25  acids and other pesticides in the etiology of NHL";

4357

1 right?

2      A.  Yes.

3      Q.  All right.  And then they used the

4 population-based control study; right?

14:18:10   5      A.  Yes.

6      Q.  And so this isn't polling from an occupations;

7 this is polling from actual people in Sweden?

8      A.  Right.

9      Q.  It says they found 442 cases and twice as many

14:18:22  10 controls?

11      A.  Yes.

12      Q.  Total of 404 cases and 471 controls answered the

13 questionnaire?

14      A.  Yes.

14:18:29  15      Q.  And in this one, they actually had follow-ups on

16 questionnaires by telephone; right?

17      A.  Right.

18      Q.  Just so if there was anything that was

19 confusing, they clarified and checked with them; right?

14:18:40  20      A.  Yes.

21      Q.  And that's generally a good practice in the

22 field of epidemiology; right?

23      A.  It can be in some settings and not in others.

24      Q.  Okay.  And they did an assessment and in Table

14:18:54  25 1 -- let's actually just go to Table 7, because that has

1  the herbicides.  So this Table 7, it presents the results

2  for different exposures related to different herbicides;

3  right?

4       A.  Yes.

14:19:14   5       Q.  It doesn't have glyphosate here identified.

6  It's in the "Other herbicides" category; right?

7       A.  Yes.

8       Q.  Okay.  And it had the multi-variate and the

9  uni-variate analysis; right?

14:19:23   10      A.  Yes.

11       Q.  And the multi-variate one controls for other

12  pesticides?

13       A.  It's been a while since I've looked at this.  I

14  just want to make sure I'm correct.  It says

14:19:45   15  multi-variate analysis was performed, but it's not clear,

16  I guess, if they did or did not mutually adjust for other

17  pesticides or whether just other factors.  So it's not

18  specifically clear, but we can say that it is adjusted

19  partially.

14:20:01   20       Q.  And then for the Table 1, they actually go over

21  the specific pesticides, that's where glyphosate is

22  actually shown.  You said there's only a few cases.  It

23  has 2.3, right, but it's not statistically significant?

24       A.  Just to clarify, this is the unadjusted

14:20:23   25  estimate.

4359

1          Q.   That's right.

2          A.   Yes.

3          Q.   You didn't put that up on the board, though, did

4    you?

14:20:26   5          A.   This Hardell study was part of the Hardell 2002.

6    It was a pooling of this case control with another, so

7    that's why I chose to (inaudible).

8          Q.   Okay.  So let's look at the 2002.  I thought we

9    were looking at that.

14:20:38  10          Let's look at Exhibit 777.  This is the Hardell

11   2002; right?

12         A.   Yes.

13         Q.   And this is the one that Mr. Lombardi showed

14   you?

14:20:51  15         A.   Yes.

16         Q.   And this one pooled in the one we just saw with

17   some other data from another study; right?

18         A.   Yes.  It had four additional exposed cases.

19         Q.   Okay.  And this is also written by two of the

14:21:04  20   same authors?

21         A.   Yes.

22         Q.   And if we go into it, they do a specific --

23   let's go to Table 7, tends to be where the relevant stuff

24   is.

14:21:16  25          And in Table 7, do you see this reflects the

1 various herbicide analysis?

2      A.   Yes.

3      Q.   And for glyphosate there's a 3.04 uni-variate

4 number.

14:21:26     5           Do you see that?

6      A.   Yes.

7      Q.   And that has -- that's statistically

8 significant?

9      A.   Yes, it is.

14:21:31    10      Q.   And you didn't include that on your Forest plot;

11 right?

12      A.   No, because it was not adjusted for the

13 confounding.

14      Q.   Okay.  Now, you say there was confounding, and

14:21:41    15 so when they did adjust for other pesticides, it went

16 down to 1.85; right?

17      A.   Yes, it did.

18      Q.   So the risk didn't disappear?

19      A.   In this case, yes.  The risk was attenuated, but

14:21:52    20 you can also see, given the width of the confidence

21 interval, the information in that relative risk is not

22 very informative.  It's not reliable because of the very

23 wide confidence interval.

24      Q.   Okay.  But you see that there's still an

14:22:07    25 elevated rate?

```
 1      A.  I really don't agree with that, and I think
 2 because of the width of this confidence interval --
 3 because we're relying on eight exposed cases -- this does
 4 not really an informative study.
 5      Q.  I'm sorry, 1.85 that's greater than one; right?
 6      A.  That number is greater than one, yes.
 7      Q.  And if you actually look what the authors had to
 8 say about this, they actually concluded that glyphosate
 9 was a risk factor; correct?
10      A.  Could you show me the specific language that
11 they used?
12      Q.  Sure.  There we go.  "Glyphosate is the
13 herbicide now mostly used in Sweden.  In this study
14 exposure, to glyphosate was a risk factor for NHL."
15          Do you see that?
16      A.  Yes.
17      Q.  And you disagree with that?
18      A.  Yes, and actually I believe IARC put very
19 limited weight on this particular study as well.
20      Q.  I didn't ask about IARC.  I asked about you,
21 Doctor?
22      A.  Yes.  And I also -- given the width of the
23 confidence interval, given concerns about the use of
24 proxies and given the small very number of exposed cases,
25 I don't put much weight into this study.
```

14:22:21
14:22:38
14:23:00
14:23:11
14:23:26

4362

1          Q.  So you disagree what the authors concluded?

2          A.  In this particular case, I do.

3          Q.  IARC included this in their meta-analysis?

4          A.  Yes, they did.

14:23:38   5      Q.  But you did not?

6          A.  No, I didn't.  However, the meta-analysis I

7  showed you, when you include that data, it actually

8  doesn't change the overall meta-analysis.

9          Q.  So going back to your Forest plot here, the next

14:23:53  10  one you have is McDuffie; right?

11          A.  Yes.

12          Q.  And this one you have concerns with because of

13  proxy respondents?

14          A.  Yes.

14:24:01  15      Q.  And there was no adjustments for pesticides?

16          A.  Yes.

17          Q.  Okay.  Let's look at it.  It's Exhibit 818 in

18  your binder.

19              MR. WISNER:  Permission to publish, your Honor?

14:24:09  20              THE COURT:  Very well.

21          Q.  BY MR. WISNER:  All right.  So this is the

22  McDuffie article, and as you can see it's not just

23  Dr. McDuffie but a bunch of other people as well; right?

24          A.  Yes.

14:24:23  25      Q.  Does it include Dr. Pahwa?

1          A.  Yes.

2          Q.  All right.  And what they did here is they did a

3     case-control study based in Canada; is that right?

4          A.  Yes, it is.

14:24:33    5          Q.  And they looked at a couple of different things,

6     but one of the things -- I was looking through this you

7     said they had a problem with proxy respondents; right?

8          A.  Yes.

9          Q.  I was reading through it, and right here it

14:24:45    10    says, "Surrogates for deceased cases were not contacted."

11          A.  Yes.  I can see that.  However, there's another

12    publication that used the same data where it describes

13    the use of the proxy respondents.

14          Q.  Who are the proxy respondents if the deceased's

14:25:04    15    contacts were not contacted?

16          A.  You can see that's by Dr. Hohenadel where they

17    discuss this, where they had included -- if you look at

18    that paper, which used that same exact case-control study

19    they, in fact, do include proxies.

14:25:20    20          Q.  But the authors say they didn't right here.

21          A.  I understand that that's what they say here, but

22    in this other publication, they do, in fact, state that

23    they used proxies.

24          Q.  So you're saying this publication's wrong?

14:25:34    25          A.  I'm saying it's not in agreement with another

1  publication using the exact same case-control study.

2       Q.  Okay.  Well, at least based on what they say,

3  they say they didn't use them, didn't they?

4       A.  Here they say -- at least the deceased's cases

14:25:53  5  were not contacted.

6       Q.  So if we take this study at face value, there's

7  not really a proxy problem?

8       A.  I can appreciate why you said that, but then

9  there's the Hohenadel study which uses the exact same

14:26:06  10  study from Canada which does describe the use of proxies.

11       Q.  If we go right here, there's a table that you

12  described to the jury.

13            Do you recall that?

14       A.  Yes.

14:26:17  15       Q.  This is where you have the glyphosate Roundup

16  number of -- it's 2 point -- 1.26 and then more adjusted

17  it's 1.2; right?

18       A.  Yes.  It is, yes.

19       Q.  And that's not statistically significant;

14:26:33  20  correct?

21       A.  No, it is not.

22       Q.  But 1.2 is greater than one, right?

23       A.  The value of 1.2 is greater than one.  And just

24  to clarify, this is not adjusted for other pesticides.

14:26:44  25       Q.  I was going to get to that.  So your concern

1 with this number is that there's these confounders;

2 right?

3       A.  I'm confused, generally, in thinking about the

4 validity of the results that there could be potential

14:26:59  5 confounding.  One thing in epidemiology is we can

6 actually examine whether confounding is present or not.

7       Q.  One way you do this is you basically run a

8 regression and you see if those other things are

9 associated with the outcome; right?

14:27:14  10      A.  That's one of the steps that you would take,

11 yes.

12      Q.  Didn't they do that in this study?

13      A.  They had that part of the analysis, yes.  So in

14 the tables, they present the association with the

14:27:25  15 outcome, yes.

16      Q.  So if we look here on Table 7, among individual

17 pesticides -- and it lists a bunch -- "the user, non-user

18 were included in the initial multi-variate model and

19 found not to contribute significantly to the risk of

14:27:43  20 NHL."

21          That's what it says; right?

22      A.  Yes, it does.

23      Q.  So they actually checked to see if these other

24 pesticides contributed significantly to NHL, and it

14:27:52  25 didn't?

4366

1      A.  And just to clarify, this may be a subtle point,

2  but a factor doesn't have to be statistically significant

3  to be associated with the outcome to actually be a

4  confounder.

14:28:05   5      Q.  Okay.  And then if you look at the -- they did a

6  dose-response analysis; right?  This is not -- oh, yes,

7  it is.

8          They did a dose-response analysis; right,

9  Doctor?

14:28:18   10     A.  Yes, they did.

11     Q.  And I recall you commenting look at all these

12  elevated rates that show systematic bias.  That's what

13  you told the jury?

14     A.  Again, it may suggest systematic bias.

14:28:30   15     Q.  Sure, but this table was just for reporting

16  positive results.  If you actually look at the top, it

17  says, "Models that included the time variable 'days per

18  year' and stratification for age and province of

19  residence were also assessed for the individual herbicide

14:28:44   20  compounds," and it lists a bunch.  "No significant

21  associations were found."

22          Because this is the frequency of exposure to

23  selected herbicides; right?

24     A.  How many -- could you repeat what you said?

14:29:01   25     Q.  I just read it.  And so the reason why these are

4367

1  all positive is not because there's systematic bias, but

2  because the authors are just showing the positive

3  results?

4       A.  Well, that may be true.  I think if you look

14:29:17  5  back at Table 2, which may be also what we're talking

6  about, there are number of positive associations that are

7  seen in those tables where they're not doing the

8  selected -- selected specific pesticides.  They're

9  presenting data on all the pesticides.

14:29:31  10      Q.  And for glyphosate, we see at greater than two

11  days per year use, there is a 2.12 odds ratio; right?

12      A.  Yes.

13      Q.  And it's statistically significant; right?

14      A.  It is.

14:29:48  15      Q.  And even though the other pesticides were not

16  significantly associated with NHL, as we showed in Table

17  7, it's your opinion that this is a confounded result

18  and, therefore, lacks credibility?

19      A.  Actually, you can see from Table 8 because there

14:30:05  20  are different pesticides associated with the use of NHL,

21  these themselves could be the confounders of this

22  association.

23      Q.  Okay.  But you don't know that, even though the

24  authors said they looked at it and saw nothing?

14:30:20  25      A.  No.  What they looked at were these other --

4368

1    they didn't look at it as a confounder.  They looked to

2    see whether the pesticides were associated with the

3    outcome.  That's something different than assessing

4    whether these specific pesticides here confounded the

14:30:34    5    association for glyphosate and NHL risk.

6            Q.  But do you have any evidence that people who

7    sprayed glyphosate disproportionality spray -- I don't

8    know -- fumigant Carbon tetrachloride?

9            A.  We don't know from the study because the authors

14:30:50    10   didn't comment on it; however, we do know from other

11   publications that people who use glyphosate are using

12   other pesticides.  Again, I'm not saying there is

13   necessarily confounding, but it is something to be

14   worried about, that these estimates may be confounded.

14:31:06    15          Q.  I'm sure, Doctor, to make sure you were not

16   throwing in unnecessary confounders, you made sure these

17   things are actually something that caused NHL?

18          A.  I'm sorry, could you say that again?

19          Q.  I'm sure you went and checked to see if these

14:31:22    20   other things that you say are potential confounders, you

21   went to see, are they cancer causers; right?  You

22   actually looked?

23          A.  Just to clarify, a factor doesn't have to be a

24   cause to be a confounder.  That is established

14:31:34    25   epidemiology.

4369

Q.  You can say something's a confounder even if you don't know it causes the outcome?

A.  As I showed in that other figure that illustrated the concept of confounding, it may be correlated with something else that actually is the cause.  So it may not be that, for example, malathion is a cause, but malathion may be correlated with something else that is itself a cause.  So by adjusting for malathion, we are getting rid of the confounding that may be due to the fact that malathion is correlated to these other things.

Q.  But you're just speculating; right?

A.  I think it's more than speculation, because we know -- so, again, with confounding, the factor has to be -- the confounder has to be associated with the outcome, which we can see several of these are in this table, and they have to be correlated with the exposure. But it is presented in other studies where we know glyphosate users were a lot more likely to use these other exposures, so it's pretty reasonable to be concerned about confounding in this study.

Q.  What study exists that says that people who use glyphosate used Mecoprop.  What study is that?

A.  Again, I think it's a reasonable -- I don't know.  I can't tell you specifically what study is there,

4370

1  but I think we would want to know is it correlated and,

2  therefore, could be a potential confounder.  It's

3  something we would want to know about.  Actually, we do

4  know, though, that malathion is a confounder in the Pahwa

14:33:05  5  study.  It's one of the factors they adjusted for in

6  their analysis.

7  Q.  Okay.  Because that was associated with the

8  outcome; right?

9  A.  It was associated with the outcome, and it was

14:33:13  10  correlated with exposure.

11  Q.  There's absolutely not a single document,

12  sentence or reference to any of the Pahwa articles,

13  Doctor, that say glyphosate and malathion are associated.

14  A.  Okay.  That's true, but they were included in

14:33:27  15  the multi-variate models, those three exposures.

16  Q.  So to be clear, our concern that glyphosate is

17  associated with every single pesticide that you say are

18  potential confounders, you're just making that up?

19  A.  Again, it's -- what I'm trying to raise the

14:33:42  20  issue is that we're concerned about confounding because

21  we do see here there are several of these pesticides that

22  are associated.  There's a systematic reason why so many

23  -- some of these pesticides are positively associated.

24  Could it be confounding?  Could it be due to proxies?

14:33:57  25  Could it be due to some other kind of bias?  It just

4371

1 raises concerns, and that's the concerns I talked about

2 in my direct.

3     Q.  Doctor, you said that one of the great

4 accomplishments of epidemiology was that it helped expose

14:34:11   5 that tobacco was associated with lung cancer; right?

6     A.  Yes.

7     Q.  And isn't it true that when that fight was

8 happening in the epidemiology world, the tobacco

9 companies kept saying, it's confounders?

14:34:25  10     A.  Maybe.  I'm sure they did, yes.  And so -- but I

11 think many studies have tried to investigate whether

12 there is confounding present or not in the tobacco

13 association, and it hasn't been found, any confounders.

14     Q.  All right.  Let's go back to the chart.

14:34:45  15     MR. WISNER:  Thank you, Brian.

16     Q.  So this is your -- your Forest plot again.  And

17 again, the McDuffie article says there were proxy

18 respondents, although the article says there wasn't, and

19 you said that there was no adjustment for pesticide.  It

14:35:01  20 doesn't mention that they did that analysis to see if

21 they were associated; right?

22     A.  Again, I can understand -- just to clarify,

23 there were five pesticides in that table that were not

24 included in the table because they were not associated;

14:35:15  25 however, there are a number of pesticides that are

4372

1 associated and, therefore, are potential confounders.

2     Q.  And the number you give you don't give the

3 dose-response number; right?

4     A.  Again, we talked about the dose response, but --

14:35:28   5 in this table, I present the ever-never comparisons.

6     Q.  All right.  Let's move on -- I don't want to

7 move on to Orsi for too long.  You agree with me Orsi is

8 not very helpful in this case; right?

9     A.  The information is limited because of potential

14:35:44   10 biases.

11     Q.  In fact, in your report you discuss how you

12 really don't even need to look at it; right?

13     A.  It's one of the studies I did look at, actually.

14 I looked at all of the epidemiological evidence.

14:35:56   15     Q.  I know, but you said it doesn't tell you

16 anything; right?

17     A.  It has limited value; yes.

18     Q.  But for some reason, that one did make it in

19 your meta-analysis; right?

14:36:05   20     A.  I included it.  IARC included it as well.

21     Q.  But IARC included Hardell 2002, but you kicked

22 that one out?

23     A.  As I mentioned in the Forest plot, I showed you

24 I did not use Hardell there; however, I did evaluate

14:36:20   25 whether Hardell would have had any impact on the results,

4373

1  and it did not.

2       Q.  So these aren't in date order.  The next one you

3  have Eriksson is.  I'm going to jump to De Roos 2003

4  first, okay?

14:36:30    5       A.  Okay.

6       Q.  Before we get there, I want to talk about

7  something that's come up a couple times that's called

8  Bayesian analysis.  Have you heard of that?

9       A.  Yes, I have.

14:36:37   10       Q.  And that's a type of statistical analysis that

11  was popular in the mid-2000s and has sort of gone out of

12  fashion?

13       A.  That's not true, actually.

14       Q.  Okay.  Bayesian analysis, the way it does

14:36:50   15  statistics is it makes assumptions about the world before

16  we look at the data?

17       A.  That's actually not true.

18       Q.  I'm sorry -- let me finish.  I guess it's going

19  to be no matter what I say after that.

14:37:01   20       Bayesian analysis tries to make *a priori*

21  assumptions about what risks you think are or are not.

22  Then you look at the data, and you list the data

23  according to those assumptions?

24       A.  That's not completely correct.

14:37:15   25       Q.  Pretty close, though?

4374

1      A.  You make the *a priori* assumptions based on

2  existing data.

3      Q.  Sure.  I didn't mean to suggest that it was you

4  willy-nilly, you but you make *a priori* assumptions before

14:37:26    5  you do the analysis.  That's all I meant.

6      A.  Because of existing data, yes.

7      Q.  Okay.  So let's go to De Roos 2003.  That is

8  Exhibit 710 in your binder, Doctor.

9          MR. WISNER:  Permission to publish, your Honor?

14:37:36   10          THE COURT:  Yes.

11      Q.  BY MR. WISNER:  All right.  So we're looking at

12  this is on the screen.  This is Exhibit 710, and this is

13  the De Roos 2003 paper.

14      A.  Yes.

14:37:48   15      Q.  De Roos, her name keeps popping up.  She's been

16  pretty prolific in the area of epidemiology; right?

17      A.  For this topic, yes.

18      Q.  Particularly in pesticide?

19      A.  Yes.

14:37:59   20      Q.  She's on this study.  She's on the first AHS

21  study, she's on the last AHS study; right?

22      A.  I believe she is on the last AHS study, yes.

23      Q.  She's also on the letter that Dr. Portier sent;

24  right?

14:38:12   25      A.  I can't recall.  If you say so, yes.

4375

1      Q.   Okay.  And we also have on here Dr. Blair;

2 right?

3      A.   Yes.

4      Q.   Dr. Zahm; right?

14:38:21   5      A.   Yes.

6      Q.   Dr. Weisenburger; right?

7      A.   Yes.

8      Q.   And Dr. Cantor.  And he was -- I believe it's a

9 he; right?

14:38:28  10      A.   Yes.

11      Q.   Dr. Cantor, he's -- he did one of the original

12 US case-control studies; right?

13      A.   Yes.

14      Q.   And so they did an analysis here and if you look

14:38:45  15 at the methods, it says, "During the 1980s, the National

16 Cancer Institute conducted three case-control studies of

17 NHL in the midwestern United States."

18          This essentially is pooling the data from that;

19 right?

14:38:59  20      A.   Yes.

21      Q.   Now, if you actually go to the second -- third

22 page, there's a Table 1.

23          Do you see that, Doctor?

24      A.   Yes.

14:39:06  25      Q.   And this is the table used to generate the

1 assumptions for the hierarchical analysis; right?

2     A.  Yes.

3     Q.  And these numbers -- the ultimate thing is the

4 carcinogenic probability on the right; right?

14:39:24  5     A.  Yes.

6     Q.  And for glyphosate -- where is it?  Down here on

7 the bottom.

8         For glyphosate, they had a probability of .03;

9 right?

14:39:32  10    A.  Yes.

11    Q.  Okay.  Sorry .3.

12    A.  0.3.

13    Q.  All right.  And if we look at the bottom, what

14 this actually involves, it actually involves IARC,

14:39:43  15 doesn't it?

16    A.  Yes.

17    Q.  It says, "Carcinogenic probability value is

18 created by combining the classifications from the IARC

19 Monographs Programme on the Evaluation of Carcinogenic

14:39:56  20 Risks to Humans and the US EPA Integrated Risk

21 Information System"; right?

22    A.  Yes.

23    Q.  And today this number for glyphosate would not

24 have been .3.  It actually would have been .6, "probable

14:40:12  25 human carcinogen in one assessment and unclassifiable in

4377

1 another"?

2      A.  I think this is a good point.  This study was

3 done before IARC; however, I'm not sure which

4 classification it would be because it actually was

14:40:24   5 classifiable in the other.  So it's not clear from this

6 classification scheme, but I agree it's not 0.3.

7      Q.  So if it was done today, it probably would have

8 been higher; right?

9      A.  Probably.

14:40:35   10      Q.  It would have raised the hierarchical regression

11 point estimate; right?

12      A.  Not necessarily.  We actually don't know what

13 effect it would have had on the estimates of the

14 hierarchical regression.  I'm not sure what the effect

14:40:45   15 would have been.

16      Q.  Now, one of the things -- you talked a lot about

17 adjusting for other pesticides?

18      A.  Yes.

19      Q.  And they adjusted for a lot of pesticides in

14:40:54   20 this one; right?

21      A.  Yes, they did.

22      Q.  I think it's 47 different pesticides; isn't that

23 true?

24      A.  Yes.

14:40:59   25      Q.  And they actually generate a table, Table 3.

1  And I'll pull it up here.  See if you can read it.

2        This is the table; right?

3    A.  Yes.

4    Q.  And it has all the different pesticides that are

14:41:12  5  being studied.  And, in fact, every one of these

6  estimates was adjusted for every one of these other

7  pesticides and herbicides?

8    A.  In the hierarchical, yes.

9    Q.  Oh, you're saying it wasn't in the logistical

14:41:24  10  regression?

11    A.  You know, actually reading through this document

12  a number of times, it remains unclear to me if they did

13  or did not in the logistic regression.

14    Q.  What if I could prove to you definitively,

14:41:36  15  finally resolve this debate, that, in fact, it was

16  adjusted for other pesticides?  Would you agree that the

17  proper number to use is the 2.1?

18    A.  No, not necessarily.

19    Q.  Why not?

14:41:45  20    A.  I think in this case -- I mean, it might be, and

21  it might not be.  I think the hierarchical, when you look

22  through it, when you're controlling for 47 different

23  pesticides, when -- if we remember how many total cases

24  were exposed to glyphosate, the number is actually pretty

14:42:08  25  small.  I think it was -- I remember 50 total cases.

4379

1  When you're looking at 47 different pesticides, what can

2  happen is you can really lead to a lot of imprecision in

3  your estimate.

4          So in this situation, it might be more

14:42:22   5  reasonable to consider the hierarchical, which doesn't

6  lead to so much in precision.

7          I think they were both -- they both address

8  confounding both ways.  I'm not sure I would disregard

9  one more than the other.

14:42:36   10     Q.  Okay.  If you look at the logistical regression,

11  every other data point on your forest plot, the ones that

12  you use for your meta-analysis, you always use logistical

13  regression for that; right?

14          A.  Because that was the only model used.

14:42:49   15     Q.  And here, the logistical regression shows 2.1.

16  That's statistically significant; right?

17          A.  Yes, it does.

18          Q.  And if you look at the bottom, it says, "Each

19  estimate is adjusted for use of all other pesticides

14:42:59   20  listed in Table 3, age and study site."  That's what it

21  says; right?

22          A.  Yes, it does.

23          Q.  And the title, it says, "Effect Estimates For

24  Use of Specific Pesticides and NHL Incidents, Adjusting

14:43:16   25  For Use of Other Pesticides."  That's what it says;

1  right?

2       A.  Yes.  That's what the title says, yes.  Just

3  when you read through -- first of all, it's not

4  specifically highlighting the logistic regression column.

14:43:28    5       And then, secondly, when you look through the

6  actual written methods, it doesn't describe the

7  adjustment for other confounders.  So that's -- that's

8  where the confusion is.

9       Q.  Okay.  Let's look at the De Roos 2005

14:43:40   10  publication.  Okay?

11       A.  Okay.

12            MR. WISNER:  Permission to publish, your Honor?

13            THE COURT:  Yes.  And, actually, before we get

14  into another study --

14:43:47   15            MR. WISNER:  Your Honor, I just want to do this

16  one little thing before we take a break.

17            THE COURT:  Okay.  Very good.  Which one?

18            MR. WISNER:  709, your Honor.

19            THE COURT:  Very well.  We'll break after this.

20            MR. WISNER:  Thank you.  It's very quick.

21       Q.  This is the same author; right, Doctor?

22       A.  Yes, it is.

23       Q.  Dr. De Roos, Dr. Blair; right?

24       A.  Yes.

14:44:03   25       Q.  And this is the first publication of the AHS?

4381

1          A.  Yes, it is.

2          Q.  Okay.  As it relates to glyphosate?

3          A.  Yes.

4          Q.  Okay.  And then if we go down, actually into the

14:44:13    5  discussion section, there's a whole discussion of the

6  state of science.

7              And it reads, "The first report of an

8  association of glyphosate with NHL was from a

9  case-control study.  But the evidence was based on only

14:44:31   10  four exposed cases."

11             That's the first Hardell study we looked at;

12  right?  It's right on the screen, Doctor.

13         A.  Well, you talked about two Hardell studies.

14         Q.  The first one.

14:44:41   15         A.  On my -- on my summary?

16         Q.  No.  This is the older one.  This is the 1991

17  one.

18         A.  Sorry.  I see where you're reading, yes.

19         Q.  Okay.  If we go down here, they discuss De Roos

14:44:52   20  2003?

21         A.  Yes, they do.

22         Q.  It says, "A more extensive study conducted

23  across a large region of Canada found an elevated risk of

24  NHL associated with glyphosate use more than frequent

14:45:04   25  than two days" -- that's McDuffie.  I'm on the wrong one.

4382

1  Where are we?

2         Here we go.  "Similarly, increased NHL risk in

3  men was associated with having ever used glyphosate."

4         And it gives the 2.1 ratio, doesn't it?

14:45:20   5     A.  Yes, it does.

6     Q.  And it says, "After adjustment for the other

7  commonly used pesticides in a pooled analysis of National

8  Cancer Institute's sponsored case-control studies

9  conducted in Nebraska, Iowa and Minnesota"; correct?

14:45:35   10    A.  Yes.

11    Q.  And you assume Dr. De Roos, when she said this,

12  she knew what she was talking about?

13    A.  Yes.  Actually, so that really does help clarify

14  it.

14:45:43   15    Q.  Okay.  So we agree -- interestingly enough, when

16  she decides to relate the results in the next published

17  literature on this area, she doesn't mention any

18  hierarchical analysis, does she?

19    A.  No, she does not.

14:45:55   20    Q.  She represents the logistical regression; right?

21    A.  Yes, she does.

22         MR. WISNER:  Okay.  We can take a break, your

23  Honor.

24         THE COURT:  All right.  Ladies and Gentlemen,

14:46:01   25  let's take the afternoon recess.  We'll be in recess

1 until 3 o'clock.  Please remember:  Do not discuss the

2 case.

3          (Recess.)

4          THE COURT:  Welcome back, Ladies and Gentlemen,

15:01:48   5 Counsel.

6          Dr. Mucci remains under oath.

7          And, Mr. Wisner, you may proceed.

8          MR. WISNER:  Thank you, your Honor.

9      Q.  Dr. Mucci, just before the break we were looking

15:01:58  10 at this passage from the De Roos 2005 article.

11          And isn't it true the reports made by these

12 authors report the unadjusted numbers; correct?

13      A.  I'm sorry, was there -- did you end your

14 question?  I'm sorry.  I couldn't hear you.  You were --

15:02:20  15      Q.  Oh, you couldn't hear me?  I'm sorry.  I was

16 wondering --

17      A.  Sorry.

18      Q.  Isn't it true that the De Roos authors in 2005,

19 when they discussed these other studies, they disclosed

15:02:29  20 the unadjusted numbers; right?

21      A.  I'd have to look through just to remind myself.

22          Yes.

23      Q.  And so these authors felt that the most

24 important piece of information from these study, at least

15:02:52  25 to report in this paper, was not the adjusted numbers but

1 the unadjusted numbers; right?

2     A.  Well, these are examples where there were not

3 adjusted estimates to present, so they presented the

4 estimates that they had.

15:03:05    5     Q.  But there was an adjusted number for Hardell

6 2002.  You showed the jury that, didn't you?

7     A.  Yes.  I'm sorry.  That is correct, yes.

8     Q.  And for McDuffie, I guess there was an adjusted

9 there.  They could have put the hierarchical analysis for

15:03:22   10 De Roos 2003, but they didn't; right?

11     A.  Yes, they did not.

12     Q.  Okay.  Let's go back to De Roos 2003.  That's

13 the previous -- the next -- 710, Doctor.

14         And I just want to show you a couple things that

15:03:41   15 I thought were interesting.

16         So in De Roos, it states:  "The large number of

17 exposed subjects in this pooled analysis allowed

18 adjustment for the use of other pesticides.  And

19 hierarchical regression modeling resulted in estimates

15:03:57   20 that, in some instances, were more stable than those from

21 logistic regression models.  However, the effect

22 estimates from the logistical -- logistic and

23 hierarchical analysis were quite similar overall, with a

24 few standout exceptions."

15:04:14   25         Do you see that, Doctor?

4385

1          A.  Yes.

2          Q.  In the next paragraph, it states:  "Adjustment

3     for multiple pesticides suggested there were few

4     instances of substantial confounding of pesticide effects

15:04:23   5     by other pesticides."

6               Do you see that?

7          A.  Yes.

8          Q.  And this is in a study where they looked at 49

9     different pesticides and their various

15:04:35  10     interrelationships; right?

11          A.  Yes.

12          Q.  And they said there wasn't any real substantial

13     confounding; right?

14          A.  That's the statement they made, yes.

15:04:41  15          Q.  Now, one of the criticisms you have of this

16     study was that the latency period was not sufficiently

17     long; right?

18          A.  Yes.

19          Q.  And you talked about how -- actually, could we

15:04:52  20     go to the Elmo?

21               You talked about -- on your diagram here, about

22     when the diagnoses occurred.  And you said for De Roos

23     2003, it would have been between 5 and 12 years --

24          A.  Yes.

15:05:05  25          Q.  -- after exposure?

4386

1              Your concern about that latency period being too

2 short presumes that the latency period is longer than

3 that; right?

4         A.  Yes, it would.

15:05:21    5         Q.  And if we're in this exploratory area, right, we

6 have a study that we know fully adjusted for other

7 pesticides, was statistically significant, showed a

8 doubling of the risk, wouldn't that lend support to the

9 idea that maybe it's not that the latency is too short,

15:05:41   10 but maybe the latency is just not that long?

11         A.  In some circumstances, that could be possible,

12 but not necessarily so.

13         Q.  But it's a possibility; right?

14         A.  Yes.  And it's a possibility that the

15:05:55   15 Agricultural Health Study actually investigated as well,

16 and they didn't see any short-term effects of glyphosate

17 in that analysis.

18         Q.  The Agricultural Health Study didn't see any

19 effects.

15:06:07   20         A.  For non-Hodgkin's lymphoma, they did not.

21         Q.  So that doesn't really tell us much about

22 latency, because there's no positive associations to look

23 at; right?

24         A.  Not really.  If there were only a short-term

15:06:19   25 effect, you might see it in that subanalysis.  But they

1  did not.

2      Q.  Okay.  But so you agree, then, that the De Roos

3  study, if, in fact, the latency are shorter than 20,

4  30 years -- let's say they're -- they could be done in a

15:06:33   5  few years, the De Roos study would be consistent with

6  that theory; right?

7      A.  If that were the case, it would be, yes.

8      Q.  Okay.

9      A.  Potentially.  Also, Eriksson, just to add, did

15:06:43  10  not see a shorter term effect of glyphosate in their

11  study.

12      Q.  Sure.

13          And so in De Roos 2003, you decided to put the

14  hierarchical regression on here; right?

15:06:53  15      A.  Yes.

16      Q.  Why didn't you put the logistical regression

17  here?

18      A.  As I mentioned, at that time, it wasn't clear to

19  me whether or not it would be logistically adjusted for

15:07:04  20  all of the other confounders.  We discussed that now.

21          And then at the same time, given that I was

22  wrong in the number of cases, it was only 36 cases to

23  include in the logistic regression, 47 -- 47 different

24  variables can be a concern.

15:07:21  25          So it can be reasonable in this case to rely on

1 the hierarchical in that case, because it deals with

2 these multiple exposures in a different way.

3     Q.  So you think that adjusting for the 47

4 pesticides was too much?

15:07:37 5     A.  It can -- when you have so few cases, it can be

6 a problem, yes.

7     Q.  Now, the last one on here is the Eriksson study,

8 and I kind of want to go through all of them with you,

9 but I want to do this one quickly and see if I can just

15:07:52 10 do it by talking about it.

11     A.  Okay.

12     Q.  The Eriksson study, again, was a

13 population-based study; right?

14     A.  Yes, it was.

15:07:56 15     Q.  And, actually, all of these were population

16 based?

17     A.  Not Orsi, but the others were.

18     Q.  Sorry.  That's a hospital one.

19     A.  Yes.

15:08:02 20     Q.  But the rest of them are population based?

21     A.  Yes.

22     Q.  So they're pulled from people; right?

23     A.  Yes.

24     Q.  Gardeners?

15:08:07 25     A.  A whole range of individuals in the population.

4389

1    Q.  It's not just professional pesticide

2  applicators; right?

3    A.  Correct.

4    Q.  Okay.  And so presumably they capture all sorts

15:08:16    5  of different types of real-world human exposures?

6    A.  Yes.

7    Q.  All right.  And the Eriksson study, that had a

8  statistically significant doubling of the risk when it

9  was not adjusted; right?

15:08:28   10    A.  Correct.

11    Q.  It was, like, 2.02; right?

12    A.  Yes.

13    Q.  It's not on here.

14    A.  It is not on there, no.

15:08:35   15    Q.  And then when you adjust for those other

16  pesticides, you get 1.51; right?

17    A.  Yes.

18    Q.  Now, the authors didn't think that that adjusted

19  number was right, though, did they?

15:08:50   20    A.  I'm not -- I'm not sure.  They --

21    Q.  Let's look at it.  It's Exhibit 758.

22        MR. WISNER:  Permission to publish, your Honor?

23        THE COURT:  Very well.

24    Q.  BY MR. WISNER:  So we're looking at Eriksson.

15:09:09   25  The one we were talking about; right?

4390

1       A.   Yes.   Sorry, I can't hear when you're looking

2   there.

3       Q.   Sorry.   Fair enough.

4            We have Eriksson and Hardell again; right?

15:09:20   5       A.   Yes.

6       Q.   And now we've got these two new guys to the

7   party; right?

8       A.   Yes.

9       Q.   And they're, again, looking at the Swedish data;

15:09:29  10   right?

11       A.   Yes.

12       Q.   And here they did another analysis.   And let's

13   just go to their conclusions.

14            You know, you mentioned that your only exposure

15:09:36  15   to the mechanistic data was from the epi studies; right?

16       A.   Yes.

17       Q.   So right down here it says, "Glyphosate is a

18   broad-spectrum herbicide, which inhibits the formation of

19   amino acids in plants.   The US Environmental Protection

15:09:54  20   Agency and the World Health Organization has concluded

21   that glyphosate is not mutagenic or carcinogenic.   Since

22   then, however, some experimental studies indicate

23   genotoxic, hormonal and enzymic effects in mammals as

24   reviewed.   Of particular interest is that glyphosate

15:10:12  25   treatment of human lymphocytes *in vitro* resulted in

4391

1  increased sister chromatid exchanges, chromosomal

2  aberrations and oxidative stress."

