# EXHIBIT 1

Aimee H. Wagstaff, Esq.
ANDRUS WAGSTAFF, PC
State Bar No. 278480
7171 W. Alaska Drive
Lakewood, Colorado 80226
Aimee.wagstaff@andruswagstaff.com
303-376-6360

*Attorneys for Plaintiff*
*Edwin Hardeman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br> *Hardeman v. Monsanto Co., et al.* <br> Case No. 3:16-cv-00525-VC | |

**PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AS TO PLAINTIFF EDWIN HARDEMAN**

Mr. Hardeman, by and through his attorneys, hereby submits the following Response to Monsanto's First Requests for Production of Documents:

**GENERAL OBJECTIONS**

1. Monsanto deposed Mr. and Mrs. Hardeman on November 8, 2018. The deposition notices required the Hardemans to produce certain documents at the depositions, which they did produce, and which were attached as exhibits to Mr. Hardeman's deposition. Those deposition production requests tracked these Requests For Production of Documents (RFPs). During the November 8 deposition, Monsanto's counsel walked Mr. Hardeman through every production request while he was under oath. Mr. Hardeman does not have any additional responsive documents. As such, Plaintiff incorporates his November 8, 2018 deposition testimony (and exhibits) into every response as if fully set forth herein. Undersigned counsel also provided an executed release for military records to Monsanto's counsel at the November 8, 2018 deposition as requested in RFP No. 23.

- 1 -

**REQUEST FOR PRODUCTION NO. 9:**

All guidelines, training materials, policies, or manuals that you have reviewed, used, or relied upon in connection with mixing, preparing, storing, transporting, applying, or handling GLYPHOSATE PRODUCTS, pesticides, and herbicides.

**RESPONSE:** Without waiving the General Objections, answer as follows: I periodically reviewed the package label and warnings, but I do not have any responsive documents in my possession.

**REQUEST FOR PRODUCTION NO. 10:**

All DOCUMENTS and COMMUNICATIONS that refer or relate to any licenses or certifications that you have held regarding the mixing, preparing, storing, transporting, applying, or handling of pesticides and herbicides.

**RESPONSE:** Without waiving the General Objections, answer as follows: None

**REQUEST FOR PRODUCTION NO. 11:**

All DOCUMENTS and COMMUNICATIONS (including audio or video recordings and newspaper or magazine clippings, including electronic versions) that refer or relate to any advertisements that you have, seen, heard, or read regarding Roundup®-branded products or other GLYPHOSATE PRODUCTS.

**RESPONSE:** Without waiving the General Objections, answer as follows: None

**REQUEST FOR PRODUCTION NO. 12:**

All DOCUMENTS and COMMUNICATIONS that refer or relate to your employment with, self-employment with, or ownership of any landscaping, farming, or agricultural business or operation within the past twenty-five (25) years. This includes but is not limited to any DOCUMENTS relating to your employment contract; work schedule and job duties; leave of absences (whether for vacation, sick leave or other reasons); reported injuries; equipment

- 7 -

PLAINTIFF'S RESPONSE TO MONSANTO'S FIRST REQUESTS FOR PRODUCTION AS TO EDWIN HARDEMAN
3:16-cv-00525-VC & 3:16-md-02741-VC

I declare under penalty of perjury that the forgoing is true and correct:

Date: 11-08-18

By: [signature]

As to Objections:

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq. (SBN 278480)
Andrus Wagstaff, PC
*Attorney for Mr. Hardeman*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of November 2018, the foregoing Response was served by electronic and first-class mail upon the following counsel for Monsanto Company:

Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Kirby T. Griffis (*pro hac vice*)
(kgriffis@hollingsworthllp.com)
Hollingsworth, LLP
1350 I Street, N.W.
Washington, DC 20005

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq. (SBN 278480)
Andrus Wagstaff, PC
*Attorney for Mr. Hardeman*