# EXHIBIT 2

Confidential - Edwin Hardeman

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS      )
     LIABILITY LITIGATION         )
 5                                )  MDL No. 2741
                                  )  Case No. 16-md-02741-VC
 6                                )
                                  )
 7                                )
     This Document Relates To:    )
 8                                )
     Hardeman v. Monsanto Co.,    )
 9   et al.                       )
     Case No. 3:16-cv-00525-VC    )
10                                )
                                  )
11
12                      - - - -
13                    CONFIDENTIAL
14                     VIDEOTAPED
15          DEPOSITION OF EDWIN HARDEMAN
16
17             Held at the Vintners Inn
18       4350 Barnes Road, Santa Rosa, California
19         Thursday, November 8, 2018, 9:16 a.m.
20                      - - - -
21
22
23
24
25   REPORTED BY:  ELAINA BULDA-JONES, CSR NO. 11720
```

Confidential - Edwin Hardeman

1  A.  Yes, I brought that over with us, yeah.  I
2  never used it.  But it's over there.
3  Q.  When did you use the Roundup concentrate?
4  A.  When?  When did I start?
5  Q.  What years?  Yeah, what -- what year did
6  you start?
7  A.  Well, let's see.
8      We moved into -- on the Westside Road
9  property, moved there in '88.  So, you know, I
10 probably -- I don't know.  I'm just approximating.
11 By the time we got organized with the move and
12 whatever else was going on there and then I got
13 around to spraying, I -- I would say it could have
14 been, you know, '89 forward.  It could have been '89
15 when I started spraying.  I usually, you know, would
16 do that in warmer months, preferably, if I could.
17 Q.  So the first property you sprayed on was
18 the Westside Road property?
19 A.  No, I sprayed in -- well, if you want to
20 go back to Iverson Road, yeah, we had a -- in the
21 beginning we moved into Iverson Road in '85.  There
22 was a -- a landscaper who was -- we hired and he was
23 spraying some Roundup and then we asked him what he
24 was using and he told us and we figured, oh, heck,
25 you know, we went down, we said we could do that

Confidential - Edwin Hardeman

 1   ourselves.  And that's when we started to.  We
 2   bought the Roundup and put it into the pump-up
 3   sprayer.  So that was 19- -- let's see -- it's got
 4   to be '86, I guess, '86.  '85, '86, I think we moved
 5   in there, yeah.
 6        Q.   So the first time you used Roundup was in
 7   1986?
 8        A.   Yeah, I would say, yeah.  We -- we got
 9   introduced to the Roundup and what it could do.  So,
10   you know...
11        Q.   So you said it was a landscaper that
12   recommended that you use the --
13        A.   He didn't recommend it.  He -- we -- we --
14   I don't know why we ended up having him come on and
15   we had some -- we -- we had a five-acre piece up
16   there and it was a gravel driveway and road that
17   went all the way down to the main road and, you
18   know, the property -- usable on both sides, and we
19   wanted to take care of the stuff coming up through
20   our gravel road and --
21        Q.   You wanted to get the weeds?
22        A.   We wanted to get the weeds, you know -- I
23   mean, you know, to treat them coming up in different
24   spots.  And, you know, I don't know, for some reason
25   we hooked up with him.  He came out and we saw him

Confidential - Edwin Hardeman

1  spraying.  The we probably figured out he's charging
2  too much.  So we went and figured out we could do
3  this ourselves.  So, you know, we went and bought
4  some and there we go.  We were on our way.
5       Q.   So did anyone specifically recommend
6  Roundup to you?
7       A.   I don't think so.  I don't know why we
8  ended up getting the Roundup.  Maybe -- I don't
9  know.  Maybe we asked him what he was using or -- I
10 think -- it must have been something like that.
11 I -- it was so long ago that we -- you know, we --
12 then we went and looked at the stores to see if
13 this -- we could buy it and found out it was
14 available.  So that's how we got introduced to it.
15      Q.   So just to summarize.
16           The way you were introduced to -- to
17 Roundup was because a landscaper was --
18      A.   Initially, yes.
19      Q.   -- was using it on your product -- you
20 recognized what he was using was Roundup and,
21 therefore, you went to the store and purchased it
22 yourself?
23      A.   Yeah.
24      Q.   Any other reason that you started using
25 Roundup?

 1         A.   No, just for what it was designed to do,
 2    kill weeds, I guess, yeah.  That's it.  I mean...
 3         Q.   But any other reason that prompted you to
 4    buy it in the first place?
 5         A.   No, I don't -- I don't think so.  Prompted
 6    us.  Any motivations, you mean, to go buy it?  No.
 7         Q.   And when -- when was the -- you -- you
 8    said you first used Roundup in 1986.  And then when
 9    was the last time you would have used Roundup?
10         A.   I guess at that, I'm thinking in 2011, you
11    know, late 2011, I suppose.  Early 2012.  I don't
12    know.  Somewhere in that -- that range.
13         Q.   And why did you use an herbicide on -- on
14    your -- it's Iverson Road property?
15         A.   That was -- initially on the Iverson Road
16    property, it was to, you know, kill weeds and things
17    growing up in the gravel driveway and maybe other --
18    other areas around the house, you know, various
19    little things that grow and we didn't want them
20    there.
21         Q.   How long was the -- the gravel driveway?
22         A.   Oh, God.  In, let's see, Gualala, I, you
23    know -- I can see it in my mind but I never measured
24    it and I'm not sure how long it was.  You know, it
25    was way -- it was off the road.  It was way off the

Confidential - Edwin Hardeman

