# EXHIBIT 3

Simoun Gebeyehou

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE ROUNDUP PRODUCTS        )
                                   )
 5   LIABILITY LITIGATION          )
                                   )    Case No.
 6                                 )    3:16-MD-05813-vc
                                   )
 7   This document relates to:     )    MDL No. 2741
                                   )
 8   Simoun Gebeyehou v.           )
     Monsanto co.,                 )
 9    3:16-cv-05813-VC             )
     _____ )
10
11
12
13
14
                          DEPOSITION OF
15
                         SIMOUN GEBEYEHOU
16
                    TUESDAY, NOVEMBER 13, 2018
17
18
19
20
21   REPORTER: KIMBERLY E. D'URSO, RPR, CSR NO. 11372
22
23
24
25
```

Simoun Gebeyehou

| | | |
|---|---|---|
| 1 | Q. | Anything else besides Facebook and Twitter? |
| 2 | A. | Paltalk. |
| 3 | | (Reporter clarification.) |
| 4 | BY MR. SLONIM: | |
| 5 | Q. | Okay.  Those are three.  Any others? |
| 6 | A. | Whatever -- can you mention some? |
| 7 | Q. | So let's focus on the three that you mentioned that you use, Facebook, Twitter, and Paltalk.  Have you posted anything related to Roundup? |
| 10 | A. | No, no, no. |
| 11 | Q. | Have you posted anything related to the lawsuit? |
| 13 | A. | No. |
| 14 | Q. | Have you posted anything related to your cancer? |
| 16 | A. | I don't tell people, my friend. |
| 17 | Q. | Have you posted anything related to Monsanto? |
| 18 | A. | No. |
| 19 | | MR. SLONIM:  Okay.  Why don't we take a short break. |
| 21 | | THE REPORTER:  Off the record at 3:03. |
| 22 | | (Break taken.) |
| 23 | BY MR. SLONIM: | |
| 24 | Q. | Mr. Gebeyehou, have you seen any ads for Roundup? |

Simoun Gebeyehou

```
 1     A.   No.  Any ads -- I've seen their website.
 2     Q.   What did you see on the website?
 3     A.   What kind of ad, the price.  Also I saw it in
 4   the Home Depot.
 5     Q.   So in Home Depot, they have a display?
 6     A.   They have a display.  The price today is...
 7     Q.   And then you would look at the website also for
 8   Roundup?
 9     A.   Right.  That's where I find.
10     Q.   No TV ads, no magazine ads?
11     A.   No.
12     Q.   Nothing like that?
13     A.   I think I saw TV, some killing vegetable -- I
14   think I saw one.
15     Q.   Do you recall when?
16     A.   Six months ago.
17     Q.   Oh.  Prior to your cancer diagnosis --
18     A.   No, no.  Prior, no.  I don't remember.
19     Q.   No recollection?
20     A.   No recollection.
21     Q.   Prior to your cancer diagnosis, did you ever
22   see any print advertisements for Roundup?
23     A.   No.
24     Q.   Do you recall anything particular about --
25   well, prior to your cancer diagnosis, when you saw the
```

```
 1    product at Home Depot, do you recall anything in
 2    particular about the display?
 3        A.   Well, it's on the shelf --
 4        Q.   Okay.
 5        A.   -- every day.
 6        Q.   In other words, they were just stacked up?
 7        A.   Stacked up, yeah.
 8        Q.   And prior to your cancer diagnosis, if you
 9    looked at the website for Roundup, is there anything
10    that you recall in particular?
11        A.   No.  Home Depot or Costco and then I read the
12    quotation.
13        Q.   I see.  You were looking for the pricing
14    information?
15        A.   Because I know the rest of the story.  All I'm
16    interested in is money.
17        Q.   Okay.  Now, I want to ask you about any kind of
18    documents that you have in your possession, custody, or
19    control.  Do you have any documents reflecting your
20    purchase of any Roundup?
21        A.   I don't have any receipt.
22             MR. TSADIK:  Objection.  The question has been
23    asked -- answered in discovery by defendant.
24             (Reporter clarification.)
25             MR. TSADIK:  The information -- the answer has
```

Simoun Gebeyehou

1  STATE OF CALIFORNIA      )
                            ) ss:
2  COUNTY OF ALAMEDA        )

3

4          I, KIMBERLY E. D'URSO, do hereby certify:

5          That the witness named in the foregoing

6  deposition was present and duly sworn to testify to the

7  truth in the within-entitled action on the day and date

8  and at the time and place therein specified;

9          That the testimony of said witness was reported

10 by me in shorthand and was thereafter transcribed through

11 computer-aided transcription;

12         That the foregoing constitutes a full, true and

13 correct transcript of said deposition and of the

14 proceedings which took place;

15         Further, that if the foregoing pertains to the

16 original transcript of a deposition in a federal case,

17 before completion of the proceedings, review of the

18 transcript [ ] was [ ] was not requested.

19         That I am a disinterested person to the said

20 action;

21         IN WITNESS WHEREOF, I have hereunder subscribed

22 my hand this 27th day of November, 2018.

23

24 _____

   KIMBERLY D'URSO

25 RPR, CSR NO. 11372, STATE OF CALIFORNIA