# EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS       )
     LIABILITY LITIGATION          )
 5                                 )  Case No.
                                   )  3:16-md-02741-VC
 6                                 )
     This Document Relates to:     )
 7                                 )  MDL No.  2741
     Stevick v. Monsanto Co.,      )
 8   et al.,                       )
     Case No. 3:16-cv-02341-VC     )
 9                                 )
                                   )
10

11

12                         - - - -

13                        VIDEOTAPED

14             DEPOSITION OF ELAINE STEVICK

15

16      Held at the Offices of Litigation Services

17       3510 Unocal Place, Santa Rosa, California

18          Friday, November 9, 2018, 9:24 a.m.

19                         - - - -

20

21

22

23

24   REPORTED BY:  ELAINA BULDA-JONES, CSR #11720

25
```

Page 59

1  Q. Have you spoken with any of the other
2  lawyers in this case that may be representing you?
3  A. No.
4  Q. Did you do anything else to prepare for
5  this deposition, like, for example, did you watch
6  any videos?
7  A. No. I -- I watched some -- some videos
8  that I was shown of -- of commercials about Roundup
9  and to see if I remembered having seen any of them.
10 So I did look at those.
11 Q. Who showed you those?
12 A. Those were sent to me by my attorney.
13 Q. Okay. Electronically?
14 A. Yes.
15 Q. Have you produced those?
16 A. Have I produced them? I haven't produced
17 those to you.
18 Q. You haven't produced those videos to us;
19 is that correct?
20 A. I have not.
21 Q. When did you receive those videos?
22 A. Just a few days -- two days ago.
23 Q. Okay. Did you recall seeing any of those
24 commercials?
25 A. Yes.

ELAINE STEVICK

Page 60

1   Q.   Okay.  How many of them?
2   A.   I only recognized one of them in
3   particular.
4   Q.   What was it?
5   A.   The first one that had to do with a -- it
6   was a gentleman who was cracking an imaginary whip
7   and rounding up weeds.
8   Q.   When do you recall seeing that?
9   A.   Oh, I remember seeing that a few years
10  ago, two years ago, or -- when I was still using
11  Roundup.
12  Q.   Give me your best estimate on a date.
13  A.   I would --
14  Q.   Or just give me the year.  Best estimate
15  on the year.
16  A.   Around 2014, 2013, something like that.
17  Q.   Okay.  And how many videos did he send you
18  to review?
19  A.   Oh, gosh, I didn't count them.
20       I would estimate that there were about
21  ten, and he -- he gave me a link to a place where I
22  could find up to 30.
23  Q.   And did you watch all 30?
24  A.   I didn't watch all 30.  I -- I watched a
25  few of them.  I just looked at the -- because I

ELAINE STEVICK

Page 61

```
 1   haven't had time.  I've just been back from a trip
 2   to -- a trip.  So I -- I didn't -- I didn't review
 3   it all.
 4        Q.   So he sent you ten videos to watch and he
 5   sent you a link to an additional 30; is that
 6   correct?
 7        A.   Yes.
 8        Q.   So 40 total ads; is that correct?
 9        A.   Yes, that would be correct.
10        Q.   And these are video ads; is that right?
11        A.   That's correct.
12        Q.   And out of that 40 you looked at, maybe
13   not all of them, but --
14        A.   I looked at the ten.  I looked at all ten
15   of the individual ones that he had sent to me.
16             And then I reviewed, just by eyeballing
17   the 30, and I didn't have time to look at all of
18   them.
19        Q.   And out of those 40 you recognized one?
20        A.   Yes.
21        Q.   And it's the one with the cracking of the
22   whip?
23        A.   Yes.
24        Q.   And you saw that in around 20- -- circa
25   2013?
```

ELAINE STEVICK

Page 62

