# EXHIBIT 1

Elaine Stevick

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS     )
     LIABILITY LITIGATION        )
 5                               )  Case No.
                                 )  3:16-md-02741-VC
 6                               )
     This Document Relates to:   )
 7                               )  MDL No.  2741
     Stevick v. Monsanto Co.,    )
 8   et al.,                     )
     Case No. 3:16-cv-02341-VC   )
 9                               )
                                 )
10
11
12                      - - - -
13                     VIDEOTAPED
14           DEPOSITION OF ELAINE STEVICK
15
16     Held at the Offices of Litigation Services
17       3510 Unocal Place, Santa Rosa, California
18         Friday, November 9, 2018, 9:24 a.m.
19                      - - - -
20
21
22
23
24   REPORTED BY:  ELAINA BULDA-JONES, CSR #11720
25
```

Elaine Stevick

```
 1   haven't had time.  I've just been back from a trip
 2   to -- a trip.  So I -- I didn't -- I didn't review
 3   it all.
 4        Q.   So he sent you ten videos to watch and he
 5   sent you a link to an additional 30; is that
 6   correct?
 7        A.   Yes.
 8        Q.   So 40 total ads; is that correct?
 9        A.   Yes, that would be correct.
10        Q.   And these are video ads; is that right?
11        A.   That's correct.
12        Q.   And out of that 40 you looked at, maybe
13   not all of them, but --
14        A.   I looked at the ten.  I looked at all ten
15   of the individual ones that he had sent to me.
16             And then I reviewed, just by eyeballing
17   the 30, and I didn't have time to look at all of
18   them.
19        Q.   And out of those 40 you recognized one?
20        A.   Yes.
21        Q.   And it's the one with the cracking of the
22   whip?
23        A.   Yes.
24        Q.   And you saw that in around 20- -- circa
25   2013?
```

Elaine Stevick

1  A. I think so.

2  Q. Okay. And where did you see that?

3  A. On television.

4  Q. What channel? Do you recall?

5  A. No.

6  Q. Okay. How many times did you see that
7  video?

8  A. I'm sure I saw it about four or five times
9  because I think it was a very popular video at the
10 time.

11 Q. Okay. Other than the cracking of the
12 whip, what do you recall from that?

13 A. That he was wearing shorts, that he had no
14 gloves, no protective gear, and short-sleeved shirt.

15 Q. Let me -- let me ask the question. I
16 haven't gotten my question out yet.

17     Not based on seeing it recently, other
18 than the cracking of the whip, which you described,
19 do you -- what do you recall from back then seeing
20 the video?

21 A. I remember thinking that it was a sort of
22 silly macho presentation of how to use Roundup.

23 Q. Okay.

24 A. When I was a lady using Roundup in my
25 garden just to kill weeds.