# EXHIBIT 2

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
Aimee.wagstaff@andruswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
rgreenwald@weitzlux.com

**THE MILLER FIRM, LLC**
Michael J. Miller (pro hac vice)
Brian K. Brake (pro hac vice)
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
mmiller@millerfirmllc.com
bbrake@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **DECLARATION OF BRIAN K BRAKE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONSANTO COMPANY'S MOTION IN LIMINE NO. 3 RE: MONSANTO MARKETING MATERIALS** |
| *Hardeman v. Monsanto Co., et al,* 3:16-cv-0525-VC *Stevick v. Monsanto Co., et al* 3:16-cv-02341-VC *Gebeyehou v. Monsanto Co., et al* 3:16-cv-5813-VC | |

1

## DECLARATION OF BRIAN BRAKE

I, Brian K. Brake, declare and state:

1. I am an attorney at law admitted to practice pro hac vice before this court in the state of California. I am an attorney at The Miller Firm, LLC, attorneys of record for Plaintiff Elaine Stevick. I am over eighteen years of age and am fully competent to make this Declaration. Except as otherwise expressly stated below, I have personal knowledge of the facts stated in this Declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. This Declaration is in support of Plaintiff's Opposition to Monsanto Company's Motion In Limine No. 3 Re: Monsanto Marketing Materials.

3. Attached hereto as **Exhibit 1** is at true and correct copy of EPA letter warning Monsanto of misleading advertisements, bates numbers MONGLY00223580-81)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 23, 2019 in Orange, Virginia.

Brian K. Brake (pro hac vice)
bbrake@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224

EXHIBIT 1

R̶ ̶ECEIVED AUG 0 2 1988



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

JUL 2 6 1988

OFFICE OF
PESTICIDES AND TOXIC SUBSTANCES

Dr. Timothy Long
Roundup Registration Manager
Monsanto Corporation
800 North Lindbergh Boulevard
St. Louis, Missouri   63167

Dear Dr. Long:

On June 8, 1988, a member of the medical school faculty at the University of Iowa, Iowa City, informed the EPA that there were television advertisements for Roundup, showing the chemical being applied from a "bean bar". The applicators were wearing gym shoes, short sleeve shirts and long pants. The caller was concerned about safety to the applicators using Roundup as depicted in the ad. We have viewed a tape of this advertisement.

In the Glyphosate Registration Standard issued by the Agency in June, 1986, the Agency concluded that "formulations of glyphosate for agricultural use cause moderate eye irritation and some skin irritation." The following worker safety language was required to appear on all end-use products containing glyphosate (except for those labeled for homeowner use only) in order to reduce worker exposure to formulations of Glyphosate, such as Roundup:

### Worker Safety Rules

THIS PRODUCTS CAUSES EYE IRRITATION AND SKIN IRRITATION...

WEAR THE FOLLOWING PROTECTIVE CLOTHING DURING APPLICATION, EQUIPMENT REPAIR, CLEANING, DISPOSAL OF THE PESTICIDE SPRAY SOLUTION, AND DURING REENTRY TO TREATED AREAS BEFORE THE SPRAY HAS DRIED.

Wear goggles or a face shield, chemical-resistant gloves and chemical-resistant shoes, shoe covers or boots...

These label changes were to have appeared on all products in channels of trade by June 30, 1988.

MONGLY00223580

In a May 1988 letter to you, the Agency stated that it would defer the label requirements for Worker Safety Rules for eye and skin protection until a planned PR notice on personal protective equipment had gone into effect. The Agency also stated that "we feel that you should begin a investigation of the high number of eye and/or skin injuries associated with glyphosate use in California."

At no time, however, were the label requirements modified or waived. This deferral does not imply that it is safe to use products containing glyphosate without protective equipment. The California Department of Food and Agriculture reported that glyphosate ranked third in the number of illnesses reported from exposure to pesticides. The majority of these illness were skin and eye irritations occurring during mixing, loading and application of glyphosate.

We are concerned that advertisements for Roundup (running through July in Iowa and perhaps other soybean growing areas) show the product being applied in a manner inconsistent with protective clothing requirements. In addition to our specific concerns with the safe use of Roundup, we believe that any advertisement for a pesticide should depict usage that minimizes unnecessary skin and eye exposure.

We feel that these advertisements are inappropriate, and we request that you cease running these spots, or that they be suitably modified. Please look into this matter immediately and contact us.

Sincerely,

Edwin Tinsworth, Director
Registration Division
Office of Pesticides Programs

cc: David McLaughlin C2NC
    Advertising Manager for Roundup
    Monsanto

MONGLY0022358