UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
| | ) |
| | ) Case No. 3:16-md-02741-VC |
| | ) |
| | ) **STIPULATION WITH [PROPOSED]** |
| | ) **ORDER REGARDING COLLATERAL** |
| *Hardeman v. Monsanto Co., et al,* | ) **SOURCE EVIDENCE** |
| 3:16-cv-0525-VC | ) |
| *Stevick v. Monsanto Co., et al,* | ) |
| 3:16-cv-2341-VC | ) |
| *Gebeyehou v. Monsanto Co., et al,* | ) |
| 3:16-cv-5813-VC | |

The parties jointly stipulate as follows with respect to collateral source evidence:[1]

1. Neither party will seek to introduce evidence regarding Plaintiffs' health insurance;

2. Neither party will argue or imply that such collateral benefits do exist or do not exist;

3. Neither party will argue or imply that liability insurance would cover any verdict against Monsanto in whole or in part;

4. The parties agree that references to any collateral source benefits may be redacted from otherwise admissible documents such as medical records and do not render those documents wholly inadmissible.

Dated: January 30, 2019

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
P: 303-376-6360

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg

---

[1] This stipulation does not apply to voir dire.

700 Broadway
New York NY 10003
P: 212-558-5500

/s/__Mike Miller___
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
P: 540 672 4224

Co-Lead Counsel for Plaintiffs

/s/ Brian L. Stekloff_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP 2
001 M St.
NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001

- 2 -

Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING COLLATERAL SOURCE EVIDENCE
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____

STIPULATION REGARDING COLLATERAL SOURCE EVIDENCE
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC