UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 4 RE: TOBACCO COMPANY REFERENCES, EVIDENCE OF ECONOMIC DISPARITY, AND OTHER PREJUDICIAL ATTORNEY TREATMENT** |

Having considered Monsanto Company's Motion *in Limine* No. 4 Re: Tobacco Company References, Evidence of Economic Disparity, and Other Prejudicial Attorney Treatment, the evidence submitted therewith, the arguments of counsel for the parties in connection therewith, if any, and finding good cause therefore, this Court HEREBY GRANTS Monsanto Company's motion in its entirety. IT IS SO ORDERED.

Date: _____, 2019          _____
                                                                        HONORABLE VINCE CHHABRIA
                                                                        UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING MONSANTO'S MIL NO. 4 RE: TOBACCO COMPANY REFERENCES, EVIDENCE OF ECONOMIC DISPARITY, AND OTHER PREJUDICIAL ATTORNEY TREATMENT
3:16-md-02741-VC