# EXHIBIT 1

```
 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 COUNTY OF SAN FRANCISCO
 3
 4   DEWAYNE JOHNSON,
 5             Plaintiff,
 6        vs.                    Case No. CGC-16-550128
 7   MONSANTO COMPANY, et al.,
 8             Defendants.
 9   _____/
10
11
12      Proceedings held on Tuesday, August 7, 2018,
13      Volume 25, before the Honorable Suzanne R. Bolanos,
14      at 9:07 a.m.
15
16
17
18
19
20
21  REPORTED BY:
22  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
23  Job No. 2983883A
24
25  Pages 5001 - 5129
```

```
           1  future wrongful conduct?"
           2          Right now, Ms. Buck -- she's sitting over there
           3  in that corner.  On her cell phone is a speed dial to a
           4  conference room in St. Louis, Missouri.  And in that
12:01:18   5  conference room, in that board room, there's a bunch of
           6  executives waiting for the phone to ring.  Behind them is
           7  a bunch of champagne on ice.
           8          MR. LOMBARDI:  Your Honor, I object.  This is
           9  supposed to be about the evidence.  This is complete
12:01:30  10  fantasy.
          11          THE COURT:  Sustained.
          12          MR. WISNER:  The number that you have to come
          13  out with is the number that tells those people -- they
          14  hear it, and they have to put the phone down, look at
12:01:43  15  each other, and say, "We have to change what we're
          16  doing."
          17          Because if the number comes out and it's not
          18  significant enough, champagne corks will pop.
          19  "Attaboys," are everywhere.
12:01:58  20          MR. LOMBARDI:  Your Honor, it's the same
          21  objection.
          22          THE COURT:  Sustained.
          23          Mr. Wisner, please do not engage in speculation.
          24          You may continue.
12:02:11  25          MR. WISNER:  Their net worth is $6.6 billion.
```

```
13:52:52

13:53:08

13:53:29

13:53:40
```

        1            THE COURT:  So I'm going to take this under
        2   submission.  I did think, Mr. Wisner, as I already told
        3   you at sidebar, that your comments about the champagne in
        4   the board room were very inflammatory and prejudicial,
        5   and I told you that you shouldn't make those comments
        6   because, among other things, it might lead to something
        7   like this, a mistrial.  It could be the very undoing of
        8   the verdict that you hope to achieve.
        9            With regard to several of the other points made
       10   by Mr. Griffis, some of them are very good points.  For
       11   example, on the punitive damages, the purpose of punitive
       12   damages is to punish the defendant for the harm for the
       13   conduct vis-à-vis your client, Mr. Johnson, not to punish
       14   Monsanto on behalf of any other, you know, future
       15   claimants out there or any plaintiffs in the country.
       16            MR. WISNER:  Sure.
       17            THE COURT:  So --
       18            MR. WISNER:  I don't think I said that, though.
       19            THE COURT:  -- that was a misrepresentation of
       20   the purpose of punitive damages, but I'll take all of
       21   this under submission.  For now, I want to be able to
       22   get -- finish closing arguments today, and then we'll
       23   discuss this further tomorrow.
       24            MR. GRIFFIS:  Yes, your Honor.
       25            (Open court.)

1         REPORTER'S CERTIFICATE

2

3         I certify that the proceedings in the
4  within-titled cause were taken at the time and place
5  herein named; that the proceedings were reported by
6  me, a duly Certified Shorthand Reporter of the State of
7  California authorized to administer oaths and
8  affirmations, and said proceedings were thereafter
9  transcribed into typewriting.
10        I further certify that I am not of counsel or
11 Attorney for either or any of the parties to said
12 Proceedings, not in any way interested in the outcome of
13 the cause named in said proceedings.
14        IN WITNESS WHEREOF, I have hereunto set my hand:
15 August 7th, 2018.
16
17
18
19                       <%signature%>
                         Leslie Rockwood Rosas
20                       Certified Shorthand Reporter
                         State of California
21                       Certificate No. 3462
22
23
24
25

5129