UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 5 RE: OTHER LITIGATION, OTHER PRODUCTS, AND COMPANY HISTORY** |

Having considered Monsanto Company's Motion *in Limine* No. 5 Re: Other Litigation, Other Products, and Company History, the evidence submitted therewith, the arguments of counsel for the parties in connection therewith, if any, and finding good cause therefore, this Court HEREBY GRANTS Monsanto Company's motion in its entirety. IT IS SO ORDERED.

Date: _____, 2019              _____
                                           HONORABLE VINCE CHHABRIA
                                           UNITED STATES DISTRICT COURT

- 1 -

[PROPOSED] ORDER GRANTING MONSANTO'S MIL NO. 5 RE: OTHER LITIGATION, OTHER PRODUCTS, AND COMPANY HISTORY
3:16-md-02741-VC