# EXHIBIT 2

```
 1      SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2             COUNTY OF SAN FRANCISCO
 3
 4   DEWAYNE JOHNSON,
 5            Plaintiff,
 6   vs.                        Case No. CGC-16-550128
 7   MONSANTO COMPANY, et al.,
 8            Defendants.
 9   _____
10
11                     VOLUME II
12
13       Proceedings June 20, 2018, at 10:22 a.m.
14   before the Honorable Suzanne R. Bolanos.
15
16
17
18
19
20
21
22
23   REPORTED BY:
24   Mary Hogan, CSR No. 05386
25
```

Page 86

```
 1       So how is that relevant to anything
 2  that is going on in this case today?  That's
 3  generations ago.
 4       MR. DICKENS:  It's certainly a long
 5  time ago, Your Honor, and we agree with that.
 6       I don't know the exact dates of agent
 7  orange.  I can't represent to you that I know when
 8  that was being manufactured.
 9       THE COURT:  You put in your papers in
10  Footnote 1 that Monsanto manufactured agent orange
11  from 1965 to 1969.
12       MR. DICKENS:  That sounds correct,
13  Your Honor.  If it's there, I'm going to believe
14  what we wrote in our brief, and I certainly
15  understand with respect to that being a long time
16  ago.
17       But once again, it's the same company
18  that began this process of glyphosate on the
19  market and running the studies that even after the
20  IBT scan which we talked about, but even after
21  that it was still old Monsanto that was running
22  the scientific data.
23       When they were told by the EPA after
24  IBT to run additional testing, it was still old
25  Monsanto that elected not to do that.
                                              Page 155
```

```
 1       So it's a pattern or conduct that has
 2  occurred all the way back since the initial
 3  approval of glyphosate and it stretches to old
 4  Monsanto, despite the fact that it was back in
 5  1969.  It was still the same pattern and conduct
 6  that they were doing to get glyphosate on the
 7  market.
 8       THE COURT:  All right.  So I'm going
 9  to grant Defendant Monsanto's motion Number 18
10  modified to exclude evidence of agent orange or
11  PCP.
12       One, the product was manufactured from
13  1965 to 1969, so I find it to be too remote in
14  time to be relevant to this litigation.
15       Two, it was manufactured by a
16  different company, old Monsanto, which is not the
17  company that's being sued in this litigation.
18       And three, in any event, I find that
19  all of the subsequent litigation and findings
20  regarding that product, agent orange, were so
21  controversial that the prejudice stemming from
22  admitting any evidence regarding agent Monsanto
23  far outweighs any probative value with regard to
24  anything that the current Monsanto is doing in
25  this litigation.
                                              Page 156
```

```
 1       So for all those reasons any reference
 2  to agent orange will be excluded.
 3       Number 20, motion in limine Number 20,
 4  the next one, this is Defendant's motion to
 5  exclude evidence, argument or reference to ghost
 6  writing.
 7       Now, this was the subject I believe of
 8  an order that Judge Karnow issued previously.
 9  Isn't that right?
10       MR. WISNER:  Yes, Your Honor.
11       THE COURT:  All right.  So
12  Mr. Griffis, you are arguing this motion?
13       MR. GRIFFIS:  Yes, Your Honor.
14       THE COURT:  Why don't you tell me what
15  has changed since Judge Karnow issued his order
16  permitting reference to the allegedly ghost
17  written articles.
18       MR. GRIFFIS:  We're asking Your Honor
19  to reconsider that ruling and the basis for that,
20  we previously talked before Judge Karnow about
21  some of the articles and the tenuousness of the
22  evidence with regard to ghost writing, for
23  example, that some of the scientific articles
24  about which they say there is ghost writing have
25  the word "Monsanto" appearing on the front page or
                                              Page 157
```

```
 1  were one of the primary authors identified in the
 2  foot note as a Monsanto author, so the suggestion
 3  of ghost writing is pretty inconceivable.
 4       And we need to distinguish between
 5  primary and secondary science here as well.  The
 6  primary science, of course, are the bench studies,
 7  the laboratory studies done on the animals, the
 8  epidemiology, where data is being collected,
 9  analyzed and presented.
10       None of the so-called ghost written
11  articles fall into that category.  All of them are
12  review articles saying here are a bunch of primary
13  science articles and this is what they say.
14       There has been no allegation, and this
15  is the important part of the present motion,
16  Your Honor, there is no allegation that has been
17  made by Plaintiffs or by any of their experts that
18  any statement in any of those so-called ghost
19  written articles is false, that any of them
20  misrepresent primary science, that any of them
21  were relied on an as primary science by the
22  regulators, that the primary science was in any
23  way manipulated by Monsanto.
24       That being the case, this whole ghost
25  writing thing about which we would have to have a
                                              Page 158
```

```
 1        I, the undersigned, a Certified
 2  Shorthand Reporter of the State of California, do
 3  hereby certify:
 4        That the foregoing proceedings were
 5  taken before me at the time and place herein set
 6  forth; that any witnesses in the foregoing
 7  proceedings, prior to testifying, were duly sworn;
 8  that a record of the proceedings was made by me
 9  using machine shorthand which was thereafter
10  transcribed under my direction; that the foregoing
11  transcript is a true record of the proceedings.
12        I further certify that I am neither
13  financially interested in the action nor a
14  relative or employee of any attorney or party to
15  this action.
16        IN WITNESS WHEREOF, I have this date
17  subscribed my name.
18
19        Dated: June 20, 2018
20
21
22        <%signature%>
23        Mary Hogan
24        CSR No. 05386
25
```

Page 239

40 (Page 239)