# EXHIBIT 3

Alva Pilliod

```
 1      IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2            IN AND FOR THE COUNTY OF ALAMEDA
 3
 4   COORDINATION PROCEEDING     )
     SPECIAL TITLE (Rule         )
 5   3.550)                      ) JCCP NO. 4953
                                 )
 6   ROUNDUP PRODUCTS CASES      ) ASSIGNED FOR ALL PURPOSES TO
                                 ) JUDGE IOANA PETROU
 7                               ) DEPARTMENT 17
                                 )
 8                               )  Case No. RG17862702
     THIS DOCUMENT RELATES TO:   )
 9                               )
     Alva Pilliod, et al. V.     )
10   Monsanto Company, et al.,   )
     Case No. RG17862702         )
11                               )
                                 )
12
13                       - - - -
14             DEPOSITION OF ALVA PILLIOD
15                  (Pages 1 - 161)
16        Held at the Da Vinci Virtual Offices
17     1900 Camden Avenue, San Jose, California
18        Friday, December 21, 2018, 8:59 a.m.
19                       - - - -
20
21
22
23
24   REPORTED BY:  ELAINA BULDA-JONES, CSR #11720
25
```

Alva Pilliod

```
 1   a particular city or part of the city had a very
 2   high rate of cancer.  People who drank a particular
 3   drink had a high rate of cancer.  And of course
 4   people who smoked.
 5            I thought I would do a little more
 6   research on this, and I said, I'll go to the library
 7   here, it's called Eric's Corner.  That's a section
 8   of the library that -- they keep a lot of books and
 9   information on companies, including Roundup and
10   other relationships with Roundup and cancer.
11       Q.   And when do you recall going to look at
12   that?
13       A.   Back in 2017.  Also 2016.  There's a
14   wealth of information there.
15       Q.   When did you first start to believe that
16   the Roundup may have played a role in the
17   development of your cancer?
18       A.   Oh, online, there was an article on Bayer
19   aspirin taking over Roundup and the short history of
20   Bayer, including Bayer's torturing people in
21   World War II.  Bayer developing the gas to execute
22   people and Bayer having their laboratory up against
23   the wall of Auschwitz, the concentration camp.  And
24   they developed all of these different chemicals.
25   And they were taking over Monsanto and didn't have a
```

Alva Pilliod

1  very good reputation.
2          And I checked about Vietnam War and the
3  Agent Orange and for some reason the name Monsanto,
4  as well as Dupont and a couple other chemical
5  companies, came up with Agent Orange.  I don't know
6  if they originated it or manufactured it, but it was
7  a pretty deadly thing to have for not only people
8  but plants and animals.
9          So I got very suspicious of what this
10 Roundup does and what the owners of Roundup do.  And
11 I went out to my shed and grabbed one of the bottles
12 and there is no warnings.  Why can't they put a damn
13 warning on the bottle in great big letters saying
14 that it causes cancer?  Or they want to be technical
15 about it, like gasoline used to have, "maybe cause
16 cancer."  And they can name a particular cancer.
17 And their sales would drop.  It would be a much
18 happier world.
19         MR. EVANS:  I'm going to just object and
20 move to strike that answer as nonresponsive.
21    Q.   My question really was, when did you first
22 believe that Roundup played a role in your cancer?
23 And I heard what you said, but could you answer that
24 question:  When did you actually believe that?
25    A.   2017.

```
 1   STATE OF CALIFORNIA   )

 2   COUNTY OF YOLO        )

 3          I, ELAINA BULDA-JONES, a Certified Shorthand

 4   Reporter of the State of California, duly authorized

 5   to administer oaths pursuant to Section 2025 of the

 6   California Code of Civil Procedure, do hereby

 7   certify that

 8                         ALVA PILLIOD,

 9   the witness in the foregoing deposition, was by me

10   duly sworn to testify the truth, the whole truth and

11   nothing but the truth in the within-entitled cause;

12   that said testimony of said witness was reported by

13   me, a disinterested person, and was thereafter

14   transcribed under my direction into typewriting and

15   is a true and correct transcription of said

16   proceedings.

17          I further certify that I am not of counsel or

18   attorney for either or any of the parties in the

19   foregoing deposition and caption named, nor in any

20   way interested in the outcome of the cause named in

21   said deposition dated the  _____ day of

22   _____, 2018.

23

24

25   ELAINA BULDA-JONES, RPR, CSR 11720
```