# EXHIBIT A

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                     COUNTY OF SAN FRANCISCO
 3
 4   DEWAYNE JOHNSON,
 5              Plaintiff,
 6         vs.                      Case No. CGC-16-550128
 7   MONSANTO COMPANY, et al.,
 8              Defendants.
                                  /
 9   _____
10
11
12         Proceedings held on Monday, July 9, 2018,
13         Volume 5, before the Honorable Suzanne R. Bolanos,
14         at 9:09 a.m.
15
16
17
18
19
20
21   REPORTED BY:
22   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
23   Job No. 2958698
24
25   Pages 1276 - 1533
```

 1  background for you on glyphosate-based products, how they
 2  came to be and, really, I guess, the start of how we got
 3  here today.
 4              Now, I want to go right to the science, because
 5  I told you this is a case about science.  I want to go
 6  right to the science, and I want to go right to the
 7  science that's most important in this case.  And that's
 8  the human studies.
 9              There are three types of science.  You've heard
10  about them already, but just to repeat, there's human
11  studies, there's animal testing and there's cell testing.
12  Those are the three types of science you're going the
13  hear about, and those are the three types of science that
14  people have used to evaluate glyphosate-based products,
15  as well as many other things.  But obviously here,
16  glyphosate-based products are the most important.
17              Human studies refers to epidemiology.  And you
18  heard that word earlier today.  A couple of things about
19  epidemiology, just so you know right up front.
20              Epidemiology studies the actual product as it's
21  used in the real world.  So you heard a lot of discussion
22  this morning about we need to know whether there's a
23  synergy between glyphosate and surfactants.  We need to
24  know how they work together.  Well, human studies study
25  the product as a whole.  They study glyphosate with

```
 1  surfactants, with everything else.
 2          Human studies also -- as you've heard a lot of
 3  talk about Monsanto here, none of these studies were
 4  performed by Monsanto.  Monsanto didn't fund these
 5  studies.  Monsanto read them like everybody else did, but
 6  these are not Monsanto studies.
 7          Now when I say "epidemiology," I'll give you my
 8  example of epidemiology.  Just very basic example.  You
 9  heard a slightly different one this morning, but mine is
10  when you want to study the effect of glyphosate, you take
11  two populations.  One population is exposed to
12  glyphosate, the other population is not.  And you look to
13  see what diseases arise in the two populations.  And you
14  look to see whether the glyphosate exposed population got
15  any more disease, had any risk, any higher risk of
16  disease than the not exposed population.  That's the
17  basic idea.  And it gets, obviously, much more
18  complicated than that.
19          And we'll have experts in this case who will
20  come and explain that to you.  I'm not going to spend
21  time now introducing you to them, because they will come
22  here, and they will introduce themselves to you.  But
23  highly, highly respected epidemiologists and other
24  experts that you're going the hear from.
25          Now, I have -- I've given you a very simplistic
```

```
15:17:17

15:17:36

15:17:53

15:18:10

15:18:30
```

 1  example about how epidemiology works.  But in the real
 2  world, it gets a lot more complicated than that.  And it
 3  gets more complicated than that because there's nobody
 4  who's just exposed to glyphosate.  Nobody.  People are
 5  exposed to lots of different things.  And people who are
 6  exposed to glyphosate are exposed to a lot of different
 7  things.
 8          And so the job of the epidemiologist is to sort
 9  out and figure out:  What are the things that are causing
10  whatever the disease is that you're studying?  What is
11  it?  And does the epidemiology study provide you with the
12  ability to make a determination of whether one particular
13  thing causes the study?
14          So, as an example, if somebody is exposed to
15  glyphosate and five other chemicals, and you do a study,
16  you have to do something to show that whatever effect
17  you're seeing is due to the glyphosate.
18          And some epidemiology studies don't do that.
19  When they do it, it's called adjusting.  Making an
20  adjustment.  For instance, for other pesticides.  You're
21  going to hear that term a lot.  That's why I wanted to
22  say it.  Adjustments for other pesticides is a key factor
23  in making sure that an epidemiology study is telling you
24  what people are telling you it does.
25          So when I put the number 63 up there -- there

```
                1  are other things about epidemiology that we'll talk

                2  about.  But you heard about statistical significance.

