UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 6 RE: EXCLUDING EVIDENCE AND ARGUMENT ABOUT THE PARTIES' PUBLIC-RELATIONS ACTIVITIES** |

Having considered Monsanto Company's Motion *in Limine* No. 6 Re: Excluding Evidence and Argument about the Parties' Public-Relations Activities, the evidence submitted therewith, the arguments of counsel for the parties in connection therewith, if any, and finding good cause therefore, this Court HEREBY GRANTS Monsanto Company's motion in its entirety. IT IS SO ORDERED.

Date: _____, 2019     _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

- 1 -

[PROPOSED] ORDER GRANTING MONSANTO'S MIL NO. 6 RE: EXCLUDING EVIDENCE AND ARGUMENT ABOUT THE PARTIES' PUBLIC-RELATIONS ACTIVITIES
3:16-md-02741-VC