**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO  80226
Tel: (303) 376-6360
Fax: (303) 376-6361
Aimee.wagstaff@andruswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY  10003
Tel: (212) 558-5802
Fax:  (646) 293-4921
rgreenwald@weitzlux.com

**THE MILLER FIRM, LLC**
Michael J. Miller (*pro hac vice*)
Brian K. Brake (*pro hac vice*)
108 Railroad Ave.
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
mmiller@millerfirmllc.com
bbrake@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.,*<br>3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.,*<br>3:16-cv-02341-VC<br>*Gebeyehou v. Monsanto Co., et al.,*<br>3:16-cv-5813-VC | **PLAINTIFFS' OPPOSITION TO MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 6 RE: EXCLUDING EVIDENCE OF AND ARGUMENT ABOUT THE PARTIES' PUBLIC-RELATIONS ACTIVITIES** |

## I.   INTRODUCTION

Monsanto seeks to preclude all evidence and argument of Monsanto's public relations activities, although no where in its Motion does Monsanto specify exactly what public relations activities it seeks to exclude. Without providing some specificity as to what Monsanto seeks to exclude, it is difficult to respond to this Motion *In Limine*.

However, this Court has made clear that to the extent that Monsanto seeks to exclude public relations activities that attempt to influence regulatory agencies and manipulate public opinion, that that evidence is indeed relevant to punitive damages and some questions of liability.

As this Court stated in Pretrial Order No. 61 regarding Bifurcation:

> A significant portion of plaintiffs' case involves attacks on Monsanto for attempting to influence regulatory agencies and manipulate public opinion regarding glyphosate. These issues are relevant to punitive damages and some liability questions.

## II.   ARGUMENT

### A.   Evidence of Monsanto's Public Relations Activity Is Relevant and Admissible in Phase 2.

Again, Monsanto does not specify what it exactly seeks to preclude the jury from hearing. It seems that Monsanto wants a blanket order prohibiting the discussion of or introduction into evidence of any of Monsanto's public relations activities.

However, as mentioned above, the Court has already signaled in Pretrial Order No. 61 that Monsanto's attempts to influence regulatory agencies and manipulate public opinion regarding Glyphosate are indeed relevant to punitive damages and some liability questions.

**B.     Monsanto's Public Relations Activities are not Protected by the First Amendment and Are Admissible.**

Monsanto argues that *Sosa v. DIRECTV, Inc.*, 437 F.3d 923, 934 (9th Cir. 2006), holds that the breathing space principal extends First Amendment protections beyond direct communications with legislatures to also encompass a company's public relations campaign where the latter's aim is to influence the passage of favorable legislation.  However, the actual holding in *Sosa* dealt with restrictions regarding pre-suit demand letters, not public relations campaign.  *Id.* at 936; although the court did discuss the *Noerr-Pennington* doctrine.

For a discussion of the *Noerr-Pennington* doctrine and related cases, *see* Plaintiffs Response to Monsanto's Motion in Limine No. 13.

### III.     CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court DENY Defendant's Motion *In Limine* No. 6.

Dated: 1/30/2019                               Respectfully submitted,

<u>/s/ Aimee Wagstaff</u>
Aimee H. Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 W. Alaska Drive
Lakewood, CO  80226
Tel: (303) 376-6360

<u>/s/ Robin Greenwald</u>
Robin L. Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Tel: (212) 558-5802

/s/ Michael J. Miller
Michael J. Miller (*pro hac vice*)
Brian K. Brake (*pro hac vice*)
mmiller@millerfirmllc.com
bbrake@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave.
Orange, VA  22960
Telephone: (540) 672-4224

*Co-Lead Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that on January 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee Wagstaff
Aimee H. Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com