UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 7 RE: POST-USE CORPORATE CONDUCT** |

Having considered Monsanto Company's Motion *in Limine* No. 7 Re: Post-Use Corporate Conduct, the evidence submitted therewith, the arguments of counsel for the parties in connection therewith, if any, and finding good cause therefore, this Court HEREBY GRANTS Monsanto Company's motion in its entirety. IT IS SO ORDERED.

Date: _____, 2019         _____
                                       HONORABLE VINCE CHHABRIA
                                       UNITED STATES DISTRICT COURT