**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:     (202) 847-4030
Fax:    (202) 847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**<u>DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 7 RE: POST-USE CORPORATE CONDUCT</u>** |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion *in Limine* No. 7 Regarding Post-Use Corporate Conduct. I make this declaration based

- 1 -

STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 7 RE: POST-USE CORPORATE CONDUCT
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

1  on my personal knowledge and, if called as a witness, I would and could testify competently to
2  these matters.

3      2.    Annexed hereto as Exhibit 1 is a true and correct copy of excerpted portions of
4  Edwin Hardeman's Deposition Transcript dated November 8, 2018.

5      3.    Annexed hereto as Exhibit 2 is a true and correct copy of excerpted portions of
6  Elaine Stevick' s Deposition Transcript dated November 9, 2018.

7      4.    Annexed hereto as Exhibit 3 is a true and correct copy of excerpted portions of
8  Chadi Nabhan, M.D.'s *Hardeman* Deposition Transcript dated December 14, 2018.

9      5.    Annexed hereto as Exhibit 4 is a true and correct copy of excerpted portions of
10 Andrei Shustov, M.D.'s *Hardeman* Deposition Transcript dated December 15, 2018.

11     6.    Annexed hereto as Exhibit 5 is a true and correct copy of excerpted portions of
12 Sioum Gebeyhou's Deposition Transcript dated November 13, 2018.

13
14 Executed this 30th day of January 2019.
15
16                         /s/ *Brian L. Stekloff*_____

17                       Brian L. Stekloff (*pro hac vice*)
18                       (bstekloff@wilkinsonwalsh.com)
                        Rakesh Kilaru (*pro hac vice*)
19                       (rkilaru@wilkinsonwalsh.com)
20                       WILKINSON WALSH + ESKOVITZ LLP
                        2001 M St. NW, 10th Floor
21                       Washington, DC 20036
                        Tel: (202) 847-4030
22                       Fax: (202) 847-4005

23                       Pamela Yates (CA Bar No. 137440)
                        (Pamela.Yates@arnoldporter.com)
24                       ARNOLD & PORTER KAYE SCHOLER LLP
25                       777 South Figueroa St., 44th Floor
                        Los Angeles, CA 90017
26                       Tel: (213) 243-4178
                        Fax: (213) 243-4199
27
28

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 3 -
STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 7 RE: POST-USE CORPORATE CONDUCT
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____