# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) MDL No. 2741 ) Case No. 16-md-02741-VC

This Document Relates To:

Hardeman v. Monsanto Co., et al.
Case No. 3:16-cv-00525-VC

\- - - -

CONFIDENTIAL

VIDEOTAPED

DEPOSITION OF EDWIN HARDEMAN

Held at the Vintners Inn
4350 Barnes Road, Santa Rosa, California
Thursday, November 8, 2018, 9:16 a.m.

\- - - -

REPORTED BY: ELAINA BULDA-JONES, CSR NO. 11720

APPEARANCES

For the Plaintiff:

BY: AIMEE H. WAGSTAFF, ESQ.
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, Colorado 80226
303.376.6360
Aimee.wagstaff@andruswagstaff.com

BY: R. BRENT WISNER, ESQ.
Baum Hedlund Aristei Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, California 90024
310.207.3233
Rwisner@baumhedlundlaw.com

For the Defendants:

BY: COREY LAPLANTE, ESQ.
Wilkinson Walsh + Eskovitz
11601 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
424.291.9656
Claplante@wilkinsonwalsh.com

BY: JULIE DU PONT, ESQ.
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, New York 10019-9710
212.836.8572
Julie.dupont@arnoldporter.com

BY: E. ALEX BEROUKHIM, ESQ.
Arnold & Porter Kaye Scholer, LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
213.243.4059
Alex.beroukhim@arnoldporter.com

Also present:

Breana Pozzi, videographer

Mary Hardeman

INDEX OF EXAMINATIONS

| EXAMINATIONS | PAGE |
|---|---|
| MS. DuPONT | 8 |
| MS. WAGSTAFF | 293 |
| MS. DuPONT | 301 |
| MS. WAGSTAFF | 306 |

INDEX OF EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Monsanto Company's Amended Notice to take Oral and Videotaped Deposition of Edwin Hardeman | 14 |
| Exhibit 2 | Plot maps | 20 |
| Exhibit 3 | Letter, December 19, 2012, to Edwin F. Hardeman and Mary M. Hardeman from Laurie Roskam | 21 |
| Exhibit 4 | Grant Deed, October 21, 1988 | 21 |
| Exhibit 5 | Photographs, 9 pages | 22 |
| Exhibit 6 | Product literature, Bayworld Industries | 41 |
| Exhibit 7 | Medical records produced at the deposition | 44 |
| Exhibit 8 | Medical records produced at the deposition | 45 |

| | | |
|---|---|---|
| Exhibit 9 | E-mail between Ed Hardeman and Steve Mack, Subject: Permission | 46 |
| Exhibit 10 | Plaintiff Fact Sheet | 57 |
| Exhibit 11 | Identification of Product | 177 |
| Exhibit 12 | Trulia estimate of 11955 Westside Road, Forestville, CA 95436 | 255 |
| Exhibit 13 | Photo of a sprayer | 298 |

Q. And you did use Roundup at that address, correct?

A. But not at that point. I mean, I used it, yes, and I definitely used it on that path in the last 25 years.

Q. But -- so -- so I just want to clarify.

When did you stop using Roundup at your Forestville, California home?

A. I would say that has to be -- I would think that -- you know, it was 2011, I believe. I just -- guessing at this point. I think it was around there.

Q. Okay. When in 2011?

A. I don't know. I mean, month, I don't know what month. If -- I'm -- I can't give you a specific month. Probably the later, probably getting -- you know, it may be later in the year, maybe towards the end of the year. I -- I don't remember when I stopped using it. I just -- I just think that was when I must have stopped using it in the fall.

I know we were putting the house on the market so I, you know, probably didn't -- I don't know if I spent as much time then. I -- I'm not sure, really. I can't answer that. I'm sorry.

A. No, just for what it was designed to do, kill weeds, I guess, yeah. That's it. I mean...

Q. But any other reason that prompted you to buy it in the first place?

A. No, I don't -- I don't think so. Prompted us. Any motivations, you mean, to go buy it? No.

Q. And when -- when was the -- you -- you said you first used Roundup in 1986. And then when was the last time you would have used Roundup?

A. I guess at that, I'm thinking in 2011, you know, late 2011, I suppose. Early 2012. I don't know. Somewhere in that -- that range.

Q. And why did you use an herbicide on -- on your -- it's Iverson Road property?

A. That was -- initially on the Iverson Road property, it was to, you know, kill weeds and things growing up in the gravel driveway and maybe other -- other areas around the house, you know, various little things that grow and we didn't want them there.

Q. How long was the -- the gravel driveway?

A. Oh, God. In, let's see, Gualala, I, you know -- I can see it in my mind but I never measured it and I'm not sure how long it was. You know, it was way -- it was off the road. It was way off the