# Exhibit 2

Elaine Stevick

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS        )
     LIABILITY LITIGATION            )
 5                                   )   Case No.
                                     )   3:16-md-02741-VC
 6                                   )
     This Document Relates to:       )
 7                                   )   MDL No.  2741
     Stevick v. Monsanto Co.,        )
 8   et al.,                         )
     Case No. 3:16-cv-02341-VC       )
 9                                   )
                                     )
10
11
12                        - - - -
13                       VIDEOTAPED
14            DEPOSITION OF ELAINE STEVICK
15
16     Held at the Offices of Litigation Services
17       3510 Unocal Place, Santa Rosa, California
18          Friday, November 9, 2018, 9:24 a.m.
19                        - - - -
20
21
22
23
24   REPORTED BY:  ELAINA BULDA-JONES, CSR #11720
25
```

```
 1                       APPEARANCES
 2
 3   For the Plaintiff:
 4         BY: BRIAN BRAKE, ESQ.
             The Miller Firm LLC
 5           The Sherman Building
             108 Railroad Avenue
 6           Orange, Virginia 22960
             540.672.4224
 7           Bbrake@millerfirmllc.com
 8
 9   For the Defendants:
10         BY: E. ALEX BEROUKHIM, ESQ.
             Arnold & Porter Kaye Scholer, LLP
11           777 South Figueroa Street, 44th Floor
             Los Angeles, California 90017-5844
12           213.243.4059
             Alex.beroukhim@arnoldporter.com
13
             BY: ZACHARY FAYNE, ESQ.
14           Arnold & Porter Kaye Scholer, LLP
             Three Embarcadero Center, 10th Floor
15           San Francisco, California 94111-4024
             415.471.3114
16           Zachary.fayne@arnoldporter.com
17
18   Also present:
19         James Terrell, videographer
           Christopher Stevick
20
21
22
23
24
25
```

Elaine Stevick

```
 1                    INDEX OF EXAMINATIONS
 2
 3   EXAMINATIONS                                            PAGE
 4    MR. BEROUKHIM                                           5
 5
 6
 7
 8                      INDEX OF EXHIBITS
 9      NO.              DESCRIPTION                         PAGE
10   Exhibit 1     Monsanto Company's Amended                 21
                   Notice to take Oral and
11                 Videotaped Deposition of
                   Elaine Stevick
12
     Exhibit 2     Public Assessor Services,                 128
13                 Sonoma County Assessor,
                   January 1st, 2018
14
     Exhibit 3     Identification of Product                 277
15
     Exhibit 4     Identification of Product                 285
16
     Exhibit 5     Costco record, ES-27-000151               289
17
     Exhibit 6     Google Maps, 28 Liberty Street            292
18
     Exhibit 7     Plaintiff Fact Sheet                      301
19
     Exhibit 8     Scheduled Telephone Encounter,            325
20                 9/10/2011,
                   STEVICK-ESTEVICK-KPNValley-MD-
21                 000294
22   Exhibit 9     Office Visit, /8/2015,                    330
                   STEVICK-ESTEVICK-KPNValley-MD-
23                 003530 through 003532
24
25
```

Elaine Stevick

| | | | |
|---|---|---|---|
| 1 | Exhibit 10 | Plaintiff Elaine Stevick's Responses to Monsanto's First Set of Interrogatories | 336 |
| 2 | | | |
| 3 | Exhibit 11 | Complaint | 349 |
| 4 | Exhibit 12 | Photograph | 361 |
| 5 | Exhibit 13 | Photograph | 364 |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Elaine Stevick

1    questions and it sounds so dumb but we're doing it
2    for the record.
3         A.   I understand.
4         Q.   I apologize for sounding stupid.  I don't
5    intend to.
6         A.   No.
7         Q.   How did you choose the intervals at which
8    you would spray each month after the initial --
9    let's put the initial period aside.
10             Now I'm talking about everything you did
11   from like the end of 1989 until 2014.  That's when
12   you stopped spraying; is that right?
13        A.   Uh-huh.  Yes.
14        Q.   I'm sorry for pointing.  I'm just...
15        A.   That's all right.
16        Q.   Okay.  How would you choose the intervals
17   at which you would spray?  Was it like -- you know,
18   like I tend to get a haircut like every four or
19   five weeks.  That's like my -- the interval that
20   I -- that I -- was it programmed like that for you
21   or was it like whenever you just had time?
22        A.   Very natural.  When I had time and when
23   the weeds were there.
24             It's like right now I just had paid
25   because my daughter was having this baby shower.  I

 1   down a thorough family history and -- and put that

 2   in their notes; is that correct?

 3           MR. BRAKE:  Well, let me -- let me object

 4   to the form of the question.

 5           MR. BEROUKHIM:  Sure.

 6       Q.  Go ahead.  You can answer.

 7           THE WITNESS:  I -- I can answer?

 8           MR. BRAKE:  You may answer.

 9           THE WITNESS:  Okay.

10           I do understand that they take thorough --

11   BY MR. BEROUKHIM:

12       Q.  And they generally write down the

13   information that's provided to them in their notes;

14   is that correct?

15       A.  Yes.

16       Q.  Let's see.

17           Some -- some blanks until you turn to

18   page 12.  And we've gone over a lot of this

19   information.  I don't have any questions about

20   page 12 or 13 or page 14 or page 15.

21           You state here on page 16 that you started

22   using Roundup in June of 1989.  That's consistent

23   with what we've discussed today; is that correct?

24       A.  Yes.

25       Q.  And over here, you -- it says, page 17,

Elaine Stevick

1    Section 7, C, "Please complete the chart below to
2    detail your exposure to Roundup and other
3    glyphosate-based products.  Use as many rows as
4    necessary to describe different periods of usage."
5            Do you see that?
6        A.   Yes.
7        Q.   And you understood this to mean to give a
8    thorough description of all the Roundup products
9    that you've used over years; is that correct?
10       A.   Yes.
11       Q.   And you responded by identifying the
12   Roundup grass and weed killer; is that correct?
13       A.   Yes.
14       Q.   Approximately ten times per month --
15   sorry.
16            Ten -- ten months a year, one time per
17   month; is that correct?
18       A.   Yes.
19       Q.   From 1989 to 2014?
20       A.   Yes.
21       Q.   And you say, "Sprayed Roundup in the yard
22   with hand sprayer"; is that correct?
23       A.   Yes.
24       Q.   "Residential use"?
25       A.   Yes.