# Exhibit 3

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3   IN RE: ROUNDUP PRODUCTS       MDL No. 2741

 4   LIABILITY LITIGATION

 5   _____        Case No. 16-md-2741-VC

 6   This document relates

 7   to:

 8   Hardeman v Monsanto Co., et al.

 9   Case No. 3:16-cv-00525

10   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

11               VIDEO DEPOSITION OF

12                CHADI NABHAN, M.D.

13

14

15              December 14, 2018

16                  8:39 a.m.

17

18           Chicago Marriott O'Hare

19   8835 West Higgins Road, Park Ridge, Illinois

20

21

22

23   Deanna Amore, CRR, CSR, RPR, 084-003999

24

25
```

```
 1                  APPEARANCES OF COUNSEL
 2
     On Behalf of the Plaintiff, EDWIN HARDEMAN:
 3
                ANDRUS WAGSTAFF
 4              MS. KATHRYN M. FORGIE
                1901 Harrison Street
 5              Suite 1101
                Oakland, California 94612
 6              (310) 339-8214
                kathryn.forgie@andruswagstaff.com
 7                   - and -
                ANDRUS WAGSTAFF
 8              MS. AIMEE H. WAGSTAFF
                7171 West Alaska Drive
 9              Lakewood, Colorado 80226
                (303) 376-6360
10              aimee.wagstaff@andruswagstaff
                     - and -
11              WEITZ & LUXENBERG, P.C.
                MS. ROBIN L. GREENWALD
12              700 Broadway
                New York, New York 10003
13              (212) 558-5500
                rgreenwald@weitzlux.com
14
     On Behalf of the Defendant, MONSANTO COMPANY:
15
                ARNOLD & PORTER KAYE SCHOLER, LLP
16              MR. BERT L. SLONIM
                250 West 55th Street
17              New York, New York 10019-971
                (212) 836-8572
18              bert.slonim@arnoldporter.com
                     - and -
19              WILKINSON WALSH + ESKOVITZ
                MR. BRIAN L. STEKLOFF
20              MS. CALI COPE-KASTEN
                2001 M Street, NW
21              10th Floor
                Washington, D.C. 20036
22              (202) 847-4030
                bstekloff@wilkinsonwalsh.com
23              ccope-kasten@wilkinsonwalsh.com
24   ALSO PRESENT:
         Anthony Micheletto, Videographer
25                    *   *   *   *   *
```

```
 1                      I N D E X

 2   WITNESS                                  EXAMINATION

 3   CHADI NABHAN, M.D.

 4      EXAMINATION BY MR. STEKLOFF                    6

 5      EXAMINATION BY MS. WAGSTAFF                  117

 6      FURTHER EXAMINATION BY MR. STEKLOFF          122

 7

 8                       EXHIBITS

 9    NUMBER            DESCRIPTION                  PAGE

10    Exhibit 1     11.20.2018 Expert Report          16

11                  of Dr. Chadi Nabhan

12    Exhibit 2     Innovative Oncology               27

13                  Consulting, LLC, Invoice

14                  for Services Rendered in

15                  Hardeman v Monsanto;

16                  NABHNMDLGROUP100057

17

18

19

20

21

22

23

24

25
```

1  aspiration that showed the necrotic tumor on
2  February 6, 2015.
3         So this type of lymphoma usually is an
4  acute, aggressive type of lymphoma.  He wouldn't
5  have had it in 2013, let's say, but when in 2014
6  the first time -- because your question is the
7  first time his lymphoma cell present in his body,
8  I don't know.  All I can tell you is he went to the
9  doctor in December 2014.  Is it possible he had
10 something brewing in October, November 2014?
11 Certainly, I mean, that's -- I mean, that's really
12 the best of my ability to answer your question.
13     Q.   Do you know if Mr. Hardeman was using
14 Roundup in 2014?
15     A.   Yes, that's when he stopped, I believe.
16     Q.   When did he stop?
17     A.   In 2014.
18     Q.   When in 2014?
19     A.   I think when he -- he's been asked that
20 question in his depositions, and I've asked him
21 that question.  He said when he got sick.  So
22 I believe sometime when it was probably in
23 December 2014.
24     Q.   Does it matter when he stopped using
25 Roundup -- I'll start over.  I'll strike that.