# Exhibit 4

```
 0    01


 2                    UNITED STATES DISTRICT COURT

 3

 4                   NORTHERN DISTRICT OF CALIFORNIA

 5

 6    _____

 7

 8    IN RE:  ROUNDUP PRODUCTS              )

 9    LIABILITY LITIGATION                  )

10    _____        )  MDL No. 2741

11                                          )

12    This document relates to:             )  Case No. 16-md-02741-VC

13                                          )

14    Hardeman v. Monsanto Co., et al.      )

15    Case No. 3:16-cv-00525-VC             )

16                                          )

17                                          )

18                                          )

19    _____

20

21         VIDEOTAPED DEPOSITION OF ANDREI SHUSTOV, M.D.

22

23                       December 15, 2018

24

25                       Seattle, Washington
```

```
 1                    APPEARANCES
 2
      For the Plaintiff:
 3
      R. BRENT WISNER, ESQ.
 4    Baum, Hedlund, Aristei & Goldman, P.C.
      10940 Wilshire Boulevard
 5    17th Floor
      Los Angeles, California 90024
 6    310.207.3233
      rbwisner@baumhedlundlaw.com
 7
      AIMEE H. WAGSTAFF, ESQ. (Via teleconference)
 8    Andrus Wagstaff, PC
      7171 West Alaska Drive
 9    Lakewood, Colorado 80226
      303.376.6360
10    aimee.wagstaff@andruswagstaff.com
11    JENNIFER A. MOORE, ESQ. (Via teleconference)
      Grossman & Moore, PLLC
12    One Riverfront Plaza
      401 West Main Street, Suite 1810
13    Louisville, Kentucky 40202
      502.657.7100
14    jmoore@gminjurylaw.com
15
      For Defendant Monsanto Co.:
16
      AARON H. LEVINE, ESQ.
17    DAVID KERSCHNER, ESQ.
      Arnold & Porter Kaye Scholer, LLP
18    250 West 55th Street
      New York, New York 10019
19    212.836.8000
      aaron.levine@arnoldporter.com
20    david.kerschner@arnoldporter.com
21
22
23
24
25
```

```
 1              APPEARANCES (Continuing)
 2
        For Defendant Bayer:
 3
            LINDLEY JAMES BRENZA, ESQ.
 4          Bartlit Beck, LLP
            1801 Wewatta Street
 5          Suite 1200
            Denver, Colorado 80202
 6          303.592.3100
            lindley.brenza@bartlitbeck.com
 7
 8      Also present: Steven Crandall, videographer
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Andrei Shustov, M.D.

```
 1                      EXAMINATION INDEX
 2        EXAMINATION BY:                              PAGE NO.
 3        Mr. Levine                                     10
 4        Mr. Wisner                                    276
 5        Mr. Levine                                    313
 6        Mr. Wisner                                    320
 7        Mr. Levine                                    321
 8
 9                        EXHIBIT INDEX
10        EXHIBIT NO.     DESCRIPTION                  PAGE NO.
11        Exhibit No. 1   Monsanto Company's Notice to   11
                          Take Oral and Videotaped
12                        Deposition of Dr. Andrei
                          Shustov.
13
          Exhibit No. 2   Curriculum vitae of Andrei R.  22
14                        Shustov, M.D.
15        Exhibit No. 3   Expert Report of Dr. Andrei    26
                          R. Shustov.
16
          Exhibit No. 4   Dr. Shustov Reliance List as   26
17                        of November 19, 2018.
18        Exhibit No. 5   IARC monograph regarding       92
                          glyphosate.
19
          Exhibit No. 6   IARC Monographs on the         94
20                        Evaluation of Carcinogenic
                          Risks to Humans:  Preamble.
21
          Exhibit No. 7   IARC monograph regarding       95
22                        hepatitis c virus.
23        Exhibit No. 8   IARC monograph regarding      100
                          hepatitis B virus.
24
25
```

Andrei Shustov, M.D.

EXHIBIT INDEX (Continuing)

| EXHIBIT NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| Exhibit No. 9 | U.S. News & World Report article: "Roundup Weed Killer Has Probable Carcinogen, U.N. Says." | 103 |
| Exhibit No. 10 | Expert Report of Dr. Chadi Nabhan. | 107 |
| Exhibit No. 11 | International Journal of Environmental Research and Public Health: "Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis." | 126 |
| Exhibit No. 12 | Expert Report of Dr. Andrei R. Shustov. | 142 |
| Exhibit No. 13 | Expert Report of Dr. Chadi Nabhan. | 147 |
| Exhibit No. 14 | Fred Hutchinson Cancer Research Center Research Integrity Policy. | 153 |
| Exhibit No. 15 | Fred Hutchinson Cancer Research Center Research Misconduct Policy. | 155 |
| Exhibit No. 16 | Hepatitis B Foundation "Hepatitis B Blood Tests" website printout. | 193 |
| Exhibit No. 17 | Cancer Epidemiology, Biomarkers & Prevention. "Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health." | 226 |

