# Exhibit 5

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4    IN RE ROUNDUP PRODUCTS          )
                                      )
 5    LIABILITY LITIGATION            )
                                      )   Case No.
 6                                    )   3:16-MD-05813-vc
                                      )
 7    This document relates to:       )   MDL No. 2741
                                      )
 8    Simoun Gebeyehou v.             )
      Monsanto co.,                   )
 9     3:16-cv-05813-VC               )
      _____ )
10
11
12
13
14
                           DEPOSITION OF
15
                         SIMOUN GEBEYEHOU
16
                     TUESDAY, NOVEMBER 13, 2018
17
18
19
20
21   REPORTER: KIMBERLY E. D'URSO, RPR, CSR NO. 11372
22
23
24
25
```

```
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFF:
            TESFAYE W. TSADIK LAW OFFICES
 4          TESFAYE W. TSADIK, ESQ.
            The California Building
 5          1736 Franklin Street
            Oakland, CA   94612
 6          (510) 839-3922
            ttsadik@pacbell.net
 7          ttsadik3@gmail.com
 8   FOR THE DEFENDANT:
 9          ARNOLD & PORTER KAYE SCHOLER LLP
            BY:  BERT SLONIM, ESQ.
10          NEDA HAJIAN, ESQ.
            250 W. 55th Street
11          New York NY   10019
            (212) 836-8897
12          bert.slonim@arnoldporter.com
13   ALSO PRESENT:
14          Helen Gebeyehou
15                  --oOo--
16
17
18
19
20
21
22
23
24
25
```

```
 1                INDEX OF EXAMINATION
 2  WITNESS:  SIMOUN GEBEYEHOU
 3    EXAMINATION BY                                    PAGE
              Mr. Slonim............................5
 4
              Mr. Tsadik..........................165
 5
 6
 7              EXHIBITS FOR REFERENCE
 8  EXHIBIT              DESCRIPTION                    PAGE
 9  1 - Notice of Deposition...........................9
10  2 - Land Description..............................31
11  3 - Map...........................................33
12  4 - Copy of Photo.................................35
13  5 - Copy of Photo.................................35
14  6 - Copy of Photo.................................35
15  7 - Plaintiff Fact Sheet..........................50
16  8 - Patient Secure Message........................58
17  9 - "Roundup Check Doubles Your Risk of Lymphoma"..65
18  10- Labels........................................80
19                     --oOo--
20
            QUESTIONS INSTRUCTED NOT TO ANSWER/MARKED
21
              PAGE                  LINE
22
              155                    11
23
                     --oOo--
24
25
```

 1    about 2015 to 2016, you've hired a student to use your
 2    equipment to take care of the landscaping?
 3        A.    Yes.
 4        Q.    And --
 5        A.    What's his name?
 6        Q.    That's okay.
 7              Is it your testimony that prior to 2015 and
 8    2016, you had no type of landscaper or gardener assist
 9    you?
10        A.    Only a couple of days to cut off a tree.
11        Q.    Okay.  Now, I want you to hold Roundup aside,
12    okay?  I'm not asking you this question about Roundup.
13    Did you ever apply any type of pesticide or herbicide
14    other than Roundup to your property?
15        A.    I didn't even know this exists, no.
16        Q.    Okay.  So --
17              MR. TSADIK:  Please answer the question.
18    BY MR. SLONIM:
19        Q.    So it's your testimony that the only type of
20    pesticide or herbicide that you have ever applied to
21    your property from 1986 to date is Roundup?
22        A.    Roundup.  To 1986 to 2016?  2016, I stopped
23    using Roundup.
24        Q.    Now, on the photographs, can you show me which
25    area -- let's take -- which photograph is easiest for

```
 1   wonderful plant.

 2   BY MR. SLONIM:

 3       Q.   It's your testimony that even where there was

 4   cactus growing, that you might have applied Roundup?

 5       A.   Around the footing.

 6       Q.   There are sow thistles on the property;

 7   correct?

 8       A.   Say it again.

 9       Q.   Sow thistles.  Sow, s-o-w.  Sow thistles?

10            MR. TSADIK:  You understand what it is?

11            THE WITNESS:  No.

12   BY MR. SLONIM:

13       Q.   It's a type of weed.

14       A.   I have no idea what they are.

15       Q.   It looks like a flowering weed.

16       A.   Yellow?

17       Q.   Sow thistle?  You don't know?

18       A.   I don't know any of the plants.

19            MR. SLONIM:  So we've been going for a little

20   over an hour.  Why don't we take a short break.

21            THE REPORTER:  Off the record.

22            (Break taken.)

23            (Exhibit Number 7 was marked.)

24   BY MR. SLONIM:

25       Q.   We've marked as Exhibit Number 7 a document
```

```
 1    entitled the "Plaintiff Fact Sheet" that you submitted

 2    in this litigation?

 3        A.   Right.

 4        Q.   We handed that to you.

 5             Would you turn to the last page, please.  It's

 6    page number 14.  The very last page.

 7             Is that your signature?

 8        A.   Yes.

 9        Q.   And did you sign this on October 18th, 2018,

10    the date that's indicated?

11        A.   Right.

12        Q.   And you understand that you signed the fact

13    sheet under penalty of perjury, that the information

14    that you provided is true and correct to the best of

15    your knowledge?

16        A.   Correct.

17        Q.   Would you turn, please, to page 9.

18        A.   Can I have the page again?

19        Q.   When did you start using Roundup?

20        A.   That's what this say?

21        Q.   Well, let me -- let me rephrase.  The fact

22    sheet says that you first started using Roundup in 1987;

23    is that correct?

