**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO  80226
Tel: (303) 376-6360
Fax: (303) 376-6361
Aimee.wagstaff@andruswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY  10003
Tel: (212) 558-5802
Fax:  (646) 293-4921
rgreenwald@weitzlux.com

**THE MILLER FIRM, LLC**
Michael J. Miller (*pro hac vice*)
Brian K. Brake (*pro hac vice*)
108 Railroad Ave.
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
mmiller@millerfirmllc.com
bbrake@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | **DECLARATION OF AIMEE H. WAGSTAFF IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION IN *LIMINE* NO. 7** |

I, Aimee H. Wagstaff, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney at Andrus Wagstaff P.C., designated as co-lead counsel for plaintiffs in MDL No. 2741. I submit this declaration in support of Plaintiffs' Response in Opposition to Monsanto's Motion *In Limine* No. 7.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Charles Benbrook.

3. Attached hereto as Exhibit 2 is a true and correct copy of the First Amended Complaint of Plaintiff Edwin Hardeman.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the report from Jay I. Goodman, titled "Glyphosate: Review and Interpretation of Key Aspects of the Scientific Literature Concerning Genotoxicity and Oxidative Stress Data," dated July 31, 2017. Relevant portions of this document have been highlighted for ease of reference.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Opinion of Michael J. Sullivan regarding Plaintiff Hardeman. Relevant portions of this document have been highlighted for ease of reference.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Opinion of Michael J. Sullivan regarding Plaintiff Stevick. Relevant portions of this document have been highlighted for ease of reference.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Opinion of Michael J. Sullivan regarding Plaintiff Gebeyehou. Relevant portions of this document have been highlighted for ease of reference.

8. Attached hereto as Exhibit 7 is a true and correct copy of the document produced by Defendant as MONGLY01090874, listing the 2015 "Highlights" for David Saltmiras. Relevant portions of this document have been highlighted for ease of reference.

9. Attached hereto as Exhibit 8 is a true and correct copy of the document produced by Defendant as MONGLY01723742, detailing the "Glyphosate Activities" for David Saltmiras in 2015. Relevant portions of this document have been highlighted for ease of reference.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of excerpts from the <u>Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential</u>, issued by the EPA's Office of Pesticide Programs, and dated December 12, 2017. Relevant portions of this document have been highlighted for ease of reference.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the first five pages from the document produced by Defendant as MONGLY01691608-etc., which is a draft of the article ultimately "authored" by Kier and Kirkland, published in 2013, and titled Review of Genotoxicity of Glyphosate and Glyphosate Based Formulations. Relevant portions of this document have been highlighted for ease of reference.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a document produced by Defendant as MONGLY03316369, entitled "IARC FOLLOW UP." Relevant portions of this document have been highlighted for ease of reference.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of excerpts from the condensed deposition transcript for Plaintiff Hardeman, conducted on November 8, 2018. Relevant portions of this document have been highlighted for ease of reference.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2019

Respectfully Submitted,

/s/Aimee H. Wagstaff
Aimee H. Wagstaff

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

-3-   Case No. 3:16-md-02741-VC
DECLARATION OF AIMEE WAGSTAFF IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL