# EXHIBIT 9

# Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential

# EPA's Office of Pesticide Programs
# December 12, 2017



DP Barcode: D444689
TXR#: 0057688

# Table of Contents

List of Acronyms .................................................................................................................. 7

List of Tables ...................................................................................................................... 10

1.0  Introduction ............................................................................................................. 12

1.1  Background ............................................................................................................. 12

1.2  Evaluation of Carcinogenic Potential ..................................................................... 12

1.3  Overview of "Framework for Incorporating Human Epidemiologic & Incident Data in Health Risk Assessment" ............................................................................. 14

1.4  Summary of the Exposure Profile in the United States .......................................... 15

1.5  Organization of this Document ............................................................................... 19

2.0  Systematic Review & Data Collection .................................................................... 19

2.1  Data Collection: Methods & Sources ..................................................................... 20

2.1.1  Open Literature Search .................................................................................... 20

2.1.2  Studies Submitted to the Agency ..................................................................... 21

2.2  Evaluation of Relevant Studies ............................................................................... 22

3.0  Data Evaluation of Epidemiology ........................................................................... 23

3.1  Introduction ............................................................................................................. 23

3.2  Considerations for Study Quality Evaluation and Scope of Assessment ............... 23

3.2.1  Study Designs ................................................................................................... 24

3.2.1.1  Analytical Studies ......................................................................................... 26

| | | |
|---|---|---|
| 3.2.1.2 | Descriptive Studies | 27 |
| 3.2.2 | Exposure Measures | 28 |
| 3.2.3 | Outcome Measures | 28 |
| 3.2.4 | Confounding | 28 |
| 3.2.5 | Statistical Analyses | 29 |
| 3.2.6 | Risk of Bias | 29 |
| 3.3 | Review of Quality Results | 30 |
| 3.3.1 | "High" Quality Group | 31 |
| 3.3.2 | "Moderate" Quality Group | 32 |
| 3.3.3 | "Low" Quality Group | 32 |
| 3.4 | Assessment of Epidemiological Studies for Relevance to Analysis | 44 |
| 3.5 | Summary of Relevant Epidemiological Studies | 45 |
| 3.5.1 | Solid Tumor Cancer Studies | 45 |
| 3.5.2 | Non-Solid Tumor Cancer Studies | 53 |
| 3.6 | Discussion | 63 |
| 4.0 | Data Evaluation of Animal Carcinogenicity Studies | 69 |
| 4.1 | Introduction | 69 |
| 4.2 | Consideration of Study Quality for Animal Carcinogenicity Studies | 69 |
| 4.3 | Assessment of Animal Carcinogenicity Studies | 71 |

| | | |
|---|---|---|
| **4.4** | **Summary of Animal Carcinogenicity Studies** | **74** |
| **4.5** | **Rat Carcinogenicity Studies with Glyphosate** | **74** |
| **4.5.1** | **Lankas, 1981 (MRID 00093879)** | **74** |
| **4.5.2** | **Stout and Ruecker, 1990 (MRID 41643801)** | **75** |
| **4.5.3** | **Atkinson *et al.*, 1993a (MRID 49631701)** | **79** |
| **4.5.4** | **Brammer, 2001 (MRID 49704601)** | **80** |
| **4.5.5** | **Pavkov and Wyand 1987 (MRIDs 40214007, 41209905, 41209907)** | **80** |
| **4.5.6** | **Suresh, 1996 (MRID 49987401)** | **81** |
| **4.5.7** | **Enemoto, 1997 (MRID 50017103-50017105)** | **81** |
| **4.5.8** | **Wood *et al.*, 2009a (MRID 49957404)** | **81** |
| **4.5.9** | **Summary of Rat Data** | **82** |
| **4.6** | **Mouse Carcinogenicity Studies with Glyphosate** | **85** |
| **4.6.1** | **Reyna and Gordon, 1973 (MRID 00061113)** | **85** |
| **4.6.2** | **Knezevich and Hogan, 1983 (MRID 00130406)** | **85** |
| **4.6.3** | **Atkinson, 1993b (MRID 49631702)** | **87** |
| **4.6.4** | **Wood *et al.*, 2009b (MRID 49957402)** | **88** |
| **4.6.5** | **Sugimoto, 1997 (MRID 50017108 - 50017109)** | **89** |
| **4.6.6** | **Pavkov and Turnier, 1987 (MRIDs 40214006, 41209907)** | **90** |
| **4.6.7** | **Summary of Mouse Data** | **90** |

