# EXHIBIT 12

Confidential - Edwin Hardeman

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS         )
LIABILITY LITIGATION            )
                                )  MDL No. 2741
                                )  Case No. 16-md-02741-VC
                                )
                                )
                                )
This Document Relates To:       )
                                )
Hardeman v. Monsanto Co.,       )
et al.                          )
Case No. 3:16-cv-00525-VC       )
                                )
                                )

- - - -

CONFIDENTIAL

VIDEOTAPED

DEPOSITION OF EDWIN HARDEMAN

Held at the Vintners Inn

4350 Barnes Road, Santa Rosa, California

Thursday, November 8, 2018, 9:16 a.m.

- - - -

REPORTED BY:  ELAINA BULDA-JONES, CSR NO. 11720

Golkow Litigation Services - 877.370.DEPS

Confidential - Edwin Hardeman

Page 2

```
 1                APPEARANCES
 2
 3   For the Plaintiff:
 4      BY: AIMEE H. WAGSTAFF, ESQ.
         Andrus Wagstaff, PC
 5       7171 W. Alaska Drive
         Lakewood, Colorado 80226
 6       303.376.6360
         Aimee.wagstaff@andruswagstaff.com
 7
         BY: R. BRENT WISNER, ESQ.
 8       Baum Hedlund Aristei Goldman, P.C.
         10940 Wilshire Boulevard, 17th Floor
 9       Los Angeles, California 90024
         310.207.3233
10       Rwisner@baumhedlundlaw.com
11
12   For the Defendants:
13      BY: COREY LAPLANTE, ESQ.
         Wilkinson Walsh + Eskovitz
14       11601 Wilshire Boulevard, Suite 600
         Los Angeles, California 90025
15       424.291.9656
         Claplante@wilkinsonwalsh.com
16
         BY: JULIE DU PONT, ESQ.
17       Arnold & Porter Kaye Scholer, LLP
         250 West 55th Street
18       New York, New York 10019-9710
         212.836.8572
19       Julie.dupont@arnoldporter.com
20       BY: E. ALEX BEROUKHIM, ESQ.
         Arnold & Porter Kaye Scholer, LLP
21       777 South Figueroa Street, 44th Floor
         Los Angeles, California 90017-5844
22       213.243.4059
         Alex.beroukhim@arnoldporter.com
23
24
25
```

Page 3

```
 1   Also present:
 2      Breana Pozzi, videographer
        Mary Hardeman
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              INDEX OF EXAMINATIONS
 2
 3   EXAMINATIONS                          PAGE
 4   MS. DuPONT                               8
 5   MS. WAGSTAFF                           293
 6   MS. DuPONT                             301
 7   MS. WAGSTAFF                           306
 8
 9
10
11              INDEX OF EXHIBITS
12   NO.         DESCRIPTION              PAGE
13   Exhibit 1   Monsanto Company's Amended  14
                 Notice to take Oral and
14               Videotaped Deposition of Edwin
                 Hardeman
15
     Exhibit 2   Plot maps                   20
16
     Exhibit 3   Letter, December 19, 2012, to  21
17               Edwin F. Hardeman and Mary M.
                 Hardeman from Laurie Roskam
18
     Exhibit 4   Grant Deed, October 21, 1988  21
19
     Exhibit 5   Photographs, 9 pages         22
20
     Exhibit 6   Product literature, Bayworld  41
21               Industries
22   Exhibit 7   Medical records produced at  44
                 the deposition
23
     Exhibit 8   Medical records produced at  45
24               the deposition
25
```

