UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 8 RE: PROPOSITION 65** |

   Having considered Monsanto Company's Motion *in Limine* No. 8 Re: Proposition 65, the evidence submitted therewith, the arguments of counsel for the parties in connection therewith, if any, and finding good cause therefore, this Court HEREBY GRANTS Monsanto Company's motion in its entirety. IT IS SO ORDERED.

Date: _____, 2019        _____
                                      HONORABLE VINCE CHHABRIA
                                      UNITED STATES DISTRICT COURT