# Exhibit 2

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA              09:03:31

 2                      COUNTY OF SAN FRANCISCO

 3

 4       DEWAYNE JOHNSON,

 5                 Plaintiff,

 6            vs.                          Case No. CGC-16-550128

 7       MONSANTO COMPANY, et al.,

 8                 Defendants.
         _____/
 9

10

11

12         Proceedings held on Thursday, June 28, 2018,

13         Volume 4, Afternoon Session, before the Honorable

14         Suzanne R. Bolanos, at 1:43 p.m.

15

16

17

18

19

20

21  REPORTED BY:

22  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

23  Job No. 2950272B

24

25  Pages 1181 - 1275
```

1181

```
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFF:
 4           R. BRENT WISNER, ESQ.
 5           BAUM, HEDLUND, ARISTEI, GOLDMAN PC
 6           12100 Wilshire Boulevard, Suite 950
 7           Los Angeles, California 90025
 8           310-207-3233
 9
10           DAVID DICKENS, ESQ.
11           THE MILLER FIRM, LLC
12           108 Railroad Avenue
13           Orange, Virginia 22960
14           540-672-4224
15
16           MARK BURTON, ESQ.
17           AUDET & PARTNERS
18           711 Van Ness Avenue, Suite 500
19           San Francisco, California 94102
20           415-568-2555
21
22
23
24
25
```

```
 1   APPEARANCES (Continued):
 2
 3   FOR THE DEFENDANT:
 4           SANDRA A. EDWARDS, ESQ.
 5           FARELLA BRAUN + MARTEL LLP
 6           235 Montgomery Street
 7           San Francisco, California 94104
 8           415-954-4400
 9
10           GEORGE C. LOMBARDI, ESQ.
11           JAMES M. HILMERT, ESQ.
12           WINSTON & STRAWN LLP
13           35 West Wacker Drive
14           Chicago, Illinois 60601
15           312-558-5969
16
17           KIRBY T. GRIFFIS, ESQ.
18           HOLLINGSWORTH LLP
19           1350 I Street, N.W.
20           Washington, D.C. 20005
21           202-898-5800
22
23   Also Present:
24           Jeffrey Travers, Esq.
25
```

| | | |
|---|---|---|
| 1 | MR. LOMBARDI: They're just -- I think what | 13:44:57 |
| 2 | Counsel's referring to is we'll obviously need a little bit of | 13:44:59 |
| 3 | time to move everything, and if we have after the first day to | 13:45:02 |
| 4 | do that, I think that will be sufficient. So the second day | 13:45:06 |
| 5 | we can come down here probably. | 13:45:09 |
| 6 | THE COURT: Okay. That's great. Then that's what | 13:45:11 |
| 7 | we'll plan on. | 13:45:13 |
| 8 | MR. LOMBARDI: Thank you. | |
| 9 | THE COURT: Okay. Great. | |
| 10 | And then another small matter: Juror Number 15, | 13:45:15 |
| 11 | Ms. Reasoner, informed us, actually, that Reasoner is her | 13:45:21 |
| 12 | maiden name. Her married name is Ozuna, O-Z-U-N-A, and she | 13:45:24 |
| 13 | would prefer to be referred to by her married name, so we'll | 13:45:31 |
| 14 | change that on the record. So Ms. Reasoner is actually | 13:45:36 |
| 15 | Ms. Ozuna. She's in Seat 15. | 13:45:38 |
| 16 | All right. So then turning to some of the motions | 13:45:45 |
| 17 | that are pending. There is a defense motion to exclude | 13:45:47 |
| 18 | evidence relating to Proposition 65. And my tendency is to | 13:45:57 |
| 19 | grant that motion. The fact that glyphosate is listed under | 13:46:04 |
| 20 | Proposition 65 is really not relevant in this case and is not | 13:46:11 |
| 21 | probative of any of the issues that the jury is going to have | 13:46:20 |
| 22 | to decide. | 13:46:24 |
| 23 | My understanding is that it is listed -- glyphosate | 13:46:24 |
| 24 | is listed under Proposition 65 really as a ministerial matter. | 13:46:27 |
| 25 | There was no independent evaluation, and I think that it could | 13:46:32 |

```
 1   be very misleading to the jury to announce to them that            13:46:39
 2   there's some meaning behind the fact that glyphosate is listed     13:46:46
 3   under Proposition 65.  There's ongoing litigation about that       13:46:49
 4   listing, which has not been settled.  Glyphosate was listed        13:46:52
 5   under Proposition 65 well after Mr. Johnson's exposure to the      13:46:57
 6   glyphosate.  And I think that introducing that fact to the         13:47:05
 7   jury or expressing that fact to the jury will be more              13:47:13
 8   prejudicial than probative.  So for all those reasons, that's      13:47:18
 9   my tentative.                                                      13:47:21
10             Do Plaintiffs wish to argue?                             13:47:22
11             MR. WISNER:  Yes, your Honor.  I want to just            13:47:24
12   directly address the Court's question about the relevance of      13:47:26
13   Proposition 65.  And I want to be clear about what we're           13:47:29
14   asking the Court for.  We are not asking the Court to open a      13:47:33
15   large door here.  We simply want to offer evidence that it         13:47:38
16   has, in fact, been listed by the State of California.              13:47:41
17             And it has relevance for three really important         13:47:46
18   independent reasons.  The first is it actually goes to the,        13:47:50
19   sort of, heart and soul of the case.  One of the primary           13:47:53
20   pieces of evidence we have to show that, in fact, glyphosate       13:47:57
21   can cause cancer is the IARC's classification of it.  One of       13:48:01
22   the arguments that will be present is that IARC is an outlier,     13:48:07
23   that it stands alone.                                              13:48:11
24             And that's actually not true, the California EPA and    13:48:13
25   the California voters, when they voted in Proposition 65,          13:48:16
```