# Exhibit 3

```
 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                    COUNTY OF SAN FRANCISCO
 3
 4    DEWAYNE JOHNSON,
 5              Plaintiff,
 6    vs.                              Case No. CGC-16-550128
 7    MONSANTO COMPANY, et al.,
 8              Defendants.
 9    _____
10
11                           VOLUME III
12
13        Proceedings held on Thursday, June 21, 2018,
14    before the Honorable Suzanne R. Bolanos,
15    at 9:19 a.m.
16
17
18
19
20
21
22
23    REPORTED BY:
24    Mary Hogan, CSR No. 05386
25
```

Page 240

```
 1   APPEARANCES:
 2
 3   For the Plaintiff:
 4           MICHAEL L. BAUM, ESQ.
 5           R. BRENT WISNER, ESQ.
 6           BAUM, HEDLUND, ARISTEI, GOLDMAN PC
 7           12100 Wilshire Boulevard, Suite 950
 8           Los Angeles, CA  90025
 9           310-207-3233
10
11           DAVID DICKENS, ESQ.
12           TIMOTHY LITZENBURG, ESQ.
13           THE MILLER FIRM, LLC
14           108 Railroad Avenue
15           Orange, VA  22960
16           540-672-4224
17
18           MARK BURTON, ESQ.
19           AUDET & PARTNERS
20           711 Van Ness Avenue, Suite 500
21           San Francisco, CA  94102
22           415-568-2555
23
24
25
```

Page 241

```
 1   For the Defendant:
 2              SANDRA A. EDWARDS, ESQ.
 3              FARELLA BRAUN + MARTEL LLP
 4              235 Montgomery Street
 5              San Francisco, CA  94104
 6              415-954-4400
 7
 8              GEORGE C. LOMBARDI, ESQ.
 9              WINSTON & STRAWN LLP
10              35 West Wacker Drive
11              Chicago, IL  60601
12              312-558-5969
13
14              KIRBY T. GRIFFIS, ESQ.
15              HOLLINGSWORTH LLP
16              1350 I Street, N.W.
17              Washington, DC  20005
18              202-898-5800
19
20
21
22
23
24
25
```

1  says he is not touching California's determination
2  that it causes cancer.  He is merely stopping
3  Monsanto from having their First Amendment rights
4  violated for having to warn.
5              That's what the preliminary injunction
6  was, and it's not even final.  There is still a
7  lot more litigation in that case and we don't know
8  how that's going to end up.
9              We do not want to offer evidence about
10 a label.  We have no interest in that.  We are
11 merely offering it in response to the statement
12 that they have made in all of their briefing that
13 no regulatory agency has concluded that glyphosate
14 is carcinogenic.
15             This is really important, because in
16 their briefs Monsanto repeatedly states that the
17 Proposition 65 listing is ministerial.  That is
18 just a complete fabrication.
19             This is a 50-page document issued by
20 OEHHA, the final statement of reasons for listing
21 it as a carcinogen.  If you go through this, it is
22 not ministerial statements.
23             Independent OEHHA scientists reviewed
24 the monograph.  OEHHA agrees with IARC's
25 determination that the increased incidence of

Page 308

1  hemangiosarcomas observed in a study of male CD-1
2  mice is treatment related and is using that study
3  as the basis for the NSRL.
4             And it goes on.  Later on it says,
5  OEHHA agrees with IARC's determination that these
6  tumor findings are treatment related and
7  demonstrates statistically significant dose
8  response relationships.
9             It keeps going.  OEHHA has reviewed
10 the discussion of the mechanistic data for
11 glyphosate provided in the IARC monograph and
12 agrees with IARC's conclusion, "Overall the
13 mechanistic data provides strong evidence for
14 genotoxicity and oxidative stress.  There is
15 evidence that these effects can operate in
16 humans."
17            These are scientific and factual
18 findings made by OEHHA scientists.  I know.
19 People from my firm met with them to discuss the
20 science.  So this idea that it's some sort of
21 ministerial assertion is not true.
22            The only thing that we want to offer
23 to the jury, and if we can get this in evidence,
24 Your Honor, we do not need the director of the EPA
25 here, you can take a few hours off our clock.