UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 9 RE: ADVERSE EVENT REPORTS** |

Having considered Monsanto Company's Motion *in Limine* No. 9 Re: Adverse Event Reports, the evidence submitted therewith, the arguments of counsel for the parties in connection therewith, if any, and finding good cause therefore, this Court HEREBY GRANTS Monsanto Company's motion in its entirety. IT IS SO ORDERED.

Date: _____, 2019       _____
                                     HONORABLE VINCE CHHABRIA
                                     UNITED STATES DISTRICT COURT