| | |
|---|---|
| **WILKINSON WALSH + ESKOVITZ LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Brian L. Stekloff (*pro hac vice*) | Pamela Yates (CA Bar No. 137440) |
| (bstekloff@wilkinsonwalsh.com) | (Pamela.Yates@arnoldporter.com) |
| Rakesh Kilaru (*pro hac vice*) | 777 South Figueroa St., 44th Floor |
| (rkilaru@wilkinsonwalsh.com) | Los Angeles, CA 90017 |
| 2001 M St. NW, 10th Floor | Tel: (213) 243-4178 |
| Washington, DC 20036 | Fax: (213) 243-4199 |
| Tel:   (202) 847-4030 | |
| Fax:  (202) 847-4005 | |
| | |
| **HOLLINGSWORTH LLP** | **COVINGTON & BURLING LLP** |
| Eric G. Lasker (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (elasker@hollingsworthllp.com) | (mimbroscio@cov.com) |
| 1350 I St. NW | One City Center |
| Washington, DC 20005 | 850 10th St. NW |
| Tel: (202) 898-5843 | Washington, DC 20001 |
| Fax: (202) 682-1639 | Tel: (202) 662-6000 |

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 9 RE: ADVERSE EVENT REPORTS** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | |
| *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC | |
| *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

I, Brian L. Stekloff, hereby declare as follows:

1.  I am a partner at the law firm of Wilkinson Walsh + Eskovitz LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion *in Limine* No. 9 Regarding Adverse Event Reports. I make this declaration based on my

- 1 -

STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 9 RE: ADVERSE EVENT REPORTS
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.	Annexed hereto as Exhibit 1 is a true and correct copy of Plaintiff's Opposition to Defendant's Motion *In Liminie* No. 9 To Exclude or Limit Evidence, Argument, Or Reference to Adverse event Reports in *Johnson v. Monsanto* filed on June 7, 2018.

3.	Annexed hereto as Exhibit 2 is a true and correct copy of excerpted portions of Chadi Nabhan, M.D.'s Deposition Transcript dated August 23,2017.

Executed this 30th day of January 2019.

        /s/ *Brian L. Stekloff*_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 3 -

STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 9 RE: ADVERSE EVENT REPORTS
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____

- 4 -

STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 9 RE: ADVERSE EVENT REPORTS
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC