# Exhibit 2

```
 1             UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3      ------------------------------
                                       )
 4      IN RE: ROUNDUP PRODUCTS        ) MDL  No. 2741
        LIABILITY LITIGATION           ) Case No. 16-md-02741-VC
 5                                     )
        ------------------------------)
 6                                     )
        This document relates to:      )
 7                                     )
        ALL ACTIONS                    )
 8                                     )
        ------------------------------
 9
10
11
12
13
14
15       VIDEOTAPED DEPOSITION OF DR. CHADI NABHAN
16                   Waukegan, Illinois
17              Wednesday, August 23, 2017
18
19
20
21
22
23  Reported by:
24  PAULA CAMPBELL, CSR, RDR, CRR, CRC
25  JOB NO. 127897
```

1
2
3
4
5
6
7  August 23, 2017
8  9:07 A.M.
9
10
11  Videotaped discovery deposition of
12  DR. CHADI NABHAN, held at the offices of
13  CARDINAL HEALTH, 3651 Birchwood Drive,
14  Waukegan, Illinois, pursuant to notice before
15  Paula Campbell, CSR, RDR, CRR, CRC.
16
17
18
19
20
21
22
23
24
25

1  A P P E A R A N C E S:
2      THE MILLER FIRM
3      Attorneys for the Plaintiffs and the witness
4          108 Railroad Avenue
5          Orange, Virginia 22960
6      BY:    TIMOTHY LITZENBURG, ESQ.
7
8      SILL LAW GROUP
9      Attorneys for the Plaintiffs and the witness
10         14005 N. Eastern Avenue
11         Edmond, Oklahoma 73013
12     BY:    TARA TABATABAIE, ESQ.
13
14     WEITZ & LUXENBERG
15     Attorneys for the Plaintiffs and the witness
16         700 Broadway
17         New York, New York 10003
18     BY:    PEARL ROBERTSON, ESQ. (telephonically)
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///

```
 1   A P P E A R A N C E S:
 2        HOLLINGSWORTH
 3        Attorneys for the Defendant Monsanto Company
 4              1350 I Street, N.W.
 5              Washington, D.C. 20005
 6        BY:   KIRBY T. GRIFFIS, ESQ.
 7              STEPHANIE SALEK, ESQ.
 8
 9
10   ALSO PRESENT:
11              Robert Zellner, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1     ---------------------- I N D E X ------------------

2

3     WITNESS                    EXAMINATION BY         PAGE

4     DR. CHADI NABHAN           MR. GRIFFIS            14, 356

5                                MR. LITZENBURG         316

6

7     ----------------------EXHIBITS----------------------

8     NABHAN                                       PAGE   LINE

9     Exhibit 1   Chadi Nabhan, MD, MBA,            15     12

10                FACP curriculum vitae

11    Exhibit 2   5/16/17 letter from Robin         21     13

12                Greenwald to Heather

13                Pigman

14    Exhibit 3   Expert Report of Dr.              26     11

15                Nabhan in Support of

16                General Causation on

17                Behalf of Plaintiffs

18    Exhibit 4   article entitled                  30      2

19                "Comprehensive evaluation

20                of medical conditions

21                associated with risk of

22                non-Hodgkin lymphoma using

23                Medicare Claims

24                ('MedWAS')," by Engels and

25                others
```

```
 1   ----------------------EXHIBITS----------------------
 2   NABHAN                                      PAGE   LINE
 3   Exhibit 5   entitled "Evaluation of          75     11
 4               carcinogenic potential of
 5               the herbicide glyphosate
 6               drawing on tumor incidence
 7               data from fourteen
 8               chronic/carcinogenicity
 9               rodent studies" by Greim,
10               et al.
11   Exhibit 6   IARC Monograph on                99     21
12               glyphosate
13   Exhibit 7   article entitled, "Key          119      3
14               characteristics of
15               carcinogens as a basis for
16               organizing data on
17               mechanisms of
18               carcinogenesis, by Smith,
19               et al.
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
```

```
 1   ----------------------EXHIBITS----------------------
 2   NABHAN                                        PAGE   LINE
 3   Exhibit 8   Toxicology and Applied            130    19
 4               Pharmacology article
 5               entitled, "Oxidative
 6               stress and oxidative
 7               damage in chemical
 8               carcinogenesis," by
 9               Klaunig, et al.
10   Exhibit 9   article entitled,                 139    18
11               "Baseline determinatino in
12               social, health, and
13               genetic areas in
14               communities affected by
15               glyphosate aerial spraying
16               on the northearstern
17               Ecuadorian border," by
18               Paz-y-Mino, et al.
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
```

```
 1   ---------------------EXHIBITS---------------------
 2   NABHAN                                      PAGE   LINE
 3   Exhibit 10   article entitled,              142    15
 4                "Biomonitoring of
 5                genotoxic risk in
 6                agricultural workers from
 7                five Columbian regions:
 8                Association to
 9                Occupational exposure to
10                glyphosate," by Bolognesi,
11                et al.
12   Exhibit 11   article entitled, "Cancer     166    14
13                epidemiology, biomarkers &
14                prevention," by McDuffie,
15                et al.
16   Exhibit 12   article entitled,             197    10
17                "Exposure to pesticides as
18                risk factor for
19                non-Hodgkin's lymphoma and
20                hairy cell leukemia:
21                Pooled analysis of two
22                Swedish case-control
23                studies," by Hardell, et
24                al.
25   ///
```

```
 1    ----------------------EXHIBITS----------------------
 2    NABHAN                                      PAGE   LINE
 3    Exhibit 13   article entitled,              205    7
 4                 "Integrative assessment of
 5                 multiple pesticides as
 6                 risk factors for
 7                 non-Hodgkin's lymphoma
 8                 among men," by DeRoos, et
 9                 al.
10    Exhibit 14   article entitled,              207    1
11                 "Pesticides and other
12                 agricultural risk factors
13                 for non-Hodgkin's lymphoma
14                 among Men in Iowa and
15                 Minnesota," by Cantor, et
16                 al.
17    Exhibit 15   article entitled,              213    4
18                 "Non-Hodgkin's lymphoma
19                 among asthmatics exposed
20                 to pesticides," by Lee, et
21                 al.
22    ///
23    ///
24    ///
25    ///
```

```
1    ---------------------EXHIBITS---------------------
2    NABHAN                                      PAGE  LINE
3    Exhibit 16   article entitled, "Cancer      215   10
4                 incidence among
5                 glyphosate-exposed
6                 pesticide applicators in
7                 the agricultural health
8                 study," by DeRoos, et al.
9    Exhibit 17   Article entitled,              234   8
10                "Occupational exposure to
11                pesticides and risk of
12                non-Hodkin's lymphoma," by
13                Fritschi, et al.
14   Exhibit 18   Article entitled,              240   20
15                "Pesticide exposure as
16                risk factor for
17                non-Hodgkin's lymphoma
18                including
19                histopathological subgroup
20                analysis," by Eriksson, et
21                al.
22   ///
23   ///
24   ///
25   ///
```

```
 1    ----------------------EXHIBITS----------------------
 2    NABHAN                                      PAGE   LINE
 3    Exhibit 19   article entitled,              265    14
 4                 "Occupational exposure to
 5                 pesticides and lymphoid
 6                 neoplasms among men:
 7                 Results of a French
 8                 case-control study," by
 9                 Orsi, et al.
10    Exhibit 20   article entitled,              266     9
11                 "Lymphoma risk and
12                 occupational exposure to
13                 pesticides: Results of the
14                 Epilymph study," by Cocco,
15                 et al.
16    Exhibit 21   article entitled,              271    19
17                 "Pesticide product use and
18                 risk of non-Hodgkin
19                 lymphoma in women," by
20                 Kato, et al.
21    ///
22    ///
23    ///
24    ///
25    ///
```

```
 1     ---------------------EXHIBITS---------------------
 2     NABHAN                                    PAGE   LINE
 3     Exhibit 22   article entitled,            274     9
 4                  "Non-Hodgkin lymphoma and
 5                  occupational exposure to
 6                  agricultural pesticide
 7                  chemical group and active
 8                  ingredients: A systematic
 9                  review and meta-analysis
10     Exhibit 23   draft paper entitled,        290    18
11                  "Lymphoma risk and
12                  pesticide use in the
13                  Agricultural Health
14                  Study," by Alvanja, et al.
15     Exhibit 24   Monsanto billing :Q1-2017    359     3
16     Exhibit 25   e-mail from Chadi Nabhan     359     7
17                  to Timothy Litzenburg
18
19
20
21
22
23
24
25
```

