UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 10 RE: INTRODUCTION, ARGUMENT, OR REFERENCE TO THE SERALINI STUDY AND ANY INFORMATION THEREIN** |

Having considered Monsanto Company's Motion *in Limine* No. 10 Re: Introduction, Argument, or Reference to the Seralini Study and any Information Therein, the arguments of counsel for the parties in connection therewith, if any, and finding good cause therefore, this Court HEREBY GRANTS Monsanto Company's motion in its entirety. IT IS SO ORDERED.

Date: _____, 2019     _____
                                   HONORABLE VINCE CHHABRIA
                                   UNITED STATES DISTRICT COURT

- 1 -

[PROPOSED] ORDER GRANTING MONSANTO'S MIL NO. 10 RE: INTRODUCTION, ARGUMENT, OR REFERENCE TO THE SERALINI STUDY AND ANY INFORMATION THEREIN
3:16-md-02741-VC