# EXHIBIT 2

```
 1         IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2                       STATE OF MISSOURI
 3     ------------------------x
 4     TIMOTHY KANE, et al.,    :
 5             Plaintiffs,      : Case No.
 6       v.                     : 1622-CC10172
 7     MONSANTO COMPANY,        :
 8             Defendant.       :
 9     ------------------------x
10
11        DEPOSITION OF CHRISTOPHER PORTIER, Ph.D.
12               Tuesday, April 17th 2018
13                   AT:  8.03 a.m.
14                      Volume 2
15
16                      Taken at:
17               Marriott Park Lane Hotel
18                 140 Park Lane, Mayfair
19                    London W1K 7AA
20                    United Kingdom
21
22
23     Job ref:  184936
24     Pages:  385 - 600
25     reporter:  Alan J. Bell, MBIVR
```

A P P E A R A N C E S:

Appearing on behalf of the Plaintiffs:

    WEITZ & LUXENBERG LLP
    700 Broadway
    New York, New York 10003
    United States
    (212) 558-5500
    BY:  MS. ROBIN L. GREENWALD
    rgreenwald@weitzlux.com


Appearing on behalf of the Defendant, Monsanto Company:
    HOLLINGSWORTH LLP
    1350 I Street NW
    Washington DC 20005
    United States
    (202) 898-5800
    BY:  MR. JOHN M. KALAS
    jkalas@hollingsworthllp.com

    WINSTON & STRAWN LLP
    35 W Wacker Dr,
    Chicago, IL 60601,
    United States
    (312) 558-5700
    jhilmert@winston.com


Appearing on behalf of the Defendant, Osborn and Barr:
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Blvd., Suite 1800,
    St. Louis, MO 63105
    United States
    (314) 621-5065
    BY:  MS. JENNIFER E. HOEKEL
    jhoekel@armstrongteasdale.com

Also present:
    Alan Bell - Court Reporter
    Wendy Viner - Videographer

| | | |
|---|---|---|
| 1 | MS. GREENWALD:  Objection, form. | 12:41:21 |
| 2 | THE WITNESS:  About their | 12:41:21 |
| 3 | individual papers, correct. | 12:41:22 |
| 4 | BY MR. KALAS: | 12:41:23 |
| 5 | Q.    And am I also correct that in the | 12:41:24 |
| 6 | context of the animal data, no one prior to 2015 | 12:41:26 |
| 7 | was talking about glyphosate causing cancer? | 12:41:31 |
| 8 | A.    No, that is not true. | 12:41:33 |
| 9 | Q.    Okay, who was? | 12:41:35 |
| 10 | A.    Séralini. | 12:41:36 |
| 11 | Q.    Okay, and you have stated before, I | 12:41:37 |
| 12 | think yesterday, that Séralini was in your opinion | 12:41:39 |
| 13 | an unreliable study; right? | 12:41:42 |
| 14 | MS. GREENWALD:  Objection, form. | 12:41:45 |
| 15 | THE WITNESS:  A study that | 12:41:45 |
| 16 | I couldn't use. | 12:41:46 |
| 17 | BY MR. KALAS: | 12:41:47 |
| 18 | Q.    Because it was unreliable? | 12:41:47 |
| 19 | A.    That's a legal term.  I'm using a | 12:41:49 |
| 20 | scientific term.  The study was underpowered, it | 12:41:51 |
| 21 | was poorly presented and poorly analysed. | 12:41:56 |
| 22 | Q.    Okay.  And the IARC working group | 12:41:58 |
| 23 | rejected use of the Séralini study as well? | 12:42:00 |
| 24 | A.    That is correct. | 12:42:05 |
| 25 | Q.    And I think you stated in the | 12:42:05 |

```
1              CERTIFICATE OF WITNESS
2
3          I, CHRISTOPHER PORTIER, Ph.D., am the
4    witness in the foregoing statement under oath.  I
5    have read the foregoing statement and, having made
6    such changes and corrections as I desired, I
7    certify that the transcript is a true and accurate
8    record of my responses to the questions put to me
9    on Tuesday April 17, 2018.
10
11
12
13
14
15         Signed  ...................
16              CHRISTOPHER PORTIER, Ph.D.
17         Dated this ........ day of ......... 2018
18
19
20
21
22
23
24
25
```

```
 1              CERTIFICATE OF COURT REPORTER
 2
 3              I, Alan Bell (Accredited Court
 4   Reporter, Member of the British Institute of
 5   Verbatim Reporters) do hereby certify that
 6   CHRISTOPHER PORTIER, Ph.D. was duly sworn, that I
 7   took the Stenograph Notes of the foregoing statement
 8   under oath and that the transcript thereof is a
 9   true and accurate record transcribed to the best
10   of my skill and ability.
11              I further certify that I am neither
12   counsel for, related to, nor employed by any of
13   the parties to the action in which the deposition
14   was taken, and that I am not a relative or
15   employee of any attorney or counsel employed by
16   the parties hereto, nor financially or otherwise
17   interested in the outcome of the action.
18
19
20
21   ..........................
22   Alan Bell
23
24
25
```