# EXHIBIT 3

# GLYPHOSATE

## 1. Exposure Data

### 1.1 Identification of the agent

#### 1.1.1 Nomenclature

*Chem. Abstr. Serv. Reg. No.*: 1071-83-6 (acid); also relevant:
38641-94-0 (glyphosate-isopropylamine salt)
40465-66-5 (monoammonium salt)
69254-40-6 (diammonium salt)
34494-03-6 (glyphosate-sodium)
81591-81-3 (glyphosate-trimesium)

*Chem. Abstr. Serv. Name*: N-(phosphonomethyl)glycine

*Preferred IUPAC Name*: N-(phosphonomethyl)glycine

*Synonyms*: Gliphosate; glyphosate; glyphosate hydrochloride; glyphosate [calcium, copper (2+), dilithium, disodium, magnesium, monoammonium, monopotassium, monosodium, sodium, or zinc] salt

*Trade names*: Glyphosate products have been sold worldwide under numerous trade names, including: Abundit Extra; Credit; Xtreme; Glifonox; Glyphogan; Ground-Up; Rodeo; Roundup; Touchdown; Tragli; Wipe Out; Yerbimat (Farm Chemicals International, 2015).

#### 1.1.2 Structural and molecular formulae and relative molecular mass

Molecular formula: $C_3H_8NO_5P$
Relative molecular mass: 169.07
Additional information on chemical structure is also available in the PubChem Compound database (NCBI, 2015).

#### 1.1.3 Chemical and physical properties of the pure substance

*Description*: Glyphosate acid is a colourless, odourless, crystalline solid. It is formulated as a salt consisting of the deprotonated acid of glyphosate and a cation (isopropylamine, ammonium, or sodium), with more than one salt in some formulations.

*Solubility*: The acid is of medium solubility at 11.6 g/L in water (at 25 °C) and insoluble in common organic solvents such as acetone, ethanol, and xylene; the alkali-metal and

mice [age at start not reported] were given diets containing glyphosate (purity, 94–96%) at a concentration of 0, 1600, 8000, or 40 000 ppm for 18 months. The increase in the incidence of bronchiolo-alveolar adenoma and carcinoma, and of lymphoma, was reported to be not statistically significant in males and females receiving glyphosate. [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

In the second study (identified as Study 13, 2001), groups of 50 male and 50 female Swiss albino mice [age at start not reported] were given diets containing glyphosate (purity, > 95%) at a concentration of 0 (control), 100, 1000, or 10 000 ppm for 18 months. The authors reported a statistically significant increase in the incidence of malignant lymphoma (not otherwise specified, NOS) in males at the highest dose: 10/50 (20%), 15/50 (30%), 16/50 (32%), 19/50 (38%; $P < 0.05$; pairwise test); and in females at the highest dose: 18/50 (36%), 20/50 (40%), 19/50 (38%), 25/50 (50%; $P < 0.05$; pairwise test). [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

In the third study (identified as Study 14, 2009a), groups of 51 male and 51 female CD-1 mice [age at start not reported] were given diets containing glyphosate (purity, 94.6–97.6%) at a concentration of 0, 500, 1500, or 5000 ppm for 18 months. Incidences for bronchiolo-alveolar adenoma and carcinoma, malignant lymphoma (NOS), and hepatocellular adenoma and carcinoma in males, and for bronchiolo-alveolar adenoma and carcinoma, malignant lymphoma (NOS) and pituitary adenoma in females, were included in the article. In males, the authors reported that there was a significant positive trend [statistical test not specified] in the incidence of bronchiolo-alveolar carcinoma (5/51, 5/51, 7/51, 11/51) and of malignant lymphoma (0/51, 1/51, 2/51, 5/51). [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

### 3.2 Rat

See Table 3.2

#### 3.2.1 Drinking-water

Groups of 10 male and 10 female Sprague-Dawley rats (age, 5 weeks) were given drinking-water containing a glyphosate-based formulation at a dose of 0 (control), $1.1 \times 10^{-8}$% ($5.0 \times 10^{-5}$ mg/L), 0.09% (400 mg/L) or 0.5% ($2.25 \times 10^3$ mg/L), ad libitum, for 24 months (Séralini et al., 2014). [The study reported is a life-long toxicology study on a glyphosate-based formulation and on genetically modified NK603 maize, which the authors stated was designed as a full study of long-term toxicity and not a study of carcinogenicity. No information was provided on the identity or concentration of other chemicals contained in this formulation.] Survival was similar in treated and control rats. [No data on body weight were provided.] In female rats, there was an almost twofold increase in the incidence of tumours of the mammary gland (mainly fibroadenoma and adenocarcinoma) in animals exposed to the glyphosate-based formulation only versus control animals: control, 5/10 (50%); lowest dose, 9/10 (90%); intermediate dose, 10/10 (100%) [$P < 0.05$; Fisher exact test]; highest dose, 9/10 (90%). [The Working Group concluded that this study conducted on a glyphosate-based formulation was inadequate for evaluation because the number of animals per group was small, the histopathological description of tumours was poor, and incidences of tumours for individual animals were not provided.]

In another study with drinking-water, Chruscielska et al. (2000) gave groups of 55 male and 55 female Wistar rats (age, 6–7 weeks) drinking-water containing an ammonium salt