# EXHIBIT 6

Food and Chemical Toxicology 50 (2012) 4221–4231




Contents lists available at SciVerse ScienceDirect

# Food and Chemical Toxicology

journal homepage: www.elsevier.com/locate/foodchemtox

## Long term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize

Gilles-Eric Séralini [a,\*], Emilie Clair [a], Robin Mesnage [a], Steeve Gress [a], Nicolas Defarge [a], Manuela Malatesta [b], Didier Hennequin [c], Joël Spiroux de Vendômois [a]

[a] University of Caen, Institute of Biology, CRIIGEN and Risk Pole, MRSH-CNRS, EA 2608, Esplanade de la Paix, Caen Cedex 14032, France
[b] University of Verona, Department of Neurological, Neuropsychological, Morphological and Motor Sciences, Verona 37134, Italy
[c] University of Caen, UR ABTE, EA 4651, Bd Maréchal Juin, Caen Cedex 14032, France

**ARTICLE INFO**

*Article history:*
Received 11 April 2012
Accepted 2 August 2012
Available online 19 September 2012

*Keywords:*
GMO
Roundup
NK603
Rat
Glyphosate-based herbicides
Endocrine disrupting effects

**ABSTRACT**

The health effects of a Roundup-tolerant genetically modified maize (from 11% in the diet), cultivated with or without Roundup, and Roundup alone (from 0.1 ppb in water), were studied 2 years in rats. In females, all treated groups died 2–3 times more than controls, and more rapidly. This difference was visible in 3 male groups fed GMOs. All results were hormone and sex dependent, and the pathological profiles were comparable. Females developed large mammary tumors almost always more often than and before controls, the pituitary was the second most disabled organ; the sex hormonal balance was modified by GMO and Roundup treatments. In treated males, liver congestions and necrosis were 2.5–5.5 times higher. This pathology was confirmed by optic and transmission electron microscopy. Marked and severe kidney nephropathies were also generally 1.3–2.3 greater. Males presented 4 times more large palpable tumors than controls which occurred up to 600 days earlier. Biochemistry data confirmed very significant kidney chronic deficiencies; for all treatments and both sexes, 76% of the altered parameters were kidney related. These results can be explained by the non linear endocrine-disrupting effects of Roundup, but also by the overexpression of the transgene in the GMO and its metabolic consequences.

© 2012 Elsevier Ltd. All rights reserved.

## 1. Introduction

There is an ongoing international debate as to the necessary length of mammalian toxicity studies in relation to the consumption of genetically modified (GM) plants including regular metabolic analyses (Séralini et al., 2011). Currently, no regulatory authority requests mandatory chronic animal feeding studies to be performed for edible GMOs and formulated pesticides. However, several studies consisting of 90 day rat feeding trials have been conducted by the biotech industry. These investigations mostly concern GM soy and maize that are rendered either herbicide tolerant (to Roundup (R) in 80% of cases), or engineered to produce a modified *Bt* toxin insecticide, or both. As a result these GM crops contain new pesticide residues for which new maximal residual levels (MRL) have been established in some countries.

If the petitioners conclude in general that there is no major change in genetically modified organism (GMO) subchronic toxicity studies (Domingo and Giné Bordonaba, 2011; Hammond et al., 2004, 2006a,b), significant disturbances have been found and may be interpreted differently (Séralini et al., 2009; Spiroux de Vendômois et al., 2010). Detailed analyses have revealed alterations in kidney and liver functions that may be the signs of early chronic diet intoxication, possibly explained at least in part by pesticide residues in the GM feed (Séralini et al., 2007; Spiroux de Vendômois et al., 2009). Indeed, it has been demonstrated that R concentrations in the range of $10^3$ times below the MRL induced endocrine disturbances in human cells (Gasnier et al., 2009) and toxic effects thereafter (Benachour and Seralini, 2009), including *in vivo* (Romano et al., 2012). After several months of consumption of an R-tolerant soy, the liver and pancreas of mice were affected, as highlighted by disturbances in sub-nuclear structure (Malatesta et al., 2008a, 2002a,b). Furthermore, this toxic effect was reproduced by the application of R herbicide directly to hepatocytes in culture (Malatesta et al., 2008b).

---

*Abbreviations:* GM, genetically modified; R, Roundup; MRL, maximal residual levels; GMO, genetically modified organism; OECD, Organization for Economic Co-operation and Development; GT, glutamyl-transferase; PCA, principal component analysis; PLS, partial least-squares; OPLS, orthogonal partial least-squares; NIPALS, Nonlinear Iterative Partial Least Squares; OPLS-DA, Orthogonal Partial Least Squares Discriminant Analysis; G, glycogen; L, lipid droplet; N, nucleus; R, rough endoplasmic reticulum (on microscopy pictures only); U, urinary; UEx, excreted in urine during 24 h; APPT, Activated Partial Thromboplastin Time; MCV, Mean Corpuscular Volume; PT, Prothrombine Time; RBC, Red Blood Cells; ALT, alanine aminotransferase; MCHC, Mean Corpuscular Hemoglobin Concentration; A/G, Albumin/Globulin ratio; WBC, White Blood Cells; AST, aspartate aminotransferase.
   \* Corresponding author. Tel.: +33 (0)231565684; fax: +33 (0)231565320.
   *E-mail address:* criigen@unicaen.fr (G.-E. Séralini).

0278-6915/$ - see front matter © 2012 Elsevier Ltd. All rights reserved.
http://dx.doi.org/10.1016/j.fct.2012.08.005

4226                G.-E. Séralini et al./Food and Chemical Toxicology 50 (2012) 4221–4231



**Fig. 3.** Anatomopathological observations in rats fed GMO treated or not by Roundup, and effects of Roundup alone. Macroscopic and microscopic photographs show male livers (A–E) and left kidneys (F–I′), female mammary glands (J–P) and pituitaries (Q–T), according to Table 2. The number of each animal and its treatment is specified. Macroscopic pale spots (D) and microscopic necrotic foci in liver (C clear-cell focus, E basophilic focus with atypia), and marked or severe chronic progressive nephropathies, are illustrated. In females, mammary tumors (J,J′,N adenocarcinoma and K,K′,L,L′,O,P fibroadenomas) and pituitary adenomas (R–T) are shown and compared to controls (C after the rat number).

In addition, cytochrome activities also generally increased in the presence of R (in drinking water or GM diet) according to the dose up to 5.7 times at the highest dose. Transmission electron microscopic observations of liver samples confirmed changes for all treated groups in relation to glycogen dispersion or appearance in lakes, increase of residual bodies and enlargement of cristae in mitochondria (Fig. 4). The GM maize fed groups either with or without R application (in plants) showed a reduced transcription in mRNA and rRNA because of higher heterochromatin content, and decreased nucleolar dense fibrillar components. In the GMO + R group (at the highest dose) the smooth endoplasmic reticulum was drastically increased and nucleoli decreased in size,