# EXHIBIT 7

Food and Chemical Toxicology 53 (2013) 473–474



Contents lists available at SciVerse ScienceDirect

# Food and Chemical Toxicology

journal homepage: www.elsevier.com/locate/foodchemtox



Letter to the editor

To the attention of Wallace Hayes.

Dear Editor of Food and Chemical Toxicology,

The Société Française de Pathologie Toxicologique (SFPT, French Society of Toxicologic Pathology, toxpathfrance.org) is a non governmental/non profit organization formed by veterinarians, physicians, pharmacists and biologists specialized in veterinary and toxicologic pathology. Its aim is to promote knowledge in pathology, toxicology and laboratory animal sciences for safety studies of drugs, chemicals and food products, and the role of the pathologist in the study design and data interpretation. As such, the SFPT feels compelled to point out weaknesses in the paper by Séralini et al. (2012), the number and importance of which make the study reported very difficult to interpret scientifically. We are aware that more arguments can be found in other scientific disciplines.

Before concentrating on veterinary and pathology aspects, we wish to briefly comment on two points. Regarding the statement that "The authors declare that there are no conflicts of interest", we respectfully disagree: Pr Gilles-Eric Séralini being President of the Scientific Board of the CRIIGEN, and the CRIIGEN having been a "major support" of the study, it seems to us that this should have been disclosed. Regarding the English, several native-English speaking colleagues complained about the difficulty to read the text because of many gross errors in expression: we consider that the journal reviewers could have alerted the authors on this point.

In our opinion, the study as reported (Ethics, §2.1) demonstrate a critical failure in the ethical supervision. First, it is not clear that the protocol was reviewed by a Committee of Animal Ethics/Institutional Animal Care and Use Committee, a basic requirement in the industry to even allow the purchasing of laboratory animals. "Animal experiments were performed according to ethical guidelines. . ." is not the same than stating that the protocol and the procedures were approved by an Ethical Committee. This is especially important in view of the statement that 31 parameters were analyzed (Biochemical analyses, §2.4): the quantity of blood removed is not indicated, and this could have had an effect on the well being of the animals and on their sanitary status. Clear guidelines of limits on blood sampling are available in the literature (Diehl et al., 2001), but it is impossible to know if they were followed in the study. Then, the choice of a low number of animals per group, thereby not following published guidelines (OECD, 2008, 2009), can be criticized as the data generated cannot be analyzed according to the state of the art methods and animals will have been used for no purpose, thus not respecting the humane principle of reduction (Russell and Burch, 1959). Last but not least, we were shocked at reading the ethical rules followed for euthanasia ("25% body weight loss, tumors over 25% body weight. . ." leading to euthana-

sia; Anatomopathology, §2.5) and at looking at Fig. 3J–L: the size of the tumors, with skin erosions and ulcerations, having certainly an impact on movement, feeding and pain, is unacceptable under well-known guidelines (Workman et al. 1998). This should have led to a much earlier euthanasia with respect to ethical humane concerns and casts doubts about the "careful monitoring" (Anatomopathological observations, §3.2) of animals. No argument, apparently to leave tumors develop as much as possible, should have prevailed. Again this demonstrates a lack of understanding of animal physiology and ethics, and a lack of supervision by the Ethical Committee and by a site veterinarian ("vétérinaire sanitaire", a function mandatory under French law, see Article R203-1 5°). We are surprised that these major ethical issues were not clarified during the review that the paper underwent before approval for publication. Moreover, given that the tumors seen on the photos are not specific for treated animals and can be seen in aged rats, they are not informative, their inclusion is highly objectionable and we can only guess they regretfully serve public relation but not scientific purposes.

