# EXHIBIT 15

**DOCUMENT CONDITIONALLY FILED UNDER
SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(e)**