UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 11 RE: ALL OTHER IRRELEVANT AND UNFAIRLY PREJUDICIAL EVIDENCE** |

Having considered Monsanto Company's Motion *in Limine* No. 11 Re: All Other Irrelevant and Unfairly Prejudicial Evidence, the arguments of counsel for the parties in connection therewith, if any, and finding good cause therefore, this Court HEREBY GRANTS Monsanto Company's motion in its entirety. IT IS SO ORDERED.

Date: _____, 2019       _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT COURT