**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:    (202) 847-4030
Fax:    (202) 847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S MOTION *IN LIMINE* NO. 12 RE: EVIDENCE OF GLYPHOSATE IN BREAST MILK, FOOD, OR OTHER UNRELATED SOURCES** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

I, Brian L. Stekloff, hereby declare as follows:

1.  I am a partner at the law firm of Wilkinson Walsh + Eskovitz LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's

1. Motion *In Limine* No. 12 Re: Evidence of Glyphosate in Breast Milk, Food, or Other Unrelated Sources. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of excerpted portions of the Deposition of Mr. Edwin Hardeman for the *Hardeman* case (N.D. Cal. No. 3:16-cv-0525-VC) dated November 8, 2018.

3. Annexed hereto as Exhibit 2 is a true and correct copy of excerpted portions of the Deposition of Ms. Elaine Stevick for the *Stevick* case (N.D. Cal. 3:16-cv-2341-VC) dated November 9, 2018.

4. Annexed hereto as Exhibit 3 is a true and correct copy of excerpted portions of the Deposition of Mr. Simoun Gebeyehou for the *Gebeyehou* case (N.D. Cal. 3:16-cv-5813-VC) dated November 13, 2018.

5. Annexed hereto as Exhibit 4 is a true and correct copy of excerpted portions of the Expert Report of Dr. William R. Sawyer for *In Re: Roundup Prods Liab. Litig.* (N.D. Cal. No. 3:16-md-2741-VC) dated November 20, 2018.

6. Annexed hereto as Exhibit 5 is a true and correct copy of excerpted portions of the Deposition of Dr. William R. Sawyer for the *Stevick* case (N.D. Cal. 3:16-cv-2341-VC) dated December 20, 2018.

7. Annexed hereto as Exhibit 6 is a true and correct copy of excerpted portions of the *Order Denying Monsanto's Motion for Continuance of Trial Date and re: Motions in Limine* for *Johnson v. Monsanto Co.* (Cal. Sup. Ct. CGC-16-550128) dated April 3, 2018.

Executed this 30th day of January 2019.

/s/ *Brian L. Stekloff*_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)

WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____