# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS       )
     LIABILITY LITIGATION          )
 5                                 )  MDL No. 2741
                                   )  Case No. 16-md-02741-VC
 6                                 )
                                   )
 7                                 )
     This Document Relates To:     )
 8                                 )
     Hardeman v. Monsanto Co.,     )
 9   et al.                        )
     Case No. 3:16-cv-00525-VC     )
10                                 )
                                   )
11
12                        - - - -
13                      CONFIDENTIAL
14                       VIDEOTAPED
15            DEPOSITION OF EDWIN HARDEMAN
16
17              Held at the Vintners Inn
18       4350 Barnes Road, Santa Rosa, California
19         Thursday, November 8, 2018, 9:16 a.m.
20                        - - - -
21
22
23
24
25   REPORTED BY:  ELAINA BULDA-JONES, CSR NO. 11720
```

```
 1                      APPEARANCES
 2
 3   For the Plaintiff:
 4        BY: AIMEE H. WAGSTAFF, ESQ.
          Andrus Wagstaff, PC
 5        7171 W. Alaska Drive
          Lakewood, Colorado 80226
 6        303.376.6360
          Aimee.wagstaff@andruswagstaff.com
 7
          BY: R. BRENT WISNER, ESQ.
 8        Baum Hedlund Aristei Goldman, P.C.
          10940 Wilshire Boulevard, 17th Floor
 9        Los Angeles, California 90024
          310.207.3233
10        Rwisner@baumhedlundlaw.com
11
12   For the Defendants:
13        BY: COREY LAPLANTE, ESQ.
          Wilkinson Walsh + Eskovitz
14        11601 Wilshire Boulevard, Suite 600
          Los Angeles, California 90025
15        424.291.9656
          Claplante@wilkinsonwalsh.com
16
          BY: JULIE DU PONT, ESQ.
17        Arnold & Porter Kaye Scholer, LLP
          250 West 55th Street
18        New York, New York 10019-9710
          212.836.8572
19        Julie.dupont@arnoldporter.com
20        BY: E. ALEX BEROUKHIM, ESQ.
          Arnold & Porter Kaye Scholer, LLP
21        777 South Figueroa Street, 44th Floor
          Los Angeles, California 90017-5844
22        213.243.4059
          Alex.beroukhim@arnoldporter.com
23
24
25
```

1    Also present:

2         Breana Pozzi, videographer

          Mary Hardeman

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            MS. DuPONT:  I don't think I'm misleading
2     the witness.
3        Q.   Okay.  You've never filed a workers'
4     compensation claim, correct?
5        A.   No.
6        Q.   Never filed a claim for Social Security
7     disability, correct?
8        A.   No.
9        Q.   Let's talk about the -- the Roundup
10    products that you used.  Okay?
11       A.   Sure.
12       Q.   And just so I'm clear, we've been talking
13    a lot about Bayworld Industries.  You never used
14    Roundup at that -- at your property at Bayworld,
15    correct?
16       A.   No.  No, I wouldn't use Roundup there.
17       Q.   Tell me, what Roundup products did you
18    use?
19       A.   I used the concentrate.
20       Q.   Do you know what specific concentrate
21    product you used?
22       A.   I don't know.  It's the one -- the one --
23    the concentrate you mix with water.  You know,
24    concentrate.  So I don't know which -- which one it
25    was.  To me, I never looked.  I just -- the

1    concentrate, it could have been the Weed & Grass
2    or -- I'm not sure.
3              It had a, you know, white -- I think I
4    remember it was a white background or something and
5    the graphics were -- I don't know -- I don't know if
6    they were blue or red or whatever.  I don't
7    remember -- or green.
8         Q.   So just -- just to clarify for the record,
9    the products, the Roundup product that you used had
10   a -- was -- was the container white?  The container
11   white?  Was the container of the product white or
12   was the label white?
13        A.   No, it was -- I think I put down that we
14   purchased gallons and quarts.  So, yeah.
15        Q.   I'm not asking about the size.
16        A.   Oh.
17        Q.   I'm asking about what the color of it was.
18        A.   The color -- the outside?
19        Q.   Yes.
20        A.   Oh, God.  I'm just trying to remember
21   that.  I know -- I know it had a -- the container
22   was white.  And I'm not sure if the graphics were
23   red, you know.  It would have said "Roundup" on it
24   or -- blue.  I'm -- I don't remember -- I really
25   don't remember, to be honest with you.  I don't have

1   a picture of that, I'm sorry.
2         Q.   But you think the label was white and
3   possibly red?
4         A.   No.  No, I'm saying, the container, the
5   container background, I know it was a white
6   container.  It wasn't a green or a blue.  And it was
7   a white container.  And I think it had whatever
8   color graphics they put on to advertise their
9   product.  I'm not sure.  I don't remember what
10  that -- what that color was.  That could have been
11  red.  It could have been blue.  It could have
12  been -- I don't know.
