# EXHIBIT 2

```
 1            UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF CALIFORNIA

 3

 4  IN RE: ROUNDUP PRODUCTS    )
    LIABILITY LITIGATION       )
 5                             ) Case No.
                               ) 3:16-md-02741-VC
 6                             )
    This Document Relates to:  )
 7                             ) MDL No.  2741
    Stevick v. Monsanto Co.,   )
 8  et al.,                    )
    Case No. 3:16-cv-02341-VC  )
 9                             )
                               )
10

11

12            - - - -

13            VIDEOTAPED

14       DEPOSITION OF ELAINE STEVICK

15

16   Held at the Offices of Litigation Services

17    3510 Unocal Place, Santa Rosa, California

18      Friday, November 9, 2018, 9:24 a.m.

19            - - - -

20

21

22

23

24  REPORTED BY:  ELAINA BULDA-JONES, CSR #11720

25
```

1        APPEARANCES

2

3  For the Plaintiff:

4      BY: BRIAN BRAKE, ESQ.
       The Miller Firm LLC
5       The Sherman Building
       108 Railroad Avenue
6       Orange, Virginia 22960
       540.672.4224
7       Bbrake@millerfirmllc.com

8

9  For the Defendants:

10     BY: E. ALEX BEROUKHIM, ESQ.
       Arnold & Porter Kaye Scholer, LLP
11      777 South Figueroa Street, 44th Floor
       Los Angeles, California 90017-5844
12      213.243.4059
       Alex.beroukhim@arnoldporter.com
13
       BY: ZACHARY FAYNE, ESQ.
14      Arnold & Porter Kaye Scholer, LLP
       Three Embarcadero Center, 10th Floor
15      San Francisco, California 94111-4024
       415.471.3114
16      Zachary.fayne@arnoldporter.com

17

18  Also present:

19      James Terrell, videographer
       Christopher Stevick
20

21

22

23

24

25

ELAINE STEVICK

Page 93

1   to -- to help us --

2       Q.   Clean it up?

3       A.   -- plan the garden and clean it up.

4            And so that was my big introduction to
5   Roundup.  Because I was instructed by the gardener
6   to water the garden area to make the weeds grow more
7   and then use -- once the weeds had really produced,
8   to use Roundup on the entire property.

9            And then when that was done and the weeds
10  had died, we still had the remaining onion bulbs.
11  So we had a gentleman -- we hired a gentleman who
12  came and handpicked the entire -- he sat on the
13  ground and for days handpicked onions.

14      Q.   Uh-huh.

15      A.   So that was the beginning of my use of
16  Roundup.

17      Q.   Okay.  We'll talk -- I want to talk about
18  that.  Okay.

19           So have you described all of the work that
20  you all did to the house?  Anything else that you --
21  you recall, big -- big -- big picture things?

22      A.   That was everything that we did.

23      Q.   Okay.  And so I've seen pictures of the
24  house.  It looks like there's a house.  It's a
25  two-story house.  If you're facing the house, on the

ELAINE STEVICK

Page 94

1  right-hand side of the house there's a gravel
2  driveway that you described.
3      A.  Correct.
4      Q.  And in the front there's two small patches
5  of grass.
6      A.  Yes.
7      Q.  And then a little walkway up to the front
8  porch.
9      A.  Correct.
10     Q.  Then there's a side -- there's -- it's a
11  lot of bush over --
12     A.  Right.
13     Q.  -- there on the side.
14         And there's some roses in the front.
15     A.  Right.
16     Q.  Very nice roses.
17     A.  Thank you.
18     Q.  And you get into the back and there's,
19  again, two patches of grass.
20     A.  There's --
21     Q.  Oh, I'm sorry.  One patch.
22     A.  One patch.
23     Q.  One patch of grass.
24     A.  Large patch.
25     Q.  One patch of grass.

ELAINE STEVICK

Page 95

1        And there's this like kind of walkway that
2  you have.  It's like a stone walkway.
3     A.  Right.
4     Q.  And there's a detached garage on the
5  right-hand side just at the end of the driveway.
6     A.  That's right.
7     Q.  And it -- it appears that there's a shed
8  somewhere in the house.
9        Is that the same as the detached garage or
10  is there a separate shed too?
11     A.  There's not a separate shed.
12     Q.  Okay.  And then there's some more bushes
13  at the very back of the property.
14     A.  Uh-huh.
15     Q.  Is that -- did I generally get that right?
16     A.  There's a rose bed along one side and
17  there's another small bed around -- next to the
18  garage.
19     Q.  Okay.
20     A.  And then there's an area in the back where
21  there's a swing and a couple of vegetable -- red,
22  raised vegetable beds.
23     Q.  Right.
24     A.  And then recently we've covered it with a
25  tarp and -- and mulch.

