# EXHIBIT 3

```
 1                  UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE ROUNDUP PRODUCTS        )

                                   )

 5   LIABILITY LITIGATION          )

                                   )    Case No.

 6                                 )    3:16-MD-05813-vc

                                   )

 7   This document relates to:     )    MDL No. 2741

                                   )

 8   Simoun Gebeyehou v.           )

     Monsanto co.,                 )

 9    3:16-cv-05813-VC              )

     _____  )

10

11

12

13

14

                            DEPOSITION OF

15

                          SIMOUN GEBEYEHOU

16

                     TUESDAY, NOVEMBER 13, 2018

17

18

19

20

21   REPORTER: KIMBERLY E. D'URSO, RPR, CSR NO. 11372

22

23

24

25
```

Page 2

APPEARANCES:

1
2
3 FOR THE PLAINTIFF:
        TESFAYE W. TSADIK LAW OFFICES
4       TESFAYE W. TSADIK, ESQ.
        The California Building
5       1736 Franklin Street
        Oakland, CA  94612
6       (510) 839-3922
        ttsadik@pacbell.net
7       ttsadik3@gmail.com
8 FOR THE DEFENDANT:
9       ARNOLD & PORTER KAYE SCHOLER LLP
        BY:  BERT SLONIM, ESQ.
10      NEDA HAJIAN, ESQ.
        250 W. 55th Street
11      New York NY  10019
        (212) 836-8897
12      bert.slonim@arnoldporter.com
13 ALSO PRESENT:
14      Helen Gebeyehou
15           --oOo--
16
17
18
19
20
21
22
23
24
25

Page 3

1        INDEX OF EXAMINATION
2 WITNESS:  SIMOUN GEBEYEHOU
3  EXAMINATION BY                        PAGE
        Mr. Slonim............................5
4
        Mr. Tsadik...........................165
5
6
7        EXHIBITS FOR REFERENCE
8 EXHIBIT        DESCRIPTION           PAGE
9 1 - Notice of Deposition...........................9
10 2 - Land Description..............................31
11 3 - Map...........................................33
12 4 - Copy of Photo.................................35
13 5 - Copy of Photo.................................35
14 6 - Copy of Photo.................................35
15 7 - Plaintiff Fact Sheet..........................50
16 8 - Patient Secure Message........................58
17 9 - "Roundup Check Doubles Your Risk of Lymphoma"..65
18 10- Labels........................................80
19           --oOo--
20
        QUESTIONS INSTRUCTED NOT TO ANSWER/MARKED
21
        PAGE            LINE
22
        155             11
23
           --oOo--
24
25

Page 4

1           --oOo--
2       BE IT REMEMBERED, that set on Tuesday, the 13th
3 day of November, 2018, commencing at the hour of
4 10:01 a.m. thereof, at Oakland Marriott City Center, 1001
5 Broadway, Oakland, California, before me,
6 Kimberly E. D'Urso, an RPR and Certified Shorthand
7 Reporter of the State of California, there personally
8 appeared
9           SIMOUN GEBEYEHOU,
10      having been called as a witness by the
11 Defendant, who, having been sworn by me to tell the
12 truth, the whole truth, and nothing but the truth, was
13 thereupon examined and testified as hereinafter set
14 forth:
15           --oOo--
16
17           EXAMINATION
18 BY MR. SLONIM:
19    Q.  Good morning, Mr. Gebeyehou.  My name is Bert
20 Slonim.  I'm an attorney for the Monsanto Company, the
21 defendant in this lawsuit.
22      You are the plaintiff bringing this lawsuit;
23 correct?
24    A.  Correct.
25    Q.  Would you please state your full name and your

Page 5

1 home address for the record.
2    A.  Simoun Gebeyehou.  2 Lexford Place, Oakland,
3 94619.
4    Q.  Mr. Gebeyehou, before we begin, I need to put a
5 statement on the record.  I note that Monsanto is
6 continuing to receive records from medical providers who
7 have treated you, as well as from your employers and
8 other types of records.  So we have not yet received the
9 complete set of records necessary for me to make sure
10 that I can ask all the questions that are needed.  For
11 that reason, Monsanto reserves its rights to continue
12 the deposition of Mr. Gebeyehou after today, based on
13 the additional records that are in the process of being
14 made available.
15      MR. TSADIK:  Objection to that, because I know
16 the record, up to now, shows Monsanto has received all
17 the medical records.  And I believe the Court has already
18 indicated what kind of records would be available from
19 the employment file.  And I would object to any kind of
20 reservation of time to have the deposition continued to
21 another date.  Just for the record.
22 BY MR. SLONIM:
23    Q.  Mr. Gebeyehou, you understand that you are
24 providing testimony today under oath; is that correct?
25    A.  Yes.

