| | |
|---|---|
| **WILKINSON WALSH + ESKOVITZ LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Brian L. Stekloff (*pro hac vice*) | Pamela Yates (CA Bar No. 137440) |
| (bstekloff@wilkinsonwalsh.com) | (Pamela.Yates@arnoldporter.com) |
| Rakesh Kilaru (*pro hac vice*) | 777 South Figueroa St., 44th Floor |
| (rkilaru@wilkinsonwalsh.com) | Los Angeles, CA 90017 |
| 2001 M St. NW, 10th Floor | Tel: (213) 243-4178 |
| Washington, DC 20036 | Fax: (213) 243-4199 |
| Tel:    (202) 847-4030 | |
| Fax:    (202) 847-4005 | |
| | |
| **HOLLINGSWORTH LLP** | **COVINGTON & BURLING LLP** |
| Eric G. Lasker (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (elasker@hollingsworthllp.com) | (mimbroscio@cov.com) |
| 1350 I St. NW | One City Center |
| Washington, DC 20005 | 850 10th St. NW |
| Tel: (202) 898-5843 | Washington, DC 20001 |
| Fax: (202) 682-1639 | Tel: (202) 662-6000 |

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**<u>DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 13 RE: LOBBYING ACTIVITY AND GENERATION OF SUPPORT FOR REGISTRATION OF GLYPHOSATE</u>** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's

- 1 -

STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 13 RE: LOBBYING ACTIVITY AND GENERATION OF SUPPORT FOR REGISTRATION OF GLYPHOSATE
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

Case 3:16-md-02741-VC   Document 2623-3   Filed 01/30/19   Page 2 of 4

Motion *in Limine* No. 13 Regarding Lobbying Activity and Generation of Support for Registration of Glyphosate. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of excerpted portions of the Charles Benbrook, Ph.D.'s Deposition Transcript dated December 28, 2018.

3. Annexed hereto as Exhibit 2 is a true and correct copy of excerpted portions of Charles Benbrook, Ph.D.'s *Hardeman, Stevick, and Gebeyehou* Expert Report dated November 10, 2018.

Executed this 30th day of January 2019.

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 13 RE: LOBBYING ACTIVITY AND GENERATION OF SUPPORT FOR REGISTRATION OF GLYPHOSATE
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

|    |                                                   |
|----|---------------------------------------------------|
| 1  |                                                   |
| 2  | Michael X. Imbroscio (*pro hac vice*)             |
|    | (mimbroscio@cov.com)                              |
| 3  | COVINGTON & BURLING LLP                           |
|    | One City Center                                   |
| 4  | 850 10th St. NW                                   |
|    | Washington, DC 20001                              |
| 5  | Tel: (202) 662-6000                               |
| 6  | *Attorneys for Defendant*                         |
|    | *MONSANTO COMPANY*                                |

- 3 -

STEKLOFF DECLARATION - MOTION *IN LIMINE* NO. 13 RE: LOBBYING ACTIVITY AND GENERATION OF SUPPORT FOR REGISTRATION OF GLYPHOSATE
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____