# Exhibit 1

Confidential - Charles Benbrook, Ph.D.

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS LIABILITY   )
     LITIGATION                          )
 5                                       )
     This Document Relates To:           ) MDL NO. 2741
 6                                       )
     Hardeman v. Monsanto Co., et al.    ) Case No.
 7   Case No. 3:16-cv-00525;             ) 3:16-md-02741-VC
                                         )
 8   Stevick v. Monsanto Co., et al.     )
     Case No. 3:16-cv-02341; and         )
 9                                       )
     Gebeyehou v. Monsanto Co., et al.   )
10   Case No. 3:16-cv-05813              )
11
12
13                       CONFIDENTIAL
14      VIDEOTAPED DEPOSITION OF CHARLES BENBROOK, Ph.D.
15
16           Confidential videotaped deposition upon oral
17   examination of CHARLES BENBROOK, Ph.D., taken at the
18   request of the Defendants before Amy J. Brown, RMR, CRR,
19   CLR, a Certified Court Reporter, WA CCR No. 2133, at the
20   Quality Inn & Suites Conference Center, 700 Port Drive,
21   Board Room, Clarkston, Washington, commencing at or
22   about 9:03 a.m. on December 28, 2018, pursuant to the
23   Federal Rules of Civil Procedure.
24
25
```

Confidential - Charles Benbrook, Ph.D.

```
 1                       APPEARANCES
 2
 3   FOR THE PLAINTIFFS:
 4                 Weitz & Luxenberg, P.C.
                     By:  JERRY KRISTAL, ESQUIRE
 5                 220 Lake Drive East
                      Suite 210
 6                 Cherry Hill, NJ 08002
                   (856) 755-1115
 7                 jkristal@weitzlux.com
 8                 Baum Hedlund Aristei Goldman, PC
                     By:  PEDRAM ESFANDIARY, ESQUIRE
 9                 10940 Wilshire Boulevard
                      17th Floor
10                 Los Angeles, CA 90024
                   (310) 820-6252
11                 pesfandiary@baumhedlundlaw.com
12
13   FOR THE DEFENDANTS:
14                 Arnold & Porter Kaye Scholer, LLP
                     By:  ZACHARY FAYNE, ESQUIRE
15                 Three Embarcadero Center
                      10th Floor
16                 San Francisco,CA 94111
                   (415) 471-3114
17                 zachary.fayne@arnoldporter.com
18                 Hollingsworth LLP
                     By:  GRANT HOLLINGSWORTH, ESQUIRE
19                 1350 I Street NW
                   Washington, DC  20005
20                 (202) 898-5887
                   ghollingsworthi@hollingsworthllp.com
21
22   ALSO PRESENT:    VLADIMIR KORNEYCHUK, Videographer
23
24
25
```

Confidential - Charles Benbrook, Ph.D.

