# Exhibit 1

**Exhibit 1: Plaintiff's Trial Witness List –** *Hardeman v. Monsanto* **(3:16-cv-0525-VC)**

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
| 1. | Edward Hardeman | Will Call | Live | Plaintiff. Will provide testimony on exposure and damages. | 2 hours | 1 hour |
| 2 | Monsanto Company | Will Call | Deposition | Defendant. Will testify as to causation, liability, knowledge, and corporate conduct. | 2-3 hours. | 2-3 hours |
| 3 | Dr. Charles Benbrook | Will Call | Live | Expert. Will provide testimony consistent with his MDL 2741 expert report on regulatory and liability. | 2.5 hours | 2-5 hours |
| 4 | Dr. Donna Farmer | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 2-3 hours | 1 hour |
| 5 | Dr. Daniel Goldstein | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1-2 hours | 1 hour |
| 6 | Dr. William Heydens | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 3 hours | 1 hour |
| 7 | Dr. Charles William Jameson | Will Call | Live | Third party fact witness. IARC 112 participant. Will provide testimony | 2 hours | 2-5 hours |

1

| | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
| | | | | regarding IARC and its review of glyphosate and his participation thereto. | | |
| 8 | Dr. Dan Jenkins | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 9 | Mr. Robert Johnson & Dr. James Mills | Will Call | Live | Experts on Monsanto/Bayer's net worth and economic value. | 1 hour | 1 hour |
| 10 | Dr. Michael Koch | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1.5 hours | 1 hour |
| 11 | Dr. Mark Martens | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 2-3 hours | 1 hour |
| 12 | Dr. Sam Murphey | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 13 | Dr. Chadi Nabhan | Will Call | Live | Specific causation expert. Will testify consistent with his MDL 2741 reports. | 2 hours | 2-5 hours |
| 14 | Dr. Chris Portier | Will Call | Live or Deposition | General causation expert. Will | 6-8 hours | 4-8 hours |

|    | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|----|------|---------------|------------------|--------------------------|----------------------------|------------------------------|
|    |      |               |                  | testify pursuant to PTO 45. |                         |                              |
| 15 | Dr. Beate Ritz | Will Call | Live | General causation expert. Will testify pursuant to PTO 45. | 4 hours | 3-5 hours |
| 16 | Dr. William Sawyer | Will Call | Live | Exposure expert. Will testify consistent with his MDL 2741 expert report. | 2 hours | 3-5 hours |
| 17 | Dr. Andrei Shustov | Will Call | Live | Specific causation expert. Will testify consistent with his MDL 2741 report. | 2 hours | 3-5 hours |
| 18 | Dr. Roger Turk | Will Call | Live or Deposition | Treating primary care physician. | 30 minutes | 30 minutes |
| 19 | Dr. Dennis Weisenburger | Will Call | Live | General and specific causation expert. Will testify pursuant to PTO 45 and his specific causation report. | 2 hours | 3-5 hours |
| 20 | Dr. Jeffery Ye | Will Call | Live or Deposition | Treating oncologist. | 1 hour | 1 hour |
| 21 | Ms. Mary Hardeman | May Call | Live | Plaintiff's wife. Will testify to Plaintiff's Roundup exposure and damages. | 1 hour | 30 minutes |
| 22 | Mr. Terrance Hardeman | May Call | Live | Plaintiff's son. Will testify to Plaintiff's Roundup exposure and damages | 1 hour | 30 minutes |
| 23 | Mr. Stephen Adams | May Call | Deposition | Monsanto employee. Will provide testimony | 45 minutes | 1 hour |

|    | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|----|------|---------------|------------------|--------------------------|----------------------------|------------------------------|
|    |      |               |                  | about causation, liability, and corporate conduct. |   |   |
| 24 | Dr. John Aquavella | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 25 | Dr. Kirk Azevedo | May Call | Live or Deposition | Former Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 26 | Dr. Aaron Blair | May Call | Deposition | Third party fact witness. IARC 112 participant. Will provide testimony regarding IARC and its review of glyphosate and his participation thereto. | 1 hour | 1 hour |
| 27 | Mr. Tim Ford | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 28 | Mr. Steve Gould | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 29 | Mr. James Guard | May Call | Deposition | Monsanto employee. Will provide testimony | 1 hour | 1 hour |

|    | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|----|------|---------------|------------------|--------------------------|----------------------------|------------------------------|
|    |      |               |                  | about causation, liability, and corporate conduct. |  |  |
| 30 | Dr. David Heering | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 31 | Mr. James Richardson | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 32 | Dr. Matthew Ross | May Call | Deposition | Third party fact witness. IARC 112 participant. Will provide testimony regarding IARC and its review of glyphosate and his participation thereto. | 1 hour | 1 hour |
| 33 | Mr. Jesudoss Rowland | May Call | Deposition | Former EPA employee. Will provide testimony regarding Monsanto's EPA registration of glyphosate. | 1 hour | 1 hour |
| 34 | Dr. Eric Sachs | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1-2 hours | 1 hour |
| 35 | Dr. David Saltmiras | May Call | Deposition | Monsanto employee. Will | 2 hours | 1 hour |

5

|    | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|----|------|---------------|------------------|--------------------------|----------------------------|------------------------------|
|    |      |               |                  | provide testimony about causation, liability, and corporate conduct. |  |  |
| 36 | Mr. Dan Schultz | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 37 | Dr. Richard Turley | May Call | Live or Deposition | Plaintiff's treating physician | 30 minutes | 30 minutes |
| 38 | Dr. Gary Williams | May Call | Deposition | Dr. Williams is a long time Monsanto consultant. The deposition is scheduled but has not yet occurred. It is anticipated Dr. Williams will testify as to causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 39 | Mr. Todd Rands | May Call | Deposition | Monsanto employee. The deposition is scheduled but has not yet occurred. It is anticipated Mr. Rands will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 40 | Dr. Larry Kier | May Call | Deposition | Dr. Kier is a long time Monsanto consultant. The deposition is scheduled but has | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
|  |  |  |  | not yet occurred. It is anticipated Dr. Kier will testify as to causation, liability, and corporate conduct. |  |  |
| 41 | Mr. Hugh Grant | May Call | Deposition | Mr. Grant is the former Monsanto CEO. The deposition is scheduled but has not yet occurred. It is anticipated Mr. Grant will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 42 | Dr. Roger McClellan | May Call | Deposition | Dr. Roger McClellan is a third party witness and editor of relevant scientific journals.  The deposition is scheduled but has not yet occurred. It is anticipated Dr. McClellan will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 43 | FTI Consulting | May Call | Deposition | FTI Consulting is a third party witness.  The deposition is scheduled but has not yet occurred. It is anticipated FTI | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |

|    | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|----|------|---------------|------------------|--------------------------|----------------------------|------------------------------|
|    |      |               |                  | Consulting will provide testimony about causation, liability, and corporate conduct. |   |   |
| 44 | Dr. Wallace Hayes | May Call | Deposition | Dr. Hayes is a third party witness. The deposition is scheduled but has not yet occurred. It is anticipated Dr. Hayes will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 45 | CropLife America | May Call | Deposition | CropLife America(CLA) is a third party witness. The deposition is scheduled but has not yet occurred. It is anticipated CLA will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 46 | Exponent, Inc. | May Call | Deposition | Exponent is a third party witness. The deposition is scheduled but has not yet occurred. It is anticipated Exponent will provide testimony about causation, | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |

| Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|
| | | | liability, and corporate conduct. | | |