# Exhibit 2

**Exhibit 2: Monsanto's Trial Witness List – *Hardeman v. Monsanto* (3:16-cv-0525-VC)**

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|---|
| Daniel Arber | Will Call | Live | Specific causation hematology and pathology expert who will opine, based on the relevant scientific evidence and plaintiff's medical history, that Roundup/glyphosate did not cause plaintiff's NHL. | 2 hours | 1-2 hours |
| John Acquavella | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 1 hour |
| Aaron Blair | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | 1 hour |
| Christopher Corcoran | May Call | Live | General causation statistics expert who will | 2 hours | 1-2 hours |

1

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|---|
| | | | opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | | |
| Donna Farmer | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 2-3 hours |
| William Fleming | May Call | Live | General causation oncology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 2 hours |
| Warren Foster | Will Call | Live | General causation toxicology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 2 hours |
| Daniel Goldstein | May Call | Deposition | Fact testimony, as appropriate for each phase | 1 hour | 1-2 hours |

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|---|
| | | | of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |
| Jay Goodman | May Call | Live | General causation pharmacology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 2 hours |
| Michael Grossbard | Will Call | Live | Specific causation oncology and hematology expert who will opine, based on the relevant scientific evidence and plaintiff's medical history, that Roundup/glyphosate did not cause plaintiff's NHL. | 2 hours | 2 hours |
| Edwin Hardeman | May Call | Live or Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about plaintiff's use of Roundup/glyphosate; awareness of and compliance with the | 2 hours | 2 hours |

3

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|---|
| | | | Roundup/glyphosate label; medical care, treatment, and history; and purported damages. | | |
| Mary Hardeman | May Call | Live or Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about plaintiff's use of Roundup/glyphosate; awareness of and compliance with the Roundup/glyphosate label; medical care, treatment, and history; and purported damages. | 1 hour | 30 minutes |
| Charles Jameson | May Call | Deposition | General causation toxicology expert who will opine about whether Roundup/glyphosate causes NHL. | 2 hours | 1 hour |
| Kassim al-Khatib | Will Call (Phase 2 only) | Live | Weed science/exposure expert who will opine, based on the relevant scientific evidence, about the agricultural and economic benefits of Roundup/glyphosate use. | 2 hours | 1 hour |
| Alexandra Levine | Will Call | Live | Specific causation oncology and hematology expert who will opine, based on the relevant scientific evidence and plaintiff's medical history, that Roundup/glyphosate did not cause plaintiff's NHL. | 2 hours | 3 hours |
| Mark Martens | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence | 1 hour | 2-3 hours |

4

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|---|
| | | | concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |
| Lorelei Mucci | Will Call | Live | General causation cancer epidemiology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 3 hours |
| Jennifer Ralston | May Call (Phase 2 only) | Live | Fact testimony about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 1-2 hours |

5

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|---|
| William Reeves | May Call (Phase 2 only) | Live | Fact testimony about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 2-3 hours |
| Jennifer Rider | May Call | Live | General causation cancer epidemiology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 3 hours |
| Thomas Rosol | May Call | Live | General causation toxicology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 1-2 hours |
| Matthew Ross | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety | 1 hour | 1 hour |

6

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|---|
| | | | testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |
| Jessudoss Rowland | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 1 hour |
| Eric Sachs | May Call (Phase 2 only) | Live | Fact testimony about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance | 1 hour | 1-2 hours |

7

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|---|
| | | | with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |
| David Saltmiras | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 2 hours |
| Christian Steidl | May Call | Live | Specific causation pathology expert who will opine, based on the relevant scientific evidence and plaintiff's medical history, that Roundup/glyphosate did not cause plaintiff's NHL. | 2 hours | 2 hours |
| Michael Sullivan | Will Call | Live | Specific causation toxicology expert who will opine about the amount of Roundup/glyphosate to | 2 hours | 1 hour |

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|---|
| | | | which plaintiff was exposed. | | |
| Roger Turk | Will Call | Deposition | Fact testimony, based on clinical experience, about the care and treatment of plaintiff, including relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | 30 minutes |
| Richard Turley | Will Call | Deposition | Fact testimony, based on clinical experience, about the care and treatment of plaintiff, including relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | 30 minutes |
| Connie Welch | Will Call (Phase 2 only) | Live | Regulatory expert who will opine about the evaluations of Roundup/glyphosate by U.S. and international regulatory agencies. | 2 hours | 2 hours |
| Jeffrey Ye | Will Call | Deposition | Fact testimony, based on clinical experience, about the care and treatment of plaintiff, including relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | 1 hour |

9