# Exhibit 3

**Exhibit 3: Monsanto's Trial Witness List – *Stevick v. Monsanto* (3:16-cv-2341-VC)**

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|---|
| Daniel Arber | Will Call | Live | Specific causation hematology and pathology expert who will opine, based on the relevant scientific evidence and plaintiff's medical history, that Roundup/glyphosate did not cause plaintiff's NHL. | 2 hours | |
| John Acquavella | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | |
| Celeste Bello | Will Call | Live | Specific causation hematology and oncology expert who will opine, based on the relevant scientific evidence and plaintiff's medical history, that Roundup/glyphosate did not cause plaintiff's NHL. | 2 hours | |

1

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|---|
| Aaron Blair | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | |
| Christopher Corcoran | May Call | Live | General causation statistics expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | |
| Donna Farmer | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | |
| William Fleming | May Call | Live | General causation oncology expert who will opine, based on the relevant scientific evidence, that | 2 hours | |

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|---|
| | | | Roundup/glyphosate does not cause NHL. | | |
| Warren Foster | Will Call | Live | General causation toxicology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | |
| Daniel Goldstein | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | |
| Roberto Gonzales | Will Call | Deposition | Fact testimony, based on clinical experience, about the care and treatment of plaintiff, including relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | |
| Jay Goodman | May Call | Live | General causation pharmacology expert who will opine, based on the | 2 hours | |

3

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|---|
| | | | relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | | |
| Bradley Hanson | Will Call | Live | Specific causation weed science/exposure expert who will opine about the amount of Roundup/glyphosate to which plaintiff was exposed. | 2 hours | |
| Charles Jameson | May Call | Deposition | General causation toxicology expert who will opine about whether Roundup/glyphosate causes NHL, as appropriate for each phase of the bifurcated trial. | | 1 hour |
| Kassim al-Khatib | Will Call (Phase 2 only) | Live | Weed science/exposure expert who will opine, based on the relevant scientific evidence, about the agricultural and economic benefits of Roundup/glyphosate use. | 2 hours | |
| Jerome Kim | Will Call | Deposition | Fact testimony, based on clinical experience, about the care and treatment of plaintiff, including relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | |
| Mark Martens | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate | 1 hour | |

4

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|---|
| | | | causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |
| Lorelei Mucci | Will Call | Live | General causation cancer epidemiology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | |
| Jennifer Ralston | May Call (Phase 2 only) | Live | Fact testimony about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | |
| William Reeves | May Call (Phase | Live | Fact testimony about the relevant scientific evidence concerning | 1 hour | |

5

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|---|
| | 2 only) | | whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |
| Jennifer Rider | May Call | Live | General causation cancer epidemiology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | |
| Thomas Rosol | May Call | Live | General causation toxicology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | |
| Matthew Ross | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance | 1 hour | |

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|---|
| | | | with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |
| Jessudoss Rowland | May Call (Phase 2 only) | Deposition | Fact testimony about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | |
| Eric Sachs | May Call (Phase 2 only) | Live | Fact testimony about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; | 1 hour | |

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|---|
| | | | and the reasonableness of the Roundup/glyphosate label. | | |
| David Saltmiras | May Call | Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | |
| Mark Sedrak | Will Call | Deposition | Fact testimony, based on clinical experience, about the care and treatment of plaintiff, including relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | |
| Christopher Stevick | Will Call | Live or Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about plaintiff's use of Roundup/glyphosate; awareness of and compliance with the Roundup/glyphosate label; medical care, treatment, | | 30 minutes |

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|---|
| | | | and history; and purported damages. | | |
| Elaine Stevick | Will Call | Live or Deposition | Fact testimony, as appropriate for each phase of the bifurcated trial, about plaintiff's use of Roundup/glyphosate; awareness of and compliance with the Roundup/glyphosate label; medical care, treatment, and history; and purported damages. | | 2 hours |
| Michael Sullivan | Will Call | Live | Specific causation toxicology expert who will opine about the amount of Roundup/glyphosate to which plaintiff was exposed. | 2 hours | |
| Juan Pablo Villablanca | Will Call | Live | Specific causation neuroradiology expert who will opine, based on the relevant scientific evidence and plaintiff's medical history, that Roundup/glyphosate did not cause plaintiff's NHL. | 2 hours | |
| Connie Welch | Will Call (Phase 2 only) | Live | Regulatory expert who will opine about the evaluations of Roundup/glyphosate by U.S. and international regulatory agencies. | 2 hours | |
| Jeremy Williams | Will Call (Phase 2 only) | Live | Fact testimony about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of | 1 hour | |

9

| Name | Will Call/ May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|---|
| | | | Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |