**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC  *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC  *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | ) **MONSANTO COMPANY'S RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* NO. 13 RE: ATTORNEY RETENTION AND ATTORNEY ADVERTISING** ) ) ) ) ) |

1    Plaintiffs seek a blanket exclusion of any evidence or argument regarding their retention
2 of their attorneys and any advertising by their attorneys regarding the Roundup litigation.
3 Monsanto agrees that it will not introduce any such evidence or argument in Phase 1 of the trial.
4 For Phase 2, Monsanto agrees not to introduce any testimony or argument regarding any
5 contingency or other fee arrangement between Plaintiffs and their counsel and also agrees not
6 to state that the litigation is "lawyer-driven."
7    But Monsanto respectfully submits that it would be improper to allow Plaintiffs to argue
8 or imply in Phase 2 that Monsanto disseminated misinformation or misleading information to
9 the public regarding Roundup, if the jury also does not hear about Plaintiffs' counsel's publicity
10 campaign regarding Roundup, including advertising and public statements.  *See* Monsanto MIL
11 No. 6 (Public Relations Activities).  The aggressive publicity campaign by Plaintiffs' counsel in
12 the Roundup litigation is well-documented, and it would unfairly prejudice Monsanto to allow
13 Plaintiffs to introduce one-sided and misleading argument regarding Monsanto's public
14 statements that obscures the full picture about why those statements were necessary and what
15 statements they were countering.  In any event, attorney advertising <u>to the public</u> and <u>public</u>
16 statements by attorneys do not implicate the attorney-client privilege, which is the main concern
17 expressed in Plaintiffs' motion.
18    Finally, Monsanto should be permitted to ask jurors, during *voir dire*, about their exposure
19 to attorney advertising regarding Roundup.

| | |
|---|---|
| DATED: January 30, 2019 | Respectfully submitted, |
| | /s/ Brian L. Stekloff |
| | |
| | Brian L. Stekloff (*pro hac vice*) |
| | (bstekloff@wilkinsonwalsh.com) |
| | Rakesh Kilaru (*pro hac vice*) |
| | (rkilaru@wilkinsonwalsh.com) |
| | WILKINSON WALSH + ESKOVITZ LLP |
| | 2001 M St. NW, 10th Floor |
| | Washington, DC 20036 |
| | Tel: 202-847-4030 |
| | Fax: 202-847-4005 |
| | |
| | Pamela Yates (CA Bar No. 137440) |
| | (Pamela.Yates@arnoldporter.com) |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | 777 South Figueroa St., 44th Floor |
| | Los Angeles, CA 90017 |
| | Tel: 213-243-4178 |
| | Fax: 213-243-4199 |
| | |
| | Eric G. Lasker (*pro hac vice*) |
| | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I St. NW |
| | Washington, DC 20005 |
| | Tel: 202-898-5843 |
| | Fax: 202-682-1639 |
| | |
| | Michael X. Imbroscio (*pro hac vice*) |
| | (mimbroscio@cov.com) |
| | COVINGTON & BURLING LLP |
| | One City Center |
| | 850 10th St. NW |
| | Washington, DC 20001 |
| | Tel: 202-662-6000 |
| | |
| | Attorneys for Defendant |
| | MONSANTO COMPANY |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of January 2019, a copy of the foregoing was served via electronic mail to opposing counsel.

/s/ Brian L. Stekloff