**Plaintiff's Trial Witness List –** *Stevick v. Monsanto* **(3:16-cv-2341-VC)**

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
| 1. | Elaine Stevick | Will Call | Live | Plaintiff. Will provide testimony on exposure and damages. | 4 hours | 1 hour |
| 2. | Christopher Stevick | Will Call | Live | Elaine's husband and Plaintiff. Will testify to Plaintiff's Roundup exposure and damages | 3 hours | 1 hour |
| 3. | Andrea Stevick | Will Call | Live | Plaintiffs' daughter. Will testify to Elaine's Roundup exposure and damages | ½ hour | 15 mins - 1 hour* |
| 4. | Justin Stevick | Will Call | Live | Plaintiffs' son. Will testify to Elaine's Roundup exposure and damages | ½ hour | 15 mins - 1 hour* |
| 5. | Robin Rossman | Will Call | Live | Elaine's friend and former business partner. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 6. | Joanne Lee Myer | Will Call | Live | Elaine's friend and former business partner. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 7. | Nancy Schwartz | Will Call | Live | Elaine's friend and former business partner. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |

1

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | **Name** | **Will/May Call** | **Live/ Deposition** | **Description of Testimony** | **Estimated Direct Exam Time** | **Monsanto Estimated Exam Time** |
|---|---|---|---|---|---|---|
| 8. | Ninfa Ortiz | Will Call | Live | Plaintiffs' friend. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 9. | Lynn La Porte | Will Call | Live | Plaintiffs' friend. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 10. | Trixy Fraser | Will Call | Live | Plaintiffs' friend. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 11. | Judith Dover | Will Call | Live | Plaintiffs' friend. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 12. | Jastelle Bedard Donahue | Will Call | Live | Elaine's former nurse. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 13. | Heather Uoo | Will Call | Live | Elaine's former nurse. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 14. | Sarah Stewart | Will Call | Live | Elaine's former nurse. Will testify to Elaine's damages and factual circumstances | ¼ hour | 15 mins - 1 hour* |

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | **Name** | **Will/May Call** | **Live/ Deposition** | **Description of Testimony** | **Estimated Direct Exam Time** | **Monsanto Estimated Exam Time** |
|---|---|---|---|---|---|---|
|  |  |  |  | within her knowledge. |  |  |
| 15. | Cassandra Coffee | Will Call | Live | Elaine's former nurse. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 16. | Karen Short | Will Call | Live | Mother of Elaine's former client. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 17. | Gaila Newburg | Will Call | Live | Mother of Elaine's former client. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 18. | Coleman E. Miller | Will Call | Live | Elaine's former client. Will testify to Plaintiffs' damages and factual circumstances within his knowledge. | ¼ hour | 15 mins - 1 hour* |
| 19. | Kasey E. Miller | Will Call | Live | Mother of Elaine's former client. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 20. | Laurie Ferguson | Will Call | Live | Mother of Elaine's former client. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 21. | Michele Perussina | Will Call | Live | Plaintiffs' friend. Will testify to | ¼ hour | 15 mins - 1 hour* |

3

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | **Name** | **Will/May Call** | **Live/ Deposition** | **Description of Testimony** | **Estimated Direct Exam Time** | **Monsanto Estimated Exam Time** |
|---|---|---|---|---|---|---|
|  |  |  |  | Plaintiffs' damages and factual circumstances within her knowledge. |  |  |
| 22. | Alicia Starrett | Will Call | Live | Elaine's friend and former employee/colleague. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 23. | Lori Walker | Will Call | Live | Elaine's friend and former employee/colleague. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | 15 mins - 1 hour* |
| 24. | Dr. Jerome Kim | May Call | Live | Elaine's treating oncologist. Will testify about treatment of plaintiff. | 1 hour | 1 hour |
| 25. | Dr. Mark Sedrak | May Call | Live | Elaine's treating neurosurgeon. Will testify about treatment of plaintiff. | 1 hour | 1 hour |
| 26. | Dr. Robert Z. Gonzalez | May Call | Live | Elaine's Primary Care Physician. Will testify about treatment of plaintiff. | ½ hour | 1 hour |
| 27. | Monsanto Company | Will Call | Deposition | Defendant. Will testify as to causation, liability, knowledge, and corporate conduct. | 2-3 hours. | 2-3 hours |
| 28. | Dr. Charles Benbrook | Will Call | Live | Expert. Will provide testimony consistent with his MDL 2741 | 2.5 hours | 2-5 hours |

4

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
|  |  |  |  | expert report on regulatory and liability. |  |  |
| 29. | Dr. Donna Farmer | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 2-3 hours | 1 hour |
| 30. | Dr. Daniel Goldstein | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1-2 hours | 1 hour |
| 31. | Dr. William Heydens | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 3 hours | 1 hour |
| 32. | Dr. Charles William Jameson | Will Call | Live | Third party fact witness. IARC 112 participant. Will provide testimony regarding IARC and its review of glyphosate and his participation thereto. | 2 hours | 2-5 hours |
| 33. | Dr. Dan Jenkins | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 34. | Mr. Robert Johnson & Dr. James Mills | Will Call | Live | Experts on Monsanto/Bayer's net worth and economic value. | 1 hour | 1 hour |

