UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL JURY MINUTES**

| **Date:** January 28, 2019 | **Time:** 3 hours 22 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation   v. | |

**Attorney for Plaintiff:** Aimee Wagstaff
**Attorney for Defendant:** Erik Lasker, Tamarra Matthews Johnson, Rakesh Kilaru, Michael Imbroscio, and Brian Stekloff

**Deputy Clerk:** Kristen Melen     **Court Reporter:** Marla Knox and Jo Ann Bryce

**Further *Daubert* Proceedings: February 4, 2019**

### PROCEEDINGS:

*Daubert* Hearing - Day 1, held.

### RULINGS AND ORDERS:

See Log for details from proceedings.

**DISPOSITION OF EXHIBITS: See Lot for details.**