# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC
Case Name: In re Roundup Products Liability Litigation

### EXHIBITS and WITNESS LIST - DAUBERT HEARING DAY 1

| JUDGE: | PLAINTIFFS' ATTORNEY: | DEFENSE'S ATTORNEY: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff, Brent Wisner, Michael Baum, Tesfaye Tsadik, and Nadina Beach | Erik Lasker, Brian Stekloff, Michael Imbroscio, Tamarra Matthews Johnson, and Rakesh Kilaru |
| **HEARING DATE:** | **REPORTER(S):** | **CLERK:** |
| January 28, 2019 | Marla Knox and Jo Ann Bryce | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 2:04 p.m. |  |  | Plaintiff called to testify by video conference **Dr. Andrei Shustov**. Dr. Shustov was sworn by the clerk. Direct examination conducted by A. Wagstaff. |  |
| 1 |  |  |  |  | PTF |
| 2 |  |  |  |  | PLTF |
| 3 |  |  |  |  | PLTF |
|  | 3:05 p.m. |  |  | Break. |  |
|  | 3:20 p.m. |  |  | Continued direct examination of Dr. Shustov conducted by A. Wagstaff. |  |
| 4 |  |  |  |  | PLTF |
|  | 3:49 p.m. |  |  | Cross examination of Dr. Shustov conducted by B. Stekloff. |  |
|  | 4:48 p.m. |  |  | Break. |  |
|  | 5:01 p.m. |  |  | Back on the record with continued cross examination of Dr. Shustov. |  |
| 11 |  |  |  | Picture of attorney K. Fogie and Dr. Shustov outside hotel where video conference was taking place on 1/28/2019. | DEFT |
|  | 5:54 p.m. |  |  | Court is adjourned. |  |