UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 68: NUMBERING FOR DEFENSE EXHIBITS** |

During the *Daubert* hearing on January 28, 2019, Monsanto's counsel used several volumes of binders that contained the same set of numbered tabs. As a result, and because Monsanto's counsel did not always identify the relevant volume when introducing exhibits, it appears that the exhibit numbering in the record may be incorrect. By 9:00 a.m. on February 4, 2019, Monsanto is ordered to file a numbered list of the exhibits, beginning with number 5, that it introduced during the January 28th hearing. Monsanto should also bring a properly tabbed binder containing the exhibits (with exhibit stickers) from that hearing.

**IT IS SO ORDERED.**

Date: February 1, 2019

                                                        Honorable Vince Chhabria
                                                        United States District Court