**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:  202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | **DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE: TIER 1 PLAINTIFFS ON NON-CAUSATION GROUNDS AND EXCLUSION OF DRS. BENBROOK, SAWYER, AND MILLS** |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Reply in Support of Motion for Summary Judgment on Non-Causation Grounds and To Exclude Drs. Benbrook, Sawyer, and Mills. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 25 is a true and correct copy of the EPA letter, dated December 21, 2018.

3. Annexed hereto as Exhibit 26 is a true and correct excerpt of the trial transcript in *Dewayne Johnson v. Monsanto Company, et al.,* Case No. CGC-16-550128, dated August 6, 2018.

4. Annexed hereto as Exhibit 27 is a true and correct copy of the Williams (2012) publication.

5. Annexed hereto as Exhibit 28 is a true and correct excerpt of the Deposition Transcript of Dr. Donna Farmer dated January 12, 2017.

6. Annexed hereto as Exhibit 29 is a true and correct copy of the transcript from the case management conference in this MDL, dated December 5, 2018.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

1  Executed this 1st day of February 2019.

2                                         /s/ *Brian L. Stekloff*_____

3
                                          Brian L. Stekloff (*pro hac vice*)
4                                         (bstekloff@wilkinsonwalsh.com)
                                          Rakesh Kilaru (*pro hac vice*)
5                                         (rkilaru@wilkinsonwalsh.com)
                                          WILKINSON WALSH + ESKOVITZ LLP
6                                         2001 M St. NW
                                          10th Floor
7                                         Washington, DC 20036
                                          Tel:     202-847-4030
8                                         Fax:     202-847-4005

9
                                          Pamela Yates (CA Bar No. 137440)
10                                        (Pamela.Yates@arnoldporter.com)
                                          ARNOLD & PORTER KAYE SCHOLER
11                                        777 South Figueroa St., 44th Floor
                                          Los Angeles, CA 90017
12                                        Tel: 213-243-4178
13                                        Fax: 213-243-4199

14
                                          Eric G. Lasker (*pro hac vice*)
15                                        (elasker@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
16                                        1350 I St. NW
                                          Washington, DC 20005
17                                        Tel: 202-898-5843
                                          Fax: 202-682-1639
18
                                          Michael X. Imbroscio (*pro hac vice*)
19                                        (mimbroscio@cov.com)
                                          COVINGTON & BURLING LLP
20                                        One City Center
                                          850 10th St. NW
21                                        Washington, DC 20001
                                          Tel: 202-662-6000
22

23                                        *Attorneys for Defendant*
                                          *MONSANTO COMPANY*
24

25

26

27

28
                                            - 3 -
STEKLOFF DECLARATION – REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
    3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC