# EXHIBIT 26

```
 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                 COUNTY OF SAN FRANCISCO

 3

 4   DEWAYNE JOHNSON,

 5              Plaintiff,

 6        vs.                    Case No. CGC-16-550128

 7   MONSANTO COMPANY, et al.,

 8              Defendants.
     _____/
 9

10

11

12      Proceedings held on Monday, August 6, 2018,

13      Volume 24, before the Honorable Suzanne R. Bolanos,

14      at 1:34 p.m.

15

16

17

18

19

20

21  REPORTED BY:

22  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

23  Job No. 2983879

24

25  Pages 4873 - 5000
```

```
          1  guy was one of the vice presidents.  He gave us his name.
          2  He specifically said that they were there for training
          3  and that this person was giving them information about
          4  the way Monsanto viewed this greening of the world.
14:54:08  5          And so there really could not be a more disputed
          6  issue of fact here.  Now, they could have called Brett
          7  Begemann to testify and rebutted this evidence.  They
          8  could have even solicited testimony from one of their own
          9  company witnesses, but they didn't do that, and so the
14:54:24 10  testimony that's in the record, in the light most
         11  favorable to plaintiff, suggests that that was discussion
         12  made by an officer of Monsanto.
         13          THE COURT:  All right.  You know what, I'm going
         14  to grant the motion to strike the Azevedo testimony
14:54:38 15  regarding the statement that he relayed from the other --
         16  the Monsanto vice president that Monsanto is about making
         17  money.  "Get it straight.  Monsanto's about making
         18  money."  That motion to strike will be granted, as that
         19  testimony is not relevant and is more prejudicial than
14:55:02 20  probative.
         21          All right.  I think that's it on the plaintiff's
         22  disputed instructions, and then we're turning to the
         23  Monsanto disputed instructions.  Let's see, we have the
         24  failure to warn.  Now, I've already ruled on that.
14:55:19 25          Is that something that you've already reached
```

1                REPORTER'S CERTIFICATE

2

3         I certify that the proceedings in the
4  within-titled cause were taken at the time and place
5  herein named; that the proceedings were reported by
6  me, a duly Certified Shorthand Reporter of the State of
7  California authorized to administer oaths and
8  affirmations, and said proceedings were thereafter
9  transcribed into typewriting.
10        I further certify that I am not of counsel or
11 Attorney for either or any of the parties to said
12 Proceedings, not in any way interested in the outcome of
13 the cause named in said proceedings.
14        IN WITNESS WHEREOF, I have hereunto set my hand:
15 August 6th, 2018.
16
17
18
19                    <%signature%>
                      Leslie Rockwood Rosas
20                    Certified Shorthand Reporter
                      State of California
21                    Certificate No. 3462
22
23
24
25