# EXHIBIT 28

Confidential - Subject to Protective Order

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2

 3   IN RE: ROUNDUP            )
     PRODUCTS LIABILITY        )   MDL No. 2741
 4   LITIGATION                )
     _____   )   Case No.
 5   THIS DOCUMENT RELATES     )   16-md-02741-VC
     TO ALL CASES              )
 6

 7          THURSDAY, JANUARY 12, 2017
 8   CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 9                    - - -
10          Videotaped deposition of Donna
11   Farmer, Ph.D., Volume II, held at the offices
12   of HUSCH BLACKWELL, L.L.C., 190 Carondelet
13   Plaza, Suite 600, St. Louis, Missouri,
14   commencing at 9:07 a.m., on the above date,
15   before Carrie A. Campbell, Registered
16   Diplomate Reporter, Certified Realtime
17   Reporter, Illinois, California & Texas
18   Certified Shorthand Reporter, Missouri &
19   Kansas Certified Court Reporter.
20                    - - -
21
               GOLKOW TECHNOLOGIES, INC.
22       877.370.3377 ph | 917.591.5672 fax
               deps@golkow.com
23

24

25
```

Confidential - Subject to Protective Order

1   countries, correct?
2        A.   Correct.
3        Q.   Have the surfactants that are
4   used in Monsanto's glyphosate-based
5   herbicides that are sold in the United
6   States, have they been approved by the EPA?
7        A.   Yes, they have.
8        Q.   What type of safety or
9   toxicological data does EPA require for the
10  approval of surfactants?
11       A.   The EPA requires before you put
12  any inert ingredient into your pesticide
13  formulation, they have to evaluate it for its
14  safety.  Many years ago, they didn't have a
15  very extensive data set for the surfactants,
16  but today they look for information on acute
17  toxicity.  They look for some information on
18  subchronic studies, is there anything on
19  genotoxicity.  They look for environmental
20  fate.  They look for some ecotox.
21            So they look for a variety of
22  information on the surfactants as well to
23  make their determination of safety.
24       Q.   Does Monsanto manufacture the
25  surfactants that are used in Roundup

Confidential - Subject to Protective Order

1      Q.      And if you look at page 4,
2   please, which is the executive summary of
3   this document?
4      A.      Uh-huh.
5      Q.      You see, I guess, the third
6   paragraph starts "the toxicology database"?
7      A.      Yes.
8      Q.      Can you read that paragraph,
9   please?
10     A.      "The toxicology database is
11  adequate to support the use of the alkyl
12  amine polyalkoxylates when used as inert
13  ingredients.  The AAPs are not acutely toxic
14  by the oral and dermal routes of exposure or
15  via inhalation under normal use conditions.
16  Concentrated materials are generally
17  corrosive eye and skin irritants and may be
18  dermal sensitizers.  There is no evidence
19  that the AAPs are neurotoxic, mutagenic or
20  clastogenic."
21     Q.      And we talked yesterday about
22  what clastogenic means, but can you remind us
23  what clastogenic means?
24     A.      Again, it would be damage to
25  the structural genetic material.

Confidential - Subject to Protective Order

1     Q.    Okay. Do you agree with EPA
2  that alkyl amine polyalkoxylates are not
3  neurotoxic, mutagenic or clastogenic?
4     A.    Yes.
5     Q.    Did EPA reach a conclusion
6  regarding the overall carcinogenic potential
7  of these AAPs as they call them?
8     A.    Yes, they did.
9     Q.    Let's look on page 15, and
10  there's a section called 4.4, Classification
11  of Carcinogenic Potential.
12     Do you see that?
13     A.    Yes, I do.
14     Q.    Can you please read that first
15  sentence for the record?
16     A.    "There is no evidence that the
17  AAPs are carcinogenic."
18     Q.    Do you agree with the EPA's
19  conclusion that AAPs -- that there's no
20  evidence that AAPs are carcinogenic?
21     A.    Yes.
22     MR. JOHNSTON: Why don't we
23  take a break for a few minutes.
24     VIDEOGRAPHER: We're going off
25  the record. The time is 10:16.

Confidential - Subject to Protective Order

```
 1                      CERTIFICATE
 2
 3           I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Donna Farmer, Ph.D. was
     duly sworn by me to testify to the truth, the
 6   whole truth and nothing but the truth.
 7           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
             I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13   that I am not financially interested in the
     action.
14
15
16
             _____
17           CARRIE A. CAMPBELL,
             NCRA Registered Diplomate Reporter
18           Certified Realtime Reporter
             California Certified Shorthand
19           Reporter #13921
             Missouri Certified Court Reporter #859
20           Illinois Certified Shorthand Reporter
             #084-004229
21           Texas Certified Shorthand Reporter #9328
             Kansas Certified Court Reporter #1715
22           Notary Public
23           Dated:  January 16, 2017
24
25
```