# EXHIBIT 29

**Pages 1 - 96**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION.    ) <br>                           ) <br>                           ) <br>                           ) | **NO. 16-md-02741 VC** |
| EMANUEL RICHARD GIGLIO,    ) <br>                           ) <br>           Plaintiff,     ) <br>                           ) <br>   VS.                     ) <br>                           ) <br> MONSANTO COMPANY,          ) <br>                           ) <br>           Defendant.     ) <br>                           ) | **NO. C 16-05658 VC** |

San Francisco, California
Wednesday, December 5, 2018

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado 80226
  **BY: AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
     **DAVID J. WOOL, ATTORNEY AT LAW**

        ANDRUS WAGSTAFF PC
        6315 Ascot Drive
        Oakland, California 94611
  **BY: KATHRYN M. FORGIE, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
        Official Reporter

1   of general causation and the concept of specific causation.
2       I suppose you could just call somebody, as they apparently
3   plan to do, to testify only about general causation --
4   right? -- and just not get into Hardeman, but I understand the
5   concept that when you're testifying about specific causation,
6   you know, concepts from general causation are going to bleed
7   into it; right?
8       But if -- and this is not something we're going to resolve
9   now, but it's just important for me that you know the concerns
10  that I have about this discussion.  If you're going to put up a
11  specific causation expert and they're going to testify about
12  the different risk factors and they're going to get to the risk
13  factor of glyphosate and as part of explaining why they don't
14  think glyphosate caused Mr. Hardeman's cancer, they're going to
15  do a repeat of everything that Dr. Mucci said, that's not
16  appropriate.
17              **MR. LASKER:**  Right.
18              **THE COURT:**  Because you should have had that person
19  testify to that at the Phase I proceeding.
20              **MR. LASKER:**  Right.  I don't think -- I think that may
21  be where the confusion is.  I don't think we have --
22              **THE COURT:**  Or even half of what Dr. Mucci said.
23              **MR. LASKER:**  I'm sorry.  I misspoke.
24              **THE COURT:**  If they spent half the time saying what
25  Dr. Mucci said.

### CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Saturday, December 8, 2018

_____

Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
U.S. Court Reporter