**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | ) ) **MONSANTO'S LIST OF EXHIBITS INTRODUCED AT THE JANUARY 28, 2019 *DAUBERT* HEARING** ) ) ) |

Pursuant to Pretrial Order No. 68, Defendant Monsanto Company ("Monsanto") hereby submits the list of exhibits entered into evidence during the cross examination of Dr. Andrei Shustov on January 28, 2019. Monsanto will provide the court with a binder of these exhibits on Monday morning, February 4, 2019. The exhibits used were:

- Daubert Exhibit 5: Correspondence dated 12/19/2018 between counsel for Plaintiffs and counsel for Monsanto re Dr. Shustov Deposition – Nabhan Report;

- Daubert Exhibit 6: Dr. Nabhan's General Causation Report with redactions and highlights comparing it to Dr. Shustov's Expert Report for plaintiff Elaine Stevick;

- Daubert Exhibit 7: Dr. Shustov's Expert Report for plaintiff Elaine Stevick with highlights comparing it to the general causation portions of Dr. Nabhan's General Causation report;

- Daubert Exhibit 8: Dr. Nabhan's Expert Report for plaintiff Elaine Stevick with highlights comparing it to the specific causation portions of Dr. Shustov's report for plaintiff Elaine Stevick;

- Daubert Exhibit 9: Dr. Shustov's Expert Report for plaintiff Elaine Stevick with highlights comparing it to the specific causation portions of Dr. Nabhan's report for plaintiff Elaine Stevick;

- Daubert Exhibit 10: Dr. Shustov's Report for plaintiff Edwin Hardeman;

- Daubert Exhibit 11: Photograph;

- Daubert Exhibit 12: Edwin Hardeman Medical Records (Confidential-Hardeman-EHardeman-KPNValley-MD-004978-4982) [FILED PROVISIONALLY UNDER SEAL AS APPROVED BY THE COURT];

- Daubert Exhibit 13: Edwin Hardeman Medical Records (Confidential-Hardeman-EHardeman-KPNValley-MD-005044-5049) [FILED PROVISIONALLY UNDER SEAL AS APPROVED BY THE COURT];

- Daubert Exhibit 14: Edwin Hardeman Medical Records (Confidential-Hardeman-EHardeman-KPNValley-MD-005139-5414;   -005289-52890;   -002494-2496;

-000044-46; -000223-227; -000468-473) [FILED PROVISIONALLY UNDER SEAL AS APPROVED BY THE COURT];

- <u>Daubert Exhibit 15</u>:  Giordano et al., *Risk of Non-Hodgkin Lymphoma and Lymphoproliferative Precursor Diseases in US Veterans with Hepatitis C Virus* (2007);

- <u>Daubert Exhibit 16</u>:  de Sanjose et al., *Hepatitis C and Non-Hodgkin Lymphoma Among 4784 Cases and 6269 Controls from the International Lymphoma Epidemiology Consortium* (2008);

- <u>Daubert Exhibit 17</u>:  Mahale et al., *The Effect of Sustained Virological Response on the Risk of Extrahepatic Manifestations of Hepatitis C Virus Infection* (2018).

Dated: February 2, 2019

Respectfully submitted,

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
 HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant

MONSANTO COMPANY

- 4 -

MONSANTO'S LIST OF EXHIBITS INTRODUCED AT THE JAN. 28, 2019 DAUBERT HEARING
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____