| | |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
| 2 | Donald R. McMinn (*pro hac vice*) |
|   | 1350 I Street, N.W. |
| 3 | Washington, DC  20005 |
|   | Tel:     202-898-5800 |
| 4 | Fax:    202-682-1639 |
|   | Email: dmcminn@hollingsworthllp.com |
| 5 | *Attorney for Defendant* |
|   | *MONSANTO COMPANY* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: ALL ACTIONS | Case No. 3:16-md-02741-VC |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Donald R. McMinn, of HOLLINGSWORTH LLP, hereby enters his first appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | | |
|---|---|---|
| 1 | DATED: February 4, 2019 | Respectfully submitted, |
| 2 | | /s/ Donald R. McMinn |
| 3 | | Donald R. McMinn (*pro hac vice*) |
| | | (dmcminn@hollingsworthllp.com) |
| 4 | | HOLLINGSWORTH LLP |
| | | 1350 I Street, N.W. |
| 5 | | Washington, DC  20005 |
| | | Telephone:  (202) 898-5800 |
| 6 | | Facsimile:  (202) 682-1639 |
| 7 | | Attorney for Defendant |
| 8 | | MONSANTO COMPANY |