**HOLLINGSWORTH LLP**
Donald R. McMinn (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: dmcminn@hollingsworthllp.com

*Attorney for Third Parties*
*Dr. Larry Kier and Dr. Gary Williams*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**THIRD PARTIES DR. LARRY KIER AND DR. GARY WILLIAMS**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Donald R. McMinn, of HOLLINGSWORTH LLP, hereby enters his first appearance in the above-captioned matter as counsel for third parties Dr. Larry Kier and Dr. Gary Williams, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | | |
|---|---|---|
| 1 | DATED: February 4, 2019 | Respectfully submitted, |
| 2 | | /s/ Donald R. McMinn |
| 3 | | Donald R. McMinn (*pro hac vice*) |
| | | (dmcminn@hollingsworthllp.com) |
| 4 | | HOLLINGSWORTH LLP |
| | | 1350 I Street, N.W. |
| 5 | | Washington, DC  20005 |
| | | Telephone:  (202) 898-5800 |
| 6 | | Facsimile:  (202) 682-1639 |
| 7 | | Attorney for Third Parties |
| 8 | | Dr. Larry Kier and Dr. Gary Williams |