# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** February 4, 2019 | **Time:** 3 hours 22 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Aimee Wagstaff, Robin Greenwald, Jennifer Moore, Nadina Beach, Tesfay Tsadik, and Brian Brake

**Attorney for Defendant:** Brian Stekloff, Michael Imbroscio, Tamarra Mathews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen

**Court Reporter:** Marla Knox and Jo Ann Bryce

**Further *Daubert* Hearing: February 11, 2019**

## PROCEEDINGS:

*Daubert* Hearing (Day 2) - held.

## RULINGS AND ORDERS:

See Log for details from proceedings.

**ADMITTED EXHIBITS:** 2000, 2001, 2002, 2010, 2056, 2063, 2070