UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC
Case Name: In re Roundup Products Liability Litigation

**EXHIBITS and WITNESS LIST - DAUBERT HEARING DAY 2**

| JUDGE: | PLAINTIFFS' ATTORNEY: | DEFENSE'S ATTORNEY: |
|---|---|---|
| Vince Chhabria | Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Tesfaye Tsadik, Jennifer Moore, Nadina Beach, and Brian Brake | Brian Stekloff, Michael Imbroscio, Tamarra Mathews Johnson, Julie Rubenstein, Rakesh Kilaru |
| **HEARING DATE:** | **REPORTER(S):** | **CLERK:** |
| February 4, 2019 | Marla Knox and Jo Ann Bryce | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 9:41 a.m. | | | Court and counsels discuss "trial deposition" of Dr. Portier, and the time limits the Court is inclined to pose on the parties during trial. (32 hours/side for both phase 1 and 2) | |
| | 9:55 a.m. | | | **Dr. Chadi Nabhan** is called to testify. Dr. Nabhan is sworn by the clerk. Cross examination of Dr. Nabhan conducted by B. Stekloff. | |
| 2000 | | X | X | | DEFT |
| 2001 | | X | X | | DEFT |
| 2002 | | X | X | | DEFT |
| 2035 | | X | | | DEFT |
| 2010 | | X | X | | DEFT |
| 2063 | | X | X | | DEFT |
| | 11:20 a.m. | | | Break. | |
| | 11:38 a.m. | | | Back on the record with continued cross examination of Dr. Nabhan. | |
| 2056 | | X | X | | DEFT |
| 2070 | | X | X | | DEFT |
| 2032 | | X | | | DEFT |
| | 12:51 p.m. | | | Defense examination is concluded. Plaintiff would like a recess to confer with co-counsel and resume after the break with direct examination of Dr. Nabhan. Court is in recess. | |
| | 1:03 p.m. | | | Back on the record. Direct examination of Dr. Nabhan conducted by A. Wagstaff. | |
| | 1:10 p.m. | | | Direct examination concluded. Court examination of Dr. Nabhan. | |
| 2052 | | X | | | Court |

|  | 1:23 p.m. |  |  | Re-cross examination of Dr. Nabhan conducted by B. Stekloff. |  |
|---|---|---|---|---|---|
|  | 1:24 p.m. |  |  | No further questions of the witness. Dr. Nabhan is thanked and excused. Parties and Court discuss pretrial housekeeping issues. |  |
|  | 1:33 p.m. |  |  | Court is adjourned. |  |