# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Jay Cantor on behalf of the Estate of Lynne M. Vegas<br><br>v.<br><br>Monsanto Company | Case No. 3:17-cv-04643 |

## ORDER RE STIPULATION OF DISMISSAL

Upon consideration of Plaintiff Jay Cantor on behalf of the Estate of Lynne M. Vegas and Defendant Monsanto Company's Stipulation of Dismissal With Prejudice, it is on this \_\_\_\_\_ day of _____, 2019, hereby:

**ORDERED** that the Stipulation for Dismissal With Prejudice is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

_____
Hon. Vince Chhabria
Judge, U.S. District Court for the
Northern District of California