**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (*pro hac vice*)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 S. 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) Case No. 16-md-02741-VC ) |
| THIS DOCUMENT RELATES TO: | ) **PLAINTIFF'S NOTICE OF FIRM NAME** ) **AND ADDRESS CHANGE** ) |
| *HARDEMAN v. MONSANTO COMPANY,* *Case No: 3:16-cv-00525-VC* | ) ) ) ) ) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that co-counsel for Plaintiff, Ed Hardeman, hereby notifies this Court and all parties to this action that she can now be reached at the following law firm with the following updated contact information:

Jennifer A. Moore
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
P: 502-717-4080
F: 502-717-4086
Email: jennifer@moorelawgroup.com; mary@moorelawgroup.com

---

NOTICE OF FIRM NAME AND ADDRESS CHANGE

Case No: 3:16-cv-00525-VC

Please amend your service list accordingly and send all notices, correspondence, and pleadings in this matter to the above-law firm and address.

Dated:  February 6, 2019

**MOORE LAW GROUP, PLLC**

By:  /s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (*pro hac vice*)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

*Co-counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on February 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer A. Moore
Jennifer A. Moore
jennifer@moorelawgroup.com

---

NOTICE OF FIRM NAME AND ADDRESS CHANGE

Case No: 3:16-cv-00525-VC