UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Giglio v. Monsanto*, 3:16-cv-05658-VC | **PRETRIAL ORDER NO. 71: MOTION TO AMEND PRETRIAL ORDER 50 FOR *GIGLIO V. MONSANTO*** |

Monsanto is ordered to take Giglio's deposition within 28 days of this order. After the first bellwether trial, the Court will set a case management conference to determine a pretrial schedule for the Group 2 cases, which include *Giglio v. Monsanto*.

**IT IS SO ORDERED.**

Date: February 6, 2019

_____
Honorable Vince Chhabria
United States District Court