| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Gurinder S. Grewal | 2a. CONTACT PHONE NUMBER: (415) 442-1000 | 3. CONTACT EMAIL ADDRESS: gurinder.grewal@morganlewis.com |
| 1b. ATTORNEY NAME (if different): Gurinder S. Grewal | 2b. ATTORNEY PHONE NUMBER: (415) 442-1000 | 3. ATTORNEY EMAIL ADDRESS: gurinder.grewal@morganlewis.com |
| 4. MAILING ADDRESS: Morgan, Lewis & Bockis LLP, One Market, Spear Street Tower, San Francisco, CA 94105 | 5. CASE NAME: In re Roundup Products Liability Litigation | 6. CASE NUMBER: 3:16-md-02741 |
| 7. COURT REPORTER NAME: Jo Ann Bryce, CSR #3321 | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis  ☒ NON-APPEAL  ☒ CIVIL  CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~03/04/2019~~ 2/4/19 | VC | Daubert | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

11. SIGNATURE: /s/ Gurinder S. Grewal
12. DATE: 02/06/2019