**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO  80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY  10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

**THE MILLER FIRM LLC**
Michael. Miller (*pro hac vice*)
108 Railroad Avenue
Orange, VA  22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199
Pamela.Yates@arnoldporter.com

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:    202-898-5800
Fax:    202-682-1639
Email: elasker@hollingsworthllp.com

*Attorneys for Defendant Monsanto Co.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | |
| *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC | |
| *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

## JOINT STATEMENT OF THE CASE

1  Pursuant to Paragraph 17 of the Standing Order for Civil Trials Before Judge Chhabria,

2  Plaintiffs, Edwin Hardeman, Elaine Stevick, and Sioum Gebeyehou, and Defendant Monsanto

3  Company ("Monsanto") hereby submit this joint statement of the case:

4  In this case, the Plaintiff, Edwin Hardeman, alleges that Monsanto's product, Roundup,

5  was a substantial factor in causing him to develop cancer, specifically, non-Hodgkin lymphoma.

6  Monsanto denies that Roundup caused Mr. Hardeman's non-Hodgkin lymphoma.

7
8  DATED: February 6, 2019                    Respectfully submitted,

9                                             /s/ Aimee Wagstaff
10                                            Aimee Wagstaff
                                              aimee.wagstaff@andruswagstaff.com
11                                            Andrus Wagstaff, P.C.
                                              7171 West Alaska Drive
                                              Lakewood CO 80226
12                                            P: 303-376-6360

13                                            /s/ Robin Greenwald
14                                            Robin Greenwald
                                              rgreenwald@weitzlux.com
15                                            Weitz & Luxenberg
                                              700 Broadway
                                              New York NY 10003
16                                            P: 212-558-5500

17                                            /s/ Mike Miller
18                                            Michael Miller
                                              mmiller@millerfirmllc.com
19                                            The Miller Firm LLC
                                              108 Railroad Ave
                                              Orange VA 22960
20                                            P: 540 672 4224

21                                            Co-Lead Counsel for Plaintiffs

22
23
24
25
26
27
28

JOINT STATEMENT OF THE CASE
3:16-md-02741-VC

1  DATED: February 6, 2019                    Respectfully submitted,

2                                             /s/ Brian L. Stekloff
3                                             Brian L. Stekloff (*pro hac vice*)
                                              (bstekloff@wilkinsonwalsh.com)
4                                             Rakesh Kilaru (*pro hac vice*)
                                              (rkilaru@wilkinsonwalsh.com)
5                                             WILKINSON WALSH + ESKOVITZ LLP
                                              2001 M St. NW
6                                             10th Floor
7                                             Washington, DC 20036
                                              Tel:    202-847-4030
8                                             Fax:    202-847-4005

9                                             /s/ Pamela Yates
10                                            Pamela Yates (CA Bar No. 137440)
                                              (Pamela.Yates@arnoldporter.com)
11                                            ARNOLD & PORTER KAYE SCHOLER
                                              LLP
12                                            777 South Figueroa St., 44th Floor
13                                            Los Angeles, CA 90017
                                              Tel: 213-243-4178
14                                            Fax: 213-243-4199

15                                            /s/ Joe G. Hollingsworth
16                                            Joe G. Hollingsworth (*pro hac vice*)
                                              (jhollingsworth@hollingsworthllp.com)
17                                            Eric G. Lasker (*pro hac vice*)
                                              (elasker@hollingsworthllp.com)
18                                            HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
19                                            Washington, DC  20005
20                                            Telephone:  (202) 898-5800

21
                                              Attorneys for Defendant
22                                            MONSANTO COMPANY

23

24

25

26

27

28

JOINT STATEMENT OF THE CASE
3:16-md-02741-VC

1

**CERTIFICATE OF SERVICE**

2

  I HEREBY CERTIFY that on this 6th day of February 2019, a copy of the foregoing was

3

filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to

4

all appearing parties of record.

5

6

             /s/ Brian L. Stekloff_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT OF THE CASE
3:16-md-02741-VC