| | |
|---|---|
| **ANDRUS WAGSTAFF, PC**<br>Aimee H. Wagstaff (SBN 278480)<br>7171 W. Alaska Drive<br>Lakewood, CO 80226<br>Tel: (303) 376-6360<br>Fax: (303) 376-6361<br>aimee.wagstaff@andruswagstaff.com<br><br>**WEITZ & LUXENBERG, P.C.**<br>Robin L. Greenwald<br>700 Broadway<br>New York, NY 10003<br>Tel: (212) 558-5802<br>Fax: (646) 293-4921<br>Email: rgreenwald@weitzlux.com<br><br>**THE MILLER FIRM LLC**<br>Michael. Miller (*pro hac vice*)<br>108 Railroad Avenue<br>Orange, VA 22960<br>Tel: (540) 672-4224<br>Fax: (540) 672-3055<br>mmiller@millerfirmllc.com<br><br>*Co-Lead Counsel for Plaintiffs* | **WILKINSON WALSH + ESKOVITZ LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>Rakesh Kilaru (*pro hac vice*)<br>2001 M St. NW, 10th Floor<br>Washington, DC 20036<br>Tel: 202-847-4030<br>Fax: 202-847-4005<br>bstekloff@wilkinsonwalsh.com<br>rkilaru@wilkinsonwalsh.com<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Pamela Yates (CA Bar No. 137440)<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017<br>Tel: 213-243-4178<br>Fax: 213-243-4199<br>Pamela.Yates@arnoldporter.com<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>1350 I Street, N.W.<br>Washington, DC 20005<br>Tel: 202-898-5800<br>Fax: 202-682-1639<br>Email: elasker@hollingsworthllp.com<br><br>*Attorneys for Defendant Monsanto Co.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Hardeman v. Monsanto Co., et al.*,<br>3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*,<br>3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*,<br>3:16-cv-5813-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

**JOINT TRIAL EXHIBIT LIST**

Pursuant to PTO 53, paragraph 18 of the Standing Order for Civil Trials Before Judge Chhabria, and section 3 of the parties' December 28, 2018 Joint Case Management Statement (ECF No. 2386), the parties hereby file the attached list of exhibits they will or may use at the trial of this matter.

Plaintiffs reserve the right to amend this Exhibit List during trial, for rebuttal purposes, or for any other reasons as appropriate.  Further, Plaintiffs reserve the right to amend this Exhibit List with any future depositions, future deposition exhibits, document production by Defendant and/or a third party that occurs after this date, and any medical literature or scientific studies that are published.

Plaintiffs also reserve the right to withdraw any exhibit on the attached Exhibit List and/or object to the introduction and/or admissibility of any document at trial whether the objection is noted on the attached list or not.  Plaintiffs further reserve their right to amend this Exhibit List based upon the evidence the Court admits during Phase 1 of the trial.

This list does not include any demonstrative exhibits Plaintiffs may use at trial and therefore Plaintiffs specifically reserve the right to use demonstrative exhibits at trial.

Additionally, Plaintiffs hereby reserve their right to use any and all of the following as exhibits at trial:

- Any and all deposition transcripts and videos, along with the deposition exhibits, taken in any Roundup case;
- Any and all deposition transcripts and videos, along with deposition exhibits, of Roundup depositions not yet taken, but scheduled between now and the end of trial;
- Any and all exhibits identified and/or used by Defendant in these actions;
- Any and all pleadings served and/or filed in these actions;
- Any documents produced in discovery or identified during discovery by any party or third party;
- Any and all reports by Plaintiffs' experts including original and supplemental reports;
- Any documents referenced by or relied upon by any party's experts;
- All research texts, articles, and publications produced, referenced in depositions, or relied upon by all parties' expert witnesses;
- Plaintiffs reserve the right to seek introduction as an exhibit all exhibits or documents identified by the parties in pleadings, court filings, or in any deposition;

- Plaintiffs reserve the right to seek introduction as an exhibit the pleadings, discovery response documents, and any other documents served and/or filed in this action; and
- All exhibits necessary for cross-examination, rebuttal, or impeachment.

