**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

**THE MILLER FIRM LLC**
Michael. Miller (*pro hac vice*)
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199
Pamela.Yates@arnoldporter.com

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Email: elasker@hollingsworthllp.com

*Attorneys for Defendant Monsanto Co.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741
Case No. 3:16-md-02741-VC

*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC
*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC
*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC

**JOINT PROPOSED VOIR DIRE QUESTIONS**

Pursuant to Paragraph 14 of the Standing Order for Civil Trials Before Judge Chhabria, Plaintiffs, Edwin Hardeman, Elaine Stevick, and Sioum Gebeyehou, and Defendant Monsanto Company ("Monsanto") hereby submit this list of proposed voir dire questions.

**Joint Proposed Questions**

1. Have you, your business, or anyone in your family ever sued anyone?
   a. What was the nature of the lawsuit?
   b. What was the outcome?
   c. Were you satisfied with the way the matter resolved?
2. Have you, your business, or anyone in your family ever been sued by anyone?
   a. What was the nature of the lawsuit?
   b. What was the outcome?
   c. Were you satisfied with the way the matter resolved?
3. Have you ever been a witness, given a deposition, or testified in any hearing or court proceeding?
   a. If so, why?
4. Do you know anyone who has Hepatitis B or C?
5. Would you award money to a person who claims to have been injured by a product, even if there is no proof that the product caused the injury?

**Plaintiffs' Proposed Questions**

| No. | Question | Defendant's Response |
| --- | --- | --- |
| 1. | Did you grow up or live for an extended period of time in a farming or agricultural community? | Monsanto does not believe this question should be asked. |
| 2. | Have you ever worked for a company or organization that you believe was sued unfairly?<br>a. What was the nature of the claim?<br>b. What was the outcome?<br>c. Were you satisfied with the way the matter resolved? | Monsanto does not believe this question should be asked because it is confusing, vague, and not necessary. |

| | | |
|---|---|---|
| 3. | Do you have any opinions or feelings about jury awards, personal injury lawsuits, or people who bring lawsuits for money damages that would make it difficult for you to fairly evaluate the evidence in a trial where an individual is suing a company over claims that its product caused his cancer? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire. |
| 4. | Do you believe there should be a cap or upper limit on the amount of money damages juries should be allowed to award? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire. |
| 5. | Do you believe there are too many lawsuits today claiming consumer products are dangerous or cause injury? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire |
| 6. | Do you believe that jury verdicts are too high? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire |
| 7. | Do you believe that there should be limits on the ability to sue companies over consumer products? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire. |

**Monsanto's Proposed Questions**

| No. | Question | Plaintiffs' Response |
|---|---|---|
| 1. | Have you or has anyone close to you ever had non-Hodgkin's lymphoma? | This seems unnecessary as there is already a question on the jury questionnaire if you or anyone close to you has had cancer. |
| 2. | Have you ever worked for a company or organization that filed a lawsuit that related to your work there?<br>a.   What was the nature of the claim?<br>b.   What was the outcome?<br>c.   Were you satisfied with the way the matter resolved? | Plaintiffs do not believe this question should be asked because it is confusing, vague, and not necessary. |
| 3. | Have you ever been injured by a product that you thought was safe? | Plaintiffs do not believe this question should be asked because it is vague, incomplete, and the general topic is covered by the Court's jury questionnaire. |
| 4. | Have you or has anyone close to you ever considered suing the manufacturer of a product because it caused harm? | Plaintiffs object as this question is vague, biased, and the general topic is covered by the Court's jury questionnaire. |
| 5. | Have you ever stopped using a product because you saw on TV or read on the internet that the product was unsafe? | Plaintiffs object as this question is vague, biased, and the general topic is covered by the Court's jury questionnaire. |
| 6. | Do you only buy organic foods when available because you are concerned about chemicals? | Plaintiffs do not believe this question should be asked because it is vague, biased, and not necessary. |
| 7. | Do you only buy foods without GMOs when available? | Plaintiffs do not believe this question should be asked because it is vague, biased, and not necessary. |
| 8. | Are you inclined to award damages to a Plaintiff simply because he suffered an injury while using a product? | Plaintiffs do not believe this question should be asked because it is vague, incomplete, biased, confusing, and not necessary. |
| 9. | Do you have any opinions or feelings about Roundup that may affect your ability to be a fair | Plaintiffs do not believe this question should be asked |

|   |   |   |
|---|---|---|
|   | and impartial juror in this case? | because it is vague, biased, and already covered in the Court's jury questionnaire. |
| 10. | Do you have any opinions or feelings about Monsanto that may affect your ability to be a fair and impartial juror in this case? | Plaintiffs do not believe this question should be asked because it is vague, biased, and already covered in the Court's jury questionnaire. |

DATED: February 6, 2019                     Respectfully submitted,


/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
P: 303-376-6360

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
P: 212-558-5500

/s/  Mike Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
P: 540 672 4224

Co-Lead Counsel for Plaintiffs

DATED: February 6, 2019

Respectfully submitted,

/s/ Brian L. Stekloff
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

/s/ Pamela Yates
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800

Attorneys for Defendant
MONSANTO COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff___________