UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 72: PROCEDURE FOR CERTAIN MOTIONS TO REMAND** |

In light of Pretrial Order 69, *see* Dkt. No. 2639, any plaintiff who plans to file a motion to remand on the basis that 28 U.S.C. § 1441(b)(2) governs defendants who have not yet been served may file it in accordance with the procedures governing administrative motions under Civil Local Rule 7-11. Any opposition must be filed no later than 4 days after the motion has been filed and, unless otherwise ordered, the motion will then be deemed submitted for determination without a hearing.

**IT IS SO ORDERED.**

Date: February 7, 2019

_____
Honorable Vince Chhabria
United States District Court