UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**

|  |  |  |
|---|---|---|
| Mize, et al. v. Monsanto Company, | ) | |
|     E.D. Missouri, C.A. No. 4:18-02146 | ) | MDL No. 2741 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Mize*) on January 4, 2019.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Mize* filed a notice of opposition to the proposed transfer.  Plaintiffs later filed a motion to vacate the conditional transfer order, and a supporting brief.  The Panel has now been advised that *Mize* was remanded to the Circuit Court of St. Louis County, Missouri, by the Honorable Henry Edward Autrey in an order filed on February 5, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-116" filed on January 4, 2019, is VACATED insofar as it relates to this action.

                                                                            FOR THE PANEL:

                                                                            Jeffery N. Lüthi
                                                                            Clerk of the Panel