**COVINGTON & BURLING LLP**
Phyllis A. Jones (*pro hac vice*)
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel:   202-662-5868
Fax:   202-778-5868
Email: pajones@cov.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF**
<u>**DEFENDANT MONSANTO COMPANY**</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Phyllis A. Jones, of COVINGTON & BURLING LLP, hereby enters her first appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

| | |
|---|---|
| DATED: February 7, 2019 | Respectfully submitted,<br><br>/s/ Phyllis A. Jones<br>Phyllis A. Jones (*pro hac vice*)<br>(pajones@cov.com)<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001<br>Tel:   202-662-5868<br>Fax:   202-778-5868<br><br>Attorney for Defendant<br>MONSANTO COMPANY |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**
**3:16-MD-02741-VC**