**COVINGTON & BURLING LLP**
Paul Schmidt (*pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel:     212-841-1000
Fax:     212-841-1010
Email: pschmidt@cov.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | ) ) ) ) ) ) ) | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Paul Schmidt, of COVINGTON & BURLING LLP,

hereby enters his first appearance in the above-captioned matter as counsel for defendant

MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders,

correspondence, and other papers in connection with this action be served upon him at the above

address.

- 1 -

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
**3:16-MD-02741-VC**

1   DATED: February 7, 2019

                                 Respectfully submitted,

2

                                 /s/ Paul Schmidt

3
                                 Paul Schmidt (*pro hac vice*)
                                 (pschmidt@cov.com)

4
                                 COVINGTON & BURLING LLP
                                 The New York Times Building

5
                                 620 Eighth Avenue
                                 New York, NY 10018

6
                                 Tel:    212-841-1000
                                 Fax:    212-841-1010

7

8
                                 Attorney for Defendant
                                 MONSANTO COMPANY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**
**3:16-MD-02741-VC**