UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Gebeyehou v. Monsanto*, 3:16-cv-05813 | **PRETRIAL ORDER NO. 73: CASELAW ON STATUTE OF LIMITATIONS** |

By 12:00 p.m. on February 12, 2019, the plaintiffs are directed to file a list of any California cases they have been able to find where a court concluded that a plaintiff couldn't be deemed on notice for purposes of the statute of limitations despite having begun to investigate whether the defendant (or the defendant's product) was the cause of his or her injuries.

**IT IS SO ORDERED.**

Date:   February 7, 2019

                                            Honorable Vince Chhabria
                                            United States District Court