1  E. James Shepherd
   SHOOK, HARDY & BACON L.L.P.
2  JPMorgan Chase Tower
   600 Travis St., Suite 3400
3  Houston, Texas 77002
   Telephone: (713) 227-8008
4  Facsimile: (713) 227-9508
   eshepherd@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: All Actions | |

# NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that E. James Shepherd of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter.

February 8, 2019                        Respectfully Submitted,


                                        By: */s/ E. James Shepherd*
                                            E. James Shepherd
                                            Texas Bar No. 24008025
                                            SHOOK, HARDY & BACON L.L.P.
                                            600 Travis, Suite 3400
                                            Houston, Texas 77002-2926
                                            Telephone: (713) 227-8008
                                            Fax: (713) 227-9508
                                            eshepherd@shb.com

                                            *Attorney for Defendant,*
                                            *MONSANTO COMPANY*