UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                  MDL No. 2741

_____

**This Document Relates to:**

*Acosta, et al. v. Monsanto Company*, E.D. Missouri, Cause No. 4:18-cv-00407

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO REMAND

Plaintiffs, by and through undersigned counsel, hereby submit as Exhibit A the attached Order entered in the Roundup Products Liability multidistrict litigation on February 1, 2019, rejecting Monsanto's position that the federal statute permits removal before service of process and granting the plaintiffs' motion to remand. As stated, the Order governs all pending and future cases in this multidistrict litigation proceeding. This removal before service of process is the sole ground for Monsanto's removal in this underlying case. Therefore, Plaintiffs request that its motion for removal be granted.

Dated: February 8, 2019                              Respectfully submitted,

                                                                  /s/ Eric D. Holland
                                                                  ERIC D. HOLLAND
                                                                  Holland Law Firm
                                                                  300 N. Tucker Blvd., Suite 801
                                                                  St. Louis, MO 63101
                                                                  TEL: 314-241-8111
                                                                  FAX: 314-241-5554
                                                                  Email: eholland@allfela.com

                                                                  **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2019, I served *Plaintiffs' Notice of Supplemental Authority in Support of Motion to Remand* on all counsel of record using the CM/ECF System which will send notification of such filing to all counsel of record, in accordance with the Federal Rules of Civil Procedure.

/s/ Eric D. Holland
ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email: eholland@allfela.com