# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 69: MOTION TO REMAND IN** *KLOCK V. MONSANTO CO.* |

The motion to remand in *Klock v. Monsanto Co.* is granted. *See* Dkt. No. 2368. On this issue, which has divided the courts, this Court agrees with the view that interpreting the statute to permit removal before service of process would create absurd results. *See, e.g.*, *Black v. Monster Beverage Corp.,* No. EDCV-15-02203-MWF-DTB, 2016 WL 81474, at *3-5 (C.D. Cal. Jan. 7, 2016); *Phillips Constr., LLC v. Daniels Law Firm, PLLC*, 93 F. Supp. 3d 544, 547-56 (S.D.W. Va. 2015); *see also Chen v. BioPharmX Corp.*, Case No. 17-cv-05725-VC, Dkt. No. 34. Absent intervening authority from the Ninth Circuit or Supreme Court, this order will govern all pending and future cases in this multidistrict litigation proceeding.

**IT IS SO ORDERED.**

Date:   February 1, 2019

_____
Honorable Vince Chhabria
United States District Court