UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                  MDL No. 2741
_____

**This Document Relates to:**

*Acosta, et al. v. Monsanto Company*, E.D. Missouri, Cause No. 4:18-cv-00407

## PROOF OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's CM/ECF filing system, this 8th day of February, 2019, to all counsel of record.

*/s/ Eric D. Holland*_____
Eric D. Holland (Mo. Bar # 39935)
**HOLLAND LAW FIRM**
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiffs*