UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
| | ) |
| _____ | ) Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al*, 3:16-cv-0525-VC | ) |
| | ) **LIST OF INVOLVED INDIVIDUALS** |
| | ) **FOR TRIAL** |
| _____ | ) |

Plaintiff Edwin Hardeman and Defendant Monsanto Company ("Monsanto") jointly submit this List of Involved Individuals pursuant to Pretrial Order No. 65 (ECF No. 2519) and ¶ 50 of the Court's Standing Order for Civil Trials.

- John Acquavella
- Stephen Adams
- Dr. Kassim Al-Khatib
- Dr. Daniel Arber
- Dr. Kirk Azevedo
- Dr. Charles Benbrook
- Brant Bishop
- Dr. Aaron Blair
- Brian Brake
- Henry Brewster
- Robyn Buck
- Rebecca Chong
- Meghan Cleary
- Cali Cope-Kasten
- Dr. Christopher Corcoran
- William Dodero
- Julie duPont
- Sandra Edwards
- Pedram Esfandiary
- Dr. Donna Farmer
- Dr. William Fleming
- Tim Ford
- Kathryn Forgie
- Dr. Warren Foster
- Dr. Daniel Goldstein
- Jay Goodman

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Steve Gould
- Hugh Grant
- Robin Greenwald
- Kirby Griffis
- Dr. Michael Grossbard
- James Guard
- Christopher Guth
- Edward Hardeman
- Mary Hardeman
- Terrance Hardeman
- Reiko Hasuike
- Dr. Wallace Hayes
- Dr. David Heering
- Pablo Jose Hernandez Rivera
- Dr. William Heydens
- Curtis Hoke
- Roger Holtzen
- Michael Imbroscio
- Dr. Charles Jameson
- Dr. Dan Jenkins
- Dr. Robert Johnson
- John Kalas
- Tiffani Kennedy
- Dr. Larry Kier
- Rakesh Kilaru
- Dr. Michael Koch
- Hilary Krase
- Eric Lasker
- Aaron Levine
- Dr. Alexandra Levine
- Anne Marchitello
- Dr. Mark Martens
- Erica Massaro-Hales
- Tamarra Matthews Johnson
- Richard Mayer
- Dr. Roger McClellan
- Michael Miller
- Nancy Miller
- Dr. James Mills
- Jennifer Moore
- Dr. Lorelei Mucci
- Dr. Sam Murphey
- Dr. Chadi Nabhan
- Kirsten Nelson

JOINT LIST OF INVOLVED INDIVIDUALS FOR TRIAL
3:16-md-02741-VC & 3:16-cv-0525-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Patrick O'Keeffe
- Chad Paulin
- Dr. Chris Portier
- Jennifer Ralston
- Todd Rands
- William Reeves
- James Richardson
- Dr. Jennifer Rider
- Dr. Beate Ritz
- Morgan Rohrhofer
- Dr. Thomas Rosol
- Dr. Matthew Ross
- Jessudoss Rowland
- Julie Rubenstein
- Dr. Eric Sachs
- Dr. David Saltmiras
- Dr. William Sawyer
- Paul Schmidt
- Jeffrey Seldomridge
- Tavies Shah
- Elyse Shimada
- Dan Schultz
- Dr. Andrei Shustov
- Matthew Skanchy
- Colleen Smith
- Andrew Solow
- Dr. Christian Steidl
- Brian Stekloff
- Jeffrey Travers
- Tesfaye Tsadik
- Dr. Roger Turk
- Dr. Richard Turley
- Dr. Michael Sullivan
- Aimee Wagstaff
- Max Warren
- Dr. Dennis Weisenburger
- Connie Welch
- Alex Whisnant
- Judson White
- Hayter Whitman
- Dr. Gary Williams
- Brent Wisner
- David Wool
- Pamela Yates

JOINT LIST OF INVOLVED INDIVIDUALS FOR TRIAL
3:16-md-02741-VC & 3:16-cv-0525-VC

- Dr. Jeffrey Ye
- Dr. Lawrence Zukerberg

JOINT LIST OF INVOLVED INDIVIDUALS FOR TRIAL
3:16-md-02741-VC & 3:16-cv-0525-VC

DATED: February 8, 2019                    Respectfully submitted,

                                           /s/ Aimee Wagstaff
                                           Aimee Wagstaff
                                           aimee.wagstaff@andruswagstaff.com
                                           Andrus Wagstaff, P.C.
                                           7171 West Alaska Drive
                                           Lakewood CO 80226
                                           P: 303-376-6360

                                           /s/ Robin Greenwald
                                           Robin Greenwald
                                           rgreenwald@weitzlux.com
                                           Weitz & Luxenberg
                                           700 Broadway
                                           New York NY 10003
                                           P: 212-558-5500

                                           /s/  Mike Miller___
                                           Michael Miller
                                           mmiller@millerfirmllc.com
                                           The Miller Firm LLC
                                           108 Railroad Ave
                                           Orange VA 22960
                                           P: 540 672 4224

                                           Co-Lead Counsel for Plaintiffs

JOINT LIST OF INVOLVED INDIVIDUALS FOR TRIAL
3:16-md-02741-VC & 3:16-cv-0525-VC

1    DATED: February 8, 2019                    Respectfully submitted,

2                                               /s/ Brian L. Stekloff
                                                Brian L. Stekloff (pro hac vice)
3                                               (bstekloff@wilkinsonwalsh.com)
                                                Rakesh Kilaru (pro hac vice)
4                                               (rkilaru@wilkinsonwalsh.com)
                                                WILKINSON WALSH + ESKOVITZ LLP
5                                               2001 M St. NW
                                                10th Floor
6                                               Washington, DC 20036
                                                Tel:    202-847-4030
7                                               Fax:    202-847-4005

8                                               /s/ Pamela Yates
                                                Pamela Yates (CA Bar No. 137440)
9                                               (Pamela.Yates@arnoldporter.com)
                                                ARNOLD & PORTER KAYE SCHOLER LLP
10                                              777 South Figueroa St., 44th Floor
                                                Los Angeles, CA 90017
11                                              Tel: 213-243-4178
                                                Fax: 213-243-4199

12
                                                /s/ Joe G. Hollingsworth
13                                              Joe G. Hollingsworth (pro hac vice)
                                                (jhollingsworth@hollingsworthllp.com)
14                                              Eric G. Lasker (pro hac vice)
                                                (elasker@hollingsworthllp.com)
15                                              HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
16                                              Washington, DC  20005
                                                Telephone:  (202) 898-5800
17

18                                              Attorneys for Defendant
                                                MONSANTO COMPANY
19

20

21

22

23

24

25

26

27

28

JOINT LIST OF INVOLVED INDIVIDUALS FOR TRIAL
3:16-md-02741-VC & 3:16-cv-0525-VC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff

JOINT LIST OF INVOLVED INDIVIDUALS FOR TRIAL
3:16-md-02741-VC & 3:16-cv-0525-VC