Jonathan P. Novak
**FEARS | NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel.: (214) 890-0711
Fax: (214) 890-0712
jnovak@fnlawfirm.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Delbert Brooks v. Monsanto Company*<br>Case No. 3:18-cv-07558-VC | |

## **NOTICE OF APPEARANCE ON BEHALF OF DELBERT BROOKS**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jonathan P. Novak of the firm Fears | Nachawati, PLLC hereby enters an appearance as counsel for Plaintiff in the above-captioned matter.

Dated: February 8, 2019

/s/ Jonathan P. Novak
**Jonathan P. Novak**
Maryland Bar No. 1012150310
jnovak@fnlawfirm.com
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*Attorneys for Plaintiff*