UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S RESPONSE TO PLAINTIFFS' JANUARY 25TH ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONSANTO'S (1) MOTION FOR SUMMARY JUDGMENT RE: GROUP 1 PLAINTIFFS ON NON-CAUSATION GROUNDS AND (2) MOTIONS TO EXCLUDE THE EXPERT TESTIMONY OF WILLIAM SAWYER, CHARLES BENBROOK, AND JAMES MILLS** |

Having considered Monsanto Company's Response to Plaintiffs' January 25th Administrative Motion to File Under Seal, this Court HEREBY GRANTS Monsanto Company's Response in its entirety. IT IS SO ORDERED that the following portions of the documents listed below will remain under seal:

| Exhibit Number and Description of Document or Document Title | Portion of Document Sought to be Sealed | Order |
|---|---|---|
| Exhibit 4: Monsanto's Response to Requests for Admission in *D. Johnson* | 5:24-6:3 | |
| Exhibit 8: MONGLY01314233 | EU names | |
| Exhibit 24: MONGLY00904009 | EU names | |
| Exhibit 25: MONGLY01312107 | EU names | |
| Exhibit 26: MONGLY03734971 | EU names | |
| Exhibit 27: MONGLY00878876 | EU names | |

- 1 -

| | | |
|---|---|---|
| Exhibit 33: MONGLY02078597 | EU names | |
| Exhibit 36: MONGLY02145917 | EU names | |
| Exhibit 39: MONGLY01183933 | EU names | |
| Exhibit 41: MONGLY01041641 | EU names | |
| Exhibit 43: MONGLY02359008 | EU names | |
| Exhibit 47: MONGLY06262795 | EU names | |
| Exhibit 51: MONGLY02062439 | EU names | |
| Exhibit 53: MONGLY00989918 | EU names | |
| Exhibit 60: MONGLY02682357 | EU names | |
| Exhibit 72: Expert Report of William Sawyer (dated Nov. 20, 2018) | Portions of pages 21-22, 36-38, 59-61, 94-100, 109-10, portions of footnotes 64, 88, 91, 93, 95, and 129 | |
| Exhibit 77: Expert Report of William Sawyer (dated Dec. 21, 2017) | Portions of pages 38-39, 52, 68-73, 75, 84-85, and 137-38 | |
| Exhibit 88: Expert Report of Charles Benbrook (dated Nov. 20, 2018) | Portions of paragraphs 417, 418, 420, 426, 428; Paragraph 637 (in full) | |
| Exhibit 90: Benbrook Depo (Part 2, 2/9/18) | 417:25; 419:3, 8; 445:5; 457:15; 459:18; 460:13; 465:14; 466:7; 490:7-8, 10; 585:3; 645:8-9 and 21 | |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

- 2 -

[PROPOSED] ORDER GRANTING MONSANTO'S RESPONSE TO PLAINTIFFS' JANUARY 25TH ADMINISTRATIVE MOTION TO FILE UNDER SEAL 3:16-md-02741-VC