**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>*Brenda Acosta, et al. v. Monsanto Company*, Case No. 3:18-cv-01960-VC | **MONSANTO COMPANY'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO REMAND** |

Plaintiffs recently filed a Notice of Supplemental Authority in Support of Motion to Remand ("Plaintiffs' Notice") (ECF No. 2674), but they never filed a remand motion, so controlling Ninth Circuit law establishes that they waived their remand argument by failing to file a remand motion within thirty days of Monsanto Company's March 2018 removal, as required by 28 U.S.C. § 1447(c).  *See Lively v. Wild Oats Markets, Inc.*, 456 F.3d 933, 942 (9th Cir. 2006) (holding that *sua sponte* remand absent a timely remand motion was erroneous because "the forum defendant rule embodied in [28 U.S.C.] § 1441(b) is a procedural requirement, and thus a violation of this rule constitutes a waivable non-jurisdictional defect subject to the 30-day time limit [for filing remand motions] imposed by § 1447(c)"); *Hill v.*

*Hill-Love*, 509 F. App'x 605, 605 n.1 (9th Cir. 2013) (relying on *Lively* and stating that a violation of the forum defendant rule is a non-jurisdictional, waivable defect); *Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1034 (9th Cir. 2010) (same); *In re Garabed Melkonian Trust*, 235 F. App'x 404, 406 (9th Cir. 2007) (same); *see also Corona-Contreras v. Gruel*, 857 F.3d 1025, 1028-30 (9th Cir. 2017) (holding that case could not be remanded based on a non-jurisdictional, procedural defect in the removal process because no remand motion had been filed); *Smith v. Mylan, Inc.*, 761 F.3d 1042, 1044-46 (9th Cir. 2014) (same).

Here, Plaintiffs' Notice relies on this Court's recent ruling granting a timely remand motion in the *Klock* case (Pretrial Order No. 69). The § 1441(b) forum defendant rule was the basis for the *Klock* remand motion and this Court's ruling.

Based on the well-settled Ninth Circuit precedent cited above, plaintiffs' failure to file a timely remand motion, *see* Docket Sheet (attached as Exhibit 1), as required by § 1447(c) precludes remand based on the forum defendant rule. Therefore, the Court should reject plaintiffs' remand request.[1]

DATED: February 11, 2019                    Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

---

[1] Plaintiffs' Notice was filed in the MDL-wide docket but not in the *Acosta*-specific docket.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY