# EXHIBIT 1

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:18-cv-01960-VC

Acosta et al v. Monsanto Company  
Assigned to: Judge Vince Chhabria  
Lead case: 3:16-md-02741-VC  
Member case: (View Member Case)  
Case in other court: Missouri Eastern, 4:18-cv-00407  
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/30/2018  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Brenda Acosta**     represented by **Eric Davis Holland**  
Holland, Groves, Schneller and Stolze  
300 North Tucker Blvd  
Suite 801  
St. Louis, MO 63104  
(314)241-8111  
Fax: 314-241-5554  
Email: eholland@allfela.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Patrick R Dowd**  
HOLLAND LAW FIRM LLC  
300 N. Tucker Blvd.  
Suite 801  
St. Louis, MO 63101  
314-244-2005  
Fax: 314-241-5554  
Email: pdowd@allfela.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**  
HOLLAND LAW FIRM LLC  
300 N. Tucker Blvd.  
Suite 801  
St. Louis, MO 63101  
314-241-8111  
Fax: 314-241-5554  
Email: scrompton@allfela.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Anderson**     represented by **Eric Davis Holland**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Patrick R Dowd**

ATTORNEY TO BE NOTICED

**Erik L. Hansell**
Attorney at Law
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2018 | 1 | NOTICE OF REMOVAL from Twenty-First Judicial Circuit, St. Louis County, case number 18SL-CC00893, with receipt number 0865-6429442, in the amount of $400 Jury Demand,, filed by Monsanto Company. (Attachments: # 1 Exhibit A - State Court File, # 2 Original Filing Form, # 3 Civil Cover Sheet)(Miller, Christine) (Entered: 03/13/2018) |
| 03/13/2018 | 2 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Monsanto Company. Parent companies: None, Subsidiaries: Agroeste Sementes Paraguay S.A., Deltapine de Mexico, S. de R.L. de C.V., Dido, LLC, Hebei Ji Dai Cotton Seed Technology Company, Ltd., Liaoning Tuanhua Seeds Co., Ltd., Monsanto Korea, Inc., Publicly held company: None,. (Miller, Christine) (Entered: 03/13/2018) |
| 03/13/2018 | 3 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Monsanto Company Sent To: Plaintiff (Miller, Christine) (Entered: 03/13/2018) |
| 03/13/2018 | 4 | ANSWER to Complaint by Monsanto Company.(Miller, Christine) (Entered: 03/13/2018) |
| 03/14/2018 | 5 | ENTRY of Appearance by Eric D. Holland for Plaintiffs Brenda Acosta, Brian Anderson, Leif Arvidson, Kenny Beddington, Danny Binkley, Emery Bridgers, Matthew Brown, Deborah Buss, Joe Coleman, Chris Daniels, Michael Doyle, Patricia Ermeloff, Robert Esler, Laura Faraschuk, Jesse Gates, Ronald Gleysteen, Marvin Greenleaf, Richard Hansen, Richard Hendrickson, Norman Henson, Anthony Hoisington, Maureen Hubert, Lilian Humphries, Ken Irish, Michael Jackson, George Jennings, Linda Johnson, Lawrence Karns, Judith Keehn, Maxine Kelly, Boris Kofman, Lewis Lane, David Largent, Marcia Larson, Gary Lenna, Richard Lewis, Eugene Locken, Robert Marson, Michael Mason, Richard Mayes, Mitch Meunier, Timothy Miskinis, David Murray, Earnestine Nicholson, Jeffrey Olsen, Betty Peay, DeAnn Pinter, Robert Pruitt, Jason Ratliff, Arlie Raynor, Scott Reed, Joan Salogar, Barbara Schiltz, Peggy Sellers, Morgan Seymour, Betty Shadeck, Joseph Smith, Claude Smithhart, Jennie Son, Lynn Soule, Winfred Spain, Clyde Stansell, Robert Stellflug, Norman Sundstrom, John Tanner, Darrell Tarte, Bill Theys, John Thompson, Cheryl Trowbridge, Eduardo Vazquez, Lucinda Whitley, Loren Wilhelm, Barry Willis, Thomas Zupa. (Holland, Eric) (Entered: 03/14/2018) |
| 03/14/2018 | 6 | ENTRY of Appearance by Randall S. Crompton for Plaintiffs Brenda Acosta, Brian Anderson, Leif Arvidson, Kenny Beddington, Danny Binkley, Emery Bridgers, Matthew Brown, Deborah Buss, Joe Coleman, Chris Daniels, Michael Doyle, Patricia Ermeloff, Robert Esler, Laura Faraschuk, Jesse Gates, Ronald Gleysteen, Marvin Greenleaf, Richard Hansen, Richard Hendrickson, Norman Henson, Anthony Hoisington, Maureen Hubert, Lilian Humphries, Ken Irish, Michael Jackson, George Jennings, Linda Johnson, Lawrence Karns, Judith Keehn, Maxine Kelly, Boris Kofman, Lewis Lane, David Largent, Marcia Larson, Gary Lenna, Richard Lewis, Eugene Locken, Robert Marson, Michael Mason, Richard Mayes, Mitch Meunier, Timothy Miskinis, David Murray, Earnestine Nicholson, Jeffrey Olsen, Betty Peay, DeAnn Pinter, Robert Pruitt, Jason Ratliff, Arlie Raynor, Scott Reed, Joan Salogar, Barbara Schiltz, Peggy Sellers, Morgan Seymour, Betty Shadeck, |

| | | |
|---|---|---|
| | | Joseph Smith, Claude Smithhart, Jennie Son, Lynn Soule, Winfred Spain, Clyde Stansell, Robert Stellflug, Norman Sundstrom, John Tanner, Darrell Tarte, Bill Theys, John Thompson, Cheryl Trowbridge, Eduardo Vazquez, Lucinda Whitley, Loren Wilhelm, Barry Willis, Thomas Zupa. (Crompton, Randall) (Entered: 03/14/2018) |
| 03/14/2018 | 7 | ENTRY of Appearance by Patrick R Dowd for Plaintiffs Brenda Acosta, Brian Anderson, Leif Arvidson, Kenny Beddington, Danny Binkley, Emery Bridgers, Matthew Brown, Deborah Buss, Joe Coleman, Chris Daniels, Michael Doyle, Patricia Ermeloff, Robert Esler, Laura Faraschuk, Jesse Gates, Ronald Gleysteen, Marvin Greenleaf, Richard Hansen, Richard Hendrickson, Norman Henson, Anthony Hoisington, Maureen Hubert, Lilian Humphries, Ken Irish, Michael Jackson, George Jennings, Linda Johnson, Lawrence Karns, Judith Keehn, Maxine Kelly, Boris Kofman, Lewis Lane, David Largent, Marcia Larson, Gary Lenna, Richard Lewis, Eugene Locken, Robert Marson, Michael Mason, Richard Mayes, Mitch Meunier, Timothy Miskinis, David Murray, Earnestine Nicholson, Jeffrey Olsen, Betty Peay, DeAnn Pinter, Robert Pruitt, Jason Ratliff, Arlie Raynor, Scott Reed, Joan Salogar, Barbara Schiltz, Peggy Sellers, Morgan Seymour, Betty Shadeck, Joseph Smith, Claude Smithhart, Jennie Son, Lynn Soule, Winfred Spain, Clyde Stansell, Robert Stellflug, Norman Sundstrom, John Tanner, Darrell Tarte, Bill Theys, John Thompson, Cheryl Trowbridge, Eduardo Vazquez, Lucinda Whitley, Loren Wilhelm, Barry Willis, Thomas Zupa. (Dowd, Patrick) (Entered: 03/14/2018) |
| 03/14/2018 | 8 | Petition (Removal/Transfer) Received From: Circuit Court, St. Louis County, Missouri, filed by Gary Lenna, Marcia Larson, Darrell Tarte, Maureen Hubert, Thomas Zupa, Matthew Brown, Linda Johnson, Richard Hendrickson, Joe Coleman, Marvin Greenleaf, Betty Peay, Joseph Smith, Claude Smithhart, Lawrence Karns, Lynn Soule, Norman Sundstrom, Anthony Hoisington, Michael Doyle, David Largent, Eugene Locken, Patricia Ermeloff, Arlie Raynor, John Thompson, Boris Kofman, Joan Salogar, Mitch Meunier, Bill Theys, Winfred Spain, David Murray, Robert Esler, Ronald Gleysteen, Peggy Sellers, Robert Stellflug, Jennie Son, Cheryl Trowbridge, DeAnn Pinter, Judith Keehn, Norman Henson, John Tanner, Betty Shadeck, Eduardo Vazquez, Barry Willis, Lucinda Whitley, Brian Anderson, Richard Hansen, Brenda Acosta, Lewis Lane, George Jennings, Maxine Kelly, Timothy Miskinis, Jesse Gates, Loren Wilhelm, Clyde Stansell, Scott Reed, Michael Jackson, Morgan Seymour, Lilian Humphries, Earnestine Nicholson, Robert Pruitt, Ken Irish, Laura Faraschuk, Emery Bridgers, Leif Arvidson, Robert Marson, Chris Daniels, Barbara Schiltz, Jason Ratliff, Deborah Buss, Richard Mayes, Kenny Beddington, Richard Lewis, Michael Mason, Jeffrey Olsen, Danny Binkley.(BAK) (Entered: 03/14/2018) |
| 03/14/2018 | | Case Opening Notification: Judge Assigned: U.S. District Judge Audrey G. Fleissig. (BAK) (Entered: 03/14/2018) |
| 03/16/2018 | 9 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Monsanto Company Sent To: State Court - Executed (Hansell, Erik) (Entered: 03/16/2018) |
| 03/19/2018 | | ***REMARK regarding Notice 9 : The use of an attorney's electronic filing login and password to file a pleading, motion, memorandum or other document constitutes the signature of that attorney on that document for all purposes, including Fed.R.Civ.P. 11. (See Local Rule 11-2.11 located on the court website.) (NEP) Modified on 3/19/2018 (NEP). (Entered: 03/19/2018) |
| 03/19/2018 | 10 | ENTRY of Appearance by Erik L. Hansell for Defendant Monsanto Company. (Hansell, Erik) (Entered: 03/19/2018) |
| 03/27/2018 | 11 | CONDITIONAL TRANSFER ORDER (CTO-79) regarding multidistrict litigation IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION MDL No. 2741 by Clerk of the Panel, Jeffery N. Lüthi. (DJO) (Entered: 03/28/2018) |
| 03/28/2018 | 12 | ORDER OF MDL TRANSFER to: Northern District of California. Case transferred via |

| | | |
|---|---|---|
| | | CM/ECF extraction. (DJO) (Entered: 03/28/2018) |
| 03/30/2018 | [13](#) | Case transferred in from District of Missouri Eastern; Case Number 4:18-cv-00407. Original file certified copy of transfer order and docket sheet received. Modified on 4/2/2018 (fabS, COURT STAFF). (Entered: 04/02/2018) |

### PACER Service Center

**Transaction Receipt**

02/11/2019 07:25:50

| PACER Login: | hllp1982:2634105:4722683 | Client Code: | 1417.0049 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:18-cv-01960-VC |
| Billable Pages: | 30 | Cost: | 3.00 |

