Barbara R. Light
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: 713.227.8008
Facsimile: 713.227.9508
blight@shb.com

*Attorney for Defendant*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-2741-VC |
| This document relates to:<br>All Actions | |

### NOTICE OF APPEARANCE ON BEHALF OF
### <u>DEFENDANT MONSANTO COMPANY</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Barbara R. Light of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter.

February 11, 2019                                   Respectfully Submitted,

                                                    By: */s/ Barbara R. Light*
                                                        Barbara R. Light
                                                        Texas Bar No. 24109472
                                                        600 Travis, Suite 3400
                                                        Houston, Texas 77002-2926
                                                        Telephone: 713-227-8008
                                                        Fax: 713-227-9508
                                                        blight@shb.com

                                                        *Attorney for Defendant,*
                                                        MONSANTO COMPANY

9142871 v2