1  Richard W. Schulte
   (IA # AT0007135)
2  (OH # 0066031)
   Wright & Schulte, LLC
3  865 S. Dixie Dr.
   Vandalia, OH 45377
4  937-435-7500 (P)
   937-435-7511 (F)
5  rschulte@yourlegalhelp.com
6
   *Attorney for Plaintiff*
7

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| --- | --- |
|  | Case No. 3:16-md-02741-VC |
| This document relates to: *Richard Garrison v. Monsanto Company, et al.*, Case No. 3:19-cv-00280-VC | **Plaintiff's Notice of Dismissal of Bayer Defendants** |

       Pursuant to Rule 41(a)(1)(A)(i), plaintiff Richard Garrison hereby voluntarily dismisses without prejudice all claims against defendants Bayer Corporation and Bayer AG, with each party to bear his or its own fees and costs.


Dated:  February 11, 2019                    Respectfully submitted,


                                             /s/ Richard W. Schulte
                                             Richard W. Schulte
                                             (IA # AT0007135)
                                             (OH # 0066031)

---

PLAINTIFF'S NOTICE OF DISMISSAL OF BAYER DEFENDANTS
3:16-md-02741-VC & 3:19-cv-00280-VC

Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
937-435-7500 (P)
937-435-7511 (F)
rschulte@yourlegalhelp.com