UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 2741

Case No. 3:16-md-02741-VC

*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC
*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC
*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC

**[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR TRIAL**

In connection with the trial of this matter, the parties are permitted to bring the following equipment into the courthouse:

- Exhibit boards

- Easels

- Printers

- Tablets (for personal attorney use)

- VGA switches

- VGA cabling and electronic cords

- Gaffers Tape

- Laptops for operator of VGA input

- Tech tables

- Monitors

- Projectors

- Projection screens

The equipment will be set up on February 19, 2019 unless otherwise ordered.

- 1 -

- 2 -

1

2   Dated: February _____, 2019

3   _____

4   HONORABLE VINCE CHHABRIA
    UNITED STATES DISTRICT COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE
3:16-md-02741-VC