UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 75: DISCUSSION OF EXPERT WITNESSES AT FEBRUARY 13, 2019, HEARING** |

At the February 13, 2019, hearing, the parties should be prepared to discuss both parties' specific causation witnesses, along with Drs. Sawyer and Sullivan. To the extent the Court needs to hear argument on Drs. Benbrook, al-Khatib, Mills, or Welch, the Court will alert the parties prior to Phase 2 of the trial.

**IT IS SO ORDERED.**

Date: February 12, 2019

_____
Honorable Vince Chhabria
United States District Court