Barbara R. Light
Texas Bar No. 24109472
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| Brian Anderson, Cause No. 3:18-cv-01960 (N.D. Cal.) | |
| John Tanner, Cause No. 3:18-cv-01960 (N.D. Cal.) | |
| Tracy Magee, Cause No. 3:17-cv-05547 (N.D. Cal.) | |
| Rosalinda Castro, Cause No. 3:17-cv-06902 (N.D. Cal.) | |
| Daryl Ogden, Cause no. 3:17-cv-02142 (N.D. Cal.) | |
| John Otts, Cause no. 3:17-cv-02142 (N.D. Cal.) | |

## MONSANTO'S MOTION TO DISMISS WITH PREJUDICE

Defendant ("Monsanto") files this motion to dismiss with prejudice for failure to submit a Plaintiff Fact Sheet ("PFS"). Pretrial Order No. 50 ("PTO 50") requires each Plaintiff to

submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly, by the deadlines provided in paragraph 4.  (PTO 50 at paras. 7, 8).  According to PTO 50, Group 2 plaintiffs were required to submit a PFS by Wednesday, November 28, 2018.  Additionally, PTO 50 states that if a Plaintiff does not submit a completed PFS within the time specified, Monsanto must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to submit the PFS. (PTO 50 at para. 15).  If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice.

The Plaintiffs identified below failed to submit any PFS whatsoever to date.  Monsanto notified each Plaintiff that a PFS had not been submitted in compliance with paragraphs 7 and 8 of Pretrial Order No. 50.

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Brian Anderson | *Acosta et al. v. Monsanto Co.*, Cause No. 3:18-cv-01960 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| John Tanner | *Acosta et al. v. Monsanto Co.*, Cause No. 3:18-cv-01960 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Tracy Magee | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Rosalinda Castro | *Beaudet et al. v. Monsanto Co.*, Cause No. 3:17-cv-06902 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Daryl Ogden | *Smith et al. v. Monsanto Co. et al.*, Cause no. 3:17-cv-02142 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| John Otts | *Smith et al. v. Monsanto Co. et al.*, Cause no. 3:17-cv-02142 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |

The Notice of Failure to Submit a PFS is attached as Exhibit A.

Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

9143260 v1

1  None of the Plaintiffs listed above replied to the Notice of Failure to Submit a PFS, and none of the Plaintiffs submitted PFSs as required by PTO 50.  Therefore, Monsanto respectfully requests that the Court enter an Order dismissing the cases of the Plaintiffs listed above with prejudice.

Dated: February 12, 2019　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　*/s/  Barbara R. Light*
　　　　　　　　　　　　　　　　　　　　　Barbara R. Light
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24109472
　　　　　　　　　　　　　　　　　　　　　600 Travis, Suite 3400
　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002-2926
　　　　　　　　　　　　　　　　　　　　　Telephone:  713-227-8008
　　　　　　　　　　　　　　　　　　　　　Fax:  713-227-9508
　　　　　　　　　　　　　　　　　　　　　blight@shb.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　　　　　　　　　　MONSANTO COMPANY

Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

9143260 v1