# Exhibit A

| | | SHOOK |
| --- | --- | --- |
| | | HARDY & BACON |

January 4, 2019

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

Barbara R. Light

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
f 713.227.9508

**Aimee Wagstaff, Esq.**
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

**Robin L. Greenwald, Esq.**
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

**Michael Joseph Miller, Esq.**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**James T. Corrigan, Esq.**
ONDER AND SHELTON, L.L.C.
The University Tower
1034 S. Brentwood Blvd.,
Penthouse 1-A
St. Louis, MO 63117

**Eric Davis Holland, Esq.**
HOLLAND LAW FIRM LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101

**Patrick R Dowd, Esq.**
HOLLAND LAW FIRM LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101

**Randall S. Crompton, Esq.**
HOLLAND LAW FIRM LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101

**Curtis Hoke, Esq.**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Christopher Luke Coffin, Esq.**
Pendley Bauldin Coffin, LLP
1515 Poydras Street
Suite 1400
New Orleans, LA 70112

**Frances Margaret Phares, Esq.**
Baum Hedlund Aristei and Goldman
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025

**Kevin J. Madonna, Esq.**
Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, NY 12443

**Michael Baum, Esq.**
Baum Hedlund Aristei and Goldman
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025

**Nicholas Ryan Rockforte, Esq.**
Pendley Bauldin Coffin, LLP
1515 Poydras Street
Suite 1400
New Orleans, LA 70112

**Robert F. Kennedy Jr. , Esq.**
Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, NY 12443

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

699436 V1



| | | |
|---|---|---|
| **Robert Brent Wisner, Esq.**<br>Baum Hedlund Aristei and Goldman<br>12100 Wilshire Blvd., Suite 950<br>Los Angeles, CA 90025 | **Pedram Esfandiary, Esq.**<br>Baum Hedlund Aristei and Goldman<br>12100 Wilshire Blvd., Suite 950<br>Los Angeles, CA 90025 | January 4, 2019<br>Page 2 |
| **Jonathan L Nielsen, Esq.**<br>Nielson Peterson and Nielson LLP<br>4015 Mission Oaks Blvd<br>Ste. B<br>Camarillo, CA 93012 | **Andrew Scott Williams, Esq.**<br>Simmons Hanly Conroy, LLC<br>One Court St.<br>Alton, IL 62002 | |

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 2 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, November 28, 2018. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*[signature]*
Barbara R. Light, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

699436 v1

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Brian Anderson | *Acosta et al. v. Monsanto Co.*, Cause No. 3:18-cv-01960 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| John Tanner | *Acosta et al. v. Monsanto Co.*, Cause No. 3:18-cv-01960 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Tracy Magee | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Fred Robinson | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Angie Berberian | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Olga Castro | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Rafael Castro | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Pamela Kles | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Bev Lindsay | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Rael Zaritsky | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Deborah Brooks | *Beaudet et al. v. Monsanto Co.*, Cause No. 3:17-cv-06902 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Rosalinda Castro | *Beaudet et al. v. Monsanto Co.*, Cause No. 3:17-cv-06902 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Armando Vargas Chavez | *Chavez v. Monsanto, Co.*, Cause No. 3:18-cv-04855 (N.D. Ca.) | November 28, 2018 | January 4, 2019 |

699439 v1

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Daniel Fink | *Edwards et al. v. Monsanto Co.*, Cause No. 3:17-cv-07365 (N.D. Ca.) | November 28, 2018 | January 4, 2019 |
| Paul Neumeyer | *Smith et al. v. Monsanto Co. et al.*, Cause no. 3:17-cv-02142 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Daryl Ogden | *Smith et al. v. Monsanto Co. et al.*, Cause no. 3:17-cv-02142 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| John Otts | *Smith et al. v. Monsanto Co. et al.*, Cause no. 3:17-cv-02142 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |