

**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado and California*
Aimee.Wagstaff@AndrusWagstaff.com

7171 W. Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-63614
Website: www.AndrusWagstaff.com

February 12, 2019

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court,
Northern District of California

RE: Case No: 3:16-md-02741-VC, In re Roundup Products Liability Litigation

To the Honorable Vince Chhabria:

Pursuant to the discussion during the February 11, 2019 hearing regarding the categories of exhibits to discuss at the final pre-trial conference, the parties met and conferred and agree that certain categories of exhibit objections will likely be resolved when the Court rules on the Motions *in Limine*, such as regulatory documents. Thus, the parties will be prepared to discuss at the pre-trial conference in the context of Motions.

Dated: February 12, 2019                    Respectfully submitted,

                                             /s/ Aimee H. Wagstaff
                                             Aimee H. Wagstaff, Esq.
                                             ANDRUS WAGSTAFF, PC
                                             7171 W. Alaska Dr.
                                             Lakewood, CO 80226
                                             Email: aimee.wagstaff@andruswagstaff.com