Barbara R. Light
Texas Bar No. 24109472
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741 |
| This document relates to:<br><br>Ralph Applegate, Cause No. 3:18-cv-03363 (N.D. Cal.)<br><br>Sandra Askew, Cause No.3:18-cv-04851 (N.D. Cal.)<br><br>Samuel Bloechel, Cause No. 3:18-cv-01695 (N.D. Cal.)<br><br>Rosette Boblitz, Cause No. 3:18-cv-00993 (N.D. Cal.)<br><br>Ronald Brook, Cause No. 3:17-cv-06902 (N.D. Cal.)<br><br>Phillip Dean, Cause No. 3:18-cv-01356 (N.D. Cal.)<br><br>Mary DiBeneditto, Cause No.3:18-cv-02911 (N.D. Cal.)<br><br>Robert L. Dickey, Cause No.3:16-cv-05887 (N.D. Cal.)<br><br>Carolyn Doty, Cause No.3:17-cv-04353 (N.D. Cal.) | |

Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

Michael R. Fair, Cause No.3:17-cv-05573 (N.D. Cal.)

Marvin Ford, Cause No. 3:17-cv-04427 (N.D. Cal.)

Deanna Gelder, Cause No.3:18-cv-00815 (N.D. Cal.)

Jonathan Giles, Cause No.3:18-cv-00815 (N.D. Cal.)

William Ginger, Cause No.3:18-cv-04552 (N.D. Cal.)

Mark Hanson, Cause No. 3:18-cv-00815 (N.D. Cal.)

Howard Harmon, Cause No. 3:18-cv-00815 (N.D. Cal.)

Jeffrey F. Joffe, Cause No. 3:18-cv-00430 (N.D. Cal.)

David King, Cause No. 3:17-cv-02142 (N.D. Cal.)

Robert Koehn, Cause No. 3:17-cv-05161 (N.D. Cal.)

Beverly Koons, Cause No. 3:17-cv-06903 (N.D. Cal.)

Robert Lewis, Cause No. 3:17-cv-04035 (N.D. Cal.)

Derek Liddell, Cause No.3:18-cv-00815 (N.D. Cal.)

Clifford D. Little, Cause No. 3:17-cv-06296 (N.D. Cal.)

Robert Mahoney, Cause No. 3:18-cv-00815 (N.D. Cal.)

Angela Matchett, Cause No. 3:17-cv-07218 (N.D. Cal.)

Ronald Matheny, Cause No. 3:17-cv-02142 (N.D. Cal.)

Kevin McNew, Cause No. 3:17-cv-06858 (N.D. Cal.)

Allan Mehrens, Cause No. 3:18-cv-01151 (N.D. Cal.)

Robert Mitchell, Cause No. 3:17-cv-02142 (N.D. Cal.)

Susan Monten, Cause No. 3:18-cv-04973 (N.D. Cal.)

Sara Partee, Cause No. 3:17-cv-07365 (N.D. Cal.)

Michael Pecorelli, Cause No. 3:16-cv-06936 (N.D. Cal.)

Virginia Platt, Cause No. 3:17-cv-04428 (N.D. Cal.)

William Pointer, Cause No. 3:18-cv-00815 (N.D. Cal.)

Warren Proctor, Cause No. 3:17-cv-02142 (N.D. Cal.)

Juan Rivera, Cause No. 3:17-cv-06902 (N.D. Cal.)

Donna Rizzo, Cause No. 3:17-cv-02142 (N.D. Cal.)

Steven Rochman, Cause No. 3:17-cv-04429 (N.D. Cal.)

Billy G. Rouse, Cause No. 3:18-cv-00819 (N.D. Cal.)

Joseph Ruffin, Cause No. 3:18-cv-01085 (N.D. Cal.)

Stacy F. Scott, Cause No. 3:17-cv-05686 (N.D. Cal.)

Ricky Sharp, Cause No. 3:18-cv-02172 (N.D. Cal.)

William Stone, Cause No. 3:18-cv-01089 (N.D. Cal.)

Michael Tevis, Cause No. 3:18-cv-03278 (N.D. Cal.)

Izetta White, Cause No. 3:18-cv-04799 (N.D. Cal.)

Debra Whitfill, Cause No. 3:18-cv-05304 (N.D. Cal.)

Wilma L. Williams, Cause No. 3:17-cv-07220 (N.D. Cal.)

James A. Winters, Cause No. 3:18-cv-00542 (N.D. Cal.)

Patricia Wiseman, Cause No. 3:18-cv-05495 (N.D. Cal.)

Rodney Allen Woodruff, Cause No. 3:17-cv 06606 (N.D. Cal.)

## MONSANTO'S MOTION TO DISMISS WITH PREJUDICE

Defendant ("Monsanto") files this motion to dismiss with prejudice for failure to submit a Plaintiff Fact Sheet ("PFS"). Pretrial Order No. 50 ("PTO 50") requires each Plaintiff to submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly, by the deadlines provided in paragraph 4. (Pretrial Order No. 50 at paras. 7, 8). According to PTO 50, Group 3 plaintiffs were required to submit a PFS by Wednesday, January 23, 2019. Additionally, PTO 50 states that if a Plaintiff does not submit a completed PFS within the time specified, Monsanto must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to submit the PFS. If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice.

The Plaintiffs identified below failed to submit any PFS whatsoever to date. Monsanto notified each Plaintiff that a PFS had not been submitted in compliance with paragraphs 7 and 8 of Pretrial Order No. 50.

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Applegate, Ralph | 3:18-cv-03363-VC | January 23, 2019 | January 29, 2019 |

Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Askew, Sandra | 3:18-cv-04851-VC | January 23, 2019 | January 29, 2019 |
| Bloechel, Samuel | 3:18-cv-01695-VC | January 23, 2019 | January 29, 2019 |
| Boblitz, Rosetta | 3:18-cv-00993-VC | January 23, 2019 | January 29, 2019 |
| Brook, Ronald | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |
| Dean, Philip | 3:18-cv-01356-VC | January 23, 2019 | January 29, 2019 |
| DiBeneditto, Mary | 3:18-cv-02911-VC | January 23, 2019 | January 29, 2019 |
| Dickey, Robert L | 3:16-cv-05887-VC | January 23, 2019 | January 29, 2019 |
| Doty, Carolyn | 3:17-cv-04353-VC | January 23, 2019 | January 29, 2019 |
| Fair, Michael R | 3:17-cv-05573-VC | January 23, 2019 | January 29, 2019 |
| Ford, Marvin | 3:17-cv-04427-VC | January 23, 2019 | January 29, 2019 |
| Gelder, Deanna L | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Giles, Jonathan | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Ginger, William | 3:18-cv-04552-VC | January 23, 2019 | January 29, 2019 |

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Hanson, Mark | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Harmon, Howard | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Joffe, Jeffrey F. | 3:18-cv-00430-VC | January 23, 2019 | January 29, 2019 |
| King, David | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Koehn, Robert | 3:17-cv-05161-VC | January 23, 2019 | January 29, 2019 |
| Koons, Beverly | 3:17-cv-06903-VC | January 23, 2019 | January 29, 2019 |
| Lewis, Robert | 3:17-cv-04035-VC | January 23, 2019 | January 29, 2019 |
| Liddell, Derek | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Little, Clifford D | 3:17-cv-06296-VC | January 23, 2019 | January 29, 2019 |
| Mahoney, Robert | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Matchett, Angela | 3:17-cv-07218-VC | January 23, 2019 | January 29, 2019 |
| Matheny, Ronald | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| McNew, Kevin | 3:17-cv-06858-VC | January 23, 2019 | January 29, 2019 |

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Mehrens, Allan | 3:18-cv-01151-VC | January 23, 2019 | January 29, 2019 |
| Mitchell, Robert | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Monten, Susan | 3:18-cv-04973-VC | January 23, 2019 | January 29, 2019 |
| Partee, Sara | 3:17-cv-07365-VC | January 23, 2019 | January 29, 2019 |
| Pecorelli, Michael | 3:16-cv-06936-VC | January 23, 2019 | January 29, 2019 |
| Platt, Virginia | 3:17-cv-04428-VC | January 23, 2019 | January 29, 2019 |
| Pointer, William | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Pollum, Mark | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Proctor, Warren | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Rivera, Juan | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |
| Rizzo, Donna | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Rochman, Steven | 3:17-cv-04429-VC | January 23, 2019 | January 29, 2019 |
| Rouse, Billy G. | 3:18-cv-00819-VC | January 23, 2019 | January 29, 2019 |

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Ruffin, Joseph | 3:18-cv-01085-VC | January 23, 2019 | January 29, 2019 |
| Scott, Stacy F. | 3:17-cv-05686-VC | January 23, 2019 | January 29, 2019 |
| Sharp, Ricky | 3:18-cv-02172-VC | January 23, 2019 | January 29, 2019 |
| Stone, William | 3:18-cv-01089-VC | January 23, 2019 | January 29, 2019 |
| Tevis, Michael | 3:18-cv-03278-VC | January 23, 2019 | January 29, 2019 |
| White, Izetta | 3:18-cv-04799-VC | January 23, 2019 | January 29, 2019 |
| Whitfill, Debra | 3:18-cv-05304-VC | January 23, 2019 | January 29, 2019 |
| Williams, Wilma L. | 3:17-cv-07220-VC | January 23, 2019 | January 29, 2019 |
| Winters, James A. | 3:18-cv-00542-VC | January 23, 2019 | January 29, 2019 |
| Wiseman, Patricia | 3:18-cv-05495-VC | January 23, 2019 | January 29, 2019 |
| Woodruff, Rodney Allen | 3:17-cv-06606-VC | January 23, 2019 | January 29, 2019 |

The Notice of Failure to Submit a PFS is attached as follows:

| Exhibit | Description |
|---|---|
| Exhibit A | Notice to Ralph Applegate |
| Exhibit B | Notice to David Diamond – Attorney for Plaintiffs Sandra Askew, Clifford Little, Susan Monten, Debra Whitfill, and James Winters |
| Exhibit C | Notice to Daniel Alholm – Attorney for Plaintiff Samuel Bloechel |
| Exhibit D | Notice to Seth Webb – Attorney for Plaintiffs Rosetta Boblitz, Joseph Ruffin, and Patricia Wiseman |
| Exhibit E | Notice to James Corrigan – Attorney for Plaintiffs Ronald Brook, Deanna Gelder, Jonathan Giles, Mark Hanson, Howard Harmon, David King, Derek Liddell, Robert Mahoney, Robert Mitchell, William Pointer, Warren Proctor, Juan Rivera, Donna Rizzo, and William Stone |
| Exhibit F | Notice to Jacob Flint – Attorney for Plaintiffs Philip Dean, Michael Fair, Beverly Koons, Kevin McNew, and Billy Rouse |
| Exhibit G | Notice to David J. Wool – Attorney to Plaintiff Mary DiBeneditto |
| Exhibit H | 1. Notice to David A. Domina – Attorney for Plaintiff Robert Dickey<br>2. Notice to Robin Greenwald – Attorney for Plaintiff Robert Dickey<br>3. Notice to Maja Lukic – Attorney for Plaintiff Robert Dickey |
| Exhibit I | Notice to Cleve W. Doty – Attorney for Plaintiff Carolyn Doty |
| Exhibit J | Notice to Reann Warner – Attorney for Plaintiffs Marvin Ford, Virginia Platt, and Steven Rochman |
| Exhibit K | 1. Notice to Melissa L. Binstock-Ephron – Attorney for Plaintiff William Ginger<br>2. Notice to Matt L. Lindsay – Attorney for Plaintiff William Ginger<br>3. Notice to Dennis C. Reich – Attorney for Plaintiff William Ginger |
| Exhibit L | Notice to George T. Williamson – Attorney for Plaintiff Jeffrey F. Joffe |
| Exhibit M | 1. Notice to Hunter W. Lundy – Attorney for Plaintiff Robert Koehn |

|  | 2. Notice to Jackey W. South – Attorney for Plaintiff Robert Koehn |
|---|---|
| Exhibit N | Notice to David T. Crumplar – Attorney for Plaintiffs Angela Matchett and Wilma Williams |
| Exhibit O | Notice to John Kirk Goza – Attorney for Plaintiffs Allan Mehrens, Ricky Sharp, and Izetta White |
| Exhibit P | Notice to Andrew Scott Williams – Attorney for Plaintiff Sara Partee |
| Exhibit Q | 1. Notice to Kurt Hyzy – Attorney for Plaintiff Michael Pecorelli 2. Notice to Kenneth B. Moll – Attorney for Plaintiff Michael Pecorelli |
| Exhibit R | 1. Notice to Shirin Harrell – Attorney for Plaintiff Stacy F. Scott 2. Notice to Eric Reed Nowak – Attorney for Plaintiff Stacy F. Scott |
| Exhibit S | Notice to Brian J. McCormick – Attorney for Plaintiff Michael Tevis |
| Exhibit T | Notice to James Nobles – Attorney for Rodney Allen Woodruff |
| Exhibit U | Notice to Scott R. Jackson – Attorney for Plaintiff Clifford Little |
| Exhibit V | Notice to Lead Counsel |

Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

None of the Plaintiffs listed above replied to the Notice of Failure to Submit a PFS, and none of the Plaintiffs submitted PFSs as required by PTO 50. Therefore, Monsanto respectfully requests that the Court enter an Order dismissing the cases of the Plaintiffs listed above with prejudice.

Dated: February 12, 2019                    Respectfully submitted,

/s/ Barbara R. Light
Barbara R. Light
Texas Bar No. 24109472
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741