# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

This document relates to :

Ralph Applegate, Cause No. 3:18-cv-03363 (N.D. Cal.)

Sandra Askew, Cause No.3:18-cv-04851 (N.D. Cal.)

Samuel Bloechel, Cause No.  3:18-cv-01695 (N.D. Cal.)

Rosette Boblitz, Cause No. 3:18-cv-00993 (N.D. Cal.)

Ronald Brook, Cause No. 3:17-cv-06902 (N.D. Cal.)

Phillip Dean, Cause No. 3:18-cv-01356 (N.D. Cal.)

Mary DiBeneditto, Cause No.3:18-cv-02911 (N.D. Cal.)

Robert L. Dickey, Cause No.3:16-cv-05887 (N.D. Cal.)

Carolyn Doty, Cause No.3:17-cv-04353 (N.D. Cal.)

Michael R. Fair, Cause No.3:17-cv-05573 (N.D. Cal.)

Marvin Ford, Cause No. 3:17-cv-04427 (N.D. Cal.)

Deanna Gelder, Cause No.3:18-cv-00815

(N.D. Cal.)

Jonathan Giles, Cause No.3:18-cv-00815
(N.D. Cal.)

William Ginger, Cause No.3:18-cv-04552
(N.D. Cal.)

Mark Hanson, Cause No. 3:18-cv-00815
(N.D. Cal.)

Howard Harmon, Cause No. 3:18-cv-00815
(N.D. Cal.)

Jeffrey F. Joffe, Cause No. 3:18-cv-00430
(N.D. Cal.)

David King, Cause No. 3:17-cv-02142
(N.D. Cal.)

Robert Koehn, Cause No. 3:17-cv-05161
(N.D. Cal.)

Beverly Koons, Cause No. 3:17-cv-06903
(N.D. Cal.)

Robert Lewis, Cause No. 3:17-cv-04035
(N.D. Cal.)

Derek Liddell, Cause No.3:18-cv-00815
(N.D. Cal.)

Clifford D. Little, Cause No. 3:17-cv-06296
(N.D. Cal.)

Robert Mahoney, Cause No. 3:18-cv-00815
(N.D. Cal.)

Angela Matchett, Cause No. 3:17-cv-07218
 (N.D. Cal.)

Ronald Matheny, Cause No. 3:17-cv-02142
(N.D. Cal.)

Kevin McNew, Cause No. 3:17-cv-06858

698667 v1

(N.D. Cal.)

Allan Mehrens, Cause No. 3:18-cv-01151
(N.D. Cal.)

Robert Mitchell, Cause No. 3:17-cv-02142
(N.D. Cal.)

Susan Monten, Cause No. 3:18-cv-04973
 (N.D. Cal.)

Sara Partee, Cause No. 3:17-cv-07365
(N.D. Cal.)

Michael Pecorelli, Cause No. 3:16-cv-06936
(N.D. Cal.)

Virginia Platt, Cause No. 3:17-cv-04428
(N.D. Cal.)

William Pointer, Cause No. 3:18-cv-00815
(N.D. Cal.)

Warren Proctor, Cause No. 3:17-cv-02142
(N.D. Cal.)

Juan Rivera, Cause No. 3:17-cv-06902
(N.D. Cal.)

Donna Rizzo, Cause No. 3:17-cv-02142
(N.D. Cal.)

Steven Rochman, Cause No.3:17-cv-04429
(N.D. Cal.)

Billy G. Rouse, Cause No. 3:18-cv-00819
(N.D. Cal.)

Joseph Ruffin, Cause No.3:18-cv-01085
(N.D. Cal.)

Stacy F. Scott, Cause No. 3:17-cv-05686
(N.D. Cal.)

Ricky Sharp, Cause No. 3:18-cv-02172
(N.D. Cal.)

William Stone, Cause No. 3:18-cv-01089
(N.D. Cal.)

Michael Tevis, Cause No. 3:18-cv-03278
(N.D. Cal.)

Izetta White, Cause No.3:18-cv-04799
(N.D. Cal.)

Debra Whitfill, Cause No. 3:18-cv-05304
(N.D. Cal.)

Wilma L. Williams, Cause No. 3:17-cv-07220
(N.D. Cal.)

James A. Winters, Cause No. 3:18-cv-00542
(N.D. Cal.)

Patricia Wiseman, Cause No. 3:18-cv-05495
(N.D. Cal.)
no. 3:17-cv-02142
(N.D. Cal.)

## PROPOSED ORDER ON MONSANTO'S
## MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having been brought before the Court by defendant Monsanto, Co. ("Defendant"), for an Order dismissing Plaintiffs' Complaints for failure to provide a Plaintiff Fact Sheet pursuant to Pretrial Order No. 50; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

IT IS, on this _____ day of _____, 2019;

ORDERED that the Complaints of the Plaintiffs listed on the attached Exhibit A are hereby dismissed with prejudice; and

ORDERED that a signed copy of this Order be served upon all counsel within seven (7) days of the date hereof.

698667 v1

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

**EXHIBIT A**

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Applegate, Ralph | 3:18-cv-03363-VC | January 23, 2019 | January 29, 2019 |
| Askew, Sandra | 3:18-cv-04851-VC | January 23, 2019 | January 29, 2019 |
| Bloechel, Samuel | 3:18-cv-01695-VC | January 23, 2019 | January 29, 2019 |
| Boblitz, Rosetta | 3:18-cv-00993-VC | January 23, 2019 | January 29, 2019 |
| Brook, Ronald | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |
| Dean, Philip | 3:18-cv-01356-VC | January 23, 2019 | January 29, 2019 |
| DiBeneditto, Mary | 3:18-cv-02911-VC | January 23, 2019 | January 29, 2019 |
| Dickey, Robert L | 3:16-cv-05887-VC | January 23, 2019 | January 29, 2019 |
| Doty, Carolyn | 3:17-cv-04353-VC | January 23, 2019 | January 29, 2019 |
| Fair, Michael R | 3:17-cv-05573-VC | January 23, 2019 | January 29, 2019 |
| Ford, Marvin | 3:17-cv-04427-VC | January 23, 2019 | January 29, 2019 |
| Gelder, Deanna L | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Giles, Jonathan | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Ginger, William | 3:18-cv-04552-VC | January 23, 2019 | January 29, 2019 |
| Hanson, Mark | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Harmon, Howard | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Joffe, Jeffrey F. | 3:18-cv-00430-VC | January 23, 2019 | January 29, 2019 |
| King, David | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Koehn, Robert | 3:17-cv-05161-VC | January 23, 2019 | January 29, 2019 |
| Koons, Beverly | 3:17-cv-06903-VC | January 23, 2019 | January 29, 2019 |
| Lewis, Robert | 3:17-cv-04035-VC | January 23, 2019 | January 29, 2019 |
| Liddell, Derek | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Little, Clifford D | 3:17-cv-06296-VC | January 23, 2019 | January 29, 2019 |
| Mahoney, Robert | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Matchett, Angela | 3:17-cv-07218-VC | January 23, 2019 | January 29, 2019 |

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Matheny, Ronald | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| McNew, Kevin | 3:17-cv-06858-VC | January 23, 2019 | January 29, 2019 |
| Mehrens, Allan | 3:18-cv-01151-VC | January 23, 2019 | January 29, 2019 |
| Mitchell, Robert | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Monten, Susan | 3:18-cv-04973-VC | January 23, 2019 | January 29, 2019 |
| Partee, Sara | 3:17-cv-07365-VC | January 23, 2019 | January 29, 2019 |
| Pecorelli, Michael | 3:16-cv-06936-VC | January 23, 2019 | January 29, 2019 |
| Platt, Virginia | 3:17-cv-04428-VC | January 23, 2019 | January 29, 2019 |
| Pointer, William | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Pollum, Mark | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Proctor, Warren | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Rivera, Juan | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Rizzo, Donna | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Rochman, Steven | 3:17-cv-04429-VC | January 23, 2019 | January 29, 2019 |
| Rouse, Billy G. | 3:18-cv-00819-VC | January 23, 2019 | January 29, 2019 |
| Ruffin, Joseph | 3:18-cv-01085-VC | January 23, 2019 | January 29, 2019 |
| Scott, Stacy F. | 3:17-cv-05686-VC | January 23, 2019 | January 29, 2019 |
| Sharp, Ricky | 3:18-cv-02172-VC | January 23, 2019 | January 29, 2019 |
| Stone, William | 3:18-cv-01089-VC | January 23, 2019 | January 29, 2019 |
| Tevis, Michael | 3:18-cv-03278-VC | January 23, 2019 | January 29, 2019 |
| White, Izetta | 3:18-cv-04799-VC | January 23, 2019 | January 29, 2019 |
| Whitfill, Debra | 3:18-cv-05304-VC | January 23, 2019 | January 29, 2019 |
| Williams, Wilma L. | 3:17-cv-07220-VC | January 23, 2019 | January 29, 2019 |
| Winters, James A. | 3:18-cv-00542-VC | January 23, 2019 | January 29, 2019 |
| Wiseman, Patricia | 3:18-cv-05495-VC | January 23, 2019 | January 29, 2019 |

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Woodruff, Rodney Allen | 3:17-cv-06606-VC | January 23, 2019 | January 29, 2019 |

698667 v1