UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | [~~PROPOSED~~] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR TRIAL<br><br>AS MODIFIED |

In connection with the trial of this matter, the parties are permitted to bring the following equipment into the courthouse:

- Exhibit boards
- Easels
- Printers
- Tablets (for personal attorney use)
- VGA switches
- VGA cabling and electronic cords
- Gaffers Tape
- Laptops for operator of VGA input
- Tech tables
- Monitors
- ~~Projectors~~
- ~~Projection screens~~

The equipment will be set up on February 19, 2019 unless otherwise ordered.

Dated: February 12, 2019



_____
HON. _____
UNITED STATES _____