UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 76: MISSING SUBMISSIONS** |

By 6:00 p.m. today, the parties are directed to file the following on the docket: (1) the three EPA documents that are the focus of the plaintiffs' Motion in Limine No. 5, *see* Dkt. No. 2596; (2) the full transcript from the June 20, 2018, hearing with Judge Bolanos, *see* Dkt. No. 2620-4; (3) Dr. Daniel Arber's expert report; and (4) Dr. Michael Sullivan's expert report. If those documents have already been filed, the parties may instead file a statement identifying the docket number for those exhibits.

The Court believes that the plaintiffs did not file a response to Monsanto's supplemental brief regarding jury instructions, *see* Dkt. No. 2573. If that is incorrect, the Court requests that the plaintiffs file a statement identifying the docket number of their response.

**IT IS SO ORDERED.**

Date: February 12, 2019

_____
Honorable Vince Chhabria
United States District Court