**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

**THE MILLER FIRM LLC**
Michael Miller (pro hac vice)
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al*, 3:16-cv-5813-VC | **BRIEF RE EXHIBITS REQUESTED PURSUANT TO PRETRIAL ORDER NO. 76** |

Pursuant to the Honorable Vince Chhabria's Pretrial Order No. 76: Missing Submissions, ECF Docket No. 2699, *see attached* Ex. 1, the Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, December 12, 2017; Ex. 2, the Draft Human Health Risk Assessment in Support of Registration

-1-

for Glyphosate, December 12, 2017; and Ex. 3, the Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, September 12, 2016, documents cited in Plaintiffs' Motion in Limine #5 (ECF No. 2596). Additionally, *see attached* Ex. 4, Full Transcript from the June 20, 2018 hearing with Judge Bolanos, document cited in Monsanto's Motion in Limine #10 (ECF No. 2620-4).

Dated: February 12, 2019

Respectfully Submitted,

*/s/Aimee H. Wagstaff*
Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361


**THE MILLER FIRM LLC**
Michael Miller (pro hac vice)
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12nd day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Aimee H. Wagstaff*