# EXHIBIT 4

1      SUPERIOR COURT OF THE STATE OF CALIFORNIA

2              COUNTY OF SAN FRANCISCO

3

4   DEWAYNE JOHNSON,

5            Plaintiff,

6   vs.                      Case No. CGC-16-550128

7   MONSANTO COMPANY, et al.,

8            Defendants.

9   _____

10

11                    VOLUME II

12

13       Proceedings June 20, 2018, at 10:22 a.m.

14   before the Honorable Suzanne R. Bolanos.

15

16

17

18

19

20

21

22

23   REPORTED BY:

24   Mary Hogan, CSR No. 05386

25

Page 86

1  APPEARANCES:

2

3  For the Plaintiff:

4       MICHAEL L. BAUM, ESQ.

5       R. BRENT WISNER, ESQ.

6       PEDRAM ESFANDIARY, ESQ.

7       BAUM, HEDLUND, ARISTEI, GOLDMAN PC

8       12100 Wilshire Boulevard, Suite 950

9       Los Angeles, CA  90025

10      310-207-3233

11

12      DAVID DICKENS, ESQ.

13      TIMOTHY LITZENBURG, ESQ.

14      THE MILLER FIRM, LLC

15      108 Railroad Avenue

16      Orange, VA  22960

17      540-672-4224

18

19      MARK BURTON, ESQ.

20      AUDET & PARTNERS

21      711 Van Ness Avenue, Suite 500

22      San Francisco, CA  94102

23      415-568-2555

24

25

Page 87

1  For the Defendant:

2

3        SANDRA A. EDWARDS, ESQ.

4        FARELLA BRAUN + MARTEL LLP

5        235 Montgomery Street

6        San Francisco, CA  94104

7        415-954-4400

8

9        GEORGE C. LOMBARDI, ESQ.

10       JAMES M. HILMERT, ESQ.

11       WINSTON & STRAWN LLP

12       35 West Wacker Drive

13       Chicago, IL  60601

14       312-558-5969

15

16       KIRBY T. GRIFFIS, ESQ.

17       GRANT HOLLINGSWORTH, ESQ.

18       HOLLINGSWORTH LLP

19       1350 I Street, N.W.

20       Washington, DC  20005

21       202-898-5800

22

23

24

25

Page 88

1              San Francisco, California

2              June 20, 2018 10:22 a.m.

3                  Department 504

4         Before The Honorable Suzanne R. Bolanos

5

6         THE COURT:  We have several matters to

7  discuss today, several motions in limine and other

8  matters.

9         I want to start with the several

10 requests that I have received from the media to

11 broadcast the trial, and requests to broadcast the

12 trial are addressed and covered by California Rule

13 of Court 1.150.

14        And among the factors that I have

15 considered are the parties' support or opposition

16 to the request, the privacy rights of all of the

17 participants including the witnesses and the

18 jurors, the impact of broadcasting a trial on the

19 ability of the parties to select a fair and

20 unbiased jury which I think is adversely affected

21 in this case by broadcasting, the effect on any

22 subsequent proceeding, the effect of the coverage

23 on the willingness of witnesses to cooperate and

24 to testify truthfully including the risk that

25 coverage will engender threats to the health or

Page 89

1  safety of any witness.

2         And I think that all counsel would

3  agree that we want all of the witnesses to feel

4  safe and be able and willing to cooperate fully.

5         The effect on excluded witnesses who

6  might have access to televised testimony of prior

7  witnesses, the scope of coverage and whether that

8  coverage might unfairly influence or distract the

9  jury, and the difficulty of jury selection if a

10 mistrial were to be declared, which of course, I

11 hope will not happen, but we say that at the

12 beginning of every trial and you never really know

13 what's going to happen.

14        So having considered all of those

15 factors, the request, and Monsanto's objection and

16 the issues raised by Monsanto in their objection

17 regarding ongoing threats to witnesses and

18 counsel, I am going to very much limit the

19 broadcasting of the trial.

20        I am not going to permit any

21 broadcasting of jury selection because I don't

22 want that to in any way interfere with either

23 side's ability to question the jurors.  I don't

24 want the jurors to feel in any way limited in

25 responding to questions, particularly personal

Page 90

2 (Pages 87 - 90)

1 experiences that they may have had, so jury
2 selection will not be broadcast, but I will allow
3 the media to broadcast the mini-opening statements
4 that I have asked each side to give to the
5 assembled jury panel when we begin jury selection.
6       So as I said at the outset -- and I'm
7 hoping we can start jury selection tomorrow.
8       We'll see where we are at the end of
9 today with regard to the motions, and I expect to
10 order about 125 jurors, which means we will do
11 jury selection upstairs in the Megacourtroom, 602,
12 605, so I will allow broadcasting of the
13 mini-opening statements of the lawyers with the
14 understanding that the jurors may not be filmed at
15 any time.  None of the potential jury panel may be
16 filmed at any time.
17       Then beyond that, the only other
18 portion of the trial that may be broadcast live by
19 the media are the opening statements of the
20 lawyers, the closing statements of the lawyers,
21 and the taking of the verdict.
22       Again, I want to emphasize, I don't
23 know how many representatives we have from the
24 media here in the audience at this time but I want
25 to emphasize that at no time should any of the

Page 91

1 jurors' faces or names be broadcast or disclosed,
2 so that I want to make sure that the camera
3 arrangements that you have, and I am going to ask
4 you to please pool your camera arrangements so
5 that you have one camera in the courtroom, it
6 should be stationery and it should be always
7 trained on the lawyers, their PowerPoints, the
8 bench, that's fine.
9       So that's for the mini-openings, the
10 opening statements, the closing statements and the
11 taking of the verdict only.
12       Okay.  So I will write up that order
13 and unless there are any questions from counsel
14 about that, we can move on to the motions.  Any
15 questions, Counsel?
16       MR. LOMBARDI:  No questions,
17 Your Honor.
18       MS. EDWARDS:  Your Honor, may I raise
19 one issue?
20       THE COURT:  Yes.
21       MS. EDWARDS:  Thank you.  There has
22 been a fair amount of press coverage already and
23 we filed a brief this morning.  I don't know if
24 Your Honor received it.  We received a request
25 last night at about 9:00 p.m. from a local

Page 92

1 broadcast station, so we filed a short brief with
2 Your Honor this morning.
3       There are statements already being
4 played out in the press that are concerning about
5 the evidence that may or may not come in and we're
6 worried about the fact that may already be
7 influencing our potential jury pool.
8       So I don't quite know what Your Honor
9 would do about that, but there is information
10 being conveyed to the press that I think might be
11 prejudicial.
12       THE COURT:  All right.  I'll review
13 your brief.  Are you making any specific requests
14 or do you make any specific requests in your
15 brief?
16       MS. EDWARDS:  Our request was more
17 directed to the objection of videotaping the
18 entirety of the trial, particularly by local news
19 media for a trial this length.
20       I think it's impossible that the
21 jurors may not hear about what's being shown on TV
22 and, oh, you're one of the jurors in the Monsanto
23 trial.
24       I think that's prejudicial, but I
25 wonder if we ought to discuss some limitation on

Page 93

1 what's playing out in the press prior to jury
2 selection.
3       THE COURT:  All right.  I'm willing to
4 entertain any specific request that you wish to
5 make but you need to make them soon.
6       MS. EDWARDS:  Clear.  Yes.
7       THE COURT:  So maybe at a break this
8 morning Counsel can meet and confer and see if
9 there is something that everyone can agree to and
10 then we can discuss it in more detail.
11       MS. EDWARDS:  Thank you, Your Honor.
12       MR. LOMBARDI:  That's fine.
13       THE COURT:  Okay, great.  So let's
14 turn to the motions in limine now.
15       I'm turning to the Defense motions
16 that Plaintiff asked to discuss before we finalize
17 the time limits.
18       So we'll start with Defense Motion
19 Number 6, and this is Defendant's motion to
20 exclude evidence, argument or reference to
21 industrial bio-test for Craven Laboratories.
22       My first question to Plaintiff's
23 Counsel is, what is the relevance of the testing
24 that was done by IBT and Craven in the 1970's to
25 the claims made by Mr. Johnson regarding the

Page 94

3 (Pages 91 - 94)

1  Roundup product that he used in 2012 and later?
2       In other words, what is the relevance
3  of this episode of testing to the Plaintiffs in
4  this case?
5       MR. WISNER:  The relevance,
6  Your Honor, is it shows and explains to the jury
7  why glyphosate hasn't been deemed a carcinogen by
8  the EPA as we stand here today.
9       So to understand that you have to
10  understand a little bit of the history, right, and
11  I'm sure you have read the briefs, but I will go
12  through it again.
13       IBT conducted all the preregistration
14  trials for Monsanto, looking at mice and rats and
15  what have you.
16       The individual at IBT was the name
17  Paul Wright.  He was the guy at the heart and soul
18  of the fraudulent data creation at IBT.
19       When these studies were being
20  submitted to the EPA he actually left IBT and
21  entered the employment of Monsanto as one of their
22  primary toxicologists and then submitted the data
23  that he helped fraudulently create.  The EPA
24  approved it, said it looked safe, all good.
25       Obviously, we find out later on this

Page 95

1  is fraudulent data, the EPA orders a
2  complete re-doing -- actually, can't order but
3  wants to order a re-doing of all his studies.
4  Monsanto agrees to do it.
5       When they redo it now, this time
6  without fraudulent data, the EPA initially reviews
7  it and conclusions that it's actually a
8  carcinogen, that the data from the animals shows
9  that.
10       So then there was this other story,
11  it's called the magic tumor story.  We're not
12  going to call it the magic tumor.  It's another
13  motion in limine, but what happens then is the EPA
14  scientists, oh, yeah, there's a real problem here,
15  particularly when it's compared to historical
16  controls, and this appears to be a carcinogen, and
17  Monsanto hires an expert whose job was to find a
18  tumor in the control group.
19       THE COURT:  This is Dr. Kuschner?
20       MR. WISNER:  That's correct,
21  Your Honor.
22       THE COURT:  Okay.  So that's the
23  subject of a different motion, the magic tumor and
24  the kidney of the mice.
25       So right now, because we have a lot of

Page 96

1  to cover.
2       MR. WISNER:  Yes.
3       THE COURT:  I want to try to make sure
4  that we discuss what is raised in each motion.
5       So this particular motion is to
6  exclude evidence or argument to the IBT Craven
7  Laboratories and the testing that was done in the
8  '70s which was found to be fraudulent, that might
9  have been somebody -- Mr. Wright, I believe, and
10  others were convicted of fraudulent acts related
11  to all that.
12       That all happened in the 1970's, and
13  so all that testing -- this is my understanding,
14  then had to be redone and was redone for Monsanto
15  and everybody else that was subscribing to those
16  services provided by those laboratories, but that
17  was testing regarding the formulation of Roundup
18  in the 1970's.
19       Over the years then there have been
20  various other formulations of the Roundup that
21  have gone through testing, right.
22       So what is the link between the
23  testing that was done in the '70s to the product
24  that your client was exposed to in 2012?
25       MR. WISNER:  So to be very clear, the

Page 97

1  testing in the '70s was not on the formulation.
2  In fact, there has never been testing on the
3  formulation.  It was on glyphosate, which is a
4  component in the formulation that exists today.
5  Right.
6       So this is about the EPA registered
7  glyphosate, not Roundup.  And that's a really
8  important part of our case because we have
9  testimony and evidence that shows that, it's the
10  synergy between glyphosate and the surfactant, the
11  formulated product, that's the problem.
12       So we're talking about glyphosate,
13  which is still what's in the product today, so
14  this is directly on the same product.
15       The other important factual point,
16  Your Honor, is the Craven Laboratories story
17  actually happened in the '90s, so this is after
18  the reregistration in 1995.
19       THE COURT:  So the IBT testing that
20  involved Paul Wright happened in the 1970s.
21       MR. WISNER:  Yes.
22       THE COURT:  And all of that testing
23  was on glyphosate, not on Roundup, was redone?
24       MR. WISNER:  Yes.
25       THE COURT:  So then what is the

Page 98

4 (Pages 95 - 98)

1 relevance then of the fraudulent IBT testing done
2 in the 1970s?
3           MR. WISNER:  Well, one of the first
4 words and sentences out of the Defendant's mouth
5 is that this has been on the market since the
6 1970's, but the first ten years that it was on the
7 market it was based on admittedly fraudulent data.
8 So if they have the right to say we have this long
9 regulatory history of safety at the EPA since the
10 1970s, we have every right to say, well, hold on,
11 that first ten years is based on fraud by a guy
12 who went to jail who worked for you.  That's
13 clearly relevant to that -- responding to that
14 defense.
15           And so that's highly probative to
16 showing Monsanto has engaged -- and we will
17 present this to the jury, showing systematic
18 scientific fraud for the last 40 years.
19           We have each decade, we're ready to
20 talk about each one, but this is the beginning.
21           It starts off with fraud, then they
22 have this magic tumor story, that's another fraud.
23 Then they have Craven Laboratories in the 1990's,
24 another fraud.
25           THE COURT:  All right.  So I am going

1           That is a large part of their defense,
2 and so we have a right to say, hey, some of that
3 was done by a laboratory that committed fraud,
4 admittedly, went to jail for it.
5           THE COURT:  So Monsanto is currently
6 relying on the testing data that was done by
7 Craven in the 1990's?
8           MR. WISNER:  It did in the '90s.  I
9 don't know what it's currently doing, Your Honor.
10 I think they redo tests every so often, but the
11 tests in the '90s they did rely on, they did
12 submit it at EPA, and the EPA believed it and
13 issued its findings accordingly, and they are
14 offering those findings into evidence, Your Honor.
15           THE COURT:  In this case they are
16 offering findings from the 1990's?
17           MR. WISNER:  That's correct, and
18 again, I go back to this important point.
19           If we are to pretend like glyphosate,
20 the relevance of glyphosate is as it stands in the
21 more recent history, then they can't come in and
22 say, hey, it's been on the market for 40 years,
23 what's the beef, what's the problem.
24           If they are going to do that, which we
25 know they will because that's the first sentence

1 to ask Defense Counsel to respond.
2           So the IBT testing in the 1970's was
3 found to be fraudulent and was redone.  Then you
4 said that the Craven testing was done in the
5 1990s?
6           MR. WISNER:  That is correct.  This
7 was part of the procedure of looking at food
8 residues and whether or not the glyphosate found
9 in all of our foods are toxic.  A lot of that
10 testing was done by Craven Laboratories in the
11 1990s.
12           In 1994, 14 employees of the Craven
13 Laboratories were convicted of, quote,
14 falsification of tests that determined whether
15 pesticides including glyphosate -- quote,
16 falsification of tests that determined whether
17 pesticides including glyphosate residues were
18 present on food.  The company was fined over
19 $15 million.  Don Craven was sentenced to five
20 years in prison.  So that's now a later period in
21 the study.
22           And for what it's worth, Monsanto
23 repeatedly cites to those residue determinations
24 by the EPA where they say, oh, look, the EPA said
25 it's safe repeatedly.

1 out of their mouth in every brief, then we should
2 have a right to explain the history of that 40
3 years, that it's wrought and replete with fraud.
4           I mean, not even like my own spin on
5 fraud.  People went to jail.  So that's why it's
6 relevant, Your Honor.
7           THE COURT:  Do you wish to respond?
8           MR. LOMBARDI:  George Lombardi, on
9 behalf of Monsanto.
10           Your Honor, that is all spin.  Counsel
11 didn't answer your question about IBT.  It has no
12 relevance.
13           The EPA, everybody, Monsanto was the
14 victim of the fraud, found out about it, the
15 testing was redone and went forward, the product
16 has been reregistered many times over the period
17 of time following the IBT fraud.
18           Incidentally, Monsanto wasn't the only
19 company that was the victim of that fraud, there
20 were others, but the bottom line is it happened
21 back in the 1970's, EPA knew about it, steps were
22 taken to correct the data that was questionable or
23 invalid, it was fixed and they went forward.
24           On Craven, same type of story,
25 Your Honor.  Again, it was the pesticide industry

1 that uncovered the fraud, told the EPA about it,
2 and then that testing was completely redone.
3      I think we quote for Your Honor the
4 figure, it was something like six to seven million
5 dollars worth of testing was redone by Monsanto
6 after that particular fraud was uncovered.  That
7 has nothing to do with the fact that Mr. Johnson
8 used a glyphosate based product in 2012 or has
9 nothing to do with Mr. Johnson's disease.
10      That's what we're here for,
11 Your Honor, is to figure out whether Mr. Johnson's
12 cancer was caused by the products that he used.
13 This does not shed any light on it and you can
14 tell by the way Counsel frames it, it is entirely
15 intended to be inflammatory, to distract the
16 jury's attentions from that issue and to put it on
17 issues related to third parties than were the
18 subject of completely separate lawsuits.
19      If we're going to re-litigate those
20 parties and their involvement, it takes us down a
21 tangential course that will be confusing to the
22 jury and will be utterly unfair to Monsanto who is
23 being tainted by misconduct of third parties that
24 has no impact on this case.
25      THE COURT:  So Mr. Wisner said that

1 issue, I'm sorry.
2      For the record here, it's also really
3 relevant to -- a big theory in our case is the
4 failure to test.
5      One of our theories is that they have
6 known, for example, that surfactants are dangerous
7 and they have deliberately not tested it, at
8 least, in combination with glyphosate.  We have a
9 lot of documents in the early 2000's about that.
10      It should say something that Monsanto
11 was willing to sell a product for well over ten
12 years with false and fraudulent data.
13      And I was accused of spinning it but
14 this idea that Monsanto was the victim is absurd.
15 They used the fraudulent data to get a product
16 registered, made a lot of money selling it and
17 then claimed they are the victim, when the very
18 man who went to jail was actually their
19 toxicologist, working at Monsanto.
20      So just for the record, I don't think
21 that's accurate and I think that it goes to the
22 heart of not only the failure to test but also
23 potential punitive liability that there is 40
24 years of Monsanto willingly engaging in fraud.  So
25 that's our position, Your Honor.  I appreciate the

1 Monsanto is intending to offer into evidence the
2 findings of the testing that was done by Craven in
3 the 1990's, is that correct?
4      MR. LOMBARDI:  I don't believe so,
5 Your Honor.  I can confirm that, but I don't
6 believe that that is correct.
7      They have never alleged that to us
8 before.  So if there are documents -- I wanted to
9 make sure I'm completely accurate with Your Honor,
10 so I want to ask a question, frankly, in order to
11 make sure I'm right, but I don't believe so.
12      I don't believe that's correct,
13 because we substituted for all that testing, we
14 did 6.5 million dollars of retesting which was
15 accepted by the EPA.  So there is no reason to
16 rely on Craven based testing.  We went forward
17 after that as a company.
18      THE COURT:  And so I take it then you
19 are not intending to offer any of the test results
20 of the testing that was done by IBT in the '70s,
21 is that right?
22      MR. LOMBARDI:  That is correct.
23      THE COURT:  So I will exclude any
24 reference to IBT.
25      MR. WISNER:  Your Honor, one last

1 ability to comment.
2      MR. LOMBARDI:  And, Your Honor,
3 obviously, as I said, the EPA was fully aware of
4 what was happening in the '70s.
5      Monsanto wasn't going to the market
6 without satisfying the EPA as far as the safety
7 and efficacy of the product during that period of
8 time.
9      He keeps saying that this Mr. Wright
10 was a Monsanto employee.  It's true, at times, but
11 he was an employee of IBT at the time the fraud
12 occurred. I just want to make that clear for the
13 record.
14      THE COURT:  So I'll exclude any
15 reference to IBT as that testing was done in the
16 1970's was found to be fraudulent and that was
17 redone, so that none of that testing is relevant
18 then to Plaintiff's claims today.
19      And then I'm inclined to exclude the
20 testing done by Craven in the 1990s for the same
21 reason which is my understanding it was redone and
22 none of it is being relied upon by either party
23 today.
24      Except that, Mr. Lombardi, you said
25 you are not sure whether or not you are going to

1 be relying on that data?
2        MR. LOMBARDI: I think not, and if
3 Your Honor will -- over a break I can just confer
4 with the right people to make sure that -- I just
5 want to make sure I'm representing it to you
6 correctly.
7        I think we are not but I need to
8 confirm that before Your Honor relies on that.
9        THE COURT: So why don't I hold off on
10 that until you can confirm that and maybe after
11 the break we can revisit it.
12        MR. WISNER: Your Honor, I assume
13 neither side can refer to the IBT test, is that
14 right?
15        THE COURT: Correct.
16        MR. WISNER: So then I assume Monsanto
17 shouldn't be allowed to say it's been approved
18 since 1976. That relies on the IBT fraud by
19 definition.
20        THE COURT: Well, are you relying on
21 the IBT testing from the 1970's, Mr. Lombardi?
22        MR. LOMBARDI: I'm not, Your Honor.
23 I'm relying on the fact that we went to the market
24 with FDA approval and we stayed on the market with
25 FDA approval. I am not going to mention IBT.

1        THE COURT: Neither side should refer
2 to the IBT testing that was done in the 1970s.
3        MR. WISNER: But they are allowed to
4 say that it was approved in 1976 by the EPA.
5        THE COURT: Well, because that is a
6 true statement, I believe.
7        MR. WISNER: Yeah, but it's based on
8 fraud. They admitted it, they had to redo the
9 tests. It isn't like a disputed issue,
10 Your Honor.
11        They say it was approved in 1976, how
12 can we not say, hey, listen, that was based on
13 fraud? It seems only fair.
14        THE COURT: Mr. Lombardi, was the EPA
15 approval done or given after the testing was
16 redone?
17        MR. LOMBARDI: EPA definitely
18 continued to approve after the testing was redone.
19        MR. WISNER: In 1985.
20        THE COURT: All right. So I don't
21 want either party to be relying on the testing
22 that subsequently determined to be fraudulent. So
23 neither party should make any claims about the
24 product based on testing that everyone agrees now
25 is fraudulent.

1        MR. WISNER: Thank you, Your Honor.
2        THE COURT: Okay. Turning to motion
3 in limine Number seven, this is Defendant's motion
4 in limine to exclude a particular email sent by
5 Donna Farmer, 2009 email sent by Donna Farmer, a
6 product safety toxicologist for Monsanto.
7        My understanding is that Donna Farmer
8 is on the witness list, is that right?
9        MR. GRIFFIS: Yes, Your Honor.
10        THE COURT: You are planning on
11 calling her?
12        MR. GRIFFIS: She's on their witness
13 list as a videotaped deposition.
14        THE COURT: All right. So she was
15 deposed, and what you're seeking to exclude is one
16 email that she sent in 2009, which she
17 subsequently in her deposition then explained. Is
18 that --
19        MR. GRIFFIS: Not exactly, Your Honor.
20 We don't believe that email should be out.
21        What we wish to exclude is some of the
22 ways that this email can be described and some of
23 the characterizations made about it.
24        May I hand Your Honor the email and
25 the supporting document?

1        THE COURT: Yes.
2        MR. GRIFFIS: On top is "Email from
3 September 21, 2009," Donna Farmer, responding to
4 John Combest, who was asking questions about
5 things that he could say in promoting glyphosate,
6 and we know from the deposition and some other
7 documents that this top email, the numbered items
8 were questions asked by Mr. Combest.
9        So question, "Will Roundup harm my
10 family or me?" And he was proposing to say in
11 response to that, second sentence of the response,
12 "In long-term exposure studies of animals, Roundup
13 did not cause cancer, birth defects or adverse
14 reproductive changes at dose levels far in excess
15 of likely exposure."
16        And then her response is above, "For
17 this you cannot say that Roundup does not cause
18 cancer," and the accent is on Roundup here, you
19 can't say that Roundup does not cause cancer, we
20 have not done cariogenicity studies with, quote,
21 Roundup, quote.
22        Tab E of the Plaintiff's opposition
23 attaches another email and that's the second
24 document I gave you. You also have it in the
25 opposition.

| | |
|---|---|
| 1 The bottom paragraph on the first page | 1 objecting to the introduction of the email. You |
| 2 is the relevant one there, the terms glyphosate | 2 are just objecting to Counsel's arguments |
| 3 and Roundup cannot be used interchangeably, nor | 3 regarding the email? |
| 4 can you use Roundup -- quote, Roundup, close | 4 MR. GRIFFIS: Counsel's |
| 5 quote, for all glyphosate based herbicides any | 5 characterizations such as I've described that |
| 6 more. | 6 Monsanto doesn't test for cariogenicity, Monsanto |
| 7 For example, you cannot say that | 7 doesn't want to know if Roundup causes cancer, |
| 8 Roundup is not a carcinogen. We have not done the | 8 that sort of thing as a spin on that email because |
| 9 necessary testing on the formulation to make that | 9 it's completely not born out in any way by any |
| 10 statement. | 10 part of the record. |
| 11 So the statements that have been made | 11 But as far as what we have been |
| 12 in the press and the statements that have been | 12 talking about recently, getting through jury |
| 13 made to the press and the statements we expect to | 13 selection and the playing of the videos which I |
| 14 here in opening statements and to the jury | 14 imagine will happen early in the Plaintiff's case |
| 15 multiple times will be Monsanto didn't test its | 15 of corporate witnesses with Donna Farmer |
| 16 products for carcinogenicity, not true. | 16 testifying about this email, we don't object to |
| 17 Monsanto rigorously followed all | 17 that part, but the characterizations that may be |
| 18 requirements of testing which included testing the | 18 made in opening or otherwise about the email that |
| 19 formulated product. | 19 we are objecting to. |
| 20 There are elaborate regulations about | 20 THE COURT: Okay. Who is responding |
| 21 testing -- I'm sorry, the actual ingredient, | 21 for the Plaintiffs? |
| 22 glyphosate, and you also have to test all the | 22 MR. WISNER: I am, Your Honor. |
| 23 other ingredients separately. | 23 Respectfully, a motion in limine to |
| 24 EPA does not require, and there are | 24 discredit an argument, I have never actually heard |
| 25 good reasons for this, that they be tested | 25 of that before. |
| <div align="right">Page 111</div> | <div align="right">Page 113</div> |
| 1 together. | 1 If it's in evidence, I believe it's |
| 2 In the case of glyphosate it is mixed | 2 actually my job to present that evidence in a |
| 3 with surfactants which are soaps and if you feed | 3 light most favorable to our theory of the case. |
| 4 rats enough of the formulated product to give them | 4 That said, factually, there is a lot |
| 5 enough glyphosate to test whether the glyphosate's | 5 of things that are just inaccurate here. So let's |
| 6 doing anything you will make them critically ill | 6 start off with Dr. Perry. |
| 7 by drinking soap. | 7 In 2000, that's a couple years before |
| 8 You would be doing the equivalent of | 8 Dr. Farmer said, we haven't tested it. They |
| 9 drinking a gallon of hand soap a day, that's what | 9 contracted him to study the formulated product and |
| 10 the human equivalent of what you would have to | 10 he said, this is a problem, it causes cancer. And |
| 11 give the animals would be. The animals would not | 11 he says, we need to study the formulated product. |
| 12 survive, would not thrive and you couldn't do the | 12 Their response is, we won't do those |
| 13 long-term carcinogenicity testing. | 13 studies. And in 2003, she then says, yeah, |
| 14 So Monsanto met all regulatory | 14 because we haven't done those studies, we can't |
| 15 requirements for this and it's being used and | 15 say it doesn't cause cancer. That's exactly what |
| 16 characterized as a total willful failure to test, | 16 the sentence says, would represent to the jury |
| 17 a wilful blindness in the face of knowledge that | 17 that's what they believe, and they still didn't do |
| 18 things would turn out very differently if that | 18 it as of 2009 in the next document that he shows. |
| 19 testing was done, testing was both impossible and | 19 But more importantly, Your Honor, the |
| 20 done according strictly to EPA's guidelines and | 20 suggestion that they have studied it, that it |
| 21 regulations quite properly. | 21 can't be done in laboratory animals is all good |
| 22 And so we are objecting to those | 22 and fine but the simple fact is it has been |
| 23 characterizations and not the introduction of the | 23 studied, unfortunately, in humans. |
| 24 email and the comments on the email. | 24 They are called epidemiological |
| 25 THE COURT: Okay. So you are not | 25 studies. They actually look at people who are |
| <div align="right">Page 112</div> | <div align="right">Page 114</div> |

<div align="right">8 (Pages 111 - 114)</div>

1 using the formulated product in the real world and
2 see are they getting sick with cancer or not, and
3 they are.
4         We have several epidemiological
5 studies peer reviewed, not done by Monsanto,
6 studying real people in the real world using the
7 real product, and they got cancer, they got NHL.
8         So this goes directly to our theory
9 that Monsanto had a reason to believe that the
10 formulated product was dangerous and they
11 deliberately chose to avoid testing it.
12        So with that, Your Honor, we believe
13 this is relevant and trying to exclude how we
14 argue otherwise admissible evidence and testimony,
15 I think is sort of beyond the scope of what a
16 motion in limine can even do.
17        If they don't agree with my spin,
18 quote, unquote, on it, then he can say exactly
19 what he said to you just now to the jury, and say
20 actually it's not true, we have studied it, this
21 email you're reading out of context, and that's
22 kind of our jobs as advocates, so we would oppose
23 that, Your Honor, the central piece of evidence in
24 our case.
25        THE COURT:  So the motion, as written,

Page 115

1 requests that the Court exclude the email from
2 Donna Farmer and it doesn't sound like really
3 that's the request being made.
4         Donna Farmer is on the witness list,
5 so she will be testifying by deposition and her
6 email, I presume, is going to come in as part of
7 that along with her explanation regarding what she
8 meant when she sent that email.
9         As far as any argument that counsel
10 may make about the email, that's really not within
11 the scope of the motion as written and it's too
12 vague for me to rule on as a motion in limine.
13        The only thing I can say is that if
14 counsel makes an argument to the jury that then is
15 not supported by evidence that you do so at your
16 own peril.
17        MR. WISNER:  Yes.
18        THE COURT:  Okay.  Then going on to
19 Number 9 is Defendant's motion in limine to
20 exclude or limit evidence, argument or reference
21 to adverse event reports referred to as AERs.
22        So here there are many adverse event
23 reports, and I have questions for Plaintiff.
24        Are there any adverse event reports
25 that you propose to introduce in evidence that are

Page 116

1 relevant in any way to the Plaintiff's claims
2 regarding his exposure and cancer in this matter?
3         MR. WISNER:  Your Honor, my associate,
4 Pedram Esfandiary, is going to take this argument.
5 So I'll take my seat.
6         THE COURT:  Okay, great.  Good
7 morning.
8         MR. ESFANDIARY:  Good morning,
9 Your Honor.  I am Pedram Esfandiary.
10        THE COURT:  You may proceed.
11        MR. ESFANDIARY:  We're not trying to
12 introduce the adverse events reports for the truth
13 of the matter asserted in them, but that those
14 injuries actually arose in those individuals that
15 submitted the reports.
16        What we are submitting them for is for
17 notice.  Mr. Johnson, the Plaintiff in this case,
18 actually reached out to Monsanto when the
19 complications arose resulting from his use of
20 Roundup.  Right.
21        We want to bring in the evidence of
22 other adverse event reports from other people
23 around the country who used the product, have
24 faced similar complications such as rashes.
25        Mr. Johnson's complications began with

Page 117

1 rashes, and reached out to Monsanto.
2         We want to bring on notice, Monsanto
3 was on notice of receiving these adverse event
4 reports, and in Mr. Johnson's case, failed to take
5 adequate action to protect Mr. Johnson from the
6 adverse effects of the product.
7         THE COURT:  But they were on notice of
8 what?
9         For example, if they got a report from
10 an internist that someone had a rash after using
11 Roundup, what is that notice of?  In other words,
12 what is the notice?
13        MR. ESFANDIARY:  That there are
14 adverse effects associated with the products as
15 exemplified by the many adverse event reports that
16 were under an obligation to then sufficiently go
17 out and test that product, to respond adequately
18 to the adverse events reports, and in
19 Mr. Johnson's case they failed to do that, right.
20        As the evidence will show, they have a
21 long history of failing to properly test the
22 product.  And in Mr. Johnson's case, they didn't
23 get back to him in response to his adverse event
24 report.  Right.
25        He reached out to them with his

Page 118

9 (Pages 115 - 118)

1  complications and Monsanto, one, never went out
2  and properly tested the product as we allege; and,
3  two, never responded to Mr. Johnson.  Right.
4        And so we want to bring in this
5  evidence that Mr. Johnson wasn't the only one who
6  was reaching out to Monsanto with adverse events,
7  there were other people doing so.  Monsanto has
8  consistently failed to respond to those and to
9  properly test the product.
10       THE COURT:  But were there any adverse
11 event reports that report the development of
12 Mr. Johnson's cancer?
13       In other words, in other individuals,
14 are there any other adverse events reports that
15 say I used Roundup and I got the Non-Hodgkin's
16 lymphoma of the type that Mr. Johnson suffered?
17       MR. ESFANDIARY:  Yes.  There actually
18 is, and, you know, I cite in my brief there is a
19 case right on point, says when evidence of prime
20 similar incidents are offered to show notice of a
21 dangerous condition, the requirement for
22 similarity of circumstances is relaxed.
23       All that is required is that the
24 previous injuries should be such as to attract
25 Defendant's attention to the dangerous situation.
Page 119

1  of made the point for us here, that their point is
2  that Monsanto has continued to sell its products
3  despite having notice of potential safety issues.
4        Having notice of some kind of
5  generalized safety issues with this product is not
6  a reason to give notice that cancer could be
7  caused by a particular product in question.
8        And in fact, contrary to what counsel
9  said, the epidemiology is very clear that cancer
10 is not caused by this product.  So we would move
11 that any reference to adverse event reports be
12 excluded.
13       MR. ESFANDIARY:  Your Honor, if I may,
14 there is actually -- we do have one adverse event
15 report from a former Monsanto employee who was
16 handling the product at the plant who then reports
17 that he developed Non-Hodgkin's lymphoma, and
18 again, Monsanto failed to take adequate
19 precautions to make sure that its product is not
20 causing that.
21       THE COURT:  So you have one adverse
22 event report.  Has that been disclosed to the
23 other side?
24       MR. ESFANDIARY:  Right.  He sent an
25 email to Monsanto, this individual, and that was
Page 121

1        So Mr. Johnson originally reached out
2  because he had rashes all over his body.  We have
3  numerous adverse event reports of people reaching
4  out with rashes, irritations, lesions, all the
5  effects that Mr. Johnson experienced.
6        THE COURT:  I understand that, but do
7  you have any adverse event reports that report the
8  development of the type of cancer that Mr. Johnson
9  developed, not just rashes?
10       MR. ESFANDIARY:  Sure.  I'm not
11 personally 100 percent certain if we have those.
12       There are numerous other adverse event
13 reports.  However, the law says that the
14 requirement for similarity between the adverse
15 events reports and the alleged injuries in the
16 case are relaxed when discussing notice.
17       THE COURT:  All right.  Thank you.
18       Who wishes to respond?
19       MR. LOMBARDI:  I do, Your Honor.
20 There are no adverse event reports as counsel has
21 said that would be notice of the particular injury
22 described here, the cancer.
23       There are adverse events reports, of
24 course, that's with any manufactured product of
25 this type, but in their brief, I think they kind
Page 120

1  disclosed to the other side.  And we also want to
2  get in Mr. Johnson's adverse event report that
3  he --
4        THE COURT:  I'm granting the motion
5  with regard to all of the adverse event reports on
6  Roundup with the exception of potentially I'll
7  hear argument from Defense Counsel.
8        So now we're just talking about
9  Mr. Johnson's adverse event report and then you
10 said -- what's the name of the other individual
11 that developed a cancer?
12       MR. ESFANDIARY:  I forget his name,
13 Your Honor.
14       THE COURT:  All right.  Well, the
15 other adverse event report, we'll just call it the
16 John Doe adverse event report reporting cancer.
17       So can you please respond with regard
18 to those two adverse event reports?
19       MR. LOMBARDI:  On the one that is not
20 Mr. Johnson, Your Honor, their motion was a time
21 to give us notice of what they were intending to
22 get into evidence.
23       They have no reference to that, any
24 other adverse event report in here other than just
25 as a generalized matter.
Page 122

10 (Pages 119 - 122)

1      So I would object to that one being
2  raised here at the last minute while we're on our
3  feet in front of Your Honor and say that it
4  shouldn't come in.
5      They had their chance to tell us in
6  the motion we could have responded then to it.
7  But now they have raised it just here while we're
8  in court, so I object to that both procedurally
9  and substantively.
10      As to Mr. Johnson, his report wasn't
11  about -- he didn't call in and say, I've got
12  cancer.  He called in and said, I have a rash.
13      In fact, the testimony here will be
14  that that rash had nothing to do with cancer,
15  Your Honor, so I don't think that that's really
16  relevant to the notice that they are trying to
17  give in this case -- they are trying to argue in
18  this case.
19      THE COURT:  All right.  So now, with
20  regard to Mr. Johnson, I will allow him to testify
21  that he started feeling ill, he called Monsanto
22  and said he had whatever symptoms it was he was
23  suffering, because he's a Plaintiff in this
24  matter, so I will allow his communications with
25  the Defendant to come into evidence.

Page 123

1      All the other adverse event reports
2  are excluded.
3      I'm willing to reconsider the one
4  other adverse event report, if there is one, of
5  another individual who filed a report concerning
6  the development of cancer, but I will ask you to
7  please submit that to opposing counsel, and then I
8  will hear further argument on that one report and
9  I can reconsider on that as necessary.  But for
10  now all the adverse event reports are out.
11      MR. WISNER:  Just for the record,
12  Your Honor, the report we're talking about was
13  actually submitted as part of the depo
14  designations.
15      It was admitted by Judge Karnow, and
16  just yesterday they didn't object to us publishing
17  it to the jury, so this idea that they are on
18  notice of it is not true.  They actually told us
19  about it yesterday.
20      So they are fully on notice of it,
21  they actually admitted to it being published to
22  the jury so I don't know how --
23      THE COURT:  Is it in as part of the
24  depo designations?
25      MR. WISNER:  Yes, Your Honor.

Page 124

1      MR. GRIFFIS:  As you know, on Monday
2  we were given 130 documents that they would like
3  us to review.  And yesterday, I responded to
4  narrow that down to 16 documents that are in
5  dispute, but one of the things I noted in sending
6  over the 16 is that this is subject to motions in
7  limine, motion in limine rulings, and there are
8  multiple documents that may come out because of
9  the motion in limine ruling.
10      THE COURT:  So that's one of them?
11      MR. GRIFFIS:  That's not one of the 16
12  but I didn't bother to go look for every single
13  document that might be affected by an in limine
14  ruling.  I was looking for ones to which we had
15  other evidentiary objections.
16      THE COURT:  Well, having now
17  discovered that, that this one adverse event
18  report is one of the 16 that you identified
19  yesterday that are in dispute, are you prepared
20  then to respond on that one adverse event report?
21      MR. GRIFFIS:  I misspoke if I gave
22  Your Honor that impression.
23      We identified 16 about which we have
24  pure evidentiary objections separate from our
25  motions in limine, like hearsay, no foundation,

Page 125

1  et cetera, and we didn't try to identify every
2  single other exhibit that may be affected by a
3  motion in limine.  I gave them an example or two.
4      Like there are a couple of -- there's
5  a couple instances of the Copley letter, for
6  example, about which we have a motion in limine.
7  I didn't raise that for dispute again because we
8  knew we were going to be doing motions in limine.
9      So this 180E would be knocked out by
10  the motion in limine argument.  We didn't say we
11  hereby bless the introduction into evidence of all
12  other ones other than the 16, just that we have
13  specific objections on pure evidentiary grounds as
14  to those 16.
15      THE COURT:  All right.  So then it
16  seems to me that the most prudent course is for
17  Plaintiff's Counsel to please identify to Defense
18  Counsel which adverse event report it is that you
19  are referring to.
20      I would also like a copy of it, and
21  then we can discuss it further once everybody has
22  it in front of them and we can address it
23  specifically.
24      MR. WISNER:  Yes, Your Honor.
25      MR. GRIFFIS:  Thank you, Your Honor.

Page 126

11 (Pages 123 - 126)

1        THE COURT:  All right.  The next one
2 is Number 12.  This is Defendant's motion to
3 exclude reference to or testimony from Kirk
4 Acevedo.  So Kirk Acevedo is on the Plaintiff's
5 witness list, is that correct?
6        MR. DICKENS:  That's correct,
7 Your Honor.
8        THE COURT:  Okay.  And he is
9 testifying by way of a deposition transcript, is
10 that right?
11        MR. LITZENBURG:  Videotape,
12 Your Honor.
13        THE COURT:  Videotape, okay.
14        MR. LITZENBURG:  And that has been
15 previously been ruled on, page and line
16 objections, by Judge Karnow.
17        THE COURT:  So my tentative on this
18 one is to deny this one.
19        Is there anything that you wish to add
20 on this motion?
21        MR. GRIFFIS:  May I introduce my
22 colleague, Grant Hollingsworth, to do that?
23        THE COURT:  Yes.  Hello,
24 Mr. Hollingsworth.
25        MR. HOLLINGSWORTH:  Yes, Your Honor.

Page 127

1 Kirk Acevedo is an employee of Monsanto from the
2 '90s.  He was a distributor representative and
3 basically what he did is he interacted with the
4 distributors, he would sell the product Roundup to
5 the customer.
6        We already have another distributor
7 rep who was deposed and actually initially named
8 as a defendant in this case, Stephen Gould.
9        He is also -- his testimony has been
10 designated, he's been deposed much more recently.
11 Mr. Acevedo was deposed two years ago.
12        What's important about Mr. Gould is
13 that he was actually the distributor rep who
14 serviced the relevant distributors in this case
15 and purportedly plaintiff.  So we have his
16 testimony.
17        What Plaintiffs really want to get in
18 through Mr. Acevedo is the fact that he had a
19 conversation with a vice president at Monsanto's
20 that happened around 1996 wherein the Monsanto
21 employee told him we're worried about making money
22 here.  So that is the real purpose of the
23 testimony.
24        Other than that, it would be
25 duplicative and less relevant of Mr. Gould's

Page 128

1 testimony.
2        So what we really have here is a
3 hearsay statement, actually double hearsay.
4        It's something that wasn't a statement
5 that he made during the course of his employment,
6 you know, over ten years ago.
7        It was a statement made to him by
8 someone who has not been a witness in this case,
9 someone who has not been subpoenaed in this case,
10 someone for which they have no other evidence via
11 testimony or otherwise that the statement was in
12 fact made.  So it's -- his testimony is both
13 irrelevant and also hearsay.
14        THE COURT:  The person's name Begeman?
15 That statement a statement made by Mr. Begeman
16 regarding the company's desire to make money,
17 doesn't that go to the issue -- isn't that
18 relevant on the issue of punitive damages?
19        MR. HILMERT:  It would be if it was
20 independently admissible, okay.
21        So this is a statement that is made
22 some 12 years ago that -- they are alleging was
23 made, but it was just recounted by Mr. Acevedo.
24        Mr. Acevedo is no longer an employee,
25 he was not the one who made the statement.  This

Page 129

1 is like bringing in a witness who talked to
2 Monsanto's CEO and said, hey, Monsanto's CEO told
3 me that Roundup causes cancer, jury, I want you to
4 hear about this.
5        It's hearsay and especially not
6 relevant when we have Steve Gould, who is a
7 witness that serviced the relevant distributor and
8 potentially the Plaintiff as alleged by
9 Plaintiff's Counsel.
10        THE COURT:  Counsel, do you wish to
11 respond?
12        MR. LITZENBURG:  Just very briefly,
13 Your Honor.
14        This has been briefed, it's
15 acknowledged within the brief as a motion to
16 reconsider.
17        It's been briefed a number of times, I
18 have argued it verbally once, there has been a
19 tentative ruling and then a final order on it.
20        I am confused as to the two layers of
21 hearsay.  A deposition is an in-court statement
22 and, of course, it is a party admission.  I did
23 not hear any true evidentiary rules argued that it
24 might violate.  Thank you, Your Honor.
25        THE COURT:  So I'm not inclined -- my

Page 130

12 (Pages 127 - 130)

1 thinking actually is very similar to what Judge
2 Karnow's thinking is, at least based on my review
3 of the transcript of the discussion in front of
4 him.
5        I think the statement is potentially
6 relevant and comes in as a party admission to the
7 hearsay exception so the motion here is denied.
8        All right.  Turning to motion in
9 limine Number 13, this is Defendant's motion to
10 exclude introduction, argument or reference to the
11 Seralini study and any information therein.
12        So my first question, I understand the
13 Seralini study was published and then retracted
14 and then it was published some place else.
15        I understand that at least one of -- I
16 know the Defense experts are critical of the
17 study, I think at least one of the Plaintiff's
18 experts is critical of the study, but let me start
19 by asking Plaintiff's, are there any experts who
20 are going to testify that they relied on the
21 Seralini study in reaching their conclusions?
22        MR. WISNER:  Yes, Your Honor.
23        THE COURT:  Who's that?
24        MR. WISNER:  At the very least,
25 Dr. Benbrook is going to discuss it.  It goes to

Page 131

1 the scientific information that was available at
2 the time.
3        THE COURT:  Dr. Benbrook is your
4 expert that's going to talk about the EPA
5 regulatory framework and the process --
6        MR. WISNER:  That's right.
7        THE COURT:  -- that a company goes
8 through in getting products approved, et cetera?
9        MR. WISNER:  That's right.
10        THE COURT:  What exactly is he going
11 to say about the Seralini study?
12        MR. WISNER:  It not entirely clear
13 yet.  We need to kind of work through that with
14 our expert, how it would come in.
15        Where this testimony will come in is
16 actually in the depositions, video testimony of
17 Monsanto's employees who helped orchestrate the
18 retraction of the Seralini study through ghost
19 writing letters to the editor and working with
20 paid consultants to pressure the editor.  That's
21 where this all comes in.
22        It really doesn't come in from an
23 expert perspective, it's coming in from the
24 context of Monsanto's conduct specifically to
25 attack a scientist that published a peer review

Page 132

1 journal article showing that when you use the
2 formulated product in mice it causes severe
3 tumors.
4        And so the quality of the scientific
5 study itself is not really the issue of why it's
6 relevant, but the issue is primarily how Monsanto
7 responded to the scientific study and the conduct
8 that it did that was against, quite frankly,
9 ethical norms of any chemical or scientific
10 contributor.
11        THE COURT:  Except that with regard to
12 this particular study, isn't it true that the
13 experts on both sides agree that it is not a valid
14 study?
15        MR. WISNER:  That's not correct,
16 Your Honor.
17        Dr. Portier, one of our experts, has
18 been critical of it, but our other experts have
19 cited it.
20        It is a piece of evidence in the
21 overall scope and body of science.
22        Sure, it gets less weight due to some
23 of the problems with the study, but in and of
24 itself it is a peer review journal article that
25 has been approved twice now by two different

Page 133

1 journals and submitted for publication.
2        THE COURT:  The one journal that
3 approved it retracted it so it's really only
4 approved by one journal.
5        MR. WISNER:  Well, it was originally
6 approved by a journal and then after Monsanto had
7 its paid consultants exert pressure on the
8 journal's editor did it get retracted, and that's
9 actually the really relevant story.  It's how
10 Monsanto deals with negative scientific
11 information.
12        One of the things you're going to hear
13 about in the testimony, Your Honor, is something
14 called let nothing go.  It's actually a budgetary
15 line item on their marketing and science budget,
16 and it's to attack any scientist that says
17 anything bad about glyphosate or Roundup,
18 irrespective of whether or not the science is
19 valid.
20        Obviously, they are going to say
21 that's my spin.  And fair enough, I'm a lawyer, I
22 guess I do spin, but we have the documents and the
23 evidence showing that.
24        That's where the Seralini comes into
25 play.  It's not so much being used as a scientific

Page 134

13 (Pages 131 - 134)

1 study, although, it is, part of it, but it's not
2 really the purpose.
3        Where the objection is coming into is
4 the back story of how Monsanto and its employees
5 orchestrated outright. Just for Your Honor's
6 information, Seralini sued them in France for this
7 conduct and won.
8        So this is not like some, you know,
9 off the wall thing. It shows punitive conduct and
10 shows a company that really has no interest in
11 testing and where there is things showing a signal
12 they played the whack-a-mole, I believe is the
13 quote in the emails.
14        THE COURT: Who wishes to respond?
15        MR. GRIFFIS: I do.
16        THE COURT: I'm sorry, Counsel. Are
17 you Mr. Hilmert?
18        MR. GRIFFIS: I am Kirby Griffis.
19 Seralini study has been universally canned. I
20 know of no science expert who accepts it as
21 reliable for any proposition whatsoever.
22        Dr. Benbrook, who has a P.h.D. in
23 economics and not in any scientific field, he's no
24 scientist, said that it did not meet antigenicity
25 requirements, so it doesn't meet the standards for

Page 135

1 a study that can be considered by regulators in
2 considering whether cariogenicity exists.
3        Even Dr. Benbrook doesn't rely on it
4 for science in any way.
5        Dr. Portier said it's underpowered,
6 poorly presented, and poorly analyzed. That's a
7 quote from the Daubert hearing.
8        Working Group 112 of IARC rejected it.
9 They said it's inadequate for evaluation.
10        And we have similar statements from
11 European regulators, from EPA, from everybody
12 who's considered it. Nobody thinks this study is
13 any good.
14        So I welcome what I think I heard from
15 Mr. Wisner, that they don't intend to actually put
16 in the study as -- for its scientific merits.
17        One problem with the study is that it
18 includes a lot of sensationalist pictures of rats
19 with tumors. That's not something you ordinarily
20 do in an antigenicity study, and the reason that
21 you don't is the pictures of rats with tumors
22 prove nothing.
23        The control animals, you are going to
24 have animals with tumors and animals in various
25 exposure groups are going to have animals with

Page 136

1 tumors, and that's if you're testing a completely
2 benign substance.
3        What matters is sophisticated
4 statistical analyses of where those tumors are,
5 how consistently tumors are distributed across
6 multiple animal studies in male and female rats,
7 across species, across tests, et cetera, not
8 here's a picture of a rat with a tumor, which is
9 the sort of import of this study.
10        So we certainly think that there
11 should be no showing of the study or the pictures
12 therein.
13        As to Monsanto's actions with regard
14 to this study, we feel that they are irrelevant,
15 Your Honor.
16        This study is not something that has
17 any connection to Mr. Johnson. It's no evidence
18 in anyone's view, and therefore, any actions that
19 Monsanto is supposed, with or without a spin, to
20 have taken with regard to it has no connection to
21 Mr. Johnson's injury.
22        It's a huge rabbit hole we could all
23 get into and spend a lot of time fighting about
24 but it shouldn't be in this case. It's a waste of
25 time.

Page 137

1        There is other evidence that actually
2 does have scientific merit that we can be debating
3 instead.
4        THE COURT: Okay. so Mr. Wisner, it
5 sounds like you are not proposing to bring this
6 study in for any scientific -- to promote any
7 scientific argument.
8        None of your experts are going to say,
9 I relied on all of these studies including the
10 Seralini study to reach my conclusion that
11 Mr. Johnson's exposure to the Roundup led to his
12 cancer or was a substantial factor in developing
13 the cancer?
14        MR. WISNER: That's correct
15 Your Honor.
16        THE COURT: So it's not coming in for
17 the scientific findings of the study?
18        MR. WISNER: That's correct.
19        THE COURT: You are only seeking to
20 essentially talk about or introduce into evidence
21 Monsanto's actions in response to the study once
22 it came out?
23        MR. WISNER: That's correct. For
24 example, the editor who ended up retracting it,
25 they made a substantial financial payment to him

Page 138

14 (Pages 135 - 138)

1 after it was retracted.  That's an example of what
2 we're talking about.
3        The instructions on punitive damages
4 specifically identify trickery and deceit in
5 patterns of conduct, and this fits into a fairly
6 in depth record we have of what we call ghost
7 writing, for another motion in limine, but
8 writing, scientific manipulation, scientific
9 suppression of bad data, that this is part of that
10 story.
11        And so if we can break a compromise,
12 we will not show pictures of those rats, those
13 poor little mice with these tumors.  It's pretty
14 inflammatory.  We won't show that.
15        We will not submit the journal article
16 for the purposes of saying, hey, this is
17 scientific proof that it causes cancer, but the
18 testimony that has already been admitted by Judge
19 Karnow related to the actions that Monsanto took
20 around it, we do want to present that.
21        And so if we can kind of cut that
22 middle ground, I think we would be fine with
23 limiting how will we use the Seralini study at
24 trial.
25        THE COURT:  So whose testimony is it

Page 139

1 that was already reviewed and ruled upon by Judge
2 Karnow?  Is that Benbrook's?
3        MR. WISNER:  No.  It was a Monsanto
4 employee, the last name is Sultmerus.  He was sort
5 of in charge of orchestrating this retraction
6 effort.
7        In fact, he actually brags about it in
8 his performance review, how he accomplished that.
9        So we have testimony that's been
10 admitted by Judge Karnow related to that.  And
11 that's the extent we want to discuss the Seralini
12 study.  We do not want to use it as scientific
13 proof that it causes cancer in animals or humans.
14        THE COURT:  Anything further,
15 Mr. Griffis, on that point?
16        MR. GRIFFIS:  Only, Your Honor, that
17 if no one on the face of the earth thinks that
18 it's evidence that glyphosate or Roundup causes
19 cancer in humans, then it can have no connection
20 to Mr. Johnson's injury and it is just a waste of
21 time to hear about it, whatever Monsanto did about
22 it.
23        THE COURT:  Well, since none of the
24 experts are relying on the study, the study itself
25 cannot come in and none of the photographs may

Page 140

1 come in.
2        With regard to this one Monsanto
3 employee that testifies that he wrote letters or
4 took whatever actions he took in response to the
5 study, I will allow that testimony to remain.
6        All right.  The next is motion in
7 limine Number 16.
8        MR. LOMBARDI:  And, Your Honor, this
9 will be Mr. Hilmert from Monsanto.
10        THE COURT:  Okay.  Welcome,
11 Mr. Hilmert.
12        MR. HILMERT:  Good morning,
13 Your Honor.
14        THE COURT:  Good morning.
15        Number 16 is Defendant's motion to
16 exclude any evidence, argument or reference to
17 trace impurities in Roundup Pro or Ranger Pro, and
18 what is it here exactly that you are seeking to
19 exclude?
20        In other words, is Plaintiff going to
21 be arguing that the impurities play a role in
22 causing the cancer?
23        MR. HILMERT:  What the concern is, is
24 that Plaintiff might suggest that impurities in
25 Roundup could cause cancer, but there is no

Page 141

1 evidence that they do cause cancer and there is no
2 witness who will offer the opinion that they did
3 cause Mr. Johnson's cancer.
4        And so without any opinion on an issue
5 of causation, our concern is that Plaintiffs may
6 point to a document that says, oh, there is a
7 trace impurity here, and they have identified two
8 such impurities.  One is an impurity called
9 1,4-dioxane and another impurity is called NNG.
10        Our concern is they will just throw
11 that up and let the jury speculate about, well,
12 maybe that impurity had something to do with
13 Mr. Johnson's cancer, in the absence of any expert
14 testimony, any expert who's actually making an
15 opinion about that issue, and so that's our
16 concern with this.
17        They have two experts who are
18 cumulatively offering opinions on specific
19 causation.  One is a toxicologist, Dr. Sauer.  He
20 does not hold the opinion, he has not expressed
21 the opinion, that any impurity in Roundup caused
22 an injury to Plaintiff.
23        The other is an oncologist,
24 Dr. Nabhan.  Dr. Nabhan has not offered any such
25 opinion, and so without an opinion, there is

Page 142

15 (Pages 139 - 142)

1 really no basis for there to be any causal
2 connection, and so we're asking the Court to
3 exclude the evidence on that ground.
4        THE COURT:  All right.  Who wishes to
5 respond?
6        MR. ESFANDIARY:  Your Honor, Pedram
7 Esfandiary here again.
8        Let me just kind of backtrack for a
9 while and give you kind of a lay of the land about
10 what this impurities business is about.
11       So again, Mr. Wisner discussed this
12 earlier, so Roundup contains numerous different
13 chemicals, right.  Glyphosate, the active
14 ingredient.  You also have formaldehyde that's
15 created as a result of the manufacturing process.
16 You have NNG which is a known carcinogen, and you
17 have 1,4-dioxane, right.
18       All of these different chemicals
19 contributed to carcinogenicity of the formulated
20 product that Mr. Johnson was exposed to.
21       We have an email from a Monsanto
22 employee here, Mr. William Heydens .  At the very
23 top, you can see the bullet point there, low level
24 presence of formaldehyde, carcinogen by inhalation
25 in Roundup.

Page 143

1        So that's a Monsanto employee talking
2 even about this very problem, and in fact -- and
3 this is dated 3/17/2015 -- that's just right
4 before the IARC monograph came out.
5        We also have Dr. Sawyer who will
6 testify that 1,4-dioxane is carcinogenic, and in
7 fact, is listed on Prop 65, known to the State of
8 California to be a carcinogen, and formaldehyde as
9 well is known to be a carcinogen as well.
10       So it goes to the issue of the
11 formulated product itself being the carcinogen
12 that Mr. Johnson was exposed to.
13       THE COURT:  Just so I understand your
14 argument, so your argument is that Mr. Johnson
15 developed his cancer as a result of his exposure
16 to the formula in the Roundup product or as a
17 result of his exposure to glyphosate or both?
18       MR. ESFANDIARY:  Well, it's both
19 really, Your Honor.  Glyphosate in and of itself,
20 the active chemical, we are alleging is
21 carcinogenic.
22       However, the formulated product as a
23 totality is also carcinogenic, not only because of
24 the presence of glyphosate but because of the
25 surfactants that are involved in it, the

Page 144

1 impurities that are -- trace impurities.
2        So as a formulated product Roundup is
3 carcinogenic.  The way in which these chemicals
4 interact with one another, that's called synergy,
5 the synergistic effect, and there is expert
6 testimony to that effect.
7        MR. HILMERT:  Your Honor, I think
8 that argument actually proves my concern, because
9 if he's going to make the allegation that trace
10 impurities cause cancer or they caused
11 Mr. Johnson's cancer, there should be a witness
12 that actually makes that claim in an opinion, in
13 competent expert testimony.
14       And simply throwing up an idea against
15 the wall, as Counsel apparently is doing without
16 an expert to actually make that argument, I think
17 is what's really prejudicial about doing that.
18       There is a reference in the briefing
19 to Dr. Benbrook, I'm relying on, 1,4-dioxane and
20 NNG and formaldehyde and other impurities, he
21 disclaimed any reliance on that at his deposition
22 so I don't think they are now talking about
23 Dr. Benbrook.
24       The one other person who did mention
25 an impurity was Dr. Sawyer, which is in one

Page 145

1 sentence of his expert report, and that one
2 sentence, we can look at that one sentence.  It's
3 cited in the papers, Your Honor.
4        That one sentence mentions
5 1,4-dioxane.  It's accompanied by a footnote that
6 explains that in Roundup 1,4-dioxane is present in
7 such small quantiles as not to be a concern, and
8 Dr. Sauer goes no further with that statement
9 whatsoever.  He makes no opinions based on
10 1,4-dioxane with respect to the Plaintiff in this
11 case.
12       So any allegations by Plaintiff's
13 Counsel or throwing up emails that are unsupported
14 by expert testimony on impurities actually proves
15 the point that they are prejudicial, because they
16 can't come in absent competent expert testimony.
17       THE COURT:  So do you have any
18 experts, scientific experts, that are going to
19 testify that these impurities, either alone or in
20 combination with the glyphosate, actually caused
21 the cancer?
22       MR. ESFANDIARY:  Yes, we have
23 Dr. Sawyer, who will testify that in combination
24 these products can cause cancer and did cause
25 cancer in Mr. Johnson's case.

Page 146

16 (Pages 143 - 146)

1      THE COURT:  Okay.  Counsel, Dr. Sawyer
2 is going to testify that the combination of the
3 products, the formula, not just the glyphosate,
4 but that the combination caused the cancer.
5      MR. HILMERT:  That's news to me, Your
6 Honor.  I am not aware of any allegation in
7 Dr. Sawyer's report that -- there is also other
8 issues with Dr. Sawyer's testimony.
9      Okay.  His testimony has been excluded
10 by Judge Karnow with respect to risk factors, so
11 there is a separate issue embedded with
12 Dr. Sawyer.
13      But with respect to the issue of
14 impurities, which is the subject of this motion, I
15 am not aware of anything in Dr. Sawyer's report, I
16 invite Counsel to show it to us, where he says
17 there is a synergy between impurity and glyphosate
18 and that somehow resulted in Plaintiff's cancer.
19      THE COURT:  All right.  It sounds like
20 perhaps at the break, Counsel, you need to share
21 with opposing Counsel, Dr. Sawyer's testimony
22 where he actually opines that the formula as a
23 whole or the combination of these impurities and
24 glyphosate caused the cancer.
25      So after you have both looked at that

1 particular testimony that you are wishing to
2 offer, then I can return to this motion.
3      MR. ESFANDIARY:  That's fine.  If I
4 may make one more point, Your Honor.
5      THE COURT:  Yes.
6      MR. ESFANDIARY:  An analogy is like
7 with cigarettes, there's 300 different chemicals
8 in cigarettes and nicotine is the chemical that
9 causes cancer is absurd.  It's the formulated
10 product tested in studies that is linked to
11 cancer.
12      It's not just glyphosate that the
13 studies are testing.  It's the formulated product
14 that contains these known carcinogens, and
15 Mr. Johnson's alleging that exposure to Roundup
16 and Ranger Pro that contained these other
17 chemicals causes cancer.
18      THE COURT:  I understand.  I just want
19 you to -- my question really is, do you have any
20 experts that are going to be able to say my expert
21 opinion is that the synergistic effect of the
22 glyphosate with the impurities and/or the
23 impurities alone contributed to his development of
24 the cancer?
25      It sounds like you believe that you do

1 have an expert that's going to say that.
2      MR. ESFANDIARY:  Yes.
3      THE COURT:  They say you don't, so I
4 just think you need to share with them the
5 testimony and then I'll rule.
6      MR. ESFANDIARY:  Okay.
7      THE COURT:  Why don't we take a very
8 short -- just a ten-minute break and then we'll
9 come back and then we will break for the lunch
10 recess and come back after lunch, but let's take a
11 short recess now.
12      (Recess)
13      THE COURT:  Welcome back, everyone.
14      All right.  The next motion, I
15 believe, is Number 18, and this is Defendant's
16 motion to exclude evidence of products not at
17 issue in this litigation.
18      So my first question of Plaintiff's
19 Counsel is, do you intend to offer any evidence
20 about Monsanto products other than Ranger Pro and
21 Roundup Pro?
22      MR. DICKENS:  Thank you, Your Honor.
23 David Dickens again.
24      Looks like the last one to speak
25 today, but the answer is yes.

1      Now, their motion is so broad that it
2 would encompass all glyphosate containing
3 products.
4      Ranger Pro, as they have come in and
5 said, is the EPA's only registered and approved
6 glyphosate.  It's never approved the formulation
7 that we have here.
8      So the testing that they have with
9 respect to glyphosate applies and they apply it to
10 all products that they have which contain
11 glyphosate, all of their formulations they rely on
12 animal studies, they rely on the epidemiology.
13      So to the extent that this somehow
14 encompasses all glyphosate containing products,
15 it's just not feasible in any respect to this
16 particular case.
17      Now, with respect to other products
18 that don't contain glyphosate, the answer is we
19 would be looking to bring in evidence with respect
20 to other herbicides, and they reference and we
21 reference in our opposition agent orange, for
22 example, and the way we would and the reason why
23 agent orange is admissible in this particular case
24 is because when we were here last Tuesday,
25 Defendants made note that they have not bifurcated

1 punitive damages in this case.
2       And one of the jurors' determinations
3 in deciding how much money they can put into
4 punitive damages is the reprehensibility.
5       If you look at the juror instruction
6 for punitive damages when you are not bifurcated,
7 I believe it's 3945 of the model instruction, one
8 of the things that can and should be considered by
9 the jury is whether or not Monsanto's conduct
10 represented a pattern, I believe it's involved a
11 pattern or practice.
12       And so agent orange, an herbicide that
13 they marketed to the extent that they knew it was
14 carcinogenic and failed to warn consumers of that
15 risk, that is directly relevant to a pattern or
16 practice that is being alleged specifically in
17 this case, and so that evidence comes into
18 reprehensibility.
19       If they wanted to keep it out, they
20 could have bifurcated this case, however, they did
21 not, so therefore, they can't now exclude anything
22 that's going to pattern and practice.
23       Agent orange, the extent of that the
24 evidence is there with respect to exactly what we
25 are alleging here in this case, it's relevant to
Page 151

1       THE COURT:  So let's break this down.
2 So with regard to agent orange and PCP, that
3 chemical was manufactured by old Monsanto?
4       MS. EDWARDS:  Yes, Your Honor.  It's
5 in our brief.
6       It's a company that no longer is in
7 existence, a company through a series of
8 acquisitions and spinoffs, it's in one of the foot
9 notes in our brief, it's not my client, so it is a
10 product that in fact is not manufactured, was not
11 manufactured by my client.
12       THE COURT:  All right.  Now, what
13 about setting aside agent orange and PCP, what
14 about the other glyphosate containing products?
15       MS. EDWARDS:  Your Honor, I believe
16 the introduction to our motion was overly broadly
17 worded.  This motion is directed specifically to
18 agent orange and PCPs.
19       THE COURT:  So really you are not --
20 so that is essentially what this motion is
21 directed at?
22       MS. EDWARDS:  It is, Your Honor, yes.
23       THE COURT:  Do you wish to respond
24 then to Defendant's argument that the company that
25 manufactured agent orange is no longer in
Page 153

1 the punitive damages.  So that's our argument.
2       Beyond that, beyond herbicides and
3 failure to warn about cancer, we're not looking to
4 bring anything else in, but it's glyphosate
5 containing products and any herbicides that they
6 have been alleged knew or should have known of the
7 risk of cancer and failed to allege that.  So that
8 is our position, Your Honor.
9       THE COURT:  Ms. Edwards?
10       MS. EDWARDS:  Yes, Your Honor, Sandra
11 Edwards.
12       We're talking about a company referred
13 to in our brief as old Monsanto which is a company
14 that no longer exists through a series of
15 acquisitions and spinoffs, and we're talking about
16 PCB's and agent orange, which are terms that are
17 clearly designed to inflame the jury that have
18 nothing to do with the facts of this case, with
19 the products at issue in this case.
20       We're talking about a company that no
21 longer exists, products that have no bearing at
22 all on this litigation, and it would be of no
23 relevance to the jury other than a very negative
24 relevance which would be very prejudicial to my
25 client.
Page 152

1 existence, it is not actually Monsanto that you're
2 saying --
3       MR. DICKENS:  Yes, Your Honor.  Old
4 Monsanto is the one that developed glyphosate and
5 obtained it's approval.  They're the one's who did
6 all the initial testing that got glyphosate on the
7 market and being used here today with respect to
8 the safety and analysis of glyphosate.
9       And so they can't say that none of
10 what old Monsanto did is relevant because they are
11 the ones who developed the actual active
12 ingredient in the two products that are being
13 alleged and at use for Mr. Johnson, that we are
14 alleging caused his cancer.
15       So if they are the ones who developed
16 that active ingredient, they can't say that
17 somehow because of some spinoffs or something
18 along those lines it's not related in any form or
19 stretch of the imagination.
20       It's simply the same company that
21 developed glyphosate.
22       THE COURT:  So PCP, agent orange, was
23 developed or produced from 1965 to 1969, is that
24 right?  And then old Monsanto stopped
25 manufacturing the agent orange.
Page 154

18 (Pages 151 - 154)

1    So how is that relevant to anything
2 that is going on in this case today?  That's
3 generations ago.
4    MR. DICKENS:  It's certainly a long
5 time ago, Your Honor, and we agree with that.
6    I don't know the exact dates of agent
7 orange.  I can't represent to you that I know when
8 that was being manufactured.
9    THE COURT:  You put in your papers in
10 Footnote 1 that Monsanto manufactured agent orange
11 from 1965 to 1969.
12    MR. DICKENS:  That sounds correct,
13 Your Honor.  If it's there, I'm going to believe
14 what we wrote in our brief, and I certainly
15 understand with respect to that being a long time
16 ago.
17    But once again, it's the same company
18 that began this process of glyphosate on the
19 market and running the studies that even after the
20 IBT scan which we talked about, but even after
21 that it was still old Monsanto that was running
22 the scientific data.
23    When they were told by the EPA after
24 IBT to run additional testing, it was still old
25 Monsanto that elected not to do that.

Page 155

1    So it's a pattern or conduct that has
2 occurred all the way back since the initial
3 approval of glyphosate and it stretches to old
4 Monsanto, despite the fact that it was back in
5 1969.  It was still the same pattern and conduct
6 that they were doing to get glyphosate on the
7 market.
8    THE COURT:  All right.  So I'm going
9 to grant Defendant Monsanto's motion Number 18
10 modified to exclude evidence of agent orange or
11 PCP.
12    One, the product was manufactured from
13 1965 to 1969, so I find it to be too remote in
14 time to be relevant to this litigation.
15    Two, it was manufactured by a
16 different company, old Monsanto, which is not the
17 company that's being sued in this litigation.
18    And three, in any event, I find that
19 all of the subsequent litigation and findings
20 regarding that product, agent orange, were so
21 controversial that the prejudice stemming from
22 admitting any evidence regarding agent Monsanto
23 far outweighs any probative value with regard to
24 anything that the current Monsanto is doing in
25 this litigation.

Page 156

1    So for all those reasons any reference
2 to agent orange will be excluded.
3    Number 20, motion in limine Number 20,
4 the next one, this is Defendant's motion to
5 exclude evidence, argument or reference to ghost
6 writing.
7    Now, this was the subject I believe of
8 an order that Judge Karnow issued previously.
9 Isn't that right?
10    MR. WISNER:  Yes, Your Honor.
11    THE COURT:  All right.  So
12 Mr. Griffis, you are arguing this motion?
13    MR. GRIFFIS:  Yes, Your Honor.
14    THE COURT:  Why don't you tell me what
15 has changed since Judge Karnow issued his order
16 permitting reference to the allegedly ghost
17 written articles.
18    MR. GRIFFIS:  We're asking Your Honor
19 to reconsider that ruling and the basis for that,
20 we previously talked before Judge Karnow about
21 some of the articles and the tenuousness of the
22 evidence with regard to ghost writing, for
23 example, that some of the scientific articles
24 about which they say there is ghost writing have
25 the word "Monsanto" appearing on the front page or

Page 157

1 were one of the primary authors identified in the
2 foot note as a Monsanto author, so the suggestion
3 of ghost writing is pretty inconceivable.
4    And we need to distinguish between
5 primary and secondary science here as well.  The
6 primary science, of course, are the bench studies,
7 the laboratory studies done on the animals, the
8 epidemiology, where data is being collected,
9 analyzed and presented.
10    None of the so-called ghost written
11 articles fall into that category.  All of them are
12 review articles saying here are a bunch of primary
13 science articles and this is what they say.
14    There has been no allegation, and this
15 is the important part of the present motion,
16 Your Honor, there is no allegation that has been
17 made by Plaintiffs or by any of their experts that
18 any statement in any of those so-called ghost
19 written articles is false, that any of them
20 misrepresent primary science, that any of them
21 were relied on as primary science by the
22 regulators, that the primary science was in any
23 way manipulated by Monsanto.
24    That being the case, this whole ghost
25 writing thing about which we would have to have a

Page 158

1 lengthy dispute as to each of the articles is a
2 waste of the jury's time because there is no
3 connection to Mr. Johnson's injury.
4 Even if we accepted Plaintiff's
5 version of the facts and said that they were all
6 in fact ghost written, which we vigorously dispute
7 and the evidence contradicts that, there is no
8 harm to Mr. Johnson from that.
9 There is no link to a failure to warn
10 Mr. Johnson, there is no link to Mr. Johnson's
11 causal injury, and there also has to be a link for
12 punitive damages.
13 I expect whoever rises to speak for
14 the Plaintiff to say that there is a sneakiness
15 standard in the punitive judgment standards in
16 California that deceived and so on is relevant to
17 the consideration, which it is, but it has to be
18 deceit about something that caused injury to the
19 Plaintiff, not just some deceit that you found in
20 an unrelated activity.
21 So although these are glyphosate
22 related studies, they have made no connection
23 whatsoever to anyone being confused, anyone being
24 deceived, much less to such confusion or deception
25 injuring Mr. Johnson, and that's why it should be

1 exposure and Non-Hodgkin's lymphoma, but there is
2 contrary science, see article ghost written by
3 Monsanto.
4 So the insidiousness of falsely
5 represented literature pervades all the literature
6 that's being relied upon by our experts. More
7 importantly, it was cited up and relied upon by
8 the EPA in making its determinations about
9 glyphosate.
10 So the idea that this has no relation
11 to this case because Mr. Johnson didn't read the
12 article is a bit missing the point. It's directly
13 relevant to the validity of the expert opinions in
14 this case on both sides about whether or not this
15 product's in fact caused Non-Hodgkin's lymphoma.
16 And so I think Judge Karnow's ruling
17 is directly on point here. This idea that there's
18 going to be a lot of back and forth is not really
19 true. It's already in the depo cuts.
20 Dr. Benbrook from our side may discuss
21 it at some point because it will already be in
22 evidence, but it's not going to be -- and it will
23 come up in cross-examination of their experts for
24 sure, when we say you have relied upon your study,
25 that's ghost written, does that change your

1 out to save a lot of time, Your Honor.
2 THE COURT: Who's responding?
3 MR. WISNER: I am, Your Honor,
4 Mr. Wisner.
5 So a couple of things. The first
6 issue is this idea that -- I think Judge Karnow
7 carefully reviewed this and his ruling I think is
8 right on point, that these ghost written articles
9 were relied upon by the Defendant's experts, and
10 so we have every right to cross examine them.
11 Their experts found reliability of that data.
12 More importantly, this idea that no
13 one relied upon or has no relation to this case is
14 a bit preposterous.
15 For example, one of the primary
16 epidemiological studies was from 2003. It's
17 Deruse, that's the scientist's name.
18 She looked at all these different
19 applicators of applying Roundup, and controlled
20 for all possible other pesticides and found them
21 more than doubling of the risk for people who were
22 exposed to glyphosate.
23 In her conclusion in that paper, she
24 says this is strong evidence showing that there is
25 a link between glyphosate exposure -- Roundup

1 opinion now, the fact that this was Monsanto.
2 And the last point that we have no
3 allegation that the statements made in those ghost
4 written articles are false is also untrue. A
5 prime example is the Grimes article which was a
6 sort of summary survey of all the toxicology data.
7 Dr. Portier went through every single
8 table, every single tumor in every single mouse
9 and discovered a whole host of tumors that the
10 Monsanto ghost written publication didn't find.
11 So this idea that we have in dispute
12 about the facts in those things, it's not true, we
13 do.
14 I think we have a right to cover that
15 on cross-examination because it goes to the heart
16 of the general causation question.
17 MR. GRIFFIS: May I respond,
18 Your Honor?
19 THE COURT: Yes.
20 MR. GRIFFIS: Mr. Wisner did not
21 identify any statement that has been made by any
22 expert anywhere, not just their paid experts, but
23 anyone, that any statement in any of those
24 so-called ghost written articles is false.
25 The one thing that he just said

1 contradicts that is Dr. Portier finding a bunch of
2 tumors that weren't in the Grime paper.
3        Let you tell you what the Grime paper
4 is. The various applicants including Monsanto who
5 hold a license to distribute glyphosate containing
6 products, and there are about six or seven of them
7 now, because it was a very effective product and
8 many other people wanted to register and be able
9 to sell glyphosate containing substances, so they
10 submitted regulatory packages with animal studies
11 and genotox studies and toxicity studies and
12 everything in the package required by EPA to get
13 EPA's approval.
14        So there is a vast body of evidence
15 including the long-term animal carcinogenicity
16 studies establishing the safety of glyphosate upon
17 which EPA relies.
18        Well, that is proprietary information.
19 The data tables and elaborate study reports and
20 graphs and charts that were submitted by Monsanto
21 and by those other applicants such as Sagenta and
22 other companies in order to secure approval are
23 proprietary, they are owned by them, and it's
24 largely to keep other people from just copying
25 their data and getting approval.

Page 163

1        What the Grime's study did was go and
2 reach out to all those people and get them to
3 agree to release their data tables, their charts,
4 the important parts of those studies, and those
5 were attached as a supplement at the back of the
6 Grime's study. And everyone has said, all the
7 experts have said that's very valuable
8 information, they have relied on it.
9        Dr. Portier relied on it, and
10 Dr. Portier has found a bunch of tumors that
11 aren't in the supplements because Dr. Portier has
12 found a bunch of tumors that nobody has seen.
13 He's found a bunch of tumors that aren't in the
14 data in the first place, not that were
15 misrepresented in Grime in any way.
16        Dr. Portier doesn't say that the
17 tables are falsified, the charts are falsified,
18 the data was removed from the charts, that they
19 were misstated in the Grime paper to which the
20 supplemental papers were attached. There is no
21 allegation of any falsity in any of the allegedly
22 ghost written materials.
23        And Dr. Portier's finding additional
24 tumors is going to be something we impeach him
25 about, not something that I impeaches Grime,

Page 164

1 Your Honor.
2        THE COURT: Okay, thank you.
3        So Plaintiffs allege that there were
4 various ghost written articles by Monsanto that
5 the Plaintiff is going to prove, but I agree with
6 the reasoning in Judge Karnow's order that -- I am
7 not going to prohibit the Plaintiff from
8 presenting that evidence and arguing to the jury
9 that Monsanto was ghost writing articles in order
10 to prevail with regard to the EPA's assessment of
11 glyphosate.
12        I think that now is a good time to
13 break for the lunch recess, so I would ask that
14 over the lunch recess that you please meet and
15 confer on the issues that we touched on this
16 morning that you need to meet and confer about so
17 we can finalize the motions.
18        And then also, now that you have some
19 of these rulings, I would expect, Mr. Wisner, that
20 you are going to be able to get a better handle on
21 your witness list. You said you needed some of
22 these rulings for your witness list evaluation?
23        MR. WISNER: Yes, Your Honor.
24        THE COURT: That you can finalize that
25 as well.

Page 165

1        And then we'll back today at 1:30.
2 Hopefully we can get through the rest of these
3 motions, but even if we don't finish all of these
4 motions, is there any reason that we can't begin
5 with jury selection tomorrow?
6        MR. DICKENS: I don't think so,
7 Your Honor. From our position, we can begin jury
8 selection.
9        MR. LOMBARDI: No, Your Honor.
10        THE COURT: Okay. What I'll do is,
11 then I'll ask the clerk then to call in a panel
12 for jury selection tomorrow morning, so we will
13 begin jury selection tomorrow morning at 9:30 and
14 that will be in the megacourtroom which is on the
15 sixth floor, it's the joint courtroom, 602-604,
16 but I will see you all this afternoon at 1:30.
17 Thank you.
18        (Recess from 12:07 p.m. - 1:35 p.m.)
19        THE COURT: Welcome back everyone. So
20 we now have 125 jurors for tomorrow morning
21 upstairs in 602-604 and before we return to the
22 motions, have you finalized your proposed juror
23 questionnaire?
24        MR. LOMBARDI: Yes, Your Honor.
25        MR. DICKSON: Yes, Your Honor.

Page 166

21 (Pages 163 - 166)

1    THE COURT:  So you are all in
2 agreement on the one?
3    MR. DICKSON:  That's correct, Your
4 Honor.
5    THE COURT:  All right.  I would ask
6 that you please make arrangements to bring in
7 enough copies for all of the jurors, and as I
8 explained at the outset, first I will welcome
9 them, and I will ask you to give your
10 mini-openings.
11    Who will be giving the mini-opening
12 for Plaintiff?
13    MR. DICKSON:  I will be.
14    THE COURT:  And for the Defendant?
15    MS. EDWARDS:  I will, Your Honor.
16    THE COURT:  Then each of you should
17 prepare a three mini-opening to the entire panel.
18    After you give your mini-openings,
19 I'll explain the hardship procedure and hand out
20 the hardship forms to everyone, and I will be
21 ruling on those in chambers right away so people
22 that do not request a hardship form will be asked
23 to fill out a questionnaire right away, and those
24 that do will wait until I decide if I'm granting
25 it or not.  If it's denied, then they fill out the

1 questionnaire.
2    So by the end of the morning we will
3 have all of the time qualified jurors and you
4 should make arrangements amongst yourselves to
5 copy all of those questionnaires, a full set for
6 each side, and then return the originals here to
7 the Court.
8    I will also give you the lists of the
9 jurors in random order, which is to say the order
10 in which they are going to be seated, and I would
11 ask that you please put all of the questionnaires
12 in the random order and return them to the Court
13 in random order.  That's helpful.
14    Okay.  So then we'll not be in session
15 on Friday and so I will instruct the jurors to
16 come back on Monday morning, and although I would
17 like all of you to be here at 9:30 so we can start
18 at 9:30, I'm going to tell the jurors to come back
19 at 10:00, because I will ask you to meet and
20 confer on the questionnaires, and if there are any
21 jurors that you are both in agreement should be
22 excused based on their answers to the
23 questionnaire, then we will take care of that
24 right away and excuse those jurors.
25    Now, as always happens, there are some

1 jurors that one side believes should be excused
2 based on the questionnaire and the other side
3 disagrees, and I'm not going to hear argument on
4 those jurors for the following reasons.
5    I want to give everyone the
6 opportunity to rehabilitate if they feel they can
7 do so.
8    At the end of that questioning, if you
9 still feel you have a challenge for cause as to
10 that juror then I'll hear argument at that time
11 and you can refer to the questionnaire or what the
12 juror said in the questionnaire but you also have
13 to put it in the context of whatever the juror
14 said in the courtroom.
15    MR. DICKSON:  Understood.  Thank you,
16 Your Honor.
17    MR. LOMBARDI:  Would it be helpful if
18 we brought pens for the jurors and the
19 questionnaires tomorrow?
20    THE COURT:  We have enough pens, I
21 think.  I think we still have -- would it be
22 helpful if they brought more?
23    THE CLERK:  Yes.
24    THE COURT:  I guess I'm wrong.  The
25 budget is affecting us in every way you can

1 imagine.  We were fighting over the Evidence Code.
2    MR. LOMBARDI:  I understood what you
3 said about the questionnaires and getting them
4 back to you in order of the random list.
5    Will we be given the random list
6 around noon tomorrow and do you want all the
7 questionnaires Thursday afternoon or Monday
8 morning, or do you have any preference on that?
9    THE COURT:  You can return the
10 questionnaires to me at the end of Thursday.
11 That's fine.  I'm not in a rush to get them back,
12 or return them on Friday.
13    I know copy services have different
14 schedules.  It depends on how long it takes the
15 jurors to fill the questionnaires.
16    The jury office then generates the new
17 random list and that office closes also for lunch
18 so unless the jurors are done early enough for the
19 jury office to do that before the lunch hour, you
20 won't get the random list until the afternoon.
21    MR. LOMBARDI:  I just want to make
22 sure we get the questionnaires in order before we
23 give them to you and if for some reason they come
24 late could we send it over on Friday?  The
25 courthouse will be --

22 (Pages 167 - 170)

1       THE COURT:  Yes, the courthouse will
2   be open.
3       MR. LOMBARDI:  Understood, and on the
4   hardship, assuming there will be jurors who fill
5   out a form saying they have a hardship and Your
6   Honor denies them, are those forms available to us
7   or what happens to the forms of the jurors who we
8   will be questioning on voir dire who sought
9   hardship?
10      THE WITNESS:  I'm happy to allow you
11  to copy those forms if you would like them.  Would
12  you like them?
13      MR. LOMBARDI:  We would like to do
14  that, Your Honor, yes.
15      THE COURT:  Okay.  So for anybody who
16  submits a hardship request and I deny it I will
17  ask the clerk to provide those forms to you with
18  the questionnaires so you can copy them with the
19  questionnaires and attach them to the
20  questionnaires when you return them.
21      What I would like to say, once I've
22  ruled on a hardship request, you should not
23  re-visit the hardship request with the juror.
24      MR. LOMBARDI:  Understood.
25      THE COURT:  And I'm particularly

1   disinclined to grant hardship requests that are
2   submitted by lawyers on the basis that they have
3   work conflicts, just so you know.  Okay.  Any more
4   questions about that.
5       MR. LOMBARDI:  None for us, Your
6   Honor.
7       MR. WISNER:  One quick question, for
8   the random list, that's the list -- the randomly
9   generated but how they will actually go in the box
10  and subsequently in line.
11      THE COURT:  Correct.  The first 20 on
12  the list will be the 20 on the box that we start
13  with and then we call them based on the list.
14      MR. WISNER:  All right.  Fine.  Thank
15  you.
16      THE COURT:  Returning to the motions
17  in limine, I believe the next on the list was
18  Defense motion in limine Number 22.
19      MR. LOMBARDI:  Correct, Your Honor.
20      THE COURT:  So Number 22 is
21  Defendant's motion to exclude evidence, argument
22  or reference to endocrine destruction, birth
23  defects or effects on gut bacteria.
24      So my question to Plaintiffs, first,
25  is what is the relevance of any effect that

1   glyphosate exposure might have on those issues.
2       MR. ESFANDIARY:  Your Honor, it will
3   be relevant as far as Defendants raise any
4   evidence that glyphosate has beneficial impact on
5   the world, the environment, human health, the
6   economy.
7       They have an expert, Dr. Al-Khatib,
8   who's going to testify that Roundup effectively
9   kills weeds but has ostensible benefits for
10  children on school grounds, the economy, food
11  production.
12      Insofar as Monsanto proffers that
13  evidence, we should be able to rebut with contrary
14  evidence, which we have in spades, that Roundup
15  actually adversely affects human health not only
16  with cancer but gut microbiomes, which leads to a
17  whole host of other illnesses, been linked to
18  birth defects, and endocrine disruption, so it
19  will be rebuttal evidence strictly.
20      THE COURT:  It will be rebuttal
21  evidence?
22      MR. ESFANDIARY:  Yes.
23      MR. HILMERT:  We are not presenting
24  any evidence on birth defects or endocrine
25  disruption on Wednesday that glyphosate may or may

1   not have directed to bacteria.
2       Any of the three issues that we raised
3   in our motion, we are not planning on presenting
4   evidence directed to those issues.
5       I think Counsel's argument is we're
6   going to present evidence directed to issues like
7   glyphosate is a useful herbicide, it kills plants,
8   can be used around schools, things like that.
9   That evidence doesn't open the door that Counsel
10  is trying to open.  That evidence is quite
11  discrete in what Dr. Al-Khatib is going to talk
12  about.
13      Dr. Al-Khatib is not going to be able
14  to talk about allegations which, by the way, are
15  completely base less that glyphosate supposedly
16  causes birth defects.  He has no expertise in that
17  so if you are planning on introducing this in
18  rebuttal it would be presumably through
19  Dr. Al-Khatib's cross examination.
20      They didn't take his deposition.  He
21  didn't rely on, in forming his opinions, anything
22  that relates to birth defects, so I'm not
23  understanding how it could possibly be used as
24  rebuttal, and the door that we open has nothing to
25  do with the door that they are trying to open.

1       MR. ESTANDIARY:  Let me give you an
2  example, Your Honor.
3       Dr. Al-Khatib in his report says that
4  glyphosate's successful elimination of weeds has
5  led to the decrease in the number of allergies
6  that kids in school have.
7       Our expert, Dr. Sawyer, talks about in
8  his report there is evidence to recent studies
9  showing Roundup's adverse effects on the human gut
10  microbiome can lead to diseases such as various
11  allergies that Dr. Al-Khatib reckons has been
12  reviewed as a result of Roundup's use on
13  playgrounds.
14       That's direct rebuttal evidence, Your
15  Honor.  If they are going to open the door to the
16  health benefits of Roundup to school children or
17  food production, for example, another way that
18  Roundup can enter human bodies is through the food
19  supply, and people ingesting Roundup received
20  adverse effects on the gut microbiomes by Roundup.
21       If they are going to argue that
22  Roundup has a beneficial effect on food
23  production, we're going to say ingesting food
24  which has Roundup in it adversely affects the gut
25  microbiomes.

Page 175

1  endocrine disruption programs were testing to,
2  Monsanto employees raised concern with this and
3  said in emails that they have weaknesses in
4  the endocrine disruption area and they were trying to
5  come up with ways to circumvent the regulatory
6  programs that were implemented to test glyphosate
7  for endocrine disruption.
8       As far as those emails discuss
9  endocrine disruption, Plaintiff's might be able to
10  refer to that evidence to show that Monsanto was
11  avoiding its obligations to properly test the
12  product and comply with regulatory safeguards to
13  do with endocrine disruption, and that's already
14  been admitted by Judge Karnow, that evidence.
15       THE COURT:  Which witness does this
16  evidence come in through?
17       MR. ESFANDIARY:  I believe it's the
18  company witnesses.
19       There is Dr. Heydens, who testifies to
20  documents regarding endocrine disruption, and we
21  have our expert, Dr. Benbrook who provides
22  testimony based upon those documents.
23       THE COURT:  Mr. Heyden, a former
24  Monsanto employee who testifies about the
25  endocrine disruption, what is the context in which

Page 177

1       Dr. Sawyer has that in his report and
2  there is cutting edge sciences recently released
3  which reaches that conclusions.
4       We should be able to rebut
5  Dr. Al-Khatib's evidence with our expert.
6       THE COURT:  I'm not certain yet and I
7  won't be certain until after Monsanto's witnesses
8  testify whether or not in fact any of this
9  evidence that you are proposing to introduce is
10  really going to be rebuttal evidence.
11       What I propose to do is the following.
12  I'll say now that any evidence or argument related
13  to endocrine disruption, birth defects and effects
14  on gut microbiomes will be excluded unless
15  Monsanto opens the door somehow on these topics to
16  your rebuttal evidence.
17       Then if you have rebuttal that goes to
18  any of these topics specifically, then you should
19  approach, we can discuss it or discuss it at a
20  break, and then I may allow you to raise it.
21       MR. ESFANDIARY:  May I raise one more
22  specific issue?
23       With respect to endocrine disruption
24  Your Honor we have evidence through internal
25  Monsanto emails that EPA and various regulatory

Page 176

1  he testifies?
2       MR. ESFANDIARY:  It's in context of
3  females between various Monsanto employees talking
4  about the regulatory analysis of glyphosate as it
5  pertains to endocrine disruption, and within
6  Monsanto there were concerns about how much these
7  regulatory investigations will affect Roundup's
8  registration around the world and in the U.S.
9       We're going to provide evidence to
10  show that Monsanto was trying to avoid a full
11  comprehensive endocrine disruption analysis on
12  glyphosate, Roundup, and that fits directly into
13  the failure to properly test this product because
14  they were more concerned about the registration
15  and the bottom line of the product than the safety
16  of people like Mr. Johnson.
17       THE COURT:  Judge Karnow has reviewed
18  this testimony?
19       MR. ESFANDIARY:  That's right, Your
20  Honor.  Yes.
21       THE COURT:  Do you wish to respond?
22       MR. HILMERT:  As I understand it, Your
23  Honor, Counsel is referring to the 130 documents
24  that were subject to further discussion I think
25  today or before trial about which ones we're

Page 178

24 (Pages 175 - 178)

1 objecting to and Judge Karnow actually ruled on
2 the testimony but not the exhibits.
3      So I think that's something we can
4 take up later on, but my over arching point in
5 rebuttal to this, it sounds to me like they are
6 not actually arguing that we're opening the door.
7 It sounds like now they are making a different
8 argument that they want to present affirmative
9 testimony on this issue and there is no relevance
10 to any issue about endocrine disruption in this
11 case.
12      Actually, Judge Karnow ruled in his
13 prior motion in limine that reference to, for
14 example, breast milk being presented was excluded
15 because there was no allegation that the Plaintiff
16 suffered any harm through that route.
17      There is no allegation in this case
18 that Plaintiff has suffered harm through birth
19 defects or endocrine disruption or disable ment of
20 his gut microbiomes, simply not part of the
21 allegations.
22      It sounds like now we have a different
23 argument that they are raising that they get to
24 present affirmative testimony on things that are
25 patently irrelevant to the claims in this case, so

Page 179

1 hearing on the deposition designations is I'm not
2 ruling on any of the evidence -- I'll show you a
3 quote a little later -- I'm not ruling on any of
4 the evidence. If evidence is out, then the
5 associated testimony is out. I'm focused on your
6 objections to the form of the testimony.
7      So it's still very much up in the air
8 whether the testimony comes in. If the documents
9 are out the testimony should be out as well and
10 we'll get to that.
11      MR. LITZENBURG:  There is plenty of
12 orders and transcripts on that, Your Honor.
13      MR. WISNER:  Just to be clear, Your
14 Honor, we're all being very transparent here.
15      We offered all 130 of them the other
16 day and said tell us which ones you have a problem
17 with and they identified those ones that were a
18 problem.
19      So the ones that we're talking about
20 here, they didn't object to yesterday, so they are
21 now back to an objection under a motion in limine,
22 so I just want to be clear we're all on the same
23 page.
24      I'm pretty sure Judge Karnow admitted
25 the testimony and they didn't object to the

Page 181

1 I don't think they should come in for that reason.
2      I'm amenable to your prior suggestion,
3 Your Honor, to wait and see if there is any
4 possibility that we could open a door but I don't
5 think it comes in.
6      THE COURT:  As I said earlier, I'm
7 excluding any reference or argument to the
8 endocrine disruption, the birth defects or the
9 effects on gut microbiomes.
10      I'll need to look at whatever
11 testimony by the Monsanto employee that Judge
12 Karnow reviewed and has already approved, that
13 testimony, I need to see the context in it, but I
14 imagine that that testimony is probably fine.
15      It sounds like there may be some
16 dispute about whatever exhibits are attached to
17 that testimony, so we'll discuss the exhibits
18 related to that testimony when we talk about all
19 of them.
20      So for now, these topics are off
21 limits unless the Defendants open the door to
22 rebuttal.
23      MR. ESFANDIARY:  Thank you.
24      MR. GRIFFIS:  It's come up a few times
25 Your Honor, what Judge Karnow ruled at that

Page 180

1 documents, so my understanding, it should be in at
2 this point unless there is something I'm not aware
3 of.
4      MR. GRIFFIS:  In the email I sent I
5 also said we have not attempted to identify below
6 all documents -- "We have not attempted to
7 identify below all documents affected by pending
8 MIOs," and I gave an example, "and the objections
9 below don't reflect the impact of MIO rulings on
10 the testimony or documents." That's still very
11 much up in the air.
12      I didn't want to list a whole bunch of
13 documents or take the additional time to go
14 through and look for every document that might be
15 affected.
16      Again, we focused on our pure
17 evidentiary objection, and that's what the 16 that
18 we still have up in the air, Your Honor.
19      THE COURT:  It sounds like we'll have
20 to have a separate discussion about those 130.
21      Motion In Limine Number 3 is
22 Defendant's motion to exclude evidence, argument
23 and reference to lobbying activity and generation
24 of support for registration of glyphosate.
25      My tentative on this motion is to deny

Page 182

25 (Pages 179 - 182)

1 it because I think that some of these things may
2 be relevant to the issue of notice and knowledge
3 and state of mind. So with that, Mr. Hilmert?
4     MR. HILMERT: Yes, Your Honor, and I
5 recognize that it's possible some evidence
6 relating to lobbying could be relevant for other
7 purposes.
8     I think what we're most concerned
9 about in this motion is preventing there being an
10 argument that acts of lobbying or certain actions
11 of lobbying which are protected under the First
12 Amendment somehow make Monsanto a bad actor.
13     So in the response brief we received
14 from Plaintiffs there was an argument that it's
15 relevant to punitive damages.
16     Clearly you can't punish Monsanto for
17 engaging in First Amendment activity by awarding
18 punitive damages. That's just outright prejudice
19 to Monsanto for engaging in First Amendment
20 activities.
21     So to the extent Plaintiffs are trying
22 to argue Monsanto is a bad actor for lobbying, and
23 there is some evidence they are trying to do that
24 based on the report of Dr. Benbrook, who makes
25 such statements in his report, that's really what
Page 183

1     However, based on what Counsel has
2 said, there is really no objection that it is
3 indeed relevant in certain circumstances.
4     The motion certainly should be denied.
5 If Defendant believes that somehow an argument is
6 going too far, you know, it's their job to object
7 to it at trial, but I don't see how the fact that
8 punitive damages or any reprehensibility that
9 somehow an argument that they are lobbying, that
10 they are providing information that may not be
11 true, is somehow out as evidence simply because
12 they disagree with it.
13     THE COURT: Okay. So I think I don't
14 need to say anything further on this.
15     Plaintiff may discuss Defendant's
16 lobbying activities.
17     There is certainly nothing illegal or
18 immoral about Defendant lobbying on any number of
19 different topics including the one at issue here,
20 and if the evidence warrants some sort of a
21 limiting instruction, I'll consider that before we
22 instruct the jury.
23     Okay. Motion Number 24 is Defendant's
24 motion to exclude reference to a magic tumor, and
25 so in the opposition Plaintiffs agree that
Page 185

1 we're most concerned about.
2     I recognize that back and forth again
3 the EPA and Monsanto about various issues may very
4 well be relevant to other things if it's presented
5 in a neutral manner.
6     If it's not presented in a neutral
7 manner we may come to the Court and ask for an
8 instruction that makes clear that Monsanto's
9 lobbying activities are protected by the First
10 Amendment and can't be the subject of liability.
11 It just depends on how it would come in.
12     THE COURT: Response?
13     MR. DICKSON: Your Honor, that's not
14 what their motion was about. That's what they've
15 changed it to at this point in time.
16     Counsel's argument with respect to
17 lobbying, he's admitted it could be and likely is
18 in a lot of instances relevant.
19     They pointed to no evidence, no
20 argument that we have ever made with respect to
21 lobbying that they are now trying to exclude.
22 Lobbying and generation of support for glyphosate
23 is directly on point in this particular case, Your
24 Honor, and I can point out examples. We pointed
25 them out here in our actual brief.
Page 184

1 Dr. Benbrook will not use the term "magic tumor"
2 when he is discussing the 1983 biodynamics mouse
3 study. Does that make this motion moot?
4     MR. LOMBARDI: I think it does, Your
5 Honor. We do reference in the response something
6 I just want to put a pin in for Your Honor.
7     It's clear that Your Honor is very
8 familiar with Judge Karnow's rulings, one of which
9 was on Sargon and one in Sargon relates
10 specifically to Dr. Benbrook.
11     There were some very serious
12 restrictions put on his testimony and so while we
13 think this renders it moot I just want to make
14 clear we are not conceding anything about
15 Dr. Benbrook's testimony which we think is
16 governed by the Sargon ruling.
17     THE COURT: Okay. The next motion I
18 believe is Number 24.
19     MR. WISNER: I think that was 24.
20     THE COURT: I'm sorry. Number 25,
21 Defendant's motion to exclude evidence, argument
22 or reference to other litigation.
23     There is a reference in your papers to
24 4000 cases have been filed regarding glyphosate
25 against Monsanto and Judge Karnow excluded all of
Page 186

26 (Pages 183 - 186)

1 those with the exception I think of approximately
2 seven that were filed before Mr. Johnson's last
3 exposure on the basis that those could be
4 referenced with regard to the issue of notice. I
5 would agree with his analysis on that.
6        I am happy to consider a limiting
7 instruction to advise the jury that these six or
8 seven cases, however many there are, evidence of
9 these cases or filings is being admitted only for
10 the purpose of notice and that they should not
11 assume that because there have been seven other
12 cases filed that there is anything true or
13 established about any of the allegations being
14 made by the Plaintiffs in those cases.
15        MR. LOMBARDI:  Your Honor, if we get
16 to that point we certainly would want a limiting
17 instruction on that.
18        Judge Karnow specifically indicated
19 that his ruling didn't reach the issue of whether
20 there was foundation to admit these lawsuits into
21 evidence, and one of the bases for our request for
22 reconsideration is that there is no basis, there
23 is no expert witness who testifies about these
24 lawsuits.
25        It wasn't a subject in questioning of

Page 187

1 depositions of Monsanto witnesses.
2        There is no basis for these to come
3 in, no foundational basis for these to come into
4 evidence which is a different grounds than that
5 which Judge Karnow was considering.
6        That's the fundamental basis for our
7 reconsideration motion.
8        THE COURT:  Okay.  How do you propose
9 to introduce into evidence these six or seven
10 other lawsuits?
11        MR. LITZENBURG:  I believe that we
12 can do it through the appropriate Monsanto
13 witnesses, Your Honor.
14        I believe that we can do it through
15 our liability experts.  I believe we can certainly
16 do it through cross examination of their experts
17 as well.
18        Mr. Lombardi I think was candid with
19 the Court in saying this is their third -- he said
20 it was a motion for reconsideration and perhaps
21 their third today has been ruled on several times.
22        Judge Karnow gave a tremendous amount
23 of respect to and deference to the Trial Court and
24 specifically did so in some of his rulings and in
25 transcripts, some of which he reserves to the

Page 188

1 Trial Court, some of which he said is denied
2 without prejudice.
3        This is not one of them.  This is one
4 where there was a tentative ruling, formal
5 argument, and a final ruling.
6        He had very well reasoned a succinct
7 opinion which I think Your Honor already stated
8 you are aware of.  There is nothing about a lack
9 of foundation or any concerns about the evidence
10 coming in.
11        Judge Karnow ruled that these
12 complaints would be treated as notice to Monsanto
13 of the alleged connection between glyphosate and
14 the injury at issue in this case.
15        Monsanto made the arguments they are
16 making today.  Judge Karnow said this shouldn't
17 block Plaintiffs from also introducing the facts
18 of the six or seven cases.
19        I believe there may be more than
20 seven, but we're seeking simply to introduce the
21 fact that they had been sued by applicators of
22 Roundup and other glyphosate based formulations in
23 the past for these injuries, Non-Hodgkin's
24 lymphoma, cancers, and I am happy to go on if the
25 Court likes with more substantive topics.

Page 189

1        THE COURT:  All right.  As I said at
2 the outset, you may introduce evidence of these
3 lawsuits on the topic of notice, but you do need
4 to have a witness who can lay a foundation for
5 that evidence or testimony, and I will leave it up
6 to you to see how you do that.
7        MR. WISNER:  Your Honor, I just want
8 to flag something for the Court's attention.
9        Obviously, you can't rule in a
10 vaccuum, but about these other 4000 other cases,
11 as of right now the door is not opened, but very
12 well could get opened in a number of ways.
13        Primarily, when it comes to financial
14 remuneration for our experts, a lot of experts
15 called on behalf of the Plaintiffs are actually
16 experts in 4000 other cases and the amount of
17 money that they have been paid to conduct their
18 analysis, prepare their reports, is spread across
19 thousands of cases.
20        If opposing Counsel cross-examined our
21 witnesses and says, Dr. Portier, you have been
22 paid X amount of dollars for your report in this
23 case, he has every right to say, let me tell you
24 what that's for, it wasn't just for this case, it
25 was for thousands of cases pending around the

Page 190

27 (Pages 187 - 190)

Veritext Legal Solutions
866 299-5127

1 United States.
2      Although that hasn't happened yet, I
3 just want to flag the Court's attention, they may
4 very well open up that door and I think you should
5 be aware of that moving forward.
6      THE COURT: Mr. Lombardi?
7      MR. LOMBARDI: That's the problem with
8 this whole thing, Your Honor. Of the 4000 cases,
9 these lawyers have filed most of them, so now
10 we're in this circular situation where they have
11 not had an adjudicated case.
12      All we have is their unproven
13 complaints, and so now they say that all 4000
14 should come into evidence because we might
15 question their lawyers on how they are remunerated
16 and they hired all these lawyers.
17      So it's this circular thing where they
18 haven't proved anything and they are referring to
19 lawsuits that they have generated as a way of
20 substantiating a lawsuit here. None of it has to
21 do with whether Mr. Johnson's cancer was caused by
22 Ranger Pro, none of it.
23      So this whole idea that we could open
24 the door by asking a question of an expert to let
25 them get in the fact that they filed 4000 plus

Page 191

1 lawsuits against Monsanto, which by the way,
2 proves absolutely zero, zero, about Mr. Johnson,
3 nothing. It proves that they have made
4 allegations, that's it, is what the real problem
5 is with all of this.
6      I just want to make sure -- I think
7 Your Honor does know this. Counsel got up and
8 read from a portion of the motion in limine saying
9 that I made something up about the foundation.
10      Here's what Judge Karnow said.
11 "Rulings on motions in limine are by definition
12 not binding and subject to reconsideration at
13 trial."
14      This is especially true when, as is
15 the case for some of the motions below, there is
16 no apparent foundation for the contested evidence.
17      Counsel spoke and made general
18 statements about how he may get this in. He
19 hasn't provided any specifics.
20      So I would ask Your Honor, I think
21 Your Honor indicated you will consider whether
22 they have foundation at the time but until such
23 time as they lay a foundation with a witness, they
24 should not be referencing other lawsuits. That
25 would be my request.

Page 192

1      MR. WISNER: Your Honor, first things
2 first.
3      When it comes to foundation, we do
4 that in trial. I am not going to provide my
5 entire direct examination and the exact questions
6 I'm going to ask witness, and if there is a
7 problem with evidentiary we can -- the language he
8 cited from Judge Karnow's ruling is common sense,
9 commonly done in any trial.
10      The second issue, Your Honor, I am not
11 asking them to bring up how much money these
12 experts have made working on this litigation.
13 They are the ones who want to offer that evidence
14 and if they go there, there are strings attached
15 to that just like there is any piece of evidence
16 that the Defendants choose to enter.
17      To say, ladies and gentlemen, this
18 person got paid a couple $100,000.00 for his
19 testimony in this case is just a lie. It's false.
20      Most of the work that Dr. Portier, for
21 example, did, barely any of it was in this case.
22      So if we're going to play that game we
23 have to be honest on both sides.
24      Dr. Portier has a right to say the
25 money I got paid, most of it was testifying in a

Page 193

1 different litigation in Federal Court, preparing
2 for a comprehension examination by this person and
3 this deposition that you are showing me is not
4 even from this case, it's from another case in a
5 different court, and that's going to come in by
6 virtue of them trying to go down that road.
7      They don't have to. They can just
8 challenge him on his opinions and the basis of
9 them. We're okay with that.
10      I'm just flagging that they have the
11 opportunity to avoid to this pitfall, and I guess
12 we can see how it comes in at trial, Your Honor.
13      MR. LOMBARDI: I think the suggestion
14 seems to be that they will get to cross on
15 compensation of our experts but if we want to
16 cross on theirs we have to talk about 4000 cases.
17 Inherently unfair, Your Honor.
18      THE COURT: All right. I don't want
19 any reference to the 4000 cases that are not
20 relevant to the issues or to this lawsuit or the
21 allegations that have to be proven in this
22 lawsuit.
23      You can introduce into evidence the
24 limited number of cases that you can argue show
25 notice to Monsanto, but you have to lay a

Page 194

28 (Pages 191 - 194)

1 foundation for that evidence, and I don't know how
2 or if you are going to be able to do that, but if
3 there is an issue we will address it at that time.
4        With regard to the 4000 other cases,
5 just please advise your witnesses of the rulings
6 that I have made on these motions in limine, and
7 specifically on this motion with regard to the
8 testimony of your experts so that they know they
9 are not permitted to volunteer or discuss the 4000
10 other cases that they may be working on for you.
11        I don't know, but in any event I don't
12 want any of that information to be discussed in
13 front of the jury.
14        MR. WISNER:  Fair enough, Your Honor.
15 I just want to be clear.
16        They can attack our experts for the
17 amount of money they have made but they can't say
18 the basis for that money.  That's what I
19 understand this ruling is saying and how is that
20 fair?
21        THE COURT:  It depends on how the
22 question is phrased.
23        The witness may answer the question
24 and needs to know that I've excluded reference to
25 4000 cases, but if a Defense lawyer asks the

Page 195

1 witness how much money are you being paid for this
2 case as opposed to how much money are you being
3 paid generally by Plaintiff's Counsel, those are
4 different questions.
5        MR. WISNER:  Fair enough, Your Honor.
6 Thank you.
7        THE COURT:  The next one is motion in
8 limine Number 26, to exclude evidence or argument
9 alleging that Monsanto deceived the EPA, so some
10 of the -- initially Monsanto makes an argument
11 that what Monsanto may or may not have told the
12 EPA, that that claim is somehow pre-empted by
13 federal law, and that I don't agree with.
14        Some of this correspondence between
15 Monsanto and the EPA and what they may or may not
16 have disclosed or may have withheld might be
17 relevant on the issue of Monsanto's knowledge and
18 notice regarding the adverse effects of
19 glyphosate, so my tentative is to deny this one.
20        MR. HILMERT:  I'm going to argue it
21 anyway because I think that Buchman and I think
22 the Ninth Circuit in Nathan Kimball do support our
23 position on the law.
24        There is no claim that can be made
25 according to state law that Monsanto deceived or

Page 196

1 misled the EPA.
2        It's pre-empted under both those cases
3 and we don't have a claim that Monsanto deceived
4 the EPA formally pled in the case and we don't
5 have that because they can't do it under federal
6 law, and so they have no claim under federal law
7 that Monsanto deceived the EPA and without a claim
8 they nevertheless want to make the claim that
9 Monsanto defrauded and deceived the EPA.
10        THE COURT:  I think really what this
11 motion is about -- because I believe their
12 evidence on that point is intended to show that
13 Monsanto had knowledge or had notice about the
14 adverse effects of glyphosate.
15        MR. HILMERT:  Well, I think they are
16 going beyond that, Your Honor.
17        They are making the affirmative claim
18 that here is an EPA regulation they have quoted in
19 their response brief and Monsanto had an
20 obligation to disclose to the EPA two studies
21 under that regulation and Monsanto didn't do it
22 and by the way, Monsanto defrauded the EPA by not
23 doing that.
24        That is the allegation that they have
25 outlined in their brief and that's the allegation

Page 197

1 that we think they are going to argue in this case
2 and that allegation is precisely the same
3 allegation that Buchman says you can't make as a
4 matter of federal preemption.
5        So I don't rule out the possibility
6 that the underlying study -- for example, there's
7 two studies that say Monsanto fraudulently
8 withheld allegedly, there's two studies.
9        I'm not ruling out the possibility
10 that the studies come in as evidence but what
11 shouldn't be made is an allegation that Monsanto
12 misled the EPA based on EPA rules and regulations
13 by not giving those studies because that is
14 precisely what the Supreme Court held with respect
15 to the fraud on Buchman and precisely what the
16 Ninth Circuit held with respect to fraud in the
17 Kimball case.
18        This case actually implicates some of
19 the very same concerns the Courts articulated in
20 both Buchman and the Nathan Kimball, and the
21 concern was if all of a sudden you're going to be
22 making state law allegations that Monsanto or any
23 Defendant for that matter should have disclosed or
24 defrauded a federal regulatory agency, now you
25 have the state law interference with the process

Page 198

29 (Pages 195 - 198)

1 of registration, and in particular you have a
2 federal regulation that the EPA has the ability to
3 enforce and the EPA can -- you know, if the EPA
4 has a problem with Monsanto's disclosures, they
5 have the ability to enforce it.
6      A situation where state law says
7 Monsanto, you are liable for not giving the EPA
8 this document, all of a sudden, now Monsanto or
9 any other Defendant, for that matter, is going to
10 start to deluge information on the EPA.
11      That's the reason for the preemption
12 and that is exactly what this case would result in
13 if they are allowed to make this allegation.
14      The allegation is Monsanto didn't give
15 two pieces of information to the EPA under EPA's
16 regulations and it was fraud, and that is -- if we
17 had a state law obligation to do that, then all of
18 a sudden, Monsanto is going to have to start
19 deluging the EPA with information that the EPA
20 doesn't want.  That's exactly the issue in Nathan
21 Kimball.
22      So I don't rule out the possibility
23 that the underlying studies, Your Honor, could be
24 independently relevant as a scientific matter, but
25 what is pre-empted and what somehow comes in is

Page 199

1 the EPA in this case is directly relevant,
2 especially when they will come in and say the
3 basis of their argument is that the EPA for
4 however many years they are allowed to say that
5 they have approved this product and considered it
6 safe, and if they did not disclose information we
7 are allowed to bring that in to show notice, state
8 of mind and intent.  That's all I have, Your
9 Honor.
10      THE COURT:  All right.  So Defendant's
11 Number 26 is denied.
12      I believe the only remaining motion
13 that we need to address before openings is Number
14 27 relating to Proposition 65, and I would rather
15 discuss that after we finish with the jury.
16 Tomorrow we will have time to do that.
17      MR. LOMBARDI:  Your Honor, I assume
18 that means there should be no reference by anybody
19 to Prop 65 in the mini-openings tomorrow.
20      THE COURT:  Yes.  No references to
21 Prop 65 in your three minute mini-opening
22 tomorrow.  I don't imagine you're going to have
23 time for that anyway.
24      MR. WISNER:  Are they allowed to
25 references the EPA?  I don't want to be rude, but

Page 201

1 the use of those studies to make a fraud
2 allegation based on EPA regulations, that is not
3 an element of any part of their proof in this
4 case.
5      MR. DICKSON:  Thank you, Your Honor.
6 Counsel's argument is somehow morphed into a
7 motion for reconsideration again.
8      Judge Karnow has already considered a
9 Buchman preemption argument, and he denied that.
10 He said that Defendant has not come forth with any
11 evidence to say that under Buchman there would be
12 federal preemption in a case involving a
13 pesticide.
14      They don't have any other type of
15 evidence.  It's only argument.
16      Buchman does not stand for the
17 principle that we can't make arguments with
18 respect to whether or not information was
19 disclosed to the FDA or not.
20      Buchman only deals with whether or not
21 we have a claim or cause of action that is
22 premised on a fraud on the FDA.
23      Counsel started off his argument by
24 admitting we do not have that claim, and so the
25 evidence that they failed to give information to

Page 200

1 that's a little bit of, you know, good for the
2 goose, good for the gander.
3      EPA approved this for 40 years and in
4 the opening we can't say that the State of
5 California that's paying for this courtroom has
6 determined it causes cancer?
7      It seems like we don't have a level
8 playing ground here.
9      THE COURT:  Do you intend to make any
10 reference to the EPA in your mini-opening
11 tomorrow?
12      MS. EDWARDS:  Yes, Your Honor.
13      THE COURT:  All right.  Then let me
14 think about that for just a moment.
15      I want to go back to a couple of
16 things that we discussed earlier today that you
17 were going to meet and confer about with regard to
18 the motions in limine.
19      Did you have a chance to do that over
20 the break?
21      MR. WISNER:  Yes, Your Honor.  I
22 believe there was a discussion about the
23 impurities issue.
24      I'll let my co-counsel,
25 Mr. Esfandiary, take that.

Page 202

30 (Pages 199 - 202)

1       MR. ESFANDIARY:  So Your Honor asked
2   us to confer with Defense Counsel and go over what
3   our expert said about the impurities.
4       I did exactly that and opposing
5   Counsel says, that's great, we're still going to
6   disagree, so we're going to come back to show
7   where exactly Dr. Sawyer talks about the
8   formulations in the report.
9       We have, I believe, Page 77 of
10  Dr. Sawyer's report.  At the very top there, the
11  first sentence begins with, "Roundup surfactants
12  include 1,4 Dioxane, a probable human carcinogen,
13  as an impurity at .03 percent."
14      Dr. Sawyer proceeds to Paragraph
15  Number 1 there, "Multiple formulations to discuss
16  the importance in the formulations in determining
17  risk assessment."  So he specifically said
18  "formulations."
19      "Formulations are chemical mixtures
20  and must be considered as mixtures in toxicity
21  assessments."  So the notion that we don't have
22  expert testimony on this matter is inaccurate.  We
23  do.
24      And what's important, Your Honor, is
25  that we're talking about the formulated product

Page 203

1   impurity at about 0.03 percent."
2       I acknowledge that sentence is in
3   there, but what is not in there is any allegation
4   that 1,4 Dioxane contributed to Mr. Johnson's
5   cancer.
6       In fact, if you look at the footnote,
7   this was the totality of the discussion of 1,4
8   Dioxane -- by the way, formaldehyde is not in here
9   at all.  As far as I can tell, it's not anywhere,
10  from what Counsel is telling us.
11      They give us this footnote, and I
12  mentioned earlier that if you want to read the
13  footnote, the footnote actually says that the
14  level, the trace level of this chemical doesn't
15  pose a problem.
16      We can pull that up, Your Honor, but
17  the bottom line is there is no allegation in this
18  expert report that this caused, this trace amount
19  caused Mr. Johnson's cancer.
20      There is a generic statement that
21  there is a trace amount of a probable carcinogen.
22      If there was going to actually be an
23  argument for causation, what you would expect to
24  see was a citation to some study that actually
25  established this was a carcinogen that could cause

Page 205

1   that Mr. Johnson was exposed to.
2       We're not going to say that
3   formaldehyde caused Mr. Johnson's cancer in and of
4   itself.  We're saying that formaldehyde is in the
5   formulation our expert is talking about that
6   caused Mr. Johnson's cancer.
7       Our experts should be able to talk
8   about 1,4 Dioxane and formaldehyde insofar as they
9   are part of the Roundup formulation that is at
10  issue here.
11      THE COURT:  Who's responding for
12  Defendants?
13      MR. HILMERT:  Yes, Your Honor.  Just
14  to sort of reset the table on this, the argument
15  was there is no expert opinion from any of his
16  experts that any of these trace chemicals that
17  they are talking about impacted Plaintiff
18  adversely.
19      So what he has pointed out on Page 77
20  was is one sentence, this top sentence, if we can
21  go to that, if I may walk around?
22      MR. WISNER:  Sure.
23      MR. HILMERT:  This is the one sentence
24  I mentioned, "Roundup surfactants include 1,4
25  Dioxane, a probable human carcinogen, as an

Page 204

1   an agel, which is the generic type of cancer
2   involved here, or specifically mycosis fungoides,
3   which is the specific type of cancer, or that it
4   actually caused the Plaintiff's cancer, and what
5   we have is none of that.
6       We have a generic statement and we
7   have a footnote and the footnote actually
8   says -- if I can find the document, this is the
9   paper cited in Footnote 1302, "In a previous
10  review the U.S. Forest Service determined that the
11  amount of exposure to 1,4 Dioxane is
12  toxicologically insignificant."
13      So this is the citation we're given by
14  Plaintiff's experts in support of his position.
15      If you are actually claiming 1,4
16  Dioxane caused cancer in this individual, the
17  Plaintiff, there would be something in this report
18  that says that.
19      THE COURT:  Let me ask Counsel for
20  Plaintiff, which expert is it that's going to
21  testify on the 1,4 Dioxane?
22      MR. ESFANDIARY:  It's going to be
23  Dr. Sawyer.
24      THE COURT:  All right.  Dr. Sawyer?
25      MR. ESFANDIARY:  Yes.

Page 206

31 (Pages 203 - 206)

1        THE COURT:  Is he going to testify
2   that he believes the 1,4 Dioxane itself causes the
3   cancer or that the 1,4 Dioxane in combination with
4   the glyphosate causes the cancer?
5        MR. ESFANDIARY:  It's in combination
6   with the other chemicals in the formulation, and
7   Your Honor, if I may, Counsel's argument is
8   something he should be doing to the jury.
9        If he's challenging the weight of the
10  evidence, risk assessment and causation, that's
11  the argument he should be making to the jury.
12       In fact, we've -- our opinion experts
13  all rely on the IARC monograph which itself
14  identifies NNG as an impurity in the formulation.
15       So insofar as these impurities
16  contribute to the overall carcinogenicity of
17  Roundup, we should discuss them because we are
18  talking about the formulation itself.
19       If Counsel believes there is no
20  evidence for carcinogenicity, he can make that
21  argument to the jury, but experts have talked
22  about that and Monsanto's own toxicologist,
23  Dr. Heydens, through this document that we're
24  going to get in through his deposition, discusses
25  the low level of formaldehyde, carcinogen by

1   inhalation in Roundup.
2        There could be no more of a foundation
3   for this kind of evidence to come in, Your Honor.
4        THE COURT:  With regard to Dr. Hayden,
5   we haven't talked about exhibits to the
6   depositions yet, so I'm not going to rule on that.
7        With regard to Dr. Sawyer, if he has
8   already previously written and testified that he
9   believes the combination of the 1,4 Dioxane with
10  the glyphosate, that that mixture was a
11  substantial factor in Mr. Johnson's cancer, then
12  he may testify to that effect on the stand and he
13  will be cross-examined.
14       Thus far that's the only evidence I've
15  heard, other than this exhibit which is attached
16  to the deposition of a Monsanto employee, is that
17  right?
18       MR. ESFANDIARY:  That's right.
19       THE COURT:  We'll have to address that
20  when we go through all the exhibits attached to
21  all the depositions, but for now, the only other
22  testimony that may come in on that point is
23  Dr. Sawyer's testimony on this 1,4 Dioxane.  Okay?
24       Then Mr. Lombardi, on the motion in
25  limine Number 6, I believe you were going to check

1   with regard to Craven?
2        MR. LOMBARDI:  Yes, Your Honor.  It's
3   still in progress, is the short answer.
4        Let me just explain to you where we
5   are.
6        As Your Honor has recognized, there
7   were certain fraudulent studies that were filed by
8   Craven or created by Craven.  The EPA found out
9   about them about 1990, required that all the
10  studies be repeated.
11       The facts are no expert is testifying
12  about a fraudulent study, no witness is testifying
13  about a fraudulent study, and right now what we're
14  doing is we're making sure that there is no EPA
15  document that we're intending to offer that relies
16  on a Craven fraudulent study.
17       We don't think there is, but these are
18  long documents and we would have to go through
19  them to get there, but that's the status of that,
20  and as soon as we get an answer to that, I will
21  let the Court know.
22       THE COURT:  Okay.  So to the extent
23  that I haven't ruled on something in one of these
24  motions then, it's not something that you should
25  use in your mini-opening.

1        MR. LOMBARDI:  Correct.
2        THE COURT:  That either side should
3   use in their mini-opening, so there should be no
4   reference to these Craven Company studies by
5   either side.
6        MR. DICKSON:  That's fine.
7        THE COURT:  I think we need to have a
8   longer discussion about Prop 65 and I want to turn
9   now to the issue of the witness list.
10       MR. WISNER:  Your Honor, I'm sorry.
11  Before we move on from the motion in limine Number
12  6, and I sound like a broken record here, but one
13  proposal I have to deal with this issue is can the
14  Plaintiffs be permitted to at least state nothing
15  about IBT, about fraud or people going to go jail,
16  but simply state that the studies that were
17  originally offered to prove the safety of
18  glyphosate everyone agrees are invalid and that it
19  wasn't until it was re-submitted in 1985 that
20  there was a valid study supporting safe use of
21  glyphosate, because that's the truth.  I don't
22  think anyone disagrees with that.
23       I think it's highly prejudicial for
24  us for there to be this sort of belief that
25  starting in 1976 that it was approved by the EPA

1 based on valid science because that's actually
2 false and everyone agrees to that.
3      So if we're allowed to at least say
4 that the data that was originally approved was
5 invalid, saying nothing about fraud, I think that
6 would at least be helpful to keep up a narrative
7 to the jury.
8      MR. LOMBARDI:  It's the same problem
9 that we've talked about.  First, completely
10 irrelevant to any issue in this lawsuit.
11      Second, to the extent that there were
12 invalid studies, they were repeated, replaced, and
13 the EPA approved the product based on the replaced
14 products.
15      Calling them invalid studies is to try
16 to tarnish Monsanto, albeit in this proposal,
17 without saying the name IBT, with the misconduct
18 of somebody else.
19      Misconduct, incidentally, is not
20 relevant at this time to this lawsuit or any issue
21 in this lawsuit, so it's the same problem.
22      THE COURT:  All right.  So Mr. Wisner,
23 I would think -- the purpose of the mini-opening,
24 it's really a substitute for what would otherwise
25 be a very sterile reading, a very sterile

1      So I just feel like we should have a
2 right to say at least that's invalid.  We can talk
3 about it later before openings, and that's fair,
4 Your Honor.
5      THE COURT:  All right.  So let's talk
6 about the witness list now.
7      I did look at Judge Karnow's orders
8 again in between the last time we met and today,
9 and he was very clear with regard to the deadline
10 for exchanging witness lists, and Mr. Wisner, the
11 only explanation that I heard from you for
12 requesting two additional previously undisclosed
13 witnesses is because you substituted in for a
14 different lawyer who unfortunately fell ill, and
15 you just have a different view and feel these two
16 witnesses will be helpful.  Okay.
17      MR. WISNER:  And because we made a
18 mistake in not doing it earlier, that's the truth,
19 Your Honor.
20      I'm not going to be bashful about
21 that, but that mistake is curable and there is no
22 prejudice to the Defendants, and the law is very
23 clear that prejudice is the primary determinant.
24      They were there at all the
25 depositions.  We should be allowed to present our

1 statement of the case, right?
2      So you're not going to have time in
3 three minutes to present the entire history of the
4 regulatory process that led up to glyphosate being
5 approved and then marketed at Roundup.  There just
6 isn't going to be enough time.
7      What we need to think about doing is
8 just presenting to the jury a very general
9 description of what your client's claims are.
10      I think you're not going to have time
11 to go back to the tests 40 years ago that were
12 then redone, so as a practical matter, I'm going
13 to say no, don't refer to those tests in the
14 mini-opening, and then I will rule on this issue
15 and if you feel you want to, perhaps you can in
16 opening or at some other point.
17      MR. WISNER:  I'm sorry if I wasn't
18 clear.  I was not suggesting this for the
19 mini-opening.
20      I was just suggesting that if you had
21 ruled it was out, I'm trying to find a way for it
22 to be out without brazenly misleading the jury,
23 because if they say, and they will say, 40 years
24 it's been deemed safe, the first 10 years it's
25 just not true.

1 case.
2      I understand it was an important
3 deadline, but it was a deadline.  We missed it, I
4 get it.
5      They have had more than enough time to
6 deal with it.  They were at the deposition.  They
7 can counter designate.  They have not indicated it
8 would have any real problem.
9      So I get it, Your Honor.  We made a
10 mistake.  No one's perfect, but I don't think we
11 should be prejudiced because we will be prejudiced
12 if we can't present, for example, Dr. Martins in
13 particular.
14      That's really the most valuable
15 testimony because there is stuff in there that's
16 just not covered in other witnesses and it's an
17 important part of our story and the jury really
18 needs to see it.
19      THE COURT:  Dr. Martins?
20      MR. WISNER:  That's right, the
21 Monsanto employee by video deposition.
22      THE COURT:  Here on your separate
23 statement, I see a Dr. Mark Martins.
24      MR. WISNER:  That's correct.  We have
25 notified them about this weeks ago.

1     This is not like a sudden last minute
2 thing.  This is why there is really no prejudice.
3     They know about it.  We have given
4 them the designation.  They know exactly the
5 testimony we're asking for, so while I appreciate
6 we made a mistake, and I own that, even though I
7 wasn't here when that mistake was made, I ask that
8 the Court allow us to do this.
9     It's their own employee.  They were
10 there.  They took the deposition with us.
11     THE COURT:  All right.  So it's
12 Dr. Mark Martins.  I see him on your current list,
13 formerly employed by Monsanto, and who was the
14 other one that you wanted to add?
15     MR. WISNER:  That was Charles Jamison.
16 That was a live witness.
17     If you make me pick one, I'll pick
18 Martins, but obviously we can have both.
19     THE COURT:  Where is he listed?
20     MR. WISNER:  Jamison?
21     THE COURT:  Did you say it was
22 Dr. Jamison?
23     MR. WISNER:  Yes.  He was the guy who
24 was actually at IARC who oversaw the toxicology
25 group.

Page 215

1 until I was involved.
2     THE COURT:  All right.  So you have
3 previously designated Dr. Jamison's testimony, is
4 what you're saying?
5     MR. WISNER:  That is correct, Your
6 Honor.
7     THE COURT:  But now you are proposing
8 to call him live?
9     MR. WISNER:  Yes, Your Honor.
10     THE COURT:  So how different will his
11 live testimony being from the testimony you
12 previously designated?
13     MR. WISNER:  I hope it's not, because
14 they will for sure impeach him if it is.
15     MR. DICKSON:  Your Honor, I believe
16 what was initially designated was his Daubert
17 testimony for serving as an expert witness.
18     Our initial expert disclosures in this
19 case listed experts and then we had indicated any
20 experts that we had previously named in a federal
21 proceeding as well.
22     Dr. Jamison had not yet been named as
23 an expert but was shortly thereafter named as an
24 expert so our intention was to play his actual
25 expert testimony.

Page 217

1     It would be an hour, Your Honor, if
2 not less.
3     THE COURT:  He's also by video?
4     MR. WISNER:  No.  He would be in
5 person.  Is he in the video section, Your Honor?
6     THE COURT:  I see a Dr. William
7 Jamison in the video section.  Is that the same
8 one?
9     MR. WISNER:  It is the same
10 doctor, but he will not be played by video.
11     He would be a live human being for
12 less than an hour.
13     They have taken his deposition several
14 times, so that might be why it's in the video
15 deposition section.  It really shouldn't be there.
16     THE COURT:  And both these witnesses
17 were omitted by mistake?
18     MR. WISNER:  Yes, Your Honor.
19 Dr. Jamison was not omitted originally.
20     We actually originally designated his
21 testimony from Daubert, but we withdrew that
22 testimony and didn't add him back on the witness
23 list as a live witness.
24     That was a clerical oversight, and
25 Dr. Martins just wasn't on trial Counsel's radar

Page 216

1     However, once it was brought to our
2 attention that he was not yet named as an expert
3 when we designated his testimony, we now want add
4 him back as a fact witness to testify about his
5 relationship with IARC, as he was -- as Mr. Wisner
6 described yesterday, a participant in the IARC
7 proceeding.
8     So the testimony we would be calling
9 him live for is his fact witness testimony limited
10 to IARC and has nothing to do with his expert
11 opinions in this case.
12     THE COURT:  Do you wish to respond,
13 Mr. Griffis?
14     MR. GRIFFIS:  I do, Your Honor.  You
15 will recall from Monday when I talked about
16 Dr. Jamison he has shifted.
17     He was originally a fact witness
18 because he was a participant and we took his
19 deposition as a fact witness.
20     Later Plaintiffs hired him as an
21 expert witness and he looked at additional things
22 and developed additional opinions and has refined
23 and altered his opinions.
24     They disclosed him as being an expert
25 witness and designated his Daubert testimony, so

Page 218

34 (Pages 215 - 218)

1 that's expert testimony, including the additional
2 opinions, and he was cross-examined as an expert
3 witness, and we objected to that for a number of
4 reasons.
5          There is a motion in limine on the
6 subject of Daubert designations which will apply
7 primarily to their expert Dr. Ritz, who apparently
8 is no longer in the case.  I think that motion
9 might be moot now, but the new designation is
10 completely different.
11          It's not about Dr. Jamison by video as
12 an expert at the Daubert hearing.  It's about
13 Dr. Jamison live as a fact witness, and he's kind
14 of shrinking back into the egg from which he
15 hatched originally and cutting off his new
16 opinions and cutting off the elaborations of his
17 opinions that occurred by looking at new evidence.
18          I really don't know how that's going
19 to work.  I don't know how we can ask him
20 questions that he can answer under oath limiting
21 himself to a prior state of knowledge, and I also
22 don't know how we can avoid disclosing the fact
23 that he's not actually just this fact guy from
24 IARC they called in, but they are paying him as an
25 expert witness.

Page 219

1          So they are paying an expert witness
2 to go back in time and testify as a fact witness.
3          The main issue, in addition to that
4 very significant awkwardness which prejudices us
5 and makes it difficult to prepare to depose him,
6 is absolutely no justification for this.
7          They have shifted from an expert
8 deposition in a video to a live fact witness.  He
9 shouldn't be in.
10          As to Dr. Martins, there is even less
11 justification.  There was no attempt to disclose
12 him ever, although the Miller firm knew or should
13 have known about him being a participant in the
14 MDL, being involved in allocating these
15 depositions and everything else.
16          The only argument you have heard is
17 that we would like to have this guy, he has some
18 testimony that no one else has.
19          He's a toxicologist from Monsanto just
20 like their Dr. Farmer, whose testimony will be
21 played, just like Dr. Heydens, whose testimony
22 will be played.
23          There is a lot of duplication in all
24 of that.  The fact they like some of the testimony
25 that came from Dr. Martins doesn't justify us

Page 220

1 dealing with and you dealing with designations,
2 counter designations, either, at this late date.
3 That was a deadline that passed a long, long time
4 ago, Your Honor.
5          THE COURT:  So Dr. Martins would only
6 testify by deposition, is that right?
7          MR. WISNER:  That's correct.
8          THE COURT:  So at this point you
9 haven't disclosed to the other side your
10 designations?
11          MR. WISNER:  We have.  We did that two
12 weeks ago.
13          THE COURT:  All right.  But they
14 haven't turned over their counter designations?
15          MR. WISNER:  They actually refused to
16 because they --
17          THE COURT:  Right, because this failed
18 to meet the deadline that Judge Karnow set in
19 order to go through the entire process which is
20 very time consuming of the designations, counters,
21 objections on both sides, and then the rulings
22 associated with all of that.
23          MR. WISNER:  You're right, Your Honor,
24 it does take some time.
25          It's not that much testimony.  We're

Page 221

1 not talking about hundreds of objections, probably
2 a handful, and you know, while I appreciate that
3 there is some work to be done here, work that we
4 could have done two weeks ago but they refused to
5 participate in that.
6          Putting that issue aside, I don't want
7 to point fingers, I really don't.
8          The primary inquiry under California
9 law is prejudice, and there actually is no
10 prejudice.
11          They were there at the deposition.
12 They redirected.  They have testimony designated
13 and they literally refused to call a single live
14 human being to the stand, and so we're stuck with
15 videos.
16          This is a very important deposition,
17 Your Honor, probably our most important, and that
18 oversight was a grievous error and we need to fix
19 it, but the calculus has to be prejudice and
20 there really is none here.
21          I got it, we made a mistake, we missed
22 that deadline, and the first thing I did when I
23 got involved here two weeks ago was get this to
24 the Defendants immediately.  We stayed up late,
25 got it down, because we didn't want to slow things

Page 222

35 (Pages 219 - 222)

1 down.
2        Their dragging their feet in
3 responding can't be an excuse now to not do it
4 because they are playing that game.
5        I appreciate that we made a mistake,
6 Your Honor, I really do, but I think that
7 Plaintiff's really do have a constitutional right
8 to present their case.
9        There was a mistake made here.  I get
10 it, but we have a way of fixings that mistake and
11 that's kind of what the whole justice system is
12 about, right?
13        When we do make mistakes, provided
14 there is no prejudice, we are pretty liberal about
15 allowing mistakes to be corrected and this is a
16 perfect example of that.
17        THE COURT:  All right.  Here's my
18 thinking on this.
19        I will allow you to add Dr. Martins,
20 but we're going to have to set up a schedule right
21 now for the designations and counter designations,
22 and I will ask you to please prepare the final
23 document for my review with the various color
24 coded sections.
25        MR. WISNER:  Yes, Your Honor.

Page 223

1 color coded.
2        MR. WISNER:  I got you.  It's what we
3 do with Judge Karnow, no problem.
4        THE COURT:  So they will get it to you
5 either tomorrow evening or Friday.
6        MR. GRIFFIS:  Yes, Your Honor.
7        THE COURT:  So that you can work on it
8 over the weekend.
9        MR. WISNER:  Yes.
10        THE COURT:  And get it to me then on
11 Monday, and then we'll have to find a time to go
12 through it.
13        MR. WISNER:  Absolutely, Your Honor.
14 I appreciate --
15        MR. GRIFFIS:  We may have counter
16 designations from other witnesses as well, Your
17 Honor.
18        THE COURT:  Related to Dr. Martins,
19 you mean?
20        MR. GRIFFIS:  Right.  What happened
21 originally was when the original deadline was met
22 we made counter designations based on the totality
23 of the evidence presented to us, the issues that
24 were raised, and sometimes the responses of one
25 witness address issues raised with another

Page 225

1        THE COURT:  So you can pick the colors
2 but I want your designations in one color, their
3 designations in a separate color, objections in a
4 third color, and I want it all on one page so that
5 it's easy to review quickly, and Plaintiffs have
6 to prepare that and you have to prepare it at your
7 expense.
8        MR. WISNER:  Yes, Your Honor,
9 absolutely.
10        THE COURT:  And how much time do you
11 need to submit your counter designations to the
12 Plaintiffs on Martins?
13        MR. GRIFFIS:  I'll allocate some
14 resources I expected to use for something else,
15 Your Honor.  I expect we can get that done by
16 tomorrow evening.
17        THE COURT:  All right.  They will get
18 you the counter designations and you need to turn
19 around and prepare the document again on one page,
20 right?  You understand the procedure?
21        MR. WISNER:  You mean all the
22 objections on one page as well with the
23 transcripts themselves with the color coding,
24 correct?
25        THE COURT:  I want the transcript

Page 224

1 witness, and so I don't know if this is true, I
2 don't have any particulars in my head about this
3 at the moment, but it could be that we need to
4 make counters from other witnesses with regard to
5 what Dr. Martins has to say.
6        THE COURT:  We'll work with that.
7 Just let me know.
8        With regard to Dr. Jamison, I just
9 think it's too complicated at this point, not only
10 that you missed the deadline, but the fact that he
11 went from a lay witness to an expert witness back
12 to a lay witness, it's just to convoluted.
13        MR. WISNER:  I understand, Your Honor.
14        THE COURT:  Okay.  So the request to
15 add Dr. Jamison then is denied.
16        So having said all of that, with
17 regard to the rulings thus far, are there any
18 other witnesses that you either want to remove
19 from your list or you think will take less time
20 that you originally thought?
21        MR. WISNER:  Your Honor, there's two
22 issues, one regarding Dr. Lawrence Zeise from the
23 California EPA.
24        I think when we have a sense of where
25 we are with Prop 65, we will be able to talk more

Page 226

36 (Pages 223 - 226)

1 about that.
2        We also have a pending motion for
3 judicial notice, and so it kind of all hangs on
4 that, but I suspect that we will not call her if
5 we are allowed to present that evidence either
6 through judicial notice as well as prevail on the
7 motion in limine.
8        And then another witness, Your
9 Honor -- can I have the Court's indulgence for one
10 minute, Your Honor?
11        THE COURT:  Yes.
12        MR. WISNER:  We have been pausing to
13 disclose this issue and we will do it now.
14        We are seeking to serve a trial
15 subpoena on a company witness in St. Louis.  We
16 have secured a commission and a valid subpoena
17 from a judge in Missouri to make someone appear at
18 our office in Missouri and then video broadcasting
19 live cross-examination of that witness.
20        We haven't yet disclosed who that
21 witness is because we don't want them to start
22 evading service of that subpoena, but that's
23 something that's in the works.
24        As soon as we do serve it -- maybe
25 this witness has left the country.  We don't know.

Page 227

1 late juncture.  We're picking a jury tomorrow.
2        MR. WISNER:  This witness, if this
3 should happen, is on the witness list.
4        There will be no surprise.  They will
5 be 100 percent within the four corners of what's
6 allowed.
7        It's just as though the witness were
8 down the street, we could subpoena them for live
9 testimony, but we're seeing if we can use modern
10 technologies to reach a foreign corporation.
11        So obviously this is all preliminary.
12 Nothing might happen.  I just wanted to put it on
13 your radar so you don't go, why didn't you tell me
14 about this sooner.  I just want to be frank with
15 the Court.  Obviously, we'll see how this plays
16 out.
17        THE COURT:  Okay.  We'll have to see
18 what happens because it sounds like we don't know
19 which witness we're talking about, so it's hard to
20 have a productive discussion if we don't know who
21 it is.
22        MR. WISNER:  I can say this though.
23 This is actually pretty easy, if this does work.
24 The time that's been designated for the depo
25 already will not change, so for timing purposes

Page 229

1 It might be a moot point, but if we do serve it,
2 we will be filing a motion immediately thereafter
3 asking leave to do the video testimony live to
4 sort of change the dynamic of this case in the
5 sense that's a lot of video.
6        If that does happen, obviously the
7 deposition video for that witness we would be
8 playing we would not do.  We would just call them
9 live.  I wanted give that as something that's in
10 the works.
11        It's one of those situations where you
12 want to be very frank and have candor with the
13 Court, but you also don't want to lead to other
14 problems, so I just wanted to put that on the
15 Court's radar.
16        THE COURT:  Okay.
17        MR. LOMBARDI:  I don't know if Your
18 Honor wants to hear from us on that, but I'll just
19 say that this is way, way past the deadline to
20 start talking about adding a live witness in this
21 case.
22        We have given them a break on some of
23 this, but at this point I don't know who it is.  I
24 don't know exactly how this is going to work out,
25 but we will be very opposed to a change at this

Page 228

1 for trial it shouldn't make any difference
2 whatsoever but I think it would go shorter.
3        THE COURT:  Okay.
4        MR. LOMBARDI:  Your Honor, obviously
5 we're reserving our rights to challenge all
6 aspects of this, understanding Your Honor's
7 inclination to wait, but we need some more
8 information.
9        THE COURT:  Yes, you may reserve your
10 right to object once we know who the witness is
11 and have a more full discussion about it.
12        So with all of that information then,
13 I will calculate the time estimates and let you
14 know tomorrow morning before we meet with a panel
15 what the time limits are so that you know, because
16 then that will allow me to give a deadline to the
17 jury.
18        MR. WISNER:  I know we didn't discuss
19 this yesterday -- sorry, on Monday, but the time
20 for openings and closing, that's in our brief, so
21 you know what our position is about that.
22        And for voir dire, now that we have
23 come to an agreement on the questionnaire, does
24 the Court have a sense of how much time it would
25 add to our clock for a --

Page 230

37 (Pages 227 - 230)

1    THE COURT:  Why don't you tell me how
2  much time you would like for voir dire.
3    MR. WISNER:  That's a good question.
4  I'll turn to Mr. Dickens for that.
5    MR. DICKSON:  Yes, Your Honor.  Just
6  with respect to the whole process sounds like the
7  hardship issue is going to go fairly quickly, just
8  the way that Your Honor handles that, so I think
9  certainly we can get, as long as we have the
10  panel, get it done by Monday.
11    You know, I don't anticipate needing
12  more than three to four hours of voir dire, if I
13  can do it early -- you know, quicker than that.
14    Once we have the questionnaires, I
15  think we can give you a better estimate.
16    I have no intention of keeping the
17  jurors here longer than we need to.  It's just
18  really with respect to how much information we get
19  on the questionnaires.
20    Having the weekend's going to help,
21  and certainly we'll try to get it done as quickly
22  as possible.
23    THE COURT:  So how much time do you
24  think you will need for voir dire of the first 20?
25    MR. DICKSON:  I certainly thing we can

Page 231

1  get that done in two hours, Your Honor.
2    THE COURT:  So you think that you'll
3  have two hours of voir dire for the panel of 20?
4    MR. DICKSON:  Potentially less.  It
5  just really -- you know, it all depends on what
6  type of information we get, you know, how well
7  they fill out the questionnaires, how much
8  information we get from that.
9    You know, it's a pretty detailed
10  questionnaire.  If it's filled out with a lot of
11  the information that we're seeking, then certainly
12  we could do it under two hours.  That's kind of
13  the max limit that I'm expecting at this point.
14    MS. EDWARDS:  I believe we estimated
15  two to two and a half hours for the entire voir
16  dire process.
17    THE COURT:  All right.  So I will take
18  that into consideration, and then just tell me
19  now, with regard to your opening, how much time
20  does Plaintiff need?
21    MR. WISNER:  Hour and a half, Your
22  Honor.
23    THE COURT:  And your closing?
24    MR. WISNER:  Two hours.
25    THE COURT:  For Defense?

Page 232

1    MR. LOMBARDI:  I think we estimated
2  about an hour and 15 minutes for the opening, so I
3  would say an hour 15 to hour and a half, and
4  closing about the same as the Plaintiff has said.
5    THE COURT:  Two hours?
6    MR. LOMBARDI:  Yes.
7    THE COURT:  All right.  So I will
8  calculate all of that and advice you then of the
9  time limit and my estimated closing date for the
10  trial before we meet with the panel tomorrow
11  morning, so I think perhaps you should meet me
12  here tomorrow morning in this courtroom at 9:15,
13  and then we can go up there after to meet the
14  panel at 9:30 in 602.
15    MR. DICKSON:  Your Honor, just one
16  question.
17    With respect to the time that we have,
18  there was some discussion with respect to the
19  total designation time of the video depositions.
20    We have an agreement that both sides'
21  designation time be played at once so, if we play
22  the videos, essentially that's going to come in
23  our time limit.
24    Is that something that we should give
25  a number as to what our time for questioning is

Page 233

1  versus Defendants, or is that going to count
2  completely in the time limits that we're offered?
3    THE COURT:  Since you have advised me
4  of that when we first talked about your time
5  estimates, you told me that the video witnesses,
6  the video depositions, were total time -- or
7  actually, as I recall, you were going to submit a
8  corrected list with the total time broken down
9  between Plaintiff and Defendant.  Is that right?
10    MR. DICKSON:  I think there was some
11  discussion with respect to was our time the total
12  or just ours and I think we have had some
13  conversations with Counsel, and what we submitted,
14  I believe it was the total time limit, and so we
15  can work with Counsel and submit, you know, what
16  the actual time for both sides is.
17    THE COURT:  By way of example, now
18  that I look at my notes, just the first one under
19  Dr. Aaron Blair, Plaintiff had 2 hours, 9 minutes,
20  but then it turned out that it was an additional
21  hour and 10 minutes for Defense, for a total of 3
22  hours, 20 minutes.
23    MR. WISNER:  What actually happened
24  was the total time is 2 hours and 9 minutes.  That
25  hour and 10 minutes was actually the Defendants'

Page 234

38 (Pages 231 - 234)

1 portion of that period, so what we submitted was
2 actually correct.
3        THE COURT:  All right.  So what you
4 have on your list is in fact the total time?
5        MR. WISNER:  To the best of our
6 knowledge, that's right.
7        MR. LOMBARDI:  Your Honor, this is all
8 good faith.
9        I think we're still confused on this.
10 I think we need to talk amongst ourselves before
11 you assume that this is correct, because I'm not
12 sure -- we thought we had figured it out.
13        I'm not sure, based on what I just
14 heard, that we have, so we will talk immediately
15 after we're done here and make sure we're on the
16 same page for the estimates for you.
17        THE COURT:  What I would appreciate it
18 if you could do is the following.
19        If you can both meet and confer, I am
20 going to accept -- the time limits that we
21 discussed with regard to the live witnesses remain
22 unchanged, with regard to the live witnesses that
23 we talked about on Monday, but with regard to the
24 video, the witnesses appearing by video, please
25 submit to me a modified list breaking down the

1 notice of the line of business for next week.
2        I'm not asking for exact detail in
3 terms of the order, but who the witnesses are for
4 next week.
5        THE COURT:  You should plan that for
6 tomorrow, because tomorrow we'll be done with the
7 jury reports by lunch time.
8        I would imagine they would be done
9 with their questionnaires by lunch time at the
10 most, so just plan on returning here tomorrow
11 afternoon at 1:30 so we can discuss all of these
12 issues.
13        MR. WISNER:  Should we assume -- I
14 think we can, safe to say that we're going to be
15 opening on Tuesday?
16        THE COURT:  I'm hopeful that you will
17 be opening on Tuesday because I'm thinking that
18 you should be able to pick a jury by the end of
19 Monday, I would think, so that you can open on
20 Tuesday.
21        MR. WISNER:  Okay.  I just wanted to
22 get a sense, because if it would be opening
23 Wednesday, that affects witnesses and stuff that
24 they are asking for, so I appreciate that.  Thank
25 you, Your Honor.

1 time between Defense and Plaintiff for each one of
2 these videos, and can you do that by the end of
3 the day today?  It's now 3:00 o'clock.
4        MR. LOMBARDI:  I believe so, Your
5 Honor.
6        THE COURT:  Okay.  If you could please
7 email that to the Clerk, then she can get that to
8 me so that I can still do the calculations, and we
9 can meet tomorrow morning at 9:15.
10        MR. WISNER:  Thank you.
11        MS. EDWARDS:  Your Honor, may I raise
12 one housekeeping measure?
13        THE COURT:  Yes.
14        MS. EDWARDS:  We had a chance to speak
15 to Plaintiff's Counsel about some of our concerns
16 about activities involving the media, so both
17 parties have agreed to refrain from speaking to
18 the media pending our impaneling of the jury.
19        THE COURT:  Okay.  Then there is a
20 stipulation to that effect?
21        MR. DICKSON:  We will come up with a
22 stipulation to that effect, yes, Your Honor.
23        MR. LOMBARDI:  Jury selection starts
24 tomorrow, so we are looking at preparing for next
25 week, and we think we should be provided with some

1        THE COURT:  All right.  Thank you, and
2 I'll see you tomorrow.
3        (Proceedings concluded at 3:00 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1      I, the undersigned, a Certified
2  Shorthand Reporter of the State of California, do
3  hereby certify:
4      That the foregoing proceedings were
5  taken before me at the time and place herein set
6  forth; that any witnesses in the foregoing
7  proceedings, prior to testifying, were duly sworn;
8  that a record of the proceedings was made by me
9  using machine shorthand which was thereafter
10  transcribed under my direction; that the foregoing
11  transcript is a true record of the proceedings.
12      I further certify that I am neither
13  financially interested in the action nor a
14  relative or employee of any attorney or party to
15  this action.
16      IN WITNESS WHEREOF, I have this date
17  subscribed my name.
18
19      Dated: June 20, 2018
20
21
22      <%signature%>
23      Mary Hogan
24      CSR No. 05386
25

Page 239

Veritext Legal Solutions
866 299-5127

**[& - ability]**

| & |
|---|
| **&** 87:20 88:11 |

| 0 |
|---|
| **0.03** 205:1 |
| **03** 203:13 |
| **05386** 86:24 239:24 |

| 1 |
|---|
| **1** 155:10 203:15 |
| **1,4** 142:9 143:17 144:6 145:19 146:5,6,10 203:12 204:8,24 205:4,7 206:11,15,21 207:2,3 208:9,23 |
| **1.150.** 89:13 |
| **10** 212:24 234:21 234:25 |
| **100** 120:11 229:5 |
| **100,000.00** 193:18 |
| **108** 87:15 |
| **10:00** 168:19 |
| **10:22** 86:13 89:2 |
| **112** 136:8 |
| **12** 127:2 129:22 |
| **12100** 87:8 |
| **125** 91:10 166:20 |
| **12:07** 166:18 |
| **13** 131:9 |
| **130** 125:2 178:23 181:15 182:20 |
| **1302** 206:9 |
| **1350** 88:19 |
| **14** 100:12 |
| **15** 100:19 233:2,3 |
| **16** 125:4,6,11,18 125:23 126:12,14 141:7,15 182:17 |
| **16-550128** 86:6 |

**18** 149:15 156:9
**180e** 126:9
**1965** 154:23 155:11 156:13
**1969** 154:23 155:11 156:5,13
**1970's** 94:24 97:12 97:18 99:6 100:2 102:21 106:16 107:21
**1970s** 98:20 99:2 99:10 108:2
**1976** 107:18 108:4 108:11 210:25
**1983** 186:2
**1985** 108:19 210:19
**1990** 209:9
**1990's** 99:23 101:7 101:16 104:3
**1990s** 100:5,11 106:20
**1994** 100:12
**1995** 98:18
**1996** 128:20
**1:30** 166:1,16 237:11
**1:35** 166:18

| 2 |
|---|
| **2** 234:19,24 |
| **20** 86:13 89:2 157:3,3 172:11,12 231:24 232:3 234:22 239:19 |
| **2000** 114:7 |
| **2000's** 105:9 |
| **20005** 88:20 |
| **2003** 114:13 160:16 |
| **2009** 109:5,16 110:3 114:18 |

**2012** 95:1 97:24 103:8
**2018** 86:13 89:2 239:19
**202-898-5800** 88:21
**21** 110:3
**22** 172:18,20
**22960** 87:16
**235** 88:5
**24** 185:23 186:18 186:19
**25** 186:20
**26** 196:8 201:11
**27** 201:14

| 3 |
|---|
| **3** 182:21 234:21 |
| **3/17/2015** 144:3 |
| **300** 148:7 |
| **310-207-3233** 87:10 |
| **312-558-5969** 88:14 |
| **35** 88:12 |
| **3945** 151:7 |
| **3:00** 236:3 238:3 |

| 4 |
|---|
| **40** 99:18 101:22 102:2 105:23 202:3 212:11,23 |
| **4000** 186:24 190:10,16 191:8 191:13,25 194:16 194:19 195:4,9,25 |
| **415-568-2555** 87:23 |
| **415-954-4400** 88:7 |

| 5 |
|---|
| **500** 87:21 |
| **504** 89:3 |
| **540-672-4224** 87:17 |

| 6 |
|---|
| **6** 94:19 208:25 210:12 |
| **6.5** 104:14 |
| **602** 91:11 233:14 |
| **602-604** 166:15,21 |
| **605** 91:12 |
| **60601** 88:13 |
| **65** 144:7 201:14,19 201:21 210:8 226:25 |

| 7 |
|---|
| **70s** 97:8,23 98:1 104:20 106:4 |
| **711** 87:21 |
| **77** 203:9 204:19 |

| 9 |
|---|
| **9** 116:19 234:19,24 |
| **90025** 87:9 |
| **90s** 98:17 101:8,11 128:2 |
| **94102** 87:22 |
| **94104** 88:6 |
| **950** 87:8 |
| **9:00** 92:25 |
| **9:15** 233:12 236:9 |
| **9:30** 166:13 168:17,18 233:14 |

| a |
|---|
| **a.m.** 86:13 89:2 |
| **aaron** 234:19 |
| **ability** 89:19 90:23 106:1 199:2,5 |

[able - alleging]

**able** 90:4 148:20 163:8 165:20 173:13 174:13 176:4 177:9 195:2 204:7 226:25 237:18
**absence** 142:13
**absent** 146:16
**absolutely** 192:2 220:6 224:9 225:13
**absurd** 105:14 148:9
**accent** 110:18
**accept** 235:20
**accepted** 104:15 159:4
**accepts** 135:20
**access** 90:6
**accompanied** 146:5
**accomplished** 140:8
**accurate** 104:9 105:21
**accused** 105:13
**acevedo** 127:4,4 128:1,11,18 129:23,24
**acknowledge** 205:2
**acknowledged** 130:15
**acquisitions** 152:15 153:8
**action** 118:5 200:21 239:13,15
**actions** 137:13,18 138:21 139:19 141:4 183:10

**active** 143:13 144:20 154:11,16
**activities** 183:20 184:9 185:16 236:16
**activity** 159:20 182:23 183:17
**actor** 183:12,22
**acts** 97:10 183:10
**actual** 111:21 154:11 184:25 217:24 234:16
**add** 127:19 215:14 216:22 218:3 223:19 226:15 230:25
**adding** 228:20
**addition** 220:3
**additional** 155:24 164:23 182:13 213:12 218:21,22 219:1 234:20
**address** 126:22 195:3 201:13 208:19 225:25
**addressed** 89:12
**adequate** 118:5 121:18
**adequately** 118:17
**adjudicated** 191:11
**admissible** 115:14 129:20 150:23
**admission** 130:22 131:6
**admit** 187:20
**admitted** 108:8 124:15,21 139:18 140:10 177:14 181:24 184:17 187:9

**admittedly** 99:7 101:4
**admitting** 156:22 200:24
**adverse** 110:13 116:21,22,24 117:12,22 118:3,6 118:14,15,18,23 119:6,10,14 120:3 120:7,12,14,20,23 121:11,14,21 122:2,5,9,15,16,18 122:24 124:1,4,10 125:17,20 126:18 175:9,20 196:18 197:14
**adversely** 89:20 173:15 175:24 204:18
**advice** 233:8
**advise** 187:7 195:5
**advised** 234:3
**advocates** 115:22
**aers** 116:21
**affect** 178:7
**affirmative** 179:8 179:24 197:17
**afternoon** 166:16 170:7,20 237:11
**agel** 206:1
**agency** 198:24
**agent** 150:21,23 151:12,23 152:16 153:2,13,18,25 154:22,25 155:6 155:10 156:10,20 156:22 157:2
**ago** 128:11 129:6 129:22 155:3,5,16 212:11 214:25 221:4,12 222:4,23

**agree** 90:3 94:9 115:17 133:13 155:5 164:3 165:5 185:25 187:5 196:13
**agreed** 236:17
**agreement** 167:2 168:21 230:23 233:20
**agrees** 96:4 108:24 210:18 211:2
**air** 181:7 182:11 182:18
**al** 86:7 173:7 174:11,13,19 175:3,11 176:5
**albeit** 211:16
**allegation** 145:9 147:6 158:14,16 162:3 164:21 179:15,17 197:24 197:25 198:2,3,11 199:13,14 200:2 205:3,17
**allegations** 146:12 174:14 179:21 187:13 192:4 194:21 198:22
**allege** 119:2 152:7 165:3
**alleged** 104:7 120:15 130:8 151:16 152:6 154:13 189:13
**allegedly** 157:16 164:21 198:8
**alleging** 129:22 144:20 148:15 151:25 154:14 196:9

Veritext Legal Solutions
866 299-5127

[allergies - attack]

allergies  175:5,11
allocate  224:13
allocating  220:14
allow  91:2,12
    123:20,24 141:5
    171:10 176:20
    215:8 223:19
    230:16
allowed  107:17
    108:3 199:13
    201:4,7,24 211:3
    213:25 227:5
    229:6
allowing  223:15
altered  218:23
amenable  180:2
amendment
    183:12,17,19
    184:10
amount  92:22
    188:22 190:16,22
    195:17 205:18,21
    206:11
analogy  148:6
analyses  137:4
analysis  154:8
    178:4,11 187:5
    190:18
analyzed  136:6
    158:9
angeles  87:9
animal  137:6
    150:12 163:10,15
animals  96:8
    110:12 112:11,11
    114:21 136:23,24
    136:24,25 140:13
    158:7
answer  102:11
    149:25 150:18
    195:23 209:3,20

219:20
answers  168:22
anticipate  231:11
antigenicity
    135:24 136:20
anybody  171:15
    201:18
anyone's  137:18
anyway  196:21
    201:23
apparent  192:16
apparently  145:15
    219:7
appear  227:17
appearances  87:1
appearing  157:25
    235:24
appears  96:16
applicants  163:4
    163:21
applicators  160:19
    189:21
applies  150:9
apply  150:9 219:6
applying  160:19
appreciate  105:25
    215:5 222:2 223:5
    225:14 235:17
    237:24
approach  176:19
appropriate
    188:12
approval  107:24
    107:25 108:15
    154:5 156:3
    163:13,22,25
approve  108:18
approved  95:24
    107:17 108:4,11
    132:8 133:25
    134:3,4,6 150:5,6

180:12 201:5
    202:3 210:25
    211:4,13 212:5
approximately
    187:1
arching  179:4
area  177:4
argue  115:14
    123:17 175:21
    183:22 194:24
    196:20 198:1
argued  130:18,23
arguing  141:21
    157:12 165:8
    179:6
argument  94:20
    97:6 113:24 116:9
    116:14,20 117:4
    122:7 124:8
    126:10 131:10
    138:7 141:16
    144:14,14 145:8
    145:16 152:1
    153:24 157:5
    169:3,10 172:21
    174:5 176:12
    179:8,23 180:7
    182:22 183:10,14
    184:16,20 185:5,9
    186:21 189:5
    196:8,10 200:6,9
    200:15,23 201:3
    204:14 205:23
    207:7,11,21
    220:16
arguments  113:2
    189:15 200:17
aristei  87:7
arose  117:14,19
arrangements
    92:3,4 167:6

168:4
article  133:1,24
    139:15 161:2,12
    162:5
articles  157:17,21
    157:23 158:11,12
    158:13,19 159:1
    160:8 162:4,24
    165:4,9
articulated  198:19
aside  153:13 222:6
asked  91:4 94:16
    110:8 167:22
    203:1
asking  110:4
    131:19 143:2
    157:18 191:24
    193:11 215:5
    228:3 237:2,24
asks  195:25
aspects  230:6
assembled  91:5
asserted  117:13
assessment  165:10
    203:17 207:10
assessments
    203:21
associate  117:3
associated  118:14
    181:5 221:22
assume  107:12,16
    187:11 201:17
    235:11 237:13
assuming  171:4
attach  171:19
attached  164:5,20
    180:16 193:14
    208:15,20
attaches  110:23
attack  132:25
    134:16 195:16

**[attempt - briefing]**

**attempt** 220:11
**attempted** 182:5,6
**attention** 119:25
    190:8 191:3 218:2
**attentions** 103:16
**attorney** 239:14
**attract** 119:24
**audet** 87:20
**audience** 91:24
**author** 158:2
**authors** 158:1
**available** 132:1
    171:6
**avenue** 87:15,21
**avoid** 115:11
    178:10 194:11
    219:22
**avoiding** 177:11
**awarding** 183:17
**aware** 106:3 147:6
    147:15 182:2
    189:8 191:5
**awkwardness**
    220:4

**b**

**back** 101:18
    102:21 118:23
    135:4 149:9,10,13
    156:2,4 161:18
    164:5 166:1,19
    168:16,18 170:4
    170:11 181:21
    184:2 202:15
    203:6 212:11
    216:22 218:4
    219:14 220:2
    226:11
**backtrack** 143:8
**bacteria** 172:23
    174:1

**bad** 134:17 139:9
    183:12,22
**barely** 193:21
**base** 174:15
**based** 99:7,11
    103:8 104:16
    108:7,12,24 111:5
    131:2 146:9
    168:22 169:2
    172:13 177:22
    183:24 185:1
    189:22 198:12
    200:2 211:1,13
    225:22 235:13
**bases** 187:21
**bashful** 213:20
**basically** 128:3
**basis** 143:1 157:19
    172:2 187:3,22
    188:2,3,6 194:8
    195:18 201:3
**baum** 87:4,7
**bearing** 152:21
**beef** 101:23
**began** 117:25
    155:18
**begeman** 129:14
    129:15
**beginning** 90:12
    99:20
**begins** 203:11
**behalf** 102:9
    190:15
**belief** 210:24
**believe** 97:9 104:4
    104:6,11,12 108:6
    109:20 114:1,17
    115:9,12 135:12
    148:25 149:15
    151:7,10 153:15
    155:13 157:7

172:17 177:17
    186:18 188:11,14
    188:15 189:19
    197:11 201:12
    202:22 203:9
    208:25 217:15
    232:14 234:14
    236:4
**believed** 101:12
**believes** 169:1
    185:5 207:2,19
    208:9
**benbrook** 131:25
    132:3 135:22
    136:3 145:19,23
    161:20 177:21
    183:24 186:1,10
**benbrook's** 140:2
    186:15
**bench** 92:8 158:6
**beneficial** 173:4
    175:22
**benefits** 173:9
    175:16
**benign** 137:2
**best** 235:5
**better** 165:20
    231:15
**beyond** 91:17
    115:15 152:2,2
    197:16
**bifurcated** 150:25
    151:6,20
**big** 105:3
**binding** 192:12
**bio** 94:21
**biodynamics**
    186:2
**birth** 110:13
    172:22 173:18,24
    174:16,22 176:13

179:18 180:8
**bit** 95:10 160:14
    161:12 202:1
**blair** 234:19
**bless** 126:11
**blindness** 112:17
**block** 189:17
**bodies** 175:18
**body** 120:2 133:21
    163:14
**bolanos** 86:14
    89:4
**born** 113:9
**bother** 125:12
**bottom** 102:20
    111:1 178:15
    205:17
**boulevard** 87:8
**box** 172:9,12
**brags** 140:7
**braun** 88:4
**brazenly** 212:22
**break** 94:7 107:3
    107:11 139:11
    147:20 149:8,9
    153:1 165:13
    176:20 202:20
    228:22
**breaking** 235:25
**breast** 179:14
**brent** 87:5
**brief** 92:23 93:1
    93:13,15 102:1
    119:18 120:25
    130:15 152:13
    153:5,9 155:14
    183:13 184:25
    197:19,25 230:20
**briefed** 130:14,17
**briefing** 145:18

[briefly - causes]

**briefly** 130:12
**briefs** 95:11
**bring** 117:21
　118:2 119:4 138:5
　150:19 152:4
　167:6 193:11
　201:7
**bringing** 130:1
**broad** 150:1
**broadcast** 89:11
　89:11 91:2,3,18
　92:1 93:1
**broadcasting**
　89:18,21 90:19,21
　91:12 227:18
**broadly** 153:16
**broken** 210:12
　234:8
**brought** 169:18,22
　218:1
**buchman** 196:21
　198:3,15,20 200:9
　200:11,16,20
**budget** 134:15
　169:25
**budgetary** 134:14
**bullet** 143:23
**bunch** 158:12
　163:1 164:10,12
　164:13 182:12
**burton** 87:19
**business** 143:10
　237:1

**c**

**c** 88:9
**ca** 87:9,22 88:6
**calculate** 230:13
　233:8
**calculations** 236:8
**calculous** 222:19

**california** 86:1
　89:1,12 144:8
　159:16 202:5
　222:8 226:23
　239:2
**call** 96:12 122:15
　123:11 139:6
　166:11 172:13
　217:8 222:13
　227:4 228:8
**called** 96:11
　114:24 123:12,21
　134:14 142:8,9
　145:4 158:10,18
　162:24 190:15
　219:24
**calling** 109:11
　211:15 218:8
**camera** 92:2,4,5
**cancer** 103:12
　110:13,18,19
　113:7 114:10,15
　115:2,7 117:2
　119:12 120:8,22
　121:6,9 122:11,16
　123:12,14 124:6
　130:3 138:12,13
　139:17 140:13,19
　141:22,25 142:1,3
　142:13 144:15
　145:10,11 146:21
　146:24,25 147:4
　147:18,24 148:9
　148:11,17,24
　152:3,7 154:14
　173:16 191:21
　202:6 204:3,6
　205:5,19 206:1,3,4
　206:16 207:3,4
　208:11

**cancers** 189:24
**candid** 188:18
**candor** 228:12
**canned** 135:19
**carcinogen** 95:7
　96:8,16 111:8
　143:16,24 144:8,9
　144:11 203:12
　204:25 205:21,25
　207:25
**carcinogenic**
　144:6,21,23 145:3
　151:14
**carcinogenicity**
　111:16 112:13
　143:19 163:15
　207:16,20
**carcinogens**
　148:14
**care** 168:23
**carefully** 160:7
**cariogenicity**
　110:20 113:6
　136:2
**case** 86:6 89:21
　95:4 98:8 101:15
　103:24 105:3
　112:2 113:14
　114:3 115:24
　117:17 118:4,19
　118:22 119:19
　120:16 123:17,18
　128:8,14 129:8,9
　137:24 146:11,25
　150:16,23 151:1
　151:17,20,25
　152:18,19 155:2
　158:24 160:13
　161:11,14 179:11
　179:17,25 184:23
　189:14 190:23,24

191:11 192:15
　193:19,21 194:4,4
　196:2 197:4 198:1
　198:17,18 199:12
　200:4,12 201:1
　212:1 214:1
　217:19 218:11
　219:8 223:8 228:4
　228:21
**cases** 186:24 187:8
　187:9,12,14
　189:18 190:10,16
　190:19,25 191:8
　194:16,19,24
　195:4,10,25 197:2
**category** 158:11
**causal** 143:1
　159:11
**causation** 142:5
　142:19 162:16
　205:23 207:10
**cause** 110:13,17
　110:19 114:15
　141:25 142:1,3
　145:10 146:24,24
　169:9 200:21
　205:25
**caused** 103:12
　121:7,10 142:21
　145:10 146:20
　147:4,24 154:14
　159:18 161:15
　191:21 204:3,6
　205:18,19 206:4
　206:16
**causes** 113:7
　114:10 130:3
　133:2 139:17
　140:13,18 148:9
　148:17 174:16
　202:6 207:2,4

Veritext Legal Solutions
866 299-5127

[causing - completely]

**causing** 121:20
141:22
**central** 115:23
**ceo** 130:2,2
**certain** 120:11
176:6,7 183:10
185:3 209:7
**certainly** 137:10
155:4,14 185:4,17
187:16 188:15
231:9,21,25
232:11
**certified** 239:1
**certify** 239:3,12
**cetera** 126:1 132:8
137:7
**cgc** 86:6
**challenge** 169:9
194:8 230:5
**challenging** 207:9
**chambers** 167:21
**chance** 123:5
202:19 236:14
**change** 161:25
228:4,25 229:25
**changed** 157:15
184:15
**changes** 110:14
**characterizations**
109:23 112:23
113:5,17
**characterized**
112:16
**charge** 140:5
**charles** 215:15
**charts** 163:20
164:3,17,18
**check** 208:25
**chemical** 133:9
144:20 148:8
153:3 203:19

205:14
**chemicals** 143:13
143:18 145:3
148:7,17 204:16
207:6
**chicago** 88:13
**children** 173:10
175:16
**choose** 193:16
**chose** 115:11
**cigarettes** 148:7,8
**circuit** 196:22
198:16
**circular** 191:10,17
**circumstances**
119:22 185:3
**circumvent** 177:5
**citation** 205:24
206:13
**cite** 119:18
**cited** 133:19 146:3
161:7 193:8 206:9
**cites** 100:23
**claim** 145:12
196:12,24 197:3,6
197:7,8,17 200:21
200:24
**claimed** 105:17
**claiming** 206:15
**claims** 94:25
106:18 108:23
117:1 179:25
212:9
**clear** 94:6 97:25
106:12 121:9
132:12 181:13,22
184:8 186:7,14
195:15 212:18
213:9,23
**clearly** 99:13
152:17 183:16

**clerical** 216:24
**clerk** 166:11
169:23 171:17
236:7
**client** 97:24
152:25 153:9,11
**client's** 212:9
**clock** 230:25
**close** 111:4
**closes** 170:17
**closing** 91:20
92:10 230:20
232:23 233:4,9
**code** 170:1
**coded** 223:24
225:1
**coding** 224:23
**colleague** 127:22
**collected** 158:8
**color** 223:23 224:2
224:3,4,23 225:1
**colors** 224:1
**combest** 110:4,8
**combination**
105:8 146:20,23
147:2,4,23 207:3,5
208:9
**come** 93:5 101:21
116:6 123:4,25
125:8 132:14,15
132:22 140:25
141:1 146:16
149:9,10 150:4
161:23 168:16,18
170:23 177:5,16
180:1,24 184:7,11
188:2,3 191:14
194:5 198:10
200:10 201:2
203:6 208:3,22
230:23 233:22

236:21
**comes** 131:6
132:21 134:24
151:17 180:5
181:8 190:13
193:3 194:12
199:25
**coming** 132:23
135:3 138:16
189:10
**comment** 106:1
**comments** 112:24
**commission**
227:16
**committed** 101:3
**common** 193:8
**commonly** 193:9
**communications**
123:24
**companies** 163:22
**company** 86:7
100:18 102:19
104:17 132:7
135:10 152:12,13
152:20 153:6,7,24
154:20 155:17
156:16,17 177:18
210:4 227:15
**company's** 129:16
**compared** 96:15
**compensation**
194:15
**competent** 145:13
146:16
**complaints** 189:12
191:13
**complete** 96:2
**completely** 103:2
103:18 104:9
113:9 137:1
174:15 211:9

Veritext Legal Solutions
866 299-5127

[completely - counter]

219:10 234:2
**complicated** 226:9
**complications**
117:19,24,25
119:1
**comply** 177:12
**component** 98:4
**comprehension**
194:2
**comprehensive**
178:11
**compromise**
139:11
**conceding** 186:14
**concern** 141:23
142:5,10,16 145:8
146:7 177:2
198:21
**concerned** 178:14
183:8 184:1
**concerning** 93:4
124:5
**concerns** 178:6
189:9 198:19
236:15
**concluded** 238:3
**conclusion** 138:10
160:23
**conclusions** 96:7
131:21 176:3
**condition** 119:21
**conduct** 132:24
133:7 135:7,9
139:5 151:9 156:1
156:5 190:17
**conducted** 95:13
**confer** 94:8 107:3
165:15,16 168:20
202:17 203:2
235:19

**confirm** 104:5
107:8,10
**conflicts** 172:3
**confused** 130:20
159:23 235:9
**confusing** 103:21
**confusion** 159:24
**connection** 137:17
137:20 140:19
143:2 159:3,22
189:13
**consider** 185:21
187:6 192:21
**consideration**
159:17 232:18
**considered** 89:15
90:14 136:1,12
151:8 200:8 201:5
203:20
**considering** 136:2
188:5
**consistently** 119:8
137:5
**constitutional**
223:7
**consultants**
132:20 134:7
**consumers** 151:14
**consuming** 221:20
**contain** 150:10,18
**contained** 148:16
**containing** 150:2
150:14 152:5
153:14 163:5,9
**contains** 143:12
148:14
**contested** 192:16
**context** 115:21
132:24 169:13
177:25 178:2
180:13

**continued** 108:18
121:2
**contracted** 114:9
**contradicts** 159:7
163:1
**contrary** 121:8
161:2 173:13
**contribute** 207:16
**contributed**
143:19 148:23
205:4
**contributor**
133:10
**control** 96:18
136:23
**controlled** 160:19
**controls** 96:16
**controversial**
156:21
**conversation**
128:19
**conversations**
234:13
**conveyed** 93:10
**convicted** 97:10
100:13
**convoluted** 226:12
**cooperate** 89:23
90:4
**copies** 167:7
**copley** 126:5
**copy** 126:20 168:5
170:13 171:11,18
**copying** 163:24
**corners** 229:5
**corporate** 113:15
**corporation**
229:10
**correct** 96:20
100:6 101:17
102:22 104:3,6,12

104:22 107:15
127:5,6 133:15
138:14,18,23
155:12 167:3
172:11,19 210:1
214:24 217:5
221:7 224:24
235:2,11
**corrected** 223:15
234:8
**correctly** 107:6
**correspondence**
196:14
**counsel** 90:2,18
92:13,15 94:8,23
100:1 102:10
103:14 116:9,14
120:20 121:8
122:7 124:7
126:17,18 130:9
130:10 135:16
145:15 146:13
147:1,16,20,21
149:19 174:9
178:23 185:1
190:20 192:7,17
196:3 200:23
202:24 203:2,5
205:10 206:19
207:19 234:13,15
236:15
**counsel's** 113:2,4
174:5 184:16
200:6 207:7
216:25
**count** 234:1
**counter** 214:7
221:2,14 223:21
224:11,18 225:15
225:22

Page 7

[counters - dealing]

**counters** 221:20
226:4
**country** 117:23
227:25
**county** 86:2
**couple** 114:7
126:4,5 160:5
193:18 202:15
**course** 90:10
103:21 120:24
126:16 129:5
130:22 158:6
**court** 86:1 89:6,13
92:20 93:12 94:3
94:7,13 96:19,22
97:3 98:19,22,25
99:25 101:5,15
102:7 103:25
104:18,23 106:14
107:9,15,20 108:1
108:5,14,20 109:2
109:10,14 110:1
112:25 113:20
115:25 116:1,18
117:6,10 118:7
119:10 120:6,17
121:21 122:4,14
123:8,19 124:23
125:10,16 126:15
127:1,8,13,17,23
129:14 130:10,21
130:25 131:23
132:3,7,10 133:11
134:2 135:14,16
138:4,16,19
139:25 140:14,23
141:10,14 143:2,4
144:13 146:17
147:1,19 148:5,18
149:3,7,13 152:9
153:1,12,19,23

154:22 155:9
156:8 157:11,14
160:2 162:19
165:2,24 166:10
166:19 167:1,5,14
167:16 168:7,12
169:20,24 170:9
171:1,15,25
172:11,16,20
173:20 176:6
177:15,23 178:17
178:21 180:6
182:19 184:7,12
185:13 186:17,20
188:8,19,23 189:1
189:25 190:1
191:6 194:1,5,18
195:21 196:7
197:10 198:14
201:10,20 202:9
202:13 204:11
206:19,24 207:1
208:4,19 209:21
209:22 210:2,7
211:22 213:5
214:19,22 215:8
215:11,19,21
216:3,6,16 217:2,7
217:10 218:12
221:5,8,13,17
223:17 224:1,10
224:17,25 225:4,7
225:10,18 226:6
226:14 227:11
228:13,16 229:15
229:17 230:3,9,24
231:1,23 232:2,17
232:23,25 233:5,7
234:3,17 235:3,17
236:6,13,19 237:5
237:16 238:1

**court's** 190:8
191:3 227:9
228:15
**courthouse** 170:25
171:1
**courtroom** 92:5
166:15 169:14
202:5 233:12
**courts** 198:19
**cover** 97:1 162:14
**coverage** 89:22,25
90:7,8 92:22
**covered** 89:12
214:16
**craven** 94:21,24
97:6 98:16 99:23
100:4,10,12,19
101:7 102:24
104:2,16 106:20
209:1,8,8,16 210:4
**create** 95:23
**created** 143:15
209:8
**creation** 95:18
**critical** 131:16,18
133:18
**critically** 112:6
**cross** 160:10
161:23 162:15
174:19 188:16
190:20 194:14,16
208:13 219:2
227:19
**csr** 86:24 239:24
**cumulatively**
142:18
**curable** 213:21
**current** 156:24
215:12
**currently** 101:5,9

**customer** 128:5
**cut** 139:21
**cuts** 161:19
**cutting** 176:2
219:15,16

**d**

**damages** 129:18
139:3 151:1,4,6
152:1 159:12
183:15,18 185:8
**dangerous** 105:6
115:10 119:21,25
**data** 95:18,22 96:1
96:6,8 99:7 101:6
102:22 105:12,15
107:1 139:9
155:22 158:8
160:11 162:6
163:19,25 164:3
164:14,18 211:4
**date** 221:2 233:9
239:16
**dated** 144:3
239:19
**dates** 155:6
**daubert** 136:7
216:21 217:16
218:25 219:6,12
**david** 87:12
149:23
**day** 112:9 181:16
236:3
**dc** 88:20
**deadline** 213:9
214:3,3 221:3,18
222:22 225:21
226:10 228:19
230:16
**deal** 210:13 214:6
**dealing** 221:1,1

[deals - dioxane]

**deals**  134:10
200:20
**debating**  138:2
**decade**  99:19
**deceit**  139:4
159:18,19
**deceived**  159:16
159:24 196:9,25
197:3,7,9
**deception**  159:24
**decide**  167:24
**deciding**  151:3
**declared**  90:10
**decrease**  175:5
**deemed**  95:7
212:24
**defects**  110:13
172:23 173:18,24
174:16,22 176:13
179:19 180:8
**defendant**  88:2
123:25 128:8
156:9 167:14
185:5,18 198:23
199:9 200:10
234:9
**defendant's**  94:19
99:4 109:3 116:19
119:25 127:2
131:9 141:15
149:15 153:24
157:4 160:9
172:21 182:22
185:15,23 186:21
201:10
**defendants**  86:8
150:25 173:3
180:21 193:16
204:12 213:22
222:24 234:1,25

**defense**  94:15,18
99:14 100:1 101:1
122:7 126:17
131:16 172:18
195:25 203:2
232:25 234:21
236:1
**deference**  188:23
**definitely**  108:17
**definition**  107:19
192:11
**defrauded**  197:9
197:22 198:24
**deliberately**  105:7
115:11
**deluge**  199:10
**deluging**  199:19
**denied**  131:7
167:25 185:4
189:1 200:9
201:11 226:15
**denies**  171:6
**deny**  127:18
171:16 182:25
196:19
**department**  89:3
**depends**  170:14
184:11 195:21
232:5
**depo**  124:13,24
161:19 229:24
**depose**  220:5
**deposed**  109:15
128:7,10,11
**deposition**  109:13
109:17 110:6
116:5 127:9
130:21 145:21
174:20 181:1
194:3 207:24
208:16 214:6,21

215:10 216:13,15
218:19 220:8
221:6 222:11,16
228:7
**depositions**  132:16
188:1 208:6,21
213:25 220:15
233:19 234:6
**depth**  139:6
**deruse**  160:17
**described**  109:22
113:5 120:22
218:6
**description**  212:9
**designate**  214:7
**designated**  128:10
216:20 217:3,12
217:16 218:3,25
222:12 229:24
**designation**  215:4
219:9 233:19,21
**designations**
124:14,24 181:1
219:6 221:1,2,10
221:14,20 223:21
223:21 224:2,3,11
224:18 225:16,22
**designed**  152:17
**desire**  129:16
**despite**  121:3
156:4
**destruction**
172:22
**detail**  94:10 237:2
**detailed**  232:9
**determinant**
213:23
**determinations**
100:23 151:2
161:8

**determined**
100:14,16 108:22
202:6 206:10
**determining**
203:16
**developed**  120:9
121:17 122:11
144:15 154:4,11
154:15,21,23
218:22
**developing**  138:12
**development**
119:11 120:8
124:6 148:23
**dewayne**  86:4
**dickens**  87:12
127:6 149:22,23
154:3 155:4,12
166:6 231:4
**dickson**  166:25
167:3,13 169:15
184:13 200:5
210:6 217:15
231:5,25 232:4
233:15 234:10
236:21
**difference**  230:1
**different**  96:23
133:25 143:12,18
148:7 156:16
160:18 170:13
179:7,22 185:19
188:4 194:1,5
196:4 213:14,15
217:10 219:10
**differently**  112:18
**difficult**  220:5
**difficulty**  90:9
**dioxane**  142:9
143:17 144:6
145:19 146:5,6,10

Page 9

**[dioxane - economy]**

203:12 204:8,25
205:4,8 206:11,16
206:21 207:2,3
208:9,23
**dire**  171:8 230:22
231:2,12,24 232:3
232:16
**direct**  175:14
193:5
**directed**  93:17
153:17,21 174:1,4
174:6
**direction**  239:10
**directly**  98:14
115:8 151:15
161:12,17 178:12
184:23 201:1
**disable**  179:19
**disagree**  185:12
203:6
**disagrees**  169:3
210:22
**disclaimed**  145:21
**disclose**  197:20
201:6 220:11
227:13
**disclosed**  92:1
121:22 122:1
196:16 198:23
200:19 218:24
221:9 227:20
**disclosing**  219:22
**disclosures**  199:4
217:18
**discovered**  125:17
162:9
**discredit**  113:24
**discrete**  174:11
**discuss**  89:7 93:25
94:10,16 97:4
126:21 131:25

140:11 161:20
176:19,19 177:8
180:17 185:15
195:9 201:15
203:15 207:17
230:18 237:11
**discussed**  143:11
195:12 202:16
235:21
**discusses**  207:24
**discussing**  120:16
186:2
**discussion**  131:3
178:24 182:20
202:22 205:7
210:8 229:20
230:11 233:18
234:11
**disease**  103:9
**diseases**  175:10
**disinclined**  172:1
**dispute**  125:5,19
126:7 159:1,6
162:11 180:16
**disputed**  108:9
**disruption**  173:18
173:25 176:13,23
177:1,4,7,9,13,20
177:25 178:5,11
179:10,19 180:8
**distinguish**  158:4
**distract**  90:8
103:15
**distribute**  163:5
**distributed**  137:5
**distributor**  128:2
128:6,13 130:7
**distributors**  128:4
128:14
**doctor**  216:10

**document**  109:25
110:24 114:18
125:13 142:6
182:14 199:8
206:8 207:23
209:15 223:23
224:19
**documents**  104:8
105:9 110:7 125:2
125:4,8 134:22
177:20,22 178:23
181:8 182:1,6,7,10
182:13 209:18
**doe**  122:16
**doing**  96:2,3 101:9
112:6,8 119:7
126:8 145:15,17
156:6,24 197:23
207:8 209:14
212:7 213:18
**dollars**  103:5
104:14 190:22
**don**  100:19
**donna**  109:5,5,7
110:3 113:15
116:2,4
**door**  174:9,24,25
175:15 176:15
179:6 180:4,21
190:11 191:4,24
**dose**  110:14
**double**  129:3
**doubling**  160:21
**dr**  96:19 114:6,8
131:25 132:3
133:17 135:22
136:3,5 142:19,24
142:24 144:5
145:19,23,25
146:8,23 147:1,7,8
147:12,15,21

161:20 162:7
163:1 164:9,10,11
164:16,23 173:7
174:11,13,19
175:3,7,11 176:1,5
177:19,21 183:24
186:1,10,15
190:21 193:20,24
203:7,10,14
206:23,24 207:23
208:4,7,23 214:12
214:19,23 215:12
215:22 216:6,19
216:25 217:3,22
218:16 219:7,11
219:13 220:10,20
220:21,25 221:5
223:19 225:18
226:5,8,15,22
234:19
**dragging**  223:2
**drinking**  112:7,9
**drive**  88:12
**due**  133:22
**duly**  239:7
**duplication**
220:23
**duplicative**  128:25
**dynamic**  228:4

**e**

**e**  110:22
**earlier**  143:12
180:6 202:16
205:12 213:18
**early**  105:9 113:14
170:18 231:13
**earth**  140:17
**easy**  224:5 229:23
**economics**  135:23
**economy**  173:6,10

[edge - evaluation]

edge  176:2
editor  132:19,20
  134:8 138:24
edwards  88:3
  92:18,21 93:16
  94:6,11 152:9,10
  152:11 153:4,15
  153:22 167:15
  202:12 232:14
  236:11,14
effect  89:21,22
  90:5 145:5,6
  148:21 172:25
  175:22 208:12
  236:20,22
effective  163:7
effectively  173:8
effects  118:6,14
  120:5 172:23
  175:9,20 176:13
  180:9 196:18
  197:14
efficacy  106:7
effort  140:6
egg  219:14
either  90:22
  106:22 108:21
  146:19 210:2,5
  221:2 225:5
  226:18 227:5
elaborate  111:20
  163:19
elaborations
  219:16
elected  155:25
element  200:3
elimination  175:4
email  109:4,5,16
  109:20,22,24
  110:2,7,23 112:24
  112:24 113:1,3,8

113:16,18 115:21
116:1,6,8,10
121:25 143:21
182:4 236:7
emails  135:13
  146:13 176:25
  177:3,8
embedded  147:11
emphasize  91:22
  91:25
employed  215:13
employee  106:10
  106:11 121:15
  128:1,21 129:24
  140:4 141:3
  143:22 144:1
  177:24 180:11
  208:16 214:21
  215:9 239:14
employees  100:12
  132:17 135:4
  177:2 178:3
employment  95:21
  129:5
empted  196:12
  197:2 199:25
encompass  150:2
encompasses
  150:14
ended  138:24
endocrine  172:22
  173:18,24 176:13
  176:23 177:1,4,7,9
  177:13,20,25
  178:5,11 179:10
  179:19 180:8
enforce  199:3,5
engaged  99:16
engaging  105:24
  183:17,19

engender  89:25
enter  175:18
  193:16
entered  95:21
entertain  94:4
entire  167:17
  193:5 212:3
  221:19 232:15
entirely  103:14
  132:12
entirety  93:18
environment
  173:5
epa  95:8,20,23
  96:1,6,13 98:6
  99:9 100:24,24
  101:12,12 102:13
  102:21 103:1
  104:15 106:3,6
  108:4,14,17
  111:24 132:4
  136:11 155:23
  161:8 163:12,17
  176:25 184:3
  196:9,12,15 197:1
  197:4,7,9,18,20,22
  198:12,12 199:2,3
  199:3,7,10,15,19
  199:19 200:2
  201:1,3,25 202:3
  202:10 209:8,14
  210:25 211:13
  226:23
epa's  112:20 150:5
  163:13 165:10
  199:15
epidemiological
  114:24 115:4
  160:16
epidemiology
  121:9 150:12

158:8
episode  95:3
equivalent  112:8
  112:10
error  222:18
esfandiary  87:6
  117:4,8,9,11
  118:13 119:17
  120:10 121:13,24
  122:12 143:6,7
  144:18 146:22
  148:3,6 149:2,6
  173:2,22 176:21
  177:17 178:2,19
  180:23 202:25
  203:1 206:22,25
  207:5 208:18
especially  130:5
  192:14 201:2
esq  87:4,5,6,12,13
  87:19 88:3,9,10,16
  88:17
essentially  138:20
  153:20 233:22
established  187:13
  205:25
establishing
  163:16
estandiary  175:1
estimate  231:15
estimated  232:14
  233:1,9
estimates  230:13
  234:5 235:16
et  86:7 126:1
  132:8 137:7
ethical  133:9
european  136:11
evading  227:22
evaluation  136:9
  165:22

evening  224:16
225:5
event  116:21,22,24
117:22 118:3,15
118:23 119:11
120:3,7,12,20
121:11,14,22
122:2,5,9,15,16,18
122:24 124:1,4,10
125:17,20 126:18
156:18 195:11
events  117:12
118:18 119:6,14
120:15,23
everybody  97:15
102:13 126:21
136:11
evidence  93:5
94:20 97:6 98:9
101:14 104:1
114:1,2 115:14,23
116:15,20,25
117:21 118:20
119:5,19 122:22
123:25 126:11
129:10 133:20
134:23 137:17
138:1,20 140:18
141:16 142:1
143:3 149:16,19
150:19 151:17,24
156:10,22 157:5
157:22 159:7
160:24 161:22
163:14 165:8
170:1 172:21
173:4,13,14,19,21
173:24 174:4,6,9
174:10 175:8,14
176:5,9,10,12,16
176:24 177:10,14

177:16 178:9
181:2,4,4 182:22
183:5,23 184:19
185:11,20 186:21
187:8,21 188:4,9
189:9 190:2,5
191:14 192:16
193:13,15 194:23
195:1 196:8
197:12 198:10
200:11,15,25
207:10,20 208:3
208:14 219:17
225:23 227:5
evidentiary
125:15,24 126:13
130:23 182:17
193:7
exact  155:6 193:5
237:2
exactly  109:19
114:15 115:18
132:10 141:18
151:24 199:12,20
203:4,7 215:4
228:24
examination
161:23 162:15
174:19 188:16
193:5 194:2
227:19
examine  160:10
examined  190:20
208:13 219:2
example  105:6
111:7 118:9 126:3
126:6 138:24
139:1 150:22
157:23 160:15
162:5 175:2,17
179:14 182:8

193:21 198:6
214:12 223:16
234:17
examples  184:24
exception  122:6
131:7 187:1
excess  110:14
exchanging
213:10
exclude  94:20 97:6
104:23 106:14,19
109:4,15,21
115:13 116:1,20
127:3 131:10
141:16,19 143:3
149:16 151:21
156:10 157:5
172:21 182:22
184:21 185:24
186:21 196:8
excluded  90:5
121:12 124:2
147:9 157:2
176:14 179:14
186:25 195:24
excluding  180:7
excuse  168:24
223:3
excused  168:22
169:1
exemplified
118:15
exert  134:7
exhibit  126:2
208:15
exhibits  179:2
180:16,17 208:5
208:20
existence  153:7
154:1

exists  98:4 136:2
152:14,21
expect  91:9 111:13
159:13 165:19
205:23 224:15
expected  224:14
expecting  232:13
expense  224:7
experienced  120:5
experiences  91:1
expert  96:17 132:4
132:14,23 135:20
142:13,14 145:5
145:13,16 146:1
146:14,16 148:20
149:1 161:13
162:22 173:7
175:7 176:5
177:21 187:23
191:24 203:3,22
204:5,15 205:18
206:20 209:11
217:17,18,23,24
217:25 218:2,10
218:21,24 219:1,2
219:7,12,25 220:1
220:7 226:11
expertise  174:16
experts  131:16,18
131:19 133:13,17
133:18 138:8
140:24 142:17
146:18,18 148:20
158:17 160:9,11
161:6,23 162:22
164:7 188:15,16
190:14,14,16
193:12 194:15
195:8,16 204:7,16
206:14 207:12,21
217:19,20

[explain - fixed]

**explain** 102:2
167:19 209:4
**explained** 109:17
167:8
**explains** 95:6
146:6
**explanation** 116:7
213:11
**exposed** 97:24
143:20 144:12
160:22 204:1
**exposure** 110:12
110:15 117:2
136:25 138:11
144:15,17 148:15
160:25 161:1
173:1 187:3
206:11
**expressed** 142:20
**extent** 140:11
150:13 151:13,23
183:21 209:22
211:11

**f**

**face** 112:17 140:17
**faced** 117:24
**faces** 92:1
**fact** 93:6 98:2
103:7 107:23
114:22 121:8
123:13 128:18
129:12 140:7
144:2,7 153:10
156:4 159:6
161:15 162:1
176:8 185:7
189:21 191:25
205:6 207:12
218:4,9,17,19
219:13,22,23
220:2,8,24 226:10

235:4
**factor** 138:12
208:11
**factors** 89:14
90:15 147:10
**facts** 152:18 159:5
162:12 189:17
209:11
**factual** 98:15
**factually** 114:4
**failed** 118:4,19
119:8 121:18
151:14 152:7
200:25 221:17
**failing** 118:21
**failure** 105:4,22
112:16 152:3
159:9 178:13
**fair** 89:19 92:22
108:13 134:21
195:14,20 196:5
213:3
**fairly** 139:5 231:7
**faith** 235:8
**fall** 158:11
**false** 105:12
158:19 162:4,24
193:19 211:2
**falsely** 161:4
**falsification**
100:14,16
**falsified** 164:17,17
**falsity** 164:21
**familiar** 186:8
**family** 110:10
**far** 106:6 110:14
113:11 116:9
156:23 173:3
177:8 185:6 205:9
208:14 226:17

**farella** 88:4
**farmer** 109:5,5,7
110:3 113:15
114:8 116:2,4
220:20
**favorable** 114:3
**fda** 107:24,25
200:19,22
**feasible** 150:15
**federal** 194:1
196:13 197:5,6
198:4,24 199:2
200:12 217:20
**feed** 112:3
**feel** 90:3,24 137:14
169:6,9 212:15
213:1,15
**feeling** 123:21
**feet** 123:3 223:2
**fell** 213:14
**female** 137:6
**females** 178:3
**field** 135:23
**fighting** 137:23
170:1
**figure** 103:4,11
**figured** 235:12
**filed** 92:23 93:1
124:5 186:24
187:2,12 191:9,25
209:7
**filing** 228:2
**filings** 187:9
**fill** 167:23,25
170:15 171:4
232:7
**filled** 232:10
**filmed** 91:14,16
**final** 130:19 189:5
223:22

**finalize** 94:16
165:17,24
**finalized** 166:22
**financial** 138:25
190:13
**financially** 239:13
**find** 95:25 96:17
156:13,18 162:10
206:8 212:21
225:11
**finding** 163:1
164:23
**findings** 101:13,14
101:16 104:2
138:17 156:19
**fine** 92:8 94:12
114:22 139:22
148:3 170:11
172:14 180:14
210:6
**fined** 100:18
**fingers** 222:7
**finish** 166:3
201:15
**firm** 87:14 220:12
**first** 94:22 99:3,6
99:11 101:25
111:1 131:12
149:18 160:5
164:14 167:8
172:11,24 183:11
183:17,19 184:9
193:1,2 203:11
211:9 212:24
222:22 231:24
234:4,18
**fits** 139:5 178:12
**five** 100:19
**fix** 222:18
**fixed** 102:23

[fixings - glyphosate]

fixings 223:10
flag 190:8 191:3
flagging 194:10
floor 166:15
focused 181:5
182:16
followed 111:17
following 102:17
169:4 176:11
235:18
food 100:7,18
173:10 175:17,18
175:22,23
foods 100:9
foot 153:8 158:2
footnote 146:5
155:10 205:6,11
205:13,13 206:7,7
206:9
foregoing 239:4,6
239:10
foreign 229:10
forest 206:10
forget 122:12
form 154:18
167:22 171:5
181:6
formal 189:4
formaldehyde
143:14,24 144:8
145:20 204:3,4,8
205:8 207:25
formally 197:4
former 121:15
177:23
formerly 215:13
forming 174:21
forms 167:20
171:6,7,11,17
formula 144:16
147:3,22

formulated 98:11
111:19 112:4
114:9,11 115:1,10
133:2 143:19
144:11,22 145:2
148:9,13 203:25
formulation 97:17
98:1,3,4 111:9
150:6 204:5,9
207:6,14,18
formulations
97:20 150:11
189:22 203:8,15
203:16,18,19
forth 161:18 184:2
200:10 239:6
forward 102:15,23
104:16 191:5
found 97:8 100:3,8
102:14 106:16
159:19 160:11,20
164:10,12,13
209:8
foundation 125:25
187:20 189:9
190:4 192:9,16,22
192:23 193:3
195:1 208:2
foundational
188:3
four 229:5 231:12
frames 103:14
framework 132:5
france 135:6
francisco 86:2
87:22 88:6 89:1
frank 228:12
229:14
frankly 104:10
133:8

fraud 99:11,18,21
99:22,24 101:3
102:3,5,14,17,19
103:1,6 105:24
106:11 107:18
108:8,13 198:15
198:16 199:16
200:1,22 210:15
211:5
fraudulent 95:18
96:1,6 97:8,10
99:1,7 100:3
105:12,15 106:16
108:22,25 209:7
209:12,13,16
fraudulently
95:23 198:7
friday 168:15
170:12,24 225:5
front 123:3 126:22
131:3 157:25
195:13
full 168:5 178:10
230:11
fully 90:4 106:3
124:20
fundamental
188:6
fungoides 206:2
further 124:8
126:21 140:14
146:8 178:24
185:14 239:12

g

gallon 112:9
game 193:22
223:4
gander 202:2
general 162:16
192:17 212:8

generalized 121:5
122:25
generally 196:3
generated 172:9
191:19
generates 170:16
generation 182:23
184:22
generations 155:3
generic 205:20
206:1,6
genotox 163:11
gentlemen 193:17
george 88:9 102:8
getting 113:12
115:2 132:8
163:25 170:3
ghost 132:18
139:6 157:5,16,22
157:24 158:3,10
158:18,24 159:6
160:8 161:2,25
162:3,10,24
164:22 165:4,9
give 91:4 112:4,11
121:6 122:21
123:17 143:9
167:9,18 168:8
169:5 170:23
175:1 199:14
200:25 205:11
228:9 230:16
231:15 233:24
given 108:15
125:2 170:5
206:13 215:3
228:22
giving 167:11
198:13 199:7
glyphosate 95:7
98:3,7,10,12,23

Page 14

[glyphosate - health]

100:8,15,17
101:19,20 103:8
105:8 110:5 111:2
111:5,22 112:2,5
134:17 140:18
143:13 144:17,19
144:24 146:20
147:3,17,24
148:12,22 150:2,6
150:9,11,14,18
152:4 153:14
154:4,6,8,21
155:18 156:3,6
159:21 160:22,25
161:9 163:5,9,16
165:11 173:1,4,25
174:7,15 177:6
178:4,12 182:24
184:22 186:24
189:13,22 196:19
197:14 207:4
208:10 210:18,21
212:4
**glyphosate's** 112:5
175:4
**go** 95:11 101:18
118:16 125:12
129:17 134:14
164:1 172:9
182:13 189:24
193:14 194:6
202:15 203:2
204:21 208:20
209:18 210:15
212:11 220:2
221:19 225:11
229:13 230:2
231:7 233:13
**goes** 105:21 115:8
131:25 132:7
144:10 146:8

162:15 176:17
**going** 90:13,18,20
92:3 96:12 99:25
101:24 103:19
106:5,25 107:25
116:6,18 117:4
126:8 131:20,25
132:4,10 134:12
134:20 136:23,25
138:8 141:20
145:9 146:18
147:2 148:20
149:1 151:22
155:2,13 156:8
161:18,22 164:24
165:5,7,20 168:10
168:18 169:3
173:8 174:6,11,13
175:15,21,23
176:10 178:9
185:6 193:4,6,22
194:5 195:2
196:20 197:16
198:1,21 199:9,18
201:22 202:17
203:5,6 204:2
205:22 206:20,22
207:1,24 208:6,25
210:15 212:2,6,10
212:12 213:20
219:18 223:20
228:24 231:7,20
233:22 234:1,7
235:20 237:14
**goldman** 87:7
**good** 95:24 111:25
114:21 117:6,8
136:13 141:12,14
165:12 202:1,2
231:3 235:8

**goose** 202:2
**gould** 128:8,12
130:6
**gould's** 128:25
**governed** 186:16
**grant** 88:17
127:22 156:9
172:1
**granting** 122:4
167:24
**graphs** 163:20
**great** 94:13 117:6
203:5
**grievous** 222:18
**griffis** 88:16 109:9
109:12,19 110:2
113:4 125:1,11,21
126:25 127:21
135:15,18,18
140:15,16 157:12
157:13,18 162:17
162:20 180:24
182:4 218:13,14
224:13 225:6,15
225:20
**grime** 163:2,3
164:15,19,25
**grime's** 164:1,6
**grimes** 162:5
**ground** 139:22
143:3 202:8
**grounds** 126:13
173:10 188:4
**group** 96:18 136:8
215:25
**groups** 136:25
**guess** 134:22
169:24 194:11
**guidelines** 112:20
**gut** 172:23 173:16
175:9,20,24

176:14 179:20
180:9
**guy** 95:17 99:11
215:23 219:23
220:17

**h**

**half** 232:15,21
233:3
**hand** 109:24 112:9
167:19
**handful** 222:2
**handle** 165:20
**handles** 231:8
**handling** 121:16
**hangs** 227:3
**happen** 90:11,13
113:14 228:6
229:3,12
**happened** 97:12
98:17,20 102:20
128:20 191:2
225:20 234:23
**happening** 106:4
**happens** 96:13
168:25 171:7
229:18
**happy** 171:10
187:6 189:24
**hard** 229:19
**hardship** 167:19
167:20,22 171:4,5
171:9,16,22,23
172:1 231:7
**harm** 110:9 159:8
179:16,18
**hatched** 219:15
**hayden** 208:4
**head** 226:2
**health** 89:25 173:5
173:15 175:16

[hear - ibt]

**hear** 93:21 122:7
   124:8 130:4,23
   134:12 140:21
   169:3,10 228:18
**heard** 113:24
   136:14 208:15
   213:11 220:16
   235:14
**hearing** 136:7
   181:1 219:12
**hearsay** 125:25
   129:3,3,13 130:5
   130:21 131:7
**heart** 95:17
   105:22 162:15
**hedlund** 87:7
**held** 198:14,16
**hello** 127:23
**help** 231:20
**helped** 95:23
   132:17
**helpful** 168:13
   169:17,22 211:6
   213:16
**herbicide** 151:12
   174:7
**herbicides** 111:5
   150:20 152:2,5
**hey** 101:2,22
   108:12 130:2
   139:16
**heyden** 177:23
**heydens** 143:22
   177:19 207:23
   220:21
**highly** 99:15
   210:23
**hilmert** 88:10
   129:19 135:17
   141:9,11,12,23
   145:7 147:5

173:23 178:22
   183:3,4 196:20
   197:15 204:13,23
**hired** 191:16
   218:20
**hires** 96:17
**historical** 96:15
**history** 95:10 99:9
   101:21 102:2
   118:21 212:3
**hodgkin's** 119:15
   121:17 161:1,15
   189:23
**hogan** 86:24
   239:23
**hold** 99:10 107:9
   142:20 163:5
**hole** 137:22
**hollingsworth**
   88:17,18 127:22
   127:24,25
**honest** 193:23
**honor** 92:17,18,24
   93:2,8 94:11 95:6
   96:21 98:16 101:9
   101:14 102:6,10
   102:25 103:3,11
   104:5,9,25 105:25
   106:2 107:3,8,12
   107:22 108:10
   109:1,9,19,24
   113:22 114:19
   115:12,23 117:3,9
   120:19 121:13
   122:13,20 123:3
   123:15 124:12,25
   125:22 126:24,25
   127:7,12,25
   130:13,24 131:22
   133:16 134:13
   137:15 138:15

140:16 141:8,13
   143:6 144:19
   145:7 146:3 147:6
   148:4 149:22
   152:8,10 153:4,15
   153:22 154:3
   155:5,13 157:10
   157:13,18 158:16
   160:1,3 162:18
   165:1,23 166:7,9
   166:24,25 167:4
   167:15 169:16
   171:6,14 172:6,19
   173:2 175:2,15
   176:24 178:20,23
   180:3,25 181:12
   181:14 182:18
   183:4 184:13,24
   186:5,6,7 187:15
   188:13 189:7
   190:7 191:8 192:7
   192:20,21 193:1
   193:10 194:12,17
   195:14 196:5
   197:16 199:23
   200:5 201:9,17
   202:12,21 203:1
   203:24 204:13
   205:16 207:7
   208:3 209:2,6
   210:10 213:4,19
   214:9 216:1,5,18
   217:6,9,15 218:14
   221:4,23 222:17
   223:6,25 224:8,15
   225:6,13,17
   226:13,21 227:9
   227:10 228:18
   230:4 231:5,8
   232:1,22 233:15
   235:7 236:5,11,22

237:25
**honor's** 135:5
   230:6
**honorable** 86:14
   89:4
**hope** 90:11 217:13
**hopeful** 237:16
**hopefully** 166:2
**hoping** 91:7
**host** 162:9 173:17
**hour** 170:19 216:1
   216:12 232:21
   233:2,3,3 234:21
   234:25
**hours** 231:12
   232:1,3,12,15,24
   233:5 234:19,22
   234:24
**housekeeping**
   236:12
**huge** 137:22
**human** 112:10
   173:5,15 175:9,18
   203:12 204:25
   216:11 222:14
**humans** 114:23
   140:13,19
**hundreds** 222:1

## i

**iarc** 136:8 144:4
   207:13 215:24
   218:5,6,10 219:24
**ibt** 94:24 95:13,16
   95:18,20 97:6
   98:19 99:1 100:2
   102:11,17 104:20
   104:24 106:11,15
   107:13,18,21,25
   108:2 155:20,24
   210:15 211:17

[idea - internal]

idea 105:14
124:17 145:14
160:6,12 161:10
161:17 162:11
191:23
identified 125:18
125:23 142:7
158:1 181:17
identifies 207:14
identify 126:1,17
139:4 162:21
182:5,7
ii 86:11
il 88:13
illegal 185:17
illnesses 173:17
imagination
154:19
imagine 113:14
170:1 180:14
201:22 237:8
immediately
222:24 228:2
235:14
immoral 185:18
impact 89:18
103:24 173:4
182:9
impacted 204:17
impaneling 236:18
impeach 164:24
217:14
impeaches 164:25
implemented
177:6
implicates 198:18
import 137:9
importance
203:16
important 98:8,15
101:18 128:12

158:15 164:4
203:24 214:2,17
222:16,17
importantly
114:19 160:12
161:7
impossible 93:20
112:19
impression 125:22
impurities 141:17
141:21,24 142:8
143:10 145:1,1,10
145:20 146:14,19
147:14,23 148:22
148:23 202:23
203:3 207:15
impurity 142:7,8,9
142:12,21 145:25
147:17 203:13
205:1 207:14
inaccurate 114:5
203:22
inadequate 136:9
incidentally
102:18 211:19
incidents 119:20
inclination 230:7
inclined 106:19
130:25
include 203:12
204:24
included 111:18
includes 136:18
including 89:17,24
100:15,17 138:9
163:4,15 185:19
219:1
inconceivable
158:3
independently
129:20 199:24

indicated 187:18
192:21 214:7
217:19
individual 95:16
121:25 122:10
124:5 206:16
individuals 117:14
119:13
indulgence 227:9
industrial 94:21
industry 102:25
inflame 152:17
inflammatory
103:15 139:14
influence 90:8
influencing 93:7
information 93:9
131:11 132:1
134:11 135:6
163:18 164:8
185:10 195:12
199:10,15,19
200:18,25 201:6
230:8,12 231:18
232:6,8,11
ingesting 175:19
175:23
ingredient 111:21
143:14 154:12,16
ingredients 111:23
inhalation 143:24
208:1
inherently 194:17
initial 154:6 156:2
217:18
initially 96:6
128:7 196:10
217:16
injuries 117:14
119:24 120:15
189:23

injuring 159:25
injury 120:21
137:21 140:20
142:22 159:3,11
159:18 189:14
inquiry 222:8
insidiousness
161:4
insignificant
206:12
insofar 173:12
204:8 207:15
instances 126:5
184:18
instruct 168:15
185:22
instruction 151:5
151:7 184:8
185:21 187:7,17
instructions 139:3
intend 136:15
149:19 202:9
intended 103:15
197:12
intending 104:1
104:19 122:21
209:15
intent 201:8
intention 217:24
231:16
interact 145:4
interacted 128:3
interchangeably
111:3
interest 135:10
interested 239:13
interfere 90:22
interference
198:25
internal 176:24

Veritext Legal Solutions
866 299-5127

[internist - karnow]

**internist** 118:10
**introduce** 116:25
  117:12 127:21
  138:20 176:9
  188:9 189:20
  190:2 194:23
**introducing**
  174:17 189:17
**introduction**
  112:23 113:1
  126:11 131:10
  153:16
**invalid** 102:23
  210:18 211:5,12
  211:15 213:2
**investigations**
  178:7
**invite** 147:16
**involved** 98:20
  144:25 151:10
  206:2 217:1
  220:14 222:23
**involvement**
  103:20
**involving** 200:12
  236:16
**irrelevant** 129:13
  137:14 179:25
  211:10
**irrespective**
  134:18
**irritations** 120:4
**issue** 92:19 103:16
  105:1 108:9
  129:17,18 133:5,6
  142:4,15 144:10
  147:11,13 149:17
  152:19 160:6
  176:22 179:9,10
  183:2 185:19
  187:4,19 189:14

193:10 195:3
196:17 199:20
202:23 204:10
210:9,13 211:10
211:20 212:14
220:3 222:6
227:13 231:7
**issued** 101:13
  157:8,15
**issues** 90:16
  103:17 121:3,5
  147:8 165:15
  173:1 174:2,4,6
  184:3 194:20
  225:23,25 226:22
  237:12
**item** 134:15
**items** 110:7

## j

**jail** 99:12 101:4
  102:5 105:18
  210:15
**james** 88:10
**jamison** 215:15,20
  215:22 216:7,19
  217:22 218:16
  219:11,13 226:8
  226:15
**jamison's** 217:3
**job** 96:17 114:2
  185:6
**jobs** 115:22
**john** 110:4 122:16
**johnson** 86:4
  94:25 103:7
  117:17 118:5
  119:3,5,16 120:1,5
  120:8 122:20
  123:10,20 137:17
  143:20 144:12,14
  154:13 159:8,10

159:25 161:11
178:16 192:2
204:1
**johnson's** 103:9
  103:11 117:25
  118:4,19,22
  119:12 122:2,9
  137:21 138:11
  140:20 142:3,13
  145:11 146:25
  148:15 159:3,10
  187:2 191:21
  204:3,6 205:4,19
  208:11
**joint** 166:15
**journal** 133:1,24
  134:2,4,6 139:15
**journal's** 134:8
**journals** 134:1
**judge** 124:15
  127:16 131:1
  139:18 140:1,10
  147:10 157:8,15
  157:20 160:6
  161:16 165:6
  177:14 178:17
  179:1,12 180:11
  180:25 181:24
  186:8,25 187:18
  188:5,22 189:11
  189:16 192:10
  193:8 200:8 213:7
  221:18 225:3
  227:17
**judgment** 159:15
**judicial** 227:3,6
**juncture** 229:1
**june** 86:13 89:2
  239:19
**juror** 151:5
  166:22 169:10,12

169:13 171:23
**jurors** 89:18 90:23
  90:24 91:10,14
  92:1 93:21,22
  151:2 166:20
  167:7 168:3,9,15
  168:18,21,24
  169:1,4,18 170:15
  170:18 171:4,7
  231:17
**jury** 89:20 90:9,9
  90:21 91:1,5,5,7
  91:11,15 93:7
  94:1 95:6 99:17
  103:22 111:14
  113:12 114:16
  115:19 116:14
  124:17,22 130:3
  142:11 151:9
  152:17,23 165:8
  166:5,7,12,13
  170:16,19 185:22
  187:7 195:13
  201:15 207:8,11
  207:21 211:7
  212:8,22 214:17
  229:1 230:17
  236:18,23 237:7
  237:18
**jury's** 103:16
  159:2
**justice** 223:11
**justification** 220:6
  220:11
**justify** 220:25

## k

**karnow** 124:15
  127:16 139:19
  140:2,10 147:10
  157:8,15,20 160:6
  177:14 178:17

[karnow - list]

179:1,12 180:12
180:25 181:24
186:25 187:18
188:5,22 189:11
189:16 192:10
200:8 221:18
225:3
**karnow's**  131:2
161:16 165:6
186:8 193:8 213:7
**keep**  151:19
163:24 211:6
**keeping**  231:16
**keeps**  106:9
**khatib**  173:7
174:11,13 175:3
175:11
**khatib's**  174:19
176:5
**kidney**  96:24
**kids**  175:6
**kills**  173:9 174:7
**kimball**  196:22
198:17,20 199:21
**kind**  115:22
120:25 121:4
132:13 139:21
143:8,9 208:3
219:13 223:11
227:3 232:12
**kirby**  88:16
135:18
**kirk**  127:3,4 128:1
**knew**  102:21
126:8 151:13
152:6 220:12
**knocked**  126:9
**know**  90:12 91:23
92:23 93:8 101:9
101:25 110:6
113:7 119:18

124:22 125:1
129:6 131:16
135:8,20 155:6,7
170:13 172:3
185:6 192:7 195:1
195:8,11,24 199:3
202:1 209:21
215:3,4 219:18,19
219:22 222:2
226:1,7 227:25
228:17,23,24
229:18,20 230:10
230:14,15,18,21
231:11,13 232:5,6
232:9 234:15
**knowledge**  112:17
183:2 196:17
197:13 219:21
235:6
**known**  105:6
143:16 144:7,9
148:14 152:6
220:13
**kuschner**  96:19

**l**

**l**  87:4
**laboratories**  94:21
97:7,16 98:16
99:23 100:10,13
**laboratory**  101:3
114:21 158:7
**lack**  189:8
**ladies**  193:17
**land**  143:9
**language**  193:7
**large**  101:1
**largely**  163:24
**late**  170:24 221:2
222:24 229:1
**law**  120:13 196:13
196:23,25 197:6,6

198:22,25 199:6
199:17 213:22
222:9
**lawrence**  226:22
**lawsuit**  191:20
194:20,22 211:10
211:20,21
**lawsuits**  103:18
187:20,24 188:10
190:3 191:19
192:1,24
**lawyer**  134:21
195:25 213:14
**lawyers**  91:13,20
91:20 92:7 172:2
191:9,15,16
**lay**  143:9 190:4
192:23 194:25
226:11,12
**layers**  130:20
**lead**  175:10
228:13
**leads**  173:16
**leave**  190:5 228:3
**led**  138:11 175:5
212:4
**left**  95:20 227:25
**length**  93:19
**lengthy**  159:1
**lesions**  120:4
**letter**  126:5
**letters**  132:19
141:3
**level**  143:23 202:7
205:14,14 207:25
**levels**  110:14
**liability**  105:23
184:10 188:15
**liable**  199:7
**liberal**  223:14

**license**  163:5
**lie**  193:19
**light**  103:13 114:3
**likes**  189:25
**limine**  89:7 94:14
96:13 109:3,4
113:23 115:16
116:12,19 125:7,7
125:9,13,25 126:3
126:6,8,10 131:9
139:7 141:7 157:3
172:17,18 179:13
181:21 182:21
192:8,11 195:6
196:8 202:18
208:25 210:11
219:5 227:7
**limit**  90:18 116:20
232:13 233:9,23
234:14
**limitation**  93:25
**limited**  90:24
194:24 218:9
**limiting**  139:23
185:21 187:6,16
219:20
**limits**  94:17
180:21 230:15
234:2 235:20
**line**  102:20 127:15
134:15 172:10
178:15 205:17
237:1
**lines**  154:18
**link**  97:22 159:9
159:10,11 160:25
**linked**  148:10
173:17
**list**  109:8,13 116:4
127:5 165:21,22
170:4,5,17,20

[list - ment]

172:8,8,12,13,17
182:12 210:9
213:6 215:12
216:23 226:19
229:3 234:8 235:4
235:25
**listed**  144:7
215:19 217:19
**listen**  108:12
**lists**  168:8 213:10
**literally**  222:13
**literature**  161:5,5
**litigate**  103:19
**litigation**  149:17
152:22 156:14,17
156:19,25 186:22
193:12 194:1
**little**  95:10 139:13
181:3 202:1
**litzenburg**  87:13
127:11,14 130:12
181:11 188:11
**live**  91:18 215:16
216:11,23 217:8
217:11 218:9
219:13 220:8
222:13 227:19
228:3,9,20 229:8
235:21,22
**llc**  87:14
**llp**  88:4,11,18
**lobbying**  182:23
183:6,10,11,22
184:9,17,21,22
185:9,16,18
**local**  92:25 93:18
**lombardi**  88:9
92:16 94:12 102:8
102:8 104:4,22
106:2,24 107:2,21
107:22 108:14,17

120:19 122:19
141:8 166:9,24
169:17 170:2,21
171:3,13,24 172:5
172:19 186:4
187:15 188:18
191:6,7 194:13
201:17 208:24
209:2 210:1 211:8
228:17 230:4
233:1,6 235:7
236:4,23
**long**  99:8 110:12
112:13 118:21
155:4,15 163:15
170:14 209:18
221:3,3 231:9
**longer**  129:24
152:14,21 153:6
153:25 210:8
219:8 231:17
**look**  100:24
114:25 125:12
146:2 151:5
180:10 182:14
205:6 213:7
234:18
**looked**  95:24
147:25 160:18
218:21
**looking**  95:14
100:7 125:14
150:19 152:3
219:17 236:24
**looks**  149:24
**los**  87:9
**lot**  96:25 100:9
105:9,16 114:4
136:18 137:23
160:1 161:18
184:18 190:14

220:23 228:5
232:10
**louis**  227:15
**low**  143:23 207:25
**lunch**  149:9,10
165:13,14 170:17
170:19 237:7,9
**lymphoma**  119:16
121:17 161:1,15
189:24

| m |
|---|

**m**  88:10
**machine**  239:9
**magic**  96:11,12,23
99:22 185:24
186:1
**main**  220:3
**making**  93:13
128:21 142:14
161:8 179:7
189:16 197:17
198:22 207:11
209:14
**male**  137:6
**man**  105:18
**manipulated**
158:23
**manipulation**
139:8
**manner**  184:5,7
**manufactured**
120:24 153:3,10
153:11,25 155:8
155:10 156:12,15
**manufacturing**
143:15 154:25
**mark**  87:19
214:23 215:12
**market**  99:5,7
101:22 106:5
107:23,24 154:7

155:19 156:7
**marketed**  151:13
212:5
**marketing**  134:15
**martel**  88:4
**martins**  214:12,19
214:23 215:12,18
216:25 220:10,25
221:5 223:19
224:12 225:18
226:5
**mary**  86:24
239:23
**materials**  164:22
**matter**  117:2,13
122:25 123:24
198:4,23 199:9,24
203:22 212:12
**matters**  89:6,8
137:3
**max**  232:13
**mdl**  220:14
**mean**  102:4
224:21 225:19
**means**  91:10
201:18
**meant**  116:8
**measure**  236:12
**media**  89:10 91:3
91:19,24 93:19
236:16,18
**meet**  94:8 135:24
135:25 165:14,16
168:19 202:17
221:18 230:14
233:10,11,13
235:19 236:9
**megacourtroom**
91:11 166:14
**ment**  179:19

Page 20

[mention - motion]

mention 107:25
145:24
mentioned 204:24
205:12
mentions 146:4
merit 138:2
merits 136:16
met 112:14 213:8
225:21
mice 95:14 96:24
133:2 139:13
michael 87:4
microbiobes
173:16
microbiome
175:10
microbiomes
175:20,25 176:14
179:20 180:9
middle 139:22
milk 179:14
miller 87:14
220:12
million 100:19
103:4 104:14
mind 183:3 201:8
mini 91:3,13 92:9
167:10,11,17,18
201:19,21 202:10
209:25 210:3
211:23 212:14,19
minute 123:2
149:8 201:21
215:1 227:10
minutes 212:3
233:2 234:19,21
234:22,24,25
mio 182:9
mios 182:8
misconduct
103:23 211:17,19

misleading 212:22
misled 197:1
198:12
misrepresent
158:20
misrepresented
164:15
missed 214:3
222:21 226:10
missing 161:12
missouri 227:17
227:18
misspoke 125:21
misstated 164:19
mistake 213:18,21
214:10 215:6,7
216:17 222:21
223:5,9,10
mistakes 223:13
223:15
mistrial 90:10
mixed 112:2
mixture 208:10
mixtures 203:19
203:20
model 151:7
modern 229:9
modified 156:10
235:25
mole 135:12
moment 202:14
226:3
monday 125:1
168:16 170:7
218:15 225:11
230:19 231:10
235:23 237:19
money 105:16
128:21 129:16
151:3 190:17
193:11,25 195:17

195:18 196:1,2
monograph 144:4
207:13
monsanto 86:7
90:16 93:22 95:14
95:21 96:4,17
97:14 99:16
100:22 101:5
102:9,13,18 103:5
103:22 104:1
105:10,14,19,24
106:5,10 107:16
109:6 111:15,17
112:14 113:6,6
115:5,9 117:18
118:1,2 119:1,6,7
121:2,15,18,25
123:21 128:1,20
133:6 134:6,10
135:4 137:19
139:19 140:3,21
141:2,9 143:21
144:1 149:20
152:13 153:3
154:1,4,10,24
155:10,21,25
156:4,16,22,24
157:25 158:2,23
161:3 162:1,10
163:4,20 165:4,9
173:12 176:15,25
177:2,10,24 178:3
178:6,10 180:11
183:12,16,19,22
184:3 186:25
188:1,12 189:12
189:15 192:1
194:25 196:9,10
196:11,15,25
197:3,7,9,13,19,21
197:22 198:7,11

198:22 199:7,8,14
199:18 208:16
211:16 214:21
215:13 220:19
monsanto's 90:15
128:19 130:2,2
132:17,24 137:13
138:21 151:9
156:9 176:7 184:8
196:17 199:4
207:22
montgomery 88:5
moot 186:3,13
219:9 228:1
morning 92:23
93:2 94:8 117:7,8
141:12,14 165:16
166:12,13,20
168:2,16 170:8
230:14 233:11,12
236:9
morphed 200:6
motion 94:18,19
96:13,23 97:4,5
109:2,3 113:23
115:16,25 116:11
116:12,19 122:4
122:20 123:6
125:7,9 126:3,6,10
127:2,20 130:15
131:7,8,9 139:7
141:6,15 147:14
148:2 149:14,16
150:1 153:16,17
153:20 156:9
157:3,4,12 158:15
172:18,21 174:3
179:13 181:21
182:21,22,25
183:9 184:14
185:4,23,24 186:3

[motion - okay]

186:17,21 188:7
188:20 192:8
195:7 196:7
197:11 200:7
201:12 208:24
210:11 219:5,8
227:2,7 228:2
**motions** 89:7 91:9
92:14 94:14,15
125:6,25 126:8
165:17 166:3,4,22
172:16 192:11,15
195:6 202:18
209:24
**mouse** 162:8 186:2
**mouth** 99:4 102:1
**move** 92:14
121:10 210:11
**moving** 191:5
**multiple** 111:15
125:8 137:6
203:15
**mycosis** 206:2

**n**

**n.w.** 88:19
**nabhan** 142:24,24
**name** 95:16
122:10,12 129:14
140:4 160:17
211:17 239:17
**named** 128:7
217:20,22,23
218:2
**names** 92:1
**narrative** 211:6
**narrow** 125:4
**nathan** 196:22
198:20 199:20
**necessary** 111:9
124:9

**need** 94:5 107:7
114:11 132:13
147:20 149:4
158:4 165:16
180:10,13 185:14
190:3 201:13
210:7 212:7
222:18 224:11,18
226:3 230:7
231:17,24 232:20
235:10
**needed** 165:21
**needing** 231:11
**needs** 195:24
214:18
**negative** 134:10
152:23
**neither** 107:13
108:1,23 239:12
**ness** 87:21
**neutral** 184:5,6
**never** 90:12 98:2
104:7 113:24
119:1,3 150:6
**nevertheless** 197:8
**new** 170:16 219:9
219:15,17
**news** 93:18 147:5
**nhl** 115:7
**nicotine** 148:8
**night** 92:25
**ninth** 196:22
198:16
**nng** 142:9 143:16
145:20 207:14
**non** 119:15 121:17
161:1,15 189:23
**noon** 170:6
**norms** 133:9
**note** 150:25 158:2

**noted** 125:5
**notes** 153:9 234:18
**notice** 117:17
118:2,3,7,11,12
119:20 120:16,21
121:3,4,6 122:21
123:16 124:18,20
183:2 187:4,10
189:12 190:3
194:25 196:18
197:13 201:7
227:3,6 237:1
**notified** 214:25
**notion** 203:21
**number** 94:19
109:3 116:19
127:2 130:17
131:9 141:7,15
149:15 156:9
157:3,3 172:18,20
175:5 182:21
185:18,23 186:18
186:20 190:12
194:24 196:8
201:11,13 203:15
208:25 210:11
219:3 233:25
**numbered** 110:7
**numerous** 120:3
120:12 143:12

**o**

**o'clock** 236:3
**oath** 219:20
**object** 113:16
123:1,8 124:16
181:20,25 185:6
230:10
**objected** 219:3
**objecting** 112:22
113:1,2,19 179:1

**objection** 90:15,16
93:17 135:3
181:21 182:17
185:2
**objections** 125:15
125:24 126:13
127:16 181:6
182:8 221:21
222:1 224:3,22
**obligation** 118:16
197:20 199:17
**obligations** 177:11
**obtained** 154:5
**obviously** 95:25
106:3 134:20
190:9 215:18
228:6 229:11,15
230:4
**occurred** 106:12
156:2 219:17
**offer** 104:1,19
142:2 148:2
149:19 193:13
209:15
**offered** 119:20
142:24 181:15
210:17 234:2
**offering** 101:14,16
142:18
**office** 170:16,17
170:19 227:18
**oh** 93:22 96:14
100:24 142:6
**okay** 92:12 94:13
96:22 109:2
112:25 113:20
116:18 117:6
127:8,13 129:20
138:4 141:10
147:1,9 149:6
165:2 166:10

[okay - parties]

| | | | |
|---|---|---|---|
| 168:14 171:15 | **openings** 92:9 | **order** 91:10 92:12 | 235:16 |
| 172:3 185:13,23 | 167:10,18 201:13 | 96:2,3 104:10 | **paid** 132:20 134:7 |
| 186:17 188:8 | 201:19 213:3 | 130:19 157:8,15 | 162:22 190:17,22 |
| 194:9 208:23 | 230:20 | 163:22 165:6,9 | 193:18,25 196:1,3 |
| 209:22 213:16 | **opens** 176:15 | 168:9,9,12,13 | **panel** 91:5,15 |
| 226:14 228:16 | **opines** 147:22 | 170:4,22 221:19 | 166:11 167:17 |
| 229:17 230:3 | **opinion** 142:2,4,15 | 237:3 | 230:14 231:10 |
| 236:6,19 237:21 | 142:20,21,25,25 | **orders** 96:1 | 232:3 233:10,14 |
| **old** 152:13 153:3 | 145:12 148:21 | 181:12 213:7 | **paper** 160:23 |
| 154:3,10,24 | 162:1 189:7 | **ordinarily** 136:19 | 163:2,3 164:19 |
| 155:21,24 156:3 | 204:15 207:12 | **original** 225:21 | 206:9 |
| 156:16 | **opinions** 142:18 | **originally** 120:1 | **papers** 146:3 |
| **omitted** 216:17,19 | 146:9 161:13 | 134:5 210:17 | 155:9 164:20 |
| **once** 126:21 | 174:21 194:8 | 211:4 216:19,20 | 186:23 |
| 130:18 138:21 | 218:11,22,23 | 218:17 219:15 | **paragraph** 111:1 |
| 155:17 171:21 | 219:2,16,17 | 225:21 226:20 | 203:14 |
| 218:1 230:10 | **opportunity** 169:6 | **originals** 168:6 | **part** 98:8 100:7 |
| 231:14 233:21 | 194:11 | **ostensible** 173:9 | 101:1 113:10,17 |
| **oncologist** 142:23 | **oppose** 115:22 | **ought** 93:25 | 116:6 124:13,23 |
| **one's** 154:5 214:10 | **opposed** 196:2 | **outlined** 197:25 | 135:1 139:9 |
| **ones** 125:14 | 228:25 | **outright** 135:5 | 158:15 179:20 |
| 126:12 154:11,15 | **opposing** 124:7 | 183:18 | 200:3 204:9 |
| 178:25 181:16,17 | 147:21 190:20 | **outset** 91:6 167:8 | 214:17 |
| 181:19 193:13 | 203:4 | 190:2 | **participant** 218:6 |
| **ongoing** 90:17 | **opposition** 89:15 | **outweighs** 156:23 | 218:18 220:13 |
| **open** 171:2 174:9 | 110:22,25 150:21 | **overall** 133:21 | **participants** 89:17 |
| 174:10,24,25 | 185:25 | 207:16 | **participate** 222:5 |
| 175:15 180:4,21 | **orange** 87:16 | **overly** 153:16 | **particular** 97:5 |
| 191:4,23 237:19 | 150:21,23 151:12 | **oversaw** 215:24 | 103:6 109:4 |
| **opened** 190:11,12 | 151:23 152:16 | **oversight** 216:24 | 120:21 121:7 |
| **opening** 91:3,13 | 153:2,13,18,25 | 222:18 | 133:12 148:1 |
| 91:19 92:10 | 154:22,25 155:7 | **owned** 163:23 | 150:16,23 184:23 |
| 111:14 113:18 | 155:10 156:10,20 | | 199:1 214:13 |
| 167:11,17 179:6 | 157:2 | **p** | **particularly** 90:25 |
| 201:21 202:4,10 | **orchestrate** | **p.m.** 92:25 166:18 | 93:18 96:15 |
| 209:25 210:3 | 132:17 | 166:18 238:3 | 171:25 |
| 211:23 212:14,16 | **orchestrated** | **package** 163:12 | **particulars** 226:2 |
| 212:19 232:19 | 135:5 | **packages** 163:10 | **parties** 89:15,19 |
| 233:2 237:15,17 | **orchestrating** | **page** 111:1 127:15 | 103:17,20,23 |
| 237:22 | 140:5 | 157:25 181:23 | 236:17 |
| | | 203:9 204:19 | |
| | | 224:4,19,22 | |

Veritext Legal Solutions
866 299-5127

[partners - portion]

partners 87:20
parts 164:4
party 106:22
  108:21,23 130:22
  131:6 239:14
passed 221:3
patently 179:25
pattern 151:10,11
  151:15,22 156:1,5
patterns 139:5
paul 95:17 98:20
pausing 227:12
paying 202:5
  219:24 220:1
payment 138:25
pc 87:7
pcb's 152:16
pcp 153:2,13
  154:22 156:11
pcps 153:18
pedram 87:6
  117:4,9 143:6
peer 115:5 132:25
  133:24
pending 182:7
  190:25 227:2
  236:18
pens 169:18,20
people 102:5
  107:4 114:25
  115:6 117:22
  119:7 120:3
  160:21 163:8,24
  164:2 167:21
  175:19 178:16
  210:15
percent 120:11
  203:13 205:1
  229:5
perfect 214:10
  223:16

performance
  140:8
peril 116:16
period 100:20
  102:16 106:7
  235:1
permit 90:20
permitted 195:9
  210:14
permitting 157:16
perry 114:6
person 145:24
  193:18 194:2
  216:5
person's 129:14
personal 90:25
personally 120:11
perspective
  132:23
pertains 178:5
pervades 161:5
pesticide 102:25
  200:13
pesticides 100:15
  100:17 160:20
ph.d. 135:22
photographs
  140:25
phrased 195:22
pick 215:17,17
  224:1 237:18
picking 229:1
picture 137:8
pictures 136:18,21
  137:11 139:12
piece 115:23
  133:20 193:15
pieces 199:15
pin 186:6
pitfall 194:11

place 131:14
  164:14 239:5
plaintiff 86:5 87:3
  94:16 116:23
  117:17 123:23
  128:15 130:8
  141:20,24 142:22
  146:10 159:14,19
  165:5,7 167:12
  179:15,18 185:15
  204:17 206:17,20
  232:20 233:4
  234:9,19 236:1
plaintiff's 94:22
  106:18 110:22
  113:14 117:1
  126:17 127:4
  130:9 131:17,19
  146:12 147:18
  149:18 159:4
  177:9 196:3 206:4
  206:14 223:7
  236:15
plaintiffs 95:3
  113:21 128:17
  142:5 158:17
  165:3 172:24
  183:14,21 185:25
  187:14 189:17
  190:15 210:14
  218:20 224:5,12
plan 237:5,10
planning 109:10
  174:3,17
plant 121:16
plants 174:7
play 134:25
  141:21 193:22
  217:24 233:21
played 93:4
  135:12 216:10

220:21,22 233:21
playgrounds
  175:13
playing 94:1
  113:13 202:8
  223:4 228:8
plays 229:15
please 92:4 122:17
  124:7 126:17
  165:14 167:6
  168:11 195:5
  223:22 235:24
  236:6
pled 197:4
plenty 181:11
plus 191:25
point 98:15 101:18
  119:19 121:1,1
  140:15 142:6
  143:23 146:15
  148:4 160:8
  161:12,17,21
  162:2 179:4 182:2
  184:15,23,24
  187:16 197:12
  208:22 212:16
  221:8 222:7 226:9
  228:1,23 232:13
pointed 184:19,24
  204:19
pool 92:4 93:7
poor 139:13
poorly 136:6,6
portier 133:17
  136:5 162:7 163:1
  164:9,10,11,16
  190:21 193:20,24
portier's 164:23
portion 91:18
  192:8 235:1

[pose - production]

pose  205:15
position  105:25
  152:8 166:7
  196:23 206:14
  230:21
possibility  180:4
  198:5,9 199:22
possible  160:20
  183:5 231:22
possibly  174:23
potential  91:15
  93:7 105:23 121:3
potentially  122:6
  130:8 131:5 232:4
powerpoints  92:7
practical  212:12
practice  151:11,16
  151:22
pre  196:12 197:2
  199:25
precautions
  121:19
precisely  198:2,14
  198:15
preemption  198:4
  199:11 200:9,12
preference  170:8
prejudice  156:21
  183:18 189:2
  213:22,23 215:2
  222:9,10,19
  223:14
prejudiced  214:11
  214:11
prejudices  220:4
prejudicial  93:11
  93:24 145:17
  146:15 152:24
  210:23
preliminary
  229:11

premised  200:22
prepare  167:17
  190:18 220:5
  223:22 224:6,6,19
prepared  125:19
preparing  194:1
  236:24
preposterous
  160:14
preregistration
  95:13
presence  143:24
  144:24
present  99:17
  100:18 114:2
  139:20 146:6
  158:15 174:6
  179:8,24 212:3
  213:25 214:12
  223:8 227:5
presented  136:6
  158:9 179:14
  184:4,6 225:23
presenting  165:8
  173:23 174:3
  212:8
president  128:19
press  92:22 93:4
  93:10 94:1 111:12
  111:13
pressure  132:20
  134:7
presumably
  174:18
presume  116:6
pretend  101:19
pretty  139:13
  158:3 181:24
  223:14 229:23
  232:9

prevail  165:10
  227:6
preventing  183:9
previous  119:24
  206:9
previously  127:15
  157:8,20 208:8
  213:12 217:3,12
  217:20
primarily  133:6
  190:13 219:7
primary  95:22
  158:1,5,6,12,20,21
  158:22 160:15
  213:23 222:8
prime  119:19
  162:5
principle  200:17
prior  90:6 94:1
  179:13 180:2
  219:21 239:7
prison  100:20
privacy  89:16
pro  141:17,17
  148:16 149:20,21
  150:4 191:22
probable  203:12
  204:25 205:21
probably  180:14
  222:1,17
probative  99:15
  156:23
problem  96:14
  98:11 101:23
  114:10 136:17
  144:2 181:16,18
  191:7 192:4 193:7
  199:4 205:15
  211:8,21 214:8
  225:3

problems  133:23
  228:14
procedurally
  123:8
procedure  100:7
  167:19 224:20
proceed  117:10
proceeding  89:22
  217:21 218:7
proceedings  86:13
  238:3 239:4,7,8,11
proceeds  203:14
process  132:5
  143:15 155:18
  198:25 212:4
  221:19 231:6
  232:16
produced  154:23
product  95:1
  97:23 98:11,13,14
  102:15 103:8
  105:11,15 106:7
  108:24 109:6
  111:19 112:4
  114:9,11 115:1,7
  115:10 117:23
  118:6,17,22 119:2
  119:9 120:24
  121:5,7,10,16,19
  128:4 133:2
  143:20 144:11,16
  144:22 145:2
  148:10,13 153:10
  156:12,20 163:7
  177:12 178:13,15
  201:5 203:25
  211:13
product's  161:15
production  173:11
  175:17,23

Veritext Legal Solutions
866 299-5127

[productive - reaches]

**productive** 229:20
**products** 103:12
  111:16 118:14
  121:2 132:8
  146:24 147:3
  149:16,20 150:3
  150:10,14,17
  152:5,19,21
  153:14 154:12
  163:6 211:14
**proffers** 173:12
**programs** 177:1,6
**progress** 209:3
**prohibit** 165:7
**promote** 138:6
**promoting** 110:5
**proof** 139:17
  140:13 200:3
**prop** 144:7 201:19
  201:21 210:8
  226:25
**properly** 112:21
  118:21 119:2,9
  177:11 178:13
**proposal** 210:13
  211:16
**propose** 116:25
  176:11 188:8
**proposed** 166:22
**proposing** 110:10
  138:5 176:9 217:7
**proposition**
  135:21 201:14
**proprietary**
  163:18,23
**protect** 118:5
**protected** 183:11
  184:9
**prove** 136:22
  165:5 210:17

**proved** 191:18
**proven** 194:21
**proves** 145:8
  146:14 192:2,3
**provide** 171:17
  178:9 193:4
**provided** 97:16
  192:19 223:13
  236:25
**provides** 177:21
**providing** 185:10
**prudent** 126:16
**publication** 134:1
  162:10
**published** 124:21
  131:13,14 132:25
**publishing** 124:16
**pull** 205:16
**punish** 183:16
**punitive** 105:23
  129:18 135:9
  139:3 151:1,4,6
  152:1 159:12,15
  183:15,18 185:8
**pure** 125:24
  126:13 182:16
**purportedly**
  128:15
**purpose** 128:22
  135:2 187:10
  211:23
**purposes** 139:16
  183:7 229:25
**put** 103:16 136:15
  151:3 155:9
  168:11 169:13
  186:6,12 228:14
  229:12
**putting** 222:6

**q**

**qualified** 168:3
**quality** 133:4
**quantiles** 146:7
**question** 90:23
  94:22 102:11
  104:10 110:9
  121:7 131:12
  148:19 149:18
  162:16 172:7,24
  191:15,24 195:22
  195:23 231:3
  233:16
**questionable**
  102:22
**questioning** 169:8
  171:8 187:25
  233:25
**questionnaire**
  166:23 167:23
  168:1,23 169:2,11
  169:12 230:23
  232:10
**questionnaires**
  168:5,11,20
  169:19 170:3,7,10
  170:15,22 171:18
  171:19,20 231:14
  231:19 232:7
  237:9
**questions** 90:25
  92:13,15,16 110:4
  110:8 116:23
  172:4 193:5 196:4
  219:20
**quick** 172:7
**quicker** 231:13
**quickly** 224:5
  231:7,21
**quite** 93:8 112:21
  133:8 174:10

**quote** 100:13,15
  103:3 110:20,21
  111:4,5 115:18
  135:13 136:7
  181:3
**quoted** 197:18

**r**

**r** 86:14 87:5 89:4
**rabbit** 137:22
**radar** 216:25
  228:15 229:13
**railroad** 87:15
**raise** 92:18 126:7
  173:3 176:20,21
  236:11
**raised** 90:16 97:4
  123:2,7 174:2
  177:2 225:24,25
**raising** 179:23
**random** 168:9,12
  168:13 170:4,5,17
  170:20 172:8
**randomly** 172:8
**ranger** 141:17
  148:16 149:20
  150:4 191:22
**rash** 118:10
  123:12,14
**rashes** 117:24
  118:1 120:2,4,9
**rat** 137:8
**rats** 95:14 112:4
  136:18,21 137:6
  139:12
**reach** 138:10
  164:2 187:19
  229:10
**reached** 117:18
  118:1,25 120:1
**reaches** 176:3

[reaching - relevant]

**reaching** 119:6
120:3 131:21
**read** 95:11 161:11
192:8 205:12
**reading** 115:21
211:25
**ready** 99:19
**real** 96:14 115:1,6
115:6,7 128:22
192:4 214:8
**really** 90:12 98:7
105:2 116:2,10
123:15 128:17
129:2 132:22
133:5 134:3,9
135:2,10 143:1
144:19 145:17
148:19 153:19
161:18 176:10
183:25 185:2
197:10 211:24
214:14,17 215:2
216:15 219:18
222:7,20 223:6,7
231:18 232:5
**reason** 104:15
106:21 115:9
121:6 136:20
150:22 166:4
170:23 180:1
199:11
**reasoned** 189:6
**reasoning** 165:6
**reasons** 111:25
157:1 169:4 219:4
**rebut** 173:13
176:4
**rebuttal** 173:19,20
174:18,24 175:14
176:10,16,17
179:5 180:22

**recall** 218:15
234:7
**received** 89:10
92:24,24 175:19
183:13
**receiving** 118:3
**recess** 149:10,11
149:12 165:13,14
166:18
**reckons** 175:11
**recognize** 183:5
184:2
**recognized** 209:6
**reconsider** 124:3,9
130:16 157:19
**reconsideration**
187:22 188:7,20
192:12 200:7
**record** 105:2,20
106:13 113:10
124:11 139:6
210:12 239:8,11
**recounted** 129:23
**redirected** 222:12
**redo** 96:5 101:10
108:8
**redone** 97:14,14
98:23 100:3
102:15 103:2,5
106:17,21 108:16
108:18 212:12
**refer** 107:13 108:1
169:11 177:10
212:13
**reference** 94:20
104:24 106:15
116:20 121:11
122:23 127:3
131:10 141:16
145:18 150:20,21
157:1,5,16 172:22

179:13 180:7
182:23 185:24
186:5,22,23
194:19 195:24
201:18 202:10
210:4
**referenced** 187:4
**references** 201:20
201:25
**referencing**
192:24
**referred** 116:21
152:12
**referring** 126:19
178:23 191:18
**refined** 218:22
**reflect** 182:9
**refrain** 236:17
**refused** 221:15
222:4,13
**regard** 91:9 122:5
122:17 123:20
133:11 137:13,20
141:2 153:2
156:23 157:22
165:10 187:4
195:4,7 202:17
208:4,7 209:1
213:9 226:4,8,17
232:19 235:21,22
235:23
**regarding** 90:17
94:25 97:17 113:3
116:7 117:2
129:16 156:20,22
177:20 186:24
196:18 226:22
**register** 163:8
**registered** 98:6
105:16 150:5

**registration** 178:8
178:14 182:24
199:1
**regulation** 197:18
197:21 199:2
**regulations** 111:20
112:21 198:12
199:16 200:2
**regulators** 136:1
136:11 158:22
**regulatory** 99:9
112:14 132:5
163:10 176:25
177:5,12 178:4,7
198:24 212:4
**rehabilitate** 169:6
**rejected** 136:8
**related** 97:10
103:17 139:19
140:10 154:18
159:22 176:12
180:18 225:18
**relates** 174:22
186:9
**relating** 183:6
201:14
**relation** 160:13
161:10
**relationship** 218:5
**relative** 239:14
**relaxed** 119:22
120:16
**release** 164:3
**released** 176:2
**relevance** 94:23
95:2,5 99:1
101:20 102:12
152:23,24 172:25
179:9
**relevant** 99:13
102:6 105:3

[relevant - return]

106:17 111:2
115:13 117:1
123:16 128:14,25
129:18 130:6,7
131:6 133:6 134:9
151:15,25 154:10
155:1 156:14
159:16 161:13
173:3 183:2,6,15
184:4,18 185:3
194:20 196:17
199:24 201:1
211:20
**reliability**  160:11
**reliable**  135:21
**reliance**  145:21
**relied**  106:22
131:20 138:9
158:21 160:9,13
161:6,7,24 164:8,9
**relies**  107:8,18
163:17 209:15
**rely**  101:11 104:16
136:3 150:11,12
174:21 207:13
**relying**  101:6
107:1,20,23
108:21 140:24
145:19
**remain**  141:5
235:21
**remaining**  201:12
**remote**  156:13
**remove**  226:18
**removed**  164:18
**remunerated**
191:15
**remuneration**
190:14
**renders**  186:13

**rep**  128:7,13
**repeated**  209:10
211:12
**repeatedly**  100:23
100:25
**replaced**  211:12
211:13
**replete**  102:3
**report**  118:9,24
119:11 120:7
121:15,22 122:2,9
122:15,16,24
123:10 124:4,5,8
124:12 125:18,20
126:18 146:1
147:7,15 175:3,8
176:1 183:24,25
190:22 203:8,10
205:18 206:17
**reported**  86:23
**reporter**  239:2
**reporting**  122:16
**reports**  116:21,23
116:24 117:12,15
117:22 118:4,15
118:18 119:11,14
120:3,7,13,15,20
120:23 121:11,16
122:5,18 124:1,10
163:19 190:18
237:7
**reprehensibility**
151:4,18 185:8
**represent**  114:16
155:7
**representative**
128:2
**representatives**
91:23
**represented**
151:10 161:5

**representing**
107:5
**reproductive**
110:14
**request**  89:16
90:15 92:24 93:16
94:4 116:3 167:22
171:16,22,23
187:21 192:25
226:14
**requesting**  213:12
**requests**  89:10,11
93:13,14 116:1
172:1
**require**  111:24
**required**  119:23
163:12 209:9
**requirement**
119:21 120:14
**requirements**
111:18 112:15
135:25
**reregistered**
102:16
**reregistration**
98:18
**reserve**  230:9
**reserves**  188:25
**reserving**  230:5
**reset**  204:14
**residue**  100:23
**residues**  100:8,17
**resources**  224:14
**respect**  146:10
147:10,13 150:9
150:15,17,19
151:24 154:7
155:15 176:23
184:16,20 188:23
198:14,16 200:18
231:6,18 233:17

233:18 234:11
**respectfully**
113:23
**respond**  100:1
102:7 118:17
119:8 120:18
122:17 125:20
130:11 135:14
143:5 153:23
162:17 178:21
218:12
**responded**  119:3
123:6 125:3 133:7
**responding**  90:25
99:13 110:3
113:20 160:2
204:11 223:3
**response**  110:11
110:11,16 114:12
118:23 138:21
141:4 183:13
184:12 186:5
197:19
**responses**  225:24
**rest**  166:2
**restrictions**
186:12
**result**  143:15
144:15,17 175:12
199:12
**resulted**  147:18
**resulting**  117:19
**results**  104:19
**retesting**  104:14
**retracted**  131:13
134:3,8 139:1
**retracting**  138:24
**retraction**  132:18
140:5
**return**  148:2
166:21 168:6,12

**[return - sciences]**

170:9,12 171:20
**returning**  172:16
 237:10
**review**  93:12
 125:3 131:2
 132:25 133:24
 140:8 158:12
 206:10 223:23
 224:5
**reviewed**  115:5
 140:1 160:7
 175:12 178:17
 180:12
**reviews**  96:6
**revisit**  107:11
**right**  93:12 94:3
 95:10 96:25 97:21
 98:5 99:8,10,25
 101:2 102:2
 104:11,21 107:4
 107:14 108:20
 109:8,14 117:20
 118:19,24 119:3
 119:19 120:17
 121:24 122:14
 123:19 126:15
 127:1,10 131:8
 132:6,9 141:6
 143:4,13,17 144:3
 147:19 149:14
 153:12 154:24
 156:8 157:9,11
 160:8,10 162:14
 167:5,21,23
 168:24 172:14
 178:19 190:1,11
 190:23 193:24
 194:18 201:10
 202:13 206:24
 208:17,18 209:13
 211:22 212:1

213:2,5 214:20
215:11 217:2
221:6,13,17,23
223:7,12,17,20
224:17,20 225:20
230:10 232:17
233:7 234:9 235:3
235:6 238:1
**rights**  89:16 230:5
**rigorously**  111:17
**rises**  159:13
**risk**  89:24 147:10
 151:15 152:7
 160:21 203:17
 207:10
**ritz**  219:7
**road**  194:6
**role**  141:21
**roundup**  95:1
 97:17,20 98:7,23
 110:9,12,17,18,19
 110:21 111:3,4,4,8
 113:7 117:20
 118:11 119:15
 122:6 128:4 130:3
 134:17 138:11
 140:18 141:17,25
 142:21 143:12,25
 144:16 145:2
 146:6 148:15
 149:21 160:19,25
 173:8,14 175:16
 175:18,19,20,22
 175:24 178:12
 189:22 203:11
 204:9,24 207:17
 208:1 212:5
**roundup's**  175:9
 175:12 178:7
**route**  179:16

**rude**  201:25
**rule**  89:12 116:12
 149:5 190:9 198:5
 199:22 208:6
 212:14
**ruled**  127:15
 140:1 171:22
 179:1,12 180:25
 188:21 189:11
 209:23 212:21
**rules**  130:23
 198:12
**ruling**  125:9,14
 130:19 157:19
 160:7 161:16
 167:21 181:2,3
 186:16 187:19
 189:4,5 193:8
 195:19 198:9
**rulings**  125:7
 165:19,22 182:9
 186:8 188:24
 192:11 195:5
 221:21 226:17
**run**  155:24
**running**  155:19,21
**rush**  170:11

**s**

**safe**  90:4 95:24
 100:25 201:6
 210:20 212:24
 237:14
**safeguards**  177:12
**safety**  90:1 99:9
 106:6 109:6 121:3
 121:5 154:8
 163:16 178:15
 210:17
**sagenta**  163:21
**san**  86:2 87:22
 88:6 89:1

**sandra**  88:3
 152:10
**sargon**  186:9,9,16
**satisfying**  106:6
**sauer**  142:19
 146:8
**save**  160:1
**sawyer**  144:5
 145:25 146:23
 147:1,12 175:7
 176:1 203:7,14
 206:23,24 208:7
**sawyer's**  147:7,8
 147:15,21 203:10
 208:23
**saying**  106:9
 139:16 154:2
 158:12 171:5
 188:19 192:8
 195:19 204:4
 211:5,17 217:4
**says**  114:11,13,16
 119:19 120:13
 134:16 142:6
 147:16 160:24
 175:3 190:21
 198:3 199:6 203:5
 205:13 206:8,18
**scan**  155:20
**schedule**  223:20
**schedules**  170:14
**school**  173:10
 175:6,16
**schools**  174:8
**science**  133:21
 134:15,18 135:20
 136:4 158:5,6,13
 158:20,21,22
 161:2 211:1
**sciences**  176:2

[scientific - sooner]

scientific 99:18
  132:1 133:4,7,9
  134:10,25 135:23
  136:16 138:2,6,7
  138:17 139:8,8,17
  140:12 146:18
  155:22 157:23
  199:24
scientist 132:25
  134:16 135:24
scientist's 160:17
scientists 96:14
scope 90:7 115:15
  116:11 133:21
seat 117:5
seated 168:10
second 110:11,23
  193:10 211:11
secondary 158:5
section 216:5,7,15
sections 223:24
secure 163:22
secured 227:16
see 91:8 94:8
  115:2 143:23
  161:2 166:16
  180:3,13 185:7
  190:6 194:12
  205:24 214:18,23
  215:12 216:6
  229:15,17 238:2
seeing 229:9
seeking 109:15
  138:19 141:18
  189:20 227:14
  232:11
seen 164:12
select 89:19
selection 90:9,21
  91:2,5,7,11 94:2
  113:13 166:5,8,12

166:13 236:23
sell 105:11 121:2
  128:4 163:9
selling 105:16
send 170:24
sending 125:5
sensationalist
  136:18
sense 193:8 226:24
  228:5 230:24
  237:22
sent 109:4,5,16
  116:8 121:24
  182:4
sentence 101:25
  110:11 114:16
  146:1,2,2,4 203:11
  204:20,20,23
  205:2
sentenced 100:19
sentences 99:4
separate 103:18
  125:24 147:11
  182:20 214:22
  224:3
separately 111:23
september 110:3
seralini 131:11,13
  131:21 132:11,18
  134:24 135:6,19
  138:10 139:23
  140:11
series 152:14
  153:7
serious 186:11
serve 227:14,24
  228:1
service 206:10
  227:22
serviced 128:14
  130:7

services 97:16
  170:13
serving 217:17
session 168:14
set 168:5 221:18
  223:20 239:5
setting 153:13
seven 103:4 109:3
  163:6 187:2,8,11
  188:9 189:18,20
severe 133:2
share 147:20
  149:4
shed 103:13
shifted 218:16
  220:7
short 93:1 149:8
  149:11 209:3
shorter 230:2
shorthand 239:2,9
shortly 217:23
show 118:20
  119:20 139:12,14
  147:16 177:10
  178:10 181:2
  194:24 197:12
  201:7 203:6
showing 99:16,17
  133:1 134:23
  135:11 137:11
  160:24 175:9
  194:3
shown 93:21
shows 95:6 96:8
  98:9 114:18 135:9
  135:10
shrinking 219:14
sick 115:2
side 91:4 107:13
  108:1 121:23
  122:1 161:20

168:6 169:1,2
  210:2,5 221:9
side's 90:23
sides 133:13
  161:14 193:23
  221:21 233:20
  234:16
signal 135:11
signature 239:22
significant 220:4
similar 117:24
  119:20 131:1
  136:10
similarity 119:22
  120:14
simple 114:22
simply 145:14
  154:20 179:20
  185:11 189:20
  210:16
single 125:12
  126:2 162:7,8,8
  222:13
situation 119:25
  191:10 199:6
situations 228:11
six 103:4 163:6
  187:7 188:9
  189:18
sixth 166:15
slow 222:25
small 146:7
sneakiness 159:14
soap 112:7,9
soaps 112:3
somebody 97:9
  211:18
soon 94:5 209:20
  227:24
sooner 229:14

Veritext Legal Solutions
866 299-5127

[sophisticated - submitted]

sophisticated
137:3
sorry  105:1
  111:21 135:16
  186:20 210:10
  212:17 230:19
sort  113:8 115:15
  137:9 140:4 162:6
  185:20 204:14
  210:24 228:4
sought  171:8
soul  95:17
sound  116:2
  210:12
sounds  138:5
  147:19 148:25
  155:12 179:5,7,22
  180:15 182:19
  229:18 231:6
spades  173:14
speak  149:24
  159:13 236:14
speaking  236:17
species  137:7
specific  93:13,14
  94:4 126:13
  142:18 176:22
  206:3
specifically  126:23
  132:24 139:4
  151:16 153:17
  176:18 186:10
  187:18 188:24
  195:7 203:17
  206:2
specifics  192:19
speculate  142:11
spend  137:23
spin  102:4,10
  113:8 115:17
  134:21,22 137:19

spinning  105:13
spinoffs  152:15
  153:8 154:17
spoke  192:17
spread  190:18
st  227:15
stand  95:8 200:16
  208:12 222:14
standard  159:15
standards  135:25
  159:15
stands  101:20
start  89:9 91:7
  94:18 114:6
  131:18 168:17
  172:12 199:10,18
  227:21 228:20
started  123:21
  200:23
starting  210:25
starts  99:21
  236:23
state  86:1 144:7
  183:3 196:25
  198:22,25 199:6
  199:17 201:7
  202:4 210:14,16
  219:21 239:2
stated  189:7
statement  108:6
  111:10 129:3,4,7
  129:11,15,15,21
  129:25 130:21
  131:5 146:8
  158:18 162:21,23
  205:20 206:6
  212:1 214:23
statements  91:3
  91:13,19,20 92:10
  92:10 93:3 111:11
  111:12,13,14

136:10 162:3
  183:25 192:18
states  191:1
station  93:1
stationery  92:6
statistical  137:4
status  209:19
stayed  107:24
  222:24
stemming  156:21
stephen  128:8
steps  102:21
sterile  211:25,25
steve  130:6
stipulation  236:20
  236:22
stopped  154:24
story  96:10,11
  98:16 99:22
  102:24 134:9
  135:4 139:10
  214:17
strawn  88:11
street  88:5,19
  229:8
stretch  154:19
stretches  156:3
strictly  112:20
  173:19
strings  193:14
strong  160:24
stuck  222:14
studied  114:20,23
  115:20
studies  95:19 96:3
  110:12,20 114:13
  114:14,25 115:5
  137:6 138:9
  148:10,13 150:12
  155:19 158:6,7
  159:22 160:16

163:10,11,11,16
  164:4 175:8
  197:20 198:7,8,10
  198:13 199:23
  200:1 209:7,10
  210:4,16 211:12
  211:15
study  100:21
  114:9,11 131:11
  131:13,17,18,21
  132:11,18 133:5,7
  133:12,14,23
  135:1,19 136:1,12
  136:16,17,20
  137:9,11,14,16
  138:6,10,17,21
  139:23 140:12,24
  140:24 141:5
  161:24 163:19
  164:1,6 186:3
  198:6 205:24
  209:12,13,16
  210:20
studying  115:6
stuff  214:15
  237:23
subject  96:23
  103:18 125:6
  147:14 157:7
  178:24 184:10
  187:25 192:12
  219:6
submit  101:12
  124:7 139:15
  224:11 234:7,15
  235:25
submits  171:16
submitted  95:20
  95:22 117:15
  124:13 134:1
  163:10,20 172:2

Page 31

[submitted - testified]

210:19 234:13
235:1
submitting 117:16
subpoena 227:15
227:16,22 229:8
subpoenaed 129:9
subscribed 239:17
subscribing 97:15
subsequent 89:22
156:19
subsequently
108:22 109:17
172:10
substance 137:2
substances 163:9
substantial 138:12
138:25 208:11
substantiating
191:20
substantive
189:25
substantively
123:9
substitute 211:24
substituted 104:13
213:13
successful 175:4
succinct 189:6
sudden 198:21
199:8,18 215:1
sued 135:6 156:17
189:21
suffered 119:16
179:16,18
suffering 123:23
sufficiently 118:16
suggest 141:24
suggesting 212:18
212:20
suggestion 114:20
158:2 180:2

194:13
suite 87:8,21
sultmerus 140:4
summary 162:6
superior 86:1
supplement 164:5
supplemental
164:20
supplements
164:11
supply 175:19
support 89:15
182:24 184:22
196:22 206:14
supported 116:15
supporting 109:25
210:20
supposed 137:19
supposedly 174:15
suppression 139:9
supreme 198:14
sure 92:2 95:11
97:3 104:9,11
106:25 107:4,5
120:10 121:19
133:22 161:24
170:22 181:24
192:6 204:22
209:14 217:14
235:12,13,15
surfactant 98:10
surfactants 105:6
112:3 144:25
203:11 204:24
surprise 229:4
survey 162:6
survive 112:12
suspect 227:4
suzanne 86:14
89:4

sworn 239:7
symptoms 123:22
synergistic 145:5
148:21
synergy 98:10
145:4 147:17
system 223:11
systematic 99:17

**t**

t 88:16
tab 110:22
table 162:8 204:14
tables 163:19
164:3,17
tainted 103:23
take 104:18 117:4
117:5 118:4
121:18 149:7,10
168:23 174:20
179:4 182:13
202:25 221:24
226:19 232:17
taken 102:22
137:20 216:13
239:5
takes 103:20
170:14
talk 99:20 132:4
138:20 174:11,14
180:18 194:16
204:7 213:2,5
226:25 235:10,14
talked 130:1
155:20 157:20
207:21 208:5
211:9 218:15
234:4 235:23
talking 98:12
113:12 122:8
124:12 139:2
144:1 145:22

152:12,15,20
178:3 181:19
203:25 204:5,17
207:18 222:1
228:20 229:19
talks 175:7 203:7
tangential 103:21
tarnish 211:16
technologies
229:10
televised 90:6
tell 103:14 123:5
157:14 163:3
168:18 181:16
190:23 205:9
229:13 231:1
232:18
telling 205:10
ten 99:6,11 105:11
129:6 149:8
tentative 127:17
130:19 182:25
189:4 196:19
tenuousness
157:21
term 110:12
112:13 163:15
186:1
terms 111:2
152:16 237:3
test 94:21 104:19
105:4,22 107:13
111:15,22 112:5
112:16 113:6
118:17,21 119:9
177:6,11 178:13
tested 105:7
111:25 114:8
119:2 148:10
testified 208:8

Veritext Legal Solutions
866 299-5127

[testifies - times]

testifies   141:3
    177:19,24 178:1
    187:23
testify   89:24
    123:20 131:20
    144:6 146:19,23
    147:2 173:8 176:8
    206:21 207:1
    208:12 218:4
    220:2 221:6
testifying   113:16
    116:5 127:9
    193:25 209:11,12
    239:7
testimony   90:6
    98:9 115:14
    123:13 127:3
    128:9,16,23 129:1
    129:11,12 132:15
    132:16 134:13
    139:18,25 140:9
    141:5 142:14
    145:6,13 146:14
    146:16 147:8,9,21
    148:1 149:5
    177:22 178:18
    179:2,9,24 180:11
    180:13,14,17,18
    181:5,6,8,9,25
    182:10 186:12,15
    190:5 193:19
    195:8 203:22
    208:22,23 214:15
    215:5 216:21,22
    217:3,11,11,17,25
    218:3,8,9,25 219:1
    220:18,20,21,24
    221:25 222:12
    228:3 229:9
testing   94:23 95:3
    97:7,13,17,21,23

98:1,2,19,22 99:1
    100:2,4,10 101:6
    102:15 103:2,5
    104:2,13,16,20
    106:15,17,20
    107:21 108:2,15
    108:18,21,24
    111:9,18,18,21
    112:13,19,19
    115:11 135:11
    137:1 148:13
    150:8 154:6
    155:24 177:1
tests   100:14,16
    101:10,11 108:9
    137:7 212:11,13
thank   92:21 94:11
    109:1 120:17
    126:25 130:24
    149:22 165:2
    166:17 169:15
    172:14 180:23
    196:6 200:5
    236:10 237:24
    238:1
theirs   194:16
theories   105:5
theory   105:3
    114:3 115:8
thing   113:8 116:13
    135:9 158:25
    162:25 191:8,17
    215:2 222:22
    231:25
things   110:5
    112:18 114:5
    125:5 134:12
    135:11 151:8
    160:5 162:12
    174:8 179:24
    183:1 184:4 193:1

202:16 218:21
    222:25
think   89:20 90:2
    93:10,20,24
    101:10 103:3
    105:20,21 107:2,7
    115:15 120:25
    123:15 131:5,17
    136:14 137:10
    139:22 145:7,16
    145:22 149:4
    160:6,7 161:16
    162:14 165:12
    166:6 169:21,21
    174:5 178:24
    179:3 180:1,5
    183:1,8 185:13
    186:4,13,15,19
    187:1 188:18
    189:7 191:4 192:6
    192:20 194:13
    196:21,21 197:10
    197:15 198:1
    202:14 209:17
    210:7,22,23 211:5
    211:23 212:7,10
    214:10 219:8
    223:6 226:9,19,24
    230:2 231:8,15,24
    232:2 233:1,11
    234:10,12 235:9
    235:10 236:25
    237:14,19
thinking   131:1,2
    223:18 237:17
thinks   136:12
    140:17
third   103:17,23
    188:19,21 224:4
thought   226:20
    235:12

thousands   190:19
    190:25
threats   89:25
    90:17
three   156:18
    167:17 174:2
    201:21 212:3
    231:12
thrive   112:12
throw   142:10
throwing   145:14
    146:13
thursday   170:7,10
time   91:15,16,24
    91:25 94:17 96:5
    102:17 106:8,11
    122:20 132:2
    137:23,25 140:21
    155:5,15 156:14
    159:2 160:1
    165:12 168:3
    169:10 182:13
    184:15 192:22,23
    195:3 201:16,23
    211:20 212:2,6,10
    213:8 214:5 220:2
    221:3,20,24
    224:10 225:11
    226:19 229:24
    230:13,15,19,24
    231:2,23 232:19
    233:9,17,19,23,25
    234:2,4,6,8,11,14
    234:16,24 235:4
    235:20 236:1
    237:7,9 239:5
times   102:16
    106:10 111:15
    130:17 180:24
    188:21 216:14

Veritext Legal Solutions
866 299-5127

[timing - unproven]

**timing**  229:25
**timothy**  87:13
**today**  89:7 91:9
  95:8 98:4,13
  106:18,23 149:25
  154:7 155:2 166:1
  178:25 188:21
  189:16 202:16
  213:8 236:3
**told**  103:1 124:18
  128:21 130:2
  155:23 196:11
  234:5
**tomorrow**  91:7
  166:5,12,13,20
  169:19 170:6
  201:16,19,22
  202:11 224:16
  225:5 229:1
  230:14 233:10,12
  236:9,24 237:6,6
  237:10 238:2
**top**  110:2,7 143:23
  203:10 204:20
**topic**  190:3
**topics**  176:15,18
  180:20 185:19
  189:25
**total**  112:16
  233:19 234:6,8,11
  234:14,21,24
  235:4
**totality**  144:23
  205:7 225:22
**touched**  165:15
**toxic**  100:9
**toxicity**  163:11
  203:20
**toxicologically**
  206:12

**toxicologist**
  105:19 109:6
  142:19 207:22
  220:19
**toxicologists**  95:22
**toxicology**  162:6
  215:24
**trace**  141:17 142:7
  145:1,9 204:16
  205:14,18,21
**trained**  92:7
**transcribed**
  239:10
**transcript**  127:9
  131:3 224:25
  239:11
**transcripts**  181:12
  188:25 224:23
**transparent**
  181:14
**treated**  189:12
**tremendous**
  188:22
**trial**  89:11,12,18
  90:12,19 91:18
  93:18,19,23
  139:24 178:25
  185:7 188:23
  189:1 192:13
  193:4,9 194:12
  216:25 227:14
  230:1 233:10
**trials**  95:14
**trickery**  139:4
**true**  106:10 108:6
  111:16 115:20
  124:18 130:23
  133:12 161:19
  162:12 185:11
  187:12 192:14
  212:25 226:1

  239:11
**truth**  117:12
  210:21 213:18
**truthfully**  89:24
**try**  97:3 126:1
  211:15 231:21
**trying**  115:13
  117:11 123:16,17
  174:10,25 177:4
  178:10 183:21,23
  184:21 194:6
  212:21
**tuesday**  150:24
  237:15,17,20
**tumor**  96:11,12,18
  96:23 99:22 137:8
  162:8 185:24
  186:1
**tumors**  133:3
  136:19,21,24
  137:1,4,5 139:13
  162:9 163:2
  164:10,12,13,24
**turn**  94:14 112:18
  210:8 224:18
  231:4
**turned**  221:14
  234:20
**turning**  94:15
  109:2 131:8
**tv**  93:21
**twice**  133:25
**two**  119:3 122:18
  126:3 128:11
  130:20 133:25
  142:7,17 154:12
  156:15 197:20
  198:7,8 199:15
  213:12,15 221:11
  222:4,23 226:21
  232:1,3,12,15,15

  232:24 233:5
**type**  102:24
  119:16 120:8,25
  200:14 206:1,3
  232:6

**u**

**u.s.**  178:8 206:10
**unbiased**  89:20
**unchanged**  235:22
**uncovered**  103:1,6
**underlying**  198:6
  199:23
**underpowered**
  136:5
**undersigned**  239:1
**understand**  95:9
  95:10 120:6
  131:12,15 144:13
  148:18 155:15
  178:22 195:19
  214:2 224:20
  226:13
**understanding**
  91:14 97:13
  106:21 109:7
  174:23 182:1
  230:6
**understood**
  169:15 170:2
  171:3,24
**undisclosed**
  213:12
**unfair**  103:22
  194:17
**unfairly**  90:8
**unfortunately**
  114:23 213:14
**united**  191:1
**universally**  135:19
**unproven**  191:12

Veritext Legal Solutions
866 299-5127

**unquote** 115:18
**unrelated** 159:20
**unsupported**
  146:13
**untrue** 162:4
**upstairs** 91:11
  166:21
**use** 111:4 117:19
  133:1 139:23
  140:12 154:13
  175:12 186:1
  200:1 209:25
  210:3,20 224:14
  229:9
**useful** 174:7
**utterly** 103:22

**v**

**va** 87:16
**vaccuum** 190:10
**vague** 116:12
**valid** 133:13
  134:19 210:20
  211:1 227:16
**validity** 161:13
**valuable** 164:7
  214:14
**value** 156:23
**van** 87:21
**various** 97:20
  136:24 163:4
  165:4 175:10
  176:25 178:3
  184:3 223:23
**vast** 163:14
**verbally** 130:18
**verdict** 91:21
  92:11
**version** 159:5
**versus** 234:1
**vice** 128:19

**victim** 102:14,19
  105:14,17
**video** 132:16
  214:21 216:3,5,7
  216:10,14 219:11
  220:8 227:18
  228:3,5,7 233:19
  234:5,6 235:24,24
**videos** 113:13
  222:15 233:22
  236:2
**videotape** 127:11
  127:13
**videotaped** 109:13
**videotaping** 93:17
**view** 137:18
  213:15
**vigorously** 159:6
**violate** 130:24
**virtue** 194:6
**visit** 171:23
**voir** 171:8 230:22
  231:2,12,24 232:3
  232:15
**volume** 86:11
**volunteer** 195:9
**vs** 86:6

**w**

**wacker** 88:12
**wait** 167:24 180:3
  230:7
**walk** 204:21
**wall** 135:9 145:15
**want** 89:9 90:3,22
  90:24 91:22,24
  92:2 97:3 104:10
  106:12 107:5
  108:21 113:7
  117:21 118:2
  119:4 122:1
  128:17 130:3

139:20 140:11,12
148:18 169:5
170:6,21 179:8
181:22 182:12
186:6,13 187:16
190:7 191:3 192:6
193:13 194:15,18
195:12,15 197:8
199:20 201:25
202:15 205:12
210:8 212:15
218:3 222:6,25
224:2,4,25 226:18
227:21 228:12,13
229:14
**wanted** 104:8
  151:19 163:8
  215:14 228:9,14
  229:12 237:21
**wants** 96:3 228:18
**warn** 151:14 152:3
  159:9
**warrants** 185:20
**washington** 88:20
**waste** 137:24
  140:20 159:2
**way** 90:22,24
  103:14 113:9
  117:1 127:9 136:4
  145:3 150:22
  156:2 158:23
  164:15 169:25
  174:14 175:17
  191:19 192:1
  197:22 205:8
  212:21 223:10
  228:19,19 231:8
  234:17
**ways** 109:22 177:5
  190:12

**we've** 207:12
  211:9
**weaknesses** 177:3
**wednesday** 173:25
  237:23
**weeds** 173:9 175:4
**week** 236:25 237:1
  237:4
**weekend** 225:8
**weekend's** 231:20
**weeks** 214:25
  221:12 222:4,23
**weight** 133:22
  207:9
**welcome** 136:14
  141:10 149:13
  166:19 167:8
**went** 99:12 101:4
  102:5,15,23
  104:16 105:18
  107:23 119:1
  162:7 226:11
**west** 88:12
**whack** 135:12
**whatsoever**
  135:21 146:9
  159:23 230:2
**whereof** 239:16
**wilful** 112:17
**willful** 112:16
**william** 143:22
  216:6
**willing** 90:4 94:3
  105:11 124:3
**willingly** 105:24
**willingness** 89:23
**wilshire** 87:8
**winston** 88:11
**wish** 94:4 102:7
  109:21 127:19
  130:10 153:23

Page 35

**[wish - zero]**

178:21 218:12
**wishes**   120:18
135:14 143:4
**wishing**   148:1
**wisner**   87:5 95:5
96:20 97:2,25
98:21,24 99:3
100:6 101:8,17
103:25 104:25
107:12,16 108:3,7
108:19 109:1
113:22 116:17
117:3 124:11,25
126:24 131:22,24
132:6,9,12 133:15
134:5 136:15
138:4,14,18,23
140:3 143:11
157:10 160:3,4
162:20 165:19,23
172:7,14 181:13
186:19 190:7
193:1 195:14
196:5 201:24
202:21 204:22
210:10 211:22
212:17 213:10,17
214:20,24 215:15
215:20,23 216:4,9
216:18 217:5,9,13
218:5 221:7,11,15
221:23 223:25
224:8,21 225:2,9
225:13 226:13,21
227:12 229:2,22
230:18 231:3
232:21,24 234:23
235:5 236:10
237:13,21
**withdrew**   216:21

**withheld**   196:16
198:8
**witness**   90:1 109:8
109:12 116:4
127:5 129:8 130:1
130:7 142:2
145:11 165:21,22
171:10 177:15
187:23 190:4
192:23 193:6
195:23 196:1
209:12 210:9
213:6,10 215:16
216:22,23 217:17
218:4,9,17,19,21
218:25 219:3,13
219:25 220:1,2,8
225:25 226:1,11
226:11,12 227:8
227:15,19,21,25
228:7,20 229:2,3,7
229:19 230:10
239:16
**witnesses**   89:17,23
90:3,5,7,17 113:15
176:7 177:18
188:1,13 190:21
195:5 213:13,16
214:16 216:16
225:16 226:4,18
234:5 235:21,22
235:24 237:3,23
239:6
**won**   135:7
**wonder**   93:25
**word**   157:25
**worded**   153:17
**words**   95:2 99:4
118:11 119:13
141:20

**work**   132:13 172:3
193:20 219:19
222:3,3 225:7
226:6 228:24
229:23 234:15
**worked**   99:12
**working**   105:19
132:19 136:8
193:12 195:10
**works**   227:23
228:10
**world**   115:1,6
173:5 178:8
**worried**   93:6
128:21
**worth**   100:22
103:5
**wright**   95:17 97:9
98:20 106:9
**write**   92:12
**writing**   132:19
139:7,8 157:6,22
157:24 158:3,25
165:9
**written**   115:25
116:11 157:17
158:10,19 159:6
160:8 161:2,25
162:4,10,24
164:22 165:4
208:8
**wrong**   169:24
**wrote**   141:3
155:14
**wrought**   102:3

**x**

**x**   190:22

**y**

**yeah**   96:14 108:7
114:13

**years**   97:19 99:6
99:11,18 100:20
101:22 102:3
105:12,24 114:7
128:11 129:6,22
201:4 202:3
212:11,23,24
**yesterday**   124:16
124:19 125:3,19
181:20 218:6
230:19

**z**

**zeise**   226:22
**zero**   192:2,2

Page 36