UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:**<br><br>Sandra Askew, Cause No. 3:18-04851 (N.D. Cal.)<br><br>Clifford D. Little, Cause No. 3:17-cv-06296 (N.D. Cal.)<br><br>Susan Monten, Case No. 3:18-cv-04973 (N.D. Cal.)<br><br>Debra Whitfill, Case No. 3:18-cv-05304 (N.D. Cal.)<br><br>James A. Winters, Case No. 3:18-cv-00542 (N.D. Cal.)<br><br>            v.<br><br>Monsanto Company | |

**RESPONSE IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS WITH PREJUDICE & REQUEST FOR ADDITIONAL TIME
TO FILE PLAINTIFF'S FACT SHEET**

Counsel for above referenced Plaintiffs files this Response to Defendant Monsanto's Motion to Dismiss with Prejudice for failure to submit Plaintiff Fact Sheets ("PFS").

On January 7, 2019, counsel for Plaintiffs called and spoke with defense counsel, Martin Calhoun, and asked for an extension of time in several cases to submit the PFS from the January 23, 2019 deadline. Mr. Calhoun asked counsel to email him in this regard, along with a list of the cases in question, and he would forward it to the appropriate person in defense counsel's office. Plaintiffs' counsel sent the email to Mr. Calhoun that same day, January 7, 2019. Exhibit 1.

Plaintiffs' Counsel also sent a follow up email to Mr. Calhoun on January 10, 2019, as Plaintiff's counsel had not yet heard back. Exhibit 2. Mr. Calhoun replied twice on January 10, 2019. In the second email he provided Barbara Light's contact information. Exhibit 3. That same day, Plaintiffs' counsel then sent the request for an extension to Ms. Light, along with the list of cases. Exhibit 4.  Ms. Light responded on January 10, 2019, granting a 30 day extension for submitted the Plaintiff Fact Sheets to February 22, 2019. Exhibit 5.

On January 31, 2019, Plaintiffs' counsel received a certified letter from Barbara Light, wherein she listed the following cases as failing to submit a Plaintiff Fact Sheet: Sandra Askew; Clifford Little; Susan Monten; Debra Whitfill; James Winters; and Clyde Zerba.  Exhibit 6. Plaintiffs' counsel emailed Ms. Light on the same day, January 31, 2019, to acknowledge receipt of her letter and dispute that the cases she listed should be on her list as failing to submit a PFS. Exhibit 7. Ms. Light was reminded that the parties agreed to an extension on Askew and Whitfill, until February 22, 2019, that Winters had already been dismissed on November 29, 2018, that a Stipulation to Dismiss in Monten would be filed (it was done on February 5, 2019), and Plaintiffs' counsel requested a short extension on Clifford Little. It is expected that Mr. Little's case will be dismissed; however, undersigned counsel's assistant Kathy Hampton, despite making numerous attempts over the last seven months, has been unsuccessful in contacting him.  Ms. Light never responded to the January 31, 2019 email.  Defendant's Motion states that none of the Plaintiffs replied to the Notice of Failure to Submit a PFS; the attached exhibits show that this is untrue.

In light of the agreed upon extensions until February 22, 2019, in Askew and Whitfill; the November 29, 2018, Order dismissing Winters; the filed Stipulation to Dismiss Monten, and the difficulty reaching Mr. Little, Plaintiffs' oppose Defendant's Motion to Dismiss and request the following: that Plaintiffs Askew and Whitfill be given until February 22, 2019, as the parties

agreed; and that Mr. Little be given additional time until March 14, 2019 to either file a PFS or dismiss his case.

Dated:  February 12, 2019    Respectfully submitted,

/s/ David J. Diamond
David J. Diamond
Arizona Bar No. 010842
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
ddiamond@goldbergandosborne.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on February 12, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond