# EXHIBIT 1

# Kathy Hampton

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Monday, January 07, 2019 11:11 AM |
| **To:** | 'Calhoun, Martin' |
| **Cc:** | David Diamond |
| **Subject:** | Roundup MDL 2741 Plaintiff Fact Sheets |
| **Attachments:** | G&O 1-23-19 PFS.xlsx |

Hi Martin,

Per our conversation, we are seeking an extension for submitting our Plaintiff Fact Sheets and would appreciate it if you could forward this email to the person in your firm that is handling these.

Currently, we still have 164 due (see attached list); though, we continue to work on these and submit them. Because we still have so many to submit, we would really appreciate a 60 day extension if at all possible.

Thank you!



**Kathy Hampton** | Litigation Assistant / Client Care Advocate
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

| |
|---|
| McCart (fka Brown), Robin |
| Ambrose, Jerry |
| Anderson, Dennis |
| Andrews, Michael |
| Baez, Francisco |
| Balken, Stanley |
| Barnard, Gloria |
| Bauman, Dale |
| Bell, Wendell |
| Benenati, Donna |
| Boland, Kevin |
| Braden, Barbara |
| Brooks, Bryan |
| Cantor, Jay |
| Capen, Jack |
| Castillo, Rosalie |
| Cordova Longoria, Jr., Gabriel |
| Deyesso, Michael |
| Dorman, Owen |
| Dourisseau, LaChrisha |
| Dusard, Frank |
| Enomoto, Dean |
| Evans, Hank |
| Flaherty, Karen (obo Carl Hokinson) |
| Fraser, Valeria |
| Gale, Ronald |
| Gavelys, John |
| Geiger, Ann Marie |
| Gold, Rosalie |
| Goldberg, Theodore |
| Gonzalez, Roberto |
| Goularte, Melvin |
| Gruenhagen, Dorn |
| Hackett, Bryon |
| Harris, Randall |
| Harris, Steven |
| Hart, Kathleen |
| Hellwig, Gordon |
| Henderson, Wayne |
| Hickey, John |
| Hinterlong, Roger |
| Howell, Sharron |
| Johnson, Douglas |
| Johnson, Gary |

| |
|---|
| Johnson, Judith |
| Johnson, Timothy |
| Johnson, William |
| Jolly, Beverly |
| Jones, Carl |
| Jones, Margaret |
| Klimek, Sr., Robert |
| Lee, Sandra |
| Lehr, Ted |
| Lotz, Leonard |
| Maine, Brian |
| Marcinkowski, Gary |
| Martin, Henry |
| Martin, Tyler |
| McNamara, Jason |
| Milbrandt, Anthony |
| Morris, John |
| Morrison, Anita (Annie) |
| Navarrete, Veronica |
| Nelson, Judy |
| Norby, Charles |
| O'Donnell, David |
| Otis, Lisa |
| Packard, Lucinda |
| Parenti, Ronald |
| Peterson, Bruce (obo Hunter - Minor) |
| Petropoulos, Demetrius |
| Phifer, Che |
| Poulson, Donna |
| Pullins, Judith |
| Rees, II, Robert |
| Reichold, Gary |
| Reniker, Linda E. |
| Renteria, Josefa |
| Rhodes, Donald |
| Riggle, Arthur |
| Roberts, Brian |
| Rodriguez, Jose |
| Ross, Delores (obo Allan) |
| Ross, Sylvia |
| Ruelas, Richard |
| Ruiz, Edgar |
| Russell, Gary |
| Schmit, Jr., Edward |

| |
|---|
| Sessions, Earl |
| Shelby, Richard |
| Small, Ronald |
| Solis, Hope |
| Surico, Gerald |
| Tavormina, Marie |
| Tebbe, Margie |
| Thomas, Deborah |
| Thompson, Stephen |
| Tracey, Vivian |
| Trayer, Scott |
| Walker, Alicia |
| Wiessner, Kenneth |
| Williams, Timothy |
| Wise, Lane |
| Workman, Nancy (obo Lloyd) |
| Wurz, Denise |
| York, Tulion |
| Lines, John |
| Anchondo, Isaac |
| Bellio, Victoria |
| Vanda, John |
| Varela, Favian |
| Osburn, Teresa (obo Franklin Maxwell) |
| Hayes, Cheryl |
| Hourigan, Timothy |
| Hills, David |
| Mauzy, Ralph |
| Bell, Michael |
| King, David |
| Lundy, Deryl |
| Palaschak, Daniel |
| Rios, Saul |
| Collins, Carolyn |
| Rodrigues, Ronald |
| Sparks, Lisa |
| Spooner, Sharon |
| Bejarano, Rebecca |
| Martino, Justin |
| Trappen, Dale |
| Wood, Valerie |
| Marsh, Rawleigh |
| Meza, Armando |
| Sobrepena, Sally |

| |
|---|
| Crabtree, Sally (obo Joshua Crabtree) |
| Baker, James |
| Palmer, Albert |
| Buell, John |
| Johnson, Gregory |
| Kellogg, Gary |
| Logg, Jay |
| Miller, Kristen |
| Askew, Kenneth (obo Suan Burns) |
| Braasch, Kenneth |
| Cash, J.T. |
| Cesaro, Bartholomew |
| Cramer, Cynthia (obo Roger) |
| Dennis, Linda |
| Fiddie, Patricia |
| Henry, Donald |
| Hobson, Phillip |
| Hokenson, Gene |
| Lachance, Robert |
| Mena, Elizabeth |
| Moreau, Andrew |
| Poythress, Patricka |
| Vanderlip, Greg |
| Lopez, Carlos |
| Hamontree, James |
| Harry, Ray |
| Surls, Charles |
| Whitfill, Debra |
| Antol, Donald (deceased) |
| Boardman, Mary |
| Stuart, Theresa |
| Stone, Jason |