# EXHIBIT 2

## Kathy Hampton

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Thursday, January 10, 2019 12:25 PM |
| **To:** | Calhoun, Martin |
| **Cc:** | David Diamond |
| **Subject:** | RE: Roundup MDL 2741 Plaintiff Fact Sheets |

Hi Martin,

Just checking on this.  We haven't heard from anyone.  Thanks!



**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP

**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

---

**From:** Calhoun, Martin [mailto:MCalhoun@Hollingsworthllp.com]
**Sent:** Monday, January 07, 2019 3:05 PM
**To:** Kathy Hampton <khampton@1800theeagle.com>
**Cc:** David Diamond <ddiamond@goldbergandosborne.com>
**Subject:** RE: Roundup MDL 2741 Plaintiff Fact Sheets

I will check with others on our team about this issue.

- Martin



**Martin C. Calhoun**
Partner

D 202.898.5867 | MCalhoun@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

---

**From:** Kathy Hampton [mailto:khampton@1800theeagle.com]
**Sent:** Monday, January 07, 2019 1:11 PM
**To:** Calhoun, Martin
**Cc:** David Diamond
**Subject:** Roundup MDL 2741 Plaintiff Fact Sheets

Hi Martin,

Per our conversation, we are seeking an extension for submitting our Plaintiff Fact Sheets and would appreciate it if you could forward this email to the person in your firm that is handling these.

1

Currently, we still have 164 due (see attached list); though, we continue to work on these and submit them.  Because we still have so many to submit, we would really appreciate a 60 day extension if at all possible.

Thank you!



**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. This message may be an Attorney-Client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that your review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please destroy this transmission and notify us immediately by telephone and/or reply email.

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.