# EXHIBIT 7

# Kathy Hampton

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Thursday, January 31, 2019 2:01 PM |
| **To:** | Light, Barbara R. (SHB) |
| **Cc:** | David Diamond |
| **Subject:** | RE: Roundup PFS - Failure to Submit |

In follow up to this, we already filed a stip to dismiss on Winters and the judge signed the order on 11/29/18.



**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE LLP**
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

---

**From:** Kathy Hampton
**Sent:** Thursday, January 31, 2019 1:57 PM
**To:** Light, Barbara R. (SHB) <blight@shb.com>
**Cc:** David Diamond <ddiamond@goldbergandosborne.com>
**Subject:** Roundup PFS - Failure to Submit
**Importance:** High

Hi Barbara,

We just received in today's mail your certified letter dated January 28th, naming the following cases as failure to submit a PFS:

Askew, Sandra
Little, Clifford
Monten, Susan
Whitfill, Debra
Winters, James
Zerba, Clyde

We also take note that we have 7 days from the date of your letter to submit these PFS's.

Please note, you granted us a 30 day extension on Askew and Whitfill on 1/10/2019 – making the new deadline on these February 22, 2019.  I emailed you a few minutes ago regarding Little, based on the letter you sent our associated counsel, and asked for extra time since we haven't been able to reach our client since May.  On Monten and Winters, we need to dismiss these two and I will forward a stip to dismiss to Martin Calhoun today.  We should be able to get Zerba to you within the timeframe you gave in your letter.

Please confirm our extensions in this email and our issue with Little.

Thank you!



**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com