UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE EXPERT REPORTS OF DR. DANIEL ARBER** |

Upon consideration of Monsanto Company's Administrative Motion to File Under Seal Portions of the Expert Reports of Dr. Daniel Arber, IT IS HEREBY ORDERED THAT the motion is GRANTED; and it is hereby FURTHER ORDERED that the following portions of the following document shall be maintained under seal until further order of the Court:

| **Exhibit/Document Description** | **Portions to Remain Redacted** | **Order** |
|---|---|---|
| 1. Exhibit 1 – Expert Report of Dr. Daniel Arber (dated November 30, 2018) submitted in the *Hardeman* case. | ¶ 2, ¶¶ 15-26, pp. 65-68 (medical records index), pp. 70-77 (pathology images) | |
| 2. Exhibit 2 – Addendum to the Expert Report of Dr. Daniel Arber (dated December 10, 2018) submitted in the *Hardeman* case. | Portions of p. 1, pp. 2-21 (pathology images) | |
| 3. Exhibit 3 – Expert Report of Dr. Daniel Arber (dated November 30, 2018) submitted in the *Stevick* case. | ¶ 2, ¶¶ 13-27, pp. 64-66 (medical records index), pp. 68-76 (pathology images) | |

Date: _____, 2019     _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT