# EXHIBIT 1

**In Re: Roundup Products Liability Litigation, MDL 2741**

**Hardeman v. Monsanto, Case No. 3:16-cv-00525-VC**

**Expert Report of Daniel A. Arber, MD**

1.      I am submitting this report in connection with claims brought by Mr. Edwin Hardeman regarding his non-Hodgkin lymphoma.  A copy of my curriculum vitae is attached as Ex. A and a copy of materials I considered is attached as Ex. B.  These references are representative of the pertinent scientific literature but they do not represent the total of my professional experience and I do not necessarily agree with each of the statements made in these references.  Information regarding my fees for work in this matter as well as a listing of my previous testimony is set forth in Exhibit C.  A list of case-specific medical records I reviewed is attached as Exhibit D.



3.      I am an internationally recognized hematopathologist, researcher and educator, and an authority on the diagnosis and classification of lymphoma.  I currently hold the position of Donald West and Mary Elizabeth King Professor and Chair of Pathology at the University of Chicago Medical School.  Prior to joining the University of Chicago, from 2012-2016, I was at Stanford University, where I was the Ronald F. Dorfman Professor of Hematopathology, vice chair for clinical services, senior associate chair for hematopathology and medical director of anatomic pathology and clinical laboratory services.  My research focuses on molecular genetic and immunophenotypic changes in hematopoietic tumors.  I co-authored changes to the 2016 World Health Organization (WHO) classification of hematopoietic and lymphoid neoplasms, including the incorporation of genetic changes, and was the lead author of a summary of the 2016 WHO classification of myeloid neoplasms and acute leukemias published in Blood.  I am the author of more than 300 professional scientific publications, book sections and chapters, and I have edited a number of textbooks in the field.  My education, training, and professional qualifications are more fully described in Ex. A.

4.      The opinions set forth in this report are held to a reasonable degree of scientific and medical certainty based on my education, training, experience, my review of the pathology, and my review of the relevant scientific and medical literature.  They are held to the same standards that I utilize in my academic and clinical practice.

5.      Non-Hodgkin lymphoma (NHL) is a group of malignant neoplasms (cancer) of lymphocytes that represent 4% of all new cancer cases each year an estimated 566,000 new cases

of lymphoma in 2012 (Stewart BW, Wild CP, editors. World Cancer Report 2014) and 74,680 in the US in 2018 (American Cancer Society Cancer Facts & Figures). Lymphocytes are composed of B-cells and T-cells and both types are involved in the normal immune response that assists in the body's response to infection. The majority of the body's lymphocytes in the normal state are T-cells, but over 90% of cases of NHL derive from B-cells. B-cells function primarily to produce antibodies that are specific against antigens, often infectious organisms. In the normal state, a person exposed to an infectious agent has B-cells develop over a matter of days that can kill the infectious agent. Once these antigen specific B-cells are present in the body, they provide the person with a level of immunity if they become infected with that agent again so that they either do not become ill or they respond quickly to the illness. To develop such specificity, the B cell undergoes rearrangement of its genetic material (DNA) that allows it to develop antibodies specific for the infectious agent. This B-cell population expands during infection and then decreases when the infection is controlled. The process of gene rearrangement, however, sometimes results in non-productive reshuffling of the genetic material (DNA) that may include the acquisition of a genetic translocation. In most cases, because the genetic change is not productive for the cell, the cell dies; therefore, the abnormal genetic change has no impact on the individual. On rare occasions, the genetic event is retained in a living cell that divides and becomes, over time, a type of NHL.

6.     There are at least 57 overall different types of B-cell NHL and at least 38 additional subtypes.(Swerdlow, et al (eds) WHO Classification Book) As mentioned, over 90% of NHL cases are derived from B-cells. Diffuse large B-cell lymphoma (DLBCL) is the most common type of NHL, representing approximately 30% of all B-cell cases. DLBCL is more common in older individual, usually becoming apparent in their 60s, but may occur at any age. It is slightly more common in men than women. There are also a number of subtypes of DLBCL, with DLBCL, not otherwise specified, being the most common. DLBCL is a neoplasm of mature B-cells (as opposed to immature B cells of lymphoblastic leukemia), which makes it a chronic disease. Despite the chronic nature of the disease, it is generally more aggressive, if untreated, than most of the lymphomas of small B-cells. DLBCL may also evolve or transform from a more indolent small B-cell lymphoma which may not be apparent at the time of diagnosis. Untreated, DLBCL will spread to lymph nodes and organs throughout the body over months to years and ultimately kill a patient.   With current therapy, however, the majority of patients with DLBCL are cured, and the survival of such patients will likely continue to improve as new therapies become available.

7.     In most cases, the cause of non-Hodgkin lymphoma (NHL) is unknown (WHO classification book). Although certain risk factors for NHL have been identified, with few exceptions, for an individual patient there is no accepted scientific test, technique or method for determining what caused or contributed to his or her NHL.

8.     The best documented cause of NHL is a history of immunodeficiency which may be related to immunosuppression following organ transplantation or related to viral infection. Antigenic stimulation related to specific infections are also associated with an increased risk of NHL even in the absence of immunodeficiency. Infections implicated to increase the risk for NHL include, but are not limited to, human immunodeficiency virus (HIV), Epstein-Barr virus (EBV), hepatitis B virus (HBV), hepatitis C virus (HCV) and H. *pylori*.

9.      HCV infection is well documented in the medical literature to be associated with an increased risk for development of liver cirrhosis, hepatocellular carcinoma and NHL, particularly diffuse large B-cell lymphoma (DLBCL) and splenic marginal zone lymphoma. Maso et al, 2006; Giordano et al, 2007; de Sanjose et al, 2008; Mahale et al, 2017.  IARC has concluded that "chronic infection with HCV causes . . . non-Hodgkin lymphoma.  Chronic infection with HCV is carcinogenic to humans (Group 1)."  IARC Monograph 100B (2012). While elimination of measurable HCV using antiviral therapy reduces the risk of development of NHL, there are reports of several cases of NHL arising in this setting, suggesting that such patients remain at risk for development of NHL.(Andrade XA et al, 2018; Lin RJ, et al, 2016)

10.     While the mechanism of action is still being investigated, it is known that patients with HCV infection have chronic antigenetic stimulation.  This constant stimulation of B-cells, over years, appears to increase the risk for genetic changes in the B-cells that may eventually lead to development of NHL.  A similar chronic antigenic response in the liver frequently results in liver disease, including cirrhosis and hepatocellular carcinoma.  Other possible mechanisms for HCV to result in lymphoma include the virus actually infecting the B-cells and disrupting the normal cellular function to promote development of cancer, or transient infection of the cells by the virus that causes mutations of specific genes before the virus is expelled from the cell. (Peveling-Oberhag et al, 2013)

11.     HBV infection is also documented in the medical literature to be associated with an increased risk for NHL, particularly diffuse large B-cell lymphoma (DLBCL).  This association occurs in patients that are Hepatitis B surface antigen positive or that are surface antigen negative, but HBV DNA positive (Dalia et al, 2013; Marcucci et al, 2006; Marcucci et al, 2012; Taborelli et al, 2016; Wang et al, 2007; Wang et al, 2018).  These studies did not require the presence of active or symptomatic infection.

12.     Other risk factors for NHL are reported and include, but are not limited to, tobacco use, elevated body mass or abdominal girth, and possible dietary factors that include dairy product, red meat and processed meat ingestion.

13.     The diagnosis of NHL is made by a pathologist after review of a tissue biopsy, usually a lymph node biopsy.  The tissue is processed and glass slides are prepared to review under the microscope.  The pathologist reviews the clinical information provided with the specimen, including the age, sex of the patient, relevant medical history and the site of the biopsy prior to reviewing the glass slides under the microscope.  NHL distorts the appearance of the tissue under the microscope, resulting in a pattern that is abnormal compared to a normal lymph node slide.  The pathologist reviews the pattern of the cells on the slide as well as the size of the cells and the appearance of the cells.  If the appearance is abnormal or suspicious, the pathologist then routinely performs special stains to prove whether the cells are B-cells or T-cells as well as other markers that may be useful for the diagnosis and classification of the NHL and to exclude other disorders, if indicated.  In rare and difficulty cases, genetic or molecular genetic testing may be performed to assist in the diagnosis, but such tests are not necessary in most cases (with the exception of DLBCL mentioned below).

14.     If the studies reveal NHL, the case is classified according to the World Health Organization classification of tumors of hematopoietic and lymphoid tissues.  With the exception

3

of follicular lymphomas, NHL is not specifically graded, but the NHL classification determines whether a case is considered more indolent or more aggressive.  For DLBCL, additional prognostic studies, including stains for CD10, BCL6 and MUM1 and fluorescence in situ hybridization (FISH) testing for translocations involving the *MYC*, *BCL2* and *BCL6* genes are performed to determine prognosis.  In contrast to grading, staging is a clinical activity based on the physical location of the tumor within the body with localized disease being stage 1 and disease spread throughout the body and involving non lymph node organs or the bone marrow as stage 4.





27.     I reserve right to add/amend opinions if new information or records become available, and to respond to plaintiffs' experts, and to use graphics and demonstratives to explain and illustrate material discussed in the report.  I have attached some images of Mr. Hardeman's pathology to this report as Exhibit E.


Dated: _____11 / 29_____, 2018

_____

Daniel A. Arber, M.D.

# Exhibit A

# Curriculum Vitae

## DANIEL A. ARBER, M.D.

Donald West and Mary Elizabeth King Professor
and Chair of Pathology
University of Chicago
5841 S. Maryland Avenue, S327, MC 3083
Chicago, IL 60637
Phone (773) 702-0647
Fax (773) 834-5414
darber@uchicago.edu
darber1@bsd.uchicago.edu

## EXPERIENCE

**University of Chicago, Chicago, Illinois (December 2016 – present):**
Professor and Chair of Pathology
Donald West and Mary Elizabeth King Professor (2018-present)
Interim Medical Director of Clinical Laboratories (2017-present)

**Stanford University, Stanford, California (2002-Nov 2016):**
Ronald F. Dorfman, MBBch, FRCPath Professor in Hematopathology (2013 – 2016)
Professor of Pathology (2002- 2016)
Interim Vice Chair for Clinical Pathology (2015 - 2016)
Senior Associate Chair for Hematopathology (2013 –2016)
Vice Chair for Clinical Services (2011 – 2015)
Medical Director, Anatomic Pathology and Clinical Laboratory Services (2008-2016)
Stanford Hospital & Clinics Anatomic Pathology and Clinical Laboratories Chief of Service (July 2012 – 2016)
Director, Anatomic Pathology and Clinical Laboratory Quality (2009-2016)
Lucile Packard Children's Hospital Interim Pathology Chief of Service (2013- 2014)
Associate Chair for Hematopathology (2005-2013)
Associate Director, Molecular Pathology (2002-2016)
Stanford Hospital & Clinics Anatomic Pathology and Clinical Laboratories Deputy Chief of Service (2007 - July 2012)
Associate Chair, Clinical Services (2008-2011)
Director, Stanford Clinical Hematology Laboratory (2002-2009)
Director, Stanford Hematopathology Fellowship Program (2002-2009)
Interim Associate Chair, Clinical Services (2007-2008) Stanford Department of Pathology
Interim Medical Director, Anatomic Pathology and Clinical Laboratory Services (2007-2008)
Associate Director, Stanford Department of Pathology Residency Training Program (2004-2008)
Pathology Grand Rounds Coordinator, 2003-2008.
Director, Paratechnical Services, Stanford University Medical Center, 2004 –2005

**City of Hope National Medical Center, Duarte, California (1995-2002):**

Director, Hematopathology and Molecular Diagnostics (1997-2002)
Director, Hematopathology Fellowship Program (1997-2002)
Acting Director, Surgical Pathology (1997)
Staff Pathologist (1995-2002)

**Scott & White Memorial Hospital and Clinic/Texas A&M University Health Science Center School of Medicine, Temple, Texas (1993-1994):**
Assistant Professor, Department of Pathology
Chief, Immunopathology Section
Staff Pathologist, Anatomic Pathology


# EDUCATION AND TRAINING

**Fellow in Hematopathology,** City of Hope National Medical Center, Duarte, California, 1991-1993.
*Hematopathology, Surgical Pathology and Molecular Pathology Training with faculty including Drs. Henry Rappaport, Hector Battifora, Lawrence Weiss, and Russell Brynes.*

**Resident in Anatomic and Clinical Pathology,** Scott and White Memorial Hospital, Temple, Texas (Texas A&M University), 1987-1991.

**Intern (Transitional/Rotating),** E. A. Conway Memorial Hospital Monroe, LA. (LSU-Shreveport), 1986-1987.

**Medical Education,** University of Texas Health Science Center at San Antonio Medical School, MD, 1982-1986.

**Undergraduate Education,** Texas A&M University, College Station, Texas, B.S.

# BOARD CERTIFICATION (AMERICAN BOARD OF PATHOLOGY)

- Anatomic Pathology
- Clinical Pathology
- Hematology (Pathology)

# PHYSICIAN LEADERSHIP TRAINING

- Stanford Physician Leadership Development Program, November 2007-May 2008
- Leadership Development for Physicians in Academic Health Centers, Harvard School of Public Health, Boston, Massachusetts, October 18-30, 2009
- Advanced Stanford Leadership Development Program, February – April, 2012
- Health Care Project Management: The Intersection of Strategy, People, and Process, Harvard School of Public Health, Boston, Massachusetts, February 10-13, 2014

## PROFESSIONAL SOCIETIES

- American Society of Clinical Pathologists
- U. S. and Canadian Academy of Pathology
- American Society of Investigative Pathology
- Society for Hematopathology
- Association for Molecular Pathology (founding member)
- American Society of Hematology
- Arthur Purdy Stout Society
- South Bay Pathology Society
- European Bone Marrow Working Group
- Bone Marrow Pathology Group (founder)

## HONORS AND AWARDS

- Chicago Magazine Top Doctor, 2018
- Stanford University Endowed Chair:  Ronald F. Dorfman, MBBch, FRCPath Professor in Hematopathology (October 9, 2013)
- Stanford School of Medicine Teaching Excellence Award, 2009-2010 and 2011
- Stanford University Medical Center Department of Pathology Clinical Pathology Senior Faculty Teaching Award, 2010
- Scott & White Clinic, Distinguished Alumnus Award, 2008
- *America's Top Doctors for Cancer* (Castle Connolly Medical Ltd., 2005-2018; Newsweek 2015)
- *America's Top Doctors* (Castle Connolly Medical Ltd., 2006-2018)
- *Best Doctors in America*® 2005-2018
- *Marquis Who's Who* 2006- 2018
- American Cancer Society Clinical Oncology Fellow, 1991-1992, 1992-1993
- Clinical Scholar Award (Honorable Mention), Scott and White Memorial Hospital, 1991
- Chief Resident, Pathology, Scott and White Memorial Hospital, 1990 – 1991

## EDITORIAL BOARDS

- Applied Immunohistochemistry and Molecular Morphology (1995 – present)
- Modern Pathology (2001 – present)
- Human Pathology (2003 – present)
- American Journal of Clinical Pathology (2003 – present)
- American Journal of Surgical Pathology (2005 – present)
- Journal of Molecular Diagnostics (2006 – present)
- Expert Opinion on Medical Diagnostics (2007 – 2008)
- Seminars in Diagnostic Pathology (2013- present)
- Archives of Pathology and Laboratory Medicine (Executive Advisory Board, 2016 - present)

## COMMITTEE/TASK FORCE/REVIEW PANEL RESPONSIBILITIES

**Cooperative Group and World Health Organization Activities:**
- Member, *Lymphoma Committee*, Southwest Oncology Group (SWOG), 1996 – present.
- Member, *Leukemia Committee*, SWOG, 1998 – present.
- Member, SWOG Lymphoma Correlative Sciences Specimen Use Committee, 2006 – 2008.
- Head of Acute Myeloid Leukemia Group for Revised World Health Organization Classification of Hematopoietic and Lymphoid Tumors.  2006 – 2007.
- Member of Acute Lymphoblastic Leukemia Group for Revised World Health Organization Classification of Hematopoietic and Lymphoid Tumors.  2006 – 2007.
- Invited Participant, Consensus and Editorial Meeting.  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues.  Lyon, France.  October 24-27, 2007.
- Pathologist and Member, Eastern Cooperative Oncology Group Leukemia Committee, 2008 – present.
- Member, Eastern Cooperative Oncology Group Pathology Committee, 2008 – present.
- Designated "Reviewer" for 4th Edition revision of WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues, 2013-2016.
- **Member, Observational Study Monitoring Board (OSMB) for the Myelodysplastic Syndromes (MDS) Natural History Study, NHLBI, 2015 – present.**
- **Member, IARC/WHO Committee for the International Classification of Diseases for Oncology (ICD-O) WHO Classification of Tumours of the Haematopoietic and Lymphoid Tissues, revised 4th edition**

**National and International Society/Workgroup Responsibilities:**
- Hematopathology Section Representative, *Nominating Committee*, Association for Molecular Pathology, 1995-1996.
- Facilitator, t(14;18) Methodology Working Group, Association for Molecular Pathology, 1997-1998.
- Hematopathology Section Chair Elect, Association for Molecular Pathology, 1999.
- Hematopathology Section Chair, Association for Molecular Pathology, 2000.
- Member, 21q22 subgroup, International Workshop on Balanced Translocations in Therapy-Related Acute Myeloid Leukemia and Myelodysplasia, chaired by Janet Rowley, M.D.
- Hematopathology Section Nominating Committee Representative, Association of Molecular Pathology, 2001-2002.
- Membership Committee, Society for Hematopathology, 2000- 2005 (Chair 2003-2005).
- NCI PO1 Site Visit Team Member, Belleview, NJ, May 12-14, 2003.
- NCI ZCA1 RPRB-G (J1) Member Special Emphasis Panel SPORES in Leukemia-Lymphoma, Gaithersburg, MD. October 29-31, 2003.
- Abstract Reviewer, American Society of Clinical Pathologists, 2004.
- Abstract Reviewer, American Society of Hematology, 2004 and 2005 (Coordinating Reviewer 2005).
- Abstract Reviewer, US and Canadian Academy of Pathology, 2004 (for 2005 annual meeting) and 2005 (for 2006 annual meeting).
- Member, American Society for Clinical Pathology (AMERICAN SOCIETY FOR CLINICAL PATHOLOGY) CheckPath Hematopathology Committee, 2006 - 2011.
- NIH Subcommittee H (Clinical Trials) ad hoc reviewer, Washington DC, October 24-25, 2007.

- College of American Pathologists Review Panelist, Hematolymphoid Tumors Cancer Protocol Review Panel 2006-present
- Abstract Reviewer, US and Canadian Academy of Pathology, 2008 (for 2009 annual meeting) and 2009 (for 2010 meeting).
- Panel Member, <u>NCCN Clinical Practice Guidelines in Oncology</u>:  Acute Myeloid Leukemia Version 2.2011, NCCN.org.  Published Dec 21,2010.
- Member, Education Committee, US & Canadian Academy of Pathology (2010-2014)
- Member, Executive Committee, Society for Hematopathology (2010-2016)
- Member, Society for Hematopathology, Pathologist in Training Award Committee (2011)
- Hematopathology Section Representative, *Nominating Committee*, <u>Association for Molecular Pathology</u>, 2011-2013.
- Co-Chair, <u>American Society of Hematology/College of American Pathologist</u> Expert Panel on Acute Leukemia Workup Guidelines, 2010 – present.
- Panel Member, <u>NCCN Clinical Practice Guidelines in Oncology</u>:  Acute Myeloid Leukemia, NCCN.org (2012- 2016).
- Member:  European Bone Marrow Working Group (2011-present)
- Founding Member:  Bone Marrow Pathology Group (2011-present)
- Secretary/Treasurer, <u>Society for Hematopathology</u> (2012-2014)
- Member, Subcommittee of Unique Live Course Offerings, US & Canadian Academy of Pathology (2012-2014).
- Scientific Committee, 11th International Workshop on Bone Marrow Pathology 2013, September 7-10, 2013, Munich, Germany.  Organized by the European Bone Marrow Working Group and European Association for Haematopathology.
- Member, College of American Pathologist Cancer Biomarker Reporting Committee (2013-present).
- Member, College of American Pathologists – Center for Disease Control and Prevention Guideline Metrics Expert Panel (2014 – present).
- Vice President/President Elect, <u>Society for Hematopathology</u> (2014-2016)
- Workshop Committee, 12th International Worship on Bone Marrow Pathology 2015, April 16-19, 2015, Milan, Italy, Organized by the European Bone Marrow Working Group.
- Member, Hematologic Malignancies Expert Panel, AJCC Cancer Staging System, 8th edition (2014-2016)
- **US and Canadian Academy of Pathology Board of Directors, Member 2015-2018**.
- **President, Society for Hematopathology (2016-2018)**
- Member, Executive Committee, European Association for Hematopathology (2016-2020)
- Workshop Review Panel, **Society for Hematopathology/European Association for Haematopathology** Workshop Molecular Genetics of Hematopoietic Neoplasms.  September 8-10, 2017, Chicago, IL
- Member, Society for Immunotherapy of Cancer, Cancer Immunotherapy Guidelines Acute Leukemia Subcommittee, 2018 - present
- Workshop Review Panel, **European Bone Marrow Working Group/European Association for Haematopathology** Workshop.  September 30, 2018, Edinburgh Scotland
- Member,  **American Board of Pathology** Hematopathology Test Development and Advisory Committee, 2018- present
- National Program Director, Cancer Biomarkers Conference III, September 15-16, 2018, Houston, Texas.

**Local/Regional:**
- Chair, *Molecular Biology Task Force*, Scott & White Memorial Hospital Department of Pathology, 1994.
- Member, *Laboratory Practice Committee*, Scott & White Memorial Hospital, 1993-1994.
- Member, *Research Building Design Committee*, Texas A&M University Health Science Center and Scott & White Memorial Hospital, 1994.
- Member, *Credentials Committee*, City of Hope National Medical Center, 1995-2002.
- Member, *Interdisciplinary Practice Committee*, City of Hope National Medical Center, 1995-2002.
- Member, *Transfusion Committee*, City of Hope National Medical Center, 1995-1999.
- Member, *Strategic Plan Clinical Products and Services Working Group*, City of Hope National Medical Center. 1997.
- Member, *Continuing Medical Education Committee*, City of Hope National Medical Center, 1998-2002.
- Member, *Graduate Medical Education Committee*, City of Hope National Medical Center, 1998-2002.
- Laboratory Information System Selection Steering Committee, Stanford University Medical Center, 2002- 2005.
- Molecular Pathologist Faculty Search Committee member, Stanford University Medical Center, 2002-2003.
- Pediatric Pathologist Faculty Search Committee member, Stanford University Medical Center, 2004-2005.
- Chemical Pathologist Faculty Search Committee member, Stanford University Medical Center, 2004-2006.
- Stanford University Send Out Working Group Coordinator, 2004-2005.
- Co-Director, UCSF/Stanford Current Issues in Anatomic Pathology Annual Course, 2006–2009.
- Member Stanford Comprehensive Cancer Center, 2006-present.
- Member, Stanford Hospital & Clinics Medical Executive Committee (2008-2016)
- Member, Stanford Hospital & Clinics Care Improvement Committee (2009-2016)
- Member, Stanford Hospital & Clinics Quality Improvement and Patient Safety Committee (2010-2016)
- Member, Stanford Hospital & Clinics Technology Assessment Committee (2010-2014)
- Member, Lucile Packard Children's Hospital Medical Executive Committee (2008-2016)
- Member, Lucile Packard Children's Hospital Care Improvement Committee (2013-2014)


# GRANTS AND AWARDS:

- Scott&White Memorial Hospital Project ID #683 ($20,000), 1993-1994, "MIB-1 in Prostate Carcinoma" (Principal Investigator).
- Scott&White Memorial Hospital Project ID #3157 ($62,000), 1994-1995, "Rapid Detection of B-cell Clonality"  (Principal Investigator).

- PO1 CA 30206-20 ($103,556), 2001-2002, "Bone Marrow Transplantation for Hematologic Malignancies" (PI Forman)  5% effort.
- Leukemia & Lymphoma Society #6165-02 ($100,000), 2001-2004, "Pathogenesis of Therapy Related Leukemia," (PI S. Bhatia)  5% effort
- Leukemia & Lymphoma Society #R6149-03 ($120,370), 2002-2004, "Ex Vivo Selection Of Benign Stem Cells For Autografting In CML," (PI R. Bhatia) 5% effort
- California Cancer Research Program 3ICO155, ($263,438), 2002-2005, "Resistance Of Malignant Stem Cells To Gleevec In CML," (PI R. Bhatia) 5% effort

## INVITED PRESENTATIONS:
(Abstracts and poster presentations not included.)

- Case presentation:  "Angiomatoid Fibrous Histiocytoma".  Presented at the Los Angeles Society for Pathology, June 13, 1995 meeting.
- Case presentations (HIV-12 and HIV-13):  "Diffuse large cell lymphomas with Touton-like giant cells, T lineage in HIV-positive patients."  Presented at the **Third Slide Workshop of the Society for Hematopathology** "Immunodeficiency-Related Lymphoproliferative Disorders."  Duarte, CA., October 19-21, 1995.
- Case presentation:  "Epstein-Barr virus positive inflammatory pseudotumor of the spleen." Presented at the "Spleen Pathology Workshop", **VIII[th] meeting of the European Association for Haematopathology**.  Paris, April 22-25, 1996.
- Case presentation:  "Splenic Marginal Zone Lymphoma".  Presented at the Los Angeles Society for Pathology, June 11, 1996 meeting.
- "Splenic Pathology:  An Update".  University of Utah Health Sciences Center, Department of Pathology, November 20, 1996.
- Case presentation:  "Littoral Cell Angioma".  Presented at the Los Angeles Society for Pathology, June 3, 1997 meeting.
- Case presentation:  "Large B-cell Lymphoma of the Breast".  Presented at the **Fourth Slide Workshop of the Society for Hematopathology** "Extranodal Hematopoietic/Lymphoid Disorders (excluding bone marrow and spleen)."  Pittsburgh, PA, September 11-13, 1997.
- "Splenic Pathology".  Presented at the **Society for Hematopathology Companion Meeting** of the American Society of Clinical Pathology Fall 1997 meeting.  Philadelphia, PA, September 20, 1997.
- "Impact of Molecular Biology on the Classification of Acute Leukemia."  Grand Rounds, City of Hope National Medical Center.  January 27, 1998.
- "Impact of Ancillary Studies on the Classification of Acute Leukemia."  Southern California Permanente Medical Group Pathology Education Meeting, Kaiser Permanente, Los Angeles. February 24, 1998.
- Case presentation:  "Peripheral Blood Involvement by Mantle Cell Lymphoma".  Presented at the Los Angeles Society for Pathology, June 7, 1998 meeting.
- "Splenic Neoplasms:  Microscopic Correlates to Gross Patterns Of Involvement."  American Association of Pathologist Assistants Annual Meeting, San Diego.  November 4, 1998.
- "Summary of AMP bcl-2/JH Sample Exchange."  **Association for Molecular Pathology Annual Meeting**, Crystal City, VA.  November 6-8, 1998.
- Invited Lecture:  Oregon Health Sciences University, Portland, Oregon.  December 21, 1998.
- Invited Lecture:  Mayo Clinic, Rochester, Minnesota.  January 18, 1999.

- Invited Lecture:  Southern California Permanente Medical Group Pathology Education Meeting, Kaiser Permanente, Los Angeles.  February 16, 1999.
- Moderator, Hematopathology Proffered Papers.  **United States and Canadian Academy of Pathology 88th Annual Meeting**, San Francisco, CA, March 22, 1999.
- Case presentation:  "NK/T Cell Lymphoma of Nose and Skin".  Presented at the Los Angeles Society for Pathology, June 8, 1999 meeting.
- Invited Lecture:  "Molecular Diagnostic Approach to Malignant Lymphoma," Guest Faculty Lecture for "Flow Cytometric Immunophenotyping and Other Ancillary Laboratory Studies in Diagnostic Hematopathology," Mayo Clinic, Rochester, Minnesota.  June 10-12, 1999.
- Case Presentation:  "CD20-positive Peripheral T Cell Lymphoma," Guest Faculty Presentation for "Flow Cytometric Immunophenotyping and Other Ancillary Laboratory Studies in Diagnostic Hematopathology," Mayo Clinic, Rochester, Minnesota.  June 10-12, 1999.
- Moderator, Hematopathology Workshop, "Sample Exchange", Association for Molecular Pathology, 1999 Annual Meeting, St. Louis, MO, November 7, 1999.
- Presenter, Hematopathology Workshop, "Sample Exchange- Results of T-cell Receptor Exchange", **Association for Molecular Pathology, 1999 Annual Meeting**, St. Louis, MO, November 7, 1999.
- Invited Lecture:  UCLA Department of Pathology, December 16, 1999.
- Grand Rounds: City of Hope National Medical Center, January 18, 2000.
- Invited Lecture:  "Myelodysplasia and Acute Myeloid Leukemia."  Los Angeles Society of Pathologists, Current Topics in Practical Pathology, Los Angeles, CA, January 22, 2000.
- Invited Lecture:  Southern California Permanente Medical Group Pathology Education Meeting, Kaiser Permanente, Los Angeles.  March 7, 2000.
- Grand Rounds:  Harbor-UCLA Medical Center, March 24, 2000.
- Case presentation:  "Mast cell disease".  Presented at the Los Angeles Society for Pathology, June 14, 2000 meeting.
- Invited Lecture and Case Presentations:  "Angioimmunoblastic T-cell lymphoma and its differential diagnosis," **XXIII International Congress of the International Academy of Pathology** and 14th World Congress of Academic and Environmental Pathology, Nagoya, Japan, October 20, 2000.
- Moderator, Hematopathology Plenary Session, **Association for Molecular Pathology**, 2000 Annual Meeting, Denver, CO, November 10,2000.
- Presenter and Moderator, Hematopathology Workshop, "Sample Exchange- Results of *BCR-ABL* Exchange", **Association for Molecular Pathology**, 2000 Annual Meeting, Denver, CO, November 11, 2000.
- Case presentation:  "Primary effusion lymphoma."  Presented at the Los Angeles Society for Pathology, June 12, 2001 meeting.
- Case presentation:  "Extranodal marginal zone lymphoma of MALT type".  Presented at the Los Angeles Society for Pathology, June 12, 2001 meeting.
- **American Society for Clinical Pathology Educational Course**.  "Diagnosis of Extranodal Non-Hodgkin's Lymphoma:  Current concepts applied to old and new entities."  Eric D. Hsi and Daniel A. Arber.  AMERICAN SOCIETY FOR CLINICAL PATHOLOGY 2001 Annual Meeting Workshop #5730, Philadelphia, PA.  October 22, 2001.
- "Role of Ancillary Studies in Diagnostic Pathology." 7th Annual American Association of Pathologist Assistants Meeting, San Diego, CA.  November 6, 2001.

- Case Presentations:  "Acute myeloid leukemia with t(3;5)/*MLF1-NPM*" (Case 4) and "Primary effusion lymphoma" (Case 80). Presented at "Genetics and Molecular Genetic Studies in Human Hematologic Malignancies, **Society for Hematopathology Workshop**.  Boston, MA.  November 8-10, 2001.
- Video Tutorial:  "Pathology of Lymphoid Lesions" (for Lawrence Weiss), California Seminars in Pathology, 54th Annual Convention, San Diego, CA.  November 30, 2001.
- Case Presentation:  "Extranodal Rosai-Dorfman Disease" (for Lawrence Weiss), "Diagnostic Problems in Surgical Pathology," California Seminars in Pathology, 54th Annual Convention, San Diego, CA.  December 1, 2001.
- Invited Lecture:  "Prognostic Impact of Acute Myeloid Leukemia Classification." Stanford University Department of Pathology, December 12, 2001.
- Invited Lecture: Pathology Grand Rounds, Harbor-UCLA Medical Center, January 18, 2002.
- Case presentation:  "Cutaneous involvement by ALK-positive anaplastic large cell lymphoma". Presented at the Los Angeles Society for Pathology, June 11, 2002 meeting.
- Invited Lecture:  "Acute Myeloid Leukemia Classification".  Presented at the **Society for Hematopathology Companion Meeting** of the American Society of Clinical Pathology 2002 meeting.  Washington, D.C., October 11, 2002.
- Presenter, Hematopathology Workshop, "Taqman Realtime Quantitative PCR for BCR/ABL", **Association for Molecular Pathology**, 2002 Annual Meeting, Dallas, TX, November 15, 2002.
- **United States & Canadian Academy of Pathology (USCAP) Educational Course**:  "The Rational use of Molecular Studies in Leukemias and Lymphomas."  Adam Bagg and Daniel A. Arber, Short Course #49, Washington, D.C., March 26, 2003.
- Microscopic Tutorial: "Lymphoma and Leukemia."  Daniel Arber and Roger Warnke. **Stanford/UCSF 6th Annual Current Issues in Anatomic Pathology**, May 24, 2003.
- Invited Lecture:  "Molecular Diagnostic Approach to Malignant Lymphoma."  University of California, San Francisco, Department of Pathology, June 11, 2003.
- Invited Lecture:  "Pathology of Leukemia."  **Southwest Oncology Group CRA Workshop**, October 2, 2003, Seattle, WA.
- Presenter, Hematopathology Workshop, "Molecular Subclassification of Malignant Lymphomas:  How Far Can We Go in 2003?", "T-cell Lymphoma Testing", **Association for Molecular Pathology**, 2003 Annual Meeting, Orlando, FL, November 22, 2003.
- Microscopic Tutorial, "Bone Marrow Pathology", **California Society of Pathologists Annual Meeting**, San Francisco, CA, December 4, 2003.
- **United States & Canadian Academy of Pathology (USCAP) Educational Course**:  "The Rational use of Molecular Studies in Leukemias and Lymphomas."  Adam Bagg and Daniel A. Arber, Short Course, Vancouver, March 11, 2004.
- "Immunohistochemistry of Bone Marrow", **Stanford/UCSF 6th Annual Current Issues in Anatomic Pathology**, May 28, 2004.
- Invited Speaker:  "Cytogenetics, Immunophenotype and Morphology in AML," Plenary Session II:  Neoplastic Blood Diseases, **Clinical Cytometry Society, 19th Annual Meeting**, Long Beach, CA, October 18th, 2004.
- Invited Speaker:  "Incidental Monoclonal B cell Population in a Patient with AML", Dusky Disks:  Case Studies in Leukemia and Lymphoma, **Clinical Cytometry Society, 19th Annual Meeting**, Long Beach, CA, October 19th, 2004.

- Panel Member, Hematopathology Workshop "Is it time to adopt molecular classifications for the primary diagnosis of lymphoma?  A debate." **Association for Molecular Pathology, 2004 Annual Meeting**, Los Angeles, CA, November 13, 2004.
- Moderator, Molecular Biology of AML, **American Society of Hematology Annual Meeting**, San Diego, California, December 6, 2004.
- **Visiting Professor, Cornell Medical Center** (Lecture: "Acute Myeloid Leukemia:  Current and Future Classification"), New York, New York, February 14-15, 2005.
- **United States & Canadian Academy of Pathology (USCAP) Educational Course**:  "The Rational use of Molecular Studies in Leukemias and Lymphomas."  Adam Bagg and Daniel A. Arber, Short Course, San Antonio, Texas, March 4, 2005.
- "Microscopic Tutorial:  FNA of Lymph Node Malignancies:  Combined Use of Morphology, Immunophenotyping and Molecular Diagnostics."  Daniel A. Arber and Frederick Baehner. **Eighth Annual UCSF/Stanford Current Issues in Anatomic Pathology Cytology Seminar**, San Francisco, CA, May 25, 2005.
- Invited Speaker:  "Lymphadenopathies Simulating Lymphoma:  Immunoblastic Proliferations." **Eighth Annual UCSF/Stanford Current Issues in Anatomic Pathology**, San Francisco, CA, May 28, 2005.
- Invited Presentation:  "Gene expression differences between AML, NOC and AML, MLD." Leukemia Correlative Sciences Committee, **Southwest Oncology Group** Semi-annual meeting, Dallas, Texas, October 2, 2005.
- Lunch Presentation:  "Acute Myeloid Leukemia Classification:  WHO and Beyond." **American Society for Clinical Pathology Annual Meeting**, Seattle, Washington, October 10, 2005.
- **American Society for Clinical Pathology Educational Course**.  "Diagnosis of Extranodal Non-Hodgkin's Lymphoma:  Current concepts applied to old and new entities."  Eric D. Hsi and Daniel A. Arber. AMERICAN SOCIETY FOR CLINICAL PATHOLOGY 2005 Annual Meeting Workshop, Seattle, Washington, October 11, 2005.
- Invited Lecture:  "Advances in AML Classification:  Gene Expression Profiling in AML with Multilineage Dysplasia. **City of Hope Basic Science Seminar**, Duarte, California, November 9, 2005.
- Moderator, Acute Myeloid Leukemia:  Biology and Pathophysiology, **American Society of Hematology Annual Meeting**, Atlanta, Georgia, December 13, 2005.
- Invited Lecture:  "Secondary Lymphomas of the Skin." **Society for Hematopathology Companion Meeting**, USCAP, Atlanta, Georgia, February 12, 2006.
- Moderator, Hematopathology Proffered Papers. **United States and Canadian Academy of Pathology 95th Annual Meeting**, Atlanta, Georgia, February 14, 2006.
- **United States & Canadian Academy of Pathology (USCAP) Educational Course**:  "The Rational use of Molecular Studies in Leukemias and Lymphomas."  Adam Bagg and Daniel A. Arber, Short Course #49, Atlanta, Georgia, February 15, 2006.
- **United States & Canadian Academy of Pathology (USCAP) Practical Pathology Seminars**:  "The Rational use of Molecular Studies in Leukemias and Lymphomas."  Adam Bagg and Daniel A. Arber.  Amelia Island, Florida, March 10, 2006.
- Invited Lecture:  "Hematopoietic Tumors of the Head and Neck." **9th Annual UCSF/Stanford Current Issues in Anatomic Pathology**.  San Francisco, CA.June 2, 2006.
- Invited Lecture:  "Update on Acute Myeloid Leukemia." **Los Angeles Society of Pathologists**.  Los Angeles, CA.  September 12, 2006.

- "Deriving the blast cell count for the diagnosis of AML and MDS" **WHO** Classification of Hematopoietic and Lymphoid Neoplasms; **Clinical Advisory Committee Meeting** (Acute Leukemia and Myeloid Neoplasms), February 9, 2007, University of Chicago Gleacher Conference Center.
- "AML with recurrent genetic abnormalities" **WHO** Classification of Hematopoietic and Lymphoid Neoplasms; **Clinical Advisory Committee Meeting** (Acute Leukemia and Myeloid Neoplasms), February 9, 2007, University of Chicago Gleacher Conference Center.
- "AML with multilineage dysplasia" **WHO** Classification of Hematopoietic and Lymphoid Neoplasms; **Clinical Advisory Committee Meeting** (Acute Leukemia and Myeloid Neoplasms), February 9, 2007, University of Chicago Gleacher Conference Center.
- "Mast cell disease" **Society for Hematopathology Companion Meeting**, USCAP, San Diego, CA, March 25, 2007.
- "Microscopic Tutorial: FNA of Lymph Node Malignancies: Combined Use of Morphology, Immunophenotyping and Molecular Diagnostics." Daniel A. Arber and Frederick Baehner. **Tenth Annual UCSF/Stanford Current Issues in Anatomic Pathology Cytology Seminar**, San Francisco, CA, May 23, 2007.
- "Acute Myeloid Leukemia: Importance of Ancillary Studies in Diagnosis and Classification." **Tenth Annual UCSF/Stanford Current Issues in Anatomic Pathology**, San Francisco, CA, May 25, 2007.
- Invited Lecture: "Integrated Diagnostic Approaches in the Classification of Myeloid Neoplasms." Opening Lecture of the 2007 **Workshop of Society for Hematopathology** and European Association for Haematopathology, "Myeloid Neoplasms and Mastocytosis: Diagnostic Issues in the Light of the Recent Advances in Molecular Pathogenesis." Indianapolis, Indiana. November 1, 2007.
- Invited Lecture: "Diagnostic Approach to Difficult Bone Marrow Specimens." **California Society of Pathologists Annual Meeting**. December 6, 2007. San Francisco, CA.
- Slide Tutorial: "Difficult Bone Marrow Diagnoses." California Society of Pathologists Annual Meeting. December 6, 2007. San Francisco, CA.
- Moderator of Hematopathology Session and Case Presenter: "Nodular Lymphocyte Predominant Hodgkin Lymphoma" and "Rosai-Dorfman Disease." **11th Annual UCSF/Stanford Current Issues in Anatomic Pathology**, San Francisco, CA, May 31, 2008.
- Lunch Presentation: "Update on Acute Myeloid Leukemia." **American Society for Clinical Pathology Annual Meeting**, Seattle, Baltimore, MD, October 24, 2008.
- Around the Scope Session: "Morphologic correlates to genetic changes in acute myeloid leukemia." **American Society for Clinical Pathology Annual Meeting**, Seattle, Baltimore, MD, October 25, 2008.
- **American Society for Clinical Pathology Educational Course**. "Diagnosis of Extranodal Non-Hodgkin's Lymphoma: Current concepts applied to old and new entities." Eric D. Hsi and Daniel A. Arber. AMERICAN SOCIETY FOR CLINICAL PATHOLOGY 2008 Annual Meeting Workshop, Baltimore, MD, October 26, 2008.
- Invited Lectures: "Pathology and Genetics of Leukemia, Part I and II." **Allied Health Committee of Pathology CTP 2008/09**, Hong Kong, November 6, 2008.
- Invited Lecture: "Algorithmic Approach to the Classification of Acute Leukemia." **Society for Hematopathology Companion Meeting**, USCAP, Boston, March 8, 2009.
- Moderator, Hematopathology Proffered Papers. **United States and Canadian Academy of Pathology 98th Annual Meeting,** Boston, March 10, 2009.

- Invited Lecture:  "Hematopoietic Tumors of the Nose and Palate."  **12th Annual UCSF/Stanford Current Issues in Anatomic Pathology**.  San Francisco, May 29, 2009.
- Invited Lecture:  "Update on AML Classification:  An Algorithmic Approach to the use of Ancillary Studies."  **Los Angeles Society of Pathology**.  Los Angeles, February 9, 2010.
- **United States & Canadian Academy of Pathology (USCAP) Short Course (#63):**  New Concepts in the Diagnosis and Classification of Extranodal Lymphomas.  Yaso Natkunam, Eric D. Hsi, and Daniel A. Arber.   Washington, DC, March 24, 2010.
- **United States & Canadian Academy of Pathology (USCAP) Short Course (#26):**  Modern Approach to the Diagnosis and Classification of Myeloid Neoplasms. Daniel A. Arber and Attilio Orazi.  Washington, DC, March 24, 2010.
- Invited Video Tutorial:  "Differential Diagnosis of Reactive Lymphadenopathies."  **13th Annual UCSF Current Issues in Anatomic Pathology**.  San Francisco, June 4, 2010.
- Invited Lecture:  "Acute Leukemia:  Current and Future State," **2nd Annual Ben Ruether Lecture in Hematopathology**, Department of Pathology & Laboratory Services, University of Calgary, Calgary, Alberta.  June 24, 2010.
- Resident Slide Session:  "Differential Diagnosis of Reactive Lymphadenopathies." Department of Pathology & Laboratory Services, University of Calgary, Calgary, Alberta.  June 25, 2010.
- Invited Lecture:  "Issues in the Classification of Acute Myeloid Leukemia."  **E.T. Bell Fall Symposium**, University of Minnesota, Minneapolis, Minnesota, October 8, 2010.
- Invited Case Presentations:  **Minnesota Society of Pathologists Fall Seminar**, Minneapolis, Minnesota, October 9, 2010.
- Case Presentations for Hematopathology Workshop "IGH BIOMED2 Interpretation Issues in B cell Neoplasias" at that Association for Molecular Pathology 16th Annual Meeting, San Jose, California, November 19, 2010.
- **United States & Canadian Academy of Pathology (USCAP) Short Course (#63):**  New Concepts in the Diagnosis and Classification of Extranodal Lymphomas.  Yaso Natkunam, Eric D. Hsi, and Daniel A. Arber.  San Antonio, Texas, March 2, 2011.
- **United States & Canadian Academy of Pathology (USCAP) Short Course (#26):**  Modern Approach to the Diagnosis and Classification of Myeloid Neoplasms. Daniel A. Arber and Attilio Orazi.  San Antonio, Texas, March 3, 2011.
- Invited Lecture:  "Extranodal Lymphomas."  **14th Annual UCSF Current Issues in Anatomic Pathology**.  San Francisco, California, May 26, 2011.
- Invited Lecture:  "Evaluating Bone Marrow Biopsies in Patients with Cytopenias."  **14th Annual UCSF Current Issues in Anatomic Pathology**.  San Francisco, California, May 26, 2011.
- Organizer of 1st Meeting of the **Bone Marrow Pathology Group** (Discussion lead for "Diagnostic Criteria for Large Granular Lymphocytic Leukemia" and "Diagnostic Issues in Mixed Phenotype Acute Leukemia."  Cleveland Clinic, September 30, 2011.
- "DNA Methylation in Acute Leukemia" presented at the 2011 Annual Scientific and Business Meeting of the **European Bone Marrow Working Group**, Munich, Germany, October 7-9, 2011.
- "Molecular Clonality Studies of Cutaneous Lymphoma" presented at the **Society for Hematopathology/European Association for Hematopathology Workshop 2011**: Cutaneous Lymphomas and Their Mimics, Los Angeles, CA October 28, 2011.

- "Molecular Events and Their Role in the Classification of Acute Myeloid Leukemia" presented at the Association for Molecular Pathology 2011 Annual Meeting, Dallas, TX, November 19, 2011.
- "Evolution of the Classification of Acute Leukemia:  Moving toward clinical relevance," City of Hope Medical Center, Duarte, CA, December 6, 2011
- **Visiting Professor, Emory University**:  Resident and Fellow Case Presentation and Grand Rounds.  Emory University, Atlanta, GA, January 23, 2012.
- **Society for Hematopathology, USCAP Companion Meeting Organizer and Moderator**: "Novel Insights of High-Throughput Technologies in Hematopoietic Conditions."  US & Canadian Academy of Pathology, 101st Annual Meeting, Vancouver, Canada, March 18, 2012.
- Moderator:  Proffered Papers in Quality Assurance. US & Canadian Academy of Pathology, 101st Annual Meeting, Vancouver, Canada, March 19, 2012.
- Panelist/Case Presentation:  Hematopathology Evening Specialty Conference.  US & Canadian Academy of Pathology, 101st Annual Meeting, Vancouver, Canada, March 21, 2012.
- **United States & Canadian Academy of Pathology (USCAP) Short Course (#26):**  Modern Approach to the Diagnosis and Classification of Myeloid Neoplasms. Daniel A. Arber and Attilio Orazi.  Vancouver, Canada, March 22, 2012.
- **United States & Canadian Academy of Pathology (USCAP) Short Course (#63):**  New Concepts in the Diagnosis and Classification of Extranodal Lymphomas.  Yaso Natkunam, Eric D. Hsi, and Daniel A. Arber.  Vancouver, Canada, March 23, 2012.
- **CAP '12 Short Course (AP111):**  Myeloid Neoplasms: Morphology to Molecular Genetics.  Daniel A. Arber and Tracy I. George.  San Diego, CA, September 10, 2012.
- Host of 2nd Meeting of the **Bone Marrow Pathology Group**.  Stanford, California, September 28, 2012.
- **California Society of Pathologists 65th Annual Meeting:**  Diagnostic Problems in Surgical Pathology Case Seminar.  San Francisco, CA, December 1, 2012.
- **Association for Molecular Pathology USCAP Companion Meeting**:   Integrating Molecular/Genomic Results and Treatment Guidance into the Surgical Pathology Report.  "The Bone Marrow Comprehensive Report: Advances in Molecular and Cytogenetic Risk Stratification in AML and MDS."  Baltimore, MD, March 3, 2013.
- **United States & Canadian Academy of Pathology (USCAP) Short Course (#18):**  Modern Approach to the Diagnosis of Neoplastic Splenic Disorders. Attilio Orazi and Daniel A. Arber.  Baltimore, MD, March 6, 2013.
- United States & Canadian Academy of Pathology (USCAP) 2013 Practical Pathology Seminar: New Concepts in the Diagnosis and Classification of Extranodal Lymphomas.  Yaso Natkunam, Eric D. Hsi, and Daniel A. Arber.  San Francisco, CA, May 3, 2013.
- **South Bay Pathology Spring Meeting**:  Lymphoma including Extranodal Lymphoma (dedicated to the memory of Dr. Ronald Dorfman).  Daniel A. Arber and Steven Swerdlow.  Monterey, California, May 11, 2013.
- Moderator, 11th International Workshop on Bone Marrow Pathology, 2013, September 8, 2013, Munich, Germany.
- Invited Lecture:  Acute leukemias associated with myelodysplastic syndromes. 11th **International Workshop on Bone Marrow Pathology, 2013**, September 9, 2013, Munich, Germany.

- Moderator:  Proffered Papers in Hematopathology. US & Canadian Academy of Pathology, 103rd Annual Meeting, San Diego, CA, March 4, 2014.
- **United States & Canadian Academy of Pathology (USCAP) Short Course (#18):**  Modern Approach to the Diagnosis of Neoplastic Splenic Disorders. Attilio Orazi and Daniel A. Arber. San Diego, CA, March 7, 2014.
- Presenter**:  World Health Organization Clinical Advisory Committee Meeting**.  April 30, 2014, Chicago, IL
- **American Association of Oral and Maxillofacial Pathology 2014 Annual Meeting:** "Hematopathology," April 27, 2014, 2-5 pm, St Augustine, FL.
- Eastern Cooperative Oncology Group/ACRIN Spring Meeting, Leukemia Laboratory Committee Symposium:  "World Health Organization (WHO) Classification Update".  May 8, 2014, Chicago, IL.
- Georgia Regents University Medical Center.  Pathology resident slide conference: "Hematopathology of the Head and Neck."  August 4, 2014, Augusta, GA.
- Georgia Regents University Medical Center Department of **Pathology Grand Rounds**: "Update on Acute Leukemia Guidelines and Classification."  August 4, 2014, Augusta, GA.
- **26th European Congress of Pathology Short Course:**  Haematopathology: Myeloproliferative Syndromes (MDS) and Myeloproliferative Neoplasms (MPN): Mimics, progressions and transformation – "Progression and transformation of MDS and its interface with Acute Myeloid Leukaemia (AML) - Myelodysplasia Related Changes (MRC)." September 1, 2014, London, UK.
- Agilent Seminar:  NGS Cancer Research Panels for Pathology – "The role of mutations in the characterization and classification of acute myeloid leukemia."  September 2, 2014, London, UK.
- CAP'14 Video Microscopy Tutorial on "Acute Leukemia."  September 9, 2014, Chicago, IL.
- CAP'14 Short Course (with James Vardiman):  "CAP/ASH algorithm for initial work-up of acute leukemia."  September 10, 2014, Chicago, IL.
- **Children's Hospital of Philadelphia Pathology Grand Rounds**:  "Impact of Genetics and Epigenetics on Acute Leukemia." September 17, 2014, Philadelphia, PA.
- **North Texas Pathology Society Fall Quarterly Meeting**:  "Tumor and tumor-like conditions of the spleen."  Southwestern Faculty Club, October 8, 2014, Dallas, TX.
- University of Texas, Southwestern Resident Slide Session:  "Hematopathology of the Head and Neck."  UT Southwestern Medical School, October 9, 2014, Dallas, TX.
- **University of Texas, Southwestern Anatomic Pathology Seminar Series**:  "Update on acute leukemia guidelines and classification."  UT Southwestern Medical School, October 9, 2014, Dallas, TX.
- **Association for Molecular Pathology Annual Meeting**:  "Update on Acute Leukemia Guidelines and Classification:  CAP/ASH and WHO."  November 15, 2014, National Harbor, MD.
- **2015 Medical University of South Carolina Pathology Symposium**.  Gadsden-Holbrook Symposium in Clinical Pathology.  "Molecular diagnostics in acute leukemia."  February 23, 2015, Charleston, SC.
- **2015 Medical University of South Carolina Pathology Symposium**.  Gadsden-Holbrook Symposium in Clinical Pathology.  "Update on upcoming WHO revisions for acute leukemia and myeloid disorders."  February 23, 2015, Charleston, SC.

- **United States & Canadian Academy of Pathology Society for Hematopathology Companion Meeting Moderator** (with Steven H Swerdlow): "The Times They are A-Changin': What's on the Horizon for the WHO Classification of Hematopoietic and Lymphoid Tumors." March 22, 2015, Boston, MA.
- United States & Canadian Academy of Pathology Society for Hematopathology Companion Meeting, Invited Presentation: "Acute Leukemias." March 22, 2015, Boston, MA.
- United States & Canadian Academy of Pathology Society 104th Annual Meeting. Interactive Microscopy Sessions: "Hematopathology of the Head and Neck." March 23, 2015.
- **United States & Canadian Academy of Pathology Society 104th Annual Meeting Special Course "Molecular Diagnostic and Genomic Applications in Cancer: A Primer for the Pathologist."** Invited Presentation: "Molecular Diagnostics of Leukemia: Classification, Outcome Prediction and Therapy Response." March 24, 2015, Boston, MA.
- United States & Canadian Academy of Pathology (USCAP) Short Course (#18): Modern Approach to the Diagnosis of Neoplastic Splenic Disorders. Attilio Orazi and Daniel A. Arber. March 26, 2015, Boston, MA.
- European Bone Marrow Working Group (EBMWG) 12th International Workshop on Bone Marrow Pathology. Invited presentation: "Updates and News of the WHO Classification: Acute Leukemia." April 17, 2014, Milan, Italy.
- EBMWG 12th International Workshop on Bone Marrow Pathology. Session Co-Chair and Summation Speaker for: "Bone Marrow Workshop (3): Acute Leukemia: New and rare entities." April 19, 2015, Milan, Italy.
- Duke University School of Medicine: "Morphology, Genetics and Acute Myeloid Leukemia." May 6, 2015, Durham, NC.
- **Memorial Sloan-Kettering Cancer Center, Department of Hematology-Oncology Grand Rounds**: "Proposed WHO Classification Revisions for Acute Leukemia and Myeloid Neoplasms." May 12, 2015, New York, NY.
- **Memorial Sloan-Kettering Cancer Center, Department of Pathology Grand Rounds**: "The Roles of Dysplasia and Genetics in the Diagnosis of Myeloid Neoplasms." May 12, 2015, New York, NY.
- Memorial Sloan-Kettering Cancer Center, Department of Pathology Slide Session: "Hematopathology of the Head and Neck." May 12, 2015, New York, NY.
- **International Society for Laboratory Hematology, Opening Plenary Session**: "Diagnostic Impact of Genetics and Epigenetics in Acute Myeloid Leukemia." May 19, 2015, Chicago, IL.
- Improving MDS Outcomes from Diagnosis to Treatment: A Multidisciplinary Approach. Faculty member. June 13, 2015, San Francisco, CA.
- **European Bone Marrow Working Group Scientific Meeting**: "Acute Leukemias." September 25, 2015, University Hospital Frankfurt, Frankfurt, Germany.
- **European Bone Marrow Working Group Scientific Meeting**: Section VI Chair. September 26, 2015, University Hospital Frankfurt, Frankfurt, Germany.
- CAP'15 Video Microscopy Tutorial on "Acute Leukemia." October 4, 2015, Nashville, TN.
- CAP'15 Short Course (with James Vardiman): "CAP/ASH algorithm for initial work-up of acute leukemia." October 5, 2015, Nashville, TN.
- 13th Annual Meeting of the **European Competency Network for Mastocytosis (ECNM)**: "Myeloid neoplasms: News from the WHO classification system." October 9, 2015, Munich, Germany.

- Fox Chase Cancer Center, Grand Rounds:  "Proposed Changes to the WHO Classification of Acute Leukemias and Myeloid Disorders." October 23, 2015, Philadelphia, PA.
- American Society for Clinical Pathology (ASCP) Annual Meeting Workshop "Improving MDS Outcomes from Diagnosis to Treatment:  A Multi-disciplinary Approach" (with Brent Tan, MD, PhD and Tracy George, MD).  Lecture entitled "Cytogenetics in Myelodysplastic Syndrome (MDS):  Applying the Prognostic Scoring System."  October 28, 2015.  Long Beach, CA.
- **University of Chicago, Visiting Professor**, Pathobiology Seminar Series: "Advances in the Pathologic Diagnosis and Classification of Acute Myeloid Leukemia." November 10, 2015. Chicago, IL
- University of Chicago, Visiting Professor, Unknown Slide Seminar: "Hematopathology of the Head and Neck." November 10, 2015. Chicago, IL
- **San Diego Society for Hematopathology** 3rd Annual Meeting: "Practical & Advanced Hematopathology."  **Keynote Speaker:**  "Proposed Changes to the WHO Classification of Acute Leukemias and Myeloid Disorders."  November 14, 2015, San Diego, CA.
- **American Society of Hematology, 57th ASH Annual Meeting and Exposition.  Education Session Chair:**  "Myelodysplastic Syndromes:  Evolving Diagnosis and Therapy" and **Speaker**:  "Reclassifying Myelodysplastic Syndromes:  What's Where in the New WHO and Why." December 5 & 6, 2015, Orlando, FL.
- **Tutorial on Neoplastic Hematopathology.**  "Chronic myelogenous leukemia."  January 29, 2016, New Orleans, LA.
- **Cleveland Clinic, Visiting Professor.**  Grand Rounds:  "Advances in the Pathologic Diagnosis and Classification of Acute Myeloid Leukemia." March 3, 2016, Cleveland, OH.
- Cleveland Clinic, Visiting Professor.  Unknown Slide Seminar:  "Tumor and Tumor-like proliferations of the spleen" March 3, 2016, Cleveland, OH.
- United States & Canadian Academy of Pathology Society 105th Annual Meeting.  Interactive Microscopy Sessions:  "Tumor and Tumor-like Proliferations of the Spleen."  March 14, 2016, Seattle, WA.
- **United States & Canadian Academy of Pathology Society 105th Annual Meeting Special Course "Molecular Diagnostic and Genomic Applications in Cancer:  A Primer for the Pathologist."**  Invited Presentation:  "Molecular Diagnostics of Leukemia:  Classification, Outcome Prediction and Therapy Response."  March 15, 2016, Seattle, WA.
- **Brigham & Women's Hospital, Visiting Professor.**  Surgical Pathology Update "Advances in the Pathologic Diagnosis and Classification of Acute Myeloid Leukemia." April 8, 2016, Boston, MA.
- **Brigham & Women's Hospital, Visiting Professor**.  Unknown Slide Seminar:  "Tumor and Tumor-like proliferations of the spleen" April 8, 2016, Boston, MA.
- Montefiore Medical Center, Visiting Professor.  Surgical Pathology Update "Advances in the Pathologic Diagnosis and Classification of Acute Myeloid Leukemia." April 28, 2016, New York, NY.
- Montefiore Medical Center, Visiting Professor.  Unknown Slide Seminar:  "Tumor and Tumor-like proliferations of the spleen" April 28, 2016, New York, NY.
- European Association for Hematopathology Workshop:  "Updated WHO Classification of Hematological Neoplasms:  Acute Leukemias and Myelodysplastic Syndromes."  September 3, 2016, Basel, Switzerland.

- European Association for Hematopathology/European Bone Marrow Working Group Workshop: "Aggressive Systemic Mastocytosis." September 4, 2016, Basel, Switzerland.
- CAP'16 Short Course: "CAP/ASH guidelines for initial work-up for acute leukemia." September 27, 2016, Las Vegas, NV.
- **American Society of Hematology, 58th ASH Annual Meeting and Exposition. Spotlight Session Speaker and Chair:** "ASH-College of American Pathologists Guidelines on Initial Work-up of Acute Leukemia" (with Kathryn Foucar). December 4, 2016, San Diego, CA.
- University of Texas Health Science Center, San Antonio, Visiting Professor. Unknown Slide Seminar: "Tumor and Tumor-like proliferations of the spleen." January 20, 2017, San Antonio, TX.
- University of Texas Health Science Center, San Antonio, Visiting Professor. Lecture: "Advances in the Pathologic Diagnosis and Classification of Acute Myeloid Leukemia." January 20, 2017, San Antonio, TX
- **Texas Society of Pathologists 96th Annual Meeting**: "2016 WHO Classification of Tumors of Hematopoietic & Lymphoid Tissues." January 21, 2017, Bastrop, TX.
- **Tutorial on Neoplastic Hematopathology.** "Chronic Myeloid Leukemia." January 27, 2017, Miami, FL.
- **Tutorial on Neoplastic Hematopathology.** "Mast Cell Disease." January 27, 2017, Miami, FL.
- Tutorial on Neoplastic Hematopathology. Case Presentation: Chronic Myelomonocytic Leukemia and Systemic Mastocytosis Involving the Spleen." January 27, 2017, Miami, FL.
- United States & Canadian Academy of Pathology Society 106th Annual Meeting. Interactive Microscopy Sessions: "Tumor and Tumor-like Proliferations of the Spleen." March 8, 2017, San Antonio, TX.
- **United States & Canadian Academy of Pathology (USCAP) Short Course** (#36): "The Updated WHO Classification of Myeloid Neoplasms: A Practical Approach to Genetically-Defined and Not-So-Well Defined Entities." Attilio Orazi, Daniel A. Arber and Robert Hasserjian. March 8, 2017, San Antonio, TX.
- **Course Director:  Update in Hematopathology.** USCAP Interactive Center, Palm Springs, California, April 8-9, 2017.
- Interactive Microscopy Session: "Acute Leukemia" during Update in Hematopathology. USCAP Interactive Center, Palm Springs, California, April 8-9, 2017.
- Interactive Microscopy Session: "Potpourri of unusual hematopoietic tissue infiltrates" during Update in Hematopathology. USCAP Interactive Center, Palm Springs, California, April 8-9, 2017.
- Invited Lecture: "Myelodysplasia and Acute Myeloid Leukaemia. Overlap and differences." **XIII European Bone Marrow Working Group (EBMWG) International Course and Workshop on Bone Marrow Pathology**. Utrecht, The Netherlands, May 28, 2017.
- University of Nebraska Visiting Professor. Unknown Slide Seminar: "Tumor and Tumor-like proliferations of the spleen." June 7, 2017, Omaha, NE
- **Pathology Grand Rounds University of Nebraska**: "Update on the Pathologic Diagnosis and Classification of Acute Myeloid Leukemia." June 7, 2017, Omaha, NE
- American Society of Clinical Pathology Annual Meeting Short Course (with Karl Theil): "CAP/ASH initial workup of acute leukemia guideline." September 7, 2017, Chicago, IL

- **Society for Hematopathology/European Association for Haematopathology** Workshop Molecular Genetics of Hematopoietic Neoplasms Session Moderator (Genetic Testing in Diagnosis of Acute Leukemias) and Summary Lecture.  September 8, 2017, Chicago, IL
- European Bone Marrow Working Group Scientific & Business Meeting.  Scientific presentation moderator and case presenter (76 year old man with a malignant histiocytic tumor involving the skin). September 15, 2017, Athens, Greece.
- Association of Pathology Chairs West, Midwest and Canadian Regional Meeting.  "Risks and Challenges for Diagnostic Pathology in Academics."  October 20, 2017, Tiburon, California.
- Speaker, ASCO Advantage "Acute Myeloid Leukemia" Course, November 14, 2017, Alexandria, Virginia
- Speaker (with Martin Tallman), "Mutations and AML: Sampling, Assays, and Interpreting Results". Medscape Education Video, Recorded November 21, 2017, New York, New York
- Session Co-Chair, "Myeloid neoplasms, part 1,"  German International Academy of Pathology Winter Course:  Update in Hematopathology 2018, January 12, 2018, Bonn, Germany
- Speaker, "Acute Leukemias,"  **German International Academy of Pathology Winter Course**:  Update in Hematopathology 2018, January 12, 2018, Bonn, Germany
- Speaker, "Interactive microscopy:  a potpourri of instructive cases,"  German International Academy of Pathology Winter Course:  Update in Hematopathology 2018, January 12, 2018, Bonn, Germany
- **Keynote Address**:  "Making the blue book – insights into the WHO classification of hematolymphoid malignancies."  **Christian Medical College Annual Symposium 2018**, February 1, 2018, Vellore, Tamil Nadu, India.
- Invited lecture:  "Recent advances in the understanding and diagnosis of acute myeloid leukemia."  Christian Medical College Annual Symposium 2018, February 2, 2018, Vellore, Tamil Nadu, India.
- Interactive microscopy session:  "Leukemia" Christian Medical College Annual Symposium 2018, February 2, 2018, Vellore, Tamil Nadu, India.
- Association for Molecular Pathology/Society for Hematopathology Webinar on WHO 2016 Updates:  "Part III:  Acute Leukemias."  March 27, 2018.
- United States & Canadian Academy of Pathology (USCAP) Short Course (#36):  "The Updated WHO Classification of Myeloid Neoplasms: A Practical Approach to Genetically-Defined and Not-So-Well Defined Entities." Attilio Orazi, Daniel A. Arber and Robert Hasserjian.  March 22, 2018, Vancouver, Canada.
- Visiting Professor, Evanston Hospital, NorthShore University Health System.  April 12, 2018, Evanston, IL.
- Interactive Microscopy Session:  "Tumor and Tumor-like Proliferations of the Spleen."  NorthShore University Health System.  April 12, 2018, Evanston, IL.
- Invited lecture:  "Recent advances in the understanding and diagnosis of acute myeloid leukemia." NorthShore University Health System.  April 12, 2018, Evanston, IL.
- Podcast:  Targeting Acute Leukemia: New Guideline from CAP & ASH.  College of American Pathologists, September 2018.
- Invited lecture.  **"Update on Leukemia Biomarkers."  Cancer Biomarkers Conference III**, September 15, 2018, Houston, Texas.
- Co-organizer and moderator (with Andrew Wotherspoon) 19th Meeting of the European Association for Hematopathology, Educational Session "Approaches to the diagnosis and

molecular/genetic evaluation of haematological disorders." September 29, 2018, Edinburgh, Scotland.

• Invited Lecture, **19th Meeting of the European Association for Hematopathology, "Topic Lecture:  What's new in ALL – the 2016 WHO update."**  September 30, 2018, Edinburgh, Scotland.

• Co-organizer and moderator (with Peter Johnston) 19th Meeting of the European Association for Hematopathology, Bone Marrow Workshop Session 1 "ALL and reactive lesions." September 30, 2018, Edinburgh, Scotland.

## PUBLICATIONS

**Peer-Reviewed Publications:**

1.  Arber DA, Rainer P, Helbert B, Rappaport ES: The use of agar processing in bone marrow evaluation. Tech Sample HT-6, 1990.

2.  Arber DA, Bilbao J, Bassion S. Large-cell anaplastic (Ki-1-positive) lymphoma complicated by disseminated intravascular coagulation. Arch Pathol Lab Med 115:188-192, 1991.

3.  Arber DA, Speights VO. Aneuploidy in benign seminal vesicle epithelium: An example of the paradox of ploidy studies. Modern Pathol 4(6):687-689, 1991.

4.  Arber DA, Cook PD, Moser LR, Speights VO. Variation in reference cells for DNA analysis of paraffin-embedded tissue. Am J Clin Pathol 97(3);387-392, 1992.

5.  Arber DA, Rainer PA, Helbert BJ, Rappaport ES. Agar processing of bone marrow aspirate material. Lab Med 23:479-481, 1992.

6.  Arber DA, Shibata D, Chen Y-Y, Weiss LM. Characterization of the topography of Epstein-Barr virus infection in human immunodeficiency virus associated lymphoid tissues. Modern Pathol 5:559-566, 1992.

7.  Arber DA, Kandalaft PL, Mehta P, Battifora H. Vimentin-negative epithelioid sarcoma:  the value of an immunohistochemical panel which includes CD34. Am J Surg Pathol 17(3):302-307, 1993.

8.  Arber DA, Weiss LM. CD15:  A review. Appl Immunohistochem 1(1):17-30, 1993.

9.  Arber DA, Weiss LM, Albujar PF, Chen Y-Y, Jaffe ES. Nasal lymphomas in Peru: high incidence of T-cell immunophenotype and Epstein-Barr virus infection. Am J Surg Pathol 17(4):392-399, 1993.

10. Arber DA, Lopategui JR, Brynes RK. Chronic lymphoproliferative disorders involving blood and bone marrow. Am J Clin Pathol 99(4):494-503, 1993.

11. Arber DA, Weiss LM. CD43:  A review. Appl Immunohistochem 1(2):88-96, 1993.

12. Weiss LM, Arber DA, Chang KL. CD45:  A review. Appl Immunohistochem 1(3):166-181, 1993.

13. Arber DA, Johnson RM, Rainer PA, Helbert B, Chang KL, Rappaport ES. The bone marrow agar section:  A morphologic and immunohistochemical evaluation. Modern Pathol 6 (5):592-598, 1993.

14. Traweek ST, Arber DA, Rappaport H, Brynes RK. Extramedullary myeloid cell tumors:  An immunohistochemical and morphologic study of 28 cases. Am J Surg Pathol 17(10):1011-1019, 1993.

15. Chang KL, Arber DA, Weiss LM. CD30:  A review. Appl Immunohistochem 1(4):244-255, 1993.

16. Weiss LM, Arber DA, Strickler JG. Nasal T-cell lymphomas. Ann Oncol 5 (Suppl. 1):S39-S42, 1994.

17. Arber DA, Simpson JF, Weiss LM, Rappaport H. Non-Hodgkin's lymphoma involving the breast. Am J Surg Pathol 18(3):288-295, 1994.

18. Weiss LM, Arber DA, Chang KL. CD68:  A review. Appl Immunohistochem 2(1):2-8, 1994.

19. Speights VO, Cohen MK, Coffield KS, Keegan GT, McClintock J, Arber DA. Neuroendocrine staining in malignant, hyperplastic, and atrophic prostate tissue. Appl Immunohistochem 2(3):212-217, 1994.

20. Cohen MK, Arber DA, Coffield KS, Keegan GT, McClintock J, Speights VO Jr. Neuroendocrine differentiation in prostatic adenocarcinoma and its relationship to tumor progression. Cancer 74:1899-1903, 1994.

21. Chang KL, Arber DA, Shibata D, Rappaport H, Weiss LM. Follicular small lymphocytic lymphoma. Am J Surg Pathol 18;999-1009, 1994.

22. Arber DA, Sheibani K, Weiss LM. UCL3D3 and UCL4D12 reactivity in small B-cell neoplasms with special emphasis on monocytoid B-cell lymphoma. Hum Pathol 25;1084-1090, 1994.

23. Arber DA, Weiss LM. CD5:  a review. Appl Immunohistochem 3(1):1-22, 1995.

24. Speights VO Jr, Edwards E, Jones KA, Arber DA. In situ hybridization for viral detection in interstitial cystitis. J Urologic Pathol 3:129-33, 1995.

25. Arber DA, Weiss LM.  CD57:  A review. Appl Immunohistochem 3:137-52, 1995.

26. Arber DA, Kamel OW, van de Rijn M, Davis RE, Medeiros LJ, Jaffe ES, Weiss LM. Frequent presence of the Epstein - Barr virus in inflammatory pseudotumor. Hum Pathol 26:1093-8, 1995.

27. Chang KL, Kamel O, Arber DA, Horyd ID, Weiss LM. Pathologic features of nodular lymphocyte predominance Hodgkin's disease in extranodal sites. Am J Surg Pathol 19:1313-1324, 1995.

28. Arber DA, Windisch LB, Griffin SH. Paraffin section evaluation of proliferative activity in Hodgkin's disease.  Lack of correlation with CD15, CD30 or Epstein-Barr virus latent membrane protein expression. Appl Immunohistochem 3:245-249, 1995.

29. Abdel-Reheim FA, Koss W, Rappaport ES, Arber DA. Coexistence of Hodgkin's disease and giant-lymph node hyperplasia of the plasma-cell type (Castleman's disease). Arch Pathol Lab Med 120:91-96, 1996.

30. Chang KL, Arber DA, Weiss LM.  CD20:  A review. Appl Immunohistochem, 4:1-15, 1996.

31. Speights VO Jr, Arber DA, Riggs MW, Arber J, Chen PY. Proliferation index of organ-confined prostatic adenocarcinoma determined by MIB-1. J Urol Pathol 4:25-30, 1996.

32. Abdel-Reheim FA, Edwards E, Arber DA.  Utility of a rapid polymerase chain reaction panel for the detection of molecular changes in B-cell lymphoma. Arch Pathol Lab Med 120:357-363, 1996.

33. Arber DA, Sun L-H, Weiss LM. Detection of the t(2;5)(p23;q35) chromosomal translocation in large B-cell lymphomas other than anaplastic large cell lymphoma. Hum Pathol 27:590-594, 1996.

34. Grossman LD, White IV RR, Arber DA. Angiomatoid malignant fibrous histiocytoma. Ann Plast Surg 36:649-651, 1996.

35. Arber DA, Jenkins KA.  Paraffin section immunophenotyping of acute leukemias in bone marrow specimens. Am J Clin Pathol 106:462-468, 1996.

36. Arber DA, Jenkins KA, Slovak ML.  CD79α expression in acute myeloid leukemia.  High frequency of expression in acute promyelocytic leukemia. Am J Pathol 149:1105-1110, 1996.

37. Brynes RK, Almaguer PD, Leathery KE, McCourty A, Arber DA, Medeiros LJ, Nathwani BN.  Numerical cytogenetic abnormalities of chromosomes 3, 7, and 12 in marginal zone B-cell lymphomas. Modern Pathol 9:995-1000, 1996.

38. Arber JM, Arber DA, Jenkins KA, Battifora H.  Effect of decalcification and fixation in paraffin section immunohistochemistry. Appl Immunohistochem 4:241-248, 1996.

39. Arber DA, Glackin C, Lowe G, Medeiros LJ, Slovak ML. Presence of t(8;21)(q22;q22) in myeloperoxidase positive, myeloid surface antigen negative acute myeloid leukemia. Am J Clin Pathol 107:68-73, 1997.

40. Arber DA, Rappaport H, Weiss LM. Non-Hodgkin's lymphoproliferative disorders involving the spleen. Modern Pathol 10:18-32, 1997.

41. Arber DA, Strickler JG, Weiss LM.  Splenic mesothelial cysts mimicking lymphangiomas. Am J Surg Pathol 21:334-338, 1997.

42. Alsabeh R, Brynes RK, Slovak ML, Arber DA.  Acute myeloid leukemia with t(6;9) (p23;q34):  association with myelodysplasia, basophilia, and initial CD34 negative immunophenotype. Am J Clin Pathol 107:430-437, 1997.

43. Swanson GP, Dobin SM, Arber JM, Arber DA, Capen CV, Diaz JA. Chromosome 11 abnormalities in Bowen disease of the vulva. Cancer Genet Cytogenet 93:109-114, 1997.

44. Arber JM, Riggs MW, Arber DA.  Correlation among MIB-1, paraffin section proliferation index, and recurrence in low-stage breast carcinoma. Appl Immunohistochem 5:117-124, 1997.

45. Arber DA, Strickler JG, Chen Y-Y, Weiss LM.  Splenic vascular tumors.  A histologic, immunophenotypic and virologic study. Am J Surg Pathol 21:827-835, 1997.

46. Weiss LM, Arber DA, Chang KL.  Clonality in lymphocyte predominance Hodgkin's disease. Cancer Surveys 30:125-141, 1997.

47. Arber DA, Weiss LW.  CD10:  A review.  Appl Immunohistochem 5:125-140, 1997.

48. Speights VO Jr, Cohen MK, Riggs MW, Coffield KS, Keegan G, Arber DA. Neuroendocrine stains and proliferative indices of prostatic adenocarcinomas in transurethral resections. Br J Urol 80:281-286,1997.

49. Arber JM, Weiss LM, Chang KL, Battifora H, Arber DA.  The effect of decalcification on in situ hybridization. Modern Pathol 10:1009-1014, 1997.

50. Zhang FF, Arber DA, Wilson TG, Kawachi MH, Slovak ML.  Towards the validation of aneusomy detection by fluorescence *in situ* hybridization (FISH) in bladder cancer: comparative analysis with cytology, cytogenetics, and clinical features predicts recurrence and defines clinical testing limitations. Clinical Cancer Research 3:2317-2328, 1997.

51. Khalidi HS, Medeiros LJ, Chang KL, Brynes RK, Slovak ML, Arber DA.  The immunophenotype of adult acute myeloid leukemia.  High frequency of lymphoid antigen expression and comparison of immunophenotype, French-American-British classification and karyotypic abnormalities. Am J Clin Pathol 109:211-220, 1998.

52. Chang KL, Arber DA.  Hepatosplenic g/d T-cell lymphoma - Not just alphabet soup.  Adv Anatom Pathol 5:21-29, 1998.

53. Arber DA, Tamayo R, Weiss LM.  Paraffin section detection of the c-*kit* gene product (CD117) in human tissues.  Value in the diagnosis of mast cell disorders. Human Pathol 29:498-504, 1998.

54. Arber DA, Weiss LM, Chang KL.  Detection of Epstein-Barr virus in inflammatory pseudotumor. Sem Diagn Pathol 15:155-160, 1998.

55. Vasef MA, Brynes RK, Murata-Collins JL, Arber DA, Medeiros LJ.  Surface immunoglobulin light chain-positive acute lymphoblastic leukemia of FAB L1 or L2 type:  a report of six cases in adults. Am J Clin Pathol 110:143-149, 1998.

56. Lai R, Arber DA, Chang KL, Wilson CS, Weiss LM.  Frequency of bcl-2 expression in non-Hodgkin's lymphoma.  A study of 778 cases with comparison of marginal zone lymphoma and monocytoid B-cell hyperplasia. Modern Pathol 11:864-869, 1998.

57. Pilozzi E, Pulford K, Jones M, Müller-Hermelink H-K, Falini B, Ralfkiaer E, Pileri S, Pezzella F, De Wolf-Peeters C, Arber DA, Stein H, Mason D, Gatter K.  Co-expression of CD79a (JCB117) and CD3 by lymphoblastic lymphoma. J Pathol 186:140-143, 1998

58. Khalidi HS, Brynes RK, Medeiros LJ, Chang KL, Slovak ML, Snyder DS, Arber DA.  The immunophenotype of blast transformation of chronic myelogenous leukemia.  High frequency of mixed lineage phenotype in "lymphoid" blasts and comparison of morphologic, immunophenotypic and molecular findings. Modern Pathol 11:1211-1221, 1998.

59. Khalidi HS, O'Donnell MR, Slovak ML, Arber DA.  Adult precursor-B acute lymphoblastic leukemia with translocations involving chromosome band 19p13 is associated with poor prognosis. Cancer Genet Cytogenet 109:58-65, 1999.

60. Lai R, Arber DA, Brynes RK, Chan O, Chang KL.  Untreated chronic lymphocytic leukemia concurrent with or followed by acute myelogenous leukemia or myelodysplastic syndrome:  a report of five cases and review of the literature. Am J Clin Pathol 111:373-378, 1999.

61. Khalidi HS, Chang KL, Medeiros LJ, Brynes RK, Slovak ML, Murata-Collins JL, Arber DA.  Acute lymphoblastic leukemia:  survey of immunophenotypic, French-American-British classification, frequency of myeloid antigen expression and karyotypic abnormalities in 210 pediatric and adult cases. Am J Clin Pathol 111:467-476, 1999.

62. Lai R, Weiss LM, Chang KL, Arber DA.  Frequency of CD43 expression in non-Hodgkin's lymphoma:  a survey of 742 cases and further characterization of rare CD43-positive follicular lymphomas. Am J Clin Pathol 111:488-494, 1999.

63. Chu PG, Chang KL, Arber DA, Weiss LM.  Practical applications of immunohistochemistry in hematolymphoid neoplasms.  Ann Diagn Pathol 3:104-133, 1999.

64. Schwarz RE, Chow WA, Andersen JS, Arber DA, Balch CM.  Soft tissue masses of the chest wall and axilla:  has metastatic melanoma been considered? Am J Clin Oncol 22:174-177, 1999.

65. Arber DA, Chang KL, Weiss LM.  Peripheral T-cell lymphoma with Toutonlike tumor giant cells associated with HIV infection.  Report of two cases. Am J Surg Pathol 23:519-522, 1999.

66. Schwarz RE, Chu P, Arber DA.  Extranodal follicular dendritic cell tumor of the abdominal wall.  J Clin Oncol 17:2290-2292, 1999.

67. Velankar MM, Nathwani BN, Schlutz MJ, Bain LA, Arber DA, Slovak ML, Weiss LM.  Indolent T-lymphoblastic proliferation:  report of a case with a 16 year course without cytotoxic therapy. Am J Surg Pathol 23:977-981, 1999.

68. Cataldo KA, Jalal SM, Law ME, Ansell SM, Inwards DJ, Fine M, Arber DA, Pulford KA, Strickler JG.  Detection of t(2;5) in anaplastic large cell lymphoma.  Comparison of immunohistochemical studies, FISH and RT-PCR in paraffin-embedded tissue.  Am J Surg Pathol 23:1386-1392, 1999.

69. Molina A, Nademanee A, Arber DA, Forman SJ.  Remission of refractory Sezary syndrome after bone marrow transplantation from a matched unrelated donor. Biology of Blood and Marrow Transplantation 5:400-404, 1999.

70. Nagasaka T, Lai R, Chen Y-Y, Chen W-G, Arber DA, Chang KL, Weiss LM.  The use of archival bone marrow specimens in detecting B-cell non-Hodgkin's lymphomas using polymerase chain reaction methods. Leuk Lymph 36:347-352, 2000.

71. Chu P, Arber DA.  Paraffin-section detection of CD10 in 505 non-hematopoietic neoplasms: frequent expression in renal cell carcinoma and endometrial stromal sarcoma. Am J Clin Pathol 113:374-382, 2000.

72. Krishnan A, Bhatia S, Slovak ML Arber DA, Niland JC, Nademanee A, Fung H, Bhatia R, Kashyap A, Molina A, O'Donnell MR, Parker PA, Sniecinski I, Snyder DS, Spielberger R, Stein A, Forman SJ.  Predictors of therapy-related leukemia and myelodysplasia following autologous transplantation for lymphoma:  an assessment of risk factors. Blood 95:1588-1593, 2000.

73. Nagasaka T, Lai R, Harada T, Chen Y-Y, Chen W-G, Arber DA, Weiss LM.  Coexisting thymic and gastric lymphomas of mucosa-associated lymphoid tissues in a patient with Sjogren syndrome. Arch Pathol Lab Med 124(5):770-773, 2000.

74. Yang F, Tran T-A, Carlson JA, Hsi ED, Ross CW, Arber DA.  Paraffin section immunophenotype of cutaneous and extracutaneous mast cell disease.  Comparison to other hematopoietic neoplasms.  Am J Surg Pathol 24(5):703-709, 2000.

75. Arber DA, Weiss LM. (Invited) Commentary on "Diagnosis and management of primary nasal lymphoma of T-cell and NK-cell origin." Clinical Lymphoma 1(1):38, 2000.

76. Stein AS, O'Donnell MR, Slovak ML, Nademanee A, Dagis A, Schmidt GM, Parker PM, Snyder DS, Smith EP, Somlo G, Margolin KA, Arber D, Niland J, Forman SJ. High-dose cytosine arabinoside and daunorbicin induction therapy for adult patients with *de novo* non M3 acute myelogenous leukemia: impact of cytogenetics on achieving a complete remission. Leukemia 14:1191-1196, 2000.

77. Persons DL, Arber DA, Sosman JA, Borelli KA, Slovak ML. Amplification and overexpression of HER-2/*neu* are uncommon in advanced stage melanoma. Anticancer Research 20:1965-1968, 2000.

78. Chu PG, Chang KL, Arber DA, Weiss LW. Immunophenotype of hematopoietic neoplasms. Sem Diagn Pathol 17:236-256, 2000.

79. Gaal K, Arber DA. Chronic myelogenous leukemia. Lab Medicine 31:557- 562, 2000.

80. Shih C-C, Hu J, Arber D, LeBon T, Forman SJ. Transplantation and growth characteristics of fetal lymph node in immunodeficient mice. Experimental Hematology 28:1046-1053, 2000.

81. Arber DA. Molecular diagnostic approach to non-Hodgkin's lymphoma. J Molec Diagn 2:178-190, 2000.

82. Gaal K, Sun NCJ, Hernandez AM, Arber DA. Sinonasal NK/T-cell lymphomas in the United States. Am J Surg Pathol 24:1511-1517, 2000.

83. Mohrmann RL, Arber DA. CD20-positive peripheral T-cell lymphoma: report of a case following nodular sclerosis Hodgkin's disease and review of the literature. Mod Pathol 13:1244-1252, 2000.

84. Lyda MH, Tetef M, Carter NH, Ikle D, Weiss LM, Arber DA. Keratin immunohistochemistry detects clinically significant metastases in bone marrow biopsy specimens in women with lobular breast carcinoma. Am J Surg Pathol 24:1593-1599, 2000.

85. Chu PG, Chang KL, Weiss LM, Arber DA. Immunohistochemical detection of CD10 in paraffin sections of hematopoietic neoplasms: a comparison to flow cytometry detection in 56 cases. Appl Immunohistochem Molec Morphol 8:257-262, 2000.

86. Arber DA. Realistic pathologic classification of acute myeloid leukemia. Am J Clin Pathol 115:552-560, 2001.

87. Chu PG, Arber DA, Weiss LM, Chang KL.  Utility of CD10 in distinguishing between endometrial stromal sarcoma and uterine smooth muscle tumors:  an immunohistochemical comparison of 34 cases. Mod Pathol 14:465-471, 2001.

88. Chu PG, Arber DA.  CD79:  A review. Appl Immunohistochem Molec Morphol 9:97-106, 2001.

89. Braziel RM, Arber DA, Slovak ML, Gulley ML, Spier C, Kjeldsberg C, Unger J, Miller TP, Tubbs R, Leith C, Fisher RI, Grogan TM.  The Burkitt-like lymphoma:  a Southwest Oncology Group study delineating phenotypic, genotypic, and clinical features. Blood 97:3713-3720, 2001.

90. Arber DA, Snyder DS, Fine M, Dagis A, Niland J, Slovak ML.  Myeloperoxidase immunoreactivity in adult acute lymphoblastic leukemia. Am J Clin Pathol 116:25-33, 2001.

91. Wang J, Arber DA, Frankel K, Weiss, LM.  Large solitary fibrous tumor of the kidney. Report of two cases and review of the literature. Am J Surg Pathol 25:1194-1199, 2001.

92. Arber DA, Braziel RM, Bagg A, Bijwaard KE.  Evaluation of T-cell receptor testing in lymphoid neoplasms:  results of a multicenter study of 29 extracted DNA and paraffin-embedded samples. J Molec Diagn 3:133-140, 2001.

93. Yegappan S, Coupland R, Arber DA, Wang N, Miocinovic R, Tubbs RR, Hsi ED. Angiotropic lymphoma:  an immunophenotypically and clinically heterogeneous lymphoma. Modern Pathol 14:1147-1156, 2001.

94. Wang J, Sun NCJ, Nozawa Y, Arber DA, Chu P, Chang KL, Weiss LM.  Histologic and immunohistochemical characterization of extranodal diffuse large cell lymphomas with prominent spindle cell features.  Histopathology 39:476-481, 2001.

95. Arber DA, Slovak ML, Popplewell L, Bedell V, Ikle D, Rowley JD.  Therapy-related acute myeloid leukemia/ myelodysplasia with balanced 21q22 translocations. Am J Clin Pathol 117:306-313, 2002.

96. Slovak, ML, Slater R, Bedell V, Popplewell L, Arber DA, Schoch C, Karrison T, Rowley JD, for the International Workshop on Leukemia Karyotype and Prior Treatment. 21q22-balanced chromosome aberrations in therapy-related hematopoietic disorders:  a report from the international workshop on leukemia balanced karyotypes and prior therapy. Genes, Chromosomes & Cancer 33:379-394, 2002.

97. Wang J, Weiss LM, Chang KL, Slovak ML, Gaal K, Forman SJ, Arber DA. Diagnostic utility of bilateral bone marrow examination – significance of morphologic and ancillary technique study in malignancy. Cancer 94:1522-1531, 2002.

98. Chang KL, O'Donnell M, Slovak M, Dagis A, Arber DA, Niland J, Forman SJ. Primary myelodysplasia occurring in adults under 50 years old: a clinicopathologic study of 52 patients. Leukemia 16:623-631, 2002.

99. Arber DA. Effect of prolonged formalin fixation on the immunohistochemical reactivity of breast markers. Appl Immunohistochem Molec Morphol 10:183-186, 2002.

100. Arber DA. Angioimmunoblastic lymphadenopathy with dysproteinemia and angioimmunoblastic T-cell lymphoma. Pathology Case Reviews 7:105-109, 2002.

101. Bagg A, Braziel RM, Arber DA, Bijwaard KE, Chu AY. Immunoglobulin heavy chain gene analysis in lymphomas: a multicenter study demonstrating the heterogeneity of performance of polymerase chain reaction assays. J Molec Diagn 4:81-89, 2002.

102. Slovak ML, Zhang F, Tcheurekdjian L, Bobadilla D, Bedell V, Arber DA, Persons DL, Sosman JA, Murata-Collins JL. Targeting multiple genetic aberrations in isolated tumor cells by spectral fluorescence in situ hybridization (S-FISH). Cancer Detection and Prevention 26(3):171-179, 2002.

103. Gaal K, Weiss LM, Chen W-G, Chen Y-Y, Arber DA. Epstein-Barr virus nuclear antigen (EBNA)-1 carboxy-terminal and EBNA-4 sequence polymorphisms in nasal natural killer/T-cell lymphoma in the United States. Laboratory Investigation 82:957-962, 2002.

104. Huang Q, Chang KL, Gaal K, Arber DA. Primary effusion lymphoma with subsequent development of a small bowel mass in an HIV-seropositive patient: A case report and literature review. Am J Surg Pathol 26:1363-1367, 2002.

105. Paessler M, Kossev P, Tsai D, Raghunath P, Majewski M, Zhang Q, Ramalingam P, Schuster S, Tomaszewski J, Arber DA, Hsi E, Wasik MA. Expression of SHP-1 phosphatase indicates post-germinal center cell derivation of B-cell post-transplant lymphoproliferative disorders. Lab Investigation 82(11):1599-1606, 2002.

106. Chu PG, Chen Y-Y, Molina A, Arber DA, Weiss LM. Recurrent B-cell neoplasms after rituximab therapy: an immunophenotypic and genotypic study. Leuk Lymphoma 43:2335-2341, 2002.

107. Stein AS, O'Donnell MR, Slovak ML, Snyder DS, Nademanee AP, Parker P, Molina A, Somlo G, Fung HC, Krishnan A, Rodriguez R, Spielberger RT, Wang S, Dagis A, Vora N, Arber DA, Niland JC, Forman SJ. Interleukin-2 after autologous stem cell transplantation for adult patients with acute myeloid leukemia in first complete remission. J Clin Oncol 21:615-623, 2003.

108. Arber DA, Stein AS, Carter NH, Ikle D, Forman SJ, Slovak ML. Prognostic impact of acute myeloid leukemia classification – importance of detection of recurring cytogenetic abnormalities and multilineage dysplasia on 5-year survival. Am J Clin Pathol 119:672-680, 2003.

109.    Ishizawa S, Slovak, ML, Popplewell L, Bedell V, Wrede JE, Carter NH, Snyder DS, Arber DA.  High frequency of pro-B acute lymphoblastic leukemia in adults with secondary leukemia with 11q23 abnormalities. Leukemia 17:1091-1095, 2003.

110.    Arber DA, Carter NH, Ikle D, Slovak ML.  Morphologic, cytochemical and immunophenotypic features of recurrent cytogenetic abnormalities in acute myeloid leukemia. Human Pathology 34:479-483, 2003.

111.    Bhatia R, Holtz M, Niu N, Gray R, Snyder DS, Sawyers CL, Arber DA, Slovak ML, Forman SJ.  Persistence of malignant hematopoietic progenitors in chronic myelogenous leukemia patients in complete cytogenetic remission following imatinib mesylate treatment. Blood 101:4701-4707, 2003.

112.    Chu PG, Arber DA, Weiss LM. Expression of T/NK cell and plasma cell antigens in non-hematopoietic epithelioid neoplasms: an immunohistochemical study of 447 cases.  Am J Clin Pathol 120:64-70, 2003.

113.    Arber DA, Chang KL, Lyda MH, Bedell V, Spielberger R, Slovak ML.  Detection of *NPM/MLF1* fusion in t(3;5)-positive acute myeloid leukemia and myelodysplasia. Human Pathol 34:809-813, 2003.

114.    George TI, Arber DA.  Pathology of myeloproliferative diseases.  Hematology/Oncology Clinics of North America 17:1101-1127, 2003.

115.    Chiu KC, Fine M, Ikle D, Slovak ML, Arber DA.  Telomerase activity and proliferation index in aggressive mature B-cell lymphoma:  Comparison to germinal center phenotypic markers. Human Pathol 34:1259-1264, 2003.

116.    George TI, Jeng M, Berquist W, Cherry AM, Link MP, Arber DA.  Epstein-Barr virus-associated peripheral T-cell lymphoma arising after liver transplantation:  case report and review of the literature. Pediatric Blood & Cancer 44:270-276, 2005.

117.    Nguyen TT, Schwartz EJ, West RB, Warnke RA, Arber DA, Natkunam Y.  Expression of CD163 (hemoglobin scavenger receptor) in normal tissues, lymphomas, carcinomas and sarcomas is limited to a few select neoplasms. Am J Surg Pathol 29:617-624, 2005.

118.    Mariappan MR, Zehnder J, Arber DA, Lay M, Fadare O, Schrijver I.  Identification of a mislabeled specimen by molecular methods:  Case report and review.  Int J Surg Pathol 13(3):252-258, 2005.

119.    George TI, Wrede JE, Bangs D, Cherry A, Warnke RA, Arber DA.  Low grade B-cell lymphomas with plasmacytic differentiation lack *PAX5* gene rearrangements. J Molec Diagn 7(3):346-351, 2005.

120.    Gotlib J, Berubé C, Growney J, Chen C-C, George T, Williams C, Kajiguchi T, Ruan J, Cohen P, Arber DA, Lichy J, Heinrich MC, Neckers L, Galli SJ, Gilliland DG, Coutré SE. Activity of the Tyrosine Kinase Inhibitor PKC412 in a Patient with Mast Cell Leukemia with the D816V *KIT* Mutation. Blood 106(8):2865-2870, 2005. Epub 2005 Jun 21.

121.    Molina A, Zain J, Arber DA, Angelopolou M, O'Donnell M, Murata-Collins J, Forman SJ, Nademanee A.  Durable clinical, cytogenetic, and molecular remissions after allogeneic hematopoietic cell transplantation for refractory Sezary syndrome and mycosis fungoides.  J Clin Oncol 23(25):6163-6171, 2005.

122.    Wrede JE, Sundram U, Kohler S, Cherry AM, Arber DA, George TI.  Fluorescence in situ hybridization investigation of cutaneous lesions in acute promyelocytic leukemia. Modern Pathol 18(12):1569-1576, 2005.

123.    Arber DA. George TI.  Bone marrow biopsy involvement by non-Hodgkin's lymphoma: frequency of lymphoma types, patterns, blood involvement and discordance with other sites in 450 specimens.  Am J Surg Pathol 29(12):1549-1557, 2005.

124.    Falini B, Bigerna B, Pucciarini A, Tiacci E, Mecucci C, Morris SW, Bolli N, Rosati R, Hanissian S, Ma Z, Sun Y, Colombo E, Arber DA, Pacini R, La Starza R, Galletti BV, Liso A, Martelli MP, Diverio D, Pelicci PG, Lo Coco F, Martelli MF.  Aberrant subcellular expression of nucleophosmin and NPM-MLF1 fusion protein in acute myeloid leukaemia carrying t(3;5): A comparison with NPMc+ AML. Leukemia (Epub Dec 8 2005) 20:368-371, 2006 (letter).

125.    Wu Y, Slovak ML, Snyder DS, Arber DA.  Coexistence of inversion 16 and the Philadelphia chromosome in acute and chronic myeloid leukemias:  Report of six cases and review of literature. Am J Clin Pathol 125(2):260-266, 2006.

126.    Fernandez S, Cook GW, Arber DA.  Metastasizing splenic malignant littoral cell hemangioendothelioma.  Am J Surg Pathol 30(8):1036-1040, 2006.

127.    Tan BT, Warnke RA, Arber DA.  The frequency of B- and T-cell gene rearrangements and EBV infection in T-cell lymphomas: a comparison between angioimmunoblastic T-cell lymphoma and peripheral T-cell lymphoma, unspecified with and without associated B-cell proliferations.  J Molec Diagn 8(4):466-475, 2006.

128.    Nguyen TT, Ma LN, Slovak ML, Bangs CD, Cherry AM, Arber DA.  Identification of novel *RUNX1* (AML1) translocation partner genes *SH3D19*, *YTHDF2* and *ZNF687* in acute myeloid leukemia. Genes Chromosomes & Cancer 45(10):918-932, 2006.

129.    Morgan TK, Zhao S, Chang KL, Haddix TL, Domanay E, Cornbleet PJ, Arber DA, Natkunam Y. Low CD27 Expression in plasma cell dyscrasias correlates with high-risk disease: an immunohistochemical analysis. Am J Clin Pathol 126(4):545-551, 2006.

130.    Krishnan C, George TI, Arber DA.  Bone marrow metastases:  survey of non-hematologic metastases with immunohistochemical study of metastatic carcinomas. Appl Immunohistochem Molec Morphol 15(1):1-7, 2007.

131.    Weinberg OK, Ai WZ, Mariappan MR, Shum C, Levy R, Arber DA.  "Minor" *BCL2* breakpoints in follicular lymphoma:  Frequency and correlation with grade and disease presentation in 236 cases.  J Molec Diagn 9(4):530-537, 2007.

132.    Krishnan C, Cupp J, Arber DA, Faix JD.  Lymphoplasmacytic lymphoma arising in the setting of hepatitis C and mixed cryoglobulinemia.  J Clin Oncol 25(27):4312-4314 2007.

133.    Merker JD, Arber DA.  Molecular diagnostics of non-Hodgkin lymphoma.  Expert Opinion on Medical Diagnostics 1(1):47-63, 2007.

134.    Woolf KMW, Wei MC, Link MP, Arber DA, Warnke RA.  Nodular lymphocyte predominant Hodgkin lymphoma presenting as fulminant hepatic failure in a pediatric patient:  A case with pathologic, immunophenotypic and molecular findings. Applied Immunohistochem Molec Morphol 16(2): 196-201, 2008.

135.    Cupp J, Wrede J, Cherry AM, Arber DA, George T.  Chromosomal aberrations in a case of synchronous extranodal marginal zone B-cell lymphoma of mucosa-associated lymphoid tissue type and bronchogenic adenocarcinoma.  Applied Immunohistochem Molec Morphol 16(3):296-300, 2008.

136.    Feldman AL, Arber DA, Pittaluga S, Martinez A, Burke JS, Raffeld M, Warnke R, Jaffe ES.  Clonally related follicular lymphomas and histiocytic/dendritic cell sarcomas:  Evidence for transdifferentiation of the follicular lymphoma clone. Blood 12:5433-5439, 2008. Epub ahead of print Feb 13.

137.    Weinberg OK, Seo K, Arber DA.  Prevalence of bone marrow involvement in systemic anaplastic large cell lymphoma:  Are immunohistochemical studies necessary? Human Pathol 39(9):1331-1340, 2008.

138.    Morales AV, Arber DA, Seo K, Kohler S, Kim YH, Sundram U.  Evaluation of B-cell clonality using the BIOMED-2 PCR method effectively distinguishes cutaneous B-cell lymphoma from benign lymphoid infiltrates.  Am J Dermatopathol 30(5):425-30, 2008.

139.    Tan BT, Seo K, Warnke RA, Arber DA.  The frequency of immunoglobulin heavy chain gene and T-cell receptor gamma-chain gene rearrangements and Epstein-Barr virus in ALK+ and ALK- anaplastic large cell lymphoma and other peripheral T-cell lymphomas.  J Molec Diagn 10(6):502-12, 2008. Epub 2008 Oct 2.

140.    Krishnan C, Twist CJ, Fu T, Arber DA.  Detection of isolated tumor cells in neuroblastoma by immunohistochemical analysis in bone marrow biopsy specimens:  Improved detection with use of beta-catenin. *Am J Clin Pathol* 131(1):49-57, 2009.

141.    Weinberg OK, Ma L, Seo K, Beck AH, Pai RK, Morales A, Kim Y, Sundram U, Tan D, Horning S, Hoppe R, Natkunam Y, Arber DA.  Low stage follicular lymphoma:  Biological and clinical characterization according to nodal or non-cutaneous extranodal primary origin. Am J Surg Pathol 33(4):591-8, 2009.  Epub 2008 Dec 5.

142.    Chen W, Lau SK, Fong D, Wang J, Wang E, Arber DA, Weiss LM, Huang Q.  High frequency of clonal immunoglobulin receptor gene rearrangements in sporadic histiocytic/dendritic cell sarcomas. Am J Surg Pathol 33(6):863-73, 2009.  Epub Jan 13 2009.

143.    Weinberg OK, Seetharam M, Ren L, Seo K, Ma L, Merker JD, Gotlib J, Zehnder JL, Arber DA.  Clinical characterization of acute myeloid leukemia with myelodysplasia-related changes as defined by the 2008 WHO classification system. Blood 113(9):1906-8, 2009. Epub 2009 Jan 8.

144.    Heerema-McKenney A, Arber DA.  Acute myeloid leukemia.  Hematol Oncol Clin North Am. 23(4):633-54, 2009.

145.    Ahn J-Y, Seo K, Weinberg O, Boyd SD, Arber DA.  A comparison of two methods for screening *CEBPA* mutations in patients with acute myeloid leukemia. J Mol Diagn. 11(4):319-23, 2009. Epub 2009 Jun 12.

146.    Boyd SD, Mobley B, Regula D, Arber DA.  Features of hemolysis due to *Clostridium perfringens* infection.  Int J Lab Hemato.31(3):364-7, 2009. Epub 2007 Dec 20.

147.    Vardiman JW, Thiele J, Arber DA, Brunning RD, Borowitz MJ, Porwit A, Harris NL, Le Beau MM, Hellstrom-Lindberg E, Tefferi A, Bloomfield CD.  The 2008 revision of the WHO classification of myeloid neoplasms and acute leukemia:  rationale and important changes. Blood 114(5):937-51, 2009. Epub Apr 8.

148.    Pellagatti A, Marafioti T, Paterson JC, Malcovati L, Della Porta MG, Jädersten M, Pushkaran B, George TI, Arber DA, Killick S, Giagounidis A, Hellström-Lindberg E, Cazzola M, Wainscoat JS, Boultwood J.  Marked Downregulation of the Granulopoiesis Regulator LEF1 is Associated with Disease Progression in the Myelodysplastic Syndromes. Br J Haematol 146(1):86-90, 2009. Epub 2009 May 5.

149.    Krishnan C, Higgins JP, West RB, Natkunam Y, Heerema-McKenney A, Arber DA. Microtubule Associated Protein-2 is a Sensitive Marker of Primary and Metastatic Neuroblastoma.  Am J Surg Pathol. 33(11):1695-704, 2009. Epub 2009 Aug 20.

150.    Medeiros BC, Kohrt HE, Arber DA, Bangs CD, Cherry AM, Majeti R, Kogel KE, Azar CA, Patel S, Alizadeh AA. Immunophenotypic features of acute myeloid leukemia with inv(3)(q21q26.2)/t(3;3)(q21;q26.2).  Leuk Res 34(5):594-7, 2010. Epub 2009 Sep 24.

151.    Mattsson G, Turner SH, Cordell J, Ferguson DJ, Schuh A,  Grimwade LF, Bench AJ, Weinberg OK, Marafioti T, George TI, Arber DA, Erber WN, Mason DY.  Can cytoplasmic nucleophosmin be detected by immunocytochemical staining of cell smears in acute myeloid leukemia?  Haematologica. 95(4):670-3, 2010. Epub 2009 Dec 16.

152.    Krishnan C, Warnke RA, Arber DA, Natkunam Y.  PD-1 Expression in T-Cell Lymphomas and Reactive Lymphoid Entities:  Potential Overlap in Staining Patterns Between Lymphoma and Viral Lymphadenitis.  Am J Surg Pathol 34(2):178-89, 2010.

153.    Roullet MR, Martinez D, Ma L, Fowler MH, McPhail ED, Judkins A, Arber DA, Bagg A.  Coexisting follicular and mantle cell lymphoma with each having an in situ component. A novel, curious, and complex consultation case of coincidental, composite, colonizing lymphoma.  Am J Clin Pathol 133:584-91, 2010.

154.    Zhang B, Beck AH, Taube JM, Kohler S, Seo K, Zwerner J, Viakhereva N, Sundram U, Kim YH, Schrijver I, Arber DA, Zehnder JL.  Combined use of PCR-based TCRG and TCRB clonality tests on paraffin embedded skin tissue in the differential diagnosis of mycosis fungoides and inflammatory dermatoses. J Molec Diagn 12:3:320-7, 2010. Epub Mar 4.

155.    Bradley KT, Arber DA, Brown MS, Chang C-C, Coupland SE, de Baca ME, Ellis DW, Foucar K, Hsi ED, Jaffe ES, Lill M, McClure SP, Medeiros LJ, Perkins SL, Hussong JW, For the Members of the Cancer Committee, College of American Pathologists.  Protocol for the examination of specimens from patients with hematopoietic neoplasms of the ocular adnexal.  Arch Pathol Lab Med. 134(3):336-40, 2010.

156.    Arredondo AR, Gotlib J, Shier L, Medeiros B, Wong K, Cherry A, Corless C, Arber DA, Valent P, George TI. Myelomastocytic leukemia versus mast cell leukemia versus systemic mastocytosis associated with acute myeloid leukemia: A diagnostic challenge. Am J Hematol. 85(8):600-6, 2010.

157.    Hussong JW, Arber DA, Bradley KT, Brown MS, Chang C-C, de Baca ME, Ellis DW, Foucar K, Hsi ED, Jaffe ES, Lill M, McClure SP, Medeiros LJ, Perkins SL,  For the Members of the Cancer Committee, College of American Pathologists.  Protocol for the examination of specimens from patients with non-Hodgkin lymphoma/lymphoid neoplasms. Arch Pathol Lab Med. 134(6):e40-7, 2010.

158.    Nguyen TT, Warnke RA, Seo K, Rosenberg SA, Arber DA. Rare presentation of classical Hodgkin lymphoma with a clonal T-cell receptor gene rearrangement in the tissue. Leuk Lymphoma. 51(7):1356-9, 2010. (letter)

159.    Goodnough LT, Viele M, Fontaine M, Chua L, Ferrer Z, Jurado C, Quach P, Dunlap M, Arber DA.  Quality Management in the Transfusion Service: Case Studies in Process Improvement. Transfusion. Mar;51(3):600-9, 2011; Aug 24, 2010 Epub ahead of print.

160.    Weinberg OK, Arber DA.  Mixed phenotype acute leukemia: historical overview and a new definition.  Leukemia 24(11):1844-51, 2010. Epub 2010 Sep 16.

161.    Weinberg OK, Arber DA. Acute myeloid leukemia with myelodysplasia-related changes: A new definition.  Surg Pathol Clinics 3(4):1153-1164, 2010.

162.    Ohgami RS, Ohgami JK, Pereira IT, Gitana G, Zehnder JL, Arber DA.  Refining the diagnosis of T-cell large granular lymphocytic leukemia by combining distinct patterns of antigen expression with T-cell clonality studies.  Leukemia. 2011 Sep;25(9):1439-43 [Epub May 27.]

163.    Dabiri S, Morales A, Arber DA, Ma L, Kim YH, Sundram U, Kim J. The frequency of dual TCR-PCR clonality in granulomatous disorders. J Cutan Pathol Sep;38(9):704-9, 2011. Epub June 2011.

164.    Nguyen TT, Gubens M, Arber DA, Advani R, Aziz N.  Lymphoma in pregnancy initially diagnosed as vaginal lichen planus. Obstet Gynecol 118 (2 Pt 2): 486-9, 2011.

165.    Pai Reetesh K, Mojtahed A, Rouse RV, Soetikno RM, Kaltenbach T, Ma L, Arber DA, Plesec TP, Goldblum JR, Pai Rish K.  Histologic and molecular analyses of colonic perineurial-like proliferations in serrated polyps: perineurial-like stromal proliferations are seen in sessile serrated adenomas. Am J Surg Pathol Sep;35(9):1373-80, 2011.Epub Aug 2011.

166.    Medeiros BC, Kohrt HE, Gotlib J, Coutre SE, Zhang B, Arber DA, Zehnder JL "Tailored temozolomide therapy according to MGMT methylation status for elderly patients with acute myeloid leukemia." Am J Hematol Jan;87(1):45-50, 2012. Epub Nov 2011.

167.    Kohrt H, Ohgami R, Arber D, Alizadeh A, Coutre S. Diagnosing PNH in the era of FLAER. Blood e-letter, November 9, 2011. (letter)

168.    Pai Reetesh K, Jayachandran P, Koong AC, Chang DT, Kwok S, Ma L, Arber DA, Balise RR, Tubbs RR, Shadrach B, Pai Rish K.  BRAF-mutated, microsatellite stable adenocarcinoma of the proximal colon:  An aggressive adenocarcinoma with poor survival, mucinous differentiation, and adverse morphologic features.  Am J Surg Pathol 36(5):744-52, 2012. Epub Feb 2012.

169.    Chang DT, Pai Rish K, Rybicki LA, Dimaio MA, Limaye M, Jayachandran P, Koong AC, Kunz PA, Fisher GA, Ford JL, Welton MA, Shelton A, Ma L, Arber DA, Pai Reetesh K. Clinicopathologic and molecular features of sporadic early onset colorectal adenocarcinoma: an adenocarcinoma with frequent signet ring cell differentiation, rectal and sigmoid involvement, and adverse morphologic features.  Mod Pathol 25(8):1128-39, 2012. Epub Apr 2012.

170.    O'Donnell MR, Abboud CN, Altman J, Appelbaum FR, Arber DA, Attar E, Borate U, Coutre SE, Damon LE, Goorha S, Lancet J, Maness LJ, Marcucci G, Millenson MM, Moore JO, Ravandi F, Shami PJ, Smith BD, Stone RM, Strickland SA, Tallman MS, Wang ES, Naganuma M, Gregory KM.  Acute myeloid leukemia.  J Natl Compr Canc Netw 10(8):984-1021, 2012.

171.    Ohgami RS, Ma L, Ren L, Weinberg OK, Seetharam M, Gotlib J, Arber DA.  DNA methylation analysis of *ALOX12* and *GSTM1* in acute myeloid leukemia identifies prognostically significant groups. Br J Haematol 159(2):182-90, 2012.  Epub Aug 28, 2012.

172.    Ohgami RS, Zhao S, Ohgami JK, Leavitt M, Zehnder JL, West RB, Arber DA, Natkunam Y, Warnke R.  TdT+ T-lymphoblastic populations are increased in Castleman disease, Castleman disease in association with follicular dendritic cell tumors, and angioimmunoblastic T-cell lymphoma. Am J Surg Pathol 36(11):1619-28, 2012; Epub Oct 10, 2012.

173.    Ahn J-Y, Seo K, Weinberg OK, Arber DA.  The prognostic value of CXCR4 in acute myeloid leukemia.  Appl Immunohistochem and Molec Morph 21 (1): 79-84, 2013. Epub Aug 20 2012.

174.    Weinzierl EP, Arber DA.  The differential diagnosis and bone marrow evaluation of new-onset pancytopenia. Am J Clin Pathol 139 (1): 9-29, 2013.

175.    Fujiwara M, Morales AV, Seo K, Kim YH, Arber DA, Sundram UN. Clonal identity and differences in primary cutaneous B-cell lymphoma occurring at different sites or time points in the same patient.  Am J Dermatopathol 35(1):11-8, 2013.  Epub May 14 2012.

176.    Weinzierl EP, Arber DA.  Bone marrow evaluation in new-onset pancytopenia. Human Pathology 44(6):1154-64, 2013.  Epub Jan 17, 2013.

177.    Ohgami RS, Arber DA, Zehnder JL, Natkunam Y, Warnke R.  Indolent T-lymphoblastic proliferation (iT-LBP): A review of clinical and pathologic features and distinction from malignant T-lymphoblastic lymphoma.  Advances in Anatomic Pathology 20(3):137-40, 2013.

178.    Pang WW, Pluvinage JV, Price EA, Sridhar K, Arber DA, Greenberg PL, Schrier SL, Park CY, Weissman IL. On hematopoietic stem cell and progenitor cell mechanisms in myelodysplastic syndromes.  Proc Natl Acad Sci U S A. 110(8):3011-6, 2013.

179.    Davis KL, Marina N, Arber DA, Ma L, Cherry A, McMillian A, Dahl GV, Heerema-McKenney A.  Pediatric acute myeloid leukemia as classified using 2008 WHO criteria: A single center experience.  Am J Clin Pathol 39(6):818-25, 2013.

180.    Johnson RC, Ma L, Cherry A, Arber DA, George TI.  B cell transcription factor expression and immunoglobulin gene rearrangement frequency in acute myeloid leukemia with t(8;21)(q22;q22).  Am J Clin Pathol 140(3):355-62, 2013.

181.    Johnson RC, Savage NM, Chiang T, Gotlib JR, Cherry AM, Arber DA, George TI. Hidden mastocytosis in acute myeloid leukemia with t(8;21)(q22;q22).  Am J Clin Pathol 140(4):525-535, 2013.

182.    O'Donnell MR, Tallman MS, Abboud CN, Altman JK, Appelbaum FR, Arber DA, Attar E, Borate U, Coutre SE, Damon LE, Lancet J, Maness LJ, Marcucci G, Martin MG, Millenson MM, Moore JO, Ravandi F, Shami PJ, Smith BD, Stone RM, Strickland SA, Wang ES, Gregory KM, Naganuma M. Acute Myeloid Leukemia, Version 2.2013. J Natl Compr Canc Netw 11(9):1047-1055, 2013.

183.    Ohgami RS, Ma L, Merker JD, Martinez B, Zehnder JL, Arber DA. STAT3 mutations are frequent in CD30+ T-cell lymphomas, as well as in T-cell large granular lymphocytic leukemia. Leukemia 27(11):2244-7, 2013. (letter)  Epub 2013 Apr 8. PMID: 235632372013.

184.    Ohgami RS, Chisholm K, Ma L, Arber DA.  E-cadherin is a specific marker for erythroid differentiation and has utility, in combination with CD117 and CD34, for enumerating myeloblasts in hematopoietic neoplasms. Am J Clin Pathol 141(5):656-64, 2014.  PMID: 24713736

185.    Rogers HJ, Vardiman JW, Anastasi J, Raca G, Savage NM, Cherry AM, Arber DA, Moore E, Morrissette JJD, Bagg A, Liu Y-C, Mathew S, Orazi A, Lin P, Wang SA, Bueso-Ramos CE, Foucar K, Hasserjian RP , Karafa M, Hsi ED.  Complex or monosomal karyotype and not blast percentage are associated with poor survival in AML and MDS patients with inv(3)(q21q26.2)/t(3;3)(q21;q26.2): a Bone Marrow Pathology Group study. Haematologica 99(5):821-829, 2014. Epub 2014 Jan 24.

186.    Wang SA, Hasserjian RP, Fox PS, Rogers HJ, Geyer JT, Chabot-Richard D, Weinzierl E, Hatem J, Kanagal-Shamanna R, Jaso J, Stingo FC, Patel KP, Bueso-Ramos CE, Verstovsek S, Young KK, Tiu RV, Bagg A, Hsi ED, Arber DA, Foucar K, Luthra R, Orazi A.  Atypical chronic myeloid leukemia (aCML) is clinicopathologically distinct from unclassifiable myelodysplastic/myeloproliferative neoplasms (MDS/MPN-U): a multicenter study.  Blood 123(17):2645-51, 2014. Epub 2014 Mar 13. PMID: 24627528

187.    Weinberg OK, Ohgami RS, Ma L, Seo K, Ren L, Gotlib JR, Cherry A, Arber DA.  Acute myeloid leukemia with monosomal karyotype: morphologic, immunophenotypic and molecular findings.  Am J Clin Pathol 142(2):190-5, 2014. PMID: 25015859

188.    Ohgami RS, Ma L, Monabati A, Zehnder JL, Arber DA.  STAT3 mutations are present in aggressive B-cell lymphomas including a subset of diffuse large B-cell lymphomas with CD30 expression.  Haematologica. 99(7):e105, 2014. (letter) Epub 2014 May 16. PMID: 24837465

189.    Mojtahed A, Pai R, Seo K, Anderson MW, Fisher G, Arber DA, Longacre TA.  Reactive lymphoid hyperplasia of the terminal ileum: a benign ("lymphoma-like") condition that may harbor aberrant immunohistochemical patterns or clonal immunoglobulin heavy chain gene rearrangements. Appl Immunohistochem Mol Morphol. 22(8):585-92, 2014. Epub June 3 2014.  PMID: 24897069.

190.    Hasserjian RP, Campigotto F, Klepeis V, Fu B, Wang SA, Cascio MJ, Rogers HJ, Hsi ED, Soderquist C, Bagg A, Yang J, Ochs RC, Orazi A, Moore F, Mahmoud A, George TI,

Foucar K, Odem J, Booth C, Morice W, DeAngelo DJ, Steensma D, Stone RM, Neuberg D, Arber DA.  De novo acute myeloid leukemia with 20-29% blasts is less aggressive than acute myeloid leukemia with ≥30% blasts. Am J Hematol 89(11):E193-9, 2014.  Epub Jul 31 2014. PMID: 25042343

191.    Weinberg OK, Seetharam M, Ren L, Alizadeh A, Arber DA. Mixed phenotype acute leukemia (MPAL): A study of 61 cases using WHO and EGIL criteria. Am J Clin Pathol. 142(6):803-8, 2014. PMID:25389334.

192.    Dewar R, Andea AA, Guitart J, Arber DA, Weiss LM.  Best Practices in Immunohistochemistry: Work-up of cutaneous lymphoid lesions in the diagnosis of primary cutaneous lymphoma.  Arch Pathol Lab Med 139(3):338-50, 2015.PMID:25724031.

193.    Chisholm KM, Merker JD, Gotlib JR, Gitana G, Lefterova M, Zehnder JL, George TI, Arber DA, Ohgami RS. Neoplastic mast cells in systemic mastocytosis have brighter CD45 expression than benign mast cells by flow cytometry. Am J Clin Pathol 143(4):527-34, 2015. PMID: 25780004

194.    Ohgami RS, Ma L, Merker JD, Gotlib JR, Schrijver I, Zehnder JL, Arber DA.  Targeted next generation sequencing of acute myeloid leukemia demonstrates a unique relationship between *TP53*, *U2AF1* and *TET2* mutations with cytogenetics, disease subtype, and poor prognosis.  Mod Pathol. May;28(5):706-14, 2015. PMID: 25412851

195.    Karnik T, Ozawa MG, Lefterova M, Luna-Fineman S, Alvarez E, Link M, Zehnder JL, Arber DA, Ohgami RS.  The utility of IgM, CD21, HGAL and LMO2 in the diagnosis of pediatric follicular lymphoma. Hum Pathol. Apr;46(4):629-33, 2015. PMID: 25701230

196.    Green MR,  Kihira S, Liu CL,  Nair RV, Salari R, Irish JM, Stehr H, Vicente-Dueñas C, Romero-Camarero I, Kridel R, Gascoyne R, Garcia I, Plevritis SK, Arber DA, Batzoglou S, Levy R, Alizadeh AA. Genetic alteration of antigen presentation by follicular lymphoma tumor-propagating cells. Proc Natl Acad Sci U S A. 10;112(10):E1116-25, 2015. Epub 2015 Feb 23.  PMID:25713363.

197.    Sethi S, Higgins JP, Arber DA, Visser B, Banerjee S.  Primary gastric Hodgkin's lymphoma – an extremely rare entity and a diagnostic challenge! Dig Dis Sci. 60(10):2923-6, 2015. [Epub ahead of print Mar 12, 2015] PMID:25761826.

198.    Ohgami RS, Arber DA. The diagnostic and clinical impact of genetics and epigenetics in acute myeloid leukemia.  Int J Lab Hematol 37 Suppl 1:122-32, 2015. PMID: 25976970.

199.    Weinberg OK, Ma L, Seo K, Hoppe R, Arber DA.  Biological Characterization of Stage I Follicular Lymphoma According to Extranodal or Nodal Primary Origin and t(14;18) Status Using High-Resolution Array-Based Comparative Genomic Hybridization. Am J Hematol. 90(8):E151-2, 2015. (letter) [Epub ahead of print May 11, 2015] PMID: 25963736

200.    Johnson RC, Weinberg OK, Cascio MJ, Dahl GV, Mitton BA, Silverman LB, Fleming MD, Cherry AM, Arber DA, Ohgami RS.  Cytogenetic variation of B-lymphoblastic leukemia with intrachromosomal amplification of chromosome 21 (iAMP21) – a multi-institutional series review. Am J Clin Pathol. 144:103-12, 2015. PMID: 26071468.

201.    Weinberg OK, Rodig SJ, Pozdnyakova O, Ren L, Arber DA, Ohgami RS.  Surface Light Chain Expression in Primary Mediastinal Large B-Cell Lymphomas by Multiparameter Flow Cytometry. Am J Clin Pathol. 2015 Oct;144(4):635-41. PMID: 26386085

202.    Brown RA, Kwong BY, McCalmont TH, Ragsdale B, Ma L, Cheung C, Rieger KE, Arber DA, Kim J.  ETV3-NCOA2 in Indeterminate Cell Histiocytosis: Clonal Translocation Supports Sui Generis.  Blood 12;126(20):2344-5, 2015 (letter) [Epub ahead of print Oct 5, 2015] PMID: 26438513

203.    Arber DA, Hasserjian RP.  Reclassifying Myelodysplastic Syndromes: What's Where In The New WHO And Why.  Hematology Am Soc Hematol Educ Program. 2015(1):294-8. PMID: 26637736.

204.    Hoffmann JC, Chisholm KM, Cherry A, Chen J, Arber DA, Natkunam Y, Warnke RA, Ohgami RS.  An analysis of MYC and EBV in diffuse large B-cell lymphomas associated with angioimmunoblastic T-cell lymphoma and peripheral T-cell lymphoma not otherwise specified.  Hum Pathol. 2016;48:9-17. Epub 2015 Oct 23. PMID: 26772393

205.    Khodadoust M, Luo B, Medeiros B, Johnson RC, Ewalt MD, Swenson A, Bangs D, Cherry AM, Arai S, Arber DA, Zehnder JL, Gotlib J. Clinical activity of ponatinib in a patient with FGFR1-rearranged mixed phenotype acute leukemia. Leukemia. 2016 Apr;30(4):947-50. Epub 2015 Jun 9. PMID: 26055304.

206.    Kelley TW, Arber DA, Gibson C, Jones D, Khoury JD, Medeiros BC, O'Malley DP, Patel KP, Pilichowska M, Vasef MA, Wallentine J, Zehnder JL; Members of the Cancer Biomarker Reporting Committee, College of American Pathologists. Template for Reporting Results of Monitoring Tests for Patients with Chronic Myelogenous Leukemia (*BCR-ABL1+*).  Arch Pathol Lab Med. 2016 140(7):672-4. Epub 2015 Dec 11PMID: 26653363.

207.    Kelley TW, Arber DA, Gibson C, Jones D, Khoury JD, Medeiros BC, O'Malley DP, Patel KP, Pilichowska M, Vasef MA, Wallentine J, Zehnder JL; Members of the Cancer Biomarker Reporting Committee, College of American Pathologists. Template for Reporting Results of Biomarker Testing of Specimens from Patients with Myeloproliferative Neoplasms. Arch Pathol Lab Med. 2016 140(7):675-7.  Epub 2015 Dec 11. PMID: 26653364.

208.    Arber DA, Orazi A, Hasserjian R, Thiele J, Borowitz MJ, Le Beau MM, Bloomfield CD, Cazzola M, Vardiman JW.  The 2016 revision to the World Health Organization (WHO) classification of myeloid neoplasms and acute leukemia.  Blood. 2016 19;127(20):2391-405. Epub April 11, 2016 PMID: 27069254.

209.   Fernandez-Pol S, Bangs D, Cherry A, Arber DA, Gratzinger D. Two cases of histiocytic sarcoma with BCL2 translocations and occult or subsequent follicular lymphoma. Human Pathol 2016 55:39-43. Epub 2016 Apr 28. PMID: 27134111.

210.   Wang SA, Tam W, Tsai A, Arber DA, Hasserjian RP, Geyer JT, George T, Czuchlewski DR, Foucar K, Rogers HJ, Hsi ED, Rea B, Bagg A, Dal Cin P, Kelley T, Verstovsek S, Bueso-Ramos C, Orazi A.  Targeted next generation sequencing identifies a subset of idiopathic hypereosinophilic syndrome with features similar to chronic eosinophilic leukemia, not otherwise specified.  Modern Pathol 2016 29(8):854-64.  Epub May 13, 2016 PMID: 27174585

211.   Fernandez-Pol S, Ma L, Ohgami RS, Arber DA.  Significance of MDS-associated somatic variants in the evaluation of patients with pancytopenia and idiopathic cytopenias of undetermined significance.  Mod Pathol. 2016 29(9):996-1003. Epub 2016 Jun 3. PMID: 27255165.

212.   Ozawa MG, Bhaduri A, Chisholm KM, Lefterova MI, Baker S, Ma L, Zehnder JL, Luna-Fineman S, Link MP, Merker JD, Arber DA, Ohgami RS. A study of the mutational landscape of follicular lymphoma pediatric type and pediatric nodal marginal zone lymphoma Mod Pathol. 2016 29(10):1212-20. Epub 2016 Jun 24. PMID: 27338637

213.   Arber DA.  Revisiting erythroleukemia.  Curr Opin Hematol. 24:146-151, 2017. PMID: 27875373.

214.   Fernandez-Pol S, Ma L, Ohgami RS, Arber DA.  Immunohistochemistry for p53 is a useful tool to identify cases of acute myeloid leukemia with myelodysplasia related changes that are *TP53* mutated, have complex karyotype, and have poor prognosis. Mod Pathol. 30:382-392, 2017. Epub 2016 Dec 9. PMID: 27934876.

215.   Alcasid M, Ma L, Ren L, Gotlib JR, Arber DA, Ohgami RS.  The clinicopathologic significance of lymphocyte subsets in acute myeloid leukemia.  Int J Lab Hematol. 39:129-136, 2017. Epub 2017 Jan 30.  PMID: 28133918.

216.   Chung A, Hou Y, Ohgami RS, von Gehr A, Fisk DG, Rokin KM, Gojenola L, Bangs CD, Arber DA, Fire AZ, Cherry AM, Zehnder JL, Gotlib J, Merker JD.  A novel *TRIP11-FLT3* fusion in a patient with a myeloid/lymphoid neoplasm with eosinophilia.  Cancer Genetics 2017;216-217:10-15. Epub 2017 May 10. PMID: 29025582

217.   Arber DA, Borowitz MJ, Cessna M, Etzell E, Foucar K, Hasserjian RP, Rizzo JD, Theil K, Wang SA, Smith T, Rumble RB, Thomas NE, Vardiman JW.  Initial diagnostic work-up of acute leukemia:  guideline from the College of American Pathologists (CAP) and the American Society of Hematology (ASH). Arch Pathol Lab Med. 141:1342-1393, 2017 Epub Feb 22, 2017.  PMID: 28225303.

218.   Valent P, Akin C, Hartmann K, Nilsson G, Reiter A, Hermine O, Sotlar K, Sperr WR, Escribano L, George TI, Kluin-Nelemans HC, Ustun C, Triggiani M, Brockow K, Gotlib J,

Orfao A, Schwartz LB, Broesby-Olsen S, Bindslev-Jensen C, Kovanen P, Galli SJ, Austen FK, Arber DA, Horny H-P, Arock M, Metcalfe DD. Advances in the classification and treatment of mastocytosis: current status and outlook toward the future.  Cancer Res. 77:1261-1270, 2017. Epub 2017 Mar 2. PMID: 28254862.

219.    George TI, Tworek JA, Thomas NE, Fatheree LA, Souers R, Nakleh RE, Arber DA. Evaluation of Testing of Acute Leukemia Samples: Survey Result From the College of American Pathologists.  Arch Pathol Lab Med. 141(8):1101-1106, Epub 2017 May 24. PMID:28537804

220.    Wang SA, Hasserjian RP, Tam W, Tsai AG, Geyer JT, George TI, Foucar K, Rogers HJ, Hsi ED, Rea B, Bagg A, Bueso-Ramos C, Arber DA, Verstovsek S, Orazi A. Bone marrow morphology is a strong discriminator between chronic eosinophilic leukemia, not otherwise specified from reactive idiopathic hypereosinophilic syndrome.  Haematologica. 102(8):1352-1360, 2017. Epub 2017 May 11.  PMID:28495918

221.    Shahmarvand N, Alcasid M, Cascio MJ, Goodman E, Medeiros BC, Arber DA, Zehnder JL, Ohgami RS.  A study of disseminated intravascular coagulation in acute leukemia reveals markedly elevated D-dimer levels are a sensitive indicator of acute promyelocytic leukemia. Int J Lab Hematol. 39(4):375-383, 2017. Epub 2017 Apr 19.  PMID:28422420

222.    Geyer JT, Tam W, Liu Y-C, Chen Z, Wang SA, Bueso-Ramos C, Oak J, Arber DA, Hsi E, Levinson K, Bagg A, Hassane DC, Hasserjian RP, Orazi A.  Oligomonocytic chronic myelomonocytic leukemia (chronic myelomonocytic leukemia without absolute monocytosis) displays a similar clinicopathologic and mutational profile to classical chronic myelomonocytic leukemia.  Mod Pathol. 30(9):1213-1222, 2017 Epub 2017 May 26. PMID:28548124.

223.    Margolskee E, Hasserjian RP, Hassane D, Tam W, Mathew S, Ok CY, Wang SA, Oak J, Arber DA, Orazi A. Myelodysplastic syndrome, unclassifiable (MDS-U) with 1% blasts is a distinct subgroup of MDS-U with a poor prognosis.  Am J Clin Pathol 148(1):49-57, 2017. PMID: 28927162.

224.    O'Donnell MR, Tallman MS, Abboud CN, Altman JK, Appelbaum FR, Arber DA, Bhatt V, Bixby D, Blum W, Coutre SE, De Lima M, Fathi AT, Fiorella M, Foran JM, Gore SD, Hall AC, Kropf P, Lancet J, Maness LJ, Marcucci G, Martin MG, Moore JO, Olin R, Peker D, Pollyea DA, Pratz K, Ravandi F, Shami PJ, Stone RM, Strickland SA, Wang ES, Wieduwilt M, Gregory K, Ogba N.  Acute Myeloid Leukemia, Version 3.2017, NCCN Clinical Practice Guidelines in Oncology.  J Natl Compr Canc Netw 15(7):926-957, 2017. PMID:  28687581.

225.    Soderquist C, Ewalt MD, Czuchlewski D, Geyer JT, Rogers HJ, Babushok DV, Hexner EO, Hsi ED, Wang SA, Bueso-Ramos CE, Orazi A, Arber DA,  Bagg A.  Myeloproliferative Neoplasms with Concurrent *BCR-ABL1* Translocation and *JAK2* V617F Mutation: a Multi-institutional Study from the Bone Marrow Pathology Group. Mod Pathol. 31(5):690-704, 2018. Epub 2018 Jan 1. PMID:  29327708

226.    Margolskee M, Mikita G, Rea B, Bagg A, Zuo Z, Sun Y, Goswami M, Wang SA, Oak J, Arber DA, M. Allen B, George TI, Foucar K, Rogers J, Hsi E, Hasserjian RP, Orazi A.  A reevaluation of erythroid predominance in acute myeloid leukemia using the updated WHO 2016 criteria.  Modern Pathol  Epub 2018 Feb 5 PMID:  29403082

227.    McGinnis LM, Nybakken G, Ma L, Arber DA.  Frequency of *MAP2K1*, *TP53*, and *U2AF1* mutations in BRAF mutated Langerhans cell histiocytosis: Further Characterizing the Genomic Landscape of LCH.  Am J Surg Pathol 42(7):885-890, 2018 Epub 2018 Apr 11.  PMID: 29649018

228.    Fernandez-Pol S, Joshi RP, Ma L, Arber DA.  A survey of somatic mutations in 41 genes in a cohort of T-cell lymphomas identifies frequent mutations in genes involved in epigenetic modification.  Applied Immunohistochemistry and Molecular Morphology 2018 Apr 7.  [Epub ahead of print] PMID:29629950

229.    Arber DA.  The 2016 WHO Classification of Acute Myeloid Leukemia: What the practicing clinician needs to know.  Seminars in Hematology (in press).

230.    de Haas V, Ismaila N, Advani A, Arber DA, Dabney R, Donelly DP, Kitlas E, Pieters R, Pui C-H, Sweet K, Zhang L.  Initial Diagnostic Workup of Acute Leukemia: ASCO Clinical Practice Guideline Endorsement of the CAP and the ASH Guideline (submitted).

231.    Hoffman JC, Chisholm KM, Cherry A, Chen J, Arber DA, Natkunam Y, Warnke RA, Ohgami RS.  Clinicopathologic features of composite cases of diffuse large B-cell lymphoma and peripheral T-cell lymphoma. (submitted).

232.    Fernandez-Pol S, Costa HA, Steiner DF, Ma L, Merker JD, Kim YH, Arber DA, Kim J.  High throughput sequencing of subcutaneous panniculitis-like T cell lymphoma identifies frequent mutations in *KMT2C*, *KMT2D*, and *TET2*.  (submitted).

233.    Cuff J, Isaza N, Bakhtary S, Kim J, Arber DA.  Outcomes Associated with Interpretative Diagnostic Discrepancy.  (submitted).

**Book Chapters/Sections:**

1.  Weiss LM, Chang KL, Arber DA. Lymph node. In: Weidner N, ed. The difficult diagnosis in surgical pathology. Philadelphia:  W.B. Saunders Company, 1996:805-839.

2.  Weiss LM, Arber DA, Chang KL. Lymph Node and Spleen. In: Silverberg SG, ed. Principles and practice of surgical pathology and cytology. 3rd Ed. New York:  Churchill Livingstone Inc., 1997, 675-772.

3.  Stein AS, Slovak ML, Sniecinski I, Woo D, Dagis A, Vora N, Arber D, Forman SJ.  Immunotherapy with IL-2 after autologous stem cell transplant for acute myelogenous leukemia in first remission.  In: Dicke KA, Keating A, eds.  Autologous blood and marrow

transplantation.  Proceedings of the Ninth International Symposium. Arlington, Texas. Charlottesville:  Carden Jennings Publishing, 1999, 46-53.

4.  Arber DA, Medeiros LJ.  Hematopoietic lesions. In:  Diagnostic Surgical Pathology of the Head and Neck. Philadelphia:  W.B. Saunders Company, 2001, 725-775.

5.  Arber DA. CD79.  In:  Creighton TE, ed. Wiley Encyclopedia of Molecular Medicine. New York:  John Wiley & Sons, Inc, 2001, 676-678.

6.  Stein AS, O'Donnell MR, Slovak ML, Sniecinski I, Woo D, Hilger J, Dagis A, Vora N, Arber D, Forman SJ.  Interleukin 2 after autologous stem cell transplantation for acute myelogenous leukemia in first complete remission:  the City of Hope experience. In:  Dicke KL and Keating A, eds.  Autologous Stem Cell Transplantation X:  Proceedings of the Tenth International Symposium. Charlottesville:  Carden Jennings Publishing, 2001, 450-459.

7.  Arber DA. Spleen.  In:  Weidner N, Cote RJ, Suster S, Weiss LM, eds.  Modern Surgical Pathology. Philadelphia: Saunders, 2003, 1571-1596.

8.  Arber DA. Bone Marrow.  In: Weidner N, Cote RJ, Suster S, Weiss LM, eds.  Modern Surgical Pathology. Philadelphia: Saunders, 2003, 1597-1657.

9.  Chang KL, Arber DA, Weiss LM. Lymph Node.  In: Weidner N, Cote RJ, Suster S, Weiss LM, eds.  Modern Surgical Pathology. Philadelphia: Saunders, 2003, 1477-1570.

10. Arber DA.  Molecular diagnostics in neoplastic hematopathology.  In:  Nakamura RM, Grody WW, Wu JT, Nagle RB, eds.  Cancer Diagnostics:  Current and Future Trends. Totowa, NJ:  Humana Press Inc., 2004, 233-259.

11. Chang KL, Arber DA, Gaal KK, Weiss LM. Lymph Node and Spleen. In: Silverberg SG, DeLellis RA, Frable WJ, LiVolsi VA, Wick MR, eds. Silverberg's Principles and Practice of Surgical Pathology and Cytopathology. 4th edition. Churchill Livingstone Elsevier, 2005, 507-607.

12. Galli SJ, Metcalfe DD, Arber DA, Dvorak AM.  Basophils and Mast Cells and their Disorders.  In:  Lichtman MA, Beutler E, Kipps TJ, Seligsohn U, Kaushansky K, Prchal JT, eds.  Williams Hematology. 7th edition.  McGraw Hill Medical, 2006, 879-897.

13. Arber DA, Downing JR, Cleary ML.  Pathology and molecular diagnosis of leukemias and lymphomas.  In:  Pizzo PA, Poplack DG, eds.  Principles and practice of pediatric oncology. 5th edition.  Lippincott Williams & Wilkens, 2006, pp 160-184.

14. Mariappan MR, Arber DA.  Molecular diagnostics in hematopathology.  In:  Pfeifer JD. Molecular Genetic Testing in Surgical Pathology.  Lippincott, Williams & Wilkins, 2006, pp 250-274.

15. Arber DA.  Acute myeloid leukemia.  In:  Hsi ED, ed.  Foundations in Diagnostic Pathology, Hematopathology.  Elsevier Inc, 2007, pp 397-432.

16. Schrijver I, Arber DA.  T cell lymphomas.  In:  Leonard DGB, Bagg A, Caliendo A, Kaul K, Snow-Bailey K, Van Deerlin V, eds.  Molecular Pathology in Clinical Practice. New York, Springer-Verlag, 2007.

17. Vardiman JW, Brunning RD, Arber DA, LeBeau MM, Porwit A, Tefferi A, Bloomfield CD, Thiele J. Introduction and Overview of the Classification of the Myeloid Neoplasms. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J, Vardiman JW (Eds). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2008; pp18-30.

18. Arber DA, Brunning RD, LeBeau MM, Falini B, Vardiman JW, Porwit A, Thiele J, Bloomfield CD.  Acute Myeloid Leukaemia with Recurrent Genetic Abnormalities.  In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J, Vardiman JW (Eds).  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC Press, Lyon, 2008; pp 110-123.

19. Arber DA, Brunning RD, Orazi A, Bain BJ, Porwit A, Vardiman JW, LeBeau MM, Greenberg PL.  Acute Myeloid Leukaemia with Myelodysplasia-Related Changes.  In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J, Vardiman JW (Eds).  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC Press, Lyon, 2008; pp 124-126.

20. Vardiman JW,  Arber DA, Brunning RD, Larson RA, Matutes E, Baumann I, Thiele J. Therapy-Related Myeloid Neoplasms.  In:  Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J, Vardiman JW (Eds).  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC Press, Lyon, 2008; pp 127-129.

21. Arber DA, Brunning RD, Orazi A, Porwit A, Peterson L, Thiele J, LeBeau MM.  Acute Myeloid Leukaemia, Not Otherwise Specified.  In:  Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J, Vardiman JW (Eds).  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC Press, Lyon, 2008; pp 130-139.

22. Baumann I, Niemeyer CM, Brunning RD, Arber DA, Porwit A.  Myeloid proliferations related to Down syndrome. In:  Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J, Vardiman JW (Eds).  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC Press, Lyon, 2008; pp 142-144.

23. Arber DA.  Tumors of the Spleen.  In: Greer JP, Foerster J, Rodgers GM, Paraskevas F, Glader B, Arber DA, Means RT, Jr, eds.  Wintrobe's Clinical Hematology.  12th edition. Lippincott Williams & Wilkins, Philadelphia, 2009, pp 1655-1662.

24. Arber DA, Cousar JB.  Hematopoietic Tumors:  Principles of Pathologic Diagnosis.  In: Greer JP, Foerster J, Rodgers GM, Paraskevas F, Glader B, Arber DA, Means RT, Jr, eds. Wintrobe's Clinical Hematology.  12th edition.  Lippincott Williams & Wilkins, Philadelphia, 2009, pp 1663-1668.

25. Chang KL, Arber DA, Weiss LM. Lymph Node.  In: Weidner N, Cote RJ, Suster S, Weiss LM, eds.  Modern Surgical Pathology. 2nd Edition.  Saunders Elsevier, Philadelphia, 2009, pp1431-1511.

26. Arber DA. Spleen.  In:  Weidner N, Cote RJ, Suster S, Weiss LM, eds.  Modern Surgical Pathology. 2nd Edition.  Saunders Elsevier, Philadelphia, 2009, pp1512-1535.

27. Arber DA. Bone Marrow.  In:  Weidner N, Cote RJ, Suster S, Weiss LM, eds.  Modern Surgical Pathology. 2nd Edition.  Saunders Elsevier, Philadelphia, 2009, pp1536-1593.

28. Merker JD, Arber DA.  Molecular Diagnostics of Hematopoietic Malignancies.  In:  Grody W, Nakamura RM, Strom C.  Handbook of Molecular Diagnostics. Elsevier Academic Press, 2010, pp 243-260.

29. Heerema-McKenney A, Arber DA.  Acute myeloid leukemia with recurrent genetic abnormalities.  In:  Kjeldsberg C, Perkins SL eds.  Practical Diagnosis of Hematologic Disorders. 5th edition. ASCP press, Chicago, 2010, pp 585-613.

30. Heerema-McKenney A, Arber DA.  Acute myeloid leukemia with myelodysplasia-related changes and therapy-related myeloid neoplasms.  In:  Kjeldsberg C, Perkins SL eds.  Practical Diagnosis of Hematologic Disorders. 5th edition. ASCP press, Chicago, 2010, pp 615-620.

31. Heerema-McKenney A, Arber DA.  Acute myeloid leukemia, NOS.  In:  Kjeldsberg C, Perkins SL eds.  Practical Diagnosis of Hematologic Disorders. 5th edition. ASCP press, Chicago, 2010, pp 621-632.

32. Heerema-McKenney A, Arber DA.  Myeloid sarcoma.  In:  Kjeldsberg C, Perkins SL eds.  Practical Diagnosis of Hematologic Disorders. 5th edition. ASCP press, Chicago, 2010, pp 633-637.

33. Heerema-McKenney A, Arber DA.  Myeloid proliferations related to Down syndrome.  In:  Kjeldsberg C, Perkins SL eds.  Practical Diagnosis of Hematologic Disorders. 5th edition. ASCP press, Chicago, 2010, pp 639-644.

34. Heerema-McKenney A, Arber DA.  Blastic plasmacytoid dendritic cell neoplasm.  In:  Kjeldsberg C, Perkins SL eds.  Practical Diagnosis of Hematologic Disorders. 5th edition. ASCP press, Chicago, 2010, pp 645-652.

35. Heerema-McKenney A, Arber DA.  Acute leukemias of ambiguous lineage.  In:  Kjeldsberg C, Perkins SL eds.  Practical Diagnosis of Hematologic Disorders. 5th edition. ASCP press, Chicago, 2010, pp 653-658.

36. Galli SJ, Metcalfe DD, Arber DA, Dvorak AM.  Basophils and Mast Cells and their Disorders.  In:  Kaushansky K, Lichtman MA, Beutler E, Kipps TJ, Seligsohn U, Prchal JT, eds.  Williams Hematology. 8th edition.  McGraw Hill Medical, 2010, pp 915-32.

37. Natkunam Y, Arber DA.  Evaluation of the post-therapy bone marrow.  In:  Jaffe ES, Harris NL, Vardiman JW, Campo E, Arber DA eds.  Hematopathology.  Philadelphia:  Elsevier, 2011, pp 918-938.

38. Arber DA, Heerema-McKenney A.  Acute myeloid leukemia.  In:  Jaffe ES, Harris NL, Vardiman JW, Campo E, Arber DA eds.  Hematopathology.  Philadelphia:  Elsevier, 2011, pp 672-697.

39. Arber DA, Vardiman JW.  Principles in classification of myeloid neoplasms.  In:  Jaffe ES, Harris NL, Vardiman JW, Campo E, Arber DA eds.  Hematopathology.  Philadelphia: Elsevier, 2011, pp 649-655.

40. Heerema-McKenney A, Cleary ML, Arber DA.  Pathology and molecular diagnosis of leukemias and lymphomas.  In:  Pizzo PA, Poplack DG, eds.  Principles and Practice of Pediatric Oncology.  6th edition.  Philadelphia: Lippincott Williams & Wilkins, 2011, pp 138-163.

41. Brunning RD, Arber DA.  Bone Marrow.  In:  Rosai J (ed). Rosai & Ackerman's Surgical Pathology, 10th edition.  Philadelphia: Mosby Elsevier, 2011, pp 1927-2012.

42. Boyd SD, Arber DA.  Acute myeloid leukemias.  In:  Porwit A, McCullough J, Porwit A, Erber WN, eds. Blood and Bone Marrow Pathology. 2nd edition. Edinburgh:  Churchill Livingston Elsevier, 2011, pp 273-288.

43. Heerema-McKenney A, Arber DA.  Acute myeloid leukemia.  In:  Hsi ED, ed.  Foundations in Diagnostic Pathology, Hematopathology, 2nd edition.  Elsevier Inc, 2012, pp 419-456.

44. Ohgami R, Zaia J, Arber DA.  The spleen.  In:  Hsi ED, ed.  Foundations in Diagnostic Pathology, Hematopathology, 2nd edition.  Elsevier Inc, 2012, pp 632-654.

45. Wernig G, Arber DA.  Myeloproliferative neoplasms and myelodysplastic syndromes: Molecular diagnostics.  In L. Cheng, D.Y. Zhang, J.N. Eble (eds.), Molecular Genetic Pathology, 2nd edition.  New York:  Springer, 2013, pp 929-944.

46. Ohgami RS, Arber DA.  Challenges in Consolidated Reporting of Hematopoietic Neoplasms. In:  George TI, Arber DA, eds.  Surgical Pathology Clinics:  Hematopathology.  Elsevier, Philadelphia, 6:795-806, 2013.

47. Freud AG, Arber DA.  Acute myeloid leukemia.  In:  Orazi A, Weiss LM, Foucar K, Knowles DM, eds.  Knowles' Neoplastic Hematopathology. 3rd edition.  Lippincott Williams & Wilkins, Philadelphia, 2014, pp 1030-1057.

48. Arber DA.  Tumors of the spleen.  In: Greer JP, Arber DA, Glader B, List AF, Means RT, Jr, Paraskevas F, Rodgers GM, eds.  Wintrobe's Clinical Hematology.  13th edition. Lippincott Williams & Wilkins, Philadelphia, 2014, pp 1384-1390.

49. Arber DA.  Hematopoietic neoplasms:  Principles of pathologic diagnosis. In: Greer JP, Arber DA, Glader B, List AF, Means RT, Jr, Paraskevas F, Rodgers GM, eds.  Wintrobe's

Clinical Hematology. 13th edition. Lippincott Williams & Wilkins, Philadelphia, 2014, pp 1391-1398.

50. Arber DA, McCurley TL, Greer JP. Diagnostic approach to malignant and nonmalignant disorders of the phagocytic and immune systems. In: Greer JP, Arber DA, Glader B, List AF, Means RT, Jr, Paraskevas F, Rodgers GM, eds. Wintrobe's Clinical Hematology. 13th edition. Lippincott Williams & Wilkins, Philadelphia, 2014, pp 1259-1278.

51. Arber DA, Orazi A. Diagnosis and classification of the acute leukemias and myelodysplastic syndromes. In: Greer JP, Arber DA, Glader B, List AF, Means RT, Jr, Paraskevas F, Rodgers GM, eds. Wintrobe's Clinical Hematology. 13th edition. Lippincott Williams & Wilkins, Philadelphia, 2014, pp 1543-1555.

52. Chang KL, Arber DA, Weiss LM. Lymph Node and Spleen. In: Wick MR, LiVolsi VA, Pfeifer JD, Stelow EB, Wakely, Jr. PE, eds. Silverberg's Principles and Practice of Surgical Pathology and Cytopathology. 5th edition. Cambridge University Press, Cambridge, UK, 2015, pp 688-812.

53. Heerema-McKenney A, Cleary ML, Arber DA. Pathology and molecular diagnosis of leukemias and lymphomas. In: Pizzo PA, Poplack DG, eds. Principles and Practice of Pediatric Oncology. 7th edition. Philadelphia: Wolters Kluwer, 2016, pp 113-130.

54. Galli SJ, Metcalfe DD, Arber DA, Dvorak AM. Basophils, Mast Cells and Related Disorders. In: Kaushansky K, Lichtman MA, Prchal JT, Levi MM, Press OW, Burns LJ, Caligiuri MA. eds. Williams Hematology. 9th edition. McGraw Hill Medical, 2016, pp. 965-981.

55. Merker JD, Arber DA. T cell lymphomas. In: Leonard DGB, ed. Molecular Pathology in Clinical Practice, 2nd Edition. New York, Springer-Verlag, 2016, pp 603-614.

56. Arber DA. Principles of classification of myeloid neoplasms. In: Jaffe ES, Arber DA, Campo E, Harris NL, Quintanilla-Martinez L, eds. Hematopathology, 2nd Edition. Philadelphia: Elsevier, 2017, pp 785-792.

57. Arber DA. Acute myeloid leukemia. In: Jaffe ES, Arber DA, Campo E, Harris NL, Quintanilla-Martinez L, eds. Hematopathology, 2nd Edition. Philadelphia: Elsevier, 2017, pp 817-845.

58. Ohgami RS, Arber DA. Evaluation of bone marrow after therapy. In: Jaffe ES, Arber DA, Campo E, Harris NL, Quintanilla-Martinez L, eds. Hematopathology, 2nd Edition. Philadelphia: Elsevier, 2017, pp 1065-1097.

59. Arber DA, Orazi A. The spleen: normal architecture and neoplastic and non-neoplastic lesions. In: Jaffe ES, Arber DA, Campo E, Harris NL, Quintanilla-Martinez L, eds. Hematopathology, 2nd Edition. Philadelphia: Elsevier, 2017, pp 1113-1131.

60. Harris NL, Arber DA, Campo E, Hasserjian RP, Jaffe ES, Orazi A, Pileri SA, Stein H, Swerdlow SH, Thiele J, Vardiman JW. Introduction to the WHO Classification of Tumours

of Haematopoietic and Lymphoid Tissues. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2017, pp 13-14.

61. Arber DA, Orazi A, Hasserjian R, Brunning RD, LeBeau MM, Porwit A, Tefferi A, Levine R, Bloomfield CD, Cazzola M, Thiele J. Introduction and Overview of the Classification of the Myeloid Neoplasms. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2017, pp 16-27.

62. Horny H-P, Akin C, Arber DA, Peterson L, Tefferi A, Metcalfe DD, Bennett JM, Bain BJ, Escribano L. Mastocytosis. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2017, pp 62-69.

63. Bain BJ, Horny H-P, Arber DA, Tefferi A, Hasserjian R. Myeloid/lymphoid neoplasms with eosinophilia and rearrangements of *PDGFRA*, *PDGFRB*, *FGFR1*, or with *PCM1-JAK2*. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2017, pp 72-79.

64. Arber DA, Brunning RD, LeBeau MM, Falini B, Vardiman JW, Porwit A, Thiele J, Foucar K, Döhner H, Bloomfield CD. Acute Myeloid Leukaemia with Recurrent Genetic Abnormalities. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2017, pp 130-149.

65. Arber DA, Brunning RD, Orazi A, Bain BJ, Porwit A, LeBeau MM, Greenberg PL. Acute Myeloid Leukaemia with Myelodysplasia-Related Changes. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2017, pp 150-152.

66. Vardiman JW, Arber DA, Brunning RD, Larson RA, Matutes E, Baumann I, Kvasnicka HM. Therapy-Related Myeloid Neoplasms. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2017 pp 153-155.

67. Arber DA, Brunning RD, Orazi A, Porwit A, Peterson L, Thiele J, LeBeau MM, Hasserjian RP. Acute Myeloid Leukaemia, Not Otherwise Specified. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2017, pp 156-166.

68. Arber DA, Baumann I, Niemeyer CM, Brunning RD, Porwit A. Myeloid Proliferations Related to Down Syndrome. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds). WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2017, pp 169-171.

69. Borowitz MJ, Béné M-C, Harris NL, Porwit A, Matutes E, Arber DA.  Acute Leukaemias of Ambiguous Lineage.  In:  Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds).  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. IARC Press, Lyon, 2017, pp 180-187.

70. Borowitz MJ, Chan JKC, Downing J, LeBeau MM, Arber DA.  B-Lymphoblastic Leukaemia/Lymphoma, Not Otherwise Specified (NOS).  In:  Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds).  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC Press, Lyon, 2017, pp 200-202.

71. Borowitz MJ, Chan JKC, Downing J, LeBeau MM, Arber DA.  B-Lymphoblastic Leukaemia/Lymphoma with Recurrent Genetic Abnormalities. In:  Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds).  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC Press, Lyon, 2017, pp 203-209.

72. Borowitz MJ, Béné M-C, Arber D.  T-Lymphoblastic Leukaemia/Lymphoma. In:  Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds).  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC Press, Lyon, 2017, pp 209-212.

73. Borowitz MJ, Chan JKC, Béné M-C, Harris NL, Porwit A, Matutes E, Arber DA.  NK-Lymphoblastic Leukaemia/Lymphoma. In:  Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J (Eds).  WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC Press, Lyon, 2017, p 213.

74. Arber DA.  Acute myeloid leukemia.  In:  Hsi ED, ed.  Foundations in Diagnostic Pathology, Hematopathology, 3[nd] edition.  Philadelphia: Elsevier, 2018, pp 429-466.

75. Ohgami R, Zaia J, Arber DA.  The spleen.  In:  Hsi ED, ed.  Foundations in Diagnostic Pathology, Hematopathology, 3[nd] edition.  Philadelphia: Elsevier, 2018, pp 664-685.

76. Arber DA.  Lymph nodes.  In:  Goldblum JR, Lamps LW, McKenney JK, Myers JL (eds). Rosai & Ackerman's Surgical Pathology, 11th edition.  Philadelphia: Elsevier, 2018, pp 1530-1631.

77. Arber DA.  Spleen.  In:  Goldblum JR, Lamps LW, McKenney JK, Myers JL (eds). Rosai & Ackerman's Surgical Pathology, 11th edition.  Philadelphia: Elsevier, 2018, pp 1632-1657.

78. Arber DA.  Bone marrow.  In:  Goldblum JR, Lamps LW, McKenney JK, Myers JL (eds). Rosai & Ackerman's Surgical Pathology, 11th edition.  Philadelphia: Elsevier, 2018, pp 1658-1737.

79. Arber DA.  Acute myeloid leukemia.  In:  George TI, Arber DA (eds).  Atlas of Bone Marrow Pathology.  New York: Springer, 2018, pp173-191.

**Books:**

- Orazi A, O'Malley D, Arber DA. "Illustrated Pathology of the Bone Marrow." Cambridge University Press, 2006.

- Greer JP, Foerster J, Rodgers GM, Paraskevas F, Glader B, Arber DA, Means RT, Jr, eds. Wintrobe's Clinical Hematology. 12th edition. Lippincott Williams & Wilkins, Philadelphia, 2009.

- Jaffe ES, Harris NL, Vardiman JW, Campo E, Arber DA, eds. Hematopathology. Philadelphia: Elsevier, 2011.

- Pereira I, George TI, Arber DA. Atlas of Peripheral Blood: The primary diagnostic tool. Lippincott Williams & Wilkins, Philadelphia, 2012.

- George TI, Arber DA, eds. Surgical Pathology Clinics. Hematopoietic neoplasms: Controversies in diagnosis and classification. Elsevier, Philadelphia, 2013.

- Greer JP, Arber DA, Glader B, List AF, Means RT, Jr, Paraskevas F, Rodgers GM, eds. Wintrobe's Clinical Hematology. 13th edition. Wolters Kluwer/Lippincott Williams & Wilkins, Philadelphia, 2014.

- Jaffe ES, Arber DA, Campo E, Harris NL, Quintanilla-Martinez L, eds. Hematopathology, 2nd Edition. Elsevier, Philadelphia, 2017.

- George TI, Arber DA, eds. Atlas of Bone Marrow Pathology. Springer, New York, 2018.

- Greer JP, Appelbaum F, Arber DA, Dispenzieri A, Fehniger T, Glader B, List AF, Means RT, Jr, Rodgers GM, eds. Wintrobe's Clinical Hematology. 14th edition. Wolters Kluwer/Lippincott Williams & Wilkins, Philadelphia, (in press).


**Other Correspondence:**

1. Arber DA, Weiss LM, Jaffe ES. Nasal lymphoma. In reply (letter). Am J Surg Pathol 17:1195, 1993.

2. Arber DA, Rainer PA, Rappaport ES. Agar processing of bone marrow aspirate material. In response. Lab Med 25:39, 1994.

3. Arber DA, Battifora H, Brynes RK, Chang KL, Weiss LM, Wilczynski SP. Certification and training in molecular pathology. Hum Pathol 27:430-431, 1996.

4. Arber DA, Weiss LM. Epstein-Barr virus in follicular dendritic cells. Am J Surg Pathol 20:1426-1427, 1996.

5. Arber DA. Conflicting results in the use of antibody panels. The authors' reply. Am J Clin Pathol 109:116-117, 1998.

6.  Arber DA, Weiss LM, Arber JM.  Correspondence Re:  Arber JM, Weiss LM, Chang KL, Battifora H, Arber DA.  The effect of decalcification on *in situ* hybridization. Mod Pathol 1997;10:1009-1014. In reply. Mod Pathol 11:505, 1998.

7.  Arber DA, Weiss LM.  Inflammatory pseudotumor and follicular dendritic cell tumor.  Am J Surg Pathol 25:1558-1559, 2001.

8.  Arber DA, Weiss LM, West RB.  CD117 expression in mesothelioma. Modern Pathol 17:1021, 2004.

9.  Vardiman JW, Thiele J, Arber DA, Brunning R, Borowitz MJ, Porwit A, Harris NL, Le Beau MM, Hellström-Lindberg E, Tefferi A, Bloomfield CD.  Response: Factors considered in the 2008 WHO classification of myeloid neoplasms and acute leukemias Blood 2010 115:749-750.

10. Weinzierl E, Arber DA.  New-onset pancytopenia: a diagnostic approach-reply.  Hum Pathol 45(7):1552-3, 2014. Epub 2014 Mar 26. PMID: 24796507

**Published Book Reviews:**

• *Illustrated Pathology of the Spleen*.  By Bridget S. Wilkins and Dennis H. Wright. 192 pp. Illustrated. Cambridge University Press, New York, 2000. Reviewed for Am J Surg Pathol 25:974, 2001.

• *Atlas of Differential Diagnosis in Neoplastic Hematopathology*.  By Wojciech Gorczyca with James Weisberger and Foxwell N. Emmons. 421 pp. Illustrated. ISBN 1-84214-247-X. Abingdon, UK.  Taylor & Francis 2005.  Reviewed for Am J Surg Pathol 29:1121-1122, 2005.

• *Pathology of Bone Marrow and Blood Cells*. Second Edition By Diane C. Farhi 2009. Lippincott Williams and Wilkins.  Reviewed for Am J Surg Pathol 34:445, 2010.

**e-Publications:**

Tan B, Arber DA.  Inflammatory Pseudotumor of the Liver.  Society of Hematopathology Case of the Quarter, 2004

# Exhibit B

Dr. David Arber - Materials Considered List (Hardeman)

| | **Literature** |
|---|---|
| 1. | Acquavella, J. et al., Glyphosate epidemiology expert panel review: a weight of evidence systematic review of the relationship between glyphosate exposure and non-Hodgkin's lymphoma or multiple myeloma, 46(Supp. 1) Critical Reviews in Toxicology 28 (2016). |
| 2. | Alavanja, M. et al., Non-Hodgkin Lymphoma Risk and Insecticide, Fungicide and Fumigant Use in the Agricultural Health Study, 9(10) PLoS One e109332 (2014). |
| 3. | Aleman S, Rahbin N, Weiland O, et al. A risk for hepatocellular carcinoma persists long-term after sustained virologic response in patients with hepatitis C-associated cirrhosis. Clin Infect Dis. 2013 Jul;57(2):230-6. |
| 4. | American Cancer Society. "Cancer Facts & Figures" https://www.cancer.org/research/cancer-facts-statistics/all-cancer-facts-figures/cancer-facts-figures-2018.html |
| 5. | Andrade XA, Paz LH, Nassar M, et al. Primary Liver Diffuse Large B-Cell Lymphoma following Complete Response for Hepatitis C Infection after Direct Antiviral Therapy. Acta Haematol. 2018;139(2):77-80. |
| 6. | Andrade XA, Paz LH, Nassar M, Oramas DM, Fuentes HE, et al. Primary livery diffuse large B-cell lymphoma following complete response for hepatitis C infection after direct antiviral therapy. Acta Haematol. 2018;139(2):77-80. |
| 7. | Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 110(5) Journal of the National Cancer Institute 509 (2018). |
| 8. | Bracci, P. & E. Holly, Tobacco use and non-Hodgkin lymphoma: results from a population-based case-control study in the San Francisco Bay Area, California, 16 Cancer Causes and Control 333 (2005). |
| 9. | Caini, S. et al., Food of animal origin and risk of non-Hodgkin lymphoma and multiple myeloma: A review of the literature and meta-analysis, 100 Critical Reviews in Oncology/ Hematology 16 (2016). |
| 10. | Canioni D, Michot JM, Rabiega P, Molina TJ, Charlotte F, et al. In Situ Hepatitis C NS3 Protein Detection Is Associated with High Grade Features in Hepatitis C-Associated B-Cell Non-Hodgkin Lymphomas. PLoS One. 2016;11(6):e0156384. |
| 11. | Chen AY, Zeremski M, Chauhan R, Jacobson IM, Talal AH, et al. Persistence of hepatitis C virus during and after otherwise clinically successful treatment of chronic hepatitis C with standard pegylated interferon α-2b and ribavirin therapy. PLoS One. 2013;8(11):e80078. |
| 12. | Chen, F. et al., Carotenoid intake and risk of non-Hodgkin lymphoma: a systematic review and dose-response meta-analysis of observational studies, 96(6) Annals of Hematology 957 (2017). |
| 13. | Chihara, D. et al., New insights into the epidemiology of non-Hodgkin lymphoma and implications for therapy, 15(5) Expert Review of Anticancer Therapy 531 (2015). |
| 14. | Colt, J. et al., *Residential Insecticide Use and Risk of Non-Hodgkin's Lymphoma*, 15(2) Cancer Epidemiology, Biomarkers & Prevention 251 (2006). |
| 15. | Dal Maso L, Franceschi S. Hepatitis C virus and risk of lymphoma and other lymphoid neoplasms: a meta-analysis of epidemiologic studies. Cancer Epidemiol Biomarkers Prev. 2006 Nov;15(11):2078-85. |
| 16. | Dalia S, Chavez J, Castillo JJ, Sokol L. Hepatitis B infection increases the risk of non-Hodgkin lymphoma: a meta-analysis of observational studies. Leuk Res. 2013;37:1107-15. |
| 17. | de Sanjose S, Benavente Y, Vajdic CM, Engels EA, Morton LM, et al. Hepatitis C and non-Hodgkin lymphoma among 4784 cases and 6269 controls from the International Lymphoma |

Dr. David Arber - Materials Considered List (Hardeman)

|     | Epidemiology Consortium. Clin Gastroenterol Hepatol. 2008 Apr;6(4):451-8. |
|-----|--------------------------------------------------------------------------|
| 18. | EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential*, EPA.gov (Dec. 12, 2017). |
| 19. | Giordano TP, Henderson L, Landgren O, Chiao EY, Kramer JR, et al. Risk of non-Hodgkin lymphoma and lymphoproliferative precursor diseases in US veterans with hepatitis C virus. JAMA. 2007 May 9;297(18):2010-7. |
| 20. | Herrinton, L. & G. Friedman, *Cigarette Smoking and Risk of Non-Hodgkin's Lymphoma Subtypes*, 7 Cancer Epidemiology, Biomarkers and Prevention 25 (1998). |
| 21. | Hidayat, K. et al., Anthropometric factors and non-Hodgkin's lymphoma risk: systematic review and meta-analysis of prospective studies, 129 Critical Reviews in Oncology/ Hematology 113 (2018). |
| 22. | Hu, L. et al., The association between non-Hodgkin lymphoma and organophosphate pesticides exposure: A meta-analysis, 231(1) Environmental Pollution 319 (2017). |
| 23. | International Agency for Research on Cancer (IARC), Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, *Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015). |
| 24. | International Agency for Research on Cancer (IARC), Preamble: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans (2006). |
| 25. | International Agency for Research on Cancer (IARC), WHO Classification of Tumors of Haematopoietic and Lymphoid Tissues (Steven H. Swerdlow et al. eds., IARC Press rev. 4th ed. 2017). |
| 26. | Lin RJ, Moskovits T, Diefenbach CS, et al. Development of highly aggressive mantle cell lymphoma after sofosbuvir treatment of hepatitis C. Blood Cancer J. 2016 Mar; 6(3): e402. |
| 27. | Mahale P, Torres HA, Kramer JR, Hwang LY, Li R, et al. Hepatitis C virus infection and the risk of cancer among elderly US adults: A registry-based case-control study. Cancer. 2017 Apr 1;123(7):1202-1211. |
| 28. | Marcucci F, Mele A, Spada E, Candido A, Bianco E, et al. High prevalence of hepatitis B virus infection in B-cell non-Hodgkin's lymphoma. Haematologica. 2006 Apr;91(4):554-7. |
| 29. | Marcucci F, Speda E, Mele A, Caserta CA, Pulsoni A. The association of hepatitis B virus infection with B-cell non-Hodgkin lymphoma - a review. Am J Blood Red. 2012;2(1):18-28. |
| 30. | Peveling-Oberhag J, Arcaini L, Hansmann ML, et al. Hepatitis C-assiciated B-cell non-Hodgkin lymphomas. Epidemiology, molecular signature and clinical management. J Hepatol. 2013 Jul;59(1):169-77. |
| 31. | Pronk, A. et al., Residential proximity to industrial combustion facilities and risk of non-Hodgkin lymphoma: a case-control study, 12 Environmental Health 20 (2013). |
| 32. | Rieutort, D. et al., *Ranking occupational contexts associated with risk of non-Hodgkin lymphoma*, 59(7) American Journal of Industrial Medicine 561 (2016). |
| 33. | Sarkozy, C. et al., Body mass index and other anthropometric parameters in patients with diffuse large B-cell lymphoma: physiopathological significance and predictive value in the immunochemotherapy era, 56(7) Leukemia & Lymphoma 1959 (2015). |
| 34. | Schinasi, L. & M. Leon, Non-Hodgkin Lymphoma and Occupation Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis, 11(4) International Journal of Environmental Research and Public Health 4449 (2014). |
| 35. | Stagnaro, E. et al., *Non-Hodgkin's Lymphoma and Type of Tobacco Smoke*, 13(3) Cancer |

Dr. David Arber - Materials Considered List (Hardeman)

| | Epidemiology, Biomarkers & Prevention 431 (2004). |
|---|---|
| 36. | Stewart, B. and Wild, C.P. (eds.), International Agency for Research on Cancer, WHO. (2014) *World Cancer Report 2014* |
| 37. | Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SI, et al., eds. WHO Classification of Tumors and Haematopoietic  and Lymphoid Tissues, Revised 4th Edition. Lyon, France: IARC Publications, 2017. |
| 38. | Taborelli M, Polesel J, Montella M, Libra M, Tedeschi R, et al. Hepatitis B and C viruses and risk of non-Hodgkin lymphoma: a case-control study in Italy. Infectious Agents and Cancer. 2016;11:27-32. |
| 39. | Wang F, Xu RH, Han B, Shi YX, Luo HY, et al. High incidence of hepatitis B virus infection in B-cell subtype non-Hodgkin lymphoma compared with other cancers. Cancer. 2007 Apr 1;109(7):1360-4. |
| 40. | Wang Y, Wang H, Pan S, Hu T, Shen J, et al. Capable infection of hepatitis B virus in diffuse large B-cell lymphoma. J Cancer. 2018;9:1575-81. |
| 41. | Wang, J. et al., Dairy Product Consumption and Risk of Non-Hodgkin Lymphoma: A Meta-Analysis, 8(3) Nutrients 120 (2016). |
| 42. | World Health Organization, International Agency for Research on Cancer (IARC). Hepatitis C virus. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. 2012;100(B):135-68. |
| 43. | Yang, L. et al., Red and Processed Meat Consumption Increases Risk for Non-Hodgkin Lymphoma: A PRISMA-Compliant Meta-Analysis of Observational Studies, 94(45) Medicine (Baltimore) e1729 (2015). |
| 44. | Ye, X. et al., Use of non-steroid anti-inflammatory drugs and risk of non-Hodgkin lymphoma: a systematic review and meta-analysis, 33(4) Hematological Oncology 136 (2015). |

# Exhibit C

Daniel Arber Depositions or Trials

| Name | Location | | Firm | |
|---|---|---|---|---|
| Peterson & Hall v. Monsanto | Missouri | Defendant | Hollingsworth LLP | Deposition November 8, 2018 |
| Magney vs Incyte | Washington | Plaintiff | The Markam Group, Inc | Deposition September 29, 2018 (Leukemia diagnosis) |
| Fennell vs. East Carolina Health | North Carolina | Defendant | Batten Lee | Testified 2017 (Leukemia diagnosis) |
| Tanrikulu & Berkmen v. Yale-New Haven Hospital, Inc. | Connecticut | Plaintiff | The Berkowitz Law Firm, LLC | Deposition 2016 (acute leukemia in a child) |
| Oliva vs. University of Miami | Florida | Defendant | Fowler-White-Burnett | Deposition 2014 (AML) |
| Little vs. Barkin | Virginia | Defendant | Hancock, Daniel, Johnson & Nagle, P.C. | Deposition 2007 (lymphoma diagnosis) |

Rate: $ 500 per hour.

# Exhibit D

Dr. David Arber - Materials Considered List (Hardeman)

| Depositions |
|---|
| Edwin Hardeman Deposition Transcript (11/8/2018) |
| Mary Hardeman Deposition Transcript (11/8/2018) |
| Roger Turk, M.D. Deposition Transcript (10/31/2018) |
| Richard Turley, M.D. Deposition Transcript (10/30/2018) |
| Jeffrey Ye, M.D. Deposition Transcript (10/30/2018) |
| **Expert Reports** |
| Chadi Nabhan M.D. *Hardeman* Report (11/20/2018) |
| Andrei Shustov, M.D. *Hardeman* Report (11/20/2018) |
| Dennis Weisenburger, M.D. *Hardeman* Report (11/20/2018) |
| William Sawyer, Ph.D. *Hardeman* Report (11/20/2018) |
| **Medical Records** |
| Edwin Hardeman Medical Records (See attached index) |
| Edwin Hardeman Pathology Records (See attached index) |
| Edwin Hardeman Pathology Materials (See Exhibit E) |
| **Miscellaneous** |
| Complaint |
| Plaintiff Fact Sheet |

Edwin Hardeman
Medical Records Index

| Provider Info | Bates Range |
|---|---|



Edwin Hardeman
Medical Records Index



Edwin Hardeman
Pathology Records Index

| Custodian | Custodian Info | Date Of Test | Accession # | Type Of Test |
|---|---|---|---|---|
| ███ | ███ | ██ | ███ | |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |

Edwin Hardeman
Pathology Records Index

# Exhibit E







