**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | **MONSANTO COMPANY'S NOTICE OF FILING IN RESPONSE TO PTO 76** |
| *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC | |
| *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

Please take notice that Monsanto Company hereby submits, per the Court's Pretrial Order No. 76, the following documents:

1. A redacted version of the Expert Report of Dr. Daniel Arber (dated November 30, 2018) submitted in the *Hardeman* case, attached hereto as Exhibit 1.

2. A redacted version of the Addendum to the Expert Report of Dr. Daniel Arber (dated December 10, 2018) submitted in the *Hardeman* case, attached hereto as Exhibit 2.

3. A redacted version of the Expert Report of Dr. Daniel Arber (dated November 30, 2018) submitted in the *Stevick* case, attached hereto as Exhibit 3.

4. Expert Report of Dr. Michael Sullivan (dated November 27, 2018) submitted in the *Hardeman* case, attached hereto as Exhibit 4.

5. Expert Report of Dr. Michael Sullivan (dated November 27, 2018) submitted in the *Stevick* case, attached hereto as Exhibit 5.

6. Expert Report of Dr. Michael Sullivan (dated November 27, 2018) submitted in the *Gebeyehou* case, attached hereto as Exhibit 6.

Executed this 12th day of February 2019.

/s/ *Brian L. Stekloff*_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)

| | |
|---|---|
| 1 | |
| 2 | HOLLINGSWORTH LLP |
| | 1350 I St. NW |
| | Washington, DC 20005 |
| 3 | Tel: 202-898-5843 |
| | Fax: 202-682-1639 |
| 4 | |
| | Michael X. Imbroscio (*pro hac vice*) |
| 5 | (mimbroscio@cov.com) |
| | COVINGTON & BURLING LLP |
| 6 | One City Center |
| | 850 10th St. NW |
| 7 | Washington, DC 20001 |
| | Tel: 202-662-6000 |

*Attorneys for Defendant*
*MONSANTO COMPANY*