# EXHIBIT 2

Addendum

In Re: Roundup Products Liability Litigation, MDL 2741

Hardeman v. Monsanto, Case No. 3:16-cv-00525-VC

Expert Report of Daniel A. Arber, MD



My review of the pathology described above confirms and reinforces my opinions described in my November 29, 2018 report.

12/10/18

# Exhibit 1