# EXHIBIT 4

Opinion on Exposure of Hardeman to Glyphosate

**OPINION**
**MICHAEL J. SULLIVAN, Ph.D., CIH, REHS**
**Hardeman-Monsanto Glyphosate Exposure Case**
**Gualala/Forestville, California**

The following are the major points of my opinion in this case. Where appropriate, I have listed the supporting evidence, and additional support in a list of materials I have considered in forming my opinion is in ATTACHMENT A. Additional details are provided in Attachments. If new data become available I reserve the right to update this opinion.

1.  Qualifications

My name is Michael J. Sullivan. I have a Bachelor of Science in Environmental Toxicology from the University of California at Davis and both a Master of Science and a Doctorate in Toxicology from The University of Michigan. I have worked as a toxicologist and human health risk assessor for over 30 years. I am also a Certified Industrial Hygienist and a Registered Environmental Health Specialist in California. I am a tenured Professor in the Department of Environmental and Occupational Health at California State University at Northridge in Northridge, California. I have published in the areas of exposure assessment and risk assessment. I am experienced in developing dose estimates for individuals exposed to chemicals through various occupational or community activities. I regularly work with both State of California and federal regulatory agencies in the development of exposure estimates. My resume is provided in ATTACHMENT B.

2.  Scope of This Opinion

The scope of my opinion in this case focuses on the quantitative estimate of exposure of Edwin Hardeman (Hardeman) to Glyphosate during spraying activities at her residence using Glyphosate-containing herbicides. The calculation of Glyphosate exposure and dose requires the use of information from the scientific literature and information about activities engaged in by Hardeman using Glyphosate-containing herbicides. Both of these types of necessary information for exposure and dose calculation are presented in this opinion.

I am compensated in connection with this matter at my customary rate of $180 per hour for regular consulting work (e.g. reviewing documents, teleconferences, dose calculations), $180 per hour for preparation for deposition and court testimony, and $350 per hour for depositions, court testimony, and reviewing/editing transcripts.

In the last four years I have been deposed once as an expert in Johnson vs. Monsanto (Case No. CGC-16-550128, Superior Court of California, 2018). I have not testified in trial in any cases.

Opinion on Exposure of Hardeman to Glyphosate

Unless otherwise stated, all of my opinions expressed in this report are to a reasonable degree of scientific certainty. I reserve the right to supplement or amend this report as additional information comes to my attention or becomes available.

The opinions I plan to offer in this matter will include opinions set forth in this report, opinions that may be elicited from me in discussing or elaborating on those areas and/or responding to the testimony of the plaintiffs' experts, and any opinions formed based upon further literature review.

My opinions are based on my review of the relevant scientific literature; materials specifically related to this case and related proceedings, including certain reports and supporting materials submitted by expert witnesses working on the plaintiffs' behalf, deposition testimony, my inspection of property, and my education, training, research and experience.

3. Summary of Opinion

My opinion, which I hold to a reasonable degree of scientific certainty, is summarized as follows:

> Hardeman engaged in the mixing and spraying of Glyphosate-containing herbicide. I have calculated a total average daily dose of Glyphosate of $4.6 \times 10^{-7}$ mg/kg-day (or 0.00000046 mg/kg-day) from these activities. The highest single day dose is calculated to be $2.4 \times 10^{-4}$ mg/kg-day (0.00024 mg/kg-day). My calculated doses are based on overestimated exposures. Yet, even this dose estimate places Hardeman below the range of published applicator exposures. Any actual exposure of Hardeman to Glyphosate is likely at least 10-fold lower than calculated in this opinion due to the use of parameters that overestimate exposure.

4. Scientific Process Followed in this Opinion

The steps followed in this evaluation are summarized here and discussed in subsequent sections of this opinion. The data evaluated include both Glyphosate and Glyphosate in herbicide formulations. For ease of presentation, this opinion refers just to Glyphosate to cover all data reviewed. The components of this opinion included:

a. Summary of Glyphosate chemical and physical properties;

b. Review of the scientific literature on herbicide applicator exposure to Glyphosate;

c. Review of the scientific literature on the Absorption-Distribution-Metabolism-Elimination (ADME) of Glyphosate;

d. Review of the protective effect of clothing/PPE on Glyphosate exposures during herbicide application;

Opinion on Exposure of Hardeman to Glyphosate

     e.   Review of Hardeman's reported Glyphosate herbicide use;

     f.   Utilization of an exposure equation consistent with regulatory guidelines and best practices;

     g.   Calculation of an absorbed dose of Glyphosate for Hardeman;

     h.   Comparison of the calculated absorbed dose of Glyphosate for Hardeman to other published applicator doses and other relevant toxicological data;

     i.   Evaluation of the calculated dose of Glyphosate for Hardeman in terms of conservatism.

Additional details of these steps are provided below.  A list of the documents cited in my opinion is provided in ATTACHMENT C.

5.   Summary of Glyphosate Chemical and Physical Properties

A review of Glyphosate chemical and physical properties provides insight into the development of exposure estimates.  Reported properties are from a Safety Data Sheet for RANGER PRO [1] or PubChem [2].  Glyphosate is a relatively small organic chemical with a molecular weight of 169 g/mole.  Because it exists in the chemical form of a salt (i.e., a charged molecule) it has very high solubility in water (i.e., miscible).  In contrast, Glyphosate is considered insoluble in non-polar or organic solvents.  Glyphosate has a low vapor pressure, reported as $1.9 \times 10^{-7}$ mmHg or negligible.  These properties provide insight into the expected routes of exposure and disposition of Glyphosate in humans.

6.   Review of the Scientific Literature on Herbicide Applicator Exposure to Glyphosate

Numerous studies have quantified exposure to Glyphosate during herbicide application activities.  These studies have examined a variety of application activities.  The activities include boom sprayers [3, 4, 5, 6, 7], backpacks [4, 6, 8, 9, 10], pressurized lance [4, 11] hand-held sprayers [7, 11] or not stated [12].  Many of these studies utilize exposure biomonitoring through the measurement of Glyphosate in excreted urine [4, 5, 6, 8, 9, 12, 13].  Other studies use passive dosimetry using body patches.  Some studies report the exposures in terms of exposure in mg Glyphosate/kg body weight [3, 5, 7, 10, 11].  Both applicators or applicators and their families may be included in these studies.

Some of these studies have included passive 'patch' sampling [5, 6, 14, 15].  These patches are placed on various parts of the subject's body, collected after Glyphosate herbicide use and analyzed for Glyphosate deposition.  These studies estimate how much Glyphosate was deposited onto the skin surface of various body areas.  The data from these studies generally show that Glyphosate herbicide exposure is application-specific.  While the amount

Michael J. Sullivan, Ph.D., CIH, REHS
November 27, 2018

Opinion on Exposure of Hardeman to Glyphosate

deposited may differ in these studies, these studies show a consistent location pattern of Glyphosate deposition. For example, during application activities the lower extremities have the highest rate of deposition and those surfaces of the body facing away from spraying activities have lower deposition.

Two papers provide calculated doses from measured urine biomonitoring results in some of the above-mentioned studies. Neimann [16] provides exposure estimates from several studies reporting just urine Glyphosate levels and presents exposures for pesticide applicators ranging from non-detect up to 0.008 mg/kg. Solomon [17] provides a range of calculated exposures for applicators using both urine biomonitoring and passive dosimetry. Passive dosimetry-based doses are reported from 0.000001 to 0.064 mg/kg-day and biomonitoring-based doses from 0.000013 to 0.0046 mg/kg-day.

Some of these same researchers [5, 13] have compared calculated doses from biomonitoring (i.e., urine measurements) to modeled dose estimates derived from passive monitoring using patches. The authors conclude that accurate information related to retrospective Glyphosate use is necessary for accurate exposure estimates. Appropriately, modeled doses of Glyphosate were better estimates for biomonitoring-based Glyphosate dose estimates then modeled doses for other tested pesticides. However, Glyphosate modeled doses can overestimate exposure by 10-fold [5]. This is confirmed by the biomonitoring versus the dosimetry-based applicator dose estimates presented by Solomon [17]. Since exposure biomonitoring for Hardeman is not available, this opinion presents a modeled exposure estimate. When individual exposure parameter values were selected as part of the modeling of exposure, a strategy of purposeful exposure overestimation was used by selecting parameter values that result in higher exposures. Adapting this strategy results in a higher degree of confidence (i.e., reasonable degree of scientific certainty) that the exposure estimates would not be higher than presented in this opinion and are very likely to be substantially lower.

Quantitative estimates of the amount of Glyphosate spray (i.e., mist) that contacts the skin of the lower extremities (i.e., the legs) during spraying activities have been published. Johnson [14] provides a measurement from spray activities that have been rounded up to 0.00007 ml Glyphosate herbicide solution/$cm^2$ of skin surface-hour of spray activity (mg/$cm^2$-hour) for ATV-riding applicators and 0.000005 ml/$cm^2$-hour for sprayers. Lavy et al. [15] provides measurements for herbicide applicators in forests of 0.00005 mg/$cm^2$-hour. The applicator activities described in these papers are more intensive than the residential application performed by Hardeman. Therefore, since various application activities were included in these studies, skin contact rates should be selected that are representative of the activity done

by Hardeman. These calculations utilize a value of 0.00001 ml/cm$^2$-hour which is a value twice that reported by Johnson [14] for sprayers.

7. Review of the scientific literature on the Absorption-Distribution-Metabolism-Elimination (ADME) of Glyphosate

The calculation of Glyphosate herbicide exposure requires an understanding of how the chemical and the subject interact. Specifically, after exposure occurs the chemical may be absorbed, distributed within the subject, metabolized and eliminated. These four toxicological processes, Absorption (A), Distribution (D), Metabolism (M) and Elimination (E), or ADME, are the focus of this review.

Absorption. Absorption is when a chemical crosses a biological membrane and enters the body's tissues or circulatory system (i.e., blood) of the subject. This can occur when a chemical enters the blood after crossing the skin epidermis (dermal), the gastro-intestinal track (ingestion), or the alveolar cells of the lung (inhalation). Exposures primarily associated with herbicide application would be dermal and inhalation. Any exposure by ingestion during herbicide spraying activities would be negligible and the exposure calculations presented in this opinion would be inclusive of any exposure by ingestion. Inhalation could occur during herbicide application, but several studies have shown that inhalation exposures are very low and insignificant when compared to dermal exposures [18, 19]. Dermal is the primary route of exposure associated with Glyphosate herbicide spray activities.

*Dermal Absorption.* Dermal absorption of Glyphosate has been studied in various experimental designs. The following are the paired characteristics evaluated in the numerous studies: concentrated vs. diluted Glyphosate herbicide solutions; Glyphosate vs. Glyphosate formulations; animal vs. human skin; *in vitro* vs. *in vivo*; liquid vs. Gel formulations; multiple exposure periods; and normal vs. abraded skin. In all of these studies the researchers typically measured both the percent (%) absorption as well as the percent (%) recovery as a measure of mass balance in the experiment. *In vitro* experiments, using human skin [19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33] report dermal absorption ranges from 0.011% to 2.2%. Human skin studied *in vitro* reported 0.5% and 2.6% absorption for normal and abraded skin, respectively [34]. *In vitro* studies using abraded rabbit skin reported a total dermal absorption of 2.4% [35]. *In vitro* studies using rat skin [36] reported a range of four measured absorption rates of 0.52 to 10.34%. The authors report that the higher two measured absorptions (2.6% and 10.34%) were associated with skin damaged during skin preparation, prior to adding Glyphosate to the experimental apparatus. The authors concluded that the absorption results due to damaged skin in this

Opinion on Exposure of Hardeman to Glyphosate

study [36] were not valid. The other two reported absorption rates of 0.52% and 1.42% at 48 hours are consistent with the other reported *in vitro* study results.

The Wester [32] study is an *in vivo* Rhesus monkey experiment that reports a 0.8 to 2.2% dermal absorption. This Wester [32] study is often cited by others [38, 39, 40, 41, 42, 43, 44, 45] when referring to an estimated dermal absorption in humans. This study appropriately compares urine excretion after dermal exposure to I.V. dose. The percentage total recovery in one of the study groups in the Wester study has been raised as an issue. The study authors address this in their published paper and state that percent recovery in this dermal absorption study is consistent with historical laboratory experiments. In addition, the use of a comparison I.V. (intravenous) dose in this study is consistent with several regulatory guidelines [46, 47, 48] which suggest that with the I.V. dose comparison the percentage recovery is not an issue. The Maibach study of 1983 [37] is an *in vivo* study of dermal absorption in Rhesus monkeys. Dermal absorption rates on the abdominal skin were reported to be up to 2.2% at 24 hours of exposure. This value supports the results of the Wester [32] study.

Based on the above studies, a human, 24-hour dermal absorption rate of 2.0% is used in this exposure evaluation. This value is likely a 2-times overestimate as many of the studies support a lower (1%) dermal absorption through human skin.

The above discussion presents percent (%) absorption for each of the studies. Percent (%) absorption is a summary statistic which incorporates some of the other study characteristics listed: concentrated vs. diluted Glyphosate solutions; Glyphosate vs. Glyphosate formulations; animal vs. human skin; *in vitro* vs. *in vivo*; liquid vs. Gel formulations; 6-hour to 48-hour exposure periods. What is actually measured in these studies is flux: the mass of chemical (mg) moving through an area of skin ($cm^2$) over a period of time (hour). In order to calculate exposure and still utilize the specific activity information provided by Hardeman, a percent (%) dermal absorption is used along with an adjustment factor of to account for exposure periods less than 24 hours. For example, adjustment factors for a 2-hour, 6-hour, 12-hour or 24-hour dermal exposure duration would be 0.083, 0.25, 0.5 or 1.0, respectively.

Distribution. *In vivo* studies of Glyphosate ADME provide insight into the distribution of Glyphosate in various test subjects. Studies have been done in Rhesus monkeys [32, 37] and rats [49, 50, 51]. These studies show a quick distribution into the blood (within the first hour) and then quick elimination phase through the kidneys into the urine (see Elimination, below). Evaluation of test animal tissues after necropsy showed no detectable residual glyphosate at 7 days [37] in monkeys and very low residual tissue concentrations in rats [49, 50, 51] 1 to 7 days after dosing, with measureable concentrations generally below 1% of the

total dose [50, 51, 52]. These studies suggest that any absorbed Glyphosate is quickly distributed in the blood of the test animals and does not accumulate in tissues (i.e., Glyphosate is essentially completely eliminated).

Metabolism.  *In vivo* studies of Glyphosate ADME provide insight into the metabolism of Glyphosate in various test subjects.  Studies have been done in rats [49, 50, 51] using I.V. and/or oral exposures.  These studies show a quick distribution into the blood (within the first hour) and then quick elimination phase through the kidneys into the urine (see Elimination, below).  Metabolism is limited and the major metabolite aminomethyl phosphonic acid (AMPA) has been measured at levels that are less than 7% of the total absorbed dose metabolized [44, 50, 51, 53] and the AMPA was found in the colon [50], i.e., fecal elimination of any metabolized Glyphosate.

Elimination.  Both *in vivo* studies of Glyphosate ADME as well as *in vivo* dermal and oral absorption studies provide insight into the elimination of Glyphosate from various test subjects.  Studies have been performed using monkeys [27, 38] and rats [51, 53].  Exposures via I.V., dermal and oral have been studied.  In all studies the major pathway of elimination is the urine.

*Urinary Elimination*.  I.V. administration in rats showed primarily (95%) urinary elimination [52].  Studies in monkeys showed primarily urinary elimination (>95%) [32] from IV administration and 89.9% from intramuscular (IM) administration [37].  Oral administration in rats showed lower urinary elimination (approximately 40%) than fecal [49].

*Fecal Elimination*.  I.V. administration in rats showed low fecal elimination (approximately 5%) [51].  Fecal elimination was much lower in the high-dose group of dermally-exposed monkeys [32] but not in the low-dose.  This finding may be due to the monkeys self-administering an oral dose and therefore fecal elimination is not reflective of a dermally-only-dosed animal.  Oral administration in rats showed higher fecal elimination (approximately 50%) than urinary elimination [50].

Human exposure studies of Glyphosate herbicide applicators use urine Glyphosate levels as a biomonitoring measurement of total dose [4, 5, 6, 8, 9, 12, 13].  This is appropriate given that dermal is the primary exposure route and results in primarily urinary elimination.  Fecal elimination as a major pathway is associated with oral exposures.

8.  Review of the Effect of Clothing/PPE on Exposures during Herbicide Application

There can be up to three layers of protection from Glyphosate exposure during herbicide application activities.  The skin provides a level of protection of 98% or greater (see dermal absorption discussion above).  Typical clothes (see below) worn by an herbicide applicator

provides protection by reducing dermal exposure.  In addition, Personal Protective Equipment (PPE) worn by the applicator will also decrease exposure.  Skin absorption is discussed above.  Clothes and PPE are discussed below.  Clothes and any PPE worn by Hardeman would have reduced her exposure to Glyphosate during herbicide application.

Clothing.  Two studies have evaluated the protection from dermal exposure of typical clothing that would be worn during Glyphosate herbicide spraying.  The first study was performed during field herbicide application conditions [11].  Typical clothes, including long pants and long-sleeve shirts, provided greater than 90% reduction of Glyphosate exposure.  An *in vitro* study of dermal absorption [33] showed that cotton reduced exposures approximately 50% when saturated with liquid and 90% when dry.  Typical clothes provide an adequate protection from dermal exposure during the type of residential application that was performed by Hardeman.

PPE.  Boots, gloves, goggles and hats will all reduce dermal exposure during herbicide activities (i.e., mixing and application) [54].  PPE provides dermal exposure protection rates of approximately 90% or greater under the test conditions.

9.  Review of Hardeman's Reported Glyphosate Herbicide Use

A timeline that represents the Glyphosate herbicide use information provided by Hardeman is presented in ATTACHMENT D.  This timeline is derived from the Data Sheet [55] and deposition transcripts [56] provided by Hardeman.  From this timeline the number of days and the number of years that spraying was performed by Hardeman was determined.  In addition, the amount of time Hardeman sprayed the herbicide and then may have had Glyphosate herbicide on his skin is estimated.  The amount of exposed skin (i.e., the area of skin available for herbicide contact) is based on the clothing worn during spray activities.  The types of clothing worn by Hardeman is included in the timeline.

The following bullets cite information provided by Hardeman about his herbicide use.  When deposition testimony is confusing or contradictory, generally the larger of the estimates of herbicide use characteristics is selected.

- Hardeman began spraying in July (estimated), 1986 when he lived in Gualala, CA. He reports spraying once a month until he moved in October of 1988 to Forestville. Spray duration in Gualala would be approximately one to two hours.

- Hardeman continues spraying at his residence in Forestville from April 1989 (after he moved there in October 1988) to October of 2012 when he put his house up for sale. Hardeman does go on to state that he ended Forestville spraying in late Fall 2011. However, this would have been a year prior to the sale of the property in October

Opinion on Exposure of Hardeman to Glyphosate

2012.  In this evaluation October 2012 is used as the end of spraying at Forestville. In March 2013 he moved to Windsor, CA.  At the Forestville residence he reports spraying about 2-times per month for 7 months of the year (May to November). Hardeman does not spray much in April so the beginning of the seven months is May. Hardeman states he would end in November-December, so the end of the 7 months is November.   Hardeman mentions some November and December spraying.  He also mentions cutting back poison oak during these months.  This evaluation does not assume he sprayed in April (due to rain) or December due to cutting.  Spray activities would last approximately 4 hours.

- Hardeman (in his deposition) states that he did not spray Glyphosate-containing herbicides while he was living in Windsor, CA.

- Hardeman reports using a Roundup concentrate (18%) product, but does not recall exactly what he used except that it was not superconcentrate.  It is assumed he purchased a weed and grass product concentrate and would dilute (approximately 1:20) to a 1% concentration.  He reports 5-6 ounces per 2 gallons (the spray volume he needs for that spray day) which would be a diluted 0.5% solution.  These calculations use the 1% spray solution.  Hardeman would dilute the volume (2 gallons) he needed to complete his spray activities for that day and then use a funnel to fill the sprayer.

- Hardeman reports using a 2-gallon hand-held sprayer at Gualala and at Forestville.

- Hardeman has read the Roundup label and reported not spraying when it was windy, cold or prior to a rain storm.  He reports washing his hands right after mixing with a garden hose (water only) and washing with water after spraying and generally take a shower (soap and water) when he was finished with yard-work.

- Hardeman reports that during spraying he might get Glyphosate herbicide solution on a hand (adjusting nozzle), arm (drips from spraying above or from drift) and face (from drift).  He reports that this would occur generally once a year but reported a few years of 2 or three times for a total of 10-times. This evaluation uses 19 spray exposure days.

- Hardeman would spray around his home, fence line, gravel driveway (center and sides/embankments) and drainage channels along the dirt road leading to the water tanks above his residence.  In some areas he would spot spray and some he would area spray.

- Based on the equipment used and a 'spray setting', up to 15 minutes of 'spray-release time' could have occurred per gallon of diluted Glyphosate-containing herbicide.  A 'stream setting' would have only provide about 10 minutes of 'spray-release time'.

Opinion on Exposure of Hardeman to Glyphosate

- Hardeman reports limited spillage occurred during mixing and when asked about total exposure days (which would include dripping and drift) seems to estimate approximately 10 of the 378 total spray days. He generally refers to foam exposure vs. exposure to concentrated herbicide solution. This evaluation assumes he had 19 mixing-related exposures.
- Hardeman would generally wear long pants/cotton jeans and a short-sleeve shirt. He would also wear shoes and socks. He did not typically wear gloves during spraying unless he needed to hold onto a sharp edge and he would then don one glove.

10. Utilize an exposure equation consistent with regulatory guidelines and best practices

A dermal exposure equation was used in this opinion to calculate the dose of Glyphosate received by Hardeman. This equation is presented in ATTACHMENT E and described in the following text.

a. Dermal contact is the major route of exposure to the herbicide during application activities [38]. However, inhalation is also a potential exposure route. Both my own calculations and published evaluations [18, 38, 40, 41] show that any inhalation exposure would be much lower than any dermal exposure. Therefore the total dose calculated in this opinion is considered inclusive of all Hardeman's potential exposures: dermal, inhalation and inhalation. Ingestion of Glyphosate due to herbicide application activities is negligible because Hardeman does not describe any activities that would have led to ingestion exposure associated with his herbicide application.

b. The exposure calculations for dermal exposure to chemical agents represent standard risk assessment practice and are similar to published regulatory guidance [48, 57, 58, 59].

c. The calculations require the use of numerous quantitative parameter values. These values are summarized in the following text:

   i. The diluted Glyphosate solution for spraying is 1% concentration (*i.e.*, 10,000 mg/L). The Glyphosate concentrate is 18% (180,000 mg/L) was purchased and diluted. This is based both on the diluted Glyphosate herbicide product reportedly used by Hardeman and the types of weeds sprayed.

   ii. Based on the type of equipment that Hardeman used and the areas he reported to have sprayed, an estimate of 15 minutes per gallon of actual spray activity (i.e., spray-release time). The duration of 30 minutes at both Gualala and at Forestville on every spray day is used.

Opinion on Exposure of Hardeman to Glyphosate

   iii.   The volume of diluted herbicide spray liquid that deposits on the skin is 0.00001 ml/cm$^2$-hour skin for each spray activity based on contact with airborne liquid particulates (i.e., drift).  This would only happen if Hardeman sprayed into the wind or above himself.  During mixing, Hardeman could have spilled some of the liquid herbicide solution that then came into contact with his skin.  Experiments simulating the amount of liquid on the skin (e.g., due to a pour-related spillage onto the hands) has resulted in an estimated 0.002 ml/cm$^2$ [60] contact rate.

   iv.   The median area of hand exposures to liquid herbicide solution during pouring/mixing is estimated to be 40 cm$^2$.  This is based on laboratory experiments simulating pour-related spillage onto the hands [62].  The surface area of the hands, arms and face is estimated as 2200 cm$^2$.  This is based on the average surface area of an adult male [61].

   v.   The dermal absorption of 2% is used for all the Glyphosate deposited on the skin during spraying and remaining in liquid solution on the skin for 24 hours.

   vi.   A dermal uptake factor is used which assumes that glyphosate herbicide solution remains in liquid form on Hardeman's skin for a given number of hours.  For hand exposures during mixing a duration of 1 hour is used.  For hand, arm and face exposures during herbicide spraying, a duration of 2 hours is used at Gualala and 5 hours is used at Forestville.

   vii.   Based on Hardeman's reported activities, spraying was performed a total of 18 spray days over 2.5 years occurred at his Gualala property and 360 spray days over 24 years at his Forestville property.

   viii.   Hardeman reports a total of 10 spillage and 10 drift exposure days.  These calculations assume both spillage and draft exposures on 5% of Hardeman's total spray days, or 19 total days each type of exposure (0.05 x 378).

   ix.   Hardeman is assumed to weigh 154 lbs.  This is equivalent to 70 Kg.  If he weighted more then his calculated dose would be lower.

   x.   The dose calculations include the duration of the total exposure.  In this evaluation, the value of 9673 days is based on the total number of application years (26.5) multiplied by 365.  The exposure duration ended when Hardeman stopped spraying Glyphosate-containing herbicides.

Opinion on Exposure of Hardeman to Glyphosate

11. Calculate an absorbed dose of Glyphosate for Hardeman

The calculated average daily dose for the period of time that Hardeman was spraying Glyphosate herbicide is $4.6 \times 10^{-7}$ mg/kg-day (or 0.00000046 mg/kg-day). This is the dose that can be compared to the published herbicide applicator doses. The highest dose during the 360 application days in Forestville, which assumes hand exposure during mixing and hand, arm and face exposure during spraying, is also presented and that value is $2.4 \times 10^{-4}$ mg/kg-day (or 0.00024 mg/kg-day).

12. Compare the calculated absorbed dose of Glyphosate for Hardeman to other published applicator doses and other relevant toxicological criteria

It is useful to compare Hardeman's calculated absorbed dose to literature values of human exposures from herbicide spraying activities. Hardeman's absorbed dose is 0.00000046 which is below the lowest end of the modeled absorbed doses presented in Solomon [17] of 0.000001 to 0.064 mg/kg-day.

It is also useful to compare Hardeman's calculated absorbed dose to other published Glyphosate doses. Solomon presents in Figure 3 the various regulatory agency criteria of References Dose/Acceptable Daily Intake (RfD/ADI) ranging from 0.5 to 1.5 mg/kg-day, which are unadjusted for route-specific uptake. These unadjusted regulatory criteria provide appropriate order-of-magnitude comparisons. Hardeman's calculated dose is 5 to 6 orders of magnitude lower than the published RfD/ADI. In addition the Solomon figure includes the range of unadjusted animal doses in toxicological studies which range from 50 to 5400 mg/kg-day. The calculated Hardeman Glyphosate dose is at least 6 orders of magnitude (i.e., 1,000,000-times) lower than these animal doses.

The calculated dose in this opinion can also be compared to cohorts studied in epidemiology studies of herbicide applicators. An example would be Agricultural Health Study results reported by Andreotti [63].

The calculated dose of Glyphosate for Hardeman is below the ranges of exposure discussed above. In addition, the Hardeman calculated dose could be lower by a factor of 10-times due to the overestimates of several exposure parameters discussed above. (See next section)

13. Evaluate the calculated dose of Glyphosate for Hardeman in terms of conservatism

The strategy used in the calculation of exposure to Glyphosate in Hardeman's use of Glyphosate herbicides is that of overestimation. Many of the individual parameters used in the calculation have the effect of increasing the calculated exposure. The calculated doses are likely at least 10-times higher than the actual dose received by the Hardeman. The key contributors to this overestimation include the use of patch-based estimates (10-times), the

Opinion on Exposure of Hardeman to Glyphosate

assumed contact rate of liquid on the skin (1.2-times), dermal absorption of 2% (2-times), the assumed hours of contact (1.2-times), the number of days of skin exposure (2-times) and the use of larger exposure areas (1.5-times).

14. Rebuttals.

Many of the points in my rebuttal to Dr. Sawyer's report in the Stevick case are relevant to the Hardeman case and are considered part of this opinion.

_____   November 27, 2018
Michael J. Sullivan, Ph.D., CIH, REHS

Opinion on Exposure of Hardeman to Glyphosate

ATTACHMENTS:

A-  List of Documents Considered

B-  Resume

C-  List of References Cited

D-  Summary/Timeline of Hardeman Exposure Activities

E-  Dose Calculations for Hardeman

Opinion on Exposure of Hardeman to Glyphosate

**ATTACHMENT A**

**List of Documents Considered**

Opinion on Exposure of Hardeman to Glyphosate

1. "% Total Body Surface Area Burn," http://rrapid.leeds.ac.uk/pRRAPID/assets/images/pRRAPID/E_03_fig1.jpg. Downloaded October 2018.

2. Acquavella, J. et al., *Exposure Misclassification in Studies of Agricultural* Pesticides, 17 Epidemiology 69 (2006).

3. Acquavella, J. et al., *Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study*, 112 Environmental Health Perspectives 321 (2004).

4. Anadon, A. et al., *Toxicokinetics of Glyphosate and its Metabolite Aminomethyl Phosphonic Acid in Rats*, 190 Toxicology Letters 91 (2009).

5. Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 110 Journal of the National Cancer Institute 509 (2018).

6. Australian Pesticides and Veterinary Medicines Authority (APVMA), *Final Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate*, Australian Government (2017).

7. Bleeke, M., *MON 78294: An Applicator Exposure Study Conducted in Spain (Autumn 2005) Using Biomonitoring*, Charles River Laboratories (Oct. 11, 2007).

8. Brewster, D. et al., *Metabolism of Glyphosate in Sprague-Dawley Rats: Tissue Distribution, Identification, and Quantitation of Glyphosate-Derived Materials following a Single Oral Dose*, 17 Fundamental and Applied Toxicology 43 (1991)

9. Cal-EPA, *Exposure of Herbicide Handlers in the Caltrans Vegetation Control Program* 1993-1994.  Report HS-1700 (Apr. 27, 1995).

10. Cal-EPA, *Preliminary Endangerment Assessment Guidance Manual* (Jan.1994, Revised Oct. 2015).

11. Cal-EPA, *Human Health Risk Assessment (HHRA) Note* (Sept. 30, 2014).

12. Chan, P. & J. Mahler, *NTP Technical Report on Toxicity Studies of Glyphosate Administered in Dosed Feed to F344/N Rats and B6C3F Mice*, United States Department of Health and Human Services, Public Health Service, National Institutes of Health (July 1992).

13. Chang, F. et al., *Occurrence and Fate of the Herbicide Glyphosate and Its Degradate Aminomethylphosphonic Acid in the Atmosphere*, 30 Environmental Toxicology and Chemistry 548 (2011).

14. Chu, I. et al., *Skin Reservoir Formation and Bioavailability of Dermally Administered Chemicals in Hairless Guinea Pigs*, 34 Fd. Chem. Toxic. 267 (1996).

15. Coble, J. et al., *An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the Agricultural Health Study*, 8 Int. J. Environ. Res. Public Health 4608 (2011).

16. Connolly, A et al., *Exposure assessment using human biomonitoring for glyphosate and fluroxypyr users in amenity horticulture*, International Journal of Hygiene and Environmental Health (2017).

Opinion on Exposure of Hardeman to Glyphosate

17. Connolly, A. et al., *Characterising Glyphosate Exposures Among Amenity Horticulturists Using Multiple Spot Urine Samples*, 221 International Journal of Hygiene and Environmental Health 1012 (2018).

18. Coronado, G. et al., *Agricultural Task and Exposure to Organophosphate Pesticides Among Farmworkers*, 112 Environmental Health Perspectives 142 (2004).

19. Coronado, G. et al., *Organophosphate Pesticide Exposure and Work in Pome Fruit: Evidence for the Take-Home Pesticide Pathway*, 114 Environmental Health Perspectives 999 (2006) .

20. Cowell, J. and J. Steinmetz, *Assessment of Forest Worker Exposures to Glyphosate During Backpack Foliar Applications of Roundup Herbicide* (Mar. 1990).

21. Cowell, J. and J. Steinmetz, *Assessment of Forestry Nursery Workers Exposure to Glyphosate During Normal Operations* (Feb. 1990).

22. *Cowell, J., Assessment of Forest Worker Exposures to Glyphosate During Backpack Foliar Applications of Roundup® Herbicide* (Mar. 1990).

23. Curwin, B. et al., *Pesticide Contamination Inside Farm and Nonfarm Homes*, 2 Journal of Occupational and Environmental Hygiene 357 (2005).

24. Curwin, B., et al., *Urinary and Hand Wipe Pesticide Levels Among Farmers and Non-Farmers in Iowa*, 15 Journal of Exposure Analysis and Environmental Epidemiology 500 (2005).

25. Curwin, B., et al., *Urinary Pesticide Concentrations Among Children, Mothers and Fathers Living in Farm and Non-Farm Households in Iowa*, 51 Ann. Occup. Hyg. 53 (2007).

26. Davies, D., *360 g/L Glyphosate SL Formulation (MON 76879) – In Vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate* (Aug. 8, 2017).

27. Davies, D., *500 g/L Glyphosate SL Formulation (MON 76952) – In Vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate* (Aug. 2, 2016).

28. Davies, D., *7.2g/L Glyphosate Gel Formulation (MON 76258) – In Vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate* (Apr. 27, 2015).

29. Davies, D., *72g/L Glyphosate Gel Formulation (MON 76829) – In Vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate* (Apr. 16, 2015).

30. Deposition of Edwin Hardeman, *Hardeman v. Monsanto Co.*, No. 3:16-cv-00525-VC (N.D. Cal. Nov. 8, 2018).

31. Deposition of Mary Hardeman, *Hardeman v. Monsanto Co.*, No. 3:16-cv-00525-VC (N.D. Cal. Nov. 8, 2018).

32. Dosemeci, M. et al., *A Quantitative Approach for Estimating Exposure to Pesticides in the Agricultural Health Study*, 46 Ann. Occup. Hyg. 245 (2002).

33. DUPONT, Tyvek® 400 Collared Coverall, Reduced Spray Level of Protection Suit, https://www.grainger.com/product/DUPONT-Collared-Disposable-Coveralls-30F375

34. ECHA, *Opinion: Proposing harmonized classification and labelling at EU level of glyphosate (ISO); N-(phosphonomethyl)glycine*, Committee for Risk Assessment RAC (Mar. 15, 2017).

35. Edmiston, S. et al., *Exposure of Herbicide Handlers in the Caltrans Vegetation Control Program*, Cal. EPA (Apr. 27, 1995), http://www.cdpr.ca.gov/docs/whs/pdf/hs1700.pdf.

36. EFSA, *Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate*, 13 EFSA J. 4302 (2015).

37. EPA Memorandum from Jessica Ryman, Toxicologist, Risk Assessment Branch IV, Health Effects Division on Review of Triple Pack Dermal Absorption Studies for Maxim Quattro to Tony Kish, Fungicide Branch, Registration Division (June 2, 2010).

38. EPA Memorandum from Monique M. Perron, Sc.D., Toxicologist, Risk Assessment Branch 1/Health Effects Division (RAB1/HED; 7509P) on Glyphosate. Draft Human Health Risk Assessment in Support of Registration Review to Caitlin Newcamp, Chemical Review Manager, Pesticide Reevaluation Division (PRD; 7508P) (December 12, 2017).

39. EPA, *Chapter 8 – Body Weight Studies*, in Exposure Factors Handbook (Sept. 2011)

40. EPA, Exposure Factors Handbook 2009 Update: External Review Draft (July 2009), https://cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=209866.

41. EPA, Risk Assessment Forum, *Guidelines for Carcinogenic Risk Assessment* (March 2005)

42. EPA, Integrated Risk Information System (IRIS), *Chemical Assessment Summary of Glyphosate; CASRN 1071-83-6* (1993).

43. EPA, Memorandum from Monique Perron, Sc.D., Toxicologist, Risk Assessment Branch I, Health Effects Division on Glyphosate: Draft Human Health Risk Assessment in Support of Registration Review to Caitlin Newcamp, Chemical Review Manager and Neil Anderson, Branch Chief, Pesticide Reevaluation Division (Dec. 12, 2017).

44. EPA, National Center for Environmental Assessment, *Dermal Exposure Assessment: A Summary of EPA Approaches* (2007).

45. EPA, Office of Emergency and Remedial Response, *Risk Assessment Guidance for Superfund, Volume I, Part A:  Human Health Evaluation Manual* (Dec. 1989).

46. EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Sept. 12, 2016), https://www.regulations.gov/document?D=EPA-HQ-OPP-2016-0385-0094

47. EPA, Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

48. EPA, Office of Superfund Remediation and Technology Innovation,  *Risk Assessment Guidance for Superfund, Volume I, Part E:  Supplemental Guidance for Dermal Risk Assessment* (July 2004).

49. EPA, Office of the Science Advisor, *Recommended Use of Body Weight ¾ as the Default Method in Derivation of the Oral Reference Dose* (2011).

Opinion on Exposure of Hardeman to Glyphosate

50. EPA, Prevention, The Office of Pesticides, and Toxic Substances, *Health Effects Test Guidelines: OPPTS 870.7600 Dermal Penetration* (August 1998).

51. Franz, T., *Percutaneous Absorption on the Relevance of In Vitro Data*, 64 The Journal of Investigative Dermatology 190 (1975).

52. Franz, TJ., *Evaluation of the Percutaneous Absorption of Roundup Formulations in Man Using In-Vitro Technique*, Monsanto Study No. UW-81-346.

53. Frasch, H.F. et al., *Analysis of finite dose dermal absorption data: Implications for dermal exposure assessment*, 24 Journal of Exposure Science and Environmental Epidemiology 66 (2014).

54. Greim, H. et al., *Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies*, 45 Critical Reviews in Toxicology 185 (2015) (and all corresponding study summary tables). (Wood et al., 2009b Data).

55. Hadfield, N., *Glyphosate Acid – In Vitro Absorption Through Abrated Rabbit Skin Using [$^{14}$C]-glyphosate*, Dermal Technology Laboratory Ltd. (Apr. 18, 2012).

56. Hadfield, N., *Glyphosate Acid – In Vitro Absorption Through Abrated Rabbit Skin Using [$^{14}$C]-glyphosate*, Dermal Technology Laboratory Ltd. (Apr. 18, 2012).

57. Health Canada, *Glyphosate Re-evaluation Decision RVD2017-01* (Apr. 28, 2017).

58. Holmgaard, R. and Jesper Bo Nielsen, *Dermal absorption of pesticides – evaluation of variability and prevention*, Danish Ministry of the Environment (2009).

59. Honeycutt, Z. and H. Rowlands, *Glyphosate Testing Report: Findings in American Mother' Breast Milk, Urine and Water* (Apr. 7, 2014), https://d3n8a8pro7vhmx.cloudfront.net/yesmaam/pages/774/attachments/original/1396803706/Glyphosate__Final__in_the_breast_milk_of_American_women_Draft6_.pdf?1396803706.

60. Hoppe, H., *Determination of Glyphosate residues in human urine samples from 18 European countries* (June 6, 2013), https://www.foeeurope.org/sites/default/files/glyphosate_studyresults_june12.pdf.

61. Howe, R. et al., *Metabolism of Glyphosate in Sprague-Dawley Rats-Part II: Identification, Characterization and Quantitation of Glyphosate and its Metabolites after Intravenous and Oral* Administration, Monsanto Report MSL-7206 (1983).

62. IARC, *Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos*, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans (2015).

63. International Research and Development Corporation, *21-Day Dermal Toxicity Study in Rabbits (EPA)*, Monsanto Company (Mar. 10, 1982).

64. Jaehwan, S. et al., *Comparison of International Guidelines of Dermal Absorption Tests Used In Pesticides Exposure Assessment for Operators*, 30 Toxicol. Res. 251 (2014).

65. Japan Food Safety Commission, *Glyphosate Summary*, 4 Food Safety 93 (2016).

66. Japan Food Safety Commission, *Glyphosate Summary*, 4 Food Safety 93 (2016).

67. Jauhiainen, A. et al., *Occupational Exposure of Forest Workers to Glyphosate During Brush Saw Spraying Work*, 52 American Industrial Hygiene Ass'n J. 61 (1991).

68. JMPR, *Joint FAO/WHO Meeting on Pesticide Residues: Summary Report: Acceptable Daily Intakes, Acute Reference Doses, Short-Term and Long-Term Dietary Intakes, Recommended Maximum Residue Limits and Supervised Trials Median Residue Values Recorded by the 2013 Meeting* (Oct. 2013), http://www.fao.org/fileadmin/templates/agphome/documents/Pests_Pesticides/JMPR/2013_JMPR_Summary_Report_Oct_2.pdf.

69. JMPR, *Joint FAO/WHO Meeting on Pesticide Residues: Summary Report* (May 16, 2016), http://www.who.int/foodsafety/jmprsummary2016.pdf.

70. Johnson, P. et al., *Operator Exposure When Applying Amenity Herbicides by All-Terrain Vehicles and Controlled Droplet Applicators*, 49 Ann. Occup. Hyg. 25 (2005).

71. Jonsson, J. et al., *Removal and degradation of glyphosate in water treatment: a review*, 62 Journal of Water Supply: Research and Technology-AQUA 395 (2013).

72. Kramer, R., *Herbicide Applicator Exposure to N-Nitroso-Glyphosate During Application of Roundup Herbicide and Field Re-Entry*, Monsanto Study MSL-0288 (Apr. 1978).

73. Kruger, M. et al., *Detection of Glyphosate Residues in Animals and Humans*, 4 J. Environ. Anal. Toxicol. 1000210 (2014).

74. Lake, R., *Health Risk Assessment: Glyphosate*, Institute of Environmental Science, Report FW14022 (Oct. 2014), https://www.esr.cri.nz/assets/HEALTH-CONTENT/MoH-reports/FW14022-Glyphosate-FINAL-28-Oct-2014.pdf

75. Lavy, T.L. et al., *Conifer Seedling Nursery Worker Exposure to Eglyphosate*, 22 Arch. Environ. Contam. Toxicol. 6 (1992).

76. Lesmes-Fabian, C. et al., *Dermal Exposure Assessment of Pesticide Use: The Case of Sprayers in Potato Farms in the Colombian Highlands*, 430 Science of the Total Environment 202 (2012).

77. Maibach, H., *Summary: Elimination of [14]C-Glyphosate in Rhesus Monkeys Following A Single Dos, & Percutaneous Absorption of [14]C-Glyphosate in Roundup® Formulation in Rhesus Monkeys Following A Single Topical Dose*, University of California School of Medicine (Apr. 1, 1983).

78. Mandel, JS. et al., *Biomonitoring for Farm Families in the Farm Family Exposure Study*, 31 Suppl. Scand J Work Environ Health 98 (2005).

79. Manning, M., *Assessment of Worker Exposure to Glyphosate During Mist Blower Application of Roundup Herbicide* (Nov. 1991).

80. Mesnage, R. et al., *Glyphosate Exposure in a Farmer's Family*, 3 Journal of Environmental Protection 1001 (2012).

Opinion on Exposure of Hardeman to Glyphosate

81. Momesso, J. and J. Machado-Neto, *Effects of Herbicide Spraying Period and Volume on the Safety of Tractor Drivers Spraying Herbicides on Sugarcane (Saccharum spp.) Crop* (Spanish), 21 Planta Daninha, Vicosa-MG 467 (2003).

82. Monsanto Company, *Glyphosate MON 78273 Dossier Annex III According to Directive 91/414/EEC compiled according to OECD guidance: Summary and hazard assessment, Section 3* (June 2009).

83. Monsanto Company, Safety Data Sheet, Commercial Product, Roundup PRO® Herbicide (May 29, 2015), https://s3-us-west-1.amazonaws.com/www.agrian.com/pdfs/Roundup_PRO_Herbicide1a_MSDS1f.pdf

84. Monsanto Company, Safety Data Sheet, Commercial Product, Roundup PRO® Herbicide (Oct. 19, 2015), https://www.homedepot.com/catalog/pdfImages/5e/5e1625e4-fdc1-42fd-a0c1-418da4e0111a.pdf

85. Monteiro-Rivere, N., *Anatomical Factors Affecting Barrier Function*, in *Dermatotoxicology* (Hongbo Zhai and Howard Maibach ed., 6th ed. CRC Press, 2004).

86. Nielsen, J. et al., *Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin*, 299 Arch Dermatol Res 423 (2007).

87. Nielsen, J. et al., *The Usual Suspects – Influence of Physicochemical Properties on Lag Time, Skin Deposition, and Percutaneous Penetration of Nine Model Compounds*, 72 Journal of Toxicology and Environmental Health 315 (2009).

88. Niemann, L., et al., *A Critical Review of Glyphosate Findings in Human Urine Samples and Comparison with the Exposure of Operators and Consumers*, 10 J. Verbr. Lebensm. 3 (2015).

89. OECD, *Guidance Document for the Conduct of Skin Absorption Studies* (Mar. 5, 2004).

90. OECD, *Guidance Notes on Dermal Absorption* (2011).

91. OECD, *Guideline for the Testing of Chemicals - Skin Absorption: in vivo Method* (Apr. 13, 2004), https://ntp.niehs.nih.gov/iccvam/suppdocs/feddocs/oecd/oecdtg428-508.pdf

92. OECD, *Guideline for the Testing of Chemicals* (2004).

93. Oltmanns, J. et al., *Effectiveness of Personal Protective Equipment Against Dermal Exposure-A Comparative Study*, Federal Institute for Occupational Safety and Health (2016) https://www.baua.de/DE/Angebote/Publikationen/Berichte/Gd89.pdf?__blob=publicationFile&v=4.

94. Paustenback, D., *Exposure Assessment*, in Human and Ecological Risk Assessment: Theory and Practice (Dennis J. Paustenbach ed., 2009).

95. Photographs of Edwin and Mary Hardeman's Residence and Property

96. Plaintiff Fact Sheet of Edward Hardeman, *In re Roundup Prods. Liab. Litig.*, No. 16-md-02741-VC (N.D. Cal. Oct. 22, 2018).

97. PubChem, Glyphosate (2018) https://pubchem.ncbi.nlm.nih.gov/compound/glyphosate#section=Top Downloaded January 2018.

Opinion on Exposure of Hardeman to Glyphosate

98. RangerPro® Herbicide Label, Complete Directions for Use, EPA Reg. No. 524-517 (Jan. 2010), www.cdms.net/LDat/ld6FU017.pdf

99. Ridely, W.P.,  *A Study of the Plasma and Bone Marrow Levels of Glyphosate Following Intraperitoneal Administration in the Rat*,  Monsanto Report RSL-83-218 (1983).

100. Ridley, W.P. and Mirly, K., *Volume 1: The Metabolism of Glyphosate in Sprague Dawley Rats – Part 1. Excretion and Tissue Distribution of Glyphosate and Its Metabolites following Intravenous and Oral Administration*, Monsanto Company (Mar. 23, 1988).

101. RoundupPro® Concentrate Label, Complete Directions for Use, EPA Reg. No. 524-529 (Jan. 2010), http://www.monsantoito.com/docs/RoundupProConcentrate_Label.pdf

102. SERA, *Glyphosate Human Health and Ecological risk Assessment Final Report* (Mar. 25, 2011).

103. Smith, S., *240 g/L Glyphosate SL Formulation (MON 79546) – In Vitro Absorption through Human Dermatomed Skin Using [$^{14}$C]-Glyphosate* (Feb. 12, 2014).

104. Smith, S., *7.2 g/L Glyphosate Gel Formulation (MON 76904) – In Vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate* (July 23, 2015).

105. Smith, S., *720 g/kg Glyphosate SG Formulation (MON 79991) – In Vitro Absorption through Human Dermatomed Skin Using [$^{14}$C]-Glyphosate* (Feb. 12, 2014).

106. Solomon, K., *Glyphosate in the general population and in applicators: a critical review of studies on exposures*, 46 Critical Reviews in Toxicology 21 (2016).

107. Sullivan, M., Laboratory experiment simulating liquid spillage onto the hand during the mixing of concentrated herbicide solution (2018).

108. Temple, W., *Review of the Evidence Relating to Glyphosate and Carcinogenicity,* New Zealand Environmental Protection Authority (Aug. 2016).

109. Thongsinthusak, T. et al., *Guidance for the Preparation of Human Pesticide Exposure Assessment Documents*, CAL. EPA (May 4, 1993). http://www.cdpr.ca.gov/docs/whs/pdf/hs1612.pdf

110. Transcript of Proceedings, Volume 17, *Johnson v. Monsanto Co.*, No. CGC-16-550128 (Cal. Super. Ct. S.F. Cty. July 26, 2018 a.m.) (Testimony of Dr. Sawyer only).

111. Transcript of Proceedings, Volume 17, *Johnson v. Monsanto Co.*, No. CGC-16-550128 (Cal. Super. Ct. S.F. Cty. July 26, 2018 p.m.) (Testimony of Dr. Sawyer only).

112. USDA, *Draft EIR Diamond Project - Plumas National Forest Appendix E:  Human Health Risk Assessment*, Forest Service (2006).

113. USDA, *Glyphosate: Herbicide Information Profile*, Forest Service, Pacific Northwest Region (Feb. 1993).

114. Van Burgsteden, J.A., *In vitro percutaneous absorption study with [$^{14}$C]glyphosate using viable rat skin membranes*, TNO Nutrition and Food Research (Jul. 2003).

115. Vanbellingham, C., *Operator Exposure Risk Assessment for MON 78273 Under UK Use Conditions* (June 2003).

Opinion on Exposure of Hardeman to Glyphosate

116. Ward, R., *360 g/L Glyphosate SL Formulation (MON 52276) In Vitro Absorption of Glyphosate Through Human Epidermis*, Dermal Technology Labs. Ltd. (Feb. 19, 2010).

117. Ward, R., *450 g/L Glyphosate SL Formulation (MON 79545) In Vitro Absorption of Glyphosate Through Human Epidermis*, Dermal Technology Labs. Ltd. (Feb. 19, 2010).

118. Ward, R., *480 g/L Glyphosate SL Formulation (MON 79351) In Vitro Absorption of Glyphosate Through Human Epidermis*, Dermal Technology Labs. Ltd. (Feb. 19, 2010).

119. Ward, R.J., *Preliminary Investigation of the In Vitro Absorption of Glyphosate from Three Formulations through Human Epidermis*, Dermal Technology Laboratory Ltd. (Jul. 1, 2009).

120. Wester, C. et al., *In Vitro Percutaneous Absorption of Model Compounds Glyphosate and Malathion from Cotton Fabric into and Through Human Skin*, in *Percutaneous Absorption: Drugs – Cosmetics – Mechanisms – Methodology* 271 (Robert Bronaugh and Howard Maibach ed., 3rd rev. ed., 1999).

121. Wester, R. et al., *Glyphosate Skin Binding, Absorption, Residual Tissue Distribution, and Skin Decontamination*, 16 Fundamental and Applied Toxicology 725 (1991).

122. Wester, R.C. et al., *In Vitro Percutaneous Absorption of Model Compounds Glyphosate and Malathion from Cotton Fabric into and through Human Skin*, 34 Food and Chemical Toxicology 731 (1996).

123. Zaghi, D., et al., *Pesticide Percutaneous Absorption and Decontamination*, in *Marzulli and Maibach's Dermatotoxicology* 317 (Hongbo Zhai, Klaus-Peter Wilhelm and Howard Maibach ed, CRC Press, 7th ed. 2008).

124. Zhai, H. et al., *Skin decontamination of glyphosate from human skin in vitro*, 46 Food and Chemical Toxicology 2258 (2008).

Opinion on Exposure of Hardeman to Glyphosate

# ATTACHMENT B

## Resume of Michael J. Sullivan, Ph.D., CIH, REHS

Opinion on Exposure of Hardeman to Glyphosate

## Summary
**Professor, toxicologist, Certified Industrial Hygienist, Registered Environmental Health Specialist, researcher, human and ecological risk assessor, risk communicator, manager: performs technical projects, manages multidisciplinary teams, develops project strategies, negotiates, communicates with workers and public, and teaches environmental and occupational sciences.**

## Experience

**California State University at Northridge, Northridge, California.  Department of Environmental and Occupational Health**

August 2007 to present, Professor
1992 to 2007, Adjunct Professor and Guest lecturer
<u>Courses include</u>: Risk Analysis, Industrial Hygiene, Epidemiology, Toxicology, Environmental Standards, Hazardous Waste Management, Business Administration, Research Design, Graduate Seminar on Sustainability and Introduction to the Global Environment.
<u>Research includes</u>: the development of human exposure parameters, the use of social media in communication trust and credibility, chemicals in bottled water, the evaluation of noise exposure in children in community activities.
<u>University service</u>:  department-college curriculum, department-college personnel, department-college-university assessment, university public safety, college-university academic technology, department new faculty search

**Independent Consulting in Toxicology, Risk Assessment, Community Outreach and Industrial Hygiene**
April 2007 to present
Providing consulting in the areas of risk assessment, community outreach, industrial hygiene, toxicology and strategic project management for environmental projects in Superfund, RCRA and State/County regulatory programs.  Addressing contaminants that include:

- Petroleum hydrocarbons and Polynuclear Aromatic Hydrocarbons
- Metals
- Dioxins, Polychlorinated Biphenyls and Pesticides
- Solvents and Chlorinated volatile organics
- explosives
- mold

Other projects include expert testimony in the area of dose-reconstruction and exposure evaluation.

**Adjunct Professor of Environmental and Occupational Health, Department of Environmental and Occupational Health, Muhimbili University of Health and Allied Sciences, Dar es Salaam, Tanzania.**
September 2018 to present

Opinion on Exposure of Hardeman to Glyphosate

## Certifications

Certified Industrial Hygienist #8010
Registered Environmental Health Specialist #8709
40-Hour OSHA
(Registered Environmental Assessor, State of California, #00955 – State Program ceased)

## Education

**Post-Doctoral Appointment**, Fellow at the Albert Einstein College of Medicine, Bronx, New York.  1986 to 1987.  Ototoxicity of lead in developing mice.

**Ph.D. in Toxicology**, Toxicology Program, School of Public Health, University of Michigan, March 1986.  Thesis:  *Ototoxicity of Toluene In Rats*

**Masters of Science in Toxicology,** Toxicology Program, School of Public Health, University of Michigan, June 1983.  GPA: 3.8/4.0
Thesis:  *Neurotoxicity of 1,2-diacetyl-hydrazine*

**Bachelors of Science in Environmental Toxicology,** Department of Environmental Toxicology, University of California at Davis, June 1980.  GPA: 3.6/4.0

## Recent Publications and Presentations

Sullivan, M.J.  The Use of Electronic Communication in Community Outreach. Manuscript in preparation.

Sullivan, M.J.  The Precautionary Principle:  Managing Environmental Issues. Manuscript in preparation

Sullivan, M.J.  Developing Parameters for Uncommon Exposure Scenarios.  Journal of Human and Ecological Risk Assessment, 19:2, pp 374-384.  March 2013.

Sullivan M.J. and S. Leavey.  Heavy Metals in Bottled Natural Spring Water.  Journal of Environmental Health,  73:10, pp 8-13.  June 2011

Sullivan, M.J.  Critical Evaluation of California Public Health Goals.  California Journal of Environmental Health, Fall 2009, pp 18-20.

Sullivan, M.J.  Regulating Tap Water and Bottled Water in California.  California Journal of Environmental Health, Spring 2009, pp 15-19.

Sullivan, M.J.  Risk Analysis for the Industrial Hygienist.  December 2012.  Presented at the 2012 California Industrial Hygiene Council Conference in San Diego, CA.

Sullivan, M.J.  The Use of Electronic Communication in Community Outreach.  October 2012.  Presented at the 2012 Joint Technical Symposium, SCAIHA/OCAIHA, Long Beach, CA.

Sullivan, M.J.  Developing Parameters for Uncommon Exposure Scenarios.  June 2012 American Industrial Hygiene Conference and Expo, Indianapolis, IN.

Opinion on Exposure of Hardeman to Glyphosate

Sullivan, M.J.  Risk Assessment Overview, Hazard Identification and Dose-Response Assessment.  Professional Development Course offered at the June 2012 American Industrial Hygiene Conference and Expo, Indianapolis, IN.

Sullivan, M.J.  Evaluating Risks to Children Using the USEPA Assessment Paradigm.  March 2012.  Presented at the 2012 Environmental Health Information partnership Meeting at the National Library of Medicine, Bethesda, MD.

Sullivan, M.J.  Application of the Precautionary Principle to the Workplace.  December 2011.  Presented at the 2011 California Industrial Hygiene Council Conference in San Francisco, CA.

Sullivan, M.J.  Course titled Statistical-Based Sampling Strategies.  May 2011 Southern California Regional Section American Industrial Hygiene Association, Northridge, CA. (ABIH CE credit of 0.5 points.)

Sullivan, M.J. and Sjoblom, C.  Using Statistics to Plan Sampling and Interpret Environmental Data.  Presented at the 60th Annual Educational Symposium of the California Environmental Health Association, Ventura, CA.

Sullivan, M.J. and Newman, J.  The Importance of Selecting Appropriate Background in Environmental Sampling Projects.  Presented at the 60th Annual Educational Symposium of the California Environmental Health Association, Ventura, CA.

Sullivan, M.J.  The Application of the USEPA Risk Assessment Process to Setting Occupational Exposure Standards.  December 2010.  Presented at the 2010 California Industrial Hygiene Council Conference in San Diego, CA.

Sullivan, M.J.  The Importance of Selecting the Appropriate Background Samples in Characterization Studies.  October 2010.  Presented at the 2010 Joint Technical Symposium, SCAIHA/OCAIHA, Long Beach, CA.

Sullivan, M.J.  Use of Monte Carlo Techniques in Evaluating Occupational Exposures: Understanding the Effect of Variation.  May 2010.  Presented at the 2010 American Industrial Hygiene Conference in Denver, CO.

Sullivan, M.J., J. Newman, C. Kao and M. Ansari.  Using Statistical-Based Sampling Strategies to Address Environmental and Occupational Exposures.  May 2010.  Presented at the May 2010 Southern California Regional Section American Industrial Hygiene Association, Northridge, CA.

Sullivan, M.J.  Critical Evaluation of AIHA's A Strategy for Assessing and Managing Occupational Exposures:  Understanding the Effect of Variation.  October 2009. Presented at the 2009 Joint Technical Symposium, SCAIHA/OCAIHA, Long Beach, CA.

Sullivan, M.J.  Understanding Variability in Occupational Sampling.  October 2008. Presented at the 2008 Joint Technical Symposium, SCAIHA/OCAIHA, Long Beach, CA.

Opinion on Exposure of Hardeman to Glyphosate

**Professional Affiliations**

California Department of Public Health, Environmental Health Specialist Registration Committee (responsible for overseeing the CDPH REHS program)

American Industrial Hygiene Association

Southern California Regional Group of the American Industrial Hygiene Association (member and Board member 6 years)

Board Member (3 years) California Industrial Hygiene Association

**Additional Professional Experience**
**McDaniel Lambert, Inc.**
**Venice, California**
February 2003 to April 2007
Principal
Responsible for providing services in the areas of risk assessment, community outreach, industrial hygiene, toxicology and strategic project management for environmental projects in the following regulatory programs:
- Superfund
- RCRA
- State and County oversight

Addressing contaminants that include:
- Petroleum hydrocarbons
- Metals
- Polynuclear Aromatic Hydrocarbons
- Dioxins
- Polychlorinated Biphenyls
- Solvents
- Chlorinated volatile organics
- pesticides


**The Boeing Company, Canoga Park, California**
**Rocketdyne Propulsion and Power,**
**Safety, Health & Environmental Affairs (SHEA)**
July 1994 to January 2003
Toxicologist and Senior Member of Chemical Remediation Team, Worker Safety Team, Hazardous Materials and Employee Health Team, Strategic Planning Team, SHEA Reorganization Team, Leadership Council in Safety, Health & Environmental Affairs

Responsibilities included:

- Team Leader Chemical Remediation Team (8 members), responsible for interface with management and other SHEA Team Leaders; development of team vision statement, process definition and metrics.
- Senior member of Worker Safety Team and Hazardous Materials and Employee Health Team evaluating chemical and physical workplace hazards, implementing solutions, communicating with affected workers.

Opinion on Exposure of Hardeman to Glyphosate

- Project Manager for 2 CERCLA sites including overseeing Remedial Investigation (RI), Health Risk Assessment (HRA), and Engineering Evaluation/Cost Assessment (EECA) with USEPA as lead agency.
- Project Manager for 2 groundwater and soil investigation/remediation projects including site characterization, health risk assessment, site-wide cleanup levels and remediation feasibility study with Los Angeles Regional Water Control Board as lead agency.
- Project Manager for RCRA SWMU closure including characterization study, health risk assessment, and interim measures workplan with DTSC Region 3 as lead agency.
- Project Manager for human and ecological risk assessment for RCRA project involving over 50 SWMUs/AOCs.
- Supporting SHEA risk communication activities including public presentations, written material, interface with the press, communication program strategy, planning and implementation.
- Provide SHEA support in areas of toxicology and toxic tort litigation.

Boeing Recognition/Honors:

- Associate Boeing Technical Fellowship – 2001
- 2000 SHEA Gold Individual Achievement Award
- 2000 SHEA Gold Team Achievement Award
- 1999 Bias for Action Award

**McLaren/Hart Environmental Engineering Corporation, Irvine, California.**
January 1992 to June 1994
Principal Health Scientist/Principal Toxicologist
Manager of Southern California Operations of ChemRisk, the risk assessment division of McLaren/Hart.

Responsibilities included:

- Technical direction of 15 health science professionals in areas of toxicology, risk assessment, environmental investigation and assessment, toxic tort litigation, and product and worker safety.
- Managing day-to-day operations of 15 health science professionals and administrative staff.
- Professional development planning and mentoring of 15 health science professionals
- Marketing of all aspects of environmental services, especially toxicology and risk assessment.
- Strategy development and regulatory negotiation on environmental projects.
- Risk communication, planning public meetings, publishing printed materials
- Interpret results of environmental fate and transport modeling for use in risk assessment.

Opinion on Exposure of Hardeman to Glyphosate

- Leader in integrating disciplines of toxicology, risk assessment, geology, hydrogeology, engineering, and regulatory science.

**Groundwater Technology, Incorporated,** Ventura, California
May 1988 to January 1992
Principal Health Scientist/Principal Toxicologist
Director for Western Regional Operations of Envirologic Data, the risk assessment division of Groundwater Technology,

Responsibilities and experience similar to that at McLaren/Hart.  Staff of 20 health science professionals.

**National Council of the Paper Industry for Air and stream Improvement, Incorporated. New York, New York.**
November 1986 to May 1988
Toxicology Program Manager

Responsibilities included:
- managing and technical oversight of paper industry risk assessments
- coordinated paper industry risk assessment program on dioxin in products, effluents, sludge, and the workplace.
- represented paper industry in regulatory negotiations
- developed research and development programs on dioxin-related issues
- addressed worker and product safety issues for the paper industry
  served as toxicologist to the paper industry

**Albert Einstein College of Medicine, Department of Otolaryngology, Bronx, New York.**
March 1986 to January 1987
Postdoctoral Research Fellow

Research included:
- toxicological effects of heavy metals on the developing mouse otocyst
- characterization of the developing mouse otocyst in vitro
- neurotoxicology

**The University of Michigan School of Medicine, Kresge Hearing Research Institute, Department of Otolaryngology**
1983-1984
Research Assistant

**Southern California Edison, Rosemead, California.**
June 1980 to September 1981
Toxicologist

Opinion on Exposure of Hardeman to Glyphosate

**Additional Teaching Experience**
**University of California at Irvine, Irvine, California**
> Guest lecturer in Course on Environmental Toxicology, 2003

**California State University at San Diego, San Diego, California**
> Guest lecturer in Course on Risk Assessment, 1993 – 1994

**Albert Einstein College of Medicine, Bronx, New York**
> Visiting Assistant Professor of Otolaryngology, 1986

**La Guardia Community College, New York City, New York**
> Adjunct Assistant Professor of Biology, 1986

**University of Michigan, Ann Arbor, Michigan**
> Graduate Teaching Assistant, Department of Chemistry, 1981-1986

**Additional Publications**

> Sullivan, M.J., McDaniel, MF, and R. Siegel.  Using Metrics to Track Community Outreach Progress.  Chemical Engineering Progress, December 2004, pp 34-38.

> Sullivan, M.J.  Ototoxicity.  Encyclopedia of Toxicology.  Academic Press.  2004.

> Sullivan, M.J.  Lubricating Oil.  Encyclopedia of Toxicology.  Academic Press.  2004.

> Sullivan, M.J.  Crude Oil.  Encyclopedia of Toxicology.  Academic Press.  2004.

> Sullivan, M.J..  Using Congener Ratios and Toxicity Equivalence Factors in Evaluating Exposures to Dioxin:  A Proposed Risk Assessment Approach.  2000.  Proceedings of the 20th International Symposium on Halogenated Environmental Organic Pollutants & POPS

> Sullivan, M.J., S. El-Sururi, M.D. Sohn, and S.R. Custance.  SESOIL in Environmental Fate and Risk Modeling.  1997.  *Using SESOIL To Predict Groundwater Concentrations of Petroleum Hydrocarbons*.

> Sullivan, M.J., T.M. Deseran, M.D. Sohn, S. El-Sururi, S.R. Custance, and J. Ryer-Powder.  SESOIL in Environmental Fate and Risk Modeling.  1997.  *Evaluation of Diesel in Soil and Groundwater Using Environmental Fate and Transport Modeling, A SESOIL Case Study*.

> Thomas, K., S.R. Custance, and M.J. Sullivan.  SESOIL in Environmental Fate and Risk Modeling.  1997.  *Development of Remediation Endpoints for Gasolene in soil and Groundwater Using Risk Assessment, Transport andDispersion Models*.

> Ryer-Powder, J.E., S.R. Custance, and M.J. Sullivan.  Proceedings.  October, 1993.  *Determination of References Doses for Mineral Spirits, Crude Oil, Diesel Fuel No. 2,*

Opinion on Exposure of Hardeman to Glyphosate

*and Lubricating Oil*.  68th Annual Technical Conference of the Society of Petroleum Engineers, Houston, Texas.

Kopf, A.C. and M.J. Sullivan.  Hydrocarbon Contaminated Soil and Groundwater, Volume 3.  1993.  *Simulating the Free Phase Fate and Transport of Immiscible Hydrocarbons in Soil*.

Custance, S.R., McCaw, P.A., Kopf, A.C., and M.J. Sullivan.  Journal of Soil Contamination, 1(4):379-386.  1993. *Environmental Fate of the Chemical Mixtures: Crude Oil, JP-5, Mineral Spirits, and Diesel Fuel*.

Sullivan, M.J., P.A., McCaw, C.J. Miller.  Hydrocarbon Contaminated Soil, Volume 1. 1991. *A Method for Incorporating Biodegradation Rates of Benzene Into the Risk Assessment Process*.

Sullivan, M.J., C.J. Miller, S.R. Custance.  Hydrocarbon Contaminated Soil, Volume 1. 1991. *A Risk Assessment for Crude Oil In Residential Surface Soils*.

Sullivan, M.J. Journal of Petroleum Engineers.  January, 1991. *Environmental and Human Health Risk Assessment Methodology for Evaluation of Environmental Contamination of Crude Oil*.

Thomas, K., Custance, S.R. and M.J. Sullivan. Thomas, K., Custance, S.R. and M.J. Sullivan. Hydrocarbon Contaminated Soil and Groundwater, Volume 2.  1991. *Development of Remediation Endpoints for Gasoline in Soils and Groundwater Using Risk Assessment, Transport and Dispersion Models*.

Sullivan, M.J., P.A. McCaw, C.J. Miller.  Soils.  March-April,  1991. *Benzene Degradation...A Closer Look; Incorporating Biodegradation Rates into Risk Assessment*.

Sullivan, M.J., Custance, S.R. and C.J. Miller.  Chemosphere, Vol. 23, Nos. 8-10, 1387-1396,  1991. *Infant Exposure to Dioxin in Mother's Milk Resulting From Maternal Ingestion of Contaminated Fish*.

Tormey, D.R. and M.J. Sullivan.  Proceedings.  October, 1990. *Comprehensive Site Investigation of a Former Agricultural Chemical Facility Defines Public Risk.* Groundwater Association Annual Meeting in Atlanta, Georgia.

Sullivan, M.J., P.A. McCaw, C.J. Miller.  Proceedings.  September, 1990.  *A Method for Incorporating Biodegradation Rates of Benzene into the Risk Assessment Process*. Hydrocarbon Contaminated Soils Conference.  Amherst, Massachusetts.

Sullivan, M.J., C.J. Miller, S. Ruth Custance.  Proceedings.  September, 1990.  *A Risk Assessment for Crude Oil in Residential Surface Soils*.  Hydrocarbon Contaminated Soils Conference.  Amherst, Massachusetts.

Opinion on Exposure of Hardeman to Glyphosate

Sullivan, M.J., P.A. McCaw, R.L. Holmes, S. Sturgenor, C. Sewall. Chemosphere, 1990. Vol. 20, Nos. 10-12. *Multiple Exposure Pathway Risk Assessment for Dioxin at a Bleached Pulp Mill.*

Sullivan, M.J., J.T. Stanford. Chemosphere. 1990. Vol. 20, Nos. 10-12 *Risk Associated with Potential Exposure to Dioxin Through Consumption of Tea Brewed Using Tea Bags Containing Bleached Pulp.*

Keenan, R.E. and M.J. Sullivan. Environmental Science and Technology. 1989. 23(6):643-644. *Assessing Potential Health Risks of Dioxin in Paper Products.*

Sullivan, M.J., R.P. Fisher and W.J. Gillespie. Chemosphere. 1989. Vol. 19:873. *Risk Associated with Potential Dioxin Exposure through Consumption of Coffee Brewed using Bleached Pulp-based Filters.*

Sullivan, M.J., K.E. Rarey and R.B. Conolly. Neurobehav. Toxicol. Teratol., Vol. 10, 525-530, 1989. *Otoxicity of Toluene in Rats.*

Sullivan, M.J., and R.B. Conolly. Environ. Res. 1988. 45:64-70. *Comparison of Blood Toluene Levels After Inhalation and Oral Administration.*

Sullivan, M.J. and R.B. Conolly. Fund. Appl. Toxicol. 1988. 10:109-113. *Dose-responsive Curve for a White Noise Exposure in the Rat.*

Sullivan, M.J. and K.E. Rarey and R.B. Conolly. Hearing Res. 1988. 31:161-168. *Comparative Ototoxicity of Gentamicin in the Guinea Pigs and Two Strains of Rats.*

Sullivan, M.J. NCASI Technical Bulletin. 1988. No. 537. *Risks Associated with the Inhalation of Paperdust in the Workplace.*

Sullivan, M.J. 1988. Significance of the Presence of Dioxin and Furan in Bleached Pulp Mill Effluents and Products, presentation at TAPPI International Bleaching Conference.

Sullivan, M.J. L.E. LaFleur, and W.J. Gillespie. NCASI Technical Bulletin 1988. No. 546. New York 34p. *Assessment of the Risk Associated with Potential Exposure to Dioxin through the Consumption of Coffee Brewed using Bleached Paper Coffee Filters.*

Sullivan, M.J. and T.R. Van De Water. 1987. Effect of Lead on the Development of the 12.5 and 15 Gestation-day Otocyst in Culture. Proceedings of the Mid-winter meeting of the Association for Research in Otolaryngology, Clearwater, Florida.

Sullivan, M.J. and T.R. Van De Water. 1987. Effect of Lead on the Development of the Otocyst in Culture. Proceedings of the 1987 Annual Meeting of the Society of Toxicology, Washington, D.C.

Sullivan, and R.B. Conolly. 1986. Dose-response Curve for a 30-Day White Noise Exposure in the Rat. Proceedings of the Mid-winter Meeting of Association for research in Otolaryngology, Clearwater, Florida.

Opinion on Exposure of Hardeman to Glyphosate

Sullivan, M.J. and R.B. Conolly.  1986. Comparison of Blood Toluene Levels from Oral and Inhalation Routes of Exposure.  Proceedings of the Annual Meeting of the Society of Toxicology, New Orleans, Louisiana.

Sullivan, M.J., K.E. Rarey and R.B. Conolly.  1985. Ototoxicity of Toluene. Proceedings of the Mid-winter meeting of Association for Research in Otolaryngology, Clearwater, Florida.

Sullivan, M.J., K.E. Rarey and R.B. Conolly.  1985.  Comparative Ototoxicity of Gentamicin in Sprague-Dawley and Fisher-344 Rats. Proceedings of the Annual Meeting of the Society of Toxicology, San Diego, California.

Sullivan, M.J., K.E. Rarey and R.B. Conolly.  1984.  Ototoxicity of Toluene. Proceedings of the Annual Meeting of Federation of American Societies for Experimental Biology, St. Louis, Missouri

Sullivan, M.J., K.E. Rarey and R.B. Conolly.  1984.  Effects of Nephrotoxicants on the Inner Ear.  Proceedings of the Annual Meeting of the Society of Toxicology, Atlanta, Georgia.

## Selected Presentations

Sullivan, M.J.  Understanding Your Workers Through Outrage.  Presented at the 2005 American Industrial Hygiene Association Meeting, Anaheim, California.

Sullivan, M.J..  Using Congener Ratios and Toxicity Equivalence Factors in Evaluating Exposures to Dioxin:  A Proposed Risk Assessment Approach.  2000.  20th International Symposium on Halogenated Environmental Organic Pollutants & POPS, Monterrey, California.

Sullivan, M.J., 1997.  Annual Conference International Facility Management Association, Los Angeles, California.  Negotiating the Environmental Mine Field.

Sullivan, M.J.  1995.  Annual Conference for Society for Risk Analysis, Honolulu, Hawaii.  Site-Wide Strategy for Large Sites.

Ryer-Powder, J.E., Sohn, M.D., Custance, S.R. and M.J. Sullivan.  1993.  Petroleum Hydrocarbons Conference, National Ground Water Association, Houston, Texas. Environmental and Human Health Concerns of Crude Oil.

Sohn, M.D., Custance, S.R. and M.J. Sullivan.  1993.  Petroleum Hydrocarbons Conference, National Ground Water Association, Houston, Texas.  Risk Assessment Case Study of a Diesel-Contaminated Site.

Ryer-Powder, J.E., S.R. Custance, and M.J. Sullivan,  1993.  68th Annual Technical Conference of the Society of Petroleum Engineers, Houston, Texas.  Determination of References Doses for Mineral Spirits, Crude Oil, Diesel Fuel No. 2, and Lubricating Oil.

Sohn, M.D., Custance, S.R. and M.J. Sullivan.  1993.  Contaminated Soils Conference, Amherst, Massachusetts.  Risk Assessment Case Study Using SESOIL to Evaluate a Diesel-Contaminated Site.

Sohn, M.D., Custance, S.R. and M.J. Sullivan, and S. Sururi.  1993.  Contaminated Soils Conference, Amherst, Massachusetts.  Sensitivity Analysis of SESOIL Input Parameters in the Evaluation of a Petroleum Hydrocarbon-Contaminated Site.

Sullivan, M.J.  1992.  Annual Conference for Society for Risk Analysis, San Diego, California.  Risk-Based Investigations of Contaminated Sites.

Custance, S.R. and M.J. Sullivan.  1992.  Annual Conference for Society for Risk Analysis, San Diego, California.  Case Study of a Risk Assessment for a Pesticide-Contaminated Superfund Site.

Sullivan, M.J. and T.J. Stanford.  1992.  Annual Conference Society of Toxicology, Seattle, Washington.  Structure-Activity Relationship for Substituted Furans.

Sullivan, M.J., S.R. Custance and P.A. McCaw.  1992.  Annual Conference Society of Toxicology, Seattle, Washington.  Toxicity of Petroleum Mixtures.

Sullivan, M.J., Custance, R.C. and J.T. Stanford.  1991.  Society Risk Analysis, Baltimore, Maryland.  Determination of Allowable Risk for Occupations Exposures: A Comparison of TLVs and Standard "De Minimis" Risk Levels.

Sullivan, M.J., Custance, R.C. and J.T. Stanford.  1991.  Society Risk Analysis, Baltimore, Maryland.  Estimation of Soil Incidental Ingestion Rates based on "Transfer Event" Methodology.

Sullivan, M.J. and R.C. Custance.  1991.  Society Risk Analysis, Baltimore, Maryland.  Evaluation of the Toxicity of Petroleum Mixtures:  Diesel Fuel, Jet Fuel, Mineral Spirits and Crude Oil.

Custance, R.C., Stanford, S.T. and M.J. Sullivan.  1991.  Society Risk Analysis, Baltimore, Maryland.  Risk Assessment of a Scrape metal Recycling Facility.

Sullivan, M.J.  1991.  Military Environmental Contamination Conference, Denver, Colorado.  Risk Assessment of a JP-5 Spill From a Broken Pipeline.

Thomas, K., S.R. Custance, M.J. Sullivan.  1991.  Military Environmental Contamination Conference, Denver, Colorado.  Development of Remediation Endpoints for Gasoline in Soils and Groundwater Using Risk Assessment, Transport and Dispersion Models.

Sullivan, M.J.  1991.  The Use of Risk Assessment in Remedial Action Plans Addressing Subsurface Contamination at Retail Service Stations.  1991 Conference of Environmental Compliance, San Diego, California.

Opinion on Exposure of Hardeman to Glyphosate

Thomas, K., S.R. Custance, M.J. Sullivan.  1991.  Hydrocarbon Contaminated Soils Conference, Newport Beach, California.  Development of Remediation Endpoints for Gasoline in Soils and Groundwater Using Risk Assessment, Transport and Dispersion Models.

Sullivan, M.J.  1991.  SOT Annual Meeting, Dallas, Texas.  Methodology for Setting Risk-Driven Remedial Goals in a Multi-Scenario, Multi-Chemical Risk Assessment.

Sullivan, M.J., J.T. Stanford, C. Wright, S.P. McDonald.  1990.  Signet Armorlite, San Marcos Compliance with AB2588, The California Air Toxic "Hot Spots" Identification and Assessment Act - A Case History, 1990 Conference of Environmental Compliance, San Diego, California.

Sullivan, M.J., S.R. Custance, C.J. Miller.  1990.  Infant Exposure to Dioxin in Mother's Milk Resulting from Maternal Ingestion of Contaminated Fish.  Workshop on Principals of Route-to-Route Extrapolation for Risk Assessment, Hilton Head, South Carolina.  Also presented at Dioxin '90, Bayreuth, Germany.

Sullivan, M.J., S.R. Custance, C.J. Miller.  1990.  Infant Exposure to Dioxin in Mother's Milk Resulting from Maternal Ingestion of Contaminated Fish.  Dioxin '90, Bayreuth, Germany.

Sullivan, M.J., J.T. Stanford.  1990  A Human Health Risk Assessment for Crude Oil; Human Health Risk Assessment Under AB2588 for Air Emissions of Acetone, Freon 113, and Methylene Chloride.  Ensol '90, Santa Clara, California.

Sullivan, M.J., J.R. Hatherill.  1990.  Environmental and Human Health Risk Assessment Methodology for the Evaluation of Environmental Contamination of Crude Oil.  Society of Petroleum Engineers 65th Annual Conference, New Orleans, Louisiana.

Sullivan, M.J., C.J. Miller, P.A. McCaw.  1990.  A Methodology for Utilizing Information on the Environmental Half-Life of Benzene for Setting Allowable Residual Concentrations in Soil.  Fifth Annual Conference for Hydrocarbon Contaminated Soils, Amherst, Massachusetts.

Sullivan, M.J., C.J. Miller, S.R. Custance.  1990.  A Risk Assessment for Crude Oil in Residential Surface Soils, Fifth Annual Conference for Hydrocarbon Contaminated Soils, Amherst, Massachusetts.  Also presented at the Society of Toxicology Annual Meeting, Miami, Florida.

Sullivan, M.J., C.J. Miller, S.R. Custance.  1990.  A Risk Assessment for Crude Oil in Residential Surface Soils.  Society of Toxicology Annual Meeting, Miami, Florida.

Sullivan, M.J., P.A. McCaw, C.J. Miller.  1990.  A Method for Screening Exposure Pathways at Sites Contaminated with Multiple Chemicals.  Society of Risk Analysis Annual Meeting, New Orleans, Louisiana.

Opinion on Exposure of Hardeman to Glyphosate

Sullivan, M.J., J.T. Stanford, S.R. Custance.  1990.  Quantification of Non-Cancer Health Risks from exposure to Facility Air Emissions of Acetone, Freon 113 and Methylene Chloride.  Society of Risk Analysis Annual Meeting, New Orleans, Louisiana.

Sullivan, M.J., C.J. Miller, J.T. Stanford, P.A. McCaw.  1990.  Setting Initial Safe Concentrations in an Unused Perched Zone to Protect a Drinking Water Aquifer.  Society of Risk Analysis Annual Meeting, New Orleans, Louisiana.

Sullivan, M.J., S.R. Custance.  1990.  Development of Crude Oil Carcinogenic Potencies for Oral and Dermal Exposure to Crude Oil.  Society of Toxicology Annual Meeting, Miami, Florida.

Sullivan, M.J.  1990.  Sulfur Dioxide: Interpretation and Use of Toxicity Data, Unocal Santa Maria Refinery, Arroyo Grande, California.

Sullivan, M.J.  1989.  A Risk Assessment Study at a Hazardous Waste Site.  Site Assessment and Mitigation at Hazardous Waste Sites, A Third Research Update.  San Diego, California.

Sullivan, M.J.  1989.  Health Risk Assessment in Remediation.  On-Site Groundwater and Soil Remediation.  Long Beach, California.

Sullivan, M.J. 1989.  Risk Associated with Potential Exposure to Dioxin through Consumption of Tea Brewed Using Tea Bags Containing Bleached Pulp.  Ninth International Symposium on Chlorinated Dioxins and Related Compounds, (Dioxin '89).  Toronto, Ontario, Canada.

Sullivan, M.J.  1989.  Multiple Exposure Pathway Risk Assessment for Dioxin at a Bleached Pulp Mill.  Ninth International Symposium on Chlorinated Dioxins and Related Compounds, (Dioxin '89).  Toronto, Ontario, Canada.

Sullivan, M.J.  1989.  Using Human Health Risk Assessment in Environmental Remediation.  Department of Environmental Quality, State of Oregon.

Sullivan, M.J.  1989.  Using Human Health Risk Assessment in Environmental Remediation.  Department of Environmental Conservation, State of Alaska.

Sullivan, M.J. 1989. Using Human Health Risk Assessment in Environmental Remediation.  Arizona Department of Environmental Quality.

Sullivan, M.J. 1989. Using Human Health Risk Assessment in Environmental Remediation.  Environmental Health Services, County of San Diego.

Sullivan, M.J. 1989. Using Human Health Risk Assessment in Environmental Remediation.  Environmental Health Department, County of Ventura.

Sullivan, M.J. 1989. Using Human Health Risk Assessment in Environmental Remediation.  County Care Agency, Public Health, County of Orange, California.

Opinion on Exposure of Hardeman to Glyphosate

Sullivan, M.J. 1989. Using Human Health Risk Assessment in Environmental Remediation.  Department of Environmental Quality, State of Wyoming.

Sullivan, M.J. 1989. Using Human Health Risk Assessment in Environmental Remediation.  California Regional Water Quality Control Board - Central Coast Region, San Luis Obispo, California.

Sullivan, M.J. 1989. Using Human Health Risk Assessment in Environmental Remediation.  Central Valley Regional Water Quality Control Board, Fresno, California.

Sullivan, M.J. 1989. Using Human Health Risk Assessment in Environmental Remediation.  Groundwater/Underground Storage Tank Program, Environmental Improvement Division, State of New Mexico.

Sullivan, M.J. 1989. Using Human Health Risk Assessment in Environmental Remediation.  Washington State Department of Social and Health Services, State of Washington.

## Key Project Experience

- CERCLA site in mid-west, managed Remedial Investigation, Health Risk Assessment, and Engineering Evaluation/Cost Assessment with USEPA as lead agency.  Site soil and groundwater contaminated with chlorinated solvents, aromatic solvents, pesticides, polynuclear aromatic hydrocarbons and heavy metals.

- Manufacturing site in Los Angeles, managed site characterization, health risk assessment, site-wide cleanup levels and remediation feasibility study with Los Angeles Regional Water Control Board as lead agency.  Site soils and groundwater contaminated with chlorinated solvents, petroleum hydrocarbons and heavy metals.

- Rocket engine test facility, managed human and ecological risk assessment for RCRA project involving over 50 SWMUs/AOCs with DTSC Region 3 as lead agency.  Site soils and groundwater contaminated with chlorinated solvents, aromatic solvents, petroleum hydrocarbons, polynuclear aromatic hydrocarbons, dioxin compounds, heavy metals, and explosives.

- Performed national and international risk assessments on hydrocarbon contamination in soil and groundwater.

- Used human health risk assessments to set remedial cleanup levels for sites contaminated with heavy metals, chlorinated solvents, and pesticides and petroleum hydrocarbons.

- Evaluated the toxicity of complex petroleum mixtures, i.e. diesel fuel, mineral spirits, jet fuel, and established criteria for exposure to these mixtures.

Opinion on Exposure of Hardeman to Glyphosate

- Evaluated the toxicity of crude oil and utilized mathematical modeling to estimate both oral and dermal cancer slope factors from animal data.

- Conducted and guided the completion of a Superfund Public Health and Environment Evaluation for a CERCLA site contaminated with chlorinated pesticides. Contaminated matrices included soil, groundwater, sediment, and surface water.

- Conducted and guided a risk assessment to set closure guidelines for a RCRA site closure of organic chemicals in soil and groundwater.

- Performed a toxicological evaluation of a substituted furan compound and established human exposure criteria based on quantitative structure-activity relationships.

- Completed numerous air toxics risk assessments to comply with California AB2588. Projects included meetings and negotiations with regulatory authorities and community presentations. Chemicals evaluated include chlorinated solvents, aromatic and aliphatic hydrocarbons, metals, and inorganic compounds.

- Completed numerous risk assessments to comply with California Proposition 65. Matrices evaluated include air and water emissions, worker exposures, consumer products and food products. Chemicals evaluated include dioxin, heavy metals, solvents, and aromatic hydrocarbons.

- Conducted and guided a risk-based closure of a property adjacent to a pesticide formulating site and negotiated with California Department of Health Services acceptance of property development plans for the owner. Chemicals evaluated included ethylene dibromide, dichlorobromopropane, dichloropropane in soil and groundwater.

- Completed risk-based regulatory closure of several BTEX-contaminated sites through the use of risk assessments on potential exposures and extensive environmental fate and transport modeling.

- Negotiated regulatory acceptance of no-action alternative for a metal recycling yard contaminated with PCBs, heavy metals, and chlorinated solvents. Exposures included both on-site worker exposures and off-site residential exposures.

- Developed a pharmacokinetic model for the uptake and transfer of large organic compounds from environmental matrices through human breast milk to infants. The model was subsequently used in risk assessments on dioxin-contaminated land.

- Developed methodology for the setting of risk-based remedial cleanup levels for sites which have multiple chemical exposures through multiple pathways.

- Developed methodology for the estimation of incidental ingestion rates of soil through dermal soil contact based on transfer-events rather than default daily uptake rates. The method was used in a Superfund risk assessment to establish baseline risk and set risk-based cleanup levels.

Michael J. Sullivan, Ph.D., CIH, REHS
November 27, 2018

Page **39** of **52**

Opinion on Exposure of Hardeman to Glyphosate

- Developed methodology for the screening of both chemicals and exposure pathways in a risk assessment for a site contaminated with multiple chemicals and having multiple potential exposure pathways.

- Conducted and guided a risk assessment on dioxin in effluent from several pulp and paper mills.  The contaminated environmental matrices included effluent discharge into major California rivers (fish and sediment), land application of effluent (soil, crops, feed and wildlife), land application of sludge (crops, feed, home garden use) groundwater, and airborne emissions.

- Completed a risk assessment on a residential development built on soil contaminated with crude oil.  The assessment developed toxicological criteria for exposure to crude oil and established a cleanup level.  The neighborhood was remediated to the proposed levels to the satisfaction of both the regulatory authority and the property owners.

- Completed a risk assessment on crude oil contamination at a former storage facility.  The site was slated for development and had crude oil contamination in both the surface, Vadose, and saturated zones.  Risk-based cleanup levels that were protective of future receptors were developed.

- Completed a risk assessment on crude oil contamination beneath a residential intersection.  Evaluated both migration of chemicals to groundwater and vapor migration to the surface.  The risk assessment supported the no-action alternative.

- Completed a risk assessment on diesel contamination of a drinking water aquifer.  The assessment evaluated the toxicity of diesel and established safe exposure levels.  The assessment also evaluated initial release estimates of over 150,000 gallons and rejected those estimates based on environmental fate modeling resulting in revised estimates of 38,000 gallons.  The risk assessment supported the closure of the site and turning off remediation equipment.

- Completed a risk assessment on benzene-contaminated soil which was unsuccessfully remediated.  The site was slated for hotel development and the property transfer was dependent on the on-site use of the contaminated soil.  The risk assessment supporting the on-site use of the benzene-contaminated soil received regulatory approval and construction proceeded on schedule.

- Completed a risk assessment on BTEX contaminated soil and groundwater which received regulatory approval for site closure with monitoring even though BTEX levels in groundwater were hundreds of times higher than MCLs.  The risk assessment also evaluated indoor vapor levels and concluded that contaminated soil from beneath the building may remain in place.

- Provided risk communication support in the form of a public meeting regarding sulfur dioxide emissions from a refinery.  The meeting consisted of discussion on both the toxicity of sulfur dioxide and exposure levels and fielding questions from the public regarding alleged health effects.  The meeting resulted in the community fears being addressed and improvement in relations between the refinery and the public.

Opinion on Exposure of Hardeman to Glyphosate

- Provided negotiation and toxicological support to a manufacturing client in a suit between the State Attorney General and a manufacturer regarding warning requirements under California Proposition 65.

- Completed numerous risk assessments on potential exposure to dioxin in personal care products, food products, sludge, and effluents.  These assessments estimated both baseline risk and set allowable "safe" dioxin levels.

- Completed a risk assessment for fiberboard and woodboard manufactures regarding offgassing of formaldehyde from the use of formaldehyde-based adhesives.  The risk assessment addressed whether warning requirements, as specified under California Proposition 65, should be attached to these products.  The assessment included the evaluation of formaldehyde pharmacokinetic and biochemical data to estimate a cancer slope factor.  The assessment supported the conclusion that no warning was necessary for this product.

- Provided support in the design of a site investigation of acidic sludge deposits at a refinery.  The number of borings was based on the evaluation of the relationship between the size of the sludge deposit and potential groundwater contamination.

## References

Available Upon Request.

Opinion on Exposure of Hardeman to Glyphosate

**ATTACHMENT C**

**References Cited**

Opinion on Exposure of Hardeman to Glyphosate

1. Monsanto, 2015.  Safety Data Sheet for RangerPro.

2. PubChem, 2018.  Glyphosate.  .  Downloaded January 2018.

3. Acquavella, J., Alexander B, Mandel, J., Gustin, C., Baker, B., Chapman, P. and M Bleeke.  2004.  Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study.  Environmental Health Perspectives, Vol 112:3 p 321-326

4. Connolly A, Jones K, Galea K, Basinas J, Kenny L, McGowan P and M Coggins, 2017.  Exposure assessment using human biomonitoring for glyphosate and fluroxypry users in amenity horticulture.  Int Journal of Hygiene and Environmental Health, 13100.

5. Cowell, J and J. Steinmetz.  1990b.  Assessment of Forest Worker Exposure to Glyphosate During Normal Operations.  Monsanto Laboratory Project MSL-9655

6. Kramer RM, 1978.  Herbicide Applicator Exposure to N-Nitroso-Glyphosate During Application of Roundup Herbicide and Field Re-Entry.  Monsanto Study MSL-0288.

7. Mesnage R et al.  2012.  Glyphoate Exposure in a Farmers Family.  Journal of Environmental Protection, 3: 1001-1003

8. Cowell, J and J. Steinmetz.  1990a.  Assessment of Forest Worker Exposures to Glyphosate During Backpack Foliar Applications of Roundup Herbicide.  Monsanto Study MSL-9656.

9. Manning, JM. 1991.  Monsanto Study MSL-10904.  Assessment of Worker Exposure to Glyphosate During Mist Blower Application of Roundup Herbicide.-Summary

10. Bleeke, MS. 2007.  Monsanto Study MSL-0019888.  MON 78294: An Applicator Exposure Study Conducted in Spain Using Biomonitoring.

11. Lesmes-Fabian, C. et al. 2012.  Dermal Exposure Assessment of Pesticide Use: The Case of Sprayers in Potato Farms in the Colombian Highlights.  Science of the Total Environment 202.

12. Mandel JS, Alexander BH, Baker, BA, Acquavella JF, Chapman P and R Honeycutt.  2005.  Biomonitoring for Farm Families in the Farm Family Exposure Study.  Scan J Work Environ Health, 31 supple 1, 98-104

13. Acquaavella JF, Alexander, BH, Mandel, JS Burns, CJ and C Gustin.  2006.  Exposure Misclassification in Studies of Agricultural Pesticides.  Insights from Biomonitoring.  Epidemiology, 17:1.  69-74.

14. Johnson et. al., 2005.  Operator Exposure When Applying Amenity Herbicides by All-Terrain Vehicles and controlled Droplet Applicators.  Ann Occup Hyg, 49 (1).

15. Lavy et.al., 1992.  Conifer Seedling Nursery Worker Exposure to Glyphosate.  Arch Environ. Contam. Toxicol, 22 (6).

16. Niemann L, Sieke, C, Pfeil, R and R Solecki.  2015.  A Critical Review of Glyphosate Findings in Human Urine Samples and Comparison with the Exposure of Operators and Consumers.  J Verbr Lebensm, 10:3-12

17. Solomon, 2016.  Glyphosate in the general population and in applicators:  a critical review of studies on exposures.  Critical Reviews in Toxicology, 46 (S1).

18. Jauhiainen et. al., 1991.  Occupational Exposure of Forest Workers to Glyphosate During Brush Saw Spraying Work.  Am Ind Hyg Assoc J., 52(2).

19. Franz TJ.  1983.  Evaluation of the Percutaneous Absorption of Roundup Formlations in Man Using In-Vitro Technique. Monsanto Study No. UW-81-346.

20. Monsanto, 2010a.  Report MSL0022572.  Preliminary Investigation of the in vitro Absorption of Glyphosate through Human Epidermis

21. Monsanto, 2010b.  Report MSL0022575.  480 g/L Glyphosate SL Formulation (MON 79351) In vitro Absorption of Glyphosate through Human Epidermis.

22. Monsanto, 2010c.  Report MSL0022574.  360 g/L Glyphosate SL Formulation (MON 79351) In vitro Absorption of Glyphosate through Human Epidermis.

23. Monsanto, 2010d.  Report MSL0022573. 450 g/L Glyphosate SL Formulation (MON 79351) In vitro Absorption of Glyphosate through Human Epidermis

24. Monsanto, 2014a.  Report JV2260-REG.  240 g/L Glyphosate SL Formulation (MON 79546)-In vitro Absorption through Human Dermatomed Skin using 14-C Glyphosate. Final Report.

25. Monsanto, 2014b.  Report JV2261-REG.  720 g/L Glyphosate SL Formulation (MON 79546)-In vitro Absorption through Human Dermatomed Skin using 14-C Glyphosate. Final Report.

26. Monsanto, 2015a.  Report JV2321-REG.  72 g/L Glyphosate Gel Formulation (MON 76829)-In vitro Absorption through Human Dermatomed Skin using 14-C Glyphosate. Final Report.

27. Monsanto, 2015b.  Report JV2322-REG.  7.2 g/L Glyphosate Gel Formulation (MON 76258)-In vitro Absorption through Human Dermatomed Skin using 14-C Glyphosate. Final Report.

28. Monsanto, 2015c.  Report JV2325-REG.  7.2 g/L Glyphosate Gel Formulation (MON 76904)-In vitro Absorption through Human Dermatomed Skin using 14-C Glyphosate. Final Report.

29. Monsanto, 2016.  Report JV2363-REG.  500 g/L Glyphosate SL Formulation (MON 76952)-In vitro Absorption through Human Dermatomed Skin using 14-C Glyphosate. Final Report.

30. Monsanto, 2017.  Report JV2386-REG.  360 g/L Glyphosate SL Formulation (MON 76879)-In vitro Absorption through Human Dermatomed Skin using 14-C Glyphosate. Final Report.

31. Nielsen J, Sorensen J and F Nielsen, 2009.  The Usual Suspects-Influence of Physicochemical Properties on Lag Time, Skin Decontamination, and Percutaneous Penetration of Nine Model Compounds.  Journal of Toxicology and Environmental Health, Part A, 72.

32. Wester, R, Melendres J, Sarason R, McMaster J and H Maibach, 1991.  Glyphosate Skin Binding, Absorption, Residual Tissue Distribution and Skin Decontamination. Fundamental and Applied Toxicology, 16.

Opinion on Exposure of Hardeman to Glyphosate

33. Wester R, Quan D, and H Maibach, 1996. In Vitro Percutaneous Absorption of Model Compounds Glyphosate and Malathion from Cotton Fabric into and Through Skin. Food and Chemical Toxicology, 34.

34. Nielsen J, Neilsen F and JA Sorensen. 2007. Defense Against Dermal Exposures is Only Skin Deep: Significantly Increased Penetration Through Slightly Damaged Skin. Arch Dermatol Res 299: 423-431

35. Monsanto, 2012. Report JV21872-REG. Glyphosate acid-In vitro Absorption through Abraded Rabbit Skin using 14-C Glyphosate. Final Report.

36. Van Burgsteden JA. 2003. In vitro percutaneous absorption study with [14C]Glyphosate in viable rat skin membrane. TNO_report V4478 for Monsanto, Europe.

37. Maibach, H. 1983. Elimination of 14-C-Glyphosate in rhesus Monkeys Following a Single Dose and Percutaneous Absorption of 14-C_Glyphosate in Roundup Formulation in Rhesus Monkeys following a Single Topical Dose. Study No. MA-81-349

38. IARC 2015. IARC Monograph 112, Glyphosate.

39. Lake, R. 2014. Health Risk Assessment: Glyphosate. Report by the Institute of Environmental Science and Research Limited for the Ministry of Health. Report FW14022.

40. SERA, 2011. Glyphosate Human Health and Ecological risk Assessment Final Report. Submitted to USDA March 25, 2011.

41. USDA, 2006. Forest Service, USDA Draft EIR Diamond Project, Plumas National Forest. Appendix E: Human Health Risk Assessment.

42. USEPA 2017. Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. EPA's Office of Pesticide Programs, December 12, 2017.

43. EFSA 2015. Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate. European Food Safety Authority Journal 13(11).

44. FSCJ 2016. Glyphosate Summary. Food Safety Commission of Japan. Published online 9-20-2016.

45. Australian Pesticides and Veterinary Medicines Authority 2017. Final Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate

46. Organization for Economic Cooperation and Development (OECD) 2004a. OECD Guideline for the Testing of Chemicals. Skin Absorption: in vivo Method. Adapted 04-13-2004

47. OECD 2004b. Guidance Document for the Conduct of Skin Absorption Studies. OECD Series on Testing and Assessment, No. 28. 03-05-2004

48. Cal-EPA, 1993. Guidance for the Preparation of Human Pesticide Exposure Assessment Documents. May 4, 1993

49. Anadon A, Martinez-=Larranaga MR, Martinez MA, Castello VJ, Martinez M., Martin MT, Nozal MJ and JL Bernal, 2009. Toxicokinetics of Glyphosate and its metabolite aminomethyl phosphonic acid in rats. Toxicology Letters, 190: 91-95.

Opinion on Exposure of Hardeman to Glyphosate

50. Brewster DW, Warren J and WE Hopkins, 1991.  Fundamental and Applied Toxicology, 17:43-51.

51. Ridley, WP.  1988.  Volume 1:  The Metabolism of Glyphosate in Sprague-Dawley Rats-Part I.  Excretion and Tissue Distribution of Glyphosate and its Metabolites Following Intravenous and Oral Administration.  Monsanto MONGLY00148193 And MONGLY00148223

52. Ridley, WP.  1983.  A Study of the Plasma and Bone Marrow Levels of Glyphosate Following Intraperitoneal Administration in the Rat.  Monsanto Report RSL-83-218. (Study Summary)

53. Howe, RK, Choti, RC and RH McClanahan.  1983.  Metabolism of Glyphosate in Sprague-Dawley Rats-Part II.  Identification, Characterization and Quantitation of Glyphosate and its Metabolites after Intravenous and Oral Administration.  Monsanto Report MSL-7206.

54. Oltmanns, J. et al.  2016.  Effectiveness of Personal Protective Equipment Against Dermal Exposure-A Comparative Study.  Federal Institute for Occupational Safety and Health. https://www.baua.de/DE/Angebote/Publikationen/Berichte/Gd89.pdf?__blob=publication File&v=4.

55. Hardeman 2018.  Data Sheet produced for purposes of litigation.

56. Hardeman 2018.  Transcripts of deposition

57. Cal-EPA, 2015.  Preliminary Endangerment Assessment Guidance Manual, Revised October 2015.

58. USEPA 1989.  Risk Assessment Guidance for Superfund, Volume I, Part A:  Human Health Evaluation Manual

59. USEPA 2004.  Risk Assessment Guidance for Superfund, Volume I, Part E: Supplemental Guidance for Dermal Risk Assessment.

60. USEPA 2011.  Pages from the Exposure Factors handbook.  Page 7-57

61. http://rrapid.leeds.ac.uk/pRRAPID/assets/images/pRRAPID/E_03_fig1.jpg.  Downloaded October 2018.

62. Sullivan, MJ 2018.  Laboratory experiment simulating liquid spillage onto the hand during the mixing of concentrated herbicide solution.

63. Andreotti G, Koutros S, Hofmann, JN, Sandler DO, Lubin JH, Lynch CF, Lero, CC, Dr Roos AJ, Parks CG, Alavanja MC, DT Silverman and LEBeane Freeman, 2018. Glyphosate Use and Cancer Incidence in the Agricultural Health Study.  J Natl Cancer Inst, 110(5).

Opinion on Exposure of Hardeman to Glyphosate

**ATTACHMENT D**

**TIMELINE OF PLAINTIFF GLYPHOSATE HERBICIDE USE**

Opinion on Exposure of Hardeman to Glyphosate

**Timeline of Hardeman Herbicide Spray Activities**

| YEAR | NUMBER OF SPRAY DAYS | TYPE OF SPRAY EQUIPMENT | DURATION OF LIQUID SPRAY RELEASE | DURATION OF DERMAL CONTACT Spill/Spray | CLOTHING/PPE |
|---|---|---|---|---|---|
| 1986-July to October | 4 | Hand-held pump sprayer | 30 minutes over 2 hour | 1/2 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1987 | 7 | Hand-held pump sprayer | 30 minutes over 2 hour | 1/2 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1988 | 7 | Hand-held pump sprayer | 30 minutes over 2 hour | 1/2 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1989 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1990 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1991 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1992 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1993 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1994 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1995 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1996 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |

Opinion on Exposure of Hardeman to Glyphosate

| 1997 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
|------|---|------------------------|-------------------------|-----------|---------------------------------------------------|
| 1998 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 1999 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2000 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2001 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2002 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2003 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2004 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2005 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2006 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2007 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2008 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2009 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2010 | 7 | Hand-held | 30 minutes | 1/5 hours | Wears long pants, |

Opinion on Exposure of Hardeman to Glyphosate

| | | pump sprayer | over 5 hours | | short-sleeve shirt, shoes socks |
|---|---|---|---|---|---|
| 2011 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| 2012 | 7 | Hand-held pump sprayer | 30 minutes over 5 hours | 1/5 hours | Wears long pants, short-sleeve shirt, shoes socks |
| Total Spray Years= 26.5 | Total Spray Days = 378 | | | | |

Opinion on Exposure of Hardeman to Glyphosate

**ATTACHMENT E**
**EXPOSURE CALCULATIONS**

Opinion on Exposure of Hardeman to Glyphosate

| Exposure Equation | | | | |
|---|---|---|---|---|
| Average Daily Dose (ADD) = | | | | |
| [C](mg/L) x AR (mL/cm$^2$-hour) x T (hours) x Area (cm$^2$-skin/day) x ABS (%) x ABS-factor x D1 (days/life) x D-adj (%) x CF (L/1000 mL) | | | | |
| BW (kg) x AT (days/life) | | | | |

| where: | | Typical Spraying Activities-Gualala | Typical Spraying Activities-Forestville | Mixing Acvitivies |
|---|---|---|---|---|
| [C](mg/L) | Concentration of Glyphosate in spray formulation | 10,000 | 10,000 | 180,000 |
| AR (mL/cm2-hour) | Volume of Glyphosate spray formulation on a set area of skin | 1.00E-04 | 1.00E-04 | 2.00E-03 |
| T (hours) | Duration of spraying | 0.50 | 0.50 | 1 |
| Area (cm2-skin/day) | Area of skin receiveing Glyphosate spray formulation | 2200 | 2200 | 40 |
| ABS | Absorption factor of Glyphosate through skin | 0.02 | 0.02 | 0.02 |
| ABS-Factor | Factor to account for < 24-hour exposure | 0.083 | 0.21 | 0.042 |
| D1 (days/life | Duration of exposure | 18 | 360 | 378 |
| D-adj | Percentage of exposure days when exposure occurred | 5% | 5% | 5% |
| CF (L/1000 mL) | Correction Factor | 0.001 | 0.001 | 0.001 |
| BW (kg) | Body weight | 70 | 70 | 70 |
| AT (days/life) | Averaging Time | 9673 | 9673 | 9673 |
| | | | | |
| ADD | Average Daily Dose (mg/kg-day) per exposure type | 2.4E-09 | 1.2E-07 | 3.3E-07 |
| | Average Daily dose (mg/kg-day)-total | 4.6E-07 | | |
| | Largest Single Day exposure (mg/kg-day) per exposure type | 2.6E-05 | 6.5E-05 | 1.7E-04 |
| | Largest Single Day exposure (mg/kg-day)-total | 2.4E-04 | | |