1    **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)

2    Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.

3    Washington, DC  20005
Telephone:   (202) 898-5800

4    Facsimile:   (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com

5                    elasker@hollingsworthllp.com

6    *Attorneys for Defendant*
*MONSANTO COMPANY*

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10    IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION         MDL No. 2741

11                         Case No. 3:16-md-02741-VC

12    This document relates to:

13    *Terry and Mary Jo Anglin v. Monsanto Co.*,
Case No. 3:19-cv-00366-VC

14

15                   **MONSANTO COMPANY'S**

16     **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

17         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18    associations of persons, firms, partnerships, corporations (including parent corporations) or other

19    entities (i) have a financial interest in the subject matter in controversy or in a party to the

20    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21    substantially affected by the outcome of this proceeding:

22         Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23         Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27

28

                        - 1 -

1  DATED:  February 13, 2019                    Respectfully submitted,

2

3                                              /s/ Joe G. Hollingsworth
                                               Joe G. Hollingsworth (*pro hac vice*)
                                               (jhollingsworth@hollingsworthllp.com)
4                                              Eric G. Lasker (*pro hac vice*)
                                               (elasker@hollingsworthllp.com)
5                                              HOLLINGSWORTH LLP
                                               1350 I Street, N.W.
6                                              Washington, DC  20005
                                               Telephone:  (202) 898-5800
7                                              Facsimile:   (202) 682-1639

8                                              *Attorneys for Defendant*
                                               *MONSANTO COMPANY*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    - 2 -
   MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                    3:16-md-02741-VC & 3:19-cv-00366-VC