UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC
Case Name: In re Roundup Products Liability Litigation

**EXHIBITS and WITNESS LIST - DAUBERT HEARING DAY 3**

| JUDGE: Vince Chhabria | PLAINTIFFS' ATTORNEY: Kathryn Forgie, Aimee Wagstaff, Tesfaye Tsadik, Jennifer Moore, Rudie Soileau, and Brian Brake | DEFENSE'S ATTORNEY: Brian Stekloff, Michael Imbroscio, Tamarra Matthews Johnson, Rakesh Kilaru |
|---|---|---|
| HEARING DATE: February 11, 2019 | REPORTER(S): Marla Knox and Jo Ann Bryce | CLERK: Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 9:35 a.m. | | | Case called on the record with Court and counsels present. Housekeeping issues discussed. | |
| | 9:39 a.m. | | | The plaintiff called to testify **Dr. Dennis Weisenburger.** Dr. Weisenburger is sworn by the clerk. Cross examination conducted by T. Matthews Johnson. | |
| 2100 | | X | X | | DEFT |
| 2101 | | X | X | | DEFT |
| 2102 | | X | X | | DEFT |
| 2107 | | X | | | DEFT |
| 2103 | | X | | | DEFT |
| 2105 | | X | | | DEFT |
| 2052 | | X | X | | DEFT |
| 2108 | | X | X | | DEFT |
| | 10:23 a.m. | | | Follow up examination of Dr. Weisenburger conducted by the Court. | |
| | 10:53 a.m. | | | Break. | |
| | 11:06 a.m. | | | Back on the record. Redirect examination of Dr. Weisenburger conducted by J. Moore. | |
| | 11:22 a.m. | | | Re-cross examination of Dr. Weisenburger conducted by T. Matthews Johnson. | |
| | 11:34 a.m. | | | Redirect examination of Dr. Weisenburger conducted J. Moore. | |
| | 11:37 a.m. | | | Re-cross examination of Dr. Weisenburger conducted by T. Matthews Johnson. | |
| | 11:38 a.m. | | | The parties have no further questions of Dr. Weisenburger, and he is thanked and excused. The Court and parties discussed use of depositions during trial. | |
| | 11:57 a.m. | | | Court is adjourned. | |

1