UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S JANUARY 30, 2019 ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* OPPOSITIONS** |

Having considered the memorandum and declarations Monsanto Company filed in support of its January 30th Administrative Motion to File Under Seal, this Court **HEREBY GRANTS** Monsanto Company's request in its entirety.  **IT IS SO ORDERED** that the following portions of the documents listed below will remain under seal:

| **Exhibit Number and Description of Document or Document Title** | **Portion of Document Sought to be Sealed** | **Order** |
|---|---|---|
| Exhibit C to Plaintiffs' Opposition to MIL No. 2 (MONGLY00977264) | EU names | |
| Exhibit H to Plaintiffs' Opposition to MIL No. 2 (MONGLY02145917) | EU names | |
| Exhibit 1 to Plaintiffs' Opposition to MIL No. 7 (Expert Report of Charles Benbrook (dated Nov. 20, 2018)) | Portions of paragraphs 417, 418, 420, 426, 428;<br><br>Paragraph 637 (in full) | |
| Exhibit 7 to Plaintiffs' Opposition to MIL No. 7 (MONGLY01090874) | All parts below the portion quoted in plaintiffs' opposition. | |
| Exhibit 2 to Plaintiffs' Opposition to MIL No. 10 (MONGLY01312109) | EU names | |
| Exhibit 3 to Plaintiffs' Opposition to MIL No. 10 (MONGLY01312093) | EU names | |

- 2 -

| Exhibit 4 to Plaintiffs' Opposition to MIL No. 10 (MONGLY06486905) | EU names | |
|---|---|---|
| Exhibit 7 to Plaintiffs' Opposition to MIL No. 10 (MONGLY01192115) | EU names | |
| Exhibit 15 to Plaintiffs' Opposition to MIL No. 10 (MONGLY00978962) | EU names | |

Date: _____, 2019    _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT