**HOLLINGSWORTH LLP**
Joe G. Hollingsworth, Esq. (*pro hac vice*)
Eric G. Lasker, Esq.  (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
                   elasker@hollingsworthllp.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *George Bouzeanes, et al. v. Monsanto Co.*, Case No. 3:19-cv-00713-VC | |

**CONSENT TO REMAND CASE TO STATE COURT**

WHEREAS, defendant Monsanto Company ("Monsanto") removed this Roundup® lawsuit from the Twenty-First Judicial Circuit Court for St. Louis County, Missouri to the United States District Court for the Eastern District of Missouri on October 24, 2018 based on the argument (and supporting case law) that removal was not precluded by the "forum defendant" rule set forth in 28 U.S.C. § 1441(b);

WHEREAS the Judicial Panel on Multidistrict Litigation subsequently transferred this lawsuit to this Court;

WHEREAS, on February 1, 2019, this Court issued an order granting a remand motion in another Roundup® lawsuit (*Klock*) based on the Court's conclusion that the § 1441(b) forum defendant rule precluded removal in that case;

WHEREAS Monsanto consents to the remand of this case without waiver of any future removal rights as permitted under law in this or any other case;

WHEREFORE, Monsanto Company hereby consents to the remand of this action, subject to approval by the Court, to the Twenty-First Judicial Circuit Court for St. Louis County, Missouri, with the parties to bear their own fees and costs.  A copy of the proposed Order to Remand Case to State Court is attached hereto as Exhibit A.

Dated:  February 14, 2019              Respectfully submitted,

 */s/ Eric G. Lasker*
HOLLINGSWORTH LLP
Eric G. Lasker, Esq. (*pro hac vice*)
Joe G. Hollingsworth, Esq. (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:   elasker@hollingsworthllp.com
             jhollingsworth@hollingsworthllp.com

*Attorneys for Defendant Monsanto Company*