| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Joanna McCall | 2a. CONTACT PHONE NUMBER (202) 370-4750 | 3. CONTACT EMAIL ADDRESS courts@cogencyglobal.com |
| 1b. ATTORNEY NAME (if different) N/A | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Cogency Global Inc. 1025 Vermont ave NW, Suite 1130 Washington DC 20005 | 5. CASE NAME In Re. Roundup Products | 6. CASE NUMBER 16-md-02741 |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR Marla Knox, Jo Ann Bryce | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL  ☒ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)    b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)    c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/11/2019 | VC | | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 02/13/2019 | VC | | | ☒ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ☒ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE  /Joanna McCall/ | 12. DATE 02/14/2019 |
|---|---|

Clear Form    Save as new PDF