UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 80: TENTATIVE JUROR EXCUSALS** |

The Court has been informed that the parties have stipulated to excusing the following jurors on hardship grounds: 12, 14, 19, 21, 23, 33, 34, 36, 37, 49, 50, 51, 55, 57, 69, 72, 73, 86, 88, 89, 90, 93, 98, 108, 110, 119, and 121. Absent further objection from either party at today's hearing, those jurors will be excused.

In addition, pending comment from the parties, the Court is prepared to excuse the following jurors on hardship grounds: 17, 39, 82, 105, 106, and 115. The Court is also prepared to excuse the following jurors for cause, again pending comment from the parties: 4, 6, 41, 53, 66, 67, 71, and 84. The parties may raise additional jurors that they seek to excuse at today's hearing.

The Court tentatively plans to excuse all but the first 40 people remaining on the prospective juror list after today's hearing.

**IT IS SO ORDERED.**

Date: February 15, 2019

Honorable Vince Chhabria
United States District Court