UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 82:**<br><br>**PARTIES' PROPOSED VOIR DIRE QUESTIONS** |

The Court has reviewed the parties' proposed voir dire questions and is inclined to preclude them from asking prospective jurors whether they know anyone who has hepatitis B or C. If the parties object, they may raise this issue with the Court the morning of jury selection.

**IT IS SO ORDERED.**

Date: February 18, 2019

_____
Honorable Vince Chhabria
United States District Court