

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
___
A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, D.C.  |  LOS ANGELES

February 19, 2019

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *In re Roundup Prods. Liab. Litig.*, **No. 3:16-md-02741-VC**

Dear Judge Chhabria:

  Pursuant to the Court's instructions at the February 15, 2019 conference, Monsanto respectfully requests that the Court permit the parties to conduct a separate voir dire for the following jurors based on their answers to Questions 21-24 and 29 on the juror questionnaire: Juror Nos. 1, 2, 11, 18, 20, 22, 28, 31, 42, 44, 46, 58, 60, 62, 76 and 78.

            Respectfully submitted,

            /s/ Brian L. Stekloff

            Brian L. Stekloff (*pro hac vice*)
            (bstekloff@wilkinsonwalsh.com)
            Tamarra Matthews Johnson (*pro hac vice*)
            (tmatthewsjohnson@wilkinsonwalsh.com)
            Rakesh Kilaru (*pro hac vice*)
            (rkilaru@wilkinsonwalsh.com)
            WILKINSON WALSH + ESKOVITZ LLP
            2001 M St. NW, 10th Floor
            Washington, DC 20036
            Tel: 202-847-4030
            Fax: 202-847-4005

Cc: Counsel of Record (via ECF)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____