**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO  80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@anduswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY  10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

**THE MILLER FIRM LLC**
Michael. Miller (*pro hac vice*)
108 Railroad Avenue
Orange, VA  22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:     202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

**ARNOLD & PORTER KAYE SCHOLER
LLP**
Pamela Yates (CA Bar No. 137440)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199
Pamela.Yates@arnoldporter.com

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:     202-682-1639
Email: elasker@hollingsworthllp.com

*Attorneys for Defendant Monsanto Co.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC  *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC  *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

**JOINT AMENDED TRIAL EXHIBIT LIST**

The parties hereby file the attached amended list of exhibits they will or may use at the trial of this matter.

Plaintiffs reserve the right to amend this Exhibit List during trial, for rebuttal purposes, or for any other reasons as appropriate.  Further, Plaintiffs reserve the right to amend this Exhibit List with any future depositions, future deposition exhibits, document production by Defendant and/or a third party that occurs after this date, and any medical literature or scientific studies that are published.

Plaintiffs also reserve the right to withdraw any exhibit on the attached Exhibit List and/or object to the introduction and/or admissibility of any document at trial whether the objection is noted on the attached list or not.  Plaintiffs further reserve their right to amend this Exhibit List based upon the evidence the Court admits during Phase 1 of the trial.

This list does not include any demonstrative exhibits Plaintiffs may use at trial and therefore Plaintiffs specifically reserve the right to use demonstrative exhibits at trial.

Additionally, Plaintiffs hereby reserve their right to use any and all of the following as exhibits at trial:

- Any and all deposition transcripts and videos, along with the deposition exhibits, taken in any Roundup case;
- Any and all deposition transcripts and videos, along with deposition exhibits, of Roundup depositions not yet taken, but scheduled between now and the end of trial;
- Any and all exhibits identified and/or used by Defendant in these actions;
- Any and all pleadings served and/or filed in these actions;
- Any documents produced in discovery or identified during discovery by any party or third party;
- Any and all reports by Plaintiffs' experts including original and supplemental reports;
- Any documents referenced by or relied upon by any party's experts;
- All research texts, articles, and publications produced, referenced in depositions, or relied upon by all parties' expert witnesses;
- Plaintiffs reserve the right to seek introduction as an exhibit all exhibits or documents identified by the parties in pleadings, court filings, or in any deposition;
- Plaintiffs reserve the right to seek introduction as an exhibit the pleadings, discovery response documents, and any other documents served and/or filed in this action; and
- All exhibits necessary for cross-examination, rebuttal, or impeachment.

JOINT AMENDED TRIAL EXHIBIT LIST
3:16-md-02741-VC

1

2     Monsanto reserves the right to supplement or amend this exhibit list based on events that

3     occur after the date of this filing. For example, Monsanto reserves the right to supplement this

4     list with any exhibits marked at depositions in this litigation that occurred after the parties' initial

5     exchange of exhibit lists; any documents produced by any party to this litigation in the future;

6     and/or any medical literature or scientific studies released in the future.

7     The inclusion of any exhibit on this exhibit list shall not waive or affect any prior

8     confidentiality designation in this litigation.  Monsanto reserves the right to use any document on

9     this list for purposes of impeachment or cross-examination.  Monsanto also reserves the right to

10    object to the introduction and/or admissibility of any document listed on any exhibit list.

11    Inclusion of a particular document on Monsanto's exhibit list is not intended to be a waiver of

12    Monsanto's right to object to the introduction and/or admissibility of that document for any

13    purpose. Certain of Monsanto's listed exhibits are included solely for the purpose of cross-

14    examination, and Monsanto does not intend to sponsor introduction of these exhibits into

15    evidence. Certain of Monsanto's listed exhibits may pertain to topics that will ultimately be

16    excluded from evidence at trial by pretrial orders.  By listing such exhibits, Monsanto does not

17    intend to waive any right to object to the introduction and/or admissibility of those documents

18    for any purpose.  Monsanto reserves the right to use additional, unlisted exhibits for purposes of

19    impeachment.   Monsanto also reserves the right to use any deposition transcripts and any

20    exhibits to deposition transcripts for any witnesses being called.

21    Monsanto reserves the right to use at trial demonstrative exhibits, including without

22    limitation: charts, graphs, photographs, animations, timelines, objects, models, PowerPoint

23    slides, drawings, graphics, and other demonstrative aids. Monsanto reserves the right to offer

24    enlargements of any exhibits on the list or on any party's exhibit list. Monsanto reserves the right

25    to use any and all documents/materials listed/produced by Plaintiffs.

26

27

28

JOINT AMENDED TRIAL EXHIBIT LIST
3:16-md-02741-VC

1   DATED: February 19, 2019                    Respectfully submitted,

2

3                                               /s/ Aimee Wagstaff
                                                Aimee Wagstaff
4                                               aimee.wagstaff@andruswagstaff.com
                                                Andrus Wagstaff, P.C.
5                                               7171 West Alaska Drive
                                                Lakewood CO 80226
6                                               P: 303-376-6360

7                                               /s/ Robin Greenwald
                                                Robin Greenwald
8                                               rgreenwald@weitzlux.com
                                                Weitz & Luxenberg
9                                               700 Broadway
                                                New York NY 10003
10                                              P: 212-558-5500

11                                              /s/   Mike Miller___
                                                Michael Miller
12                                              mmiller@millerfirmllc.com
                                                The Miller Firm LLC
13                                              108 Railroad Ave
                                                Orange VA 22960
14                                              P: 540 672 4224

15                                              Co-Lead Counsel for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT AMENDED TRIAL EXHIBIT LIST
3:16-md-02741-VC

DATED: February 19, 2019

Respectfully submitted,

/s/ Brian L. Stekloff
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

/s/ Pamela Yates
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800

Attorneys for Defendant
MONSANTO COMPANY

JOINT AMENDED TRIAL EXHIBIT LIST
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____

JOINT AMENDED TRIAL EXHIBIT LIST
3:16-md-02741-VC