**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto Co., et al,* 3:16-cv-0525-VC | **DEPOSITION DESIGNATIONS FOR CERTAIN WITNESSES** |

Pursuant to paragraph 39 of the Court's Civil Trial Standing Order, the parties jointly submit the following deposition designations in page:line format, including all objections, responses, counter-designations, and counter-counter designations for the following witnesses whom the parties anticipate will testify in Phase 1:

1. John Acquavella, attached as Ex. 1
   a. Acquavella Exhibit Designations attached as Ex. 1a
2. Stephen Adams, attached as Ex. 2
   a. Adams Exhibit Designations attached as Ex. 2a
3. Aaron Earl Blair, attached as Ex. 3
   a. Blair Exhibit Designations attached as Ex. 3a
4. Donna Farmer, 2017, attached as Ex. 4

      a. Farmer 2017 Exhibit Designations attached as Ex. 4a

5. William Heydens, attached as Ex. 5

      a. Heydens Exhibit Designations attached as Ex. 5a

6. Daniel Jenkins, attached as Ex. 6

      a. Jenkins Exhibit Designations attached as Ex. 6a

7. Mark Martens, attached as Ex. 7

      a. Martens Exhibit Designations attached as Ex. 7a

8. Matthew Ross, attached as Ex. 8

      a. Ross Exhibit Designations attached as Ex. 8a

9. Jesudoss Rowland, attached as Ex. 9

      a. Rowland Exhibit Designations attached as Ex. 9a

10. Eric Sachs, attached as Ex. 10

      a. Sachs Exhibit Designations attached as Ex. 10a

11. David Saltmiras, attached as Ex. 11

      a. Saltmiras Exhibit Designations attached as Ex. 11a

The parties intend to continue to meet and confer regarding the designations below in an effort to further streamline them and reduce the number of objections and areas of disagreement.

The parties reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations. Without waiving any objections, the parties also reserve the right to introduce into evidence any deposition testimony designated by the other party. In addition, the parties reserve the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

DATED: February 19, 2019                    Respectfully submitted,

                                              /s/ *Aimee H. Wagstaff*
                                              Aimee H. Wagstaff (SBN 278480)
                                              **ANDRUS WAGSTAFF, PC**
                                              7171 W. Alaska Drive
                                              Lakewood, CO 80226

Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: February 19, 2019                                  */s/ Aimee H. Wagstaff*