# EXHIBIT 1

| Plaintiffs' Affirmative Designations | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| Acquavella 04/07/2017 | | | | | | | | | | |
| 09:02-09 | 1 | | | | | | | | | |
| 10:04-09 | 1 | | | | | | | | | |
| 10:17-25 | 1 | 10-1 | Hearsay (10:24-25) | | Witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 11:02-13 | 1 | 10-1 | | | | | | | | |
| 12:21-25 | 1 | 10-1 | Counsel testifying, misstates the record (12:15-13:4; see answer at 13:5-18 for context) | | relvance; 403 factors outweighed by probative value; provides background and context to testimony and exhibit | | | | | |
| 13:01-18 | 1 | 10-1 | Counsel testifying, misstates the record (12:15-13:4; see answer at 13:5-18 for context) | | relvance; 403 factors outweighed by probative value; provides background and context to testimony and exhibit | | | | | |
| 16:13-25 | 1 | 10-1 | Counsel testifying, argumentative, prejudicial, irrelevant (16:13-18) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 17:1-25 | 1 | 10-1 | | | | | | | | |
| 18:1-12 | 1 | 10-1 | | | | | | | | |
| 21:16-25 | 1 | 10-2 | | | | | | | | |
| 22:1-2 | 1 | 10-2 | Irrelevant, prejudicial (22:1-10) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 22:08-13 | 1 | 10-2 | Calls for speculation (22:11-21) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 22:15-16 | 1 | 10-2 | Calls for speculation (22:11-21) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 22:18-21 | 1 | 10-2 | Calls for speculation (22:11-21) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 26:04-17 | 1 | 10-2 | | 345:8-349:9 | | irrelevant; cummulative | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 28:06-22 | 1 | 10-2 | Irrelevant, prejudicial (28:13-22) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 42:23-25 | 1 | 10-2 | | 41:7-42:22 | | relvancy; foundation | | Relevant and witness testifying pursuant to FRE 701 and personal knowledge | | |
| 43:01-02 | 1 | 10-2 | | 43:6-14 | | relvancy; foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; counter designation continues witness's answer from affirmative designation | | |
| 48:02-05 | 1 | 10-2 | Attorney testifying, prejudicial (48:1-9) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 48:08-09 | 1 | 10-2 | Attorney testifying, prejudicial (48:1-9) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 48:13-17 | 1 | 10-2 | Attorney testifying, prejudicial (48:1-9) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 53:01-06 | 1 | 10-2 | Lacks foundation, attorney testifying, prejudicial, irrelevant (53:1-6) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness established foundation | | | | | |
| 53:08-11 | 1 | 10-2 | Lacks foundation, attorney testifying, prejudicial, irrelevant (53:1-6), contains objections | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness established foundation | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 53:13-16 | 1 | 10-2 | Lacks foundation, attorney testifying, prejudicial, irrelevant (53:1-6) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness established foundation | | | | |
| 55:01-03 | 1 | 10-2 | Lacks foundation, prejudicial, irrelevant (55:1-3) | | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | | | | |
| 55:05-06 | 1 | 10-2 | Lacks foundation, prejudicial, irrelevant (55:1-3) | | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | | | | |
| 55:09-10 | 1 | 10-2 | Lacks foundation, prejudicial, irrelevant (55:9-10) | | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | | | | |
| 55:12-25 | 1 | 10-2 | Lacks foundation, prejudicial, irrelevant (55:9-10; 55:19); attorney testifying (55: 23-25) | | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | | | | |
| 56:04-21 | 1 | 10-4 | Lacks foundation, prejudicial, irrelevant (56:54-11); hearsay, attorney-client privilege (56:12-13, see 57:1-6 for context) | | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | | | | |
| 57:16-25 | 1 | 10-4 | Attorney-client privilege, irrelevant, prejudicial (57:16-25) | | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | | | | |
| 58:01-16 | 1 | 10-4 | Attorney-client privilege, irrelevant, prejudicial (58:1-16, see 58:18-60:4 for context), contains objections | | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | | | | |
| 60:06-12 | 1 | 10-5 | Prejudicial, irrelevant (60:6-8); hearsay (60:11-12) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness established foundation | | | | |
| 60:14-25 | 1 | 10-5 | Prejudicial, irrelevant (60:14-25) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 61:01-19 | 1 | 10-5 | Prejudicial, irrelevant, lacks foundation (61:1-19) | | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | | | | |
| 61:22-25 | 1 | 10-5 | Prejudicial, irrelevant, lacks foundation (61:22-25) | | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | | | | |
| 62:01-07 | 1 | 10-5 | Prejudicial, irrelevant, lacks foundation (62:01-7) | | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | | | | |
| 62:25 | 1 | 10-5 | Attorney testifying (62:25-63:2) | | relvance; 403 factors outweighed by probative value; provides background and context to testimony and exhibit | | | | |
| 63:01-03 | 1 | 10-5 | Attorney testifying (63:1-3), contains objections | | relvance; 403 factors outweighed by probative value; provides background and context to testimony and exhibit; Plaintiff withdraws 63:3. | | | | |
| 63:05-07 | 1 | 10-5 | Attorney testifying (623:5-7) | | relvance; 403 factors outweighed by probative value; provides background and context to testimony and exhibit | | | | |
| 66:22-25 | 1 | 10-7 | Hearsay (66:22-23) | | witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 67:01-11 | 1 | 10-7 10-7A | | | | | | | |
| 67:06-20 | 1 | 10-7 | Discussion between counsel (67:12-18); hearsay (67:19-20) | | witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 77:10-15 | 1 | 10-7 | Attorney testifying, argumentative, prejudicial, incomplete hypothetical (77:10-15) | 75:23-77:8 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevance; contains objections (76:6-7); speculative; hearsay; lacks foundation; vague and argumentative | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |

| Designation | | | Objection | Counter | Response to Objection | Counter Objection | Response to Counter Objection | Response | Response 2 |
|---|---|---|---|---|---|---|---|---|---|
| 77:20-25 | 1 | 10-7 | Attorney testifying, argumentative, prejudicial, incomplete hypothetical (77:22-25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 78:04-16 | 1 | 10-7 | Lacks foundation, document not in evidence (78:12-15) | 78:19-79:24 | relevant; witness general testimony provides foundation | foundation; non responsive; hearsay | | Witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 79:06-14 | 1 | 10-7 | Incomplete designation/incomplete question and answer (79: 6-14) | | relevant; rule 403 factors outweighed by probative value | | 78:19-79:13 | | Incomplete designation | complete designation with counter |
| 90:08-21 | 1 | 10-7 | Hearsay (90:11-12) | 71:18-74:23 | witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevance; contains objections (74:7-9); hearsay; foundation; speculative | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 92:02-12 | 1 | 10-8 | Hearsay (92:3-4) | | witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 93:12-25 | 1 | 10-8 | Hearsay, lacks foundation (93:12-15) | | witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; relevant; witness establishes foundation | | | | | |
| 94:01-15 | 1 | 10-8 | | 94:16-95:1 | | relevancy; foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| 98:16-25 | 1 | | contains objections | 99:1-100:9 | Plaintiff will withdraw 98:19-21 (objection by counsel) | relevancy; foundation; hearsay; vague and non responsive; argumentative | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 104:01-11 | 1 | 10-9 | Lacks foundation, irrelevant, prejudicial (104:1-11), contains objections | 350:24-354:6 | Relevant and factors in 403 do not outweigh probative value of testimony; foundation established | relevance; hearsay; lacks foundation; calls for speculation; vague and confusing to jury; contains objections; rule 611 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 104:14-25 | 1 | 10-9 | Hearsay (104:16-17); counsel testifying (104:19-22) | | witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 105:01-25 | 1 | 10-9 | Irrelevant, waste of time (105:1-113:9), see 458:19-466:17 for context | 458:19-466:17 | Relevant; factors in 403 do not outweigh probative value of testimony | relevance; hearsay; lacks foundation; calls for speculation; vague and confusing to jury; contains objections; rule 611 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 106:01-13 | 1 | 10-9 | | 106:14-108:7 | | contains objections (106:14-16); relevancy; foundation; hearsay; vague and non responsive; argumentative | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 108:08-25 | 1 | 10-9 | | | | | | | | |
| 109:01-25 | 1 | 10-9 | | | | | | | | |
| 110:01-25 | 1 | 10-9 | | | | | | | | |
| 111:01-07 | 1 | 10-9 | | 111:15-112:19 | | relevancy; foundation; hearsay; vague and non responsive; argumentative | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 112:21-25 | 1 | 10-9 | | | | | | | | |
| 113:01 | 1 | 10-9 | | | | | | | | |
| 113:04-09 | 1 | 10-9 | | 113:10-114:21 | | relevancy; foundation; hearsay; vague and non responsive; contains objections (113:17-18); argumentative | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 116:22-25 | 1 | 10-9 | Counsel testifying, Irrelevant, waste of time (116:22-25) see 458:19-466:17 for context | | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |

| Designation | # | Dep | Defendant's Objection | Counter-Designation | Response to Defendant's Objection | Plaintiff's Objection | Counter to Counter | Response to Plaintiff's Objection | Other |
|---|---|---|---|---|---|---|---|---|---|
| 117:01-13 | 1 | 10-9 | | 117:14-118:3 | | relevancy; foundation; hearsay; vague and non responsive; contains objections (117:17-18); argumentative; calls for speculation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 118:05-25 | 1 | 10-9 | | | | | | | |
| 119:1-03 | 1 | 10-9 | | 119:4-120:12 | | relevancy; foundation; hearsay; vague and non responsive; argumentative | | Witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 120:13-15 | 1 | 10-9 | Lacks foundation, calls for speculation calls for legal conclusion, waste of time (120:13-15), see 458:19-466:17 for context | | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | |
| 120:18-25 | 1 | 10-9 | Lacks foundation, calls for speculation, calls for legal conclusion, waste of time (120:13-15), see 458:19-466:17 for context | | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | |
| 121:01-06 | 1 | 10-9 | Lacks foundation, calls for speculation, calls for legal conclusion, waste of time (120:13-15), see 458:19-466:17 for context | | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | |
| 122:05-09 | 1 | 10-9 | Attorney testifying, argumentative, calls for speculation (122:05-9) | | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 122:13-16 | 1 | 10-9 | | 122:18-22 | | relevancy; foundation; hearsay; agrumentative | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 123:06-15 | 1 | 10-9 | Lacks foundation, argumentative, attorney testifying (123: 6-15) | | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witnesses established foundation | | | | |
| 123:18 | 1 | 10-9 | | | | | | | |
| 123:22-25 | 1 | 10-9 | | | | | | | |
| 124:01-15 | 1 | 10-10 | Hearsay (124:6-7) | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 127:24-25 | 1 | 10-10 | | 125:24-127:23 | | relevancy; foundation; hearsay; non responsive; calls for speculation; vague and argumentative | 124:21-125:5 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | No objection |
| 128:01-25 | 1 | 10-10 | | | | | | | |
| 129:01-25 | 1 | 10-10 | | | | | | | |
| 130:03-22 | 1 | 10-11 | Hearsay (130:9-10) | 130:23-131:15 | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevance; argumentative; non responsive | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge | |
| 131:16-25 | 1 | 10-11 | | | | | | | |
| 132:01-04 | 1 | 10-11 | | | | | | | |
| 132:07-25 | 1 | 10-11 | | | | | | | |
| 133:01-09 | 1 | 10-11 | | | | | | | |
| 137:13-16 | 1 | 10-11 | | | | | | | |
| 137:19-25 | 1 | 10-11 | | | | | | | |
| 138:01-18 | 1 | 10-12 | Hearsay (138:5-6), irrelevant (138:1-140:24) see 141:5-12 for context | 138:19-139:14 | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witnesses established foundation | hearsay; relevancy; lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 139:15-19 | 1 | 10-12 | | | | | | | |

| Designation | Col2 | Col3 | Objections | Counter Designation | Objections to Counter | Objections | Responses | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| 139:22-25 | 1 | 10-12 | | | | | | | |
| 140:01-04 | 1 | 10-12 | | 140:6-17 | | relevancy; foundation; hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 140:18-24 | 1 | 10-12 | Irrelevant (138:1-140:24) see 141:5-12 for context | | Relevant; factors in 403 do not outweigh probative value of testimony | | | | |
| 143:25 | 1 | 10-12 | | | | | | | |
| 144:01-10 | 1 | 10-12 | Attorney testifying (143:25-144:5); lacks foundation (144:6-10) | | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | |
| 144:13-19 | 1 | 10-12 | | | | | | | |
| 144:21-25 | 1 | 10-13 | Hearsay (144:24-25) | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | |
| 145:02-146:03 | 1 | 10-13 | | | | | | | |
| 148:18-149:03 | 1 | 10-13 | | 146:25-148:17 | | relevancy; foundation; hearsay; non responsive; calls for speculation; vague and argumentative | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 151:08-152:08 | 1 | 10-13 | | 149:4-151:1 | | relevancy; foundation; hearsay; non responsive; calls for speculation; vague and argumentative | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 155:02-17 | 1 | 10-13 | | 155:18-157:14 | | relevancy; foundation; hearsay; non responsive; calls for speculation; vague and argumentative | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 157:15-158:10 | 1 | 10-13 | Argumentative, attorney testifying (158:7-10) | | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 158:13-159:01 | 1 | 10-13 | | | | | | | |
| 159:21-160:03 | 1 | 10-13 | Argumentative, calls for speculation, lacks foundation (159:21-160:3) | | Relevant; factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 160:09-24 | 1 | 10-13 | Argumentative, attorney testifying (160:17-24) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 161:05-13 | 1 | 10-13 | | | | | | | |
| 170:14 | 1 | 10-13 | Irrelevant, waste of time (170:14) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 170:16-19 | 1 | 10-13 | | | | | | | |
| 170:23-24 | 1 | 10-13 | | | | | | | |
| 178:07-09 | 1 | | | 175:9-177:2; 178:10-180:8 | | relevancy; foundation; hearsay; non responsive; calls for speculation; argumentative; vague; contains counsel objections (175:12-13; 178:15; 179:15-16) | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 180:09-25 | 1 | 10-15 | Hearsay, irrelevant (180:9-10), see PTO 67 ruling re: McDuffie abstract | | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 181:15-25 | 1 | 10-15 | Incomplete question and answer (181:24-25) | 180:19-181:14; 182:1-184:17 | relevant; factors in 403 do not outweight probative value | relevancy; hearsay; lacks foundation; contains objections | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 186:14-187:08 | 1 | 10-15 | Hearsay, irrelevant (186:14-187 8), see PTO 67 ruling re: McDuffie abstract | 187:9-188:25 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevancy; hearsay; cummulative; vague; lacks founddation; non responsive | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 189:16-190:14 | 1 | 10-15 | Attorney testifying (189:16-22); Hearsay, irrelevant (189:16-190:14), see PTO 67 ruling re: McDuffie abstract | 190:15-191:20 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevancy; hearsay; cummulative; vague; lacks founddation; non responsive | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 191:21-192:13 | 1 | 10-15 | Hearsay, irrelevant (191:21-192:13), see PTO 67 ruling re: McDuffie abstract | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 192:19-25 | 1 | 10-15 | | | | | | | |
| 193:02-05 | 1 | 10-15 | Hearsay, irrelevant (193:2-5), see PTO 67 ruling re: McDuffie abstract | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 193:08 | 1 | 10-15 | Hearsay, irrelevant (193:8), see PTO 67 ruling re: McDuffie abstract | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 194:13-195:12 | 1 | 10-15 | Hearsay, irrelevant (194:13-195:12), see PTO 67 ruling re: McDuffie abstract | 193:15-194:12; 195:13-197:12 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevancy; hearsay; calls for speculation; non responsive | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 231:02-25 | 1 | 10-20 | Hearsay (230:23-24); attorney testifying (231:2-4); incomplete question and answer (231: 2-25); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | 356:6-357:24; 358:3-358:10; 358:14-358:18 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevancy; foundation; hearsay; rule 611 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 233:09-234:16 | 1 | 10-20 | Argumentative, attorney testifying (234:14-16); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | 390:3-396:6 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevancy; foundation; hearsay; rule 611; includes objections | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 234:20-23 | 1 | 10-20 | Argumentative, attorney testifying, lacks foundation (234:20-23); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 235:02-08 | 1 | 10-20 | Argumentative, attorney testifying, lacks foundation (235:02-08); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 235:11-236:01 | 1 | 10-20 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 236:03-08 | 1 | 10-20 | Argumentative (236:03-08); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 236:11-237:04 | 1 | 10-20 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 237:06-16 | 1 | 10-20 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 237:19-239:10 | 1 | 10-21 | Hearsay (237:21-22); argumentative (239:7-10); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 239:13-24 | 1 | 10-21 | Incomplete question and answer (239:13-24); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | 239:25 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 240:01-19 | 1 | 10-21 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 240:21-241:21 | 1 | 10-21 | Argumentative (241:16-21); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 241:24-242:03 | 1 | 10-21 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 242:05-243:01 | 1 | 10-14 | Argumentative (242:22-243:1); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 243:05-09 | 1 | 10-14 | Argumentative (243:5-8); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 243:14-24 | 1 | 10-14 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 245:07-17 | 1 | 10-22 | Hearsay (244:23-24); argumentative (245:11-17); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 245:20-246:03 | 1 | 10-22 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |

| Designation | Col2 | Date | Objection | Counter | Counter Objection | Counter-Counter | Reply | Reply to Counter |
|---|---|---|---|---|---|---|---|---|
| 246:05-13 | 1 | 10-22 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 246:15-247:04 | 1 | 10-22 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | 246:14 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 249:08-250:02 | 1 | 10-22 | Irrelevant (249:8-250:2); all questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 250:05-07 | 1 | 10-22 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 250:09-11 | 1 | 10-22 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 251:06-10 | 1 | 10-22 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 251:14-252:01 | 1 | 10-22 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 252:05-09 | 1 | 10-22 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 252:11-12 | 1 | 10-22 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 253:15-24 | 1 | 10-25 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 254:02-13 | 1 | 10-25 | All questions on declarations of interest in scientific publications not relevant to phase 1 (231:02-258:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 269:13-270:07 | 1 | | Attorney testifying, argumentative (269:13-17); all questions on declarations of interest in scientific publications not relevant to phase 1 (269:13- 275:20) | 270:12-18 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relvancy; argumentative; includes objections; hearsay and lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 272:06-24 | 1 | 10-31 | Argumentative, attorney testifying (272:12-13); all questions on declarations of interest in scientific publications not relevant to phase 1 (269:13- 275:20), contains objections | 270:19-272:05 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relvancy; argumentative; includes objections; hearsay and lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 273:01-274:10 | 1 | 10-31 | Hearsay (272:23-24); argumentative, attorney testifying, lacks foundation (274:5-7); all questions on declarations of interest in scientific publications not relevant to phase 1 (269:13- 275:20), contains objections | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 274:14-275:20 | 1 | 10-31 | All questions on declarations of interest in scientific publications not relevant to phase 1 (269:13- 275:20) | 276:23-277:12 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevancy; calls for speculation; argumentative; hearsay; lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 305:10-306:10 | 1 | 10-32 | Hearsay (305:7-8); attorney testifying (305:10-15) | 306:11-307:17 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevancy; calls for speculation; argumentative; hearsay; lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 308:17-309:14 | 1 | 10-32 | Attorney testifying, argumentative (308:18-20), contains objections | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 309:18-311:10 | 1 | 10-32 | | | | | | |
| 311:12-21 | 1 | 10-32 | Attorney testifying, argumentative (311:19-21) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 311:24-312:03 | 1 | 10-32 | | | | | | |
| 312:05-10 | 1 | 10-32 | Attorney testifying (312:5-6) | | relevant; rule 403 factors outweighed by probative value | | | |
| 312:13-17 | 1 | 10-32 | | | | | | |
| 312:19-23 | 1 | 10-32 | | | | | | |
| 313:04-08 | 1 | 10-32 | | 314:17-317:19 | | relevancy; foundation; hearsay; non responsive; calls for speculation; vague and argumentative | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 313:10-23 | 1 | 10-33 | Irrelevant, Prejudicial, See PTO No. 67 re: Acquavella memo | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 317:20-322:13 | 1 | 10-33 | Irrelevant, Prejudicial, See PTO No. 67 re: Acquavella memo | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| **Acquavella 04/08/2017** | | | | | | | | |
| 497:04-15 | 1 | 10-43 | Irrelevant to phase 1 (497:04-15) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 497:21-24 | 1 | 10-43 | Hearsay (497:25-498:1); irrelevant to phase 1 (497:21-24) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 498:01-25 | 1 | 10-43 | | | | | | |
| 499:01-06 | 1 | 10-43 | Argumentative, attorney testifying (499:3-6); irrelevant to phase 1 (499:01-06) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 499:10-25 | 1 | 10-43 | Irrelevant to phase 1 (499:10-25) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 500:01-05 | 1 | 10-43 | Irrelevant to phase 1 (500:01-05) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 500:07-25 | 1 | 10-43 | Argumentative (500:18-501:3); irrelevant to phase 1 (500:07-25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 501:01-03 | 1 | 10-43 | Irrelevant to phase 1 (501:01-03) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 501:09-25 | 1 | 10-43 | Irrelevant to phase 1 (501:09-25) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 502:01-07 | 1 | 10-43 | Argumentative, attorney testifying (501:25-502:5); irrelevant to phase 1 (502:01-07) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 502:10-15 | 1 | 10-43 | Irrelevant to phase 1 (502:10-15) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 502:17-20 | 1 | 10-43 | Argumentative, attorney testifying (502:17-20); irrelevant to phase 1 (502:17-20) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 502:24-25 | 1 | 10-43 | Irrelevant to phase 1 (502:24-25) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 503:01 | 1 | 10-43 | Irrelevant to phase 1 (503:01) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 503:03-05 | 1 | 10-43 | Argumentative (503:3-5); irrelevant to phase 1 (503:03-05) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 503:09-10 | 1 | 10-43 | Irrelevant to phase 1 (503:09-10) | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 509:07-25 | 1 | 10-45 | | 452:13-452:22; 453:1-453:11; 453:15-453:19 | | relevancy; foundation; hearsay; non responsive; calls for speculation; vague and argumentative; rule 611 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 510:01-02 | 1 | 10-45 | | | | | | | | |