# EXHIBIT 1A

| | | John Acquavella Designation Exhibit Objections | | | |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Monsanto's Objection | Plaintiffs' Response to Monsanto's Objection |
| 10-2 | | Curriculum vitae of John F. Acquavella, PhD, ACQUAVELLAPROD00020178 - ACQUAVELLAPROD00020188 | | Irrelevant to Phase 1 | relevant to Phase 1; Rule 403 issues outweighed by probative value |
| 10-4 | | E-mail(s),  ACQUAVELLAPROD00014559 - ACQUAVELLAPROD00014560 | | Irrelevant to Phase 1, hearsay, lacks foundation to speak to emails he did not author | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-5 | | E-mail(s),  ACQUAVELLAPROD00009991 | | Irrelevant to Phase 1, hearsay, lacks foundation to speak to emails he did not author, prejudicial | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-7 | | "Update on Glyphosate Epidemiology Activities, John Acquavella, PhD, GGTP meeting, September 7, 1999" | | Irrelevant to Phase 1, hearsay | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes. |
| 10-7A | | Metadata for Exhibit 10-7 | | Irrelevant to Phase 1, hearsay, lacks foundation | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-8 | | "Unusual Features of Thyroid Carcinomas in Japanese Patients with Werner Syndrome and Possible Genotype-Phenotype Relations to Cell Type and Race" | | Irrelevant to Phase 1, lacks foundation | Relevant; factors in 403 do not outweigh probative value of testimony.  Testimony establishes sufficient foundation. |
| 10-9 | | July 5, 2000 memo to Farm Family Task Force, MONGLY07080361 - MONGLY07080369 | | Irrelevant to Phase 1, hearsay, lacks foundation, prejudicial | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-10 | | "Review of: Hardell, Eriksson A  Case-control of non-Hodgkin Lymphoma and Exposure to Pesticides," MONGLY00555372 - MONGLY00555379 | | Irrelevant to Phase 1, hearsay, lacks foundation | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-11 | | E-mail(s), MONGLY00904772 - MONGLY00904789 | | Irrelevant to Phase 1, hearsay, lacks foundation to speak to emails he did not author, prejudicial | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-12 | | "International Society of  Pharmacoepidemiology (ISPE) statement on American Society of Clinical Oncology's new policy for relationships with companies" | | Irrelevant to Phase 1, hearsay | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes. |
| 10-13 | | E-mail(s), MONGLY00894003 - MONGLY00894008 | | Irrelevant to Phase 1, hearsay, lacks foundation, prejudicial | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-14 | | E-mail(s), MONGLY01853191 | | Irrelevant to Phase 1, hearsay, lacks foundation | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-15 | | August 24, 2000 memo to ISEE meeting - epidemiology studies re glyphosate, MONGLY02628625 - MONGLY02628628 | | Irrelevant to Phase 1, hearsay, lacks foundation, prejudicial | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |

| | | | | |
|---|---|---|---|---|
| 10-20 | | "A review of the carcinogenic potential of glyphosate by four independent expert panels and comparison to the IARC assessment" | | Irrelevant to Phase 1, hearsay | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes. |
| 10-21 | | E-mail(s), ACQUAVELLAPROD00012030 - ACQUAVELLAPROD00012035 | | Irrelevant to Phase 1, hearsay, lacks foundation to speak to emails he did not author | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-22 | | Monsanto consulting contract, MONGLY01224009 - MONGLY01224014 | | Irrelevant to Phase 1, hearsay, prejudicial | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes. |
| 10-25 | | E-mail(s), MONGLY04962809 - MONGLY04962813 | | Irrelevant to Phase 1, hearsay, prejudicial | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes. |
| 10-31 | | E-mail(s), MONGLY01003669 | | Irrelevant to Phase 1, hearsay, lacks foundation to speak to emails he did not author | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-32 | | E-mail(s), ACQUAVELLAPROD00010215 - ACQUAVELLAPROD00010221 | | Irrelevant to Phase 1, hearsay, lacks foundation to speak to emails he did not author | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-33 | | July 22, 1997 letter to the Communications Subcommittee, MONGLY00885870 - MONGLY00885874 | | Irrelevant to Phase 1, hearsay, prejudicial | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes. |
| 10-43 | | E-mail(s), ACQUAVELLAPROD00012359 - ACQUAVELLAPROD00012363 | | Irrelevant to Phase 1, hearsay, prejudicial, lacks foundation to speak to emails he did not author | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |
| 10-45 | | "Preambles to the IARC Monographs" | | Irrelevant to Phase 1, hearsay, lacks foundation | Relevant; factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes.  Testimony establishes sufficient foundation. |