# EXHIBIT 2

**Plaintiffs' Affirmative Designations**

| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| **Adams 01/26/2017** | | | | | | | | | | |
| 66:2-4 | 2 | | not relevant to phase 1 | 65:5-21 | Relevant and factors in 403 do not outweigh probative value of testimony | Not relevant to Phase I; foundation; hearsay | 64:24-65-4 | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then counter is relevant and witness is testfying pursuant to FRE 701 | No objections | |
| 66:7-10 | 2 | | not relevant to phase 1 | 66:11-15 | Relevant and factors in 403 do not outweigh probative value of testimony | Not relevant to Phase I; foundation; hearsay | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then counter is relevant and witness is testfying pursuant to FRE 701 | | |
| 66:16-20 | 2 | | not relevant to phase 1 | 66:21-67:1 | Relevant and factors in 403 do not outweigh probative value of testimony | Not relevant to Phase I; foundation; hearsay | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then counter is relevant and witness is testfying pursuant to FRE 701 | | |
| 96:15-19 | 2 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 97:22-25 | 2 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 98:1-10 | 1 | | rule of completeness; not relevant to phase 1 | 98:11-16 | Relevant and factors in 403 do not outweigh probative value of testimony | Not relevant to Phase I; foundation; hearsay | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then counter is relevant and witness is testfying pursuant to FRE 701 | | |
| 98:17-22 | 1 | | attorney testimony; argumentative; not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 98:25 | 1 | | rule of completeness; not relevant to phase 1 | 99:1-4 | Relevant and factors in 403 do not outweigh probative value of testimony | Not relevant to Phase I; foundation; hearsay | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then counter is relevant and witness is testfying pursuant to FRE 701 | | |
| 154:2-3 | 1 | 4-11 | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | 154:4-13 | | No objections | |
| 154:21-25 | 1 | 4-11 | hearsay; not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 155:1-20 | 1 | 4-11 | hearsay (155:1-20); not relevant to phase 1 | 155:21-23 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | relevance | 155:24-25 | Relevant to designated testimony | Rule of completeness, designate 156:1-2 | no objection |
| 204:17-25 | 1 | | misstates the record; lack of foundation; not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness provides foundation at 205; witness testifies as to their opinion per 701 | | | | | |
| 205:3-15 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 206:21-25 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 207:1-4 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 286:12-18 | 1 | | rule of completeness; not relevant to phase 1 | 286:19-287:1 | Relevant and factors in 403 do not outweigh probative value of testimony | Not relevant to Phase I; foundation; hearsay | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness testifying pursuant to FRE 701 and personal knowledge | | |
| 287:2-16 | 1 | | attorney testimony (187:14-16); argumentative (187:14-16); not relevant to phase 1 | | (this appears to relate to 287 and not 187); Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 287:19-21 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 288:21-25 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 289:1-25 | 1 | | hearsay (289:7-289:25); not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 290:1-16 | 1 | | hearsay (290:1); argumentative (290:2-16); not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 290:20-25 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 291:1-12 | 1 | | argumentative (291:6-12); not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 291:16-25 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 292:1-5 | 1 | | argumentative (292:2-5); not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 292:9-13 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 292:17-25 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 293:1-9 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 294:6-25 | 1 | | hearsay (294:6-11); not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 295:1-20 | 1 | | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 297:11-13 | 1 | 4-22 | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 297:16-25 | 1 | 4-22 | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 298:1-25 | 1 | 4-22 | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 299:1-11 | 1 | 4-22 | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 299:14-25 | 1 | 4-22 | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 300:1-25 | 1 | 4-22 | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 301:1-10 | 1 | 4-22 | not relevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |