# EXHIBIT 2A

| Stephen Adams Designation Exhibit Objections | | | | | |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Monsanto's Objection | Plaintiffs' Response to Monsanto's Objection |
| 4-11 | | Email(s), MONGLY03779062 | | hearsay; not relevant to phase 1 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 4-22 | | Email(s), MONGLY03210343-R through MONGLY03210346-R | | hearsay; not relevant to phase 1 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |