# EXHIBIT 3

| Plaintiff's Affirmatives | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff's Affirmatives | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| **Dr. Aaron Blair** | | | | | | | | | | |
| 12:25-14:8 | 1 | | | | | | | | | |
| | 1 | | | | | | | | | |
| 14:18-24 | 1 | | | | | | | | | |
| 16:2-10 | 1 | | | | | | | | | |
| 16:15-20 | 1 | | | | | | | | | |
| | 1 | | | | | | | | | |
| 16:23-17:11 | 1 | | | | | | | | | |
| 17:22-18:3 | 1 | | | | | | | | | |
| 18:7-11 | 1 | 1 | | | | | | | | |
| 18:18-19 | 1 | 1 | | | | | | | | |
| 19:18-20:5 | 1 | 1 | | | | | | | | |
| 20:14-15 | 1 | 1 | | | | | | | | |
| 20:21-24 | 1 | 1 | | | | | | | | |
| 21:3-22:19 | 1 | 1 | | | | | | | | |
| 23:2-5 | 1 | 1 | | | | | | | | |
| 23:12-16 | 1 | 1 | | | | | | | | |
| 24:5-7 | 1 | 2 | | | | | | | | |
| 25:6-16 | 1 | 2 | hearsay (25:11-16) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 26:2-17 | 1 | 2 | hearsay (26:2-13) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701;Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 27:13-21 | 1 | 2 | hearsay (27:13-17); calls for speculation (27:18-21) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 702; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 27:25-29:11 | 1 | 2 | calls for speculation (27:25-28:1); hearsay (28:12-20) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 703; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 30:11-25 | 1 | 2 | | | | | | | | |
| 31:12-32:4 | 1 | 2 | | | | | | | | |
| 32:9-19 | 1 | 2 | hearsay (32:16-19) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 32:23-34:21 | 1 | 2 | hearsay (32:23-11) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 35:3-14 | 1 | 2 | lacks foundation (35:12-14) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 35:18-21 | 1 | 2 | lacks foundation (35:18) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 35:24-25 | 1 | 2 | misstates the record (35:24-25); lacks foundation (35:24-25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 36:1 | 1 | 2 | misstates the record; lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 36:3-7 | 1 | 2 | misstates the record (36:3); lacks foundation (36:3) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 37:3-38:2 | 1 | | lacks foundation (38:1-2); vague (38:1-2) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 38:4 | 1 | | lacks foundation; vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 38:8-17 | 1 | | | | | | | | |
| 39:11-17 | 1 | | misstates the record (39:14-17) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 39:19 | 1 | | misstates the record | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 43:1-11 | 1 | | lacks foundation (43:9-11) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 43:13-16 | 1 | | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 43:21-25 | 1 | | | | | | | | |
| 44:14-19 | 1 | | | | | | | | |
| 44:21-25 | 1 | | | | | | | | |
| 45:3-5 | 1 | | | | | | | | |
| 45:18-23 | 1 | 4 | | | | | | | |
| 46:2-4 | 1 | 4 | | | | | | | |
| 46:10-16 | 1 | 4 | | | | | | | |
| 47:15-18 | 1 | 4 | misstates the record; vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 48:13-18 | 1 | 4 | | | | | | | |
| 49:16 | 1 | 4 | | | | | | | |
| 49:23-50:6 | 1 | 4 | hearsay (49:23-50:6, 50:10-11, 50:19-25, 51:2), improper opinion (50:5-6); lacks foundation (50:5-6) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 50:10-14 | 1 | 4 | improper opinion (50:10-11); lacks foundation (50:10-11) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 50:19-25 | 1 | 4 | | | | | | | |
| 51:2 | 1 | 4 | hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 52:5-11 | 1 | 4 | lacks foundation (52:10-11), lacks personal knowledge (52:10-11) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 52:13-20 | 1 | 4 | lacks foundation (52:13-14); lacks personal knowledge (52:13-14) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 53:22-25 | 1 | 4 | lacks foundation; hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 54:12-19 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 54:21-25 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 55:2-7 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 55:10-14 | 1 | 4 | | | | | | | |
| 56:4 | 1 | 4 | | | | | | | |
| 56:6-20 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 57:6-10 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 57:13-15 | 1 | 4 | lacks foundation; compound | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 57:17-18 | 1 | 4 | lacks foundation; compound | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 60:25-61:6 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 61:8 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 62:12-13 | 1 | 4 | | | | | | | |
| 62:17-63:2 | 1 | 4 | | | | | | | |
| 63:4-9 | 1 | 4 | | | | | | | |
| 63:11-22 | 1 | 4 | improper opinion (63:20-22); vague (63:20-22) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 63:25 | 1 | 4 | improper opinion; vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 64:2-10 | 1 | 4 | hearsay (64:2-5) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 64:13-21 | 1 | 4 | | | | | | | |
| 64:23 | 1 | 4 | | | | | | | |
| 65:1-9 | 1 | 4 | vague (65:7-9) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 65:19-66:3 | 1 | 4 | | | | | | | |
| 67:21-23 | 1 | | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 67:25 | 1 | | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 68:2-5 | 1 | | lacks foundation; vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 68:11-12 | 1 | | lacks foundation; vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 69:22-70:4 | 1 | | | | | | | | |
| 70:7-13 | 1 | | lacks foundation (70:10-13); vague (70:10-13); argumentative (70:10-13) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 70:15-20 | 1 | | lacks foundation; vague (70:15); argumentative (70:15) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 70:25-71:4 | 1 | | lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 71:25-72:1 | 1 | 6 | irrelevant | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 72:6-7 | 1 | 6 | irrelevant | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 72:12-73:3 | 1 | 6 | hearsay, lacks foundation, lacks personal knowledge; irrelevant | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 74:2-9 | 1 | 6 | hearsay, lacks foundation, lacks personal knowledge; irrelevant | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 74:16-75:2 | 1 | 6 | hearsay (74:16-17, 74:24-75:2), lacks foundation (74:16-17, 74:24-75:2), lacks personal knowledge (74:16-17, 74:24-75:2); irrelevant | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 75:18-20 | 1 | 6 | lacks foundation; irrelevant | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 75:24 | 1 | 6 | lacks foundation; irrelevant | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 85:14-23 | 1 | 9 | | | | | | | |
| 86:3-24 | 1 | 9 | improper opinion (86:22-24); lacks foundation (86:22-24); vague (86:22-24); compound (86:22-24) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 87:4-11 | 1 | 9 | improper opinion (87:4-8); lacks foundation (87:4-8); vague (87:4-8); compound (87:4-8) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 87:14 | 1 | 9 | improper opinion (87:4-8); lacks foundation (87:4-8); vague (87:4-8) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 87:17-19 | 1 | 9 | | | | | | | |
| 265:7-25 | 1 | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 266:2-4 | 1 | | calls for speculation; lacks personal knowledge; lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 266:7-8 | 1 | | calls for speculation; lacks personal knowledge; lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 266:14-22 | 1 | 36 | lacks foundation | | | | | | |
| 266:23-267:3 | 1 | 36 | lacks foundation | | | | | | |
| 267:9-12 | 1 | 36 | lacks foundation | | | | | | |
| 269:8-12 | 1 | 36 | hearsay; lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 269:15-16 | 1 | 36 | hearsay; lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 269:18-24 | 1 | 36 | hearsay (269:18); lacks foundation (269:18); misstates the record (269:19-24) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 702;Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 270:4-18 | 1 | 36 | misstates the record (270:4) | | | | | | |
| 271:14-20 | 1 | 36 | | | | | | | |
| 272:2-10 | 1 | 36 | | | | | | | |
| 274:3-4 | 1 | 37 | | | | | | | |
| 274:6-8 | 1 | 37 | Attorney testifying; argumentative | | | | | | |
| 274:11-276:8 | 1 | 37 | | | | | | | |
| 276:21-277:1 | 1 | 37 | | | | | | | |
| 277:4-8 | 1 | 37 | improper opinion (277:5-8); hearsay (277:5-8) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 277:17-278:1 | 1 | 37 | hearsay (277:17-23) | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 278:8-279:1 | 1 | 37 | | | | | | | |
| 293:6-10 | 1 | | improper opinion; irrelevant; argumentative | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| 293:15 | 1 | | improper opinion; irrelevant; argumentative | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | |
| | | | | | | | | | |
| | | | | 13:4-14:24 | | | | | |
| | | | | 16:21-18:3 (overlaps with PA) | | 16:21-22 No objection. However, lines 21-22 do no make sense unless you have context of lines 15-20. | | | |

| | | | | 89:20-97:3 | | 90:7-13<br>Incomplete hypothetical, improper expert testimony - not designated as an expert pursuant to FRCP 26<br><br>90:15-91:3<br>Incomplete hypothetical, calls for speculation, improper expert testimony-not disclosed as an expert witness pursuant to FRCP 26<br><br>91:12-92:4<br>Calls for speculation, inclompete hypotehectial, improper expert testimony-not disclosed as an expert pursuant to FRCP 26.<br><br>95:2-22<br>Incomplete hypotheical, improper expert testimony - not designated as an expert pursuant to FRCP 26 | | 90:7-13<br>Factual question does not contain hypothetical; witness testifying pursuant to FRE 701<br><br>90:15-91:3<br>Factual question does not contain hypothetical; witness testifying pursuant to FRE 701<br><br>91:12-92:4<br>Factual question does not contain hypothetical; witness testifying pursuant to FRE 701<br><br>95:2-22<br>Factual question does not contain hypothetical; witness testifying pursuant to FRE 701 | | |
| | | | | 102:24-103:8 | | 102:24-103:8<br>Completeness | 102:15-23<br>103:9-16 | Designated testimony is complete question and answer | No objections | |
| | | | | 114:11-21 | | | | | | |
| | | | | 114:22-115:11 | | Cumulative | | Relevant to designated testimony; and adds context to designated testimony | | |
| | | | | 115:12-16 | | Incomplete | 115:17-116:3 | Designated testimony is complete question and answer | No objections | |
| | | | | 117:16-24 | | | | | | |
| | | | | 119:13-25 | | Incomplete | 120:1-19 | Designated testimony is complete question and answer | No objections | |
| | | | | 126:3-14 | | Testimony based on hearsay evidence. | | Falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | | | | 127:22-128:1 | | Speculation | | Witness testifying pursuant to FRE 701 | | |
| | | | | 128:4-19 | | Continued line of question on Speculation | 128:20-129:1 | Witness testifying pursuant to FRE 701 | No objections | |
| | | | | 129:2-8 | | | | | | |
| | | | | 131:18-133:17 | | 131:23-133:5<br>Hearsay. Lack of foundation. Irrelevant, confusing, and misleading. | | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | | | | 139:13-21 | | Hearsay. Lack of foundation. Irrelevant, confusing, and misleading. | 139:22-140:6 | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | No objections | |
| | | | | 140:7-141:11 | | 140:7-10<br>Hearsay. Lack of foundation. Irrelevant, confusing, and misleading.<br><br>140:19-141:9<br>Incomplete hypothetical. Improper expert testimony - not disclosed as an expert pursuant to FRCP 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes<br><br>Witness testifying pursuant to FRE 701 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 142:3-144:2 | | Testimony based on hearsy and document without foundation. Irrelevant, confusing, and misleading. | 144:3-14 | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | No objections | |
| | | | | 145:19-146:3 | | Exhibit is hearsay | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | | | | 146:13-148:18 | | 147:10-17<br>Inappropriate counsel testimony. Incomplete hypothetical. Improper experet testimony, not disclosed as an expert pursuant to<br>FRCP 26. Irrelevant, misleading, confusing. 403<br><br>147:18-148:18<br>Completeness | 148:19-22<br>149:4-15 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701<br><br><br><br>Designated testimony is complete question and answer | No objections | |
| | | | | 149:16-150:11 | | | 150:12-151:8 | | | |
| | | | | 154:13-157:21 | | | | | | |
| | | | | 160:10-161:13 | | | | | | |
| | | | | 164:17-165:8 | | Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper<br>and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | | 166:19-168:25 | | Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper<br>and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay. | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | | 169:22-170:4 | | Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper<br>and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | 170:5-171:8 | Relevant and factors in 403 do not outweigh probative value of testimony | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 171:9-172:24 | | 171:9-24<br>Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper<br>and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | 171:25-172:1<br>172:16-173:8 | Relevant and factors in 403 do not outweigh probative value of testimony | No objections | |
| | | | | 173:12-23 | | Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper<br>and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | | 175:20-177:6 | | | 174:5-175:19 | | No objections | |
| | | | | 177:11-178:7 | | Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper<br>and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | | 179:18-181:1 | | 180:24-181:1<br>Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper<br>and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. | | Relevant and factors in 403 do not outweigh probative value of testimony | | |

| | | | | 181:23-184:2 | | 181:23-183:18<br>Calls for Speculation. Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay<br><br>183:23-184:2<br>Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | | 185:17-21 | | | 186:16-187:8 | | No objections | |
| | | | | 188:15-189:8 | | 189:4-8<br>Speculation | | Witness testifying pursuant to FRE 701 | | |
| | | | | 190:11-22 | | Calls for Speculation. Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | | 191:15-197:15 | | Calls for Speculation. Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | | 198:1-199:20 | | Calls for Speculation. Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |

| | | | | 199:21-200:8 | | Calls for Speculation. Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 201:19-202:21 | | Hearsay. Lacks foundation | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | | | | 203:21-204:3 | | | | | | |