# EXHIBIT 3A

| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Monsanto's Objection | Plaintiffs' Response to Monsanto's Objection |
|---|---|---|---|---|---|
| | | **Aaron Blair Designation Exhibit Objections** | | | |
| 1 | | Curriculum Vitae of Aaron Earl Blair, February 6, 2017 | | | |
| 2 | | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Preamble, Lyon, France 2006 | | hearsay | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; |
| 4 | | Document titled "Glyphosate" | | hearsay | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; |
| 6 | | International Agency for Research on Cancer, World Health Organization paper | | hearsay; not relevant to phase 1 | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; |
| 9 | | Environmental Health Perspectives, IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans, Bates MONGLY01154782 to MONGLY01154819 | | | |
| 36 | | Article entitled "Increased Cancer Burden Among Pesticide Applicators and Others Due to Pesticide Exposure" | | | |
| 37 | | EHP ISEE - Conference Abstracts, 2015 Conference | | | |