# EXHIBIT 4

| Plaintiffs' Affirmative Designations | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| **Farmer 01/11/2017** | | | | | | | | | | |
| 13:22-14:18 | 1 | | | | | | | | | |
| 14:23-15:07 | 1 | | Irrelevant to Phase 1, vague (15:2-4). | | relevant to foundation if farmer comes in phase 1, relevant phase 2, | | | | | |
| 18:22-24 | 1 | | Irrelevant to Phase 1, vague (18:22-24). | 19:10-20:02. | relevant to foundation if farmer comes in phase 1, relevant phase 2, | | | | | |
| 19:02-08 | 1 | | Irrelevant to Phase 1 | 19:10-20:02. | relevant to foundation if farmer comes in phase 1, relevant phase 2, | | | | | |
| 22:12-15 | 1 | | Irrelevant to Phase 1, vague | 19:10-20:02. | relevant to foundation if farmer comes in phase 1, relevant re: bias, impeachment, relevant phase 2, | | | | | |
| 22:20-23:08 | 1 | | Irrelevant to Phase 1, vague, misstates the record (22:20-23:08) | 19:10-20:02; 22:16-19. | relevant to foundation if farmer comes in phase 1, relevant re: bias, impeachment, relevant phase 2, | | | | | |
| 24:03-07 | 1 | 1-3 | Irrelevant to Phase 1, hearsay (exhibit 3), attorney testifying (24:03-07). | | relevant to phase 2, foundatoin for farmer, ex. 3 non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, admission against interest, statement party opponent | | | | | |
| 24:16-21 | 1 | 1-3 | Irrelevant to Phase 1, hearsay (exhibit 3, 24:16-21), vague (24:16-21). | | relevant to phase 2, foundatoin for farmer, ex. 3 non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, admission against interest, statement party opponent | | | | | |
| 24:25-26:07 | 1 | 1-3 | Irrelevant to Phase 1, vague, hearsay (24:25), misstates the record (25:11-14, 25:18-19, 25:23-25, 26:5-7) | 19:10-20:02; 22:16-19. | relevant to phase 2, foundatoin for farmer, ex. 3 not offered to prove matter asserted, admission against interest, statement party opponent | | | | | |
| 26:12-16 | 1 | | Irrelevant to Phase 1 | | relevant to phase 2 | | | | | |
| 26:20-27:09 | 1 | 1-4 | Irrelevant to Phase 1, hearsay (26:20-27:09). | | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, impeachment, statement of party opponent/admission | | | | | |
| 27:23-24 | 1 | 1-4 | Irrelevant to Phase 1, hearsay | | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposest, statement of party opponent/admission | | | | | |
| 28:04-16 | 1 | 1-4 | Irrelevant to Phase 1, hearsay (28:04-16). | | relevant phase 2,non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, statement of party opponent/admission | | | | | |
| 28:18-24 | 1 | 1-4 | Irrelevant to Phase 1 | | relevant phase 2, relevant as background on glypohsate | | | | | |
| 30:02-18 | 1 | | Irrelevant to Phase 1 | | relevant phase 2 | | | | | |
| 36:11-23 | 1 | 1-6 | Irrelevant to Phase 1, lacks foundation (36:20-23) | | relevant phase 2, document represents Farmer's business goals & provides foundation | | | | | |
| 37:20-38:06 | 1 | 1-6 | Irrelevant to Phase 1 | | relevant phase 2 | | | | | |
| 38:22-39:09 | 1 | | Irrelevant to Phase 1 | | relevant phase 2 | | | | | |
| 40:09-43:14 | 1 | 1-6 | Irrelevant to Phase 1, vague and misstates the record (40:20-22); lacks foundation (42:12-16) | 19:10-20:02. | relevant phase 2, Fermer corroborated that part of her job is to defend glypohsate so no misstatment, witness previously established foundation | | | | | |
| 44:13-18 | 1 | | Irrelvant to Phase 1, vague (44:13-18). | 22:16-19. | relevant phase 2 | | | | | |
| 47:24-48:06 | 1 | | Argumentative (47:24-48:04). | | not argumentative, question concerns Farmer's own past statement | | | | | |
| 48:23-49:02 | 1 | 1-8 | Irrelevant to Phase 1 | | relevant phase 2 | | | | | |
| 49:17-20 | 1 | 1-8 | Irrelevant to Phase 1 | | relevant phase 2 | | | | | |
| 50:02-51:06 | 1 | 1-8 | Irrelevant to Phase 1, prejudicial | 467:6-468:12 | relevant phase 2, impeachment, Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 51:11-25 | 1 | | Irrelevant to Phase 1, misstates the record (51:22-25), prejudicial | 467:6-468:12 | relevant phase 2, impeachment, Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 52:03-22 | 1 | 1-8 | Irrelevant to Phase 1, prejudicial | | relevant phase 2, witness's statement is factual and not prejudicial | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 53:05-22 | 1 | 1-8 | Irrelevant to Phase 1, misstates the record (53:12-13), prejudicial | 467:6-468:12 | relevant phase 2, statement is accurate and read directly from email | | | |
| 54:10-55:03 | 1 | | Irrelevant to Phase 1, lacks foundation (54:19-21), compound (55:01-3). | 378:6-20 | relevant phase 2, witness has provided qualifications regarding knowledge relevant to foundation | relevance, foundation, calls for speculation, prejudicial | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | |
| 55:10-18 | 1 | | Irrelevant to Phase 1 | | relevant phase 2 | | | |
| 57:04-19 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation (57:04-19), hearsay (57:13-19) | | relevant phase 2, witnes previously provided foundaton, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 57:24-58:16 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation, hearsay (57:24-58:16). | | relevant phase 2, witnes previously provided foundaton, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 59:07-10 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation (exhibit 9), hearsay (exhibit 9) | | relevant phase 2, witnes previously provided foundaton, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 60:01-06 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation, hearsay | | relevant phase 2, witnes previously provided foundaton, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 60:11-22 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation, hearsay | | relevant phase 2, witnes previously provided foundaton, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 60:25-61:21 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation, hearsay, misstates the record (61:14-21) | | relevant phase 2, witnes previously provided foundaton, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, record is clear as to surfactants | | | |
| 62:02-07 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation, hearsay | | relevant phase 2, witnes previously provided foundaton, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 62:11-13 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation, hearsay | | relevant phase 2, witnes previously provided foundaton, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 62:17-63:05 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation, hearsay | | relevant phase 2, witnes previously provided foundaton, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 63:08-10 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation, hearsay | | relevant phase 2, witnes previously provided foundaton, not offered as hearsay | | | |
| 63:12-64:03 | 1 | 1-9 | Irrelevant to Phase 1, lacks foundation, hearsay, misstates the record (63:14-17) | | relevant phase 2, witnes previously provided foundaton, question accurately reflects record | | | |
| 79:24-80:01 | 1 | | Irrelevant to Phase 1, lacks foundation, vague (79:24-80:01), prejudicial | | relevant phase 2, witness has personal knowledge, relevant as rebuttal to foreign regulatory evidence | | | |
| 80:05-19 | 1 | | Irrelevant to Phase 1, lacks foundation, prejudicial | | relevant phase 2, witness has personal knowledge, relevant as rebuttal to foreign regulatory evidence, not prejudicial and/or prejudice outweighed by probative value | | | |
| 83:13-84:06 | 1 | 1-13 | Irrelevant to Phase 1, misstates the record (83:13-16) | 19:10-20:02. | relevant phase 2, no misstatement | | | |
| 84:14-18 | 1 | | Irrelevant to Phase 1 | | relevant phase 2 | | | |
| 86:16-87:13 | 1 | 1-13 | Irrelevant to Phase 1, prejudicial | | relevant phase 2, admission, not prejudicial and/or prejudice outweighed by probative value | | | |
| 89:13-90:23 | 1 | 1-14 | Irrelevant to Phase 1, lacks foundation (89:23-25); prejudicial | 90:24-91:7. | relevant phase 2, witness has knowledge, | unprompted testimony/no question | Relevant and factors in 403 do not outweigh probative value of testimony; provides context to designated testimony | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 91:08-19 | 1 | 1-14 | Irrelevant to Phase 1, prejudicial, rule of completeness (exhibit 14) | 90:24-91:7. | relevant phase 2, designation complete with Monsanto's counter designation, Relevant and factors in 403 do not outweigh probative value of testimony | unprompted testimony/no question | | Relevant and factors in 403 do not outweigh probative value of testimony; provides context to designated testimony |
| 92:04-16 | 1 | 1-14 | Irrelevant to Phase 1, hearsay (92:07-16); prejudicial | 92:18-93:24 | relevant phase 2,non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, releavnt and factors in 403 do not outweigh probative value | relevance, waste of time | | Relevant and factors in 403 do not outweigh probative value of testimony |
| 94:05-95:19 | 1 | 1-14 | Irrelevant to Phase 1, hearsay (94:05-95:14); lacks foundation (95:15-16) | | relevant phase 2, document establishes foundation | | | |
| 96:15-19 | 1 | 1-15 | Irrelevant to Phase 1. | | relevant phase 2 | | | |
| 98:13-20 | 1 | 1-15 | Irrelevant to Phase 1 | | relevant phase 2 | | | |
| 98:24-25 | 1 | 1-15 | Irrelevant to Phase 1 | | relevant phase 2 | | | |
| 99:14-17 | 1 | 1-15 | Irrelevant to Phase 1,  prejudicial | 100:2-22 | relevant phase 2, not prejudicial and/or prejudice outweighed by probative value | | | |
| 99:22-23 | 1 | 1-15 | Irrelevant to Phase 1, prejudicial | 100:2-22 | relevant phase 2, not prejudicial and/or any prejudice outweighed by probative value | | | |
| 103:14-25 | 1 | 1-15 | Irrelevant to Phase 1, hearsay (103:14-17) | 100:2-22 | relevant phase 2, not offered as hearsay offered as impeachment/admission, | | | |
| 108:14-22 | 1 | | Irrelevant to Phase 1, lacks foundation, argumentative (108:20-22). | | relevant phase 2, witenss has knowledge | | | |
| 108:25-109:03 | 1 | | Irrelevant to Phase 1 | | relevant phase 2 | | | |
| 111:16-112:15 | 1 | | Irrelevant to Phase 1, vague, prejudicial | | relevant phase 2, witness understands term, not prejudicial and/or prejudice outweighed by probative value | | | |
| 124:02-17 | 1 | | Irrelevant to Phase 1, hearsay, lacks foundation, argumentative (124:16-17) | | relevant phase 2, witness has defined term and established knowledge, not argumentative | | | |
| 124:19-20 | 1 | | Irrelevant to Phase 1 | | relevant phase 2 | | | |
| 124:22-125:11 | 1 | 1-19 | Irrelevant to Phase 1, hearsay, lacks foundation | 125:23-126:9. | relevant phase 2, offered as impeachment not hearsay, witness has knolwedge | | | |
| 135:13-25 | 1 | 1-21 | Irrelevant to Phase 1, lacks foundation, hearsay | | relevant phase 2, witness authenticates email, not offered as hearsay offered as impeachment, admission | | | |
| 137:07-138:20 | 1 | 1-21 | Irrelevant to Phase 1, hearsay, lacks foundation | 125:23-126:9. | relevant phase 2, witness authenticates email, not offered as hearsay offered as impeachment, admission | | | |
| 232:16-233:21 | 1 | | Irrelevant to Phase 1 , prejudicial, lacks foundation (233:17-20) | | relevant phase 2, | | | |
| 242:12-243:08 | 1 | | Irrelevant to Phase 1 , prejudicial, lacks foundation (243:3-8) | | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, witness has personal knowledge | | | |
| 243:13-25 | 1 | 1-41 | Irrelevant to Phase 1, hearsay (exhibit 41), lacks foundation (243:21-25) | | relevant phase 2, exhibit offerd to show knowledge, for impeachment, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 245:04-09 | 1 | 1-41 | Irrelevant to Phase 1 | | relevant phase 2 | | | |
| 246:17-247:25 | 1 | 1-41 | Irrelevant to Phase 1, hearsay (246:17-21), lacks foundation and argumentative (247:23-25) | | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, to show knowledge, admission | | | |
| 248:05-13 | 1 | 1-41 | Irrelevant to Phase 1, hearsay | | relevant phase 2,non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes. Impeachment, admission | | | |
| 248:18-249:13 | 1 | 1-41 | Irrelevant to Phase 1, hearsay (248:18-19) (248:24-249:9); lacks foundation and argumentative (249:10-13) | | relevant phase 2, not offered as hearsay, witness established foundation | | | |
| 249:16-18 | 1 | 1-41 | Irrelevant to Phase 1 | | relevant phase 2 | | | |
| 249:21-25 | 1 | 1-41 | Irrelevant to Phase 1, argumentative | | relevant phase 2, question straightforward and not argumentative | | | |
| 250:06-10 | 1 | 1-41 | Irrelevant to Phase 1,  lacks foundation, argumentative (250:08-10). | | relevant phase 2, witness has personal knowledge | | | |
| 250:14-251:05 | 1 | 1-41 | Irrelevant to Phase 1, argumentative and misstates the testimony (251:1-5). | | relevant phase 2 | | | |
| 251:13-22 | 1 | 1-41 | Irrelevant to Phase 1 | | relevant phase 2 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 267:09-270:04 | 1 | 1-43 | Irrelevant to Phase 1, lacks foundation and calls for speculation (267:15-16); lacks foundation (268:18-25) | | relevant phase 2, witness testified about knowledge in epidemiology | | | |
| 271:24-272:11 | 1 | 1-44 | Irrelevant to Phase 1, hearsay (272:2-11) | | relevant phase 2,non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, offered as impeachment, to show knowledge | | | |
| 272:22-273:17 | 1 | 1-44 | Irrelevant to Phase 1, hearsay (272:22-273:2) | | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, offered as impeachment, to show knowledge | | | |
| 274:10-14 | 1 | 1-44 | Irrelevant to Phase 1, hearsay, lacks foundation | | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, offered as impeachment, to show knowledg, relevant as impeachment if door opened for epi | | | |
| 274:24-277:08 | 1 | 1-44 | Irrelevant to Phase 1, hearsay (274:24-275:8); lacks foundation (275:14-16) (276:18-21) (277:1-5) | | relevant phase 2,non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, offered as impeachment, to show knowledge | | | |
| 277:12-280:14 | 1 | 1-44 | Irrelevant to Phase 1, hearsay, lacks foundation (277:22-278:2); | 280:17-281:9 | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes, offered as impeachment, to show knowledge | | | |
| 281:10-282:07 | 1 | 1-44 | Irrelevant to Phase 1, lacks foundation (282:5-7) | | relevant phase 2,impeachment, witness has personal knowledge | | | |
| 282:10-283:04 | 1 | 1-44 | Irrelevant to Phase 1, lacks foundation (282:19-23); | 377:23-378:8 | relevant phase 2,impeachment, witness has personal knowledge | | | |
| 283:10-21 | 1 | 1-44 | Irrelevant to Phase 1, hearsay (283:10-16); lacks foundation and vague (283:18-21) | | relevant phase 2,non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purpose, witness knowledgable about iarc | | | |
| 283:24-284:22 | 1 | 1-44 | Irrelevant to Phase 1, lacks foundation (284:8-11) | | relevant phase 2, question concerns basic principles of science/corporate responsibility | | | |
| 294:09-14 | 1 | | Irrelevant to Phase 1, argumentative, lacks foundation (294:09-14) | | relevant phase 2 | | | |
| 310:20-311:03 | 1 | 1-47 | Irrelevant to Phase 1, hearsay, lacks foundation | | relevant phase 2,non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 313:19-314:23 | 1 | 1-47 | Irrelevant to Phase 1, hearsay, lacks foundation | 315:6-24 | relevant phase 2, farmer previous testimony  laid foundation for questioning on IARC | prejudicial, non-responsive | | Relevant and factors in 403 do not outweigh probative value of testimony; provides context to designated testimony |
| 330:21-333:08 | 1 | 1-50 | Irrelevant to Phase 1, hearsay, lacks foundation, calls for speculation (331:3-333:08) | | relevant phase 2, offered as impeachment | | | |
| 333:23-337:04 (except phrase "In my opinion, the meeting" | 1 | 1-51 | Irrelevant to Phase 1, hearsay (334:8-11), lacks foundation (334:8-11); hearsay (336:4-337:4); | | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 337:16-338:11 | 1 | 1-51 | Irrelevant to Phase 1, hearsay (337:16-338:3); lacks foundation (338:4-9); vague (338:4-9) | | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 342:25-343:09 | 1 | | Irrelevant to Phase 1 | | relevant phase 2 | | | |
| 347:13-20 | 1 | 1-55 | Irrelevant to Phase 1, hearsay, lacks foundation (347:13-20) | | relevant phase 2, impeachment | | | |
| 347:25-348:02 | 1 | 1-55 | Irrelevant to Phase 1, hearsay | | relevant phase 2, not hearsay - admission, impeachment, demonstrates knowledge | | | |
| 348:06-13 | 1 | 1-55 | Irrelevant to Phase 1, hearsay,attorney testifying | | | | | |