# EXHIBIT 4A

**Donna Farmer Designation Exhibit Objections**

| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Monsanto's Objection | Plaintiffs' Response to Monsanto's Objection |
|---|---|---|---|---|---|
| 1-4 | | E-mail(s), MONGLY00921329 - MONGLY00921345 | | Irrelvant to Phase 1, hearsay, lacks foundation to speak to any emails that she did not author | relevant phase 2, used for impeachment, to show Monsanto knowledge; non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-6 | | Business Goals, MONGLY02613913 - MONGLY02613918 | | Irrelvant to Phase 1, hearsay, lacks foundation, prejudicial | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, factors in 403 do not outweigh probative value, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-8 | | E-mail(s), MONGLY01192115 - MONGLY01192117 | | Irrelvant to Phase 1, hearsay, prejudicial | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-9 | | "Clustering glyphosate formulations with regard to the testing for dermal uptake," MONGLY01839476 - MONGLY01839481 | | Irrelvant to Phase 1, hearsay, lacks foundation to speak to anything she did not author, prejudicial | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability; relevant to phase 1 to show discrepencies in formulations/glyphosate, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-13 | | E-mail(s), MONGLY00877683 - MONGLY00877685 | | Irrelvant to Phase 1, hearsay, lacks foundation to speak to any emails she did not author, prejudicial | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, farmer on thread authored emails, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-14 | | E-mail(s), MONGLY00885551 - MONGLY00885555 | | Irrelvant to Phase 1, hearsay, lacks foundation to speak to any emails she did not author | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-15 | | E-mail(s), MONGLY01182769 | | Irrelvant to Phase 1, hearsay, lacks foundation to speak to documents she did not author | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-19 | | "Ghost Writing Initiated by Commercial Companies, The World Association of Medical Editors" | | Irrelvant to Phase 1, hearsay, lacks foundation, prejudicial | relevant phase 2, any prejudice outweighed by probative value used for impeachment, to show Monsanto knowledge of ghostwriting, relevant to monsanto ratification fo ghostwriting, party admission, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-21 | | E-mail(s), MONGLY01021648 - MONGLY01021657 | | Irrelvant to Phase 1, hearsay, lacks foundation to speak to any emails she did not author | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-41 | | "Glyphosate Stewardship,  Epidemiology and Farm Family Exposure Study," Draft for June 11, 2002, MONGLY00888454 - MONGLY00888463 | | Irrelvant to Phase 1 | relevant phase 2, used for impeachment, to show Monsanto knowledge, and available evidence,relevant phase 1 for  impeachment of AHS positions |
| 1-43 | | E-mail(s), MONGLY00877463 - MONGLY00877468 | | Irrelvant to Phase 1, hearsay, lacks foundation to speak to any emails she did not author | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, includes admissions, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-44 | | "IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans" | | Irrelevant to Phase 1, hearsay, lacks foundation | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability |
| 1-47 | | Draft February 23, 2015, "Glyphosate: IARC," MONGLY02913526 - MONGLY02913531 | | Irrelevant to Phase 1, hearsay, lacks foundation | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, admissions, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-50 | | "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 112: Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, Lyon, France: 3-10 March 2015" | | Irrelevant to Phase 1, hearsay, lacks foundation | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 1-51 | | E-mail(s), MONGLY00977253 - MONGLY00977255 | | Irrelevant to Phase 1, hearsay, lacks foundation to speak to any emails she did not author | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |

| | | | | | |
|---|---|---|---|---|---|
| 1-55 | | "Monsanto Company Safety Data Sheet Commercial Product, Roundup PRO Herbicide, 10/19/2015" | | Irrelvant to Phase 1, hearsay, lacks foundation | relevant phase 2, used for impeachment, to show Monsanto knowledge, probative of liability, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |