# EXHIBIT 5

| Plaintiffs' Affirmative Designations | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| Heydens 01/23/2017 | | | | | | | | | | |
| 6:5-6 | 1 | | Relevance | | | | | | | |
| 6:15-19 | 1 | | | | | | | | | 6:15-19 |
| 9:3-7 | 1 | | | | | | | | | |
| 14:12-18:5 | 1 | | Irrelevant to Phase 1 | | Not irrelevant to Phase 1. Related to presence of recognized carcinogenic chemicals in Roundup formulations, hence causation of NHL; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts. | | | | | |
| 23:21-24 | 1 | | Irrelevant to Phase 1; Argumentative, Attorney Testifying, Relevance, Prejudicial | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogen and in particular, causatively associated with inducing NHL, hence causation of NHL; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts | | | | | |
| 24:5-25:5 | 1 | | Irrelevant to Phase 1; Argumentative, Attorney Testifying, Relevance, Prejudicial | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts | | | | | |
| 36:21-49:18 | 1 | | Irrelevant to Phase 1; Argumentative, Attorney Testifying, Relevance, Prejudicial | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts | | | | | |
| 81:1-85:18 | 1 | | Irrelevant to Phase 1; Relevance, Prejudicial, Hearsay | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | | |

| Designation | # | Objection | | Response | | | | |
|---|---|---|---|---|---|---|---|---|
| 97:16-106:16 | 1 | Irrelevant to Phase 1; Relevance, Prejudicial, Hearsay, Calls for Speculation (100:2 - 13), Calls for a Legal Conclusion, Argumentative (104:14 - 105:14) | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 113:22-114:2 | 1 | Irrelevant to Phase 1 | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 114:21-125:1 | 1 | Irrelevant to Phase 1; Relevance, Prejudicial, Hearsay (114:23 - 117:3) | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 125:5-8 | 1 | Irrelevant to Phase 1; Relevance, Prejudicial | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 125:19-133:25 | 1 | Irrelevant to Phase 1; Relevance, Prejudicial, Hearsay (128:6 - 129:12, 131:2 - 133:12), Attorney Testifying (129:13 - 20) | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 144:21-152:18 | 1 | Irrelevant to Phase 1; Relevance, Prejudicial, Hearsay (145:16 - 152:18), See PTO No. 67 re Intertek email | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes; admission by party re: formulation playing a role in tumor promotion study | | | | |
| 158:1-169:4 | 1 | Irrelevant to Phase 1; Relevance, Prejudicial, Hearsay (158:17 - 169:4) | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 169:8-178:3 | 1 | Irrelevant to Phase 1; Relevance, Prejudicial, Hearsay (169:8 - 170:1, 171:3 - 172:5, 172:24 - 174:8), Vague and Compound/Argumentative (170:3 - 18), Lack of Foundation (177:6 - 178:3) | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 188:3-189:8 | 1 | Irrelevant to Phase 1; Relevance, Prejudicial | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 189:12-15 | 1 | Irrelevant to Phase 1; Relevance, Prejudicial | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 190:4-7 | 1 | Irrelevant to Phase 1; Attorney Testifying | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 190:11-12 | 1 | Irrelevant to Phase 1; Relevance, Prejudicial | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 190:15-193:9 | 1 | Irrelevant to Phase 1; Hearsay (190:21 - 193:9) | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 193:9 | 1 | Repeat designation, same objection | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 193:13-194:3 | 1 | Irrelevant to phase 1; Hearsay | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 194:6-7 | 1 | Irrelevant to phase 1; Hearsay, Lack of personal knowledge | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 194:23-195:2 | 1 | Irrelevant to phase 1; Hearsay | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 195:5-11 | 1 | Irrelevant to phase 1; hearsay, Lack of personal knowledge (195:5 - 8) | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 195:14-196:15 | 1 | Irrelevant to phase 1 | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 195:18-197:5 | 1 | Irrelevant to phase 1; Repeat designation, Lack of personal knowledge (196:18 - 20), Hearsay (196:21 - 197:5) | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |

| Designation | Phase | Objection | Counter | Response |
|---|---|---|---|---|
| 197:15-17 | 1 | Irrelevant to phase 1; vague; attorney characterization | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice |
| 197:20-198:16 | 1 | Irrelevant to phase 1; Relevance, Prejudice (198:14 - 16) | 197:15 - 198:12 | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice |
| 198:19-199:2 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice |
| 199:8-200:2 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice |
| 200:5-18 | 1 | Irrelevant to Phase 1 | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice |
| 200:22-23 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 201:5-10 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 202:16-22 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 202:25-203:19 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 203:22-205:4 | 1 | Irrelevant to Phase 1; Relevance, Prejudice, Hearsay | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 205:7-207:17 | 1 | Irrelevant to Phase 1; Relevance, Prejudice, Hearsay | 205:4 - 206:19 | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |

| Designation | | Objection | | Response | | | | |
|---|---|---|---|---|---|---|---|---|
| 207:20-209:5 | 1 | Irrelevant to Phase 1; Relevance, Prejudice, Hearsay, Lack of Personal Knowledge (208:20 - 209:5) | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 209:11-15 | 1 | Irrelevant to Phase 1; Relevance, Prejudice, Lack of Personal Knowledge | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 209:18-210:1 | 1 | (209:18 - 24) Irrelevant to Phase 1; Relevance, Prejudice, Lack of Personal Knowledge | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 210:4-9 | 1 | | | | | | | |
| 210:12-211:4 | 1 | (210:15 - 211:4) Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 212:12-15 | 1 | Irrelevant to Phase 1; Relevance, Prejudice, Incomplete Designation | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 213:6-14 | 1 | | | | | | | |
| 214:3-10 | 1 | Incomplete Designation | 214:11 - 19 | | | | | |
| 214:21-22 | 1 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 215:15-24 | 1 | (215: 17 - 24) Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 216:7-9 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 216:23-217:4 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 217:13-21 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 217:25-218:5 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 218:10-15 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 218:18-22 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | |
| 219:2-15 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | |
| 219:18-220:22 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | |
| 221:1-13 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | |
| 221:17-222:10 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | |
| 222:14-15 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 222:17-25 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 223:4-9 | 1 | Irrelevant to phase 1 | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 223:12-18 | 1 | Irrelevant to phase 1; prejudicial; attorney characterization | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 223:21-224:8 | 1 | Irrelevant to phase 1 | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 224:11-237:25 | 1 | Irrelevant to Phase 1; Relevance, Prejudice, Hearsay | | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudiceNot irrelevant to Phase 1; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes. | | | | |

| Range | # | Objection | Counter Range | Response | | Objection to Counter | Response to Objection | | |
|---|---|---|---|---|---|---|---|---|---|
| 263:9-267:16 | 1 | Irrelevant to Phase 1; Relevance, Prejudice | 266:24 - 267:16 | Not irrelevant to Phase 1. Related to permitted Phase 1 causation issues it that it relates to the POEA, part of the Roundup formulations, being hazardous (refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; party admission re: POEA being hazardous | | | | | |

**Heydens 01/24/2017**

| | | | Range | | Objection | | Response | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 289:19 - 317:24 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position | | |
| | | | 318:3 - 320:25 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not proper subject of Phase 1; hearsay--no EPA witness to lay foundation and undergo cross-examination | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | 321:3 - 15 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not proper subject of Phase 1; hearsay--no EPA witness to lay foundation and undergo cross-examination | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | 321:18 - 341:4 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not proper subject of Phase 1; hearsay--no EPA witness to lay foundation and undergo cross-examination | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | 341:14 - 344:23 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not proper subject of Phase 1; hearsay--no EPA witness to lay foundation and undergo cross-examination | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | 345:5 - 348:20 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not proper subject of Phase 1; hearsay--no EPA witness to lay foundation and undergo cross-examination | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | 348:24 - 404:15 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not designated or qualified as an expert, but being used to improperly review and render opinions regarding scientific studies | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | 404:18 - 22 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; not designated or qualified as an expert, but being used to improperly review and render opinions regarding scientific studies | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | 404:25 - 407:13 | | mproper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; not designated or qualified as an expert, but being used to improperly review and render opinions regarding scientific studies | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |

| | | | 408:14 - 409:17 | | | mproper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; not designated or qualified as an expert, but being used to improperly review and render opinions regarding scientific studies | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 410:10-417:25 | 1 | (410:25 - 417:25) Irrelevant to Phase 1, Relevance, Prejudice | | | Not irrelevant to Phase 1. Related to permitted  Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not  outweighed by unfair prejudice | | | | | |
| 418:5-25 | 1 | Irrelevant to Phase 1, Relevance, Prejudice | | | Not irrelevant to Phase 1. Related to permitted  Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not  outweighed by unfair prejudice | | | | | |
| 419:3-23 | 1 | Irrelevant to Phase 1, Relevance, Prejudice, Attorney Testifying | | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | | |
| 420:2-11 | 1 | Irrelevant to Phase 1, Relevance, Prejudice | | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | | |
| 420:14-421:4 | 1 | Irrelevant to Phase 1, Relevance, Prejudice | | | Not irrelevant to Phase 1. Related to rodent studies upon which Roundup's initial approval was based, including  the carcinogenicity study invalidated along with the rest of the IBT fraud, hence related to carcinogenicity causation; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | | |

| Designation | Party | Objection | | Response | | | | |
|---|---|---|---|---|---|---|---|---|
| 421:7-25 | 1 | Irrelevant to Phase 1, Relevance, Prejudice | | Not irrelevant to Phase 1. Related to rodent studies upon which Roundup's initial approval was based, including the carcinogenicity study invalidated along with the rest of the IBT fraud, hence related to carcinogenicity causation; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 422:3-18 | 1 | Irrelevant to Phase 1, Relevance, Prejudice | | Not irrelevant to Phase 1. Related to Monsanto's failure to conduct epidemiology studies despite independent epidemiology and mechanistic studies showing a correlation between Roundup and NHL or inducing DNA damage; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 422:21-426:23 | 1 | Irrelevant to Phase 1, Relevance, Prejudice (except for 426:19 - 23) | | Not irrelevant to Phase 1. Related to Monsanto's failure to conduct epidemiology studies despite independent epidemiology and mechanistic studies showing a correlation between Roundup and NHL or inducing DNA damage; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 427:1-2 | 1 | Irrelevant to phase 1 | | Not irrelevant to Phase 1. Related to Monsanto's failure to conduct epidemiology studies despite independent epidemiology and mechanistic studies showing a correlation between Roundup and NHL or inducing DNA damage; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 427:8-24 | 1 | Irrelevant to phase 1 | | Not irrelevant to Phase 1. Related to Monsanto's failure to conduct epidemiology studies despite independent epidemiology and mechanistic studies showing a correlation between Roundup and NHL or inducing DNA damage; cross-examined Heydens on the significance of the DeRoos 2003 and Eriksson 2009 studies showing elevated rates of NHL, hence causation related; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 428:2-429:3 | 1 | Irrelevant to phase 1 | | Not irrelevant to Phase 1. Related to Monsanto's failure to conduct epidemiology studies despite independent epidemiology and mechanistic studies showing a correlation between Roundup and NHL or inducing DNA damage; cross-examined Heydens on the significance of the DeRoos 2003 and Eriksson 2009 studies showing elevated rates of NHL, hence causation related; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 429:6-431:14 | 1 | Irrelevant to phase 1 (429:6-429:19) | | Not irrelevant to Phase 1. Related to Monsanto's failure to conduct epidemiology studies despite independent epidemiology and mechanistic studies showing a correlation between Roundup and NHL or inducing DNA damage; cross-examined Heydens on the significance of the DeRoos 2003 and Eriksson 2009 studies showing elevated rates of NHL, hence causation related;  if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 431:17-22 | 1 | | | | | | | |
| 432:2-4 | 1 | Harassing the witness, Attorney Testifying | | Not harassing--simply re-asking in the face of evasive, non-responsive answers | | | | |
| 432:7-11 | 1 | Harassing the witness, Attorney Testifying | | Not irrelevant to Phase 1. Related to Monsanto's failure to conduct epidemiology studies despite independent epidemiology and mechanistic studies showing a correlation between Roundup and NHL or inducing DNA damage; cross-examined Heydens on the significance of the DeRoos 2003 and Eriksson 2009 studies showing elevated rates of NHL, hence causation related;  if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 432:24-436:23 | 1 | | | | | | | |
| 437:8-21 | 1 | (437:19 - 21) Irrelevant to Phase 1, Attorney Testifying, Relevance, Prejudice | | Not irrelevant to Phase 1. Related to Monsanto's failure to conduct epidemiology studies despite independent epidemiology and mechanistic studies showing a correlation between Roundup and NHL or inducing DNA damage; cross-examined Heydens on the significance of the DeRoos 2003 and Eriksson 2009 studies showing elevated rates of NHL, hence causation related;  if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 437:24-438:7 | 1 | Irrelevant to Phase 1, Attorney Testifying, Relevance, Prejudice | | Not irrelevant to Phase 1. Related to Monsanto's failure to conduct epidemiology studies despite independent epidemiology and mechanistic studies showing a correlation between Roundup and NHL or inducing DNA damage; cross-examined Heydens on the significance of the DeRoos 2003 and Eriksson 2009 studies showing elevated rates of NHL, hence causation related;  if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | | |
| 438:16-445:1 | 1 | (438:16 - 20) Irrelevant to Phase 1, Relevance, Prejudice, Lack of Personal Knowledge; (442:19 - 445:1) Irrelevant to Phase 1 | | Not irrelevant, related to cross-examination on the Hardell study showing statistically significant elevated rates of NHL, hence causation related; not unfairly prejudicial--probative value not outweighed by unfair prejudice | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 445:6-24 | 1 | | Irrelevant to Phase 1, Misstates Document (445:21 - 24) | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogen and in particular, causatively associated with inducing NHL, hence causation of NHL; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts | | | |
| 446:2-447:12 | 1 | | Irrelevant to Phase 1, Relevance, Prejudice, Lack of Personal Knowledge | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogen and in particular, causatively associated with inducing NHL, hence causation of NHL; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | | |
| 459:15-462:6 | 1 | | Irrelevant to Phase 1, Hearsay, Lack of Personal Knowledge | | Not irrelevant to Phase 1. Related to permitted Phase 1 IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogen and in particular, causatively associated with inducing NHL, hence causation of NHL; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; non-hearsay or subject of hearsay exception in FRE 803 | | | |