# EXHIBIT 5A

| William Heydens Designation Exhibit Objections |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Monsanto's Objection | Plaintiffs' Response to Monsanto's Objection |
| 3-1 | | E-mail(s), MONGLY00990361 | | Irrelvant to Phase 1, hearsay | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; |
| 3-4 | | "A review of the carcinogenic potential of glyphosate by four independent expert panels and comparison to the IARC assessment" | | Lacks foundation | |
| 3-5 | | E-mail(s), MONGLY01023968 - MONGLY01023969 | | Irrelvant to Phase 1, hearsay, prejudicial | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-6 | | E-mail(s) and attachment, MONGLY01228576 | | Irrelvant to Phase 1, hearsay, prejudicial | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-9 | | E-mail(s), MONGLY02359008 - MONGLY02359014 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-11 | | E-mail(s), MONGLY02360732 - MONGLY02360734 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-12 | | E-mail(s), MONGLY00992949 - MONGLY00992952 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-13 | | "Exhibit A to Consulting Agreement dated August 17, 2015, between Larry D. Kier and Monsanto Company," MONGLY01680756 - MONGLY01680757 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-14 | | E-mail(s), MONGLY02078597 - MONGLY02078599 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-15 | | E-mail(s), MONGLY00999487 - MONGLY00999490 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-18 | | E-mail(s), MONGLY01183933 - MONGLY01183936 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author, see PTO No. 67 re: Intertek email | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-20 | | E-mail(s), MONGLY01000676 - MONGLY01000729 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-21 | | E-mail(s), MONGLY01041641 - MONGLY01041642 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-22 | | E-mail(s), MONGLY02133654 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-23 | | E-mail(s), MONGLY03555680 - MONGLY03555685 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-25 | | E-mail(s) and attachment, MONGLY02067858 - MONGLY02067859 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-26 | | E-mail(s), MONGLY00905085 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-27 | | E-mail(s), MONGLY03751016 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-28 | | E-mail(s), MONGLY01869261 | | Irrelvant to Phase 1, hearsay, prejudicial | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-29 | | "Safety Evaluation and Risk Assessment of the Herbicide Roundup and Its Active Ingredient, Glyphosate, for Humans" | | Lacks foundation | |
| 3-30 | | E-mail(s), MONGLY00904009 - MONGLY00904011 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-31 | | E-mail(s), MONGLY00989918 | | Irrelvant to Phase 1, hearsay, prejudicial | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-32 | | E-mail(s), MONGLY01021708 - MONGLY01021711 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |
| 3-36 | | E-mail(s), MONGLY02062439 - MONGLY02062440 | | Irrelvant to Phase 1, hearsay, prejudicial, lacks foundation to speak to any emails that he did not author | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value |

| | | | | | |
|---|---|---|---|---|---|
| 3-41 | | EPA Re-registration Eligibility Decision (RED), Glyphosate, MONGLY00233965 - MONGLY00234220 | | | |
| 3-43 | | "Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, EPA's Office of Pesticide Programs, September 12, 20 2016" | | | |
| 3-51 | | "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 112: Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, Lyon, France: 3-10 March 2015" | | Irrelevant to Phase 1, hearsay. | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; |

{00513672-1 }