# EXHIBIT 6

**Plaintiffs' Affirmative Designations**

| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| **Jenkins 03/21/2017** | | | | | | | | | | |
| 35:15-41:9 | 1 | 2 | Hearsay (36:19-20); irrelevant to phase 1; Exhibit 2: hearsay, lacks foundation, prejudicial | 24:4 - 25:6; 26:1 - 28:14; 30:6-19; 34:1 - 35:14; 41:10 - 43:14; 44:11 - 45:10; 49:6 - 54:19; 102:20-103:19; 132:9-21 | Relevant to Phase 1; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; factors in FRE 403 do not outweigh probative value of testimony | May not be relevant to Phase 1; Vague; lacks foundation; Monsanto objected to much of thes counters in deposition; incompleet hypothetical; foreign regulations | 28:15-16; 30:21-23; 30:25-31:18; 32:8-14; 43:15-44:10; 46:19-47:2; 57:2-3; 57:5-8; 62:10-63:7; 63:9-24; 64:1-15; 76:5-77:4; 80:2-7; 80:10-22; 81:6-9; 141:9-17; 141:20-142:23; 156:17-18; 156:21-157:1 | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then counter is relevant and witness is testifying pursuant to FRE 701 and personal knowledge | irrelevant to phase 1; 28:15-16: no objection; 30:21-23: irrelevant, prejudicial; 30:25-31:18: irrelevant, prejudicial; 32:8-14: irrelevant, prejudicial; 43:15-44:10: irrelevant, prejudicial; 46:19-47:2: irrelevant; 57:2-3: irrelevant, lacks personal knowledge; 57:5-8: irrelevant, lacks personal knowledge; 62:10-63:7: hearsay, irrelevant, prejudicial; 63:9-24: hearsay, irrelevant, prejudicial, argumentative, lacks foundation; 64:1-15: irrelevant, prejudicial, hearsay; 76:5-77:4: irrelevant, prejudicial; 80:2-7: irrelevant, prejudicial; 80:10-22: irrelevant, prejudicial; 81:6-9: irrelevant, prejudicial; 141:9-17: irrelevant, prejudicial, attorney testifying; 141:20-142:23: irrelevant, prejudicial; 156:17-18: misstates the testimony, prejudicial; 156:21-157:1: no objection | 30:21-23: no objection; 30:25-31:18 relevant to influence w/ EPA in phase 2; 32:8-14 relevant to influence w/ EPA in phase 2; 43:15-44:10 foundation & relevant to influence w/ regulatory agencies in phase 2; 46:19-47:2 relevant to influence w/ regulatory agencies in phase 2: 57:2-3 relevant to influence w/ regulatory agencies in phase 2, relevant to Monsanto's knowledge of ASTDR: 62:10-24 not offered as hearsay falls within exception to 803, relevant to influence w/ regulatory agencies phase 2: 63:9-24 not offered as hearsay falls within exception to 803, relevant to influence w/ regulatory agencies phase 2: 65:1-15 not offered as hearsay falls within exception to 803, relevant to influence w/ regulatory agencies phase 2: 76:5-77:4 prejudice outweighed by probative value, relevant to influence w/ regulatory agencies phase 2: 80:2-7 prejudice outweighed by probative value, relevant to influence w/ regulatory agencies phase 2: 81:6-9 prejudice outweighed by probative value, relevant to influence w/ regulatory agencies phase 2: 141:9-17 prejudice outweighed by probative value, relevant to influence w/ regulatory agencies phase: 141:20-142:23 prejudice outweighed by probative value, relevant to influence w/ regulatory agencies phase 2: 156:17-18 prejudice outweighed by probative value |
| 58:14-62:4 | 1 | 3 | Hearsay (58:14-15); irrelevant to phase 1 ; exhibit 3: hearsay, hearsay within hearsay, prejudicial | 56:16-25 | Relevant to Phase 1; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; factors in FRE 403 do not outweigh probative value of testimony | vague; lacks foundation | Exhibits 7-3, 7-4 | Exhibit 7-3: Irrelevant to Phase 1, lacks foundation to speak to emails he did not author, hearsay, prejudicial; Exhibit 7-4: hearsay, lacks foundation, irrelevant to phase 1, irrelevant | | |
| 64:16-74:25 | 1 | 5 | Hearsay (64:16-17); calls for legal conclusion (70:13-20); calls for legal conclusion (71:13-20); lack of personal knowledge (74:19-74:3); irrelevant to phase 1; exhibit 5: | 101:9 - 102:1 | Relevant to Phase 1; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; factors in FRE 403 do not outweigh probative value of testimony | Vague; lacks foundation; | | | | |
| 181:17-182:3 | 1 | 16 | Hearsay (181:17-20); foundation (181:17-182:3); irrelevant to phase 1; exhibit 16: hearsay, lacks foundation, prejudicial | | Relevant to Phase 1; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; factors in FRE 403 do not outweigh probative value of testimony | | | | | |
| 183:20-190:13 | 1 | 18 | Hearsay (183:20-21); hearsay (186:23-24); irrelevant to phase 1; exhibit 18: hearsay, prejudicial | 155:7 - 156:16; 173:12 | Relevant to Phase 1; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; factors in FRE 403 do not outweigh probative value of testimony | Foreign regulations; | | | | |