# EXHIBIT 6A

| | Dan Jenkins Designation Exhibit Objections | | | | |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Monsanto's Objection | Plaintiffs' Response to Monsanto's Objection |
| 7-2 | | E-mail string re A Review of the Carcinogenic Potential of Glyphosate by Four Independent Expert Panels and Comparison to the IARC Assessment, Bates MONGLY03555680 to MONGLY03555685 | | Irrelevant to Phase 1, lacks foundation to speak to emails he did not author, hearsay, prejudicial | Relevant to Phase 1; proper foundation for admission;  non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purpoes;  factors in FRE 403 do not outweigh probative value of evidence |
| 7-3 | | E-mail string re GA Update on US Government Outreach - WHO IARC Clarification on Glyphosate, Bates MONGLY03064695 to MONGLY03064702 | | Irrelevant to Phase 1, lacks foundation to speak to emails he did not author, hearsay, prejudicial | Relevant to Phase 1; proper foundation for admission;  non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purpoes;  factors in FRE 403 do not outweigh probative value of evidence |
| 7-5 | | E-mail string re Glyphosate IARC Question, Bates MONGLY00987755 to MONGLY00987758 | | Irrelevant to Phase 1, lacks foundation to speak to emails he did not author, hearsay, prejudicial | Relevant to Phase 1; proper foundation for admission;  non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purpoes;  factors in FRE 403 do not outweigh probative value of evidence |
| 7-16 | | E-mail re US Government Outreach - WHO IARC Clarification on Glyphosate, Bates MONGLY02953363 to MONGLY02953366 | | Irrelevant to Phase 1, lacks foundation to speak to emails he did not author, hearsay, prejudicial | Relevant to Phase 1; proper foundation for admission;  non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purpoes;  factors in FRE 403 do not outweigh probative value of evidence |
| 7-18 | | E-mail re 2009 EPA Glyphosate Reg Review, Bates MONGLY03343371 to MONGLY03343396 | | Irrelevant to Phase 1, lacks foundation to speak to emails he did not author, hearsay, prejudicial | Relevant to Phase 1; proper foundation for admission;  non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purpoes;  factors in FRE 403 do not outweigh probative value of evidence |