# EXHIBIT 7

**Plaintiffs' Affirmative Designations**

| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| **Martens 04/07/2017** | | | | | | | | | | |
| 10:18-11:05 | | | | | | | | | | |
| 13:04-09 | | | | | | | | | | |
| 14:19-15:11 | | | | | | | | | | |
| 17:01-15 | | | | | | | | | | |
| 17:24-18:02 | | | | 18:3 - 8 | | | | | | |
| 18:09-24 | | | | 19:9 - 23, 20:5 - 10, 20:12, 20:22 - 21:21, 23:10 - 24:1, 24:6 - 9 | relevance 19:9-23) | | | | | |
| 24:17-25:08 | | | | | | | | | | |
| 25:16-22 | | | | | | | | | | |
| 28:13-20 | | | Excluded Pursuant to PTO 67 | 27:19 - 28:9 | will play if monsanto opens door w/ Portier | | | | | |
| 29:03-15 | | | Lack of Foundation, Calls for Speculation, Relevance, Prejudice | | relevant to phase 2 and if door opened on genotox w/ portier | | | | | |
| 30:12-31:07 | | | | | | | | | | |
| 31:17-20 | | | | | | | | | | |
| 32:12-20 | | | Calls for Speculation, Vague, Prejudice | 32:3 - 5, 35:6-9 | relevant to monsanto's knowledge and interpretatoin of the genotox studies | | | | | |
| 33:20-22 | | | Relevance, Prejudice | | relevant phase 2 | | | | | |
| 35:04-15 | | | Relevance, Prejudice | | relevant phase 2 | | | | | |
| 36:05-08 | | | Relevance, Prejudice | | relevant phase 2 | | | | | |
| 38:01-24 | | | Relevance, Prejudice | | relevant if door opened for all designations re: Parry report, Monsanto response | | | | | |
| 39:03-10 | | | Relevance, Prejudice | | relevant to evaluation of genotox, relevant phase 2 | | | | | |
| 39:18-40:14 | | | Relevance, Prejudice | | relevant to evaluation of genotox, relevant phase 2 | | | | | |
| 41:12-16 | | | Hearsay, Relevance, Prejudice | | relevant phase 2, evaluation of genotox, statement of party opponent/admission against interest | | | | | |
| 41:18-42:02 | | | Hearsay, Relevance, Prejudice | | relevant phase 2, evaluation of genotox, statement of party opponent/admission against interest | | | | | |
| 43:02-03 | | | Relevance, Prejudice | | relevant to evaluation of genotox, foundatoin | | | | | |
| 45:08-23 | | | Hearsay, Relevance, Prejudice | | relevant to evaluation of genotox, foundatoin | | | | | |
| 46:14-47:12 | | | Hearsay, Relevance, Prejudice | | relevant to evaluation of genotox, admission against interest, statement of party opponent | | | | | |
| 47:19-23 | | | Relevance, Prejudice | | relevant to evaluation/background of genetox | | | | | |
| 48:21-49:20 | | | (49:17 - 20) Attorney Testifying, Relevance | | relevant to evaluation of genetox | | | | | |
| 49:24-25 | | | Relevance, Prejudice | | relevant to evaluation of genetox | | | | | |
| 51:19-52:12 | | | Hearsay, Attorney Testifying (52:6 - 12), Relevance, Prejudice | | relevant to evaluation of genetox, phase 2 | | | | | |
| 55:12-15 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox, | | | | | |
| 57:12-20 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox, | | | | | |
| 57:24-58:22 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox, | | | | | |
| 60:02-22 | | | Relevance, Prejudice, Hearsay | | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 61:06-18 | | | Relevance, Prejudice, Hearsay | | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 62:01-05 | | | Relevance, Prejudice, Hearsay | | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 62:13-16 | | | Relevance, Prejudice, Hearsay | | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 62:20-63:08 | | | Relevance, Prejudice, Hearsay | | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 63:15-17 | | | Relevance, Prejudice, Hearsay | 63:18 - 23 | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 65:03-10 | | | Relevance, Prejudice, Hearsay | | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 65:20-66:21 | | | Relevance, Prejudice, Hearsay | | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 66:23-67:23 | | | Relevance, Prejudice, Hearsay | | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 68:11-69:17 | | | Relevance, Prejudice, Hearsay | 69:18 - 70:1 | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 71:15-72:11 | | | Relevance, Prejudice, Hearsay | 73:4 - 6, 73:9 - 24 | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 74:12-75:07 | | | Relevance, Prejudice, Hearsay | | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 76:13-77:02 | | | Relevance, Prejudice, Hearsay | 77:9 - 24 | relevant phase 2, evaluation of genotox, admission/statement against interest | | | | | |
| 79:03-80:20 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox, | | | | | |
| 80:22 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox, | | | | | |
| 80:25-81:25 | | | Relevance, Prejudice, Calls for Speculation | | relevant phase 2, evaluation of genotox, | | | | | |
| 82:2 | | | Relevance, Prejudice, Calls for Speculation | | relevant phase 2, evaluation of genotox, | | | | | |
| 82:15-83:14 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox, | | | | | |
| 85:02-03 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox, | | | | | |
| 85:05 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox, | | | | | |

| Designation | | | Objections | Counter-Designation | Basis | | | Response |
|---|---|---|---|---|---|---|---|---|
| 86:01-19 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | |
| 87:06-11 | | | Relevance, Prejudice | 87:12 - 15 | relevant phase 2, evaluation of genetox, | | | |
| 89:11-17 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | |
| 90:10-22 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | |
| 91:14-25 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | |
| 95:08-23 | | | Relevance, Prejudice | 95:2 - 7, 96:3 - 14 | relevant phase 2, evaluation of genetox, | | | |
| 93:03-14 | | | Relevance, Prejudice, Incomplete Designation, Contains objections | | relevant phase 2, evaluation of genetox, designation relevant for foundation | | | |
| 96:21-23 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 97:02-98:02 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 98:06-16 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 98:21 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 100:24-101:04 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 101:07 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | 102:5 - 21, 105:23 - 106:3, 106:6 - 12 | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 103:14-104:09 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 106:01-06 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 106:12-15 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 107:03-08 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | 107:9 - 12 | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 107:13-22 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | 107:23 - 108:9 | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 112:18-20 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 112:25-113:08 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 114:24-115:05 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 116:17-117:25 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 118:03-119:12 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 119:15-16 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 119:18-19 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 119:21-24 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67, Hearsay | | relevant phase 2, evaluation of genetox, admission/statement against interest | | | |
| 121:02-07 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | |
| 121:16-122:09 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | |
| 122:16-123:14 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | |
| 123:24-125:24 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | |
| 126:04-20 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | |
| 126:24-127:05 | | | Relevance, Prejudice | 127:6 - 14, 127:19 - 128:12, 128:19 - 129:3, 129:8 - 20, 130:11 - 132:4, 132:11 - 21, 133:13 - 134:3, 134:6-17, 135:20 - 136:14 | relevant phase 2, evaluation of genetox, | | | |
| 139:16-23 | | | Relevance | | relevant phase 2 | | | |
| 140:14-23 | | | Relevance | 140:24 - 141:8, 142:9 - 22 | relevant phase 2 | | | |
| 143:05-145:08 | | | Relevance, Prejudice, Attorney Testifying (145:7 - 8) | | | | | |
| 145:10-14 | | | Relevance, Prejudice, Attorney Testifying (145:13 - 14) | | | | | |
| 145:17-18 | | | Relevance, Prejudice | | | | | |
| 145:20-146:04 | | | Relevance, Prejudice, Excluded Pursuant to PTO 67 | | relevant phase 2, evaluation of genotox | | | |
| 146:14-147:07 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox | | | |
| 147:19-150:09 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox | | | |
| 150:17-151:05 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox | | | |
| 151:19-22 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox | | | |
| 152:01-02 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genotox | | | |
| 152:08-18 | | | Relevance, Prejudice, Argumentative | | relevant phase 2, evaluation of genotox | | | |
| 152:20-24 | | | Relevance, Prejudice | 153:4 - 14 | | | | |
| 153:15-18 | | | Relevance, Prejudice, Mischaracterizes testimony, Argumentative | 153:19 - 21, 153:24 - 25, 154:4 - 16 | | cumulative, relevance | | Relevant to witness's designated testimony; adds context and completes designated testimony |
| 154:17-22 | | | Relevance, Prejudice | 155:1 - 24, 156:23 - 25, 157:4 - 20 | relevant phase 2, liability | cumulative, relevance | | Relevant to witness's designated testimony; adds context and completes designated testimony |
| 159:18-160:15 | | | Relevance | | relevant phase 2, foundation re: evaluation of genotox i.e. Kier & Kirkland | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 160:22-161:06 | | | Relevance | | | | | | | | |
| 161:22-162:20 | | | Relevance | | | | | | | | |
| 163:21-164:10 | | | Relevance, Prejudice | | relevant to bias | | | | | | |
| 165:11-166:01 | | | Relevance, Prejudice | 166:2 - 7, 166:16 - 19, 166:23 - 167:4 | relevant phase 2, evaluation of genetox, | | | | | | |
| 167:06-11 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | | | | |
| 169:15-18 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | | | | |
| 171:20-23 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | | | | |
| 172:05-22 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | | | | |
| 173:24-174:06 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | | | | |
| 174:23-25 | | | Relevance, Prejudice | | relevant phase 2, evaluation of genetox, | | | | | | |
| | | | | 187:24 - 193:5 | | relevance, waste of time | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| | | | | 193:14 - 25 | | relevance, waste of time | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| | | | | 194:5 - 24 | | relevance, waste of time | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| | | | | 196:5-7 | | relevance, waste of time | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| | | | | 196:10 - 201:4 | | waste of time, confusion | | Factors in 403 do not outweigh probative value of testimony | | | |
| | | | | 204:7 - 205:19 | | | | | | | |
| | | | | 205:24 - 206:16 | | foundation | | Witness testifying pursuant to FRE 701 | | | |
| | | | | 207:16 - 23 | | relevance, foundation, prejudice, confusion | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| | | | | 208:2 - 8 | | foundation, confusion, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| | | | | 208:13 - 209:6 | | relevance, foundation, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| | | | | 209:10 - 12 | | relevance, foundation, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| | | | | 209:21 - 24 | | relevance, foundation, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| | | | | 210:1 - 10 | | relevance, foundation, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| | | | | 210:24 - 211:1 | | relevance, foundation, prejudice, confusion | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| | | | | 211:3 - 212:2 | | relevance, foundation, prejudice, confusion | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| | | | | 216:16 - 218:15 | | relevance, foundatoin, prejudice, confusion (monsanto did not carry out all studies Parry reccomended) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| | | | | 218:18 - 219:12 | | | | | | | |
| | | | | 219:22 - 220:4 | | | | | | | |
| | | | | 220:14 - 19 | | | | | | | |
| | | | | 221:4 - 223:6 | | relevance, prejudice, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| | | | | 223:18 - 225:15 | | hearsay, prejudice, foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| | | | | 225:18 - 227:4 | | hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| | | | | 227:6 - 11 | | hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| | | | | 227:15 - 21 | | hearsay | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |

| | | | | 227:23 - 228:25 | | relevance, prejudice, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 229:24 - 230:13 | | relevance, prejudice, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | | | | 231:17 - 22 | | hearsay, relevance, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | | | | 232:2 - 233:4 | | relevance, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | | 233:7 - 234:15 | | expert opinion, prejudice | | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | | 241:8 - 242:5 | | prejudice, confusion | | Factors in 403 do not outweigh probative value of testimony | | |