# EXHIBIT 7A

| Mark Martens Designation Exhibit Objections | | | | | |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Monsanto's Objection | Plaintiffs' Response to Monsanto's Objection |
| 9-2 | | E-mail string re Actions from 12/17 Meeting on Mutagenicity, Bates MONGLY06486896 to 06486898 | | Irrelevant to Phase 1, lacks foundation to speak to emails he did not author | admission against interest, statement of party opponenet, impeachment |
| 9-3 | | E-mail string re Draft of Minutes - 1/15 Meeting, Bates MONGLY01312109 to 01312108 | | Irrelevant to Phase 1, lacks foundation to speak to emails he did not author | admission against interest, statement of party opponenet, impeachment |
| 9-5 | | E-mail re Meeting Minutes 2/25, Bates MONGLY06486905 to 06486908 | | Irrelevant to Phase 1, lacks foundation to speak to emails he did not author | admission against interest, statement of party opponenet, impeachment |
| 9-6 | | E-mail string re Comments on Parry Write-up, Bates MONGLY00878595 to 00878597 | | Irrelevant to Phase 1, lacks foundation to speak to emails he did not author, prejudicial | admission against interest, statement of party opponenet, impeachment, relevant to knowledge |
| 9-8 | | Evaluation of the potential Genotoxicity of Glyphosate, Glyphosate mixtures and component surfactants, by James M. Parry, Bates MONGLY01314233 to 01314283 | | Irrelevant to Phase 1, lacks foundation, hearsay, prejudicial, PTO 67 | adoptive admission against interest, impeachment, relevant for liability, knowledge |
| 9-11 | | E-mail re Revised Mark Martens Fellow Nomination Letter, Bates MONGLY00905604 to 00905606 | | Irrelevant to Phase 1, lacks foundation | relevant phase 2 |
| 9-12 | | Surfactant Toxicology, Mark A. Martens, Toxicology, Europe/Africa, Bates MONGLY06253165 | | Irrelevant to Phase 1 | relevant phase 2 |
| 9-13 | | Catalog of Produced Metadata Detail | | Irrelevant to Phase 1, hearsay, lacks foundation, incomplete document | relevant phase 2 |