# EXHIBIT 8

| Plaintiffs' Affirmative Designations | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| Ross 05/03/2017 | | | | | | | | | | |
| 58:1-15 | | | not relevant to phase 1 | 12:13-13:5, 17:5-9, 29:19-30:1, 52:20-53:6, 53:9-14, 58:16-24, 59:1-4 | relevant phase 2 | confusion (17:5-9), misstates record/evidence and confusion (52:20-53:6, 53:9-14; 59:1)4 | | Witness testifying based on personal knowledge; relevant to designated testimony and factors in 403 do not outweigh probative value of testimony | | |
| 60:3-18 | | | not relevant to phase 1, includes attorney objections | 79:17-21, 81:15-82:1, 82:4-15, 82:17-21, 105:11-12, 105:14-19, 106:3-11, 125:25-126:8, 126:24-25, 127:1-18, 127:20-128:8 | relevant phase 2 | foundatoin (79:17-21; 81:15-82:1; 82:4-15; 82:17-21; 105:14-19; 125:25-12:8; 127:1-18; 127:20-128:8); prejudice (81:15-82:1; confusion (105:14-19); calls for speculation, misstates record (127:20-128:8) | | Witness testifying purusant to FRE 701 and personal knowledge; relevant and factors in 403 do not outweigh probative value of testimony | | |
| 141:11-17 | | | not relevant to phase 1 | | relevant phase 2 | | | | | |
| 161:6-25 | | | not relevant to phase 1 | 172:18-174:9 | relevant phase 2 | misstates record, prejudice | | Witness testifying purusant to FRE 701 and personal knowledge; relevant and factors in 403 do not outweigh probative value of testimony | | |
| 259:14-260:1 | | | not relevant to phase 1 | | relevant phase 2 | | | | | |
| 261:24-282:23 | | | attorney testimony (261:24-262:5); misstates the record (262:21-263:4, 263:13-264:12, 274:7-14, 275:8-19), hearsay (267:21-268:3, 269:4-23, 270:8-271:2, 271:9-272:15, 277:4-282:23), lacks foundation (276:24-277:3, 277:4-282:23), lacks personal knowledge (277:4-282:23), not relevant to phase 1, includes attorney objections | | relevant phase 2,267:21-268:3 witness was at working group; 277:4-282:23 not offered to prove matter asserted, witness has personal knowledge, | | | | | |
| 286:15-16 | | | not relevant to phase 1 | | relevant phase 2 | | | | | |
| 287:10-290:23 | | | lacks foundation (289:6-290:23), improper opinion (289:6-290:23), not relevant to phase 1 | | relevant phase 2; witness reviewed bolognesi at IARC & has personal knowledge, designated as expert | | | | | |
| 291:12-300:3 | | | misstates the record (291:12-21, 294:19-23, 295:8-15, 299:11-23); lacks foundation (296:2-6); lacks personal knowledge (296:2-6), not relevant to phase 1 | | relevant phase 2, question restated (294:19-23) plaintiffs agree to dedesinate restated portion, witness has personal knowledg/foundation propoer (296:2-6) | | | | | |