# EXHIBIT 8A

| Matthew Ross Designation Exhibit Objections | | | | | |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Monsanto's Objection | Plaintiffs' Response to Monsanto's Objection |
| 13-26 | | List of Participants | | hearsay; not relevant to phase 1 | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 13-27 | | E-mail | | lacks foundation; hearsay; not relevant to phase 1 | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 13-28 | | Review Micronuclei and pesticide exposure | | lacks foundation; hearsay; not relevant to phase 1 | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 13-29 | | Article | | hearsay; not relevant to phase 1 | relevant phase 2, non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purposes |