# EXHIBIT 9

| Plaintiffs' Affirmative Designations | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| **Rowland 04/24/2017** | | | | | | | | | | |
| 13:20-21 | 1 | | Irrelevant to phase 1 | 14:3-5; 14:20-15:20; 142:14-20; 95:3-6 | Relevant and factors in 403 do not outweigh probative value of testimony | Irrelevant to phase I | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then Monsanto counters | | |
| 16:10-15 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 21:10-22 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 22:8-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 23:1-11 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 23:19-23 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 24:24-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 25:1-15 | 1 | | Irrelevant to phase 1, Argumentative, attorney testifying, lacks foundation (25:10-15) | 25:19-22 | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation (25:24-26:4) | Irrelevant to phase I; vague; rule 611 | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then counter is relevant and witness is testfying pursuant to FRE 701 | | |
| 25:24-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 26:1-4 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 26:12-20 | 1 | | Irrelevant to phase 1, Relevance, lacks foundation, vague (26:19-20) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | | |
| 26:24 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 27:2-20 | 1 | | Irrelevant to phase 1, Relevance, lacks foundation, vague (27:2-20) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | | |
| 27:23-25 | 1 | | Irrelevant to phase 1, Relevance, lacks foundation, vague (27:23-25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | | |
| 28:1-4 | 1 | | Irrelevant to phase 1, Relevance, lacks foundation, vague (28:1-4) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | | |
| 29:24-25 | 1 | 11-2 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 31:4-13 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 31:17-24 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 32:11-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 33:1-18 | 1 | | Irrelevant to phase 1 | 33:19-21 | Relevant and factors in 403 do not outweigh probative value of testimony | Irrelevant to phase I; vague; foundation | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then counter is relevant and witness is testfying pursuant to FRE 701 | |
| 35:10-24 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 36:1-6 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 36:16-22 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 40:6-9 | 1 | 11-4 | Irrelevant to phase 1, Hearsay (40:3-4) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 40:17-25 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 41:1-25 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 42:1 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 42:3-16 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 43:12-17 | 1 | 5 | Irrelevant to phase 1, Hearsay (43:12-13) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 43:20-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 44:1-10 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 44:20-23 | 1 | | Irrelevant to phase 1 | 44:24 | Relevant and factors in 403 do not outweigh probative value of testimony | Irrelevant to phase I | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then Monsanto counters | |
| 45:8-10 | 1 | | Irrelevant to phase 1 | 45:19-24 | Relevant and factors in 403 do not outweigh probative value of testimony | Irrelevant to phase I; vague | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then counter is relevant and witness is testfying pursuant to FRE 701 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 46:2-5 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 46:18-24 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 47:4-8 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 47:11-16 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 47:20-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 48:1-11 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 48:17 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 48:19-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 49:1-23 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 50:3-15 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 50:22-25 | 1 | 11-7 | Irrelevant to phase 1, Hearsay (50:19-20) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 51:1-7 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 51:11-25 | 1 | | Irrelevant to phase 1, hearsay, Incomplete question and answer (51:22-25), see 52:1-5 for context | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | 52:1 | | Vague and calls for speculation; if 52:1 is included, Monsanto counters with 52:4-5 | no objection to Monsanto's counter-counter |
| 52:7-17 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 53:18-21 | 1 | 11-8 | Irrelevant to phase 1, Hearsay (53:15-16); incomplete designation, see 53:22-54:2 for context | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | 53:22-54:2 | | Hearsay | non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 54:6-15 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 54:19-20 | 1 | | Irrelevant to phase 1, vague | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 55:3-11 | 1 | | Irrelevant to phase 1, vague | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 55:13-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 56:1 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 70:3-9 | 1 | 13 | Irrelevant to phase 1, Hearsay (69:25-70:1); incomplete question and answer, see 70:18-71:25 for context; prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 70:13-17 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of tesitmony | | | | | |
| 72:1-4 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of tesitmony | | | | | |
| 72:7-8 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of tesitmony | | | | | |
| 72:11-13 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of tesitmony | | | | | |
| 72:15-25 | 1 | | Irrelevant to phase 1, hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 73:1 | 1 | | Irrelevant to phase 1, hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 73:12-19 | 1 | | Irrelevant to phase 1, hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 73:21-25 | 1 | | Irrelevant to phase 1, hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 74:1-18 | 1 | | Irrelevant to phase 1, hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 74:21-24 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 75:2-3 | 1 | | Irrelevant to phase 1, hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 75:6-13 | 1 | | Irrelevant to phase 1, hearsay, prejudice | 143:15-159:7; 160:25-162:11; 162:24-164:25; 165:21-166:1; 166:22-184:3; 184:11-196:1; 196:23-198:4; 198:24-203:6; 218:7-230:11; 230:22-231:4; 277:4-278:19 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | Irrelevant to phase I; Rule 611; foundation; hearsay | | Monsanto will comply with Court ruling on admissibility of evidence in phase 1; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness is testfying pursuant to FRE 701 and personal knowledge |
| 75:15-22 | 1 | | Irrelevant to phase 1, hearsay, Argumentative, attorney testifying, prejudice | 143:10-14 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff withdraws lines 21 and 22 | Irrelevant to phase I; Rule 611; foundation; hearsay | | Monsanto will comply with Court ruling on admissibility of evidence in phase 1; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness is testfying pursuant to FRE 701 and personal knowledge |
| 76:2-12 | 1 | | Irrelevant to phase 1, hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 76:14-15 | 1 | | Irrelevant to phase 1, hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 76:17-18 | 1 | | Irrelevant to phase 1, Argumentative, calls for speculation, attorney testifying, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness provides foundation | | | |
| 76:24 | 1 | | Irrelevant to phase 1, calls for speculation, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | |
| 77:9-12 | 1 | | Irrelevant to phase 1, Argumentative, attorney testifying , asked and answered, hearsay, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 77:17-18 | 1 | | Irrelevant to phase 1, argumentative, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 77:20-25 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 78:1-5 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 78:16-21 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 78:24-25 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 79:5-6 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 79:8-11 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |

| Designation | Phase | Counter | Objection | | Response | | Counter-counter | | Response to counter-counter |
|---|---|---|---|---|---|---|---|---|---|
| 79:15-16 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 79:19-25 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 80:2-6 | 1 | | Irrelevant to phase 1, Argumentative, attorney testifying (80:2-6), prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 80:11-16 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 80:18-22 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 80:25 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 81:1-4 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 81:7-13 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 81:17-19 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 81:24 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 82:2-4 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 82:8-14 | 1 | | Irrelevant to phase 1, Attorney testifying, argumentative, lacks foundation, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness provides foundation | | | | |
| 82:18-20 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 82:22-25 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 83:1-5 | 1 | | Irrelevant to phase 1, Incomplete designation, argumentative, attorney testifying (83:1-5), prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 83:20-22 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 84:6-12 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 85:1-10 | 1 | | Irrelevant to phase 1, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 85:19-25 | 1 | 11-9 | Irrelevant to phase 1, Hearsay (85:19); incomplete designation (85:19-25), see 86:1-25 for context | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | 86:1-7 | | Lacks foundation, mischaracterizes prior testimony, argumentative, attorney testifying |
| 87:4-11 | 1 | | Irrelevant to phase 1, Hearsay (87:4-5), lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 87:18-19 | 1 | | Irrelevant to phase 1, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 87:21-22 | 1 | | Irrelevant to phase 1, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 87:25 | 1 | | Irrelevant to phase 1, Incomplete designation (87:25), see 88:3-16 for context | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 88:1-2 | 1 | | Irrelevant to phase 1, Incomplete designation (88:1-2), see 88:3-16 for context | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 88:17-23 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 89:2 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 89:4-5 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 89:9-19 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 89:22-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 90:2-13 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 90:18-23 | 1 | 11-14 | Irrelevant to phase 1, lacks foundation (90:14-15) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 91:3-14 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 91:19-23 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 91:25 | 1 | | Irrelevant to phase 1, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 92:1-7 | 1 | | Irrelevant to phase 1, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 92:10-13 | 1 | | Irrelevant to phase 1, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 92:15-17 | 1 | | Irrelevant to phase 1, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 92:23-24 | 1 | | Irrelevant to phase 1, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 93:2-6 | 1 | | Irrelevant to phase 1, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 93:11-12 | 1 | | Irrelevant to phase 1, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95:18-22 | 1 | 11-15 | Irrelevant to phase 1, Hearsay (95:15-16); incomplete desigantion, see 96:1-11 for context | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 96:12-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 97:01 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 97:04 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 97:06-19 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 97:25 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 98:02-04 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 98:07-09 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 98:11-20 | 1 | | Irrelevant to phase 1, hearsay | 98:24-99:3 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | Irrelevant to phase I; hearsay | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then Monsanto counters; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 100:2-05 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 100:13 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 100:15-21 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 100:25 | 1 | 11-16 | Irrelevant to phase 1, Hearsay (100:22-23) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 101:01-09 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 101:13-24 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 102:03-08 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 102:11-12 | 1 | | Irrelevant to phase 1, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 105:13-16 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 105:22 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 106:02-05 | 1 | 11-17 | Irrelevant to phase 1, Failure to authenticate, hearsay (105:23-106:5), prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | irrelevant to phase 1 | | | |
| 106:08-11 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 106:15-25 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 107:1-13 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 107:16 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 107:18-24 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 108:02-06 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 108:08-10 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 108:12-14 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 108:17-20 | 1 | | Irrelevant to phase 1, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 109:02-04 | 1 | 11-18 | Irrelevant to phase 1, Failure to authenticate, hearsay (108:24-109:7), prejudice, plaintiffs represented during meet and and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 109:22-25 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 110:01-03 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 110:07-09 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 110:11-16 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 110:18-19 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 112:15-17 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 112:20-21 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 112:24-25 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 113:01-02 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 113:06-08 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 113:11-12 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 113:14-15 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 113:21-25 | 1 | | Irrelevant to phase 1, hearsay, prejudice, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 114:01-06 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 114:13 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 115:03-07 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 115:14 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 115:16-19 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 115:23-24 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 116:02-05 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 116:08-14 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 116:16-19 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 116:22-23 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 116:25 | 1 | | Irrelevant to phase 1, Incomplete designation (116:25), see 117:1-25 for context, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |
| 121:02-04 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 121:06-07 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 121:09-15 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 121:18 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 121:22-24 | 1 | | Irrelevant to phase 1, hearsay, prejudice, lacks foundation, plaintiffs represented during meet and confers that they did not intend to introduce this evidence | | Plaintiff Hardeman does not intend to affirmatively introduce evidence related to the Marion Copley letter. | | | | |
| 122:22-25 | 1 | | Irrelevant to phase 1, Lacks foundation (122:22-123:7) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | |
| 123:01-04 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 123:08-09 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 123:11-18 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 123:21-23 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 124:02-11 | 1 | | Irrelevant to phase 1, Hearsay (123:24-25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 124:15-16 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 124:18 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 124:20-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 125:01-07 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 125:10 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 125:12-21 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 126:02-12 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 126:15-16 | 1 | | Irrelevant to phase 1 | 126:18-127:10 | Relevant and factors in 403 do not outweigh probative value of testimony | Irrelevant to phase I; foundation | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then witness is testfying pursuant to FRE 701 | |
| 127:11-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 128:1-25 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 129:01-14 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 129:18-25 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 130:11-13 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 130:15-17 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 130:21 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 130:23-25 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 131:1-2 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 131:11-25 | 1 | Irrelevant to phase 1 | 245:18-246:8 | Relevant and factors in 403 do not outweigh probative value of testimony | Irrelevant to phase I; Rule 611; foundation; hearsay | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then Monsanto counters; witness is testifying pursuant to FRE 701;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 132:01-06 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 132:10-15 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 132:19-21 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 133:18-20 | 1 | Irrelevant to phase 1, Lacks foundation (133:18-23); missates the record, see 278:20-284:8 for context | 278:20-284:8 | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | Irrelevant to phase I;  Rule 611; foundation; hearsay | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then Monsanto counters; witness is testifying pursuant to FRE 701;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 133:23 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 254:21-25 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 255:1-25 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 256:1-24 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 257:03-15 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 257:18-19 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 258:04-21 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |
| 258:24-25 | 1 | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 259:02-08 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 259:11-12 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 259:14-25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 260:01-10 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 260:24-25 | 1 | | Irrelevant to phase 1, hearsay, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | | |
| 261:01-05 | 1 | | Irrelevant to phase 1, hearsay, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | | |
| 261:14-25 | 1 | | Irrelevant to phase 1, hearsay, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | | |
| 262:01-03 | 1 | | Irrelevant to phase 1, hearsay, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | | |
| 262:09-15 | 1 | | Irrelevant to phase 1, hearsay, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | | |
| 263:06-09 | 1 | | Irrelevant to phase 1, hearsay, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | | |
| 263:12-13 | 1 | | Irrelevant to phase 1, hearsay, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation | | | | | |
| 264:01-05 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 264:10-11 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 264:14-18 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 265:01-07 | 1 | | Irrelevant to phase 1, lacks foundation, Incomplete designation (265:1-7), see 265:8-17 for context | | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | 264:21-25 | | Lacks foundation, misstates the evidence (264:21-25) | witness has personal knowledge |
| 265:18-22 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 270:11-14 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 270:17-19 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 270:23-25 | 1 | 11-26 | Irrelevant to phase 1, lacks foundation, hearsay | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 271:01-04 | 1 | | Irrelevant to phase 1, lacks foundation, hearsay | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 271:07-12 | 1 | | Irrelevant to phase 1, lacks foundation, hearsay | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 272:10-14 | 1 | | Irrelevant to phase 1, lacks foundation, hearsay | 272:7-9 | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | Irrelevant to phase I | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then Monsanto counters | | |
| 272:21-22 | 1 | | Irrelevant to phase 1, lacks foundation, hearsay | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 272:24-25 | 1 | | Irrelevant to phase 1, lacks foundation, hearsay | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 273:01-05 | 1 | | Irrelevant to phase 1, Lacks foundation (273:1-5) | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | | | |

| Designation | Phase | Counter | Plaintiffs' Objection | Counter-counter | Monsanto Response | Monsanto Objection | | Notes |
|---|---|---|---|---|---|---|---|---|
| 273:09-13 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 273:23-25 | 1 | 11-27 | Irrelevant to phase 1, Hearsay (273:20-21) | 143:2-9 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | Irrelevant to phase I; foundation; hearsay | | Monsanto agrees entire line of questioning not relevant to phase 1, but if plaintiffs' affirmative designation is played, then Monsanto counters; witness is testifying pursuant to FRE 701;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 274:01-11 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 274:20-22 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 274:25 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 275:02-10 | 1 | | Irrelevant to phase 1, lacks foundation | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | |
| 275:14-25 | 1 | | Irrelevant to phase 1, lacks foundation | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | |
| 276:01-05 | 1 | | Irrelevant to phase 1 | | Relevant and factors in 403 do not outweigh probative value of testimony | | | |
| 276:11-12 | 1 | | Irrelevant to phase 1, lacks foundation | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | |
| 276:15 | 1 | | Irrelevant to phase 1, lacks foundation | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | |
| 276:17-19 | 1 | | Irrelevant to phase 1, lacks foundation | | relevant and factors in 403 do not outweigh probative value of testimony; witness establishes foundation | | | |