# EXHIBIT 9A

| | | Jess Rowland Designation Exhibit Objections | | | |
|---|---|---|---|---|---|
| **Depo Exhibit No.** | **Plaintiffs' Exhibit No.** | **Document Description** | **Date** | **Monsanto's Objection** | **Plaintiffs' Response to Monsanto's Objection** |
| 11-2 | | E-mail(s), MONGLY00986901 | | Irrelevant to phase 1; hearsay; lacks foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes knowledge sufficient for foundation |
| 11-4 | | IARC Monographs Volume 112: Evaluation of five organophosphate insecticides and herbicides | | Irrelevant to phase 1; hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 11-5 | | IARC Monographs on the Carcinogenic Risk to Humans, Volume 112: Some Organophosphate Insecticides and Herbicides, IARC, Lyon, France, 3-10 March 23 2015, MS_STATE-004547 | | Irrelevant to phase 1 | Relevant and factors in 403 do not outweigh probative value of testimony |
| 11-6 | | List of participants | | Irrelevant to phase 1; hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 11-7 | | "Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate" | | Irrelevant to phase 1; hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 11-8 | | E-mail(s), MONGLY00977035 - MONGLY00977036 | | Irrelevant to phase 1; hearsay; lacks foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes knowledge sufficient for foundation |
| 11-9 | | Text messages printout, MONGLY03293245 - MONGLY03293254 | | Irrelevant to phase 1; hearsay; lacks foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes knowledge sufficient for foundation |
| 11-14 | | E-mail(s), MONGLY03351980 - MONGLY03351982 | | Irrelevant to phase 1; hearsay; lacks foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes knowledge sufficient for foundation |
| 11-15 | | E-mail(s) Anne Overstreet, 3/23/15 | | Irrelevant to phase 1; hearsay; lacks foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes knowledge sufficient for foundation |
| 11-16 | | Talking Points on the IARC Assessment of Glyphosate Published Online in Lancet Oncology, March 20, 2015 | | Irrelevant to phase 1; hearsay; lacks foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes knowledge sufficient for foundation |
| 11-17 | | The Washington Post, Marion Pamela Copley obituary | | Irrelevant to phase 1; lacks foundation; prejudicial | Relevant and factors in 403 do not outweigh probative value of testimony; witness establishes sufficient foundation |
| 11-18 | | Marion Copley March 4, 2013 letter to Jess Rowland | | Irrelevant to phase 1; hearsay; lacks foundation; lack of authentication; prejudicial | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness establishes foundation |
| 11-26 | | Joint Glyphosate Task Force, Meeting Minutes, February 4, 2010, St. Louis, MO MONGLY02350923 - MONGLY02350925 | | Irrelevant to phase 1; hearsay; lacks foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness esablishes sufficient foundation |
| 11-27 | | CLA Registration Committee Meeting Agenda, Tuesday, December 10, 2015 MONGLY03416904 - MONGLY03416910 | | Irrelevant to phase 1; hearsay; lacks foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness esablishes sufficient foundation |