# EXHIBIT 10

| Plaintiffs' Affirmative Designations | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Objection Cite | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| Sachs 09/18/2018 | | | | | | | | | | | |
| 08:18-09:02 | 1 | | not relevant to phase 1 | 450:14-455:14 | | Objection - not relevant to Phase 1, heresay | 453:1-8 | | Relevant and non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 11:20-25 | 1 | | not relevant to phase 1 | 455:19-456:2 | | Objection - not relevant to either phase, prejudice, lacks foundation | 455:21-456:6 | | Relevant and factors in 403 do not outweigh probative value of testimony; Witness testifying pursuant to FRE 701 | | |
| 15:01-07 | 1 | | not relevant to phase 1 | 456:9-457:8 | | Objection - not relevant to phase 1, prejudice, lacks foundation | | | Relevant and factors in 403 do not outweigh probative value of testimony; Witness testifying pursuant to FRE 701 | | |
| 15:12-16:02 | 1 | | not relevant to phase 1 | 459:15-469:5 | | Objection - not relevant to either phase, subject to MIL, prejudice, speculation, vague | | | Relevant and factors in 403 do not outweigh probative value of testimony; Witness testifying pursuant to FRE 701; Monsanto will comply with Court's order on benefits of glyphosate once issued | | |
| 16:05-12 | 1 | | not relevant to phase 1 | 469:6-471:15 | | Objection - relevance, lacks foundation, vague, speculation | | | Relevant and factors in 403 do not outweigh probative value of testimony; Witness testifying pursuant to FRE 701 | | |
| 16:18-17:04 | 1 | | not relevant to phase 1 | 475:8-477:8 | | Objection - vague, compound, hearsay | | | Relevant and non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 21:15-17 | 1 | | not relevant to phase 1 | 477:11-477:23 | | no objection | | | | | |
| 21:20-22:07 | 1 | | not relevant to phase 1; vague; argumentative | 482:13-487:16 | | Objection - relevance, subject to MIL, speculation, vague, hearsay, prejudice | | | Relevant and factors in 403 do not outweigh probative value of testimony; Witness testifying pursuant to FRE 701; Monsanto will comply with Court's order on MILs once issued | | |
| 22:18-21 | 1 | | not relevant to phase 1 | 488:5-24 | | Objection - relevance, subject to MIL, speculation | | | Relevant and factors in 403 do not outweigh probative value of testimony; Witness testifying pursuant to FRE 701; Monsanto will comply with Court's order on MILs once issued | | |
| 22:25-23:11 | 1 | | not relevant to phase 1; vague; argumentative; lacks foundation | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30:06-19 | 1 | | not relevant to phase 1; vague; argumentative; lacks foundation | | | | | | |
| 31:16-20 | 1 | | not relevant to phase 1; vague; argumentative; lacks foundation | | | | | | |
| 31:24-32:17 | 1 | | not relevant to phase 1; vague; argumentative; lacks foundation | | | | | | |
| 32:21-33:18 | 1 | | not relevant to phase 1; vague; argumentative; lacks foundation | | | | | | |
| 33:20-21 | 1 | | not relevant to phase 1; vague; argumentative; lacks foundation | | | | | | |
| 33:24-34:02 | 1 | | not relevant to phase 1 | | | | | | |
| 35:07-09 | 1 | 2 | not relevant to phase 1 | | | | | | |
| 35:19-36:03 | 1 | 2 | not relevant to phase 1 | | | | | | |
| 37:14-16 | 1 | 2 | not relevant to phase 1 | | | | | | |
| 37:18-38:01 | 1 | 2 | rule of completeness; not relevant to phase 1 | 38:2-3 | | no objection | 38:4-6 | | No objection |
| 38:08-18 | 1 | 2 | not relevant to phase 1 | | | | | | |
| 45:01-46:13 | 1 | 2 | not relevant to phase 1 | | | | | | |
| 47:22-24 | 1 | | rule of completeness; not relevant to phase 1; assumes facts not in evidence; calls for speculation | 48:4-25 | | no objection | | | |
| 49:05-18 | 1 | 2 | calls for speculation; not relevant to phase 1 | | | | | | |
| 49:22-50:25 | 1 | 2 | misstates the record (50:23-25); not relevant to phase 1; assumes facts not in evidence | | | | | | |
| 51:05-21 | 1 | | not relevant to phase 1 | | | | | | |
| 100:13-14 | 1 | | not relevant to phase 1; vague | | | | | | |
| 100:17-22 | 1 | | misstates the record (100:20-22); not relevant to phase 1; vague | | | | | | |
| 101:02-08 | 1 | | not relevant to phase 1 | | | | | | |
| 110:11-13 | 1 | | misstates the record; not relevant to phase 1 | | | | | | |
| 110:17-111:09 | 1 | | not relevant to phase 1 | | | | | | |
| 260:14-24 | 1 | | not relevant to phase 1; prejudice; subject to MIL | | | | | | |
| 261:05-17 | 1 | | not relevant to phase 1; prejudice; subject to MIL | | | | | | |
| 278:17-22 | 1 | | not relevant to phase 1; prejudice; subject to MIL | | | | | | |
| 282:07-16 | 1 | | not relevant to phase 1; prejudice; subject to MIL; lacks foundation | | | | | | |
| 283:03-284:02 | 1 | 21 | rule of completeness; not relevant to phase 1 ; prejudice; subject to MIL; lacks foundation | 284:3-4 | | no objection | | | |
| 284:05-25 | 1 | 21 | hearsay (284:5-22); lacks foundation; not relevant to phase 1; prejudice; subject to MIL | | | | | | |
| 285:05-10 | 1 | 21 | lacks foundation; lacks personal knowledge; not relevant to phase 1; prejudice; subject to MIL | | | | | | |
| 285:14-25 | 1 | 21 | lacks foundation; not relevant to phase 1; prejudice; subject to MIL | | | | | | |
| 286:04-11 | 1 | 21 | lacks foundation (286:10-11); argumentative; not relevant to phase 1; prejudice; subject to MIL | | | | | | |
| 286:15-287:15 | 1 | 21 | argumentative (287:14-15); not relevant to phase 1 ; prejudice; subject to MIL | | | | | | |
| 287:22-288:19 | 1 | 21 | misstates the record (288:11-19); lacks foundation (288:11-19); not relevant to phase 1; prejudice; subject to MIL | | | | | | |
| 288:23-289:15 | 1 | | lacks foundation (289:13-15); not relevant to phase 1; prejudice; subject to MIL | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 289:19-25 | 1 | | not relevant to phase 1; prejudice; subject to MIL | | | | | |
| 291:02-04 | 1 | | not relevant to phase 1; prejudice; subject to MIL | | | | | |
| 291:07-292:03 | 1 | | not relevant to phase 1; prejudice; subject to MIL | | | | | |
| 292:07-20 | 1 | | rule of completeness; not relevant to phase 1; prejudice; subject to MIL | 292:21-293:8 | | no objection | | |
| 304:09-306:13 | 1 | 23 | hearsay (304:12-305:4, 305:5-306:9); lacks foundation (306:10-13); not relevant to phase 1; prejudice; subject to MIL | | | | | |
| 306:17-307:11 | 1 | | lacks foundation (307:5-11); not relevant to phase 1; prejudice; subject to MIL | | | | | |
| 307:15-308:03 | 1 | | lacks foundation; not relevant to phase 1; prejudice; subject to MIL | | | | | |
| 310:15-19 | 1 | | lacks foundation; not relevant to phase 1; prejudice; subject to MIL | | | | | |
| 310:23-25 | 1 | | lacks foundation; calls for speculation; not relevant to phase 1; prejudice; subject to MIL | | | | | |
| 311:02-312:14 | 1 | | lacks foundation (312:12-14); not relevant to phase 1; prejudice; subject to MIL | | | | | |
| 312:18-313:16 | 1 | | rule of completeness; not relevant to phase 1; prejudice; subject to MIL | 313:17-314:7 | | no objection | | |
| 321:10-15 | 1 | | not relevant to phase 1; prejudice; subject to MIL | | | | | |
| 341:19-21 | 1 | | lacks foundation; lacks personal knowledge; not relevant to phase 1; incomplete designation | 341:22 | | no objection | | |
| 342:02-07 | 1 | | lacks foundation; not relevant to phase 1; argumentative | | | | | |
| 342:11-15 | 1 | | not relevant to phase 1 | | | | | |
| 395:22-396:01 | 1 | | lacks foundation; argumentative; compound; not relevant to phase 1 | | | | | |
| 396:04-21 | 1 | | lacks foundation (396:16-21); misstates the record (396:16-21); not relevant to phase 1; vague; argumentative | | | | | |
| 397:01-20 | 1 | | lacks foundation (397:11-20); lacks personal knowledge (397:11-20); argumentative (397:11-20); not relevant to phase 1 | | | | | |
| 397:24-398:20 | 1 | | calls for speculation (398:16-20); not relevant to phase 1 | | | | | |
| 399:07-11 | 1 | | lacks foundation; argumentative; not relevent to phase 1 | | | | | |
| 399:15-25 | 1 | | not relevant to phase 1 | | | | | |
| 428:04-13 | 1 | | not relevant to phase 1 | | | | | |
| **Sachs 01/22/2019** | | | | | | | | |
| 493:12-20 | 1 | | lacks foundation; not relevant to phase 1; argumentative | | | | | |
| 493:23-494:11 | 1 | | lacks foundation; not relevant to phase 1; argumentative | | | | | |
| 494:14-20 | 1 | | lacks foundation; not relevant to phase 1; argumentative | | | | | |
| 495:10-496:13 | 1 | | misstates the record (496:6-13); not relevant to phase 1; argumentative | | | | | |
| 496:16-498:4 | 1 | | not relevant to phase 1 | | | | | |
| 498:16-23 | 1 | | lacks foundation (498:20-23); lacks personal knowledge (498:20-23); misstates the record (498:20-23); not relevant to phase 1 | | | | | |
| 499:1 | 1 | | not relevant to phase 1 | | | | | |
| 499:5-500:22 | 1 | | misstates the record (500:18-22); not relevant to phase 1 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 500:25-501:11 | 1 | | not relevant to phase 1 | | | | | | |
| 502:1-4 | 1 | | not relevant to phase 1 | | | | | | |
| 502:8-503:2 | 1 | | not relevant to phase 1 | | | | | | |
| 506:3-507:1 | 1 | | attorney testimony (506:7-16); vague (506:16); not relevant to phase 1 | | | | | | |
| 508:9-509:8 | 1 | | lacks foundation (509:7-8); not relevant to phase 1 | | | | | | |
| 509:11-24 | 1 | | not relevant to phase 1 | | | | | | |
| 510:6-8 | 1 | | misstates the record; not relevant to phase 1 | | | | | | |
| 510:12-511:4 | 1 | | misstates the record (511:2-4); lacks foundation (511:2-4); not relevant to phase 1 | | | | | | |
| 511:7-15 | 1 | | not relevant to phase 1 | | | | | | |
| 511:18-512:1 | 1 | | not relevant to phase 1 | | | | | | |
| 512:4-5 | 1 | | misstates the record; lacks foundation; not relevant to phase 1 | | | | | | |
| 512:8-20 | 1 | | lacks foundation (512:16-20); not relevant to phase 1 | | | | | | |
| 512:23-513:8 | 1 | | lacks foundation (513:7-8); not relevant to phase 1 | | | | | | |
| 513:11-15 | 1 | | not relevant to phase 1 | | | | | | |
| 514:11-12 | 1 | | misstates the record; lacks foundation; not relevant to phase 1 | | | | | | |
| 514:16 | 1 | | not relevant to phase 1 | | | | | | |
| 515:4-7 | 1 | 27 | not relevant to phase 1; hearsay | | | | | | |
| 515:9-20 | 1 | | misstates the record (515:18-20); not relevant to phase 1 | | | | | | |
| 515:23-25 | 1 | | not relevant to phase 1 | | | | | | |
| 539:11-14 | 1 | | calls for speculation; lacks foundation; not relevant to phase 1 | | | | | | |
| 539:17-540:2 | 1 | | not relevant to phase 1 | | | | | | |
| 540:7-14 | 1 | | lacks foundation; lacks personal knowledge; not relevant to phase 1 | | | | | | |
| 540:18-541:11 | 1 | | not relevant to phase 1 | | | | | | |
| 542:4-24 | 1 | | not relevant to phase 1 | | | | | | |
| 543:7-10 | 1 | | misstates the record; not relevant to phase 1 | | | | | | |
| 543:14-544:14 | 1 | | not relevant to phase 1 | | | | | | |
| 544:24-545:12 | 1 | | not relevant to phase 1 | | | | | | |
| 557:14-21 | 1 | | not relevant to phase 1 | | | | | | |
| 558:19-23 | 1 | 17 | not relevant to phase 1 | | | | | | |
| 569:23-570:1 | 1 | | misstates the record; lacks foundation; not relevant to phase 1 | | | | | | |
| 570:4-574:8 | 1 | 23 | hearsay (571:2-3, 571:15-25, 572:1-17, 572:22-573:3); lacks foundation (574:5-8); lacks personal knowledge (574:5-8); not relevant to phase 1 | | | | | | |
| 574:11-19 | 1 | | lacks foundation (574:11-13); lacks personal knowledge (574:11-13); not relevant to phase 1 | | | | | | |
| 574:21-25 | 1 | | lacks foundation; lacks personal knowledge; not relevant to phase 1 | | | | | | |
| 575:4-11 | 1 | | not relevant to phase 1 | | | | | | |
| 576:7-577:9 | 1 | | not relevant to phase 1 | 577:10-578:2 | | no objection | | | |
| 578:3-24 | 1 | | lacks foundation (578:21-24); misstates the record (578:21-14); not relevant to phase 1 | 579:2-17 | | no objection | | | |
| 579:18-21 | 1 | | lacks foundation; not relevant to phase 1 | | | | | | |
| 579:24-580:11 | 1 | | not relevant to phase 1 | 580:12-581:16 | | no objection | | 581:17-18; 581:21-582:6 | | Not relevant to phase 1; lacks foundation; misstates the evidence; May be excluded pursuant to Monsanto's MIL 10 | witness has personal knowledge |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 582:7-16 | 1 | | lacks foundation (582:13-16); misstates the record (582:13-16); not relevant to phase 1 | | | | | | | |
| 582:19-25 | 1 | | not relevant to phase 1 | 583:1 | | no objection | | | | |
| 583:2-10 | 1 | | lacks foundation (583:8-10); misstates the record (583:8-10); not relevant to phase 1 | | | | | | | |
| 583:13-584:3 | 1 | | lacks foundation (584:3); misstates the record (584:3); not relevant to phase 1 | | | | | | | |
| 584:6-14 | 1 | | not relevant to phase 1 | | | | | | | |
| 584:25-585:11 | 1 | | lacks foundation (585:10); not relevant to phase 1 | | | | | | | |
| 585:14-19 | 1 | | lacks foundation (585:16-19); not relevant to phase 1 | | | | | | | |
| 585:22-25 | 1 | | not relevant to phase 1 | | | | | | | |
| 586:23-25 | 1 | | rule of completeness; not relevant to phase 1 | 587:5-16 | | Objection - non-responsive, speculation, prejudice | 587:5-16 | 587:17-588:3 | Witness testifying pursuant to FRE 701; answer provides context; however entire line of questioning may be excluded pursuant to Monsanto's MIL 10 | Not relevant to phase 1; argumentative; May be excluded pursuant to Monsanto's MIL 10 | |
| 588:6-10 | 1 | | not relevant to phase 1 | | | | | | | |
| 588:21-23 | 1 | | lacks foundation; not relevant to phase 1 | | | | | | | |
| 589:3-12 | 1 | | not relevant to phase 1 | | | | | | | |
| 589:24-590:5 | 1 | | not relevant to phase 1 | | | | | | | |
| 590:9-17 | 1 | | not relevant to phase 1 | | | | | | | |
| 590:19-25 | 1 | 17 | not relevant to phase 1 | | | | | | | |
| 591:2-16 | 1 | | not relevant to phase 1 | | | | | | | |
| 599:4-9 | 1 | | lacks foundation; rule of completeness; not relevant to phase 1 | 599:12-600:2 | | Objection - non-responsive, speculation, prejudice | | | Witness testifying pursuant to FRE 701; answer provides context; however entire line of questioning may be excluded pursuant to Monsanto's MIL 10 | | |
| 601:1-6 | 1 | | not relevant to phase 1 | | | | | | | |
| 601:16-20 | 1 | | not relevant to phase 1 | | | | | | | |
| 602:11-12 | 1 | | not relevant to phase 1 | 601:21-602:1, 602:6 | | Objection - non-responsive, speculation, prejudice, testimony regarding regulatory action irrelevant (subject to MIL) | | | Witness testifying pursuant to FRE 701; answer provides context; however entire line of questioning may be excluded pursuant to Monsanto's MIL 10 | | |