# EXHIBIT 10A

| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Monsanto's Objection | Plaintiffs' Response to Monsanto's Objection |
|---|---|---|---|---|---|
| | | | | **Eric Sachs Designation Exhibit Objections** | |
| 1 | | GMO Answers printout of Eric Sachs, Ph.D. | | not relevant to phase 1; prejudice; hearsay | Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes, relevant to foundation for testimony, witness credibility. |
| 2 | | E-mail(s), MONGLY01838136 - MONGLY01838151 | | hearsay; not relevant to phase 1 | Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purpose, Monsanto's influence over the science on Roundup safety relevant to both phases. |
| 17 | | "Long term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize," Seralini | | not relevant to phase 1; hearsay; prejudice; subject to MIL | Monsanto's influence over the science on Roundup safety relevant to both phases, relevant to credibility of Monsanto in making claims re the science on Roundup safety. |
| 21 | | Authorization Letter to Consulting Agreement dated August 21, 2012, between Prof. A. Wallace Hayes and Monsanto Company, MONGLY02185742 | | lacks foundation; hearsay; not relevant to phase 1 | Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purpose (effect on listener), relevant to Monsanto's influence over the science and credibility of Monsanto in making claims re the science on Roundup safety |
| 22 | | E-mail(s), MONGLY06990942 - MONGLY06990950 | | hearsay; not relevant to phase 1 | Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purpose (effect on listener),  relevant to Monsanto's influence over the science and credibility of Monsanto in making claims re the science on Roundup safety. |
| 23 | | E-mail(s), MONGLY02063095 - MONGLY02063098 | | hearsay; not relevant to phase 1 | Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purpose (effect on listener),  relevant to Monsanto's influence over the science and credibility of Monsanto in making claims re the science on Roundup safety. |