# EXHIBIT 11

| Plaintiffs' Affirmative Designations | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| Saltmiras 01/31/2017 | | | | | | | | | | |
| 08:15-18 | 1 | | | | | | | | | |
| 10:02-15 | 1 | | | | | | | | | |
| 11:25-12:02 | 1 | | | | | | | | | |
| 12:16-13:11 | 1 | | | | | | | | | |
| 13:14-15 | 1 | | | | | | | | | |
| 13:25-14:09 | 1 | | | | | | | | | |
| 14:12-21 | 1 | | | | | | | | | |
| 15:05-18 | 1 | | | | | | | | | |
| 15:20-22 | 1 | | | | | | | | | |
| 16:10-16 | 1 | | | | | | | | | |
| 20:04-10 | 1 | | | | | | | | | |
| 21:09-16 | 1 | | Relevance | | | | | | | |
| 21:18-25 | 1 | | Relevance | | | | | | | |
| 22:03-23 | 1 | | Relevance | | | | | | | |
| 23:14-16 | 1 | | Relevance, Prejudice | | | | | | | |
| 23:19-24 | 1 | | Relevance, Prejudice | | | | | | | |
| 24:02-04 | 1 | 5-2 | Relevance, Prejudice; hearsay (exhibit 5-2) | | | | | | | |
| 24:19-25:03 | 1 | | Relevance, Prejudice; hearsay (exhibit 5-2) | | | | | | | |
| 25:13-26:23 | 1 | | Relevance, Prejudice; hearsay (26:16-23) | 26:24 - 27:5, 30:8 - 11, 30:13 - 31:6, 33:23 - 25, 34:3 - 35:12 | | Objection - non-responsive, prejudice (26:24-27:5); subject to MIL, non-responsive, speculation (30:13-31:6); subject to MIL, non-responsive, speculation (33:23-25, 34:3-35:12) | 36:8-12 | Relevant and factors in 403 do not outweigh probative value of testimony; Witness testifying pursuant to FRE 701; Monsanto will comply with Court's order on MILs | Irrelevant, prejudicial | Relevant and factors in 403 do not outweigh probative value of testimony; |
| 37:25-38:06 | 1 | | | | | | | | | |
| 39:25-40:02 | 1 | | Relevance | | | | | | | |
| 40:06-17 | 1 | | Relevance | 41:3 - 8 | | Objection - non-responsive, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 41:09-19 | 1 | | Relevance | | | | | | | |
| 41:22-42:04 | 1 | | Relevance | | | | | | | |
| 42:06-11 | 1 | | Relevance | | | | | | | |
| 42:14-18 | 1 | | Relevance | | | | | | | |
| 43:05-09 | 1 | | Relevance | | | | | | | |
| 43:21-44:15 | 1 | | Relevance; vague (44:10-15) | | | | | | | |
| 44:17-45:08 | 1 | | Relevance; vague (44:17-45:8) | | | | | | | |
| 45:13-46:01 | 1 | | Relevance; vague | | | | | | | |
| 46:04-47:03 | 1 | | Relevance; vague | | | | | | | |
| 47:21-23 | 1 | | Relevance; vague | | | | | | | |
| 48:01-12 | 1 | | Relevance; vague | | | | | | | |
| 48:24-49:05 | 1 | | Relevance; vague | | | | | | | |
| 49:07-18 | 1 | | Relevance | | | | | | | |
| 49:22-50:04 | 1 | 5-3 | Relevance | | | | | | | |
| 50:16-51:07 | 1 | | Relevance | | | | | | | |
| 51:18-52:23 | 1 | | Relevance, Prejudice, Hearsay | | | | | | | |
| 53:01-54:15 | 1 | | Relevance, Prejudice, Hearsay | | | | | | | |
| 54:21-57:25 | 1 | | Relevance, Prejudice, Hearsay | | | | | | | |
| 58:09-59:22 | 1 | | Relevance, Prejudice | | | | | | | |
| 59:25-60:03 | 1 | | Relevance, Prejudice | | | | | | | |
| 63:07-09 | 1 | | Relevance, Prejudice | | | | | | | |
| 63:15-20 | 1 | | Relevance, Prejudice, Hearsay | | | | | | | |
| 64:01-08 | 1 | | Relevance, Prejudice | | | | | | | |
| 64:17-21 | 1 | | Relevance, Prejudice, Hearsay | | | | | | | |
| 65:06-15 | 1 | | Relevance, Prejudice | | | | | | | |
| 65:18-66:25 | 1 | | Relevance, Prejudice | | | | | | | |
| 67:03-09 | 1 | | Relevance, Prejudice; Vague (67:7-9); Argumentative (67:7-9); Lacks Foundation (67:7-9) | | | | | | | |
| 67:18-25 | 1 | | Relevance, Prejudice; Vague; Argumentative; Lacks Foundation | | | | | | | |
| 68:03-13 | 1 | | Relevance, Prejudice; Vague; Argumentative; Lacks Foundation | | | | | | | |
| 68:21-70:05 | 1 | | Relevance, Prejudice | 70:6 - 14, 70:17 - 19 | | | | | | |
| 70:24-71:01 | 1 | | Relevance, Prejudice | | | | | | | |
| 71:03-11 | 1 | | Relevance, Prejudice | | | | | | | |
| 71:15-72:12 | 1 | | Relevance, Prejudice; Hearsay | | | | | | | |
| 72:15-73:01 | 1 | | Relevance, Prejudice; Hearsay; Incomplete Designation (No Answer) | | | | | | | |
| 73:05-13 | 1 | | Relevance, Prejudice | | | | | | | |
| 73:16-22 | 1 | | Relevance, Prejudice | | | | | | | |
| 74:02-18 | 1 | | Relevance, Prejudice | | | | | | | |

| Designation | 1 | Objection | Counter-Designation | | Objection to Counter | Counter-Counter | Response | Reply | Reply 2 |
|---|---|---|---|---|---|---|---|---|---|
| 75:03-80:08 | 1 | Relevance, Prejudice | | | | | | | |
| 80:12-84:24 | 1 | Relevance, Prejudice | | | | | | | |
| 85:01-86:25 | 1 | Relevance, Prejudice | | | | | | | |
| 88:18-20 | 1 | Argumentative; Vague; Relevance; Prejudice | | | | | | | |
| 88:22-89:22 | 1 | Argumentative (88:22-89:4); Vague (88:22-89:4); Relevance; Prejudice | | | | | | | |
| 89:24-90:13 | 1 | Relevance; Prejudice | 90:14 - 18, 91:5 - 25, 92:20 - 93:11 | | Objection - speculation (90:14-18, 91:5-25); non-responsive, speculation, relevance (93:1-11) | 92:2-5, 92:8-11, 92:14-19 | Relevant and factors in 403 do not outweigh probative value of testimony; Witness testifying pursuant to FRE 701 | Prejudicial, confusing | Relevant and factors in 403 do not outweigh probative value of testimony |
| 93:12-16 | 1 | Relevance, Prejudice | | | | | | | |
| 93:19-94:05 | 1 | Relevance, Prejudice | | | | | | | |
| 94:08-96:13 | 1 | Relevance, Prejudice; Argumentative (96:9-13) | | | | | | | |
| 96:17-19 | 1 | Relevance, Prejudice; Argumentative | | | | | | | |
| 96:21-97:07 | 1 | Relevance, Prejudice | | | | | | | |
| 97:17-98:01 | 1 | Relevance, Prejudice, Hearsay | | | | | | | |
| 98:13-20 | 1 | Relevance, Prejudice, Hearsay, Attorney Testifying, Incomplete Designation (No Answer) | | | | | | | |
| 98:24-101:01 | 1 | Cross-talk (98:24 - 99:17), Relevance, Prejudice, Hearsay, Incomplete Designation (missing answer) | | | | | | | |
| 101:09-22 | 1 | Relevance, Prejudice, Hearsay, Incomplete Designation (missing question); Lacks Foundation (101:18-22) | | | | | | | |
| 101:25-102:10 | 1 | Relevance, Prejudice, Hearsay; Lacks Foundation | | | | | | | |
| 102:13-20 | 1 | Relevance, Prejudice, Hearsay (102:13-14); Lacks Foundation | | | | | | | |
| 102:23-103:17 | 1 | Relevance, Prejudice | | | | | | | |
| 104:02-13 | 1 | Relevance, Prejudice, Hearsay | | | | | | | |
| 107:16 | 1 | Relevance, Prejudice, Hearsay | | | | | | | |
| 108:04-109:12 | 1 | Relevance, Prejudice, Hearsay; Lacks Foundation (109:9-12) | | | | | | | |
| 109:15-110:01 | 1 | Relevance, Prejudice, Hearsay; Lacks Foundation (109:15-22) | | | | | | | |
| 110:04-111:13 | 1 | Relevance, Prejudice, Hearsay | | | | | | | |
| 111:19-22 | 1 | | | | | | | | |
| 111:24-112:07 | 1 | | | | | | | | |
| 112:11-114:06 | 1 | Relevance, Prejudice, Hearsay (114:3-6) | | | | | | | |
| 114:09-115:08 | 1 | Relevance, Prejudice, Hearsay (114:9-12); Vague (115:5-8) | | | | | | | |
| 115:10-17 | 1 | Vague | | | | | | | |
| 115:20-117:04 | 1 | Vague (115:20-22) | | | | | | | |
| 117:07-118:13 | 1 | Relevance (116:15-117:4, 118:11-13), Prejudice (116:15-117:4, 118:11-13); Hearsay (116:15-117:4, 118:11-13) | | | | | | | |
| 118:16-119:04 | 1 | Relevance (118:16-23), Prejudice (118:16-23) , Hearsay (118:16-23)<br>(119:3 - 4) Relevance, Prejudice | | | | | | | |
| 119:07-120:02 | 1 | Relevance, Prejudice | | | | | | | |
| 120:05-07 | 1 | Relevance, Prejudice, Lacks Personal Knowledge | 120:9 - 13 | | Objection - no question pending, speculation | | Relevant to and provides context to designated testimony | | |
| 120:14-18 | 1 | Relevance, Prejudice, Lacks Foundation, Vague, Argumentative | | | | | | | |
| 120:21-122:04 | 1 | Relevance, Prejudice, Lacks Foundation, Vague, Argumentative | | | | | | | |
| 122:07-13 | 1 | Relevance, Prejudice, Lacks Foundation, Vague, Argumentative | | | | | | | |
| 122:16-123:02 | 1 | Relevance, Prejudice, Lacks Foundation, Vague, Argumentative | | | | | | | |
| 123:05-17 | 1 | Relevance, Prejudice, Lacks Foundation, Vague, Argumentative | | | | | | | |
| 124:24-125:08 | 1 | (125:6-8) Attorney Testifying, Hearsay; Vague; Lacks Foundation; Argumentative | | | | | | | |
| 125:11-126:19 | 1 | (125:11-13) Hearsay; Vague; Lacks Foundation; Argumentative | | | | | | | |
| 127:02-131:01 | 1 | Relevance, Prejudice, Hearsay, Incomplete Designation | 131:2 - 132:18 | | Objection - non-responsive, speculation | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| 132:19-133:01 | 1 | Relevance, Prejudice | | | | | | | |
| 133:05-12 | 1 | Relevance, Prejudice<br>(133:7-12) Argumentative; Vague | | | | | | | |
| 133:15-134:03 | 1 | Relevance, Prejudice; Argumentative; Vague | | | | | | | |
| 134:07-135:02 | 1 | Relevance, Prejudice; Argumentative; Vague | 135:3 - 14 | | Objection - non-responsive, speculation, irrelevant | | Relevant to and provides context to designated testimony; however entire line of questioning excluded pursuant to PTO 81 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 135:16-136:01 | 1 | Relevance, Prejudice | | | | | | |
| 136:04-06 | 1 | Relevance, Prejudice | | | | | | |
| 136:21-137:02 | 1 | Relevance, Prejudice | | | | | | |
| 137:05-139:04 | 1 | Relevance, Prejudice | | | | | | |
| 142:18-143:10 | 1 | Relevance, Prejudice; Hearsay | 140:25 - 142:14 | | Objection - speculation, non-responsive | | Monsanto withdraws counter desigation, entire line of questioning excluded pursuant to PTO 81 | |
| 143:13-15 | 1 | Relevance, Prejudice; Hearsay | | | | | | |
| 143:25-144:03 | 1 | Relevance, Prejudice | | | | | | |
| 144:05-14 | 1 | Relevance, Prejudice | | | | | | |
| 145:20-146:05 | 1 | Relevance, Prejudice | 144:15 - 145:19 | | Objection - non-responsive, speculation re: the credentials of third parties, irrelevant | | Monsanto withdraws counter desigation, entire line of questioning excluded pursuant to PTO 81 | |
| 146:08-20 | 1 | Relevance, Prejudice, Relevance, Argumentative (146:18 - 20) | | | | | | |
| 146:24-147:01 | 1 | Relevance, Prejudice | | | | | | |
| 147:12-148:17 | 1 | Relevance, Prejudice; Hearsay | | | | | | |
| 149:15-150:11 | 1 | Relevance, Prejudice; Lacks Foundation (150:7-11); Argumentative (150:7-11) | | | | | | |
| 150:14-151:22 | 1 | Relevance, Prejudice; Lacks Foundation; Argumentative | | | | | | |
| 151:25-153:19 | 1 | Relevance, Prejudice; Lacks Foundation (151:25-152:10); Argumentative (151:25-152:10) | | | | | | |
| 153:24-154:03 | 1 | Relevance, Prejudice, Lacks Foundation | | | | | | |
| 154:06-14 | 1 | Relevance, Prejudice, Lacks Foundation | | | | | | |
| 155:20-156:07 | 1 | Relevance, Prejudice, Argumentative | | | | | | |
| 156:11-12 | 1 | Relevance, Prejudice, Argumentative | | | | | | |
| 156:18-157:05 | 1 | Relevance, Prejudice | | | | | | |
| 157:09-158:15 | 1 | Relevance, Prejudice | | | | | | |
| 158:18-159:19 | 1 | Relevance, Prejudice | | | | | | |
| 159:22-24 | 1 | Relevance, Prejudice | 160:1 - 161:20 | | Objection - non-responsive, speculation, irrelevant | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge; however entire line of questioning excluded pursuant to PTO 81 | |
| 161:25-162:04 | 1 | Relevance, Prejudice, Hearsay | | | | | | |
| 162:07-163:19 | 1 | Relevance, Prejudice, Hearsay | | | | | | |
| 163:21-164:17 | 1 | Relevance, Prejudice | | | | | | |
| 164:20-165:04 | 1 | Relevance, Prejudice | | | | | | |
| 165:06-19 | 1 | Relevance, Prejudice | | | | | | |
| 166:17-24 | 1 | Relevance, Prejudice | | | | | | |
| 167:08-168:03 | 1 | Relevance, Prejudice (167:18-168:3) Vague, Compound | | | | | | |
| 168:07-12 | 1 | Relevance, Prejudice, Vague, Compound | 168:13 - 16, 168:18 - 170:14 | | Objection - non-responsive, speculation, irrelevant, hearsay | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; however entire line of questioning excluded pursuant to PTO 81 | |
| 170:18-22 | 1 | Relevance, Prejudice | | | | | | |
| 170:25-171:14 | 1 | Relevance, Prejudice | | | | | | |
| 171:16-172:16 | 1 | Relevance, Prejudice | | | | | | |
| 173:04-09 | 1 | Relevance, Prejudice, Argumentative, Vague | | | | | | |
| 173:12-13 | 1 | Relevance, Prejudice, Argumentative, Vague | 174:19 - 24, 175:1 - | | no objection | | | |
| 176:05-09 | 1 | Relevance, Prejudice, Lacks Foundation, Vague | | | | | | |
| 176:11-18 | 1 | Relevance, Prejudice, Lacks Foundation, Vague | 177:15 - 17, 177:21 - 178:6 | | Objection - non-responsive | 177:4-7, 177:10-13 | Relevant to and provides context to designated testimony | No objection |
| 178:08-20 | 1 | Relevance, Prejudice | | | | | | |
| 178:23-24 | 1 | Relevance, Prejudice | | | | | | |
| 179:21-180:06 | 1 | Relevance, Prejudice | | | | | | |
| 180:20-181:11 | 1 | Relevance, Prejudice, Hearsay | | | | | | |
| 181:14-22 | 1 | Relevance, Prejudice, Hearsay | | | | | | |
| 182:19-183:08 | 1 | Relevance, Prejudice, Hearsay | | | | | | |
| 183:10-184:10 | 1 | Relevance, Prejudice, Hearsay | | | | | | |
| 184:12-185:09 | 1 | Relevance, Prejudice, Hearsay | | | | | | |
| 185:12-186:06 | 1 | Relevance, Prejudice, Hearsay | | | | | | |
| 186:09-18 | 1 | (186:9-11) Relevance, Prejudice, Hearsay (186:13-18) Relevance, Prejudice, Vague, Argumentative, Lacks Foundation | | | | | | |
| 186:21-25 | 1 | Relevance, Prejudice, Vague, Argumentative, Lacks Foundation | | | | | | |
| 188:25-190:04 | 1 | Relevance, Prejudice; Hearsay | | | | | | |
| 190:07-191:03 | 1 | Relevance, Prejudice; Hearsay | | | | | | |
| 191:17-192:02 | 1 | Relevance, Prejudice; Hearsay | | | | | | |
| 192:09-194:04 | 1 | Relevance, Prejudice; Hearsay | | | | | | |
| 195:03-06 | 1 | Relevance, Prejudice | | | | | | |
| 195:10-196:25 | 1 | Relevance, Prejudice | | | | | | |

| Designation | 1 | Objections | Counter-Designation | Counter-Objections | | Response |
|---|---|---|---|---|---|---|
| 197:03-198:01 | 1 | Relevance, Prejudice | | | | |
| 200:17-201:03 | 1 | Relevance, Prejudice | 199:5 - 9, 199:12 - 200:4 | Objection - non-responsive, speculation, hearsay | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; however entire line of questioning excluded pursuant to PTO 81 |
| 201:14-203:01 | 1 | Relevance, Prejudice, Incomplete Designation (No Question) | | | | |
| 204:01-17 | 1 | Relevance, Prejudice, Incomplete Designation (No Answer at 203:2) | | | 203:2-7, 203:12-24 | Irrelevant, prejudicial, entire line of questioning excluded pursuant to PTO 81 |
| 204:20-24 | 1 | Relevance, Prejudice | 205:1 - 5, 205:8 - 206:21 | Objection - answer subject to MIL, non-responsive, speculation | | Monsanto withdraws counter desigation, entire line of questioning excluded pursuant to PTO 81 |
| 206:23-207:03 | 1 | Relevance, Prejudice, Argumentative | | | | |
| 207:12-20 | 1 | Relevance, Prejudice Argumentative (207:12-15) | | | | |
| 207:23-208:07 | 1 | Relevance, Prejudice | | | | |
| 208:10-12 | 1 | Relevance, Prejudice | 208:14 - 16, 208:19 - 209:6 | Objection - non-responsive, irrelevant | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 213:20-25 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 215:09-10 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 215:16-216:03 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 216:17-24 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 217:02-05 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 217:13-22 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 218:22-25 | 1 | Relevance, Prejudice | | | | |
| 231:11-15 | 1 | Relevance, Prejudice; Argumentative | | | | |
| 231:18-20 | 1 | Relevance, Prejudice; Argumentative | | | | |
| 231:22-232:01 | 1 | Relevance, Prejudice | | | | |
| 232:05-08 | 1 | Relevance, Prejudice, Argumentative | | | | |
| 232:16-24 | 1 | Relevance, Prejudice, Argumentative | | | | |
| 244:02-09 | 1 | (244:7-9) Argumentative, Lacks Foundation | | | | |
| 244:12-245:06 | 1 | (244:12-23) Argumentative, Lacks Foundation (245:2 - 4) Argumentative, Attorney Testifying | | | | |
| 246:04-247:09 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 247:11-248:20 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 249:04-06 | 1 | Argumentative, Attorney Testifying, Relevance, Prejudice | | | | |
| 249:10-12 | 1 | Argumentative, Attorney Testifying, Relevance, Prejudice | 249:16 - 22 | no objection | | |
| 250:24-251:02 | 1 | | | | | |
| 251:05-10 | 1 | | | | | |
| 251:14-17 | 1 | Argumentative, Attorney Testifying | | | | |
| 254:22-24 | 1 | Relevance, Prejudice | | | | |
| 255:03-07 | 1 | Relevance, Prejudice | | | | |
| 255:10-13 | 1 | Relevance, Prejudice | | | | |
| 255:15-18 | 1 | Relevance, Prejudice | | | | |
| 255:21-23 | 1 | Relevance, Prejudice | | | | |
| 255:25-256:02 | 1 | Relevance, Prejudice | | | | |
| 256:05-06 | 1 | Relevance, Prejudice | | | | |
| 256:08-257:05 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 257:15-22 | 1 | Relevance, Prejudice, Incomplete Designation (No Answer) | 257:23 - 258:8 | Objection - no question pending, speculative | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 262:05-17 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 262:20-263:11 | 1 | Relevance, Prejudice, Hearsay | 263:13 - 16, 263:20 - 264:22 | Objection - testimony re: EPA subject to MIL, irrelevant, non-responsive, speculation (264:1-22) | | |
| 265:10-13 | 1 | Relevance, Prejudice, Hearsay | 264:23 - 265:8 | Objection - testimony re: EPA subject to MIL, irrelevant, non-responsive, speculation | | |
| 265:20-266:13 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 266:18-267:01 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 267:04-20 | 1 | Relevance, Prejudice, Hearsay | | | | |
| 267:23-268:02 | 1 | Relevance, Prejudice, Hearsay | 268:25 - 271:6, 271:9 - 22, 272:4 - 18, 272:20 - 273:15 | Objection - no question pending, speculative (269:8-271:6) | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 273:16-274:05 | 1 | (274:1-2) Argumentative, Attorney Testifying | | | | |
| 274:08-11 | 1 | | | | | |
| 274:15-25 | 1 | Hearsay | | | | |
| 275:03-24 | 1 | Hearsay | | | | |
| 276:02-277:06 | 1 | | 277:8 - 20 | no objection | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | 278:6 - 9 | | Objection - non-responsive, vague | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| | 1 | | | 278:12 - 21 | | Objection - non-responsive, vague | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| | 1 | | | 279:14 - 281:12 | | Objection - speculation (279:14-22); non-responsive, vague (280:4-281:12) | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| | 1 | | | 281:15 - 21 | | Objection - non-responsive, irrelevant (281:15-21) | | Relevant to and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| | 1 | | | 320:8-9 | | no objection | | | | |
| | 1 | | | 320:12 - 321:5 | | no objection | | | | |
| | 1 | | | 321:7 - 322:7 | | Objection - testimony subject to MIL | | Relevant; Monsanto will comply with PTO 81 | | |
| | 1 | | | 322:21 - 24 | | Objection - testimony subject to MIL | | Relevant; Monsanto will comply with PTO 81 | | |
| | 1 | | | 323:2 - 3 | | Objection - testimony subject to MIL | | Relevant; Monsanto will comply with PTO 81 | | |
| Saltmiras 02/01/2017 | | | | | | | | | | |
| | 1 | | | 411:4 - 22 | | Objection - lack of foundation, relevance, testimony subject to MIL | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 | | |
| | 1 | | | 411:23 - 415:21 | | Objection - lack of foundation, relevance, testimony subject to MIL | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 | | |
| | 1 | | | 415:23 - 416:23 | | Objection - lack of foundation, relevance, prejudice, speculation, vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 | | |
| | 1 | | | 416:25 - 418:1 | | Objection - lack of foundation, speculation, relevance | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| | 1 | | | 418:7 - 419:2 | | Objection - lack of foundation, relevance, speculation, vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| | 1 | | | 419:5 - 424:2 | | Objection - lack of foundation, speculatioin, vague, relevance, testimony subject to MIL | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 | | |
| | 1 | | | 424:8 - 20 | | Objection - lack of foundation, vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| | 1 | | | 424:23 - 426:9 | | Objection - hearsay, lack of foundation, vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | 1 | | | 426:11 - 430:10 | | Objection - lack of foundation, vague, speculation, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | 1 | | | 430:13 - 24 | | Objection - hearsay | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | 1 | | | 432:1 - 15 | | Objection - hearsay | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | 1 | | | 432:18 - 433:2 | | Objection - hearsay | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | 1 | | | 433:5 - 436:19 | | Objection - hearsay, speculation, vague, testimony subject to MIL | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 | | |
| | 1 | | | 436:22 - 437:6 | | Objection - hearsay, testimony subject to MIL | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 | | |
| | 1 | | | 437:8 - 439:1 | | Objection - hearsay, testimony subject to MIL | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 | | |
| | 1 | | | 439:10 - 440:24 | | Objection - hearsay, testimony subject to MIL | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | 441:24 - 442:22 | | Objection - hearsay, testimony subject to MIL, relevance, speculation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| | 1 | | | 442:25 - 447:7 | | Objection - hearsay, relevance, testimony subject to MIL, speculation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| | 1 | | | 447:11 - 448:20 | | Objection - hearsay, testimony subject to MIL, relevance | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| | 1 | | | 448:24 - 450:8 | | Objection - hearsay, testimony subject to MIL, speculation, vague, prejudice | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| | 1 | | | 450:12 - 456:20 | | Objection - hearsay, lack of foudnation, speculation, relevance, vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| | 1 | | | 457:18 - 461:2 | | Objection - lack of foundation, vague (459:6-19) | | Witness testifying pursuant to FRE 701 and personal knowledge | |
| | 1 | | | 461:5 - 465:17 | | Objection - leading, vague, speculation (461:21-462:9); lack of foundation, speculation, vague (461:5-464:6) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge | |
| | 1 | | | 465:20 - 485:15 | | Objection - lack of foundation, speculation (467:9-25); lack of foudnation, speculation, relevance, vague (468:1-15); hearsay, speculation, vague, relevance, lack of foundation (469:16-485:15) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| | 1 | | | 488:18 - 490:2 | | Objection - relevance, lack of foundation, speculation, hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| | 1 | | | 490:5 - 492:1 | | Objection - relevance, hearsay, testimony subject to MIL | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Monsanto will comply with PTO 81; | |
| | 1 | | | 492:4 - 8 | | Objection - relevance, speculation, vague, testimony subject to MIL | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 | |
| | 1 | | | 492:11 - 494:14 | | Objection - relevance, speculation, vague, testimony subject to MIL | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 | |
| | 1 | | | 499:2 - 8 | | no objection | | | |
| | 1 | | | 499:11 - 501:11 | | no objection | | | |
| | 1 | | | 504:7 - 10 | | no objection | | | |
| | 1 | | | 504:14 - 22 | | no objection | | | |
| | 1 | | | 504:25 - 505:9 | | no objection | | | |
| 527:3-4 | 1 | | | | 506:14-19; 506:23-25; 507:3-6 | | Hearsay; irrelevant | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 527:09-14 | 1 | | | | | | | | |
| 527:16-20 | 1 | Relevance, Prejudice, Hearsay; Lacks Foundation; Vague | | | | | | | |
| 527:25-528:09 | 1 | Relevance, Prejudice, Hearsay; Lacks Foundation; Vague; Argumentative | | | | | | | |
| 528:14-21 | 1 | Relevance, Prejudice, Hearsay; Lacks Foundation; Vague; Argumentative | | | | | | | |