# EXHIBIT 11A

| | | David Saltmiras Designation Exhibit Objections | | | |
|---|---|---|---|---|---|
| **Depo Exhibit No.** | **Plaintiffs' Exhibit No.** | **Document Description** | **Date** | **Monsanto's Objection** | **Plaintiffs' Response to Monsanto's Objection** |
| 5-1 | | David Saltmiras, Ph.D., DABT, Curriculum Vitae | | Irrelevant to Phase 1 | foundation for testimony, credibility of witness. Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; |
| 5-2 | | E-mail(s), MONGLY02054088 - MONGLY02054091 | | Irrelevant to Phase 1, hearsay, lacks foundation to speak to any emails he did not author | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes |
| 5-3 | | FY2013 Business Performance, August 2013, MONGLY01045298 - MONGLY01045306 | | Irrelevant to Phase 1, prejudicial, lacks foundation, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes, goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-4 | | "Ghost Writing Initiated by Commercial Companies,' The World Association of Medical Editors | | Irrelevant to Phase 1, prejudicial, lacks foundation, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-5 | | David Saltmiras Highlights 2015, MONGLY01090874 | | Irrelevant to Phase 1, prejudicial, lacks foundation, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes, goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-6 | | Monsanto Manuscript Clearance Form, Global Regulatory, "Review of Genotoxicity of Glyphosate and Glyphosate Based Formulations," MONGLY02117800 - MONGLY02117804 | | Irrelevant to Phase 1, lacks foundation, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes, goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-7 | | E-mail(s), MONGLY00980158 - MONGLY00980161 | | Irrelevant to Phase 1, lacks foundation, hearsay, prejudicial | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes, goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-8 | | E-mail(s), MONGLY02145917 - MONGLY02145930 | | Irrelevant to Phase 1, lacks foundation, hearsay, prejudicial | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes, goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-9 | | E-mail(s), MONGLY04086537 - MONGLY04086541 | | Irrelevant to Phase 1, lacks foundation, hearsay, prejudicial | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes, goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-10 | | Monsanto Material Safety Data, MON 0818, MONGLY01030362 - MONGLY01030367 | | Irrelevant to Phase 1, lacks foundation, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes, goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-11 | | E-mail(s), MONGLY01087311 - MONGLY01087317 | | Irrelevant to Phase 1, lacks foundation, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes, goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |

| | | | | |
|---|---|---|---|---|
| 5-12 | | E-mail(s), MONGLY00900629 - MONGLY00900633 | Irrelevant to Phase 1, lacks foundation to speak to any emails he did not author, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-13 | | E-mail(s), MONGLY02185741 - MONGLY02185742 | Irrelevant to Phase 1, lacks foundation, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-14 | | E-mail(s), MONGLY02063095 - MONGLY02063098 | Irrelevant to Phase 1, lacks foundation to speak to any emails he did not author, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-15 | | COPE Ethical Guidelines for Peer Reviewers, March 2013 | Irrelevant to Phase 1, lacks foundation, hearsay, prejudicial | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-16 | | E-mail(s), MONGLY02719740 - MONGLY02719742 | Irrelevant to Phase 1, lacks foundation to speak to any emails he did not author, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-17 | | E-mail(s), MONGLY01174848 - MONGLY01174849 | Irrelevant to Phase 1, lacks foundation, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-18 | | Food and Chemical Toxicology Letter to the editor | None. | |
| 5-19 | | E-mail(s), MONGLY02286842 - MONGLY02286843 | Irrelevant to Phase 1, lacks foundation to speak to any emails he did not author, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of Monsanto's influence over said science. |
| 5-24 | | E-mail(s), MONGLY02221147 - MONGLY02221148 | Irrelevant to Phase 1, lacks foundation to speak to any emails he did not author, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of the absorption & excretion mechanism of Roundup. |
| 5-25 | | E-mail(s), MONGLY02155826 - MONGLY02155832 | Irrelevant to Phase 1, lacks foundation to speak to any emails he did not author, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of the absorption & excretion mechanism of Roundup. |

| | | | | Irrelevant to Phase 1, lacks foundation to speak to any emails he did not author, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 (admission by party opponent) and/or admissible for non-hearsay purposes (effect on listener), goes to reliability of Monsanto's arguments re the science in the context of the absorption & excretion mechanism of Roundup. |
|---|---|---|---|---|---|
| 5-26 | | | E-mail(s), MONGLY02343101 - MONGLY02343105 | | |

{00513672-1 }