UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:

*Hardeman v. Monsanto Co., et al.,* 3:16-cv-0525-VC

MDL No. 2741

Case No. 3:16-md-02741-VC

**DEPOSITION DESIGNATIONS FOR CERTAIN PHASE 1 WITNESSES**

Pursuant to paragraph 39 of the Court's Civil Trial Standing Order, the parties jointly submit the following deposition designations in page:line format, including all objections, responses, counter-designations, and counter-counter designations for the following witnesses whom the parties anticipate will testify in Phase 1:

1. Mr. Edwin Hardeman, attached as Ex. 1
2. Dr. Roger Turk, attached as Ex. 2
3. Dr. Richard Turley, attached as Ex. 3
4. Dr. Jeffrey Ye, attached as Ex. 4

The parties intend to continue to meet and confer regarding the designations below in an effort to further streamline them and reduce the number of objections and areas of disagreement.

The parties reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations. Without waiving any objections, the parties also reserve the right to introduce into evidence any deposition testimony designated by the other party. In addition, the parties reserve the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

DATED: February 6, 2019

Respectfully submitted,

/s/ Brian L. Stekloff
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

/s/ Pamela Yates
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800

Attorneys for Defendant
MONSANTO COMPANY
DATED: February 6, 2019

Respectfully submitted,

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
P: 303-376-6360

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
P: 212-558-5500

/s/ Mike Miller___
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
P: 540 672 4224

Co-Lead Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff___________