# EXHIBIT 1

| Monsanto's Affirmative Designations | | | | | | |
|---|---|---|---|---|---|---|
| E. Hardeman 11/8/2018 | | | | | | |
| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters |
| 7:5-9 | 1 | No objection | | | | |
| 67:14-69:1 | 1 | No objection | | | | |
| 69:21-70:5 | 1 | No objection | | | | |
| 70:7-70:25 | 1 | No objection | | | | |
| 95:21-97:4 | 1 | Objection: FRE 401 & 403 | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 98:25-101:7 | 1 | Objection: FRE 401 & 403; see MIL Nos. 6, 11, 12. | | Relevant, however Monsanto agrees to not play 99:11-100:11 and 100:16 - 101:4 pursuant to PTO 78 and Plaintiffs' MIL No. 6 and 11 | | |
| 102:24-103:15 | 1 | Objection: FRE 401 & 403; see MIL Nos. 6, 11, 12. | | Relevant, however Monsanto agrees to not play pursuant to PTO 78 and Plaintiffs' MIL No. 6 and 11 | | |
| 105:14-25 | 1 | Objection: FRE 401 & 403; see MIL Nos. 6, 11, 12. | | Relevant, however Monsanto agrees to not play pursuant to PTO 78 and Plaintiffs' MIL No. 6 and 11 | | |
| 110:19-112:9 | 1 | Objection: FRE 401 & 403. | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 113:4-114:3 | 1 | Objection: FRE 401 & 403. | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 121:21-122:21 | 1 | Objection: FRE 401 & 403. | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 156:15-159:14 | 1 | No objection | | | | |
| 161:5-166:16 | 1 | Objection: FRE 401 & 403 | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 270:8-16 | 1 | Objection: Hearsay | | Falls within exception in FRE 803 (803(3) for then-existing mental condition, 803(4) statement made for medical diagnosis and/or admissible for non-hearsay purposes | | |