# EXHIBIT 2

**Monsanto's Affirmatives**

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| **Turk 10/31/2018** | | | | | | | | | |
| 7:8-16 | 1 | | | | | | | | |
| 16:24-18:21 | 1 | 18:3-21 Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 19:8-14 | 1 | Plaintiff objects. FRE 403; waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 21:19-22:6 | 1 | | | | | | | | |
| 23:3-25:9 | 1 | | | | | | | | |
| 26:13-14 | 1 | | | | | | | | |
| 26:22-23 | 1 | | | | | | | | |
| 29:12-15 | 1 | | | | | | | | |
| 30:5-17 | 1 | | | | | | | | |
| | | | | | | | | | |
| 32:11-17 | 1 | | | | | | | | |
| 33:5-14 | 1 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 35:2-17 | 1 | 35:2-5 Plaintiff objects. FRE 403; cumulative, waste of time.<br><br>35:12-17 Plaintiff objects. FRE 401, 403; not releveant, waste of time. | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |

| Monsanto's Affirmatives | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Monsanto's Affirmatives** | **Phase** | **Plaintiffs' Objections** | **Plaintiffs' Counters** | **Monsanto's Responses to Objections** | **Monsanto's Objections to Counters** | **Monsanto's Counter-Counters** | **Plaintiffs' Responses to Objections** | **Plaintiffs' Objections to Counter-Counters** | **Monsanto's Responses to Objections** |
| **Turk 10/31/2018** | | | | | | | | | |
| 78:11-20 | 1 | | | | | | | | |
| 80:16-81:3 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 81:9-12 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. If Defendant's designations re melanoma are permitted, Plaintiff counters with 81:09-81:12. | If Defendant's designations re: melanoma are permitted, Plaintiff counters with 81:09-81:12 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | None | | | | |
| 82:2-8 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 82:9-13 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

| Monsanto's Affirmatives | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Monsanto's Affirmatives** | **Phase** | **Plaintiffs' Objections** | **Plaintiffs' Counters** | **Monsanto's Responses to Objections** | **Monsanto's Objections to Counters** | **Monsanto's Counter-Counters** | **Plaintiffs' Responses to Objections** | **Plaintiffs' Objections to Counter-Counters** | **Monsanto's Responses to Objections** |
| **Turk 10/31/2018** | | | | | | | | | |
| 85:15-17 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 86:4-11 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 86:25-87:9 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 87:11-89:19 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 89:21 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 90:6-24 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 91:8-92:4 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 92:6-93:9 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

| Monsanto's Affirmatives | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Monsanto's Affirmatives** | **Phase** | **Plaintiffs' Objections** | **Plaintiffs' Counters** | **Monsanto's Responses to Objections** | **Monsanto's Objections to Counters** | **Monsanto's Counter-Counters** | **Plaintiffs' Responses to Objections** | **Plaintiffs' Objections to Counter-Counters** | **Monsanto's Responses to Objections** |
| **Turk 10/31/2018** | | | | | | | | | |
| 93:11-16 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 93:22-95:5 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 95:8-9 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 95:12-18 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 95:20-24 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 96:2-4 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 96:6-25 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 97:2-3 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

| Monsanto's Affirmatives | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Monsanto's Affirmatives** | **Phase** | **Plaintiffs' Objections** | **Plaintiffs' Counters** | **Monsanto's Responses to Objections** | **Monsanto's Objections to Counters** | **Monsanto's Counter-Counters** | **Plaintiffs' Responses to Objections** | **Plaintiffs' Objections to Counter-Counters** | **Monsanto's Responses to Objections** |
| **Turk 10/31/2018** | | | | | | | | | |
| 98:2-20 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 99:3-9 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 99:12-100:6 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 100:9-10 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 102:3-103:4 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 103:20-105:5 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 105:10-107:3 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 109:5-11 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 109:14-18 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| **Monsanto's Affirmatives** | | | | | | | | | |
| **Turk 10/31/2018** | | | | | | | | | |
| 109:20-110:7 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 110:9-20 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 110:23-25 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 111:16-112:9 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 112:12-18 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 112:20-113:4 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 113:7-19 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 113:22-114:7 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 114:9 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 115:1-116:10 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 116:13-117:25 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 118:3-9 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 118:12-16 | 1 | | | | | | | | |
| 118:19-119:2 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 119:12-15 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 119:17-120:9 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

| Monsanto's Affirmatives | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Monsanto's Affirmatives** | **Phase** | **Plaintiffs' Objections** | **Plaintiffs' Counters** | **Monsanto's Responses to Objections** | **Monsanto's Objections to Counters** | **Monsanto's Counter-Counters** | **Plaintiffs' Responses to Objections** | **Plaintiffs' Objections to Counter-Counters** | **Monsanto's Responses to Objections** |
| **Turk 10/31/2018** | | | | | | | | | |
| 121:3-11 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. If Defendant is permitted to play its designations re basil cell carcinoma, Plaintiff counters with this designation of 121:03-121:11. | If Defendant is permitted to play its designation re: basil cell carcinoma, Plaintiff counters with this designation of 121:03-121:11 | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 126:25-127:9 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | 127:16-20 (Plaintiff counters to the extent Defendant is permitted to include designations re: basal cell carcinoma.) | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | None | | | | |

**Plaintiffs' Affirmative Designations**

| Plaintiffs' Affirmatives | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| Turk 10/31/2018 | | | | | | | | | | |
| 12:05-13:24 | 1 | | None. | | | | | | | |
| 16:24-18:02 | 1 | 2 | None. | | | | | | | |
| 21:19-24:04 | 1 | | None. | | | | | | | |
| 24:09-16 | 1 | | None. | | | | | | | |
| 25:12-18 | 1 | | None. | 25:19-23 | | FRE 403 - waste of time, cumulative | | Monsanto agrees to withdraw counter designation | | |
| 26:13-27:05 | 1 | | None. | | | | | | | |
| 29:12-16 | 1 | | None. | | | | | | | |
| 30:05-31:11 | 1 | | Lacks foundation, calls for speculation, attorney testifying (31:6-11) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 31:13 | 1 | | Lacks foundation, calls for speculation, attorney testifying | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 31:16-31:21 (except phrase "that objection") | 1 | | Lacks foundation (31:16-31:21) | | Foundation laid earlier; reviewed records of his own patient and remembers him | | | | | |
| 32:11-17 | 1 | | None. | | | | | | | |
| 33:05-19 | 1 | | None. | | | | | | | |
| 33:24-34:04 | 1 | | None. | 34:5-7 | | FRE 403 - waste of time, cumulative | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 34:08-23 | 1 | | None. | | | | | | | |
| 34:25 | 1 | | None. | | | | | | | |
| 35:06-11 | 1 | | None. | | | | | | | |
| 35:18-36:18 | 1 | 3 | Hearsay, lacks foundation (36:4-36:18) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 37:23-38:10 | 1 | | Hearsay, lacks foundation (37:23-38:10) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 39:18-20 | 1 | 4 | Hearsay, lacks foundation (39:18-20) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 40:02-41:06 | 1 | | Hearsay, lacks foundation (40:02-41:06) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 41:08-43:14 | 1 | 5 | Hearsay, lacks foundation (41:08-43:14) | 44:11-13 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | FRE 403 - waste of time, cumulative | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 44:03-09 | 1 | | Hearsay, lacks foundation (44:03-09) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 44:14-47:06 | 1 | | Hearsay, lacks foundation (44:14-47:06) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 47:13-48:25 | 1 | 6 | Hearsay, lacks foundation (47:13-48:25) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 49:04-07 | 1 | | Hearsay, lacks foundation (49:04-07) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 49:09-17 | 1 | | Hearsay, lacks foundation (49:09-17) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 49:21-50:03 | 1 | | Hearsay, lacks foundation, attorney testifying (49:21-50:03) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |

**Plaintiffs' Affirmative Designations**

| Plaintiffs' Affirmatives | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| **Turk 10/31/2018** | | | | | | | | | | |
| 51:18-21 | 1 | | Hearsay, lacks foundation (51:18-21) | 53:15-24 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | Attorney colloquy - not relevant | | Monsanto agrees to withdraw counter designation | | |
| 52:16-21 | 1 | | Lacks foundation, vague, calls for speculation, hearsay (52:16-21) | 53:15-24 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | Attorney colloquy - not relevant | | Monsanto agrees to withdraw counter designation | | |
| 53:04-06 | 1 | | Lacks foundation, vague, calls for speculation, hearsay (53:04-06) | 53:15-24 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | Attorney colloquy - not relevant | | Monsanto agrees to withdraw counter designation | | |
| 53:09-14 | 1 | | Lacks foundation, vague, calls for speculation, hearsay (53:04-06) | 53:15-24 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | Attorney colloquy - not relevant | | Monsanto agrees to withdraw counter designation | | |
| 53:25-54:03 | 1 | | Lacks foundation, vague, calls for speculation, hearsay (53:25-54:03) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 54:15-55:02 | 1 | | Vague, calls for speculation, lacks foundation (54:15-55:2) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 55:06-07 | 1 | | Lacks foundation, hearsay (55:06-07) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 55:13-17 | 1 | 7 | Lacks foundation, hearsay (55:13-17) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 56:02-19 | 1 | | Lacks foundation, hearsay (56:02-19) | 93:17-21 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26; ends with question | | Monsanto agrees to withdraw counter designation | | |
| 57:08-12 | 1 | | Lacks foundation, hearsay (57:08-12) | 93:17-21 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26; ends with question | | Monsanto agrees to withdraw counter designation | | |
| 57:16-59:02 | 1 | 8 | Lacks foundation, hearsay (57:16-59:02) | 93:17-21 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26; ends with question | | Monsanto agrees to withdraw counter designation | | |
| 60:20-61:14 | 1 | 9 | Lacks foundation, hearsay (60:20-61:14) | 93:17-21 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26; ends with question | | Monsanto agrees to withdraw counter designation | | |
| 63:13-21 | 1 | | None. | 93:17-21 | | FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26; ends with question | | Monsanto agrees to withdraw counter designation | | |
| 64:04-65:03 | 1 | | Lacks foundation, calls for speculation, counsel testifying (64:04-65:03) | 93:17-21 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26; ends with question | | Monsanto agrees to withdraw counter designation | | |
| 65:07-66:06 (except phrase "and Epstein-Barr; is that correct?" at 65:13, "HIV, and Epstein-Barr virus" at 65:25, "So it indicated positive IgG antibodies for Epstein-Barr virus." at 66:03-66:04, and "And" at 66:06.) | 1 | | Misstates the record; lacks foundation, calls for speculation, counsel testifying | 65:25 (full line) 66:3-4 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | FRE 401 & 403, not relevant, jury confusion, waste of time; | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 67:16-23 | 1 | | Lacks foundation, calls for speculation (67:16-23) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26; ends with question | | | | |
| 70:03-13 | 1 | 10 | Hearsay, attorney testifying, irrelevant (70:03-13) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 71:21-72:06 | 1 | | Lacks foundation, calls for speculation, attorney testifying (71:21-72:06) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 72:11-14 | 1 | | Lacks foundation, calls for speculation, attorney testifying (72:11-14) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 72:23-73:21 | 1 | 11 | Lacks foundation, calls for speculation (72:23-9) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 73:23 | 1 | | None -- this is the witness's answer. | | | | | | | |

| Plaintiffs' Affirmative Designations | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiffs' Affirmatives | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| Turk 10/31/2018 | | | | | | | | | | |
| 76:10-14 | 1 | | Vague, calls for speculation, misstates the record (76:10-14) | 75:25-76:9 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | FRE 403 - waste of time, cumulative, calls for speculation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying based on personal knowledge | | |
| 76:17-21 | 1 | | Calls for speculation, lacks foundation (76:17-21) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 76:23-24 | 1 | | None -- this is the witness's answer. | | | | | | | |
| 77:02-06 | 1 | | Lacks foundation, calls for speculation, vague (77:02-06) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 77:08-13 | 1 | | Lacks foundation, calls for speculation, vague (77:07-13) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 77:17-20 | 1 | | Lacks foundation, calls for speculation, vague (77:17-20) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 77:24-78:01 | 1 | | Lacks foundation, calls for speculation, vague (77:24-78:01) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |