# EXHIBIT 3

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| **Turley 10/29/2018** | | | | | | | | | |
| 7:15-16 | 1 | | | | | | | | |
| 12:17-13:1 | 1 | | | | | | | | |
| 13:22-14:9 | 1 | | | | | | | | |
| 14:19-22 | 1 | 14:23-24 Plaintiff objects. FRE 403; Cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 17:24-18:25 | 1 | 18:23-25 Plaintiff objects. FRE 401, 403; Not relevant, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 19:1-10 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 20:1 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 20:2-6 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 20:17-21:16 | 1 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 30:9-31:2 | 1 | | | | | | | | |
| 32:2-4 | 1 | Plaintiff objects. FRE 403; Cumulative; Waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 32:6-10 | 1 | Plaintiff objects. FRE 403; Cumulative; Waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 36:2-12 | 1 | | | | | | | | |
| 36:13-20 | 1 | | | | | | | | |
| 36:22 | 1 | | | | | | | | |
| 37:3-6 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion. | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 37:12-38:11 | 1 | Plaintiff objects. FRE 401, 403; Incomplete hypothetical, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Out of his area of expertise. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 38:14-16 | 1 | Plaintiff objects. FRE 401, 403; Incomplete hypothethical, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Out of his area of expertise. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 38:22-25 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

| Monsanto's Affirmatives | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
| **Turley 10/29/2018** | | | | | | | | | |
| 39:3-7 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. Out of his area of expertise. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 39:9-17 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 40:7-16 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. Out of his area of expertise. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 40:18-19 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. Out of his area of expertise. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 40:21-41:2 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 41:3-6 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 41:15-18 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

**Plaintiff's Affirmatives**

| Plaintiff's Affirmatives | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| **Turley 10/29/2018** | | | | | | | | | | |
| 07:15-19 | 1 | | None. | | | | | | | |
| 11:09-14:09 | 1 | 2 | Calls for speculation (12:6-16) | | Withdraw designation of 11:9-13; 12:6-16 - not speculation, asks for his understanding, relevant | | | | | |
| 14:16-22 | 1 | | None. | 15:16-16:02 | | FRE 403 - waste of time, cumulative | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 14:25-15:15 | 1 | | None. | 15:16-16:02 | | FRE 403 - waste of time, cumulative | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 17:24-18:22 | 1 | | None. | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 20:17-21:21 | 1 | | Calls for speculation, vague (21:17-21) | 20:9-16 | not speculation, asks for his understanding, relevant | FRE 403 - calls for speculation, waste of time, cumulative, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| 22:22-23:12 | 1 | | Lacks foundation, hearsay (22:22-23:12) | | Foundation laid as he is treating physician who reviewed records and is referring to his own record to refresh his recollleciton; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 23:14-25:09 | 1 | | None. | | | | | | | |
| 25:14-27:05 | 1 | | None. | | | | | | | |
| 27:12-28:06 | 1 | 4, 5 | Hearsay (27:12-28:06) | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | | | | |
| 28:12-29:20 | 1 | 7 | Hearsay (28:12-18); | 29:21-30:2 | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | FRE 403 - waste of time, cumulative, calls for speculation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| 30:03-06 | 1 | | Vague, misstates the record (30:03-06) | 29:21-30:2; 39:18-40:6 | Improper objection; Does not misstate. | 29:21-30:2 & 39:9-40:9 - FRE 403 - waste of time, cumulative, calls for speculation; | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| 30:09-32:01 | 1 | | None. | | | | | | | |