James W. Nobles, Jr.
201 Clinton Pwky,
Clinton, Mississippi 39056
Telephone: (601) 926 –1912
*Attorney for Plaintiff Rodney Allen Woodruff*

E. James Shepherd
SHOOK HARDY & BACON L.L.P.
JP Morgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: (713) 227 – 8008
*Attorney for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Rodney Allen Woodruff, Cause No. 3:17-cv-06606 (N.D. Cal.) | |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Rodney Allen Woodruff, and Defendant Monsanto Company hereby give notice that the above captioned action is dismissed without prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPLUATED AND AGREED by and between counsel for Plaintiff Rodney Allen Woodruff and counsel for Defendant Monsanto Company that the above captioned Complaint is hereby dismissed without prejudice.

Each party agrees to bear its own costs and attorneys' fees.

Dated: February 20, 2019

/s/ James W. Nobles, Jr.  
James W. Nobles, Jr.  
201 Clinton Pwky,  
Clinton, Mississippi 39056  
Telephone: (601) 926 –1912  
*Attorney for Plaintiff Rodney Allen Woodruff*

/s/ James Shepherd  
E. James Shepherd  
SHOOK HARDY & BACON L.L.P.  
JP Morgan Chase Tower  
600 Travis St., Suite 3400  
Houston, Texas 77002  
Telephone: (713) 227 – 8008  
*Attorney for Defendant Monsanto Company*

713925 v1

## **CERTIFICATE OF SERVICE**

I, James Shepherd, hereby certify that on February 20, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification to of such filing to all registered attorneys of record.

<div style="text-align:right">

/s/ James Shepherd
James Shepherd

</div>

713925 v1