UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **ORDER REGARDING IMPANELED JUROR** |

The Court has been informed by a juror of a potential hardship. A telephone conference is scheduled for 12:30 p.m. today, February 21, 2019, to discuss how this issue will be addressed. The conference will take place on the record in the courtroom. Monsanto shall provide the Court and all other parties a conference line and applicable access code to use during the hearing no later than 12:00 p.m. today by way of email to the Court (vccrd@cand.uscourts.gov) with a Cc to opposing counsel.

**IT IS SO ORDERED.**

Date:   February 21, 2019

Honorable Vince Chhabria
United States District Court