**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*,<br>3:16-cv-0525-VC | **AFFIDAVIT OF BRIAN L. STEKLOFF RE: COPIES OF JUROR QUESTIONNAIRE** |

I, Brian L. Stekloff, of legal age, being first duly sworn, deposes and says:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto").

2. Pursuant to Pretrial Order No. 79 (*see* Dkt. No. 2758), I make this declaration attesting that all physical and electronic copies of the juror questionnaires provided by the Court on February 13, 2019 have been destroyed in a permanent manner.

3. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

4. I declare under penalty of perjury that the facts set forth herein are true and correct.

- 1 -
STEKLOFF AFFIDAVIT RE: JUROR QUESTIONNAIRE COPIES
3:16-md-02741-VC

Dated: February 21, 2019

Signature _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA            )
                               ): ss.
COUNTY OF San Francisco        )

    Subscribed and sworn to (or affirmed) before me on this 21st day of February 2019, ~~2017~~ by Brian Stekloff (and ~~_____~~), proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Donna M. Malliett_
Signature of Notary Public

DONNA M. MALLIETT
COMM. # 2221190
NOTARY PUBLIC • CALIFORNIA
SAN FRANCISCO COUNTY
Comm. Exp. DEC. 6, 2021

10612\4643590.1