Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br><br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br><br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | **GROUP 1 PLAINTIFFS' NOTICE OF FILING AMENDED REDACTIONS TO PREVIOUSLY FILED DOCUMENTS UNDER SEAL PURSUANT TO COURT ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's instructions at the *Daubert* hearings and Pretrial Conference for Group 1 Plaintiffs held in January and February, 2019, Plaintiffs hereby submit amended redactions to documents designated as confidential by Plaintiffs and which were previously filed under seal. The documents designated confidential by Plaintiffs which are being re-filed with amended redactions are identified in the following table.

Dated: February 21, 2019

Respectfully Submitted,

*/s/ Leland H. Belew*
Leland H. Belew

Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:     (415) 986-1474

*Liaison Counsel for Plaintiffs in MDL No. 2741*

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

**Documents Designated Confidential by Plaintiffs and Refiled with Reduced Redactions**

| Exhibit No. | Document Title | Org'l Dkt No. | Org'l Filing Date | Original Filing Party | Original Filing | Redactions Maintained in Current Filing |
|---|---|---|---|---|---|---|
| 1 | Arber Deposition (Hall) | 2479-28 | 1/11/2019 | Defendant | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 28 | [NONE] |
| 2 | Arber Report (Hardeman) | 2704-1 | 2/12/2019 | Defendant | Defendant's Response to PTO No. 76 - Exh 1 | Portions of pp. 4, 67-68, 70-73 |
| 3 | Arber Report (Stevick) | 2704-3 | 2/12/2019 | Defendant | Defendant's Response to PTO No. 76 - Exh 3 | Portions of pp. 3, 68, and 73 |
| 4 | Arber Report Addendum (Hardeman) | 2704-2 | 2/12/2019 | Defendant | Defendant's Response to PTO No. 76 - Exh 2 | [NONE] |
| 5 | Bello Report (Stevick) | 2479-26 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 26 | [NONE] |
| 6 | Benbrook Deposition (Hardeman, Stevick, Gebeyehou) | 2417-5<br>2419-4 | 1/3/2019<br>1/3/19 | Defendant<br>Defendant | Defendant's Daubert Motion re Benbrook - Exh 4<br>Defendant's MSJ on Non-Causation Grounds - Exh 3 | [NONE] |
| 7 | Defendant's Daubert Motion re Sawyer | 2418 | 1/3/2019 | Defendant | | [NONE] |
| 8 | Defendant's Reply ISO Daubert Motion re Nabhan, Shustov, and Weisenburger | 2525 | 1/18/2019 | Defendant | | [NONE] |
| 9 | Fleming Suppl. Report (Gebeyehou) | 2479-30 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 30 | Portion of p. 2 |
| 10 | Gebeyehou Deposition & Exh 8 | 2419-2 | 1/3/2019 | Defendant | Defendant's MSJ on Non-Causation Grounds - Exh 1 | 5:2-3; portions of Exhibit 8 |
| 11 | Goodman Deposition | 2479-24 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 24 | [NONE] |
| 12 | Grossbard Report (Hardeman) | 2479-19 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 19 | Portion of p. 3 |
| 13 | Hardeman Deposition | 2602-2<br>2604<br>2605<br>2598<br>2607-8 | 1/30/2019<br>1/30/2019<br>1/30/2019<br>1/30/2019<br>1/30/2019 | Plaintiffs<br>Plaintiffs<br>Plaintiffs<br>Plaintiffs<br>Plaintiffs | Plaintiffs' MIL No. 9 - Exh 1<br>Plaintiffs' MIL No. 6 - Exhs 1-4<br>Plaintiffs' MIL No. 11 - Exh 1<br>Plaintiffs' MIL No. 12 - Exh 1<br>Defendant's Omnibus Opp to Motion In Limine 6, 11, 12 - Exh 7 | [NONE] |
| 14 | Levine Report (Hardeman) | 2479-18 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 18 | Portions of p. 14-15 |
| 15 | Nabhan Deposition (Adams) | 2418-16 | 1/4/2019 | Defendant | Defendant's Daubert Motion re Sawyer - Exh 15 | 5:19-20 |
| 16 | Nabhan Deposition (Gebeyehou) | 2418-13<br>2479-12<br>2607-2 | 1/3/2019<br>1/11/2019<br>1/30/2019 | Defendant<br>Plaintiffs<br>Defendant | Defendant's Daubert Motion re Sawyer - Exh 12<br>Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 12<br>Defendant's Omnibus Opp to Motion In Limine 6,11,12 - Exh 1, 2 | [NONE] |
| 17 | Nabhan Deposition (Hardeman) | 2479-4 | 1/11/2019 | Plaintiffs | PLF's OPPOSITION/RESPONSE to Monsanto Daubert and MSJ - Exh 4 | 43:10-16; 46:14-15; 85:8 |
| 18 | Nabhan Deposition (Stevick) | 2479-14 | 1/11/2019 | Plaintiffs | PLF's OPPOSITION/RESPONSE to Monsanto Daubert and MSJ - Exh 14 | [NONE] |
| 19 | Nabhan Report (Hardeman) | 2418-14<br>2479-6 | 1/3/2019<br>1/11/19 | Defendant<br>Plaintiffs | Defendant's Daubert Motion re Sawyer - Exh 13<br>PLTF's OPPOSITION/RESPONSE to Monsanto Daubert and MSJ - Exh 6 | Portions of pp. 1, 4, 8 |
| 20 | Plaintiffs' Opposition to Defendant's Daubert and MSJ | 2479 | 1/11/2019 | Plaintiffs | | [NONE] |
| 21 | Plaintiffs' Reply ISO Daubert Motion | 2529 | 1/22/2019 | Plaintiffs | | [NONE] |
| 22 | Sawyer Deposition (Stevick) | 2418-4<br>2559-72<br>2622-8 | 1/3/2019<br>1/25/2019<br>1/30/2019 | Defendant<br>Plaintiffs<br>Defendant | Defendant's Daubert Motion re Sawyer - Exh 3<br>Plaintiffs' Opposition to Monsanto's MSJ on Non-Causation Grounds - Exh 71<br>Defendant's MIL No. 12 - Exh 5 | 6:3; 9:3; 287:10 |

**Documents Designated Confidential by Plaintiffs and Refiled with Reduced Redactions**

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | Shustov Deposition (Gebeyehou) | 2479-8 | 1/11/2019 | Plaintiffs | Pltfs OPPOSITION/RESPONSE to Monsanto Daubert and MSJ - Exh 8 | 7:10 |
| 24 | Shustov Deposition (Hardeman) | 2418-17<br>2479-9<br>2607-6 | 1/3/2019<br>1/11/2019<br>1/30/2019 | Defendant<br>Plaintiffs<br>Plaintiffs | Defendant's Daubert Motion re Sawyer - Exh 16<br>Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 9<br>Defendant's Omnibus Opp to Motion In Limine 6,11,12 - Exh 5 | 184:22-24; 185:2; 185:8-25; 186:14-15; 186:23-187:6; 187:9-12; 188:8-11; 195:18-25; 291:25-292:10 |
| 25 | Shustov Deposition (Stevick) | 2479-3 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 3 | [NONE] |
| 26 | Shustov Report (Gebeyehou) | 2479-13 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 13 | [NONE] |
| 27 | Shustov Report (Hardeman) | 2418-12<br>2479-5<br>2607-5 | 1/3/2019<br>1/11/19<br>1/30/2019 | Defendant<br>Plaintiffs<br>Defendant | Defendant's Daubert Motion re Sawyer - Exh 11<br>Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 5<br>Defendant's Omnibus Opp to Motion In Limine 6,11,12 - Exh 4 | Portions of pp. 1, 2 |
| 28 | Steidl Report (Hardeman) | 2479-17 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 17 | Portions of p. 12 |
| 29 | Villablanca Report (Stevick) | 2479-27 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 27 | [NONE] |
| 30 | Weisenburger Deposition (Adams) | 2418-9 | 1/3/2019 | Defendant | Defendant's Daubert Motion re Sawyer - Exh 8 | [NONE] |
| 31 | Weisenburger Deposition (Gebeyhou) | 2479-11 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 11 | [NONE] |
| 32 | Weisenburger Deposition (Hardeman) | 2418-15<br>2479-10<br>2607-4 | 1/3/2019<br>1/11/2019<br>1/30/2019 | Defendant<br>Plaintiffs<br>Plaintiffs | Defendant's Daubert Motion re Sawyer - Exh 14<br>Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 10<br>Monsanto Omnibus Opp to MIL 6,11,12 - Exh 3 | 34:25-35:4; 35:15-18; 36:4-6 |
| 33 | Weisenburger Deposition (Stevick) | 2418-18 | 1/3/2019 | Defendant | Defendant's Daubert Motion re Sawyer - Exh 17 | [NONE] |
| 34 | Weisenburger Report (Hardeman) | 2479-7 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 7 | [NONE] |
| 35 | Weisenburger Report (Stevick) | 2479-15 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 15 | [NONE] |
| 36 | Zukerberg Report (Gebeyehou) | 2479-25 | 1/11/2019 | Plaintiffs | Plaintiffs' Opposition to Monsanto Daubert and MSJ - Exh 25 | Portion of p. 2 |