# EXHIBIT 1



**Planet Depos**
We Make It *Happen*™

# Transcript of Dr. Daniel Arber

**Date:** November 8, 2018
**Case:** Peterson & Hall -v- Monsanto Company, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

1      IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

2                    STATE OF MISSOURI

3    -----------------------------------x

4    RONALD PETERSON and JEFF HALL,       :

5                    Plaintiffs,          :   Case No.

6        v.                               :   1622-CC01071

7    MONSANTO COMPANY, OSBORN & BARR      :

8    COMMUNICATIONS, INC., and OSBORN & :

9    BARR HOLDINGS,INC.,                  :

10                   Defendants.          :

11   -----------------------------------x

12

13            Deposition of DR. DANIEL ARBER

14                  Chicago, Illinois

15            Thursday, November 8, 2018

16                     9:08 a.m.

17

18

19

20

21

22

23   Job No.: 217041

24   Pages: 1 - 29

25   Recorded by: Erin Schuppert

```
 1       Deposition of DR. DANIEL ARBER, held at the

 2   offices of:

 3

 4

 5           BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP

 6           Courthouse Place

 7           54 West Hubbard Street

 8           Suite 300

 9           Chicago, Illinois 60654

10

11

12

13

14

15

16

17

18       Pursuant to Notice, before Erin Schuppert,

19   Notary Public in and for the State of Illinois.

20

21

22

23

24

25
```

```
1                    A P P E A R A N C E S

2    ON BEHALF OF THE PLAINTIFF:

3         JEFFREY TRAVERS, ESQUIRE

4         THE MILLER FIRM LLC

5         The Sherman Building

6         108 Railroad Avenue

7         Orange, VA 22960

8

9    ON BEHALF OF DEFENDANT MONSANTO:

10        SANDRA KACZMARCZYK, ESQUIRE

11        HOLLINGSWORTH LLP

12        1350 I Street, N.W.

13        Washington, DC  20005

14

15   ON BEHALF OF DEFENDANTS OSBORN & BARR

16   COMMUNICATIONS, INC. AND OSBORN & BARR HOLDINGS,

17   INC.:

18        JENNIFER E. HOEKEL, ESQUIRE

19        ARMSTRONG TEASDALE LLP

20        7700 Forsyth Blvd.

21        Suite 1800

22        St. Louis, MO 63105

23

24   ALSO PRESENT:

25        ANDREW MACNALLY, ESQUIRE
```

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                    4

```
1                   C O N T E N T S

2    EXAMINATION OF DR. DANIEL ARBER            PAGE

3    By Mr. Travers                            5, 26

4    By Ms. Kaczmarczyk                           22

5

6

7                   E X H I B I T S

8          (Attached to the transcript.)

9    DEPOSITION EXHIBIT                         PAGE

10   Exhibit 1      Dr. Daniel Arber

11                  Materials Considered List     5

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                P R O C E E D I N G S
 2    Whereupon,
 3                    DR. DANIEL ARBER,
 4      being first duly sworn or affirmed to testify to
 5      the truth, the whole truth, and nothing but the
 6       truth, was examined and testified as follows:
 7         EXAMINATION BY COUNSEL FOR THE PLAINTIFF
 8    BY MR. TRAVERS:
 9         Q    Doctor, could you state your full name for
10    the record?
11         A    Daniel Arber.
12         Q    Okay.  Thank you for coming today.  So,
13    prior to the September 24th, 2018, had you ever
14    worked with Monsanto before?
15         A    No.
16         Q    Have you ever worked with Barr before?
17         A    No.
18         Q    Okay.  I'd like to mark as Exhibit 1 --
19              (Deposition Exhibit 1 marked.)
20         Q    This document's titled, "Dr. Daniel Arber
21    Materials Considered List." And have you seen this
22    document before?
23         A    Yes.
24         Q    Okay.  And of all these studies here, did
25    you find those on the literature search?
```

1        A    Some were provided by counsel, but most

2    were identified on my own literature search.

3        Q    Okay.  And are you able to identify which

4    ones were provided by counsel?

5        A    Probably not all of them. I know the

6    Bracci one.

7        Q    Okay.  How about Herrinton?  Number 17?

8        A    I don't recall, probably because it's

9    outside of the dates I searched.

10       Q    Okay.  And what do you mean by the dates

11   you searched?

12       A    Well, I did a literature search, but I

13   wouldn't have gone to, probably, 20

14   years back.

15       Q    Oh, okay.

16       A    It would have been farther down on the

17   list.  I was just trying to look at just a sampling

18   of the literature.

19       Q    Oh, okay.  What type of searches did you

20   conduct?

21       A    Just risk factors for lymphoma.

22       Q    Okay.  And how many years do you typically

23   go back on a literature search?

24       A    Well, I don't have a typical.

25       Q    Oh, okay.

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                    7

1       A     I just do a search, and if there are

2   thousands of things, I go through, you know, a few

3   pages to see -- to get a sense of what the

4   literature is.

5       Q     Oh, okay.

6       A     It's not a comprehensive search.

7       Q     Have you ever provided testimony before

8   about the risk factors of lymphoma?

9       A     No.

10      Q     Have you written any peer review papers

11  about the risk factors of lymphoma?

12      A     No.

13      Q     Do you get -- have you ever given any

14  talks on the risk factors of lymphoma?

15      A     Not specific to that.  I talk about

16  lymphoma, but they're usually are not -- the topic

17  of risk factor usually doesn't come up in the

18  presentations and that.

19      Q     Okay.  And do you teach any university

20  classes or grad school classes?

21      A     I teach residents and fellows, and also

22  lecture to medical students.

23      Q     Okay.  Do you use any textbooks for those

24  lectures or teaching?

25      A     For the medical students, their standard

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                    8

1    textbook is Robbins Pathology.

2         Q    Okay.

3         A    For residents, I use usually the World

4    Health Organization classification textbook.

5         Q    Okay.  And did you do a literature search

6    for non-Hodgkin's lymphoma and glyphosate?

7         A    Yes.

8         Q    And do you have an opinion as to whether

9    glyphosate can cause non-Hodgkin's lymphoma?

10        A    That's not the focus of my opinion.  I

11   don't consider myself an expert.

12        Q    That's fair.  And you reviewed Jeff Hall's

13   medical records in this case?

14        A    I reviewed his deposition and the records

15   that were affiliated with the deposition.

16        Q    Okay.

17        A    So, selected medical records.

18        Q    Okay.  Do you agree that he's been

19   diagnosed with non-Hodgkin's lymphoma?

20        A    Yes.  I've reviewed the slides for the

21   case, and I agree with the diagnosis of follicular

22   lymphoma.

23        Q    And that's a type of non-Hodgkin's

24   lymphoma?

25        A    Yes.

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                                    9

1        Q     And would you agree that the causes of

2   non-Hodgkin's lymphoma in a particular patient can

3   be multifactorial?

4             MS. KACZMARCZYK:  Objection.  Form.

5        A     Well, the majority of cases of

6   non-Hodgkin's lymphoma are intragenic, so there's no

7   known cause.

8        Q     Okay.  Do you have an opinion as to

9   whether or not there is a cause of -- sorry, let me

10  strike that.

11            Do you have an opinion as to what caused

12  Mr. Hall's non-Hodgkin's lymphoma?

13       A     Well, based on review of the slides I saw,

14  nothing to suggest a cause of his lymphoma.

15       Q     Okay.  And what opinion are you going to

16  be offering at trial that arrives from your review

17  of the pathology records?

18       A     Well, reviewing the slides it's a very

19  typical case of follicular lymphoma.  There are no

20  features that suggest a cause of any type.  So, that

21  would be the opinion on the actual diagnosis.

22       Q     Okay.  And did you actually get the

23  physical slides?

24       A     Yes, sir.

25       Q     And were those from 2012?

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                    10

```
 1       A    Yes, I believe that's the only file he
 2   sent.
 3       Q    Okay.  And were the pathology -- or, did
 4   the pathologist who originally reviewed the slide --
 5   did they accurately -- or were they accurate in
 6   their interpretation of the slides?
 7       A    Yes.  Yeah, I agreed with their
 8   interpretation.
 9       Q    And did you read Dr. William Sawyer's
10   deposition transcript?
11       A    I don't believe I've read that.
12       Q    Okay.
13       A    I may have had it, but I don't believe
14   I've read it.  I haven't read all of the depositions
15   I received.
16       Q    Okay.  I guess -- and can you give me a, I
17   guess, a summary of what you expect to testify to at
18   trial?
19       A    So, I would testify on the diagnosis, that
20   I agree with the diagnosis of follicular lymphoma.
21       Q    Okay.
22       A    A low-grade follicular lymphoma.  I would
23   discuss general principles of lymphoma and
24   follicular lymphoma and B cell development, which
25   causes lymphoma.  I would discuss accepted causes of
```

1    the pathology community of lymphoma, such as,

2    empirically, immunodeficiency, viral infections or

3    unknown causes linked to lymphoma.  And that some of

4    those have morphological features that can suggest

5    that from reviewing slides, that none of those were

6    present in this case.

7         Q    Okay.  So, one of the other -- you

8    mentioned immunodeficiency.  What are some of the

9    other known causes of non-Hodgkin's lymphoma?

10        A    Well, those are the best known.  Just

11   general immunodeficiency, they're congenital,

12   secondary to aging, secondary to HIV infection.

13   Then, there's also viral infections, particularly

14   hepatitis B, hepatitis C, and Epstein-Barr virus

15   infection, and there are different features that

16   suggest those.  There are others that are associated

17   with the higher risk of lymphoma, such as tobacco

18   smoking and tobacco use, obesity, or large abdominal

19   girth, and then the literature is, I think, a little

20   less supportive, but there is data that suggests

21   other things like ingestion of red meat, processed

22   red meat, dairy products are associated.

23        Q    Will you be offering an opinion as to

24   whether dairy was a contributing factor to Mr.

25   Hall's non-Hodgkin's lymphoma?

1        A    No, I have no information in -- dairy is,

2    I think, one of the more weak ones that is in the

3    literature.  But it's not something that's a

4    recognized risk factor that pathologists usually

5    deal with.

6        Q    Okay.  So, for the risk factors you

7    listed, you're not offering an opinion as to whether

8    they did or did not contribute to Mr. Hall's

9    lymphoma?

10       A    Well, it's certainly possible that his

11   tobacco use of smokeless and cigars and cigarettes

12   and his weight could have contributed to increase

13   the risk of lymphoma.

14       Q    And when you say possible -- strike that.

15            Do you hold that opinion to a reasonable

16   degree of medical certainty?

17            MS. KACZMARCZYK:  Objection.

18       Q    That BS -- sorry, that the smoking

19   contributed to his non-Hodgkin's lymphoma?

20       A    Well, I think it's recognized in the

21   medical community that smoking contributes to the

22   development of a number of cancers and non-Hodgkin's

23   lymphoma is one of those.

24       Q    But, well, just specific to Mr. Hall, do

25   you hold an opinion to a reasonable degree of

1   medical certainty that Mr. Hall's history of smoking

2   contributed to his non-Hodgkin's lymphoma?

3           MS. KACZMARCZYK:  Objection.

4       A   Again, from a medical point of view, it

5   would be a risk factor that would be considered as a

6   possible contributor to the development.

7       Q   I was just trying to pin down the meaning,

8   if possible.  When you say possible, do you mean

9   more likely than not, or do you have some other

10  meaning ascribed to it?

11          MS. KACZMARCZYK:  Objection.  Form.

12      A   Well, in the medical literature -- in the

13  medical community, we don't say that it is the cause

14  if someone smokes, it's not a link like smoking and

15  lung cancer, but it is an increased risk factor, and

16  there are a number of risk factors that are

17  considered, but it wouldn't be something where it

18  would be diagnosed as smoking-related lymphoma,

19  which there is no such diagnosis.

20      Q   And do you recall how much Mr. Hall said

21  he smoked in the past?

22      A   From his records, it wasn't really clear.

23  He said he had smoked when he was younger.  There

24  was some reference to occasional cigar smoking, and

25  there seemed to be continued smokeless tobacco.

1    Q    And do you have an opinion as to whether

2  smokeless tobacco causes non-Hodgkin's lymphoma?

3    A    There's some literature that suggests the

4  use of various tobacco products, briefly,

5  combinations of tobacco products increase the risk

6  for lymphoma.  But I'm not an expert in that area

7  and would not say that certainly that alone caused

8  him to have non-Hodgkin's lymphoma.

9    Q    Okay.  And with respect to Mr. Hall's

10  weight.  Do you know whether he was -- sorry.  With

11  respect to Mr. Hall's weight, do you have an opinion

12  as to whether his weight contributed to his

13  non-Hodgkin's lymphoma?

14    A    Again, like tobacco, it's a risk factor.

15  He had a BMI that would qualify him for being obese,

16  and there are studies that suggest that increased

17  his risk of getting lymphoma.  But I don't have an

18  opinion that that alone caused him to have lymphoma.

19    Q    Okay.  Do you have an opinion as to

20  whether pesticides other than glyphosate cause

21  non-Hodgkin's lymphoma?

22    A    I think there's literature that suggests

23  there's an association of some global pesticide use,

24  but I don't have an opinion on individual pesticide

25  use.

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                                    15

1          Q      Okay.  And would you consider yourself an
2     expert in epidemiology?
3          A      I look at epidemiologic studies, but I'm
4     not an epidemiologist.
5          Q      Okay.  I just have a -- looking at Item
6     Number 6, the Chen article, "Carotenoid intake and
7     risk of non-Hodgkin lymphoma," and -- I just wanted
8     to ask:  is that article relevant to Mr. Hall's
9     non-Hodgkin's lymphoma?
10         A      Not that I can tell.
11         Q      Okay, Number 4 -- or sorry, Number 24.
12    The Pronk article, which is, "Residential proximity
13    to industrial combustion facilities." And is that
14    article relevant to Mr. Hall's non-Hodgkin's
15    lymphoma?
16         A      Probably not.
17         Q      Okay.  Then the -- I'm sorry, and Number
18    31.  The Ye article, "Use of non-steroid
19    anti-inflammatory drugs and risk of non-Hodgkin
20    lymphoma." Would that be relevant to Mr. Hall's
21    non-Hodgkin's lymphoma?
22         A      No, probably not.
23         Q      Let's see.  And -- let's see.  Look at
24    Number 21 and 22.  It's the International Agency for
25    Research on Cancer.  Is that a respected

1    organization?

2         A    It's hard for me to answer.  My only real

3    interaction with them is as a publishing company.  I

4    don't really know much else about them as an

5    institution.

6         Q    Yeah.  Okay.  And they're the organization

7    who creates the World Health Organization

8    classification of tumors of hematopoietic and

9    lymphoid tissues?

10        A    Well, no.  They publish it.

11        Q    All right.

12        A    Their press publishes it, but they do not

13   take the lead in it.  The World Health Organizations

14   separately organizes that.

15        Q    Yeah.  Okay, and did you -- do you

16   participate in the or group that does a

17   classification of lymphoma?

18        A    Yes, I'm involved in the publication

19   listed on Number 22.

20        Q    What is your role in that publication?

21        A    My title was senior adviser, and I was

22   responsible for writing a significant number of

23   chapters, and then being the primary editor for

24   about half of the book.

25        Q    Yeah.  Okay.  And then, reviewing

1    epidemiology studies on non-Hodgkin's lymphoma, is it

2    common for these studies to look at non-Hodgkin's

3    lymphoma as one disease?

4         A    It varies from study to study.  If they

5    lump them together, some lump non-Hodgkin's lymphoma

6    and multiple myeloma together, some split out to

7    sub-types which makes the data a little hard to

8    compare because they're looking at different groups.

9         Q    Do you have opinion as to whether it's

10   appropriate to look at non-Hodgkin's lymphoma as one

11   disease in an epidemiology study?

12             MS. KACZMARCZYK:  Objection.  Beyond

13   scope.

14        A    Personally, I think that it's not useful

15   to lump them together, because non-Hodgkin's

16   lymphoma is really up to a hundred different

17   diseases, and so putting them all together dilutes

18   the impact of the studies.

19        Q    If you were to determine whether exposures

20   of risk factor for non-Hodgkin's lymphoma, one of

21   its sub-types, do you normally look to epidemiology

22   studies?

23        A    Actually, I would base it on

24   interpretation of experts in the area of

25   hematopathology and hematology, whether there is a

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                    18

1    consensus of opinion on that.

2         Q    Okay.  Would it be appropriate to look at

3    animal studies -- do you have an opinion as to

4    whether it would be appropriate to look at animal

5    studies if you're weighing the evidence about

6    whether exposure is a risk factor for non-Hodgkin's

7    lymphoma?

8              MS. KACZMARCZYK:  Objection.  Form.

9    Objection.  Beyond the scope.

10        A    I'm not an expert in animal studies, and

11   so I would rely on others to interpret those,

12   because, really, I would only make a determination

13   if there's evidence in human state because of the

14   disorder.

15        Q    Okay.  Do you have an opinion as to the

16   latency of non-Hodgkin's lymphoma?

17        A    Non-Hodgkin's lymphoma is an indolent

18   disease, and it takes years.  It grows very slowly.

19   So, it can sometimes take many years and decades

20   before it's discovered in a patient.

21        Q    Will you be offering an opinion on the

22   latency of non-Hodgkin's lymphoma with respect to

23   Mr. Hall's diagnosis of non-Hodgkin's lymphoma?

24        A    Well, I can't pinpoint when he actually

25   got lymphoma, but I can comment on the rapidity of

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                    19

1    the growth of the lymphoma. So, there are some --
2    well, not specifically on the specific latency time
3    period, but I can comment that the latency had been
4    quite some time, and it is a slow-growing disorder.
5        Q    When you say, "Quite some time," could you
6    pinpoint what do you mean by, "Quite some time?"
7        A    Well, he had a five-centimeter lymph node,
8    I believe, at diagnosis, so it probably been growing
9    there for at least a few years.
10       Q    Okay.  Will you be offering an opinion as
11   to Mr. Hall's prognosis?
12       A    Yes.
13       Q    What was that opinion?
14       A    That he has an indolent disease that is
15   responding well to therapy and has not progressed
16   over six years, suggesting that it will remain
17   indolent and that he has a good prognosis.
18       Q    Would you say he still has non-Hodgkin's
19   lymphoma?
20       A    I don't think there's any proof that he
21   still has non-Hodgkin's lymphoma. He could, but I
22   don't have the evidence, since he only was biopsied
23   at diagnosis.
24       Q    Yeah.  And how often are people typically
25   biopsied?  Or how often are non-Hodgkin's lymphoma

1  patients typically biopsied?

2      A    If there's concern about a current disease

3  or transformation of disease, they're usually

4  biopsied at any time, if there's a need to document

5  the presence of recurrent or relapses, So, that can

6  be quite variable on time.

7      Q    Would you say he's cured?

8      A    Again, I can't say, because there's no

9  biopsy.  His lymph nodes, which were localized

10 regionally, have shrunk in size, and he could be

11 cured.

12     Q    Do you have an opinion as to whether he's

13 getting appropriate treatment for his non-Hodgkin's

14 lymphoma?

15     A    I reviewed his -- I'm not someone who

16 treats lymphoma, but based on my review of his

17 records, his treatment appears to be appropriate.

18     Q    I'm probably not going to have much

19 longer.  If you give me, like, 10 minutes to -- I

20 was just going to get through his CV.  I'm probably

21 not going to have much of any more questions after

22 that.

23          MR. MACNALLY:  Okay.  So, why don't we

24 take a break?

25          MR. TRAVERS:  Yeah.

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                    21

1          THE REPORTER:  Sounds good.  We're off the

2    record.

3          (Whereupon, a brief discussion was held

4    off the record)

5      Q    With respect to Mr. Hall's prognosis, do

6    you have any opinion as to what his average life

7    expectancy would be based on his diagnosis?

8      A    Yeah, that's difficult to answer, because

9    he has an indolent disease that responded well to

10   therapy, and many patients without any therapy with

11   follicular lymphoma can live decades.  He's received

12   therapy, it was a new, novel therapies, and based on

13   how he's responded previously, I would expect he's

14   going to live for decades, probably long enough to

15   develop something else as a cause of death.

16     Q    Is there any cure for follicular lymphoma,

17   or for the disease that Mr. Hall has?

18          MS. KACZMARCZYK:  Objection.  Form.

19     A    Well, in general, follicular lymphoma is

20   considered to be indolent but incurable.  But with a

21   localized disease, there are patients that go into

22   remission and don't recur.  So, although it's

23   considered incurable, there are some patients that

24   appear to be cured.

25     Q    Okay.  And then do -- let's see.  Do you

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                                  22

1   receive any funding from pharmaceutical companies?

2        A    Not funding.  I have done work for

3   pharmaceutical companies as a consultant.

4        Q    Can you tell me which company you've

5   consulted for?

6        A    Sure.  Jazz Pharmaceuticals, Novartis, and

7   Celgene.

8        Q    Have you done any consulting for

9   agricultural -- or have you done any consulting for

10  pesticide manufacturers?

11       A    No.

12       Q    You got -- you listed a few depositions

13  and trials that you've been involved in.  Were those

14  mainly medical malpractice?

15       A    They were all medical malpractice cases.

16       Q    Have you served as an expert in a civil

17  trial, or anything other than medical malpractice

18  cases?

19       A    No.

20       Q    All right.  I think that's everything.

21            MS. KACZMARCZYK:  No further questions?

22     EXAMINATION BY COUNSEL FOR THE DEFENDANT MONSANTO

23  BY  MS. KACZMARCZYK:

24       Q    Okay.  I do have a few.  Dr. Arber, I

25  wanted to talk to you a little bit to start about

1    the current position that you hold with the

2    University of Chicago.  Can you tell me what

3    position you're currently holding?

4        A    I'm a professor and chair of pathology at

5    the University of Chicago.

6        Q    In general terms, what do the

7    responsibilities that your current position entail?

8        A    Well, I'm responsible for the pathology

9    department, of the clinical aspects, which includes

10   clinical laboratories and anatomic pathology

11   services.  I'm over the basic science researchers at

12   the department and all the educational  aspects of

13   the department, including medical student residency

14   training and development training.

15       Q    Can you just explain briefly what

16   pathology is?

17       A    So, pathology is the study of disease, and

18   so it ranges from doing laboratory testing of blood

19   samples to measure analytes, to looking at slides

20   and diagnosing tumors or other conditions, to doing

21   autopsies.

22       Q    How long have you been a pathologist?

23       A    I finish my anatomic pathology and

24   clinical pathology residence in 1991.  So, since

25   1991.

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                          24

1        Q    Can you tell me how long you have been --
2    I'm sorry.
3             As a pathologist, do you analyze slides
4    for the presence of follicular lymphoma?
5        A    Yes.  My subspecialty is hematopathology,
6    and that's my area of clinical practice, and my main
7    focus in hematopathology is neoplastic
8    hematopathology, including lymphoma and leukemia,
9    and follicular lymphoma is one of the most common
10   lymphomas.  I see it very commonly.
11       Q    Over the course of your career, how many
12   slides have you analyzed for the presence of
13   follicular lymphoma?
14       A    I'd have to estimate that it would be
15   hundreds of cases, if not thousands. But easily
16   hundreds.
17       Q    In preparation for your deposition today,
18   did you look at the depositions of the treaters for
19   Jeff Hall?
20       A    Yes.
21       Q    Do you recall how many treater depositions
22   you reviewed?
23       A    I'd look at the list -- tell you -- I
24   looked at 9, Dr. Zalduendo, Number 11, Dr. Brune,
25   12, Dr. Praeger.  I looked at Scott Hall's

1    deposition.  I got Dr. Lizer, Number 14.  I think

2    those were his primary treaters.

3        Q    Did you also look at Jeff Hall's medical

4    records?

5        A    Yes.  There were empirically exhibits that

6    were related to those depositions around each of the

7    physician's notes and letters to each other, and

8    X-ray reports, and of course  the pathology report

9    from his original diagnosis.

10       Q    And Jeff Hall, do you recall what year he

11   was diagnosed with follicular lymphoma?

12       A    It was 2012.

13       Q    So, just to be clear, you looked at the

14   pathology report from the pathology that was done on

15   him in 2012.  Correct?

16       A    Yes, the recording on the slides.

17       Q    You also looked at the plaintiff's

18   deposition.  Correct?

19       A    Yes.

20       Q    Did you feel that you had all the

21   information that you needed in order to offer an

22   expert opinion as a pathologist on Jeff Hall's

23   pathology in 2012?

24       A    Yes.

25            MS. KACZMARCZYK:  I'm sorry, can you read

1    that question again?

2              (Whereupon, a brief discussion was held

3    off the record.)

4         Q    Dr. Arber, what was the -- what were the

5    pieces of information that you reviewed that were

6    the most important to the development of your

7    opinion?

8         A    Well, the most important were looking at

9    the actual slides and special stains that were done

10   on the case.

11        Q    I think we're done. Thank you very much

12   for your time.

13           EXAMINATION BY COUNSEL FOR THE PLAINTIFF

14   BY MR. TRAVERS:

15        Q    Sorry, I just got one follow-up.  Did you

16   have the slides delivered to your laboratory, or did

17   you --

18        A    Yes.

19        Q    All right.  And they're still at your

20   laboratory?

21        A    Yes.

22        Q    Okay.  And would there be more than one

23   set of slides for Mr. Hall's pathology?

24        A    I don't know that.  There could be a

25   re-cut of the original, but I doubt -- it's unlikely

1   that the special stains were duplicated.

2       Q    Okay.  Those would be the same -- the

3   slides you looked at would be the same slides that

4   the original pathologist looked at?

5       A    They appear to be.  They weren't labeled

6   as re-tests.

7       Q    Will you be keeping those slides in your

8   possession, or will you be sending them back to the

9   original laboratory?

10      A    I'll return them as I'm directed.  I don't

11  plan to keep them.

12      Q    Okay.  Thank you, Doctor.

13          MS. KACZMARCZYK:  Jennifer, do you have

14  any questions?

15          MS. HOEKEL:  No, I don't have any

16  questions.  Thank you.

17          THE REPORTER:  While we're on the record,

18  would anyone like to order a transcript?

19          MS. KACZMARCZYK:  Yes, we would like a

20  transcript.

21          MR. TRAVERS:  Yes.

22          MR. MCNALLY:  I get theirs.

23          THE REPORTER:  Okay, thank you.

24          (Off the record at 10:04 a.m.)

25

Transcript of Dr. Daniel Arber
Conducted on November 8, 2018                    28

```
1              CERTIFICATE OF NOTARY PUBLIC

2           I, ERIN SCHUPPERT, Notary Public in and

3    for ILLINOIS, do hereby certify that on NOVEMBER 20,

4    2018, the witness DR. DANIEL ARBER was sworn before

5    me at the  aforementioned location, and that I am

6    neither counsel for, related to, nor employed by

7    any of the  parties to  this case and have no

8    interest, financial or otherwise, in its outcome.

9           IN WITNESS WHEREOF, I have hereunto set my

10   hand this 19th day of November, 2018.

11

12

13

14   _____

15   NOTARY PUBLIC IN AND FOR

16   ILLINOIS

17

18

19

20

21

22

23

24

25
```

```
 1              CERTIFICATION OF TRANSCRIPT

 2         I, Mary Lide, do hereby certify that the

 3    foregoing transcript is, to the best of Planet

 4    Depos' ability, knowledge, and belief, a true and

 5    accurate transcript of the proceedings, and that

 6    we are neither counsel for, related to, nor

 7    employed by any of the parties to this case and

 8    have no interest, financial or otherwise, in its

 9    outcome.

10

11

12

13

14

15

16    _____

17    MARY LIDE

18    11/19/2018

19

20

21

22

23

24

25
```