# EXHIBIT 4

Addendum

In Re: Roundup Products Liability Litigation, MDL 2741

Hardeman v. Monsanto, Case No. 3:16-cv-00525-VC

Expert Report of Daniel A. Arber, MD

Following completion of my  the original report of November 29, 2018, I received and reviewed the original needle biopsy slides from Mr. Hardeman (18 slides; SROS15-2109 from 2/12/2015) on December 6, 2018.  Those slides show a needle biopsy of apparent lymph node with an infiltration of large atypical cells, consistent with lymphoma cells.  The cells are admixed with small lymphocytes, which are variable in different areas of the biopsy.  The immunohistochemical studies show the large atypical cells to be positive for CD20, PAX5, BCL2, BCL6, and MUM1 and they are negative for CD3, BCL1, CD5, CD10, CD30, pan keratin, S100 and TdT.  These findings support the B-cell lineage of the population and favor a non-germinal center type of diffuse large B-cell lymphoma.  The Ki-67 stain is positive in approximately 80% of the large cells. The background small lymphocytes mark as T-cells with expression of CD3 and CD5.  In situ hybridization slides are positive kappa and negative for lambda and EBV EBER in the large cells.  The kappa positivity confirms that this is a clonal B-cell neoplasm.  The reported fluorescence in situ hybridization (FISH) studies are stated to be positive for a *BCL6* translocation and negative for translocations of *MYC* and *BCL2*.

These morphologic, immunohistochemistry and FISH studies are diagnostic of diffuse large B-cell lymphoma, not otherwise specified.  The lymphoma shows no unusual features that would distinguish it from any other diffuse large B-cell lymphoma, and there are no features that would suggest a specific cause for this lymphoma.  See Exhibit 1; Hematopathology, 2nd edition; eds Jaffe, Arber, Campo, Harris and Quintanilla-Martinez; Chapter 23. Diffuse Large B-cell Lymphoma by Chan and Chan; Elsevier 2017.

My review of the pathology described above confirms and reinforces my opinions described in my November 29, 2018 report.

12/10/18

# Exhibit 1









