# EXHIBIT 5

**Expert Report of Celeste Bello, M.D.**

*Stevick v. Monsanto*

## I.      Qualifications and General Overview

I am a hematologist/medical oncologist at the Moffitt Cancer Center in Tampa, Florida. I am board-certified in hematology and medical oncology. I specialize in the diagnosis, treatment, and management of patients with Hodgkin's and non-Hodgkin's lymphomas (NHL), including Central Nervous System (CNS) NHL. I have an active clinical practice seeing patients.  I see approximately 1200 patient encounters each year.  Of these encounters, about 75% of them are for patients with NHL,  20% are for patients with Hodgkin's lymphoma, and 5% are for patients with other types of blood cancers.

I also teach medical students and residents at the University of South Florida and at Moffitt Cancer Center, where I serve as a faculty member in the Department of Malignant Hematology.

 I also conduct research in both Hodgkin's and NHL.  I am currently participating in a research trial which evaluates the use of nivolumab, an immune modulatory type of drug called a checkpoint inhibitor, in the treatment of patients with relapsed CNS NHL (clinicaltrials.gov identifier NCT02857426).  This study has shown that nivolumab is an active agent in the treatment of CNS NHL and should be considered as a viable treatment option in patients with recurrent or relapsed disease.  Data is still being collected on this study and we hope to be able to publish this information in the next year or two.  I also recently participated in a trial evaluating a non-chemotherapy approach for the treatment of a type of NHL called chronic lymphocytic leukemia (CLL).  The trial used a combination of a high dose steroid with an immune modulatory drug called lenalidomide plus an antibody treatment called ofatumumab (clinicaltrials.gov identifier NCT01497496).  This combination proved to be an effective treatment for patients with CLL, including those with poor risk disease.

I earned my bachelor's degree in biology from Emory University and my M.D. from the University of South Florida, where I also completed a residency in internal medicine and a fellowship in hematology/oncology.  I also obtained a master's degree in epidemiology and biostatistics at the University of South Florida College of Public Health.

I am a member of the American Society of Hematology.  I am also a member of the National Comprehensive Cancer Network (NCCN) guidelines committee on Hodgkin's lymphoma.

A copy of my Curriculum Vitae is attached to this report as Exhibit A.  In forming my opinions in this matter, I have relied on my education, training, clinical experience, expertise, and the standard scientific literature in the field.  I have reviewed the materials regarding glyphosate/Roundup listed in Exhibit B.  I have also reviewed the medical records, including the CT and MRI imaging, listed in Exhibit C.  I have no prior expert witness testimony.  I am being compensated at the hourly rate of $500.00 per hour for my work in this matter.

I was asked to evaluate the medical history of Ms. Elaine Stevick and determine whether there is medical evidence indicating that exposure to Roundup (a glyphosate based formulation) caused or substantially contributed to her central nervous system B-cell non-Hodgkin's lymphoma.

I have prepared my report using the same methodology and scientific rigor used in my clinical and academic practice.  My opinions are offered to a reasonable degree of medical certainty. In addition to discussing Ms. Stevick's specific case, this report involves basic scientific principles from the fields of oncology and hematology.  Accordingly, I reserve the right to provide context for my opinions by testifying to the basic science in these fields.  I further reserve the right to supplement this report in the event additional information is made available to me; to respond to any additional testimony by plaintiff's experts offered at deposition or trial; and to use graphics or demonstratives at trial to illustrate the concepts discussed in my report.

As explained in detail below, my opinions and the bases for my opinions to a reasonable degree of medical certainty are as follows:

## II.      Cancer Overview

Cancer is the name given to a collection of related diseases. In all types of cancer, some of the body's cells begin to divide without stopping and spread into surrounding tissues.

Cancer can start almost anywhere in the human body, which is made up of trillions of cells. Normally, human cells grow and divide to form new cells as the body needs them. When cells grow old or become damaged, they die, and new cells take their place.

When cancer develops, however, this orderly process breaks down. As cells become more and more abnormal, old or damaged cells survive when they should die, and new cells form

when they are not needed. These extra cells can divide without stopping and may form growths called tumors. (https://www.cancer.gov/about-cancer/understanding/what-is-cancer)

Cancer is very common, and there are many different types.  In 2018, an estimated 1,735,350 new cases of cancer will be diagnosed in the United States. (https://www.cancer.gov/about-cancer/understanding/statistics) Cancer has replaced heart disease as the most common cause of death in the US in people under the age of 85 (Siegel et al. CA Cancer J Clin 2011).

## III.    Non-Hodgkin's Lymphoma

There are a number of sources such as standard medical textbooks and publications that explain NHL in detail, including the extensive discussion section in the NCCN B cell lymphomas clinical practice guidelines (NCCN.org) and the World Health Organization Classification of Tumours of Haematopoietic and Lymphoid Tissues (Swerdlow. 2017; WHO). In this report, I have provided an overview of key points regarding NHL.

### A.    Overview of Non-Hodgkin's Lymphoma

Non-Hodgkin lymphoma (NHL) is a term used to describe a group of cancers that develop when certain cells of the immune system called lymphocytes undergo abnormal changes (mutations) that cause them to grow uncontrollably. Left untreated, these cancerous cells can form tumors, crowd out healthy white blood cells (which produce antibodies and other proteins to help the body fight off infections) and ultimately weaken the body's immune system (://moffitt.org/cancers/non-hodgkin-lymphoma).

In general, non-Hodgkin lymphomas are broadly classified as B-cell (bone marrow) or T-cell (thymus) lymphomas.  Both B cells and T cells undergo an extensive maturation process in the body.  The point of development of the cell when the mutation occurs determines the type of NHL, and thus results in over 60 different types of NHL according to the WHO Classification of Haematopoietic and Lymphoid Tissues handbook, which is considered the worldwide authority on the classification of hematologic malignancies.  There are several different subtypes of B-cell and T-cell lymphomas; some are very aggressive, while others are slower growing. The cancer subtype is usually determined by the specific type of lymphocyte involved, each of which has a

4

specific role in protecting the body from infection: B-cells produce antibodies that target and bind to bacteria; cytotoxic T-cells target and destroy cells that are infected with bacteria; and "helper" T-cells boost the function of both B-cells and cytotoxic T-cells.

The multiple different types of NHL have different presentations, different treatments, and different prognosis.  For example, a type of lymphoma called gastric marginal zone lymphoma (also known as MALT) is commonly related to a bacterial infection called Helicobacter pylori.  Treatment of the infection usually results in a cure of the lymphoma. Another example is a type of lymphoma called Epstein Barr virus positive diffuse large B cell lymphoma of the elderly.  This is mainly seen in patients over the age of 60 and is thought to be related to a weakening of the immune system that happens as people age (Park et al. Blood 2007).

### B.      Prevalence of NHL

NHL is one of the most common cancers in the United States. According to the American Cancer Society, about 74,680 people will be diagnosed with NHL in 2018.  The average American's risk of developing NHL during his or her lifetime is about 1 in 47.  More than half of the patients with NHL are over the age of 65  (https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html). Of the different types of NHL, diffuse large B cell lymphoma (DLBCL) is the most common making up about 25% of the cases reported in the US (Teras et al.  CA: Can J Clin. 2016)(see figure 1).

### C.      Risk Factors For and Causes Of NHL

In most instances, the cause of NHL is unknown.  Researchers are still working to determine what causes NHL, which occurs when abnormal lymphocytes invade the lymph nodes and travel to other parts of the lymphatic system. This condition can originate in the B cells, which produce the immune system's antibodies, or the T cells, which are the immune system's "fighter cells" that protect against foreign invaders. While it's not yet clear what causes ordinary B and T cells to become lymphoma cells, researchers do know that genetic mutations are at least partially responsible when healthy cells become cancerous (a process known as carcinogenesis).

The development of NHL is thought to be multi-factorial.  That means more than one event has to occur for the lymphoma to develop.  Known risk factors for the development of NHL include, but are not limited to advanced age, male gender, a suppressed immune system, and certain infections.  The rate of development of most cases of adult NHL increases dramatically after the age of 50 and peaks in people between the ages of 70-79 (figure 2).  The overall incidence of NHL has also been shown to be 51% higher in males than females.  The reason for the difference in incidence between males and females is not known.

Another known risk factor for the development of NHL is a suppressed or weakened immune system.  This is best demonstrated by the drastic increase in the number of NHL cases seen in people infected with the human immunodeficiency virus (HIV).  A study published in 1998 showed that people with AIDS were 165 times more likely to develop NHL when compared to people without AIDS (Cote et al. International Journal of Cancer. 1998). Another example of a suppressed immune system contributing to the development of NHL is the increased risk of NHL seen in patients who are on long term immunosuppressant medications after receiving an organ transplant.  One large study published in the British Journal of Cancer showed that patients who had received an organ transplant were 6 times more likely to develop NHL than the general population (Clarke et al. BJC. 2013).

In addition to HIV, other infectious agents have been shown to be associated with the development of certain types of NHL.  For example, a bacteria called Helicobacter pylori (H. pylori) is associated with the development of a type of NHL called gastric marginal zone lymphoma (MALT).  A study published in 1991, showed that 92% of gastric MALT cases tested positive for Helicobacter pylori (Wotherspoon et al. Lancet. 1991).  A follow up study published by Bayerdorffer and colleagues (Lancet 1995) showed that 70% of patients with H. pylori positive gastric MALT who were treated with antibiotics for H. pylori obtained a complete remission with none of them relapsing after a year of follow up.  Another example of an infection being linked to NHL is the association between  Human Herpesvirus-8 (HHV-8) and a type of NHL called primary effusion lymphoma (Cesarman. NEJM 1995).  The HHV-8 virus is found in almost 100% of cases of primary effusion lymphoma.  The Epstein Barr virus (EBV) has also been shown to be linked to certain types of NHL, especially in patients with a suppressed immune system (Cohen et al.  Semin Hematol 2003).  Other studies report an

association between Hepatitis C infection (• De Sanjose 2008, Mahale 2017) and Hepatitis B infection (Dalia 2013, Wang 2018) and NHL, including the DLBCL subtype.

Patients with autoimmune disorders (conditions that occur when a person's immune system attacks healthy cells in their body by mistake) also have an increased incidence of NHL. A pooled analysis of over 29,000 people showed that patients with certain autoimmune conditions had an increased risk of NHL. For example, patients with an autoimmune condition called Sjogren's syndrome were 6.5 times more likely to develop NHL (Smedby et al. Blood 2008).

Exposure to certain toxins such as benzenes have also been implicated as risk factors for the development of NHL. Benzene is a component found in gasoline and also an industrial strength solvent used in many different industries. A study done by researchers at Berkeley (Smith M. Cancer Epidemiology and Biomarkers 2007(cebp.aacrjournals.org)) showed an association between occupational exposure to benzene and the development of NHL. A Swedish registry study published in 1981, showed an association between organic solvents and the development of NHL (Hardell. Br J Cancer 1981).

Drugs used as part of chemotherapy treatments have also been implicated as possible risk factors. One study published by the American Association of Cancer Research reviewed multiple reports of cases of NHL after prior chemotherapy treatment (Krishnan et al. Cancer Epidemiology and Biomarkers 2007). They found an association between developing NHL after receiving chemotherapy, but due to the multiple different treatments used, they were not able to implicate one specific chemotherapy drug.

Exposure to radiation is also thought to be a risk factor for the development of NHL. This has been suggested by several studies reporting secondary cancers in patients who previously received radiation therapy for treatment of solid organ cancers (i.e., breast cancer, lung cancers), but none of these studies were able to show a statistically significant association (Wiemik P. Cancer J 2000 and Lin et al. Medicine. 2016).

Obesity has also been implicated as a possible risk factor for the development of NHL. Since it has been suggested that nutritional status correlates with immune function, researchers for the Interlymph consortium performed a retrospective case control analysis of a little over 10,000 patients with NHL to determine if obesity plays a role in developing NHL. They found

an association between extremely obese people (a body mass index > 40kg/m2) and the development of NHL, although they do admit the data was limited.

### D.      Overview CNS NHL

Central nervous system lymphoma is a rare NHL in which malignant (cancer) cells from lymph tissue form in the brain and/or spinal cord (primary CNS) or spread from other parts of the body to the brain and/or spinal cord (secondary CNS). Primary CNS lymphomas are very rare and make up less than 1% of all NHL types (Teras et al.  CA: Can J Clin. 2016).  The majority of these cases are diffuse large B cell lymphomas(https://www.lls.org/lymphoma/non-hodgkin-lymphoma/treatment/treatment-for-aggressive-nhl-subtypes/central-nervous-system-cns-lymphoma).

Although the exact causes of CNS lymphoma are not known, there are some known risk factors for the development of the disease.  The only scientifically proven risk factors for developing the disease are having a compromised immune system due to acquired immunodeficiency syndrome (AIDS), other disorders of the immune system, or chronic immunosuppression (a reduced function of the immune system) as a result of organ transplantation (https://www.lls.org/lymphoma/non-hodgkin-lymphoma/treatment/treatment-for-aggressive-nhl-subtypes/central-nervous-system-cns-lymphoma). Age has also been shown to be a substantial risk factor of the development of primary CNS lymphoma.  The incidence of disease steadily increases by age and is highest in people over the age of 65 (O'Neill. Am J Hematol 2013).  The exact reason for this is unknown, but some researchers suspect this may be due to a declining immune system that happens as people age (Nikolich-Zugich.Nature Immun. 2018).

Although primary CNS lymphoma is categorized as a type of DLBCL, data suggests that it is probably different from the more common DLBCL that is found in the rest of the body (lymph nodes, spleen, and bone marrow).  Scientists have shown that primary CNS lymphoma expresses different genes when compared to DLBCL found only in lymph nodes (Rubenstein et al.  Blood 2006).  In 2008, it was classified as a distinct subtype of lymphoma in the WHO book on the categorization of lymphoid and hematologic cancers.

8

IV.     **Glyphosate and NHL Epidemiology**

Glyphosate is the active ingredient in Roundup, an herbicide used in landscaping and farming since the 1970s. Several studies have examined  whether exposure to certain pesticides or herbicides, including glyphosate based formulations like Roundup, increases the risk of NHL.

I was asked to review the IARC Monograph (released in 2015) and the underlying epidemiological studies IARC evaluated in assessing cancer in humans. Specifically, IARC concluded that "there is *limited evidence* in humans for the carcinogenicity of glyphosate," but also noted "a positive association has been observed for non-Hodgkin lymphoma." (IARC Monograph 112, Section 6.1)

I disagree with the IARC statement that glyphosate is "probably carcinogenic in humans."  None of the studies they reviewed showed a statistically significant association between glyphosate exposure and the development of NHL when they properly took into account other confounding factors such as use of other pesticides or duration of pesticide use.   They acknowledge that the Agricultural Health Study (AHS) was the only published prospective cohort study to evaluate glyphosate based formulation use and the risk of developing cancer (AHS. NIH 2005). A prospective cohort study is a type of observational scientific research in which a group of individuals who share pre-defined characteristics (e.g., licensed pesticide applicators) is classified according to a certain characteristic (e.g., exposure or non-exposure to a particular type of pesticide) and then followed prospectively over time.  The health outcomes of the exposed and non-exposed groups can then be compared to see if the exposure appears to have an adverse effect.  Prospective cohort studies are one of the most reliable forms of data in epidemiological studies since they can eliminate factors that interfere with accurate data collection such as recall bias.  IARC acknowledged that the AHS study, the most accurate study that it quoted, did not show an association between glyphosate based formulations and NHL. Furthermore, the AHS released updated results in 2018 on the same cohort they reported on in 2005 (Andreotti.  JNCI. 2018).  These updated results evaluated a total of 44,932 people who used glyphosate based formulations and found no link between glyphosate based formulations exposure and the development of NHL.

IARC relied on the following case-control studies to make its conclusion.  Case control studies are inherently inferior to prospective cohort studies, like the AHS study discussed above, due to recall bias (when study participants do not recall information that happened in the past

accurately) and selection bias (an error that occurs when the researcher decides who is going to be analyzed and who is not).

*Ericksson* (**2008**): This study claimed an association with glyphosate based formulations and the development of NHL.  Basically, the study found 910 patients with NHL recorded in Swedish health registries.  They sent these patients a questionnaire asking if they had been exposed to glyphosate based formulations or other pesticides.  They then compared this to 1016 people who did not have NHL and were asked to answer the same questionnaire.   People who have NHL will tend to recall a prior chemical or pesticide exposure more so than healthy controls.   This is an example of recall bias and can significantly affect the accuracy of the information collected.  Another problem with this study is that they mention that glyphosate based formulations are associated with the development of NHL, but when they use calculations that take into account the use of other pesticides along with glyphosate based formulations in the people who developed NHL the link between glyphosate based formulations and NHL no longer existed (see table VII of the article).

*McDuffie* (**2001**): This study looked at 516 cases of men who were diagnosed with NHL between 1991 and 1994.  They were identified in cancer registries from multiple Canadian provinces and compared to about 1500 controls.  Cases and controls were sent a questionnaire asking them to recall their exposure to various pesticides and herbicides.  As mentioned above, this type of study lends itself to recall bias as people with a known medical diagnosis, such as NHL, are more likely to recall exposures or perceived exposures than healthy people.  Despite this potential bias, this study did not find a statistically significant association between glyphosate based formulations exposure and NHL (see table 2).

*Hardell* (**2002**): This is another case control study that looked at 515 men with NHL diagnosed between 1987 and 1992 compared to 1141 controls in Sweden.  Participants were found using a Swedish population registry.  In the 515 patients with NHL, only 8 had been exposed to glyphosate based formulations.  Because the study sample was so tiny, no meaningful data could be obtained from this case control study.

*DeRoos* (**2003**): This study looked at pooled data from 3 different case control studies evaluating farmers in the Midwest who were diagnosed with NHL from 1979 – 1986.  The researchers reported that there was a trend towards an increased risk of NHL with increased pesticide exposure.  They concluded that consideration of multiple pesticide exposures is

important when accurately determining the effect of a specific agent.  They used a complicated mathematical model called a hierarchical regression analysis.  When this model was used, no statistically significant relationship was found between exposure to glyphosate based formulations and the development of NHL (see table 3 in the article).

In summary, IARC did not provide any prospective evidence to support its conclusion that there is a positive association between glyphosate and NHL.  The retrospective case reviews used did not show a statistically significant association and were also hampered by recall bias.

The Environmental Protection Agency (EPA) has also reviewed the data on glyphosate on several different occasions.  Most recently, the EPA Office of Pesticide Programs (OPP) released a manuscript in December 2017 regarding glyphosate.  OPP thoroughly reviewed the IARC manuscript and evaluated the studies that were referenced.  OPP found that the majority of the case control studies did not adjust for confounders or had too small of a sample size to support a link between glyphosate and NHL.  OPP also reviewed the AHS updated data and noted that after a follow up of about 17.5 years, the study did not demonstrate an association between glyphosate and NHL.  The EPA OPP stated that based on the weight of evidence it could not exclude chance or bias as an explanation for a possible observed association (something IARC admits as well).  The EPA OPP concluded that an association between glyphosate and the risk of developing NHL could not be determined from the current available data.

## V.    Ms. Stevick's  Medical History and Diagnosis of CNS B-Cell NHL

### A.    Ms. Stevick's Prior Medical History

Ms. Stevick had no significant prior medical history prior to her diagnosis of NHL in 2014, though she began experiencing an array of symptoms from 2011 until her diagnosis in 2014 including sleep disturbances and decline in cognitive function.  Prior to 2011, she appeared to be in good health.  Medical records show visits for routine reasons such as a work physical and routine health checks.  Per Ms. Stevick's plaintiff fact sheet and her deposition testimony, she has a family history that is positive for many types of cancer, including: colon cancer (mother, father, maternal grandfather and grandmother); pancreatic cancer (mother); breast cancer (cousin), melanoma (father), lymphoma (uncle); throat cancer (uncle). Some of this

11

history was also documented by her primary care doctor, Dr. Roberto Gonzalez, and by Dr. Pombra at RWC Hospital.  Ms. Stevick also testified at her deposition that she had occupational exposure to radiation (approximately 15 times as part of swallowing studies she performed as a speech pathologist).  She also reported exposure to various household chemicals as well as exposure to solvents her husband used in his house restoration business.

In 2011, Ms. Stevick fell from a chair at work. Though she did not hit her head, she experienced headaches and nausea.  She reported that prior to the fall she had occasional headaches and was even treated for migraines in the past.  After her symptoms failed to subside, she eventually had a CT scan of her head which showed no evidence of a mass or stroke, but did note a 3 mm colloid cyst of the anterior third ventricle, which was considered a benign finding. She then underwent an MRI of the brain with contrast on October 13, 2011, to further evaluate this cyst.  Given her symptoms, this was an appropriate next step in her evaluation.  The MRI did not show the tiny colloid cyst or any abnormality of the 3rd ventricle.  It also did not show any evidence of cancer or a recent stroke.  It showed some areas of hyperintensity in the periventricular white matter which could have represented prior microvascular changes (i.e. small areas of silent stroke).

In February of 2013, Ms. Stevick's husband informed her doctor that they had concerns about Ms. Stevick's concentration, orientation, and memory.   Ms. Stevick informed her doctor (Dr. Gonzalez) that she was having trouble sleeping and reported that family and friends told her she was acting differently. Her doctor recommended melatonin, an over-the-counter supplement commonly used as a sleep aid.  Per email correspondence with Dr. Gonzalez, the melatonin improved her sleep.

In June of 2014, she informed her doctor (Dr. Gonzalez) that she was still having sleep disturbances (though not as bad as 2013). She also reported that her colleagues said she was making errors at work, and people who knew her were concerned that she was "not herself." She reported having a difficult time learning new procedures.

On December 22, 2014, Ms. Stevick visited Dr. Gonzalez, reporting dizziness and confusion, at which time he had a discussion with her and her family about her ongoing symptoms and "apparent decline over time," including changes in energy, work task completion, problems with recall, and confusion. He also discussed her hesitancy to go to the doctor.  Dr. Gonzalez recommended, among other things, re-scanning her head for a progressive defect such

as a brain tumor or infarct (stroke).  Prior to having this test, she was admitted to San Rafael Hospital.

      **B.**     **Ms. Stevick's Diagnosis and Treatment**

     On December 24, 2014, Ms. Stevick presented to the emergency room with dizziness, weakness, and vomiting. An MRI of the brain revealed a right cerebellar 3.2. x. 3.4 x 2.4 cm intraparenchymal mass with edema causing mass effect on the pons and enlargement of the 4th ventricle (hydrocephalus).  It also showed a 6mm left basal ganglia lesion and a lesion in the left posterior frontal area.  Additionally, there was  a signal abnormality in an area in the right frontal deep white matter with probable hemosiderin deposition most compatible with the sequela of prior hemorrhagic ischemia. Additional CTs were performed of other areas of the body, including the chest, abdomen, pelvis, to evaluate for possible primary sites of malignancy. The CT scans did not show any evidence of enlarged lymph nodes or masses involving any of the organs.  It showed a thickened endometrium (lining of the uterus) of unclear significance. She had a vaginal ultrasound to evaluate this further, and this did not show any evidence of malignancy.

     Ms. Stevick was subsequently transferred to a different facility for a biopsy of the mass in her brain.  Another MRI was performed prior to the biopsy on December 28, 2014, and this showed similar findings to the MRI done on December 24, 2014. On December 29, 2014, a neurosurgeon performed a right posterior craniotomy and biopsied the cerebellar mass..   The pathology report revealed the tumor was consistent with an aggressive B-cell lymphoma.  The specimen was positive for B cell markers CD20 and PAX5 as well as CD10.  It had a high Ki67 of 95%, which goes along with an aggressive or rapidly dividing tumor.  The sample was negative for the Epstein Barr Virus (EBV).   Mutation analysis using tests called FISH and cytogenetics only showed an extra copy of a MYC gene, the significance of which is unclear.

     Her NHL was categorized as a primary CNS lymphoma because she did not have evidence of lymphoma anywhere else in her body.   CT scans did not show any evidence of lymphoma in her chest, abdomen or pelvis.  She also had a bone marrow biopsy which did not show any evidence of lymphoma.  An eye exam did not show any lymphoma involving the eyes, and analysis of her cerebrospinal fluid was negative for lymphoma.  This is an important finding

since primary CNS lymphoma behaves differently than other types of NHL and are thus treated differently.

On January 23, 2015, Ms. Stevick underwent another MRI that showed interval progression of disease and multiple new enhancing lesions, mostly in the left frontal and left parietal lobe and one lesion in the right frontal periventricular white matter.

Following diagnosis, Ms. Stevick started treatment as part of a clinical trial in January of 2015. A clinical trial is an experimental treatment designed to test a new drug or combination of drugs. The trial used a combination of chemotherapy drugs typically used in the treatment of primary CNS lymphoma (methotrexate, vincristine, and procarbazine) plus an immunotherapy drug called Rituximab. Chemotherapy drugs kill cancer cells by causing damage to the cell's DNA. They are effective at killing cancer cells, but they unfortunately kill good cells in the body too. Immunotherapy is a type of targeted treatment that harnesses a person's immune system to help kill the lymphoma cells. She received this combination for 4 cycles and then received an additional chemotherapy drug called cytarabine. In this trial, some patients were assigned to receive radiation therapy and others were not. She was enrolled in the chemotherapy-only arm and did not undergo radiation therapy. She completed this treatment in June 2015.

A repeat MRI in July 2015 showed complete resolution of the left frontal and basal ganglion lesions noted on the MRI in December 2014, and improvement in the enhancement at the right cerebellar surgical site. There was no evidence of lymphoma on the MRI. I personally reviewed the MRI images and did not see any evidence of active lymphoma. These findings show that she responded well to treatment and was deemed to be in a remission (no evidence of cancer).

The last MRI I reviewed was from August of 2018. That MRI demonstrated no evidence of recurrence of her lymphoma. Records show she saw her oncologist, Dr. Kim, on August 2, 2018, and is doing well. In his note he mentioned that she had no evidence of any neurologic issues on exam and had a good performance status.

### C.    Ms. Stevick's Prognosis

Ms. Stevick has been in remission since July 15, 2015.  Historically, primary CNS lymphoma has had a poor prognosis. A study looking at over 2500 patients in the US showed that the median (similar to an average) survival was only around 12 months (Norden et al. Journal of Neuro-Oncology. 2011).  However, more recent studies are showing a trend toward improved survival using aggressive combination chemotherapy and radiation regimens.   These studies are showing a median/average survival of more than 3 years (Morris.  JCO 2013, Glass et al.  JCO 2016).   Ms. Stevick has been in remission for over 3 years.  This is better than the median progression free survival which has been reported to range from 12 months to 33 months in various studies (DeAngelis JCO 2002; Portmans JCO 2003; Batchelor JCO 2003).   Her chance of relapse decreases the longer she is in remission, and this is supported by several studies that have shown that most CNS lymphomas recur within two years of completing treatment (Morris et al.  JCO 2013).

Based on my review of her medical records and recent deposition testimony, her neurological function appears to be normal now and she seems to be doing well.

### VI.    Opinions Regarding Ms.  Stevick and the Cause of Ms. Stevick's NHL

- Ms. Stevick was in good health until being diagnosed with primary CNS lymphoma in 12/2014.
- She was treated with an appropriate regimen of methotrexate, vincristine, Rituxan, procarbazine and cytarabine.  She obtained a complete remission and currently has no evidence of active lymphoma despite being over 3 years out from her therapy.
- Primary CNS lymphoma is a rare disorder and the exact cause is not known.
- The cause of Ms. Stevick's CNS NHL is unknown as it is the majority of cases of CNS lymphoma that I see in my hematology and oncology practice.
- There is no evidence to support that glyphosate based formulations like Roundup cause primary CNS lymphoma.
- Roundup did not cause or substantially contribute to Ms. Stevick's CNS Lymphoma because there is no prospective epidemiologic data that show a statistically significant

association between glyphosate based formulations and the development of NHL of any type.

- The only known risk factor other than age for the development of primary CNS NHL is having a congenital or acquired immunodeficiency syndrome (Cote et al. J NCI. 1996).

- Primary CNS NHL occurs primarily in adults of advanced age. Ms. Stevick likely had a declining immune system as a result of her age.

- Ms. Stevick has a significant family history of multiple types of cancers and one cannot rule out the contribution that this family history had to the development of her Primary CNS lymphoma.

- The IARC's conclusion that glyphosate is "probably carcinogenic in humans" is not supported by the data.  The EPA also did not agree with the IARC's conclusion.

**VII.    Comments Regarding The Opinions of Plaintiffs' Experts**

I disagree with Dr. Shustov's, Dr. Nabhon's, and Dr. Weisenburger's conclusion that Roundup caused Ms. Stevick's primary CNS lymphoma for the following reasons:

- The scientific evidence regarding Roundup does not support Roundup as a cause or contributor to NHL, including primary CNS lymphoma.   To the contrary, there is no prospective epidemiologic data that show a statistically significant association between glyphosate based formulations and the development of NHL of any type.

- Dr. Shustov and Dr. Nabhon site data from a meta-analysis done by Schinasi and Leon (Int. J. Enviorn. Res. Public Health 2014).  This study reviewed data from 44 different research articles, including Erickson 2008 and  McDuffie 2001.  Neither of these studies took into account the use of other pesticides when drawing the conclusion that glyphosate was associated with NHL.  When they did account for exposure to other pesticides and contributing factors (a process called a multivariate analysis) they did not find an association between glyphosate and the development of NHL.   This data was demonstrated in table 2 of McDuffie article and table 7 of Ericksson..

- Dr. Shustov's conclusion that "Ms. Stevick's exposure to Roundup is not only sufficient but exceeds the exposure that is reported to either cause and significantly increase one's risk of developing NHL" is not accurate.  There is no science to support the exposure cutoff marks (*i.e.,* 2 days and 10 days) used in Erickson's and McDuffie's articles.  These were arbitrary numbers that the researchers chose to use as a cutoff and were not calculated based on any human or animal toxicology models.

- Likewise, Nabhan and Weisenberger are inaccurate when they state that Roundup was the substantial cause and/or contributor of Ms. Stevick's NHL.

- Plaintiffs' experts' use of a differential diagnosis is not the proper use of a differential diagnosis as routinely undertaken by the medical community.  It is not an accepted method of analyzing the cause of disease.

- All three of the experts fail to acknowledge the data from the AHS, the only prospective study looking at glyphosate based formulations and the development of NHL in over 44,000 people, which *did not* show an association between glyphosate based formulations and the development of NHL as well as several subtypes of NHL.

- All three of the experts also cannot identify a scientifically validated method for reaching the conclusion that Roundup caused Mrs. Stevick's cancer. There is no validated test or biomarker that allows clinicians like myself to identify Roundup as the cause of an individual patient's NHL, including Mrs. Stevick's NHL. While Mrs. Stevick's primary CNS lymphoma is rare, her lymphoma presents similar to those of other primary CNS lymphoma's I have seen in my patient population. There is nothing unusual or distinct about its presentation.

- All three of the experts concede that most causes of NHL are unknown, yet they provide no methodology that enables them to rule out the fact that Mrs. Stevick's primary CNS was caused by some unknown cause. Both Dr. Nabhan and Dr. Shustov state that most cancer centers list pesticides as possible causative agents for NHL. While some cancer centers list pesticides as a possible cause of NHL, pesticides are different from herbicides and none of these websites refer specifically to Roundup or glyphosate based formulation herbicides. There are over 1700 pesticides documented in the literature (Wood A. Compendium of Pesticide common names. www.alanwood.net). To imply that the generic term "pesticides" is one chemical entity is ridiculous.

- Although all of the experts mention that primary CNS lymphoma is a rare disease, none of them mention that is a distinct type of NHL with genetic differences when compared to nodal types of DLBCL.

Dated:  November 27, 2018

_____

Celeste Bello, M.D.



Figure 1.  Estimated cases of NHL by subtype in the US.



Figure 2.  Incidence by age of NHL