# EXHIBIT 9

*Gabeyehou v. Monsanto Co.*

Draft Supplementary Report of
William H. Fleming, M.D., Ph.D.
11.27.2018

I was asked to evaluate Mr. Gebeyehou's medical records and determine whether exposure to the glyphosate based formulation Roundup caused or substantially contributed to his diffuse large B-cell NHL (DLBCL). Additionally, I incorporate by reference my original MDL report dated 07.31.2017 and provide some additional opinions based on recent literature with respect to glyphosate based formulations and NHL. My opinions expressed in this report are offered to a reasonable degree of medical certainty.

A copy of my curriculum vitae is attached as Ex. A. A list of materials that I have considered is attached as Ex. B. These references are representative of the pertinent scientific literature, but they do not represent the totality of my training and professional experience and I do not necessarily agree with every statement in this literature. Exhibit C contains information regarding my fees for work in this matter and also includes my previous testimony. A list of case-specific medical records I reviewed is attached as Exhibit D.

I reserve the right to supplement my opinions in the event additional information is made available to me, including, but not limited to, medical records and any testimony of fact witnesses in the cases; to respond to additional testimony by plaintiff's experts; and to use demonstratives or graphics at trial to illustrate anything discussed in this report.

## I.   Recent Literature and Supplemental Opinions

Since my initial report, I have reviewed the most recently published update of the AHS cohort study that examines glyphosate based formulation use and cancer (Andreotti et. al. 2018). This report confirms the original finding of De Roos et. al. 2005, that there is no association between glyphosate based formulation exposure and NHL.

The conclusion of De Roos et. al. 2005, that there is no association between glyphosate based formulation exposure and NHL is now further strengthened. As anticipated, with advancing age of the study participants, the total number of cases of NHL in this cohort has significantly increased. Specifically, Andreotti et. al. 2018 analyzed a total of 575 NHL cases compared to a total of 92 NHL cases in De Roos et. al. 2005. Importantly, longitudinal follow-up of this cohort has increased from the original 6.7 years to more than 18 years. Both the increased number of NHL cases and the longer follow-up period further increase the power of this study to detect any associations between glyphosate exposure and NHL, yet no associations were identified. Additionally, the authors noted no associations between glyphosate based formulations and numerous subtypes of NHL (e.g., DLBCL), which is important because different subtypes may have different pathogenesis. In addition, they also found no dose-response relationship for total NHL cases or for any major subtype, including DLBCL.

1

Based on my expertise, and after reviewing the documents I have been provided in addition to my review of the updated medical literature, I conclude with a reasonable degree of medical certainty, as I did in my original report dated 07.31.2017, that the available evidence does not support the conclusion that glyphosate based formulation exposure increases the risk of developing NHL.

## II.     Opinions re Mr. Gabeyehou's case

### A. Mr. Gebeyehou's Diagnosis, Treatment, and Prognosis

Mr. Gebeyehou was born on ▓▓▓▓▓▓ in Ethiopia, emigrated to the USA at age 30, and is currently 79 years old.  His mother died of ovarian cancer, and his father died of cancer (possibly liver) cancer in his 50s.  Mr. Gebeyehou is a moderate user of alcohol and smoked in the past (although quit in 1971).  He formerly worked at a Pacific Gas & Electric for approximately 25 years, but retired in 1996.

As early as 2004 he underwent an MRI due to progressive hearing loss. Mr. Gebeyehou was again evaluated for headaches, jaw pain, left forehead numbness and left sided sinus symptoms by an ENT specialist in 2006, who diagnosed him with autoimmune cochlear Meinere's disease (Mahboob 2001), and he was treated with a brief course of immunosuppressive therapy (prednisone).

He was also evaluated for intermittent double vision in 2008. In June of 2012, he developed left lower extremity edema with a negative ultrasound (US) study and was diagnosed with a superficial thrombophlebitis.  In October of 2012, he presented with a cough, and a chest x-ray (CXR) showed a probable pneumonia and a right sided pleural effusion (fluid collection) that was drained, and the analysis showed an exudate (Protein 4.6, LDH 269, WBC 4483, RBC 2267) but no evidence of malignant cells. This effusion re-accumulated and was drained a second time with no malignant cells detected. In order to detect an occult tumor, he underwent imaging studies including PET/CT scan on 11/21/2012 that showed no evidence of a malignancy.

He was again seen for jaw numbness which prompted an MRI on 01/24/2014 revealing an infiltrative enhancing soft tissue mass (3.3 x 2.7 x 3.8 cm) centered in the left retromaxillary region with invasion into the lateral pterygoid and temporalis musculature.  Skull base invasion was also noted with extension into the left pterygopalatine fossa, orbital fissure and orbital apex. A smaller right retromaxillary enhancing mass was noted along with an enhancing intraosseous mass at the posterior body and ramus of the right mandible. Additional masses were noted in the nasopharynx and in several sinuses, and all masses demonstrated enhancement compatible with malignancy. A CT scan on 1/30/14 confirmed the presence of the mass lesions visualized on the MRI exam. A PET/CT scan on 02/3/2014 revealed an area behind the posterior wall of the left maxillary sinus with an irregular focus of increased uptake with a peak in maximum standard uptake value (SUV) of 10.5 consistent with malignancy. This abnormal increased uptake extended medially into a small portion of the central sphenoid bone with a max SUV of 5.9. Other than the lesions

in the nasopharynx and sinuses no other areas concerning for malignancy were detected on this PET/CT scan from the base of the skull through the mid-thigh.

On 02/04/2014, he underwent surgical exploration and biopsy of his sinuses by the ENT service. The pathology revealed diffuse large B-cell lymphoma (DLBCL) with a high proliferative index (KI67 80%). Testing for myc and bcl 6 were negative indicating he did not have a double hit lymphoma. Based on his imaging studies, and other criteria including the absence of B-symptoms (fevers, night sweats or weight loss) and invasion of extra nodal tissues (skull base) he would be classified as having stage IIEA, DLBCL.

Additional testing revealed he was negative for both HIV and Hepatitis C but positive for the hepatitis B core antibody. The standard of care for DLBCL is combination chemotherapy with the R-CHOP regimen (rituximab, cyclophosphamide, doxorubicin, vincristine and prednisone) followed in selected cases by involved field radiation therapy. The finding of tumor invasion into the base of skull and into the sinuses raised concern for spread into the central nervous system. A lumbar puncture did not reveal any lymphoma cells; consequently, 4 injections of prophylactic intrathecal chemotherapy were planned. In view of his hepatitis B Core antibody status, he was treated with the anti-viral drug Epivir to prevent reactivation of hepatitis B, an established complication of rituximab therapy.

The first cycle of R-CHOP was started on 02/11/2014, and this was tolerated well. During his third cycle of chemotherapy, he became acutely short of breath, a CT angiogram showed multiple bilateral pulmonary emboli, and an ultrasound study documented the presence of lower-extremity deep vein thromboses. Anticoagulation therapy was started and it was elected to omit his 4th and final intrathecal MTX injection due to an increased risk of bleeding. Prior to the 5th cycle of CHOP chemotherapy, he developed some numbness in his toes, and fingers leading to a 50% dose reduction of vincristine for cycles 5 and 6.

Following completion of 6 cycles of R-CHOP therapy in late June of 2014 and a total of 3 intrathecal injections of MTX, restaging imaging studies showed significant resolution in multiple masses; however, there was remaining enhancing tissue that could be treatment related changes or residual lymphoma. The ENT service re-explored his known sites of disease on 08/19/2014, and sinus biopsies showed acute and chronic sinusitis with no evidence of lymphoma. Following consultation with Radiation Oncology, he elected to undergo observation with serial imaging studies rather than radiation therapy.

On August 26, 2015, he developed right-sided weakness and impaired balance which were concerning for a stroke vs. a transient ischemic attack. Evaluation by the Neurology service found no clear evidence for a stroke or an ischemic event along with preserved muscle strength, and a diagnosis of early Parkinson's disease was favored. In March of 2017, a serum protein electrophoresis showed a modest level of a monoclonal IgG kappa protein leading to a diagnosis of monoclonal gammopathy of unknown significance (MGUS). This has remained stable, and long-term laboratory monitoring is ongoing. Subsequent imaging studies have shown no evidence of recurrent lymphoma, and he was considered to be in remission when he was seen by his oncologist, Dr. Pai, on 06/22/2018. The 5 year

3

anniversary of completion of his chemotherapy for DLBCL will be June of 2019, and his risk of developing relapsed disease is less than 10% (Vose 2010).

### B. Opinions re Mr. Gabeyehou's case

NHL is the seventh most common cancer in the United States. The American Cancer Society (Cancer Facts & Figures) estimates there will be 74,680 new cases of NHL in the in 2018. About a third of these new cases will be diffuse, large B-cell lymphoma (DLBCL) making this the most common subtype of the more than 60 subtypes. While DLBCL is an aggressive lymphoma, it usually responds well to standard therapy and the majority of patients are cured of their disease.

Unlike most lung cancers, cervical cancer and certain subsets of breast cancer and ovarian cancers, the cause of NHL in the great majority of patients is unknown. However, several risk factors have been identified that increase an individual's chances of developing NHL. Aging is one of the most important risk factors, and adults >65 years of age have about a 10-fold increased risk for NHL compared individuals younger than 50 years (SEER 18 NHL incidence) The average age of diagnosis for DLBCL is 67 years and more than 30% of cases are diagnosed in patients older than 75 years (SEER 18 NHL).

Dysfunction of the immune system is an important category of NHL risk factors. Impaired immune function can result from a number of causes including i) inherited genetic defects; ii) autoimmune diseases such as lupus and iii) the use of immunosuppressive drugs. The risk of developing NHL in subsets of patients with immune dysfunction is often increased by 5-fold and in certain circumstances may exceed 100-fold (Chihara 2015). In some clinical settings, this increased risk can be observed as early as one year after the onset of immune dysfunction, and it may persist for many years.

Viral infections are also known to play a role in NHL in certain patient populations. In the absence of effective anti-viral treatment, HIV confers a high risk of NHL. Both hepatitis B and C cause chronic inflammation of the liver, and this is associated with an increased risk for developing NHL. In contrast to breast cancer, ovarian cancer and colon cancer, a family history of NHL is uncommon. However, having a first degree family member with any hematologic malignancy (blood cancer) confers about a 1.5-fold increase in the chances of developing NHL (Wang 2007). For context this means that the lifetime risk for NHL would be 3% in this group compared to 2% in the general population. In terms of his risk factors for NHL, Mr. Gebeyehou was not HIV positive, was not being treated with immunosuppressive drugs and had no family history of a hematologic malignancy. However, he was diagnosed with NHL at age 74, and it is likely that the accumulation of random, age-associated mutations was one of the contributing factors to the development of his hematologic malignancy (Vogelstein Nature 2017). There is also an emerging literature showing that germline mutations have now been described in over one-third of the genes that are somatically mutated in DLBCL (Leeksema 2017). This raises the possibility that these 49 genes may have a causative role in lymphomagenesis.

Hepatitis B is endemic in sub-Saharan Africa including Ethiopia where he was born and lived until the age of thirty (Belyhun 2016). At the time of his DLBCL diagnosis, he was positive for hepatitis B core antibody indicating prior hepatitis B infection. Although he did not have evidence of chronic hepatitis B infection, many such patients are asymptomatic, and it is well established that the majority of chronic hepatitis B patients typically show loss of hepatitis B surface antigen and hepatitis B DNA over time. Consequently, it is not possible to exclude hepatitis B as a contributing factor in Mr. Gebeyehou's NHL.

In 2006, he was diagnosed with cochlear Meniere's disease an autoimmune disorder associated with hearing loss. Autoimmunity is an established risk factor for NHL (Fallah 2014). In summary, the precise etiology of NHL in an individual patient is usually unknown. However, Mr. Gebeyehou has at least three risk factors that may have potentially contributed to the development of his DLBCL.

### III.     Response to Mr. Gebeyehou's Experts

I have reviewed reports of Dr. Chadi Nabhan, Dr. Andrei Shustov and Dr. Dennis Weisenburger.

As set forth in my original MDL report and described additionally above, the available evidence does not support the conclusion that glyphosate based formulation exposure increases the risk of developing NHL. Plaintiffs' experts essentially ignore the AHS, the only prospective study looking at glyphosate based formulations and the development of NHL in over 44,000 people. Not only did the AHS not show an association between glyphosate based formulations and the development of NHL, it did not show an association between glyphosate based formulations and the development of numerous subtypes of NHL. Instead, plaintiffs' experts rely on relative risks reported in case control studies that did not account for the use of other pesticides. When these studies do account for exposure to other pesticides and other potential confounders, they did not find an association between glyphosate based formulations and the development of NHL.

Both Dr. Nabhan and Dr. Shustov claim to conduct a differential diagnosis to arrive at the conclusion that Roundup was a substantial contributing factor to Mr. Gebeyhou's NHL. This is not how clinicians use differential diagnosis in practice.

Drs. Nabhan, Shustov and Weisenberger all acknowledge that NHL is largely idiopathic, and they provide no sound methodology for ruling out potential unknown causes of Mr. Gebeyehou's NHL to arrive at the conclusion that exposure to glyphosate based formulations is the primary cause of his NHL. Likewise, they do not point to any scientifically valid procedure, method, biomarker or test that can identify Roundup as the cause of Mr. Gebeyehou's NHL.

DLBCL is the most common form of NHL in the United States, and Mr. Gebeyehous' clinical presentation and pathology is indistinguishable both clinically and pathologically from typical DLBCL cases where there has been no exposure to Roundup.

Plaintiff's experts also improperly dismiss medical studies that report hepatitis B virus infection is associated with DLBCL.  Drs. Weisenberger and Shustov fail to provide a basis to rule out the contribution of hepatitis B to Mr. Gebeyehou's DLBCL, and Dr. Nabhan provides no basis for his determination that the contribution was minimal. They also fail to rule out that Mr. Gebeyehou's DLBCL was potentially caused or contributed to by his age and history of an autoimmune disorder.

Accordingly, it is my opinion that exposure to glyphosate based formulations did not cause or contribute to Mr. Gebeyehou's NHL.

Dated:  November 27, 2018

_____
William Fleming, M.D., Ph.D.