# EXHIBIT 10

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE ROUNDUP PRODUCTS       )
                                  )
 5   LIABILITY LITIGATION         )
                                  )   Case No.
 6                                )   3:16-MD-05813-vc
                                  )
 7   This document relates to:    )   MDL No. 2741
                                  )
 8   Simoun Gebeyehou v.          )
     Monsanto co.,                )
 9    3:16-cv-05813-VC            )
     _____ )
10
11
12
13
14
                       DEPOSITION OF
15
                      SIMOUN GEBEYEHOU
16
                 TUESDAY, NOVEMBER 13, 2018
17
18
19
20
21   REPORTER: KIMBERLY E. D'URSO, RPR, CSR NO. 11372
22
23
24
25
```

Page 2

1  APPEARANCES:
2
3  FOR THE PLAINTIFF:
       TESFAYE W. TSADIK LAW OFFICES
4      TESFAYE W. TSADIK, ESQ.
       The California Building
5      1736 Franklin Street
       Oakland, CA  94612
6      (510) 839-3922
       ttsadik@pacbell.net
7      ttsadik3@gmail.com
8  FOR THE DEFENDANT:
9      ARNOLD & PORTER KAYE SCHOLER LLP
       BY:  BERT SLONIM, ESQ.
10     NEDA HAJIAN, ESQ.
       250 W. 55th Street
11     New York NY  10019
       (212) 836-8897
12     bert.slonim@arnoldporter.com
13 ALSO PRESENT:
14     Helen Gebeyehou
15           --oOo--
16
17
18
19
20
21
22
23
24
25

Page 3

1         INDEX OF EXAMINATION
2  WITNESS:  SIMOUN GEBEYEHOU
3    EXAMINATION BY                    PAGE
         Mr. Slonim............................5
4
         Mr. Tsadik..........................165
5
6
7         EXHIBITS FOR REFERENCE
8  EXHIBIT       DESCRIPTION          PAGE
9  1 - Notice of Deposition...........................9
10 2 - Land Description..............................31
11 3 - Map...........................33
12 4 - Copy of Photo.................35
13 5 - Copy of Photo.................35
14 6 - Copy of Photo.................35
15 7 - Plaintiff Fact Sheet..........................50
16 8 - Patient Secure Message........................58
17 9 - "Roundup Check Doubles Your Risk of Lymphoma"..65
18 10- Labels........................80
19            --oOo--
20
      QUESTIONS INSTRUCTED NOT TO ANSWER/MARKED
21
       PAGE          LINE
22
       155            11
23
              --oOo--
24
25

Page 4

1            --oOo--
2       BE IT REMEMBERED, that set on Tuesday, the 13th
3  day of November, 2018, commencing at the hour of
4  10:01 a.m. thereof, at Oakland Marriott City Center, 1001
5  Broadway, Oakland, California, before me,
6  Kimberly E. D'Urso, an RPR and Certified Shorthand
7  Reporter of the State of California, there personally
8  appeared
9              SIMOUN GEBEYEHOU,
10    having been called as a witness by the
11 Defendant, who, having been sworn by me to tell the
12 truth, the whole truth, and nothing but the truth, was
13 thereupon examined and testified as hereinafter set
14 forth:
15           --oOo--
16
17           EXAMINATION
18 BY MR. SLONIM:
19    Q.  Good morning, Mr. Gebeyehou.  My name is Bert
20 Slonim.  I'm an attorney for the Monsanto Company, the
21 defendant in this lawsuit.
22        You are the plaintiff bringing this lawsuit;
23 correct?
24    A.  Correct.
25    Q.  Would you please state your full name and your

Page 5

1  home address for the record.
2     A.  Simoun Gebeyehou.
3
4     Q.  Mr. Gebeyehou, before we begin, I need to put a
5  statement on the record.  I note that Monsanto is
6  continuing to receive records from medical providers who
7  have treated you, as well as from your employers and
8  other types of records.  So we have not yet received the
9  complete set of records necessary for me to make sure
10 that I can ask all the questions that are needed.  For
11 that reason, Monsanto reserves its rights to continue
12 the deposition of Mr. Gebeyehou after today, based on
13 the additional records that are in the process of being
14 made available.
15        MR. TSADIK:  Objection to that, because I know
16 the record, up to now, shows Monsanto has received all
17 the medical records.  And I believe the Court has already
18 indicated what kind of records would be available from
19 the employment file.  And I would object to any kind of
20 reservation of time to have the deposition continued to
21 another date.  Just for the record.
22 BY MR. SLONIM:
23    Q.  Mr. Gebeyehou, you understand that you are
24 providing testimony today under oath; is that correct?
25    A.  Yes.

Simoun Gebeyehou

Page 54

1  to Roundup and to use as many rows as are necessary to
2  describe different periods of usage; correct?
3     A.  It says -- but small thing -- like from that
4  angle, yes.  But that doesn't necessarily mean that I
5  completely threw away all of what I had for -- since
6  2014.
7     Q.  What happened in 2014 that caused you to stop
8  using Roundup except for maybe an occasional use in 2016
9  afterwards?
10    A.  Okay.  You want to get the full story there?
11    Q.  Tell me the short story.
12    A.  The short story, 2014 -- 2014, the rumor going
13 out all over that Roundup causes cancer.  I talked to my
14 doctor.  And he did -- he kept quiet.  He didn't respond
15 to anything.  So I told him, "Is this" -- I said, "I
16 think this is caused by Roundup, my disease."  He didn't
17 say anything whatsoever.
18        I e-mailed him on the 14th, on the 2014, again
19 telling him that I really feel it is Roundup.  And also
20 I read it this time from Dr. Oz movie -- video -- I
21 mean, a show to some -- it was a credible person.  Also
22 I put an attachment to it, and I sent it to him.  He
23 didn't say anything.
24        So I continued using the Roundup, not as much
25 as I used to do in 2014, but -- until 2016.  And then a

Page 55

1  little while in 2016, I stopped a -- not -- a very --
2  friend doctor of mine, he sent to me an attachment to
3  me, credible information.  I think it was written by
4  International Cancer Society or something like that.  It
5  was an attachment.  Those are credible people.
6        MR. TSADIK:  You have to ask him a question.
7  This is narrative.
8        MR. SLONIM:  Counsel.
9        MR. TSADIK:  Object on the ground that this is
10 not really a deposition --
11       (Simultaneous speakers.)
12       MR. SLONIM:  Counsel.
13       MR. TSADIK:  Answering the question.
14       MR. SLONIM:  Counsel, just say "Objection."
15       MR. TSADIK:  Objection.  I am telling you
16 objection.  You ask your question.
17       THE WITNESS:  Ask --
18       MR. SLONIM:  And you interrupted his answer.
19 BY MR. SLONIM:
20    Q.  Dr. -- Mr. Gebeyehou, so do I understand that
21 you watched the Dr. Oz TV program?
22    A.  Right.
23    Q.  And did you watch a Dr. Oz TV program in
24 September 2014 that said that Roundup caused cancer?
25    A.  I'm not sure of the month, but probably you are

Page 56

1  right.  September.
2     Q.  Do you read articles published on an Internet
3  website called Rodale News?
4     A.  I don't remember.
5     Q.  Do you know what Rodale News is?
6     A.  No.
7     Q.  Did you ever read anything published by
8  rodalenews.com?
9     A.  No.
10    Q.  Do you recall reading an article on a website
11 in September 2014 that said Roundup caused lymphoma?
12    A.  Two websites, credible websites.  One is one
13 with Dr. Oz.  And then the other one where you asked me,
14 I answered.
15    Q.  So you recall that at some point in time in the
16 fall of 2014, you read on two websites that Roundup
17 caused lymphoma?
18    A.  I read on the website.  There's plenty.  But
19 the two credible attachments that made my decision from
20 two attachments.  The one attachment is Dr. Oz.  And the
21 one in 2016 was, if I recall, a technical paper written
22 in 2015.  But it come to my hand 2016.  When I -- when I
23 saw that, I stopped using it, especially Roundup.  So
24 when you say, did you use Roundup, yes, until 2014.  And
25 then 2016, I completely stopped.

Page 57

1     Q.  Dr. Pai -- is that how he pronounces his name?
2     A.  Dr. Pai.
3     Q.  Pai?
4     A.  Yeah.
5     Q.  Dr. Pai is a medical oncologist who treats your
6  cancer; is that correct?
7     A.  That's right.
8     Q.  Did you send an email to Dr. Pai in September
9  2014 about Roundup causing your cancer?
10    A.  Can you say it again?
11       MR. SLONIM:  I'll ask the court reporter to
12 read it back, please.
13       (Record read.)
14       THE WITNESS:  Thank you.
15       I don't remember the month.  But 2014, I
16 clearly remember I sent him an email with a big
17 exaggeration that I'm definitely sure now that my cancer
18 is caused by Roundup.  This way, I want to get his
19 attention.  I e-mailed it to him?
20 BY MR. SLONIM:
21    Q.  What else -- do you recall telling Dr. Pai
22 anything else?
23    A.  I sent him an attachment.
24    Q.  Okay.
25    A.  He never responded.  That's 2014.

## Page 58

1  (Exhibit Number 8 was marked.)
2  BY MR. SLONIM:
3  Q. Mr. Gebeyehou, we've marked as Deposition
4  Number 8, a portion of the medical records that were
5  produced to us by Kaiser Permanente that include an
6  email from you, dated September 24th, 2014, sent at 3:56
7  in the afternoon, Pacific Daylight Time, to Dr. Pai.
8     Does that refresh your recollection, that on
9  September 24th, 2014, at 3:56 in the afternoon, you
10 wrote to Dr. Pai about Roundup and your cancer?
11 A. That's what I just said.
12 Q. Okay.
13 A. Now that you got that information from Kaiser,
14 I would believe that this is right.  September.
15 Q. We have marked that document as Deposition
16 Number 8. Can you take a look at that email in the
17 middle of the page and identify that as the email that
18 you sent to Dr. Pai?
19 A. Well, I'll take your word.  And I don't know
20 why you -- oh, yeah.
21 Q. That's your email and that's your name?
22 A. Oh, yeah.
23 Q. You signed it Simoun; right?
24 A. Yes.  That's right.
25 Q. And I yellow highlighted the last two

## Page 59

1  paragraphs. Let me read the next to last paragraph.  It
2  begins with the first three letters "BTW." Does that
3  stand for "by the way"?
4  A. By the way.
5  Q. Let me read that paragraph. It says: "By the
6  way, I am 95 percent sure that my cancer is caused by
7  Roundup herbicide.  It was all over on Dr. Oz about the
8  connection on this week's show too.  This is just to
9  send you advanced material and will chat with you about
10 the specifics on our next meeting."
11    Now, Mr. Gebeyehou, you told Dr. Pai that you
12 were 95 percent certain that your cancer was caused by
13 Roundup and that information was on the Dr. Oz TV show
14 during the week of September 24th, 2014; correct?
15 A. Correct.
16 Q. Tell us what you recall was said on the Dr. Oz
17 TV show the week of September 24th, 2014 regarding
18 Roundup and cancer.
19 A. Well, I don't remember exactly how it came
20 about.  But the only thing I remember is, to me, while
21 they're explaining how -- from Roundup exposure, the
22 way -- how the exposure takes through, exactly the same
23 way I was applying it, having no gloves and wind and by
24 no cover and everything.  Exactly what I'm doing.  So
25 that made me sure -- certain that they were talking

## Page 60

1  about me.
2  Q. In your recollection, did Dr. Oz report that
3  the use of Roundup, the way you were using it, caused
4  cancer?
5  A. That's what they say, yeah.
6  Q. And did Dr. Oz recommend that viewers should
7  avoid exposure to Roundup?
8  A. Now, I don't remember the specifics.  It's been
9  four years, three years.  But the only thing I remember
10 is they were talking about Roundup exposure.  The
11 definition of their exposure if I recall was the way I
12 was applying it.
13 Q. Did anyone watch the Dr. Oz TV program with
14 you?
15 A. No, no, no.  All by myself.
16 Q. Your wife did not watch that TV program with
17 you?
18 A. Ask her.  I don't remember.
19    THE WITNESS: Did you --
20    MR. TSADIK: No, no, no.  Please.
21    MR. SLONIM: No.
22 BY MR. SLONIM:
23 Q. These questions, Mr. Gebeyehou, you have to
24 answer.
25 A. I understand.  Okay.

## Page 61

1  Q. So let me ask you this.
2  A. We have televisions -- two, three televisions
3  in the house.  So maybe she saw it --
4     MR. TSADIK: No, no.  You don't need to say
5  this.
6  BY MR. SLONIM:
7  Q. Your letter says that it was "all over the
8  Dr. Oz TV program this week."
9     Do you recall that there was more than one TV
10 program on Dr. Oz the week of --
11 A. No.  One.  But give it a good coverage.
12 Q. So there was one program that had a lot of
13 coverage. Do you remember how long the show where this
14 segment was?
15 A. Oh, my goodness.  I don't remember that.
16 Q. Was it more than five minutes?
17 A. Oh, yeah.  There was -- there was --
18    (Reporter clarification.)
19    THE WITNESS: I take it back.  I don't know
20 whether there was somebody -- he was talking with
21 somebody else.
22    MR. TSADIK: Don't speculate, please.
23    THE WITNESS: I'm not even sure.
24    MR. TSADIK: If you don't remember, you don't
25 remember.

| Page 62 | Page 64 |
|---|---|
| BY MR. SLONIM:<br>Q. So my question is: Do you remember if the segment that Dr. Oz had, that you watched on September 24th, 2014 -- or that week -- that talked about Roundup causing cancer, was that more than five minutes, as best you can recall?<br>A. I don't remember.<br>Q. Did you -- after you saw that program, you watched that program; correct?<br>A. Correct.<br>Q. And after you watched that program, did you talk to anyone about that Dr. Oz program?<br>A. No. I immediately -- I don't remember.<br>Q. Did you talk to your wife Helen about that program?<br>A. She really don't get involved with -- maybe I did.<br>MR. TSADIK: You can't look at her now.<br>BY MR. SLONIM:<br>Q. Wouldn't it be natural if you saw a TV program with Dr. Oz that you thought said Roundup caused your cancer that you would have spoken to your wife about it?<br>A. Well, I've told her so many of them throughout the month, so she already knew that I'm targeting my focus on Roundup. Whether that particular day, whether | on September 24th, 2014? Do you have that in front of you?<br>A. Yes.<br>Q. The last paragraph, I also yellow highlighted. I will read it aloud to you. It states, and I quote, "There is no question that there is a direct link between Roundup and non-Hodgkin's lymphoma. Click on the following link and read the article entitled 'Roundup Chemical Doubles Your Risk of Lymphoma,'" and then there's a website address: "Http:\\www.rodalenews.com\roundup-lymphoma."<br>Do you recall writing that to Dr. Pai?<br>A. Oh, yeah.<br>Q. And you told him that there was no question in your mind at this time that there was a direct link between Roundup and your non-Hodgkin's lymphoma; correct?<br>A. Okay. Yes. That's what I said. I said by my definition, there's no question in my mind, is to get his attention, an exaggerative. Maybe I even said 95 percent of --<br>Q. You also told Dr. Pai that there was an article that was published on the rodalenews.com website, and you told him that he should click on the link to look at that article; correct? |

| Page 63 | Page 65 |
|---|---|
| I told her or not, I don't know. But it was all over that -- Roundup at the time. And I was more interested to dig in and see -- and then I might have told her.<br>Q. When you say it was "all over" -- "all over" about Roundup about that time, what do you mean? Where else did you read it?<br>A. Everybody talks on the Internet. Just go to Google and write Roundup and cancer.<br>Q. Okay. So you saw it on Dr. Oz and then you looked on the Internet?<br>A. Before Dr. Oz, I knew that there was such a rumor, I call it.<br>Q. And then you saw the Dr. Oz program, and you thought that that was the way you applied it?<br>A. That's also -- not only to his five-minute show. There was an attachment that went together to the -- Dr. Pai.<br>Q. So after you saw the Dr. Oz show, did you go on the Internet and do more research to see what was available?<br>A. I was alarmed. Yes, maybe.<br>(Reporter clarification.)<br>BY MR. SLONIM:<br>Q. Can you turn your attention back to Exhibit Number 8, which was the email that you wrote to Dr. Pai | A. Rodale?<br>Q. Yes.<br>A. I don't know what -- I don't give attention to the link.<br>Q. But you told him to click on the link to the Internet to read an article entitled "Roundup Chemical Doubles Your Risk of Lymphoma;" correct?<br>A. Right.<br>(Exhibit Number 9 was marked.)<br>BY MR. SLONIM:<br>Q. We've marked as Deposition Exhibit Number 9 a printout from the rodalenews.com website entitled "Roundup Chemical Doubles Your Risk of Lymphoma." This is the article that you told Dr. Pai that you wanted him to read; correct?<br>MR. TSADIK: Objection.<br>Okay. Go ahead.<br>THE WITNESS: First of all, the article in detail, I might have not read it. But the title, catch the phrase, and maybe that's why I sent to him.<br>BY MR. SLONIM:<br>Q. The article that we have marked as Deposition Exhibit Number 9, which is the article from rodalenews.com about Roundup and is entitled "Roundup Chemical Doubles Your Risk of Lymphoma," that is the |

Page 66

1  specific article that you told Dr. Pai he should read
2  when you wrote to him on September 24th, 2014; correct?
3     A.  Correct.
4     Q.  Okay.  And let's look at the first paragraph of
5  the article.  I'll read it.  It states, in the first
6  paragraph, and I quote:  "There has" -- "There's been a
7  striking increase in the number of non-Hodgkin's
8  lymphoma cases over the past three decades, and a major
9  new scientific review suggests chemical pesticides,
10 particularly glyphosate, the active ingredient in the
11 popular weed killer Roundup, are playing an important
12 role in fueling that cancer."
13     Do you recall reading that --
14     MR. TSADIK:  Objection.
15     THE WITNESS:  Let me say that --
16     MR. TSADIK:  He answered the question.  You're
17 asking him another question.  He said he didn't remember
18 reading it.  That's what he said.  Look at it.
19     THE WITNESS:  First of all, I don't even get
20 that statement.  For the first time today, you're giving
21 me the name Rodale.  All I'm saying is all the rumors and
22 the -- and the write-ups are all cancer and Roundup.
23 Beyond that, I didn't go into the detail -- I don't even
24 remember what this says, except the title.  So he can
25 make a decision what he believes or what he doesn't need

Page 67

1  to believe.
2  BY MR. SLONIM:
3     Q.  Mr. Gebeyehou, take a look at Deposition
4  Exhibit Number 8, your email.
5     A.  Right.
6     Q.  Your email states to Dr. Pai:  "Click on the
7  following link and read the article entitled 'Roundup
8  Chemical Doubles Your Risk of Lymphoma,'" and then gives
9  the website www.rodalenews.com.
10    You wrote that; correct?
11    A.  Yeah.
12    Q.  And the document we have marked as Exhibit
13 Number 9, this is an article published from
14 www.rodalenews.com.  And it's -- the title of the
15 article is "Roundup Chemical Doubles Your Risk of
16 Lymphoma."  This is the specific article that you told
17 Dr. Pai you wanted him to read regarding the link -- the
18 direct link between Roundup and your non-Hodgkin's
19 lymphoma; correct?
20    A.  Correct.  But not necessarily this is one of
21 the guidelines -- I'm not writing him just an email
22 without any material that others are considering it as
23 Roundup, cancer-causing agent.  But to me, to give
24 him -- why did you give him this credibility, to this
25 name, I have no idea what they are.  But that's one of

Page 68

1  the rumors on the --
2     (Simultaneous speakers.)
3     Q.  The first paragraph of the article that you
4  told Dr. Pai you wanted him to read states that Roundup
5  is fueling non-Hodgkin's lymphoma.
6     You have non-Hodgkin's lymphoma; correct?
7     MR. TSADIK:  Objection.  Misrepresents his
8  testimony.
9     THE WITNESS:  Should I answer?
10    MR. TSADIK:  You can answer, yeah.
11    THE WITNESS:  Say it again.
12    MR. SLONIM:  I'll ask the court reporter to
13 read it back to us.
14    (Record read.)
15    THE WITNESS:  I have non-Hodgkin's lymphoma.  I
16 have non-Hodgkin's lymphoma.
17 BY MR. SLONIM:
18    Q.  Okay.  So you have the type of cancer that this
19 article is talking about; correct?
20    A.  This was during my chemotherapy time.
21    Q.  So during the time of your chemotherapy in
22 September of 2014, you were -- you had non-Hodgkin's
23 lymphoma; correct?
24    A.  I have non-Hodgkin's lymphoma.
25    Q.  Okay.  In fact, that's the subject of your

Page 69

1  lawsuit; right?
2     A.  That's right.
3     Q.  Okay.  And this article that you sent to
4  Dr. Pai in two thousand -- September 24th, 2014 states
5  that the popular weed killer Roundup is fueling that
6  cancer; correct?
7     MR. TSADIK:  The document speaks for itself.
8  Objection.
9     THE WITNESS:  Anyway, listen.  What I wrote him
10 was -- is not page by page.  Why did you write him?  This
11 is fake news or fake news.  It's up to you.  But it's to
12 give him his attention.  It's not coming only out of my
13 mind.  There are others intending to connect lymphoma
14 with Roundup.  Beyond that, it's just for him -- I just
15 want him to focus his solution and also with Dr. Oz
16 because he wouldn't have taken it out.
17 BY MR. SLONIM:
18    Q.  Now, in the middle of this -- in the middle of
19 the first page of this article that you sent to Dr. Pai
20 about Roundup doubling the risk of lymphoma, it refers
21 to the International Agency for Research on Cancer;
22 correct?
23    A.  No.  That one is 2015.  No.
24    Q.  I'm taking the yellow highlighter to the middle
25 of the first page of Deposition Exhibit Number 9, and

Page 70

1  I'm highlighting that first sentence in the middle of
2  the page.
3       MR. TSADIK: Objection. I mean, I object to
4  this document because you have not established --
5       (Simultaneous speakers.)
6       MR. SLONIM: Counsel.
7       MR. TSADIK: -- the timeline of this document.
8       MR. SLONIM: Counsel.
9       MR. TSADIK: You have to show, this is a
10  document that he sent --
11       MR. SLONIM: Counsel.
12       MR. TSADIK: -- to Dr. Pai.
13       Have you established that?
14       MR. SLONIM: Counsel, the word is "Objection."
15       MR. TSADIK: Objection. Yeah.
16       MR. SLONIM: Nothing more.
17  BY MR. SLONIM:
18    Q.  Mr. Gebeyehou, take a look, please, at Exhibit
19  Number 9, the middle of the page, the sentence that I
20  yellow highlighted. It states, and I quote: "The
21  International Agency for Research on Cancer, researchers
22  found that exposure to glyphosate doubled a person's
23  risk of developing non-Hodgkin's lymphoma."
24       MR. TSADIK: Objection.
25  BY MR. SLONIM:

Page 71

1    Q.  Does that refresh your recollection that when
2  you sent the article to Dr. Pai on September 24th, 2014,
3  that IARC had reported that exposure to glyphosate
4  doubles a person's risk of developing non-Hodgkin's
5  lymphoma?
6       MR. TSADIK: Objection. Misrepresents his
7  testimony. He said he never read this article in his
8  testimony here.
9       THE WITNESS: The only thing I read is the
10  title to give him attention that I'm not talking from my
11  mind. I have some fact. But whether this is true or
12  not, whether I should have proved it, I don't know.
13  BY MR. SLONIM:
14    Q.  The article -- you agree with me that the
15  article that you sent to Dr. Pai states that IARC, the
16  International Agency on Cancer -- for Research on Cancer
17  reports that glyphosate doubled a person's risk of
18  developing non-Hodgkin's lymphoma?
19       MR. TSADIK: Objection.
20       THE WITNESS: I didn't read it.
21  BY MR. SLONIM:
22    Q.  You sent him an article and you told him to
23  read it, but you didn't read it?
24    A.  Exactly.
25    Q.  In your email, you said to Dr. Pai -- I'm

Page 72

1  referring now to Exhibit Number 8. You said, and I
2  quote: "This is just to send you advanced material.
3  And will chat with you the specifics on our next
4  meeting."
5       Is it your testimony under oath that you sent
6  Dr. Pai material that you had not read that you were
7  going to discuss with him?
8    A.  Exactly.
9    Q.  The article states in the paragraph above,
10  immediately above the yellow highlighted sentence, that
11  there was an article about Roundup that was published in
12  the International Journal of Environmental Research in
13  Public Health that examined 44 papers. When you sent
14  this article to Dr. Pai, was that something that you
15  wished him to consider, the fact that the International
16  Journal of Environmental Research had published a review
17  that looked at 44 papers about Roundup?
18       MR. TSADIK: Objection.
19       THE WITNESS: You keep going to the same thing.
20  All I did was to get attention. This is a topic that's
21  all over -- I didn't say this is -- Roundup by itself is
22  correct -- that it caused cancer or causes cancer. It's
23  not the issue. The issue is it is on public record that
24  everybody is talking about it. If it is fake or not fake
25  is up to you guys to prove it. Even after today, it's

Page 73

1  not proved anyway if that's what you say it is. But
2  you're going to the technical aspect of it, and you're
3  asking me --
4       MR. TSADIK: No, no. Just answer the question,
5  please.
6  BY MR. SLONIM:
7    Q.  Turn, please, to the second page of Deposition
8  Exhibit Number 9, the Rodale article. Turn, please, to
9  the second page. Let me yellow highlight it.
10       (Pause.)
11  BY MR. SLONIM:
12    Q.  On page 2 of the article, in the middle of the
13  page where I have yellow highlighted, the article
14  states: "To avoid Roundup around your home, use safer
15  weed killing products like BurnOut." The article that
16  you sent to Dr. Pai specifically recommends that people
17  avoid exposure to Roundup and that they use other kinds
18  of weed killing products; correct?
19       MR. TSADIK: Objection.
20       THE WITNESS: Listen, I'm not -- as I said, I
21  haven't read it. I'm not defending them, whether it's
22  fake or not. The only thing -- I don't care whether they
23  are right or not right. The only thing is I'm just going
24  to give something to him. There is an issue for
25  discussion.

# Gebeyehou Deposition Exhibit 8



**THE PERMANENTE MEDICAL GROUP**

OAK-BROADWAY
3701 BROADWAY
OAKLAND CA 94611-5613
Encounter Record

Gebeyehou, Sioum
MRN: ▮▮▮▮, DOB: ▮▮▮▮, Sex: M
Encounter date: 9/24/2014

## Patient Secure Message
9/24/2014

### Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 9/24/2014 | Pai, Ashok Pandurang (M.D.) | ADULT HEMATOLOGY/ONCOLOGY/INFU | 892599986 |

### Encounter Messages

**RE: Follow up Tests**

From: Ashok Pandurang (M.D.) Pai
Last Read in kp.org
9/24/2014  5:47 PM by Sioum Gebeyehou

To: Sioum Gebeyehou

Sent and Delivered: 9/24/2014  4:27 PM

Hi Sioum, if you are not having any new symptoms, I would wait until late Oct 2014 and repeat the MRI, since that was the test that gave us the most information. Repeating the MRI now will give us little information, and we will have to repeat it again in 2-3 months anyway. The radiation that your body is getting from the scans will also be problematic long term, so let's wait till at least late Oct 2014 to repeat the MRI first.

Sincerely
Ashok Pai, MD

**Previous Messages**

----- Message -----
From: GEBEYEHOU, SIOUM
Sent: 9/24/2014  3:56 PM PDT
To: ASHOK PANDURANG PAI MD
Subject: Follow up Tests

Dear Dr Pai,
For the last few weeks, I have been listening to my body, to document permanent and temporary side effects. Still in progress.
My last chemo was June 3rd.. about 4 mo.
My PET scan was July 29..2 mo.
My MRI Scan was Aug 25 ...1mo.

I would like to take these two tests again, and please let me know as to when you would like to schedule me for these two tests.

BTW, I am 95% sure that my cancer is caused by Roundup herbicide. It was all over on Dr OZ about the connection on this week show too. This is just to send you advance material, and will chat with you the specifics on our next meeting.

There is no question that there is a direct link between Round Up and Non-Hodgkins Lymphoma. Click on the following link and read the article entitled, "Roundup Chemical Doubles Your Risk of Lymphoma". http://www.rodalenews.com/roundup-lymphoma

Sioum

EXHIBIT
8 Gebeyehou
11/13/18
PENGAD 800-631-6989

**Follow up Tests**

From: Sioum Gebeyehou
To: Ashok Pandurang (M.D.) Pai
Sent: 9/24/2014  3:56 PM

Dear Dr Pai,
For the last few weeks, I have been listening to my body, to document permanent and temporary side effects. Still in progress.
My last chemo was June 3rd.. about 4 mo.
My PET scan was July 29..2 mo.
My MRI Scan was Aug 25 ...1mo.

I would like to take these two tests again, and please let me know as to when you would like to schedule me for these two tests.

BTW, I am 95% sure that my cancer is caused by Roundup herbicide. It was all over on Dr OZ about the connection on this week show too. This is just to send you advance material, and will chat with you the specifics on our next meeting.

Confidential-Gebeyehou-SGebeyehou-KPNValley-MD-002602