# EXHIBIT 12

**Report of Michael L. Grossbard, MD**

**RE:  Edwin Hardeman**

Michael L. Grossbard, MD
Perlmutter Cancer Center
NYU Langone Health
240 East 38th St.
19th Floor

November 26, 2018

**Personal Qualifications/Experience:**

I am a medical oncologist and a Professor of Medicine at NYU School of Medicine. Between January 2015 and December 2016, I served as the interim Co-Chief of the Division of Hematology and Oncology at NYU Langone Health. I have an active practice in Medical Oncology with a focus on hematologic malignancies. I am currently the Section Chief for Hematology at NYU Langone Health and the Perlmutter Cancer Center as well as the Section Chief, Hematology/Oncology, Tisch Hospital.

Between April 2000 and August 2014, I served as Chief of Hematology/Oncology at both St. Luke's-Roosevelt Hospital Center and Beth Israel Medical Center in New York, NY. From 2000 until 2007, I was an Associate Professor of Clinical Medicine at Columbia University College of Physicians and Surgeons. In 2007, I was promoted to Professor of Clinical Medicine and subsequently to Professor of Medicine. In 2013, SLRHC and BIMC merged with Mt. Sinai Hospital and I became a Professor of Medicine at the Icahn School of Medicine.

I am a summa cum laude graduate of Harvard College and a cum laude graduate of Yale University School of Medicine. I completed an internship and residency at Massachusetts General Hospital and a fellowship in Medical Oncology at Dana-Farber Cancer Institute. Until April 2000, I was a staff medical oncologist at Massachusetts General Hospital and an Assistant Professor of Medicine at Harvard Medical School. At Massachusetts General Hospital, I directed the Lymphoma Program from 1993-2000 and served as medical oncology directory of the Gastrointestinal Cancer Program from 1998-2000. In addition, I was an active participant in the Melanoma, Breast Cancer and Thoracic Oncology Programs at Massachusetts General Hospital.

I am board certified in Internal Medicine (1989) and in Medical Oncology (1991; recertified 2001 and 2011).

I have published extensively in the area of non-Hodgkin's lymphoma and also have published in the areas of breast cancer, gastrointestinal oncology, thoracic oncology and melanoma. I have served on several editorial boards in the past, including as a member of the editorial boards of *The Oncologist* (section editor, Lymphoma) and *Clinical Lymphoma*.

I have authored or co-authored more than 100 primary articles and review articles, many of which are related to the therapy and management of lymphoma. I have edited two books, one on Monoclonal Antibody Therapy of Cancer, and a second book on Lymphoma. I have been listed in Best Doctors in America since 1998. I also have been listed in Top Doctors in New York and Top Doctors in America since 2001. My curriculum vitae is attached as Ex. A.

Along with my current positions in administration, I evaluate and treat 200-250 new patients with non-Hodgkin's lymphoma each year and remain as the primary oncologist for hundreds of other patients with lymphoma who have previously completed therapy. I am actively involved in teaching of both Hematology/Oncology fellows and Internal Medicine Residents and also teach medical students both in the classroom and at the bedside. Over the past year, I have served as the Hematology/Oncology Fellowship Training Program director for NYU Langone Health.

I am paid $600 per hour for medical record review and report preparation and $5000 per day for testimony at depositions and at trial. A list of my testimony over the past four years is attached as Ex. B. A list of materials that I have reviewed is attached as Ex. C. A list of medical and scientific references that I have considered is attached as Ex. D.

In addition, I am relying on my extensive personal academic and clinical experience in the treatment of lymphoma, including my leadership of academic lymphoma programs from 1993 through 2014. I also have relied on standard sources of medical information including DeVita, Hellman and Rosenberg's Cancer: Principles & Practice of Oncology, 10th Edition (2015) and Up to Date, an on-line textbook of medicine.

**Case Review:**

In this report, I will address the specific case of Edwin Hardeman, review his medical history, and comment on his specific diagnosis of diffuse large B-cell lymphoma (a subtype of non-Hodgkin lymphoma (NHL)) including his treatment and prognosis. In addition, I will comment on potential etiologies of his cancer and place this within the perspective of NHL presentation in general in the United States.

As a medical oncologist, I understand that the etiology of NHL is multifactorial and may be related to genetic, biological and environmental factors. For most cases of NHL, the specific underlying etiology remains unknown. It is scientifically impossible for anyone to conclude that exposure to Roundup either induced or contributed to Mr. Hardeman's NHL because there is no validated medical test, procedure or protocol for making such a determination. To the extent that an etiology of his lymphoma can be ascertained, Mr. Hardeman had several known risk factors for NHL and there is strong medical evidence to suggest that his prior infection with hepatitis C was a substantial contributing factor to his development of NHL.

**Assessment of Plaintiff Edwin Hardeman:**

**Clinical History:**

Edwin Hardeman was born 7/20/48 in San Francisco, California. By his records, he had no family history of cancer and, specifically, no family history of non-Hodgkin's lymphoma. At his deposition, he reported that his brother may have had skin cancer.

He was a former cigarette smoker, who discontinued smoking in 1980. He also had a history of glaucoma, hypertension, basal cell carcinoma in the leg, and eczema, as well as cirrhosis, splenomegaly and thrombocytopenia as a result of hepatitis C infection.

He was president and CEO of Bayworld Industries, a company that manufactured signs, from January 1993 until December 2014. There was no suggestion of any workplace exposure to Roundup.

Mr. Hardeman reported the use of Roundup starting in approximately 1986. He reported that between 1986 and 1988 he used a pump up sprayer to spray Roundup in his yard approximately 1-2 times per month to control weeds around his driveway and home (5 acres). He also reported between 1988 and late 2011 using Roundup with a pump up sprayer and hand sprayer biweekly from approximately May-December to control poison oak on his driveway, embankments, and a detached garage (56 acres).

Mr. Hardeman received his medical care at Kaiser-Permanente. A letter from Dr. Ruffner-Statzer to Mr. Hardeman on 1/13/09 indicated that an abdominal ultrasound demonstrated changes consistent with cirrhosis. Dr. Ruffner-Statzer's office note from 7/16/09 indicates that Mr. Hardeman had a history of hepatitis C (HCV), genotype 2b for many years; Between 12/05 and 11/06 his HCV was treated with Pegasys interferon and Ribavirin and he completed therapy in 11/06. Dr. Ruffner-Statzer also noted that his HCV RNA was negative by transcription-mediated amplification (TMA) in January 2007 and January 2009. He was noted to have cirrhosis and splenomegaly in her note from 7/16/09.

On 5/20/11, Mr. Hardeman was evaluated by Dr. Carl Turk for a 1 cm right side mobile, rubbery lymph node above the larynx. Mr. Hardeman e-mailed Dr. Turk on 6/27/11 to indicate that the lymph node still was swollen. At a follow up visit on 6/30/11, the lymph node persisted but the decision was made to observe rather than biopsy.

In December 2014, at age 66, he felt non-tender lumps on the right neck that were subsequently identified as lymph nodes. He saw Dr. Todd Antenucci on 12/26/14, and the exam

3

revealed a 1 cm right anterior cervical node and a right submandibular node. His height at that time was 69 inches and his weight 218 pounds, with a BMI 32.18 kg/m2. On 1/28/15 he underwent FNA of a right neck lymph node and pathology demonstrated an extensively necrotic neoplasm. He subsequently underwent a core biopsy that demonstrated a diffuse large B-cell lymphoma (DLBCL) with Ki-67 80%. Immunohistochemistry was positive for CD20 and PAX 5 but negative for CD10. FISH studies revealed a BCL-6 rearrangement. There was no BCL-2 or MYC rearrangement, but there was a deletion of BCL-2.

A CT scan of the neck on 2/3/15 demonstrated multiple nodal masses in the right neck. There was a node adjacent to the right mandibular angle measuring 3.0 x 2.7 x 3.3 cm. A 2nd lymph node in the same region measured 2.9 x 2.2 x 2.0 cm and a right supraclavicular lymph node measured 2.1 x 1.8 x 1.7 cm. There were subcentimeter lymph nodes in the left neck.

A PET/CT on 2/20/15 demonstrated a right submandibular node extending into the right jugulodigastric region had an SUV of 24. There was additional hypermetabolic abdominal adenopathy in the peripancreatic region with SUV 10. Testicular uptake also was identified on the PET imaging, but a subsequent testicular ultrasound revealed a large spermatocele without evidence of a mass. A bone marrow biopsy on 2/23/15 was negative for evidence of involvement by lymphoma.

His LDH was 171, which was within normal limits. Laboratory evaluation also demonstrated that he had evidence of prior hepatitis B exposure. His hepatitis B (HBV) surface antigen and surface antibody were negative, but his HBV core antibody was positive. HBC antibody was positive.

He received chemotherapy with 6 cycles of rituximab plus CHOP administered between 2/24/15 and 6/9/15. He also received lamivudine for prophylaxis against reactivation of HBV. Following cycle 2 of therapy he developed febrile neutropenia despite the use of Neupogen support beginning with that cycle of therapy. Mr. Hardeman also reports that he was forced to retire after January 2015 at the time that his lymphoma was treated with chemotherapy.

A restaging PET/CT on 7/10/15 demonstrated a decrease in size of the right cervical adenopathy with resolution of hypermetabolism. The largest lymph node, deep to the sternocleidomastoid muscle, measured 14 mm, decreased from 25 mm. Previously seen hypermetabolic peripancreatic, right retroperitoneal, and right iliac chain nodes had resolved. He has been in complete remission since July 2015.

Repeat CT scans of the neck, chest, abdomen, and pelvis on 2/26/16 demonstrated a significant improvement in the right cervical adenopathy with the largest residual node measuring 1.4 cm. There was evidence of sigmoid diverticulitis, but no evidence of other areas of adenopathy or splenomegaly.

On 6/28/17, Mr. Hardeman underwent a repeat CT scan of the neck that demonstrated a stable 13 mm right cervical node, now with some central enhancement.

In approximately 2001, Mr. Hardeman was diagnosed with a basal cell carcinoma of the skin and more recently with a melanoma in situ. CT scans of the chest, abdomen, and pelvis on 6/15/18 demonstrated a small gallbladder polyp, stable chest wall lipoma, and no evidence of recurrent lymphoma.

CT scan of the chest, abdomen, and pelvis on 7/27/18 demonstrated a stable right lateral chest wall lipoma. There was mild diffuse hepatic steatosis and a suggestion of a 4 mm gallbladder polyp. There was no splenomegaly or evidence of recurrent lymphoma.

In July 2018, he was found to have a 20 x 30 mm macule on the left shoulder. A shave biopsy demonstrated melanoma in situ extending to the margins of the biopsy site. On 9/4/18, he underwent wide excision of a melanoma in situ involving the left shoulder. He has not had a recurrence of his lymphoma, now approximately 3.5 years after the completion of his chemotherapy.

**Discussion of Mr. Hardeman's Case**

I have been asked to assess the potential role of Roundup in the causation of Mr. Hardeman's DLBCL. The initiation of cancer results from a complex interplay of genetic, biological and environmental influences. At the outset, it is critical to note that the specific etiology of NHL in any given patient can only rarely be identified. In my assessment, I will rely on my years of experience treating patients with NHL as well as published literature describing risk factors for the development of NHL that are relevant to this case.

In addressing this question, it is critical to understand that a diagnosis of NHL represents the diagnosis of one out of more than 100 different pathologic entities of NHL as defined by the World Health Organization. NHL is a common disease, with an anticipated 74,680 diagnoses in the United States in 2018 (Siegel, 2018), and DLBCL is the most common form of NHL. According to SEER data (https://seer.cancer.gov/statfacts/html/nhl.html), approximately 2.1% of people in the United States will be diagnosed with NHL at some point during their lifetime and NHL represents the seventh most common type of cancer. The incidence of lymphoma increases with age, with 55% of patients diagnosed at age 65 or older only 21% of cases diagnosed in individuals under age 55. The disease is well-described in DeVita et al, cited above and also in a book that I edited, Malignant Lymphomas.

It is important to distinguish between risk factors for the development of a NHL and the cause of NHL. Risk factors increase the likelihood of developing NHL but do not necessarily cause the NHL. In contrast, when a patient has been exposed to radiation therapy and subsequently develops lymphoma within the radiation field, it is likely that radiation therapy caused a mutation that led to the lymphoma.

Mr. Hardeman was diagnosed with a stage III DLBCL. The median age of NHL at diagnosis is 60-65 years old, so Mr. Hardeman's age at diagnosis was typical for patients with this disease. Mr. Hardeman had a known history of HCV as well as evidence of prior infection of HBV, based upon the presence of a positive core antibody.

Mr. Hardeman's records also indicate that he had an enlarged right cervical lymph node as early as May 2011. Because no biopsy was done it is not possible to know whether this was a low grade NHL (caused by HCV) which ultimately transformed to the DLBCL that ultimately was diagnosed. The transformation of low grade to aggressive NHL is a common phenomenon and occurs in 10-30 percent of patients with low grade NHL. While there is no requirement that this phenomenon occurred in order to state that Mr. Hardeman's DLBCL is related to hepatitis C infection, it would certainly date the actual development of his lymphoma back several years.

There are established risk factors for the development of NHL and many of these risk factors are specific to the development of particular subtypes of the disease. Infectious agents including bacteria and viruses have been demonstrated to contribute to lymphoma development. For example, marginal zone lymphoma of the stomach is related to infection with Helicobacter pylori. Chronic immunosuppression, in the setting of either immunosuppressive medications or HIV infection, represents another risk factor for the development of NHL. Recent articles have extensively reviewed the epidemiology of NHL (Chihara, 2015; Ekstrom-Smedby, 2009) and have cited risk factors for DLBCL including autoimmune disease, HCV infection, first-degree family history of NHL, higher BMI as a young adult, smoking, Epstein Barr virus, HIV infection, immunosuppression, and Benzene.

Mr. Hardeman was considered obese at the time of diagnosis with a BMI 32. Larsson and Wolk (2007) published a meta-analysis using data from 16 studies and showed that the relative risk of lymphoma was 1.20 (95% CI 1.07-1.24) for those individuals with a BMI above 30 as compared with individuals with a BMI $\leq 25$. Notably, six of the studies reported results on DLBCL and showed that the RR of DLBCL was 1.40 (95% CI 1.18-1.66). In other words, obesity was associated with a 40% increased risk of developing DLBCL.

In another assessment of the link between obesity and lymphoma, Castillo et al (2014) reported a meta-analysis of 14 studies to assess the RR of DLBCL incidence in overweight and

obese individuals compared with people of normal weight. The RR in overweight individuals was 1.14 (95% CI 1.04-1,24), and the RR in obese individuals was 1.29 (95% CI 1.16-1.43).

In the case of Mr. Hardeman, he had a prior history of HCV and HBV. Both HCV and HBV can cause chronic hepatitis and represent an established cause of both cirrhosis and hepatocellular carcinoma. Mr. Hardeman's records document the presence of cirrhosis on an abdominal ultrasound in 2009. Given that his original infection with hepatitis was in 1966, he undoubtedly had cirrhosis for many years, likely four decades, prior to completing treatment for his HCV in 2006.

Multiple published studies have documented a role for HCV infection in the causation of NHL. Literature dating back more than 15 years demonstrates an increased risk of NHL in patients with HCV infection with common subtypes including marginal zone lymphoma, lymphoplasmacytoid lymphoma and DLBCL (Turner, 2003; Mihalia, 2016). Several mechanisms have been postulated whereby chronic HCV infection can induce the proliferation of B-lymphocytes. Subsequent molecular alterations in these proliferating lymphocytes may play a role in a multi-step process of malignant transformation. For example, even in the absence of overt lymphoma, circulating lymphocytes in HCV infection have been shown to have a high incidence of the t(14;18) resulting in over-expression of BCL-2. Furthermore, there is evidence that HCV infects and replicates in the B-cells of patients with chronic HCV and that peripheral B cells serve as a reservoir of HCV infection (Ito, 2011). Clearance of virus from plasma by interferon and ribavirin may not eliminate virus from peripheral blood B-cells. Ultimately, the B-cell proliferation process/lymphoma is independent of active viral infection (Tasleem, 2015). Exposure of B-cells to HCV in vitro has been associated with a five to ten-fold increase in mutations in oncogenic targets, including BCL6 mutations (Machada, 2004), the same mutation evident in Mr. Hardeman's DLBCL. The IARC monograph on hepatitis C cites numerous studies related to the carcinogenicity of hepatitis C and concludes that "Chronic infection with hepatitis C causes hepatocellular carcinoma and non-Hodgkin lymphoma."

In 2006, Dal Maso and Franceschi published a meta-analysis assessing 15 case control studies and three prospective studies to assess the risk of lymphoma and other lymphoid neoplasms in patients with hepatitis C infection. Only studies with greater than 100 cases were included. The pooled relative risk of lymphoma in HCV positive individuals was 2.5 (95% C.I. 2,1-3.0). In fact, an elevated relative risk was observed in all 15 of the included case control studies.

Allison et al (2015) followed 12,126 individuals who were chronically infected with hepatitis C and assessed the incidence of cancer as compared with individuals in 13 SEER registries. With respect to the age adjusted incidence of NHL, the standardized rate ratio was 1.6 (95% CI 1.2-2.1).

Mele et al reported a case control study demonstrating the existence of an association between hepatitis C infection and lymphoma. They compared 400 lymphoma patients with 396 controls and identified an odds ratio (OR) of 3.1 (95% CI 1.8-5.2) for the development of NHL, adjusted by age, sex, level of education and place of birth. 19% of the 205 cases of DLBCL in this study were positive for hepatitis C virus. The OR for the development of aggressive NHL (most aggressive lymphomas in this study were DLBCL) was 3.9 (95% CI 2.3-6.7) with an adjusted OR 3.5 (95% CI 2.0-6.3).

As the foregoing studies indicate, the fact that Mr. Hardeman had his HCV infection successfully treated between 2005 and 2006 with interferon and ribavirin did not eliminate his significantly increased risk of NHL from the HCV infection. Enhanced B-cell proliferation secondary to HCV that occurred during his 40 years of infection was capable of causing harmful genetic changes in his B-lymphocytes before he cleared the virus. These changes increased his risk of developing lymphoma. Indeed, his lymphoma demonstrated evidence of a BCL6 translocation that likely occurred long before he demonstrated clinical manifestation of his

lymphoma. BCL6 translocations and mutations are known to contribute to the development and pathogenesis of B-cell lymphomas.

Mr. Hardeman also had evidence of prior hepatitis B infection, again with his infection likely dating back 40 years. Even in individuals who have developed hepatitis B surface antibody after infection, there is evidence that the virus is harbored in peripheral blood mononuclear cells (Cabrerizo, 2000). Persistence of the virus also has been recognized by the tendency for reactivation of hepatitis B in patients who are core antibody positive and are treated with Rituximab (an anti-CD20 monoclonal antibody) during lymphoma therapy. With respect to a mechanism for lymphomagenesis, Marcucci et al (2012) indicate that hepatitis B virus can infect lymphocytes as well as integrate into the host genome, leading to overexpression of cellular oncogenes or downregulation of tumor suppressor genes. Such individuals may be identified by the presence of anti-core antibody only, and the vast majority may have detectable HBV DNA in liver biopsy specimens. In addition, chronic antigenic stimulation can lead to an increased rate of mutations that can induce neoplastic transformation and proliferation. Wang et al (2018) demonstrated that positive rate of serum HBV was significantly increased in patients with DLBCL as compared with the general population (23,6% vs 7.2%; $p < 0.001$) and that HBV antigen and nucleic acid could be detected intracellularly in B-lymphocytes in vitro.

Marcucci et al reported a case control study to assess the presence of HBV and HBV virus based markers in 400 patients with newly diagnosed B-cell NHL and 392 controls (Marcucci, 2006). The prevalence of positivity for hepatitis B surface antigen was 8.5% among NHL cases and 2.8% among controls (OR 3.67; 95% CI 1.75-7.66). The OR for patients with aggressive NHL and anti-hepatitis B core antibody positivity was 1.27 but the 95% CI was 0.87-1.86). The ability to detect a significant impact of core antibody may have been limited by the small size of the study.

These findings were confirmed in a second case control study conducted by Wang et al that compared HBV markers in 587 patients with NHL to those in 1237 control patients who were diagnosed with another cancer (excluding hepatocellular carcinoma). 30.2 percent of the patents with B-NHL had evidence of HBV infection as compared with 14.8 percent of the other cancer patients (OR 2.6 with 95% CI 2.0-3.4). With respect to those patients who were anti-Hep C core antibody positive (like Mr. Hardeman) the OR was 1.8 (95% CI 1.4-2.2).

I also have reviewed the epidemiologic literature related to glyphosate, the active herbicidal agent in Roundup. I am aware that IARC published a monograph related to glyphosate in March 2015, stating: "There is *limited evidence* in humans for the carcinogenicity of glyphosate. A positive association has been observed for non-Hodgkin lymphoma." As a clinician with a particular expertise in the diagnosis and management of lymphoma, I am aware that the terms "limited evidence" and "association" do not establish causation. Beyond that terminology, it is critical to assess the evidence that IARC used to arrive at its conclusions.

IARC's assessment relied on numerous epidemiologic studies, with the largest studies involving agricultural workers and workers involved in pesticide application. Hence, findings from these studies would have limited relevance to the case of Mr. Hardeman who applied Roundup in a residential setting and would have a significantly lower exposure to Roundup or any other pesticide. Several of the key studies cited in the IARC document are summarized in the following paragraphs.

De Roos et al. (2005) conducted a prospective cohort study in 57,311 pesticide applicators in Iowa and North Carolina to evaluate associations between glyphosate exposure and cancer incidence. Ninety-two cases of NHL were identified, and the RR adjusted for age was 1.2 (95% CI 0.7-1.9). The RR adjusted for age, demographic and lifestyle factors and other pesticides was 1.1 (95% CI 0.7-1.9). Further analysis failed to show an increased RR with increased exposure days or intensity weighted exposure days. Again, these workers had a different magnitude of glyphosate exposure than Mr. Hardeman.

In an earlier study, De Roos et al (2003) pooled data from three case control studies to examine the risk of NHL in 3147 farmers with pesticide exposure. In that study, the logistic regression OR was 2.1 (95% CI 1.1-4.0) for glyphosate but the hierarchical regression OR was 1.6 (95% CI 0.9-2.8). Given that the latter result accounts for multiple herbicides/pesticides, and lacks statistical significance, it is impossible conclude that even high degrees of glyphosate exposure in farmers increases the risk of NHL.

In a case control study conducted in Sweden, Hardell et al (2002) assessed the risk of NHL following exposure to pesticides and herbicides. For glyphosate exposure, the OR was 3.04 (95% CI 1.08-8.52), based on only 8 exposed cases and 8 controls. However, after controlling for exposure to other pesticides the risk decreased by 85% and was not statistically significant.

Eriksson et al (2008) reported a population based case-control study assessing exposure to pesticides as a risk factor for NHL. Patients with NHL (910) were matched with controls (1016) from the national population registry in Sweden. The OR for exposure to glyphosate for $\leq$ 10 days was 1.69 (95% CI 0.70-4.07) and for > 10 days was 2.36 (95% CI 1.04-5.37). Importantly, after controlling for exposure to other pesticides, there was not a statistically significant increased risk. For B-cell lymphomas, the OR was 1.87 but did not achieve statistical significance with the 95% CI 0.998-3.51. Likewise, for the 239 cases of DLBCL, the OR for glyphosate was 1.22, but was not statistically significant with the 95% CI 0.44-3.35.

McDuffie et al (2001) conducted a case control study in Canada to investigate the association of multiple pesticides and herbicides with the development of NHL. 517 NHL patients were assessed along with 1506 controls. For glyphosate, the OR adjusted for age and province of residence was 1.26 (95% CI 0.87-1.80) and the OR adjusted for additional variables including family history of cancer was 1.20 (95% CI 0.83-1.74). Thus, glyphosate exposure did not lead to a statistically significant increase in the risk of lymphoma.

Finally, Andreotti et al (2018) published a detailed and updated report from the Agricultural Health Study. This is by far the largest (more than 50,000 participants) and most scientifically rigorous study that has been conducted. Glyphosate exposure was not statistically significantly associated with cancer at any site. With respect to NHL, regardless of the extent of exposure to glyphosate the RR was 0.83-0.88. Similar findings were reported for B-cell lymphoma with RR ranging from 0.76-0.88. The size and detail of the study with the duration of follow up makes it the most important study for the assessment of glyphosate risk and strongly suggests that there is no relationship between glyphosate exposure and the development of B-cell lymphoma.

In sum, the epidemiologic studies do not indicate an increased risk of NHL associated with glyphosate exposure.

**Response to Plaintiff's Expert Reports**:

I have reviewed the plaintiff's expert reports of Drs. Shustov, Nabhan, Sawyer and Weisenburger.

Dr. Shustov notes the association of HCV infection with splenic marginal zone lymphoma but seems to discount the association with other types of lymphoma. As indicated above, HCV infection is associated with marginal zone lymphoma (splenic, nodal and extranodal) as well as DLBCL. Although he suggests that co-infection with HIV confounds the interpretation of these data, that assumption is unfounded since the relationship with HCV infection has been observed across multiple subtypes of lymphoma and has a mechanistic pathogenic explanation that is independent of HIV co-infection.

Dr. Shustov's assessment that it is "highly unlikely that HBV had any contribution to his risk of developing or caused his lymphoma" is inconsistent with studies that have investigated the relationship between HBV and NHL. Again, scientific literature cited above indicates that even

8

in the absence of active hepatitis, there is persistence of hepatitis B in the body that can cause lymphoma.

Dr. Shustov discounts obesity as a risk factor for DLBCL despite the literature that supports a relationship between obesity and lymphoma. He argues that confounding variables were not accounted for, but there is no scientific basis for a belief that obese patients would have different environmental exposures or other confounders from a non-obese group of controls.

Dr. Shustov's conclusion that Roundup was the cause of Mr. Hardeman's lymphoma and that he "did not identify a single known additional risk factor" is contradicted by the epidemiologic evidence and by Mr. Hardeman's medical history.

There is also no foundation for his statement that "most American cancer centers ...list exposure to pesticides as a known risk factor for developing NHL." My institution, NYU Langone Medical Center, is an NCI designated cancer center that has no such statement on its website or in its patient literature. He also is incorrect in extrapolating from his statement that "pesticides" are a risk factor for NHL to draw the conclusion that Roundup is one of the pesticides that is included in this generic statement. The term "pesticides" encompasses a multitude of chemicals and says nothing about Roundup. The fact that some pesticides may be risk factors for NHL underscores that fact that epidemiologic studies and findings that fail to properly adjust for such co-exposures are hopelessly confounded.

Finally, Dr. Shustov states that he performed the "differential diagnosis into what caused Mr. Hardeman's DLBCL." This is a misuse of the term differential diagnosis which, in medicine, refers to a list of potential disease diagnoses based on a patient's symptoms, exam, and laboratory studies. Differential diagnosis is not a methodology to establish the cause of any given cancer. Even apart from nomenclature, Dr. Shustov has offered no scientific methodology for ruling out Mr. Hardeman's 40-year chronic HCV infection, his HBV infection, and his obesity as risk factors that, epidemiologically, are more likely contributors to his DLBCL than Roundup.

I also have reviewed the plaintiff's expert report of Dr. Nabhan. His assessment of the case is similar to that of Dr. Shustov. He also incorrectly discounts the role of HBV infection as a risk factor for Mr. Hardeman's NHL. Dr. Nabhan acknowledges that HCV infection is a risk factor for developing NHL but is incorrect in his assessment that treatment for HCV eliminates the risk for reasons explained above. I also disagree with his contention that "even if obesity contributed to him developing NHL, it would be more pressing and critical to eliminate any other potential hazardous factors that might lead to further development of this disease." Obviously, all risk factors should be considered but this does not make Mr. Hardeman's obesity a "less pressing" risk factor. Even more important, regardless of how "pressing" it may be to address, Dr. Nabhan has no scientific basis for disregarding obesity as a substantial risk factor. Dr. Nabhan also states that epidemiological studies were unable to assess subtypes of NHL when assessing causation. This statement is incorrect and is contradicted by evidence from studies I have cited in my report.

Dr. Nabhan describes several prognostic factors related to DLBCL including Ki-67, International Prognostic Index, and DLBCL molecular subtype. These prognostic factors do not pertain to the etiology of the lymphoma but rather to its curability. In addition, for a patient who completed therapy several years ago and remains in remission, the prognostic factors have limited clinical relevance.

Dr. Nabhan also uses the term differential diagnosis in his conclusion to incorrectly suggest that he has a methodology that can assign causation to a specific agent or risk factor. He provides no rationale for his conclusion that Roundup was a substantial contributing factor, that HBV infection was a minimal contributor, and that HCV made no contribution to Mr. Hardeman's NHL. These may be Dr. Nabhan's personal opinions, but he fails to offer scientific evidence to support these opinions. He fails to mention obesity at all in attempting to rule out other risk factors.

I also reviewed the report of Dr. Weisenburger. In contrast to Dr. Shustov, Dr. Weisenburger acknowledges the established relationship between HCV infection and the development of DLBCL. Dr. Weisenburger cites a study by Kawamura indicating that patients with HCV infection whose virus is cleared with interferon therapy do not develop lymphoma. However, the findings are limited by a 4.5 year median follow-up duration in the interferon treated group as compared with a 14 year median follow-up duration in the non-interferon group. In addition, few of the patients had HCV infection that was untreated for as long as Mr. Hardeman, and only 175 of 2,708 patients in the interferon group had cirrhosis, suggesting a lesser duration and severity of infection than that exhibited by Mr. Hardeman. Finally, the rate of lymphoma development was 0.6% in the fifth year of follow-up for the untreated group, so the absence of lymphoma at a median of 4.5 years of follow-up in the interferon group lacks biological significance.

**Conclusions:**

Within a reasonable degree of medical certainty, I have arrived at the following conclusions based upon my review of this case:

1.  The preponderance of published literature shows no significant increase in NHL incidence following exposure to Roundup. For that reason alone, there is no basis to conclude that Roundup caused or contributed to Mr. Hardeman's DLBCL.
2.  There is nothing peculiar or unusual about Mr. Hardeman's DLBCL that points to Roundup as a factor in etiology. His diagnosis at age 66 is typical for NHL. Like the clear majority of NHL cases, the etiology of Mr. Hardeman's DLBCL is not known. There is no biomarker, test, or any diagnostic protocol that can identify Roundup as causing or contributing to the disease.
3.  Mr. Hardeman's prior infections with hepatitis B and C cannot be ruled out as potentially causing or substantially contributing to causing his DLBCL.
4.  Mr. Hardeman remains in remission 3.5 years out from completion of R-CHOP chemotherapy for his DLBCL. Thus, it is more likely than not that he will be cured of his NHL. In the long-term follow-up of patients over age 60 with DLBCL who received therapy with R-CHOP, relatively few relapses occurred after 3 years of follow-up (Coiffier, 2010).
5.  Plaintiff's experts have not presented reliable scientific evidence demonstrating that Roundup caused Mr. Hardeman's DLBCL, nor have they presented reliable scientific evidence to rule out his 40-year chronic HCV infection, HBV, and obesity as risk factors that, epidemiologically, are more likely contributors than Roundup.

These represent my conclusions based on the records made available to me. I reserve the right to modify my opinion based on additional information that may be made available to me. I also reserve the right to use graphics and demonstratives to illustrate and explain my opinions and bases for those opinions.

Michael L. Grossbard, MD
November 26, 2018

**References**

Allison RD, Tong X, Moorman AC, et al.  Increased incidence of cancer and cancer-related mortality among person with chronic hepatitis C infection, 2006-2010.  J Hepatol.  2015;63:822-828.

Andreotti G, Koutros S, Hofmann JN, et al.  Glyphosate use and cancer incidence in the agricultural health study.  JNCI 2018;110:509-516.

Castillo JJ, Ingham RR, Reagan JL, et al.  Obesity is associated with increased relative risk of diffuse large B-cell lymphoma:  a meta-analysis of observational studies.  Clin Lymphoma Myeloma Leuk 2014;14:122-130.

Cabrerizo M, Bartolome J, Caramelo C, et al.  Molecular analysis of hepatitis B virus DNA in serum and peripheral blood mononuclear cells from hepatitis B surface antigen-negative cases.  Hepatology 2000;32:116-123.

Chihara D, Nastoupil LJ, Williams JN, et al.  New insights into the epidemiology of non-Hodgkin lymphoma and implications for therapy.  Expert Rev Anticancer Ther. 2015;15:531-544

Coiffier B, Thieblemont C, Van Den Neste E, et al.  Long-term outcome of patients in the LNH-98.5 trial, the first randomized study comparing rituximab-CHOP 2 standard CHOP chemotherapy in DLBCL patients:  a study by the Groupe d'Etudes des lymphomes de l'adulte.  Blood .  2010;116:2040-2045

Dal Maso L, Franceschi S.  Hepatitis C virus and risk of lymphoma and other lymphoid neoplasms:  a meta-analysis of epidemiologic studies.  Cancer Epidemiol Biomarkers Prev. 2006;15:2078-85.

De Roos AJ, Blair A, Rusiecki JA, et al.  Cancer incidence in glyphosate-exposed pesticide applicators in the Agricultural Health Study.  Environ Health Perspect. 2005;113:49-54.

De Roos AJ, Zahm SH, Cantor KP, et al.  Iintegrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men.  Occup Environ Med 2003;60:e11.

Ekstrom-Smedby K.  Epidemiology and etiology of non-Hodgkin lymphoma- a review.  Acta Oncologica.  2006;45258-271.

Eriksson M, Hardell L, Carlberg M, Akerman M.  Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer 2008;123:1657-1663.

Grossbard ML (ed).  Malignant Lymphomas.  BC Decker, Hamilton, ON. 2002.

Hardell L, Eriksson M, Nordstrom M.  Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia:  pooled analysis of two Swedish case-control studies.  Leuk Lymph 2002;43:1043-1049.

Ito M, Kusunoki H, Mochida K, et al.  HCV infection and B-cell lymphomagenesis.  Advances in Hematology 2011;835314.

Kawamura Y, Ikeda K, Arase Y, et al.   Viral elimination reduces incidence of malignant lymphoma in patients with hepatitis C. Am J Med. 2007;120:1034-1041.

Larsson SC, Wolk A.   Obesity and risk of non-Hodgkin's lymphoma:  a meta-analysis.   Int J Cancer.  2007;121:1564-1570.

Machida K, Cheng K T-N, Sung V M-H, et al.   Hepatitis C induces a mutator phenotype: enhanced mutations of immunoglobulin and protooncogenes.   PNAS 2004:101:4262-4267.

Marcucci F, Mele A, Spada E, et al.   High prevalence of hepatitis B virus infection in B-cell non-Hodgkin's lymphoma.   Haematologica 2006;91:554-557.

Marcucci F, Spada E, Mele A, et al.   The association of hepatitis B virus infection with B-cell non-Hodgkin lymphoma- a review.   Am J Blood Res 2012;2:18-28.

McDuffie HH, Pahwa P, McLaughlin JR et al.   Non-Hodgkin's lymphoma and specific pesticide exposures in men:  cross Canada study of pesticides and health.   Cancer Epidemiol Biomarkers Prev.  2001;10:1155-1163.

Mihalia, R-G.  Hepatitis C virus-associated B cell non-Hodgkin's lymphoma.  World J Gastroenterol.  2016;22:6214-6223.

Siegel RL, Miller KD, Jemal A.  Cancer statistics, 2018.  CA Cancer J Clin. 2018;68:1-30.

Tasleem S, Sood GK.  Hepatitis C associated B-cell non-Hodgkin lymphoma:  clinical features and the role of antiviral therapy.  J Clin Transl Hepatol.  2015;3:134-139.

Turner NC, Dusheiko G, Jones A.  Hepatitis C and B-cell lymphoma.  Ann Oncol, 2003;14:1341-1345.

Wang F, Rui-hua X, Han B, et al.  High incidence of hepatitis B virus infection in B-cell subtype non-Hodgkin lymphoma compared with other cancers.  Cancer 2007;109:1360-1364.

Wang Y, Wang H, Pan S, et al.  Capable infection of hepatitis B virus in diffuse large B-cell lymphoma.  J Cancer 2018;9:1575-1581.