**EXHIBIT 13**

Confidential - Edwin Hardeman

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS      )
     LIABILITY LITIGATION         )
 5                                )  MDL No. 2741
                                  )  Case No. 16-md-02741-VC
 6                                )
                                  )
 7                                )
     This Document Relates To:    )
 8                                )
     Hardeman v. Monsanto Co.,    )
 9   et al.                       )
     Case No. 3:16-cv-00525-VC    )
10                                )
                                  )
11
12                       - - - -
13                     CONFIDENTIAL
14                      VIDEOTAPED
15            DEPOSITION OF EDWIN HARDEMAN
16
17              Held at the Vintners Inn
18       4350 Barnes Road, Santa Rosa, California
19         Thursday, November 8, 2018, 9:16 a.m.
20                       - - - -
21
22
23
24
25   REPORTED BY:  ELAINA BULDA-JONES, CSR NO. 11720
```

```
 1                        APPEARANCES
 2
 3   For the Plaintiff:
 4          BY: AIMEE H. WAGSTAFF, ESQ.
            Andrus Wagstaff, PC
 5          7171 W. Alaska Drive
            Lakewood, Colorado 80226
 6          303.376.6360
            Aimee.wagstaff@andruswagstaff.com
 7
            BY: R. BRENT WISNER, ESQ.
 8          Baum Hedlund Aristei Goldman, P.C.
            10940 Wilshire Boulevard, 17th Floor
 9          Los Angeles, California 90024
            310.207.3233
10          Rwisner@baumhedlundlaw.com
11
12   For the Defendants:
13          BY: COREY LAPLANTE, ESQ.
            Wilkinson Walsh + Eskovitz
14          11601 Wilshire Boulevard, Suite 600
            Los Angeles, California 90025
15          424.291.9656
            Claplante@wilkinsonwalsh.com
16
            BY: JULIE DU PONT, ESQ.
17          Arnold & Porter Kaye Scholer, LLP
            250 West 55th Street
18          New York, New York 10019-9710
            212.836.8572
19          Julie.dupont@arnoldporter.com
20          BY: E. ALEX BEROUKHIM, ESQ.
            Arnold & Porter Kaye Scholer, LLP
21          777 South Figueroa Street, 44th Floor
            Los Angeles, California 90017-5844
22          213.243.4059
            Alex.beroukhim@arnoldporter.com
23
24
25
```

Confidential - Edwin Hardeman

1   Also present:

2       Breana Pozzi, videographer

        Mary Hardeman

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        Q.   And when you did smoke, how -- how much
 2   did you smoke?
 3        A.   I don't know.  Jesus.  It's -- it's, you
 4   know -- you know, it's when you're -- during the
 5   day, I mean, I -- I don't know.  Let's see.
 6             Prior to 1980, busy doing a lot of stuff.
 7   You don't really smoke, so I'd -- I would say -- I'm
 8   guessing -- I mean, I really don't know how much.
 9   It's -- half a pack, less than half a pack.  I don't
10   know.
11        Q.   When did you start smoking?
12        A.   Jeez, I don't recall.  My God.
13        Q.   What age?
14        A.   It could have been late teens or -- I
15   mean, like, 20s or -- I went in the Army, you know,
16   but there at the beginning of smoking -- let's see.
17             I don't know.  I don't know when I began.
18   I mean, specifically, I mean, you know, roundabout,
19   approximately.
20        Q.   Approximately when did you start smoking?
21        A.   I don't know.  I'd say 18, 19.  I don't
22   know, no.  Just throwing that out there.
23        Q.   You mentioned that you have smoked
24   marijuana.  Have you -- do you currently smoke
25   marijuana?
```