# EXHIBIT 14

**Expert Report of Alexandra Levine, M.D., M.A.C.P**

***Hardeman v. Monsanto***

I.    **Qualifications**

I am a hematologist/oncologist and Professor of Medicine at City of Hope National Medical Center, an NCI sponsored Comprehensive Cancer Center, where I also served as Chief Medical Officer from 2007 through 2016.  I am a Distinguished Professor of Medicine, Emeritus, at the University of Southern California, where I also served as the Bloom Family Chair in Medicine and Lymphoma, the Executive Associate Dean of the Medical School (1985-1990), the Chair of the Division of Hematology (1991-12/2006), and the Medical Director of the USC/Norris Cancer Hospital (1996-2006).  I specialize in diagnosis and treatment of patients with hematological malignancies, particularly non-Hodgkin lymphoma (NHL), and the lymphomas associated with HIV.  I have an active clinical practice seeing patients, and have cared for over a thousand patients with NHL over my career. I was elected a Master of the American College of Physicians in 2009.

I have been an active researcher, related primarily to NHL, and to the lymphomas associated with infectious organisms, including HIV and CMV among others.  I have published over 325 papers in the scientific/medical peer-reviewed literature, and was funded consistently as a Principal Investigator for my research by the National Institutes of Health (NIH), from 1982 through 2012.  I have served two 5-year terms on the Board of Scientific Counselors of the NCI, and one 5 year term on the Oncologic Drug Advisory Committee of the FDA. I was chosen by President Bill Clinton to become a member of his Presidential Advisory Committee on HIV/AIDS in 1995, and served as Chair of the Research Committee for this group until 2000.  I have served as a consultant to the public health departments of India, China, Russia, Chile and Mexico concerning the epidemic of HIV and the malignancies associated with this infection.

I graduated Phi Beta Kappa from the University of California at Berkeley, and then obtained my MD degree from the Keck School of Medicine, University of Southern California, where I received the Alpha Omega Alpha award, the equivalent of Phi Beta Kappa in medical schools.  I completed a residency in Internal Medicine at Los Angeles-USC Medical Center.  Subsequently, I completed an oncology fellowship at Emory University in Atlanta, Georgia, then returned to LAC-USC Medical Center to complete a fellowship in hematology.

A copy of my Curriculum Vitae is attached to this report as Exhibit A.  In forming my opinions in this matter, I have relied on my training and expertise, as well as standard scientific literature in the field.  I have reviewed the medical literature and other materials listed in Exhibit B.  I have also reviewed the medical records and other materials relevant to Mr. Hardeman's case listed in Exhibit C.  I am being compensated at the hourly rate of $500 for my work in this matter. I have not testified as an expert witness either in deposition or trial in the past four years.

## II.    Assignment and Summary of Opinions

I have been asked to evaluate the medical history of Mr. Edwin Hardeman, to determine if there is medical evidence indicating that exposure to Roundup (glyphosate) caused or substantially contributed to his development of diffuse, large B-cell non-Hodgkin lymphoma.   My report has been prepared using the same methodology and scientific rigor as used in my academic and clinical practice, and my opinions are offered to a reasonable degree of medical certainty.  Many of the concepts discussed in this report involve basic scientific principles from the fields of oncology and hematology. As such, I reserve the right to provide context for my opinions by testifying to the basic science in these fields.  I further reserve the right to supplement this report in the event that additional information is made available to me; to respond to any additional testimony by plaintiff's experts; and to use graphics or demonstratives at trial to illustrate the concepts discussed in my report.

As explained more fully below, my opinions and the bases for my opinions to a reasonable degree of medical certainty are as follows:

- In most cases, the cause of a patient's Non-Hodgkin Lymphoma (NHL) is unknown and most patients have no known risk factors other than age.  This remains true for Diffuse Large B Cell Lymphoma (DLBCL), the most common subtype of NHL and the subtype diagnosed in Mr. Hardeman.

- In Mr. Hardeman's case, his medical records and testimony indicate that he had long-term infection by the Hepatitis C Virus (HCV), which is a known cause of NHL and was the likely cause of his DLBCL.

- Mr. Hardeman also had evidence of a history of infection with the Hepatitis B Virus (HBV), which may have caused or contributed to his DLBCL.

- Mr. Hardeman is obese, as documented in his medical records.  Obesity is a modest risk factor for development of DLBCL.

- The opinions of Plaintiff's experts, Drs. Weisenburger, Shustov, and Nabhan are methodologically inappropriate.  First, there is no reliable evidence that Roundup (glyphosate) causes NHL, or B-cell lymphoma, or specifically DLBCL.  Second, when considering the possible causes of lymphoma, it is inappropriate to lump all NHLs together, as there are more than 60 subtypes of NHL that are etiologically diverse.  Third, the use of agricultural workers who were, or were not exposed to glyphosate is an entirely valid population group in which to study the question which was posed in the updated (2018) Agricultural Health Study, contrary to the opinion of the plaintiff's expert.  Fourth, population based data in the USA do not confirm an increase in the incidence of NHL or DLBCL after use of glyphosphate increased substantially in the USA,  starting in the late 1990's.

3

- Finally, there is no methodology by which one could conclude that Roundup caused or contributed to a given patient's NHL.  There is no test, biomarker, or genetic signature associated with DLBCL that either suggests or proves that a given case of DLBCL was caused or contributed to by Roundup.  Even if we assume that glyphosate is a risk factor for NHL (which is unproven), one cannot assign any level of contribution of glyphosate to an individual's NHL within the context of the vast majority of DLBCL patients who lack history of such exposure, even when use of the product increased substantially in the USA.   The methods used by Plaintiff's experts are inconsistent, selective, and unreliable as evidenced by the relatively superficial manner in which other known (IARC Group 1) risk factors for DLBCL, such as HCV, and HBV are considered.

## III.    Non-Hodgkin Lymphoma Overview

There are a number of standard medical textbooks and published peer-reviewed articles in the medical literature that explain the complex field of lymphoma in detail, some of which are listed in the accompanying footnote.[1]    What follows below is an extremely brief overview of some key points and reviews regarding non-Hodgkin lymphoma.

### A.    General Concepts:  Causes of Cancer

Cancer is a complex group of diverse diseases, manifest by an uncontrolled growth of cells.  This unregulated growth, or unregulated ability of cells to die (apoptosis) is ultimately a defect of the DNA, which is the genetic material found in each cell, and derived from a person's mother and father.  During the course of life, DNA controls all biologic life processes, from something as simple as the color of a person's hair, to processes as complex as the control of cell growth and death.  After birth, DNA may be damaged by a number of factors, including sunlight, radiation, chemicals, viruses, and others.  If DNA is damaged, multiple repair mechanisms come into play, allowing death of the cell itself, or repair of the DNA damage.  Cancer may be caused by an inability of cells to die normally, in the case of DNA damage, or the inability to repair DNA damage, once it has occurred.  Depending upon the specific area of DNA damage, uncontrolled cell growth, and malignancy may ensue.

Individuals may also be born with specific defects in the DNA, which lead to an increased risk of cancer over the course of life.  Aside from these known, congenital DNA defects, other defects must also exist, which are not yet recognized.  Thus, certain families appear to have a high prevalence of cancer among family members, with multiple different types of cancer diagnosed, and no specific congenital defect yet

---

[1] Horning,SJ,Hardy,R (2012); Dunleavy. K; Wilson,WH (2014); Pasqualucci,L; Dalla-Favera,R (2018); Zelentz,AD, et al (2016); Armitage,JO, et al (2017); Jakobsen,LH, et al (2017).

identified.   These "cancer prone" families suggest the presence of other genetic defects, not yet recognized, which may explain the increased prevalence of multiple types of cancer in these families.

The immune system is responsible for recognizing foreign cells, and destroying them, so that we may continue to live.  If the immune system is weakened due to any cause, an individual may develop very serious infections, termed "opportunistic infections", since the germs involved have taken the opportunity of the person's weakened resistance to cause serious infections.  Similarly, the immune system is responsible for recognizing cancer cells as foreign, and destroying these cancer cells, before they have the opportunity to divide and metastasize widely throughout the body. In the setting of immune deficiency, individuals may be at increased risk for cancer, since normal mechanisms of "immune surveillance" do not allow the early recognition and destruction of these few cancer cells.  Thus, the risk of cancer is also increased by various factors which weaken the immune system.

The occurrence of cancer is thus a multi-step process, consisting of both congential and/or environmental factors which have occurred in one individual, leading to the eventual diagnosis of cancer.  Ultimately, the cause of cancer is related to the development of specific abnormalities of the DNA, in the absence of appropriate repair mechanisms, or appropriate immune mechanisms to detect and destroy the malignant cell before it can divide and spread.

### B.    What is Non-Hodgkin Lymphoma?

Non-Hodgkin lymphoma (NHL) is a form of cancer that originates in lymphocytes, a type of white blood cell produced in the lymph glands and bone marrow, which then circulate in the blood and tissues. The function and purpose of these lymphocytes is to keep the body free of foreign "invaders", such as germs or other foreign substances.  In general, lymphocytes may be classified as either B-lymphocytes, whose function is to recognize and then kill foreign invaders via production of protein antibodies; or T-lymphocytes, which directly kill these invaders.

There are over 60 different types of NHL, and each of these is a specific entity, with differing mechanisms of pathogenesis, and often, differing modes of optimal therapy and prognosis.  In general, lymphomas may be classified as having been derived from either B lymphocytes or from T lymphocytes.  Approximately 90 percent of NHLs originate in B-cells, and approximately 10% originate in T-cells.  Hodgkin lymphoma is a specific type of B cell lymphoma; all other types of either B or T-cell lymphomas are termed and considered sub-types of "non-Hodgkin lymphoma".

In general, lymphoma is caused by an error which has occurred within the genetic material (DNA) of a given B or T lymphocyte.  The error occurs during the lifetime of the affected individual, and does not occur prior to birth as a congenital defect.  The specific error which occurs in a given patient/case is not uniform among all lymphomas, but is specific to the type of lymphoma which ensues.  While scientists currently understand the mechanisms or causes of some of these errors in the DNA

(how or why they first occurred), we do yet understand the specific cause or mechanism in most cases of lymphoma.

In a very abbreviated and simplistic way, the specific accident or error within the DNA, leading to the various types of lymphoma, causes the damaged lymphocyte to divide over and over, without the ability to stop.  Furthermore, while normal cells have a finite lifetime, and die only to be replaced by new, normal cells, this is not the case in lymphoma, where the accident in the DNA often also causes these damaged cells to lose the ability to die.  Thus, while normal cells are well controlled and regulated in terms of their growth and death, this is not the case with the malignant lymphocyte, which divides forever and never dies, eventually taking up all of the space in the bone marrow, so normal blood cells cannot be made.  Since lymphocytes normally circulate throughout the entire body, these malignant lymphocytes can do the same, and the lymphoma cells come to settle (or metastasize) in many parts of the body, including the liver, spleen, lymph nodes, and other organs.   The function of these involved organs will be compromised, as the lymphoma cells come to replace more and more of the normal tissues.

### C.      How common is NHL?

According to the American Cancer Society, NHL accounts for about 4% of all cancers in the United States.  In 2018, approximately 74,680 people will be diagnosed with NHL.  The average American's risk of developing NHL during his or her lifetime is about 1 in 47.[2]  Approximately 30-35% of these cases will be diagnosed as Diffuse Large B Cell Lymphoma (DLBCL).

### D.      What Causes Diffuse Large B Cell Lymphoma?

#### 1.      Hepatitis C as a cause of DLBCL

In most instances, the cause of NHL, or the specific error in the DNA which causes it, is unknown.  However, it has been established that certain germs—viruses, bacteria or parasites-- can cause the changes leading to lymphoma.  Thus, the International Agency for Research in Cancer (IARC) defines 10 organisms as well established, definite carcinogenic agents in humans (Group 1).  These organisms include:

- Hepatitis C (as causing liver cancer and lymphoma);
- Hepatitis B (as causing liver cancer);
- Human Papillomavirus (HPV, causing cervical, penile, vulvar, vaginal, anal and oropharyngeal cancers);
- Human T-cell lymphotropic virus type I (HTLV-1, causing Adult T cell leukemia/lymphoma);

---

[2] https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html

- Epstein-Barr Virus (EBV, causing Hodgkin lymphoma, Burkitt lymphoma, nasopharyngeal cancer; NK/T lymphoma; and squamous cell cancer of the conjunctiva);
- Helicobacter pylori (H. pylori, causing non-cardia gastric cancer, gastric cardia cancer and gastric lymphoma);
- Kaposi sarcoma-associated herpes virus (KSHV or HHV8, causing Kaposi sarcoma and Castlemans related lymphoma);
- Opisthorchis and clonorchis (causing bile duct cancer); and
- Schistosoma haematobium (causing bladder cancer).

Additionally, IARC considers HIV as a co-factor, causing an increased risk of aggressive, high grade B cell lymphomas.

Of the approximate 14 million new cancer cases diagnosed globally in 2012, 92% of those caused by infectious agents were due to H pylori, HPV, HBV or HCV. Furthermore, approximately 25% of all cancers in resource-poor regions of the world, and 10% of those in resource rich areas are caused by germs.

Thus, to reiterate in terms of HCV, IARC has concluded that "Chronic infection with HCV causes…non-Hodgkin lymphoma… Chronic infection with HCV is carcinogenic to humans (Group 1)"  IARC Monograph 100B, Hepatitis C Virus (2012).

The conclusion by IARC that HCV is carcinogenic to humans, and "causes..non-Hodgkin lymphoma" is based upon numerous studies in the scientific and medical literature that link Hepatitis C with certain types of NHL, and specifically link HCV with the subtype of NHL with which Mr. Hardeman was diagnosed, namely DLBCL.  These studies include, but are not limited to the  references listed in the accompanying footnote.[3]

### 2.    Hepatitis B as a Cause of DLBCL

Hepatitis B is also listed by IARC as a human carcinogen (Group 1, definite), as causing liver cancer.

Recent evidence, both epidemiologic and biologic, indicates that HBV is also associated with development of DLBCL.  Meta-analyses have demonstrated that HBV

---

[3] Franzin,F, et al (1995), Duberg,A S, et al (2005), De Sanjose,S, et al (2008); Nieters,A, et al (2006); Cerhan,JR, et al (2014) Marcucci,F; Mele,A (2011); De Martel,C, et al (2012); Villa,D (2016); Arcaini,L, et al (2016); Levine,AM, et al (2003); Machida,K, et al (2004); Sung,VMH, et al (2003); Machida,K, et al (2004); Machida,K; et al (2006); Kawamura,Y, et al (2007); Seeff,LB et al (2000); Zuckerman,E, et al (1997); Zuckerman,E, et al (2001); Andreone,P, et al (1998); Kitay-Cohen,Y, et al (2000); Hermine,O, et al (2002); Canioni,D, et al (2016); Austria,A, Wu,GY (2018); Dal Maso,L, Franceschi,S (2006); Pardo,M, et al (2006); Arcaini,L, et al (2016); Chen,AY, et al (2013); Wood,DE, et al (2018); Bruix,J, Sherman,M (2011); Stroffolini,T, et al (2004); Takeshita M, et al (2006); Mahale P, et al (2016)..

infected patients have a two- to three-fold higher risk of development NHL, including DLBCL.

Furthermore, molecular mechanisms have been described that define the precise way in which malignancy may occur in HBV infected patients, leading to DLBCL. In a study of 275 Chinese patients with DLBCL, whole-genome/exome sequencing of 96 tumors and respective peripheral blood samples, along with targeted sequencing of 179 tumors from these patients was performed.  HBV infected patients (HbSag positive) were compared to those who were HbSAg negative.  An increased total mutation load was found in the HbsAg+ patients, along with a distinct set of mutated genes.  BCL6 was the lymphoma related gene most frequently mutated (79%) in the HBsAg+ DLBCL tissues, similar to Mr. Hardeman's DLBCL, which also revealed mutation of the BCL6 gene.  Additional HBV associated gene expression included enrichment of genes regulated by BCL6, FOXO1, and ZFP36L1.  Aside from distinct molecular features in the HBV positive DLBCL cases, the clinical presentation of these individuals was also distinct.  These patients often presented with a younger age, more aggressive disease, and a shorter survival.

Medical literature demonstrating the relationship between Hepatitis B and increased risk of developing DLBCL is presented in the accompanying footnote.[4]

### 3.     Autoimmune Disease, Atopic disease (Eczema), and Use of Corticosteroids

An increased incidence of aggressive lymphoma has been well described in persons with congenital or acquired abnormalities of the immune system, or in those who take medicines to suppress their immune systems.  Patients with autoimmune disease, such as Sjogren's syndrome, rheumatoid arthritis and lupus erythematosis have an increased risk of lymphoma, and specifically of DLBCL.   The incidence of lymphoma is also increased among people who have undergone organ transplantation, with receipt of prednisone and/or other drugs which suppress the immune system to prevent rejection of the transplanted organ.  Use of corticosteroids, such as prednisone, or other immunosuppressive medications (such as TNF inhibitors) have also been associated with increased risk of NHL in general, and DLBCL in particular.  Patients with various immunodeficiency states, such as HIV infection are also at increased risk of lymphoma.

While allergic conditions (atopic diseases) such as asthma, hay fever and food allergy are associated with a significant reduction in the risk of NHL, eczema has been statistically associated with development of lymphoma in the skin.

Medical literature which confirms the relationship between iatrogenic immunosuppression (caused by use of medicines which suppress the immune system)

---

[4] Marcucci,F, et al (2006); Chen,MH, et al (2008); Engels,EA, et al (2010); Dalia,S, et al (2013); Deng,L, et al (2015); Visentini,M, Casato,M (2018); Ren,W, et al (2018).

and increased risk of lymphoma includes the articles listed in the accompanying footnote.[5]

### 4.        Obesity and Age

Similar to most types of malignant disease, DLBCL is more likely to occur in older people, over the age of 60 years.  Nonetheless, while age > 60 years has traditionally been considered a poor prognostic indicator for patients with DLBCL, scientific data has shown that these older individuals, even those up to 80 or more, may do remarkably well with standard R-CHOP chemotherapy, with over half attaining complete remission of the lymphoma.

Obesity (Body mass index $\geq$ 30 kg/m$^2$) has also been documented as a modest risk factor for development of NHL, and for other types of cancer as well. While published studies are inconsistent in terms of this risk, higher BMI ($\geq$ 35 mg/m$^2$) has been statistically associated with increased risk of DLBCL as well as follicular lymphoma.  The relationship between obesity and cancer development is thought to relate to chronic inflammation, mediated by development of insulin resistance, and the pro-inflammatory state which ensues.  Additionally, several pro-inflammatory cytokines are increased among obese individuals, such as Tumor Necrosis Factor-alpha (TNF-α) which is made by fat cells and released into the circulation, again creating a mileau of chronic inflammation.  Chronic inflammation is a  known setting in which NHL may develop, often referred to as "chronic antigenic stimulation", causing on-going proliferation and division of the immune cells, including lymphocytes, which are then at increased risk of acquiring genetic errors.[6]

### IV.      Roundup (Glyphosate) and NHL Epidemiology

Roundup (active ingredient glyphosate) is an herbicide used in farming and landscaping.  Glyphosate interferes with the synthesis of aromatic aminos by inhibiting the enzyme 5-enolpryuvylshikimate-3-phosphate synthase, which is responsible for biosynthesis of tehamino acideds phenylalanine, tyrosine and tryptophan via the shikimate pathway, *a mechanism specific to plants.*  Several studies have investigated whether exposure to pesticides or herbicides, including glyphosate, increases the risk of NHL.

---

[5] Penn,I (1979); Penn,I (1988); Horning,SJ, Hardy,R (1997) (Page 561 states, "Risk Factors (for lymphoma):  People with congenital or acquired abnormalities of their immune systems or who take medicine to suppress their immune systems have a higher incidence of lymphoma.")

[6] Horning,SJ,Hardy,R (2012); Chiu BC, et al, (2007); Stallone DD (1994).

An IARC Monograph published in 2015 collected the published epidemiological evidence that was available at the time and found "*limited evidence* in humans for the carcinogenicity of glyphosate.  A positive association has been observed for non-Hodgkin lymphoma"  (IARC Monograph 112, Section 6.1).  The Preamble to the Monograph defines "limited evidence" as follows:

> **Limited evidence of carcinogenicity**:  A positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence.

In an epidemiologic study, when chance, bias or confounding cannot be ruled out with reasonable confidence, that means a true association has not been scientifically established .  At most, the association is a hypothetical possibility.

I have reviewed the several key epidemiologic studies regarding glyphosate that were considered by IARC (McDuffie 2001, Hardell 2002, DeRoos 2003, Ericksson 2008), all of which are case-control studies.  In addition, I have reviewed important findings from a large prospective cohort study, the Agricultural Health Study, that were published in 2018; these data were published subsequent to the IARC Monograph and were not considered or discussed in that review.

A prospective cohort study is a type of observational scientific research study in which a group of individuals who share pre-defined characteristics (eg, licensed pesticide/herbicide applicators) is classified according to a certain characteristic (eg, exposure or non-exposure to a particular type of herbicide) and then followed prospectively over time.  The health outcomes of the exposed and non-exposed groups can then be compared to see if the exposure appears to have had an adverse effect.

The Agricultural Health Study (Andreotti et al, 2018) is a prospective cohort study, funded and sponsored by the US National Institutes of Health,  of more than 57,310 licensed pesticide applicators from either Iowa or North Dakota, who were enrolled between 1993 and 1997, and followed through 2012 or 2013.  This is the largest, most recent, and most rigorous study that has been conducted to investigate exposure to pesticides/herbicides formulated with glyphosate as the active ingredient and the risk of lymphoma.

The study was specifically designed to investigate the possible association between pesticide/herbicide use and other farming factors potentially related to cancer and other health outcomes.  An extensive survey which included description of the number of days/year and number of years of total glyphosate usage was performed at baseline.  Approximately 63% completed a follow up phone interview approximately 5 years after enrollment (1999-2005).  Approximately 75% of study participants were exposed to glyphosate.  Study data were adjusted for subject age, history of cigarette smoking, alcohol use, family history of cancer, state (Iowa or North Dakota), body mass index (BMI), and the 5 pesticides most highly correlated with glyphosate, based upon

lifetime days and intensity-weighted lifetime days, derived from an algorithm based on whether the participant mixed or applied pesticides, repaired pesticide-related equipment, used personal protective equipment, and application method used.  Where specific data were missing over time, a data-derived multiple imputation procedure was used to impute pesticide use since enrollment.  Additional adjustments were made for occupational exposure to solvents, gasoline, x-ray radiation, and engine exhaust and pesticides linked to lymphohematopoietic malignancies in previous AHS analyses (lindane, DDT, diazinon, terbufos, and permethrin).

In primary analyses, exposure information was included from two time points: baseline and then 5 years later.  When restricted to exposure reported at enrollment, the patterns of risk were the same as analyses that considered glyphosate use reported both at enrollment and in follow up.

The categories of lifetime days of glyphosate use were as follows:  Quartiles:  1-13.74; 13.75-38.74; 38.75-108.4; and >38.75 days.  The linear trend was evaluated using the median of each exposure category as a continuous variable.  The authors also evaluated lagged exposure, calculating cumulative exposure for each year of follow up until cancer diagnosis, death, movement out of state or end of cohort cancer incidence follow up, and then subtracted the lag interval of 5,10, 15 or 20 years.

In this carefully controlled, large, prospective cohort study, "We observed *no association between glyphosate use and overall cancer risk, or with total lymphohematopoietic cancers, including non-Hodgkins lymphoma and multiple myeloma.*"

Specific data on cancer incidence in relation to intensity-weighted lifetime days of glyphosate use in the AHS are as follows:

| CANCER SITE | GLYPHOSATE USE | NO. | RR (95% CI) | p TREND |
|---|---|---|---|---|
| All cancers | None | 1511 | 1.00 (reference) | |
| | Quartile 1 | 1445 | 0.99 (.91-1.07) | |
| | Q2 | 1443 | 0.99 (.91-1.07) | |
| | Q3 | 1440 | 1.04 (.96-1.13) | |
| | Q4 | 1451 | 0.99 (.91-1.08) | 0.91 |
| NHL | None | 135 | 1.00 (reference) | |
| | Q1 | 113 | 0.83 (.59-01.18) | |
| | Q2 | 104 | 0.83 (.61-1.12) | |
| | Q3 | 112 | 0.88 (.65-1.19) | |
| | Q4 | 111 | 0.87 (.64-1.20) | 0.95 |
| B cell NHL | None | 128 | 1.00 (reference) | |

| | | |
|---|---|---|
| Q1 | 102 | 0.79 (.55-1.13) |
| Q2 | 93 | 0.76 (.56-1.05) |
| Q3 | 106 | 0.88 (.64-1.21) |
| Q4 | 103 | 0.86 (.62-1.19)    0.86 |

The AHS study is the largest and most comprehensive study of the effects of glyphosate use on development of cancer yet published.  This was a prospective cohort study, enrolling only licensed applicators of pesticides/herbicides, which was controlled for correlated pesticides, and was able to collect data on precise numbers of days of glyphosate use/year and number of years/lifetime of exposure.  The results of this critically important study were not considered by IARC when they concluded in 2015 that there was "*limited evidence* in humans for the carcinogenicity of glyphosate".

Further epidemiologic data which speaks against the concept that glyphosate may cause NHL or B-cell lymphoma relates to the incidence of NHL and DLBCL over time in the United States. The risk of NHL increased statistically from 1975 through 1990  in the US, from 30/100,000 to 50/100,000 in persons over 50 years of age.  From 1990-2005, the incidence also rose, but more modestly, from 50 to 64/100,000.  By 2004, the incidence of NHL began to plateau, and this plateau has been maintained. Roundup came onto the market in the USA in 1974.  By the late 1990's, the amount of Roundup use increased substantially, due to the advent of crops that were genetically engineered to be resistant to glyphosate.  If glyphosate were the cause of NHL, or of B-cell NHL, the incidence of these lymphomas would have increased statistically between 2004 and the present time. This is not the case.  Further, any increase in DLBCL seen between 1975-1990 in patients between the ages of 20-49 are considered to reflect the epidemic of DLBCL seen in association with HIV/AIDS, and the lymphomas in these individual decreased significantly between 1996 and 2014, at the precise time that Roundup use was increasing substantially.

Based upon the full extent of available epidemiologic data, I conclude to a reasonable degree of medical certainty that glyphosate has *not been proven to be a cause of NHL or B cell NHL or DLBCL*. In fact, according to IARC, glyphosate is a Group 2A agent.  At the very least, an objective scientist could not and would not conclude that glyphosate is a cause of NHL or B-cell NHL.  And, in fact, even IARC itself, opining without availability of the important data from the updated AHS study (2018) did <u>not</u> conclude that glyphosate was a definite (Group 1) human carcinogen.

## V.    Mr. Hardeman's Medical History

Mr. Hardeman is currently a 70 year old male, who presented to his physicians in 12/2014 with symptoms of an upper respiratory tract infection and swollen cervical lymph glands.  With persistent enlargement of these nodes toward the end of January, 2015, the patient underwent fine needle aspiration of the node, which returned as primarily necrotic material, without specific diagnosis.  Subsequently, a needle biopsy of a right sided cervical lymph node was performed on February 6, 2015, revealing diffuse large B cell lymphoma.  The lymphoma marked positive for CD20, Bcl2, and PAX 5, and

had a proliferation index (Ki-67) of 80%. Molecular analysis (Flouresence in –situ hybridization or FISH) revealed mutations of the following genes:  Bcl6 and Bcl2, without Myc rearrangement.  PET scan on 2/20/2015 revealed abnormally high uptake in multiple lymph nodes in the right neck, extending into the jugular region and into the sternocleidomastoid muscle, as well as abnormalities in the submandibular nodes, along with involvement of the retroperitoneal nodes in the abdomen, and the pancreatic head.  There was possible abnormal uptake in the right testes as well, though a subsequent ultra-sound of this region revealed no mass, and only a spermatocele.  The bone marrow was negative for lymphoma when biopsied on 2/23/2015.

The patient was stated to have stage IIIA disease, with an IPI (International Prognostic Index) of 1, which was later amended to an IPI of 2 (low-intermediate prognostic risk).  He had lost about 5 pounds (218 pounds on 12/26/14 and 213 pounds on 2/9/2015), and had apparently denied fevers or drenching night sweats.  His only symptom from the lymphoma, aside from enlarged lymph nodes in the neck, was fatigue, which had been present in the past and was felt to be "symptomatic co-morbidity from cirrhosis/marrow effects of Hepatitis B/C" (Physician note, 4/6/15).

Mr. Hardeman began therapy using the R-CHOP regimen (rituximab-cychlophosphamide, hydroxydaunomycin,oncovin (vincristine) and prednisone) on 2/24/2015.  Subsequent cycles were given on 3/17/15 4/7/15; 4/28/15/ 5/19/15; and the last cycle was given on 6/9/2015.  He also received lamivudine as prophylaxis for re-activation of his prior infection with Hepatitis B (see below), as well as other, routine support medications with the chemotherapy.  All enlarged lymph nodes in the neck were described as "gone" after the second cycle.  He had several episodes of low neutrophil counts, and received dose reductions after cycle #3.  He received a total of 6 cycles of R-CHOP, the last of which was begun on 6/9/2015, and records indicate that he seemed to tolerate the therapy reasonably well.

A repeat post-therapy PET scan was performed on 7/13/2015 revealing that all areas of increased tracer uptake had resolved, and the patient was considered to be in a complete remission of his lymphoma.  A repeat CT scan on 2/16/2016 revealed improvement in cervical adenopathy (now 1.4 cm), fully consistent with the known residual "lumps" post successful therapy in lymphoma patients.  A repeat CT scan on 6/15/2018 revealed no evidence of enlarged lymph nodes anywhere in the body.  There was a questionable gall-bladder polyp (which he has had in the past), as well as non specific thickening of the urinary bladder wall, and diverticulosis. There remains no evidence of recurrent lymphoma as of this latest scan, nor has there been any clinical evidence of relapse of his DLBCL.

The patient had removal of an in situ melanoma from his left shoulder on 9/4/2018.

Mr. Hardeman's past medical history is of great importance, as it relates to his diagnosis of diffuse large B cell lymphoma.

13

In 1966, Mr. Hardeman was living in the Haight Ashbury district in San Francisco.



The patient also states that he was denied insurance by Kaiser in 1989 due to elevated liver enzymes. He subsequently re-entered the Kaiser system in 1990, as part of job-acquired medical benefits, which did not require exclusion for pre-existing conditions.

In 2005, Mr. Hardeman was officially diagnosed with HCV infection, type 2b, after cirrhosis of the liver was found on an ultrasound examination, ordered by his primary physician at Kaiser. He was then tested for HCV as the possible etiology for the cirrhosis, as he had a past history fully consistent with HCV exposure. A liver biopsy was not performed to due to the presence of an enlarged spleen, and resultant low platelet count, which would have been a risk for the procedure; both the enlarged spleen and the low platelet count were caused by the cirrhosis. He received therapy for the HCV from 12/2/2005 until 11/2006, a total of 48 weeks, using pegylated interferon alfa and ribavirin. His HCV viral load at the start of antiviral therapy was 732,000 copies/ml (1/28/2005). At 12 weeks, his HCV viral load was negative, and he remained HCV negative in terms of HCV viral RNA in the blood in January, 2007, and January 2009 and up to the present time (per 6/7/2015 lab result).

Despite negative HCV viral load in the blood since early 2006, Mr. Hardeman continues to undergo serial testing for hepato-cellular carcinoma (aka liver cancer, HCC, or hepatoma), which is known to be caused by HCV (IARC). *Surveillance for liver cancer is recommended after successful HCV treatment and attainment of sustained viral response (SVR) in the blood (serum). Despite elimination of HCV virus from the serum, these patients remain at risk for HCC.* This testing includes serial analysis of alfa fetoprotein levels in the blood, as well as serial ultrasounds of the abdomen. Consistent with recommendations, analysis of alfa fetoprotein, and ultrasound of the abdomen were performed in Mr. Hardeman, on 7/31/2009, and 8/22/2014, a full 8 years from the time of his first HCV negative test post therapy for same. These recommendations are made, and were followed by Mr. Hardeman's physicians because the molecular abnormalities/errors induced by HCV, leading to liver cancer, occur years prior to the time that a frank malignancy occurs or can be diagnosed, and persist even though the virus itself may have been eradicated. The same concepts of trajectory for HCV related lymphoma, and for most cancers in which we know the cause (eg, lung

cancer and smoking) apply.  The malignant disease may occur years after the precise cause of that disease has been eradicated.[7]

Aside from chronic HCV infection and cirrhosis, Mr. Hardeman also has history of infection with Hepatitis B, with positive Core antibody to Hepatitis B determined on 1/28/15, causing him to be treated with lamivudine during the time of his R-CHOP chemotherapy, to prevent re-activation of this virus, known to occur in the setting of underlying Hepatitis B infection. ███████████████████████████████
████████████████████████████████████████████████
███████████████████████

Mr. Hardeman's additional past medical history reveals occurrence of basal cell carcinoma on the skin, as well as malignant melanoma in situ, removed from his left shoulder on 9/4/2018.  He also has history of atopic eczema, diagnosed on 1/25/2006, but said to have been present "for years".  He has also received topical steroid creams in the past for this.  He was treated with oral prednisone in the past for sciatica, which apparently occurred on one occasion; he did not take all of the prednisone pills, and had some "left over" at the end of 2014.


## VI.   Opinions Regarding Cause of Mr. Hardeman's NHL

There is no scientific basis or method to conclude that exposure to Roundup caused or contributed to Mr. Hardeman's NHL.  The epidemiologic evidence discussed above demonstrates that Roundup does not increase the risk of NHL in general, or of the DLBCL subtype Mr. Hardeman developed.  There is nothing in Mr. Hardeman's cancer pathology that implicates Roundup, nor is there anything different or unusual about Mr. Hardeman's clinical presentation suggestive of Roundup causation.  There is no test, biomarker, or genetic signature associated with Mr. Hardeman's cancer that either suggests or proves that his DLBCL was caused or contributed to by Roundup.

On the other hand, it is likely that Mr. Hardeman's chronic infection by the Hepatitis C virus (HCV), caused or contributed to his DLBCL.  HCV is a known human carcinogen, as identified by IARC (Group 1, definite) and as proven by extensive data published in the scientific and medical peer-reviewed literature, and provided herein. The basis of this opinion is outlined below:

- **Epidemiologic studies confirming relationship between HCV infection and subsequent development of lymphoma:**

---

[7] Weissenberger (1992)  ("One valid source of information on the latency period of NHL can be found in the literature on NHL developing after the treatment of Hodgkin's disease with chemotherapy and/or radiotherapy(24, 25). In such studies, the median latency period for NHL is about 5 to 6 yr (24, 25), not unlike that for secondary acute leukemia (26, 27). In these studies (24, 25), the latency of NHL in some cases was as short as 2 yr, but it may also be as long as >15 yr (28).")

-Case-control studies as well as large epidemiologic studies have confirmed the statistically significant relationship between chronic HCV infection and the subsequent development of lymphoma in general.  In studies large enough to perform subset analyses (De SanJose et al, 2008; Nieters et al, 2006), several sub-types of lymphoma were found to be statistically increased among HCV infected persons, including diffuse large B cell lymphoma (DLBCL), splenic marginal zone lymphoma, and lymphoplasmactytic lymphoma.

- **Biologic studies demonstrating plausibility that HCV can cause NHL:**

-HCV is capable of infecting B lymphocytes in humans, through binding of the HCV envelope glycoprotein E2 to CD81 and to the B cell receptor (BCR) on B lymphocytes.

-Binding of HCV to BCR results in chronic antigenic stimulation, allowing ongoing proliferation of HCV infected B lymphocytes,  thus allowing the opportunity for development and accumulation of genetic lesions or "accidents/errors", leading eventually to the development of DLBCL and marginal zone lymphoma.

-HCV has a "mutator phenotype", potentially capable of causing multiple mutations within the DNA of infected cells, with HCV thus capable of performing a direct oncogenic role.

-Expression of HCV core protein ( C ) and non-structural protein 3 (NS3) induce nitric oxide synthase (NOS) and reactive oxygen species (ROS), which could be responsible for additional mutations as well as abnormalities in DNA repair systems, eventually leading to the transformation to malignancy.

-NS3 staining has been detected in both DLBCL cells (12/14 cases) and Marginal zone lymphoma cells (4/14 cases), and expression of NS3 has been shown to be statistically elevated in cases of DLBCL versus marginal zone (p=0.006, Canioni et al, 2016).

-Takeshita et al (2005) also demonstrated the presence of HCV-RNA within lymphoma tissue from 6 of 7 patients with DLBCL in the spleen; all tumor tissue also demonstrated presence of HCV CD81, while 5/6 also demonstrated presence of HCV NS3 and E2 proteins by immunohistochemistry. The presence of HCV-RNA, as well as HCV NS3, E2 and CD81 proteins within DLBCL lymphoma cells, per se, is fully consistent with the pathogenic role of HCV in lymphogenesis.

-Successful treatment of HCV has resulted in complete remission of marginal zone lymphoma among the majority of HCV infected patients studied by Hermine et al (2002) and Arcaini et al (2016) among others, and in an HCV infected patient with mantle cell lymphoma (Levine,AM et al).  These data are consistent with the concept that these malignant B cells remain addicted to the BCR signaling induced

by HCV.  While DLBCL cells are known to be infected by HCV by demonstration of HCV RNA, and NS3 and E2 immunostaining within malignant lymphocytes, study of anti-HCV treatment as sole therapy for aggressive lymphomas such as DLBCL would be ethically difficult in this aggressive, fast growing lymphoma, and has not been accomplished to date.

- **HCV remains present in peripheral blood lymphocytes and in liver cells after sustained virologic response to Pegylated interferon alfa and ribavirin, and can thus cause lymphoma despite prior successful therapy for underlying HCV infection:**

-The latency period, between the time that a given carcinogen is first encountered, and the time at which a carcinogen-related malignancy is first diagnosed is very long, often measured in several years or decades.  Thus, while an overt cancer may not become evident for many years after exposure, the malignant "event" or mutation has already occurred in the cell of question.  The fact that Mr. Hardeman's DLBCL occurred after his HCV had been treated successfully is not unusual, and has been well described in the past.  Furthermore, the definition of "Sustained Virologic Response (SVR)" is rather arbitrary, and while initially thought to be consistent with "cure" or complete elimination of HCV from the body, this has not been confirmed in subsequent studies.  The definition of SVR is as follows: Absence of detectable HCV-RNA in the serum (or plasma) at 24 weeks (6 months) after completion of anti-HCV therapy.   As indicted above, we now understand that in the setting of SVR, occult infection by HCV is often present.  The definition of occult hepatitis C infection (OCI) is the presence of HCV-RNA in hepatocytes (liver cells) or peripheral blood mononuclear cells (specifically within the B lymphocytes in these PBMCs) without detectable HCV RNA in the serum.

-While HCV-RNA may become non-detectable in the serum after specific therapy for HCV, the peripheral blood B-lymphocytes, per se, often remain infected.  Thus, Pardo and colleagues (2006) studied the effect of pegylated-interferon and ribavirin therapy (the same as received by Mr. Hardeman) in 10 HCV infected patients, all of whom were HCV RNA positive in the peripheral blood mononuclear cells (PBMC's) at baseline.  After completion of therapy, 80% of patients demonstrated absence of HCV RNA in the PMBCs.  However, at 24 weeks post therapy, only 30% had sustained responses in terms of HCV RNA in PMBCs, and 5/5 patients who underwent a second liver biopsy also had persistence of HCV within liver cells, even though the HIV-RNA in serum had returned to non-detectable.  *This study indicates that while HCV RNA in serum may become non-detectable post therapy with Peg-IFN and ribavirin, the HCV RNA remains present within PBMCs (B-lymphocytes) and liver cells in the majority of patients over time, allowing for on-going mutational events.*

-A second study by Chen et al (2013) has confirmed the lack of clearance of HCV from peripheral blood B lymphocytes after treatment with pegylated interferon-a plus ribavirin (PegIFN/R) had resulted in a non-detectable HCV viral load in serum (ie: among 34 post-treatment samples, none was HCV RNA positive in the serum using

standard clinical assays; they had attained "sustained virologic response/SVR" in the serum, using standard techniques).   Nonetheless, using more sensitive techniques (750ul of plasma tested as opposed to 250ul, and using RT-PCT/NAH), 8 of 9 patients had detectable plasma HCV-RNA.  Overall, using the more sensitive technique, a 3-fold greater rate of HCV RNA detection was found (15.5% versus 50%, p=0.001).  *And, overall, among 45 on-or post-treatment samples that were re-examined, only 3 (6.6%) were HCV RNA positive by routine clinical assays, while 26 (57.7%) were positive for HCV RNA by the more sensitive assays, giving in total an 8.7 fold increase in detection of plasma HCV RNA (p<0.0001).*

      -Importantly, the Chen study (2013) also evaluated the presence of HCV-RNA in PBMCs of these PegIFN/Ribavirin treated patients.  Based upon a prior finding that mitogen stimulation (activation) of lymphocytes from HCV infected patients increased virus replication, and thus, virus detection, *ex vivo* stimulation of the PBMCs was performed (using PHA and IL-2), and HCV RNA expression was then evaluated. Overall, HCV-RNA was found in 17/23 (73.9%) of PBMC samples tested.  *Among these, 8/10 (80%) samples obtained during PegIFN/R therapy, and 4/8 (50%) acquired after completion of successful treatment were HCV-RNA positive, indicating that "sustained virologic response" as measured by routine clinical assays, post Peg/IFN/R is associated with persistence of HCV-RNA within lymphocytes.*

      -The Chen study (2013) further studied presence of positive versus negative strand HCV-RNA in these subjects, with negative strand associated with actively replicating (dividing) virus.  In 15 samples so studied, 10 (67%) revealed presence of replicating, negative strand HCV-RNA.  Further, cultured PBMC from subjects with occult hepatitis C infection (OCI) after successful PegIFN/R therapy released HCV virus-like particles (that were identified by immunoelectron microscopy with anti-HCV E2 antibodies) and these transmitted infection to virus-naïve human lymphocytes in culture.  **Taken together, the accumulated data demonstrated that HCV in immune cells (lymphocytes) fully retain biologic function, including infectivity.  These cells are thus reservoirs of replicating HCV, both during and after PegIFN/R therapy.**

      -The concept of persistent HCV infection post attainment of SVR has also been shown in the setting of infection within liver cells.  On-going presence of HCV-RNA within hepatocytes occurs in patients previously treated successfully for HCV, and the standard of practice among patients with history of cirrhosis due to chronic HCV infection post successful HCV therapy is to continue surveillance monitoring for hepatoma with regular ultra-sound examinations and alfa feto-protein analyses, every 6 to 12 months after receipt of successful HCV therapy (Bruix, 2011; Stroffolini, 2004). *This surveillance testing was routinely performed on Mr. Hardeman, with the last such formal testing occurring on 8/22/2014, a full eight years after having been "successfully" treated for HCV.*  The recommendation that surveillance testing for HCV associated liver cancer be routinely performed after successful therapy of underlying HCV is testament to the fact that the latent period between the initial exposure to a carcinogen and subsequent development of malignancy caused by that carcinogen may be separated

by years/decades, and the risk persists even after successful virologic suppression of HCV in the serum. Mr. Hardeman's physicians obviously knew and understood this risk, and have continued to obtain repeat ultrasounds of his liver, and tests of alfa fetoprotein in his blood, despite the fact that they believe he has attained a "sustained virologic response"  and has maintained this SVR for many years after therapy with PegIfn+Ribavirin.

-The concept of a viral infection remaining latent in the body for the life-time of an individual after initial infection is not unusual or confined to HCV alone.  Thus, after infection by the chicken pox virus (*Varicella*), the virus is not killed or cured, but rather, is suppressed by the body's immune system, and then lives within the nerve endings for as long as that person lives, and can re-activate itself at times of stress or weakening of the immune system, coming out as *V. zoster,* or shingles.  Another example is Human Immunodeficiency Virus (HIV), which can now be successfully managed with use of anti-retroviral drugs (anti-HIV medications), such that the HIV viral load in the blood (serum, plasma) is "non-detectable".  Nonetheless, after years of successful "non-detectability", once the anti-HIV drugs are stopped, the HIV comes right back; it has not been cured at all, but rather, the amount of virus has decreased in the blood, allowing a return to health, while allowing the virus to be "latent" or "occult/hidden" in the lymphocytes within the blood and organs.  Epstein-Barr virus remains latent within the body for a lifetime after initial exposure/infection, as well.  Thus, the fact that HCV can be successfully suppressed with therapy, without having been "cured" or eradicated is not at all unique in medicine.

-The concept of long delay between exposure to a carcinogen and subsequent development of cancer—even in the absence of on-going exposure to that carcinogen—may be thought of as a "hit and run" phenomenon, whereby a given agent causes specific mutations in the DNA which persist over time, eventually leading to malignant transformation, even though the offending agent is no longer present.  One such example may be seen in the setting of smoking-induced lung cancer.  Thus, current recommendations from the National Comprehensive Cancer Network (NCCN) for decreasing the death rate from lung cancer among prior smokers call for performance of low-dose CT scans of the chest in patients aged 55-74, with ≥ 30 year history of smoking, who have stopped smoking for <15 years.  These guidelines are based upon the National Lung Screening Trial, which showed a 20% relative risk reduction in mortality with screening, as these patients can now be diagnosed with early stage lung cancer, curable by surgery alone, since the tumor has not yet metastasized or spread. Again, the latent period between exposure to a carcinogen and subsequent development of malignancy is long, measured in years or decades, even when that exposure has ended, many years or more than a decade before.

A secondary cause or contributing factor to Mr. Hardeman's DLBCL may be related to the fact that he has been infected by Hepatitis B in the past. <u>The basis of this opinion is as follows</u>:

19

- **Hepatitis B (HBV) infection has been associated with development of DLBCL:**

    **-**HBV is considered a human carcinogen by IARC (Group 1), as causing hepatocellular carcinoma (HCC).  Recent studies have indicated that HBV is also capable of causing lymphoma, and specifically causing DLBCL, the same sub-type of lymphoma diagnosed in Mr. Hardeman.  Mr. Hardeman was also found to have been infected with HBV in the past, with positivity to HBV Core antibody.

    -Epidemiologic studies have confirmed that DLBCL is 2 to 3 times more common among HBV infected patients than in others.  Molecular analysis has revealed presence of HBV genome within DLBCL cells, and biologic mechanisms whereby HBV could induce malignant  transformation have been well described.  These mechanisms are distinct from those operative in HCV associated DLBCL.

Other secondary causes or contributing factors to Mr. Hardeman's DLBCL may be related to the fact that he is obese, based upon his medical records; has history of a skin rash that was treated with topical steroids, and was diagnosed as "atopic eczema" by his physician, and has also received intermittent oral prednisone for sciata in the past.  <u>The basis of this opinion is as follows:</u>

- **Obesity, atopic eczema and use of corticosteroids have been associated with development of DLBCL**

    -Obesity, atopic eczema and use of corticosteroids or other immunosuppressive medications have each been associated with modest increases in the development of various types of NHL, including DLBCL.


## VII.    Comments Regarding Plaintiffs' Expert Reports

I reviewed the reports of Plaintiff's experts, Dr. Dennis Weisenburger, Dr. Chadi Nabhan, and Dr. Andrei Shustov (discussed in greater detail below).  Their conclusions are not based on proper or rigorous epidemiologic methodology  First, there is no reliable evidence that Roundup (glyphosate) causes NHL, or specifically DLBCL. Second, when attempting to discern the etiology of a given case of NHL, it is inappropriate to lump data from all types of NHLs together, as there are over 60 sub-types of NHL, with diverse etiologies.  Third, the use of agricultural workers who were, or were not exposed to glyphosate is an entirely valid population group in which to study the question which was posed in the updated (2018) Agricultural Health Study, contrary to the opinion of the plaintiff's expert.  Fourth, there is no methodology by which one could conclude that Roundup caused or contributed to a given patient's NHL.  There is no test, biomarker, or genetic signature associated with DLBCL that either suggests or proves that a given case of DLBCL was caused or contributed to by Roundup.  Even if we assume that glyphosate is a risk factor for NHL (which has not been proven), one cannot assign any level of contribution of glyphosate to an individual's NHL within the

context of the vast majority of DLBCL patients who lack history of such exposure, even when use of the product increased substantially in the USA.   The methods used by Plaintiff's experts are inconsistent, selective, and unreliable as evidenced by the relatively superficial manner in which other known (IARC Group 1) risk factors for DLBCL, such as HCV, and HBV are considered.

### A.   Comments Regarding The Opinions of Plaintiffs' Expert, Dr.  Dennis Weisenburger

Dr. Weisenburger outlines Mr. Hardeman's specific use of glyphosate, and concludes that his level of exposure was consistent with a causative role in his development of DLBCL.  Nonetheless, regardless of the specific level of exposure, it cannot be considered to have caused or contributed to Mr. Hardeman's DLBCL for the following reasons:

1.   IARC considers glyphosate  to be a "probable" human carcinogen (Group 2A), not a definite human carcinogen (Group 1).

2.   IARCs designation of glyphosate as a Group 2A carcinogen was made prior to the recent update of the large, prospective Agricultural Health Study (2018), which was a prospective evaluation of over 50,000 agricultural workers, which found no such association between glyphosate use at any level and development of DLBCL

3.   IARC has designated HCV as a definite human carcinogen (Group 1)

4.   Dr. Weisenburger overlooks the fact that replicating, infectious HCV virus remains within liver cells and peripheral blood mononuclear cells (B lymphocytes) both during and after attainment of "sustained virologic response" to PegInterferon and Ribavirin. Thus, the HCV is not cured by this therapy, and is still present within the body, capable of inducing the DLBCL which it is known to cause.

Dr. Weisenburger also recounts the specific aspects of Mr. Hardeman's weight and level of obesity as a possible co-factor in his development of NHL.  As he notes, obesity is clearly a risk-factor for NHL, and for other types of cancer as well.  The relationship between obesity and cancer development is thought to relate to chronic inflammation, which is a known setting in which NHL may develop, often referred to as "chronic antigenic stimulation", causing on-going proliferation and division of the immune cells, including lymphocytes, which are then at increased risk of acquiring genetic errors.  Mr. Hardeman was obese at the time of his diagnosis, and as noted by Dr. Weisenburger, this may contribute to his NHL.  Of interest, however, Dr. Weisenburger discounts this known and proven association in favor of another explanation for the NHL in Mr. Hardeman, namely, his exposure to glyphosate, which has never been proven as a Group 1, definite, human carcinogen.  While obesity cannot

be ruled out as contributing to his development of DLBCL,  the most likely cause or contributing factor to Mr. Hardeman's NHL is his chronic HCV infection, a known Group 1 human carcinogen which causes DLBCL.

**B.     VIII. Comments Regarding The Opinions of Plaintiffs' Expert, Dr. Chadi Nabhan**

Dr. Nabhan discusses the prognostic features of Mr. Hardeman's DLBCL, and concludes that he has poor prognosis disease.  These factors are irrelevant, since the patient has already proven that his prognosis is excellent.  He attained complete remission with R-CHOP, and remains in continuous complete remission, now about 3.5 years from the end of chemotherapy. His chance of relapse is exceedingly small at this point, and is considered highly unlikely after a patient has been in complete remission for two years or more.

Dr. Nabhan states "While hepatitis C is considered a risk factor to developing NHL, there is abundance [sic] evidence that when hepatitis C is successfully treated and there is no detectable virus in patients, the risk of hepatitis C related DLBCL is almost negligible.  Hepatitis C is a risk factor when active and present in the blood."  In fact, HCV is active and present in the blood, even in the presence of SVR, as SVC assesses the amount of virus in the serum or plasma, not "hidden" in the cells). Thus, HCV is present in liver cells and B lymphocytes of patients in SVR, and is fully capable of causing DLBCL, as occurred with Mr. Hardeman.

Dr. Nabhan states that the updated Agricultural Health Study (2018) had several critical flaws, including the fact that "the control arm was farmers, an occupation established as a known risk factor for NHL, making it rather difficult to show increased risk for the glyphosate arm given the controls."  I disagree completely.  In fact, the study design was fully appropriate:  all subjects were agricultural workers (i.e., farmers would be included here), who either were, or were not exposed to the agents in question.  In other words, the investigators carefully controlled for potential confounding in their study design and execution, which, along with the other methodologies employed, made the results of this NIH sponsored study, published in a highly respected journal (Journal of the National Cancer Institute) both valid and reliable.

Dr. Nabhan also believes that the statistical analyses performed by DeRoos (2003) did, in fact, show a significant association between glyphosate and NHL, and states that the hierarchical regression analysis, which reduced the OR to 1.6 (95% CI: 0.9 to 2.8) was inappropriately used.  He further states, "If the new assumption is applied to the model, the output of the hierarchical regression would likely change." How does he know this?  Maybe it would, and maybe it would not:  this is not an appropriate way to judge a statistical methodology.  The key point is that when co-exposures have been properly controlled, there is no significant association between glyphosate and NHL.

Dr. Nabhan states that "...epidemiologic studies would rarely be able to investigate association between any occupational hazard and types of NHL....and we

can conclude that studying epidemiologic evidence can be done for the entire disease category, in this instance NHL." I disagree completely.  Non-Hodgkin Lymphoma is a term which encompasses over 60 different types of lymphoma.  Each of these is a different disease, with differing pathogenesis, cause, molecular findings, clinical findings, therapy and prognosis.  If we truly want to study the cause of a given type of lymphoma, we cannot generalize by studying the epidemiology of *all* lymphomas, rather we must study the epidemiology of the specific type of lymphoma we are interested in. Numerous epidemiologic papers in the medical literature have defined the specific characteristics of given sub-types of NHL, including DLBCL, and many of these references have been provided within this document.  To say that this kind of work is impossible, and that we must study *all* lymphomas in order to get the "truth" of one given subtype or another is simply not correct.

    **C.**      **Comments Regarding The Opinions of Plaintiffs' Expert, Dr. Andrei R. Shustov**

Dr. Shustov states that Mr. Hardeman's DLBCL revealed "absence of translocations for *bcl6, blc2,* or *myc* genes. This is not so; his DLBCL revealed abnormalities of both *bcl6* and *bcl2,* both of which have been described in HCV related DLBCL.

Dr. Shustov states that "Without quick identification and urgent proper treatment, the affected individual would die from their disease within months of being diagnosed." I agree, and it is for this reason that HCV treatment alone has not been used to treat HCV-related DLBCL in the past.  This is in contrast to patients with HCV-related splenic marginal zone lymphoma, in whom anti-viral  (anti-HCV) therapy alone will cure most patients.

Dr. Shustov also believes that Mr. Hardeman was "cured of HCV infection as of 2006, 8 years prior to lymphoma diagnosis", and concludes that  "it is highly unlikely that HCV had any contribution to his risk of developing or caused his lymphoma."  Again, SVR does not mean "cure" or eradication of the HCV, which remains present within liver cells and B lymphocytes, and fully capable of causing DLBCL, which it is known to do, even in the presence of SVR, or non-detectable HCV in the blood serum or plasma.

Dr. Shustov concludes that "…Roundup exposure is associated with increased risk of developing non-Hodgkin lymphomas."  "Moreover, I did not identify a single additional known risk factor that could be contributory to causing or accelerating lymphomagenesis in Mr. Hardeman's case."  This is not correct.  Mr. Hardeman had several known risk factors, including HCV, HBV, obesity, age >60 years, and intermittent use of corticosteroids, none of which can be ruled out under Dr. Shustov's methodology.

## VIII.   Conclusion

While a specific cause or contributing factor for DLBCL cannot be found in the majority of affected patients, this is likely not true with Mr. Hardeman, whose DLBCL

was most likely caused by his chronic infection by HCV.  Even though he was treated in 2005-6 with pegylated interferon and ribavirin and achieved a "sustained virologic response", scientific evidence indicates that these SVR's do not represent cure or complete eradication of the virus.  Instead, the HCV simply remains latent or "quiet" within the B lymphocytes and liver cells, capable of inducing the multiple mutations which have been shown to lead to DLBCL. Even in the unlikely event that the HCV was truly "cured" in Mr. Hardeman's case, still, the former and prior presence of this virus for over 3 decades would have been sufficient to cause the mutations leading to DLBCL, occurring years or even decades later.  Moreover, it is scientifically improper to dismiss the other factors which might have been contributors to Mr. Hardeman's DLBCL, including his history of Hepatitis B infection, and his obesity, neither of which should be excluded.

Dated: NOVEMBER 26, 2018

Alexandra Levine, M.D., M.A.C.P

24