# EXHIBIT 26

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: Gebeyehou v. Monsanto (3:16-cv-5813) | |

# EXPERT REPORT OF

# DR. ANDREI R. SHUSTOV

OFFICIAL EXPERT REPORT

SIOUM GEBEYEHOU VS. MONSANTO

**Prepared by: Andrei Shustov, M.D.**

I met with Mr. Gebeyehou, his wife, and his son on November 7, 2018 in Seattle. During our encounter I had a chance to conduct a full medical interview and comprehensive physical exam. I also reviewed extensive medical records provided to me prior to our meeting, including but not limited to Medical History, Family History, Social History, Laboratory Studies, Imaging Studies, Pathology Reports, and other medical providers assessments. Below, please find the complete report of my findings and conclusions.

**HISTORY OF PRESENT ILLNESS (Non-Hodgkin B-cell Lymphoma)**

Mr. Gebeyehou was in general good state of health when in 2013 he developed right flank/back pain. It was initially attributed to physical exercise. Dr. Stamp "checked my lungs but did not find anything wrong", however, chest X-ray at the time showed pleural effusion. He also had imaging studies, including CT scan and MRI that were unrevealing. Sioum did not have fevers, night sweats, or weight loss at that time (frequent sign of cancer, lymphoma in particular).

Few months later, Mr. Gebeyehou developed progressive numbness in the lower his jaw, and shortly after mild pain. He saw his dentist who did not identify any dental issues and referred him the neurologist. MRI of the brain/skull on 01/24/2014 was requested and demonstrated an infiltrative enhancing soft tissue mass in the left retromaxillary region with involvement of the base of the skull. Four additional masses with extensive skeletal destruction were identified adjacent to the dominant described mass. PET scan on 02/03/2014 confirmed FDG-avid tumors in nasal sinuses and base of the skull. There were no additional foci of increased uptake from base of the skull to midthigh.

Mr. Gebeyehou has undergone extensive sinus surgery on 02/04/2014. Pathologic evaluation was consistent with diagnosis of ***Diffuse Large Cell Lymphoma***, germinal center type, with high proliferative rate of 80%. Genetic studies did not identify translocations of *bcl2*, *bcl6*, and *myc* genes. Hence, Sioum was diagnosed with stage IIA diffuse large B-cell lymphoma with extensive base of the skull and sinus involvement.

Mr. Gebeyehou started intensive multiagent cyclical chemotherapy, R-CHOP on 02/07/2014. On 07/29/2014 PET scan demonstrated significant response to therapy. He had significant toxicities, some life-threatening during treatment, but was able to complete his therapy. Thorough post-treatment evaluation did not identify any evidence of residual lymphoma. He achieved complete remission. All subsequent imaging studies and clinical evaluations were free of lymphoma evidence.

Four years after completion of lymphoma therapy Mr. Gebeyehou continues to have adverse sequalae of the chemotherapy. These include peripheral sensory neuropathy (numbness), double vision, stability and balance problems, and muscle rigidity. He also reports voice changes (dysphonia) and fluctuating speech problems ever since chemotherapy. He reports left sided hearing loss after lymphoma therapy.

**PAST MEDICAL HISTORY**

1. Glaucoma, open angle (2008)
2. Lower extremity DVT (2013)

**MEDICATIONS**

Mr. Gebeyehou does not take prescribed medications at this time.

**ALLERGIES**

Aspirin causes vertigo

**FAMILY HISTORY**

Mr. Gebeyehou denies family history of non-Hodgkin lymphoma or related cancers (i.e. lymphoid leukemias). His mother had ovarian cancer at the age of 84 years; his father passed in 1975 from unknown cause. He has one full sister with no history of cancer. He has two sons with no cancer diagnosis.

**SOCIAL HISTORY**

Mr. Gebeyehou immigrated to the United States from Ethiopia in 1969 at the age of 30. He resided in San Francisco, Pacifica, and Oakland since then. While growing up in Ethiopia, he denies exposure to known industrial, agricultural, military, or household carcinogens or toxic chemicals. He had no exposure to ionizing radiation. He worked in construction (concrete work) prior to moving to the US. In the United States he worked as an engineer, including design and drafting, civil engineering, and mechanical engineering until his retirement in 1996. He does not report any work place exposure during his employment years.

Mr. Gebeyehou is a former smoker with 10-year history, he quit in October of 1972. He drinks a glass of wine with dinner, and never used alcohol excessively. He never used recreational drugs.

**SPECIAL EXPOSURE HISTORY**

Mr. Gebeyehou reports extensive exposure to Roundup. He bought his house with 3-acre property in Oakland, California in 1986. Property maintenance requires continuous weed, grass, and shrub cleaning. He divided his property in 6 sections and performed routine vegetation control, roughly every 3 weeks. In 1987 he started using Roundup and continued for 27 years, until he stopped in 2014. He found it to be very effective and "was told that it is safe", so he applied Roundup to the entire property every three weeks (1 – 1.5 hrs at a time) both manually (hand-sprays) and using pressure machine. He used Super-Concentrate product which he diluted himself with frequent spills on his hands. With wind, the spray would frequently land on him and his face. He did not use any protective ware or barriers (gloves, mask, respirators, or goggles). He would not wash his hands or face until he was done, and sometimes for hours until he finished working on property. On average, Mr. Gebeyehou would used 1.5 gallons of Super Concentrate Roundup per year.

**PHYSICAL EXAM**

*General.* Appears well, alert and oriented, without acute distress, mentally engaged.

*HEENT.* Pupils are round, equal, reactive to light; extraocular muscles are intact. Oral mucosa is moist, pink, with adequate saliva pooling; no ulcerations or plaques in the pharynx.

*Pulmonary.* Lungs are clear to auscultation bilaterally and symmetrically, with no wheezes or crepitations and adequate respiratory effort. Percussion is normal and symmetric.

*Cardiovascular.* Regular rate and rhythm; no significant murmurs are appreciated. No jugular venous distention.

*Gastrointestinal.* Abdomen is soft, non-tender, with active bowel sounds. No hepatomegaly, splenomegaly, or masses appreciated. No evidence of ascites.

*Extremities.* No significant edema, cyanosis or clubbing appreciated.

*Hematologic.* No excessive bruises or petechiae found.

*Lymphatic.* No lymphadenopathy appreciated throughout.

*Skin.* No significant rashes, skin tumors or other lesions appreciated.

*Neurologic.* Mildly stumbling independent gait without overt loss of balance; cerebella functions mildly compromised; there is left proximal leg weakness (3/5), there is decreased touch sensation in the left lower leg; there is decreased hearing on the left.

*Muscular-skeletal.* No deformities; Normal range of motion; no red swollen joints.

*Nutritional status.* Normal, no signs of anorexia or cachexia.

**GENERAL CHARACTERIZATION OF DIFFUSE LARGE B-CELL LYMPHOMA (DLBCL)**

1. DLBLC is an aggressive cancer of immune cells, called B-lymphocytes. It is one of the many types of B-cell lymphomas and represents the most common lymphoma in adults with the annual incidence of approximately 5.5 new diagnoses per 100,000 men/women. The number of patients dying from DLBCL per year approximates 1.8 per 100,000 men/women. Both, young and older adults can develop DLBCL, but it is more common in patients over the age of 60 years.

2. The causes of DLBCL are unknown in the majority of patients. However, numerous environmental factors, exposures to industrial, military, agricultural or household chemical agents, exposure to ionizing radiation, immunodeficiency states, and autoimmune conditions are known to increase the individual's risk of developing and potentially causing lymphomas, including DLBCL.

3. In most patients, DLBCL originates in one of the body's lymph nodes (structures that harbor immune cells) and spreads rapidly without treatment to affect numerous lymph nodes and frequently other organs. Any organ in human body can be affected and compromised by DLBCL. Patients frequently develop systemic symptoms (fevers, night sweats, weight loos) as a result of severe inflammation in the body. Without quick identification and urgent proper treatment, the affected individuals would die from their disease within months of being diagnosed.

4. The combination chemotherapy consisting of cyclophosphamide, doxorubicin, vincristine and prednisone, with addition of rituximab (R-CHOP) represents the current standard of care for DLBCL. Patient have to undergo at least 6 cycles of therapy to obtain the best chance of curing DLBCL (early stage disease might be treated with 3-4 cycles of chemotherapy with addition of radiation therapy). This regimen is expected to cure 65-75% of patients diagnosed with DLBCL. Other regimens exist to treat DLBCL but are utilized far less commonly than R-CHOP. There is significant heterogeneity in DLBCL at genetic, biologic, and clinical levels. Therefore, the probability of cure in the particular patient will depend on the specific characteristics of individual lymphomas (mutations in tumor cells), clinical features at presentation (such as stage of lymphoma at diagnosis, International Prognostic Index score - IPI, severity of organ involvements, etc.), and ability of the patient to withstand high toxicities of chemotherapy required for cure.

5. R-CHOP chemotherapy regimen presents significant toxicities. The acute toxic affects (while on and shortly after the treatment) include but not limited to nausea, vomiting, fatigue, anorexia, constipation, extremely low immune system with risk of severe life-threatening infections, low blood counts with risk of major bleeding, nerve damage (neuropathy), anxiety, mood disturbance, sleeplessness, hair loss, "chemo-brain". Long lasting or late toxicities (long after finishing treatment) include persistent nerve ending damage (numbness), loss of bone strength (osteoporosis), heart failure, and possibility of secondary cancers (caused by chemotherapy or radiation).

**ANALYSIS OF MR. GEBEYEHOU'S RISKS FOR DEVELOPING DLBCL**

I thoroughly and carefully reviewed Mr. Gebeyehou's records and took comprehensive history during our encounter both of which served as basis of my assessment below.

1. Mr. Gebeyehou does not possess family history of non-Hodgkin lymphoma or other related cancers making genetics an unlikely contributing factor into cause(s) of his lymphoma;

2. Mr. Gebeyehou does not have identifiable or history of immunodeficient states or disease to be a contributor to cause(s) of his lymphoma;

3. Mr. Gebeyehou does not have a history of autoimmune disease as identifiable risk for lymphoma;

4. Mr. Gebeyehou was not exposed to any identifiable carcinogens or other risk factors (i.e. ionizing radiation) while growing up and working in Ethiopia, and throughout his multiple employment in the United States to suspect contribution to the risk of non-Hodgkin lymphoma;

5. Mr. Gebeyehou has a history of cigarette smoking; he quit in 1972 after 10 year of use. Smoking tobacco has been linked to increase one's risk of several cancers. Strongest associations were established for lung cancer, head and neck cancer, and bladder cancer. Lymphomas are not among the cancers with established association with smoking. In addition, Mr. Gebeyehou quit smoking in 1972, 32 years prior to his lymphoma diagnosis, and it has been shown that the risk of lung cancer (even with proven association) declines every decade after smoking cessation and decreases back to the level of "never-smokers" after 1-2 decades of continuous "non-smoking". Therefore, it is my conclusion that history of smoking in Mr. Gebeyehou's case has no association with diagnosis of lymphoma.

6. Mr. Gebeyehou has evidence of exposure to Hepatitis B virus - positive HBV core antibody test and positive HBV antigen test in February 2014. However, he has never been diagnosed with clinical HBV infection (i.e. HBV viremia or clinically meaningful degree of liver function tests abnormalities). While questions about association of HBV infection and increased risk of NHL were raised in the literature, no definitive studies have been conducted. Moreover, in the review by *F. Marcucci and colleagues*, suspected but not proven association between HBV and NHL was in subjects with active and persistent HBV viremia (positive DNA), antigenemia (positive HBV antigen), or active clinical HBV hepatitis. Based on these considerations, it is my conclusion that it is <u>highly unlikely</u> that HBV had any contribution to his risk of developing or caused his lymphoma.

7. Mr. Gebeyehou had very significant exposure to Roundup – an agricultural herbicide. His use of Roundup was both, intensive (large quantities and with no barrier to prevent absorption/inhalation) and prolonged (~27 years). While using Roundup he wore no protective accessories or used no shielding. Based on available evidence, Roundup exposure is associated with increased risk of developing non-Hodgkin lymphomas. It is my conclusion that Mr. Gebeyehou's exposure to Roundup is not only sufficient but exceeds the exposure that is reported to either cause and significantly increase one's risk of developing non-Hodgkin lymphoma. Moreover, I did not identify a single additional known frisk factor that could be contributory to causing or accelerating lymphomagenesis in Mr. Gebeyehou's case.

**DISCUSSION OF MR. GEBEYEHOU LYMPHOMA CAUSATION**

- The link between exposure to pesticides and lymphoma development has been reported by numerous investigators. In a Meta-Analysis by Schinasi and Leon, investigators reviewed and analyzed reports published in English between 1980 and 2014. The studies that were analyzed in this Meta-Analysis were performed in the US, Canada, Europe, Australia, and New Zealand. Out of 858 articles, 44 were selected for qualitative analysis. Twenty articles provided estimated association between exposure to herbicide chemical groups or active ingredients and lymphoma development. Four articles provided association with fungicides, and 17 articles – with insecticides. Several of the papers included in this analysis reported specifically on glyphosate (*Cantor et al, 1992; Hardell et al, 2002; De Roos et al, 2003; De Roos et al, 2005; Eriksson et al, 2008; Orsi et al, 2009; and Cocco et al, 2013*). This Meta-Analysis found an association between glyphosate and development of B-cell lymphoma with an OR 2.0 (95% CI: 1.1-3.6) and there was the same OR for DLBCL subtype. Furthermore, I have observed that several of the case-control studies cited above adjusted for other pesticides as potential confounding factors; whereas some did not. I have taken this issue into account in my analysis.

- Most of American cancer centers as well as cancer associations list exposure to pesticides as a known risk factor to developing NHL. For example, the *American Cancer Society* and *Cleveland Clinic* identify pesticides as a known risk factor for NHL (https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html), (https://my.clevelandclinic.org/health/diseases/15662-adult-non-hodgkins-lymphoma).

- The association between exposure to Roundup/glyphosate, a known pesticide, and a risk of NHL development is further supported by global medical community:

    o In March 2015 the International Agency of Research on Cancer (IARC) has classified glyphosate as a probable human carcinogen (class 2A). This was based on thorough and rigorous investigations by independent researchers and investigators in the field. IARC represents a division of the World Health Organization (WHO) (https://www.iarc.fr/) and was established in 1965. It is an independent body to assess potential hazards that can cause cancer in humans. Criteria used by IARC to evaluate a substance as a potential carcinogen are: 1) substance must have ubiquitous human exposure; and 2) there must

6

  be sufficient preliminary data to implement a potential harm and carcinogenicity in humans.

- As of the last update on 07/30/2018, IARC has evaluated 1,006 substances since its inception over 4 decades ago. This indicates the high selectivity of the Agency in deciding which substance meet the criteria for evaluation. Out of these 1006 substances, 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens) (https://monographs.iarc.fr/agents-classified-by-the-iarc/)

- IARC reviews peer-reviewed published literature that includes epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC takes into account and assesses plausible mechanisms of action for possible carcinogenicity of the studied compound.

    - Epidemiologic study that was published by *McDuffie et al* (Cancer Epidemiology, Biomarkers, and Prevention; *Vol. 10, 1155–1163, November 2001*) where 517 cases and 1506 controls were included. The risk of NHL was statistically significantly increased among glyphosate exposed individuals more than two days per year with an OR of 2.12 (95% CI: 1.20-3.73).

    - Another analyzed study was published by *DeRoos et al* in 2003 (*Occup Environ Med. 2003 Sep;60(9):E11.*) where 650 cases and 1933 controls were evaluated. The OR for glyphosate increasing the risk of developing NHL was 2.1 (95% CI: 1.1-4.0).

    - In a population-based case-control study, Eriksson et al (*Int J Cancer; 2008; Oct 1; 123 (7); 1657-1663*) reported on 910 cases and 1016 controls and showed an OR of 2.36 (95% CI: 1.04-5.37) for developing NHL in individuals exposed to glyphosate more than 10 days in their lifetime.

    - The IARC report included the preliminary data of the Agricultural Health Study (AHS) (https://aghealth.nih.gov/), which was initially published by DeRoos et al in 2005 and found no association between glyphosate and NHL. The AHS is a prospective study that enrolled commercial pesticide applicators from Iowa and North Carolina and in the mid-1990s, and who were followed prospectively with repeated questionnaires. The study was updated in 2018 (Andreotti et al) where it found no association between glyphosate and NHL. This study suffered several critical flaws; mainly, the dropout rate where almost 40% of participants lost to follow up and the fact that the control arm included farmers with known risk factor for NHL, making it rather difficult to show increased risk for the glyphosate arm over the controls.

- Group 2A (probable) is the highest level of evidence short of a "definitive association", which is best established with randomized controlled study. Such study would be impossible and unethical to perform as it exposes patients to a potentially harmful and probable carcinogenic agent.

- o The results of the IARC investigation were published in the Lancet Oncology in May 2015 by Guyton et al (https://www.thelancet.com/journals/lanonc/article/PIIS1470-2045(15)70134-8/fulltext).

- o Epidemiologic studies were unable to look at subtypes of NHL when assessing epidemiologic causation. This is understandable as the classification of NHL has evolved over the years and there are many new subtypes that have been recognized that were not known in the late 1990s or early 2000s. The latest classification for NHL was published in 2016 by Swerdlow et al (http://www.bloodjournal.org/content/bloodjournal/127/20/2375.full.pdf) and in this classification, over 60 subtypes of B and T cell NHL have been identified. In addition, looking into specific subtypes of NHL would inevitably erode statistical power of conclusions given reduction in number of subjects. This shows that epidemiologic studies would rarely be able to investigate association between any occupational hazard and types of NHL. This is analogous to studying epidemiology of breast and prostate cancer, where we now recognize different subtypes, but study the epidemiology of these cancers in their totality. Finally, given proposed biologic effect of glyphosate on lymphocytes, one would not expect cancerous transformation to be uniquely restricted to a particular subtype of lymphocytes, but rather represent a broad effect on these class of cells in the immune system, affecting the risk of developing lymphoma as a group.

## CONCLUSIONS

- Mr. Gebeyehou has been exposed to glyphosate, a Class 2A human carcinogen in a manner and magnitude that fits within the published epidemiologic literature and studies where causation and an association between NHL and glyphosate have been demonstrated.

- In performing the thorough differential diagnosis into causes of Mr. Gebeyehou's DLBCL, I conclude, to a reasonable degree of medical certainty, that his exposure to roundup/glyphosate is a substantial factor contributing to the development of his NHL.

**Andrei Shustov, M.D.**

8