# EXHIBIT 27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto* (3:16-cv-525) | |

# EXPERT REPORT OF

# DR. ANDREI R. SHUSTOV

OFFICIAL EXPERT REPORT

EDWIN HARDEMAN VS. MONSANTO

**Prepared by: Andrei Shustov, M.D.**

I met with Mr. Hardeman (DOB█████/1948) on November 15, 2018 in Seattle. During our encounter I had a chance to conduct a full medical interview and comprehensive physical exam. I also reviewed extensive medical records provided to me prior to our meeting, including but not limited to Medical History, Family History, Social History, Laboratory Studies, Imaging Studies, Pathology Reports, and other medical providers assessments. Below, please find the complete report of my findings and conclusions.

**HISTORY OF PATIENT'S ILLNESS (Non-Hodgkin B-cell Lymphoma)**

Mr. Hardeman was in a state of generally good health when on December 14, 2014 he looked in the mirror and was taken aback by few egg-sized nodules on the right side of his neck. They were not painful, cause any discomfort, or had any associated skin changes. Edwin does not recall any associated systemic symptoms at the time, such as night sweats, fevers, or weight loss. He called his primary care physician who asked him to "give it 30 days" to see if they go away. The laboratory studies at that time showed WBC 6.9 K/uL, HCT 46.6%, platelets 158 K/uL; liver function, kidney function, electrolyte panel were all normal. After observation period, the newly discovered nodules did not go away, but rather grew a little bit larger. He was referred to head and neck surgeon, Dr. Rich Turley who performed FNA (fine needle aspiration) on January 28, 2015. Pathology report indicates "Extensively necrotic neoplasm" with inability to make definitive diagnosis. CT scan of the neck 6 days later reported multiple nodal masses in the right neck with compression of the internal jugular vein. Core-needle biopsy followed on February 06, 2015 with the resultant diagnosis of high-grade B-cell lymphoma, most consistent with *Diffuse Large B-cell Lymphoma*, non-germinal center type. Further studies showed high proliferative rate of ~80%, negativity for EBV-virus, and absence of translocations for *bcl6*, *bcl2*, or *myc* genes.

Staging PET-CT scan on February 20, 2015 demonstrated extensive and invasive FDG-avid lymphadenopathy in the right neck, as well as around pancreatic head with contiguous involvement of retroperitoneal and right iliac regions. Bone marrow biopsy on February 23, 2015 showed no involvement by B-cell lymphoma. Hence, Mr. Hardeman was diagnosed with stage IIIA diffuse large B-cell lymphoma, with International Prognostic Index (IPI) score of 2 (Intermediate-Low risk). Further evaluation showed normal left ventricular ejection fraction (60-65%; echocardiogram on March 3rd, 2015). Of note, CT scan mentioned above demonstrated enlargement of the right testicle, that was later proven to be benign spermatocele on ultrasound study.

Mr. Hardeman started multi-agent intensive chemotherapy with R-CHOP (rituximab, cyclophosphamide, doxorubicin, vincristine, and prednisone) on February 24, 2015. He completed a total of 6 cycles (every three weeks). He reported near immediate shrinkage of the neck masses after the first cycle, and

1

interim restaging PET-CT scan confirmed excellent response to treatment. Chemotherapy was associated with significant subjective toxicities (per patient), including fatigue, nausea, vomiting, anorexia, and an episode of life-threatening neutropenic fever (admitted to the hospital after the second cycle on March 23, 2015). Post-treatment PET-CT imaging demonstrated complete remission with resolution of all previous sites of disease. All subsequent imaging studies up to date continued reporting no evidence of lymphoma relapse.

## PAST MEDICAL HISTORY

1. Systemic arterial hypertension
2. Hepatitis C infection
3. Liver Cirrhosis
4. Open-angle glaucoma with history of left retinal vein occlusion
5. Benign prostatic hypertrophy
6. Bilateral cataracts
7. Evidence of exposure to hepatitis B virus

## CURRENT MEDICATIONS

1. Lisinopril 10 mg daily
2. HCTZ 25 mg daily
3. Latanoprost eye drops
4. Dorzolamide-Timolol 2%-0.5% eye drops

## ALLERGIES

No known drug allergies.

## FAMILY HISTORY

Patient is one of five siblings. Two of the brothers were diagnosed with "early onset dementia". There is history of "heart disease" in both parents. There is no history of "cancer in general" or lymphomas in particular, in the immediate family.

## SOCIAL HISTORY

Mr. Hardeman reports personal history of smoking from the age of 17-18 years; he quit in 1980; prior to quitting, he smoked on average 0.5 packs-per-day, but less so in earlier years. He consumes on average 1 glass of wine per day; he drank more in younger years, but "was never an alcoholic". He admits to ███████████████████████████ recruited into US army. He denies being exposed to any toxic industrial or agricultural chemicals or ionizing radiation growing up.

2

Edwin served in the military between 1970 and 1973 being stationed in Germany. He did not have exposure to battle field exfoliants, jet engine exhaust, fuel vapors, or other known military carcinogens. After honorable discharge from the US army, Mr. Hardeman mostly held office, administrative, and management jobs in leasing companies, auto-industry, real estate, and family business.

## SPECIAL EXPOSURE HISTORY

Mr. Hardeman endorses significant prior exposure to Roundup products. In 1985 he purchased a property in Montesinos Coast in California. He initially hired workers to de-weed areas around his house and driveway, but after learning that "all it took was to spray the ground with Roundup", Erwin started purchasing Roundup and spraying affected areas himself. In October 1988, he sold this property and bought 56 acres in Sonoma county. The new property had gravel-based access road, large-sized parking lot, and another road (~ 1,500 feet) behind the house. He quickly realized that two roads, parking area, and garage were taken over by poison oak and required continuous growth control if one were to use these regularly without risk of exposure to dangerous plant. Erwin applied his learned skills in using Roundup to keep his new property free of invasive plant(s). He diligently sprayed both roads (including high embankments), parking area, and garage walls and areas around for over 25 years with Roundup without using any protective equipment or barriers (i.e. gloves, face shield, respirator etc.). He describes frequent spills on his hands, and inhalation if the wind were present while he was working; his use of Roundup was especially "aggressive" in the last three years before he stopped at the time of lymphoma diagnosis.

## PHYSICAL EXAM

*General.* Appears well, alert and oriented, without acute distress, mentally engaged.

*HEENT.* Pupils are round, equal, reactive to light; extraocular muscles are intact. Oral mucosa is moist, pink, with adequate saliva pooling; no ulcerations or plaques in the pharynx.

*Pulmonary.* Lungs are clear to auscultation bilaterally and symmetrically, with no wheezes or crepitations and adequate respiratory effort. Percussion is normal and symmetric.

*Cardiovascular.* Regular rate and rhythm; no significant murmurs are appreciated. No jugular venous distention.

*Gastrointestinal.* Abdomen is soft, non-tender, with active bowel sounds. No hepatomegaly, splenomegaly, or masses appreciated. No evidence of ascites.

*Extremities.* No significant edema, cyanosis or clubbing appreciated.

*Hematologic.* No excessive bruises or petechiae found.

*Lymphatic.* No lymphadenopathy appreciated throughout.

*Skin.* No significant rashes, skin tumors or other lesions appreciated.

3

*Neurologic.* Normal gait; no focal neurologic deficits found; cranial nerves are intact. Cerebellar function intact. Reality perception is normal; mood pleasant.

*Muscular-skeletal.* No deformities; Normal range of motion; no red swollen joints.

*Nutritional status.* Normal, no signs of anorexia or cachexia.

## GENERAL CHARACTERIZATION OF DIFFUSE LARGE B-CELL LYMPHOMA (DLBCL)

1. DLBLC is an aggressive cancer of immune cells, called B-lymphocytes. It is one of the many types of B-cell lymphomas and represents the most common lymphoma in adults with the annual incidence of approximately 5.5 new diagnoses per 100,000 men/women. The number of patients dying from DLBCL per year approximates 1.8 per 100,000 men/women. Both, young and older adults can develop DLBCL, but it is more common in patients over the age of 60 years.

2. The causes of DLBCL are unknown in most patients. However, numerous environmental factors, exposures to industrial, military, agricultural or household chemical agents, exposure to ionizing radiation, immunodeficiency states, and autoimmune conditions are known to increase the individual's risk of developing and potentially causing lymphomas, including DLBCL.

3. In most patients, DLBCL originates in one of the body's lymph nodes (structures that harbor immune cells) and spreads rapidly without treatment to affect numerous lymph nodes and frequently other organs. Any organ in human body can be affected and compromised by DLBCL. Patients frequently develop systemic symptoms (fevers, night sweats, weight loos) as a result of severe inflammation in the body. Without quick identification and urgent proper treatment, the affected individuals would die from their disease within months of being diagnosed.

4. The combination chemotherapy consisting of cyclophosphamide, doxorubicin, vincristine and prednisone, with addition of rituximab (R-CHOP) represents the current standard of care for DLBCL. Patients have to undergo at least 6 cycles of therapy to obtain the best chance of curing DLBCL (early stage disease might be treated with 3-4 cycles of chemotherapy with addition of radiation therapy). This regimen is expected to cure 65-75% of patients diagnosed with DLBCL. Other regimens exist to treat DLBCL but are utilized far less commonly than R-CHOP. There is significant heterogeneity in DLBCL at genetic, biologic, and clinical levels. Therefore, the probability of cure in a particular patient will depend on the specific characteristics of individual lymphomas (mutations in tumor cells), clinical features at presentation (such as stage of lymphoma at diagnosis, International Prognostic Index score - IPI, severity of organ involvements, etc.), and ability of the patient to withstand high toxicities of chemotherapy required for cure.

5. R-CHOP chemotherapy regimen presents significant toxicities. The acute toxic affects (while on and shortly after the treatment) include but not limited to nausea, vomiting, fatigue, anorexia, constipation, extremely low immune system with risk of severe life-threatening infections, low blood counts with risk of major bleeding, nerve damage (neuropathy), anxiety, mood disturbance, sleeplessness, hair loss, "chemo-brain". Long lasting or late toxicities (long after

4

finishing treatment) include persistent nerve ending damage (numbness), loss of bone strength (osteoporosis), heart failure, and possibility of secondary cancers (caused by chemotherapy or radiation).

## ANALYSIS OF PATIENT'S RISKS FOR DEVELOPING DLBCL

I thoroughly and carefully reviewed Mr. Hardeman's records and took comprehensive history during our encounter both of which served as basis of my assessment below.

1. Mr. Hardeman does not possess family history of non-Hodgkin lymphoma or other related cancers making genetics an unlikely contributing factor into cause(s) of his lymphoma;

2. Mr. Hardeman does not have identifiable or history of immunodeficient states or disease to be a contributor to cause(s) of his lymphoma;

3. Mr. Hardeman does not have a history of autoimmune disease as identifiable risk for lymphoma;

4. Mr. Hardeman was not exposed to any identifiable carcinogens or other risk factors (i.e. ionizing radiation) while growing up, serving in the military, and throughout his multiple employments to suspect contribution to the risk of non-Hodgkin lymphoma;

5. Mr. Hardeman has a history of hepatitis C virus (HCV) infection. HCV has been identified as a risk factor for a specific, rare and unique subtype of an indolent non-Hodgkin lymphoma, namely *splenic marginal zone lymphoma (SMZL)*; the proof of this specific association as the fact that treatment of HCV infection alone would "cure" SMZL in the majority of such patients with no other anti-lymphoma therapy. Other epidemiologic studies have suggested the association of HCV infection and NHL overall and DLBCL in particular (*L. Anderson et al.* 2007, *L. Anderson et al.* 2008). However, these studies have not accounted for numerous confounding factors (other viral coinfection such as HIV and other, that are frequently associated with HCV infections), evaluated the impact of HCV therapy on risk of NHL, or looked into association of HCV clearance and reduction of NHL risk. Based on the stated, and the fact that Mr. Hardeman was cured of HCV infection as of 2006, 8 years prior to lymphoma diagnosis, it is my conclusion that it is highly unlikely that HCV had any contribution to his risk of developing or caused his lymphoma.

6. Mr. Hardeman has evidence of exposure to Hepatitis B virus - positive HBV core antibody test. However, he has never been diagnosed with clinical HBV infection (i.e. HBV viremia, HBV antigen, or clinically meaningful degree of liver function tests abnormalities). While questions about association of HBV infection and increased risk of NHL were raised in the literature, no definitive studies have been conducted. Moreover, in the review by *F. Marcucci and colleagues*, suspected but not proven association between HBV and NHL was in subjects with active and

5

persistent HBV viremia (positive DNA), antigenemia (positive HBV antigen), or active clinical HBV hepatitis. Based on these considerations, it is my conclusion that it is <u>highly unlikely</u> that HBV had any contribution to his risk of developing or caused his lymphoma.

7.  Mr. Hardeman has a history of smoking, he quit using tobacco products in 1980. Smoking tobacco has been linked to increase one's risk of several cancers. Strongest associations were established for lung cancer, head and neck cancer, and bladder cancer. Lymphomas are not among the cancers with established association with smoking. In addition, Mr. Hardeman quit smoking in 1980, 34 years prior to his lymphoma diagnosis, and it has been shown that the risk of lung cancer (even with proven association) declines every decade after smoking cessation and decreases back to the level of "never-smokers" after 1-2 decades of continuous "non-smoking". Therefore, it is my conclusion that history of smoking in Mr. Hardeman's case has no association with diagnosis of lymphoma.

8.  Mr. Hardeman has moderate obesity. Obesity has been interrogated for its association with NHL risk. To date, no published studies have provided definitive link between obesity and heightened risk of developing lymphomas or solid proof of specific mechanism to further investigate in the experimental setting. In a pooled analysis of 18 case-control studies (overall, including 10,000 NHL subjects and 16,000 controls) from InterLymph Consortium, *E. Willett and colleagues* analyzed association between various degrees of obesity and a risk of non-Hodgkin lymphomas. No association was found overall (pooled OR=1.00, 95% CI (CI) 0.70-1.41). While excess was observed for DLBCL (pooled OR=1.8, 95% CI 1.24-2.62), not all study specific ORs were raised. It was the conclusion of the investigators, that no evidence was found to support hypothesis that obesity increases risk of HNL. The study also could not definitively prove obesity impact on development of DLBCL and suggested that more studies would need to be performed. Additional weaknesses of the study were inability to control for numerous other confounding environmental, household, lifestyle factors and self-reporting manner of study parameters with inherent biases and inaccuracies. It is my conclusion, that in Mr. Hardeman's case, it is <u>highly unlikely</u> that his obesity had significant impact on the risk of lymphoma development.

9.  Mr. Hardeman had very significant exposure to Roundup – an agricultural herbicide. His use of Roundup was both, intensive (large quantities and with no barrier to prevent absorption/inhalation) and prolonged (>24 years). While using Roundup he wore no protective accessories or used no shielding. Based on available evidence, Roundup exposure is associated with increased risk of developing non-Hodgkin lymphomas. It is my conclusion that Mr. Hardeman's exposure to Roundup is not only sufficient but exceeds the exposure that is reported to either cause and significantly increase one's risk of developing non-Hodgkin lymphoma. Moreover, I did not identify a single additional known frisk factor that could be contributory to causing or accelerating lymphomagenesis in Mr. Hardeman's case.

6

**DISCUSSION OF MR. HARDEMAN LYMPHOMA CAUSATION**

- The link between exposure to pesticides and lymphoma development has been reported by numerous investigators. In a Meta-Analysis by *Schinasi and Leon*, investigators reviewed and analyzed reports published in English between 1980 and 2014. The studies that were analyzed in this Meta-Analysis were performed in the US, Canada, Europe, Australia, and New Zealand. Out of 858 articles, 44 were selected for qualitative analysis. Twenty articles provided estimated association between exposure to herbicide chemical groups or active ingredients and lymphoma development. Four articles provided association with fungicides, and 17 articles – with insecticides. Several of the papers included in this analysis reported specifically on glyphosate (*Cantor et al, 1992; Hardell et al, 2002; De Roos et al, 2003; De Roos et al, 2005; Eriksson et al, 2008; Orsi et al, 2009; and Cocco et al, 2013*). This Meta-Analysis found an association between glyphosate and development of B-cell lymphoma with an OR 2.0 (95% CI: 1.1-3.6) and there was the same OR for DLBCL subtype. Furthermore, I have observed that several of the case-control studies cited above adjusted for other pesticides as potential confounding factors; where as some did not. I have taken this issue into account in my analysis.

- Most of the American cancer centers as well as cancer associations list exposure to pesticides as a known risk factor to developing NHL. For example, the *American Cancer Society* and *Cleveland Clinic* identify pesticides as a known risk factor for NHL (https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html), (https://my.clevelandclinic.org/health/diseases/15662-adult-non-hodgkins-lymphoma).

- The association between exposure to Roundup/glyphosate, a known pesticide, and a risk of NHL development is further supported by global medical community:

  o In March 2015 the International Agency of Research on Cancer (IARC) has classified glyphosate as a probable human carcinogen (class 2A). This was based on thorough and rigorous investigations by independent researchers and investigators in the field. IARC represents a division of the World Health Organization (WHO) (https://www.iarc.fr/) and was established in 1965. It is an independent body to assess potential hazards that can cause cancer in humans. Criteria used by IARC to evaluate a substance as a potential carcinogen are: 1) substance must have ubiquitous human exposure; and 2) there must be sufficient preliminary data to implement a potential harm and carcinogenicity in humans.

  o As of the last update on 07/30/2018, IARC has evaluated 1,006 substances since its inception over 4 decades ago. This indicates the high selectivity of the Agency in deciding which substance meet the criteria for evaluation. Out of these 1006 substances, 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens) (https://monographs.iarc.fr/agents-classified-by-the-iarc/)

  o IARC reviews peer-reviewed published literature that includes epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC takes into account and assesses plausible mechanisms of action for possible carcinogenicity of the studied compound.

7

- Epidemiologic study that was published by *McDuffie et al* (Cancer Epidemiology, Biomarkers, and Prevention; *Vol. 10, 1155–1163, November 2001*) where 517 cases and 1506 controls were included. The risk of NHL was statistically significantly increased among glyphosate exposed individuals more than two days per year with an OR of 2.12 (95% CI: 1.20-3.73).

- Another analyzed study was published by *DeRoos et al* in 2003 (*Occup Environ Med. 2003 Sep;60(9):E11.*) where 650 cases and 1933 controls were evaluated. The OR for glyphosate increasing the risk of developing NHL was 2.1 (95% CI: 1.1-4.0).

- In a population-based case-control study, Eriksson et al (*Int J Cancer; 2008; Oct 1; 123 (7); 1657-1663*) reported on 910 cases and 1016 controls and showed an OR of 2.36 (95% CI: 1.04-5.37) for developing NHL in individuals exposed to glyphosate more than 10 days in their lifetime.

- The IARC report included the preliminary data of the Agricultural Health Study (AHS) (https://aghealth.nih.gov/) , which was initially published by DeRoos et al in 2005 and found no association between glyphosate and NHL. The AHS is a prospective study that enrolled commercial pesticide applicators from Iowa and North Carolina and in the mid-1990s, and who were followed prospectively with repeated questionnaires. The study was updated in 2018 (Andreotti et al) where it found no association between glyphosate and NHL. This study suffered several critical flaws; mainly, the dropout rate where almost 40% of participants lost to follow up and the fact that the control arm included farmers with known risk factor for NHL, making it rather difficult to show increased risk for the glyphosate arm over the controls.

o Group 2A (probable) is the highest level of evidence short of a "definitive association", which is best established with randomized controlled study. Such study would be impossible and unethical to perform as it exposes patients to a potentially harmful and probable carcinogenic agent.

o The results of the IARC investigation were published in the Lancet Oncology in May 2015 by Guyton et al (https://www.thelancet.com/journals/lanonc/article/PIIS1470-2045(15)70134-8/fulltext).

o Epidemiologic studies were unable to look at subtypes of NHL when assessing epidemiologic causation. This is understandable as the classification of NHL has evolved over the years and there are many new subtypes that have been recognized that were not known in the late 1990s or early 2000s. The latest classification for NHL was published in 2016 by Swerdlow et al (http://www.bloodjournal.org/content/bloodjournal/127/20/2375.full.pdf) and in this classification, over 60 subtypes of B and T cell NHL have been identified. In addition, looking into specific subtypes of NHL would inevitably erode statistical power of conclusions given reduction in number of subjects. This shows that epidemiologic studies would rarely be able to investigate association between any occupational hazard

8

and types of NHL. This is analogous to studying epidemiology of breast and prostate cancer, where we now recognize different subtypes, but yet study the epidemiology of these cancers in their totality. Finally, given proposed biologic effect of glyphosate on lymphocytes, one would not expect cancerous transformation to be uniquely restricted to a particular subtype of lymphocytes, but rather represent a broad effect on these class of cells in the immune system, affecting the risk of developing lymphoma as a group.

## CONCLUSIONS

- Mr. Hardeman has been exposed to glyphosate in a manner and with magnitude that fits within the published epidemiologic literature and studies where causation and an association between NHL and glyphosate have been demonstrated.

- In performing the differential diagnosis into what caused Mr. Hardeman's DLBCL, I conclude, to a reasonable degree of medical certainty, that his exposure to roundup/glyphosate is a substantial factor contributing to the development of his NHL.

Andrei Shustov, M.D.