3          Do you see that?

4      A.  Yes.

15:10:25    5      Q.  Did you take a look at those studies that they

6  cite or no?

7      A.  No.

8      Q.  Okay.  Do you have a reason to dispute this?

9      A.  I -- what is stated there, no.

15:10:33    10      Q.  So this would be what we call biological

11  plausibility; right?

12      A.  Yes.

13      Q.  And don't worry.  The jury has heard a lot about

14  chromatid exchanges and oxidative stress, so we'll move

15:10:47    15  on to the next paragraph.

16          And that is -- it goes on talking about

17  glyphosate.  It says, "Glyphosate was associated with a

18  statistically significant increased odds ratio for

19  lymphoma in our study.  And the result was strengthened

15:10:59    20  by a tendency to dose-response effect, as shown in

21  Table 2."

22          And, in fact, what they saw was, in their data,

23  if you were exposed to glyphosate for greater than ten

24  days a year, you had a more than doubling of the risk;

15:11:12    25  right?

4392

1          A.  Yes.  And that was unadjusted for other

2     pesticides.

3          Q.  Unadjusted aside, it was doubling.  And it was

4     statistically significant; right?

15:11:20    5          A.  Yes.

6          Q.  And, in fact, both McDuffie and Hardell are

7     consistent in showing that greater use shows greater

8     risk?

9          A.  Well, the relative risks are positive.  Again,

15:11:34   10    they're not adjusted for other pesticides.

11          Q.  It says, "In our former study, very few subjects

12    were exposed to glyphosate.  But a nonsignificant odds

13    ratio of 2.3 was found.  Furthermore, a meta-analysis

14    combining that study with an investigation on hairy cell

15:11:54   15    leukemia, a rare NHL variant, showed an odds ratio for

16    glyphosate of 3.04."

17               That was statistically significant.

18               Do you see that?

19          A.  Yes, I do.

15:12:03   20          Q.  So, again, they're reporting the unadjusted

21    numbers; right?

22          A.  Yes, they are.

23          Q.  And then it says, "Recent findings from other

24    groups also associate glyphosate with different B-cell

15:12:16   25    malignancies, such as lymphomas and myeloma; right?

4393

1          A.   That's what it says, yes.

2          Q.   And multiple myeloma is not considered NHL, is

3   it?

4          A.   Yes.

15:12:24   5          Q.   "Glyphosate has succeeded MCPA as one of the

6   most used herbicides in agriculture.  And many of the

7   individuals that used MCPA earlier are now also exposed

8   to glyphosate.  This probably explains why the

9   multi-variate analysis does not show any significant odds

15:12:43   10   ratios for these compounds."

11          Do you see that?

12          A.   Yes.

13          Q.   Let's look at the table that they're referring

14   to.  It's Table 7.  And it shows right here what they're

15:12:53   15   talking about.  Glyphosate, by itself, is doubling of the

16   risk, statistically significant; right?

17          A.   Yes.

18          Q.   And then in the multi-variate analysis, it

19   decreases to 1.51; right?

15:13:03   20          A.   Yes.

21          Q.   And it's no longer statistically significant?

22          A.   Yes.

23          Q.   But, again, like we saw in the earlier study,

24   and like we've seen in pretty much all the other studies,

15:13:13   25   it's still above 1, even when you adjust?

4394

1          A.  Well, that is true.  It's not a statistically

2     significant finding.  And, in fact, actually, that

3     comment that you highlighted in the text, highlights the

4     issue of confounding.

15:13:30    5          Q.  Well, it's -- it's caused issue collinearity.

6     It's not necessarily --

7          A.  Not collinearity, but the fact the exposures are

8     co-occurring, and then when you adjust for them mutually,

9     they are adjusting for other -- it is adjusting for other

15:13:43   10     confounders.

11          Q.  But if MCPA doesn't cause NHL, then it's not a

12     proved confounder; right?

13          A.  That is incorrect.

14          Q.  Okay.  All right.  So one of the things that I

15:13:57   15     wanted to ask you about -- actually, we can move on.

16          So if we go back to the odds ratios -- so this

17     is your chart.  And, again, the Eriksson study doesn't

18     show the 2.2 statistically significant results; right?

19          A.  That is correct.

15:14:17   20          Q.  And it doesn't show the dose -- response dose of

21     ten -- greater than ten days, does it?

22          A.  No, it does not.

23          MR. WISNER:  Your Honor, permission to publish

24     Plaintiff's Exhibit 1022?

15:14:29   25          THE COURT:  Any objection?

4395

1         MR. LOMBARDI:  No objection, your Honor.

2         THE COURT:  Very well.

3         Q.  BY MR. WISNER:  So, Doctor, this is the forest

4    chart that Dr. Portier showed the jury.  And he reports

15:14:47   5    the adjusted and unadjusted numbers, doesn't he?

6         A.  Yes, he does.

7         Q.  And he -- he even reports the hierarchical

8    analysis, doesn't he?

9         A.  Yes, he does.

15:14:59   10        Q.  And he notes that you can't even do a never ever

11   with Andreotti, because they actually didn't give you

12   that number, did they?

13        A.  That's actually not correct.  You can calculate

14   it from the data they provide you.

15:15:10   15        Q.  How would you do that?

16        A.  It's very simple.  Just as you would do a

17   meta-analysis of published estimates, you can take the

18   estimates and do a weighted estimate to come up with it.

19   Basically, it's a meta-analysis of the data.

15:15:20   20        Q.  How did you do that?

21        A.  I used a program to do the meta-analysis, taking

22   each relative risk from each of the quartiles.  I

23   weighted them by the inverse of the number of cases in

24   each group, and I came up with a summary estimate for the

15:15:35   25   exposed group.  That's a standard approach in

1 epidemiology.

2     Q.  Okay.  The -- so he shows all this data, and if

3 you --

4         Now, if we go through this very quickly, because

15:15:57   5 we don't have all day, but if we go through this, the

6 stuff that comes out to make it look like yours is this

7 one (indicating), this one (indicating), this one

8 (indicating).  And you didn't discuss this meta-analysis;

9 isn't that right, Doctor?

15:16:12   10     A.  No, that's not correct.  Because I used the

11 results from Pahwa in my meta-analysis instead of De Roos

12 and McDuffie.

13     Q.  I'm talking about the one that's on the screen.

14     A.  This is not a meta-analysis.

15     Q.  I'm sorry.

16     A.  This is just presenting a summary of the

17 relative risks from those summaries.

18     Q.  Fair enough.

19         In your summary that you reported, which was

15:16:32   20 Mr. -- Dr. Portier's summary, plot summary, right, to

21 make it look like yours, we have to get rid of these ones

22 that I marked red; right?

23     A.  Let me just see.

24         Yes.

15:16:48   25     Q.  You have to get rid of all the statistically

4397

1  significant doubling of the risks; right?

2      A.  The reason those were excluded, as I said, I --

3  which is a standard approach if you are doing a

4  meta-analysis, would be to take the most fully-adjusted

15:17:02  5  estimate.  So that's the reason that I presented those

6  estimates there.

7      Q.  Okay.  And you say that notwithstanding that,

8  these same authors, in later publications, didn't report

9  that; right?

15:17:11  10     A.  They -- I'm not sure why they didn't highlight

11  the adjusted -- fully-adjusted estimates.  Although, IARC

12  in their meta-analysis actually did take those

13  fully-adjusted estimates.

14     Q.  Could it be that the authors who actually did

15:17:26  15  the study have a better sense of the data than you?

16     A.  I -- well, if that is the case, then, I guess,

17  why would IARC do what they do, which is the approach

18  that I took?

19     Q.  But IARC concluded, based on this data, that

15:17:46  20  there was a credible causal association.

21     A.  And they felt the epidemiology at the time was

22  limited, and they couldn't allow bias with confounding

23  and chance.  Now, we actually have two additional sets of

24  data to add to that.

15:18:01  25     Q.  Do you know the definition of limited?

4398

```
 1        A.  I -- in the context of IARC?

 2        Q.  Yeah.

 3        A.  Yes.

 4        Q.  And it's evidence of a credible causal

 5   association; right?

 6        A.  I don't believe that's the definition of

 7   limited.

 8        Q.  Let's take a look.  166.  I'll come hand it to

 9   you.

10             MR. WISNER:  Permission to approach, your Honor?

11             THE COURT:  Yes.

12        Q.  BY MR. WISNER:  Doctor, I'm handing you

13   Exhibit 166.  This is the IARC preamble.  This is what

14   we're talking about; right?  Right, Doctor?

15        A.  Yes, it is.

16        Q.  All right.

17             MR. WISNER:  Permission to publish, your Honor?

18             THE COURT:  Very well.

19        Q.  BY MR. WISNER:  So it's on the screen here, and

20   the jury has seen this a lot.  I don't want to spend too

21   much time on it.

22             I just want to show you the definition of

23   limited.  Here we go -- here we go:  "Studies of cancers

24   in humans, qualities considered, temporal effects,

25   criteria for causality."
```

1        Here we go.  It's on page 19.  And it's under

2 "Carcinogenicity For Humans."  And it says, "Limited

3 evidence of carcinogenicity."

4        Do you see that on the screen, Dr. Mucci?  Do

15:19:56  5 you see that?

6    A.  Yes.

7    Q.  All right.  It reads:  "A positive association

8 has been observed between the exposure of the agent and

9 the cancer for which a causal interpretation is

15:20:07  10 considered by the Working Group to be credible.  But

11 chance, bias or confounding cannot be ruled out with

12 reasonable confidence."

13        That's the defense admission of limited; right?

14    A.  That is a definition that they said -- that just

15:20:27  15 sounds different than what you had said the definition

16 was.

17    Q.  Oh, I said they found a credible causal

18 association.  That's pretty much what that says; right?

19    A.  Again, what you had said earlier just seems

15:20:39  20 different from -- from what this is.  But I can see what

21 they've said here, yes.

22    Q.  Okay.  All right.  Let's go back quickly to

23 the -- the Elmo.

24        And, Doctor, you -- you presented to the jury

15:20:56  25 the NAPP study.  Do you recall that?

4400

         1         A.  Yes.

         2         Q.  And the NAPP study, is that a combination of --

         3   of what studies?

         4         A.  It includes the three US case-control studies

15:21:09  5   that were summarized in De Roos 2003, as well as the

         6   Canadian study of McDuffie.

         7         Q.  So it's De Roos 2003 and McDuffie; is that

         8   right?

         9         A.  Yes.

15:21:22 10         Q.  That would be what?  Eight-seven?

        11         A.  Yes.

        12         Q.  Okay.  So this is some of the results that you

        13   showed then; right?

        14         A.  Yes.

15:21:32 15         Q.  And it says, "Overall 113"?

        16         A.  Yes.

        17         Q.  Where did the other ones come from?

        18         A.  I think in part with the De Roos analysis, there

        19   was substantial missing data on all 47 pesticides.  So

15:21:44 20   some of the individuals dropped out from that analysis.

        21   I think some of the cases came back in there.

        22             In addition, I believe -- I may be wrong -- that

        23   this particular analysis also included women.  That may

        24   be the reason.

15:22:00 25         Q.  You're guessing; right?

                                                                    4401

1       A.  Well, I -- they don't tell you specifically the

2  exact number of cases, but I do know from the De Roos

3  study there were, I belive, at least 20 percent of the

4  participants' data was missing.  So that's a substantial

15:22:16    5  number of cases.  That may explain the difference.

6       Q.  Okay.  And it would be helpful to see a

7  publication, so they could tell you where these other

8  cases come from; right?

9       A.  Yes.  And I have seen a draft of the

15:22:28   10  publication.

11       Q.  Okay.  We'll look at that in a second.  But this

12  is what you showed the jury, and I thought it was

13  interesting, because you have the overall risk in these

14  two numbers here; right?

15:22:38   15       A.  Yes.

16       Q.  And they're both adjusted for proxy responses;

17  right?

18       A.  Yes.

19       Q.  And so this one right here has an elevated rate,

15:22:46   20  even with the proxy respondents adjusted for; right?

21       A.  It does.  But that's not the correct way to deal

22  with proxy bias.  Proxies aren't confounders.  You know,

23  putting it in the model as adjusting for it as if it were

24  confounder.  This is a different type of bias that's not

15:23:01   25  eliminated by adjustment for it that way.

1    Q.  The adjustment for state and province.  Are you

2 saying state and province is a confounder?

3    A.  If -- I'm not sure why they did or didn't

4 include it.  But if they -- if it was a confounder, if it

15:23:15    5 was -- I believe the -- they considered variables that

6 were associated with the exposure.  Maybe the use of

7 glyphosate differs in different states.  And potentially

8 the distribution of cases and controls varied in the

9 different states.  So that could have been a reasonable

15:23:32   10 thing to adjust for.

11    Q.  Now, you didn't discuss this other area.  I

12 notice down here there's the "other"; right?

13    A.  Yes.

14    Q.  And that refers to the other things that's not

15:23:43   15 these three cancers; right?

16    A.  Yes.

17    Q.  And T-cell lymphoma would be in the "other"?

18    A.  Yes.

19    Q.  Which would include mycosis fungoides?

15:23:51   20    A.  Yes.  Although, I'm not sure if there were any

21 cases of that in -- in this data.

22    Q.  It would be good to see the studies; right?

23    A.  Yes.

24    Q.  All right.  Now, this is the one --

15:23:59   25    A.  I'm sorry, we do have the studies, actually,

4403

1 because we have the original case-control studies.  They

2 just don't break out that distribution layer.

3      Q.   Okay.  Now, you understand that -- that in the

4 area of lymphoma -- non-Hodgkin's lymphoma, T-cell is,

15:24:16   5 like, 15 percent of the cases; right?

6      A.   Yes.

7      Q.   And then within the T-cell lymphoma umbrella,

8 mycosis fungoides is, like, 1 percent?

9      A.   It's very rare, yes.

15:24:24  10      Q.   So it would be impossible, really, to do, for

11 example, a cohort study on mycosis fungoides; right?

12      A.   It would be very challenging, but not

13 impossible.

14      Q.   You would need, like, millions of people to do

15:24:38  15 that; right?

16      A.   Yes.  For example, the National Cancer Institute

17 has a pooling of 15 perspective cohort studies, which

18 include over a million individuals.  So potentially there

19 you could study it.

15:24:51  20      Q.   Yeah, but you'd have to get a lot of data from a

21 lot of people to get there.

22      A.   They pulled together all these 50 cohorts

23 together already, so you could potentially look at it

24 there.

15:25:00  25      Q.   That's what I'm saying, is that when you get to

4404

1 rarer cancers, you need more data to see anything?

2     A.  When the cancer is rare, you need -- yes, you

3 need a lot of follow-up and a large number in the cohort,

4 yes.

15:25:11   5     Q.  And, generally, you know, non-Hodgkin's

6 lymphoma, even that is pretty rare?

7     A.  It's relatively rare, yes.

8     Q.  Okay.  Now, I want to show the jury -- you

9 showed the jury one --

15:25:21   10        Back up.  You feel it's really important to

11 present all the evidence; right?

12     A.  Yes.

13     Q.  And you didn't show the jury a bunch of other

14 NAPP results, did you?

15:25:30   15     A.  In the interest of time, no.

16     Q.  So you showed them one presentation from August

17 of 2015?

18     A.  Yes.

19     Q.  You didn't show them any of the three other

15:25:40   20 presentations, did you?

21     A.  I have only seen two other presentations.

22     Q.  Okay.  You didn't show them the draft

23 manuscript, did you?

24     A.  No.

15:25:49   25     Q.  All of those other ones contradict what you

4405

1 showed them in that one, don't they?

2      A.  No, that's not correct.

3      Q.  Okay.  Well, let's look at one of them, and

4 let's see what it says.

15:25:59   5      Let's turn to -- let's turn to Exhibit 836.  It

6 should be in your binder.

7      Are you there?

8      A.  Yes.

9      Q.  This is one of those presentations; right?

15:26:31  10      A.  Yes.  It's a few months earlier than the one

11 that I presented the results from.

12      Q.  And it's one you didn't show the jury?

13      A.  Correct.

14      MR. WISNER:  Okay.  Permission to publish, your

15:26:40  15 Honor?

16      MR. LOMBARDI:  No objection.

17      THE COURT:  Very well.

18      Did you say this is Exhibit 836?

19      MR. WISNER:  Yes.

15:26:46  20      THE COURT:  Very well.

21      Q.  BY MR. WISNER:  All right.  Here we go.

22      It looks very similar to the one you showed the

23 jury; right?

24      A.  Yes.

15:26:54  25      Q.  And it was presented on June 3rd, 2015; right?

```
 1        A.  Yes.

 2        Q.  And it says -- okay.  So let's go through this.

 3  If you go through the slide, it talks about the increased

 4  use of glyphosate in the United States; right?

 5        A.  Yes.

 6        Q.  And it shows this picture?

 7        A.  Yes.

 8        Q.  And then it goes into -- talks about IARC?

 9        A.  Yes.

10        Q.  And it goes on to talk about the study and how

11  it works and who did the questionnaires; right?

12        A.  Yes.

13        Q.  Okay.  And then it presents some data.

14            Let's go to -- let's go to the overall data;

15  right?

16        A.  Yes.

17        Q.  So this one has an odds ratio of 1.22; right?

18        A.  Yes.

19        Q.  And if we go down here, it says, "Adjusted for

20  age, sex, state, province, lymphatic or hematopoietic

21  cancer in a first-degree relative, use of proxy

22  respondents, use of protective personal equipment and use

23  of 2,4-D, use of dicamba and use of malathion."

24            Do you see that?

25        A.  Yes.
```

15:27:07 (line 5)
15:27:17 (line 10)
15:27:32 (line 15)
15:27:42 (line 20)
15:27:58 (line 25)

1          Q.  So this result adjusts for, like, everything?

2          A.  It adjusts for a number of factors, yes.

3          Q.  And while the overall result is not

4   statistically significant, it's pretty close.

15:28:10    5          A.  Although -- actually, the relative risk is quite

6   similar to what we saw in the August 2015 presentation.

7   The relative risks are quite similar.

8          Q.  Okay.  But almost statistically significant, the

9   overall risk; right?

15:28:24   10          A.  I'm not sure what the P value would be there,

11   but yeah.

12          Q.  Okay.  But then for the other, which is where we

13   find our T-cell lymphoma, that is statically significant?

14          A.  Yes, it is.

15:28:33   15          Q.  After all those adjustments?

16          A.  Yes.

17          Q.  And if we go down, we have the duration of use;

18   right?

19          A.  Yes.

15:28:40   20          Q.  And, again, this is for someone who's used it

21   for -- it's broken into 3.5 years; right?

22          A.  Yes.

23          Q.  And if you used it for less than 3.5 years,

24   you're in the first group.  And then if you used it for

15:28:55   25   greater than 3.5, you're in the bigger group; right?

4408

1          A.  Yes.

2          Q.  And, again, the overall risk it's elevated, and

3  it's really close to being statistically significant;

4  right?

15:29:04   5          A.  Yes.

6          Q.  Because it says, ".97."

7          Do you see that?

8          A.  Yes.

9          Q.  Okay.  And then -- and that's for the middle

15:29:09  10  group.  Then if we go to the middle group, I think -- and

11  you understand Dewayne Johnson only used it for about

12  two-and-a-half years; right?

13          A.  Yes.

14          Q.  Okay.  So he'd been in this group?

15:29:18  15          A.  Well -- yes.  Although, I think the important

16  consideration is this probably isn't the right estimate

17  of dose.  If he only used it for two years, but used it a

18  lot more often, that's what's really important in terms

19  of dose response.  You want to look at not only the

15:29:36  20  number of years, but the number of days per year.  Those

21  two things are important.

22          Q.  Couldn't agree more.

23          So "other," that would be the T-cell.  And that

24  would be the doubling of the risk.  That's statistically

15:29:48  25  significant; right?

1       A.  But that's for -- that is for the middle

2  category.  You don't see that same association --

3       Q.  Sure.  But for the middle category, where --

4  where we would put Mr. Johnson, that is statistically

15:29:58  5  significant; right?

6       A.  That one is, yes.

7       Q.  And this is adjusted for all the same stuff:

8  Proxy respondents and other pesticides; right?

9       A.  Yes, it is.

15:30:05  10       Q.  Okay.  Let's go down to the next one.

11            This is two days per year.  We've seen this in

12  McDuffie; right?

13       A.  Yes, we have.

14       Q.  And your biggest gripe with McDuffie was it

15:30:18  15  didn't adjust for all the stuff?

16       A.  No.  That was only one of the gripes with their

17  data.

18       Q.  Fair enough.

19            But one of the issues was proxies and adjustment

15:30:29  20  for confounders; right?

21       A.  Yes.

22       Q.  Okay.  This shows greater than two days overall,

23  a 1.98 risk rate.  That is statistically significant;

24  correct?

15:30:39  25       A.  Yes, it is.

1    Q.  And adjusts for proxies, and it adjusts for

2    other pesticides?

3    A.  Again, it does adjust for other pesticides, but

4    it doesn't deal with the issue of bias due to proxies.

15:30:50   5    Q.  Okay.  I understand you think that's not the

6    right way to do it.  I appreciate that.  But they did

7    adjust for proxies; right?

8    A.  They did, but it's not going to get rid of the

9    bias in the proxies.

15:31:01  10    Q.  Okay.  And, actually, the P trend statistic;

11   right?

12   A.  Yes.

13   Q.  And that's statistical significance?

14   A.  Yes, it is.

15:31:07  15    Q.  So that means not only is the greater than two

16   days statistically significant, it actually shows a

17   statistically significant dose response?

18   A.  In this particular measure of dose, yes.

19   Q.  All right.  All right.  And this is finally the

15:31:22  20   last one.  This is the greater than seven day -- lifetime

21   days; right?

22   A.  Yes.

23   Q.  Now, this is a little confusing, but someone

24   who, for example, used it once a day for seven years

15:31:32  25   would fall into this category; right?

4411

1      A.  Yes.

2      Q.  So this doesn't reflect somebody who uses it, I

3  don't know, 40, 50 times a year?

4      A.  It would.  They would be in that category as

15:31:44   5  well.

6      Q.  Yeah, but it would -- they'd be in the same

7  category as the occasional user over seven years?

8      A.  Yes.

9      Q.  Okay.

15:31:51   10      A.  Although, in this case, I think given the short

11  amount of time that was being used, and when you look at

12  the range of exposure in this population, I don't think

13  you would have anybody in that category.

14      Q.  Okay.  And this is the results.  And, again,

15:32:07   15  this one is adjusted for all the things you like.  And it

16  doesn't show -- they're all elevated, but there's nothing

17  statistically significant?

18      A.  I wouldn't say that they're all elevated.  I

19  think some of them are very consistent with no

15:32:21   20  association.

21      Q.  Fair enough.

22          So that one's elevated; right?

23      A.  That is not an elevated risk, no.

24      Q.  It's above 1.

15:32:27   25      A.  The number is above 1, but you wouldn't call

4412

1  this necessarily an elevated risk.

2       Q.  And all these numbers are above 1, as well;

3  right?

4       A.  Again, the same issues.  The numbers are larger

15:32:47  5  than 1, but -- again, I think while the numbers are

6  potentially larger than 1, they don't suggest a positive

7  association.

8       Q.  Okay.  So you didn't show this presentation to

9  the jury, did you?

15:33:00  10      A.  No, I did not.

11      Q.  You showed the one from August; right?

12      A.  Yes, I did.

13      Q.  And is that because that's the last one?

14      A.  That is because that was the one where that data

15:33:13  15  was also used in the draft manuscript from Dr. Pahwa.  So

16  that's why -- that was the one I highlighted.  That was

17  the one they highlighted in their results in the draft

18  manuscript.

19      Q.  The draft manuscript, we'll bring it back.  One

20  second.

21          But that's the draft manuscript that says -- it

22  confirms IARC?

23      A.  It -- I would want to take a look at that.

24      Q.  Okay.  We'll do that in one second.

15:33:34  25          Doctor, you didn't show the jury this one,

4413

1 because this doesn't really support your story, does it?

2     A.  That wasn't the reason I didn't highlight this

3 one.  I think the findings for overall risks are very

4 consistent across these two sets of slide decks here.

15:33:50   5     Q.  All right.  Let's look at the draft manuscript,

6 622.  It should be in your binder.

7         MR. WISNER:  Permission to publish, your Honor?

8         THE COURT:  Any objection?

9         MR. LOMBARDI:  No objection.

15:34:01  10         THE COURT:  Very well.

11     Q.  BY MR. WISNER:  So this is the draft manuscript

12 that we're looking at, Doctor; right?

13     A.  Yes.

14     Q.  It's dated September 2015; right?

15:34:09  15     A.  Yes, it is.

16     Q.  So this is after the presentation you showed the

17 jury?

18     A.  Yes, it is.

19     Q.  And it has a bunch of authors on here; right?

15:34:15  20     A.  Yes.

21     Q.  It has Dr. Pahwa, and it has Dr. Blair.

22     Do you see that?

23     A.  Yes.

24     Q.  Actually, quite a few of these are authors that

15:34:26  25 are actually on the -- the current AHS publication;

4414

1 right?

2      A.  Yes.  Yes, they are.

3      Q.  All right.  And then what we see here, if we go

4 down -- I don't want to spend too much time on this,

15:34:35   5 because we've got to get going.

6           But let's go to page 12.  It's already

7 highlighted.  It looks like the author, whoever wrote

8 this document, highlighted it.  That was not me, Doctor.

9 Okay?

15:34:56   10          And it says right here, "Our results are also

11 aligned with findings from epidemiological studies of

12 other populations that found an elevated risk of NHL for

13 glyphosate exposure and with a greater number of days per

14 year of glyphosate use.  As well as a meta-analysis of

15:35:13   15 glyphosate use and NHL risk.  From an epidemiological

16 perspective our results were supportive of the IARC

17 evaluation of glyphosate as a probable Group 2A

18 carcinogen for NHL."

19           Do you see that, Doctor?

15:35:29   20      A.  Yes, I do.

21      Q.  Remember earlier we are talking about whether or

22 not you thought it was limited or association, and we had

23 that big back and forth?  Do you remember that?

24      A.  Yes.

15:35:38   25      Q.  You said, based on the new data, which included

4415

1  NAPP, you no longer agreed with IARC's assessment of --

2  of the epidemiology.  You thought, actually, it was now

3  even worse.

4        A.  I'm sorry, could you restate the question?

15:35:53  5        Q.  Let me put it this -- simply:  These authors

6  seems to think their data supports IARC?

7        A.  Well, actually, while they do say this here,

8  actually, later on in this draft manuscript they

9  highlight the confounding that they see in their data

15:36:08  10  when they adjust for other pesticides.

11        Q.  Sure.

12            But they don't ever talk about IARC again in

13  this draft, do they?

14        A.  No, they don't.

15:36:19  15        Q.  And the one time they do, they say this confirms

16  it, don't they?

17        A.  I -- it said -- what they say specifically were

18  those results were supportive of the IARC evaluation of

19  glyphosate as a probable carcinogen, yes.

15:36:42  20        Q.  All right.  Let's move on to AHS.  Okay?

21            Oh, actually, if we put up the Elmo again.

22            MR. WISNER:  Permission to publish the slide?

23            THE COURT:  All right.

24        Q.  BY MR. WISNER:  Doctor, this is the

15:36:56  25  meta-analysis you presented to the jury; right?

4416

1          A.  Yes, it is.

2          Q.  And this NAPP number right here (indicating),

3   right, that number is not the numbers that we were

4   talking about from June of 2015; right?

15:37:09      5          A.  No.  That particular number came from the

6   August -- August 2015, which is also included in the

7   draft manuscript.  It is the number where they've

8   adjusted for other pesticides and where they've limited

9   the data to the -- only the self-respondents.  They're

15:37:30     10   getting rid of the proxy data.

11          Q.  Now, Doctor, they haven't published the

12   manuscript, have they?

13          A.  No, they have not.

14          Q.  It's been, like, over three years; right?

15:37:39     15          A.  Yes, it has.

16          Q.  So don't you think it's a little weird to base

17   your opinion on data that hasn't gone through peer review

18   or been subjected to a finalization by their own authors?

19          A.  Well, actually -- I mean, because it's been

15:37:53     20   presented at a public meeting, that is -- while it's not

21   a peer-reviewed journal, it is going through a scientific

22   review process.  So I -- I think it's a valid set of data

23   to present.

24          Q.  You know Dr. Portier's a biostatistician; right?

15:38:08     25          A.  Yes.

4417

1    Q.  And he -- he actually went through all the data

2  for this and NAPP, and he said the numbers just don't add

3  up.  Did you know that?

4    A.  No.  I'm not sure what he means by that, but no,

15:38:22    5  I did not know that.

6    Q.  Well, he's counted the number of cases in all

7  these underlying studies, and there were cases that could

8  not be explained in the NAPP, data that was being

9  presented.  Do you know that?

15:38:31   10    A.  I -- I did not know that, but I can understand

11  where he's coming from.

12    Q.  And you know Dr. Neugut.  He's a pretty esteemed

13  epidemiologist; right?

14    A.  I'm not sure of Dr. Neugut.  I don't really know

15:38:44   15  him.  I couldn't say.

16    Q.  You cite him, like, seven times in your book,

17  don't you?

18    A.  Yes, I do.  His work.  But I don't know him

19  personally or his work, really, to much extent.

15:38:54   20    Q.  He's kind of like the grandfather of cancer

21  epidemiology; right?

22    A.  No, he's not.

23    Q.  Okay.  That's John Snow; right?

24    A.  No, he's not.  No. That's not --

15:39:03   25    Q.  That was a joke.  I was messing around.  It's

4418

1   funny because of, you know, Game of Thrones.  All right.

2         You've read the deposition of Dr. Blair; right?

3      A.  Yes.

4      Q.  And Dr. Blair was deposed specifically about the

15:39:18   5   new AHS data; right?

6      A.  Yes.  But I don't think I've read that part of

7   it.

8      Q.  Oh, you didn't read the part where he says his

9   opinion doesn't change?

15:39:27   10      A.  No, I did not.

11      Q.  That's kind of an important part to read, don't

12   you think?

13      A.  Again, given how many documents I've read

14   through, I think what I was most interested in was

15:39:38   15   reviewing the actual individual epidemiology studies.

16      Q.  Why did you read Dr. Blair's?

17      A.  Again, I've read pieces.  These documents are

18   hundreds of pages long.  This really -- I went through

19   and reviewed part of the documents.

15:39:55   20      Q.  Was it the pieces that your lawyers gave you?

21      A.  No, it was not.  Actually, they gave me the

22   entire document.

23      Q.  All right.  Let's go through the AHS.

24         And the most recent version is in the Andreotti

15:40:07   25   paper from 2017/18; right?

1      A.  Yes.

2      Q.  It was published online in 2017, but officially

3 published in 2018?

4      A.  Yes.

15:40:16   5      Q.  And is it fair to say that this document was

6 published because of the, sort of, publicity created

7 around this lawsuit?

8      A.  I have no reason to believe that's the case, no.

9      Q.  I mean, there was, like, a strong push on MCI to

15:40:33  10 get the data out, wasn't there.

11      A.  Again, I -- I don't know what the motivation for

12 publishing the study was.  And there's no indication on

13 the manuscript that would be the case.

14      Q.  Okay.  Do you know if Monsanto was orchestrating

15 the outcry?

16      MR. LOMBARDI:  And, your Honor, I've let this go

17 a couple questions, but there's no foundation for this.

18 There's no proof in the record, and it's not true.

19      THE COURT:  Objection.  Sustained.

15:40:52  20      Q.  BY MR. WISNER:  Let's go to the study, Doctor.

21 But before I do that, I want to show you something that's

22 in evidence.

23      MR. WISNER:  Permission to approach, your Honor?

24      THE COURT:  Yes.

15:41:06  25      Q.  BY MR. WISNER:  Doctor, I'm handing you --

4420

```
 1            MR. LOMBARDI:  I'll let him hand it, but, your
 2 Honor, we'll need a sidebar.
 3            THE COURT:  Okay.
 4            (Sidebar.)
```
15:41:26
```
 5            MR. LOMBARDI:  Your Honor, this is a Monsanto
 6 internal document which the Doctor did not use to prepare
 7 her opinion, did not rely on it in her opinion and did
 8 not see, so it's not properly used with this witness.
 9            THE COURT:  What is the purpose of this?
```
15:41:40
```
10            MR. WISNER:  I recollect it's a document about
11 the Agricultural Health Study.  It's in evidence.  It was
12 prepared by Monsanto's epidemiologist who she repeatedly
13 cites in her report.  I want to show her some of the
14 statements in here, particularly the problems with the
```
15:41:59
```
15 study.  On cross-examination, you're specifically allowed
16 to use documents in evidence as part of our
17 cross-examination.
18            THE COURT:  How did this come into evidence?
19            MR. WISNER:  It was stipulated.
```
15:42:11
```
20            THE COURT:  Oh, you just stipulated it.  I see,
21 but his depo was never played; is that right?
22            MR. LOMBARDI:  We weren't playing the depo to
23 save time.  But this witness has near seen it, has not
24 opined on it.  It's not part of her opinions in this
```
15:42:28
```
25 case, so it's improper to show her internal Monsanto
```

1 documents and the (inaudible) are coming.

2          MR. WISNER:  It's not in evidence?

3          MR. LOMBARDI:  According to our records.

4          MR. WISNER:  (Inaudible).

15:42:50  5          This is in evidence.

6          THE COURT:  And what do you intend to ask her?

7          MR. WISNER:  Where she discusses the problems --

8 scientific problems.

9          MR. LOMBARDI:  We still don't have it on our

15:43:04  10 list.

11          THE COURT:  Well, okay.  So it's not in

12 evidence.  She's never seen it.

13          MR. WISNER:  Your Honor, I don't know why you

14 believe them.  It is in evidence.  We can ask the clerk.

15:43:14  15 I don't know.  I'm telling you, it's in evidence.

16          THE COURT:  Regardless of whether or not it's in

17 evidence, she's never seen it, she didn't rely --

18          MR. WISNER:  It's allowed to cross.

19          THE COURT:  I understand.  She's never seen it.

15:43:27  20 It's from 1997.

21          MR. WISNER:  That's the point.

22          THE COURT:  It's a draft.

23          MR. WISNER:  That's why it's relevant.

24          THE COURT:  How is it relevant?

15:43:36  25          MR. WISNER:  Because before they got the

4422

```
 1  results, they're (inaudible) saying the AHS is -- and I

 2  want to show her the exact problems that doctor

 3  (inaudible) predicted 20 years ago manifested today.

 4          THE COURT:  Well, you can ask her -- I mean, you

 5  can ask her whatever (inaudible) issues he raises -- is

 6  he being critical?  I haven't read the document.

 7          MR. WISNER:  Yeah.

 8          THE COURT:  So you can ask her the points that

 9  he makes, but you don't need to put this document before

10  her or refer to this document or refer to the fact that

11  it's a Monsanto employee.  You can just ask her the

12  questions, whatever points he makes.

13          MR. WISNER:  But the point I'm trying to make is

14  that they never gave her this.  It goes to the basis of

15  her opinion.  The Code specifically allows this, your

16  Honor.

17          THE COURT:  I understand.  I understand.  I'm

18  excluding this document, so don't refer to this document.

19          MR. WISNER:  Not from evidence, but from

20  cross-examination?

21          THE COURT:  Right.

22          (End sidebar.)

23          THE COURT:  Please continue, Mr. Wisner.

24      Q.  BY MR. WISNER:  Do you know who John Acquavella

25  is?
```

15:43:54
15:44:07
15:44:21
15:44:32
15:44:46

4423

```
 1        A.  Yes, I do.

 2        Q.  Who he is?

 3        A.  He is a scientist who -- yes, he's a scientist

 4   who's been involved in a number of studies on pesticides.

 5        Q.  And he used to work for Monsanto?

 6        A.  Yes, he did.

 7        Q.  He used to be an epidemiologist for them; right?

 8        A.  Yes.

 9        Q.  The document that's in front of you, have you

10   seen it before?

11        A.  Yes, I have.

12        Q.  Great.

13            MR. WISNER:  Can I use it, your Honor?

14            THE COURT:  All right.  Yes, if she's seen it

15   before.

16            MR. WISNER:  Permission to publish, your Honor?

17            THE COURT:  Just one moment.

18            All right.  Very well.

19        Q.  BY MR. WISNER:  All right.  Doctor, I'm showing

20   this on the screen.  This is a document dated July 22nd,

21   1997.

22            Do you see that, Doctor?

23        A.  Yes, I do.

24        Q.  And this is written by John Acquavella.

25            Do you see that?
```

15:44:58 (line 5)
15:45:19 (line 10)
15:45:24 (line 15)
15:45:46 (line 20)
15:45:55 (line 25)

4424

1      A.  Yes.

2      Q.  And this is specifically about the Agricultural

3 Health Study; right?

4      A.  Yes.

15:46:02  5      Q.  All right.  And he discusses the AHS rationale.

6 Just to be clear, the time frame here -- this is

7 before -- this is before any data has come out from the

8 study; right?

9      A.  Before any data on NHL and glyphosate.

15:46:18  10      Q.  So before there's any good data from Monsanto;

11 right?

12      A.  It was before the AHS had published on

13 glyphosate and NHL risk.

14      Q.  "The rationale for the AHS derives from the

15:46:33  15 results of a number of poor studies which found

16 associations between farming or pesticide exposure

17 vaguely defined in various diseases.  The AHS is intended

18 to advance the science in this area by creating a human

19 living laboratory from decades of research, thus the time

15:46:50  20 horizon for definitive research is long.  In the

21 short-term, the AHS investigators will work to confirm

22 some existing theories, for example, 2, 4-D and lymphoma,

23 but the viability and eventual impact of the AHS will

24 depend on the investigators' ability to generate a new

15:47:10  25 class of scientific leads, most of which will be invalid.

4425

1        "This has the potential to be disruptive for the

2    agricultural chemical industry as new leads potentially

3    take on a life of their own.  Perhaps the best way to

4    position AHS is as part of a learning process.  The

15:47:30    5    learning process will take years to be resolved and will

6    need to incorporate information from other research,

7    example, studies of manufacturing workers, before any

8    conclusions can be established as valid."

9        Do you see that?

15:47:39    10        A.  Yes, I do.

11        Q.  Do you agree that that was a proper view of it

12    in 1997?

13        A.  There's a lot of text this, so I guess -- do you

14    want me to comment on each of the sentences specifically

15:47:51    15    or --

16        Q.  That's fine.  So there are some things you agree

17    with, some things you don't?

18        A.  Correct.

19        Q.  Okay.  It says, "Studies of manufacturing

15:47:58    20    workers."

21        Do you see that?

22        A.  Yes.

23        Q.  Are you aware if Monsanto has ever conducted a

24    study on manufacturing workers?

15:48:05    25        A.  No, I'm not.

1      Q.  Okay.  All right.  So it says, "The ideal

2   studies.  The limitations of the AHS can be illustrated

3   by comparison with the hypothetical ideal study."

4          Do you see that?

15:48:23   5      A.  Yes.

6      Q.  It lists a bunch of different topics; right?

7      A.  Yes.

8      Q.  One of them is accurate exposure assessment --

9      A.  Yes.

15:48:29   10      Q.  -- right?

11          Now, when we talk about misclassification of

12   exposure, what we're talking about is that in some

13   studies, people who are actually exposed can be

14   classified as unexposed and some people who are maybe

15:48:44   15   unexposed can be classified as exposed; right?

16      A.  Yes.

17      Q.  And if you have that problem, it creates a lot

18   of noise in the study, it can obscure risks; right?

19      A.  It can attenuate the results, yes.

15:48:59   20      Q.  Now, in the study -- he goes, "Hypothesis:  Most

21   of the diseases to be studied in the AHS have scant

22   reasons to link them putatively to pesticide exposure.

23   Thus, much of the research can be termed 'exploratory.'"

24          Do you agree that the AHS study was exploratory?

15:49:20   25      A.  No.

4427

1      Q.   Okay.   So it was specifically designed for a

2 specific pesticide?

3      A.   So I think you need to -- I need clarify what I

4 mean by that --

15:49:31   5      Q.   Sure.

6      A.   -- and specifically -- it's typical with many

7 cancer epidemiology studies that we collect a large

8 amount of data that, then, you know, an investigator many

9 years in the future, you can come up with new hypotheses,

15:49:48   10 very specific hypotheses, to test for the new data.

11           So perhaps at the time when this was written --

12 and, again, I don't know exactly what was happening in

13 1997, but just because they didn't have a specific

14 hypothetical about glyphosate and NHL risk doesn't mean

15:50:05   15 they can't have a well-founded hypothesis-driven analysis

16 of the data.   I mean, this is very typical of what we do

17 with these cohort studies and really take into account

18 the richness that these studies provide us.

19      Q.   Okay.   Let's move on to the next part.   It says,

15:50:21   20 "Exposure assessment:   The exposure assessment in the AHS

21 will be inaccurate."

22           Do you see that?

23      A.   Yes, I do.

24      Q.   And it says, "Exposure assessment will be based

15:50:30   25 on historical usage as reported by the farmer or

4428

1  applicator on the study questionnaires"; right?

2      A.  That's what it says, yes.

3      Q.  And he lists two problems.  I don't really want

4  to get into those yet.  We'll get into them in a second.

15:50:46  5  Then he goes, "Inaccurate exposure classification can

6  produce serious results.  The conventional thinking in

7  epidemiology is that exposure misclassification will most

8  often obscure exposure disease relationships."

9          And by obscuring relationships, that's a false

15:51:03  10 negative; right?

11      A.  It could be a false negative, yes.

12      Q.  "More recent thinking has begun to recognize

13 that it can also create spurious exposure disease

14 associations.  In a study of this size, there will be

15:51:16  15 some, perhaps many, spurious exposure disease findings

16 due to exposure misclassification."

17          Do you see that?

18      A.  Yes, I do.

19      Q.  All right.  Now, you understand, because you've

15:51:26  20 read our experts' reports, that our position is that the

21 AHS had a lot of exposure misclassification; right?

22      A.  That is your position, yes.  However, actually,

23 I think one of the strengths of the AHS cohort was they

24 actually in multiple different studies assessed whether

15:51:45  25 exposure misclassification was there.

4429

1    Q.  You -- I'd like to show the jury the actual

2  questionnaire for exposure.  Okay?  You've actually

3  reviewed that for the AHS; right?

4    A.  Yes, I have.

15:51:59    5    MR. WISNER:  Permission to approach, your Honor?

6    THE COURT:  Yes.

7    MR. LOMBARDI:  Your Honor, just for my planning

8  purchases, what's the timing?

9    THE COURT:  Well, Mr. Wisner, you have ten more

15:52:09    10  minutes left, and then each of you, I think, agreed to

11  divide the last half hour.

12    MR. WISNER:  I've handed the witness

13  Exhibit 1060.

14    Q.  Doctor, this is the questionnaire; right?

15:52:27    15    A.  This is the enrollment questionnaire, the based

16  on questionnaire.

17    Q.  And so let's set the scene; right?  We've got

18  people who have just taken their pesticide license

19  testing; right?

15:52:38    20    A.  Yes.

21    Q.  And they're asked after the test, "Hey, will you

22  participate in this cohort study?"

23    A.  Yes.

24    Q.  And some people said, "Yes," and some people

15:52:47    25  said, "Do I have to," and they said, "No," and then they

1  (inaudible) out; right?

2       A.  A certain proportion of them agreed to be part

3  of the study.

4       Q.  Okay.  And then they had to sit down and they

15:52:55  5  fill out this thing right there on the spot; right?

6       A.  Yes.

7       Q.  And they were also given supplemental things to

8  take home?

9       A.  Yes.

15:53:03  10       Q.  And after they filled it out, people went home

11  with the supplemental things, and they reviewed it, and

12  some of them sent them back.

13       A.  Correct.

14       Q.  About half?

15:53:13  15       A.  Correct.

16       Q.  So let's look at the actual questionnaire that

17  they got.

18            MR. WISNER:  Permission to publish, your Honor?

19            THE COURT:  Any objection?

15:53:20  20            MR. LOMBARDI:  No objection.

21            THE COURT:  Very well.

22       Q.  BY MR. WISNER:  So this is the Agricultural

23  Health Study questionnaire.  "The questionnaire will take

24  approximately 25 minutes to complete."

15:53:29  25            Do you see that?

4431

1       A.  Yes.

2       Q.  And then if you turn the page, it has all of

3  these questions, and you have to, like, fill in the

4  bubbles and stuff; right?

15:53:34   5       A.  Yes.  This is a standard epidemiology

6  questionnaire.

7       Q.  Yeah.  Okay.  And then we get to the pesticide

8  area, and this is Question 11, and it asks you to:

9  "Please complete the following questions about your

15:53:50   10  personal use of the specific pesticides listed below";

11  right?

12       A.  Yes.

13       Q.  This is where we're getting the exposure data

14  for the people in the cohort?

15:53:57   15       A.  Correct.

16       Q.  This is, like, between 1993 and 1997?

17       A.  Yes, correct.

18       Q.  Okay.  And then for -- on this page, we actually

19  have Roundup.

15:54:09   20           Do you see that?

21       A.  I'm sorry, which page is it?

22       Q.  This is page 10.

23       A.  Yes.

24       Q.  And this person who just took this test, right,

15:54:22   25  has to figure out on the spot if they've ever applied

4432

1  Roundup; right?

2      A.  Yes.

3      Q.  How many years they'd personally done it?

4      A.  Yes.

15:54:32  5      Q.  They have to say on an average year how many

6  days per year did you apply it?

7      A.  Yes.

8      Q.  And when did you first personally use this

9  pesticide; right?

15:54:41  10     A.  Yes.

11     Q.  And actually, there's a before 60, so it -- you

12  could actually pick the wrong one?

13     A.  Yes.  Although, there's a validation showing

14  that was not the case for glyphosate.

15:54:51  15     Q.  No, I know.  I'm just saying it's possible.

16         So they have to fill this all out.  They don't

17  have access to any of their records; right?

18     A.  No, they don't.

19     Q.  They can't call up their wife and say, "Hey,

15:55:03  20  when did we start planting that crop that we used

21  Roundup," or any of that?

22     A.  No, they did not.

23     Q.  And that's -- that's the Roundup exposure

24  information?

15:55:10  25     A.  That's correct, yes.

4433

1          Q.   And then the actual calculation in the AHS

2     adjusted the amount of exposure based on protective

3     equipment; right?

4          A.   Yes.

15:55:21     5          Q.   And this is the protective equipment question.

6     It says, "What type of protective equipment do you

7     generally wear when you personally handle pesticides";

8     right?

9          A.   Yes.

15:55:29     10          Q.   "Check all that apply."

11          A.   Yes.

12          Q.   And this isn't specific to a pesticide?

13          A.   That's correct.

14          Q.   So if someone -- you know, let's say they

15:55:37     15     treated glyphosate differently than some super toxic

16     pesticide, and they just answered this with, you know,

17     the cartridge respirator or gas mask.

18               Do you see that?

19          A.   Yes.

15:55:50     20          Q.   But they didn't apply glyphosate that way --

21          A.   Huh-uh.

22          Q.   -- that wouldn't be captured in here, would it?

23          A.   It's -- I'm sorry, what is your question,

24     specifically?

15:56:00     25          Q.   Well, I'm trying to say that it didn't specify

4434

1  the protective equipment to the specific pesticide?

2        A.  That's correct.

3        Q.  Because it wasn't about glyphosate, it was

4  about, like, 50 pesticides?

15:56:10   5        A.  That's correct.

6        Q.  And it wasn't about NHL, it was about all

7  disease outcomes?

8        A.  With a focus on cancer, yes.

9        Q.  Now, was that exploratory?

15:56:20  10        A.  No, that is not a correct classification of

11  this.

12        Q.  Now, here's the last thing I want to ask you

13  about, and I could go on the AHS for hours.  They've

14  already heard a lot about imputation, and I really don't

15:56:35  15  want to get into that fight with you, Doctor, but here's

16  something no one's really mentioned, and I have a

17  question about this, and this is a genuine question.

18  When they filled out the pesticide information for

19  glyphosate, they're discussing their use for, like, the

15:56:45  20  last 15, 16 years; right?

21        A.  Yes.

22        Q.  And when they fill it out, if they had cancer

23  already, they couldn't enter the study; right?

24        A.  Right.

15:56:56  25        Q.  So anybody who had been exposed to glyphosate

1 and gotten cancer, they were weeded out of the study

2 before they ever got in?

3      A.   Well, the definition of a cohort study is you

4 start following individuals when they're free of cancer.

15:57:13   5      Q.   Yeah.  And so what you have, then, is a cohort

6 of pesticide applicators with a documented history of

7 applying pesticides yet no cancer; right?

8      A.   Yes.  That's the definition of a cohort, yes.

9      Q.   And so what we have, then, in this group are

15:57:31   10 people who are naturally resistant to pesticide cancer?

11      A.   Actually, that's incorrect.

12      Q.   Well, I mean, you screen out anybody who got NHL

13 already from Roundup; right?

14      A.   That is -- the number of cases that were

15:57:43   15 excluded is quite small, because this population was

16 quite young, but it's a standard epidemiological practice

17 of what we do with cohort studies, and it's the standard

18 approach that you would take --

19      Q.   Now, I --

15:57:55   20      A.   -- and doesn't lead to any bias.

21      Q.   Well, I mean, if people who would have been

22 exposed to it and gotten cancer in a few years, they

23 wouldn't have made it into the study; right?

24      A.   That -- while that would be correct, it still

15:58:10   25 wouldn't be a biased analysis.  There were a range of

1 individuals who had, you know, a small amount of

2 exposure, large amount of exposure in the study.

3     Q.  Now, I noticed during your direct examination

4 you didn't mention the -- how glyphosate or Roundup

15:58:25    5 changed over time, did you?

6     A.  No, I did not.

7     Q.  And it changed a lot, didn't it?

8     A.  By changing you mean?

9     Q.  Increased.

15:58:33    10     A.  It has increased, yes.

11     Q.  Dramatically; right?

12     A.  It has increased, yes.

13     Q.  I mean, between the first time they were

14 surveyed and the second time they were surveyed, it was

15:58:45    15 more than doubled; correct?

16     A.  No, that's not correct.  I mean, at the first

17 survey, there were 75 percent of people using glyphosate,

18 and in the second questionnaire, it was in the '80s, so

19 it wasn't a tremendous increase.

15:58:55    20     Q.  Okay.  So it went from 70 percent of all the

21 people who are using glyphosate to now 80 percent of

22 them?

23     A.  So 75 percent to 80 percent.

24     Q.  Okay.  I meant, though, nationwide, the volume

15:59:05    25 and amount of glyphosate dramatically increased.  You

4437

1  understand that?

2       A.  Yeah.  At the national level, yes.

3       Q.  Okay.  And that was primarily agricultural;

4  right?

15:59:14    5       A.  Yes.

6       Q.  It would be these exact people, wouldn't it?

7       A.  Again, these individuals were already -- a high

8  percentage had already used glyphosate at the start of

9  the study.

15:59:24   10       Q.  Yeah, but the exposure makes an assessment per

11  individual, right, based on the amount they stated they

12  were using?

13       A.  Yes, it does.

14       Q.  And it would be fair to say that what they were

15:59:33   15  doing for the last 15 years, in 1993 is very different

16  from what they were doing in 2015?

17       A.  While that may be the case, the information that

18  they're reporting on is not how much they're using it,

19  it's how many days per year they're using, how many years

15:59:50   20  they've used it, whether they're mixing the substance, so

21  all of that information is there.

22       Q.  And even in the follow-up survey, that was done

23  by 2005; right?

24       A.  Yes.

16:00:00   25       Q.  But they were collecting cancers through 2014?

1          A.  Yes.

2          Q.  So if somebody started using Roundup much more

3   in the late 2000s -- and we know that happened with the

4   volume, right, they -- that change wouldn't be captured,

16:00:18    5   would it?

6          A.  Well, that's true.  Actually, one of the

7   analyses the investigators did was to end the follow-up

8   is the sensitivity analysis in 2005 to see if that issue

9   was present, and, actually, the results were exactly the

16:00:31   10   same.

11          Q.  And in tobacco epidemiology, one of the biggest

12   problems that they ran into back in the '40s and '50s

13   when they were trying to figure this stuff out, was that

14   everyone smoked; right?

16:00:43   15          A.  No, that's not true.

16          Q.  Yeah.  They had a hard time finding controls

17   that didn't get exposed to secondhand smoke or direct

18   smoke, because at that time, everyone was smoking?

19          A.  No, that's not true.

16:00:55   20          Q.  Okay.  You would agree, though, that the

21   responsibility of the AHS to properly assess the risk of

22   NHL and Roundup exposure is hampered by the fact that the

23   use of the product has changed so dramatically in this

24   exact population?

16:01:11   25          A.  No.  Actually, I disagree, and it's actually one

4439

1  of the strengths is the fact that you have so many

2  people -- such a high proportion of people using

3  glyphosate, because you can look, really, at people who

4  were exposed to very high levels and still compare it to

16:01:25  5  people who were not using any glyphosate, so you're able

6  to -- actually, it's a strength of the study, not a

7  weakness.

8      Q.  It doesn't create misclassification, Doctor?

9      A.  No, it definitely does not.  And again, as I

16:01:36  10  said, they tested that question.  It's reasonable to be

11  concerned about whether the changes in glyphosate over

12  time have biased the results, but they actually tested

13  that and found it did not bias the results, so I think

14  all of these things you're saying are reasonable --

16:01:50  15      Q.  What did they test?  What are you talking about?

16      A.  As I said, what they did was to truncate the

17  follow-up in the sensitivity analysis to 2005,

18  immediately after the last follow-up questionnaire was

19  asked, so then they didn't consider that future exposure.

16:02:06  20  They were just looking at the associations between the

21  current exposure, past exposure in 2005, so all of those

22  changes after 2005 wouldn't have biased the results.

23      Q.  So I just want to be clear, you've never studied

24  pesticides before this case; right?

16:02:21  25      A.  No, I have not.

4440

1    Q.  You've never studied pesticide applications and

2  its relationship to NHL; right?

3    A.  I have not studied it, no.

4    Q.  You know Dr. Neugut has; right?

16:02:29   5    A.  Yes, I do.

6    Q.  You know Dr. Portier has; right?

7    A.  Yes.

8    Q.  And they all say that this change in the use of

9  glyphosate causes real problems for the study --

16:02:40   10        MR. LOMBARDI:  Object to the form --

11    Q.  BY MR. WISNER:  -- but you say they're wrong.

12        MR. LOMBARDI:  Object to the form of the

13  question.

14        THE WITNESS:  Again, I don't know the context in

16:02:46   15  which --

16        THE COURT:  Overruled.  She can answer, but this

17  is your last question.

18        MR. WISNER:  Let me ask the question again so I

19  can have a dramatic ending.

16:02:55   20        No further questions, your Honor.

21        THE COURT:  All right.  Thank you.

22        Mr. Lombardi.

23        MR. LOMBARDI:  Thank you, your Honor.

24

25                    REDIRECT EXAMINATION

4441

1  BY MR. LOMBARDI:

2      Q.  Hi, Dr. Mucci.

3      A.  Hi.

4      Q.  Let me start here.  This is the Forest plot that

16:03:07   5  Dr. Portier presented, and on here -- on here he shows

6  the studies and whether they're adjusted for pesticides

7  or not; is that right?

8      A.  Yes.

9      Q.  Every single time they have a study where

16:03:28   10  there's no pesticide adjustment and a pesticide

11  adjustment, what happens when you adjust for pesticides?

12      A.  All of the relative risks are attenuated towards

13  the null value.

14      Q.  Now, that was epidemiology speak.

15      A.  Yes.

16      Q.  What do you mean by "attenuated towards the null

17  value"?

18      A.  Right.  They become closer to the relative risk

19  of 1, which suggests there's no association.

16:03:52   20      Q.  So that's true for Hardell 2002; is that right?

21      A.  Yes.

22      Q.  Now, Counsel suggested that maybe you should

23  have presented to the jury Hardell 1999, but Dr. Portier

24  didn't either; right?

16:04:03   25      A.  Correct.

1        Q.  And that's because Hardell 2002 is a pooled

2  study that includes Hardell 1999?

3        A.  Correct.

4        Q.  So Hardell, when you adjust for pesticides, the

16:04:13   5  relative risk gets smaller and it becomes not

6  statistically significant; is that correct?

7        A.  Yes, correct.

8        Q.  How about Eriksson, no pesticide adjustment.

9  What happens when you adjust for pesticides?

16:04:22  10        A.  Again, the value goes closer to 1, suggesting no

11  association.

12        Q.  What does your review of all of these

13  case-control studies tell you about what happens when you

14  adjust for pesticides?

16:04:36  15        A.  All of these analyses in the case-control

16  studies suggests there is confounding due to the use of

17  other pesticides.

18        Q.  Now, Doctor, there was some discussion about

19  Eriksson and whether there was adjustment for other

16:04:59  20  pesticides in Eriksson.  That's one of the case-control

21  studies that you talked about this morning; right?

22        A.  Yes.

23        Q.  And you mentioned -- and Counsel didn't show you

24  this part, but you mentioned that Eriksson says you need

16:05:11  25  to do an adjustment for other pesticides; is that right?

4443

1       A.  Yes, that's correct.

2       Q.  All right.  So let me show you page 1660, and up

3  there at the top it says, "Multi-variate analysis";

4  right?

16:05:24     5       A.  Yes.

6       Q.  And can you read that to the jury, that first

7  sentence?

8       A.  Sure.  "Since mixed exposure to several

9  pesticides was more a rule than an exception and all

16:05:34    10  single agents were analyzed without adjusting for other

11  exposure, a multi-variate analysis was made to elucidate

12  the relative importance of different pesticides."

13       Q.  What's that mean?

14       A.  That is by definition the acknowledgment that

16:05:48    15  there was confounding in their results.

16       Q.  Okay.  And it says, "Refer to Table 7"?

17       A.  Yes.

18       Q.  And that's the table that you told the jury

19  about; is that right?

16:05:56    20       A.  Yes, it is.

21       Q.  And what happens in Table 7 when you do --

22  multi-variate is the adjusted result; isn't that right?

23       A.  Yes.

24       Q.  And what happens when you adjust?

16:06:07    25       A.  You can see that the relative risk goes closer

4444

1    to the value of 1, suggesting no association.

2         Q.  And what is -- what's the confidence interval on

3    that?

4         A.  It's confidence interval from 0.77 to 2.94.

16:06:22    5         Q.  And what's that tell you about -- when you

6    adjust for other pesticides, what's that tell you about

7    the risk of glyphosate?

8         A.  It's no longer statistically significant and --

9    yeah.

16:06:33   10         Q.  Okay.  And, actually, did the authors of the

11   Eriksson study recognize that, Doctor?

12        A.  Yes, they did.

13        Q.  Okay.  Let's go to the last page of the article,

14   page 1662, and if you read -- would you read that second

16:06:47   15   full paragraph there for the jury, please?

16        A.  Yes.  "Glyphosate has succeeded MCPA as one of

17   the most used herbicides in agriculture, and many

18   individuals that used MCPA earlier are now also exposed

19   to glyphosate.  This probably explains why the

16:07:02   20   multi-variate analysis does not show any significant odds

21   ratio for these compounds."

22        Q.  And explain to the jury what this means?

23        A.  Again, that is highlighting the role that

24   confounding played in the estimate of glyphosate.

16:07:18   25        Q.  Okay.  I want to talk a little bit about

4445

1 approximate bias, which came up in your cross for a bit.

2 And you remember Counsel asked you about McDuffie, and

3 said it doesn't say anywhere in McDuffie that there is --

4 there's a use of proxies; right?

16:07:31  5     A.  That's correct.

6     Q.  And what was the -- you -- what was your answer

7 to that?

8     A.  That there was another analysis using the same

9 case-control study data from Hohenadel, which highlights

16:07:42  10 the use of proxies.

11     Q.  Okay.  And I just want to put in front of the

12 jury the Hohenadel study.  And unfortunately, I have some

13 writing on the top which I'll try to cover.  That wasn't

14 so good.  There we go.

16:08:01  15         Is that the Hohenadel study?

16     A.  Yes, it is.

17     Q.  Okay.  And I just want to take you to a table

18 inside Hohenadel, Table 1 on page 2324.

19         MR. LOMBARDI:  Hohenadel is 2606, for the

16:08:11  20 record.  Defendant's Exhibit 2606.

21     Q.  And do you see Table 1?

22     A.  Yes.

23     Q.  And what does that tell you about whether there

24 were proxy respondents in Hohenadel and, therefore, in

16:08:22  25 the McDuffie study?

1       A.  It shows that there were -- between 15 and

2  21 percent of the data had proxy data.

3       Q.  And what's that tell you about the reliability

4  of the studies, both McDuffie and Hohenadel?

16:08:37   5       A.  Right.  It raises the concerns of validity, that

6  there may be proxy bias present.

7       Q.  Okay.  Let's look at proxy bias in the context

8  of De Roos 2003.  You talked about De Roos 2003.  Is

9  there a proxy bias problem in De Roos 2003?

16:08:54  10       A.  Yes, there is.

11       Q.  I'm going the show you De Roos 2003, which is

12  Defendant's Exhibit 2193, and I put a Post-it there to

13  make this easier to read.

14           First of all, what is Table 2 -- this is page 4

16:09:11  15  of the article.  What's Table 2 about, Doctor?

16       A.  Yeah, so this is presenting the characteristics

17  of the cases and controls from the three US case-control

18  studies that were pooled here.

19       Q.  Okay.  And I've put the Post-It where the proxy

16:09:28  20  respondent numbers are.

21           Do you see that?

22       A.  Yes, I do.

23       Q.  And what does that show about De Roos 2003?

24       A.  First, it shows that there's a considerably high

16:09:38  25  proportion, between 37 and 45 percent of the data was

1  from proxy.  Secondly, that you have more proxy in the

2  controls -- a higher proportion of proxies than controls

3  in the cases.

4      Q.  Let me just stop you there.  So for the cases,

16:09:54  5  you have 37.4 percent are proxies, and for the controls,

6  you have 45.0 percent.  What is the significance of that

7  discrepancy in proxies between cases and controls to an

8  epidemiologist?

9      A.  Right.  And so as I had mentioned earlier, if

16:10:12  10  we're -- as Dr. Blair showed, that the proxies actually

11  tended to underreport glyphosate exposure or pesticides,

12  and since the prevalence of proxies is higher than the

13  prevalence of exposure in the control, it's going to be

14  lower than it should be, and so what that's going to do

16:10:32  15  is inflate the relative risk and make it look larger than

16  it actually is.

17      Q.  Okay.  Now, Dr. De Roos and company, in De Roos

18  2003 in their last line, urged the scientific community

19  to do something; right?

16:10:45  20      A.  Yes, they did.

21      Q.  And what was that?  I've highlighted there at

22  the end of the article.

23      A.  So what they've said in their discussion is, "A

24  chemical-specific approach to evaluating pesticides as

16:10:57  25  factors for NHL should facilitate interpretation of

4448

1  epidemiological studies for regulatory purposes."

2      Q.  What's it mean to say "a chemical-specific

3  approach"?

4      A.  It means taking a very -- a pesticide specific

16:11:09  5  hypothesis-driven approach to analyzing the data.

6      Q.  And did Dr. De Roos do that?

7      A.  Yes, she did.

8      Q.  So I'm going the show you De Roos 2005, which is

9  Defendant's Exhibit 2191.  You were shown this, but not

16:11:24  10  this part.  The discussion -- beginning of the

11  discussion -- this is De Roos 2005, and it was a study

12  specifically of glyphosate; is that right?

13      A.  Yes.

14      Q.  And a hypothesis-driven study?

16:11:36  15      A.  Yes.

16      Q.  Better than an exploratory study?

17      A.  Yes.

18      Q.  What did they conclude there in the first

19  sentence of the discussion?

16:11:42  20      A.  "There was no association between glyphosate

21  exposure in all cancer incidents, or most of the specific

22  cancer subtypes we evaluated, including NHL, whether the

23  exposure metric was ever used, cumulative exposure days

24  or intensity-weighted cumulative exposure days."

16:11:58  25      Q.  So in Dr. De Roos' study -- and immediately

4449

1  following De Roos 2003, at least for purposes of our

2  case, the next study she did related to pesticides, what

3  did it show about glyphosate and causation of

4  non-Hodgkin's lymphoma?

16:12:13   5      A.  It -- there was no evidence of an association

6  between glyphosate and NHL risk.

7      Q.  Okay.  You were asked some questions about IARC

8  and causation.  Now, the truth is that IARC has its own

9  special way of doing things; isn't that right?

16:12:27   10      A.  Yes.

11      Q.  It's a very structured way of analyzing

12  causation; isn't that right?

13      A.  Yes, it is.

14      Q.  And that's so that their Working Groups will all

16:12:38   15  do the same kind of thing when they do things; correct?

16      A.  Yes, that's correct.

17      Q.  Not everybody does it that way; right?

18      A.  Right.

19      Q.  And, in fact, in your cancer epidemiology book,

16:12:48   20  right next to where Counsel was looking, this is page

21  129.

22      MR. LOMBARDI:  This is getting tricky, Judge.  I

23  think I have to hold it.

24      Q.  Can you read that while I hold it?

16:13:03   25      A.  Yes.  "Establishment of the etiologic role of a

4450

1  particular exposure on the occurrence of a disease

2  ideally requires strong epidemiologic evidence and

3  appropriate and reproducible animal models and

4  documentation at the molecular and cellular level of the

16:13:19  5  morphologic or functional pathogenetic process."

6       Q.  Okay.  So there are people that don't require

7  limited evidence of epidemiology in order to establish

8  causation; isn't that true, Doctor?

9       A.  Yes.

16:13:32  10       Q.  Now, Doctor, you were asked some questions about

11  NAPP.  Do you remember that?  The North American Pooled

12  Project.

13       A.  Yes.

14       Q.  And the North American Pooled Project, you were

16:13:43  15  asked, "Well, gee.  Why did you choose the version of the

16  PowerPoint that you chose"; right?

17       A.  Yes.

18       Q.  And Counsel showed you a PowerPoint that was

19  presented in June of 2015.  Do you remember that?

16:13:57  20       A.  Yes, I do.

21       Q.  And he said, "Well, look, the numbers are

22  different here.  They're different from the ones that you

23  presented"; isn't that right?

24       A.  That's what he said, yes.

16:14:05  25       Q.  And what was the date, do you recall, of the

4451

1  PowerPoint that you presented?

2       A.  It was from August 2015.

3       Q.  So it was later?

4       A.  Yes, it was.

16:14:13    5       Q.  And in science, do you usually go with the most

6  advanced numbers?

7       A.  In terms of the dates, yes.

8       Q.  Okay.

9       A.  Yes, because you're usually incorporating

16:14:24   10  different suggestions into your analysis.

11       Q.  Now, Counsel asked you if you had read

12  Dr. Blair's deposition; is that right?

13       A.  Yes, he did.

14       Q.  And you know Dr. Blair's deposition was played

16:14:37   15  in court yesterday?

16       A.  Yes, I knew that.

17       Q.  And are you aware that the August PowerPoint

18  that you showed is the one that Dr. Blair did not want

19  Monsanto to see?

16:14:47   20       MR. WISNER:  Objection.  Speculation, misstates

21  the record.

22       THE COURT:  Sustained.

23       Q.  BY MR. LOMBARDI:  Well, are you aware -- well,

24  let me ask you this:  What's publication bias?

16:15:00   25       A.  Publication bias occurs often in epidemiology,

4452

1 particularly when studies are null.  It can become quite

2 challenging to get journals to publish null studies.

3     Q.  Okay.  And can you think -- they had this data

4 on NAPP that shows no association between glyphosate use

16:15:21   5 and non-Hodgkin's lymphoma; is that right?

6     A.  Yes.

7     Q.  And they still haven't published it today?

8     A.  Correct.

9     Q.  Okay.  Having read Dr. Blair's deposition --

16:15:32   10     THE COURT:  Mr. Lombardi, this is your last

11 question.

12     MR. LOMBARDI:  Oh, I'd better be judicious.

13     Q.  Okay.  My last question.  I had more, Doctor,

14 but I'm out of time, but let me just show you the -- the

16:15:47   15 questionnaire that was shown you from the JNCI 2018, from

16 the Agricultural Health Study project.  Okay?

17     A.  Yes.

18     Q.  All right.  And here's the questionnaire, and

19 let me just ask you:  Do you see that when they ask how

16:16:03   20 you apply pesticides, one of the things they ask about is

21 whether you use a backpack sprayer?

22     A.  Yes.

23     Q.  And do you see when they ask about personal

24 protective equipment, they ask about whether you wear

16:16:17   25 face shields or goggles?

4453

```
 1              Do you see that?

 2       A.  Yes.

 3       Q.  Tyvek outer clothing?

 4       A.  Yes.

 5       Q.  Chemically-resistant gloves?

 6       A.  Yes.

 7       Q.  Other protective clothing?

 8       A.  Yes.

 9              MR. WISNER:  Your Honor, we had an agreement.

10              THE COURT:  He may finish his question.

11              MR. WISNER:  Okay.

12       Q.  BY MR. LOMBARDI:  Those are -- every one of

13  those things are characteristic that Mr. Johnson in this

14  case has; isn't that right?

15              MR. WISNER:  Objection.  Lack of foundation.

16              THE COURT:  Overruled.

17              She may answer if she knows.

18              THE WITNESS:  Yes.

19              MR. LOMBARDI:  I think I'm out of time, your

20  Honor.

21              THE COURT:  Thank you.

22              Mr. Wisner.

23

24                   RECROSS-EXAMINATION

25  BY MR. WISNER:
```

16:16:24 (line 5)
16:16:32 (line 10)
16:16:40 (line 15)
16:16:46 (line 20)

4454

1      Q.  How do you know about Mr. Johnson?

2      A.  I -- through the team -- the lawyer team.

3      Q.  Oh, they told you about it?

4      A.  Yes.

16:16:58    5      Q.  So you actually haven't read anything?

6      A.  I have not, no.

7      Q.  You haven't actually talked to Mr. Johnson?

8      A.  No, I have not.

9      Q.  So you just gave an opinion based on what

16:17:07   10  Mr. Lombardi told you?

11      A.  I -- I -- I gave the information that I was

12  given, yes.

13      Q.  You repeated what he said to you?

14      A.  That is what I was told, yes.

16:17:19   15      Q.  All right.  You know, we talked about proxies,

16  we talked about -- on recross -- redirect -- proxies and

17  we talked about statistically significance.  And I want

18  to look at what you actually said about these things

19  before you were ever hired by Monsanto.  Okay?  So let's

16:17:36   20  start off with proxies.

21          MR. WISNER:  Your Honor, may I approach?

22          THE COURT:  Yes.

23      Q.  BY MR. WISNER:  I'm handing you Exhibit 1061.

24          Dr. Mucci, this is one of your papers; right?

16:17:55   25      A.  Yes, it is.

4455

```
 1          Q.  Published 2001?

 2          A.  Yes.

 3              MR. WISNER:  And permission to publish, your

 4  Honor?

 5              THE COURT:  Very well.

 6          Q.  BY MR. WISNER:  So this is the study we're

 7  talking about.  The reliability of information collected

 8  by proxy in family studies of Alzheimer's disease; right?

 9          A.  Yes.

10          Q.  And that's you, Lorelei Mucci?

11          A.  Yes, it is.

12          Q.  And there's a bunch of other -- looks like a

13  bunch of authors with you on this as well; right?

14          A.  Yes.

15          Q.  And I just want to go to the conclusion.  I just

16  want to read the conclusion.  It says, "This study

17  supports the reliability of proxy responses for most

18  categories of questions that are elicited in typical

19  epidemiological studies, including the Mirage study."

20  That's what you wrote?

21          A.  Yes, I did.  Yes.

22          Q.  Okay.  Let's talk about what you wrote about

23  statistical significance before you were hired by

24  Monsanto.

25              MR. WISNER:  Permission to approach, your Honor?
```

16:18:01

16:18:19

16:18:27

16:18:43

16:18:51

4456

1          THE COURT:  Yes.

2      Q.  BY MR. WISNER:  Handing you Exhibit 829.

3          Dr. Mucci, this is a one of your publications on

4  lymphoma, isn't it?

16:19:09    5      A.  Yes, it is.

6      Q.  This was actually written back in 2001; isn't

7  that true?

8      A.  Yes, it is.

9          MR. WISNER:  Permission to publish?

16:19:15   10          THE COURT:  Very well.

11      Q.  BY MR. WISNER:  This one was looking -- sort of

12  an interesting study, Doctor.  So you were looking at the

13  effects of smoking by mothers who were pregnant on

14  various types of cancer; right?

16:19:27   15      A.  Looking at childhood leukemia and lymphoma, yes.

16      Q.  Yeah.  So you're looking at NHL and leukemia in

17  children?

18      A.  Yes.

19      Q.  And you looked at -- you actually used the

16:19:38   20  Swedish database, didn't you?

21      A.  Yes, I did.

22      Q.  It's a pretty good database?

23      A.  This particular study leveraged national data,

24  yes.

16:19:45   25      Q.  Yeah.  All right.  And in your abstract here,

4457

1  you report on non-Hodgkin's lymphoma, and you state:

2  "The data also suggested a small excess risk of

3  non-Hodgkin's lymphoma," and you give an odds ratio of

4  1.5 that is not statistically significant; correct?

16:20:07   5      A.  Yes, that's correct.  Yes.

6      Q.  So in this study, a 1.25 risk ratio that was not

7  statistically significant, you still reported that as a

8  small excess risk; correct?

9      A.  So if you --

16:20:22   10     Q.  Is that what you wrote, Doctor?  I don't have

11 time.

12     A.  -- what the data says is "suggested," which I

13 think is an important caveat to saying there's a causal

14 association.

16:20:32   15         I'm not saying there is a causal association.  I

16 think that's the first thing, and the second thing is as

17 I said before, when you're looking at an association, you

18 want to rule out not just chance, which is what the

19 confidence interval tells you, but also bias and

16:20:51   20 confounding.  And so in this situation, we considered

21 many forms of bias and confounding.  We then -- taken

22 together, I was quite -- I didn't mention anything about

23 a cause, but I'm saying there's a suggestion of a small

24 excess risk.

16:21:14   25     Q.  There is a suggestion of an excess risk in this

1   Forest plot; right?

2        A.   This is -- in which result are you suggesting?

3        Q.   They're almost all to the right of 1, Doctor;

4   right?

16:21:25   5        A.   Yeah, but there's a really different

6   interpretation.  For example, De Roos 2005, which has a

7   relative risk of 1.0 and a confidence interval -- I'm not

8   suggesting no association, and the difference there also

9   with Hardell, given the width of the confidence interval.

16:21:43   10   So, again, when you're thinking about whether there is or

11   is not a positive association, you not only want to look

12   at the confidence interval to give up chance, but you

13   want to think about bias and confounding.

14        Q.   Here's what you wrote.  You said, "Given the

16:22:00   15   inconclusiveness of earlier epidemiological studies, we

16   can turn to biological plausibility to assess the study

17   findings."

18             Do you see that?

19        A.   Yes, I do.

16:22:13   20        Q.   So when you were confronted in your research

21   before being hired by Monsanto, when you had a small

22   excess risk that wasn't statistically significant, you

23   turned to biological plausibility to see if it could

24   explain it, didn't you?

16:22:26   25        A.   We comment on the biological plausibility, yes.

4459

1       Q.  You haven't in this case, have you?

2       A.  I think the difference there is, again, we

3   haven't talked about it being a cause.  What we're

4   talking about is in the context of these prior studies --

16:22:42   5   epidemiological studies, let's think about what the

6   biology is, but nowhere in this report do I say that

7   cigarette smoking is a cause of NHL in kids.

8       Q.  Okay.  Another difference between this study and

9   what you've done here, is you weren't paid $100,000 by

16:22:59   10   Monsanto, were you?

11      A.  Well, I was not.  This is still a standard

12   approach that you take in epidemiology.  When you look at

13   this relative risk and confidence interval here and

14   taking into account the fact that we think that there was

16:23:13   15   no bias or confounding present, all of this together is

16   different than the epidemiology studies that we've looked

17   at today.

18      Q.  So that's a "yes"?

19      A.  I'm sorry, a "yes" to?

16:23:24   20      Q.  To the question I asked you.  I said another

21   difference between this study and what you've presented

22   here today is that here you've been paid 100 grand by

23   Monsanto; correct?

24      A.  I think that would -- that kind of comment

16:23:36   25   suggests that I was bias in my review of the epidemiology

4460

1    studies, which I don't think is a fair assessment at all.

2           MR. WISNER:  Okay.  No further questions, your

3    Honor.

4           THE COURT:  All right.  Thank you, Dr. Mucci.

16:23:49    5    You may be excused.

6           THE WITNESS:  Thank you.

7           THE COURT:  All right.  Ladies and Gentlemen,

8    we're going to adjourn now for today.  We will not be in

9    session tomorrow.  So we will resume again on Thursday

16:24:02    10   morning at 9:30.  Please remember:  Do not do any

11   research.  Please do not have any discussions about the

12   case.  I'll see you Thursday morning.  Thank you.

13          And, Counsel, can you please remain?

14          (Jury leaves courtroom.)

16:24:53    15          THE COURT:  All right.  So for your information,

16   I asked Madam Clerk to confirm 154 -- Plaintiff's 154 is,

17   in fact, in evidence.

18          MS. EDWARDS:  My apologies, your Honor.  It's

19   not on our -- that was my mistake.  That's not on our

16:25:20    20   exhibit list, but that's my fault.

21          THE COURT:  That's fine.  I just wanted to

22   clarify that.

23          MS. EDWARDS:  Thank you, your Honor.

24          THE COURT:  Now, have you met and conferred on

16:25:26    25   the jury instructions?

1          MR. HILMERT:  We've begun the process, your

2    Honor, and we're actually going to sit down tomorrow

3    before our jury instruction conference and see if we can

4    narrow this.  Right now we do have several, I think,

16:25:40  5    substantive jury instructions to use, and we're going to

6    work those out, to the extent we can.  Although, I'm

7    not sure how confident I am that we're going to be able

8    to reach an agreement on them, because they are

9    substantive disputes about what the jury should be told,

16:25:56  10   but we're going to try, and we'll do our best to reach a

11   solution.

12          THE COURT:  Okay.  So for the core instructions,

13   for example on the negligence and the failure to warn,

14   there should be agreement.

16:26:10  15          MR. HILMERT:  We actually don't have agreement

16   on that, your Honor, and part of that is the plaintiff is

17   proposing modifications to the standard CACI

18   instructions.

19          THE COURT:  Okay.  Just so you know for purposes

16:26:23  20   of your discussion, I'm quite adverse to straying from

21   the CACI instructions, unless there's a very compelling

22   reason to do so.  But in cases like this where it's

23   product liability tort cases, the CACI instructions have

24   been thoroughly vetted, they've been used in many cases,

16:26:44  25   they've been approved by the Supreme Court, and so unless

4462

1 there's a very compelling reason to depart from them, I'm

2 going to use the CACI instructions, so just keep that in

3 mind as you have your discussions.

4          MR. HILMERT:  That's helpful.  Thank you, your

16:26:57  5 Honor.

6          MR. DICKENS:  That's fair.  And I think it goes

7 both ways with respect to modifications, but certainly

8 when we're sitting down and going through those, we'll

9 keep that in mind.

16:27:08 10          THE COURT:  Okay.  All right.  So, then,

11 tomorrow at 2 o'clock, then, I would like to go through

12 the jury instructions, so if you could please bring a

13 package of everything you've agreed on, and there should

14 be a substantial number that you should be able to agree

16:27:21 15 on.

16          MR. HILMERT:  There are.

17          MR. DICKENS:  I think there are, your Honor.  I

18 mean, there are a lot, you know, we've jointly proposed,

19 so there is a good subset that we've most likely agreed

16:27:31 20 on that we can submit.  It's just, you know, anything

21 else, and we'll work through those issues.

22          THE COURT:  Okay.  And then we'll discuss

23 whatever remains in dispute.

24          MR. HILMERT:  Yes.

16:27:39 25          THE COURT:  Okay.  Great.  And then, let's see,

1  there were also some other issues we needed to discuss

2  tomorrow.  There was a motion to strike some testimony.

3  Was there something -- motion to strike some of

4  Dr. Sawyer's testimony.  Was there something else we

16:27:57  5  needed to discuss tomorrow?

6          MR. HILMERT:  There was one other issue.  I

7  believe it had to do with NCP disclosure for --

8          MR. GRIFFIS:  Yes, there's an issue with regard

9  to a single document.  It shouldn't take long.  And the

16:28:11  10  EPA instructions.  I don't know if that's been resolved

11  yet.

12          MR. WISNER:  We're still working on it.

13          MR. GRIFFIS:  So we're still meeting and

14  conferring about that.  Those are both fairly short

16:28:25  15  issues.

16          THE COURT:  All right.  So we'll discuss all of

17  that tomorrow at 2 o'clock, please.

18          And then on Thursday, who do you intend to call?

19          MR. GRIFFIS:  We intend to call Dr. Goodman, and

16:28:35  20  in the event that --

21          MR. WISNER:  That's my witness.

22          MR. GRIFFIS:  In the event that -- I don't know

23  how long it's going to take at the moment.  But in the

24  event that that gets done, it would be Dr. Sullivan up

16:28:47  25  next.

```
  1              Is that your witness, too?

  2              MR. WISNER:  No.

  3              MR. DICKENS:  I'll give them all to him.

  4              THE COURT:  Okay.  So Dr. Goodman and

  5  Dr. Sullivan will take up all of Thursday?

  6              MR. GRIFFIS:  Right.  And we're going to be

  7  talking to the plaintiffs about the schedule, because

  8  given people coming into town and needing to leave, we

  9  may need to -- I don't know that we're going to get to

 10  Dr. Sullivan on Thursday, but if we do, we may need to

 11  interrupt him for the next witness and so on.  We'll --

 12  as we figure that out, we'll meet and confer about it.

 13  We'll try not to bother you about it.

 14              THE COURT:  All right.  Great.  All right.

 15  Anything else, then, that we need to talk about today?

 16              MS. EDWARDS:  Your Honor, yes.  I'm loathe to do

 17  this, I'm sorry, but we have an ongoing issue about some

 18  of the social media, and it is not getting better.  It's

 19  getting worse, and we had asked if we could discuss this

 20  with you in chambers.  I'm sorry to do that at 4:30, but

 21  if we could, I think we would like to.

 22              THE COURT:  All right.  Well, we can discuss it.

 23  That's fine.  Anything else we need to do at this time

 24  here?

 25              MR. DICKENS:  Nothing from us, your Honor.
```

16:28:57
16:29:09
16:29:23
16:29:39
16:29:53

4465

1           THE COURT:  Okay.  Great.  Then let's just take

2   a five-minute recess and then we can come back.

3           MS. EDWARDS:  Thank you, your Honor.

4           (Time Noted:  4:29 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                   REPORTER'S CERTIFICATE

2

3          I certify that the proceedings in the

4  within-titled cause were taken at the time and place

5  herein named; that the proceedings were reported by

6  me, a duly Certified Shorthand Reporter of the State of

7  California authorized to administer oaths and

8  affirmations, and said proceedings were thereafter

9  transcribed into typewriting.

10         I further certify that I am not of counsel or

11 Attorney for either or any of the parties to said

12 Proceedings, not in any way interested in the outcome of

13 the cause named in said proceedings.

14         IN WITNESS WHEREOF, I have hereunto set my hand:

15 July 31st, 2018.

16

17

18

19                        <%signature%>
                          Leslie Rockwood Rosas
20                        Certified Shorthand Reporter
                          State of California
21                        Certificate No. 3462

22

23

24

25
```

4467

**$**

**$100,000** [1] - 4460:9

**'**

**'40s** [1] - 4439:12
**'50s** [1] - 4439:12
**'80s** [1] - 4437:18
**'days** [1] - 4367:17
**'exploratory** [1] -
4427:23

**0**

**0.3** [2] - 4377:12,
4378:6
**0.77** [1] - 4445:4
**03** [1] - 4377:8

**1**

**1** [19] - 4332:18,
4333:2, 4335:1,
4358:25, 4359:20,
4376:22, 4394:25,
4404:8, 4412:24,
4412:25, 4413:2,
4413:5, 4413:6,
4442:19, 4443:10,
4445:1, 4446:18,
4446:21, 4459:3
**1.0** [1] - 4459:7
**1.2** [3] - 4365:17,
4365:22, 4365:23
**1.22** [1] - 4407:17
**1.25** [1] - 4458:6
**1.26** [1] - 4365:16
**1.5** [1] - 4458:4
**1.51** [2] - 4390:16,
4394:19
**1.85** [2] - 4361:16,
4362:5
**1.98** [1] - 4410:23
**10** [4] - 4328:2,
4328:8, 4328:11,
4432:22
**100** [1] - 4460:22
**100,000** [1] - 4316:23
**1022** [1] - 4395:24
**105** [1] - 4332:4
**1060** [1] - 4430:13
**1061** [1] - 4455:23
**108** [1] - 4312:12
**11** [1] - 4432:8
**111** [1] - 4335:21
**113** [1] - 4401:15
**12** [3] - 4324:10,
4386:23, 4415:6
**12100** [1] - 4312:6
**127** [1] - 4336:8
**128** [1] - 4336:8

**129** [1] - 4450:21
**13** [2] - 4325:22,
4326:10
**1350** [1] - 4313:13
**15** [5] - 4404:5,
4404:17, 4435:20,
4438:15, 4447:1
**150** [1] - 4357:24
**154** [2] - 4461:16
**16** [1] - 4435:20
**166** [2] - 4399:8,
4399:13
**1660** [1] - 4444:2
**1662** [1] - 4445:14
**19** [1] - 4400:1
**1980s** [1] - 4376:15
**1991** [1] - 4382:16
**1993** [4] - 4343:14,
4345:24, 4432:16,
4438:15
**1997** [5] - 4422:20,
4424:21, 4426:12,
4428:13, 4432:16
**1999** [2] - 4442:23,
4443:2
**1:31** [2] - 4311:14,
4315:2

**2**

**2** [8] - 4365:16,
4368:5, 4392:21,
4425:22, 4447:14,
4447:15, 4463:11,
4464:17
**2,4-D** [1] - 4407:23
**2.02** [1] - 4390:11
**2.1** [3] - 4379:17,
4380:15, 4383:4
**2.12** [1] - 4368:11
**2.2** [1] - 4395:18
**2.3** [2] - 4359:23,
4393:13
**2.94** [1] - 4445:4
**20** [5] - 4311:13,
4315:3, 4388:3,
4402:3, 4423:3
**20005** [1] - 4313:14
**2000s** [1] - 4439:3
**2001** [2] - 4456:1,
4457:6
**2002** [9] - 4356:21,
4357:1, 4360:5,
4360:8, 4360:11,
4373:21, 4385:6,
4442:20, 4443:1
**2003** [17] - 4374:3,
4375:7, 4375:13,
4382:20, 4385:10,
4385:12, 4386:23,

**4388:13, 4401:5,
4401:7, 4447:8,
4447:9, 4447:11,
4447:23, 4448:18,
4450:1
**2005** [1] - 4381:9,
4384:10, 4384:18,
4438:23, 4439:8,
4440:17, 4440:21,
4440:22, 4449:8,
4449:11, 4459:6
**2014** [1] - 4438:25
**2015** [9] - 4405:17,
4406:25, 4408:6,
4414:14, 4417:4,
4417:6, 4438:16,
4451:19, 4452:2
**2017** [1] - 4420:2
**2017/18** [1] - 4419:25
**2018** [5] - 4311:12,
4315:1, 4420:3,
4453:15, 4467:15
**202-898-5800** [1] -
4313:15
**21** [1] - 4447:2
**2191** [1] - 4449:9
**2193** [1] - 4447:12
**22960** [1] - 4312:13
**22nd** [1] - 4424:20
**23** [1] - 4327:8
**2324** [1] - 4446:18
**235** [1] - 4312:19
**25** [1] - 4431:24
**2606** [2] - 4446:19,
4446:20
**293** [1] - 4338:25
**2965340B** [1] -
4311:23
**2A** [1] - 4415:17

**3**

**3** [5] - 4377:11,
4377:24, 4378:25,
4380:20, 4384:1
**3.04** [2] - 4361:3,
4393:16
**3.5** [3] - 4408:21,
4408:23, 4408:25
**30** [1] - 4388:4
**31** [2] - 4311:12,
4315:1
**310-207-3233** [1] -
4312:8
**312-558-5969** [1] -
4313:9
**31st** [1] - 4467:15
**3462** [2] - 4311:22,
4467:21
**35** [1] - 4313:7

**36** [1] - 4388:22
**37** [1] - 4447:25
**37.4** [1] - 4448:5
**3rd** [1] - 4406:25

**4**

**4** [1] - 4447:14
**4-D** [1] - 4425:22
**40** [1] - 4412:3
**404** [1] - 4358:12
**415-954-4400** [1] -
4312:21
**4311** [1] - 4311:25
**4315** [1] - 4314:4
**442** [1] - 4358:9
**4441** [1] - 4314:4
**4454** [1] - 4314:4
**4467** [1] - 4311:25
**45** [1] - 4447:25
**45.0** [1] - 4448:6
**47** [7] - 4378:22,
4379:22, 4380:1,
4388:23, 4389:3,
4401:19
**471** [1] - 4358:12
**475** [1] - 4337:10
**49** [1] - 4386:8
**4:29** [1] - 4466:4
**4:30** [1] - 4465:20

**5**

**5** [1] - 4386:23
**5.4** [1] - 4332:25
**50** [5] - 4319:1,
4379:25, 4404:22,
4412:3, 4435:4
**504** [1] - 4315:6
**540-672-4224** [1] -
4312:14

**6**

**6** [1] - 4377:24
**60** [1] - 4433:11
**60601** [1] - 4313:8
**622** [1] - 4414:6
**681** [2] - 4345:11,
4345:17
**682** [2] - 4345:7,
4351:23

**7**

**7** [12] - 4328:2,
4328:7, 4328:11,
4358:25, 4359:1,
4360:23, 4360:25,
4366:16, 4368:17,
4394:14, 4444:16,
4444:21

**70** [1] - 4437:20
**709** [1] - 4381:18
**710** [3] - 4375:8,
4375:12, 4385:13
**75** [2] - 4437:17,
4437:23
**758** [1] - 4390:21
**777** [1] - 4360:10
**778** [1] - 4356:22

**8**

**8** [1] - 4368:19
**80** [2] - 4437:21,
4437:23
**818** [1] - 4363:17
**829** [1] - 4457:2
**836** [2] - 4406:5,
4406:18

**9**

**9** [4] - 4324:10,
4325:22, 4326:10,
4328:8
**90,000** [1] - 4316:23
**90025** [1] - 4312:7
**94104** [1] - 4312:20
**949** [1] - 4327:8
**950** [5] - 4312:6,
4324:10, 4325:21,
4326:10, 4326:25
**951** [2] - 4328:2,
4328:11
**97** [1] - 4409:6
**9:30** [1] - 4461:10

**A**

**aberrations** [1] -
4392:2
**ability** [1] - 4425:24
**able** [4] - 4346:13,
4440:5, 4462:7,
4463:14
**absence** [1] - 4340:8
**absolutely** [1] -
4371:11
**abstract** [1] -
4457:25
**academia** [1] -
4317:13
**accepted** [1] -
4342:24
**access** [1] - 4433:17
**accomplishments**
[1] - 4372:4
**according** [2] -
4374:23, 4422:3
**account** [2] -
4428:17, 4460:14

1

**accumulating** [1] - 4323:16

**accurate** [1] - 4427:8

**acids** [2] - 4357:25, 4391:19

**acknowledgment** [1] - 4444:14

**Acquavella** [2] - 4423:24, 4424:24

**actual** [11] - 4321:21, 4327:2, 4327:4, 4351:18, 4353:18, 4358:7, 4381:6, 4419:15, 4430:1, 4431:16, 4434:1

**add** [3] - 4388:9, 4398:24, 4418:2

**addition** [1] - 4401:22

**additional** [3] - 4319:10, 4360:18, 4398:23

**address** [2] - 4355:9, 4380:7

**addresses** [1] - 4342:8

**adjourn** [1] - 4461:8

**adjust** [17] - 4342:19, 4359:16, 4361:15, 4390:15, 4394:25, 4395:8, 4403:10, 4410:15, 4411:3, 4411:7, 4416:10, 4442:11, 4443:4, 4443:9, 4443:14, 4444:24, 4445:6

**adjusted** [33] - 4354:1, 4354:2, 4359:18, 4361:12, 4365:16, 4365:24, 4371:5, 4378:19, 4379:6, 4379:16, 4380:19, 4384:25, 4385:3, 4385:5, 4385:8, 4387:6, 4388:19, 4390:9, 4390:18, 4393:10, 4396:5, 4398:4, 4398:11, 4398:13, 4402:16, 4402:20, 4410:7, 4412:15, 4417:8, 4434:2, 4442:6, 4444:22

**Adjusted** [1] - 4407:19

**Adjusting** [1] - 4380:24

**adjusting** [8] - 4347:10, 4370:8, 4378:17, 4389:3,

4395:9, 4402:23, 4444:10

**adjustment** [13] - 4372:19, 4381:7, 4383:6, 4385:18, 4386:2, 4402:25, 4403:1, 4410:19, 4442:10, 4442:11, 4443:8, 4443:19, 4443:25

**adjustments** [2] - 4363:15, 4408:15

**adjusts** [4] - 4408:1, 4408:2, 4411:1

**administer** [1] - 4467:7

**admission** [1] - 4400:13

**advance** [1] - 4425:18

**advanced** [1] - 4452:6

**adverse** [1] - 4462:20

**affirmations** [1] - 4462:24

**Afternoon** [2] - 4311:13, 4315:4

**afternoon** [1] - 4383:25

**age** [3] - 4367:18, 4380:20, 4407:20

**agencies** [2] - 4333:17, 4333:24

**Agency** [2] - 4332:18, 4391:20

**agency** [1] - 4337:2

**agent** [2] - 4332:17, 4400:8

**agents** [2] - 4333:2, 4444:10

**ago** [1] - 4423:3

**agree** [31] - 4316:3, 4319:5, 4319:14, 4319:15, 4319:19, 4320:13, 4322:5, 4331:4, 4333:12, 4334:14, 4337:5, 4338:18, 4341:7, 4341:10, 4349:1, 4353:20, 4355:15, 4357:21, 4362:1, 4373:7, 4378:6, 4379:16, 4383:15, 4388:2, 4409:22, 4426:11, 4426:16, 4427:24, 4439:20, 4463:14

**agreed** [6] - 4322:7, 4416:1, 4430:10,

4431:2, 4463:13, 4463:19

**agreement** [6] - 4319:11, 4364:25, 4454:9, 4462:8, 4462:14, 4462:15

**agricultural** [3] - 4343:2, 4426:2, 4438:3

**Agricultural** [6] - 4387:15, 4387:18, 4421:11, 4425:2, 4431:22, 4453:16

**agriculture** [2] - 4394:6, 4445:17

**AHS** [28] - 4350:20, 4351:12, 4375:20, 4375:21, 4375:22, 4381:25, 4414:25, 4416:20, 4419:5, 4419:23, 4423:1, 4425:5, 4425:12, 4425:14, 4425:17, 4425:21, 4425:23, 4426:4, 4427:2, 4427:21, 4427:24, 4428:20, 4429:21, 4429:23, 4430:3, 4434:1, 4435:13, 4439:21

**al** [1] - 4311:7

**aligned** [1] - 4415:11

**allow** [3] - 4338:8, 4343:24, 4398:22

**allowed** [4] - 4329:6, 4385:17, 4421:15, 4422:18

**allows** [1] - 4423:15

**almost** [2] - 4408:8, 4459:3

**alone** [1] - 4337:21

**Alzheimer's** [1] - 4456:8

**American** [2] - 4451:11, 4451:14

**amino** [1] - 4391:19

**amount** [9] - 4316:23, 4343:22, 4412:11, 4428:8, 4434:2, 4437:1, 4437:2, 4437:25, 4438:11

**amounts** [1] - 4354:18

**analyses** [2] - 4439:7, 4443:15

**analysis** [56] - 4320:24, 4321:16, 4321:19, 4359:9, 4359:15, 4361:1,

4363:3, 4363:6, 4363:8, 4366:13, 4367:6, 4367:8, 4371:6, 4372:20, 4373:19, 4374:8, 4374:10, 4374:14, 4374:20, 4375:5, 4376:14, 4377:1, 4380:12, 4383:7, 4383:18, 4385:9, 4385:17, 4385:23, 4387:17, 4391:12, 4393:13, 4394:9, 4394:18, 4396:8, 4396:17, 4396:19, 4396:21, 4397:8, 4397:11, 4397:14, 4398:4, 4398:12, 4401:18, 4401:20, 4401:23, 4415:14, 4416:25, 4428:15, 4436:25, 4439:8, 4440:17, 4444:3, 4444:11, 4445:20, 4446:8, 4452:10

**analyzed** [1] - 4444:10

**analyzing** [2] - 4449:5, 4450:11

**Andreotti** [2] - 4396:11, 4419:24

**Angeles** [1] - 4312:7

**animal** [3] - 4317:22, 4318:15, 4451:3

**animals** [1] - 4340:5

**answer** [16] - 4326:24, 4327:18, 4328:3, 4329:20, 4330:18, 4330:20, 4338:1, 4338:8, 4338:11, 4338:14, 4343:25, 4344:1, 4441:16, 4446:6, 4454:17

**answered** [2] - 4358:12, 4434:16

**answering** [1] - 4341:23

**answers** [1] - 4327:4

**apologies** [1] - 4461:18

**APPEARANCES** [2] - 4312:1, 4313:1

**applications** [1] - 4441:1

**applicator** [1] - 4429:1

**applicators** [3] - 4350:25, 4390:2, 4436:6

**applied** [1] - 4432:25

**apply** [5] - 4336:20, 4433:6, 4434:10, 4434:20, 4453:20

**applying** [1] - 4436:7

**appreciably** [1] - 4354:2

**appreciate** [3] - 4329:1, 4365:8, 4411:6

**approach** [19] - 4315:17, 4328:14, 4331:25, 4345:9, 4345:12, 4351:20, 4396:25, 4398:3, 4398:17, 4399:10, 4420:23, 4430:5, 4436:18, 4448:24, 4449:3, 4449:5, 4455:21, 4456:25, 4460:12

**appropriate** [4] - 4340:3, 4342:5, 4342:8, 4451:3

**approved** [1] - 4462:25

**approximate** [1] - 4446:1

**arbiter** [2] - 4337:16, 4338:18

**area** [8] - 4335:5, 4375:16, 4383:17, 4387:5, 4403:11, 4404:4, 4425:18, 4432:8

**argue** [1] - 4353:14

**ARISTEI** [1] - 4312:5

**article** [10] - 4345:23, 4352:9, 4357:1, 4363:22, 4372:17, 4372:18, 4384:10, 4445:13, 4447:15, 4448:22

**articles** [1] - 4371:12

**aside** [1] - 4393:3

**assess** [3] - 4335:18, 4439:21, 4459:16

**assessed** [2] - 4367:19, 4429:24

**assessing** [1] - 4369:3

**assessment** [13] - 4318:9, 4319:15, 4319:16, 4319:18, 4358:24, 4377:25, 4416:1, 4427:8, 4428:20, 4428:24, 4438:10, 4461:1

**assessments** [1] - 4318:16

**associate** [2] - 4317:7, 4393:24

**associated** [25] - 4347:19, 4348:2, 4348:7, 4348:9, 4349:20, 4366:9, 4367:3, 4368:16, 4368:20, 4369:2, 4370:15, 4371:7, 4371:9, 4371:13, 4371:17, 4371:22, 4371:23, 4372:5, 4372:21, 4372:24, 4373:1, 4382:24, 4383:3, 4392:17, 4403:6

**association** [52] - 4323:17, 4323:23, 4323:25, 4324:1, 4324:2, 4325:5, 4325:6, 4326:1, 4326:20, 4327:2, 4327:12, 4327:22, 4329:10, 4329:18, 4329:21, 4329:25, 4330:1, 4330:3, 4330:5, 4330:8, 4330:13, 4330:15, 4330:22, 4330:24, 4331:1, 4349:6, 4349:11, 4349:14, 4366:14, 4368:22, 4369:5, 4372:13, 4382:8, 4398:20, 4399:5, 4400:7, 4400:18, 4410:2, 4412:20, 4413:7, 4415:22, 4442:19, 4443:11, 4445:1, 4449:20, 4450:5, 4453:4, 4458:14, 4458:15, 4458:17, 4459:8, 4459:11

**associations** [9] - 4320:12, 4327:24, 4349:4, 4367:21, 4368:6, 4387:22, 4425:16, 4429:14, 4440:20

**assume** [3] - 4317:9, 4321:5, 4383:11

**assumptions** [6] - 4374:15, 4374:21, 4374:23, 4375:1, 4375:4, 4377:1

**attention** [1] - 4332:4

**attenuate** [3] - 4342:25, 4343:3, 4427:19

**attenuated** [3] -

4361:19, 4442:12, 4442:16

**attorney** [2] - 4329:2, 4467:11

**August** [7] - 4405:16, 4408:6, 4413:11, 4417:6, 4452:2, 4452:17

**author** [2] - 4381:21, 4415:7

**authorized** [1] - 4467:7

**authors** [20] - 4339:21, 4360:20, 4362:7, 4363:1, 4364:20, 4368:2, 4368:24, 4369:9, 4384:12, 4384:18, 4384:23, 4390:18, 4398:8, 4398:14, 4414:19, 4414:24, 4416:5, 4417:18, 4445:10, 4456:13

**Avenue** [1] - 4312:12

**average** [1] - 4433:5

**aware** [5] - 4318:3, 4342:10, 4426:23, 4452:17, 4452:23

## B

**B-cell** [1] - 4393:24

**background** [2] - 4352:22, 4357:16

**backpack** [1] - 4453:21

**badgering** [1] - 4329:11

**base** [1] - 4417:16

**based** [23] - 4320:6, 4320:9, 4327:9, 4327:12, 4329:24, 4337:21, 4340:4, 4353:18, 4358:4, 4364:3, 4365:2, 4375:1, 4382:9, 4389:13, 4389:16, 4389:20, 4398:19, 4415:25, 4428:24, 4430:15, 4434:2, 4438:11, 4455:9

**Based** [1] - 4332:13

**basis** [2] - 4340:7, 4423:14

**BAUM** [1] - 4312:5

**Bayesian** [3] - 4374:8, 4374:14, 4374:20

**become** [4] - 4317:9, 4317:13, 4442:18, 4453:1

**becomes** [1] - 4443:5

**becoming** [1] - 4329:11

**beginning** [2] - 4327:7, 4449:10

**begun** [2] - 4429:12, 4462:1

**behalf** [3] - 4317:3, 4317:5, 4340:24

**belief** [1] - 4355:6

**belive** [1] - 4402:3

**below** [4] - 4345:4, 4432:10

**benchmark** [5] - 4332:20, 4334:9, 4334:12, 4334:18, 4335:13

**benchmarks** [1] - 4335:16

**best** [2] - 4426:3, 4462:10

**better** [5] - 4347:8, 4398:15, 4449:16, 4453:12, 4465:18

**between** [20] - 4326:20, 4327:12, 4327:22, 4349:5, 4349:14, 4352:15, 4386:23, 4400:8, 4425:16, 4432:16, 4437:13, 4440:20, 4447:1, 4447:25, 4448:7, 4449:20, 4450:6, 4453:4, 4460:8, 4460:21

**bias** [44] - 4320:11, 4341:8, 4341:10, 4341:12, 4341:14, 4341:18, 4341:20, 4342:9, 4342:11, 4342:21, 4342:23, 4344:5, 4344:9, 4344:17, 4344:22, 4345:2, 4345:6, 4346:21, 4352:24, 4354:19, 4367:12, 4367:14, 4368:1, 4371:25, 4398:22, 4400:11, 4402:22, 4402:24, 4411:4, 4411:9, 4436:20, 4440:13, 4446:1, 4447:6, 4447:7, 4447:9, 4452:24, 4452:25, 4458:19, 4458:21, 4459:13, 4460:15, 4460:25

**biased** [4] - 4345:3, 4436:25, 4440:12,

4440:22

**biases** [2] - 4331:3, 4373:10

**big** [2] - 4341:15, 4415:23

**bigger** [2] - 4355:16, 4408:25

**biggest** [2] - 4410:14, 4439:11

**binder** [7] - 4315:17, 4338:25, 4356:22, 4363:18, 4375:8, 4406:6, 4414:6

**biological** [5] - 4317:25, 4392:10, 4459:16, 4459:23, 4459:25

**biology** [1] - 4460:6

**Biomarker** [1] - 4332:13

**Biomarker-Based** [1] - 4332:13

**biostatistician** [1] - 4417:24

**bit** [4] - 4353:4, 4445:25, 4446:1

**Blair** [13] - 4343:3, 4343:11, 4344:3, 4345:20, 4346:7, 4352:9, 4376:1, 4381:23, 4414:21, 4419:2, 4419:4, 4448:10, 4462:18

**Blair's** [4] - 4419:16, 4452:12, 4452:14, 4453:9

**blindly** [1] - 4342:14

**board** [1] - 4360:3

**body** [5] - 4324:5, 4327:20, 4334:2, 4334:4, 4341:13

**Bolanos** [2] - 4311:14, 4315:7

**book** [6] - 4331:22, 4335:17, 4337:10, 4337:23, 4416:16, 4450:19

**bother** [1] - 4465:13

**bottom** [5] - 4336:8, 4336:12, 4377:7, 4377:13, 4380:18

**Boulevard** [1] - 4312:6

**Bradford** [3] - 4320:24, 4336:18, 4336:23

**Bradford-Hill** [3] - 4320:24, 4336:18, 4336:23

**BRAUN** [1] - 4312:18

**break** [5] - 4381:16, 4381:19, 4383:22, 4384:9, 4404:2

**BRENT** [1] - 4312:4

**Brian** [2] - 4355:22, 4372:15

**bring** [2] - 4413:19, 4463:12

**broad** [1] - 4391:18

**broad-spectrum** [1] - 4391:18

**broken** [1] - 4408:21

**bubbles** [1] - 4432:4

**bunch** [9] - 4327:18, 4363:23, 4366:17, 4367:20, 4405:13, 4414:19, 4427:6, 4456:12, 4456:13

**BY** [40] - 4311:21, 4315:22, 4325:1, 4325:25, 4327:3, 4332:2, 4332:7, 4336:11, 4338:16, 4339:9, 4341:6, 4344:7, 4345:19, 4346:4, 4351:22, 4352:8, 4356:25, 4363:21, 4375:11, 4390:24, 4396:3, 4399:12, 4399:19, 4406:21, 4414:11, 4416:24, 4420:20, 4420:25, 4423:24, 4424:19, 4431:22, 4441:11, 4442:1, 4452:23, 4454:12, 4454:25, 4455:23, 4456:6, 4457:2, 4457:11

## C

**CACI** [4] - 4462:17, 4462:21, 4462:23, 4463:2

**calculate** [1] - 4396:13

**calculation** [1] - 4434:1

**California** [5] - 4312:7, 4312:20, 4315:5, 4467:7, 4467:20

**CALIFORNIA** [1] - 4311:1

**Canada** [3] - 4364:3, 4365:10, 4382:23

**Canadian** [1] - 4401:6

**Cancer** [5] - 4332:19, 4335:22, 4376:16,

3

4383:8, 4404:16
**cancer** [39] -
4316:13, 4331:7,
4331:16, 4331:19,
4331:22, 4332:9,
4335:8, 4335:16,
4337:8, 4337:16,
4338:18, 4341:22,
4342:14, 4344:18,
4346:13, 4350:5,
4350:16, 4350:18,
4351:2, 4354:1,
4369:21, 4372:5,
4400:9, 4405:2,
4407:21, 4418:20,
4428:7, 4435:8,
4435:22, 4436:1,
4436:4, 4436:7,
4436:10, 4436:22,
4449:21, 4449:22,
4450:19, 4457:14
**cancers** [5] - 4340:4,
4399:23, 4403:15,
4405:1, 4438:25
**cannot** [1] - 4400:11
**Cantor** [2] - 4376:8,
4376:11
**capture** [1] - 4390:4
**captured** [2] -
4434:22, 4439:4
**Carbon** [1] - 4369:8
**carcinogen** [12] -
4318:1, 4332:18,
4333:13, 4333:20,
4334:15, 4335:4,
4339:17, 4339:23,
4340:7, 4377:25,
4415:18, 4416:19
**carcinogenic** [2] -
4377:4, 4391:21
**Carcinogenic** [2] -
4377:17, 4377:19
**Carcinogenicity** [1] -
4400:2
**carcinogenicity** [1] -
4400:3
**Carcinogens** [1] -
4332:14
**carcinogens** [8] -
4332:21, 4333:8,
4334:9, 4334:13,
4335:1, 4335:2,
4335:6, 4340:10
**carefully** [1] - 4350:2
**carrying** [1] -
4349:15
**cartridge** [1] -
4434:17
**Case** [1] - 4311:6
**case** [53] - 4316:7,

4316:21, 4317:20,
4319:3, 4334:5,
4334:19, 4336:21,
4340:24, 4341:11,
4341:13, 4342:13,
4343:7, 4343:21,
4344:5, 4345:2,
4346:20, 4355:8,
4357:11, 4360:6,
4361:19, 4363:2,
4364:3, 4364:18,
4365:1, 4373:8,
4376:12, 4376:16,
4379:20, 4382:9,
4383:8, 4384:2,
4388:7, 4388:25,
4389:1, 4398:16,
4401:4, 4404:1,
4412:10, 4420:8,
4420:13, 4421:25,
4433:14, 4438:17,
4440:24, 4443:13,
4443:15, 4443:20,
4446:9, 4447:17,
4450:2, 4454:14,
4460:1, 4461:12
**case-control** [21] -
4319:3, 4341:13,
4342:13, 4343:7,
4343:21, 4355:8,
4357:11, 4364:3,
4364:18, 4365:1,
4376:12, 4376:16,
4382:9, 4383:8,
4401:4, 4404:1,
4443:13, 4443:15,
4443:20, 4446:9,
4447:17
**case-response** [1] -
4346:20
**cases** [36] - 4341:22,
4343:2, 4346:19,
4358:9, 4358:12,
4359:22, 4360:18,
4362:3, 4362:24,
4364:10, 4365:4,
4379:23, 4379:25,
4382:10, 4388:22,
4389:5, 4396:23,
4401:21, 4402:2,
4402:5, 4402:8,
4403:8, 4403:21,
4404:5, 4418:6,
4418:7, 4436:14,
4447:17, 4448:3,
4448:4, 4448:7,
4462:22, 4462:23,
4462:24
**categories** [1] -
4456:18

**category** [7] -
4359:6, 4410:2,
4410:3, 4411:25,
4412:4, 4412:7,
4412:13
**causal** [15] -
4323:25, 4324:2,
4325:5, 4326:1,
4327:2, 4330:1,
4330:3, 4330:15,
4330:22, 4398:20,
4399:4, 4400:9,
4400:17, 4458:13,
4458:15
**Causal** [1] - 4336:14
**causality** [1] -
4399:25
**causation** [12] -
4323:10, 4323:22,
4330:5, 4333:16,
4335:18, 4336:3,
4336:23, 4337:21,
4450:3, 4450:8,
4450:12, 4451:8
**caused** [2] -
4369:17, 4395:5
**causers** [1] -
4369:21
**causes** [6] - 4331:6,
4331:19, 4347:15,
4348:10, 4370:2,
4441:9
**caveat** [1] - 4458:13
**cell** [7] - 4393:14,
4393:24, 4403:17,
4404:4, 4404:7,
4408:13, 4409:23
**cellular** [1] - 4451:4
**certain** [6] - 4333:23,
4333:24, 4344:16,
4344:19, 4356:2,
4431:2
**certainly** [1] - 4463:7
**Certificate** [1] -
4467:21
**CERTIFICATE** [1] -
4467:1
**Certified** [2] -
4467:6, 4467:20
**certify** [2] - 4467:3,
4467:10
**cetera** [1] - 4356:8
**CGC-16-550128** [1] -
4311:6
**challenging** [2] -
4404:12, 4453:2
**chambers** [1] -
4465:20
**chance** [6] -
4320:11, 4325:8,

4398:23, 4400:11,
4458:18, 4459:12
**change** [4] - 4363:8,
4419:9, 4439:4,
4441:8
**changed** [3] -
4437:5, 4437:7,
4439:23
**changes** [2] -
4440:11, 4440:22
**changing** [1] -
4437:8
**characteristic** [1] -
4454:13
**characteristics** [1] -
4447:16
**chart** [4] - 4347:4,
4372:14, 4395:17,
4396:4
**check** [1] - 4434:10
**checked** [2] -
4358:19, 4366:23,
4369:19
**chemical** [3] -
4426:2, 4448:24,
4449:2
**chemical-specific**
[2] - 4448:24, 4449:2
**chemically** [1] -
4454:5
**chemically-
resistant** - 4454:5
**Chicago** [1] - 4313:8
**childhood** [1] -
4457:15
**children** [1] -
4457:17
**choose** [1] - 4451:15
**chose** [2] - 4360:7,
4451:16
**chromatid** [2] -
4392:1, 4392:14
**chromosomal** [1] -
4392:1
**cigarette** [1] - 4460:7
**cigarettes** [3] -
4347:7, 4347:24,
4354:6
**circumstance** [1] -
4349:1
**circumstances** [1] -
4387:11
**cite** [2] - 4392:6,
4418:16
**cites** [1] - 4421:13
**clarified** [1] -
4358:19
**clarify** [9] - 4340:21,
4359:24, 4365:24,
4367:1, 4369:23,

4372:22, 4383:13,
4428:3, 4461:22
**class** [1] - 4425:25
**classifiable** [1] -
4378:5
**classification** [7] -
4332:10, 4332:17,
4353:12, 4378:4,
4378:6, 4429:5,
4435:10
**classifications** [2] -
4333:15, 4377:18
**classified** [2] -
4427:14, 4427:15
**classify** [1] - 4351:5
**clear** [14] - 4322:11,
4334:2, 4334:5,
4350:7, 4351:7,
4353:1, 4355:6,
4359:15, 4359:18,
4371:16, 4378:5,
4388:18, 4425:6,
4440:23
**clearly** [1] - 4333:18
**Clerk** [1] - 4461:16
**clerk** [1] - 4422:14
**client** [3] - 4340:16,
4340:18, 4340:20
**clock** [2] - 4330:18,
4338:2
**close** [3] - 4374:25,
4408:4, 4409:3
**closer** [3] - 4442:18,
4443:10, 4444:25
**clothing** [2] - 4454:3,
4454:7
**co** [1] - 4395:8
**co-occurring** [1] -
4395:8
**Code** [1] - 4423:15
**coffee** [2] - 4347:24,
4348:4
**cohort** [13] -
4354:16, 4355:16,
4404:11, 4404:17,
4405:3, 4428:17,
4429:23, 4430:22,
4432:14, 4436:3,
4436:5, 4436:8,
4436:17
**cohorts** [1] - 4404:22
**collect** [2] - 4342:14,
4428:7
**collected** [3] -
4351:1, 4456:7
**collecting** [2] -
4341:21, 4438:25
**collinearity** [2] -
4395:5, 4395:7
**column** [1] - 4381:4

**combination** [1] - 4401:2

**combining** [2] - 4377:18, 4393:14

**coming** [3] - 4418:11, 4422:1, 4465:8

**comment** [11] - 4323:18, 4335:6, 4335:7, 4337:18, 4337:19, 4337:22, 4369:10, 4395:3, 4426:14, 4459:25, 4460:24

**commenting** [3] - 4318:18, 4322:10, 4367:11

**comments** [2] - 4330:16, 4338:4

**common** [1] - 4354:9

**commonly** [1] - 4383:7

**community** [1] - 4448:18

**companies** [1] - 4372:9

**COMPANY** [1] - 4311:7

**company** [1] - 4448:17

**compare** [1] - 4440:4

**comparison** [4] - 4346:19, 4356:7, 4356:14, 4427:3

**comparisons** [1] - 4373:5

**compelling** [2] - 4462:21, 4463:1

**complete** [2] - 4431:24, 4432:9

**completely** [1] - 4374:24

**Completeness** [1] - 4328:2

**completeness** [1] - 4329:4

**complicate** [1] - 4352:25

**compounds** [3] - 4367:20, 4394:10, 4445:21

**concept** [1] - 4370:4

**Concepts** [1] - 4335:21

**concern** [7] - 4341:15, 4352:23, 4355:3, 4365:25, 4371:16, 4387:1, 4388:24

**concerned** [3] -

4370:21, 4371:20, 4440:11

**concerning** [1] - 4349:3

**concerns** [5] - 4362:23, 4363:12, 4372:1, 4447:5

**conclude** [4] - 4339:16, 4339:21, 4340:9, 4449:18

**concluded** [5] - 4318:20, 4362:8, 4363:1, 4391:20, 4398:19

**conclusion** [5] - 4320:10, 4340:7, 4354:23, 4456:15, 4456:16

**conclusions** [3] - 4320:9, 4391:13, 4426:8

**conduct** [1] - 4342:13

**conducted** [4] - 4376:16, 4382:22, 4383:9, 4426:23

**confer** [1] - 4465:12

**conference** [1] - 4462:3

**conferred** [1] - 4461:24

**conferring** [1] - 4464:14

**confidence** [12] - 4361:20, 4361:23, 4362:2, 4362:23, 4400:12, 4445:2, 4445:4, 4458:19, 4459:7, 4459:9, 4459:12, 4460:13

**confident** [1] - 4462:7

**confirm** [2] - 4425:21, 4461:16

**confirms** [2] - 4413:22, 4416:15

**confounded** [3] - 4368:17, 4369:4, 4369:14

**confounder** [15] - 4347:12, 4348:23, 4349:7, 4352:1, 4367:4, 4369:1, 4369:24, 4370:1, 4370:15, 4371:2, 4371:4, 4395:12, 4402:24, 4403:2, 4403:4

**confounders** [15] - 4341:17, 4347:2,

4366:1, 4368:21, 4369:16, 4369:20, 4371:18, 4372:9, 4372:13, 4373:1, 4381:7, 4388:20, 4395:10, 4402:22, 4410:20

**confounding** [41] - 4320:11, 4336:4, 4347:10, 4350:2, 4350:9, 4350:11, 4352:16, 4352:20, 4353:24, 4354:4, 4354:6, 4354:9, 4354:11, 4355:1, 4355:11, 4361:13, 4361:14, 4366:5, 4366:6, 4369:13, 4370:4, 4370:9, 4370:14, 4370:21, 4371:20, 4371:24, 4372:12, 4380:8, 4386:4, 4386:13, 4395:4, 4398:22, 4400:11, 4416:9, 4443:16, 4444:15, 4445:24, 4458:20, 4458:21, 4459:13, 4460:15

**Confounding** [4] - 4352:22

**confronted** [1] - 4459:20

**confused** [3] - 4321:20, 4337:20, 4366:3

**confusing** [2] - 4358:19, 4411:23

**confusion** [1] - 4381:8

**consider** [5] - 4317:25, 4318:4, 4353:16, 4380:5, 4440:19

**considerably** [1] - 4447:24

**consideration** [2] - 4355:9, 4409:16

**considerations** [2] - 4337:21, 4355:8

**considered** [7] - 4340:10, 4353:6, 4394:2, 4399:24, 4400:10, 4403:5, 4458:20

**consistent** [4] - 4388:5, 4393:7, 4412:19, 4414:4

**consulting** [2] - 4317:3, 4317:4

**contacted** [3] - 4364:10, 4364:15, 4365:5

**contacts** [1] - 4364:15

**context** [12] - 4319:7, 4319:23, 4323:2, 4331:8, 4348:16, 4351:8, 4353:4, 4353:11, 4399:1, 4441:14, 4447:7, 4460:4

**continue** [2] - 4340:25, 4423:23

**Continued** [1] - 4313:1

**contradict** [1] - 4405:25

**contrary** [1] - 4340:8

**contribute** [1] - 4366:19

**contributed** [1] - 4366:24

**Contribution** [1] - 4332:12

**control** [26] - 4319:3, 4341:13, 4342:13, 4343:7, 4343:21, 4344:4, 4349:10, 4355:8, 4357:11, 4358:4, 4360:6, 4364:3, 4364:18, 4365:1, 4376:12, 4376:16, 4382:9, 4383:8, 4401:4, 4404:1, 4443:13, 4443:15, 4443:20, 4446:9, 4447:17, 4448:13

**controlled** [1] - 4349:20

**controlling** [1] - 4379:22

**controls** [12] - 4343:8, 4346:20, 4358:10, 4358:12, 4359:11, 4403:8, 4439:16, 4447:17, 4448:2, 4448:5, 4448:7

**conventional** [1] - 4429:6

**copy** [2] - 4326:5, 4345:14

**core** [1] - 4462:12

**correct** [51] - 4317:2, 4317:6, 4325:6, 4330:6, 4330:16, 4330:24, 4333:9, 4337:14, 4338:22,

4345:20, 4347:16, 4349:2, 4349:13, 4355:17, 4355:18, 4356:16, 4359:14, 4362:9, 4365:20, 4374:24, 4383:9, 4384:12, 4385:7, 4395:19, 4396:13, 4397:10, 4402:21, 4406:2, 4406:13, 4410:24, 4426:18, 4431:13, 4432:17, 4433:25, 4434:13, 4435:2, 4435:5, 4435:10, 4436:24, 4437:15, 4437:16, 4443:6, 4443:7, 4444:1, 4446:5, 4450:15, 4450:16, 4458:4, 4458:5, 4458:8, 4460:23

**Correct** [7] - 4390:3, 4390:10, 4431:15, 4432:15, 4442:25, 4443:3, 4453:8

**correlated** [12] - 4347:13, 4347:22, 4347:25, 4348:6, 4348:17, 4348:20, 4370:5, 4370:7, 4370:10, 4370:17, 4371:1, 4371:10

**counsel** [2] - 4328:14, 4467:10

**Counsel** [9] - 4315:12, 4384:5, 4442:22, 4443:23, 4446:2, 4450:20, 4451:18, 4452:11, 4461:13

**counted** [1] - 4418:6

**countries** [1] - 4357:18

**COUNTY** [1] - 4311:2

**couple** [6] - 4315:25, 4316:5, 4364:5, 4374:7, 4385:14, 4420:17

**course** [1] - 4318:14

**Court** [2] - 4345:17, 4462:25

**court** [2] - 4328:23, 4452:15

**COURT** [102] - 4311:1, 4315:11, 4315:18, 4324:18, 4324:22, 4325:15, 4325:19, 4326:5, 4326:8, 4326:11, 4326:17, 4326:24,

5

4328:4, 4328:7,
4328:14, 4328:17,
4329:7, 4329:12,
4329:14, 4332:1,
4332:6, 4336:10,
4338:8, 4338:13,
4339:6, 4339:8,
4341:5, 4343:24,
4345:10, 4345:13,
4345:15, 4345:18,
4346:3, 4351:21,
4352:7, 4356:24,
4363:20, 4375:10,
4381:13, 4381:17,
4381:19, 4383:24,
4384:4, 4390:23,
4395:25, 4396:2,
4399:11, 4399:18,
4406:17, 4406:20,
4414:8, 4414:10,
4416:23, 4420:19,
4420:24, 4421:3,
4421:9, 4421:18,
4421:20, 4422:6,
4422:11, 4422:16,
4422:19, 4422:22,
4422:24, 4423:4,
4423:8, 4423:17,
4423:21, 4423:23,
4424:14, 4424:17,
4430:6, 4430:9,
4431:19, 4431:21,
4441:16, 4441:21,
4452:22, 4453:10,
4454:10, 4454:16,
4454:21, 4455:22,
4456:5, 4457:1,
4457:10, 4461:4,
4461:7, 4461:15,
4461:21, 4461:24,
4462:12, 4462:19,
4463:10, 4463:22,
4463:25, 4464:16,
4465:4, 4465:14,
4465:22, 4466:1
   **courtroom** [1] -
4461:14
   **cover** [2] - 4316:1,
4446:13
   **covered** [1] - 4336:4
   **covers** [1] - 4336:3
   **create** [2] - 4429:13,
4440:8
   **created** [2] -
4377:18, 4420:6
   **creates** [1] - 4427:17
   **creating** [1] -
4425:18
   **credibility** [1] -
4368:18

   **credible** [4] -
4398:20, 4399:4,
4400:10, 4400:17
   **criteria** [7] - 4331:13,
4333:24, 4333:25,
4336:18, 4336:20,
4336:23, 4399:25
   **critical** [1] - 4423:6
   **criticisms** [1] -
4386:15
   **critiqued** [1] -
4355:11
   **crop** [1] - 4433:20
   **cross** [5] - 4421:15,
4421:17, 4422:18,
4423:20, 4446:1
   **CROSS** [2] - 4314:3,
4315:21
   **cross-examination**
[3] - 4421:15, 4421:17,
4423:20
   **CROSS-**
**EXAMINATION** [1] -
4315:21
   **CSR** [1] - 4311:22
   **cumulative** [2] -
4449:23, 4449:24
   **current** [3] -
4357:23, 4414:25,
4440:21

# D

   **D.C** [1] - 4313:14
   **data** [71] - 4317:20,
4317:22, 4317:23,
4318:15, 4318:16,
4319:24, 4320:1,
4333:8, 4334:1,
4340:6, 4341:21,
4344:2, 4345:4,
4357:9, 4360:17,
4363:7, 4364:12,
4368:9, 4374:16,
4374:22, 4375:2,
4375:6, 4376:18,
4380:11, 4391:9,
4391:15, 4392:22,
4396:14, 4396:19,
4397:2, 4398:15,
4398:19, 4398:24,
4401:19, 4402:4,
4403:21, 4404:20,
4405:1, 4407:13,
4407:14, 4410:17,
4413:14, 4415:25,
4416:6, 4416:9,
4417:9, 4417:10,
4417:17, 4417:22,
4418:1, 4418:8,
4419:5, 4420:10,
   **deal** [2] - 4402:21,
4411:4
   **dealing** [1] - 4337:8
   **deals** [2] - 4320:21,
4389:1
   **dealt** [1] - 4321:5
   **debate** [1] - 4379:15
   **decades** [2] -
4357:18, 4425:19
   **deceased** [1] -
4364:10
   **deceased's** [2] -
4364:14, 4365:4
   **decided** [2] -
4340:15, 4388:13
   **decides** [1] -
4383:16
   **decks** [1] - 4414:4
   **decreases** [1] -

4425:7, 4425:9,
4425:10, 4428:8,
4428:10, 4428:16,
4432:13, 4446:9,
4447:2, 4447:25,
4449:5, 4453:3,
4457:23, 4458:2,
4458:12
   **database** [2] -
4457:20, 4457:22
   **date** [2] - 4374:2,
4451:25
   **dated** [2] - 4414:14,
4424:20
   **dates** [1] - 4452:7
   **DAVID** [1] - 4312:10
   **days** [14] - 4368:11,
4382:25, 4392:24,
4395:21, 4409:20,
4410:11, 4410:22,
4411:16, 4411:21,
4415:13, 4433:6,
4438:19, 4449:23,
4449:24
   **De** [35] - 4374:3,
4375:7, 4375:13,
4375:15, 4381:9,
4381:23, 4382:19,
4383:11, 4384:10,
4384:18, 4385:10,
4385:12, 4385:16,
4386:22, 4388:2,
4388:5, 4388:13,
4397:11, 4401:5,
4401:7, 4401:18,
4402:2, 4447:8,
4447:9, 4447:11,
4447:23, 4448:17,
4449:6, 4449:8,
4449:11, 4449:25,
4450:1, 4459:6
   **deal** [2] - 4402:21,
4411:4
   **dealing** [1] - 4337:8
   **deals** [2] - 4320:21,
4389:1
   **dealt** [1] - 4321:5
   **debate** [1] - 4379:15
   **decades** [2] -
4357:18, 4425:19
   **deceased** [1] -
4364:10
   **deceased's** [2] -
4364:14, 4365:4
   **decided** [2] -
4340:15, 4388:13
   **decides** [1] -
4383:16
   **decks** [1] - 4414:4
   **decreases** [1] -

4394:19
   **DEFENDANT** [2] -
4312:16, 4313:3
   **Defendant's** [3] -
4446:20, 4447:12,
4449:9
   **Defendants** [1] -
4311:8
   **defense** [1] -
4400:13
   **defined** [1] - 4425:17
   **definitely** [1] -
4440:9
   **definition** [8] -
4398:25, 4399:6,
4399:22, 4400:14,
4400:15, 4436:3,
4436:8, 4444:14
   **definitive** [1] -
4425:20
   **definitively** [1] -
4379:14
   **degree** [2] - 4354:17,
4407:21
   **depart** [1] - 4463:1
   **Department** [1] -
4315:6
   **depo** [2] - 4421:21,
4421:22
   **deposed** [1] - 4419:4
   **deposition** [5] -
4324:18, 4419:2,
4452:12, 4452:14,
4453:9
   **depth** [2] - 4321:23,
4350:10
   **derives** [1] - 4425:14
   **describe** [2] -
4365:10, 4381:6
   **described** [1] -
4365:12
   **describes** [2] -
4343:16, 4364:12
   **description** [1] -
4327:17
   **designed** [2] -
4357:23, 4428:1
   **despite** [1] - 4354:8
   **detail** [1] - 4346:14
   **detailed** [1] - 4356:7
   **determine** [6] -
4331:6, 4331:19,
4333:13, 4333:16,
4333:19, 4334:15
   **determined** [1] -
4334:13
   **Dewayne** [1] -
4409:11
   **DEWAYNE** [1] -
4311:4

   **diagnoses** [1] -
4386:22
   **diagram** [1] -
4386:21
   **dicamba** [1] -
4407:23
   **DICKENS** [5] -
4312:10, 4463:6,
4463:17, 4465:3,
4465:25
   **died** [1] - 4342:15
   **differ** [2] - 4333:16,
4354:2
   **difference** [5] -
4402:5, 4459:8,
4460:2, 4460:8,
4460:21
   **differences** [1] -
4352:15
   **different** [37] -
4319:9, 4323:18,
4327:18, 4330:2,
4330:4, 4333:7,
4333:10, 4334:21,
4336:3, 4359:2,
4364:5, 4368:20,
4369:3, 4378:22,
4379:4, 4379:22,
4380:1, 4386:9,
4388:23, 4389:2,
4390:5, 4393:24,
4400:15, 4400:20,
4402:24, 4403:7,
4403:9, 4427:6,
4429:24, 4438:15,
4444:12, 4451:22,
4452:10, 4459:5,
4460:16
   **differential** [1] -
4346:21
   **differently** [2] -
4334:1, 4434:15
   **differs** [1] - 4403:7
   **dilute** [1] - 4346:23
   **diminish** [1] -
4346:22
   **direct** [6] - 4325:15,
4338:4, 4353:3,
4372:2, 4437:3,
4439:17
   **DIRECT** [1] - 4314:3
   **direction** [1] -
4354:13
   **disagree** [4] -
4320:7, 4362:17,
4363:1, 4439:25
   **disappear** [1] -
4361:18
   **disclosed** [1] -
4384:19

6

**disclosure** [1] - 4464:7

**discrepancy** [1] - 4448:7

**discuss** [14] - 4337:2, 4353:9, 4364:17, 4373:11, 4382:19, 4384:1, 4397:8, 4403:11, 4463:22, 4464:1, 4464:5, 4464:16, 4465:19, 4465:22

**discussed** [3] - 4319:10, 4384:19, 4388:20

**discusses** [2] - 4422:7, 4425:5

**discussing** [5] - 4322:14, 4331:3, 4338:24, 4352:15, 4435:19

**discussion** [10] - 4321:8, 4354:10, 4382:5, 4443:18, 4448:23, 4449:10, 4449:11, 4449:19, 4462:20

**discussions** [2] - 4461:11, 4463:3

**disease** [12] - 4335:25, 4348:7, 4348:10, 4349:5, 4349:12, 4349:15, 4429:8, 4429:13, 4429:15, 4435:7, 4451:1, 4456:8

**diseases** [2] - 4425:17, 4427:21

**disproportionality** [1] - 4369:7

**dispute** [3] - 4335:2, 4392:8, 4463:23

**disputes** [1] - 4462:9

**disregard** [1] - 4380:8

**disruptive** [1] - 4426:1

**distribution** [2] - 4403:8, 4404:2

**divide** [1] - 4430:11

**Doctor** [64] - 4315:23, 4324:4, 4324:15, 4331:5, 4331:11, 4332:2, 4332:7, 4336:11, 4337:24, 4339:1, 4340:11, 4340:25, 4341:7, 4343:22, 4346:5, 4347:4, 4349:19, 4350:1,

4351:22, 4353:1, 4355:4, 4355:25, 4356:22, 4356:25, 4357:19, 4362:21, 4367:9, 4369:15, 4371:13, 4372:3, 4375:8, 4376:23, 4381:21, 4382:12, 4385:13, 4385:25, 4396:3, 4397:9, 4399:12, 4399:14, 4400:24, 4413:25, 4414:12, 4415:8, 4415:19, 4416:24, 4417:11, 4420:20, 4420:25, 4421:6, 4424:19, 4424:22, 4430:14, 4435:15, 4440:8, 4443:18, 4445:11, 4447:15, 4451:8, 4451:10, 4453:13, 4457:12, 4458:10, 4459:3

**doctor** [1] - 4423:2

**document** [19] - 4325:3, 4340:16, 4346:5, 4351:25, 4371:11, 4379:11, 4415:8, 4419:22, 4420:5, 4421:6, 4421:10, 4423:6, 4423:9, 4423:10, 4423:18, 4424:9, 4424:20, 4464:9

**documentation** [1] - 4451:4

**documented** [1] - 4436:6

**documents** [5] - 4419:13, 4419:17, 4419:19, 4421:16, 4422:1

**dollars** [1] - 4316:24

**done** [11] - 4318:9, 4325:23, 4346:7, 4356:13, 4378:3, 4378:7, 4388:4, 4433:3, 4438:22, 4460:9, 4464:24

**dose** [13] - 4327:23, 4356:8, 4367:6, 4367:8, 4373:3, 4373:4, 4392:20, 4395:20, 4409:17, 4409:19, 4411:17, 4411:18

**dose-response** [4] - 4367:6, 4367:8, 4373:3, 4392:20

**doubled** [1] -

4437:15

**doubling** [7] - 4387:8, 4390:8, 4392:24, 4393:3, 4394:15, 4398:1, 4409:24

**down** [13] - 4361:16, 4376:6, 4382:4, 4382:19, 4391:17, 4403:12, 4407:19, 4408:17, 4410:10, 4415:4, 4431:4, 4462:2, 4463:8

**Dr** [68] - 4315:12, 4315:13, 4320:14, 4321:1, 4322:6, 4322:7, 4322:19, 4325:16, 4327:5, 4327:9, 4338:14, 4338:22, 4343:3, 4343:11, 4344:3, 4345:20, 4346:7, 4352:9, 4363:23, 4363:25, 4364:16, 4375:23, 4376:1, 4376:4, 4376:6, 4376:8, 4376:11, 4381:23, 4383:11, 4384:6, 4384:9, 4396:4, 4397:20, 4400:4, 4413:15, 4414:21, 4417:24, 4418:12, 4418:14, 4419:2, 4419:4, 4419:16, 4441:4, 4441:6, 4442:2, 4442:5, 4442:23, 4448:10, 4448:17, 4449:6, 4449:25, 4452:12, 4452:14, 4452:18, 4453:9, 4455:24, 4457:3, 4461:4, 4464:4, 4464:19, 4464:24, 4465:4, 4465:5, 4465:10

**draft** [12] - 4402:9, 4405:22, 4413:15, 4413:17, 4413:19, 4413:21, 4414:5, 4414:11, 4416:8, 4416:13, 4417:7, 4422:22

**dramatic** [1] - 4441:19

**dramatically** [3] - 4437:11, 4437:25, 4439:23

**draw** [1] - 4332:4

**drawing** [1] -

4357:13

**Drive** [1] - 4313:7

**driven** [3] - 4428:15, 4449:5, 4449:14

**dropped** [1] - 4401:20

**due** [9] - 4342:9, 4342:21, 4342:23, 4370:10, 4371:24, 4371:25, 4411:4, 4429:16, 4443:16

**duly** [1] - 4467:6

**duration** [1] - 4408:17

**During** [1] - 4376:15

**during** [2] - 4357:18, 4437:3

---

# E

**early** [1] - 4319:2

**easier** [1] - 4447:13

**EDWARDS** [5] - 4312:17, 4461:18, 4461:23, 4465:16, 4466:3

**effect** [6] - 4378:13, 4378:14, 4385:21, 4387:25, 4388:10, 4392:20

**Effect** [1] - 4380:23

**effectively** [1] - 4349:23

**effects** [7] - 4350:2, 4386:4, 4387:16, 4387:19, 4391:23, 4399:24, 4457:13

**eight** [2] - 4362:3, 4401:10

**eight-seven** [1] - 4401:10

**either** [6] - 4324:23, 4324:25, 4348:24, 4353:15, 4442:24, 4467:11

**elevated** [11] - 4361:25, 4367:12, 4382:23, 4402:19, 4409:2, 4412:16, 4412:18, 4412:22, 4412:23, 4413:1, 4415:12

**elicited** [1] - 4456:18

**eliminate** [2] - 4349:11, 4349:22

**eliminated** [1] - 4402:25

**Elmo** [6] - 4341:2, 4347:3, 4355:21, 4386:20, 4400:23,

4416:21

**elucidate** [2] - 4357:24, 4444:11

**employee** [1] - 4423:11

**employment** [1] - 4351:17

**end** [5] - 4329:13, 4384:13, 4423:22, 4439:7, 4448:22

**ending** [1] - 4441:19

**endowed** [1] - 4317:9

**enrollment** [1] - 4430:15

**enter** [1] - 4435:23

**entire** [1] - 4419:22

**entirety** [1] - 4321:8

**Environmental** [1] - 4391:19

**enzymic** [1] - 4391:23

**EPA** [3] - 4337:12, 4377:20, 4464:10

**epi** [1] - 4391:15

**epidemiologic** [4] - 4318:3, 4353:17, 4354:10, 4451:2

**Epidemiological** [1] - 4352:2

**epidemiological** [21] - 4316:14, 4318:7, 4318:21, 4319:6, 4324:6, 4327:10, 4327:20, 4330:11, 4346:12, 4351:2, 4351:13, 4352:19, 4354:25, 4373:14, 4415:11, 4415:15, 4436:16, 4449:1, 4456:19, 4459:15, 4460:5

**epidemiologist** [5] - 4331:16, 4418:13, 4421:12, 4424:7, 4448:8

**epidemiologists** [1] - 4352:24

**epidemiology** [73] - 4318:4, 4318:18, 4320:10, 4320:15, 4320:21, 4321:6, 4321:8, 4321:11, 4321:12, 4321:14, 4321:16, 4321:19, 4321:21, 4321:25, 4322:3, 4322:8, 4323:9, 4323:24, 4329:22, 4331:5, 4331:20, 4331:23,

4333:11, 4333:14,
4333:21, 4334:14,
4334:16, 4334:20,
4335:9, 4335:16,
4337:16, 4338:17,
4341:11, 4341:14,
4342:24, 4344:8,
4344:12, 4349:24,
4350:3, 4350:5,
4350:8, 4350:16,
4350:17, 4350:19,
4350:21, 4351:4,
4351:6, 4351:15,
4353:13, 4353:22,
4353:25, 4358:22,
4366:5, 4369:25,
4372:4, 4372:8,
4375:16, 4397:1,
4398:21, 4416:2,
4418:21, 4419:15,
4428:7, 4429:7,
4432:5, 4439:11,
4442:14, 4450:19,
4451:7, 4452:25,
4460:12, 4460:16,
4460:25
    **Epidemiology** [3] -
4332:13, 4335:22,
4336:14
    **equally** [1] - 4349:3
    **equipment** [6] -
4407:22, 4434:3,
4434:5, 4434:6,
4435:1, 4453:24
    **Eriksson** [14] -
4357:3, 4374:3,
4388:9, 4389:7,
4389:12, 4390:7,
4390:24, 4391:4,
4395:17, 4443:8,
4443:19, 4443:20,
4443:24, 4445:11
    **error** [1] - 4355:7
    **ESQ** [6] - 4312:4,
4312:10, 4312:17,
4313:4, 4313:5,
4313:11
    **essentially** [1] -
4376:18
    **establish** [2] -
4329:9, 4451:7
    **established** [6] -
4322:4, 4324:25,
4325:9, 4325:18,
4369:24, 4426:8
    **establishment** [2] -
4337:20, 4450:25
    **esteemed** [1] -
4418:12
    **estimate** [12] -

4344:15, 4346:23,
4351:17, 4359:25,
4378:11, 4380:3,
4380:19, 4396:18,
4396:24, 4398:5,
4409:16, 4445:24
    **Estimates** [1] -
4380:23
    **estimates** [14] -
4354:2, 4354:16,
4369:14, 4378:13,
4379:6, 4385:3,
4385:4, 4385:19,
4385:22, 4396:17,
4396:18, 4398:6,
4398:11, 4398:13
    **estimating** [1] -
4351:11
    **et** [2] - 4311:7,
4356:8
    **ethylene** [1] - 4335:4
    **etiologic** [1] -
4450:25
    **Etiology** [1] -
4335:22
    **etiology** [2] -
4335:24, 4357:25
    **evaluate** [1] -
4373:24
    **evaluated** [1] -
4449:22
    **evaluating** [1] -
4448:24
    **evaluation** [3] -
4340:4, 4415:17,
4416:18
    **Evaluation** [1] -
4377:19
    **event** [3] - 4464:20,
4464:22, 4464:24
    **eventual** [1] -
4425:23
    **ever-never** [1] -
4373:5
    **ever-versus-never**
[1] - 4356:6
    **evidence** [51] -
4319:6, 4321:13,
4322:7, 4322:20,
4323:16, 4323:17,
4323:19, 4323:22,
4323:25, 4324:2,
4327:11, 4327:21,
4327:23, 4329:24,
4329:25, 4330:1,
4330:3, 4330:8,
4330:11, 4330:14,
4330:23, 4333:3,
4333:4, 4333:11,
4334:3, 4339:16,

4340:8, 4346:20,
4354:8, 4369:6,
4373:14, 4382:9,
4399:4, 4400:3,
4405:11, 4420:22,
4421:11, 4421:16,
4421:18, 4422:2,
4422:12, 4422:12,
4422:14, 4422:15,
4422:17, 4423:19,
4450:5, 4451:2,
4451:7, 4461:17
    **exact** [7] - 4364:18,
4365:1, 4365:9,
4402:2, 4423:2,
4438:6, 4439:24
    **exactly** [5] - 4349:8,
4350:18, 4353:21,
4428:12, 4439:9
    **examination** [4] -
4421:15, 4421:17,
4423:20, 4437:3
    **EXAMINATION** [3] -
4315:21, 4441:25,
4454:24
    **examine** [1] - 4366:6
    **example** [10] -
4354:5, 4356:9,
4370:6, 4404:11,
4404:16, 4411:24,
4425:22, 4426:7,
4459:6, 4462:13
    **examples** [2] -
4353:23, 4385:2
    **exception** [1] -
4444:9
    **exceptions** [1] -
4385:24
    **excess** [5] - 4458:2,
4458:8, 4458:24,
4458:25, 4459:22
    **exchanges** [2] -
4392:1, 4392:14
    **exclude** [2] -
4342:15, 4342:18
    **excluded** [3] -
4328:13, 4398:2,
4436:15
    **excluding** [1] -
4423:18
    **excused** [1] - 4461:5
    **Exhibit** [19] -
4338:25, 4345:17,
4351:23, 4356:22,
4360:10, 4363:17,
4375:8, 4375:12,
4390:21, 4395:24,
4399:13, 4406:5,
4406:18, 4430:13,
4446:20, 4447:12,

4449:9, 4455:23,
4457:2
    **exhibit** [1] - 4461:20
    **EXHIBITS** [1] -
4314:7
    **existing** [3] - 4375:2,
4375:6, 4425:22
    **exists** [1] - 4370:22
    **experimental** [1] -
4391:22
    **expert** [2] - 4335:5,
4340:23
    **experts'** [1] -
4429:20
    **explain** [6] -
4330:20, 4330:21,
4350:22, 4402:5,
4445:22, 4459:24
    **explained** [1] -
4320:12, 4351:14,
4418:8
    **explains** [2] -
4394:8, 4445:19
    **exploratory** [6] -
4319:3, 4355:24,
4387:5, 4427:24,
4435:9, 4449:16
    **expose** [1] - 4372:4
    **exposed** [17] -
4360:18, 4362:3,
4362:24, 4379:24,
4382:10, 4385:17,
4392:23, 4393:12,
4394:7, 4396:25,
4427:13, 4427:15,
4435:25, 4436:22,
4439:17, 4440:4,
4445:18
    **exposure** [58] -
4346:23, 4347:13,
4347:22, 4348:18,
4348:22, 4349:21,
4351:17, 4352:15,
4352:19, 4352:23,
4353:2, 4354:12,
4354:14, 4355:1,
4355:2, 4362:14,
4367:22, 4370:17,
4371:10, 4386:25,
4391:14, 4400:8,
4403:6, 4412:12,
4415:13, 4425:16,
4427:8, 4427:12,
4427:22, 4428:20,
4429:5, 4429:7,
4429:8, 4429:13,
4429:15, 4429:16,
4429:21, 4429:25,
4430:2, 4432:13,
4433:23, 4434:2,

4437:2, 4438:10,
4439:22, 4440:19,
4440:21, 4444:8,
4444:11, 4448:11,
4448:13, 4449:21,
4449:23, 4449:24,
4451:1
    **Exposure** [3] -
4352:1, 4428:20,
4428:24
    **exposure-response**
[1] - 4346:23
    **Exposures** [1] -
4352:2
    **exposures** [10] -
4344:19, 4351:8,
4354:1, 4354:25,
4359:2, 4370:20,
4371:15, 4389:2,
4390:5, 4395:7
    **extensive** [1] -
4382:22
    **extent** [4] - 4318:6,
4319:20, 4418:19,
4462:6

---

# F

    **face** [2] - 4365:6,
4453:25
    **facilitate** [1] -
4448:25
    **fact** [21] - 4316:9,
4337:9, 4339:17,
4353:25, 4364:19,
4364:22, 4370:10,
4373:11, 4379:5,
4379:15, 4388:3,
4392:22, 4393:6,
4395:2, 4395:7,
4423:10, 4439:22,
4440:1, 4450:19,
4460:14, 4461:17
    **factor** [5] - 4362:9,
4362:14, 4367:2,
4369:23, 4370:14
    **factors** [4] - 4359:17,
4371:5, 4408:2,
4448:25
    **failure** [1] - 4462:13
    **fair** [10] - 4333:12,
4347:20, 4391:3,
4397:18, 4410:18,
4412:21, 4420:5,
4438:14, 4461:1,
4463:6
    **fairly** [1] - 4464:14
    **fall** [1] - 4411:25
    **false** [5] - 4349:23,
4353:15, 4429:9,
4429:11

**family** [2] - 4344:18, 4456:8
**far** [1] - 4355:2
**FARELLA** [1] - 4312:18
**farmer** [1] - 4428:25
**farmers** [2] - 4346:14, 4350:24
**farming** [1] - 4425:16
**fashion** [1] - 4374:12
**fault** [1] - 4461:20
**felt** [2] - 4384:23, 4398:21
**few** [11] - 4317:19, 4357:18, 4359:22, 4385:24, 4386:3, 4388:5, 4389:5, 4393:11, 4406:10, 4414:24, 4436:22
**field** [1] - 4358:22
**fight** [2] - 4372:7, 4435:15
**figure** [5] - 4356:17, 4370:3, 4432:25, 4439:13, 4465:12
**fill** [4] - 4431:5, 4432:3, 4433:16, 4435:22
**filled** [2] - 4431:10, 4435:18
**finalization** [1] - 4417:18
**finally** [2] - 4379:15, 4411:19
**findings** [5] - 4393:23, 4414:3, 4415:11, 4429:15, 4459:17
**fine** [6] - 4329:3, 4338:3, 4347:21, 4426:16, 4461:21, 4465:23
**finish** [4] - 4343:24, 4344:1, 4374:18, 4454:10
**FIRM** [1] - 4312:11
**first** [20] - 4316:12, 4327:7, 4345:8, 4374:4, 4375:20, 4381:3, 4381:25, 4382:7, 4382:11, 4382:14, 4407:21, 4408:24, 4433:8, 4437:13, 4437:16, 4444:6, 4447:14, 4447:24, 4449:18, 4458:16
**first-degree** [1] - 4407:21
**five** [3] - 4322:14,

4372:23, 4466:2
**five-minute** [1] - 4466:2
**focus** [2] - 4321:13, 4435:8
**focused** [1] - 4321:14
**follow** [6] - 4358:15, 4405:3, 4438:22, 4439:7, 4440:17, 4440:18
**follow-up** [5] - 4405:3, 4438:22, 4439:7, 4440:17, 4440:18
**follow-ups** [1] - 4358:15
**following** [5] - 4327:1, 4351:7, 4432:9, 4436:4, 4450:1
**FOR** [3] - 4312:3, 4312:16, 4313:3
**Forest** [6] - 4361:10, 4363:9, 4372:16, 4373:23, 4442:4, 4459:1
**forest** [2] - 4380:11, 4396:3
**form** [4] - 4341:12, 4344:17, 4441:10, 4441:12
**formation** [1] - 4391:18
**former** [1] - 4393:11
**forming** [1] - 4353:6
**forms** [1] - 4458:21
**formulations** [1] - 4340:9
**forth** [2] - 4355:22, 4415:23
**foundation** [2] - 4420:17, 4454:15
**founded** [1] - 4428:15
**four** [3] - 4330:12, 4360:18, 4382:10
**frame** [1] - 4425:6
**FRANCISCO** [1] - 4311:2
**Francisco** [2] - 4312:20, 4315:5
**free** [1] - 4436:4
**frequency** [2] - 4346:19, 4367:22
**frequent** [1] - 4382:24
**front** [2] - 4424:9, 4446:11
**full** [1] - 4445:15

**fully** [4] - 4387:6, 4398:4, 4398:11, 4398:13
**fully-adjusted** [3] - 4398:4, 4398:11, 4398:13
**fumigant** [1] - 4369:8
**functional** [1] - 4451:5
**fungoides** [3] - 4403:19, 4404:8, 4404:11
**funny** [1] - 4419:1
**furthermore** [1] - 4393:13
**future** [2] - 4428:9, 4440:19

## G

**Game** [1] - 4419:1
**games** [1] - 4321:24
**gardeners** [1] - 4389:24
**gas** [1] - 4434:17
**gee** [1] - 4451:15
**General** [1] - 4336:15
**generally** [8] - 4342:23, 4344:7, 4344:9, 4348:13, 4358:21, 4366:3, 4405:5, 4434:7
**generate** [3] - 4376:25, 4378:25, 4425:24
**genotoxic** [1] - 4391:23
**Gentlemen** [5] - 4315:11, 4315:13, 4383:24, 4384:4, 4461:7
**genuine** [1] - 4435:17
**GEORGE** [1] - 4313:4
**Given** [1] - 4459:14
**given** [12] - 4354:17, 4361:20, 4362:22, 4362:23, 4362:24, 4388:21, 4412:10, 4419:13, 4431:7, 4455:12, 4459:9, 4465:8
**gloves** [1] - 4454:5
**Glyphosate** [2] - 4391:17, 4392:17
**glyphosate** [82] - 4316:6, 4318:1, 4326:20, 4327:10,

4327:12, 4327:22, 4327:24, 4334:24, 4339:17, 4339:22, 4340:6, 4340:9, 4359:5, 4359:21, 4361:3, 4362:8, 4362:12, 4362:14, 4365:15, 4368:10, 4369:5, 4369:7, 4369:11, 4370:19, 4370:23, 4371:13, 4371:16, 4377:6, 4377:8, 4377:23, 4379:24, 4382:2, 4382:8, 4382:24, 4383:3, 4387:16, 4388:10, 4391:21, 4391:24, 4392:17, 4392:23, 4393:12, 4393:16, 4393:24, 4394:5, 4394:8, 4394:15, 4403:7, 4407:4, 4415:13, 4415:14, 4415:15, 4415:17, 4416:19, 4425:9, 4425:13, 4428:14, 4433:14, 4434:15, 4434:20, 4435:3, 4435:19, 4435:25, 4437:4, 4437:17, 4437:21, 4437:25, 4438:8, 4440:3, 4440:5, 4440:11, 4441:9, 4445:7, 4445:16, 4445:19, 4445:24, 4448:11, 4449:12, 4449:20, 4450:3, 4450:6, 4453:4
**glyphosate-based** [1] - 4327:12
**goggles** [1] - 4453:25
**GOLDMAN** [1] - 4312:5
**Goodman** [2] - 4464:19, 4465:4
**gradients** [1] - 4346:23
**grand** [1] - 4460:22
**grandfather** [1] - 4418:20
**great** [7] - 4320:13, 4352:5, 4372:3, 4424:12, 4465:25, 4465:14, 4466:1
**greater** [4] - 4345:3, 4355:3, 4362:5, 4362:6, 4365:22, 4365:23, 4368:10,

4392:23, 4393:7, 4395:21, 4408:25, 4410:22, 4411:15, 4411:20, 4415:13
**greatest** [2] - 4337:16, 4338:17
**GRIFFIS** [6] - 4313:11, 4464:8, 4464:13, 4464:19, 4464:22, 4465:6
**gripe** [1] - 4410:14
**gripes** [2] - 4318:16, 4410:16
**Group** [5] - 4332:18, 4333:2, 4335:1, 4400:10, 4415:17
**group** [10] - 4344:4, 4344:5, 4396:24, 4396:25, 4408:24, 4408:25, 4409:10, 4409:14, 4436:9
**groups** [1] - 4393:24
**Groups** [1] - 4450:14
**guess** [8] - 4317:11, 4339:25, 4348:22, 4359:16, 4374:18, 4385:8, 4398:16, 4426:13
**guessing** [1] - 4401:25
**guys** [1] - 4391:6

## H

**hairy** [1] - 4393:14
**half** [3] - 4409:12, 4430:11, 4431:14
**hampered** [1] - 4439:22
**hand** [4] - 4354:11, 4399:8, 4421:1, 4467:14
**handed** [1] - 4430:12
**handing** [6] - 4345:16, 4351:22, 4399:12, 4420:25, 4455:23, 4457:2
**handle** [1] - 4434:7
**hard** [2] - 4344:18, 4439:16
**Hardell** [20] - 4356:21, 4357:1, 4357:3, 4360:5, 4360:10, 4373:21, 4373:24, 4373:25, 4382:11, 4382:13, 4385:5, 4391:4, 4393:6, 4442:20, 4442:23, 4443:1, 4443:2, 4443:4, 4459:9

9

**Harvard** [1] - 4317:4
**health** [1] - 4351:11
**Health** [8] - 4317:4, 4387:15, 4387:18, 4391:20, 4421:11, 4425:3, 4431:23, 4453:16
**hear** [3] - 4384:14, 4384:15, 4391:1
**heard** [5] - 4323:12, 4342:7, 4374:8, 4392:13, 4435:14
**hearsay** [1] - 4328:23
**heart** [5] - 4348:7, 4348:10, 4349:5, 4349:12, 4349:15
**HEDLUND** [1] - 4312:5
**held** [1] - 4311:12
**help** [1] - 4383:13
**helped** [1] - 4372:4
**helpful** [4] - 4330:19, 4373:8, 4402:6, 4463:4
**hematopoietic** [1] - 4407:20
**herbicide** [4] - 4361:1, 4362:13, 4367:19, 4391:18
**herbicides** [8] - 4327:12, 4359:1, 4359:2, 4359:6, 4367:23, 4379:7, 4394:6, 4445:17
**herein** [1] - 4467:5
**hereunto** [1] - 4467:14
**hi** [2] - 4442:2, 4442:3
**hierarchical** [13] - 4377:1, 4378:10, 4378:14, 4379:8, 4379:21, 4380:5, 4383:18, 4385:9, 4385:19, 4385:23, 4388:14, 4389:1, 4396:7
**high** [4] - 4438:7, 4440:2, 4440:4, 4447:24
**higher** [4] - 4343:8, 4378:8, 4448:2, 4448:12
**highlight** [3] - 4398:10, 4414:2, 4416:9
**highlighted** [6] - 4395:3, 4413:16, 4413:17, 4415:7,

4415:8, 4448:21
**highlighting** [2] - 4381:4, 4445:23
**highlights** [2] - 4395:3, 4446:9
**Hill** [3] - 4320:24, 4336:18, 4336:23
**HILMERT** [7] - 4313:5, 4462:1, 4462:15, 4463:4, 4463:16, 4463:24, 4464:6
**hired** [3] - 4455:19, 4456:23, 4459:21
**historical** [1] - 4428:25
**history** [2] - 4351:16, 4436:6
**Hodgkin's** [9] - 4327:13, 4357:17, 4387:20, 4404:4, 4405:5, 4450:4, 4453:5, 4458:1, 4458:3
**Hohenadel** [9] - 4364:16, 4365:9, 4446:9, 4446:12, 4446:15, 4446:18, 4446:19, 4446:24, 4447:4
**hold** [2] - 4450:23, 4450:24
**HOLLINGSWORTH** [1] - 4313:12
**home** [2] - 4431:8, 4431:10
**Honor** [63] - 4315:16, 4325:13, 4326:2, 4326:22, 4328:6, 4328:10, 4328:12, 4328:15, 4331:25, 4332:5, 4336:9, 4338:3, 4338:6, 4338:10, 4339:5, 4339:7, 4343:23, 4345:9, 4345:12, 4346:2, 4351:20, 4363:19, 4375:9, 4381:12, 4381:15, 4381:18, 4383:23, 4384:8, 4390:22, 4395:23, 4396:1, 4399:10, 4399:17, 4406:15, 4414:7, 4420:16, 4420:23, 4421:2, 4421:5, 4422:13, 4423:16, 4424:13, 4424:16, 4430:5, 4430:7, 4431:18, 4441:20,

4441:23, 4454:9, 4454:20, 4455:21, 4456:4, 4456:25, 4461:3, 4461:18, 4461:23, 4462:2, 4462:16, 4463:5, 4463:17, 4465:16, 4465:25, 4466:3
**Honorable** [1] - 4311:13
**hope** [1] - 4317:9
**horizon** [1] - 4425:20
**hormonal** [1] - 4391:23
**hospital** [1] - 4389:18
**hour** [1] - 4430:11
**hours** [1] - 4435:13
**Human** [1] - 4332:14
**human** [12] - 4332:20, 4333:7, 4333:25, 4334:9, 4339:17, 4339:22, 4340:6, 4340:10, 4377:25, 4390:5, 4391:25, 4425:18
**Humans** [2] - 4377:20, 4400:2
**humans** [4] - 4333:3, 4340:5, 4399:24
**hundred** [2] - 4339:12, 4339:15
**hundreds** [1] - 4419:18
**hypotheses** [2] - 4428:9, 4428:10
**hypothesis** [3] - 4428:15, 4449:5, 4449:14
**Hypothesis** [1] - 4427:20
**hypothesis-driven** [3] - 4428:15, 4449:5, 4449:14
**hypothetical** [2] - 4427:3, 4428:14

## I

**i.e** [1] - 4355:2
**IARC** [45] - 4318:9, 4318:16, 4318:20, 4319:8, 4319:9, 4319:11, 4319:14, 4319:20, 4320:6, 4322:23, 4332:19, 4333:15, 4333:23, 4334:4, 4334:7, 4334:12, 4334:17, 4336:25, 4337:5, 4337:10, 4337:17,

4338:18, 4338:22, 4362:18, 4362:20, 4363:3, 4373:20, 4373:21, 4377:14, 4377:18, 4378:3, 4398:11, 4398:17, 4398:19, 4399:1, 4399:13, 4407:8, 4413:22, 4415:16, 4416:6, 4416:12, 4416:18, 4450:7, 4450:8
**IARC's** [1] - 4416:1
**idea** [1] - 4387:9
**ideal** [2] - 4427:1, 4427:3
**ideally** [1] - 4451:2
**Identification** [1] - 4332:13
**identification** [2] - 4332:20, 4334:9
**identified** [1] - 4359:5
**Illinois** [1] - 4313:8
**illustrated** [2] - 4370:4, 4427:2
**immediately** [2] - 4440:18, 4449:25
**impact** [2] - 4373:25, 4425:23
**impeach** [2] - 4324:11, 4328:17
**impeaching** [2] - 4328:19, 4329:3
**impeachment** [1] - 4324:24
**importance** [3] - 4353:18, 4357:24, 4444:12
**important** [11] - 4337:7, 4337:22, 4347:9, 4353:16, 4384:24, 4405:10, 4409:15, 4409:18, 4409:21, 4419:11, 4458:13
**impossible** [2] - 4404:10, 4404:13
**imprecision** [1] - 4380:2
**improper** [3] - 4324:14, 4325:14, 4421:25
**improperly** [1] - 4326:2
**imputation** [3] - 4353:5, 4353:11, 4435:14
**IN** [1] - 4467:14
**Inaccurate** [1] -

4429:5
**inaccurate** [2] - 4346:21, 4448:21
**inadequate** [7] - 4333:8, 4333:14, 4333:20, 4334:13, 4334:16, 4334:20, 4334:22
**inaudible** [5] - 4422:1, 4423:1, 4423:3, 4423:5, 4431:1
**inaudible)** [2] - 4360:7, 4422:4
**incapable** [1] - 4341:22
**incidents** [2] - 4357:16, 4449:21
**Incidents** [1] - 4380:24
**include** [9] - 4356:9, 4361:10, 4363:7, 4363:25, 4364:19, 4388:23, 4403:4, 4403:19, 4404:18
**included** [12] - 4363:3, 4364:17, 4366:18, 4367:17, 4371:14, 4372:24, 4373:20, 4373:21, 4401:23, 4415:25, 4417:6
**includes** [5] - 4354:10, 4401:4, 4443:2
**including** [2] - 4449:22, 4456:19
**inconclusiveness** [1] - 4459:15
**incorporate** [1] - 4426:6
**incorporating** [1] - 4452:9
**incorrect** [2] - 4395:13, 4436:11
**incorrectly** [1] - 4348:21
**increase** [1] - 4437:19
**increased** [9] - 4357:17, 4383:2, 4392:1, 4392:18, 4407:3, 4437:9, 4437:10, 4437:12, 4437:25
**INDEX** [1] - 4314:1
**indicate** [1] - 4391:22
**indicating** [3] - 4397:7, 4417:2

indicating) [1] - 4397:8
indication [1] - 4420:12
individual [4] - 4366:16, 4367:19, 4419:15, 4438:11
individuals [8] - 4389:25, 4394:7, 4401:20, 4404:18, 4436:4, 4437:1, 4438:7, 4445:18
industry [1] - 4426:2
Inference [1] - 4336:14
inferring [1] - 4336:22
inflate [3] - 4343:9, 4344:15, 4448:15
inflation [1] - 4344:6
information [17] - 4334:18, 4343:16, 4350:25, 4351:16, 4356:8, 4356:13, 4361:21, 4373:9, 4384:24, 4426:6, 4433:24, 4435:18, 4438:17, 4438:21, 4455:11, 4456:7, 4461:15
Information [1] - 4377:21
informative [2] - 4361:22, 4362:4
inhibits [1] - 4391:18
initial [1] - 4366:18
inside [1] - 4446:18
instances [2] - 4385:20, 4386:4
instead [2] - 4341:25, 4397:11
Institute [2] - 4376:16, 4404:16
Institute's [1] - 4383:8
instruct [3] - 4329:2, 4338:7, 4338:11
instruction [1] - 4462:3
instructions [9] - 4461:25, 4462:5, 4462:12, 4462:18, 4462:21, 4462:23, 4463:2, 4463:12, 4464:10
insufficient [2] - 4323:10, 4323:22
Integrated [1] - 4377:20
intend [4] - 4329:8,

4422:6, 4464:18, 4464:19
intended [1] - 4425:17
intensity [1] - 4449:24
intensity-weighted [1] - 4449:24
interest [2] - 4391:24, 4405:15
interested [2] - 4419:14, 4467:12
interesting [5] - 4335:20, 4342:22, 4385:15, 4402:13, 4457:12
interestingly [1] - 4383:15
internal [2] - 4421:6, 4421:25
International [1] - 4332:18
interpretation [3] - 4400:9, 4448:25, 4459:6
interpretations [1] - 4352:25
interrelationships [1] - 4386:10
interrupt [1] - 4465:11
interval [11] - 4361:21, 4361:23, 4362:2, 4362:23, 4445:2, 4445:4, 4458:19, 4459:7, 4459:9, 4459:12, 4460:13
invalid [1] - 4425:25
inverse [1] - 4396:23
investigate [1] - 4372:11
investigated [3] - 4316:6, 4316:9, 4387:15
investigation [1] - 4393:14
investigations [1] - 4353:17
investigator [1] - 4428:8
investigators [2] - 4425:21, 4439:7
investigators' [1] - 4425:24
involved [1] - 4424:4
involves [2] - 4377:14
Iowa [1] - 4383:9
isolation [1] -

4323:10
issue [9] - 4355:10, 4371:20, 4395:4, 4395:5, 4411:4, 4439:8, 4464:6, 4464:8, 4465:17
issues [13] - 4316:1, 4331:3, 4336:3, 4341:16, 4352:23, 4353:11, 4354:24, 4410:19, 4413:4, 4423:5, 4463:21, 4464:1, 4464:15
Issues [1] - 4351:25
itself [4] - 4322:8, 4323:9, 4370:8, 4394:15

### J

JAMES [1] - 4313:5
JNCI [2] - 4323:3, 4453:15
Job [1] - 4311:23
job [1] - 4351:3
John [3] - 4418:23, 4423:24, 4424:24
JOHNSON [1] - 4311:4
Johnson [5] - 4409:11, 4410:4, 4454:13, 4455:1, 4455:7
jointly [1] - 4463:18
joke [1] - 4418:25
journal [2] - 4320:5, 4417:21
journals [1] - 4453:2
Judge [3] - 4315:7, 4329:5, 4450:22
judge [1] - 4329:1
judgment [1] - 4353:17
judicious [1] - 4453:12
July [4] - 4311:12, 4315:1, 4424:20, 4467:15
jump [1] - 4374:3
June [3] - 4406:25, 4417:4, 4451:19
jury [35] - 4323:8, 4345:5, 4347:5, 4350:8, 4356:18, 4365:12, 4367:13, 4385:6, 4392:13, 4396:4, 4399:20, 4400:24, 4402:12, 4405:8, 4405:9, 4405:13, 4406:12,

4406:23, 4413:9, 4413:25, 4414:17, 4416:25, 4430:1, 4442:23, 4444:6, 4444:18, 4445:15, 4445:22, 4446:12, 4461:14, 4461:25, 4462:3, 4462:5, 4462:9, 4463:12

### K

Karnow's [1] - 4329:5
keep [2] - 4463:2, 4463:9
keeps [1] - 4375:15
kept [1] - 4372:9
kicked [1] - 4373:21
kids [1] - 4460:7
kin [1] - 4342:2
kind [6] - 4371:25, 4389:8, 4418:20, 4419:11, 4450:15, 4460:24
KIRBY [1] - 4313:11
knowledge [2] - 4318:3, 4354:17
known [2] - 4333:7, 4334:13
knows [1] - 4454:17

### L

laboratory [2] - 4340:5, 4425:19
lack [2] - 4354:8, 4454:15
lacks [1] - 4368:18
Ladies [5] - 4315:11, 4315:13, 4383:24, 4384:4, 4461:7
language [2] - 4335:13, 4360:19
large [5] - 4382:23, 4385:16, 4405:3, 4428:7, 4437:2
largely [1] - 4354:17
larger [3] - 4413:4, 4413:6, 4448:15
last [18] - 4322:14, 4324:9, 4357:18, 4375:21, 4375:22, 4389:7, 4411:20, 4413:13, 4430:11, 4435:12, 4435:20, 4438:15, 4440:18, 4441:17, 4445:13, 4448:18, 4453:10, 4453:13
late [1] - 4439:3

latency [7] - 4386:16, 4387:1, 4387:2, 4387:9, 4387:10, 4387:22, 4388:3
latter [1] - 4355:2
lawsuit [1] - 4420:7
lawyer [1] - 4455:2
lawyers [1] - 4419:20
layer [1] - 4404:2
lead [4] - 4349:23, 4380:2, 4380:6, 4436:20
leads [2] - 4425:25, 4426:2
learning [2] - 4426:4, 4426:5
least [5] - 4365:2, 4365:4, 4384:24, 4402:3, 4450:1
leave [1] - 4465:8
leaves [1] - 4461:14
led [2] - 4344:5, 4345:2
left [1] - 4430:10
lend [1] - 4387:8
lengthy [1] - 4354:10
Leslie [1] - 4467:19
LESLIE [1] - 4311:22
less [4] - 4333:2, 4346:14, 4346:19, 4408:23
letter [1] - 4375:23
leukemia [3] - 4393:15, 4457:15, 4457:16
level [2] - 4438:2, 4451:4
levels [1] - 4440:4
leveraged [1] - 4457:23
liability [1] - 4462:23
license [1] - 4430:18
life [1] - 4426:3
lifetime [1] - 4411:20
likelihood [1] - 4353:19
likely [4] - 4340:10, 4354:15, 4370:19, 4463:19
limitations [2] - 4353:17, 4427:2
limited [33] - 4318:21, 4319:1, 4319:6, 4319:12, 4319:22, 4320:10, 4322:8, 4322:10, 4322:12, 4322:13, 4322:17, 4322:20, 4323:19, 4333:8, 4333:14, 4333:20,

4334:14, 4334:15, 4334:20, 4334:22, 4338:2, 4343:22, 4362:19, 4373:9, 4373:17, 4398:22, 4398:25, 4399:7, 4399:23, 4400:13, 4415:22, 4417:8, 4451:7

**Limited** [1] - 4400:2
**line** [6] - 4324:7, 4324:10, 4325:22, 4326:8, 4327:8, 4448:18
**lines** [5] - 4326:10, 4328:2, 4328:7, 4328:8, 4328:11
**link** [1] - 4427:22
**list** [4] - 4333:7, 4374:22, 4422:10, 4461:20
**listed** [2] - 4380:20, 4432:10
**lists** [4] - 4366:17, 4367:20, 4427:6, 4429:3
**literature** [9] - 4316:14, 4318:7, 4318:21, 4323:18, 4324:6, 4327:10, 4327:20, 4329:22, 4383:17
**living** [1] - 4425:19
**LLC** [1] - 4312:11
**LLP** [3] - 4312:18, 4313:6, 4313:12
**loathe** [1] - 4465:16
**logistic** [5] - 4379:13, 4381:4, 4385:21, 4385:22, 4388:23
**logistical** [7] - 4379:9, 4380:10, 4380:12, 4380:15, 4383:20, 4385:22, 4388:16
**logistically** [1] - 4388:19
**Lombardi** [5] - 4330:21, 4360:13, 4441:22, 4453:10, 4455:10
**LOMBARDI** [34] - 4313:4, 4324:7, 4324:14, 4324:23, 4325:13, 4326:2, 4326:22, 4328:1, 4328:10, 4328:22, 4338:3, 4339:7, 4343:23, 4396:1,

4406:16, 4414:9, 4420:16, 4421:1, 4421:5, 4421:22, 4422:3, 4422:9, 4430:7, 4431:20, 4441:10, 4441:12, 4441:23, 4442:1, 4446:19, 4450:22, 4452:23, 4453:12, 4454:12, 4454:19
**look** [58] - 4321:25, 4324:5, 4324:12, 4325:8, 4326:6, 4327:4, 4327:20, 4330:10, 4335:17, 4335:19, 4336:24, 4340:2, 4346:10, 4360:8, 4360:10, 4362:7, 4363:17, 4364:17, 4366:16, 4367:5, 4367:11, 4367:16, 4368:4, 4369:1, 4373:12, 4373:13, 4374:16, 4374:22, 4376:14, 4377:13, 4379:21, 4380:10, 4380:18, 4381:5, 4381:9, 4384:21, 4387:22, 4390:21, 4392:5, 4394:13, 4397:6, 4397:21, 4399:8, 4402:11, 4404:23, 4406:3, 4409:19, 4412:11, 4413:23, 4414:5, 4431:16, 4440:3, 4447:7, 4448:15, 4451:21, 4455:18, 4459:11, 4460:12
**looked** [26] - 4316:12, 4318:7, 4318:14, 4319:14, 4319:16, 4319:18, 4319:20, 4319:24, 4320:14, 4322:2, 4322:23, 4327:17, 4335:3, 4350:13, 4359:13, 4364:5, 4368:24, 4368:25, 4369:1, 4369:22, 4373:14, 4382:11, 4386:8, 4457:19, 4460:16
**looking** [26] - 4317:13, 4322:23, 4325:3, 4327:6, 4329:21, 4339:9, 4346:4, 4349:4, 4352:8, 4357:1, 4360:9, 4364:6,

4375:11, 4380:1, 4384:9, 4390:24, 4391:1, 4391:9, 4414:12, 4440:20, 4450:20, 4457:11, 4457:12, 4457:15, 4457:16, 4458:17
**looks** [3] - 4406:22, 4415:7, 4456:12
**Lorelei** [1] - 4456:10
**LORELEI** [1] - 4314:4
**Los** [1] - 4312:7
**lost** [1] - 4344:18
**lower** [1] - 4448:14
**luck** [1] - 4317:17
**lunch** [1] - 4315:23
**lung** [2] - 4354:1, 4372:5
**lymphatic** [1] - 4407:20
**lymphocytes** [1] - 4391:25
**lymphoma** [17] - 4327:13, 4357:17, 4387:20, 4392:19, 4403:17, 4404:4, 4404:7, 4405:6, 4408:13, 4425:22, 4450:4, 4453:5, 4457:4, 4457:15, 4458:1, 4458:3
**lymphomas** [1] - 4393:25

## M

**Madam** [1] - 4461:16
**magnitude** [1] - 4354:14
**main** [1] - 4321:13
**major** [1] - 4354:24
**malathion** [7] - 4370:6, 4370:7, 4370:9, 4370:10, 4371:4, 4371:13, 4407:23
**malignancies** [1] - 4393:25
**mammals** [1] - 4391:23
**manifested** [1] - 4423:3
**manufacturing** [3] - 4426:7, 4426:19, 4426:24
**manuscript** [11] - 4405:23, 4413:15, 4413:18, 4413:19, 4413:21, 4414:5,

4414:11, 4416:8, 4417:7, 4417:12, 4420:13
**marked** [1] - 4397:22
**MARTEL** [1] - 4312:18
**mask** [1] - 4434:17
**matches** [11] - 4348:5, 4348:13, 4348:16, 4348:22, 4349:2, 4349:5, 4349:10, 4349:15, 4349:20
**material** [1] - 4324:14
**matrices** [2] - 4351:3
**matter** [1] - 4374:19
**McDuffie** [16] - 4363:10, 4363:22, 4363:23, 4372:17, 4382:25, 4385:8, 4393:6, 4397:12, 4401:6, 4401:7, 4410:12, 4410:14, 4446:2, 4446:3, 4446:25, 4447:4
**MCI** [1] - 4420:9
**MCPA** [5] - 4394:5, 4394:7, 4395:11, 4445:16, 4445:18
**mean** [24] - 4317:11, 4322:11, 4322:16, 4324:3, 4324:4, 4329:21, 4331:8, 4375:3, 4379:20, 4417:19, 4420:9, 4423:4, 4428:4, 4428:14, 4428:16, 4436:12, 4436:21, 4437:8, 4437:13, 4437:16, 4442:16, 4444:13, 4449:2, 4463:18
**means** [4] - 4411:15, 4418:4, 4445:22, 4449:4
**meant** [2] - 4375:5, 4437:24
**measure** [1] - 4411:18
**mechanistic** [5] - 4317:23, 4318:15, 4333:4, 4340:6, 4391:15
**Mecoprop** [1] - 4370:23
**media** [1] - 4465:18
**meet** [1] - 4465:12
**meeting** [2] - 4417:20, 4464:13

**meetings** [1] - 4320:3
**member** [1] - 4344:18
**men** [1] - 4383:3
**mention** [4] - 4372:20, 4383:17, 4437:4, 4458:22
**mentioned** [9] - 4337:22, 4353:10, 4373:23, 4388:18, 4391:14, 4435:16, 4443:23, 4443:24, 4448:9
**mentioning** [1] - 4353:2
**messing** [1] - 4418:25
**met** [1] - 4461:24
**meta** [16] - 4363:3, 4363:6, 4363:8, 4373:19, 4380:12, 4393:13, 4396:17, 4396:19, 4396:21, 4397:8, 4397:11, 4397:14, 4398:4, 4398:12, 4415:14, 4416:25
**meta-analysis** [16] - 4363:3, 4363:6, 4363:8, 4373:19, 4380:12, 4393:13, 4396:17, 4396:19, 4396:21, 4397:8, 4397:11, 4397:14, 4398:4, 4398:12, 4415:14, 4416:25
**method** [1] - 4336:22
**Methodical** [1] - 4351:25
**methodological** [1] - 4354:24
**methods** [2] - 4376:15, 4381:6
**metric** [1] - 4449:23
**mid-2000s** [1] - 4374:11
**middle** [4] - 4409:9, 4409:10, 4410:1, 4410:3
**midwestern** [1] - 4376:17
**might** [6] - 4337:13, 4347:8, 4379:20, 4379:21, 4380:4, 4387:25
**MILLER** [1] - 4312:11
**million** [1] - 4404:18
**millions** [2] -

4357:13, 4404:14
**mind** [2] - 4463:3, 4463:9
**Minnesota** [1] - 4383:9
**minute** [1] - 4466:2
**minutes** [3] - 4322:15, 4430:10, 4431:24
**Mirage** [1] - 4456:19
**Misclassification** [1] - 4352:1
**misclassification** [20] - 4352:16, 4352:20, 4352:23, 4353:2, 4354:12, 4354:15, 4354:18, 4354:19, 4355:1, 4355:2, 4355:7, 4355:10, 4355:12, 4355:15, 4427:11, 4429:7, 4429:16, 4429:21, 4429:25, 4440:8
**miss** [1] - 4319:1
**missing** [2] - 4401:19, 4402:4
**misstates** [1] - 4452:20
**mistake** [1] - 4461:19
**mixed** [1] - 4444:8
**mixing** [1] - 4438:20
**model** [3] - 4366:18, 4380:14, 4402:23
**modeling** [1] - 4385:19
**Models** [1] - 4367:17
**models** [3] - 4371:15, 4385:21, 4451:3
**modifications** [2] - 4462:17, 4463:7
**molecular** [1] - 4451:4
**moment** [2] - 4424:17, 4464:23
**money** [1] - 4316:25
**Monograph** [1] - 4332:19
**Monographs** [1] - 4377:19
**MONSANTO** [1] - 4311:7
**Monsanto** [17] - 4316:14, 4340:15, 4340:17, 4340:22, 4420:14, 4421:5, 4421:25, 4423:11, 4424:5, 4425:10,

4426:23, 4452:19, 4455:19, 4456:24, 4459:21, 4460:10, 4460:23
**Monsanto's** [1] - 4421:12
**Montgomery** [1] - 4312:19
**months** [1] - 4406:10
**morning** [4] - 4324:19, 4443:21, 4461:10, 4461:12
**morphologic** [1] - 4451:5
**most** [20] - 4316:3, 4321:21, 4323:2, 4340:3, 4350:4, 4354:15, 4357:17, 4384:23, 4394:6, 4398:4, 4419:14, 4419:24, 4425:25, 4427:20, 4429:7, 4445:17, 4449:21, 4452:5, 4456:17, 4463:19
**mostly** [1] - 4362:13
**mothers** [1] - 4457:13
**motion** [2] - 4464:2, 4464:3
**motivation** [1] - 4420:11
**move** [9] - 4329:11, 4329:12, 4347:1, 4373:6, 4373:7, 4392:14, 4395:15, 4416:20, 4428:19
**MR** [166] - 4315:16, 4315:22, 4324:7, 4324:9, 4324:14, 4324:15, 4324:20, 4324:23, 4325:1, 4325:13, 4325:17, 4325:21, 4325:25, 4326:2, 4326:7, 4326:10, 4326:13, 4326:18, 4326:22, 4327:3, 4328:1, 4328:5, 4328:10, 4328:12, 4328:15, 4328:19, 4328:22, 4328:25, 4329:9, 4329:16, 4331:25, 4332:2, 4332:5, 4332:7, 4336:9, 4336:11, 4338:3, 4338:6, 4338:10, 4338:16, 4339:5, 4339:7, 4339:9, 4341:2, 4341:6,

4343:23, 4344:7, 4345:8, 4345:11, 4345:14, 4345:16, 4345:19, 4346:4, 4347:3, 4351:20, 4351:22, 4352:6, 4352:8, 4355:21, 4356:23, 4356:25, 4363:19, 4363:21, 4372:15, 4375:9, 4375:11, 4381:12, 4381:15, 4381:18, 4381:20, 4383:22, 4384:8, 4390:22, 4390:24, 4395:23, 4396:1, 4396:3, 4399:10, 4399:12, 4399:17, 4399:19, 4406:14, 4406:16, 4406:19, 4406:21, 4414:7, 4414:9, 4414:11, 4416:22, 4416:24, 4420:16, 4420:20, 4420:23, 4420:25, 4421:1, 4421:5, 4421:10, 4421:19, 4421:22, 4422:3, 4422:4, 4422:7, 4422:9, 4422:13, 4422:18, 4422:21, 4422:23, 4422:25, 4423:7, 4423:13, 4423:19, 4423:24, 4424:13, 4424:16, 4424:19, 4430:5, 4430:7, 4430:12, 4431:18, 4431:20, 4431:22, 4441:10, 4441:11, 4441:12, 4441:18, 4441:23, 4442:1, 4446:19, 4450:22, 4452:20, 4452:23, 4453:12, 4454:9, 4454:11, 4454:12, 4454:15, 4454:19, 4454:25, 4455:21, 4455:23, 4456:3, 4456:6, 4456:25, 4457:2, 4457:9, 4457:11, 4461:2, 4462:1, 4462:15, 4463:4, 4463:6, 4463:16, 4463:17, 4463:24, 4464:6, 4464:8, 4464:12, 4464:13, 4464:19, 4464:21, 4464:22, 4465:2, 4465:3, 4465:6, 4465:25

**MS** [4] - 4461:18, 4461:23, 4465:16, 4466:3
**Mucci** [14] - 4315:12, 4315:13, 4325:16, 4327:5, 4327:9, 4338:14, 4384:6, 4384:9, 4400:4, 4442:2, 4455:24, 4456:10, 4457:3, 4461:4
**MUCCI** [1] - 4314:4
**multi** [11] - 4336:3, 4359:8, 4359:11, 4359:15, 4366:18, 4371:15, 4394:9, 4394:18, 4444:11, 4444:22, 4445:20
**Multi** [1] - 4444:3
**multi-causation** [1] - 4336:3
**multi-variate** [10] - 4359:8, 4359:11, 4359:15, 4366:18, 4371:15, 4394:9, 4394:18, 4444:11, 4444:22, 4445:20
**Multi-variate** [1] - 4444:3
**multiple** [4] - 4386:3, 4389:2, 4394:2, 4429:24
**mutagenic** [1] - 4391:21
**mutually** [2] - 4359:16, 4395:8
**mycosis** [3] - 4403:19, 4404:8, 4404:11
**myeloma** [2] - 4393:25, 4394:2

## N

**N.W** [1] - 4313:13
**name** [1] - 4375:15
**named** [2] - 4467:5, 4467:13
**NAPP** [12] - 4320:4, 4323:2, 4342:5, 4400:25, 4401:2, 4405:14, 4416:1, 4417:2, 4418:2, 4418:8, 4451:11, 4453:4
**narrow** [1] - 4462:4
**national** [2] - 4438:2, 4457:23
**National** [3] - 4376:15, 4383:7, 4404:16

**nationwide** [1] - 4437:24
**naturally** [1] - 4436:10
**NCP** [1] - 4464:7
**near** [1] - 4421:23
**nearly** [1] - 4354:9
**Nebraska** [1] - 4383:9
**necessarily** [6] - 4369:13, 4378:12, 4379:18, 4387:12, 4395:6, 4413:1
**need** [16] - 4324:12, 4373:12, 4404:14, 4405:1, 4405:2, 4405:3, 4421:2, 4423:9, 4426:6, 4428:3, 4443:24, 4465:9, 4465:10, 4465:15, 4465:23
**needed** [2] - 4464:1, 4464:5
**needing** [1] - 4465:8
**negative** [4] - 4349:23, 4353:15, 4429:10, 4429:11
**negligence** [1] - 4462:13
**Neugut** [5] - 4322:7, 4322:19, 4418:12, 4418:14, 4441:4
**Neugut's** [1] - 4321:1
**never** [15] - 4316:6, 4316:9, 4320:4, 4343:20, 4356:6, 4356:14, 4373:5, 4396:10, 4421:21, 4422:12, 4422:17, 4422:19, 4423:14, 4440:23, 4441:1
**new** [7] - 4391:6, 4415:25, 4419:5, 4425:24, 4426:2, 4428:9, 4428:10
**next** [16] - 4328:10, 4332:24, 4336:24, 4342:2, 4363:9, 4374:2, 4383:16, 4385:13, 4386:2, 4392:15, 4410:10, 4428:19, 4450:2, 4450:20, 4464:25, 4465:11
**NHL** [37] - 4326:21, 4327:22, 4327:24, 4334:24, 4355:24, 4357:10, 4357:25, 4362:14, 4366:20, 4366:24, 4368:16,

4368:20, 4369:5, 4369:17, 4376:17, 4380:24, 4382:8, 4382:24, 4383:2, 4393:15, 4394:2, 4395:11, 4415:12, 4415:15, 4415:18, 4425:9, 4425:13, 4428:14, 4435:6, 4436:12, 4439:22, 4441:2, 4448:25, 4449:22, 4450:6, 4457:16, 4460:7

**nilly** [1] - 4375:4

**noise** [1] - 4427:18

**non** [10] - 4327:13, 4357:17, 4366:17, 4387:20, 4404:4, 4405:5, 4450:4, 4453:5, 4458:1, 4458:3

**non-Hodgkin's** [9] - 4327:13, 4357:17, 4387:20, 4404:4, 4405:5, 4450:4, 4453:5, 4458:1, 4458:3

**non-user** [1] - 4366:17

**nondifferential** [1] - 4354:14

**None** [1] - 4314:8

**none** [2] - 4330:12, 4350:14

**nonsignificant** [1] - 4393:12

**nonsmokers** [1] - 4349:14

**North** [2] - 4451:11, 4451:14

**Noted** [1] - 4466:4

**notes** [1] - 4396:10

**nothing** [4] - 4337:24, 4368:24, 4412:16, 4465:25

**notice** [1] - 4403:12

**noticed** [1] - 4437:3

**notwithstanding** [1] - 4398:7

**nowhere** [1] - 4460:6

**null** [10] - 4342:25, 4343:4, 4344:10, 4345:3, 4345:6, 4354:20, 4442:13, 4442:16, 4453:1, 4453:2

**number** [37] - 4319:10, 4361:4, 4362:6, 4362:24, 4365:16, 4366:1,

4368:6, 4372:25, 4373:2, 4373:3, 4377:23, 4379:12, 4379:17, 4379:24, 4385:5, 4385:16, 4388:22, 4390:19, 4396:12, 4396:23, 4402:2, 4402:5, 4405:3, 4408:2, 4409:20, 4412:25, 4415:13, 4417:2, 4417:3, 4417:5, 4417:7, 4418:6, 4424:4, 4425:15, 4436:14, 4463:14

**numbers** [16] - 4377:3, 4384:12, 4384:20, 4384:25, 4385:1, 4393:21, 4396:5, 4402:14, 4413:2, 4413:4, 4413:5, 4417:3, 4418:2, 4447:20, 4451:21, 4452:6

---

## O

**o'clock** [3] - 4384:1, 4463:11, 4464:17

**oath** [4] - 4315:14, 4324:21, 4326:19, 4384:6

**oaths** [1] - 4467:7

**object** [3] - 4326:23, 4441:10, 4441:12

**objected** [1] - 4326:15

**objection** [12] - 4339:6, 4339:7, 4395:25, 4396:1, 4406:16, 4414:8, 4414:9, 4420:19, 4431:19, 4431:20, 4452:20, 4454:15

**objections** [1] - 4329:11

**obscure** [2] - 4427:18, 4429:8

**obscuring** [1] - 4429:9

**observed** [2] - 4353:14, 4400:8

**obviously** [1] - 4341:25

**occasional** [1] - 4412:7

**occupation** [3] - 4351:8, 4351:9, 4351:12

**occupational** [17] - 4350:2, 4350:5,

4350:9, 4350:11, 4350:15, 4350:17, 4350:20, 4350:22, 4351:4, 4351:5, 4351:13, 4351:15, 4352:21, 4353:13, 4353:24, 4353:25, 4354:25

**Occupational** [1] - 4352:2

**occupations** [1] - 4358:6

**occur** [2] - 4354:4, 4354:15

**occurred** [1] - 4386:22

**occurrence** [2] - 4353:19, 4451:1

**occurring** [1] - 4395:8

**occurs** [2] - 4354:12, 4452:25

**odds** [9] - 4368:11, 4392:18, 4393:12, 4393:15, 4394:9, 4395:16, 4407:17, 4445:20, 4458:3

**OF** [4] - 4311:1, 4311:2, 4314:1

**officially** [1] - 4420:2

**often** [4] - 4346:12, 4409:18, 4429:8, 4452:25

**older** [1] - 4382:16

**once** [2] - 4343:20, 4411:24

**one** [103] - 4320:19, 4330:3, 4330:4, 4330:7, 4330:25, 4331:18, 4336:22, 4338:23, 4341:3, 4341:21, 4343:16, 4347:7, 4347:8, 4348:24, 4356:18, 4358:15, 4359:11, 4360:13, 4360:16, 4362:5, 4362:6, 4363:10, 4363:12, 4364:6, 4365:22, 4365:23, 4366:5, 4366:7, 4366:10, 4371:5, 4372:3, 4373:13, 4373:18, 4373:22, 4374:2, 4376:11, 4377:25, 4378:16, 4378:20, 4379:5, 4379:6, 4380:9, 4381:16, 4381:17, 4382:14, 4382:16, 4382:17,

4382:25, 4386:15, 4389:7, 4389:9, 4389:18, 4390:25, 4394:5, 4395:14, 4397:7, 4397:13, 4402:19, 4403:24, 4405:9, 4405:16, 4406:1, 4406:3, 4406:9, 4406:10, 4406:12, 4406:22, 4407:17, 4410:6, 4410:10, 4410:16, 4410:19, 4411:20, 4412:15, 4413:11, 4413:13, 4413:14, 4413:16, 4413:17, 4413:19, 4413:24, 4413:25, 4414:3, 4416:15, 4424:17, 4427:8, 4429:23, 4433:12, 4439:6, 4439:11, 4439:25, 4443:20, 4445:16, 4452:18, 4453:20, 4454:12, 4455:24, 4457:3, 4457:11, 4464:6

**one's** [2] - 4412:22, 4435:16

**ones** [7] - 4322:23, 4334:21, 4380:11, 4397:21, 4401:17, 4405:25, 4451:22

**ongoing** [1] - 4465:17

**online** [1] - 4420:2

**opined** [1] - 4421:24

**opinion** [15] - 4318:23, 4318:24, 4323:21, 4323:23, 4327:11, 4327:16, 4329:17, 4330:23, 4387:17, 4417:17, 4419:9, 4421:7, 4423:15, 4455:9

**opinions** [4] - 4330:2, 4330:25, 4353:7, 4421:24

**Orange** [1] - 4312:13

**orchestrating** [1] - 4420:14

**order** [3] - 4329:5, 4374:2, 4451:7

**organization** [2] - 4337:6, 4337:7

**Organization** [1] - 4391:20

**organizations** [1] - 4333:23

**original** [2] -

4376:11, 4404:1

**origins** [1] - 4335:25

**Orsi** [3] - 4373:7, 4389:17

**outcome** [14] - 4347:15, 4347:19, 4348:2, 4348:21, 4349:21, 4366:9, 4366:15, 4367:3, 4369:3, 4370:2, 4370:16, 4371:8, 4371:9, 4467:12

**outcomes** [2] - 4351:11, 4435:7

**outcry** [1] - 4420:15

**outer** [1] - 4454:3

**over-report** [1] - 4344:19

**Overall** [1] - 4401:15

**overall** [10] - 4330:23, 4363:8, 4385:23, 4402:13, 4407:14, 4408:3, 4408:9, 4409:2, 4410:22, 4414:3

**overestimate** [1] - 4345:1

**overruled** [2] - 4441:16, 4454:16

**own** [3] - 4417:18, 4426:3, 4450:8

**oxidative** [2] - 4392:2, 4392:14

**oxide** [1] - 4335:4

---

## P

**p.m** [3] - 4311:14, 4315:2, 4466:4

**package** [1] - 4463:13

**page** [33] - 4324:7, 4324:10, 4325:21, 4326:8, 4326:10, 4326:25, 4327:1, 4327:6, 4327:8, 4328:2, 4328:10, 4328:11, 4332:4, 4332:24, 4335:20, 4335:21, 4336:7, 4336:8, 4336:12, 4336:17, 4376:22, 4400:1, 4415:6, 4432:2, 4432:18, 4432:21, 4432:22, 4444:2, 4445:13, 4445:14, 4446:18, 4447:14, 4450:20

**pages** [1] - 4419:18

**Pages** [1] - 4311:25

**Pahwa** [6] - 4363:25,

4371:4, 4371:12,
4397:11, 4413:15,
4414:21
   **paid** [4] - 4316:17,
4316:21, 4460:9,
4460:22
   **paper** [6] - 4339:15,
4354:10, 4364:18,
4375:13, 4384:25,
4419:25
   **papers** [1] - 4455:24
   **paragraph** [3] -
4386:2, 4392:15,
4445:15
   **part** [21] - 4321:7,
4321:8, 4321:10,
4321:12, 4337:19,
4344:3, 4360:5,
4366:13, 4401:18,
4419:6, 4419:8,
4419:11, 4419:19,
4421:16, 4421:24,
4426:4, 4428:19,
4431:2, 4443:24,
4449:10, 4462:16
   **partially** [1] -
4359:19
   **participants'** [1] -
4402:4
   **participate** [1] -
4430:22
   **particular** [11] -
4334:5, 4334:19,
4356:17, 4362:19,
4363:2, 4391:24,
4401:23, 4411:18,
4417:5, 4451:1,
4457:23
   **particularly** [3] -
4375:18, 4421:14,
4453:1
   **parties** [1] - 4467:11
   **parts** [2] - 4321:2,
4321:11
   **party** [1] - 4391:7
   **passage** [1] -
4384:10
   **passed** [1] - 4342:1
   **passes** [1] - 4341:22
   **past** [1] - 4440:21
   **pathogenetic** [1] -
4451:5
   **paying** [1] - 4340:19
   **PC** [1] - 4312:5
   **peer** [3] - 4320:5,
4417:17, 4417:21
   **peer-reviewed** [2] -
4320:5, 4417:21
   **people** [32] -
4342:14, 4342:15,

4348:14, 4349:16,
4357:10, 4357:13,
4358:7, 4363:23,
4369:6, 4369:11,
4370:22, 4389:22,
4404:14, 4404:21,
4427:13, 4427:14,
4430:18, 4430:24,
4431:10, 4432:14,
4436:10, 4436:21,
4437:17, 4437:21,
4438:6, 4440:2,
4440:3, 4440:5,
4451:6, 4465:8
   **per** [8] - 4367:17,
4368:11, 4409:20,
4410:11, 4415:13,
4433:6, 4438:10,
4438:19
   **percent** [12] -
4402:3, 4404:5,
4404:8, 4437:17,
4437:20, 4437:21,
4437:23, 4447:2,
4447:25, 4448:5,
4448:6
   **percentage** [1] -
4438:8
   **perfect** [1] - 4354:3
   **performed** [1] -
4359:15
   **perhaps** [3] - 4426:3,
4428:11, 4429:15
   **period** [3] - 4386:16,
4387:1, 4387:2
   **permission** [27] -
4331:25, 4332:5,
4336:9, 4339:5,
4341:3, 4345:8,
4345:12, 4346:2,
4352:6, 4356:23,
4363:19, 4375:9,
4381:12, 4390:22,
4395:23, 4399:10,
4399:17, 4406:14,
4414:7, 4416:22,
4420:23, 4424:16,
4430:5, 4431:18,
4456:3, 4456:25,
4457:9
   **person** [2] - 4341:21,
4432:24
   **personal** [3] -
4407:22, 4432:10,
4453:23
   **personally** [4] -
4418:19, 4433:3,
4433:8, 4434:7
   **perspective** [2] -
4404:17, 4415:16

**pesticide** [28] -
4316:9, 4316:13,
4343:2, 4346:13,
4346:21, 4350:24,
4371:17, 4372:19,
4375:18, 4386:4,
4390:1, 4425:16,
4427:22, 4428:2,
4430:18, 4432:7,
4433:9, 4434:12,
4434:16, 4435:1,
4435:18, 4436:6,
4436:10, 4441:1,
4442:10, 4443:8,
4449:4
   **Pesticides** [2] -
4380:24, 4380:25
   **pesticides** [68] -
4343:6, 4346:17,
4357:25, 4359:12,
4359:17, 4359:21,
4361:15, 4363:15,
4365:24, 4366:17,
4366:24, 4368:8,
4368:9, 4368:15,
4368:20, 4369:2,
4369:4, 4369:12,
4371:21, 4371:23,
4372:23, 4372:25,
4378:17, 4378:19,
4378:22, 4379:4,
4379:7, 4379:16,
4379:23, 4380:1,
4380:19, 4383:7,
4385:18, 4386:3,
4386:5, 4386:9,
4387:7, 4389:4,
4390:16, 4393:2,
4393:10, 4401:19,
4410:8, 4411:2,
4411:3, 4416:10,
4417:8, 4424:4,
4432:10, 4434:7,
4435:4, 4436:7,
4440:24, 4442:6,
4442:11, 4443:4,
4443:9, 4443:14,
4443:17, 4443:20,
4443:25, 4444:9,
4444:12, 4445:6,
4448:11, 4448:24,
4450:2, 4453:20
   **phenoxyacetic** [1] -
4357:24
   **pick** [1] - 4433:12
   **picture** [1] - 4407:6
   **piece** [2] - 4344:2,
4384:24
   **pieces** [3] - 4343:16,
4419:17, 4419:20

**place** [1] - 4467:4
   **plaintiff** [2] - 4311:5,
4462:16
   **PLAINTIFF** [1] -
4312:3
   **Plaintiff's** [2] -
4395:24, 4461:16
   **plaintiffs** [1] - 4465:7
   **planning** [1] - 4430:7
   **planting** [1] -
4433:20
   **plants** [1] - 4391:19
   **plausibility** [5] -
4318:1, 4392:11,
4459:16, 4459:23,
4459:25
   **play** [3] - 4321:24,
4324:25, 4334:11
   **played** [2] - 4421:21,
4445:24, 4452:14
   **playing** [1] - 4421:22
   **plot** [8] - 4361:10,
4363:9, 4372:16,
4373:23, 4380:11,
4397:20, 4442:4,
4459:1
   **point** [11] - 4317:10,
4324:25, 4325:19,
4339:25, 4365:16,
4367:1, 4378:2,
4378:11, 4380:11,
4422:21, 4423:13
   **points** [2] - 4423:8,
4423:12
   **polling** [2] - 4358:6,
4358:7
   **pooled** [5] - 4360:16,
4383:7, 4385:17,
4443:1, 4447:18
   **Pooled** [2] - 4451:11,
4451:14
   **pooling** [3] - 4360:6,
4376:18, 4404:17
   **poor** [1] - 4425:15
   **popping** [1] -
4375:15
   **popular** [1] - 4374:11
   **population** [8] -
4358:4, 4389:13,
4389:15, 4389:20,
4389:25, 4412:12,
4436:15, 4439:24
   **population-based**
[2] - 4358:4, 4389:13
   **populations** [1] -
4415:12
   **Portier** [9] - 4320:14,
4322:6, 4322:19,
4338:22, 4375:23,
4396:4, 4441:6,

4442:5, 4442:23
   **Portier's** [2] -
4397:20, 4417:24
   **portion** [2] -
4320:21, 4325:16
   **portions** [1] - 4321:5
   **position** [3] - 4426:4,
4429:20, 4429:22
   **positive** [17] -
4323:17, 4326:20,
4327:21, 4329:25,
4330:8, 4330:13,
4349:6, 4353:15,
4367:16, 4368:1,
4368:2, 4368:6,
4387:22, 4393:9,
4400:7, 4413:6,
4459:11
   **positively** [1] -
4371:23
   **possibility** [2] -
4387:13, 4387:14
   **possible** [4] -
4333:13, 4334:15,
4387:11, 4433:15
   **Post** [2] - 4447:12,
4447:19
   **Post-it** [2] - 4447:12,
4447:19
   **potential** [9] -
4352:24, 4353:16,
4366:4, 4369:20,
4371:2, 4371:18,
4373:1, 4373:9,
4426:1
   **potentially** [7] -
4334:1, 4388:9,
4403:7, 4404:18,
4404:23, 4413:6,
4426:2
   **power** [1] - 4349:22
   **PowerPoint** [4] -
4451:16, 4451:18,
4452:1, 4452:17
   **practice** [2] -
4358:21, 4436:16
   **preamble** [1] -
4399:13
   **precision** [1] -
4380:6
   **predicted** [2] -
4354:17, 4423:3
   **pregnant** [1] -
4457:13
   **prepare** [2] -
4357:14, 4421:6
   **prepared** [1] -
4421:12
   **present** [12] -
4356:13, 4356:15,

4366:6, 4366:14,
4372:12, 4373:5,
4385:3, 4405:11,
4417:23, 4439:9,
4447:6, 4460:15
  **presentation** [4] -
4405:16, 4408:6,
4413:8, 4414:16
  **presentations** [3] -
4405:20, 4405:21,
4406:9
  **presented** [17] -
4320:3, 4330:11,
4370:18, 4385:3,
4398:5, 4400:24,
4406:11, 4406:25,
4416:25, 4417:20,
4418:9, 4442:5,
4442:23, 4451:19,
4451:23, 4452:1,
4460:21
  **presenting** [3] -
4368:9, 4397:16,
4447:16
  **presents** [2] -
4359:1, 4407:13
  **prestigious** [1] -
4337:6
  **presumably** [1] -
4390:4
  **presumes** [1] -
4387:2
  **pretty** [11] - 4335:19,
4370:20, 4374:25,
4375:16, 4379:24,
4394:24, 4400:18,
4405:6, 4408:4,
4418:12, 4457:22
  **prevalence** [5] -
4343:8, 4343:17,
4343:18, 4448:12,
4448:13
  **previous** [1] -
4385:13
  **previously** [7] -
4319:5, 4324:4,
4325:4, 4325:25,
4326:14, 4326:19,
4327:19
  **primarily** [1] - 4438:3
  **principle** [1] -
4344:10
  **Principles** [1] -
4336:15
  **priori** [3] - 4374:20,
4375:1, 4375:4
  **probability** [3] -
4377:4, 4377:8,
4377:17
  **probable** [6] -

4339:17, 4339:22,
4340:6, 4377:24,
4415:17, 4416:19
  **problem** [11] -
4341:11, 4342:16,
4343:7, 4344:22,
4352:19, 4354:9,
4364:7, 4365:7,
4389:6, 4427:17,
4447:9
  **problems** [11] -
4343:6, 4355:12,
4355:13, 4355:15,
4421:14, 4422:7,
4422:8, 4423:2,
4429:3, 4439:12,
4441:9
  **procedure** [2] -
4325:14, 4326:23
  **proceed** [2] -
4315:15, 4384:7
  **PROCEEDINGS** [2] -
4314:1, 4315:9
  **Proceedings** [1] -
4311:12
  **proceedings** [5] -
4467:3, 4467:5,
4467:8, 4467:12,
4467:13
  **process** [5] -
4417:22, 4426:4,
4426:5, 4451:5,
4462:1
  **produce** [1] - 4429:6
  **product** [2] -
4439:23, 4462:23
  **professional** [1] -
4390:1
  **professor** [6] -
4317:7, 4317:9,
4317:11, 4317:14,
4317:16, 4344:12
  **program** [1] -
4332:19, 4396:21
  **Programme** [1] -
4377:19
  **Project** [2] - 4451:12,
4451:14
  **project** [1] - 4453:16
  **prolific** [1] - 4375:16
  **prominent** [1] -
4355:16
  **promotion** [1] -
4317:15
  **proof** [1] - 4420:18
  **proper** [6] - 4324:23,
4326:23, 4328:23,
4342:18, 4379:17,
4426:11
  **properly** [3] -

4342:7, 4421:8,
4439:21
  **proportion** [4] -
4431:2, 4440:2,
4447:25, 4448:2
  **proposed** [1] -
4463:18
  **proposing** [1] -
4462:17
  **Protection** [1] -
4391:19
  **protective** [7] -
4407:22, 4434:2,
4434:5, 4434:6,
4435:1, 4453:24,
4454:7
  **prove** [1] - 4379:14
  **proved** [1] - 4395:12
  **provide** [2] -
4396:14, 4428:18
  **provided** [1] -
4346:20
  **providing** [1] -
4340:23
  **province** [4] -
4367:18, 4403:1,
4403:2, 4407:20
  **proxies** [30] - 4342:9,
4342:21, 4342:23,
4342:24, 4343:5,
4343:8, 4344:4,
4344:17, 4346:15,
4362:24, 4364:19,
4364:23, 4365:10,
4371:24, 4402:22,
4410:19, 4411:1,
4411:4, 4411:7,
4411:9, 4446:4,
4446:10, 4448:2,
4448:5, 4448:7,
4448:10, 4448:12,
4455:15, 4455:16,
4455:20
  **proxy** [31] - 4341:17,
4341:20, 4342:6,
4343:18, 4344:9,
4344:14, 4344:16,
4344:21, 4344:23,
4363:13, 4364:7,
4364:13, 4364:14,
4365:7, 4372:17,
4402:16, 4402:20,
4402:22, 4407:21,
4410:8, 4417:10,
4446:24, 4447:2,
4447:6, 4447:7,
4447:9, 4447:19,
4448:1, 4456:8,
4456:17
  **public** [1] - 4417:20

**Public** [1] - 4317:4
  **publication** [15] -
4323:3, 4338:21,
4339:3, 4339:10,
4345:19, 4364:12,
4364:22, 4365:1,
4381:10, 4381:25,
4402:7, 4402:10,
4414:25, 4452:24,
4452:25
  **publication's** [1] -
4364:24
  **publications** [4] -
4319:10, 4369:11,
4398:8, 4457:3
  **publicity** [1] - 4420:6
  **publish** [21] -
4332:5, 4336:9,
4339:5, 4341:3,
4346:2, 4352:6,
4356:23, 4363:19,
4375:9, 4381:12,
4390:22, 4395:23,
4399:17, 4406:14,
4414:7, 4416:22,
4424:16, 4431:18,
4453:2, 4456:3,
4457:9
  **published** [15] -
4319:25, 4320:1,
4320:4, 4343:3,
4343:5, 4343:11,
4383:16, 4396:17,
4417:11, 4420:2,
4420:3, 4420:6,
4425:12, 4453:7,
4456:1
  **publishing** [1] -
4420:12
  **pull** [2] - 4343:15,
4379:1
  **pulled** [2] - 4389:22,
4404:22
  **purchases** [1] -
4430:8
  **purpose** [1] - 4421:9
  **purposes** [4] -
4356:12, 4449:1,
4450:1, 4462:19
  **push** [1] - 4420:9
  **put** [16] - 4347:3,
4349:2, 4355:23,
4360:3, 4362:18,
4362:25, 4385:9,
4388:13, 4388:16,
4410:4, 4416:5,
4416:21, 4423:9,
4446:11, 4447:12,
4447:19
  **putatively** [1] -

4427:22
  **putting** [2] - 4355:23,
4402:23

## Q

  **qualities** [1] -
4399:24
  **quartiles** [1] -
4396:22
  **question's** [1] -
4331:18
  **questionnaire** [13] -
4358:13, 4430:2,
4430:14, 4430:15,
4430:16, 4431:16,
4431:23, 4432:6,
4437:18, 4440:18,
4453:15, 4453:18
  **questionnaires** [4] -
4351:19, 4358:16,
4407:11, 4429:1
  **questions** [14] -
4327:5, 4338:2,
4338:4, 4338:12,
4338:15, 4420:17,
4423:12, 4432:3,
4432:9, 4441:20,
4450:7, 4451:10,
4456:18, 4461:2
  **quick** [2] - 4316:2,
4381:20
  **quickly** [3] - 4389:9,
4397:4, 4400:22
  **quite** [9] - 4385:23,
4408:5, 4408:7,
4414:24, 4436:15,
4436:16, 4453:1,
4458:22, 4462:20
  **quote** [1] - 4319:22

## R

  **Railroad** [1] -
4312:12
  **raise** [1] - 4371:19
  **raised** [4] - 4341:16,
4353:14, 4354:24,
4378:10
  **raises** [3] - 4372:1,
4423:5, 4447:5
  **Ramos** [1] - 4315:7
  **ran** [1] - 4439:12
  **range** [3] - 4389:25,
4412:12, 4436:25
  **rare** [6] - 4353:24,
4393:15, 4404:9,
4405:2, 4405:6,
4405:7
  **rarely** [1] - 4354:2
  **rarer** [1] - 4405:1

**rate** [3] - 4361:25, 4402:19, 4410:23
**rates** [1] - 4367:12
**ratio** [9] - 4368:11, 4383:4, 4392:18, 4393:13, 4393:15, 4407:17, 4445:21, 4458:3, 4458:6
**rationale** [2] - 4425:5, 4425:14
**ratios** [2] - 4394:10, 4395:16
**reach** [2] - 4462:8, 4462:10
**reached** [1] - 4327:11
**read** [44] - 4318:12, 4320:17, 4321:1, 4321:2, 4321:3, 4321:5, 4321:7, 4321:10, 4321:11, 4321:16, 4321:19, 4323:5, 4325:22, 4327:18, 4328:3, 4328:7, 4328:8, 4328:21, 4329:4, 4340:16, 4346:10, 4352:22, 4354:21, 4367:25, 4379:1, 4381:3, 4419:2, 4419:6, 4419:8, 4419:11, 4419:13, 4419:16, 4419:17, 4423:6, 4429:20, 4444:6, 4445:14, 4447:13, 4450:24, 4452:11, 4453:9, 4455:5, 4456:16
**reading** [5] - 4318:12, 4321:22, 4364:9, 4379:11, 4382:18
**reads** [5] - 4332:9, 4332:17, 4335:21, 4382:7, 4400:7
**ready** [1] - 4315:14
**real** [3] - 4386:12, 4390:5, 4441:9
**real-world** [1] - 4390:5
**really** [33] - 4321:14, 4330:12, 4330:19, 4330:23, 4334:2, 4341:10, 4344:19, 4344:20, 4344:25, 4349:21, 4350:18, 4362:1, 4362:4, 4365:7, 4373:12, 4380:2, 4383:13, 4387:21, 4387:24, 4404:10, 4405:10,

4409:3, 4409:18, 4414:1, 4418:14, 4418:19, 4419:18, 4428:17, 4429:3, 4435:14, 4435:16, 4440:3, 4459:5
**reason** [12] - 4351:14, 4367:25, 4371:22, 4373:18, 4392:8, 4398:2, 4398:5, 4401:24, 4414:2, 4420:8, 4462:22, 4463:1
**reasonable** [9] - 4340:8, 4370:20, 4370:24, 4380:5, 4388:25, 4400:12, 4403:9, 4440:10, 4440:14
**reasons** [1] - 4427:22
**Recent** [1] - 4393:23
**recent** [3] - 4323:3, 4419:24, 4429:12
**recess** [3] - 4383:25, 4466:2
**Recess** [1] - 4384:3
**recognize** [2] - 4429:12, 4445:11
**recollect** [1] - 4421:10
**recollection** [3] - 4324:24, 4326:3, 4326:4
**record** [5] - 4326:22, 4328:21, 4420:18, 4446:20, 4452:21
**records** [3] - 4351:16, 4422:3, 4433:17
**RECROSS** [2] - 4314:3, 4454:24
**recross** [1] - 4455:16
**RECROSS-EXAMINATION** [1] - 4454:24
**red** [1] - 4397:22
**redirect** [2] - 4328:5, 4455:16
**REDIRECT** [2] - 4314:3, 4441:25
**refer** [3] - 4423:10, 4423:18
**Refer** [1] - 4444:16
**reference** [1] - 4371:12
**references** [1] - 4337:10
**referred** [1] - 4328:3
**referring** [6] -

4319:2, 4322:21, 4325:8, 4345:23, 4394:13
**refers** [1] - 4403:14
**reflect** [1] - 4412:2
**reflects** [1] - 4360:25
**refreshing** [2] - 4324:24, 4326:3
**regard** [1] - 4464:8
**regarding** [2] - 4322:7, 4353:18
**Regarding** [1] - 4352:1
**regardless** [1] - 4422:16
**region** [1] - 4382:23
**registries** [1] - 4357:10
**regression** [15] - 4366:8, 4378:10, 4378:14, 4379:10, 4379:13, 4380:10, 4380:13, 4380:15, 4381:4, 4383:20, 4385:19, 4385:21, 4388:14, 4388:16, 4388:23
**regulatory** [1] - 4449:1
**relate** [1] - 4383:16
**related** [5] - 4331:3, 4338:22, 4349:21, 4359:2, 4450:2
**relates** [1] - 4382:2
**relationship** [1] - 4441:2
**relationships** [2] - 4429:8, 4429:9
**relative** [20] - 4343:9, 4344:6, 4354:1, 4354:16, 4354:19, 4361:21, 4393:9, 4396:22, 4397:17, 4407:21, 4408:5, 4408:7, 4442:12, 4442:18, 4443:5, 4444:12, 4444:25, 4448:15, 4459:7, 4460:13
**relatively** [2] - 4354:18, 4405:7
**relevant** [3] - 4360:23, 4422:23, 4422:24
**reliability** [3] - 4447:3, 4456:7, 4456:17
**reliable** [1] - 4361:22
**rely** [3] - 4388:25, 4421:7, 4422:17

**relying** [1] - 4362:3
**remain** [1] - 4461:13
**remains** [4] - 4315:13, 4379:12, 4384:6, 4463:23
**remember** [12] - 4323:5, 4325:12, 4353:2, 4379:23, 4379:25, 4384:1, 4415:21, 4415:23, 4446:2, 4451:11, 4451:19, 4461:10
**remind** [2] - 4338:23, 4384:21
**remove** [1] - 4342:5
**repeat** [3] - 4326:11, 4326:17, 4367:24
**repeated** [1] - 4455:13
**repeatedly** [1] - 4421:12
**report** [14] - 4320:17, 4321:1, 4343:6, 4344:19, 4356:5, 4356:7, 4373:11, 4382:7, 4384:12, 4384:25, 4398:8, 4421:13, 4458:1, 4460:6
**reported** [8] - 4340:4, 4346:17, 4346:18, 4356:2, 4397:19, 4428:25, 4458:7, 4467:5
**REPORTED** [1] - 4311:21
**Reporter** [2] - 4467:6, 4467:20
**REPORTER'S** [1] - 4467:1
**reporting** [5] - 4344:25, 4346:19, 4367:15, 4393:20, 4438:18
**reports** [9] - 4321:2, 4321:22, 4321:23, 4322:1, 4343:17, 4384:11, 4396:4, 4396:7, 4429:20
**represents** [1] - 4383:20
**reproducible** [1] - 4451:3
**require** [1] - 4451:6
**requires** [1] - 4451:2
**research** [6] - 4425:19, 4425:20, 4426:6, 4427:23, 4459:20, 4461:11
**Research** [1] -

4332:19
**researched** [1] - 4350:1
**researchers** [1] - 4357:6
**residence** [1] - 4367:19
**residual** [1] - 4354:11
**resistant** [2] - 4436:10, 4454:5
**resolve** [1] - 4379:15
**resolved** [2] - 4426:5, 4464:10
**respect** [1] - 4463:7
**respirator** [1] - 4434:17
**respondent** [1] - 4447:20
**respondents** [11] - 4346:12, 4363:13, 4364:7, 4364:13, 4364:14, 4372:18, 4402:20, 4407:22, 4410:8, 4417:9, 4446:24
**responders** [5] - 4342:6, 4344:9, 4344:15, 4344:21, 4344:23
**response** [12] - 4327:14, 4327:23, 4346:20, 4346:23, 4367:6, 4367:8, 4373:3, 4373:4, 4392:20, 4395:20, 4409:19, 4411:17
**responses** [2] - 4402:16, 4456:17
**responsibility** [1] - 4439:21
**responsive** [1] - 4333:18
**rest** [1] - 4389:20
**restate** [2] - 4339:19, 4416:4
**result** [8] - 4353:14, 4356:16, 4368:17, 4392:19, 4408:1, 4408:3, 4444:22, 4459:2
**resulted** [2] - 4385:19, 4391:25
**results** [29] - 4345:3, 4352:25, 4356:2, 4356:10, 4359:1, 4366:4, 4367:16, 4368:3, 4373:25, 4383:16, 4395:18, 4397:11, 4401:12,

4405:14, 4406:11, 4412:14, 4413:17, 4415:10, 4415:16, 4416:18, 4423:1, 4425:15, 4427:19, 4429:6, 4439:9, 4440:12, 4440:13, 4440:22, 4444:15

**Results** [1] - 4353:23
**resume** [1] - 4461:9
**review** [8] - 4317:15, 4317:20, 4317:22, 4327:9, 4417:17, 4417:22, 4443:12, 4460:25
**reviewed** [14] - 4318:2, 4318:6, 4319:12, 4319:17, 4320:5, 4338:21, 4339:3, 4345:22, 4352:12, 4391:24, 4417:21, 4419:19, 4430:3, 4431:11
**reviewing** [7] - 4318:4, 4321:13, 4321:21, 4321:23, 4334:2, 4341:13, 4419:15
**richness** [1] - 4428:18
**rid** [7] - 4342:21, 4348:4, 4370:9, 4397:21, 4397:25, 4411:8, 4417:10
**risk** [53] - 4326:21, 4327:22, 4327:24, 4334:24, 4337:16, 4338:18, 4342:25, 4343:9, 4344:6, 4344:15, 4346:22, 4361:18, 4361:19, 4361:21, 4362:9, 4362:14, 4366:19, 4369:5, 4382:23, 4383:2, 4387:8, 4390:8, 4392:24, 4393:8, 4394:16, 4396:22, 4402:13, 4408:5, 4408:9, 4409:2, 4409:24, 4410:23, 4412:23, 4413:1, 4415:12, 4415:15, 4425:13, 4428:14, 4439:21, 4442:18, 4443:5, 4444:25, 4445:7, 4448:15, 4450:6, 4458:2, 4458:6, 4458:8, 4458:24, 4458:25, 4459:7,

4459:22, 4460:13
**Risk** [1] - 4377:20
**risks** [11] - 4354:1, 4354:16, 4354:19, 4374:21, 4393:9, 4397:17, 4398:1, 4408:7, 4414:3, 4427:18, 4442:12
**Risks** [1] - 4377:20
**ROCKWOOD** [1] - 4311:22
**Rockwood** [1] - 4467:19
**role** [2] - 4445:23, 4450:25
**Roos** [34] - 4374:3, 4375:7, 4375:13, 4375:15, 4381:9, 4381:23, 4382:19, 4383:11, 4384:10, 4384:18, 4385:10, 4385:12, 4385:16, 4386:22, 4388:2, 4388:5, 4388:13, 4397:11, 4401:5, 4401:7, 4401:18, 4402:2, 4447:8, 4447:9, 4447:11, 4447:23, 4448:17, 4449:6, 4449:8, 4449:11, 4450:1, 4459:6
**Roos'** [1] - 4449:25
**Rosas** [1] - 4467:19
**ROSAS** [1] - 4311:22
**Roundup** [9] - 4365:15, 4432:19, 4433:1, 4433:21, 4433:23, 4436:13, 4437:4, 4439:2, 4439:22
**routinely** [1] - 4353:14
**RPR** [1] - 4311:22
**rule** [4] - 4320:11, 4329:3, 4444:9, 4458:18
**Rule** [1] - 4328:1
**ruled** [1] - 4400:11
**ruling** [1] - 4326:15
**run** [2] - 4337:9, 4366:7

**S**

**San** [2] - 4312:20, 4315:5
**SAN** [1] - 4311:2
**SANDRA** [1] - 4312:17
**save** [1] - 4421:23

**saw** [6] - 4349:5, 4360:16, 4368:24, 4392:22, 4394:23, 4408:6
**Sawyer's** [1] - 4464:4
**scant** [1] - 4427:21
**scene** [1] - 4430:17
**schedule** [1] - 4465:7
**scheme** [1] - 4378:6
**School** [1] - 4317:4
**science** [5] - 4339:22, 4355:19, 4382:6, 4425:18, 4452:5
**scientific** [6] - 4320:3, 4337:21, 4417:21, 4422:8, 4425:25, 4448:18
**scientifically** [1] - 4340:4
**scientist** [2] - 4424:3
**scientists** [2] - 4339:12, 4339:15
**screen** [12] - 4339:10, 4340:2, 4346:5, 4349:17, 4352:9, 4375:12, 4382:12, 4397:13, 4399:19, 4400:4, 4424:20, 4436:12
**search** [2] - 4337:9, 4337:12
**second** [11] - 4339:10, 4344:3, 4376:21, 4402:11, 4413:20, 4413:24, 4429:4, 4437:14, 4437:18, 4445:14, 4458:16
**Second** [1] - 4343:19
**secondhand** [1] - 4439:17
**secondly** [3] - 4343:21, 4381:5, 4448:1
**section** [4] - 4335:21, 4336:7, 4336:24, 4382:5
**sections** [1] - 4321:25
**see** [88] - 4324:15, 4324:22, 4325:10, 4325:12, 4332:15, 4332:22, 4333:5, 4336:11, 4336:12, 4338:25, 4340:11, 4342:15, 4342:19, 4352:10, 4352:18,

4355:4, 4357:19, 4360:25, 4361:5, 4361:20, 4361:24, 4362:15, 4363:22, 4364:11, 4364:16, 4366:8, 4366:23, 4368:10, 4368:19, 4369:2, 4369:19, 4369:21, 4370:16, 4371:21, 4372:20, 4376:23, 4379:1, 4382:18, 4385:25, 4386:6, 4387:16, 4387:18, 4387:25, 4388:10, 4389:9, 4392:3, 4393:18, 4394:11, 4397:23, 4400:4, 4400:5, 4400:20, 4402:6, 4403:22, 4405:1, 4406:4, 4407:24, 4409:7, 4410:2, 4414:22, 4415:3, 4415:19, 4416:9, 4421:8, 4421:20, 4424:22, 4424:25, 4426:9, 4426:21, 4427:4, 4428:22, 4429:17, 4431:25, 4432:20, 4434:18, 4439:8, 4444:25, 4446:21, 4447:21, 4452:19, 4453:19, 4453:23, 4454:1, 4459:18, 4459:23, 4461:12, 4462:3, 4463:25
**seem** [1] - 4341:14
**selected** [3] - 4367:23, 4368:8
**selection** [2] - 4342:10, 4342:16
**self** [1] - 4417:9
**self-respondents** [1] - 4417:9
**sense** [2] - 4319:13, 4398:15
**sensitivity** [2] - 4439:8, 4440:17
**sent** [2] - 4375:23, 4431:12
**sentence** [4] - 4329:4, 4371:12, 4444:7, 4449:19
**sentences** [1] - 4426:14
**September** [1] - 4414:14
**sequence** [1] - 4327:4

**serious** [1] - 4429:6
**serve** [1] - 4334:12
**session** [1] - 4461:9
**Session** [2] - 4311:13, 4315:4
**set** [4] - 4352:21, 4417:22, 4430:17, 4467:14
**sets** [2] - 4398:23, 4414:4
**setting** [3] - 4343:10, 4344:20, 4348:9
**settings** [2] - 4344:16, 4358:23
**seven** [5] - 4401:10, 4411:20, 4411:24, 4412:7, 4418:16
**several** [4] - 4370:16, 4371:21, 4444:8, 4462:4
**sex** [1] - 4407:20
**shields** [1] - 4453:25
**short** [7] - 4387:2, 4387:9, 4387:16, 4387:24, 4412:10, 4425:21, 4464:14
**short-term** [3] - 4387:16, 4387:24, 4425:21
**shorter** [2] - 4388:3, 4388:10
**Shorthand** [2] - 4467:6, 4467:20
**show** [35] - 4323:10, 4323:22, 4324:13, 4325:7, 4339:18, 4340:3, 4347:8, 4362:10, 4367:12, 4385:14, 4394:9, 4395:18, 4395:20, 4399:22, 4405:8, 4405:13, 4405:19, 4405:22, 4406:12, 4412:16, 4413:8, 4413:25, 4420:21, 4421:13, 4421:25, 4423:2, 4430:1, 4443:23, 4444:2, 4445:20, 4447:11, 4447:23, 4449:8, 4450:3, 4453:14
**showed** [23] - 4330:11, 4345:5, 4356:18, 4360:13, 4363:7, 4368:16, 4370:3, 4373:23, 4385:6, 4387:7, 4393:15, 4396:4, 4401:13, 4402:12, 4405:9, 4405:16,

4406:1, 4406:22, 4413:11, 4414:16, 4448:10, 4451:18, 4452:18

**showing** [4] - 4368:2, 4393:7, 4424:19, 4433:13

**shown** [4] - 4359:22, 4392:20, 4449:9, 4453:15

**shows** [14] - 4323:16, 4339:16, 4339:22, 4380:15, 4393:7, 4394:14, 4397:2, 4407:6, 4410:22, 4411:16, 4442:5, 4447:1, 4447:24, 4453:4

**Sidebar** [2] - 4328:16, 4421:4

**sidebar** [3] - 4329:13, 4421:2, 4423:22

**signature** [1] - 4467:19

**signed** [1] - 4339:12

**significance** [4] - 4411:13, 4448:6, 4455:17, 4456:23

**significant** [37] - 4330:13, 4356:10, 4356:16, 4359:23, 4361:8, 4365:19, 4367:2, 4367:20, 4368:13, 4380:16, 4387:7, 4390:8, 4392:18, 4393:4, 4393:17, 4394:9, 4394:16, 4394:21, 4395:2, 4395:18, 4398:1, 4408:4, 4408:8, 4408:13, 4409:3, 4409:25, 4410:5, 4410:23, 4411:16, 4411:17, 4412:17, 4443:6, 4445:8, 4445:20, 4458:4, 4458:7, 4459:22

**significantly** [3] - 4366:19, 4366:24, 4368:16

**silently** [1] - 4325:22

**similar** [4] - 4385:23, 4406:22, 4408:6, 4408:7

**similarly** [1] - 4383:2

**simple** [2] - 4331:18, 4396:16

**simply** [2] - 4330:23,

4416:5

**single** [7] - 4337:16, 4338:17, 4371:11, 4371:17, 4442:9, 4444:10, 4464:9

**sister** [1] - 4392:1

**sit** [2] - 4431:4, 4462:2

**site** [1] - 4380:20

**sitting** [1] - 4463:8

**situation** [4] - 4348:17, 4354:3, 4380:4, 4458:20

**situations** [1] - 4343:1

**size** [1] - 4429:14

**slide** [4] - 4355:24, 4407:3, 4414:4, 4416:22

**slides** [1] - 4341:3

**small** [9] - 4354:18, 4362:24, 4379:25, 4436:15, 4437:1, 4458:2, 4458:8, 4458:23, 4459:21

**smaller** [1] - 4443:5

**smoke** [3] - 4348:14, 4439:17, 4439:18

**smoked** [1] - 4439:14

**smokers** [1] - 4348:13

**smoking** [9] - 4347:24, 4348:6, 4348:7, 4348:10, 4349:6, 4349:11, 4439:18, 4457:13, 4460:7

**Snow** [1] - 4418:23

**social** [1] - 4465:18

**solution** [2] - 4342:18, 4462:11

**someone** [4] - 4342:1, 4408:20, 4411:23, 4434:14

**something's** [2] - 4333:20, 4370:1

**sometimes** [3] - 4344:24, 4344:25, 4345:1

**sorry** [36] - 4317:12, 4321:10, 4321:18, 4321:20, 4322:20, 4327:6, 4331:8, 4331:14, 4332:11, 4336:8, 4339:19, 4340:17, 4345:11, 4350:7, 4355:9, 4362:5, 4369:18, 4374:18, 4377:11,

4382:18, 4384:13, 4384:14, 4384:15, 4384:17, 4385:7, 4389:18, 4391:1, 4391:3, 4397:15, 4403:25, 4416:4, 4432:21, 4434:23, 4460:19, 4465:17, 4465:20

**sort** [3] - 4374:11, 4420:6, 4457:11

**sorts** [1] - 4390:4

**sounds** [1] - 4400:15

**source** [2] - 4334:18, 4335:24

**special** [1] - 4450:9

**specific** [17] - 4341:12, 4344:20, 4359:21, 4360:22, 4362:10, 4368:8, 4369:4, 4428:2, 4428:10, 4428:13, 4432:10, 4434:12, 4435:1, 4448:24, 4449:2, 4449:4, 4449:21

**Specific** [1] - 4380:24

**specifically** [25] - 4316:13, 4319:3, 4322:9, 4323:13, 4329:5, 4334:6, 4334:23, 4335:7, 4339:25, 4351:15, 4352:14, 4359:18, 4370:25, 4381:4, 4402:1, 4416:17, 4419:4, 4421:15, 4423:15, 4425:2, 4426:14, 4428:1, 4428:6, 4434:24, 4449:12

**specify** [1] - 4434:25

**spectrum** [1] - 4391:18

**speculating** [1] - 4370:2

**speculation** [2] - 4370:13, 4452:20

**spend** [2] - 4399:20, 4415:4

**spent** [2] - 4321:21, 4321:22

**sponsored** [1] - 4383:8

**spot** [2] - 4431:5, 4432:25

**spray** [1] - 4369:7

**sprayed** [1] - 4369:7

**sprayer** [1] - 4453:21

**spurious** [2] - 4429:13, 4429:15

**stable** [1] - 4385:20

**stand** [1] - 4338:9

**standard** [7] - 4396:25, 4398:3, 4432:5, 4436:16, 4436:17, 4460:11, 4462:17

**standout** [1] - 4385:24

**start** [7] - 4316:5, 4341:20, 4433:20, 4436:4, 4438:8, 4442:4, 4455:20

**started** [1] - 4439:2

**starting** [5] - 4325:21, 4327:7, 4327:8, 4335:21, 4336:7

**STATE** [1] - 4311:1

**State** [2] - 4467:6, 4467:20

**state** [7] - 4335:17, 4364:22, 4382:6, 4403:1, 4403:2, 4407:20, 4458:1

**statement** [1] - 4386:14

**statements** [1] - 4421:14

**States** [2] - 4376:17, 4407:4

**states** [4] - 4385:16, 4386:2, 4403:7, 4403:9

**statically** [1] - 4408:13

**statistic** [1] - 4411:10

**statistical** [4] - 4349:22, 4374:10, 4411:13, 4456:23

**statistically** [34] - 4330:13, 4356:10, 4356:15, 4359:23, 4361:7, 4365:19, 4367:2, 4368:13, 4380:16, 4387:7, 4390:8, 4392:18, 4393:4, 4393:17, 4394:16, 4394:21, 4395:1, 4395:18, 4397:25, 4408:4, 4408:8, 4409:3, 4409:24, 4410:4, 4410:23, 4411:16, 4411:17, 4412:17, 4443:6, 4445:8, 4455:17, 4458:4,

4458:7, 4459:22

**statistics** [1] - 4374:15

**steps** [2] - 4325:11, 4366:10

**still** [12] - 4331:6, 4331:18, 4361:24, 4394:25, 4422:9, 4436:24, 4440:4, 4453:7, 4458:7, 4460:11, 4464:12, 4464:13

**stipulated** [2] - 4421:19, 4421:20

**stop** [2] - 4354:5, 4448:4

**story** [1] - 4414:1

**stratification** [1] - 4367:18

**STRAWN** [1] - 4313:6

**straying** [1] - 4462:20

**Street** [2] - 4312:19, 4313:13

**strength** [1] - 4440:6

**strengthened** [1] - 4392:19

**strengths** [2] - 4429:23, 4440:1

**stress** [2] - 4392:2, 4392:14

**strike** [2] - 4464:2, 4464:3

**striking** [1] - 4338:10

**strong** [3] - 4333:3, 4420:9, 4451:2

**stronger** [1] - 4330:7

**structured** [1] - 4450:11

**students** [1] - 4344:14

**studied** [7] - 4350:8, 4350:10, 4379:5, 4427:21, 4440:23, 4441:1, 4441:3

**studies** [91] - 4318:3, 4318:5, 4318:19, 4319:3, 4319:6, 4319:12, 4319:17, 4321:14, 4321:22, 4322:3, 4322:9, 4322:21, 4322:25, 4330:12, 4330:14, 4330:15, 4341:13, 4341:14, 4343:7, 4343:21, 4346:13, 4350:4, 4350:5, 4350:6, 4350:9, 4350:11, 4350:14,

4350:15, 4350:16, 4350:17, 4350:19, 4352:19, 4352:21, 4353:25, 4354:13, 4354:16, 4354:25, 4355:8, 4355:16, 4356:3, 4356:11, 4357:11, 4357:14, 4370:18, 4372:11, 4373:13, 4376:12, 4376:16, 4382:13, 4383:8, 4384:19, 4391:15, 4391:22, 4392:5, 4394:24, 4399:23, 4401:3, 4401:4, 4403:22, 4403:25, 4404:1, 4404:17, 4415:11, 4418:7, 4419:15, 4424:4, 4425:15, 4426:7, 4427:2, 4427:13, 4428:7, 4428:17, 4428:18, 4429:24, 4436:17, 4442:6, 4443:13, 4443:16, 4443:21, 4447:4, 4447:18, 4449:1, 4453:1, 4453:2, 4456:8, 4456:19, 4459:15, 4460:4, 4460:5, 4460:16, 4461:1

**Studies** [2] - 4352:2, 4426:19

**study** [111] - 4323:2, 4342:13, 4343:15, 4344:20, 4349:22, 4350:21, 4350:24, 4351:2, 4351:5, 4351:6, 4351:13, 4352:14, 4352:25, 4355:24, 4357:23, 4358:4, 4360:5, 4360:17, 4362:4, 4362:13, 4362:19, 4362:25, 4364:3, 4364:18, 4365:1, 4365:6, 4365:9, 4365:10, 4366:12, 4369:9, 4370:21, 4370:22, 4370:23, 4370:25, 4371:5, 4375:20, 4375:21, 4375:22, 4378:2, 4380:20, 4381:14, 4382:9, 4382:11, 4382:22, 4384:24, 4386:8, 4386:16, 4387:6, 4388:3, 4388:5, 4388:11, 4389:7, 4389:12,

4389:13, 4390:7, 4392:19, 4393:11, 4393:14, 4394:23, 4395:17, 4398:15, 4400:25, 4401:2, 4401:6, 4402:3, 4404:11, 4404:19, 4407:10, 4420:12, 4420:20, 4421:15, 4425:8, 4426:24, 4427:3, 4427:18, 4427:20, 4427:24, 4429:1, 4429:14, 4430:22, 4431:3, 4435:23, 4436:1, 4436:3, 4436:23, 4437:2, 4438:9, 4440:6, 4441:9, 4442:9, 4443:2, 4445:11, 4446:9, 4446:12, 4446:15, 4446:25, 4449:11, 4449:14, 4449:16, 4449:25, 4450:2, 4456:6, 4456:16, 4456:19, 4457:12, 4457:23, 4458:6, 4459:16, 4460:8, 4460:21

**Study** [6] - 4387:15, 4387:18, 4421:11, 4425:3, 4431:23, 4435:16

**study's** [1] - 4320:4

**stuff** [9] - 4327:18, 4336:4, 4341:1, 4360:23, 4397:6, 4410:7, 4410:15, 4432:4, 4439:13

**subanalysis** [1] - 4387:25

**subject** [1] - 4350:10

**subjected** [1] - 4417:18

**subjects** [4] - 4346:18, 4346:22, 4385:17, 4393:11

**submit** [1] - 4463:20

**subset** [1] - 4463:19

**substance** [1] - 4438:20

**substantial** [6] - 4353:24, 4386:4, 4386:12, 4401:19, 4402:4, 4463:14

**substantially** [1] - 4354:19

**substantive** [2] - 4462:5, 4462:9

**subtle** [1] - 4367:1

**subtypes** [1] - 4449:22

**succeeded** [2] - 4394:5, 4445:16

**sufficient** [1] - 4333:3

**sufficiently** [1] - 4386:16

**suggest** [3] - 4367:14, 4375:3, 4413:6

**suggested** [4] - 4386:3, 4442:22, 4458:2, 4458:12

**suggesting** [4] - 4443:10, 4445:1, 4459:2, 4459:8

**suggestion** [2] - 4458:23, 4458:25

**suggestions** [1] - 4452:10

**suggests** [3] - 4442:19, 4443:16, 4460:25

**Suite** [1] - 4312:6

**Sullivan** [3] - 4464:24, 4465:5, 4465:10

**summaries** [1] - 4397:17

**summarized** [2] - 4356:6, 4401:5

**summarizing** [1] - 4356:12

**summary** [7] - 4330:12, 4382:15, 4396:24, 4397:16, 4397:19, 4397:20

**super** [1] - 4434:15

**SUPERIOR** [1] - 4311:1

**supplemental** [2] - 4431:7, 4431:11

**support** [6] - 4330:1, 4330:3, 4330:12, 4330:15, 4387:8, 4414:1

**supported** [1] - 4340:5

**supportive** [2] - 4415:16, 4416:18

**supports** [3] - 4323:24, 4416:6, 4456:17

**Supreme** [1] - 4462:25

**surprising** [1] - 4354:3

**Surrogate** [1] - 4346:11

**Surrogates** [1] - 4364:10

**surrogates** [2] - 4346:17, 4346:22

**survey** [2] - 4437:17, 4438:22

**surveyed** [2] - 4437:14

**sustained** [2] - 4420:19, 4452:22

**Suzanne** [2] - 4311:14, 4315:7

**Sweden** [3] - 4357:6, 4358:7, 4362:13

**Swedish** [3] - 4357:9, 4391:9, 4457:20

**sworn** [1] - 4318:25

**System** [1] - 4377:21

**systematic** [4] - 4367:12, 4367:14, 4368:1, 4371:22

# T

**T-cell** [5] - 4403:17, 4404:4, 4404:7, 4408:13, 4409:23

**table** [15] - 4332:25, 4335:11, 4336:17, 4365:11, 4367:15, 4370:17, 4372:23, 4372:24, 4373:5, 4376:25, 4378:25, 4379:2, 4394:13, 4444:18, 4446:17

**Table** [22] - 4332:25, 4358:24, 4358:25, 4359:1, 4359:20, 4360:23, 4360:25, 4366:16, 4368:5, 4368:16, 4368:19, 4376:22, 4378:25, 4380:20, 4392:21, 4394:14, 4444:16, 4444:21, 4446:18, 4446:21, 4447:14, 4447:15

**tables** [2] - 4366:14, 4368:7

**talks** [2] - 4407:3, 4407:8

**teach** [1] - 4344:14

**team** [2] - 4455:2

**telephone** [1] - 4358:16

**temporal** [1] - 4399:24

**ten** [4] - 4392:23, 4395:21, 4430:9

**tend** [1] - 4346:22

**tended** [2] - 4343:6, 4448:11

**tendency** [1] - 4392:20

**tends** [3] - 4344:9, 4344:16, 4360:23

**tenured** [2] - 4317:11, 4317:14

**term** [4] - 4387:16, 4387:24, 4388:10, 4425:21

**termed** [1] - 4427:23

**terms** [2] - 4409:18, 4452:7

**test** [4] - 4428:10, 4430:21, 4432:24, 4440:15

**tested** [2] - 4440:10, 4440:12

**testified** [12] - 4319:5, 4323:8, 4324:4, 4324:10, 4324:21, 4325:4, 4325:25, 4326:14, 4326:19, 4327:1, 4327:19, 4357:21

**testimony** [12] - 4323:13, 4323:14, 4324:19, 4325:12, 4325:16, 4325:20, 4340:24, 4342:6, 4350:7, 4350:14, 4464:2, 4464:4

**testing** [1] - 4430:19

**tetrachloride** [1] - 4369:8

**text** [3] - 4340:1, 4395:3, 4426:13

**textbook** [6] - 4332:2, 4332:9, 4335:8, 4335:11, 4335:14, 4337:19

**thankfully** [1] - 4316:2

**THE** [114] - 4311:1, 4312:3, 4312:11, 4312:16, 4313:3, 4315:11, 4315:18, 4315:19, 4324:16, 4324:18, 4324:22, 4325:15, 4325:19, 4325:24, 4326:5, 4326:8, 4326:11, 4326:17, 4326:24, 4326:25, 4328:4, 4328:7, 4328:14, 4328:17, 4329:7, 4329:12, 4329:14, 4332:1, 4332:6, 4336:10, 4338:8,

4338:13, 4339:6, 4339:8, 4341:5, 4343:24, 4344:2, 4345:10, 4345:13, 4345:15, 4345:18, 4346:3, 4351:21, 4352:7, 4356:24, 4363:20, 4375:10, 4381:13, 4381:17, 4381:19, 4383:24, 4384:4, 4390:23, 4395:25, 4396:2, 4399:11, 4399:18, 4406:17, 4406:20, 4414:8, 4414:10, 4416:23, 4420:19, 4420:24, 4421:3, 4421:9, 4421:18, 4421:20, 4422:6, 4422:11, 4422:16, 4422:19, 4422:22, 4422:24, 4423:4, 4423:8, 4423:17, 4423:21, 4423:23, 4424:14, 4424:17, 4430:6, 4430:9, 4431:19, 4431:21, 4441:14, 4441:16, 4441:21, 4452:22, 4453:10, 4454:10, 4454:16, 4454:18, 4454:21, 4455:22, 4456:5, 4457:1, 4457:10, 4461:4, 4461:6, 4461:7, 4461:15, 4461:21, 4461:24, 4462:12, 4462:19, 4463:10, 4463:22, 4463:25, 4464:16, 4465:4, 4465:14, 4465:22, 4466:1

**themselves** [4] - 4321:15, 4346:14, 4346:18, 4368:21
**theories** [1] - 4425:22
**theory** [1] - 4388:6
**thereafter** [1] - 4467:8
**therefore** [4] - 4368:18, 4371:2, 4373:1, 4446:24
**they've** [10] - 4323:12, 4400:21, 4417:7, 4417:8, 4432:25, 4435:13, 4438:20, 4448:23, 4462:24, 4462:25
**thinking** [4] - 4366:3,

4429:6, 4429:12, 4459:10
**third** [1] - 4376:21
**thoroughly** [1] - 4462:24
**three** [7] - 4371:15, 4376:16, 4401:4, 4403:15, 4405:19, 4417:14, 4447:17
**Thrones** [1] - 4419:1
**throwing** [1] - 4369:16
**Thursday** [5] - 4461:9, 4461:12, 4464:18, 4465:5, 4465:10
**timing** [1] - 4430:8
**title** [2] - 4380:23, 4381:2
**titled** [2] - 4351:25, 4467:4
**tobacco** [5] - 4354:1, 4372:5, 4372:8, 4372:12, 4439:11
**tobacco-adjusted** [1] - 4354:1
**today** [9] - 4336:4, 4377:23, 4378:7, 4423:3, 4453:7, 4460:17, 4460:22, 4461:8, 4465:15
**together** [7] - 4329:22, 4329:24, 4330:14, 4404:22, 4404:23, 4458:22, 4460:15
**tomorrow** [6] - 4461:9, 4462:2, 4463:11, 4464:2, 4464:5, 4464:17
**took** [4] - 4340:17, 4340:20, 4398:18, 4432:24
**top** [3] - 4367:16, 4444:3, 4446:13
**topic** [3] - 4324:6, 4327:21, 4375:17
**topics** [1] - 4427:6
**tort** [1] - 4462:23
**total** [4] - 4316:23, 4358:12, 4379:23, 4379:25
**touched** [1] - 4353:4
**towards** [6] - 4342:25, 4343:3, 4344:9, 4354:20, 4442:12, 4442:16
**town** [1] - 4465:8
**toxic** [1] - 4434:15
**toxicology** [1] -

4317:20
**tracking** [1] - 4351:8
**transcribed** [1] - 4467:9
**transcript** [4] - 4324:19, 4326:3, 4326:6, 4328:24
**treated** [1] - 4434:15
**treatment** [1] - 4391:25
**tremendous** [1] - 4437:19
**trend** [1] - 4411:10
**tricky** [1] - 4450:22
**tried** [1] - 4372:11
**tries** [1] - 4374:20
**true** [22] - 4319:4, 4324:5, 4331:21, 4337:9, 4344:11, 4349:19, 4368:4, 4371:14, 4372:7, 4374:13, 4374:17, 4378:23, 4384:11, 4384:18, 4395:1, 4420:18, 4439:6, 4439:15, 4439:19, 4442:20, 4451:8, 4457:7
**truncate** [1] - 4440:16
**truth** [1] - 4450:8
**try** [5] - 4316:1, 4351:17, 4446:13, 4462:10, 4465:13
**trying** [13] - 4321:24, 4322:11, 4324:11, 4329:1, 4329:9, 4329:10, 4333:22, 4334:1, 4352:18, 4371:19, 4423:13, 4434:25, 4439:13
**Tuesday** [2] - 4311:12, 4315:1
**turn** [7] - 4332:24, 4336:17, 4345:7, 4406:5, 4432:2, 4459:16
**turned** [1] - 4459:23
**twice** [1] - 4358:9
**two** [20] - 4330:2, 4337:12, 4343:16, 4354:24, 4360:19, 4368:10, 4382:13, 4382:25, 4391:6, 4398:23, 4402:14, 4405:21, 4409:12, 4409:17, 4409:21, 4410:11, 4410:22, 4411:15, 4414:4, 4429:3

**two-and-a-half** [1] - 4409:12
**type** [4] - 4354:15, 4374:10, 4402:24, 4434:6
**types** [3] - 4344:19, 4390:5, 4457:14
**typewriting** [1] - 4467:9
**typical** [4] - 4351:1, 4428:6, 4428:16, 4456:18
**typically** [1] - 4351:4
**Tyvek** [1] - 4454:3

**U**

**ultimate** [1] - 4377:3
**umbrella** [1] - 4404:7
**unadjusted** [8] - 4359:24, 4384:12, 4384:20, 4385:1, 4393:1, 4393:3, 4393:20, 4396:5
**unclassifiable** [1] - 4377:25
**unclear** [1] - 4379:12
**uncontrolled** [1] - 4354:11
**under** [11] - 4315:13, 4317:15, 4324:21, 4326:19, 4328:1, 4331:13, 4332:12, 4343:6, 4344:25, 4384:6, 4400:1
**under-report** [1] - 4343:6
**under-reporting** [1] - 4344:25
**underestimate** [1] - 4345:2
**underlying** [1] - 4418:7
**underreport** [1] - 4448:11
**unexposed** [2] - 4427:14, 4427:15
**unfortunately** [1] - 4446:12
**uni** [2] - 4359:9, 4361:3
**uni-variate** [2] - 4359:9, 4361:3
**United** [2] - 4376:17, 4407:4
**university** [1] - 4317:1
**unless** [2] - 4462:21, 4462:25
**unnecessary** [1] -

4369:16
**unpublished** [1] - 4320:2
**up** [26] - 4327:4, 4343:15, 4355:23, 4360:3, 4371:18, 4374:7, 4375:15, 4379:1, 4396:18, 4396:24, 4405:3, 4405:10, 4416:21, 4418:3, 4428:9, 4433:19, 4438:22, 4439:7, 4440:17, 4440:18, 4444:2, 4446:1, 4459:12, 4464:24, 4465:5
**ups** [1] - 4358:15
**urged** [1] - 4448:18
**US** [5] - 4376:12, 4377:20, 4391:19, 4401:4, 4447:17
**usage** [1] - 4428:25
**user** [3] - 4366:17, 4412:7
**users** [1] - 4370:19
**uses** [3] - 4333:15, 4365:9, 4412:2

**V**

**vaguely** [1] - 4425:17
**valid** [2] - 4417:22, 4426:8
**validation** [1] - 4433:13
**validity** [2] - 4366:4, 4447:5
**value** [10] - 4345:3, 4365:6, 4365:23, 4373:17, 4377:17, 4408:10, 4442:13, 4442:17, 4443:10, 4445:1
**variable** [1] - 4367:17
**variables** [2] - 4388:24, 4403:5
**variant** [1] - 4393:15
**variate** [13] - 4359:8, 4359:9, 4359:11, 4359:15, 4361:3, 4366:18, 4371:15, 4394:9, 4394:18, 4444:3, 4444:11, 4444:22, 4445:20
**varied** [1] - 4403:8
**various** [4] - 4361:1, 4386:9, 4425:17, 4457:14
**version** [2] - 4419:24, 4451:15

**versus** [2] - 4356:6, 4356:14
**versus-never** [1] - 4356:14
**vetted** [1] - 4462:24
**viability** [1] - 4425:23
**view** [1] - 4426:11
**viewed** [1] - 4320:7
**violate** [1] - 4329:4
**Virginia** [1] - 4312:13
**vitro** [1] - 4391:25
**volume** [2] - 4437:24, 4439:4
**Volume** [2] - 4311:13, 4315:3
**vs** [1] - 4311:6

# W

**Wacker** [1] - 4313:7
**warn** [1] - 4462:13
**Washington** [1] - 4313:14
**ways** [3] - 4335:17, 4380:8, 4463:7
**weakness** [1] - 4440:7
**wear** [2] - 4434:7, 4453:24
**weeded** [1] - 4436:1
**weight** [5] - 4333:25, 4339:16, 4339:21, 4362:19, 4362:25
**weighted** [3] - 4396:18, 4396:23, 4449:24
**weird** [1] - 4417:16
**Weisenburger** [1] - 4376:6
**welcome** [2] - 4315:11, 4384:4
**well-founded** [1] - 4428:15
**West** [1] - 4313:7
**Western** [1] - 4357:17
**WHEREOF** [1] - 4467:14
**whole** [3] - 4321:3, 4382:5, 4389:25
**wide** [1] - 4361:23
**width** [4] - 4361:20, 4362:2, 4362:22, 4459:9
**wife** [1] - 4433:19
**willy** [1] - 4375:4
**willy-nilly** [1] - 4375:4
**Wilshire** [1] - 4312:6
**WINSTON** [1] -

4313:6
**Wisner** [14] - 4315:14, 4324:18, 4325:15, 4325:19, 4326:5, 4326:9, 4328:4, 4328:7, 4329:14, 4338:8, 4384:7, 4423:23, 4430:9, 4454:22
**WISNER** [119] - 4312:4, 4315:16, 4315:22, 4324:9, 4324:15, 4324:20, 4325:1, 4325:17, 4325:21, 4325:25, 4326:7, 4326:10, 4326:13, 4326:18, 4327:3, 4328:5, 4328:12, 4328:15, 4328:19, 4328:25, 4329:9, 4329:16, 4331:25, 4332:2, 4332:5, 4332:7, 4336:9, 4336:11, 4338:6, 4338:10, 4338:16, 4339:5, 4339:9, 4341:2, 4341:6, 4344:7, 4345:8, 4345:11, 4345:14, 4345:16, 4345:19, 4346:4, 4347:3, 4351:20, 4351:22, 4352:6, 4352:8, 4355:21, 4356:23, 4356:25, 4363:19, 4363:21, 4372:15, 4375:9, 4375:11, 4381:12, 4381:15, 4381:18, 4381:20, 4383:22, 4384:8, 4390:22, 4390:24, 4395:23, 4396:3, 4399:10, 4399:12, 4399:17, 4399:19, 4406:14, 4406:19, 4406:21, 4414:7, 4414:11, 4416:22, 4416:24, 4420:20, 4420:23, 4420:25, 4421:10, 4421:19, 4422:2, 4422:4, 4422:7, 4422:13, 4422:18, 4422:21, 4422:23, 4422:25, 4423:7, 4423:13, 4423:19, 4423:24, 4424:13, 4424:16, 4424:19, 4430:5, 4430:12, 4431:18, 4431:22, 4441:11, 4441:18,

4452:20, 4454:9, 4454:11, 4454:15, 4454:25, 4455:21, 4455:23, 4456:3, 4456:6, 4456:25, 4457:2, 4457:9, 4457:11, 4461:2, 4464:12, 4464:21, 4465:2
**Wisner's** [1] - 4338:14
**within-titled** [1] - 4467:4
**witness** [12] - 4326:4, 4328:3, 4338:5, 4338:7, 4338:11, 4345:16, 4421:8, 4421:23, 4430:12, 4464:21, 4465:1, 4465:11
**WITNESS** [10] - 4314:3, 4315:19, 4324:16, 4325:24, 4326:25, 4344:2, 4441:14, 4454:18, 4461:6, 4467:14
**women** [1] - 4401:23
**wonderful** [1] - 4324:16
**wondering** [1] - 4384:16
**word** [3] - 4318:25, 4322:13, 4322:16
**words** [2] - 4327:2, 4334:11
**workers** [1] - 4426:7, 4426:20, 4426:24
**works** [2] - 4349:25, 4407:11
**world** [6] - 4337:15, 4338:17, 4344:7, 4372:8, 4374:15, 4390:5
**World** [1] - 4391:20
**worried** [2] - 4349:6, 4369:14
**worry** [1] - 4392:13
**worse** [2] - 4416:3, 4465:19
**writing** [1] - 4446:13
**written** [8] - 4338:22, 4352:9, 4357:3, 4360:19, 4381:6, 4424:24, 4428:11, 4457:6
**wrote** [6] - 4331:22, 4415:7, 4456:20, 4456:22, 4458:10, 4459:14

# Y

**year** [9] - 4368:11, 4392:24, 4409:20, 4410:11, 4412:3, 4415:14, 4433:5, 4433:6, 4438:19
**year** [1] - 4367:18
**years** [19] - 4386:23, 4388:4, 4388:5, 4408:21, 4408:23, 4409:12, 4409:17, 4409:20, 4411:24, 4412:7, 4417:14, 4423:3, 4426:5, 4428:9, 4433:3, 4435:20, 4436:22, 4438:15, 4438:19
**yesterday** [1] - 4452:15
**young** [1] - 4436:16
**yourself** [2] - 4317:5, 4325:23

# Z

**Zahm** [2] - 4346:7, 4376:4
**zero** [1] - 4331:5