```
 1      A.   Wash it off?
 2      Q.   Yes.
 3      A.   30 minutes within -- oh.  Sometimes I
 4   would wash it off, go over and wash it off right
 5   away.  Other times -- like I said, I was up here.
 6   It could be, I -- I don't know, 30 minutes, I guess,
 7   you know.  Am I guessing?  You know, it's kind of
 8   hard to answer.  I don't know how long of a period
 9   it was.
10      Q.   And would you wear any protective
11   equipment when you were spraying?
12      A.   Protective equipment?  You mean like --
13      Q.   Gloves.  Did you wear gloves?
14      A.   Not really, no, I didn't -- didn't wear --
15   I might wear one glove on my left hand if I was
16   grabbing on to the gutter because it was metal and I
17   didn't want to cut myself.
18           But other than that, no, didn't -- didn't
19   know you needed to wear gloves.  It didn't say
20   anything about that.
21      Q.   Did you wear any goggles?
22      A.   No.
23      Q.   Did you wear a long-sleeved shirt?
24      A.   Most of the time I had a short-sleeve
25   shirt on, yeah.
```

Confidential - Edwin Hardeman

```
 1   STATE OF CALIFORNIA  )

 2   COUNTY OF YOLO       )

 3            I, ELAINA BULDA-JONES, a Certified Shorthand

 4   Reporter of the State of California, duly authorized

 5   to administer oaths pursuant to Section 2025 of the

 6   California Code of Civil Procedure, do hereby

 7   certify that

 8                        EDWIN HARDEMAN,

 9   the witness in the foregoing deposition, was by me

10   duly sworn to testify the truth, the whole truth and

11   nothing but the truth in the within-entitled cause;

12   that said testimony of said witness was reported by

13   me, a disinterested person, and was thereafter

14   transcribed under my direction into typewriting and

15   is a true and correct transcription of said

16   proceedings.

17            I further certify that I am not of counsel or

18   attorney for either or any of the parties in the

19   foregoing deposition and caption named, nor in any

20   way interested in the outcome of the cause named in

21   said deposition dated the  _____ day of

22   _____, 2018.

23

24

25   ELAINA BULDA-JONES, RPR, CSR 11720
```