```
 1      A.   I think so.
 2      Q.   Okay.  And where did you see that?
 3      A.   On television.
 4      Q.   What channel?  Do you recall?
 5      A.   No.
 6      Q.   Okay.  How many times did you see that
 7   video?
 8      A.   I'm sure I saw it about four or five times
 9   because I think it was a very popular video at the
10   time.
11      Q.   Okay. Other than the cracking of the
12   whip, what do you recall from that?
13      A.   That he was wearing shorts, that he had no
14   gloves, no protective gear, and short-sleeved shirt.
15      Q.   Let me -- let me ask the question.  I
16   haven't gotten my question out yet.
17           Not based on seeing it recently, other
18   than the cracking of the whip, which you described,
19   do you -- what do you recall from back then seeing
20   the video?
21      A.   I remember thinking that it was a sort of
22   silly macho presentation of how to use Roundup.
23      Q.   Okay.
24      A.   When I was a lady using Roundup in my
25   garden just to kill weeds.
```

ELAINE STEVICK

Page 63

1     Q.   Okay.  And so that's what you recall when
2  you were seeing it three years ago?
3     A.   That's why I remembered that ad.
4     Q.   Right.
5     A.   I remembered it clearly.
6     Q.   Right.  And when you saw it in 2013, you
7  thought it was a silly macho ad?
8     A.   Yes.
9     Q.   Okay.  And that's what stuck out to you;
10 is that correct?
11    A.   That's correct.
12    Q.   Okay.  Did you -- have you ever been
13 provided by anyone any informational papers
14 regarding Monsanto or glyphosate?
15    A.   No informational papers.
16    Q.   And any -- any information at all
17 regarding Roundup, glyphosate, or Monsanto?
18    A.   I've just done my own reading, but
19 mostly -- and mostly online, but also newspaper ads
20 and those newspaper articles.
21    Q.   And you don't save those?
22    A.   I don't always save them, no.
23    Q.   Do you save some of them?
24    A.   Since I've become involved with the case,
25 I saved, like, for example, that one on Santa Rosa

Page 64

1  because that was such a landmark for me, and I had
2  been -- I had been interested in our city's use of
3  Roundup.
4      Q.   Okay.  And anything -- anything else that
5  you've saved in that category?
6      A.   Nothing else that I've saved.
7      Q.   Okay.  Have you reviewed any deposition
8  transcripts from this lawsuit?
9      A.   Not from this lawsuit, no.
10     Q.   Have you reviewed any deposition
11 transcripts relating to this lawsuit?
12     A.   I'm thinking that I did review a sample of
13 how a deposition would go, how -- not -- not -- not
14 related to the lawsuit at all.
15     Q.   Have you -- have you reviewed any trial
16 transcripts from any lawsuits relating to Roundup?
17     A.   No.
18     Q.   And the transcript that you reviewed was
19 provided to you by your lawyers?
20     A.   I'm sorry, but I'm not able to answer
21 that.  I don't really recall.  I -- I -- I was doing
22 research myself on how to prepare for a deposition.
23 I don't -- I don't remember.
24     Q.   Okay.  Let's talk about that.
25     What did you do yourself?

Page 373

1  STATE OF CALIFORNIA    )

2  COUNTY OF YOLO         )

3         I, ELAINA BULDA-JONES, a Certified Shorthand

4  Reporter of the State of California, duly authorized

5  to administer oaths pursuant to Section 2025 of the

6  California Code of Civil Procedure, do hereby

7  certify that

8                      ELAINE STEVICK,

9  the witness in the foregoing deposition, was by me

10 duly sworn to testify the truth, the whole truth and

11 nothing but the truth in the within-entitled cause;

12 that said testimony of said witness was reported by

13 me, a disinterested person, and was thereafter

14 transcribed under my direction into typewriting and

15 is a true and correct transcription of said

16 proceedings.

17        I further certify that I am not of counsel or

18 attorney for either or any of the parties in the

19 foregoing deposition and caption named, nor in any

20 way interested in the outcome of the cause named in

21 said deposition dated the  _____ day of

22 _____, 2018.

23           _____
             ELAINA BULDA-JONES, RPR, CSR 11720
24

25 ELAINA BULDA-JONES, RPR, CSR 11720