                3  Extremely important.  That's something that all

                4  scientists are familiar with.  And statistical

    15:18:44    5  significance is something you look at.  You look at the

                6  size of the study.  Bigger is better, because the more

                7  people that you're studying, the more people that you see

                8  that have been exposed to something, the more information

                9  you have.  The more trustworthy information.

    15:19:01   10            You're going to hear about all these kinds of

               11  things as the case goes on.  Now, the number 63 that I

               12  put up there, that is the number of epidemiology studies

               13  that the EPA has considered up to this point in time, up

               14  to 2018, that deal with glyphosate.

    15:19:20   15            Now, we're not going to look at 63 studies here,

               16  because some of those studies don't relate to

               17  non-Hodgkin's lymphoma.  So we're really going to be

               18  focused on the studies that relate to non-Hodgkin's

               19  lymphoma.  And that's a much smaller number.  It's

    15:19:35   20  depending on -- on who's talking and who's testifying.

               21  It's around ten or smaller.  But it will depend on who

               22  the witness is at the time.  But that's the universe.

               23            But the point is that the EPA has looked at a

               24  lot of epidemiology studies.  Now, how did this all

    15:19:55   25  start?  How did these epidemiology studies all get
```

```
15:20:14
```
1  started concerning glyphosate?
2           Well, it started with an observation that took
3  place back in the '50s and '60s.  An observation was that
4  farmers were getting non-Hodgkin's lymphoma more often
5  than others.  Farmers were getting non-Hodgkin's lymphoma
6  more often than others back in the '50s and '60s.  And
7  this is just an example of an article that you'll see.
8  The abstract of the article, which is, kind of, the
9  summary of the article, talks about raised death rates
10 that have been reported for non-Hodgkin's lymphoma and
11 Hodgkin's disease among white male residents of Hancock
12 County, Ohio.  That's a rural county in Ohio.  And then
13 you'll see the clip I've put there.  "The small study
14 adds to the growing body of reports linking farming and
15 malignant lymphoma, particularly non-Hodgkin's lymphoma."
16          There was a growing body of evidence.  And
17 what's significant here is the timing.  Because this
18 observation that non-Hodgkin's lymphoma was associated
19 with farming occurred before glyphosate was invented.
20 Occurred before glyphosate-based products were on the
21 market.  Something was causing farmers to get
22 non-Hodgkin's lymphoma, and it wasn't glyphosate.
23          And so epidemiologists, having made this general
24 observation, took the next step.  And they said, "Okay.
25 Let's start to look at various things and see if we can

1 figure out what it is that causes farmers to get
2 non-Hodgkin's lymphoma more than others."
3           And so they started to do more specific tests.
4 And one of the tests or studies that they did was of
5 pesticides generally.  And they started that in the late
6 1970s and early 1980s.  They studied populations for a
7 period of time.  Very shortly after glyphosate even went
8 on the market.
9           But they started studying pesticides generally.
10 And they did what epidemiologists call exploratory
11 pesticide studies.  And what I mean by exploratory
12 pesticide studies -- what epidemiologists mean by
13 exploratory pesticide studies is that they're not quite
14 sure what to look at yet.  They're exploring to see what
15 to look at.
16           So they did studies that weren't designed to
17 figure out the effect of a particular pesticide or
18 herbicide.  They did studies just generally to see if
19 they could pick up any association with pesticides and
20 herbicides generally.
21           And that's what these early studies were all
22 about.  That's what these early studies were all about.
23 They tended to be small.  They tended -- and frequently
24 didn't adjust for other pesticides.  Frequently didn't
25 have statistically significant results.  But they were a

|          |    |                                                                  |
|----------|----|------------------------------------------------------------------|
|          | 1  | first step in the science, a first step for seeing               |
|          | 2  | whether something in the pesticide world might be                |
|          | 3  | responsible for non-Hodgkin's lymphoma.                          |
|          | 4  |         Now, you heard Counsel say -- I think Counsel            |
| 15:23:19 | 5  | talked about a couple of these.  But he said -- this De          |
|          | 6  | Roos 2003 up there at the top, you might remember.  He           |
|          | 7  | said that's a particularly important one.  He said -- and        |
|          | 8  | I think he put a really big number next to that.  And I          |
|          | 9  | think it was something like 200 percent greater risk in          |
| 15:23:40 | 10 | De Roos for people that were exposed to glyphosate.              |
|          | 11 |         So let me just say this:  Dr. De Roos never said         |
|          | 12 | she thought she had established that there was that kind         |
|          | 13 | of risk for glyphosate.  In fact, what Dr. De Roos did           |
|          | 14 | was she said, "We ought to do some more studies.  We             |
| 15:24:01 | 15 | ought to do studies that relate specifically to                  |
|          | 16 | glyphosate."                                                     |
|          | 17 |         And that's where the epidemiologists went.  They         |
|          | 18 | started to do studies of particular pesticides and               |
|          | 19 | particular herbicides, and among those was glyphosate.           |
| 15:24:15 | 20 |         And so Dr. De Roos, who did the study up there           |
|          | 21 | at the top, two years later did another study.  She              |
|          | 22 | didn't conclude that glyphosate raised the risk of               |
|          | 23 | cancer, non-Hodgkin's lymphoma, 200 percent.  Here's what        |
|          | 24 | she concluded:  "No association was observed between             |
| 15:24:39 | 25 | non-Hodgkin's lymphoma and glyphosate exposure in any            |

analysis."

Now, a couple of things about this study. I told you that these studies -- the studies turned to studies that were specifically focused on glyphosate. And so this says, "Cancer Incidence Among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study." I'm going to talk about the Agricultural Health Study more in just a second, but for right now, it's significant that this study was specifically designed to determine the effects of glyphosate-exposed pesticide applicators. Like Mr. Johnson, licensed pesticide applicators.

And what they concluded in this study, which was much bigger than any of the exploratory studies, was that there was no association observed between non-Hodgkin's lymphoma and glyphosate in any analysis.

Just to remind you, there were -- we were talking about glyphosate pooled studies and glyphosate cohort studies. These are the glyphosate specifically directed towards glyphosate studies. It talks about the De Roos. That was a glyphosate cohort study. You're going to hear what cohort studies are as we go along. I'm not going to take the time to burden you with that now, but the experts will explain that to you. It is, in short, considered the gold standard by epidemiologists.

1471

```
                  1  The best kind of study.  We'll talk more about that soon.
                  2          That NAPP study 2015 was also a
                  3  glyphosate-directed study targeting glyphosate.  The NAPP
                  4  study was funded by our government, the National
     15:26:23     5  Institutes of Health.  It's the North American Pooled
                  6  Project.  The places that are lit up there in various
                  7  colors are Canadian provinces from which some of the
                  8  participants were taken and states from which some of the
                  9  participants were taken.  You can see a heavy
     15:26:39    10  concentration on agricultural states.  And counsel showed
                 11  you the earliest results from that, but we'll show you
                 12  the latest results from that.  And what NAPP concludes is
                 13  that people who were ever exposed to glyphosate had no
                 14  greater risk of non-Hodgkin's lymphoma than people who
     15:27:06    15  were never exposed to glyphosate.  That's what the
                 16  targeted pooled study -- which by the way is pool -- it's
                 17  taking some of those exploratory studies and pooling them
                 18  together so that they're bigger so that you have more
                 19  people in the studies so that the studies are stronger,
     15:27:25    20  more powerful and give you better results.  That's what
                 21  the glyphosate-targeted study says.
                 22          Now I'm going to talk about the last -- the
                 23  glyphosate cohort study, the last one, JNCI 2018, this
                 24  year.  It came out this year.  JNCI is the Journal of the
     15:27:52    25  National Cancer Institute.  And in science there's kind
```

```
                1  of a hierarchy as to the best journals to be published in
                2  and the worst journals to be published in.  And everybody
                3  wants to be published in the best and most prestigious
                4  journals.  The Journal of the National Cancer Institute
15:28:10        5  is an enormously prestigious journal.  The title of the
                6  study that they did in 2018 was called Glyphosate Use in
                7  Cancer Incidence in the Agricultural Health Study.  It is
                8  a study that's targeted towards glyphosate, targeted to
                9  determine the effect of glyphosate on cancer incidence.
15:28:33       10          Now, it's a cohort study.  I mentioned that
               11  before.  Cohort studies -- you may have read about it
               12  just in your day-to-day reading of the newspaper or
               13  whatever.  Cohort studies are studies of large numbers of
               14  people who are followed over time, and you wait and you
15:28:47       15  track what their health habits are.  You track what their
               16  diet is, for instance, or you could track what their
               17  exposures are.  You could track what they drink.  You
               18  could track all kinds of things.  And then you look to
               19  see what diseases they get over time, and you draw
15:29:04       20  conclusions from that.
               21          So there are some really famous cohort studies
               22  that you'll see reports on all the time.  The Nurse's
               23  Health Study is one.  The California Teachers Study is
               24  one.  The Health Professionals Followup Study is another.
15:29:18       25  There's a Framingham, Massachusetts study about
```

```
                1  cardiovascular health that's frequently reported on.
                2  Cohort studies are significant.  And so the Agricultural
                3  Health Study was put together because of the concern
                4  about the health of Farmers.  And so the Agricultural
15:29:36        5  Health Study was started back in the 1990s, and it asked
                6  farmers -- it asked, actually, licensed pesticide
                7  applicators about their habits, about a lot of things,
                8  but specifically, for our purposes in this case, about
                9  their use of glyphosate-based products and what that use
15:29:56       10  was, and then they tracked them going forward.
               11           And so this study -- again not a Monsanto study,
               12  this study was put together by the National Institutes of
               13  Health, the National Cancer Institute, our country's
               14  foremost institution for studying cancer.  The National
15:30:15       15  Institute of Environmental Health Sciences, also of the
               16  National Institutes of Health, the EPA and the National
               17  Institute of Occupational Safety and Health.  These are
               18  people who put together the Agricultural Health Study.
               19           Now, the authors of this particular article, the
15:30:33       20  2018 article, also come from these organizations.  I'm
               21  not going to read through all of them.  I'll just point
               22  out to you that the National Cancer Institute -- Debra
               23  Silverman is the branch chief of occupational
               24  environmental epidemiology.  Dale Sandler is the chief of
15:30:50       25  the epidemiology branch of NIEHS.  People from
```

```
15:31:16
15:31:32
15:31:54
15:32:26
15:32:44
```

 1  universities were involved in this.  And so this is a
 2  prestigious group that did this study.  And what was the
 3  size of the study?  54,000 participants.  Dwarfs, dwarfs
 4  the size of any particular -- any previous study.  And
 5  who were the people they were studying?  I mentioned this
 6  earlier.  It says "licensed pesticide applicators," like
 7  Mr. Johnson.  These are people who went in to the State
 8  and got a license to be able to apply pesticides.  It's
 9  thought to be a particularly good population to study
10  glyphosate use because these are folks that do it for a
11  living, and they know what they've been exposed to.  They
12  know how much they use.  And it's considered a
13  particularly good source for epidemiology studies.
14             And so what did this study conclude in 2018,
15  this year?  In our study we observed no associations
16  between glyphosate use and NHL overall or any of its
17  subtypes.  That is the most up-to-date science.  It's the
18  biggest study.  It's the most sophisticated study.  And
19  it's the one that came out just a few months ago.
20             Now, I've got some notes.  I've tried to keep
21  track of what counsel said here.  Counsel focused on the
22  exploratory pesticide studies.  And you remember -- I'll
23  try to get the numbers here, but I don't think I got them
24  down.  But he
25  said -- McDuffie, he said that was some, you know,

```
 1  200 percent increase in risk for people exposed to
 2  glyphosate.  For Hardell and Eriksson, he said somewhere
 3  between 2 and 400 increase in risk.  For all of those
 4  that he called out he said there was this enormous
 5  increase in risk, but what he didn't tell you about was
 6  the details of the study.  McDuffie didn't adjust for
 7  other pesticides.  McDuffie, how many people -- remember
 8  we got the JNCI study from 2018, 50,000 people.  51 in
 9  McDuffie.  Hardell and Eriksson, where he came up with a
10  huge number, eight people.  Eight exposed cases in
11  Hardell and Eriksson.  In Hardell, four exposed cases.
12  JNCI, 50-some-odd thousand.  Eriksson, 29 exposed cases,
13  not adjusted, except Eriksson did do an adjustment
14  ultimately to try to ferret out the actual effects of
15  glyphosate.  And when Eriksson did that adjustment, do
16  you know what the result was?  No effect.  No effect of
17  glyphosate.
18          And you don't have to just understand the
19  science to understand what's going on here because there
20  are commonsense things you can look at.  If McDuffie and
21  Hardell and Eriksson and Hardell and Eriksson really
22  believed that there was a 400 percent increase in risk
23  associated with use of glyphosate, they would have said
24  so.  But they don't say that.  They don't say that in
25  their studies.  There was no outcry when these studies
```

1476