```
 1                    EXHIBIT INDEX (Continuing)
 2       EXHIBIT NO.      DESCRIPTION                      PAGE NO.
 3      Exhibit No. 18   "Pesticide Exposure As Risk        241
                         Factor for non-Hodgkin
 4                       Lymphoma Including
                         Histopathological Subgroup
 5                       Analysis."
 6      Exhibit No. 19   "Glyphosate Use and Cancer         250
                         Incidence in the Agricultural
 7                       Health Study."
 8      Exhibit No. 20   "Integrative Assessment of         258
                         Multiple Pesticides As Risk
                         Factors for non-Hodgkin's
 9                       Lymphoma Among Men."
10
        Exhibit No. 21   "Cancer Incidence Among            262
11                       Glyphosate-Exposed Pesticide
                         Applicators in the
12                       Agricultural Health Study."
13      Exhibit No. 22   American Cancer Society            264
                         website printout:  "Key
14                       Statistics for Non-Hodgkin
                         Lymphoma."
15
        Exhibit No. 23   American Cancer Society            266
16                       website printout:  "Can
                         Non-Hodgkin Lymphoma Be
17                       Prevented?"
18      Exhibit No. 24   American Cancer Society            267
                         website printout:  "What
19                       Causes Non-Hodgkin Lymphoma?"
20      Exhibit No. 25   Occupational Cancer Research       303
                         Center:  "An Detailed
21                       Evaluation of Glyphosate Use
                         and the Risk of Non-Hodgkin
22                       Lymphoma in the North
                         American Pooled Project
23                       (NAPP)."
24
25
```

Andrei Shustov, M.D.

| | | | |
|---|---|---|---|
| 1 | PORTIONS OF TRANSCRIPT REQUESTED TO BE MARKED | | |
| 2 | REQUESTED BY | PAGE NO. | LINE NO. |
| 3 | Mr. Levine | 164 | 14 |

```
 1         correct?
 2                   MR. WISNER:  Objection.  What's
 3         correct?  You read it correctly?
 4    Q    (By Mr. Levine)  Is that correct that you state that?
 5                   MR. WISNER:  Okay.
 6                   THE WITNESS:  Yes.
 7    Q    (By Mr. Levine)  Okay.  And when you say "both
 8         roads," you're referring to a property that he bought
 9         around 1988 in Sonoma County, correct?
10    A    That's correct.
11    Q    Okay.  And you say, "He describes frequent spill on
12         his hands, and inhalation if" -- "if the wind were
13         present while he was working," correct?
14    A    That's what I stated.
15    Q    Then you state, "His use of Roundup was especially
16         'aggressive' in the last three years before he
17         stopped at the time of lymphoma diagnosis," correct?
18    A    That's correct.
19    Q    According to your report, his diagnosis was around
20         February 2015, correct?
21    A    That's correct.
22    Q    And he stopped around that time.  Is that what you're
23         saying?
24    A    That's what I stated.
25    Q    Okay.  And what's your basis for that opinion?
```

| | | |
|---|---|---|
| 1 | A | For what opinion? |
| 2 | Q | Or what's your basis for the information you included |
| 3 | | there regarding Mr. Hardeman's exposure? |
| 4 | A | This is documentation of what patient tells me. |
| 5 | Q | Do you rely on anything else other than what he told |
| 6 | | you? |
| 7 | A | That is physician's job to trust the patient. |
| 8 | Q | Okay. |
| 9 | A | I do not investigate Mr. Hardeman.  I didn't hire a |
| 10 | | private investigator.  Job of the physician is to |
| 11 | | listen to the patient and try to help him out. |
| 12 | | That's exactly what Mr. Hardeman told me on November |
| 13 | | 15 when I saw him. |
| 14 | Q | What is the significance to your opinions and |
| 15 | | methodology in this case of the fact that |
| 16 | | Mr. Hardeman's use of Roundup was especially, quote, |
| 17 | | "aggressive" in the last three years before he |
| 18 | | stopped at the time of his diagnosis? |
| 19 | A | This particular statement is documentation of |
| 20 | | patient's history.  I don't believe it has any impact |
| 21 | | on my conclusion in this case. |
| 22 | Q | Doesn't -- doesn't have any impact on your conclusion |
| 23 | | that he sprayed Roundup aggressively in the last |
| 24 | | three years prior to diagnosis? |
| 25 | A | It would not make any difference in my conclusion |