24        A.   Right.

25        Q.   And it says you last used Roundup in 2014;
```

 1    correct?

 2        A.   I take it back.  After 2014, intensively I was

 3    using it.  But I continued using it until 2016.  Not as

 4    in the same aggressively that I used to do.  So I used

 5    Roundup 1986 for --

 6             (Reporter clarification.)

 7             THE WITNESS:  2016.  I'm sorry.  Did I say

 8    that?

 9    BY MR. SLONIM:

10        Q.   You submitted a statement -- a sworn statement

11    under penalty of perjury in this litigation, less than

12    one month ago, in which you swore that you last used

13    Roundup in 2014; is that right?

14        A.   2014, fully.  But after I got sick, I was using

15    it here and there, very rarely.  Maybe I can make an

16    amendment.

17             (Reporter clarification.)

18             THE WITNESS:  Maybe I used it after that three,

19    four times.  So when you say Roundup until 2014, I don't

20    want to give you the impression that ever since then, I

21    completely ignored it.  I had it --

22    BY MR. SLONIM:

23        Q.   Turn, please, to page 10.

24        A.   What page is this?

25        Q.   That's page 9.  Next page.

```
 1              That question asks you to complete a chart

 2    below to detail your exposure to Roundup and other

 3    glyphosate products.  And in the left-hand side, it asks

 4    you to state the date of usage.

 5              Do you see that?

 6       A.   1987 to 2014.  Right.

 7       Q.   So when you prepared this chart and you

 8    answered this question on October 18th, 2018, you wrote

 9    that the time frame in which you used Roundup from was

10    starting in 1987 and ending in 2014; correct?

11       A.   Yes.

12       Q.   And that was under penalty of perjury; correct?

13       A.   Well, again, I'm going to state this again.

14    Until 2014 was full aggressive, the way I used to do the

15    last 27 years.  But since 2014, maybe I used it three,

16    four, five -- three or four times around the common.

17       Q.   You didn't write that down on your answer to

18    this, did you?

19       A.   The purpose of the question is, how much

20    Roundup did you use from 2014?  Not even one gallon

21    totally.

22       Q.   The question says --

23       A.   I didn't depart -- I'm sorry.  I didn't

24    completely depart from Roundup until 2016.

25       Q.   The question asks you to detail your exposure
```

Simoun Gebeyehou

```
 1    to Roundup and to use as many rows as are necessary to
 2    describe different periods of usage; correct?
 3        A.   It says -- but small thing -- like from that
 4    angle, yes.  But that doesn't necessarily mean that I
 5    completely threw away all of what I had for -- since
 6    2014.
 7        Q.   What happened in 2014 that caused you to stop
 8    using Roundup except for maybe an occasional use in 2016
 9    afterwards?
10        A.   Okay.  You want to get the full story there?
11        Q.   Tell me the short story.
12        A.   The short story, 2014 -- 2014, the rumor going
13    out all over that Roundup causes cancer.  I talked to my
14    doctor.  And he did -- he kept quiet.  He didn't respond
15    to anything.  So I told him, "Is this" -- I said, "I
16    think this is caused by Roundup, my disease."  He didn't
17    say anything whatsoever.
18             I e-mailed him on the 14th, on the 2014, again
19    telling him that I really feel it is Roundup.  And also
20    I read it this time from Dr. Oz movie -- video -- I
21    mean, a show to some -- it was a credible person.  Also
22    I put an attachment to it, and I sent it to him.  He
23    didn't say anything.
24             So I continued using the Roundup, not as much
25    as I used to do in 2014, but -- until 2016.  And then a
```

```
 1    little while in 2016, I stopped a -- not -- a very --

 2    friend doctor of mine, he sent to me an attachment to

 3    me, credible information.  I think it was written by

 4    International Cancer Society or something like that.  It

 5    was an attachment.  Those are credible people.

 6              MR. TSADIK:  You have to ask him a question.

 7    This is narrative.

 8              MR. SLONIM:  Counsel.

 9              MR. TSADIK:  Object on the ground that this is

10    not really a deposition --

11              (Simultaneous speakers.)

12              MR. SLONIM:  Counsel.

13              MR. TSADIK:  Answering the question.

14              MR. SLONIM:  Counsel, just say "Objection."

15              MR. TSADIK:  Objection.  I am telling you

16    objection.  You ask your question.

17              THE WITNESS:  Ask --

18              MR. SLONIM:  And you interrupted his answer.

19    BY MR. SLONIM:

20        Q.    Dr. -- Mr. Gebeyehou, so do I understand that

21    you watched the Dr. Oz TV program?

22        A.    Right.

23        Q.    And did you watch a Dr. Oz TV program in

24    September 2014 that said that Roundup caused cancer?

25        A.    I'm not sure of the month, but probably you are
```

Simoun Gebeyehou

```
 1    right.  September.
 2        Q.   Do you read articles published on an Internet
 3    website called Rodale News?
 4        A.   I don't remember.
 5        Q.   Do you know what Rodale News is?
 6        A.   No.
 7        Q.   Did you ever read anything published by
 8    rodalenews.com?
 9        A.   No.
10        Q.   Do you recall reading an article on a website
11    in September 2014 that said Roundup caused lymphoma?
12        A.   Two websites, credible websites.  One is one
13    with Dr. Oz.  And then the other one where you asked me,
14    I answered.
15        Q.   So you recall that at some point in time in the
16    fall of 2014, you read on two websites that Roundup
17    caused lymphoma?
18        A.   I read on the website.  There's plenty.  But
19    the two credible attachments that made my decision from
20    two attachments.  The one attachment is Dr. Oz.  And the
21    one in 2016 was, if I recall, a technical paper written
22    in 2015.  But it come to my hand 2016.  When I -- when I
23    saw that, I stopped using it, especially Roundup.  So
24    when you say, did you use Roundup, yes, until 2014.  And
25    then 2016, I completely stopped.
```