4.7    Absorption, Distribution, Metabolism, Excretion (ADME) .......................................... 93

4.8    Discussion ...................................................................................................................... 94

5.0    Data Evaluation of Genetic Toxicity ........................................................................ 98

5.1    Introduction ................................................................................................................... 98

5.2    Scope of the Assessment Considerations for Study Quality Evaluation ..................... 99

5.3    Tests for Gene Mutations for Glyphosate Technical ................................................. 100

5.3.1  Bacterial Mutagenicity Assays .................................................................................... 100

5.3.2  *In vitro* Tests for Gene Mutations in Mammalian Cells ............................................... 106

5.4    *In vitro* Tests for Chromosomal Abnormalities ........................................................... 108

5.4.1  *In vitro* Mammalian Chromosomal Aberration Test .................................................... 108

5.4.2  *In vitro* Mammalian Micronucleus Test ...................................................................... 109

5.5    *In Vivo* Genetic Toxicology Tests ................................................................................ 114

5.5.1  *In Vivo* Assays for Chromosomal Abnormalities ....................................................... 114

5.5.1.1   Mammalian Bone Marrow Chromosomal Aberration Assays .......................... 114

5.5.1.2   Rodent Dominant Lethal Test .......................................................................... 114

5.5.1.3   *In Vivo* Mammalian Erythrocyte Micronucleus Assays ................................... 115

5.6    Additional Genotoxicity Assays Evaluating Primary DNA Damage ........................ 122

5.7    Summary and Discussion ............................................................................................ 129

6.0    Data Integration & Weight-of-Evidence Analysis Across Multiple Lines of Evidence
       132

6.1    Background ........................................................................................................................ 132

6.2    Dose-Response and Temporal Concordance .................................................................. 132

6.3    Strength, Consistency, and Specificity ........................................................................... 133

6.4    Biological Plausibility and Coherence............................................................................ 135

6.5    Uncertainty ....................................................................................................................... 136

6.6    Evaluation of Cancer Classification per the 2005 EPA Guidelines for Carcinogen Risk Assessment ................................................................................................................ 138

6.6.1  Introduction...................................................................................................................... 138

6.6.2  Discussion of Evidence to Support Cancer Classification Descriptors ...................... 141

6.7    Proposed Conclusions Regarding the Carcinogenic Potential of Glyphosate ........... 143

7.0    Collaborative Research Plan for Glyphosate and Glyphosate Formulations ........... 145

8.0    References ......................................................................................................................... 147

## 1.0  Introduction

### 1.1  Background

Glyphosate is a non-selective, phosphonomethyl amino acid herbicide registered to control weeds in various agricultural and non-agricultural settings.  The herbicide acts by inhibiting the 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS) enzyme, which is not present in mammalian systems.  Glyphosate was initially registered in 1974.  Since then, several human health analyses have been completed for glyphosate.  In 1986, EPA issued the Glyphosate Registration Standard which updated the agency's toxicity database for this compound.  In 1993, EPA issued the registration eligibility decision (RED) that indicated that glyphosate was eligible for re-registration.

Currently, glyphosate is undergoing Registration Review[1], a program where all registered pesticides are reviewed at least every 15 years as mandated by the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA).  The initial docket opening for glyphosate occurred in 2009 with the publication of the human health scoping document and preliminary work plan[2].  As part of this process, the hazard and exposure of glyphosate are reevaluated to determine its potential risk to human and environmental health.  Risks are assessed using current practices and policies to ensure pesticide products can still be used safely.  Registration Review also allows the agency to incorporate new science.  For human health risk assessment, both non-cancer and cancer effects are evaluated for glyphosate and its metabolites, aminomethylphosphonic acid (AMPA) and *N*-acetyl-glyphosate; however, this document will focus on the cancer effects only.  EPA expects to complete its complete human health risk assessment in 2017 that will include an assessment of risk from anticipated exposures resulting from registered uses of glyphosate in residential and occupational settings.

### 1.2  Evaluation of Carcinogenic Potential

Since its registration, the carcinogenic potential of glyphosate has been evaluated by EPA several times.  In 1985, the initial peer review of glyphosate was conducted in accordance with the Proposed Guidelines for Carcinogen Risk Assessment.  The agency classified glyphosate as a Group C chemical (Possible Human Carcinogen), based on the presence of kidney tumors in male mice.  In 1986, the agency requested that the FIFRA Scientific Advisory Panel (SAP) evaluate the carcinogenic potential of glyphosate.  The panel determined that the data on renal tumors in male mice were equivocal (only an increase in adenomas was observed and the increase did not reach statistical significance).  As a result, the panel recommended a Group D chemical classification (Not Classifiable as to Human Carcinogenicity) for glyphosate and advised the agency to issue a data call-in notice for further studies in rats and/or mice to clarify the unresolved questions (FIFRA SAP Report, 1986)[3].

---

[1] Additional information on the Registration Review process can be found at: https://www.epa.gov/pesticide-reevaluation/registration-review-process

[2] Documents of the Registration Review can be found in the public docket at: EPA-HQ-OPP-2009-0361, accessible at www.regulations.gov.

[3] Review available at: http://www.epa.gov/pesticides/chem_search/cleared_reviews/csr_PC-103601_24-Feb-86_209.pdf

The toxicological databases for glyphosate[10] were reviewed and all relevant animal, genotoxicity, and metabolism studies were collected for consideration.

Several resources were used to ensure all relevant studies were included in the current evaluation. The list of studies obtained from the toxicological database and the open literature search were cross-referenced with recent internal reviews (CARC, 2015; S. Recore *et al.*, 2014). This list was also cross-referenced with review articles from the open literature [Chang and Delzell (2016), Greim et al. (2015), Kier and Kirkland (2013), Kier (2015), Mink *et al.* (2012), Schinasi and Leon (2014), and Williams *et al.* (2000)][11]. EPA requested studies from registrants that were not previously available to the EPA. As a result, numerous studies were subsequently submitted to the agency. Study reports for one animal carcinogenicity study and 17 genotoxicity studies were not available to the agency and have been noted in the relevant sections below. For these studies, data and study summaries provided in Greim et al. (2015) and Kier and Kirkland (2013) were relied upon for the current evaluation.

## 2.2   Evaluation of Relevant Studies

Studies submitted to the agency are evaluating based on OECD, OCSPP, or OPP test guideline requirements to determine whether studies are acceptable for use in risk assessment. In the current evaluation, animal carcinogenicity, genotoxicity, and metabolism studies located in the internal databases with access to full study reports were evaluated in this manner. Those classified as unacceptable were noted and subsequently excluded from the current evaluation.

In order to evaluate open literature studies, criteria described in the OPP guidance for considering and using open literature toxicity studies to support human health risk assessment was utilized (U.S. EPA, 2012). This guidance assists OPP scientists in their judgement of the scientific quality of open literature publications. More specifically, the document discusses how to screen open literature studies for journal articles/publications that are relevant to risk assessment, how to review potentially useful journal articles/publications and categorize them as to their usefulness in risk assessment, and how the studies may be used in the risk assessment. As with submitted studies, those deemed unacceptable were noted and subsequently excluded from the current evaluation.

---

[10] Glyphosate pesticide chemical (PC) codes: 103601, 103603, 103604, 103605, 103607, 103608, 103613, 128501, and 417300.

[11] All review articles, except Schinasi and Leon (2014), were funded and/or linked to Monsanto Co. or other registrants.

## 5.2  Scope of the Assessment Considerations for Study Quality Evaluation

Previous genotoxicity assessments conducted as part of the CARC reviews for glyphosate in 1991 and 2015, considered only studies conducted with glyphosate technical and included only studies that provided adequate characterization of the test material (*i.e.* purity information provided).  In the current analysis, a fit-for-purpose systematic review process was conducted to identify relevant genotoxicity data from regulatory studies and published literature from open sources (published and unpublished) for both glyphosate technical and glyphosate-based formulations. Studies conducted with glyphosate formulations that were identified and considered relevant for genotoxicity evaluation are summarized in table form in Appendix F.  As described in Section 7.0 of this document, glyphosate formulations are hypothesized to be more toxic than glyphosate alone.  The agency is collaborating with NTP to systematically investigate the mechanism(s) of toxicity for glyphosate and glyphosate formulations.  However, the focus of this section is the genotoxic potential of glyphosate technical.

As described previously in Section 2.1.3, the list of studies identified in this process were also cross-referenced with genotoxicity review articles for glyphosate from the open literature [Kier and Kirkland (2013), and Williams *et al.* (2000)], as well as recent international evaluations of glyphosate (IARC 2015, EFSA 2015, JMPR 2016).  The current analysis also includes studies conducted by other registrants that were not previously available to the agency. Sixteen studies for glyphosate technical that were included in Kier and Kirkland (2013) were not available to the agency; therefore, data and study summaries provided in the review articles were relied upon in the current review and are identified in the data tables with a footnote. The Kier and Kirkland (2013) article serves as the original publication for these studies and provided relevant information on study design and conditions as well as summary data.  The data set includes *in vitro* and *in vivo* studies conducted in mammalian systems, with the exception of standard bacterial test strains, which have a long history of detecting chemicals that are mutagenic in humans. Studies conducted in non-mammalian species (e.g. worms, fish, reptiles, plants), were excluded because they were considered to be not relevant for informing genotoxic risk in humans.  Several epidemiological studies that evaluated biomarkers for genotoxicity were not included in this evaluation because these studies were assigned a low quality ranking as described in Section 3.3.

When evaluating the quality of the published and unpublished data for inclusion in the analysis, the agency considered the reporting quality (how well a study was reported), the study design and how well the study was conducted.  Critical elements in study design and interpretation for genotoxicity tests are described in the various EPA and OECD test guidelines.  Elements such as test conditions (e.g. solubility, pH, osmolarity, and cytotoxicity) and study design (e.g. number of test organisms, doses selected, use of positive and negative controls; blinded evaluation) were used to evaluate the quality of published and non-published studies.  In cases where inappropriate testing conditions or study design clearly had an impact on the outcome the study, the study was excluded from the analysis.  For example, early studies by Majeska (1982) were excluded from the analysis since it was clearly demonstrated that altered pH by the test chemical can result in false positive responses in several of *in vitro* genotoxicity tests (Majeska, 1985d,e,f).  In other cases, particularly with the published literature studies, where test conditions and/or study design differed from what is generally considered as acceptable

following in the EPA or OECD guidelines, the differences are noted, but the studies were not excluded from analysis unless the condition made the study unreliable. Summaries of relevant genotoxicity studies can be found in TXR# 0057499. Studies that were excluded from the analysis are listed in Appendix G.

The studies evaluating the genetic toxicity of the active ingredient glyphosate are presented in the following sections according to the type of genetic endpoints evaluated: mutations, chromosomal aberrations and other assays evaluating DNA damage. *In vitro* and *in vivo* assays are discussed separately according to the genetic endpoint. For the purpose of this analysis, glyphosate and its salts are considered together when evaluating the genotoxic potential of the active ingredient glyphosate.

### 5.3 Tests for Gene Mutations for Glyphosate Technical

#### 5.3.1 Bacterial Mutagenicity Assays

Bacteria have traditionally been employed as a primary test organism for the detection of chemical mutagens. The bacterial reverse mutation assay is routinely performed in the test strains of *Salmonella typhimurium* and *Escherichia coli*. These test strains are mutant strains that are deficient for the synthesis of an essential amino acid. The assay detects mutations that revert the test strains back to wild type for amino acid synthesis and the revertants are identified by their ability to grow in culture medium deficient of the specific amino acid(s). This mutagenicity test identifies point mutations, which includes base substitutions and deletions and insertions of up to a few base pairs (OECD 471). The tests are typically conducted in the presence and absence of an exogenous source of metabolic activation (e.g., S9 microsomal fraction of activated liver homogenates) to identify potential mutagenic metabolites.

Glyphosate has been extensively evaluated for its potential to induce mutations in bacteria. Most of the studies considered consist of the full battery of bacterial strains (*i.e.* the recommend strains in EPA and OECD Test Guidelines) and were evaluated at appropriate test concentrations (up to cytotoxic or assay limit concentrations).

EPA identified 27 studies that tested glyphosate technical in bacterial mutagenicity assays by means of the standard plate incorporation method or the pre-incubation modification of the standard assay. Glyphosate was negative in the presence and absence of metabolic activation in all the studies. The results of the bacterial reversion mutation assays evaluating glyphosate technical are presented in Table 5.1