Page 5

```
 1   Exhibit 9   E-mail between Ed Hardeman and  46
                 Steve Mack, Subject:
 2               Permission
 3   Exhibit 10  Plaintiff Fact Sheet         57
 4   Exhibit 11  Identification of Product   177
 5   Exhibit 12  Trulia estimate of 11955    255
                 Westside Road, Forestville, CA
 6               95436
 7   Exhibit 13  Photo of a sprayer          298
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Confidential - Edwin Hardeman

Page 294

1  BY MS. WAGSTAFF:
2     Q.  You testified earlier today about the
3  label -- the Roundup labels.
4         Do you remember that, about five hours
5  ago?
6     A.  Yes.
7     Q.  Okay.
8         MS. DuPONT:  Object to form.
9  BY MS. WAGSTAFF:
10    Q.  And you testified, I believe, that you
11 read the Roundup label in the mid '80s and then
12 maybe one more time while you were at the forest --
13 Forestville property; is that correct?
14    A.  Yes.
15    Q.  Okay.  Is -- is that accurate testimony?
16    A.  No, I've read it more than -- more than
17 those times.  Three or four times, I would say,
18 during the -- maybe several times.
19    Q.  So -- so why did you testify that you only
20 had read it two times?
21    A.  Couldn't -- couldn't quite reflect -- I
22 mean, I was looking at it different because I was
23 looking at it in terms of how I spray it and forgot
24 that I had looked at -- reread some of those data
25 sheets on the -- on the containers and...

Page 295

1     Q.  So is it fair to say that you reviewed the
2  labels, the Roundup label, when you first bought the
3  product and then periodically throughout the use --
4         MS. DuPONT:  Objection.
5  BY MS. WAGSTAFF:
6     Q.  -- your use of the product?
7         MS. DuPONT:  Objection.  Leading.
8         THE WITNESS:  Yes.
9         MS. WAGSTAFF:  Okay.  I'll note your
10 objection.  Just let me -- let me get the question
11 out.
12    Q.  Is it fair to say that you reviewed the --
13 the label when you first bought the product and then
14 periodically throughout your use?
15    A.  Yes.
16        MS. DuPONT:  Object to form.  Leading.
17 BY MS. WAGSTAFF:
18    Q.  All right.  And if -- if Monsanto had put
19 a warning on the label that the product could
20 cause -- cause cancer, would you have used the
21 product?
22        MS. DuPONT:  Object to form.
23        THE WITNESS:  No, absolutely not.
24 BY MS. WAGSTAFF:
25    Q.  If Monsanto had warned that the product

Page 296

1  caused cancer, in 1990, would you have used the
2  product?
3     A.  Absolutely not.
4         MS. DuPONT:  Objection to form.  Leading.
5  BY MS. WAGSTAFF:
6     Q.  If -- let her object then you can answer
7  so we can splice out her objection later.
8         So if they had put a warning on the
9  label -- if Monsanto had put a warning on the label
10 that the product could cause cancer, in 1995, would
11 you have used the product?
12    A.  No.
13        MS. DuPONT:  Objection to form.
14        MS. WAGSTAFF:  Wait for her to object.
15        THE WITNESS:  I'm sorry.
16        MS. DuPONT:  Let me object.
17        Object to the form.  Leading.  Calls for
18 speculation.
19 BY MS. WAGSTAFF:
20    Q.  If Monsanto had put a warning -- okay.
21 I'm going to -- I'm going to -- I'm going to say
22 something, she's going to object, and then you're
23 going to answer.
24    A.  Oh, okay.
25    Q.  That's the dance we're going to do real

Page 297

1  quick.  Okay.
2     A.  Uh-huh.
3     Q.  So please wait for her to object.
4         If Monsanto had put a warning on the label
5  that Roundup could cause cancer, in 1990, would you
6  have used Roundup?
7         MS. DuPONT:  Object to form.  Leading.
8  Calls for speculation.
9         THE WITNESS:  No.
10 BY MS. WAGSTAFF:
11    Q.  If Monsanto had put a warning that Roundup
12 could cause cancer on its label, in 1995, would you
13 have used Roundup?
14        MS. DuPONT:  Object to form.  Leading.
15 Calls for speculation.
16        THE WITNESS:  No, I wouldn't have used it.
17 BY MS. WAGSTAFF:
18    Q.  If Monsanto had put a warning on the label
19 that Roundup could cause cancer, at any time during
20 the 2000s, when you were using it from 2000 to 2010,
21 would you have used the product?
22        MS. DuPONT:  Object to form.  Leading.
23        THE WITNESS:  No.
24        MS. DuPONT:  Calls for speculation.
25        THE WITNESS:  No, no.  No way.

75 (Pages 294 to 297)

Page 298

1  BY MS. WAGSTAFF:
2      Q.  If at any time you had read that Roundup
3  caused cancer, either on a label or some other way,
4  would you have used the product?
5          MS. DuPONT:  Object to form.  Leading.
6  Calls for speculation.
7          THE WITNESS:  No.  No way.
8          MS. WAGSTAFF:  Okay.
9          I'm going to -- do you have the exhibit --
10 sticker -- the exhibit stickers?
11         (Whereupon, a brief discussion off the
12 record.)
13         MS. WAGSTAFF:  Okay.  One more question.
14     Q.  If Monsanto had put on the Roundup label
15 at any time while you were using the Roundup product
16 from 1990 -- 1988 to 2011, if -- if Monsanto had
17 put, during that time, on its label that it could
18 cause cancer, would you have used Roundup?
19         MS. DuPONT:  Object to form.  Leading.
20 Calls for speculation.
21         THE WITNESS:  No way.  I wouldn't have.
22         MS. WAGSTAFF:  Okay.  I'm going to mark
23 Exhibit 13.
24         (Whereupon, Exhibit 13 was marked for
25 identification.)

Page 299

1  BY MS. WAGSTAFF:
2      Q.  So to be fair, my co-counsel pulled this
3  off the internet.  So this isn't a picture of --
4      A.  Uh-huh.
5      Q.  -- your actual sprayer, but is this a fair
6  representation of the -- the hand pump that you
7  used?
8          MS. DuPONT:  I'm going to object to the
9  foundation of this exhibit because it's not clear
10 where this has come from.
11         THE WITNESS:  Yes, it's a -- typically,
12 you know, standard pump-up sprayer you'd buy.
13 BY MS. WAGSTAFF:
14     Q.  Okay.  And so you can authenticate that
15 this is a -- a fair representation of the -- the
16 pump-up sprayer that you used to spray Roundup?
17         MS. DuPONT:  Object to form.  Calls for
18 speculation.
19         THE WITNESS:  Yes, it is.
20 BY MS. WAGSTAFF:
21     Q.  Okay.  And you had testified earlier today
22 that -- when you were asked to describe the bottle,
23 I think you -- your testimony was that the actual
24 container was white.
25         Did you remember giving that testimony?

Page 300

1      A.  Yes.
2          MS. DuPONT:  Object to form.  Misstates
3  prior testimony.
4  BY MS. WAGSTAFF:
5      Q.  And was the bottle always white or were
6  you just talking about your most recent purchases of
7  Roundup?
8          MS. DuPONT:  Object to form.  Leading.
9          THE WITNESS:  Most recent purchases, yeah.
10 BY MS. WAGSTAFF:
11     Q.  Okay.  So were -- was the -- the container
12 ever any color other than white?
13     A.  Yes.
14     Q.  Okay.  Did Dr. Ye ever ask you if you had
15 used Roundup?
16     A.  No.
17     Q.  Did any of your treating physicians ever
18 ask you if you had used Roundup?
19         MS. DuPONT:  Objection.  Leading.
20         THE WITNESS:  No.
21         MS. WAGSTAFF:  All right.  I have no more
22 questions.
23         MR. BEROUKHIM:  We have some recross.
24         Off the record.
25         THE VIDEOGRAPHER:  Going off the record at

Page 301

1  5 o'clock.
2          (Whereupon, a brief recess was taken.)
3          THE VIDEOGRAPHER:  Back on record at 5:02.
4              EXAMINATION
5  BY MS. DuPONT:
6      Q.  Mr. Hardeman?
7      A.  Yes.
8      Q.  Between the time that you testified that
9  you had reviewed the label two times and then when
10 you just testified that you had reviewed the label
11 initially and then periodically after that, did you
12 have any discussions with counsel?
13         I don't want to -- I don't want to hear
14 about what those discussions were, but did you have
15 any discussions with your counsel?
16     A.  About the -- what, the labels?
17         MS. WAGSTAFF:  Wait.
18         Objection.  We can't -- we're -- this
19 is -- you're asking him to -- to talk about -- we
20 had lunch together.  I mean, you're asking him --
21 objection.
22 BY MS. DuPONT:
23     Q.  You can answer the question.  Just asking
24 whether you had discussions with your counsel
25 between when you testified that you had reviewed the