1    A.   Yes.

2    Q.   So you agree that the epidemiology evidence
3 with regard to glyphosate and NHL is credible but
4 chance, bias, or confounding cannot be ruled out
5 without reasonable confidence; is that right?

6    A.   If this is what the IARC said, then I do
7 agree with that.

8    Q.   And with regard to any cancer other than
9 non-Hodgkin's lymphoma, they didn't even find
10 limited evidence; right?  They found no evidence?

11        MR. LITZENBURG:  Objection.  Beyond the
12 scope.

13   A.   Again, I -- I -- I did not really evaluate
14 what evidence they looked at outside.  I mean, I
15 looked at the non-Hodgkin lymphoma.

16   Q.   Okay.  You're not giving the opinion that
17 glyphosate is associated with any cancer other than
18 non-Hodgkin's lymphoma; right?

19   A.   I'm just talking about non-Hodgkin
20 lymphoma, correct.

21   Q.   And when you say that glyphosate is
22 associated with non-Hodgkin's lymphoma, do you say
23 that it is also associated with every single subtype
24 of non-Hodgkin's lymphoma?

25   A.   Yeah, I think it's -- it's -- it's very

1  difficult to establish that because of how many
2  types of lymphomas there are and also because the
3  understanding of the current classification of
4  lymphoma was not the same classification that we had
5  in the mid or late '90s, et cetera.  So what we knew
6  back in the '90s about the types of lymphoma is not
7  what we know today.
8           So I think you'll have to look at
9  non-Hodgkin lymphoma as one entity when you look at
10 this causation and association.
11      Q.  And you -- you're saying that we're forced
12 to look at non-Hodgkin's lymphoma as one entity
13 because we don't have much data on how glyphosate
14 might be associated or not associated with various
15 sub types?
16      A.  No, for various reasons, I think.  A, the
17 classification of lymphomas was different back then
18 versus now.  I mean, even -- just to give you an
19 idea, the -- the 2016 classification, the earlier
20 one was '014, then was '07, and there was 1999.  So,
21 again, it changes.
22          Number 2, once you actually start looking
23 at every single subtypes, the numbers become too
24 small to actually be able to detect statistical
25 significance.  So when we look at causation in