We lack a clear understanding of the procedure followed for the pathologic examination of tissues. Especially, we have no idea, given the authors' affiliations, of who performed this pathologic examination. Also, for toxicology and carcinogenicity studies like this one, there are best practices available for primary reading (Crissman et al. 2004) and for peer review (Morton et al., 2010). The errors due to the lack of use of internationally recognized nomenclature and diagnostic criteria (as can be seen in the use of the term nephroblastoma in legend from Table 2 being called Wilm's tumor in the text, and in its erroneous assessment as GMO-related while it is an embryonal tumor found in young rodents) could have been avoided by following those best practices. The SFPT has among its members scientists from the industry, academia and also independent consultants. It would be happy to supply names of renowned colleagues, French or foreign, with a track record of assessment of toxicology and carcinogenicity studies, who would have increased the quality of the pathological assessment and the overall value of this study.

We already hinted at deficiencies in the study design: from a statistical perspective, this long term study is largely underpowered with only 10 animals per sex per group, while the accepted guidelines (OECD, 2008, 2009) recommend using groups of at least 50 animals per sex per group, and define strict survival rate criteria that the groups must respect for the results to be considered valid. With mortality rates of 50 or 70% in some groups, we wonder whether these criteria are consistently met. As far as we understand, all results are based on descriptive analyses such as percentage calculation, but there was no thorough mortality analysis (how to compare 3/10 with 5/10?) nor tumor incidence and date of onset analysis with recognized statistical methods (Peto et al., 1980). Not taking into account the high variability (because of the small size

---

✩ DOI of original article: http://dx.doi.org/10.1016/j.fct.2012.08.005

0278-6915/$ - see front matter © 2012 Elsevier Ltd. All rights reserved.
http://dx.doi.org/10.1016/j.fct.2012.10.041

of the groups) makes all reported incidences and further conclusions non-meaningful and leads the authors to a gross over interpretation of the pathology data.

We are puzzled by the inclusion of organ weights: in carcinogenesis studies, geriatric changes and, at later stages, the development of tumors confound the usefulness of organ weight data, which are therefore not recommended (OECD, 2008). We are also puzzled by the mention of 2 tumors beginning to "reach a large size ... up to 600 days earlier in 2male groups eating the GM maize": we understand that those 2 males are the ones affected early with the nephroblastomas mentioned above, and this confirms us in our analysis of the origin and absence of treatment-relationship of those tumors.

As the paper reports a *de facto* carcinogenesis study, we expected to see some of the classical objectives of such a study type: the identification of the carcinogenic properties of a chemical; the identification of target organs; the characterization of a dose–response relationship; the identification of a no-observed (adverse) effect level (NO(A)EL); the prediction of carcinogenic effects of a chemical at human exposure levels; the understanding the mode of action for treatment-related findings. We do not find in the results and in the discussion all the information necessary to meet these objectives; especially the non-conventional data reporting, with only an extract of the study data, and the data presentation, with merging of various pathological entities in Table 2 and focus on non-relevant findings, prevent us to make a scientific evaluation of the objectives discussed above. A full incidence list of all tumors by type, sex and group would have been more useful than a full plate of photos.

We spotted other errors in the Anatomopathological observations (§3.2): presenting incomplete neoplastic and non-neoplastic findings; considering hepatic foci of altered cells as necrotic foci; hepatic congestion being not relevant if the rats were found dead or moribund; diagnosing macroscopic necrotic foci; presenting common neoplasms in treated animals as treatment-specific; not presenting historical data (particularly useful in this case given the small group size); noting a difference between photos1 and 2 in Fig. 4, and reporting the increase in smooth endoplasmic reticulum while this change should be regarded as adaptive to xenobiotic metabolism (in the absence of contrary evidence); not presenting a mechanism for the increase in glycogen noted on the EM photos (especially in the absence of fasting status of the animals at euthanasia); lacking to critically discuss the pituitary tumors and the mammary tumors (prolactin-dependent); lacking to critically discuss the chronic progressive nephropathy in old rats. This list is not exhaustive, but is enough to cast doubts about the value of all the anatomopathological results.

In conclusion, the SFPT is deeply convinced that a thorough evaluation of all products is necessary before marketing but also during the product life, in order to guarantee as much as possible human, animal and environment safety. However, given this study presents serious deficiencies in the protocol, the procedures and the interpretation of the results, the SFPT cannot support any of the scientific claims drawn by the authors, and any relevance for human risk assessment.

This letter presents the consensus scientific opinion of the Conseil d'Administration of the SFPT.

## References

Article R203-1 5° in Décret n° 2012-843 du 30 juin 2012 relatif à la modernisation des missions des vétérinaires titulaires d'un mandat sanitaire <http://www.legifrance.gouv.fr/affichCode.do?idArticle=LEGIARTI000026119992&idSectionTA=LEGISCTA000026103403&dateTexte=LEGITEXT000006071367&dateTexte=20121012#LEGISCTA000026103401> (last checked on 12 October 2012).

Crissman, J.W., Goodman, D.G., Hildebrandt, P.K., Maronpot, R.R., Prater, D.A., Riley, J.H., Seaman, W.J., Thake, D.C., 2004. Best practices guideline: toxicologic histopathology. Toxicol. Pathol. 32, 26–131.

Diehl, K.H., Hull, R., Morton, D., Pfister, R., Rabemampianina, Y., Smith, D., van de Vorstenbosch, C., 2001. A good practice guide to the administration of substances and removal of blood, including routes and volumes. J. Appl. Toxicol. 21, 15–23.

Morton, D., Sellers, R., Barale-Thomas, E., Bolon, B., George, C., Hardisty, J.F., Irizarry, A., McKay, J.S., Odin, M., Teranishi, M., 2010. Recommendations for pathology peer review. Toxicol. Pathol. 38, 1118–1127.

OECD, 2008. Draft OECD guideline for the testing of chemicals – test guideline 451: carcinogenicity studies. <http://www.oecd.org/chemicalsafety/testingofchemicals/41753121.pdf>.

OECD, 2009. OECD guideline for the testing of chemicals – test guideline 453: combined chronic toxicity/carcinogenicity studies. <http://www.oecd-ilibrary.org/docserver/download/fulltext/9745301e.pdf?expires=1350234374&id=id&accname=freeContent&checksum=D6D0B4BBCCDB469E5621135DE867DD0C> (last checked on 12 October 2012).

Peto, R., Pike, M., Day, N.E., Gray, R.G., Lee, P.N., Parish, S., Peto, J., Richards, S., Wahrendorf, J., 1980. Guidelines for simple, sensitive significance tests for carcinogenic effects in long-term animal experiments. In: IARC Monographs on the Evaluation of Carcinogenic Risk of Chemicals to Humans, Supplement of Long-term and Short-term Screening Assays for Carcinogens: A Critical Appraisal. International Agency for Research on Cancer, Lyon, France, pp. 311–426, Suppl. 2.

Russell, W.M.S, Burch, R.L., 1959. The Principles of Humane Experimental Technique. <http://altweb.jhsph.edu/pubs/books/humane_exp/het-toc> (last checked on 12 October 2012).

Séralini, G.-E., Clair, E., Mesnage, R., Gress, S., Defarge, N., Malatesta, M., Hennequin, D., Spiroux de Vendômois, J., 2012. Long term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize. Food Chem. Toxicol.. http://dx.doi.org/10.1016/j.fct.2012.08.005.

Workman, P., Balmain, A., Hickman, J.A., McNally, N.J., Rohas, A.M., Mitchison, N.A., Pierrepoint, C.G., Raymond, R., Rowlatt, C., Stephens, T.C., Wallace, J., Straughan, D.W., 1998. United Kingdom Co-Ordinating Committe on Cancer Research (UKCCCR) guidelines for the welfare of animals in experimental neoplasia (second ed.). Br. J. Cancer 77, 1.

## Further reading

For all pathology data not substantiated by a reference, please refer to recent and comprehensive toxicologic pathology textbooks, such as Greaves, 2012. Histopathology of Preclinical Toxicity Studies: Interpretation and Relevance in Drug Safety Evaluation, fourth ed. Academic Press, New York.

Erio Barale-Thomas
*Président du Conseil d'Administration du SFPT*
*E-mail address:* president@toxpathfrance.org

Available online 16 November 2012