13        Q.   Do you have any pictures of the products
14  that you used?
15        A.   No -- no, I don't.  The only thing I have
16  leftover is -- it was in a -- it was in a -- I put
17  it into another jar, the Roundup that I was using.
18  I had leftover.  But I lost the cap so -- put it
19  into a clear jar.  It was like a jar like this.
20        Q.   Do you have the jar with you today?
21        A.   Not today.  No, I have -- don't we have a
22  picture of it?  I don't know.  I don't know.  I
23  don't have a jar with me.
24        Q.   So you still have Roundup in your current
25  property in a jar with the lid on it?

 1          A.    Yes, I brought that over with us, yeah.  I
 2   never used it.  But it's over there.
 3          Q.    When did you use the Roundup concentrate?
 4          A.    When?  When did I start?
 5          Q.    What years?  Yeah, what -- what year did
 6   you start?
 7          A.    Well, let's see.
 8                We moved into -- on the Westside Road
 9   property, moved there in '88.  So, you know, I
10   probably -- I don't know.  I'm just approximating.
11   By the time we got organized with the move and
12   whatever else was going on there and then I got
13   around to spraying, I -- I would say it could have
14   been, you know, '89 forward.  It could have been '89
15   when I started spraying.  I usually, you know, would
16   do that in warmer months, preferably, if I could.
17          Q.    So the first property you sprayed on was
18   the Westside Road property?
19          A.    No, I sprayed in -- well, if you want to
20   go back to Iverson Road, yeah, we had a -- in the
21   beginning we moved into Iverson Road in '85.  There
22   was a -- a landscaper who was -- we hired and he was
23   spraying some Roundup and then we asked him what he
24   was using and he told us and we figured, oh, heck,
25   you know, we went down, we said we could do that

```
 1   ourselves.  And that's when we started to.  We
 2   bought the Roundup and put it into the pump-up
 3   sprayer.  So that was 19- -- let's see -- it's got
 4   to be '86, I guess, '86.  '85, '86, I think we moved
 5   in there, yeah.
 6        Q.   So the first time you used Roundup was in
 7   1986?
 8        A.   Yeah, I would say, yeah.  We -- we got
 9   introduced to the Roundup and what it could do.  So,
10   you know...
11        Q.   So you said it was a landscaper that
12   recommended that you use the --
13        A.   He didn't recommend it.  He -- we -- we --
14   I don't know why we ended up having him come on and
15   we had some -- we -- we had a five-acre piece up
16   there and it was a gravel driveway and road that
17   went all the way down to the main road and, you
18   know, the property -- usable on both sides, and we
19   wanted to take care of the stuff coming up through
20   our gravel road and --
21        Q.   You wanted to get the weeds?
22        A.   We wanted to get the weeds, you know -- I
23   mean, you know, to treat them coming up in different
24   spots.  And, you know, I don't know, for some reason
25   we hooked up with him.  He came out and we saw him
```

Confidential - Edwin Hardeman

1  spraying.  The we probably figured out he's charging
2  too much.  So we went and figured out we could do
3  this ourselves.  So, you know, we went and bought
4  some and there we go.  We were on our way.
5       Q.   So did anyone specifically recommend
6  Roundup to you?
7       A.   I don't think so.  I don't know why we
8  ended up getting the Roundup.  Maybe -- I don't
9  know.  Maybe we asked him what he was using or -- I
10 think -- it must have been something like that.
11 I -- it was so long ago that we -- you know, we --
12 then we went and looked at the stores to see if
13 this -- we could buy it and found out it was
14 available.  So that's how we got introduced to it.
15      Q.   So just to summarize.
16           The way you were introduced to -- to
17 Roundup was because a landscaper was --
18      A.   Initially, yes.
19      Q.   -- was using it on your product -- you
20 recognized what he was using was Roundup and,
21 therefore, you went to the store and purchased it
22 yourself?
23      A.   Yeah.
24      Q.   Any other reason that you started using
25 Roundup?

1     A.   No, just for what it was designed to do,
2  kill weeds, I guess, yeah.  That's it.  I mean...
3     Q.   But any other reason that prompted you to
4  buy it in the first place?
5     A.   No, I don't -- I don't think so.  Prompted
6  us.  Any motivations, you mean, to go buy it?  No.
7     Q.   And when -- when was the -- you -- you
8  said you first used Roundup in 1986.  And then when
9  was the last time you would have used Roundup?
10    A.   I guess at that, I'm thinking in 2011, you
11 know, late 2011, I suppose.  Early 2012.  I don't
12 know.  Somewhere in that -- that range.
13    Q.   And why did you use an herbicide on -- on
14 your -- it's Iverson Road property?
15    A.   That was -- initially on the Iverson Road
16 property, it was to, you know, kill weeds and things
17 growing up in the gravel driveway and maybe other --
18 other areas around the house, you know, various
19 little things that grow and we didn't want them
20 there.
21    Q.   How long was the -- the gravel driveway?
22    A.   Oh, God.  In, let's see, Gualala, I, you
23 know -- I can see it in my mind but I never measured
24 it and I'm not sure how long it was.  You know, it
25 was way -- it was off the road.  It was way off the

Confidential - Edwin Hardeman

1  main road and as you turned in and went down to the
2  house and stuff, so -- it could be 3, 400 feet.  I
3  -- I -- I -- you know, I'm -- I'm guessing.  Like I
4  said, I never measured it, so...
5      Q.  So you think it was about 3 to -- 300- to
6  400-feet driveway?
7      A.  I'm thinking, yeah.  It could -- it's
8  possible.  I mean, you know, but I really don't know
9  for sure.
10     Q.  Before I get more into what you were doing
11 on each property --
12     A.  Uh-huh.
13     Q.  -- where did you purchase the Roundup?
14     A.  Oh, I'm trying to think.  I know -- I
15 know -- I don't remember in the Gualala where we got
16 it, but I know in the -- when we came down into
17 Sonoma County, we moved to Westside Road, we went --
18 there was Yardbirds home improvement store and then
19 Friedman's.  Friedman's is almost like a ranch
20 supplier and hardware -- hardware store.
21     Q.  And is there one store you preferred over
22 the other?
23     A.  No, I mean, I liked Yardbirds.  It was --
24 was close.  I went -- I visited both of them.  We,
25 you know, bought other things for the house and --

Confidential - Edwin Hardeman

1  you know.
2          And I liked Yardbirds but, unfortunately,
3  they -- they closed, I think at some point.  It was
4  2009 or whatever.  I put it -- I think I put it in
5  there, somewhere in one of these documents.  So then
6  it became Friedman's.
7      Q.   So you preferred Yardbirds but then once
8  that closed you tended to use Friedman's more?
9      A.   I was closer to -- you know, Yardbirds,
10 yeah, I -- I liked the store, but it depended upon
11 where -- you know, we kind of combined it with other
12 things we were doing.  So if there's -- you know,
13 there was some other stuff we wanted to get at
14 Yardbirds, you know, we would just go there rather
15 than -- we didn't have to go to Friedman's, then we
16 wouldn't go.  But if we -- you know, so it's -- it's
17 kind of a -- yeah, I don't -- I don't know.  It's
18 kind of a mix.  It could be Yardbirds.  It could be
19 Friedman's.  But unfortunately, like I said,
20 Yardbirds came out of the picture when they closed
21 and -- all their stores.
22      Q.   And you think that closed around 2006?
23      A.   No, I think -- I thought it was -- I'm not
24 sure.  I'm not sure when it closed, but I put it --
25 wrote it down somewhere.

Confidential - Edwin Hardeman

 1        Q.   Why don't I go ahead and mark the
 2   identification sheet that you provided.
 3            (Whereupon, Exhibit 11 was marked for
 4   identification.)
 5            MS. WAGSTAFF:  I think it's 11.
 6            MS. DuPONT:  Yeah, it is.
 7            THE WITNESS:  Let's see here.
 8   BY MS. DuPONT:
 9        Q.   So if this -- if you turn to
10   identification and -- of distribution of product on
11   the --
12        A.   Oh.
13        Q.   -- third page.
14        A.   Okay.
15        Q.   I think it's the third page.
16            Are you on the second one?
17        A.   Am I -- okay.  All right.
18        Q.   Do you see that you have the Yardbirds
19   store closed around 2006?
20        A.   Yeah, again, I'm -- I'm -- I'm -- it -- it
21   may have -- I -- I can't be certain.  I'm...
22        Q.   Did you --
23        A.   Maybe it was 2000- -- I -- I don't -- I
24   don't remember back then.  You know, I know it -- if
25   it did, if it closed in 2006 and we went to

Golkow Litigation Services                                Page 177

Confidential - Edwin Hardeman

1   STATE OF CALIFORNIA  )

2   COUNTY OF YOLO       )

3        I, ELAINA BULDA-JONES, a Certified Shorthand

4   Reporter of the State of California, duly authorized

5   to administer oaths pursuant to Section 2025 of the

6   California Code of Civil Procedure, do hereby

7   certify that

8                    EDWIN HARDEMAN,

9   the witness in the foregoing deposition, was by me

10  duly sworn to testify the truth, the whole truth and

11  nothing but the truth in the within-entitled cause;

12  that said testimony of said witness was reported by

13  me, a disinterested person, and was thereafter

14  transcribed under my direction into typewriting and

15  is a true and correct transcription of said

16  proceedings.

17       I further certify that I am not of counsel or

18  attorney for either or any of the parties in the

19  foregoing deposition and caption named, nor in any

20  way interested in the outcome of the cause named in

21  said deposition dated the  _____ day of

22  _____, 2018.

23

24

25  ELAINA BULDA-JONES, RPR, CSR 11720