1   Q.  Okay.  Okay.  And we'll get to the
2   dimensions of the property later.  We've talked
3   about it a little bit.  I'll get a -- I'm going to
4   get an assessor's thing.
5       It's my understanding that the house is
6   about -- the lot's about 5300 feet and the house is
7   about 1922 square feet.  Something around that.
8       Is that -- at least the square footage of
9   the house; is that right?
10  A.  I'm believing you, but I'm not very good
11  at numbers at all.
12  Q.  Okay.
13  A.  I never have been.
14  Q.  Okay.
15  A.  Which is why I'm a language specialist.
16  Q.  Okay.  So when you originally moved in,
17  you were working with a landscaper for the weeds --
18  A.  Yes.
19  Q.  -- in the garden?
20  A.  Just one visit.
21  Q.  Just one visit.
22      Did he spray the Roundup originally?
23  A.  No, she -- it was a woman.  She didn't.
24  Q.  What did she do?
25  A.  She just advised me, drew me a pattern of

1  what we might do.

2     Q.  Okay.  Okay.  And you executed her plan?

3     A.  Yes.

4     Q.  Did you have any help?

5     A.  Chris.

6     Q.  Anyone other than Chris?

7     A.  No.

8     Q.  Okay.  And did you have all the tools

9  necessary to do all this work?  Like, did you have a

10 lawnmower and a weed whacker and all that stuff?

11    A.  Uh-huh.  Yes.

12    Q.  Okay.  And then after you sprayed the

13 Roundup, you said that a gentleman came and plucked

14 out the onions; is that right?

15    A.  Right.

16    Q.  And did the onions grow back after that

17 time?

18    A.  No.  But we also covered quite a bit of

19 the land with the lawn and with the pathways and so

20 forth.

21    Q.  You planted grass?

22    A.  Yes.

23    Q.  Right.  And then you put on the stone

24 pathways?

25    A.  Yes.

ELAINE STEVICK

Page 98

1    Q.  Okay.  And so the first time you used
2  Roundup in your life was sometime after March of
3  1989; is that correct?
4    A.  The first time I would -- in my
5  recollection, because that's a long time ago, I -- I
6  am not sure that I ever used it on our previous home
7  on Bernice Court.
8    Q.  Uh-huh.
9    A.  I -- I don't think I did because I don't
10  remember -- it was the frequency that I used it
11  after the landscape gardener recommended it.  Then I
12  started using it more intensely.
13    Q.  Okay.
14    A.  Very intensely.
15    Q.  So the best testimony you have today is
16  you started using it sometime after you moved into
17  the Liberty home?
18    A.  That's what -- that's the time I can
19  really remember using it very consciously and often.
20    Q.  Okay.  And tell me about that.  Tell me
21  about -- where -- where -- what did you do?
22    A.  Well, I -- we had -- I -- I occasionally
23  would use it ready mixed, but --
24    Q.  I'm talking about that -- just that first
25  time you used it.

ELAINE STEVICK

Page 99

1       Excuse me for interrupting.  Go ahead.
2    A.  The first time we used it?
3    Q.  Yeah.
4    A.  To kill the -- the major amount?
5    Q.  Yeah.
6    A.  My -- I'm sure my husband made a mix
7  because it would have been too much of a property --
8  I'm just thinking back.
9        That there was too much property to be
10  able to -- we couldn't afford to buy the ready mix.
11   Q.  Uh-huh.
12   A.  So we would mix.  So we bought the
13  sprayer, the pumper, and he would mix it for me.
14   Q.  Okay.  So he -- he took the concentrate --
15   A.  Concentrate.
16   Q.  -- and mixed it for you and you went out
17  and you sprayed?
18   A.  And I sprayed.
19   Q.  And -- okay.  Okay.
20        And about how long did you spray?
21   A.  Those times -- at those times -- well,
22  just for my own stamina, probably about an hour at a
23  time.  Yeah.
24   Q.  And about --
25   A.  I probably obviously sprayed more often at

ELAINE STEVICK

Page 100

1  that time when I was killing a larger area of
2  ground.
3     Q.  Uh-huh.  And when you say "more often,"
4  more than once a month is what you're referring to?
5     A.  Probably put two -- two applications, you
6  know.
7     Q.  Per month?
8     A.  Per -- in that month for -- yeah, for the
9  couple --
10    Q.  And did --
11       MR. BRAKE:  I'm sorry to interrupt you,
12  but are we still talking about the initial first
13  time?
14       MR. BEROUKHIM:  Yes.
15       THE WITNESS:  Yes.
16       MR. BRAKE:  Okay.  Thank you.
17       THE WITNESS:  Yeah.
18  BY MR. BEROUKHIM:
19    Q.  And so the first time in 1989 when you did
20  it, Chris Stevick mixed the concentrate for you, to
21  the best of your recollection?
22    A.  Yeah.
23    Q.  You didn't do that yourself; is that
24  correct?
25    A.  No, I don't remember doing that.

ELAINE STEVICK

Page 101

1   Q. He put it in a sprayer for you; is that
2  correct?
3     A. Correct.
4     Q. Was it with a wand?
5     A. Yes.
6     Q. So you had a wand sprayer; is that
7  correct?
8     A. Right.
9     Q. Where you would pump?
10    A. Right.
11    Q. And spray?
12    A. Right.
13    Q. And do you remember how many gallons the
14  sprayer was?
15    A. I think we always bought like a -- about a
16  three-gallon total size, but we'd only mix to the
17  level, you know, of the concentrate.  Like, I'm --
18  it would be like an equivalent of a gallon.
19    Q. Okay. So you'd carry a gallon and you'd
20  go out --
21    A. Well, I couldn't even lift more than that,
22  so...
23    Q. That -- that's what I was going -- that's
24  what I was going to say.
25    A. Yeah.

ELAINE STEVICK

Page 102

1    Q.  I was going to say -- I was going to say
2  that.  So you'd mix about a gallon solution at a
3  time.
4    A.  Right.
5    Q.  And you'd go out, at least in the first
6  few months after you bought the house, your goal was
7  to kill these onions and weeds?
8    A.  Yes.
9    Q.  So you can plant a lovely garden?
10   A.  Right.
11   Q.  And you were able to achieve that goal
12 after two or three months?
13   A.  Correct.
14   Q.  So during that two- or three-month period
15 you were likely spraying a gallon of concentrate one
16 or two times a month?
17   A.  Right.
18   Q.  For about an hour each time?
19   A.  Right.
20   Q.  And you weren't consistently spraying for
21 that hour, you were walking around and doing some
22 spot spraying?
23   A.  Exactly right.
24   Q.  So the total amount of time you were
25 spraying was less than an hour?

Page 103

1    A.  It must have been a little less than an
2  hour just for -- you're right because you're doing
3  other things while you are spraying.
4    Q.  Right.  Okay.
5        After that initial period, you started
6  using Roundup a lot less, right?
7    A.  Yes.
8    Q.  At that point you plant your grass
9  because -- you didn't want to kill the grass so
10 you're not out there spraying the --
11   A.  Gosh, no.
12   Q.  Okay.  And what you're probably using it
13 for -- and I'm surmising.  I -- I don't want to
14 testify for you.  I want you to get this right for
15 me.
16       After you planted the garden and you put
17 in the pathway, you're probably zapping weeds in the
18 walkway?
19   A.  Right.
20   Q.  You're probably zapping weeds that are in
21 near your roses because you want to protect your
22 roses from the weeds.
23   A.  Correct.
24   Q.  That's probably about it, right?
25   A.  The side yard, the front, the front

1  sidewalk.  We didn't really take that into account
2  with the property, the sides of the property I think
3  is the public sidewalk.  But I used it on the public
4  sidewalk also.
5      Q.  Okay.  So public sidewalk, where the rose
6  bushes are, and the cracks in the walkway that you
7  put in?
8      A.  The driveway.  The driveway, that pea
9  gravel --
10     Q.  The gravel?
11     A.  -- driveway.
12     Q.  Okay.
13     A.  Yes, that's a big part.
14     Q.  And then after those first two or
15  three months, after you -- the initial Roundup
16  spraying that we've talked about, you were using the
17  Roundup both less frequently and less in amount; is
18  that correct?
19     A.  The amount was still about a gallon --
20  every time I would spray it would be about a gallon.
21     Q.  Okay.
22     A.  But I used it more often and I needed more
23  of it when I was first killing the larger area.
24     Q.  Okay.  So how often would you spray after
25  that initial two- or three-month period when you

ELAINE STEVICK

Page 105

1  were trying to --

2     A.  Then it would be about once a month for

3  the -- for about ten months of the year when it

4  wasn't raining and it wasn't freezing cold.

5     Q.  Okay.  And you would use a gallon every

6  time?

7     A.  Yeah, that's what I remember.

8     Q.  For -- for the little areas where you were

9  spot spraying the cracks in the driveway and around

10  the rose bushes?

11     A.  And the -- the driveway itself was very

12  substantial.  That's a big driveway.

13     Q.  About how many feet do you think it is?

14  Oh, you're bad with numbers.

15     A.  I am sorry that I'm bad with numbers.

16     Q.  How many cars can fit in that driveway?

17     A.  The length of the driveway, probably we

18  can certainly fit three because we can fit equipment

19  that we already have plus our two cars.

20     Q.  Right.  And so it's about three car

21  lengths; is that fair?

22     A.  Right.  Yes.

23     Q.  Okay.  And it's about the width of a car,

24  it's not like -- you know, it's about the width of a

25  parking space, it's not --

Page 373

1  STATE OF CALIFORNIA  )

2  COUNTY OF YOLO     )

3      I, ELAINA BULDA-JONES, a Certified Shorthand

4  Reporter of the State of California, duly authorized

5  to administer oaths pursuant to Section 2025 of the

6  California Code of Civil Procedure, do hereby

7  certify that

8                  ELAINE STEVICK,

9  the witness in the foregoing deposition, was by me

10  duly sworn to testify the truth, the whole truth and

11  nothing but the truth in the within-entitled cause;

12  that said testimony of said witness was reported by

13  me, a disinterested person, and was thereafter

14  transcribed under my direction into typewriting and

15  is a true and correct transcription of said

16  proceedings.

17      I further certify that I am not of counsel or

18  attorney for either or any of the parties in the

19  foregoing deposition and caption named, nor in any

20  way interested in the outcome of the cause named in

21  said deposition dated the _____ day of

22  _____, 2018.

23

24

25  ELAINA BULDA-JONES, RPR, CSR 11720