Page 42

1 6, your property at the bottom stops near the edge of --
2 the left-hand edge of the driveway where there's a
3 fence?
4    A.  All of this is mine.
5    Q.  This is yours over to the left of the fence --
6 to the left of the driveway?
7    A.  My fence goes all the way from here, all the
8 way down here (indicating).
9    Q.  I see.  So this green area to the left of the
10 driveway on Exhibit Number 6, that's part of your
11 property?
12    A.  Yes.
13    Q.  Is that green area, is that kept in a natural
14 state, or do you do any kind of landscaping on that?
15    A.  No.  I put landscaping about four years -- five
16 years ago.
17    Q.  What kind of landscaping?
18    A.  Ice plant.  Ice plant.
19    Q.  What was there before the ice plant?
20    A.  Weeds.
21    Q.  Weeds were there?
22    A.  Yes.
23    Q.  Did you ever have a landscaper or a gardener
24 assist you with the care of your property?
25    A.  No.  I do it all by myself.

Page 43

1       MR. TSADIK:  Objection as to time.  Okay?
2       THE WITNESS:  Right.  The time.  What time are
3 you talking about?
4 BY MR. SLONIM:
5    Q.  Let's start from 1986 to date.  From 1986 to
6 today, was there anytime that you ever had a landscaper
7 or a gardener assist you with the care of your property?
8    A.  From 1986 to 2015, '16 about, no -- no gardener
9 was ever.
10    Q.  And then you started to use a gardener --
11       (Simultaneous speakers.)
12    A.  And then --
13    Q.  -- in 2015 to 2016?
14    A.  About 2015 to date, I use a gardener.
15    Q.  What is the name of the gardener?
16    A.  I blacked out.
17       THE WITNESS:  What's the name, Helen?
18       MR. TSADIK:  You can't ask Helen.
19       MR. SLONIM:  No.
20 BY MR. SLONIM:
21    Q.  Is it a landscaping company?
22    A.  No, no, no.  He's a young student.
23    Q.  And does he have any equipment that he brings?
24    A.  I have all the equipment I need.
25    Q.  Okay.  So you hire a student -- starting in

Page 44

1 about 2015 to 2016, you've hired a student to use your
2 equipment to take care of the landscaping?
3    A.  Yes.
4    Q.  And --
5    A.  What's his name?
6    Q.  That's okay.
7       Is it your testimony that prior to 2015 and
8 2016, you had no type of landscaper or gardener assist
9 you?
10    A.  Only a couple of days to cut off a tree.
11    Q.  Okay.  Now, I want you to hold Roundup aside,
12 okay?  I'm not asking you this question about Roundup.
13 Did you ever apply any type of pesticide or herbicide
14 other than Roundup to your property?
15    A.  I didn't even know this exists, no.
16    Q.  Okay.  So --
17       MR. TSADIK:  Please answer the question.
18 BY MR. SLONIM:
19    Q.  So it's your testimony that the only type of
20 pesticide or herbicide that you have ever applied to
21 your property from 1986 to date is Roundup?
22    A.  Roundup.  To 1986 to 2016?  2016, I stopped
23 using Roundup.
24    Q.  Now, on the photographs, can you show me which
25 area -- let's take -- which photograph is easiest for

Page 45

1 you to show me which areas you used Roundup on?  I think
2 maybe photograph 6.
3       MR. TSADIK:  If you can't tell from these
4 photographs, just tell him to express -- tell him you
5 cannot explain it from these photographs.
6 BY MR. SLONIM:
7    Q.  Exhibit Number 4?
8    A.  Yeah.
9    Q.  Show me on Exhibit Number 4 exactly which parts
10 of your property you applied Roundup to.
11       MR. TSADIK:  As to time.  What?  Objection as
12 to time.
13       THE WITNESS:  I start to use Roundup
14 everywhere, every possible way you find before I started
15 to do some vegetable.  So all 1.5 -- you say 1.6 -- 1.6
16 acre all have been receiving Roundup one time or another.
17    Q.  When you used Roundup, did you use it for spot
18 application where weeds appeared, or did you apply it --
19 did you soak the entire property?
20    A.  No, no, no.  Weed grows everywhere.  So I
21 usually go ahead section by section.  I call this one.
22 You can look at it here.  Section 1 is here.
23       MR. TSADIK:  Yeah, I don't know how you --
24 BY MR. SLONIM:
25    Q.  Section 1 is on the -- is on right-hand side of

Page 46

1   the -- to the right of the driveway?
2      A.  Right.  The top side.  And this is section 2.
3      Q.  Which would be to the right of the driveway,
4   closer to the courtyard?
5      A.  Right.  Down.  The thing is here.
6         Section 3 is this field in here.
7      Q.  Which would be to the left-hand side of the
8   house?
9      A.  Right -- no.  Section 4.  Section 1, 2, 3 is
10  this one here.
11     Q.  3 is above the house?
12     A.  Right.
13        4 is a little terrace in here.  So 4, 5, and 6.
14     Q.  You did not apply Roundup to the driveway patio
15  or courtyard, did you?
16        MR. TSADIK:  Objection -- objection as to time.
17        THE WITNESS:  Not much.
18        MR. SLONIM:  Counsel, just say "Objection."
19        THE WITNESS:  Say it again, the question.
20  BY MR. SLONIM:
21     Q.  You did not apply Roundup to the driveway,
22  patio, or courtyard, did you?
23     A.  That's why I told you, the cobblestone.  The
24  cobblestone grows very little, tiny weed.  So I usually
25  apply targeted spray.

Page 47

1         (Reporter clarification.)
2         THE WITNESS:  The weed on the cobblestone is
3   not everywhere.  Otherwise --
4   BY MR. SLONIM:
5      Q.  So you applied no Roundup to the concrete pad
6   because that was concrete.  The driveway and the
7   courtyard, which are cobblestone --
8      A.  You mean -- how can I apply Roundup on the
9   concrete?
10     Q.  We're just clarifying.
11        MR. TSADIK:  Look.  The question simply -- I'll
12  object to the question as to time.
13        MR. SLONIM:  Fine.  Object.
14  BY MR. SLONIM:
15     Q.  Let me rephrase it, Mr. Gebeyehou.  So with
16  respect to the areas that are paved, you applied -- spot
17  applied Roundup to weeds that may have occasionally come
18  up between the cobblestones --
19     A.  That's right.
20     Q.  -- is that right?
21        And you did not apply it to the concrete area,
22  of course, because there were no weeds there; correct?
23     A.  Correct.
24     Q.  Now, when you applied Roundup, were there
25  certain times of years, such as the fall and the winter,

Page 48

1   when you did not apply it?
2      A.  Well, in our area, there's no more winter and
3   summer anymore because it's all dry and rainy.  So every
4   time there is a good climate for application, I apply it
5   whenever it is applied.  So to answer your question, I
6   apply it in summer and winter.
7      Q.  You applied Roundup in the summer and the
8   winter?
9      A.  Yes.
10     Q.  And then did you apply it in the fall?
11     A.  I'd rather say -- rainy season -- not rainy
12  season is better.
13     Q.  And tell me -- when you say -- so you applied
14  it in the rainy season, correct?
15     A.  In the rainy season, not as heavy as summer, as
16  the non-rainy season.
17     Q.  So I need you to explain this to me in months.
18  Which months did you apply Roundup and which months did
19  you not?
20     A.  Throughout.  Throughout all the year.
21     Q.  Your testimony is every month, even throughout
22  the winter, the summer, the spring, the fall, every
23  month you applied Roundup?
24     A.  That's correct.
25     Q.  Even though there are months in Oakland climate

Page 49

1   where weeds don't grow?
2      A.  Every -- the whole year, it grows in here.
3      Q.  Okay.  Now, are there any areas that are grass
4   areas?
5      A.  No.  Only -- grass -- there's no grass.
6      Q.  No lawn, no grass?
7      A.  No.  No more.  Nothing.
8      Q.  You have plants on the property that are
9   cactuses, cacti; correct?
10     A.  Cactus, yes.
11     Q.  Where are those?
12     A.  Cactus are on the edges over the slope, starts
13  where the level ground ends.  In other words, as a fire
14  protection, at every edge of level land, I put cactus.
15     Q.  Now, you didn't apply Roundup to the areas
16  where the cactus were planted, did you?
17     A.  Sometimes around the footing of the cactus,
18  there might be some shrubs, weed shrubs, so I kill it
19  with that.
20     Q.  And it didn't kill the cactus?
21     A.  It kill -- doesn't matter.
22        (Reporter clarification.)
23        THE WITNESS:  For all intents and purpose, no.
24  But it might kill a couple of -- two, three leaves.  It
25  doesn't matter.  It grows back.  The cactus is a very

Page 50

1  wonderful plant.
2  BY MR. SLONIM:
3  Q.  It's your testimony that even where there was
4  cactus growing, that you might have applied Roundup?
5  A.  Around the footing.
6  Q.  There are sow thistles on the property;
7  correct?
8  A.  Say it again.
9  Q.  Sow thistles.  Sow, s-o-w.  Sow thistles?
10  MR. TSADIK:  You understand what it is?
11  THE WITNESS:  No.
12  BY MR. SLONIM:
13  Q.  It's a type of weed.
14  A.  I have no idea what they are.
15  Q.  It looks like a flowering weed.
16  A.  Yellow?
17  Q.  Sow thistle?  You don't know?
18  A.  I don't know any of the plants.
19  MR. SLONIM:  So we've been going for a little
20  over an hour.  Why don't we take a short break.
21  THE REPORTER:  Off the record.
22  (Break taken.)
23  (Exhibit Number 7 was marked.)
24  BY MR. SLONIM:
25  Q.  We've marked as Exhibit Number 7 a document

Page 51

1  entitled the "Plaintiff Fact Sheet" that you submitted
2  in this litigation?
3  A.  Right.
4  Q.  We handed that to you.
5  Would you turn to the last page, please.  It's
6  page number 14.  The very last page.
7  Is that your signature?
8  A.  Yes.
9  Q.  And did you sign this on October 18th, 2018,
10  the date that's indicated?
11  A.  Right.
12  Q.  And you understand that you signed the fact
13  sheet under penalty of perjury, that the information
14  that you provided is true and correct to the best of
15  your knowledge?
16  A.  Correct.
17  Q.  Would you turn, please, to page 9.
18  A.  Can I have the page again?
19  Q.  When did you start using Roundup?
20  A.  That's what this say?
21  Q.  Well, let me -- let me rephrase.  The fact
22  sheet says that you first started using Roundup in 1987;
23  is that correct?
24  A.  Right.
25  Q.  And it says you last used Roundup in 2014;

Page 52

1  correct?
2  A.  I take it back.  After 2014, intensively I was
3  using it.  But I continued using it until 2016.  Not as
4  in the same aggressively that I used to do.  So I used
5  Roundup 1986 for --
6  (Reporter clarification.)
7  THE WITNESS:  2016.  I'm sorry.  Did I say
8  that?
9  BY MR. SLONIM:
10  Q.  You submitted a statement -- a sworn statement
11  under penalty of perjury in this litigation, less than
12  one month ago, in which you swore that you last used
13  Roundup in 2014; is that right?
14  A.  2014, fully.  But after I got sick, I was using
15  it here and there, very rarely.  Maybe I can make an
16  amendment.
17  (Reporter clarification.)
18  THE WITNESS:  Maybe I used it after that three,
19  four times.  So when you say Roundup until 2014, I don't
20  want to give you the impression that ever since then, I
21  completely ignored it.  I had it --
22  BY MR. SLONIM:
23  Q.  Turn, please, to page 10.
24  A.  What page is this?
25  Q.  That's page 9.  Next page.

Page 53

1  That question asks you to complete a chart
2  below to detail your exposure to Roundup and other
3  glyphosate products.  And in the left-hand side, it asks
4  you to state the date of usage.
5  Do you see that?
6  A.  1987 to 2014.  Right.
7  Q.  So when you prepared this chart and you
8  answered this question on October 18th, 2018, you wrote
9  that the time frame in which you used Roundup from was
10  starting in 1987 and ending in 2014; correct?
11  A.  Yes.
12  Q.  And that was under penalty of perjury; correct?
13  A.  Well, again, I'm going to state this again.
14  Until 2014 was full aggressive, the way I used to do the
15  last 27 years.  But since 2014, maybe I used it three,
16  four, five -- three or four times around the common.
17  Q.  You didn't write that down on your answer to
18  this, did you?
19  A.  The purpose of the question is, how much
20  Roundup did you use from 2014?  Not even one gallon
21  totally.
22  Q.  The question says --
23  A.  I didn't depart -- I'm sorry.  I didn't
24  completely depart from Roundup until 2016.
25  Q.  The question asks you to detail your exposure

Page 166

1    Q.   And you have provided -- have you provided that
2  information to the Defendant in your written response to
3  discoveries?  Yes or no?
4    A.   The what?
5    Q.   You have provided -- you have listed your
6  problems with respect to your daily living situation
7  in --
8    A.   Oh, yeah.
9        MR. TSADIK:  Okay.  That's all right.
10       (Reporter clarification.)
11       THE WITNESS:  I said it clearly what kind of
12  suffering, what kind of pain, what kind of disease
13  generated.  I thought you gave me a copy of it.
14       MR. TSADIK:  That's all right.  That's okay.
15  That's okay.
16       Okay.  I have no further questions.
17       MR. SLONIM:  Good.  Thank you very much.
18       THE WITNESS:  Off the record, 3:25 p.m.
19       (3:25 p.m., deposition concluded.)
20             --oOo--
21
22
23
24
25

Page 167

1        PENALTY OF PERJURY CERTIFICATE
2
3        I hereby declare I am the witness in the within
4  matter, that I have read the foregoing transcript and
5  know the contents thereof; that I declare that the same
6  is true to my knowledge, except as to the matters which
7  are therein stated upon my information or belief, and as
8  to those matters, I believe them to be true.
9        I declare being aware of the penalties of
10  perjury, that the foregoing answers are true and correct.
11
12        Executed on the_____day
13  of_____,
14  2018, at _____.
15
16        _____
        SIMOUN GEBEYEHOU
17
18
19
20
21
22
23
24
25

Page 168

1  STATE OF CALIFORNIA     )
                ) ss:
2  COUNTY OF ALAMEDA      )
3
4       I, KIMBERLY E. D'URSO, do hereby certify:
5       That the witness named in the foregoing
6  deposition was present and duly sworn to testify to the
7  truth in the within-entitled action on the day and date
8  and at the time and place therein specified;
9       That the testimony of said witness was reported
10  by me in shorthand and was thereafter transcribed through
11  computer-aided transcription;
12       That the foregoing constitutes a full, true and
13  correct transcript of said deposition and of the
14  proceedings which took place;
15       Further, that if the foregoing pertains to the
16  original transcript of a deposition in a federal case,
17  before completion of the proceedings, review of the
18  transcript [ ] was [ ] was not requested.
19       That I am a disinterested person to the said
20  action;
21       IN WITNESS WHEREOF, I have hereunder subscribed
22  my hand this 27th day of November, 2018.
23
24  _____
    KIMBERLY D'URSO
25  RPR, CSR NO. 11372, STATE OF CALIFORNIA

Page 169

1            ERRATA SHEET
2    If any corrections to your deposition are necessary,
   indicate them on this sheet, giving the change, page
3  number, line number and reason for change.
4  Page _____ Line _____ Reason _____
5  From_____ to_____
6  Page _____ Line _____ Reason _____
7  From_____ to_____
8  Page _____ Line _____ Reason _____
9  From_____ to_____
10  Page _____ Line _____ Reason _____
11  From_____ to_____
12  Page _____ Line _____ Reason _____
13  From_____ to_____
14  Page _____ Line _____ Reason _____
15  From_____ to_____
16  Page _____ Line _____ Reason _____
17  From_____ to_____
18  Page _____ Line _____ Reason _____
19  From_____ to_____
20  Page _____ Line _____ Reason _____
21  From_____ to_____
22  Page _____ Line _____ Reason _____
23  From_____ to_____
24  _____
25  SIMOUN GEBEYEHOU