```
 1                    T E S T I M O N Y:
 2   CHARLES BENBROOK, Ph.D.                           PAGE NO.:
 3        EXAMINATION BY MR. FAYNE                          8
 4        EXAMINATION BY MR. KRISTAL                      282
 5        FURTHER EXAMINATION BY MR. FAYNE               322
 6        FURTHER EXAMINATION BY MR. KRISTAL             343
 7        FURTHER EXAMINATION BY MR. FAYNE               345
 8
 9                     E X H I B I T S:
10
     NO.:                                              PAGE NO.:
11
     1A      Plaintiffs' Responses and Objections to       6
12           Monsanto Company's Notice to Take Oral
             and Videotaped Deposition of Dr.
13           Charles Benbrook
14   1       Monsanto Company's Notice to Take Oral       10
             and Videotaped Deposition of Dr.
15           Charles Benbrook
16   2       Benbrook Consulting Services invoice         17
             letters
17
     3       Expert Report of Dr. Charles Benbrook        23
18
     4       Updated Reference List of Dr. Charles        31
19           Benbrook
20   5       Dr. Benbrook's curriculum vitae              33
21   6       Glyphosate Issue Paper: Evaluation of        42
             Carcinogenic Potential, EPA's Office of
22           Pesticide Programs, September 12, 2016
23   7       IARC Monographs Volume 112 - Glyphosate      43
24   8       IARC Q&A on Glyphosate dated 3/1/16          68
25
```

| | | | |
|---|---|---|---|
| 1 | 9 | Monsanto fax re Dr. Parry dated 10/2/99, MONGLY01312093 - 12104 | 124 |
| 2 | 10 | Dr. Parry Evaluation of the potential genotoxicity of Glyphosate, Glyphosate mixtures and component surfactants, MONGLY01314233 - 4283 | 127 |
| 5 | 11 | CFR Title 40, Part 159 | 144 |
| 6 | 12 | Final TNO Report, MONGLY01285806 - 5848 | 156 |
| 7 | 13 | Draft TNO Report, MONGLY00888353 - 388 | 168 |
| 8 | 14 | EPA R.E.D. Glyphosate | 203 |
| 9 | 15 | 2/24/86 Memo re Final FIFRA SAP Reports, FIFRA report, MONGLY00235515 - 5519 | 211 |
| 11 | 16 | 10/31/91 memo re Second Peer Review of Glyphosate, MONGLY00232477 - 2495 | 212 |
| 13 | 17 | 6/19/89 EPA memo re Glyphosate - EPA Registration Nos. 524-318 and 524-333 - Historical Control Data for Mouse Kidney Tumors, EPA_06191989-001 - 031 | 226 |
| 15 | 18 | 10/1/15 EPA memo re Glyphosate: Report of the Cancer Assessment Review Committee | 230 |
| 17 | 19 | COPE Report - How to handle authorship disputes: a guide for new researchers | 262 |
| 19 | 20 | Errata in the 11/22/18 Expert Report of Dr. Charles Benbrook: MDL No. 2741, Case No. 16-md-02741-VC | 282 |
| 21 | 21 | The International Code of Conduct on Pesticide Management | 283 |
| 22 | 22 | International Code of Conduct on the Distribution and Use of Pesticides | 283 |
| 24 | 23 | Monsanto webpage "Product Stewardship and The Pledge" | 342 |

| | | | |
|---|---|---|---|
| 1 | 24 | Monsanto.com link to International Code of Conduct | 348 |
| 2 | | | |
| 3 | 25 | 1985 Crop Chemical Sample Label Guide - Monsanto | 293 |
| 4 | 26 | 4/99 e-mail string, Martens to Kier, et al., Re: Meeting Minutes 2/25 | 301 |
| 5 | | | |
| 6 | 27 | 3/16/17 EPA Memo re meeting minutes and final report of 12/13 to 12/16/16 FIFRA SAP meeting; FIFRA SAP Meeting minutes and Final Report No. 2017-01 | 318 |
| 7 | | | |
| 8 | 28 | EPA R.E.D. Facts re Alachlor | 323 |
| 9 | 29 | 2/01 e-mail string, MONGLY02626553 - 6554 | 341 |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential - Charles Benbrook, Ph.D.

1    Q.    So other than the statement that you referred
2    to about -- strike that.
3          So other than Frank Serdy's statement about
4    what various members of the SAP testified, you're not
5    aware of any misrepresentation by Monsanto in connection
6    with this mouse study; correct?
7    A.    I think the -- the word "misrepresentation" is
8    a fluid one, and I think the zeal with which Monsanto
9    always represented information about this 1983 mouse
10   study to the EPA was so consistently biased in favor of
11   and in the direction of Monsanto's read of the study and
12   hoped for evaluation of the study by -- by EPA that I
13   think it could be characterized as really getting into
14   the misrepresentation category.
15   Q.    You would agree with me that it's not unusual
16   for registrants to communicate with EPA about a
17   particular study; correct?
18   A.    No, it's -- it's common.
19   Q.    It's also common that registrants would try to
20   persuade the agency that their interpretation of the
21   data was correct?
22   A.    That is also common.
23   Q.    And are you contending today that trying to
24   persuade the agency amounts to misrepresentation?
25   A.    It depends on how far it goes and what tactics