5

\* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
| 35. | Dr. Michael Koch | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1.5 hours | 1 hour |
| 36. | Dr. Mark Martens | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 2-3 hours | 1 hour |
| 37. | Dr. Sam Murphey | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 38. | Dr. Chadi Nabhan | Will Call | Live | Specific causation expert. Will testify consistent with his MDL 2741 reports. | 2 hours | 3-5 hours |
| 39. | Dr. Chris Portier | Will Call | Live or Deposition | General causation expert. Will testify pursuant to PTO 45. | 6-8 hours | 4-8 hours |
| 40. | Dr. Beate Ritz | Will Call | Live | General causation expert. Will testify pursuant to PTO 45. | 4 hours | 3-5 hours |
| 41. | Dr. William Sawyer | Will Call | Live | Exposure expert. Will testify consistent with his MDL 2741 expert report. | 2 hours | 3-5 hours |
| 42. | Dr. Andrei Shustov | Will Call | Live | Specific causation expert. Will testify consistent with his MDL 2741 report. | 2 hours | 3-5 hours |
| 43. | Dr. Dennis Weisenburger | Will Call | Live | General and specific causation expert. Will testify pursuant to PTO 45 and his | 2 hours | 3-5 hours |

6

\* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|    | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|----|------|---------------|------------------|--------------------------|----------------------------|------------------------------|
|    |      |               |                  | specific causation report. |                          |                              |
| 44. | Mr. Stephen Adams | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 45 minutes | 1 hour |
| 45. | Dr. John Aquavella | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 46. | Dr. Kirk Azevedo | May Call | Live or Deposition | Former Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 47. | Dr. Aaron Blair | May Call | Deposition | Third party fact witness. IARC 112 participant. Will provide testimony regarding IARC and its review of glyphosate and his participation thereto. | 1 hour | 1 hour |
| 48. | Mr. Tim Ford | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 49. | Mr. Steve Gould | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |

7

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | **Name** | **Will/May Call** | **Live/ Deposition** | **Description of Testimony** | **Estimated Direct Exam Time** | **Monsanto Estimated Exam Time** |
|---|---|---|---|---|---|---|
| 50. | Mr. James Guard | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 51. | Dr. David Heering | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 52. | Mr. James Richardson | May Call | Deposition | Monsanto employee. Will provide testimony about causation, | 1 hour | 1 hour |
| 53. | Dr. Matthew Ross | May Call | Deposition | Third party fact witness. IARC 112 participant. Will provide testimony regarding IARC and its review of glyphosate and his participation thereto. | 1 hour | 1 hour |
| 54. | Mr. Jesudoss Rowland | May Call | Deposition | Former EPA employee. Will provide testimony regarding Monsanto's EPA registration of glyphosate. | 1 hour | 1 hour |
| 55. | Dr. Eric Sachs | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1-2 hours | 1 hour |
| 56. | Dr. David Saltmiras | May Call | Deposition | Monsanto employee. Will provide testimony about | 2 hours | 1 hour |

8

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
|  |  |  |  | causation, liability, and corporate conduct. |  |  |
| 57. | Mr. Dan Schultz | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 58. | Dr. Gary Williams | May Call | Deposition | Dr. Williams is a long time Monsanto consultant. The deposition is scheduled but has not yet occurred. It is anticipated Dr. Williams will testify as to causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 59. | Mr. Todd Rands | May Call | Deposition | Monsanto employee. The deposition is scheduled but has not yet occurred. It is anticipated Mr. Rands will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 60. | Dr. Larry Kier | May Call | Deposition | Dr. Kier is a long time Monsanto consultant. The deposition is scheduled but has not yet occurred. It is anticipated Dr. Kier will testify as to causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
| 61. | Mr. Hugh Grant | May Call | Deposition | Mr. Grant is the former Monsanto CEO. The deposition is scheduled but has not yet occurred. It is anticipated Mr. Grant will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 62. | Dr. Roger McClellan | May Call | Deposition | Dr. Roger McClellan is a third party witness and editor of relevant scientific journals. The deposition is scheduled but has not yet occurred. It is anticipated Dr. McClellan will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 63. | FTI Consulting | May Call | Deposition | FTI Consulting is a third party witness. The deposition is scheduled but has not yet occurred. It is anticipated FTI Consulting will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 64. | Dr. Wallace Hayes | May Call | Deposition | Dr. Hayes is a third party witness. The deposition is scheduled but has not yet occurred. It is | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |

10

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
|  |  |  |  | anticipated Dr. Hayes will provide testimony about causation, liability, and corporate conduct. |  |  |
| 65. | CropLife America | May Call | Deposition | CropLife America(CLA) is a third party witness. The deposition is scheduled but has not yet occurred. It is anticipated CLA will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |
| 66. | Exponent, Inc. | May Call | Deposition | Exponent is a third party witness. The deposition is scheduled but has not yet occurred. It is anticipated Exponent will provide testimony about causation, liability, and corporate conduct. | Unknown because deposition not yet occurred. | Unknown because deposition not yet occurred. |

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.