Monsanto reserves the right to supplement or amend this exhibit list based on events that occur after the date of this filing. For example, Monsanto reserves the right to supplement this list with any exhibits marked at depositions in this litigation that occurred after the parties' initial exchange of exhibit lists; any documents produced by any party to this litigation in the future; and/or any medical literature or scientific studies released in the future.

The inclusion of any exhibit on this exhibit list shall not waive or affect any prior confidentiality designation in this litigation. Monsanto reserves the right to use any document on this list for purposes of impeachment or cross-examination. Monsanto also reserves the right to object to the introduction and/or admissibility of any document listed on any exhibit list. Inclusion of a particular document on Monsanto's exhibit list is not intended to be a waiver of Monsanto's right to object to the introduction and/or admissibility of that document for any purpose. Certain of Monsanto's listed exhibits are included solely for the purpose of cross-examination, and Monsanto does not intend to sponsor introduction of these exhibits into evidence. Certain of Monsanto's listed exhibits may pertain to topics that will ultimately be excluded from evidence at trial by pretrial orders. By listing such exhibits, Monsanto does not intend to waive any right to object to the introduction and/or admissibility of those documents for any purpose. Monsanto reserves the right to use additional, unlisted exhibits for purposes of impeachment. Monsanto also reserves the right to use any deposition transcripts and any exhibits to deposition transcripts for any witnesses being called.

Monsanto reserves the right to use at trial demonstrative exhibits, including without limitation: charts, graphs, photographs, animations, timelines, objects, models, PowerPoint slides, drawings, graphics, and other demonstrative aids. Monsanto reserves the right to offer enlargements of any exhibits on the list or on any party's exhibit list. Monsanto reserves the right to use any and all documents/materials listed/produced by Plaintiffs.

DATED: February 6, 2019

Respectfully submitted,

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
P: 303-376-6360

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
P: 212-558-5500

/s/   Mike Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
P: 540 672 4224

Co-Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: February 6, 2019 | Respectfully submitted, |
| 2 | | /s/ Brian L. Stekloff |
| | | Brian L. Stekloff (*pro hac vice*) |
| 3 | | (bstekloff@wilkinsonwalsh.com) |
| 4 | | Rakesh Kilaru (*pro hac vice*) |
| | | (rkilaru@wilkinsonwalsh.com) |
| 5 | | WILKINSON WALSH + ESKOVITZ LLP |
| 6 | | 2001 M St. NW |
| | | 10th Floor |
| 7 | | Washington, DC 20036 |
| | | Tel:    202-847-4030 |
| 8 | | Fax:    202-847-4005 |
| 9 | | |
| 10 | | /s/ Pamela Yates |
| | | Pamela Yates (CA Bar No. 137440) |
| 11 | | (Pamela.Yates@arnoldporter.com) |
| | | ARNOLD & PORTER KAYE SCHOLER |
| 12 | | LLP |
| | | 777 South Figueroa St., 44th Floor |
| 13 | | Los Angeles, CA 90017 |
| | | Tel: 213-243-4178 |
| 14 | | Fax: 213-243-4199 |
| 15 | | |
| 16 | | /s/ Joe G. Hollingsworth |
| | | Joe G. Hollingsworth (*pro hac vice*) |
| 17 | | (jhollingsworth@hollingsworthllp.com) |
| | | Eric G. Lasker (*pro hac vice*) |
| 18 | | (elasker@hollingsworthllp.com) |
| | | HOLLINGSWORTH LLP |
| 19 | | 1350 I Street, N.W. |
| | | Washington, DC  20005 |
| 20 | | Telephone:  (202) 898-5800 |
| 21 | | |
| 22 | | Attorneys for Defendant |
| | | MONSANTO COMPANY |

- 5 -

JOINT TRIAL EXHIBIT LIST
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff