# EXHIBIT 31

Dennis Weisenburger, M.D.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


IN RE:  ROUNDUP PRODUCTS      ) MDL No. 2741
LIABILITY LITIGATION          )
                              )
_____)
                              ) Case No.
This document relates to:     ) 16-md-02741-VC
                              )
Gebeyehou v. Monsanto Co.,    )
et al.,                       )
Case No. 3:16-cv-5813-VC      )
_____)




VIDEOTAPED DEPOSITION OF DENNIS WEISENBURGER, M.D.


WEDNESDAY, DECEMBER 19, 2018, 8:34 A.M.

MONROVIA, CALIFORNIA






Reported by Serena Wong
CSR #10250, RPR, CCRR #200

Dennis Weisenburger, M.D.

---

Page 2

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3
4   IN RE:  ROUNDUP PRODUCTS   ) MDL No. 2741
    LIABILITY LITIGATION       )
5                              )
    _____)
6                              ) Case No.
    This document relates to:  ) 16-md-02741-VC
7                              )
    Gebeyehou v. Monsanto Co., )
8   et al.,                    )
    Case No. 3:16-cv-5813-VC   )
9   _____)
10
11
12
13
14        THE VIDEOTAPED DEPOSITION OF DENNIS
15   WEISENBURGER, M.D., taken at 700 West Huntington Drive,
16   Monrovia, California, on Wednesday, December 19,
17   2018, 8:34 a.m., before Serena Wong, CSR #10250,
18   RPR, CCRR #200, Certified Shorthand Reporter, in and
19   for the State of California.
20
21
22
23
24
25
```

---

Page 3

```
1   APPEARANCES:
2
    For the Plaintiff:
3
        ANDRUS WAGSTAFF
4       BY:  KATHRYN M. FORGIE, ESQ.
        1901 Harrison Street
5       Suite 1100
        Oakland, California  94612
6       310.339.8214
        kathryn.forgie@andruswagstaff.com
7
        LAW OFFICES OF TESFAYE TSADIK
8       BY:  TESFAYE TSADIK, ESQ.
          (appearing telephonically)
9       1736 Franklin Street
        10th Floor
10      Oakland, California  94612
        ttsadik@pacbell.net
11
12  For the Defendants:
13      BARTLIT BECK LLP
        BY:  MARK S. OUWELEEN, ESQ.
14          IGNACIO SOFO, ESQ.
        54 West Hubbard Street
15      Courthouse Place
        Chicago, Illinois  60654
16      312.494.4435
        mark.ouweleen@bartlit-beck.com
17
        ARNOLD & PORTER KAYE SCHOLER, LLP
18      BY:  JULIE DU PONT, ESQ.
          (appearing telephonically)
19      250 West 55th Street
        New York, New York  10019-971
20      212.836.8572
        julie.dupont@arnoldporter.com
21
22  Also Present:
23      Ryan Schaefer, videographer
24
25
```

---

Page 4

```
1                    INDEX
2
3   WITNESS:  Dennis Weisenburger, M.D.
4
5   EXAMINATION                        PAGE
6   Mr. Ouweleen                         7
7   Ms. Forgie                         139
8
9
10       INSTRUCTIONS NOT TO ANSWER
11              None.
12
13
14
15       INFORMATION REQUESTED
16              None.
17
18
19
20
21
22
23
24
25
```

---

Page 5

```
1                INDEX TO EXHIBITS
2   EXHIBITS                           MARKED
3   Exhibit 1  Expert Report of Dr. Dennis    10
               Weisenburger
4
    Exhibit 2  10/19/18 letter           11
5
    Exhibit 3  Hours billed for work      12
6
    Exhibit 4  Hours billed for work      15
7
    Exhibit 5  Materials List, 11/13/18   16
8
    Exhibit 6  Addendum to Dr. Weisenburger's  16
9              Reference List
10  Exhibit 7  Materials List, Case Specific  16
11  Exhibit 8  Supplemental Reliance List  16
               For Dr. Weisenburger
12
13  Exhibit 9  Specific Causation Report for  20
               Sioum Gebeyehou (sic)
14  Exhibit 10 Monsanto Company's Notice to   25
               Take Oral and Videotaped
15             Deposition of Dr. Dennis
               Weisenburger
16
    Exhibit 11 Pathological Classification of  30
17             Non-Hodgkin's Lymphoma for
               Epidemiological Studies
18
    Exhibit 12 Non-Hodgkin's Lymphoma and   59
19             Specific Pesticide Exposures
               In Men:  Cross-Canada Study of
20             Pesticides and Health
21  Exhibit 13 An Detailed Evaluation of    63
               Glyphosate Use and the Risk of
22             Non-Hodgkin's Lymphoma in the
               North American Pooled Project
23
    Exhibit 14 Pesticide Exposure as Risk   67
24             Factor for Non-Hodgkin
               Lymphoma Including
25             Histopathological Subgroup Analysis
```

---

Dennis Weisenburger, M.D.

Page 6

INDEX TO EXHIBITS

EXHIBITS                              MARKED

Exhibit 15  Nasopharyngeal Biopsy         82

Exhibit 16  Tables for Non-Hodgkin's      97
            Lymphoma

Exhibit 17  A Comprehensive Immunization 110
            Strategy to Eliminate
            Transmission of Hepatitis B
            Virus Infection in the United
            States

Exhibit 18  Article, "Meniere's Disease  119
            Might be an Autoimmune
            condition?"

Exhibit 19  Article, "Roundup Weed Killer 136
            Has Probable Carcinogen, U.N.
            Says."

Page 7

1    WEDNESDAY, DECEMBER 19, 2018, 8:34 A.M.
2         MONROVIA, CALIFORNIA
3
4         THE VIDEOGRAPHER:  We're now on the
5    record.  My name is Ryan Schafer.  Videographer for
6    Golkow Litigation.  Today's date December 19, 2018,
7    time 8:34 a.m.  This is being held 700 West
8    Huntington Drive in Monrovia in the matter of
9    Gebeyehou versus Monsanto Company, Case
10   No. 3:16-cv-5813-VC for the U.S. District Court,
11   Northern District of California.
12        The deponent is Dr. Dennis Weisenburger.
13   Counsel will be noted on the stenographic record.
14        Will counsels please identify themselves.
15        MR. OUWELEEN:  Mark Ouweleen for Monsanto.
16        MR. SOFO:  Nacho Sofo for Monsanto.
17        MS. FORGIE:  Kathryn Forgie from Andrus
18   Wagstaff for the Plaintiff Gebeyehou.
19        MR. TSADIK:  Tesfaya Tsadik for Plaintiff
20   Gebeyehou.
21        MS. DU PONT:  Julie du Pont on behalf of
22   Monsanto.
23        THE VIDEOGRAPHER:  The court reporter is
24   Serena Wong, and will now swear in the witness.
25        THE COURT REPORTER:  Please raise your

Page 8

1    right hand.
2         Do you solemnly swear or affirm that the
3    testimony you're about to give in this deposition
4    shall be the truth, the whole truth, and nothing but
5    the truth, so help you God?
6         THE WITNESS:  I do.
7         MS. FORGIE:  As a preliminary matter, I'll
8    just state that we are producing Dr. Weisenburger
9    only for case specific testimony in the Gebeyehou
10   case.
11
12        DENNIS WEISENBURGER, M.D.,
13   was called as a witness, and having been first
14   duly sworn, was examined and testified as
15   follows:
16
17             EXAMINATION
18   BY MR. OUWELEEN:
19   Q   Good morning, Dr. Weisenburger.
20   A   Good morning.
21   Q   We've been introduced off the record, and
22   we met yesterday.  My name is Mark Ouweleen, and I
23   represent Monsanto.
24        You've previously given sworn deposition
25   testimony and sworn testimony at a Daubert hearing

Page 9

1    in cases involving Roundup; right?
2    A   Yes.
3    Q   And the testimony that you gave was
4    truthful and accurate to the best of your ability?
5    A   Yes.
6    Q   You stand by the prior testimony that
7    you've given before today in the Roundup cases?
8    A   Yes.
9    Q   Is there anything in that testimony that
10   you'd like to correct as you sit here now?
11   A   Not that I can think of.
12   Q   I understand you may offer general
13   causation testimony in Mr. Gebeyehou's case.  Is it
14   fair to say that the general causation testimony
15   that you would offer in Mr. Gebeyehou's case is
16   consistent with the testimony you've previously
17   offered in your other Roundup depositions and at the
18   Daubert hearing?
19   A   Yes.
20   Q   Is there any reason that you're aware of
21   that you may not be able to give truthful and
22   accurate testimony today?
23   A   No.
24        MS. FORGIE:  The only thing I would add is
25   there's also a general causation expert report.

Dennis Weisenburger, M.D.

Page 10

1        (Exhibit 1 was marked.)
2        Q   BY MR. OUWELEEN:  I've marked that as
3    Exhibit 1, your expert report of Dr. Dennis
4    Weisenburger in the Gebeyehou case.
5        Do you have that in front of you?
6        A   Yes.
7        Q   Does Exhibit 1 fully disclose all the
8    opinions that you may offer concerning
9    Mr. Gebeyehou?
10       A   Unless other things come up today, yes.
11       Q   Does this report -- but as we sit here
12   now, you disclosed all of the opinions you intend to
13   offer in this case in your report; correct?
14       A   Yes.
15       Q   And does the report also disclose all the
16   bases for your opinions that you may offer
17   concerning Mr. Gebeyehou?
18       A   Well, I think it -- it offers all the
19   necessary documentation.  I mean, I reviewed a lot
20   of other articles that are listed in my references,
21   my reference lists, which, you know, I'm also
22   relying on.  But I -- I listened to the most
23   important documents in the report.
24       Q   Okay.  We'll review those materials relied
25   on lists in a moment.

Page 11

1        But you understood you had an obligation
2    to set out in your report the bases for your
3    opinions in this case; right?
4        A   Which I've done.
5        Q   And you did that to the best of your
6    ability?
7        A   Yes.
8        (Exhibit 2 was marked.)
9        Q   BY MR. OUWELEEN:  Exhibit No. 2 is a
10   letter to you from Mr. Tesfaya Tsadik dated October
11   19, 2018.
12       Is this a letter that Mr. Tsadik sent to
13   you?
14       A   Yes.
15       Q   Is it your understanding that Mr. Tsadik
16   is Mr. Gebeyehou's lawyer?
17       A   Yes.
18       Q   Did he retain you to offer opinions in
19   this case?
20       A   Yes.
21       Q   And he retained you on or around October
22   19, 2018?
23       A   Yes.
24       Q   Did he pay you a retainer of $5,000?
25       A   Yes.

Page 12

1        (Exhibit 3 was marked.)
2        Q   BY MR. OUWELEEN:  Exhibit 3 appears to be
3    a time sheet prepared -- do you want any exhibits,
4    Kathryn, or no?
5        MS. FORGIE:  I'm going to have to -- there
6    may be a few that I want.  Thank you.
7        Q   BY MR. OUWELEEN:  Exhibit 3 appears to be
8    a time sheet or a bill prepared by you, followed by
9    another letter from you -- or from Mr. Tsadik to
10   you; is that right?
11       A   Yes.
12       Q   You prepared the bill, which is the first
13   page of Exhibit 3?
14       A   Yes.
15       Q   Does Exhibit 3 reflect all the hours that
16   you worked on Mr. Gebeyehou's case from the
17   beginning until November 19, when you finished your
18   expert report in this case?
19       A   Yes.
20       Q   And that was 21 hours?
21       A   Yes.
22       Q   Including the retainer that you were paid
23   originally when you were hired by Mr. Tsadik, you
24   were paid $10,500 for your work on Mr. Gebeyehou's
25   case through December 7; right?

Page 13

1        MS. FORGIE:  Objection.
2        THE WITNESS:  Through November 19.
3        Q   BY MR. OUWELEEN:  On December 7, if you
4    look at the second page of Exhibit 3, you received a
5    check from Mr. Tsadik for $5,500; right?
6        A   Correct.
7        Q   As of December 7, you had been paid a
8    total of $10,500; right?
9        A   Yes.
10       MS. FORGIE:  Excuse me.  I will take that
11   exhibit, because I don't have a second page of the
12   invoice.  Sorry.  Thank you.
13       Q   BY MR. OUWELEEN:  Have you spent
14   additional hours on Mr. Gebeyehou's case since
15   November 19?
16       A   Yes.
17       Q   Have you billed for those hours?
18       A   No.
19       Q   How many hours have you spent since
20   November 19?
21       A   Ten.
22       Q   When did you spend that time?
23       A   Over the last week.
24       Q   Can you be any more particular than that?
25       A   Well, last weekend and a few hour this is

Dennis Weisenburger, M.D.

Page 14

```
 1   week.
 2       Q   What were you doing in those ten hours?
 3       A   I was reviewing the medical records again.
 4   I was reviewing the deposition of Mr. Gebeyehou.  I
 5   was reviewing the literature on Hepatitis B and
 6   other literature surrounding the case.
 7       Q   Did any of the work that you did in the
 8   last -- in the ten hours since you sent your last
 9   bill change any of your opinions in the case?
10       A   No.
11       Q   Do you keep records -- did you keep
12   records of that time that you spent similar to the
13   records shown on Exhibit 3?
14       A   Yes.
15       Q   Do you have a copy of those records?
16       A   I do, actually.  But it's not the official
17   copy.  It's my messed up copy.
18       Q   Okay.  Can we mark your messed up copy as
19   an exhibit just so we have it for the record?
20       A   Sure.
21           MS. FORGIE:  Yeah, that's fine.
22           MR. OUWELEEN:  Thanks.  We won't have a
23   copy of this one.
24           MS. FORGIE:  We can get copies at the
25   break.
```

Page 15

```
 1           MR. OUWELEEN:  Yeah.  So this is Exhibit
 2   4.
 3           THE WITNESS:  Because I need that back, a
 4   copy of it back.
 5           MR. OUWELEEN:  Certainly.  Otherwise you
 6   won't get paid; right?
 7           (Exhibit 4 was marked.)
 8       Q   BY MR. OUWELEEN:  Does Exhibit 4 reflect
 9   all of the time that you've spent working on
10   Mr. Gebeyehou's case other than the time reflected
11   in Exhibit 3?
12       A   Yes.
13       Q   So if we add up Exhibit 3's time and
14   Exhibit 4's time, that's a total of all the time you
15   spent on the case?
16       A   Yes.
17           MS. FORGIE:  Let's put this over here just
18   so we can remember to copy.
19       Q   BY MR. OUWELEEN:  For the record, I'm
20   marking the exhibits today because you've been
21   deposed several times as Weisenburger Gebeyehou
22   Exhibit 1, 2, 3, 4, 5, so on, just so we can keep
23   straight the exhibits from the different
24   depositions.  But I'll just refer to them as
25   Exhibits 1, 2, 3, 4, 5.  Understood?
```

Page 16

```
 1       A   Sure.
 2           (Exhibit 5 through 8 were marked.)
 3           MR. OUWELEEN:  So Exhibit 5 is
 4   Dr. Weisenburger's materials list dated November 13,
 5   2018.  Exhibit 6 is addendum to Dr. Weisenburger's
 6   reference list.  This one is undated, but it has 123
 7   references listed on it.  Exhibit 7 is case specific
 8   materials list that you produced to us.  And Exhibit
 9   8 is a supplemental reliance list for
10   Dr. Weisenburger that you also produced to us.
11           MS. FORGIE:  Can I see a copy of that just
12   to make sure?
13       Q   BY MR. OUWELEEN:  You have before you,
14   Dr. Weisenburger, Exhibits 5, 6, 7, and 8; right?
15       A   Yes.
16           MS. FORGIE:  Can I just ask a question?
17   Exhibit 7 is the materials list, case specific?  And
18   then this is Exhibit 8?
19           MR. OUWELEEN:  Seven is Dr. Weisenburger's
20   materials list, and eight is a supplemental reliance
21   list for Dr. Weisenburger.
22           MS. FORGIE:  Thank you.
23           MR. OUWELEEN:  Are we all on the same
24   page?
25           MS. FORGIE:  I think we are.  So many
```

Page 17

```
 1   supplements and addendums.
 2           MR. OUWELEEN:  No worries.
 3       Q   BY MR. OUWELEEN:  Let's start with Exhibit
 4   5.  Exhibit 5 was all of the material that you
 5   considered up through the preparation of your expert
 6   report in this case other than the case specific
 7   materials listed on Exhibit 7; is that right?
 8           MS. FORGIE:  Objection.
 9           THE WITNESS:  No, it's not.  This, I
10   think, is the list that was submitted for the Gordon
11   deposition.  And so between that time and the time
12   that I prepared my -- well, let's see.  Yeah, so --
13   so a lot of the articles on Hepatitis are not
14   included in this report, but they were -- are
15   included in the addendum report, so, yeah.
16       Q   BY MR. OUWELEEN:  Your expert report is
17   dated November 19; right?
18       A   Right.  Expert report is dated --
19   actually, yeah, November 27, it's dated.
20       Q   BY MR. OUWELEEN:  Your expert report?
21       A   Yes.
22       Q   If you look at the last -- the signature
23   page of Exhibit 1, it says -- it's got your
24   signature there, and it says "date 11/19/18";
25   correct?
```

Dennis Weisenburger, M.D.

Page 18

1      A   You know, there was an amended specific
2   causation report.  It was a week later because there
3   were some errors in my original report, so it's
4   substantially the same report.  The only thing that
5   was different was that in the original report, I
6   said that he used it -- used Roundup three times a
7   week, and it turned out that he only used it once
8   every three weeks.  So that was the change I made
9   between the original report and the amended report.
10       You should have the amended report.  I
11   sent it to Mr. Tsadik, and I don't know whether I
12   sent it to you or not.  But I sent it back to the
13   original lawyers because they're the ones who
14   corrected me.
15       MR. OUWELEEN:  Understood.  I do not have
16   a copy of the supplemental report.
17       MS. FORGIE:  Neither do I.
18       Q   BY MR. OUWELEEN:  Would you happen to have
19   a copy of that with you, Doctor?
20       A   Yeah.  It's marked up a little bit, but
21   you can have it if you want it just to copy.
22       MR. OUWELEEN:  Yeah, so we could do that,
23   or if you all could readily get a clean copy.
24       MS. FORGIE:  I think it's better to get a
25   clean copy.  Let me ask.  Tesfaya?  Hello?

Page 19

1      MR. TSADIK:  Yes.
2      MS. FORGIE:  Is there any chance that you
3   could e-mail me this amended report, please?
4      MR. TSADIK:  Okay.  Let's see.  I can do
5   that.
6      MS. FORGIE:  And do you have anything
7   indicating it was served on Monsanto, please?
8      MR. TSADIK:  I think you should probably
9   -- I don't know if Robin did it.  I think she was
10   going to do it.
11       MS. FORGIE:  Okay.  I'll talk to her.  Why
12   don't we do this.  If you can e-mail it to us right
13   away, I think it's important enough that maybe we
14   take a five-minute break?
15       MR. OUWELEEN:  Yes.  Let's go off the
16   record.
17       MS. FORGIE:  If you can e-mail it to me
18   right away, please.
19       MR. TSADIK:  Okay.
20       MS. FORGIE:  Thank you.
21       THE VIDEOGRAPHER:  Time is 8:50 a.m., and
22   we are off the record.
23       (Recess taken.)
24       THE VIDEOGRAPHER:  The time is now 9:11
25   a.m., and we are now back on the record.

Page 20

1      (Exhibit 9 was marked.)
2      Q   BY MR. OUWELEEN:  All right.
3   Dr. Weisenburger, I've marked as Exhibit 9 a revised
4   copy of your specific causation report for
5   Mr. Simoun Gebeyehou dated November 27, 2018.
6      Do you have that in front of you?
7      A   Yes.
8      Q   All right.  And this was just provided to
9   us today, and --
10       MS. FORGIE:  And I do apologize for that.
11   I did not know about it, but I have confirmed that
12   it was not -- it was inadvertently not served.
13       Q   BY MR. OUWELEEN:  Dr. Weisenburger, I'll
14   just reask you the questions I asked earlier about
15   Exhibit 1, the older version of your expert report
16   so the record is clear.
17       Does Exhibit 9, rather than Exhibit 1,
18   fully disclose all the opinions that you may offer
19   concerning Mr. Gebeyehou?
20       A   Yes.
21       Q   And does Exhibit 9, rather than Exhibit 1,
22   disclose all the bases for your opinions that you
23   may offer concerning Mr. Gebeyehou?
24       A   Yes.
25       Q   All right.  And the difference -- we'll go

Page 21

1   through the differences in a bit.  But one
2   difference, at least, between the November 19th
3   version of your expert report and Exhibit 9 was the
4   calculation of how many times Mr. Gebeyehou used the
5   Roundup herbicide; right?
6      A   Yes.  It changed from three times a month
7   in the original report to once every three weeks in
8   the corrected report.
9      Q   And that, therefore, changed the totals
10   that you calculated for the total number of times
11   that he used Roundup and the number of gallons that
12   he used; right?
13       A   Yes.
14       Q   Are there any other changes to your report
15   between Exhibit 1 and Exhibit 9?
16       A   No.
17       Q   And we'll come back to those calculations
18   in a little bit.
19       If we could now -- if you could set aside
20   Exhibit 9, we'll come back to it.  But we were
21   talking about Exhibits 5, 6, 7, and 8.  When did you
22   -- if you would pick up Exhibit 6, which is the
23   addendum to your reference list.
24       A   Okay.
25       Q   When did you prepare Exhibit 6?

Dennis Weisenburger, M.D.

Page 22

1    A   It was prepared last week on Thursday and
2  submitted to Kathryn on Friday, last Friday.
3    Q   These are materials that you considered
4  after November 13, 2018?
5    MS. FORGIE:  Objection.
6    THE WITNESS:  No.  Some -- after what
7  date?  I'm sorry.  The 28th?
8    Q   BY MR. OUWELEEN:  No.  I'm looking at
9  Exhibit 5, which is your original materials list.
10   A   Right.
11   Q   And that was dated November 13, 2018.
12   A   So it was submitted after that, right.
13   Q   And so is it fair to say that Exhibit 6
14  reflects materials that you identified and
15  considered after November 13, 2018?
16   MS. FORGIE:  Objection.
17   THE WITNESS:  Probably not because that
18  list that you have is the list that was prepared for
19  the Gordon deposition, so I didn't include all the
20  Hepatitis articles on that one because they weren't
21  relevant to that one.  But I had them already --
22  many of them in my possession and had used them to
23  prepare the Gebeyehou report.  So when I did the
24  updated list for --
25   MS. FORGIE:  Hold on a second.  Should we

Page 23

1  answer that?  Is somebody trying to call in.
2    MR. OUWELEEN:  Why don't you finish.
3    THE WITNESS:  When I did the updated list
4  to discuss Hepatitis and other issues raised by the
5  experts, that was done last week.  So last week --
6  some of the Hepatitis reports I already had.  Other
7  ones I gleaned from the other expert reports, and
8  it's a combination of references that I already had
9  and new references that I obtained over the last
10  week or so.
11   Q   BY MR. OUWELEEN:  I see.  So Exhibit 6
12  reflects some materials that you had considered in
13  preparing your Gebeyehou report.
14   A   Yes.
15   Q   And then additional materials that you've
16  reviewed since reviewing the expert reports from
17  Monsanto's experts.
18   Is that fair?
19   A   Yes, that's fair.
20   Q   And is it fair to say that Exhibits 5 and
21  6 together disclose all of the materials that are
22  you considered and relied on in forming your
23  opinions in the case?
24   A   Yes.
25   Q   All right.  And then we have Exhibits 7

Page 24

1  and 8.  Let's look at Exhibit 7, and it lists case
2  materials list -- withdrawn.
3    Exhibit 7 has a list of case specific
4  materials related to Mr. Gebeyehou that you
5  reviewed; right?
6    A   Yes.
7    Q   Are those all of the case specific
8  materials concerning Mr. Gebeyehou that you
9  reviewed?
10   A   Yes.
11   Q   You did not read any other deposition
12  transcripts from Mr. Gebeyehou's case?
13   A   Only the expert reports that are on the
14  next exhibit.
15   Q   My question was about deposition
16  transcripts.  Did you read any other deposition
17  transcripts in Mr. Gebeyehou's case other than
18  Mr. Gebeyehou's deposition?
19   A   I read Dr. Nabhan's deposition, draft of
20  his deposition.
21   Q   Dr. Nabhan is an expert; right?
22   A   Right.  You're asking about -- repeat your
23  question again.  I didn't understand it.
24   Q   Yeah.  Did you read any other -- so
25  Exhibit 7 lists one deposition transcript of -- and

Page 25

1  that's the transcript of Mr. Gebeyehou.  And my
2  question is:  Did you read any other deposition
3  transcripts other than Mr. Gebeyehou's.  And you
4  said you read Dr. Nabhan's?
5    A   Right.
6    Q   Other than Dr. Nabhan and Mr. Gebeyehou,
7  have you read any other transcripts from
8  Mr. Gebeyehou's case?
9    A   No.
10   Q   Okay.  Exhibit 8 you have produced as a
11  supplemental reliance list for Dr. Weisenburger.
12  Did you rely on the expert reports of Drs. Fleming,
13  Grossbard, and Zukerberg in forming your opinions in
14  this case?
15   A   No.
16   Q   So when you say it's a supplemental
17  reliance list, you read the reports, but you're not
18  relying on them in any way.
19   Is that fair?
20   A   That's correct.
21   (Exhibit 10 was marked.)
22   Q   BY MR. OUWELEEN:  Exhibit 10 is a Notice
23  of Deposition to you in this case.
24   Have you seen Exhibit 10 before?
25   A   Yes.

7  (Pages 22 to 25)

Dennis Weisenburger, M.D.

Page 26

1    Q    Did you read it?
2    A    Yes.
3    Q    Do you see that it has attached to it as
4  Exhibit A a set of requests for production; right?
5    A    Yes.
6    Q    Did you produce any documents or bring
7  with you any documents in response to these
8  requests?
9    A    Yes.
10    Q    What documents are those?
11    A    My CV, my bill.  I guess that's all.
12    Q    Your current curriculum vitae and your
13  billing records that we've already reviewed; right?
14    A    Yes.
15    Q    Were there other documents that you have
16  that are responsive to these requests for production
17  that you have refrained from bringing today or
18  otherwise produced them to us?
19    A    Well, I have handwritten notes of -- that
20  I've taken from the medical record and handwritten
21  notes from the telephone interview.
22    Q    Anything else?
23    A    No.
24    Q    The handwritten notes from the interview,
25  that's the interview with Mr. Gebeyehou on November

Page 27

1  5th, 2018?
2    A    Yes.
3    MR. OUWELEEN:  And I understand that
4  counsel is asserting an objection under the pretrial
5  order seven to producing those notes?
6    MS. FORGIE:  Correct.  And we stated so in
7  our objections to the notice.
8    Q    BY MR. OUWELEEN:  In your expert report,
9  Exhibit 9, you state that the latency period in this
10  case is consistent with a chemical etiology.  I
11  misquoted that.  It says, "The latency period in
12  this case (27 years) is consistent with a chemical
13  etiology"; right?
14    A    Yes.
15    Q    Is it your testimony that the latency
16  period proves that Mr. Gebeyehou's Non-Hodgkin's
17  Lymphoma was caused by a chemical?
18    MS. FORGIE:  Objection.
19    THE WITNESS:  No.
20    Q    BY MR. OUWELEEN:  What criterion did you
21  use to determine whether Mr. Gebeyehou's latency
22  period was consistent or inconsistent with a
23  chemical etiology?
24    A    Well, I gave a reference there, which goes
25  into some detail talking about latency for

Page 28

1  Non-Hodgkin's Lymphoma.  But I would say I based it
2  primarily on my experience with exposures to mixed
3  organic solids where the median latency period is
4  about 20 to 25 years.  So I made the assumption that
5  probably the latency period for -- the median
6  latency period for glyphosate is somewhere in that
7  same ballpark.
8    And this number, 27 years, you know, falls
9  within -- certainly within the range that one would
10  expect to see with other chemicals like benzene,
11  like solvents, other exposures to carcinogenic
12  chemicals, especially, sort of, low-dose repeated
13  exposures.
14    Q    When you say "low-dose repeated
15  exposures," it's important when you're evaluating
16  risk to take into account both the dose -- or the
17  amount and the duration of exposure; right?
18    A    Yes.
19    Q    If you know just a dose, but you don't
20  know how long, you cannot evaluate the risk; right?
21    MS. FORGIE:  Objection.
22    THE WITNESS:  Well, you need to know the
23  dose.  You need to know how many times, for example,
24  per year a person was exposed, and then you need to
25  know the number of years to determine the latency.

Page 29

1    Q    BY MR. OUWELEEN:  To determine the risk,
2  you need to know not just the dose, but also the
3  frequency and duration of the exposure.  Fair?
4    MS. FORGIE:  Objection.
5    THE WITNESS:  Well, that's one way to
6  determine risk, yes.
7    Q    BY MR. OUWELEEN:  Is there any way to
8  determine risk if you know a dose but have no idea
9  for how long someone was exposed to it?
10    A    Well, so -- no, you need to know how long
11  it is, but there are different ways to calculate
12  risk.  So if you see in the NAPP study, they look at
13  number of days per year, they look at number of
14  years, they look at number of lifetime days.
15    These are different parameters that
16  epidemiologists use to determine risk.  And it's my
17  opinion that intensity of exposure is probably a
18  better parameter to determine risk than number of
19  years because, in my experience, when we did our
20  research on 2,4-D we found the same thing.  It was
21  frequency of use rather than number of years of use.
22    So I think intensity of exposure is more
23  -- is a better parameter of measuring risk than the
24  number of years of use.  And, actually, there's a
25  very nice example in the article that I cite of

8 (Pages 26 to 29)

Dennis Weisenburger, M.D.

Page 30

1   animal studies where they showed that.
2       Q   When you're referring to the article, are
3   you referring to your 1992 article?
4       A   Yes.
5       Q   And when you're saying "intensity of use,"
6   are you referring to the dose?
7       A   Well, you know, a surrogate for dose is
8   number of times used per month or number of times
9   per year.  That would be a surrogate for dose, a
10  crude surrogate for dose.
11      Q   If you can, it's important to know the
12  dose as well as how often someone is exposed; right?
13          MS. FORGIE:  Objection.
14          THE WITNESS:  Yes.
15      Q   BY MR. OUWELEEN:  All right.  So let's
16  have a look at that animal study you were referring
17  to.  This is Exhibit 11.  And this is --
18          MS. FORGIE:  I'd like a copy.
19          (Exhibit 11 was marked.)
20      Q   BY MR. OUWELEEN:  This is a copy of an
21  article you wrote and published in 1992 called
22  "Pathological Classification of Non-Hodgkin's
23  Lymphoma for Epidemiological Studies"; right?
24      A   Yes.
25      Q   And at page 54 of 61, there you show --

Page 31

1   well, you talk about a study looking at the
2   incidence of lymphoma in mice to butadiene; correct?
3       A   Correct.
4       Q   Is that how you say it?
5       A   Butadiene, yes.
6       Q   Is that the study you were referring to a
7   moment ago?
8       A   Yes.
9       Q   And what you found in that study was that
10  even if you knew the exposure concentration and you
11  knew the exposure duration, you could calculate a
12  cumulative dose like the mice received, but that
13  dose did not predict the incidence of lymphoma in
14  the mice; right?
15      A   Well --
16          MS. FORGIE:  Objection.
17          THE WITNESS:  -- what the study showed is
18  that the mice that were -- received a high dose over
19  a short period of time developed more lymphomas than
20  the mice that received a smaller dose over a longer
21  period of time, which makes the point that the
22  intensity of exposure is probably a better predictor
23  than the length of exposure.
24      Q   BY MR. OUWELEEN:  Yes.  So for those mice,
25  it was important to know the dose and not just how

Page 32

1   long they were exposed to this -- to the chemical;
2   right?
3           MS. FORGIE:  Objection.
4           THE WITNESS:  For the mice, you could
5   calculate the dose because you know what you gave
6   them, right.
7       Q   BY MR. OUWELEEN:  Right.  And if you had
8   just looked at the length of time for the mice, it
9   would have misled you about the risk; right?
10          MS. FORGIE:  Objection.
11          THE WITNESS:  Well, it would have been
12  hard to understand why a shorter exposure would give
13  you more lymphomas than the longer exposures, so it
14  wouldn't fit with the way most people think about
15  this.  So you have to know -- you had to know the
16  dose to understand the results here.
17      Q   BY MR. OUWELEEN:  Right.  For the mice,
18  knowing just the length of time they were exposed
19  was not sufficient to determine the risk of
20  lymphoma; right?
21          MS. FORGIE:  Objection.
22      Q   BY MR. OUWELEEN:  You needed to also know
23  the dose; correct?
24      A   That's correct.
25      Q   Now, this was not a paper generally about

Page 33

1   mice, was it?
2       A   No.  It was a paper that talked about the
3   use of -- the use of pathology as part of
4   epidemiology.
5       Q   Okay.  For studying lymphoma in humans;
6   right?
7       A   Yes.
8       Q   And one of the things that you talk about
9   there on that same page of Exhibit 10 is different
10  latency curves; right?
11      A   Right.  I drew some sort of idealized
12  latency curves.
13      Q   And those latency curves do not reflect
14  real data.  They're depicting different ideas of
15  what latency curves might look like; right?
16      A   Right.
17      Q   And when you were drawing those curves,
18  they took into account both the duration of use,
19  which is the time axis and also the dose of
20  carcinogenic exposures; right?
21      A   Right.
22      Q   And that's because just like for mice, to
23  understand the risk of lymphoma in people, if you
24  can, it's important to know both the duration and
25  frequency of exposure and the dose; right?

Dennis Weisenburger, M.D.

Page 34

1    A   So the curve actually just shows the
2  effect of different doses over time. So what the
3  curve shows, Curve A shows if you give high doses,
4  the median latency is going to be shorter than if
5  you give low doses, the median latency will be
6  longer.
7    Q   Right. My question is a little different.
8  My question is: In human beings, just like in mice,
9  to understand the risk of lymphoma, it's important
10 to know not just the duration of exposure, but also
11 the dose or how much people are exposed to.
12      Isn't that fair?
13      MS. FORGIE: Objection.
14      THE WITNESS: Right. But we don't usually
15 know that in humans, so epidemiologist develop these
16 other parameters that I mentioned to try to estimate
17 dose.
18    Q   BY MR. OUWELEEN: Well, there are ways of
19 measuring doses in people, aren't there? You've
20 seen those studies?
21    A   There are, sure.
22    Q   And so if you can know the dose, it's
23 important to take that into consideration. Fair?
24      MS. FORGIE: Objection. Asked and
25 answered.

Page 35

1      THE WITNESS: Well, there are studies of
2  farmers that -- where they've looked at exposure and
3  they've looked at practices -- different practices
4  in applying pesticides, and they've measured urine
5  levels to sort of get an understanding of how
6  different methods of application affect dose. So
7  there are studies like that in farmers and -- I
8  think mainly in farmers. Probably in some
9  horticulturists, too, but mostly in farmers.
10    Q   BY MR. OUWELEEN: My question was: If you
11 can know the dose, it's important to take that into
12 consideration. True?
13      MS. FORGIE: Objection. Asked and
14 answered.
15      THE WITNESS: Yes. But in cases like
16 this, people don't have it measured. Okay? They
17 have no reason to measure it, so we don't have that
18 kind of data in the real world, only in studies.
19    Q   BY MR. OUWELEEN: Now, when you say, "We
20 don't have that kind of data," we don't perhaps have
21 urine samples measuring the data, but it's possible
22 to estimate dose through various techniques; right?
23    A   Yes.
24    Q   Now, you're not a toxicologist, are you?
25    A   I'm not a toxicologist.

Page 36

1    Q   You're not an expert in measuring or
2  calculating a person's exposure to a substance?
3      MS. FORGIE: Objection.
4      THE WITNESS: Well, you can see that I've
5  done that here, but I -- you know, I'm not an expert
6  in measuring levels in urine and extrapolating to
7  total dose, no.
8    Q   BY MR. OUWELEEN: Well, what you've done
9  here is you've -- you've estimated the number of
10 days or the duration of exposure, but not a dose;
11 correct?
12      MS. FORGIE: Objection.
13      THE WITNESS: Correct. But there are
14 surrogates for dose here in terms of the fact that
15 the individuals applied the pesticides without any
16 protection. They didn't wear gloves. They got it
17 on their skin. So, you know, those things all help
18 you understand what kind of dose they most likely
19 got, but it's not a precise calculation. It's a
20 qualitative determination rather than quantitative
21 determination.
22    Q   BY MR. OUWELEEN: It's a ballpark
23 determination that he was exposed to a lot of
24 glyphosate?
25      MS. FORGIE: Objection.

Page 37

1      THE WITNESS: Yes.
2    Q   BY MR. OUWELEEN: But you are not an
3  expert. There are experts out there in calculating
4  people's exposures to various chemical substances,
5  aren't there?
6    A   Yes.
7    Q   And you're not one of those people, are
8  you?
9    A   I'm not.
10   Q   And you're not -- you've never been
11 qualified by any court as an expert in exposure, I
12 take it?
13      MS. FORGIE: Objection.
14      THE WITNESS: Well, you know, again, I
15 give opinion on exposure, so I don't know how to
16 answer that question.
17   Q   BY MR. OUWELEEN: Have you ever been
18 qualified by a court of law as an expert in
19 determining a person's exposure to a chemical?
20      MS. FORGIE: Objection. Asked and
21 answered.
22      You can answer it again.
23      THE WITNESS: I don't know the answer to
24 that. I've testified about exposures to various
25 chemicals in many of my cases.

Dennis Weisenburger, M.D.

Page 38

1    Q   BY MR. OUWELEEN:  Have you ever been hired
2    by anybody outside of this litigation to determine
3    chemical exposures or advise on chemical exposures?
4        MS. FORGIE:  Objection.
5        THE WITNESS:  For litigation like this, I
6    have, yes.
7        Q   BY MR. OUWELEEN:  Outside of litigation,
8    have you ever been retained to determine chemical
9    exposures or advise on chemical exposures?
10       A   No.
11       Q   You've never published on the subjects of
12   toxicology or exposure assessment?
13       MS. FORGIE:  Objection.
14       THE WITNESS:  No.
15       Q   BY MR. OUWELEEN:  Prior to this
16   litigation, do you have any experience developing
17   dose estimates for individuals exposed to chemicals?
18   I'm talking specifically about dose.
19       A   Not other than what I've already told you.
20       Q   And you're talking about duration of
21   exposure; right?
22       MS. FORGIE:  Objection.
23       THE WITNESS:  Well, we've also talked
24   about dose.
25       Q   BY MR. OUWELEEN:  Have you ever calculated

Page 39

1    a person's dose to a -- of exposure to a chemical
2    before?
3        MS. FORGIE:  Objection.  Asked and
4    answered.
5        THE WITNESS:  As I said, I've done it
6    qualitatively, but not in a specific quantitative
7    way.
8        Q   BY MR. OUWELEEN:  You have never
9    determined a person's quantity of exposure to any
10   chemical; correct?
11       MS. FORGIE:  Objection.
12       THE WITNESS:  Not in precise numerical
13   terms, no.
14       Q   BY MR. OUWELEEN:  When I say "quantity,"
15   you understand that refers to numbers; right?
16       MS. FORGIE:  Objection.
17       THE WITNESS:  Now I understand that.
18       Q   BY MR. OUWELEEN:  Do you have a different
19   meaning for "quantity" than numbers?
20       A   "Quantity" can be qualitative or
21   quantitative; right?  I can say a lot.  I can say a
22   little.  I could say 10.4 gallons.
23       Q   So you've never prepared any quantitative
24   assessment of anybody's exposure to any chemical;
25   right?

Page 40

1        MS. FORGIE:  Objection.  Asked and
2    answered.  You can answer again.
3        THE WITNESS:  Same answer I gave you
4    before.  I have done qualitative evaluations of dose
5    in cases such as this where individuals are exposed
6    to chemicals.
7        Q   BY MR. OUWELEEN:  But you've never
8    calculated a number of -- reflecting somebody's
9    dose?
10       MS. FORGIE:  Objection.
11       THE WITNESS:  Not a specific number in
12   terms of milligrams per kilogram per day or -- no,
13   I've not done that.
14       Q   BY MR. OUWELEEN:  And you've also not
15   calculated a range of numbers of anybody's dose in
16   terms of milligrams per kilograms per day?
17       A   That's correct.
18       Q   You understand there are established
19   equations that some scientists use to calculate in
20   numbers a person's exposure to a chemical; right?
21       A   Yes.
22       Q   And there are regulatory guidelines that
23   talk about those equations.
24       Have you seen those?
25       A   I'm sure there are.

Page 41

1        Q   And you've never calculated exposure using
2    an equation like that?
3        A   No.
4        Q   You did not use any equation in this case
5    or any other method to put any sort of number on
6    Mr. Gebeyehou's exposure to glyphosate or Roundup?
7        MS. FORGIE:  Objection.  Asked and
8    answered.
9        You can answer.
10       THE WITNESS:  I have not.
11       Q   BY MR. OUWELEEN:  Now, you did calculate
12   the number of days that Mr. Gebeyehou used Roundup;
13   right?
14       A   Yes.
15       Q   And you calculated -- or estimated the
16   number of gallons that he sprayed on his yard over
17   the years; correct?
18       A   Yes.
19       Q   And the way you did that was you took the
20   number of years that he was using Roundup and
21   multiplied it times the number of times per year,
22   based on his estimate, that he did it about every
23   three weeks; right?
24       A   Yes.
25       Q   You did not do any other calculations

Dennis Weisenburger, M.D.

Page 42

1    concerning his exposure, did you?
2       A   None other than what's in my report.
3       Q   And what's in your report is number of
4    years times 17 times per year equals total number of
5    times; right?
6       A   Yes.
7       Q   And then from that you derived the number
8    of gallons; correct?
9       A   Correct.
10      Q   Those are all the calculations you did for
11   Mr. Gebeyehou's exposure; right?
12      A   Yes.
13      Q   And how did you get -- so you multiplied
14   27 times of years of use times 17 times per year;
15   right?
16      A   Yes.  And then you had to actually do two
17   calculations, because part of the year he was using
18   1.5 gallons for five months out of the year.  And
19   then for the other months, he was using one gallon.
20   So one had to actually do two different calculations
21   and then sum the totals.
22      Q   Let's focus just, first of all, on the
23   calculation of how many times he used glyphosate or
24   Roundup before we get to the gallons.  Okay?
25      A   Okay.

Page 43

1       Q   And the way you determined the number of
2    -- total number of times was you multiplied 27 years
3    of use times 17 times per year; right?
4       A   Yes.
5       Q   And when I do that calculation, I get 459.
6    And did you round up to 460?
7       A   Probably.
8       Q   And then how did you get from that to the
9    number of gallons?
10      A   So, as I said, for five months out of the
11   year, he used 1.5 gallons.  And for seven months of
12   the year, he sprayed one gallon.  So you have to do
13   two calculations and sum the total.
14      Q   What were those two calculations?
15      A   Well, you'll have to take -- I don't have
16   it here.  You have to take -- you have to take --
17      Q   Is it five months times three times per
18   month times 1.5 gallons, plus --
19      A   You take 1.5 gallons times -- you have to
20   calculate the number.  So once out of every three
21   weeks, I think, is 1.4 times a month; right?
22      Q   I guess.  I'm just trying to figure out
23   how you did the calculation.
24      A   That's how I did it.  So you have to know
25   the number of gallons per month, the number of times

Page 44

1    per month, and then the number of months, and then
2    you have to know the number of years.  So if you
3    take 17 divided by 12, you get 1.4, which is the
4    number of times per month.
5       Q   Uh-huh.
6       A   So I should have probably brought the
7    calculations with, but that's how I did it.
8       Q   So you took 1.4 times per month times five
9    months times 1.5 gallons, plus --
10      A   Times the number of years.
11      Q   Times the number of years.  And that was
12   the 1.5 gallon number.  And then you took one gallon
13   times 1.4 times seven months times the number of
14   years, and then you summed all those gallons up?
15      A   Yes.
16      Q   In your original report, Exhibit 1, you
17   had made a mistake and used a different estimate of
18   how often you used it.  And as a result, at that
19   time, you had calculated 1,188 times.
20      (Telephone interruption.)
21      MS. FORGIE:  Do you need a break?
22      MR. OUWELEEN:  No.
23      MS. FORGIE:  We never checked to see --
24      MR. OUWELEEN:  They're on --
25      MS. FORGIE:  Okay.  Thank you.

Page 45

1       MR. OUWELEEN:  I'll start over.
2    Withdrawn.
3       Q   BY MR. OUWELEEN:  In your original report,
4    which is Exhibit 1, you had made a mistake about the
5    frequency with which Mr. Gebeyehou used Roundup;
6    right?
7       A   Yes.
8       Q   And as a result, the numbers that you
9    calculated were different.  But you used the same
10   method to calculate what was in that report; right?
11      A   Yes.
12      Q   And there you had calculated a total 1,188
13   times and 1,400 gallons?
14      A   Yes.
15      Q   And then -- so then you revised, and the
16   number of times of -- the actual number of times
17   that you now estimate that Mr. Gebeyehou used
18   Roundup over the years is about half what you
19   calculated the first time; right?
20      A   Yeah, or even less.
21      Q   Less than half?
22      A   Yeah, less than half.
23      Q   And the total number of gallons that you
24   now estimate that he used over the years is less
25   than half of what you originally calculated;

Dennis Weisenburger, M.D.

Page 46

1    correct?
2        A   Yes.
3        Q   Did that change -- the reduction of
4    duration and the reduction of the amount that he
5    used over the years by cutting it in half, did that
6    in any way influence your opinion about whether
7    Roundup increased his risk for Non-Hodgkin's
8    Lymphoma?
9        A   No, because he still had a significant
10   increased -- a very significant exposure.
11       Q   And it's not the case, then, that by
12   cutting the duration and the amount of glyphosate in
13   half, for example, he would cut his risk in half?
14       A   Well, his risk may be less, but -- but we
15   don't really know that.
16       Q   But you don't have --
17       A   You would guess that if you have less
18   dose, your risk would be lower.
19       Q   But that would be a guess.  We don't have
20   any data on that; right?
21       A   We don't have any data.
22       MS. FORGIE:  Objection.
23       Q   BY MR. OUWELEEN:  So is it fair to say
24   that once you determined that he had had substantial
25   and lengthy exposure to glyphosate, the precise

Page 47

1    amount of his exposure did not matter to your
2    opinion?
3        MS. FORGIE:  Objection.
4        THE WITNESS:  Well, as long as it was an
5    extensive and significant exposure, it didn't really
6    matter whether it was 500 gallons or 1,500 gallons.
7        Q   BY MR. OUWELEEN:  Was there any number of
8    gallons, in your mind, that you had to find that he
9    had used over the years for you to conclude that
10   there was substantial exposure?
11       A   No, I don't have a precise number.
12       Q   Do you have a general number?
13       A   No.
14       Q   And similarly with respect to the number
15   of times or the number of years, was there any
16   threshold that you used to determine whether his
17   exposure was substantial enough?
18       A   Well, you know, the parameters I gave are
19   the risks from the two epidemiologic studies greater
20   than ten days or greater than two days per year, and
21   he's far above either of those parameters of risk.
22       Q   Right.  So once you determined that he had
23   had more than two days per year of exposure or more
24   than ten days, you had all you needed to know in
25   terms of his exposure.  Fair?

Page 48

1        MS. FORGIE:  Objection.
2        THE WITNESS:  Well, no.  I looked
3    carefully at actually how much.  He had a lot more
4    exposure than either of those two parameters, so
5    that would put him -- certainly put him in a
6    high-risk category.
7        Q   BY MR. OUWELEEN:  But you have no data on
8    whether being well over the two days or ten days per
9    year or just above those thresholds increased the
10   risk at all, do you?
11       MS. FORGIE:  Objection.
12       THE WITNESS:  No.  Except that we know
13   from general knowledge that higher dose and the
14   greater number of years generally increase his risk.
15   So it's conclusion based on my general knowledge and
16   common knowledge in toxicology and epidemiology.
17       Q   BY MR. OUWELEEN:  But there is no linear
18   relationship between the number of years and amount
19   of dose and the amount of risk?  It doesn't just
20   keep going up and up and up, does it?
21       A   I have no answer on that for glyphosate.
22       Q   You have no data on that; right?
23       MS. FORGIE:  Objection.
24       THE WITNESS:  No.
25       Q   BY MR. OUWELEEN:  What I said was correct;

Page 49

1    right?  You have no data?
2        A   I have no data on that specific chemical,
3    yes.
4        Q   Now, when you calculated the number of
5    gallons, you did not use that number in any
6    calculation; right?
7        A   500 gallons?  I didn't use that in any
8    additional calculations, no.
9        Q   And you did not compare the number of
10   gallons that he sprayed on his yard to any data from
11   any studies about number of gallons he used; right?
12       A   No.
13       Q   And you would agree that only a tiny
14   fraction of the gallons that Mr. Gebeyehou sprayed
15   ended up on his skin?
16       MS. FORGIE:  Objection.
17       THE WITNESS:  I would agree with that.
18       Q   BY MR. OUWELEEN:  And you would also agree
19   that Roundup that never touched his body could not
20   increase his risk for cancer; right?
21       A   That's correct.
22       Q   The amount deposited on his body can be
23   affected by whether he's wearing long sleeves or
24   short sleeves; right?
25       A   Yes.

13  (Pages 46 to 49)

Dennis Weisenburger, M.D.

Page 50

1  Q   And the amount deposited is lower for a
2  person wearing long pants, probably, than for a
3  person wearing shorts?
4      MS. FORGIE:  Objection.
5      THE WITNESS:  Yes.
6      Q   BY MR. OUWELEEN:  And the amount deposited
7  on the skin might be different for different methods
8  of application, whether he's spraying it or using a
9  mist?
10     A   Yes.
11     Q   And now you mention in your report his
12 clothing and his method of application, but you have
13 not used those facts in any way to quantify or
14 estimate how much glyphosate actually got on
15 Mr. Gebeyehou's skin, have you?
16     MS. FORGIE:  Objection.
17     THE WITNESS:  No.  But one can, again,
18 surmise that the fact that he didn't wear any
19 protective clothing, that he wore shorts, that he
20 wore short-sleeve shirts, that he continued to wear
21 the clothes for the whole day, all these things are
22 parameters that have been shown to increase dose.
23     Q   BY MR. OUWELEEN:  You report those facts
24 as background for your conclusion that he had
25 substantial exposure.  Fair?

Page 51

1      A   Yes.
2      Q   Now, you understand that exposure experts
3  can estimate or calculate the amount of a substance
4  that lands on a person's skin over time.  You've
5  seen calculations like that; right?
6      MS. FORGIE:  Objection.
7      THE WITNESS:  I probably have.  I don't
8  specifically remember.  But people can do any kind
9  of calculations they want.
10     Q   BY MR. OUWELEEN:  Well, you understand
11 there are experts, there are scientists who actually
12 have scientifically validated ways of estimating the
13 amount of chemicals that are deposited on people's
14 skin; right?
15     MS. FORGIE:  Objection.
16     THE WITNESS:  Yeah, sure.
17     Q   BY MR. OUWELEEN:  And you're not one of
18 those experts who does that; right?
19     A   I'm not.
20     Q   And so you made no attempt here to
21 determine how much Roundup actually landed on
22 Mr. Gebeyehou's skin, did you?
23     A   I did not.
24     Q   Now, you also understand that to determine
25 a person's dose of a chemical, it's important to

Page 52

1  know how much of that chemical that lands on his
2  skin actually makes it into his body as opposed to
3  being washed off; right?
4      A   Yes.
5      Q   And scientists call that absorption;
6  right?
7      A   Yes.
8      Q   And you understand that only a tiny
9  fraction of the glyphosate that lands on a person's
10 body is absorbed into the body; right?
11     MS. FORGIE:  Objection.
12     THE WITNESS:  I'm not sure it's a tiny
13 fraction.  It's a fraction.
14     Q   BY MR. OUWELEEN:  Do you know what the
15 fraction is?
16     A   I don't.  Most of the studies have been
17 done with glyphosate as a chemical rather than with
18 Roundup.  And the absorption rates would be
19 different for Roundup than they would for
20 glyphosate.
21     Q   You don't know what the absorption rates
22 for Roundup or glyphosate are you, do you?
23     MS. FORGIE:  Objection.
24     THE WITNESS:  Not off the top of my head.
25 I have papers on it in my reference list.

Page 53

1      Q   BY MR. OUWELEEN:  You did not use any
2  assumptions about what the absorption rate is for
3  glyphosate or Roundup in forming your opinions in
4  this case.  Fair?
5      MS. FORGIE:  Objection.
6      THE WITNESS:  Well, I made the assumption
7  that the absorption rates would be higher for
8  Roundup than they would be for glyphosate.
9      Q   BY MR. OUWELEEN:  Based on what?
10     A   Based on my knowledge of the chemicals.
11 The whole purpose of putting surfactants into --
12 into the formulation is to allow the glyphosate to
13 penetrate through the cell walls of the plants.  And
14 it's the same principal that would be used in the
15 cell walls of the human skin.
16     Q   Do you have any data at all on the
17 absorption of Roundup into the skin?
18     MS. FORGIE:  Objection.
19     THE WITNESS:  I don't know -- I don't
20 believe I do, but I don't actually know that.  I
21 don't remember that.  I don't know whether there
22 have been studies.  The studies that I remember have
23 been done with glyphosate rather than Roundup.
24     Q   BY MR. OUWELEEN:  Did you make any
25 assumption about what the actual absorption of

14  (Pages 50 to 53)

Dennis Weisenburger, M.D.

Page 54

1    Roundup or glyphosate into the skin is in forming
2    your opinions in this case?
3            MS. FORGIE: Objection. Asked and
4    answered.
5            THE WITNESS: I would assume that Roundup
6    would facilitate the absorption of glyphosate so
7    that there would be more glyphosate absorbed from
8    the Roundup than there would be from just using the
9    generic chemical glyphosate.
10           Q   BY MR. OUWELEEN: What percentage of
11   glyphosate did you assume was absorbed into
12   Mr. Gebeyehou's body?
13           A   I don't know.
14           Q   Do you have any assumption that you made
15   on that score?
16           A   No.
17           Q   And same with Roundup. You do not make
18   any assumption or have any data about what
19   percentage of the Roundup that landed on
20   Mr. Gebeyehou's skin got into his body, did you?
21           A   No.
22           Q   You have no idea how much glyphosate or
23   Roundup Mr. Gebeyehou's body absorbed at any time.
24   Fair?
25           MS. FORGIE: Objection.

Page 55

1            THE WITNESS: That's correct.
2            Q   BY MR. OUWELEEN: You have not estimated
3    or determined the doses or amounts of glyphosate or
4    Roundup -- withdrawn.
5            You understand that various regulatory
6    agencies have established reference doses and
7    acceptable daily intake levels for glyphosate?
8            A   Yes. But those are also based on the
9    generic chemical rather than Roundup.
10           Q   My question was: Do you understand that
11   various regulatory agencies have established safe
12   reference doses or acceptable daily intake levels
13   for glyphosate?
14           MS. FORGIE: Objection. Asked and
15   answered.
16           THE WITNESS: Yes.
17           MS. FORGIE: You may answer again.
18           THE WITNESS: I give you the same answer.
19           Q   BY MR. OUWELEEN: My question was not
20   about Roundup. I was asking about glyphosate.
21           Do you understand that?
22           MS. FORGIE: Well, wait a minute. He can
23   answer the way he thinks is appropriate.
24           THE WITNESS: Glyphosate is part of
25   Roundup.

Page 56

1            Q   BY MR. OUWELEEN: My question is: Did
2    regulatory agencies establish safe reference doses
3    or acceptable daily intake levels for glyphosate?
4            MS. FORGIE: Objection. Asked and
5    answered.
6            You can answer again.
7            THE WITNESS: Yes.
8            Q   BY MR. OUWELEEN: And the doses are
9    specified in terms of milligrams of glyphosate per
10   kilogram of body weight per day; right?
11           A   Yes.
12           Q   No regulatory agency specifies safe
13   exposure in terms of just number of days, do they?
14           A   No.
15           Q   And you're aware that studies have been
16   done to determine exposure to glyphosate?
17           A   Yes.
18           Q   You cite, for example, in your materials
19   considered list an Acquavella paper on the Farm
20   Family Exposure study.
21           You remember that one; right?
22           A   Yes.
23           Q   And in that study, they calculate numbers
24   of milligrams per kilogram per day that farmers
25   actually received into their bodies; right?

Page 57

1            A   I don't specifically remember. I know
2    they measured urine excretion of glyphosate. So I
3    -- you could extrapolate back, I guess, from that to
4    calculate dose, yes. I don't remember that they did
5    that.
6            Q   And you read the Solomon 2016 paper that
7    was summarizing the various exposure studies.
8            Do you remember that one?
9            A   Yes.
10           Q   And that, too, was looking at various
11   studies in terms of milligrams per kilogram per day
12   that was actually absorbed into people's bodies;
13   right?
14           A   Yes.
15           Q   Are you aware of any exposure study
16   anywhere than assessed anyone's exposure just by
17   counting the days on which they used the product?
18           A   Well, that's -- that's a parameter that
19   epidemiologists use as accrued estimate of dose.
20           Q   Those are epidemiological studies, like
21   the McDuffie paper, NAPP exposure studies; right?
22           MS. FORGIE: Objection.
23           THE WITNESS: Right.
24           Q   BY MR. OUWELEEN: Is it sufficient to say
25   that you don't have any opinion about -- withdrawn.

15 (Pages 54 to 57)

Dennis Weisenburger, M.D.

Page 58

1    You don't know how Mr. Gebeyehou's
2  exposure to glyphosate or Roundup compares to the
3  regulatory reference doses or acceptable daily
4  intake levels; right?
5    A   I don't.
6    Q   Now, you remember telling -- do you want
7  to take a break?
8    MS. FORGIE:  I was just thinking that.
9    (Off-the-record discussion.)
10    THE VIDEOGRAPHER:  The time is now 9:59,
11  and we are off the record.
12    (Recess taken.)
13    THE VIDEOGRAPHER:  The time is now 10:13
14  a.m., and we are back on the record.
15    Q   BY MR. OUWELEEN:  You determined that --
16  Dr. Weisenburger, you determined that Mr. Gebeyehou
17  used Roundup for 460 times for 45 to 90 minutes each
18  time; right?
19    A   Yes.
20    Q   And you compared it to the days of use or
21  days per year of use in three epidemiological
22  studies; right?
23    A   Yes.
24    Q   When you said 460 times, did you equate
25  that to 460 days?

Page 59

1    A   Yes.
2    Q   And if you used it for 45 minutes, you
3  counted that as a day; right?
4    A   Yes.
5    Q   And if you used it for 90 minutes, you
6  counted that as a day; right?
7    A   Yes.
8    (Exhibit 13 was marked.)
9    Q   BY MR. OUWELEEN:  In the North American
10  Pooled Project -- let me give you this exhibit,
11  actually.  Exhibit 13 is a PowerPoint of a
12  presentation from the North American Pooled Project,
13  and you cite this in the references.  It's reference
14  No. 3 to your expert report; right?
15    A   Yes.
16    Q   You were an investigator on this -- on at
17  least the American part of this study; right?
18    A   Yes.
19    Q   And you're relying on the data from this
20  study; right?
21    A   Yes.
22    Q   It's reliable data?
23    A   Yes.
24    Q   How were the days per year calculated in
25  the NAPP study?

Page 60

1    A   I think the same way that I did it in this
2  report, that if he used it on one day, it was
3  counted as a day.  If he used it on a second day, it
4  was counted as a second day.
5    Q   So they were just calendar days on which
6  somebody used glyphosate; right?
7    A   I believe so.
8    Q   Without any adjustment or consideration of
9  how much time per day they used it; right?
10    A   I believe so.
11    Q   And so a person who used Roundup for an
12  hour on a day would be counted as one day; right?
13    A   Yes.
14    Q   And a person who used Roundup for eight
15  hours in a day would be counted as one day; right?
16    A   I believe so.
17    Q   Was there any minimum amount of time that
18  somebody had to use Roundup for it to count as a
19  day?
20    A   I don't know the answer to that.
21    Q   So it's possible that if somebody used
22  Roundup for a minute, they counted it as a day?
23    MS. FORGIE:  Objection.  Asked and
24  answered.
25    THE WITNESS:  It would have depended on

Page 61

1  what the applicator said in the interview.  So it's
2  unlikely, but it's possible, certainly.
3    Q   BY MR. OUWELEEN:  The NAPP study involved
4  both agricultural workers and nonagricultural users
5  like home users; right?
6    A   I think the NAPP study mainly dealt with
7  farmers, so they were agricultural users.  I don't
8  remember the details about home use.  I think I did
9  ask questions about home use, but I don't -- I don't
10  remember the details of that.
11    Q   Your recollection is that the NAPP study
12  -- most of the people whose data is reflected in the
13  NAPP study were farmers who used glyphosate
14  professionally, not just somebody using it in their
15  backyard; right?
16    A   That's my belief, yes.  I mean, they were
17  case control studies, so in fact the cases would
18  have been farmers and nonfarmers.  So they would
19  have asked the questions of everyone.  But I think
20  most of -- most of the usage was in farmers.
21    Q   And you'd agree that farmers are using
22  Roundup generally more intensively than home users?
23    MS. FORGIE:  Objection.
24    THE WITNESS:  Generally, yes.
25    Q   BY MR. OUWELEEN:  They're generally

16 (Pages 58 to 61)

Dennis Weisenburger, M.D.

Page 62

1    spraying it for longer periods; correct?
2        A   Yes.
3        Q   And they're spraying lots more Roundup
4    than a home user would use; right?
5        MS. FORGIE:  Objection.
6        THE WITNESS:  Yes.
7        Q   BY MR. OUWELEEN:  They're spraying it from
8    big machines that they're pulling from behind their
9    tractor; right?
10       A   Yes.
11       Q   Would you agree that the actual exposure
12   of a person spraying Roundup for a little while in
13   your yard from a spray bottle is likely much less
14   than for a farmer spraying it for eight hours?
15       MS. FORGIE:  Objection.
16       THE WITNESS:  Well, we don't really know
17   that.  I mean, farmers in general, I think, are much
18   more perceptive about the effects of pesticides so
19   they tend to take more precautions.  And a lot of
20   the farmers now apply from tractors with cabs that
21   protect them from a lot of the exposure.  So that's
22   a complex question.
23       I mean, I think that people use it for
24   personal use in their yards.  If they don't provide
25   -- if they don't take proper precautions, they can

Page 63

1    have significant exposure, probably more than a
2    farmer would be in a cab where he's protected.
3        Q   BY MR. OUWELEEN:  The NAPP study does not
4    have any data on the extent to which the farmers
5    were using protective measures like you described,
6    does it?
7        MS. FORGIE:  Objection.
8        THE WITNESS:  Well, certainly in the
9    Nebraska study we asked questions about whether they
10   wore protective clothing or not.  And the risks were
11   always higher in the individuals who didn't wear
12   protective clothing.  I don't think that data was
13   incorporated into the NAPP because it made -- those
14   questions may not have been asked in all the
15   studies.  But that was -- that was the experience we
16   had in the Nebraska study with 2,4-D and other
17   chemicals.
18       (Exhibit 12 was marked.)
19       Q   BY MR. OUWELEEN:  I'm giving you what's
20   been marked as Exhibit 12, and that's the McDuffie
21   2001 paper that you rely on to show that using
22   glyphosate for more than two days per year is
23   associated with an increased risk of Non-Hodgkin's
24   Lymphoma; right?
25       A   Yes.

Page 64

1        Q   There's no data in this study showing that
2    any number of days' exposure was associated with an
3    increased risk of diffuse large B cell lymphoma;
4    right?
5        MS. FORGIE:  Objection.
6        THE WITNESS:  That's correct.  I don't
7    think they looked at subtypes in this paper.
8        Q   BY MR. OUWELEEN:  And diffuse large B cell
9    lymphoma is the kind of cancer that Mr. Gebeyehou
10   suffered from; right?
11       A   Yes.
12       Q   What counted as a day in the McDuffie
13   study, Exhibit 12?
14       A   The same as we've discussed, used during
15   the day would be counted as a day.
16       Q   Calendar day?
17       A   Yes.
18       Q   So they counted -- and is there -- how do
19   you know that the McDuffie study used calendar days
20   as their measure of days of exposure?
21       A   Well, I don't think it specifically says
22   it there, but that's how we did the Nebraska study.
23   And these studies were all done in a similar design.
24       Q   Is the Nebraska study reflected in the
25   McDuffie paper?

Page 65

1        A   No.  But it's reflected in the NAPP data.
2        Q   But just to be clear --
3        A   The studies had the same design.  They had
4    the same design.  So I suspect that they used the
5    same parameters.
6        Q   The McDuffie paper was the Canadian arm of
7    the study; right?
8        A   Yes.
9        Q   And what your point is, is that both the
10   Canadian arm and the U.S. arm that were pulled
11   together in the NAPP work both used similar study
12   designs; right?
13       A   Yes.  And there was -- the people from the
14   National Cancer Institute were involved in designing
15   all these studies, so they used very similar
16   parameters that allowed them to pool the studies.
17       Q   As far as you know in the McDuffie study,
18   somebody who used glyphosate or Roundup for eight
19   hours was counted the same as someone who used it
20   for an hour?
21       A   Yes, I think that's correct.
22       Q   And the McDuffie study or paper indicates
23   on page 1156 in the left column kind of midway down,
24   "Nonoccupational use of pesticides, home, garden,
25   hobby was included."

17 (Pages 62 to 65)

Dennis Weisenburger, M.D.

Page 66

1      Do you see that?
2      A   I don't see it, but I accept it.
3      Q   It's in the little -- it's in the
4   paragraph that says "pilot study" about the sixth
5   line down from there.
6      A   On page --
7      Q   1156.
8      MS. FORGIE:  It's here.
9      THE WITNESS:  I see.  I was in the wrong
10  column.
11     MS. FORGIE:  Yeah, I see that.
12     THE WITNESS:  Okay, yes.
13     Q   BY MR. OUWELEEN:  So did the McDuffie --
14  or the Canadian study reflected in the McDuffie
15  paper include both agricultural users and home
16  users?
17     A   Yes, I think all the studies did.
18     Q   Do you have any idea -- for the McDuffie
19  study, like, for the NAPP study, is it your
20  understanding that the majority were agricultural
21  users rather than home and hobby users?
22     A   That's my guess, yes.
23     Q   And then the third paper that you rely on
24  for an increased risk of Non-Hodgkin's Lymphoma with
25  certain number of days of use is the Eriksson paper

Page 67

1   of 2008; right?
2      A   Yes.
3      (Exhibit 14 was marked.)
4      Q   BY MR. OUWELEEN:  And we marked that as
5   Exhibit 14.  Exhibit 14 is the source of your
6   relying on exposure of greater than ten days of
7   putting somebody at an increased risk of
8   Non-Hodgkin's Lymphoma; right?
9      A   That's what the Eriksson study says.
10     Q   And you're relying on that; right?
11     A   Yes.
12     Q   You don't have any other data that you're
13  relying on to show that exposure to Roundup for a
14  certain number of days leads to an increased risk of
15  Non-Hodgkin's Lymphoma other than Exhibits 12, 13,
16  and 14; right?
17     MS. FORGIE:  Objection.
18     THE WITNESS:  That's correct.
19     Q   BY MR. OUWELEEN:  And Exhibit 14, the
20  Eriksson paper, does not have any data about whether
21  there's an increased risk of diffuse large B cell
22  lymphoma associated with any number of days of
23  exposure to Roundup or glyphosate; right?
24     MS. FORGIE:  Objection.
25     THE WITNESS:  No, they didn't look at

Page 68

1   subtypes for that specific parameter.
2      Q   BY MR. OUWELEEN:  So the answer to my
3   question is, "Yes, that's correct"; right?
4      MS. FORGIE:  Objection.  Asked and
5   answered.
6      You can answer again.
7      THE WITNESS:  Ask the question again.
8      Q   BY MR. OUWELEEN:  Yeah.  I'm reasking it
9   because I think you were agreeing with me, but you
10  said "no."  And so I want to be sure that the record
11  is clear.
12     A   Okay.
13     Q   So Eriksson, Exhibit 14, has no data about
14  whether there's an increased risk of diffuse large B
15  cell lymphoma associated with any number of days of
16  exposure to Roundup or glyphosate; is that correct?
17     MS. FORGIE:  Objection.
18     THE WITNESS:  Yes.
19     Q   BY MR. OUWELEEN:  Now, Eriksson does have
20  some data, although not about numbers of days,
21  concerning diffuse large B cell lymphoma on page
22  1659 -- right? -- in table 3?
23     A   Yes.
24     Q   And what it shows is that for glyphosate,
25  there was not a statistically significant increased

Page 69

1   risk of diffuse large B cell lymphoma, according to
2   their data; correct?
3      A   That's correct.
4      Q   Now, the Eriksson -- is the Eriksson paper
5   related to the NAPP study?
6      A   No.
7      Q   In this study, did it use people who used
8   glyphosate in their jobs, as well as home users?
9      A   I believe so because it had a
10  case-controlled design.  So I would assume so, yes.
11     Q   Do you know how they counted days of
12  exposure in the Eriksson study, Exhibit 14?
13     A   I assume the same way the others did.  Do
14  they say so here?  I'd have to look and see what
15  they say specifically how they counted days.
16     Q   I did not see that.
17     A   I don't think they say it.
18     Q   Your assumption is that they were counting
19  days in terms of calendar days?
20     A   Yes.
21     Q   As we've discussed with the other papers?
22     A   Yes.
23     Q   Let's go back to Exhibit 13 for a moment,
24  please, which is your -- the presentation of data
25  from the NAPP study.

18  (Pages 66 to 69)

Dennis Weisenburger, M.D.

Page 70

1    Now, the number that you cite in your
2   report is on -- I think we determined yesterday it
3   was on the 13th page of this report, but I'm going
4   to flip through it.  I think it's actually the 14th
5   page.
6        So are you on the page of Exhibit 14 that
7   says at the top, "Frequency.  Number of days per
8   year of glyphosate handling and NHL risks"?
9        A    Yes.
10       Q    That's the source of the number that you
11  cite in your expert report where you say, "The risk
12  estimate for diffuse large B cell Non-Hodgkin's
13  Lymphoma was 2.49 for use greater than two days per
14  year"; right?
15       A    Yes.
16       Q    Why is that number shown in red in the
17  table?
18       A    I think because it's statistically
19  significant.
20       Q    Is that important?
21       MS. FORGIE:  Objection.
22       THE WITNESS:  Is it important for it to be
23  statistically significant?
24       Q    BY MR. OUWELEEN:  Yeah.
25       A    Yes, it's important.

Page 71

1        Q    Why is it important?
2        A    Well, because the likelihood of some sort
3   of statistical error is much less if -- you know, if
4   the numbers meet the criteria for statistical
5   significance.
6        Q    So when numbers are not statistically
7   significant, then there's a chance that the numbers
8   are -- that the shown difference is just due to
9   chance; is that correct?
10       MS. FORGIE:  Objection.  This goes --
11       THE WITNESS:  It's more --
12       MS. FORGIE:  Wait.  Let me get this for
13  the court reporter.
14       Objection.  This goes into general
15  causation.
16       MR. OUWELEEN:  You can answer.
17       THE WITNESS:  So it's more likely due to
18  chance.  But we do look at odds of ratios that
19  aren't statistically significant to see whether
20  there's a consistency, so we do use those numbers.
21  But, in general, it's -- the numbers are more
22  reliable if they're statistic -- if they've been
23  found to be statistically significant, yes.
24       Q    BY MR. OUWELEEN:  On the previous page,
25  the data presented in terms of the number of years

Page 72

1   of glyphosate use as opposed to the number of days;
2   right?
3        A    Yes.
4        Q    And these data -- this page's data is
5   based on the same data as the 2.49 number we were
6   just looking at.  It's just presented in a different
7   -- looking at a different aspect; correct?
8        MS. FORGIE:  Objection.
9        THE WITNESS:  Right.  It's looking at
10  number of years rather than number of days per year.
11       Q    BY MR. OUWELEEN:  But it's based on the
12  same data set; right?
13       A    Yes.
14       Q    And it's equally reliable as the number of
15  days presentation; correct?
16       A    Yes.
17       Q    And this page shows that people with
18  between 0 and 3.5 years of glyphosate use had higher
19  risk of diffuse large B cell lymphoma than people
20  with more than 3.5 years of use; right?
21       A    Yes.
22       Q    And according to these data, the people
23  with more than 3.5 years of use had no statistically
24  significant increase in risk of diffuse large B cell
25  lymphoma; right?

Page 73

1        A    Correct.
2        Q    Mr. Gebeyehou -- sorry.
3        Mr. Gebeyehou had more than 3.5 years of
4   use; right?
5        A    Yes.
6        Q    If you look two pages later in Exhibit 14
7   -- 13, the data are presented in terms of lifetime
8   days.  So the heading on the page is "Lifetime days
9   (number of years times number of days divided by
10  year) of glyphosate use and NHL risks"; right?
11       A    Yes.
12       Q    And these data, too, are representing --
13  or this presentation is representing the same data
14  as shown on the page that you're relying on for your
15  2.49 number; right?
16       A    It's the same data.
17       Q    And so this presentation is equally
18  reliable to the one that shows the 2.49 risk; right?
19       A    Yes.
20       Q    And this one shows that people who have a
21  total number of days of use of glyphosate greater
22  than seven, their risk is not -- there's no
23  statistically significant increased risk of diffuse
24  large B cell lymphoma; right?
25       A    That's correct.

19 (Pages 70 to 73)

Dennis Weisenburger, M.D.

Page 74

1    Q   And there's a 1.25 risk that's shown there
2  that's not statistically significant; right?
3    A   Yes.
4    Q   That's much lower than 2.49.  You'd agree?
5        MS. FORGIE:  Objection.
6        THE WITNESS:  Yes.
7    Q   BY MR. OUWELEEN:  And Mr. Gebeyehou would
8  fall into that category of more than seven days of
9  lifetime use; right?
10   A   So this gets to my point about intensity
11 versus number of times because -- and we saw the
12 same thing in the Rasmus study with 2,4-D, that it
13 was the people who used it frequently, they had a
14 higher risk than the people -- frequently over a
15 period of time, a short period of time, like one
16 year, versus people who used it for many years.
17       So it sort of comes back to the logic that
18 I explained to you in the mouse study, where if you
19 give higher doses over a short period of time, the
20 risk is higher than if you give lower doses over a
21 long period of time.  That's how I'd interpret this
22 data.
23   Q   I can't tell from the rough transcript.
24 So in the 2,4-D study, which group of people had a
25 higher risk?

Page 75

1    A   The people who used it more frequently per
2  year.  We had the same findings in the 2,4-D study.
3  That is, people who used it frequently had a higher
4  risk than people who used it for more years, but
5  less frequently.  So use it once a year for 20
6  years, your risk may not be very high.  But if you
7  used it five times a year or ten times a year for
8  five years, your risk would actually be higher.
9    Q   I see.
10   A   It gets to the point of intensity of
11 exposure rather than length of exposure.
12   Q   Right.  But the data shown on the lifetime
13 days slide in Exhibit 13 is just looking at the
14 total number of days added up over a lifetime;
15 right?
16   A   Divided by years of use.
17       MS. FORGIE:  Objection.
18   Q   BY MR. OUWELEEN:  So looking at -- no,
19 it's looking at the total number of days in the
20 lifetime, isn't it?
21       MS. FORGIE:  Objection.
22   Q   BY MR. OUWELEEN:  You take how many years
23 you use it times the number of days per year, and
24 that gives you a total number of days; isn't that
25 correct?

Page 76

1    A   Well, if you look at the parenthesis,
2  number of years times the number of days divided by
3  years.
4        MS. FORGIE:  Let him finish, please.
5        THE WITNESS:  So, yeah, lifetime days
6  would be the number of years times the number of
7  days, so I don't know why they expressed it that
8  way, unless the years is --
9    Q   BY MR. OUWELEEN:  Well, I think in order
10 of operations, the way you do it is -- well, is it
11 your understanding that what they're doing here is
12 taking the number of days per year that somebody
13 uses it, multiplying it times the number of years
14 that they use it, and that gives you the total
15 number of days over their lifetime?
16   A   I think that's what they're doing, yes.  I
17 don't understand why they express it like this, but
18 I think you're right.
19   Q   I think if we were to imagine an open
20 parenthesis between the number of days, that might
21 explain it; right?  It's not divided --
22   A   I see what you're saying, yeah.
23   Q   So you take the days per year somebody
24 uses it, say, four times a year, four days a year,
25 and they've used it for ten years, that would add --

Page 77

1  that would multiply out to 40 lifetime days; right?
2    A   Yes.
3    Q   That's your understanding of this data?
4    A   Yes.
5    Q   So greater than seven is somebody who in
6  their lifetime just used it for a total of more than
7  seven days; right?
8    A   Yes.
9    Q   All right.  And Mr. Gebeyehou used it for
10 460 days; right?
11   A   Right.
12   Q   In calculating Mr. Gebeyehou's days of
13 Roundup use, did you assume that he used it 12
14 months out of the year?
15   A   That's what he told me, yes.
16   Q   Did you read his testimony that for --
17 from 1997 until 2003 or 2004, he went to Ethiopia
18 every year for up to two months?
19   A   I don't remember that testimony.
20   Q   You read his whole deposition?
21   A   I did.
22   Q   You don't remember him talking about going
23 to Ethiopia over a period of years and doing some
24 consulting work?
25   A   I don't specifically remember it.  I know

20  (Pages 74 to 77)

Dennis Weisenburger, M.D.

Page 78

1   he did go back and forth to Ethiopia, but I don't
2   remember the specifics.
3       Q   Did you have any reason to believe that he
4   was spraying Roundup when he was in Ethiopia?
5       A   He probably wasn't.
6       Q   But you did not make any effort to
7   subtract any months or weeks and days when he was in
8   Ethiopia when you were calculating the days that he
9   used Roundup?
10      A   I didn't.
11      Q   So probably the number of days, if he did
12  in fact go to Ethiopia for two months a year for
13  those years, it's somewhat lower than what you
14  estimated?
15      A   Yes.
16      Q   Do you know what any of the ingredients
17  were in the Roundup that Mr. Gebeyehou used other
18  than glyphosate?
19      A   I don't know specifically.
20      Q   You do not know what surfactant was in the
21  product he used?
22      A   I don't.
23      Q   You did not take the particular type of
24  surfactant into account in forming your opinions,
25  then?

Page 79

1       A   I did not.
2       Q   Do you know whether the same surfactant
3   that was in Mr. Gebeyehou's product or surfactants
4   were present in the Roundup formulations that the
5   folks used in the Eriksson, McDuffie, or NAPP
6   studies that were Exhibits 13, 14, and 15 -- 12, 13,
7   and 14?
8       A   I don't know.
9       Q   There's no medical test that indicates
10  that Roundup or glyphosate caused or contributed to
11  Mr. Gebeyehou's Non-Hodgkin's Lymphoma, is there?
12          MS. FORGIE:  Objection.
13          THE WITNESS:  There's no medical tests,
14  no.
15      Q   BY MR. OUWELEEN:  There's nothing about
16  Mr. Gebeyehou's pathology slide or slides -- let's
17  back up.
18          You state in your report that you reviewed
19  a pathology slide?
20      A   Yes.
21      Q   Was there just one?
22      A   He just sent me one.
23      Q   And in what format do you receive -- did
24  you receive a pathology slide?  Is it an actual
25  glass slide or is it a photograph or what is it?

Page 80

1       A   It's an actual glass slide.
2       Q   It is?  So you put it under a microscope
3   and look at it?
4       A   Yes.
5       Q   And you did that?
6       A   Yes.
7       Q   Did you take any pictures of it?
8       A   No.
9       Q   You still have that slide?
10      A   No.  It's been returned.
11      Q   And that was --
12      A   I may have taken a Xerox picture of it.  A
13  Xerox copy of it just to document the slide.  I may
14  have done that.  I usually do that, actually.
15      Q   So you take the slide itself and you just
16  put it on a Xerox machine and take a picture of it?
17      A   Yeah, just to document the specific slide
18  because you can see the -- you can see the label and
19  you can see the shape of the tissue, and so you can
20  know that that was the slide you looked at.  I
21  probably did that.  I usually do that.
22      Q   Okay.  But you can't tell from that Xerox
23  what's actually going on in the cells?
24      A   No.
25      Q   It's just more for recordkeeping of what

Page 81

1   slide you looked at?
2       A   Yes.
3       Q   As far as you know, the pathology slide
4   that you reviewed for Mr. Gebeyehou was the same
5   slide that was used in diagnosing him; is that
6   correct?
7       A   I believe so.
8       Q   The same slide that his own doctors looked
9   at?
10      A   Yes.  One of the slides.
11      Q   Would those doctors have looked at
12  multiple slides?
13      A   Yeah, I'm sure there were multiple slides.
14  They only sent me one.
15      Q   Did you agree with Mr. Gebeyehou's doctors
16  on his diagnosis?
17      A   Yes.
18      Q   Was there any other significance of the
19  pathology slide that you reviewed other than to
20  confirm the diagnosis that he had diffuse large B
21  cell lymphoma?
22      A   No.
23      Q   You cannot tell from looking at the
24  pathology slide what caused the diffuse large B cell
25  lymphoma, can you?

Dennis Weisenburger, M.D.

Page 82

1  A  That's correct.  I can't.
2  Q  You cannot tell from looking at
3  Mr. Gebeyehou's pathology slide whether he ever used
4  Roundup; right?
5  A  Right.
6  Q  You cannot tell from looking at his
7  pathology slide whether Roundup in any way
8  contributed or caused -- contributed to or caused
9  his Non-Hodgkin's Lymphoma; right?
10  A  That's right.
11  (Exhibit 15 was marked.)
12  Q  BY MR. OUWELEEN:  Exhibit 15 are some
13  photographs that we've taken of a pathology slide or
14  slides from Mr. Gebeyehou.  And these were taken by
15  -- I believe by Dr. Zukerberg, who you understand is
16  an expert for Monsanto in this case?
17  A  Yes.
18  Q  And do these look to you like, first of
19  all, in general, the kinds of things that you see
20  when you are looking at a pathology slide, in
21  general?  Is this -- do these look to be images of a
22  pathology slide to you?
23  MS. FORGIE:  Objection.
24  THE WITNESS:  Yes, yes.
25  Q  BY MR. OUWELEEN:  Can you tell from

Page 83

1  looking at these whether they are images of diffuse
2  large B cell lymphoma?
3  A  I can't.
4  Q  Do these look to you to be images -- do
5  any of them look to you to be images of the same
6  pathology slide of Mr. Gebeyehou that you reviewed?
7  A  I don't know.
8  Q  They might be, but you can't tell?
9  A  I can't tell.
10  Q  When you look through the microscope at
11  Mr. Gebeyehou's pathology slide, did it look like,
12  for example, the second to last page of Exhibit 15?
13  MS. FORGIE:  Objection.
14  THE WITNESS:  I would say no.  I don't
15  remember this specific image.  In general, the
16  quality of the photos are not great, so I can't
17  really comment one way or the other on them.
18  Q  BY MR. OUWELEEN:  There are some causes of
19  cancer that you can identify by looking at --
20  looking for signs in the tumor itself; right?
21  A  Yes.
22  Q  Is that true of some kinds of
23  Non-Hodgkin's Lymphoma?
24  A  Yes.
25  Q  Is it true of some kinds of diffuse large

Page 84

1  B cell lymphoma?
2  A  Yes.
3  Q  So if it's caused by, for example, an
4  Epstein-Barr virus, you can see evidence in the
5  tumor itself; is that correct?
6  A  Yes.
7  Q  But there's no marker like that for
8  glyphosate or Roundup exposure --
9  A  No.
10  Q  -- that would tell you that the person's
11  tumor was caused by glyphosate or Roundup; right?
12  A  Yeah, there's no such marker.
13  Q  And none of Mr. Gebeyehou's medical tests
14  or records that you reviewed showed any presence of
15  glyphosate or Roundup in his body; right?
16  A  It was never looked for.
17  Q  And, therefore, it was never seen; right?
18  MS. FORGIE:  Objection.  Asked and
19  answered.
20  You can answer again.
21  THE WITNESS:  You don't look for it, you
22  won't find it; right?
23  Q  BY MR. OUWELEEN:  There was nothing in the
24  medical records that you point to as evidence that
25  he was exposed to Roundup; right?

Page 85

1  MS. FORGIE:  Objection.  Asked and
2  answered.
3  You can answer again.
4  THE WITNESS:  There's no evidence in the
5  medical record to that.
6  Q  BY MR. OUWELEEN:  And there's no evidence
7  in the medical record that indicates that Roundup
8  contributed to or caused his Non-Hodgkin's Lymphoma;
9  right?
10  A  Right.
11  Q  His medical records are indistinguishable
12  from a person who had diffuse large B cell lymphoma
13  who had never been exposed to Roundup; right?
14  A  Yes.
15  Q  And there's no test or other way to verify
16  whether you are right that Roundup caused or
17  contributed to Mr. Gebeyehou's Non-Hodgkin's
18  Lymphoma; right?
19  MS. FORGIE:  Objection.
20  THE WITNESS:  No test that I know of.
21  Q  BY MR. OUWELEEN:  And there's nothing you
22  could detect in Mr. Gebeyehou's genes or his
23  chromosomes that would indicate that Roundup or
24  glyphosate caused his Non-Hodgkin's Lymphoma, is
25  there?

Dennis Weisenburger, M.D.

Page 86

1      A   Not as far as I know.
2      Q   Mr. Gebeyehou could have developed the
3   exact same disease at the exact same time without
4   any exposure to Roundup; right?
5      A   It's possible.
6      Q   And even with the Roundup exposure, it's
7   possible that his Non-Hodgkin's Lymphoma was caused
8   by some different unknown cause, isn't it?
9      MS. FORGIE:  Objection.
10     THE WITNESS:  It's possible, but unlikely.
11     Q   BY MR. OUWELEEN:  When you were reviewing
12  his medical records, you were looking for the
13  presence of other things that might have caused
14  Mr. Gebeyehou's cancer; right?
15     A   Yes.
16     Q   You were not looking for telltale signs
17  that Roundup caused Mr. Gebeyehou's cancer, but
18  looking to eliminate other known causes.  Fair?
19     A   Yes.
20     Q   You've testified that there are two kinds
21  of risk factors for Non-Hodgkin's Lymphoma, what you
22  call causative ones and noncausative ones; right?
23     A   Yes.
24     Q   And the ones that you called causative
25  risk factors are risk factors where we, doctors,

Page 87

1   scientists, have a sense how they cause or
2   contribute to Non-Hodgkin's Lymphoma; right?
3      A   Sometimes we understand it.  Sometimes we
4   don't.
5      Q   Are there some causative risk factors
6   where we don't understand how they cause
7   Non-Hodgkin's Lymphoma?
8      A   Off the top of my head, I can't think of
9   one.  Usually we have some understanding of it, but
10  we don't always understand precisely how it happens.
11  We have hypothesis.  We have some evidence.  I don't
12  know.  I've never been asked that question before so
13  I have to think about it.
14     Q   Examples of causative risk factors for
15  Non-Hodgkin's Lymphoma are things like autoimmune
16  disease, viral infections, immunodeficiency, other
17  infections, and radiation; right?
18     A   Radiation is not a known cause of or risk
19  factor for Non-Hodgkin's Lymphoma, in general.
20     Q   High-dose radiation?
21     A   Well, very high-dose like atomic bomb
22  survivors or people with massive doses of radiation,
23  yes, but --
24     Q   You asked Mr. Gebeyehou whether he had
25  been exposed to radiation, didn't you?

Page 88

1      A   I think I did, yes.
2      Q   And you asked that even though it's not
3   relevant?
4      A   I don't remember whether I asked that
5   specific question or not.
6      Q   Well, you called noncausative risk factors
7   are risk factors associated with an increased risk
8   of Non-Hodgkin's Lymphoma, but where scientists have
9   not identified how or what is causing the
10  Non-Hodgkin's Lymphoma; right?
11     A   Yes.  So general risk factors like age or
12  sex, for example, would be the -- they're risk
13  factors, but we don't really -- we don't really --
14  we think they're probably surrogates for things we
15  don't understand.
16     Q   Okay.  So when you say they're surrogates
17  for things we don't understand, do you mean that
18  there's some unknown thing that is causing those
19  people to have more Non-Hodgkin's Lymphoma, but we
20  just don't know what it is?
21     MS. FORGIE:  Objection.
22     THE WITNESS:  Yeah, with age probably.  I
23  mean, people think that with age, people just have a
24  longer period of time to accumulate genetic damage
25  that would lead to cancer.  So that's one hypothesis

Page 89

1   for why age is a risk factor.  Sex, we don't really
2   know.  Men seem to be, in general, more vulnerable
3   to this cancer than women, so we don't understand
4   that at all.
5      Q   BY MR. OUWELEEN:  Okay.  But we don't
6   understand it, but that's not -- but for the
7   noncausative risk factors, you're not saying that
8   nothing is causing their Non-Hodgkin's Lymphoma;
9   correct?
10     MS. FORGIE:  Objection.
11     Q   BY MR. OUWELEEN:  You're just saying that
12  something is causing it, but doctors do not know
13  what it is.  Fair?
14     MS. FORGIE:  Objection.
15     THE WITNESS:  Right.  There's something
16  about age which increases risk.  There's something
17  about male sex that increases risk.  We don't really
18  know what it is.
19     Q   BY MR. OUWELEEN:  And it's possible that
20  some day scientists will discover what it is that's
21  causing older people, for example, to have more
22  Non-Hodgkin's Lymphoma; right?
23     A   Well, that's an area of active research, I
24  think.
25     Q   Doctors are trying to figure out why is it

23  (Pages 86 to 89)

Dennis Weisenburger, M.D.

Page 90

1    that older people, people over, say, 65, have a much
2    higher risk of Non-Hodgkin's Lymphoma; right?
3        MS. FORGIE: Objection.
4        THE WITNESS: Right.
5        Q    BY MR. OUWELEEN: Because if the doctors
6    can figure out what was causing those folks to have
7    this disease, then maybe they could do something to
8    lower the incidence; right?
9        A    Right.
10       Q    And it's like during the Civil War,
11   doctors did not know that bacteria caused
12   infections; right?
13       A    I can't remember exactly when they knew
14   that, but they didn't have any treatment for the
15   infections during the Civil War.
16       Q    And there was a time when doctors did not
17   understand -- there was no germ theory of infection;
18   right?
19       A    That's correct.
20       Q    And so people -- lots of people, lots of
21   soldiers were getting infections and dying, and
22   something was causing that, but the doctors just did
23   not know what it was yet; right?
24       MS. FORGIE: Objection. I think this is
25   really going into general causation. I'm trying to

Page 91

1    allow a lot of leeway on that, but I think at some
2    point it's going too far into general causation.
3        THE WITNESS: That's true in the distant
4    past. I'm not sure during the Civil -- I can't
5    remember exactly when the germ theory was proposed.
6    But it was -- yeah, I don't know whether it was
7    before the Civil War or after, but it's irrelevant
8    to your question, I think.
9        Q    BY MR. OUWELEEN: So some day -- so
10   Mr. Gebeyehou had risk factors like age that were
11   not causative; right?
12       A    Right.
13       Q    Including that he was a man?
14       A    Right.
15       Q    That increased his risk of Non-Hodgkin's
16   Lymphoma; right?
17       MS. FORGIE: Objection.
18       THE WITNESS: Yes.
19       Q    BY MR. OUWELEEN: And being over 65
20   increased his risk of Non-Hodgkin's Lymphoma; right?
21       A    Yes.
22       Q    And it's possible that some day doctors
23   will find some thing that causes older folks to get
24   Non-Hodgkin's Lymphoma, and it's possible that
25   that's what caused Mr. Gebeyehou's Non-Hodgkin's

Page 92

1    Lymphoma; right?
2        MS. FORGIE: Objection.
3        THE WITNESS: It's possible.
4        Q    BY MR. OUWELEEN: Now -- and you were
5    looking -- in doing your differential etiology in
6    this case, you were looking in -- and just to put
7    that into English, you were looking through
8    Mr. Gebeyehou's -- withdrawn.
9        You looked through Mr. Gebeyehou's records
10   looking for currently known causative risk factors;
11   right?
12       A    Yes.
13       Q    And you did not give any weight to the
14   noncausative risk factors; correct?
15       MS. FORGIE: Objection.
16       THE WITNESS: I didn't give any weight to
17   those, no.
18       Q    BY MR. OUWELEEN: And so let's -- and you
19   interviewed Mr. Gebeyehou over the telephone; right?
20       A    Yes.
21       Q    And part of the reason for that was to
22   find out, No. 1, about how and how often he used
23   Roundup; right?
24       A    Yes.
25       Q    And that's reflected in your report;

Page 93

1    right?
2        A    Yes.
3        Q    And the other reason that you talked to
4    him was to determine whether there were other
5    causative -- currently known causative risk factors;
6    right?
7        A    Yes.
8        Q    Was there any other purpose of your
9    interview with Mr. Gebeyehou?
10       A    No. I think those are the two -- those
11   are the main reasons that I talked to him.
12       Q    Did you discuss any other subjects other
13   than how and when he used Roundup and his other
14   currently known causative risk factors?
15       A    I don't believe so.
16       Q    How long did you speak with him?
17       A    It was about an hour.
18       Q    You've never met him in person; right?
19       A    I have not.
20       Q    You talked to him on the telephone?
21       A    Yes.
22       Q    Was there anybody else on the telephone?
23       A    No.
24       Q    And you took notes of that conversation;
25   right?

24 (Pages 90 to 93)

Dennis Weisenburger, M.D.

Page 94

1    A   Yes.
2    Q   And have you reviewed those notes in
3  preparing for your deposition today?
4        MS. FORGIE:  Objection.
5        THE WITNESS:  Yes.
6    Q   BY MR. OUWELEEN:  And did they help
7  refresh your recollection about what he said in the
8  telephone conversation?
9    A   Yes.  But it's all reflected in my report,
10  as well.
11    Q   There's nothing in your notes that he told
12  you that is not reflected in our report?
13    A   I don't believe so.
14    Q   You've never performed any type of medical
15  exam on Mr. Gebeyehou, have you?
16    A   I have not.
17    Q   You're not offering any medical opinions
18  about his health beyond the correctness of his
19  diagnosis with diffuse large B cell lymphoma, are
20  you?
21    A   I'm not.
22    Q   In the interview, did you learn anything
23  significant for your opinions that was new beyond
24  what was in his plaintiff fact sheet or his medical
25  records?

Page 95

1    A   I probably did, but I don't know
2  specifically what it would be.  I mean, I asked him
3  specific questions about a variety of risk factors
4  that were necessarily present in the other materials
5  that I reviewed.  And some of the detail about his
6  use, I think -- I can't remember, but I don't think
7  it was as much detail in the other materials.
8    Q   Things about wearing shorts certain months
9  of the year and things of that nature?
10    A   Yes.
11    Q   You never visited his house, have you?
12    A   No.
13    Q   Is there anything else that you remember
14  that stands out from that interview, as we sit here
15  today?  Anything significant that he told you?
16    A   No.
17    Q   How are we doing on time?
18        THE VIDEOGRAPHER:  Five minutes.
19        MR. OUWELEEN:  Let's take a break, switch
20  the tape.
21        THE VIDEOGRAPHER:  Time is now 11:02 a.m.,
22  and we are off the record.
23        (Recess taken.)
24        THE VIDEOGRAPHER:  The time is now 11:16
25  a.m., and we are back on the record.

Page 96

1    Q   BY MR. OUWELEEN:  How long has it been
2  known that age is a risk factor for Non-Hodgkin's
3  Lymphoma?
4    A   Many years.
5    Q   Can you be any more precise than that?
6    A   No.
7    Q   Has it been known since the '60s?
8    A   Yes.
9        MS. FORGIE:  Objection.  Asked and
10  answered.
11    Q   BY MR. OUWELEEN:  And is the magnitude of
12  the increased risk of Non-Hodgkin's Lymphoma for
13  older folks, say, over 65, has that been known since
14  the '60s?
15    A   Probably, yes.
16    Q   So even before glyphosate or Roundup was
17  on the market, it was a fact that folks older than
18  65 had an increased risk for Non-Hodgkin's Lymphoma;
19  right?
20    A   That's probably correct.
21    Q   And that obviously had nothing to do with
22  Roundup; right?
23    A   Right.
24    Q   That is, people older than 65 have an
25  increased risk of Non-Hodgkin's Lymphoma that's due

Page 97

1  to some unknown cause that has nothing to do with
2  Roundup.  Fair?
3    A   You're talking about the 1960s now?
4    Q   Sure.
5    A   Yes.
6    Q   That was known in the 1960s; right?
7    A   Yes.
8    Q   And that's known today?
9    A   Yes.
10    Q   You're familiar with the Surveillance
11  Epidemiology and End Results program, also called
12  SEER?
13    A   Yes.
14    Q   Are those generally understood to be
15  reliable data?
16        MS. FORGIE:  Objection.
17        THE WITNESS:  Yes.
18        (Exhibit 16 was marked.)
19    Q   BY MR. OUWELEEN:  I'm marking as Exhibit
20  16 a printout of the SEER Cancer Statistics Review,
21  1975 to 2015 for the National Cancer Institute.
22        Have you seen this before?
23    A   I've seen similar reports.
24    Q   This is SEER data; right?
25    A   Yes.

25  (Pages 94 to 97)

Dennis Weisenburger, M.D.

Page 98

1      Q   On Table 19.26 of Exhibit 16, there are
2   data for all lymphoid neoplasms with detailed
3   Non-Hodgkin's Lymphoma subtypes.
4         Do you see that, 19.26?
5         MS. FORGIE:  Where is 19.26?
6         MR. OUWELEEN:  It's about half way through
7   the document.
8         MS. FORGIE:  It doesn't go between two and
9   three, is what I would expect to see.
10        MR. OUWELEEN:  No.
11        THE WITNESS:  Okay.  19.26.
12        Q   BY MR. OUWELEEN:  So are you at Table
13   19.26 of Exhibit 16?
14        A   Yes.
15        Q   And that reports data for all lymphoid
16   neoplasms with detailed Non-Hodgkin's Lymphoma
17   subtypes; right?
18        MS. FORGIE:  I'm going to object to this.
19   It goes to general causation.
20        Q   BY MR. OUWELEEN:  Is that correct?
21        A   Yes.
22        Q   About half way down there are data shown
23   for diffuse large B cell lymphoma; right?  Under
24   2(a), 2.3.
25        Do you see that?

Page 99

1      A   Yes.
2      Q   And those are the data that are most
3   relevant to the type of cancer that Mr. Gebeyehou
4   had; right?
5      A   Yes.
6      Q   And it states that the rate in the
7   population of diffuse large B cell lymphoma was
8   seven, and that stands for seven cases out of
9   100,000 people; is that right?
10     A   I suspect.  I don't --
11        MS. FORGIE:  Can I just have a standing
12   objection to the use of this document as going to
13   general causation?
14        MR. OUWELEEN:  No.
15        MS. FORGIE:  Okay.  I'll keep objecting,
16   then.
17        THE WITNESS:  That's probably correct.  I
18   don't see -- I don't see the parameters here, but
19   that's generally how they express incidents.
20     Q   BY MR. OUWELEEN:  If you have a look at
21   page -- the third paper in Exhibit 16 --
22     A   The third page?
23     Q   Well, the third piece of paper.  I printed
24   it on both sides.  So Table 19.5 --
25     A   Yeah.

Page 100

1      Q   -- it's got a footnote, and it says "rates
2   are per 100,000"?
3      A   Yes.
4      Q   Do you see that?
5      A   Yes, I see it.
6      Q   So in Table 19, and then you look on the
7   next page, Table 19.7, again, it says rates are per
8   100,000?
9      A   Okay.
10     Q   So would you interpret the 7.0 in Table
11   19.26 to mean that the rate of the kind of cancer
12   that Mr. Gebeyehou has in the population is seven
13   people out of 100,000 people get that disease?
14        MS. FORGIE:  Objection.  Goes to general
15   causation.
16        THE WITNESS:  Yes.
17     Q   BY MR. OUWELEEN:  And so it's unlikely,
18   you'd say, that any person is going to get diffuse
19   large B cell lymphoma; right?
20        MS. FORGIE:  Objection.  Goes to general
21   causation.
22        THE WITNESS:  Right.  It's not very
23   common.
24     Q   BY MR. OUWELEEN:  It's less than one
25   percent; right?

Page 101

1         MS. FORGIE:  Objection.  General
2   causation.
3         THE WITNESS:  Yes.
4      Q   BY MR. OUWELEEN:  And even if you were to
5   double the risk of Non-Hodgkin's Lymphoma, it's
6   still unlikely that a person would get it; right?
7         MS. FORGIE:  Objection.  General
8   causation.
9         THE WITNESS:  That's true.
10     Q   BY MR. OUWELEEN:  Now, for folks over age
11   65, the rate is 33.5 people out of 100,000; right?
12     A   That's correct.
13     Q   And if you compare that to the folks
14   between 20 and 64 years of age, their rate was 4.6
15   of those folks out of 100,000; right?
16        MS. FORGIE:  Objection.
17        THE WITNESS:  That's correct.
18     Q   BY MR. OUWELEEN:  So the people over 65
19   had a seven times higher risk of getting the kind of
20   cancer that Mr. Gebeyehou had than folks between 20
21   and 64 years old; right?
22        MS. FORGIE:  Objection.
23        THE WITNESS:  More or less, yes.
24     Q   BY MR. OUWELEEN:  And some unknown cause
25   or causes is making the folks over 65 years old get

Dennis Weisenburger, M.D.

Page 102

1    diffuse large B cell lymphoma seven times as much as
2    younger people; right?
3                MS. FORGIE:  Objection.
4                THE WITNESS:  That's correct.
5          Q   BY MR. OUWELEEN:  And for most of those --
6    and most of those people, you would assume, never
7    used Roundup; right?
8                MS. FORGIE:  Objection.
9                THE WITNESS:  I don't know the answer to
10   that.  I would say that's probably true.
11         Q   BY MR. OUWELEEN:  And do you have any idea
12   what the percentage of the population is who have
13   been exposed to Roundup?
14               MS. FORGIE:  Objection.
15               THE WITNESS:  I don't.
16         Q   BY MR. OUWELEEN:  In the NAPP study, did
17   you see percentages of folks who reported ever being
18   exposed to Roundup?
19               MS. FORGIE:  Objection.
20               THE WITNESS:  Yeah, one could -- one could
21   calculate it from the cases in the controls.  You
22   could calculate that.  I didn't do it, but it was
23   fairly low because --
24         Q   BY MR. OUWELEEN:  Lower than ten percent;
25   right?

Page 103

1                MS. FORGIE:  Objection.
2                THE WITNESS:  Probably, yeah, because it
3    was early -- early when -- it was not too long after
4    Roundup was introduced, so the usage was fairly low
5    among the population.
6          Q   BY MR. OUWELEEN:  And is it your
7    expectation that if we looked at the data back from
8    around 1960, it would show a similar increased risk
9    for the folks older than 65 compared to the folks
10   under 64 for diffuse large B cell lymphoma?  That
11   is, the folks older than 65 would have five or seven
12   times higher risk?
13               MS. FORGIE:  Objection.
14               THE WITNESS:  Probably.  It's probably
15   true.
16         Q   BY MR. OUWELEEN:  And that was probably
17   true even before Roundup was ever even available?
18               MS. FORGIE:  Objection.
19               THE WITNESS:  It was probably true.  I
20   haven't done it, but it's probably true.
21         Q   BY MR. OUWELEEN:  Did you say you would
22   doubt it?
23         A   I said I haven't done it.
24         Q   Oh, you haven't done it.  But it's
25   probably true?

Page 104

1                MS. FORGIE:  Objection.
2                THE WITNESS:  Probably true.
3          Q   BY MR. OUWELEEN:  Mr. Gebeyehou --
4    Gebeyehou -- start over.
5          Mr. Gebeyehou was 74 when he was diagnosed
6    with diffuse large B cell lymphoma; right?
7          A   No.  He was 75, I think.
8          Q   Okay.  Well, he was over 65; right?
9          A   Yes.
10         Q   And so at the time, he was in that group
11   of people who had a seven times higher risk of
12   diffuse large B cell lymphoma due to their age and
13   whatever is causing people -- older people to get
14   that disease; right?
15         A   So he was in the greater than 65 group,
16   yes.
17         Q   And so he was at a seven times higher risk
18   of diffuse large B cell lymphoma due to his age or
19   unknown causes associated with age compared to
20   people under 64; right?
21               MS. FORGIE:  Objection.
22               THE WITNESS:  Correct.
23         Q   BY MR. OUWELEEN:  So you can't rule out
24   that Mr. Gebeyehou's Non-Hodgkin's Lymphoma was
25   caused -- or was due to some unknown cause

Page 105

1    associated with age, can you?
2          A   I can't rule it out.  It's possible.
3          Q   And you would agree that the same cancer,
4    diffuse large B cell lymphoma, could have occurred
5    in Mr. Gebeyehou even without Roundup exposure?
6                MS. FORGIE:  Objection.  Asked and
7    answered.
8                THE WITNESS:  Yes.
9          Q   BY MR. OUWELEEN:  Now, Hepatitis B
10   infection is another risk factor for Non-Hodgkin's
11   Lymphoma; right?
12         A   Yes.
13         Q   And that one you do consider to be a
14   causative risk factor for Non-Hodgkin's Lymphoma;
15   right?
16         A   Yes.
17         Q   And is Hepatitis B infection a causative
18   risk factor, particularly for diffuse large B cell
19   lymphoma?
20               MS. FORGIE:  Objection.
21               THE WITNESS:  Yes.  That's one of the
22   subtypes that's increased.
23         Q   BY MR. OUWELEEN:  And in the -- if
24   Mr. Gebeyehou had a Hepatitis B infection, could
25   that be a cause of his diffuse large B cell

Dennis Weisenburger, M.D.

Page 106

1  lymphoma?
2      A   If he had an active infection, it could be
3  a cause.  He -- there's no evidence that he had an
4  active infection.  There's serologic evidence that
5  he was once exposed to Hepatitis B, but his serology
6  demonstrated that he was -- he had immunity to
7  Hepatitis B.
8      Q   The way he got immunity to Hepatitis B was
9  that at some point he had an active infection, and
10  his body built up an immunity to it; right?
11      MS. FORGIE:  Objection.
12      THE WITNESS:  Yes, that's correct.
13      Q   BY MR. OUWELEEN:  He was not immune
14  because, for example, he had a vaccine; right?
15      A   That's correct.
16      Q   At some point in his life, he was actively
17  infected with Hepatitis B?
18      MS. FORGIE:  Objection.
19      THE WITNESS:  Well, yes, he was infected.
20  Actively -- I don't know how you would interpret
21  that, actively.  Some people get exposed to the
22  virus, never get sick, and end up being immune to
23  it.  And so he never related any episode of
24  Hepatitis or any sickness related to the virus.  It
25  was -- it was something he was told when he had the

Page 107

1  testing at the time he had lymphoma that he had been
2  exposed.  In Ethiopia it was endemic, so he could
3  have had it since birth.
4      Q   BY MR. OUWELEEN:  It's not necessary -- in
5  order for Hepatitis B infection to cause lymphoma,
6  it's not necessary that the person have symptoms of
7  Hepatitis B infection, is it?
8      A   The people who are at risk for
9  Non-Hodgkin's Lymphoma are people who have active --
10  chronic active Hepatitis associated with the virus
11  at -- and usually the Hepatitis is -- they have the
12  Hepatitis surface antigen demonstrated in their
13  blood.  And that's a sign of active infection.  So
14  he never had that, as far as we know.  Maybe back
15  years ago he had it, but we don't know when he had
16  it.
17      Q   So my question was a little different.  So
18  if someone has a chronic infection for Hepatitis B,
19  that's the infection that you say can cause
20  lymphoma; right?
21      A   It increases risk for lymphoma, yes.
22      Q   And it's a causative risk factor; right?
23      A   It is.
24      Q   Okay.
25      A   But people who have immunity are not at an

Page 108

1  increased risk.  So once you have immunity, you're
2  protected from the virus, and you're also -- you
3  also don't have a decreased risk of Non-Hodgkin's
4  Lymphoma.  So there was a time sometime in the past
5  or distant past when he did become infected by the
6  virus.  But at the time his lymphoma was diagnosed,
7  he was shown to be immune to the virus.
8      Q   When folks have a chronic infection of
9  Hepatitis B, that can be true even if they do not
10  have symptoms; right?
11      A   Yes.
12      Q   And so somebody could be having chronic
13  infection of Hepatitis B and not know it; right?
14      A   Yes.
15      Q   And during that time, they would have that
16  Hepatitis B surface antigen present in their body
17  even though they did not know it; right?
18      A   Yes.
19      Q   And during that time, they would be at an
20  increased risk of lymphoma, Non-Hodgkin's Lymphoma,
21  even though they did not know that; right?
22      MS. FORGIE:  Objection.
23      THE WITNESS:  Right.
24      Q   BY MR. OUWELEEN:  And it's possible at
25  some point in Mr. Gebeyehou's past, he had a chronic

Page 109

1  infection like that.  And during that time, anyway,
2  his risk for Non-Hodgkin's Lymphoma was, therefore,
3  elevated.  Fair?
4      MS. FORGIE:  Objection.
5      THE WITNESS:  That may be true.  We don't
6  know that.
7      Q   BY MR. OUWELEEN:  And we don't know one
8  way or the other because no one was testing him for
9  that antigen back in the day; right?
10      A   Right.
11      Q   But the fact is at some point in the past,
12  we do know that he had, for some period of time, a
13  Hepatitis B infection and had that antigen present
14  in his body?
15      MS. FORGIE:  Objection.  Asked and
16  answered.
17      You can answer again.
18      THE WITNESS:  Yes, it's probably right.
19      Q   BY MR. OUWELEEN:  And we don't know -- and
20  you say that Hepatitis B is endemic.  It's very
21  common in Ethiopia where Mr. Gebeyehou grew up;
22  right?
23      A   It's much more common than here, yes.
24      Q   Does about eight percent of the population
25  sound right to you?

28 (Pages 106 to 109)

Dennis Weisenburger, M.D.

Page 110

1    A  I don't know.  I don't know.
2    Q  You did not review any medical records
3  from Mr. Gebeyehou's time in Ethiopia; right?
4    A  I did not.
5      (Exhibit 17 was marked.)
6    Q  BY MR. OUWELEEN:  Exhibit 17 is an article
7  or a report entitled "Comprehensive Immunization
8  Strategy to Eliminate Transmission of Hepatitis B
9  Virus Infection in the United States."  And it says
10  in the summary that it's a report from the Advisory
11  Committee on Immunization Practices.
12      Have you seen this before?
13    A  I have not.
14    Q  Are you familiar with the Advisory
15  Committee on Immunization Practices?
16    A  No.
17    Q  If you flip to the third page of Exhibit
18  17, there is a map there showing the geographic
19  distribution of chronic Hepatitis B virus infection
20  as of 2005.  And it's chronic Hepatitis B virus
21  infection that you were saying increases the risk of
22  Non-Hodgkin's Lymphoma; right?
23      MS. FORGIE:  Objection.
24      THE WITNESS:  Yes.
25    Q  BY MR. OUWELEEN:  And can you see from the

Page 111

1  map there that Ethiopia is shown as having a greater
2  than or equal to eight percent prevalence of folks
3  who have that Hepatitis B antigen that indicates an
4  active infection?
5    A  Yes.
6    Q  Does that look to you to be reliable
7  evidence or information about how prevalent active
8  chronic Hepatitis B infection is in folks in
9  Ethiopia?
10      MS. FORGIE:  Objection.
11      THE WITNESS:  Yes.
12    Q  BY MR. OUWELEEN:  After Mr. Gebeyehou's
13  diagnosis, his oncologist tested him for Hepatitis
14  B; right?
15    A  Yes.
16    Q  And he tested positive for the core and
17  surface antibodies, but negative for the surface
18  antigen; right?
19    A  Yes.
20    Q  And as I think we discussed a little bit,
21  that showed that he was immune due to a natural
22  infection in his past; right?
23    A  Yes.
24    Q  So he had at some point a past infection
25  that his body now had built up an immunity to?

Page 112

1    A  Yes.
2    Q  Now, even though he had built an immunity,
3  there is still some Hepatitis present in his body;
4  right?
5      MS. FORGIE:  Objection.
6      THE WITNESS:  It's likely there is, yes,
7  in a very latent stage or occult stage.
8    Q  BY MR. OUWELEEN:  And when you say in your
9  report there was no evidence of a history of
10  Hepatitis of Mr. Gebeyehou, what you mean is that
11  there's no evidence that he had symptomatic
12  Hepatitis or was treated for Hepatitis; right?
13    A  Right, he had no knowledge of it from
14  being sick from Hepatitis.
15    Q  You're not disputing that he was actually
16  infected with Hepatitis B?
17    A  Right.
18    Q  And some people remain chronically
19  infected with the Hepatitis B virus even if they
20  test negative for the Hepatitis B surface antigen;
21  right?
22      THE ARBITRATOR:  Objection.
23      THE WITNESS:  Yes.
24    Q  BY MR. OUWELEEN:  There are some folks in
25  whom the surface antigen is just undetectable, but

Page 113

1  it's there; right?
2    A  Right.  Usually a very low level latent
3  stage.  It's true of lots of viral infections.
4    Q  And so it's possible even if Mr. Gebeyehou
5  tested negative as he did for that surface antigen,
6  it's possible that he still had a chronic Hepatitis
7  B infection; right?
8    A  Well, he had -- it's possible he had a
9  latent infection or very low level infection,
10  yes.
11    Q  And that's one of the reasons why during
12  his treatment his doctors treated him with an
13  anti-Hepatitis B virus medicine; right?
14      MS. FORGIE:  Objection.
15      THE WITNESS:  Right.  Because if you give
16  chemotherapy, you lower the immunity of the patient.
17  And sometimes the viruses reactivate and can cause
18  illness, so that's why they did that.
19    Q  BY MR. OUWELEEN:  His doctors were taking
20  precautions because they were concerned that
21  otherwise his Hepatitis B infection would
22  reactivate?
23    A  Yeah, that was a possibility.
24    Q  Now, we have no way of knowing when it was
25  that Mr. Gebeyehou had a Hepatitis B infection;

Dennis Weisenburger, M.D.

Page 114

1  right?
2      A   We don't know.
3      Q   And we don't know how long Mr. Gebeyehou
4  had a Hepatitis B infection?
5      A   We don't know when and we don't know how
6  long and we don't know what kind of infection.
7      Q   And we don't know -- we also don't know
8  when Mr. Gebeyehou's diffuse large B cell lymphoma
9  began to develop, do we?
10     A   Well, we have some idea, but it depends on
11 how you define "began to develop."  You know,
12 clinically develop or preclinical development?
13     Q   Let's start with preclinical development,
14 because the cancer begins to develop in your body
15 sometimes long before you have symptoms; right?
16     A   That's true.
17     Q   And if something is causing you to develop
18 diffuse large B cell lymphoma, that thing could be
19 causing the cancer long before you ever have
20 symptoms that alert you to it; right?
21     A   Well, it could be -- it could be causing
22 some of the genetic abnormalities that eventually
23 would result in cancer, that's true.
24     Q   And when you say that Hepatitis B virus is
25 a causative risk factor for diffuse large B cell

Page 115

1  lymphoma, does it in some way cause genetic
2  abnormalities?
3      A   Yes.  I think that that's pretty well
4  accepted that infection by Hepatitis B could cause
5  genetic abnormalities, yes.
6      Q   And those genetic abnormalities, then, can
7  lead to the development of cancerous cells?
8      A   Yes.
9      Q   And we don't know when those genetic
10 abnormalities began to occur in Mr. Gebeyehou, do
11 we?
12     A   We don't.
13     Q   So we cannot rule out that Mr. Gebeyehou's
14 genetic abnormalities that led to his development of
15 diffuse large B cell lymphoma were occurring at the
16 same time that he had his Hepatitis B infection, can
17 we?
18     A   We can't.  But if you look at the
19 epidemiology studies that I referenced, the
20 increased risk for Non-Hodgkin's Lymphoma occurs
21 only in people who have chronic active infection.
22 People who have immunity do not have an increased
23 risk.
24         So we know he didn't have chronic active
25 Hepatitis at the time he was diagnosed.  We don't

Page 116

1  know if he ever had it.  But he would fall into the
2  category in the epidemiologic studies of an immune
3  person who has no increased risk of Non-Hodgkin's
4  Lymphoma.  He would not fall into the group that had
5  chronic active Hepatitis because that group was
6  defined as having surface antigen positive blood,
7  which he did not have.
8          So the people who are at risk for
9  Non-Hodgkin's Lymphoma due to Hepatitis B are people
10 who have active chronic Hepatitis, not people who
11 had it sometime in the far fast or even -- recent
12 past, I can't say, but not people -- generally,
13 people who are immune are not at an increased for
14 Non-Hodgkin's Lymphoma, and that's the group he fell
15 into.
16     Q   That's the group he felt into at the time
17 he was diagnosed; right?
18     A   Yes, yes.
19     Q   But in years prior to that, before he was
20 diagnosed, there was some point in time when he was
21 not immune to Hepatitis, but instead had an
22 infection; right?
23     A   Right.
24     Q   And at that time, it's possible that his
25 diffuse large B cell lymphoma was beginning to

Page 117

1  develop, isn't it?
2          MS. FORGIE:  Objection.
3          THE WITNESS:  It's a possibility.
4      Q   BY MR. OUWELEEN:  And is there any medical
5  way to eliminate Hepatitis B as a cause of a -- of
6  Mr. Gebeyehou's Non-Hodgkin's Lymphoma?  Is there
7  anything in pathology slides that can rule out that
8  Hepatitis B was involved?
9      A   No.
10     Q   Is there anything from his medical records
11 otherwise that indicates that Hepatitis B virus
12 could not have played any role in the development of
13 his Non-Hodgkin's Lymphoma?
14     A   No.
15     Q   You checked Mr. Gebeyehou's medical
16 records to see if he had any autoimmune diseases;
17 right?
18     A   Yes.
19     Q   And autoimmune diseases are another
20 causative risk factor for Non-Hodgkin's Lymphoma?
21         MS. FORGIE:  Objection.
22         THE WITNESS:  That's correct.
23     Q   BY MR. OUWELEEN:  And they are a causative
24 risk factor for diffuse large B cell lymphoma like
25 Mr. Gebeyehou had?

Dennis Weisenburger, M.D.

Page 118

1    MS. FORGIE:  Objection.
2    THE WITNESS:  Yes.
3    Q   BY MR. OUWELEEN:  Is that true of all
4  autoimmune diseases?
5    A   No.
6    Q   Which ones is it true of or which types of
7  autoimmune diseases?
8    A   Well, it's generally autoimmune diseases
9  that are severe and systemic.  So things like
10  rheumatoid arthritis, systemic lupus.  I don't know
11  any other ones, off the top of my head, but there's
12  a half a dozen or more at increased risk for diffuse
13  large B cell lymphoma.  So there are some -- some
14  that are risk factors and others that are not.
15    Q   Okay.  Did you see the reference in
16  Mr. Gebeyehou's medical records to autoimmune
17  Meniere's disease?
18    A   Yes.
19    Q   Is it your view that autoimmune Meniere's
20  disease is not -- that's an autoimmune disease, for
21  starters; right?
22    A   Well, some people think that a portion of
23  Meniere's disease has an autoimmune etiology, I
24  think.  It's not well-established and not proven,
25  but I think some people believe that.

Page 119

1    (Exhibit 18 was marked.)
2    Q   BY MR. OUWELEEN:  Exhibit 18 is an article
3  entitled "Meniere's Disease Might be an Autoimmune
4  Condition?"
5    A   You're paraphrasing me.
6    Q   By Greco and others.
7    Have you seen this article before, Exhibit
8  18?
9    A   No, I haven't seen this article.  I've
10  seen other ones, but not this one.
11    Q   Okay.  If you would flip to 733, in the
12  upper right corner.  Down at the bottom -- and just
13  in general, Meniere's disease is an inner ear
14  disease that can cause hearing loss and dizziness;
15  right?
16    A   Yes.
17    Q   And Mr. Gebeyehou suffered over time from
18  symptoms like that, especially hearing loss; right?
19    A   Yes.
20    Q   And his doctor did note a clinical
21  impression of what he called immune-mediated
22  fluctuating hearing loss calculator, Meniere's;
23  right?
24    A   Correct.
25    Q   And so in this article, Exhibit 18, it

Page 120

1  says, "Today there is vast evidence of autoimmune
2  mechanisms in some of the inner ear disease
3  entities, including Meniere's disease."
4    And then it goes on to say, "Approximately
5  one-third of Meniere's disease cases seem to be of
6  an autoimmune origin"; right?
7    A   Right.  That's what I said.  Some subset
8  are thought to be.
9    Q   Right.  So do you agree with that, that
10  approximately one-third of Meniere's disease cases
11  seem to be of an autoimmune origin?
12    A   I have not really reviewed the literature
13  carefully on this.  I would accept that if it --
14    Q   So you don't have any reason to dispute
15  that some portion, perhaps a third of Meniere's
16  disease is an autoimmune disease; right?
17    THE ARBITRATOR:  Objection.
18    THE WITNESS:  It's possible.
19    Q   BY MR. OUWELEEN:  You don't -- as we're
20  sitting here today, you don't have any evidence that
21  contradicts that; right?
22    A   No.  But I haven't reviewed any of the
23  literature, so I can't -- I comment one way or the
24  other.
25    Q   You don't have an opinion one way or the

Page 121

1  other about whether Meniere's disease is an
2  autoimmune disease?
3    A   I don't.
4    Q   Okay.  And have you studied whether
5  Meniere's disease could contribute to diffuse large
6  B cell lymphoma?
7    A   There's no evidence that Meniere's disease
8  is a risk factor for Non-Hodgkin's Lymphoma.
9    Q   Is there evidence that Meniere's disease
10  is not a risk factor for Non-Hodgkin's Lymphoma?
11    A   No.  But I don't think it's ever been
12  studied.  There are some large studies of all kinds
13  of autoimmune diseases as risk factors for
14  Non-Hodgkin's Lymphoma, but Meniere's disease never
15  appears on the list as far as I know.
16    Q   So you're not aware of any data or study
17  that puts Meniere's disease into that group of
18  autoimmune diseases that can cause lymphoma or the
19  group that you say do not cause lymphoma; right?
20    A   I don't think it's been studied.
21    Q   Okay.  And so without studying it and
22  without data, we cannot rule out that Meniere's
23  disease might contribute or cause Non-Hodgkin's
24  Lymphoma, can we?
25    MS. FORGIE:  Objection.

31  (Pages 118 to 121)

Dennis Weisenburger, M.D.

Page 122

1           THE WITNESS:  I would say it's very
2    unlikely because it's a very localized -- if it is
3    an autoimmune condition, it's a very localized one
4    to the inner ear.  And the autoimmune diseases that
5    are accepted risk factors for Non-Hodgkin's Lymphoma
6    are systemic autoimmune diseases that cause
7    significant inflammation and tissue damage and
8    require treatment with drugs that also might
9    increase the risk for Non-Hodgkin's Lymphoma.
10          So I would say it would be very unlikely
11   that if -- if Meniere's is an autoimmune disease
12   that it would increase risk for Non-Hodgkin's
13   Lymphoma, because it would be a local -- it's a very
14   localized autoimmune reaction in a very small corner
15   of the body.  So it would be highly unlikely that it
16   would be.  But we don't have any data to really
17   speak to it one way or the other.  There's no --
18   there's no data.  So I'm giving you my opinion based
19   on what I know.
20          Q   BY MR. OUWELEEN:  I understand.
21          So you think it's unlikely that Meniere --
22   autoimmune Meniere's disease contributes to or
23   causes lymphoma, but you don't have any data that
24   would permit us to rule it out; right?
25          MS. FORGIE:  Objection.

Page 123

1           THE WITNESS:  There's no data that exists.
2    So one would think that if it was an important cause
3    of Non-Hodgkin's Lymphoma, we would -- someone would
4    have studied it.  Someone would have had the idea to
5    study it.  And it's not been studied.
6           We don't know -- first of all, we don't
7    know whether Meniere's disease is an autoimmune
8    condition.  There's a question mark in the title.
9    And even if it is, we don't know whether he was in
10   the two-thirds that didn't have autoimmune or in the
11   one-third that did, so it's all hypothetical.
12          Q   BY MR. OUWELEEN:  Well, it's not all
13   hypothetical.  The way -- one way that we know when
14   somebody's disease is an autoimmune disease is that
15   it responds to steroid therapy; right?
16          MS. FORGIE:  Objection.
17          THE WITNESS:  That's a very -- I don't
18   know if I would accept that.  They use steroid
19   therapy for all kinds of things that aren't
20   autoimmune diseases.  So the fact that it responds
21   to steroids I don't think proves anything.
22          Q   BY MR. OUWELEEN:  You understand that
23   Mr. Gebeyehou's Meniere's disease was treated with
24   Prednisone, which is a steroid; right?
25          A   Yes.

Page 124

1           Q   And would there have been any reason to do
2    that if it were not an immune version of Meniere's
3    disease?
4           A   It's an empiric therapy.
5           Q   His doctor --
6           A   They would have given it to him whether he
7    had autoimmune Meniere's disease or not probably.
8           Q   His doctor was treating him with steroids
9    for Meniere's disease because he thought it could be
10   caused by -- it could be an autoimmune Meniere's
11   disease; right?
12          MS. FORGIE:  Objection.
13          THE WITNESS:  Yes.
14          Q   BY MR. OUWELEEN:  And you do not have any
15   data one way or the other about whether Meniere's
16   autoimmune disease contributes to Non-Hodgkin's
17   Lymphoma.  True?
18          MS. FORGIE:  Objection.  Asked and
19   answered.
20          THE WITNESS:  There's no data one way or
21   the other.
22          Q   BY MR. OUWELEEN:  And without any data,
23   can you rule something out?
24          MS. FORGIE:  Objection.  Asked and
25   answered.

Page 125

1           THE WITNESS:  Based on my medical
2    judgment, yes, I think I can.
3           Q   BY MR. OUWELEEN:  So you're ruling it out
4    in the absence of any data; is that correct?
5           MS. FORGIE:  Objection.
6           THE WITNESS:  The absence of any data does
7    tell you something about the importance of this as a
8    risk factor.  Okay?  Because we have lots of data on
9    other autoimmune diseases.  We have no data on this
10   disease.  So it's unlikely that -- it's unlikely
11   that it would cause Non-Hodgkin's lymphoma and
12   nobody would know about it and have studied it.
13   Okay.
14          Q   BY MR. OUWELEEN:  Is that true?  Isn't it
15   true that 70 percent of Non-Hodgkin's Lymphoma cases
16   are due to an unknown cause?
17          A   Yes.  Something like that.
18          Q   And so we have no data on the causes of 70
19   percent of Non-Hodgkin's Lymphoma; isn't that right?
20          A   It's true.
21          Q   And so the fact that we have no data on
22   them has no bearing one way or the other on whether
23   they're a cause of Non-Hodgkin's Lymphoma, does it?
24          MS. FORGIE:  Objection.
25          THE WITNESS:  I don't understand that

Dennis Weisenburger, M.D.

Page 126

1    question.
2        Q   BY MR. OUWELEEN:  70 percent of the causes
3    of Non-Hodgkin's Lymphoma are things that we have no
4    data on; right?
5        MS. FORGIE:  Objection.  Asked and
6    answered.
7        THE WITNESS:  That's an odd way to ask the
8    question.  So what I would say is in 70 percent of
9    the people with Non-Hodgkin's Lymphoma, we don't
10   know the cause.  Okay?
11       Q   BY MR. OUWELEEN:  Yeah.  And so there are
12   lots of causes out there for Non-Hodgkin's Lymphoma
13   for which we do not yet have any data, aren't there?
14       MS. FORGIE:  Objection.  Asked and
15   answered three times.
16       You can answer again.
17       THE WITNESS:  I don't know if there are
18   other causes out there.  There probably are some
19   other causes that we don't know.
20       Q   BY MR. OUWELEEN:  And the fact that we do
21   not have any data on them does not tell us that
22   those things are not causes of Non-Hodgkin's
23   Lymphoma, does it?
24       MS. FORGIE:  Objection.
25       THE WITNESS:  Again, we're talking about

Page 127

1    hypothetical things, which we can't know anything
2    about.  We don't know anything about.
3        Q   BY MR. OUWELEEN:  Doctors are out there
4    right now as we speak looking for data on many
5    things that have not yet been identified as a cause
6    of Non-Hodgkin's Lymphoma, aren't that?
7        A   Well, usually they have a hypothesis that
8    arises from a case or an ecologic study or some
9    other reason.  They aren't out there studying every
10   possible thing.  They usually have a hypothesis and
11   then they design a study to address their
12   hypothesis.
13       Nobody has designed a study to address
14   whether autoimmune -- whether -- first of all,
15   whether Meniere's is an autoimmune disease; and if
16   it is, whether it increases risk for Non-Hodgkin's
17   Lymphoma because nobody has seen any association, as
18   far as I can tell.  Otherwise, it would have been
19   studied, just like Rheumatoid Arthritis and Lupus
20   and a dozen other autoimmune diseases.
21       Q   You're not testifying, are you, that every
22   possible real cause of Non-Hodgkin's --
23   Non-Hodgkin's Lymphoma has already been identified
24   as a candidate, are you?
25       A   No.

Page 128

1        Q   There are things out there that are
2    causing folks to get Non-Hodgkin's Lymphoma that no
3    one has identified yet; right?
4        MS. FORGIE:  Objection.  Asked and
5    answered.
6        You can answer again.
7        THE WITNESS:  It's possible.
8        Q   BY MR. OUWELEEN:  And we don't have any
9    data on those causes as potential causes of
10   Non-Hodgkin's Lymphoma; right?
11       A   We couldn't have any data because we don't
12   know what they are.
13       Q   So we do not have any data?
14       A   Right.
15       Q   And the fact that we do not have any data
16   does not turn the cause of Non-Hodgkin's Lymphoma
17   into a noncause, does it?
18       MS. FORGIE:  Objection.
19       THE WITNESS:  No.  But to say something is
20   a cause, you have to have data.
21       (Indiscernible crosstalk.)
22       THE WITNESS:  And we don't have data.
23       Q   BY MR. OUWELEEN:  And to say something is
24   not a cause, you also have to have data, don't you?
25       MS. FORGIE:  Objection.  Asked and

Page 129

1    answered.
2        You can answer again.
3        THE WITNESS:  Right.  To say something is
4    not a cause, you should also have data, exactly.
5        Q   BY MR. OUWELEEN:  Thank you.  All right.
6    Do you -- when you were talking about how localized
7    Meniere's disease is, Mr. Gebeyehou's Meniere's
8    disease was in the same region of his body where his
9    cancer manifested itself, wasn't it?
10       A   (No response.)
11       Q   Left side of his head, his sinuses, so on?
12       MS. FORGIE:  Objection.
13       THE WITNESS:  In the general region.  I
14   don't think he had lymphoma in his ear, but --
15       Q   BY MR. OUWELEEN:  But he had it around his
16   brain and the left side of his head; right?
17       A   Right.
18       Q   Similar region to where he had this
19   autoimmune disease?
20       MS. FORGIE:  Objection.
21       Q   BY MR. OUWELEEN:  Right?
22       MS. FORGIE:  Asked and answered.
23       You can answer it again.
24       THE WITNESS:  I don't think he had
25   lymphoma in his inner ear.

33 (Pages 126 to 129)

Dennis Weisenburger, M.D.

Page 130

1    Q   BY MR. OUWELEEN:  Was his Meniere's
2   disease in roughly the same part of his body as his
3   cancer?
4        MS. FORGIE:  Objection.  Asked and
5   answered three times.  You're badgering the witness.
6   This isn't fair.
7        MR. OUWELEEN:  You can answer the
8   question.
9        THE WITNESS:  It was in the same head.
10   Q   BY MR. OUWELEEN:  On the left side of his
11   head; right?
12        MS. FORGIE:  Objection.  Asked and
13   answered.
14        THE WITNESS:  Yes --
15        MS. FORGIE:  You can answer again.
16        THE WITNESS:  -- he had it in the left
17   side of his head.
18   Q   BY MR. OUWELEEN:  And sinuses?
19        MS. FORGIE:  Objection.
20        THE WITNESS:  Yes.
21   Q   BY MR. OUWELEEN:  There's nothing in
22   Mr. Gebeyehou's medical records that permit you to
23   rule out an autoimmune disease as the cause for his
24   Non-Hodgkin's Lymphoma; right?
25        MS. FORGIE:  Objection.

Page 131

1        THE WITNESS:  I have no evidence that he
2   has an autoimmune disease.
3    Q   BY MR. OUWELEEN:  Okay.  But if he had an
4   autoimmune disease, there's nothing you can point to
5   in the records, for example, his pathology slides,
6   that could let you say -- that shows that the
7   autoimmune disease did not contribute to his
8   Non-Hodgkin's Lymphoma; right?
9        MS. FORGIE:  Objection.
10   Q   BY MR. OUWELEEN:  Is that correct?
11   A   That's correct.
12   Q   You would agree that having a family or a
13   father with a hematologic cancer like lymphoma is
14   associated with a two-fold risk of one of those
15   diseases; right?
16   A   Two-fold risk of Non-Hodgkin's Lymphoma?
17   Q   Uh-huh.
18   A   Yes.
19   Q   If Mr. Gebeyehou's father had
20   Non-Hodgkin's Lymphoma, that would put Mr. Gebeyehou
21   at a two times higher risk than the background
22   population for that disease; right?
23   A   If that was true.
24   Q   Right.  And Mr. Gebeyehou's father died of
25   cancer at age 55; right?

Page 132

1    A   I don't recall that.  When I asked him, he
2   didn't know what his father died of.
3    Q   You read his deposition testimony; right?
4    A   Yes.
5    Q   Reading from page 108, line 17 through 20
6   of Mr. Gebeyehou's deposition -- I think this is a
7   rough draft -- "Question:  Do you remember telling
8   your doctors that your father died at age 55 from
9   cancer?
10        Answer:  Right.  That's what I'm saying
11   right now, the way I told you."
12        Did you read that testimony?
13   A   I'm sure I did.
14   Q   You don't know whether Mr. Gebeyehou's
15   father had Non-Hodgkin's Lymphoma or some other kind
16   of hematologic cancer; right?
17   A   I don't.
18   Q   And if you did have that family history,
19   it would have increased his risk of Non-Hodgkin's
20   Lymphoma?
21   A   Yes.
22   Q   And without knowing what kind of cancer
23   Mr. Gebeyehou's father had, we cannot rule that out
24   as a source of increased risk, can we?
25        MS. FORGIE:  Objection.

Page 133

1        THE WITNESS:  Again, we don't know, so we
2   can't rule it in or out.
3    Q   BY MR. OUWELEEN:  Your opinion in this
4   case is that Mr. Gebeyehou's Roundup use
5   substantially contributed to or caused his cancer;
6   right?
7    A   Yes.
8    Q   Do you know that Mr. Gebeyehou's primary
9   care doctor never told him that Roundup caused or
10   contributed to his Non-Hodgkin's Lymphoma?
11   A   I don't know that.  I didn't read any of
12   the depositions of these doctors.
13   Q   So you're not aware that his oncologist
14   Dr. Pai (phonetic) also never told him that Roundup
15   caused his Non-Hodgkin's Lymphoma?
16   A   Well, the deposition I know he brought
17   that up to Dr. Pai, but Dr. Pai never responded to
18   his -- to his e-mails on that subject.
19   Q   Dr. Pai never told Mr. Gebeyehou that
20   Roundup caused his Non-Hodgkin's Lymphoma; right?
21        MS. FORGIE:  Objection.  Asked and
22   answered.
23        THE WITNESS:  As far as I know, I don't
24   really know.
25   Q   BY MR. OUWELEEN:  Did you tell

Dennis Weisenburger, M.D.

Page 134

1    Mr. Gebeyehou that you thought Roundup caused his
2    Non-Hodgkin's Lymphoma?
3        A   No.
4        Q   Do you think his doctors should have told
5    him that?
6            MS. FORGIE:  Objection.
7            THE WITNESS:  Well, if doctors knew the
8    whole story about Roundup, they might have.  I don't
9    know.
10       Q   BY MR. OUWELEEN:  Do you think they should
11   have told him that?
12           MS. FORGIE:  Objection.  Asked and
13   answered.
14           You can answer again.
15           THE WITNESS:  If the doctors knew what I
16   knew, they should have probably told him, yes.
17       Q   BY MR. OUWELEEN:  But you didn't tell him;
18   right?
19       A   No.  Because I'm -- I'm trying to be an
20   objective expert, so why would I do that?
21       Q   When you spoke to -- you note in your
22   report that Mr. Gebeyehou appeared to be in
23   remission when he was last seen by his oncologist on
24   June 22nd of this year, 2018; right?
25       A   Yes.

Page 135

1        Q   And he was still in remission when you
2    spoke to him on November 5th?
3        A   Yes.
4        Q   He's been in remission -- and remission
5    means that there's no sign of current or active
6    cancer; right?
7        A   Yes.
8        Q   And that's a good thing; right?
9        A   That's a good thing, yes.
10       Q   And Mr. Gebeyehou fortunately has
11   responded well to the treatment that he received;
12   right?
13       A   Yes.  Amazingly well.
14       Q   And he completed that treatment in June
15   2014; right?
16           It's on page 2 of your report.
17       A   Yeah, June of 2014, you're right.
18       Q   And so in -- if he's still in remission,
19   God willing, in June of 2019, in six months from
20   now, that will have been five years; right?
21       A   Correct.
22       Q   And is it your understanding that after
23   five years, there is less than a ten percent chance
24   that he would have a relapse of that disease?
25       A   I think that's correct.  It's slow.

Page 136

1        Q   And you agree that he received reasonable
2    and, in fact, very good treatment for his cancer?
3        A   Yes, he did.
4        Q   And are you offering any opinions in this
5    case about his prognosis going forward?
6        A   No.
7        Q   You talked, when we were talking about
8    those epidemiological studies on which you relied
9    about the fact that some of them -- most of them
10   focused on agricultural users of Roundup, those who
11   are farmers using it in the field, using it in their
12   jobs for extended periods; right?
13       A   Yes.
14           (Exhibit 19 was marked.)
15       Q   BY MR. OUWELEEN:  I'm going to mark as
16   Exhibit 19 a document that I think you saw
17   yesterday, but don't know if you saw before that.
18   And this was that U.S. News article, and it reported
19   a quotation from IARC.
20           And you've read the IARC monograph; right?
21       A   Yes.
22       Q   And the IARC monograph was one that
23   identified Roundup as a probable human carcinogen;
24   is that correct?
25       A   Yes.

Page 137

1        Q   And this article quotes a Kate Guyton of
2    IARC who says, "I don't think home use is the issue.
3    It's agricultural use that will have the biggest
4    impact" and that the cancer risks of the weed killer
5    were mostly from occupational exposure.
6            When you were forming your opinions about
7    Mr. Gebeyehou, did you at all take into account the
8    different circumstances in which home users versus
9    agricultural users are exposed to the product?
10           MS. FORGIE:  Objection.  Goes to general
11   causation.
12           You can answer.
13           THE WITNESS:  I consider those -- I
14   consider that as an issue, yes.
15       Q   BY MR. OUWELEEN:  Did you -- so do you
16   disagree with what Ms. Guyton from IARC is quoted as
17   saying in this article, that home use is not the
18   issue, but it's agricultural use that's the bigger
19   concern?
20           MS. FORGIE:  Objection.  Goes to general
21   causation.
22           You can answer.
23           THE WITNESS:  I do disagree because
24   farmers who use pesticides are much more savvy about
25   how to use pesticides and what precautions to take.

Dennis Weisenburger, M.D.

Page 138

1  Home users like Mr. Gebeyehou who often used them
2  very -- in very careless ways, and so actually could
3  have more exposure than farmers.
4       So -- and I think he's a good example. He
5  didn't wear any protective clothing. He didn't wash
6  or shower after he used the chemical. He wore the
7  same clothes all day. Sometimes he wore the clothes
8  the next day.
9       You know, farmers today, by and large,
10  understand how to handle pesticides, and my -- so
11  that I think that the exposure for home use in
12  patients like Mr. Gebeyehou are -- could be higher
13  than the farmers.
14     Q   BY MR. OUWELEEN: How much time do you
15  spend on a farm?
16       MS. FORGIE: Objection.
17       THE WITNESS: Well, I live in a farming
18  community, but not on a farm.
19     Q   BY MR. OUWELEEN: And you have not
20  undertaken any study or survey or anything else of
21  farmers to see how careful they are, what their
22  Roundup use are, have you?
23       MS. FORGIE: Objection.
24       THE WITNESS: Not recently, no. I've
25  talked to lots of farmers when I was in Nebraska,

Page 139

1  and I can tell you there were days the farmers were
2  not very savvy about how to use pesticides either.
3  So their exposures were much higher in the '50s and
4  '60s and '70s than they are today because they
5  understand now that pesticides have toxic side
6  effects.
7       And so they're -- they tend to be -- they
8  tend to take -- have to take courses. They tend to
9  be much more savvy about the effects of pesticides
10  than the average homeowner who just uses it in their
11  yard and garden.
12     Q   BY MR. OUWELEEN: Are you an expert in
13  farming practices?
14       MS. FORGIE: Objection.
15       THE WITNESS: Well, I -- I grew up and
16  lived in farming states for most of my life, so I
17  know lots of farmers and I've talked to farmers.
18  I've talked to extension agents. And so I -- you
19  know, I have a reasonably good idea of how farmers
20  have handled pesticides in the past.
21     Q   BY MR. OUWELEEN: Are you offering
22  opinions in this case about the practices of farmers
23  in handling pesticides?
24       MS. FORGIE: Objection.
25       THE WITNESS: No. I'm just responding to

Page 140

1  your question.
2       MR. OUWELEEN: Let's go off the record.
3       THE VIDEOGRAPHER: The time is now 12:12
4  p.m., and we are off the record.
5       (Recess taken.)
6       THE VIDEOGRAPHER: The time is now 12:18
7  p.m., and we are back on the record.
8       MR. OUWELEEN: Thank you.
9       Dr. Weisenburger, I don't have any other
10  questions at this time.
11       MS. FORGIE: Okay. We need about five
12  minutes, then. I didn't know you were finished, so
13  I just want to talk to him for five minutes and see
14  if we have any questions, and we'll come back on.
15       THE VIDEOGRAPHER: The time is 12:18 p.m.
16  and we are off the record.
17       (Recess taken.)
18       THE VIDEOGRAPHER: The time is now 12:26
19  p.m., and we are back on the record.
20
21       EXAMINATION
22  BY MS. FORGIE:
23     Q   I just have a few quick questions for you
24  Dr. Weisenburger. You were asked several questions
25  by Monsanto's lawyers about diffuse large B cell and

Page 141

1  the risk of development of Non-Hodgkin's Lymphoma.
2       Do you recall those questions?
3     A   Yes.
4     Q   And you were asked whether the three
5  studies you cited in your report, the McDuffie and
6  the NAPP and the Eriksson study, to what effect they
7  provided you with information about increased risk,
8  particularly with regards to the days of use for
9  Mr. Gebeyehou.
10       Do you recall those questions?
11     A   Yes.
12     Q   Do those three studies, McDuffie, the
13  NAPP, and Eriksson, do they discuss Non-Hodgkin's
14  Lymphoma?
15     A   Yes.
16     Q   And is large -- diffuse large B cell
17  lymphoma a subtype of NHL?
18     A   Yes.
19     Q   And so in that sense, do those three
20  studies -- are they relevant to Mr. Gebeyehou?
21     A   Yes, especially the NAPP study, which has
22  data specific for diffuse large B cell lymphoma.
23     Q   Okay. Doctor, did you perform a
24  differential diagnosis with regard to etiology for
25  Mr. Gebeyehou?

36 (Pages 138 to 141)

Dennis Weisenburger, M.D.

| Page 142 | Page 144 |
|---|---|

**Page 142**

1    A   Yes, I did.

2    Q   Is that reflected in your expert report?

3    A   Yes, it is.  At the end of the -- where is

4   it?  So, yeah, it's in the -- where is it?

5    Q   Maybe the bottom of the second page.

6    A   Yeah, here where I say "Mr. Gebeyehou had"

7   -- I'll start over.  So the bottom of the page 2

8   where it says "Mr. Gebeyehou had no significant

9   exposures to other pesticides or chemicals.  And a

10   careful of his medical records and a personal

11   interview by myself on November 5th, 2018, revealed

12   no other cause of NHL."

13    Q   And, Doctor, you were asked several

14   questions about Mr. Gebeyehou's risk factors for

15   Non-Hodgkin's Lymphoma, including being male, his

16   age, Hep B, and Meniere's disease.

17       Do you recall those questions?

18    A   Yes.

19    Q   And I understand that you don't believe

20   those contributed to or caused Mr. Gebeyehou's

21   Non-Hodgkin's Lymphoma.  But even if you assume that

22   these risk factors did in some way contribute to his

23   Non-Hodgkin's Lymphoma, does that in any way affect

24   your opinion that Roundup was a substantial factor

25   contributing to the development of Non-Hodgkin's

**Page 144**

2   PAGE   LINE   CORRECTION/REASON

3   _____ _____   _____

4   _____ _____   _____

5   _____ _____   _____

6   _____ _____   _____

7   _____ _____   _____

8   _____ _____   _____

9   _____ _____   _____

10   _____ _____   _____

11   _____ _____   _____

12   _____ _____   _____

13   _____ _____   _____

14   _____ _____   _____

15   _____ _____   _____

16   _____ _____   _____

17   _____ _____   _____

18   _____ _____   _____

19   _____ _____   _____

20   _____ _____   _____

21   _____ _____   _____

22   _____ _____   _____

23   _____ _____   _____

24   _____ _____   _____

**Page 143**

1   Lymphoma in Mr. Gebeyehou?

2    A   No.

3    MR. OUWELEEN:  Object to form.

4    MS. FORGIE:  That's all I have.

5    MR. OUWELEEN:  No further questions.

6    THE WITNESS:  Thank you.

7    THE VIDEOGRAPHER:  The time is now 12:29

8   p.m. and we are off the record.

9    MS. FORGIE:  Send our copy to the Denver

10   office.  And then, secondly, the bill for the

11   transcript should go to Tesfaya.

12    THE COURT REPORTER:  Do you want a rough?

13    MS. FORGIE:  Sure.

14    MR. OUWELEEN:  We'd like a rough, too.

15    (Proceedings adjourned at 12:32 p.m.)

**Page 145**

1       DECLARATION UNDER PENALTY OF PERJURY

4    I do hereby certify under penalty of perjury

5   that I have reviewed the foregoing transcript of my

6   deposition; that I have made such corrections as

7   appear noted herein in ink; that my testimony

8   contained herein, as corrected, is true and correct.

10    DATED _____

11   in _____, California.

16    _____

17       Dennis Weisenburger, M.D.

Dennis Weisenburger, M.D.

Page 146

```
 1
 2                CERTIFICATE
 3
 4
 5        I HEREBY CERTIFY that the
      witness was duly sworn by me and that the
 6    deposition is a true record of the
      testimony given by the witness.
 7
          It was requested before
 8    completion of the deposition that the
      witness, DENNIS WEISENBURGER, M.D., have
 9    the opportunity to read and sign the
      deposition transcript.
10
11
                   _____
12    Serena Wong, CSR No. 10250
      Certified Reporter
13    Notary Public
      Dated:  December 28, 2018
14
15
16
          (The foregoing certification
17    of this transcript does not apply to any
18    reproduction of the same by any means,
19    unless under the direct control and/or
20    supervision of the certifying reporter.)
21
22
23
24
25
```

Dennis Weisenburger, M.D.

**A**

**a.m** 1:15 2:17 7:1,7 19:21,25 58:14 95:21,25
**ability** 9:4 11:6
**able** 9:21
**abnormalities** 114:22 115:2,5 115:6,10,14
**absence** 125:4,6
**absorbed** 52:10 54:7,11,23 57:12
**absorption** 52:5 52:18,21 53:2 53:7,17,25 54:6
**accept** 66:2 120:13 123:18
**acceptable** 55:7 55:12 56:3 58:3
**accepted** 115:4 122:5
**account** 28:16 33:18 78:24 137:7
**accrued** 57:19
**accumulate** 88:24
**accurate** 9:4,22
**Acquavella** 56:19
**active** 89:23 106:2,4,9 107:9,10,13 111:4,7 115:21 115:24 116:5 116:10 135:5
**actively** 106:16 106:20,21
**actual** 45:16 53:25 62:11 79:24 80:1
**add** 9:24 15:13 76:25

**added** 75:14
**addendum** 5:8 16:5 17:15 21:23
**addendums** 17:1
**additional** 13:14 23:15 49:8
**address** 127:11 127:13
**adjourned** 143:15
**adjustment** 60:8
**advise** 38:3,9
**Advisory** 110:10 110:14
**affect** 35:6 142:23
**affirm** 8:2
**age** 88:11,22,23 89:1,16 91:10 96:2 101:10,14 104:12,18,19 105:1 131:25 132:8 142:16
**agencies** 55:6,11 56:2
**agency** 56:12
**agents** 139:18
**ago** 31:7 107:15
**agree** 49:13,17 49:18 61:21 62:11 74:4 81:15 105:3 120:9 131:12 136:1
**agreeing** 68:9
**agricultural** 61:4,7 66:15 66:20 136:10 137:3,9,18
**al** 1:8 2:8
**alert** 114:20
**allow** 53:12 91:1
**allowed** 65:16
**Amazingly** 135:13

**amended** 18:1,9 18:10 19:3
**American** 5:22 59:9,12,17
**amount** 28:17 46:4,12 47:1 48:18,19 49:22 50:1,6 51:3,13 60:17
**amounts** 55:3
**Analysis** 5:25
**and/or** 146:19
**Andrus** 3:3 7:17
**animal** 30:1,16
**answer** 4:10 23:1 37:16,22 37:23 40:2,3 41:9 48:21 55:17,18,23 56:6 60:20 68:2,6 71:16 84:20 85:3 102:9 109:17 126:16 128:6 129:2,23 130:7 130:15 132:10 134:14 137:12 137:22
**answered** 34:25 35:14 37:21 39:4 40:2 41:8 54:4 55:15 56:5 60:24 68:5 84:19 85:2 96:10 105:7 109:16 124:19,25 126:6,15 128:5 129:1,22 130:5 130:13 133:22 134:13
**anti-Hepatitis** 113:13
**antibodies** 111:17
**antigen** 107:12 108:16 109:9

109:13 111:3 111:18 112:20 112:25 113:5 116:6
**anybody** 38:2 93:22
**anybody's** 39:24 40:15
**anyone's** 57:16
**anyway** 109:1
**apologize** 20:10
**appear** 145:7
**APPEARAN...** 3:1
**appeared** 134:22
**appearing** 3:8 3:18
**appears** 12:2,7 121:15
**application** 35:6 50:8,12
**applicator** 61:1
**applied** 36:15
**apply** 62:20 146:17
**applying** 35:4
**appropriate** 55:23
**approximately** 120:4,10
**ARBITRATOR** 112:22 120:17
**area** 89:23
**arises** 127:8
**arm** 65:6,10,10
**ARNOLD** 3:17
**arthritis** 118:10 127:19
**article** 6:8,10 29:25 30:2,3 30:21 110:6 119:2,7,9,25 136:18 137:1 137:17
**articles** 10:20 17:13 22:20

**aside** 21:19
**asked** 20:14 34:24 35:13 37:20 39:3 40:1 41:7 54:3 55:14 56:4 60:23 61:19 63:9,14 68:4 84:18 85:1 87:12,24 88:2 88:4 95:2 96:9 105:6 109:15 124:18,24 126:5,14 128:4 128:25 129:22 130:4,12 132:1 133:21 134:12 140:24 141:4 142:13
**asking** 24:22 55:20
**aspect** 72:7
**asserting** 27:4
**assessed** 57:16
**assessment** 38:12 39:24
**associated** 63:23 64:2 67:22 68:15 88:7 104:19 105:1 107:10 131:14
**association** 127:17
**assume** 54:5,11 69:10,13 77:13 102:6 142:21
**assumption** 28:4 53:6,25 54:14 54:18 69:18
**assumptions** 53:2
**atomic** 87:21
**attached** 26:3
**attempt** 51:20
**autoimmune** 6:9 87:15 117:16 117:19 118:4,7

118:8,16,19,20
118:23 119:3
120:1,6,11,16
121:2,13,18
122:3,4,6,11
122:14,22
123:7,10,14,20
124:7,10,16
125:9 127:14
127:15,20
129:19 130:23
131:2,4,7
**available** 103:17
**average** 139:10
**aware** 9:20
56:15 57:15
121:16 133:13
**axis** 33:19

**B**

**B** 6:6 14:5 64:3
64:8 67:21
68:14,21 69:1
70:12 72:19,24
73:24 81:20,24
83:2 84:1
85:12 94:19
98:23 99:7
100:19 102:1
103:10 104:6
104:12,18
105:4,9,17,18
105:24,25
106:5,7,8,17
107:5,7,18
108:9,13,16
109:13,20
110:8,19,20
111:3,8,14
112:16,19,20
113:7,13,21,25
114:4,8,18,24
114:25 115:4
115:15,16
116:9,25 117:5
117:8,11,24
118:13 121:6

140:25 141:16
141:22 142:16
**back** 15:3,4
18:12 19:25
21:17,20 57:3
58:14 69:23
74:17 78:1
79:17 95:25
103:7 107:14
109:9 140:7,14
140:19
**background**
50:24 131:21
**backyard** 61:15
**bacteria** 90:11
**badgering** 130:5
**ballpark** 28:7
36:22
**BARTLIT** 3:13
**based** 28:1
41:22 48:15
53:9,10 55:8
72:5,11 122:18
125:1
**bases** 10:16 11:2
20:22
**bearing** 125:22
**BECK** 3:13
**began** 114:9,11
115:10
**beginning** 12:17
116:25
**begins** 114:14
**behalf** 7:21
**beings** 34:8
**belief** 61:16
**believe** 53:20
60:7,10,16
69:9 78:3 81:7
82:15 93:15
94:13 118:25
142:19
**benzene** 28:10
**best** 9:4 11:5
**better** 18:24
29:18,23 31:22
**beyond** 94:18,23

**big** 62:8
**bigger** 137:18
**biggest** 137:3
**bill** 12:8,12 14:9
26:11 143:10
**billed** 5:5,6
13:17
**billing** 26:13
**Biopsy** 6:3
**birth** 107:3
**bit** 18:20 21:1
21:18 111:20
**blood** 107:13
116:6
**bodies** 56:25
57:12
**body** 49:19,22
52:2,10,10
54:12,20,23
56:10 84:15
106:10 108:16
109:14 111:25
112:3 114:14
122:15 129:8
130:2
**bomb** 87:21
**bottle** 62:13
**bottom** 119:12
142:5,7
**brain** 129:16
**break** 14:25
19:14 44:21
58:7 95:19
**bring** 26:6
**bringing** 26:17
**brought** 44:6
133:16
**built** 106:10
111:25 112:2
**butadiene** 31:2
31:5

**C**

**cab** 63:2
**cabs** 62:20
**calculate** 29:11
31:11 32:5

40:19 41:11
43:20 45:10
51:3 56:23
57:4 102:21,22
**calculated** 21:10
38:25 40:8,15
41:1,15 44:19
45:9,12,19,25
49:4 59:24
**calculating** 36:2
37:3 77:12
78:8
**calculation** 21:4
36:19 42:23
43:5,23 49:6
**calculations**
21:17 41:25
42:10,17,20
43:13,14 44:7
49:8 51:5,9
**calculator**
119:22
**calendar** 60:5
64:16,19 69:19
**California** 1:2
1:16 2:2,16,19
3:5,10 7:2,11
145:11
**call** 23:1 52:5
86:22
**called** 8:13
30:21 86:24
88:6 97:11
119:21
**Canadian** 65:6
65:10 66:14
**cancer** 49:20
64:9 65:14
83:19 86:14,17
88:25 89:3
97:20,21 99:3
100:11 101:20
105:3 114:14
114:19,23
129:9 130:3
131:13,25
132:9,16,22

133:5 135:6
136:2 137:4
**cancerous** 115:7
**candidate**
127:24
**carcinogen** 6:11
136:23
**carcinogenic**
28:11 33:20
**care** 133:9
**careful** 138:21
142:10
**carefully** 48:3
120:13
**careless** 138:2
**case** 1:6,8 2:6,8
5:10 7:9 8:9,10
9:13,15 10:4
10:13 11:3,19
12:16,18,25
13:14 14:6,9
15:10,15 16:7
16:17 17:6,6
23:23 24:1,3,7
24:12,17 25:8
25:14,23 27:10
27:12 41:4
46:11 53:4
54:2 61:17
82:16 92:6
127:8 133:4
136:5 139:22
**case-controlled**
69:10
**cases** 9:1,7
35:15 37:25
40:5 61:17
99:8 102:21
120:5,10
125:15
**category** 48:6
74:8 116:2
**causation** 5:12
9:13,14,25
18:2 20:4
71:15 90:25
91:2 98:19

99:13 100:15
100:21 101:2,8
137:11,21
**causative** 86:22
86:24 87:5,14
91:11 92:10
93:5,5,14
105:14,17
107:22 114:25
117:20,23
**cause** 86:8 87:1
87:6,18 97:1
101:24 104:25
105:25 106:3
107:5,19
113:17 115:1,4
117:5 119:14
121:18,19,23
122:6 123:2
125:11,16,23
126:10 127:5
127:22 128:16
128:20,24
129:4 130:23
142:12
**caused** 27:17
79:10 81:24
82:8,8 84:3,11
85:8,16,24
86:7,13,17
90:11 91:25
104:25 124:10
133:5,9,15,20
134:1 142:20
**causes** 83:18
86:18 91:23
101:25 104:19
122:23 125:18
126:2,12,18,19
126:22 128:9,9
**causing** 88:9,18
89:8,12,21
90:6,22 104:13
114:17,19,21
128:2
**CCRR** 1:25 2:18
**cell** 53:13,15

64:3,8 67:21
68:15,21 69:1
70:12 72:19,24
73:24 81:21,24
83:2 84:1
85:12 94:19
98:23 99:7
100:19 102:1
103:10 104:6
104:12,18
105:4,18,25
114:8,18,25
115:15 116:25
117:24 118:13
121:6 140:25
141:16,22
**cells** 80:23 115:7
**certain** 66:25
67:14 95:8
**certainly** 15:5
28:9 48:5 61:2
63:8
**CERTIFICA...**
146:2
**certification**
146:16
**Certified** 2:18
146:12
**certify** 145:4
146:5
**certifying**
146:20
**chance** 19:2
71:7,9,18
135:23
**change** 14:9
18:8 46:3
**changed** 21:6,9
**changes** 21:14
**check** 13:5
**checked** 44:23
117:15
**chemical** 27:10
27:12,17,23
32:1 37:4,19
38:3,3,8,9 39:1
39:10,24 40:20

49:2 51:25
52:1,17 54:9
55:9 138:6
**chemicals** 28:10
28:12 37:25
38:17 40:6
51:13 53:10
63:17 142:9
**chemotherapy**
113:16
**Chicago** 3:15
**chromosomes**
85:23
**chronic** 107:10
107:18 108:8
108:12,25
110:19,20
111:8 113:6
115:21,24
116:5,10
**chronically**
112:18
**circumstances**
137:8
**cite** 29:25 56:18
59:13 70:1,11
**cited** 141:5
**Civil** 90:10,15
91:4,7
**Classification**
5:16 30:22
**clean** 18:23,25
**clear** 20:16 65:2
68:11
**clinical** 119:20
**clinically** 114:12
**clothes** 50:21
138:7,7
**clothing** 50:12
50:19 63:10,12
138:5
**column** 65:23
66:10
**combination**
23:8
**come** 10:10
21:17,20

140:14
**comes** 74:17
**comment** 83:17
120:23
**Committee**
110:11,15
**common** 48:16
100:23 109:21
109:23
**community**
138:18
**Company** 7:9
**Company's** 5:14
**compare** 49:9
101:13
**compared** 58:20
103:9 104:19
**compares** 58:2
**completed**
135:14
**completion**
146:8
**complex** 62:22
**Comprehensive**
6:5 110:7
**concentration**
31:10
**concern** 137:19
**concerned**
113:20
**concerning** 10:8
10:17 20:19,23
24:8 42:1
68:21
**conclude** 47:9
**conclusion**
48:15 50:24
**condition** 6:9
119:4 122:3
123:8
**confirm** 81:20
**confirmed** 20:11
**consider** 105:13
137:13,14
**consideration**
34:23 35:12
60:8

**considered** 17:5
22:3,15 23:12
23:22 56:19
**consistency**
71:20
**consistent** 9:16
27:10,12,22
**consulting** 77:24
**contained** 145:8
**continued** 50:20
**contradicts**
120:21
**contribute** 87:2
121:5,23 131:7
142:22
**contributed**
79:10 82:8,8
85:8,17 133:5
133:10 142:20
**contributes**
122:22 124:16
**contributing**
142:25
**control** 61:17
146:19
**controls** 102:21
**conversation**
93:24 94:8
**copies** 14:24
**copy** 14:15,17
14:17,18,23
15:4,18 16:11
18:16,19,21,23
18:25 20:4
30:18,20 80:13
143:9
**core** 111:16
**corner** 119:12
122:14
**correct** 9:10
10:13 13:6
17:25 25:20
27:6 31:2,3
32:23,24 36:11
36:13 39:10
40:17 41:17
42:8,9 46:1

48:25 49:21
55:1 62:1 64:6
65:21 67:18
68:3,16 69:2,3
71:9 72:7,15
73:1,25 75:25
81:6 82:1 84:5
89:9 90:19
92:14 96:20
98:20 99:17
101:12,17
102:4 104:22
106:12,15
117:22 119:24
125:4 131:10
131:11 135:21
135:25 136:24
145:8
**corrected** 18:14
21:8 145:8
**CORRECTI...**
144:2
**corrections**
145:6
**correctness**
94:18
**counsel** 7:13
27:4
**counsels** 7:14
**count** 60:18
**counted** 59:3,6
60:3,4,12,15
60:22 64:12,15
64:18 65:19
69:11,15
**counting** 57:17
69:18
**courses** 139:8
**court** 1:1 2:1
7:10,23,25
37:11,18 71:13
143:12
**Courthouse**
3:15
**criteria** 71:4
**criterion** 27:20
**Cross-Canada**

5:19
**crosstalk** 128:21
**crude** 30:10
**CSR** 1:25 2:17
146:12
**cumulative**
31:12
**current** 26:12
135:5
**currently** 92:10
93:5,14
**curriculum**
26:12
**curve** 34:1,3,3
**curves** 33:10,12
33:13,15,17
**cut** 46:13
**cutting** 46:5,12
**CV** 26:11

**D**

**daily** 55:7,12
56:3 58:3
**damage** 88:24
122:7
**data** 33:14 35:18
35:20,21 46:20
46:21 48:7,22
49:1,2,10
53:16 54:18
59:19,22 61:12
63:4,12 64:1
65:1 67:12,20
68:13,20 69:2
69:24 71:25
72:4,4,5,12,22
73:7,12,13,16
74:22 75:12
77:3 97:15,24
98:2,15,22
99:2 103:7
121:16,22
122:16,18,23
123:1 124:15
124:20,22
125:4,6,8,9,18
125:21 126:4

126:13,21
127:4 128:9,11
128:13,15,20
128:22,24
129:4 141:22
**date** 7:6 17:24
22:7
**dated** 11:10 16:4
17:17,18,19
20:5 22:11
145:10 146:13
**Daubert** 8:25
9:18
**day** 40:12,16
50:21 56:10,24
57:11 59:3,6
60:2,3,3,4,9,12
60:12,15,15,19
60:22 64:12,15
64:15,16 89:20
91:9,22 109:9
138:7,8
**days** 29:13,14
36:10 41:12
47:20,20,23,24
48:8,8 56:13
57:17 58:20,21
58:25 59:24
60:5 63:22
64:19,20 66:25
67:6,14,22
68:15,20 69:11
69:15,19,19
70:7,13 72:1
72:10,15 73:8
73:8,9,21 74:8
75:13,14,19,23
75:24 76:2,5,7
76:12,15,20,23
76:24 77:1,7
77:10,12 78:7
78:8,11 139:1
141:8
**days'** 64:2
**dealt** 61:6
**December** 1:15
2:16 7:1,6

12:25 13:3,7
146:13
**DECLARATI...**
145:1
**decreased** 108:3
**Defendants** 3:12
**define** 114:11
**defined** 116:6
**demonstrated**
106:6 107:12
**Dennis** 1:13
2:14 4:3 5:3,15
7:12 8:12 10:3
145:17 146:8
**Denver** 143:9
**depended** 60:25
**depends** 114:10
**depicting** 33:14
**deponent** 7:12
**deposed** 15:21
**deposited** 49:22
50:1,6 51:13
**deposition** 1:13
2:14 5:15 8:3
8:24 14:4
17:11 22:19
24:11,15,16,18
24:19,20,25
25:2,23 77:20
94:3 132:3,6
133:16 145:6
146:6,8,9
**depositions** 9:17
15:24 133:12
**derived** 42:7
**described** 63:5
**design** 64:23
65:3,4 69:10
127:11
**designed** 127:13
**designing** 65:14
**designs** 65:12
**detail** 27:25 95:5
95:7
**detailed** 5:21
98:2,16
**details** 61:8,10

**detect** 85:22
**determination**
36:20,21,23
**determine** 27:21
28:25 29:1,6,8
29:16,18 32:19
38:2,8 47:16
51:21,24 56:16
93:4
**determined** 39:9
43:1 46:24
47:22 55:3
58:15,16 70:2
**determining**
37:19
**develop** 34:15
114:9,11,12,14
114:17 117:1
**developed** 31:19
86:2
**developing**
38:16
**development**
114:12,13
115:7,14
117:12 141:1
142:25
**diagnosed** 104:5
108:6 115:25
116:17,20
**diagnosing** 81:5
**diagnosis** 81:16
81:20 94:19
111:13 141:24
**died** 131:24
132:2,8
**difference** 20:25
21:2 71:8
**differences** 21:1
**different** 15:23
18:5 29:11,15
33:9,14 34:2,7
35:3,6 39:18
42:20 44:17
45:9 50:7,7
52:19 72:6,7
86:8 107:17

137:8
**differential** 92:5
141:24
**diffuse** 64:3,8
67:21 68:14,21
69:1 70:12
72:19,24 73:23
81:20,24 83:1
83:25 85:12
94:19 98:23
99:7 100:18
102:1 103:10
104:6,12,18
105:4,18,25
114:8,18,25
115:15 116:25
117:24 118:12
121:5 140:25
141:16,22
**direct** 146:19
**disagree** 137:16
137:23
**disclose** 10:7,15
20:18,22 23:21
**disclosed** 10:12
**discover** 89:20
**discuss** 23:4
93:12 141:13
**discussed** 64:14
69:21 111:20
**discussion** 58:9
**disease** 6:8 86:3
87:16 90:7
100:13 104:14
118:17,20,20
118:23 119:3
119:13,14
120:2,3,5,10
120:16,16
121:1,2,5,7,9
121:14,17,23
122:11,22
123:7,14,14,23
124:3,7,9,11
124:16 125:10
127:15 129:7,8
129:19 130:2

130:23 131:2,4
131:7,22
135:24 142:16
**diseases** 117:16
117:19 118:4,7
118:8 121:13
121:18 122:4,6
123:20 125:9
127:20 131:15
**dispute** 120:14
**disputing**
112:15
**distant** 91:3
108:5
**distribution**
110:19
**District** 1:1,2
2:1,2 7:10,11
**divided** 44:3
73:9 75:16
76:2,21
**dizziness** 119:14
**doctor** 18:19
119:20 124:5,8
133:9 141:23
142:13
**doctors** 81:8,11
81:15 86:25
89:12,25 90:5
90:11,16,22
91:22 113:12
113:19 127:3
132:8 133:12
134:4,7,15
**document** 1:6
2:6 80:13,17
98:7 99:12
136:16
**documentation**
10:19
**documents**
10:23 26:6,7
26:10,15
**doing** 14:2 76:11
76:16 77:23
92:5 95:17
**dose** 28:16,19,23

29:2,8 30:6,7,9
30:10,12 31:12
31:13,18,20,25
32:5,16,23
33:19,25 34:11
34:17,22 35:6
35:11,22 36:7
36:10,14,18
38:17,18,24
39:1 40:4,9,15
46:18 48:13,19
50:22 51:25
57:4,19
**doses** 34:2,3,5
34:19 55:3,6
55:12 56:2,8
58:3 74:19,20
87:22
**double** 101:5
**doubt** 103:22
**dozen** 118:12
127:20
**Dr** 5:3,8,11,15
7:12 8:8,19
10:3 16:4,5,10
16:14,19,21
20:3,13 24:19
24:21 25:4,6
25:11 58:16
82:15 133:14
133:17,17,19
140:9,24
**draft** 24:19
132:7
**drawing** 33:17
**drew** 33:11
**Drive** 2:15 7:8
**Drs** 25:12
**drugs** 122:8
**du** 3:18 7:21,21
**due** 71:8,17
96:25 104:12
104:18,25
111:21 116:9
125:16
**duly** 8:14 146:5
**duration** 28:17

29:3 31:11
33:18,24 34:10
36:10 38:20
46:4,12
**dying** 90:21

———————
E
———————
**e-mail** 19:3,12
19:17
**e-mails** 133:18
**ear** 119:13 120:2
122:4 129:14
129:25
**earlier** 20:14
**early** 103:3,3
**ecologic** 127:8
**effect** 34:2 141:6
**effects** 62:18
139:6,9
**effort** 78:6
**eight** 16:20
60:14 62:14
65:18 109:24
111:2
**either** 47:21
48:4 139:2
**elevated** 109:3
**eliminate** 6:6
86:18 110:8
117:5
**empiric** 124:4
**ended** 49:15
**endemic** 107:2
109:20
**English** 92:7
**entities** 120:3
**entitled** 110:7
119:3
**epidemiologic**
47:19 116:2
**epidemiological**
5:17 30:23
57:20 58:21
136:8
**epidemiologist**
34:15
**epidemiologists**

29:16 57:19
**epidemiology**
33:4 48:16
97:11 115:19
**episode** 106:23
**Epstein-Barr**
84:4
**equal** 111:2
**equally** 72:14
73:17
**equals** 42:4
**equate** 58:24
**equation** 41:2,4
**equations** 40:19
40:23
**Eriksson** 66:25
67:9,20 68:13
68:19 69:4,4
69:12 79:5
141:6,13
**error** 71:3
**errors** 18:3
**especially** 28:12
119:18 141:21
**ESQ** 3:4,8,13,14
3:18
**establish** 56:2
**established**
40:18 55:6,11
**estimate** 34:16
35:22 41:22
44:17 45:17,24
50:14 51:3
57:19 70:12
**estimated** 36:9
41:15 55:2
78:14
**estimates** 38:17
**estimating**
51:12
**et** 1:8 2:8
**Ethiopia** 77:17
77:23 78:1,4,8
78:12 107:2
109:21 110:3
111:1,9
**etiology** 27:10

27:13,23 92:5
118:23 141:24
**evaluate** 28:20
**evaluating**
  28:15
**Evaluation** 5:21
**evaluations** 40:4
**eventually**
  114:22
**evidence** 84:4,24
  85:4,6 87:11
  106:3,4 111:7
  112:9,11 120:1
  120:20 121:7,9
  131:1
**exact** 86:3,3
**exactly** 90:13
  91:5 129:4
**exam** 94:15
**EXAMINATI...**
  4:5 8:17
  140:21
**examined** 8:14
**example** 28:23
  29:25 46:13
  56:18 83:12
  84:3 88:12
  89:21 106:14
  131:5 138:4
**Examples** 87:14
**excretion** 57:2
**Excuse** 13:10
**exhibit** 5:3,4,5,6
  5:7,8,10,11,12
  5:14,16,18,21
  5:23 6:3,4,5,8
  6:10 10:1,3,7
  11:8,9 12:1,2,7
  12:13,15 13:4
  13:11 14:13,19
  15:1,7,8,11,13
  15:14,22 16:2
  16:3,5,7,8,17
  16:18 17:3,4,7
  17:23 20:1,3
  20:15,17,17,21
  20:21 21:3,15

21:15,20,22,25
  22:9,13 23:11
  24:1,3,14,25
  25:10,21,22,24
  26:4 27:9
  30:17,19 33:9
  44:16 45:4
  59:8,10,11
  63:18,20 64:13
  67:3,5,5,19
  68:13 69:12,23
  70:6 73:6
  75:13 82:11,12
  83:12 97:18,19
  98:1,13 99:21
  110:5,6,17
  119:1,2,7,25
  136:14,16
**exhibits** 5:1,2
  6:1,2 12:3
  15:20,23,25
  16:14 21:21
  23:20,25 67:15
  79:6
**exists** 123:1
**expect** 28:10
  98:9
**expectation**
  103:7
**experience** 28:2
  29:19 38:16
  63:15
**expert** 5:3 9:25
  10:3 12:18
  17:5,16,18,20
  20:15 21:3
  23:7,16 24:13
  24:21 25:12
  27:8 36:1,5
  37:3,11,18
  59:14 70:11
  82:16 134:20
  139:12 142:2
**experts** 23:5,17
  37:3 51:2,11
  51:18
**explain** 76:21

**explained** 74:18
**exposed** 28:24
  29:9 30:12
  32:1,18 34:11
  36:23 38:17
  40:5 84:25
  85:13 87:25
  102:13,18
  106:5,21 107:2
  137:9
**exposure** 5:23
  28:17 29:3,17
  29:22 31:10,11
  31:22,23 32:12
  33:25 34:10
  35:2 36:2,10
  37:11,15,19
  38:12,21 39:1
  39:9,24 40:20
  41:1,6 42:1,11
  46:10,25 47:1
  47:5,10,17,23
  47:25 48:4
  50:25 51:2
  56:13,16,20
  57:7,15,16,21
  58:2 62:11,21
  63:1 64:2,20
  67:6,13,23
  68:16 69:12
  75:11,11 84:8
  86:4,6 105:5
  137:5 138:3,11
**exposures** 5:19
  28:2,11,13,15
  32:13 33:20
  37:4,24 38:3,3
  38:9,9 139:3
  142:9
**express** 76:17
  99:19
**expressed** 76:7
**extended** 136:12
**extension**
  139:18
**extensive** 47:5
**extent** 63:4

**extrapolate** 57:3
**extrapolating**
  36:6

**F**

**facilitate** 54:6
**fact** 36:14 50:18
  61:17 78:12
  94:24 96:17
  109:11 123:20
  125:21 126:20
  128:15 136:2,9
**factor** 5:24
  87:19 89:1
  96:2 105:10,14
  105:18 107:22
  114:25 117:20
  117:24 121:8
  121:10 125:8
  142:24
**factors** 86:21,25
  86:25 87:5,14
  88:6,7,11,13
  89:7 91:10
  92:10,14 93:5
  93:14 95:3
  118:14 121:13
  122:5 142:14
  142:22
**facts** 50:13,23
**fair** 9:14 22:13
  23:18,19,20
  25:19 29:3
  34:12,23 46:23
  47:25 50:25
  53:4 54:24
  86:18 89:13
  97:2 109:3
  130:6
**fairly** 102:23
  103:4
**fall** 74:8 116:1,4
**falls** 28:8
**familiar** 97:10
  110:14
**family** 56:20
  131:12 132:18

**far** 47:21 65:17
  81:3 86:1 91:2
  107:14 116:11
  121:15 127:18
  133:23
**farm** 56:19
  138:15,18
**farmer** 62:14
  63:2
**farmers** 35:2,7,8
  35:9 56:24
  61:7,13,18,20
  61:21 62:17,20
  63:4 136:11
  137:24 138:3,9
  138:13,21,25
  139:1,17,17,19
  139:22
**farming** 138:17
  139:13,16
**fast** 116:11
**father** 131:13,19
  131:24 132:2,8
  132:15,23
**fell** 116:14
**felt** 116:16
**field** 136:11
**figure** 43:22
  89:25 90:6
**find** 47:8 84:22
  91:23 92:22
**findings** 75:2
**fine** 14:21
**finish** 23:2 76:4
**finished** 12:17
  140:12
**first** 8:13 12:12
  42:22 45:19
  82:18 123:6
  127:14
**fit** 32:14
**five** 42:18 43:10
  43:17 44:8
  75:7,8 95:18
  103:11 135:20
  135:23 140:11
  140:13

Dennis Weisenburger, M.D.

**five-minute**
  19:14
**Fleming** 25:12
**flip** 70:4 110:17
  119:11
**Floor** 3:9
**fluctuating**
  119:22
**focus** 42:22
**focused** 136:10
**folks** 79:5 90:6
  91:23 96:13,17
  101:10,13,15
  101:20,25
  102:17 103:9,9
  103:11 108:8
  111:2,8 112:24
  128:2
**followed** 12:8
**follows** 8:15
**footnote** 100:1
**foregoing** 145:5
  146:16
**Forgie** 3:4 4:7
  7:17,17 8:7
  9:24 12:5 13:1
  13:10 14:21,24
  15:17 16:11,16
  16:22,25 17:8
  18:17,24 19:2
  19:6,11,17,20
  20:10 22:5,16
  22:25 27:6,18
  28:21 29:4
  30:13,18 31:16
  32:3,10,21
  34:13,24 35:13
  36:3,12,25
  37:13,20 38:4
  38:13,22 39:3
  39:11,16 40:1
  40:10 41:7
  44:21,23,25
  46:22 47:3
  48:1,11,23
  49:16 50:4,16
  51:6,15 52:11

52:23 53:5,18
54:3,25 55:14
55:17,22 56:4
57:22 58:8
60:23 61:23
62:5,15 63:7
64:5 66:8,11
67:17,24 68:4
68:17 70:21
71:10,12 72:8
74:5 75:17,21
76:4 79:12
82:23 83:13
84:18 85:1,19
86:9 88:21
89:10,14 90:3
90:24 91:17
92:2,15 94:4
96:9 97:16
98:5,8,18
99:11,15
100:14,20
101:1,7,16,22
102:3,8,14,19
103:1,13,18
104:1,21 105:6
105:20 106:11
106:18 108:22
109:4,15
110:23 111:10
112:5 113:14
117:2,21 118:1
121:25 122:25
123:16 124:12
124:18,24
125:5,24 126:5
126:14,24
128:4,18,25
129:12,20,22
130:4,12,15,19
130:25 131:9
132:25 133:21
134:6,12
137:10,20
138:16,23
139:14,24
140:11,22

143:4,9,13
**form** 143:3
**format** 79:23
**forming** 23:22
  25:13 53:3
  54:1 78:24
  137:6
**formulation**
  53:12
**formulations**
  79:4
**forth** 78:1
**fortunately**
  135:10
**forward** 136:5
**found** 29:20
  31:9 71:23
**four** 76:24,24
**fraction** 49:14
  52:9,13,13,15
**Franklin** 3:9
**frequency** 29:3
  29:21 33:25
  45:5 70:7
**frequently**
  74:13,14 75:1
  75:3,5
**Friday** 22:2,2
**front** 10:5 20:6
**fully** 10:7 20:18
**further** 143:5

---

**G**

**gallon** 42:19
  43:12 44:12,12
**gallons** 21:11
  39:22 41:16
  42:8,18,24
  43:9,11,18,19
  43:25 44:9,14
  45:13,23 47:6
  47:6,8 49:5,7
  49:10,11,14
**garden** 65:24
  139:11
**Gebeyehou** 1:7
  2:7 5:13 7:9,18

7:20 8:9 10:4,9
10:17 14:4
15:21 20:5,19
20:23 21:4
22:23 23:13
24:4,8 25:1,6
26:25 41:12
45:5,17 49:14
58:16 64:9
73:2,3 74:7
77:9 78:17
81:4 82:14
83:6 86:2
87:24 91:10
92:19 93:9
94:15 99:3
100:12 101:20
104:3,4,5
105:5,24
109:21 112:10
113:4,25 114:3
115:10 117:25
119:17 131:20
133:19 134:1
134:22 135:10
137:7 138:1,12
141:9,20,25
142:6,8 143:1
**Gebeyehou's**
  9:13,15 11:16
  12:16,24 13:14
  15:10 24:12,17
  24:18 25:3,8
  27:16,21 41:6
  42:11 50:15
  51:22 54:12,20
  54:23 58:1
  77:12 79:3,11
  79:16 81:15
  82:3 83:11
  84:13 85:17,22
  86:14,17 91:25
  92:8,9 104:24
  108:25 110:3
  111:12 114:8
  115:13 117:6
  117:15 118:16

123:23 129:7
130:22 131:19
131:24 132:6
132:14,23
133:4,8 142:14
142:20
**general** 9:12,14
  9:25 47:12
  48:13,15 62:17
  71:14,21 82:19
  82:21 83:15
  87:19 88:11
  89:2 90:25
  91:2 98:19
  99:13 100:14
  100:20 101:1,7
  119:13 129:13
  137:10,20
**generally** 32:25
  48:14 61:22,24
  61:25 97:14
  99:19 116:12
  118:8
**generic** 54:9
  55:9
**genes** 85:22
**genetic** 88:24
  114:22 115:1,5
  115:6,9,14
**geographic**
  110:18
**germ** 90:17 91:5
**getting** 90:21
  101:19
**give** 8:3 9:21
  32:12 34:3,5
  37:15 55:18
  59:10 74:19,20
  92:13,16
  113:15
**given** 8:24 9:7
  124:6 146:6
**gives** 75:24
  76:14
**giving** 63:19
  122:18
**glass** 79:25 80:1

Dennis Weisenburger, M.D.

**gleaned** 23:7
**gloves** 36:16
**glyphosate** 5:21
  28:6 36:24
  41:6 42:23
  46:12,25 48:21
  50:14 52:9,17
  52:20,22 53:3
  53:8,12,23
  54:1,6,7,9,11
  54:22 55:3,7
  55:13,20,24
  56:3,9,16 57:2
  58:2 60:6
  61:13 63:22
  65:18 67:23
  68:16,24 69:8
  70:8 72:1,18
  73:10,21 78:18
  79:10 84:8,11
  84:15 85:24
  96:16
**go** 19:15 20:25
  69:23 78:1,12
  98:8 140:2
  143:11
**God** 8:5 135:19
**goes** 27:24 71:10
  71:14 98:19
  100:14,20
  120:4 137:10
  137:20
**going** 12:5 19:10
  34:4 48:20
  70:3 77:22
  80:23 90:25
  91:2 98:18
  99:12 100:18
  136:5,15
**Golkow** 7:6
**good** 8:19,20
  135:8,9 136:2
  138:4 139:19
**Gordon** 17:10
  22:19
**great** 83:16
**greater** 47:19,20

48:14 67:6
70:13 73:21
77:5 104:15
111:1
**Greco** 119:6
**grew** 109:21
  139:15
**Grossbard**
  25:13
**group** 74:24
  104:10,15
  116:4,5,14,16
  121:17,19
**guess** 26:11
  43:22 46:17,19
  57:3 66:22
**guidelines** 40:22
**Guyton** 137:1
  137:16

----

**H**

**half** 45:18,21,22
  45:25 46:5,13
  46:13 98:6,22
  118:12
**hand** 8:1
**handle** 138:10
**handled** 139:20
**handling** 70:8
  139:23
**handwritten**
  26:19,20,24
**happen** 18:18
**happens** 87:10
**hard** 32:12
**Harrison** 3:4
**head** 52:24 87:8
  118:11 129:11
  129:16 130:9
  130:11,17
**heading** 73:8
**health** 5:20
  94:18
**hearing** 8:25
  9:18 119:14,18
  119:22
**held** 7:7

**Hello** 18:25
**help** 8:5 36:17
  94:6
**hematologic**
  131:13 132:16
**Hep** 142:16
**Hepatitis** 6:6
  14:5 17:13
  22:20 23:4,6
  105:9,17,24
  106:5,7,8,17
  106:24 107:5,7
  107:10,11,12
  107:18 108:9
  108:13,16
  109:13,20
  110:8,19,20
  111:3,8,13
  112:3,10,12,12
  112:14,16,19
  112:20 113:6
  113:21,25
  114:4,24 115:4
  115:16,25
  116:5,9,10,21
  117:5,8,11
**herbicide** 21:5
**high** 31:18 34:3
  75:6
**high-dose** 87:20
  87:21
**high-risk** 48:6
**higher** 48:13
  53:7 63:11
  72:18 74:14,19
  74:20,25 75:3
  75:8 90:2
  101:19 103:12
  104:11,17
  131:21 138:12
  139:3
**highly** 122:15
**hired** 12:23 38:1
**Histopatholog...**
  5:25
**history** 112:9
  132:18

**hobby** 65:25
  66:21
**Hold** 22:25
**home** 61:5,8,9
  61:22 62:4
  65:24 66:15,21
  69:8 137:2,8
  137:17 138:1
  138:11
**homeowner**
  139:10
**horticulturists**
  35:9
**hour** 13:25
  60:12 65:20
  93:17
**hours** 5:5,6
  12:15,20 13:14
  13:17,19 14:2
  14:8 60:15
  62:14 65:19
**house** 95:11
**Hubbard** 3:14
**human** 34:8
  53:15 136:23
**humans** 33:5
  34:15
**Huntington**
  2:15 7:8
**hypothesis**
  87:11 88:25
  127:7,10,12
**hypothetical**
  123:11,13
  127:1

----

**I**

**IARC** 136:19,20
  136:22 137:2
  137:16
**idea** 29:8 54:22
  66:18 102:11
  114:10 123:4
  139:19
**idealized** 33:11
**ideas** 33:14
**identified** 22:14

88:9 127:5,23
  128:3 136:23
**identify** 7:14
  83:19
**IGNACIO** 3:14
**Illinois** 3:15
**illness** 113:18
**image** 83:15
**images** 82:21
  83:1,4,5
**imagine** 76:19
**immune** 106:13
  106:22 108:7
  111:21 116:2
  116:13,21
  124:2
**immune-medi...**
  119:21
**immunity** 106:6
  106:8,10
  107:25 108:1
  111:25 112:2
  113:16 115:22
**Immunization**
  6:5 110:7,11
  110:15
**immunodefici...**
  87:16
**impact** 137:4
**importance**
  125:7
**important** 10:23
  19:13 28:15
  30:11 31:25
  33:24 34:9,23
  35:11 51:25
  70:20,22,25
  71:1 123:2
**impression**
  119:21
**inadvertently**
  20:12
**incidence** 31:2
  31:13 90:8
**incidents** 99:19
**include** 22:19
  66:15

**included** 17:14
17:15 65:25
**including** 5:24
12:22 91:13
120:3 142:15
**inconsistent**
27:22
**incorporated**
63:13
**increase** 48:14
49:20 50:22
72:24 122:9,12
**increased** 46:7
46:10 48:9
63:23 64:3
66:24 67:7,14
67:21 68:14,25
73:23 88:7
91:15,20 96:12
96:18,25 103:8
105:22 108:1
108:20 115:20
115:22 116:3
116:13 118:12
132:19,24
141:7
**increases** 89:16
89:17 107:21
110:21 127:16
**INDEX** 4:1 5:1
6:1
**indicate** 85:23
**indicates** 65:22
79:9 85:7
111:3 117:11
**indicating** 19:7
**Indiscernible**
128:21
**indistinguisha...**
85:11
**individuals**
36:15 38:17
40:5 63:11
**infected** 106:17
106:19 108:5
112:16,19
**infection** 6:7

90:17 105:10
105:17,24
106:2,4,9
107:5,7,13,18
107:19 108:8
108:13 109:1
109:13 110:9
110:19,21
111:4,8,22,24
113:7,9,9,21
113:25 114:4,6
115:4,16,21
116:22
**infections** 87:16
87:17 90:12,15
90:21 113:3
**inflammation**
122:7
**influence** 46:6
**information**
4:15 111:7
141:7
**ingredients**
78:16
**ink** 145:7
**inner** 119:13
120:2 122:4
129:25
**Institute** 65:14
97:21
**INSTRUCTI...**
4:10
**intake** 55:7,12
56:3 58:4
**intend** 10:12
**intensity** 29:17
29:22 30:5
31:22 74:10
75:10
**intensively**
61:22
**interpret** 74:21
100:10 106:20
**interruption**
44:20
**interview** 26:21
26:24,25 61:1

93:9 94:22
95:14 142:11
**interviewed**
92:19
**introduced** 8:21
103:4
**investigator**
59:16
**invoice** 13:12
**involved** 61:3
65:14 117:8
**involving** 9:1
**irrelevant** 91:7
**issue** 137:2,14
137:18
**issues** 23:4

───── **J** ─────

**jobs** 69:8 136:12
**judgment** 125:2
**Julie** 3:18 7:21
**julie.dupont@...**
3:20
**June** 134:24
135:14,17,19

───── **K** ─────

**Kate** 137:1
**Kathryn** 3:4
7:17 12:4 22:2
**kathryn.forgi...**
3:6
**KAYE** 3:17
**keep** 14:11,11
15:22 48:20
99:15
**killer** 6:10 137:4
**kilogram** 40:12
56:10,24 57:11
**kilograms** 40:16
**kind** 35:18,20
36:18 51:8
64:9 65:23
100:11 101:19
114:6 132:15
132:22
**kinds** 82:19

83:22,25 86:20
121:12 123:19
**knew** 31:10,11
90:13 134:7,15
134:16
**know** 10:21 18:1
18:11 19:9
20:11 28:8,19
28:20,22,23,25
29:2,8,10 30:7
30:11 31:25
32:5,15,15,22
33:24 34:10,15
34:22 35:11
36:5,17 37:14
37:15,23 43:24
44:2 46:15
47:18,24 48:12
52:1,14,21
53:19,20,21
54:13 57:1
58:1 60:20
62:16 64:19
65:17 69:11
71:3 76:7
77:25 78:16,19
78:20 79:2,8
80:20 81:3
83:7 85:20
86:1 87:12
88:20 89:2,12
89:18 90:11,23
91:6 95:1
102:9 106:20
107:14,15
108:13,17,21
109:6,7,12,19
110:1,1 114:2
114:3,5,5,6,7,7
114:11 115:9
115:24 116:1
118:10 121:15
122:19 123:6,7
123:9,13,18
125:12 126:10
126:17,19
127:1,2 128:12

132:2,14 133:1
133:8,11,16,23
133:24 134:9
136:17 138:9
139:17,19
140:12
**knowing** 32:18
113:24 132:22
**knowledge**
48:13,15,16
53:10 112:13
**known** 86:18
87:18 92:10
93:5,14 96:2,7
96:13 97:6,8

───── **L** ─────

**label** 80:18
**landed** 51:21
54:19
**lands** 51:4 52:1
52:9
**large** 64:3,8
67:21 68:14,21
69:1 70:12
72:19,24 73:24
81:20,24 83:2
83:25 85:12
94:19 98:23
99:7 100:19
102:1 103:10
104:6,12,18
105:4,18,25
114:8,18,25
115:15 116:25
117:24 118:13
121:5,12 138:9
140:25 141:16
141:16,22
**latency** 27:9,11
27:15,21,25
28:3,5,6,25
33:10,12,13,15
34:4,5
**latent** 112:7
113:2,9
**law** 3:7 37:18

**lawyer** 11:16
**lawyers** 18:13
  140:25
**lead** 88:25 115:7
**leads** 67:14
**learn** 94:22
**led** 115:14
**leeway** 91:1
**left** 65:23 129:11
  129:16 130:10
  130:16
**length** 31:23
  32:8,18 75:11
**lengthy** 46:25
**let's** 15:17 17:3
  17:12 19:4,15
  24:1 30:15
  42:22 69:23
  79:16 92:18
  95:19 114:13
  140:2
**letter** 5:4 11:10
  11:12 12:9
**level** 113:2,9
**levels** 35:5 36:6
  55:7,12 56:3
  58:4
**LIABILITY** 1:4
  2:4
**life** 106:16
  139:16
**lifetime** 29:14
  73:7,8 74:9
  75:12,14,20
  76:5,15 77:1,6
**likelihood** 71:2
**line** 66:5 132:5
  144:2
**linear** 48:17
**list** 5:7,9,10,11
  16:4,6,8,9,17
  16:20,21 17:10
  21:23 22:9,18
  22:18,24 23:3
  24:2,3 25:11
  25:17 52:25
  56:19 121:15

**listed** 10:20 16:7
  17:7
**listened** 10:22
**lists** 10:21,25
  24:1,25
**literature** 14:5,6
  120:12,23
**litigation** 1:4 2:4
  7:6 38:2,5,7,16
**little** 18:20
  21:18 34:7
  39:22 62:12
  66:3 107:17
  111:20
**live** 138:17
**lived** 139:16
**LLP** 3:13,17
**local** 122:13
**localized** 122:2
  122:3,14 129:6
**logic** 74:17
**long** 28:20 29:9
  29:10 32:1
  47:4 49:23
  50:2 74:21
  93:16 96:1
  103:3 114:3,6
  114:15,19
**longer** 31:20
  32:13 34:6
  62:1 88:24
**look** 13:4 17:22
  24:1 29:12,13
  29:14 30:16
  33:15 67:25
  69:14 71:18
  73:6 76:1 80:3
  82:18,21 83:4
  83:5,10,11
  84:21 99:20
  100:6 111:6
  115:18
**looked** 32:8 35:2
  35:3 48:2 64:7
  80:20 81:1,8
  81:11 84:16
  92:9 103:7

**looking** 22:8
  31:1 57:10
  72:6,7,9 75:13
  75:18,19 81:23
  82:2,6,20 83:1
  83:19,20 86:12
  86:16,18 92:5
  92:6,7,10
  127:4
**loss** 119:14,18
  119:22
**lot** 10:19 17:13
  36:23 39:21
  48:3 62:19,21
  91:1
**lots** 62:3 90:20
  90:20 113:3
  125:8 126:12
  138:25 139:17
**low** 34:5 102:23
  103:4 113:2,9
**low-dose** 28:12
  28:14
**lower** 46:18 50:1
  74:4,20 78:13
  90:8 102:24
  113:16
**lupus** 118:10
  127:19
**lymphoid** 98:2
  98:15
**lymphoma** 5:17
  5:18,22,24 6:4
  27:17 28:1
  30:23 31:2,13
  32:20 33:5,23
  34:9 46:8
  63:24 64:3,9
  66:24 67:8,15
  67:22 68:15,21
  69:1 70:13
  72:19,25 73:24
  79:11 81:21,25
  82:9 83:2,23
  84:1 85:8,12
  85:18,24 86:7
  86:21 87:2,7

87:15,19 88:8
88:10,19 89:8
89:22 90:2
91:16,20,24
92:1 94:19
96:3,12,18,25
98:3,16,23
99:7 100:19
101:5 102:1
103:10 104:6
104:12,18,24
105:4,11,14,19
106:1 107:1,5
107:9,20,21
108:4,6,20,20
109:2 110:22
114:8,18 115:1
115:15,20
116:4,9,14,25
117:6,13,20,24
118:13 121:6,8
121:10,14,18
121:19,24
122:5,9,13,23
123:3 124:17
125:11,15,19
125:23 126:3,9
126:12,23
127:6,17,23
128:2,10,16
129:14,25
130:24 131:8
131:13,16,20
132:15,20
133:10,15,20
134:2 141:1,14
141:17,22
142:15,21,23
143:1
**lymphomas**
  31:19 32:13

——— **M** ———
**M** 3:4
**M.D** 1:13 2:15
  4:3 8:12
  145:17 146:8

**machine** 80:16
**machines** 62:8
**magnitude**
  96:11
**main** 93:11
**majority** 66:20
**making** 101:25
**male** 89:17
  142:15
**man** 91:13
**manifested**
  129:9
**map** 110:18
  111:1
**mark** 3:13 7:15
  8:22 14:18
  123:8 136:15
**mark.ouwelee...**
  3:16
**marked** 5:2 6:2
  10:1,2 11:8
  12:1 15:7 16:2
  18:20 20:1,3
  25:21 30:19
  59:8 63:18,20
  67:3,4 82:11
  97:18 110:5
  119:1 136:14
**marker** 84:7,12
**market** 96:17
**marking** 15:20
  97:19
**massive** 87:22
**material** 17:4
**materials** 5:7,10
  10:24 16:4,8
  16:17,20 17:7
  22:3,9,14
  23:12,15,21
  24:2,4,8 56:18
  95:4,7
**matter** 7:8 8:7
  47:1,6
**McDuffie** 57:21
  63:20 64:12,19
  64:25 65:6,17
  65:22 66:13,14

66:18 79:5
141:5,12
**MDL** 1:4 2:4
**mean** 10:19
61:16 62:17,23
88:17,23 95:2
100:11 112:10
**meaning** 39:19
**means** 135:5
146:18
**measure** 35:17
64:20
**measured** 35:4
35:16 57:2
**measures** 63:5
**measuring**
29:23 34:19
35:21 36:1,6
**mechanisms**
120:2
**median** 28:3,5
34:4,5
**medical** 14:3
26:20 79:9,13
84:13,24 85:5
85:7,11 86:12
94:14,17,24
110:2 117:4,10
117:15 118:16
125:1 130:22
142:10
**medicine** 113:13
**meet** 71:4
**Men** 5:19 89:2
**Meniere** 122:21
**Meniere's** 6:8
118:17,19,23
119:3,13,22
120:3,5,10,15
121:1,5,7,9,14
121:17,22
122:11,22
123:7,23 124:2
124:7,9,10,15
127:15 129:7,7
130:1 142:16
**mention** 50:11

**mentioned**
34:16
**messed** 14:17,18
**met** 8:22 93:18
**method** 41:5
45:10 50:12
**methods** 35:6
50:7
**mice** 31:2,12,14
31:18,20,24
32:4,8,17 33:1
33:22 34:8
**microscope** 80:2
83:10
**midway** 65:23
**milligrams**
40:12,16 56:9
56:24 57:11
**mind** 47:8
**minimum** 60:17
**minute** 55:22
60:22
**minutes** 58:17
59:2,5 95:18
140:12,13
**misled** 32:9
**misquoted**
27:11
**mist** 50:9
**mistake** 44:17
45:4
**mixed** 28:2
**moment** 10:25
31:7 69:23
**monograph**
136:20,22
**Monrovia** 1:16
2:16 7:2,8
**Monsanto** 1:7
2:7 5:14 7:9,15
7:16,22 8:23
19:7 82:16
**Monsanto's**
23:17 140:25
**month** 21:6 30:8
43:18,21,25
44:1,4,8

**months** 42:18,19
43:10,11,17
44:1,9,13
77:14,18 78:7
78:12 95:8
135:19
**morning** 8:19,20
**mouse** 74:18
**multiple** 81:12
81:13
**multiplied** 41:21
42:13 43:2
**multiply** 77:1
**multiplying**
76:13

## N

**Nabhan** 24:21
25:6
**Nabhan's** 24:19
25:4
**Nacho** 7:16
**name** 7:5 8:22
**NAPP** 29:12
57:21 59:25
61:3,6,11,13
63:3,13 65:1
65:11 66:19
69:5,25 79:5
102:16 141:6
141:13,21
**Nasopharyng...**
6:3
**National** 65:14
97:21
**natural** 111:21
**nature** 95:9
**Nebraska** 63:9
63:16 64:22,24
138:25
**necessarily** 95:4
**necessary** 10:19
107:4,6
**need** 15:3 28:22
28:23,24 29:2
29:10 44:21
140:11

**needed** 32:22
47:24
**negative** 111:17
112:20 113:5
**Neither** 18:17
**neoplasms** 98:2
98:16
**never** 37:10
38:11 39:8,23
40:7 41:1
44:23 49:19
84:16,17 85:13
87:12 93:18
94:14 95:11
102:6 106:22
106:23 107:14
121:14 133:9
133:14,17,19
**new** 3:19,19
23:9 94:23
**News** 136:18
**NHL** 70:8 73:10
141:17 142:12
**nice** 29:25
**Non-Hodgkin**
5:24
**Non-Hodgkin's**
5:17,18,22 6:4
27:16 28:1
30:22 46:7
63:23 66:24
67:8,15 70:12
79:11 82:9
83:23 85:8,17
85:24 86:7,21
87:2,7,15,19
88:8,10,19
89:8,22 90:2
91:15,20,24,25
96:2,12,18,25
98:3,16 101:5
104:24 105:10
105:14 107:9
108:3,20 109:2
110:22 115:20
116:3,9,14
117:6,13,20

121:8,10,14,23
122:5,9,12
123:3 124:16
125:11,15,19
125:23 126:3,9
126:12,22
127:6,16,22,23
128:2,10,16
130:24 131:8
131:16,20
132:15,19
133:10,15,20
134:2 141:1,13
142:15,21,23
142:25
**nonagricultural**
61:4
**noncausative**
86:22 88:6
89:7 92:14
**noncause**
128:17
**nonfarmers**
61:18
**Nonoccupatio...**
65:24
**North** 5:22 59:9
59:12
**Northern** 1:2
2:2 7:11
**Notary** 146:13
**note** 119:20
134:21
**noted** 7:13 145:7
**notes** 26:19,21
26:24 27:5
93:24 94:2,11
**notice** 5:14
25:22 27:7
**November**
12:17 13:2,15
13:20 16:4
17:17,19 20:5
21:2 22:4,11
22:15 26:25
135:2 142:11
**number** 21:10

21:11 28:8,25
29:13,13,14,18
29:21,24 30:8
30:8 36:9 40:8
40:11 41:5,12
41:16,20,21
42:3,4,7 43:1,2
43:9,20,25,25
44:1,2,4,10,11
44:12,13 45:16
45:16,23 47:7
47:11,12,14,15
48:14,18 49:4
49:5,9,11
56:13 64:2
66:25 67:14,22
68:15 70:1,7
70:10,16 71:25
72:1,5,10,10
72:14 73:9,9
73:15,21 74:11
75:14,19,23,24
76:2,2,6,6,12
76:13,15,20
78:11
**numbers** 39:15
39:19 40:15,20
45:8 56:23
68:20 71:4,6,7
71:20,21
**numerical** 39:12

**O**

**Oakland** 3:5,10
**object** 98:18
143:3
**objecting** 99:15
**objection** 13:1
17:8 22:5,16
27:4,18 28:21
29:4 30:13
31:16 32:3,10
32:21 34:13,24
35:13 36:3,12
36:25 37:13,20
38:4,13,22
39:3,11,16

40:1,10 41:7
46:22 47:3
48:1,11,23
49:16 50:4,16
51:6,15 52:11
52:23 53:5,18
54:3,25 55:14
56:4 57:22
60:23 61:23
62:5,15 63:7
64:5 67:17,24
68:4,17 70:21
71:10,14 72:8
74:5 75:17,21
79:12 82:23
83:13 84:18
85:1,19 86:9
88:21 89:10,14
90:3,24 91:17
92:2,15 94:4
96:9 97:16
99:12 100:14
100:20 101:1,7
101:16,22
102:3,8,14,19
103:1,13,18
104:1,21 105:6
105:20 106:11
106:18 108:22
109:4,15
110:23 111:10
112:5,22
113:14 117:2
117:21 118:1
120:17 121:25
122:25 123:16
124:12,18,24
125:5,24 126:5
126:14,24
128:4,18,25
129:12,20
130:4,12,19,25
131:9 132:25
133:21 134:6
134:12 137:10
137:20 138:16
138:23 139:14

139:24
**objections** 27:7
**objective** 134:20
**obligation** 11:1
**obtained** 23:9
**obviously** 96:21
**occult** 112:7
**occupational**
137:5
**occur** 115:10
**occurred** 105:4
**occurring**
115:15
**occurs** 115:20
**October** 11:10
11:21
**odd** 126:7
**odds** 71:18
**Off-the-record**
58:9
**offer** 9:12,15
10:8,13,16
11:18 20:18,23
**offered** 9:17
**offering** 94:17
136:4 139:21
**offers** 10:18
**office** 143:10
**OFFICES** 3:7
**official** 14:16
**Oh** 103:24
**Okay** 10:24
14:18 19:4,11
19:19 21:24
25:10 33:5
35:16 42:24,25
44:25 66:12
68:12 80:22
88:16 89:5
98:11 99:15
100:9 104:8
107:24 118:15
119:11 121:4
121:21 125:8
125:13 126:10
131:3 140:11
141:23

**old** 101:21,25
**older** 20:15
89:21 90:1
91:23 96:13,17
96:24 103:9,11
104:13
**once** 18:7 21:7
43:20 46:24
47:22 75:5
106:5 108:1
**oncologist**
111:13 133:13
134:23
**one-third** 120:5
120:10 123:11
**ones** 18:13 23:7
86:22,22,24
118:6,11
119:10
**open** 76:19
**operations**
76:10
**opinion** 29:17
37:15 46:6
47:2 57:25
120:25 122:18
133:3 142:24
**opinions** 10:8,12
10:16 11:3,18
14:9 20:18,22
23:23 25:13
53:3 54:2
78:24 94:17,23
136:4 137:6
139:22
**opportunity**
146:9
**opposed** 52:2
72:1
**Oral** 5:14
**order** 27:5 76:9
107:5
**organic** 28:3
**origin** 120:6,11
**original** 18:3,5,9
18:13 21:7
22:9 44:16

45:3
**originally** 12:23
45:25
**outside** 38:2,7
**Ouweleen** 3:13
4:6 7:15,15
8:18,22 10:2
11:9 12:2,7
13:3,13 14:22
15:1,5,8,19
16:3,13,19,23
17:2,3,16,20
18:15,18,22
19:15 20:2,13
22:8 23:2,11
25:22 27:3,8
27:20 29:1,7
30:15,20 31:24
32:7,17,22
34:18 35:10,19
36:8,22 37:2
37:17 38:1,7
38:15,25 39:8
39:14,18 40:7
40:14 41:11
44:22,24 45:1
45:3 46:23
47:7 48:7,17
48:25 49:18
50:6,23 51:10
51:17 52:14
53:1,9,24
54:10 55:2,19
56:1,8 57:24
58:15 59:9
61:3,25 62:7
63:3,19 64:8
66:13 67:4,19
68:2,8,19
72:4 71:16,24
72:11 74:7
75:18,22 76:9
79:15 82:12,25
83:18 84:23
85:6,21 86:11
89:5,11,19
90:5 91:9,19

92:4,18 94:6
95:19 96:1,11
97:19 98:6,10
98:12,20 99:14
99:20 100:17
100:24 101:4
101:10,18,24
102:5,11,16,24
103:6,16,21
104:3,23 105:9
105:23 106:13
107:4 108:24
109:7,19 110:6
110:25 111:12
112:8,24
113:19 117:4
117:23 118:3
119:2 120:19
122:20 123:12
123:22 124:14
124:22 125:3
125:14 126:2
126:11,20
127:3 128:8,23
129:5,15,21
130:1,7,10,18
130:21 131:3
131:10 133:3
133:25 134:10
134:17 136:15
137:15 138:14
138:19 139:12
139:21 140:2,8
143:3,5,14

**P**
**p.m** 140:4,7,15
140:19 143:8
143:15
**page** 4:5 12:13
13:4,11 16:24
17:23 30:25
33:9 65:23
66:6 68:21
70:3,5,6 71:24
72:17 73:8,14
83:12 99:21,22

100:7 110:17
132:5 135:16
142:5,7 144:2
**page's** 72:4
**pages** 73:6
**Pai** 133:14,17,17
133:19
**paid** 12:22,24
13:7 15:6
**pants** 50:2
**paper** 32:25
33:2 56:19
57:6,21 63:21
64:7,25 65:6
65:22 66:15,23
66:25 67:20
69:4 99:21,23
**papers** 52:25
69:21
**paragraph** 66:4
**parameter**
29:18,23 57:18
68:1
**parameters**
29:15 34:16
47:18,21 48:4
50:22 65:5,16
99:18
**paraphrasing**
119:5
**parenthesis** 76:1
76:20
**part** 33:3 42:17
55:24 59:17
92:21 130:2
**particular** 13:24
78:23
**particularly**
105:18 141:8
**Pathological**
5:16 30:22
**pathology** 33:3
79:16,19,24
81:3,19,24
82:3,7,13,20
82:22 83:6,11
117:7 131:5

**patient** 113:16
**patients** 138:12
**pay** 11:24
**penalty** 145:1,4
**penetrate** 53:13
**people** 32:14
33:23 34:11,19
35:16 37:7
51:8 61:12
62:23 65:13
69:7 72:17,19
72:22 73:20
74:13,14,16,24
75:1,3,4 87:22
88:19,23,23
89:21 90:1,1
90:20,20 96:24
99:9 100:13,13
101:11,18
102:2,6 104:11
104:13,13,20
106:21 107:8,9
107:25 112:18
115:21,22
116:8,9,10,12
116:13 118:22
118:25 126:9
**people's** 37:4
51:13 57:12
**percent** 100:25
102:24 109:24
111:2 125:15
125:19 126:2,8
135:23
**percentage**
54:10,19
102:12
**percentages**
102:17
**perceptive**
62:18
**perform** 141:23
**performed**
94:14
**period** 27:9,11
27:16,22 28:3
28:5,6 31:19

31:21 74:15,15
74:19,21 77:23
88:24 109:12
**periods** 62:1
136:12
**perjury** 145:1,4
**permit** 122:24
130:22
**person** 28:24
50:2,3 60:11
60:14 62:12
85:12 93:18
100:18 101:6
107:6 116:3
**person's** 36:2
37:19 39:1,9
40:20 51:4,25
52:9 84:10
**personal** 62:24
142:10
**Pesticide** 5:19
5:23
**pesticides** 5:20
35:4 36:15
62:18 65:24
137:24,25
138:10 139:2,5
139:9,20,23
142:9
**phonetic** 133:14
**photograph**
79:25
**photographs**
82:13
**photos** 83:16
**pick** 21:22
**picture** 80:12,16
**pictures** 80:7
**piece** 99:23
**pilot** 66:4
**Place** 3:15
**plaintiff** 3:2
7:18,19 94:24
**plants** 53:13
**played** 117:12
**please** 7:14,25
19:3,7,18

69:24 76:4
**plus** 43:18 44:9
**point** 31:21 65:9
74:10 75:10
84:24 91:2
106:9,16
108:25 109:11
111:24 116:20
131:4
**Pont** 3:18 7:21
7:21
**pool** 65:16
**Pooled** 5:22
59:10,12
**population** 99:7
100:12 102:12
103:5 109:24
131:22
**PORTER** 3:17
**portion** 118:22
120:15
**positive** 111:16
116:6
**possession** 22:22
**possibility**
113:23 117:3
**possible** 35:21
60:21 61:2
86:5,7,10
89:19 91:22,24
92:3 105:2
108:24 113:4,6
113:8 116:24
120:18 127:10
127:22 128:7
**potential** 128:9
**PowerPoint**
59:11
**practices** 35:3,3
110:11,15
139:13,22
**precautions**
62:19,25
113:20 137:25
**precise** 36:19
39:12 46:25
47:11 96:5

**precisely** 87:10
**preclinical**
  114:12,13
**predict** 31:13
**predictor** 31:22
**Prednisone**
  123:24
**preliminary** 8:7
**preparation**
  17:5
**prepare** 21:25
  22:23
**prepared** 12:3,8
  12:12 17:12
  22:1,18 39:23
**preparing** 23:13
  94:3
**presence** 84:14
  86:13
**present** 3:22
  79:4 95:4
  108:16 109:13
  112:3
**presentation**
  59:12 69:24
  72:15 73:13,17
**presented** 71:25
  72:6 73:7
**pretrial** 27:4
**pretty** 115:3
**prevalence**
  111:2
**prevalent** 111:7
**previous** 71:24
**previously** 8:24
  9:16
**primarily** 28:2
**primary** 133:8
**principal** 53:14
**printed** 99:23
**printout** 97:20
**prior** 9:6 38:15
  116:19
**probable** 6:11
  136:23
**probably** 19:8
  22:17 28:5

29:17 31:22
35:8 43:7 44:6
50:2 51:7 63:1
78:5,11 80:21
88:14,22 95:1
96:15,20 99:17
102:10 103:2
103:14,14,16
103:19,20,25
104:2 109:18
124:7 126:18
134:16
**Proceedings**
  143:15
**produce** 26:6
**produced** 16:8
  16:10 25:10
  26:18
**producing** 8:8
  27:5
**product** 57:17
  78:21 79:3
  137:9
**production** 26:4
  26:16
**PRODUCTS**
  1:4 2:4
**professionally**
  61:14
**prognosis** 136:5
**program** 97:11
**Project** 5:22
  59:10,12
**proper** 62:25
**proposed** 91:5
**protect** 62:21
**protected** 63:2
  108:2
**protection** 36:16
**protective** 50:19
  63:5,10,12
  138:5
**proven** 118:24
**proves** 27:16
  123:21
**provide** 62:24
**provided** 20:8

141:7
**Public** 146:13
**published** 30:21
  38:11
**pulled** 65:10
**pulling** 62:8
**purpose** 53:11
  93:8
**put** 15:17 41:5
  48:5,5 80:2,16
  92:6 131:20
**puts** 121:17
**putting** 53:11
  67:7

_____

      **Q**
**qualified** 37:11
  37:18
**qualitative**
  36:20 39:20
  40:4
**qualitatively**
  39:6
**quality** 83:16
**quantify** 50:13
**quantitative**
  36:20 39:6,21
  39:23
**quantity** 39:9,14
  39:19,20
**question** 16:16
  24:15,23 25:2
  34:7,8 35:10
  37:16 55:10,19
  56:1 62:22
  68:3,7 87:12
  88:5 91:8
  107:17 123:8
  126:1,8 130:8
  132:7 140:1
**questions** 20:14
  61:9,19 63:9
  63:14 95:3
  140:10,14,23
  140:24 141:2
  141:10 142:14
  142:17 143:5

**quick** 140:23
**quotation**
  136:19
**quoted** 137:16
**quotes** 137:1

_____

      **R**
**radiation** 87:17
  87:18,20,22,25
**raise** 7:25
**raised** 23:4
**range** 28:9
  40:15
**Rasmus** 74:12
**rate** 53:2 99:6
  100:11 101:11
  101:14
**rates** 52:18,21
  53:7 100:1,7
**ratios** 71:18
**reaction** 122:14
**reactivate**
  113:17,22
**read** 24:11,16
  24:19,24 25:2
  25:4,7,17 26:1
  57:6 77:16,20
  132:3,12
  133:11 136:20
  146:9
**readily** 18:23
**Reading** 132:5
**real** 33:14 35:18
  127:22
**really** 46:15
  47:5 62:16
  83:17 88:13,13
  89:1,17 90:25
  120:12 122:16
  133:24
**reask** 20:14
**reasking** 68:8
**reason** 9:20
  35:17 78:3
  92:21 93:3
  120:14 124:1
  127:9

**reasonable**
  136:1
**reasonably**
  139:19
**reasons** 93:11
  113:11
**recall** 132:1
  141:2,10
  142:17
**receive** 79:23,24
**received** 13:4
  31:12,18,20
  56:25 135:11
  136:1
**Recess** 19:23
  58:12 95:23
  140:5,17
**recollection**
  61:11 94:7
**record** 7:5,13
  8:21 14:19
  15:19 19:16,22
  19:25 20:16
  26:20 58:11,14
  68:10 85:5,7
  95:22,25 140:2
  140:4,7,16,19
  143:8 146:6
**recordkeeping**
  80:25
**records** 14:3,11
  14:12,13,15
  26:13 84:14,24
  85:11 86:12
  92:9 94:25
  110:2 117:10
  117:16 118:16
  130:22 131:5
  142:10
**red** 70:16
**reduction** 46:3,4
**refer** 15:24
**reference** 5:9
  10:21 16:6
  21:23 27:24
  52:25 55:6,12
  56:2 58:3

59:13 118:15
**referenced**
  115:19
**references** 10:20
  16:7 23:8,9
  59:13
**referring** 30:2,3
  30:6,16 31:6
**refers** 39:15
**reflect** 12:15
  15:8 33:13
**reflected** 15:10
  61:12 64:24
  65:1 66:14
  92:25 94:9,12
  142:2
**reflecting** 40:8
**reflects** 22:14
  23:12
**refrained** 26:17
**refresh** 94:7
**regard** 141:24
**regards** 141:8
**region** 129:8,13
  129:18
**regulatory**
  40:22 55:5,11
  56:2,12 58:3
**relapse** 135:24
**related** 24:4
  69:5 106:23,24
**relates** 1:6 2:6
**relationship**
  48:18
**relevant** 22:21
  88:3 99:3
  141:20
**reliable** 59:22
  71:22 72:14
  73:18 97:15
  111:6
**reliance** 5:11
  16:9,20 25:11
  25:17
**relied** 10:24
  23:22 136:8
**rely** 25:12 63:21

66:23
**relying** 10:22
  25:18 59:19
  67:6,10,13
  73:14
**remain** 112:18
**remember**
  15:18 51:8
  53:21,22 56:21
  57:1,4,8 58:6
  61:8,10 77:19
  77:22,25 78:2
  83:15 88:4
  90:13 91:5
  95:6,13 132:7
**remission**
  134:23 135:1,4
  135:4,18
**repeat** 24:22
**repeated** 28:12
  28:14
**report** 5:3,12
  9:25 10:3,11
  10:13,15,23
  11:2 12:18
  17:6,14,15,16
  17:18,20 18:2
  18:3,4,5,9,9,10
  18:16 19:3
  20:4,15 21:3,7
  21:8,14 22:23
  23:13 27:8
  42:2,3 44:16
  45:3,10 50:11
  50:23 59:14
  60:2 70:2,3,11
  79:18 92:25
  94:9,12 110:7
  110:10 112:9
  134:22 135:16
  141:5 142:2
**reported** 1:24
  102:17 136:18
**reporter** 2:18
  7:23,25 71:13
  143:12 146:12
  146:20

**reports** 23:6,7
  23:16 24:13
  25:12,17 97:23
  98:15
**represent** 8:23
**representing**
  73:12,13
**reproduction**
  146:18
**requested** 4:15
  146:7
**requests** 26:4,8
  26:16
**require** 122:8
**research** 29:20
  89:23
**respect** 47:14
**responded**
  133:17 135:11
**responding**
  139:25
**responds** 123:15
  123:20
**response** 26:7
  129:10
**responsive**
  26:16
**result** 44:18
  45:8 114:23
**results** 32:16
  97:11
**retain** 11:18
**retained** 11:21
  38:8
**retainer** 11:24
  12:22
**returned** 80:10
**revealed** 142:11
**review** 10:24
  97:20 110:2
**reviewed** 10:19
  23:16 24:5,9
  26:13 79:18
  81:4,19 83:6
  84:14 94:2
  95:5 120:12,22
  145:5

**reviewing** 14:3,4
  14:5 23:16
  86:11
**revised** 20:3
  45:15
**rheumatoid**
  118:10 127:19
**right** 8:1 9:1
  11:3 12:10,25
  13:5,8 15:6
  16:14 17:7,17
  17:18 19:12,18
  20:2,8,25 21:5
  21:12 22:10,12
  23:25 24:5,21
  24:22 25:5
  26:4,13 27:13
  28:17,20 30:12
  30:15,23 31:14
  32:2,6,7,9,17
  32:20 33:6,10
  33:11,15,16,20
  33:21,25 34:7
  34:14 35:22
  38:21 39:15,21
  39:25 40:20
  41:13,23 42:5
  42:11,15 43:3
  43:21 45:6,10
  45:19 46:20
  47:22 48:22
  49:1,6,11,20
  49:24 51:5,14
  51:18 52:3,6
  52:10 56:10,21
  56:25 57:13,21
  57:23 58:4,18
  58:22 59:3,6
  59:14,17,20
  60:6,9,12,15
  61:5,15 62:4,9
  63:24 64:4,10
  65:7,12 67:1,8
  67:10,16,23
  68:3,22 70:14
  72:2,9,12,20
  72:25 73:4,10

73:15,18,24
74:2,9 75:12
75:15 76:18,21
77:1,7,9,10,11
82:4,5,9,10
83:20 84:11,15
84:17,22,25
85:9,10,13,16
85:18 86:4,14
86:22 87:2,17
88:10 89:15,22
90:2,4,8,9,12
90:18,23 91:11
91:12,14,16,20
92:1,11,19,23
93:1,6,18,25
96:19,22,23
97:6,24 98:17
98:23 99:4,9
100:19,22,25
101:6,11,15,21
102:2,7,25
104:6,8,14,20
105:11,15
106:10,14
107:20,22
108:10,13,17
108:21,23
109:9,10,18,22
109:25 110:3
110:22 111:14
111:18,22
112:4,12,13,17
112:21 113:1,2
113:7,13,15
114:1,15,20
116:17,22,23
117:17 118:21
119:12,15,18
119:23 120:6,7
120:9,16,21
121:19 122:24
123:15,24
124:11 125:19
126:4 127:4
128:3,10,14
129:3,5,16,17

129:21 130:11
130:24 131:8
131:15,22,24
131:25 132:3
132:10,11,16
133:6,20
134:18,24
135:6,8,12,15
135:17,20
136:12,20
**risk** 5:21,23
28:16,20 29:1
29:6,8,12,16
29:18,23 32:9
32:19 33:23
34:9 46:7,13
46:14,18 47:21
48:10,14,19
49:20 63:23
64:3 66:24
67:7,14,21
68:14 69:1
70:11 72:19,24
73:18,22,23
74:1,14,20,25
75:4,6,8 86:21
86:25,25 87:5
87:14,18 88:6
88:7,7,11,12
89:1,7,16,17
90:2 91:10,15
91:20 92:10,14
93:5,14 95:3
96:2,12,18,25
101:5,19 103:8
103:12 104:11
104:17 105:10
105:14,18
107:8,21,22
108:1,3,20
109:2 110:21
114:25 115:20
115:23 116:3,8
117:20,24
118:12,14
121:8,10,13
122:5,9,12

125:8 127:16
131:14,16,21
132:19,24
141:1,7 142:14
142:22
**risks** 47:19
63:10 70:8
73:10 137:4
**Robin** 19:9
**role** 117:12
**rough** 74:23
132:7 143:12
143:14
**roughly** 130:2
**round** 43:6
**Roundup** 1:4
2:4 6:10 9:1,7
9:17 18:6 21:5
21:11 41:6,12
41:20 42:24
45:5,18 46:7
49:19 51:21
52:18,19,22
53:3,8,17,23
54:1,5,8,17,19
54:23 55:4,9
55:20,25 58:2
58:17 60:11,14
60:18,22 61:22
62:3,12 65:18
67:13,23 68:16
77:13 78:4,9
78:17 79:4,10
82:4,7 84:8,11
84:15,25 85:7
85:13,16,23
86:4,6,17
92:23 93:13
96:16,22 97:2
102:7,13,18
103:4,17 105:5
133:4,9,14,20
134:1,8 136:10
136:23 138:22
142:24
**RPR** 1:25 2:18
**rule** 104:23

105:2 115:13
117:7 121:22
122:24 124:23
130:23 132:23
133:2
**ruling** 125:3
**Ryan** 3:23 7:5

_____

**S**

**S** 3:13
**safe** 55:11 56:2
56:12
**samples** 35:21
**savvy** 137:24
139:2,9
**saw** 74:11
136:16,17
**saying** 30:5
76:22 89:7,11
110:21 132:10
137:17
**says** 6:11 17:23
17:24 27:11
64:21 66:4
67:9 70:7
100:1,7 110:9
120:1 137:2
142:8
**Schaefer** 3:23
**Schafer** 7:5
**SCHOLER** 3:17
**scientifically**
51:12
**scientists** 40:19
51:11 52:5
87:1 88:8
89:20
**score** 54:15
**second** 13:4,11
22:25 60:3,4
83:12 142:5
**secondly** 143:10
**see** 16:11 17:12
19:4 23:11
26:3 28:10
29:12 36:4
44:23 66:1,2,9

66:11 69:14,16
71:19 75:9
76:22 80:18,18
80:19 82:19
84:4 98:4,9,25
99:18,18 100:4
100:5 102:17
110:25 117:16
118:15 138:21
140:13
**seen** 25:24 34:20
40:24 51:5
84:17 97:22,23
110:12 119:7,9
119:10 127:17
134:23
**SEER** 97:12,20
97:24
**Send** 143:9
**sense** 87:1
141:19
**sent** 11:12 14:8
18:11,12,12
79:22 81:14
**Serena** 1:24
2:17 7:24
146:12
**serologic** 106:4
**serology** 106:5
**served** 19:7
20:12
**set** 11:2 21:19
26:4 72:12
**seven** 16:19 27:5
43:11 44:13
73:22 74:8
77:5,7 99:8,8
100:12 101:19
102:1 103:11
104:11,17
**severe** 118:9
**sex** 88:12 89:1
89:17
**shape** 80:19
**sheet** 12:3,8
94:24
**shirts** 50:20

**short** 31:19
49:24 74:15,19
**short-sleeve**
50:20
**shorter** 32:12
34:4
**Shorthand** 2:18
**shorts** 50:3,19
95:8
**show** 30:25
63:21 67:13
103:8
**showed** 30:1
31:17 84:14
111:21
**shower** 138:6
**showing** 64:1
110:18
**shown** 14:13
50:22 70:16
71:8 73:14
74:1 75:12
98:22 108:7
111:1
**shows** 34:1,3,3
68:24 72:17
73:18,20 131:6
**sic** 5:13
**sick** 106:22
112:14
**sickness** 106:24
**side** 129:11,16
130:10,17
139:5
**sides** 99:24
**sign** 107:13
135:5 146:9
**signature** 17:22
17:24
**significance**
71:5 81:18
**significant** 46:9
46:10 47:5
63:1 68:25
70:19,23 71:7
71:19,23 72:24
73:23 74:2

94:23 95:15
122:7 142:8
**signs** 83:20
86:16
**similar** 14:12
64:23 65:11,15
97:23 103:8
129:18
**similarly** 47:14
**Simoun** 20:5
**sinuses** 129:11
130:18
**Sioum** 5:13
**sit** 9:10 10:11
95:14
**sitting** 120:20
**six** 135:19
**sixth** 66:4
**skin** 36:17 49:15
50:7,15 51:4
51:14,22 52:2
53:15,17 54:1
54:20
**sleeves** 49:23,24
**slide** 75:13
79:16,19,24,25
80:1,9,13,15
80:17,20 81:1
81:3,5,8,19,24
82:3,7,13,20
82:22 83:6,11
**slides** 79:16
81:10,12,13
82:14 117:7
131:5
**slow** 135:25
**small** 122:14
**smaller** 31:20
**Sofo** 3:14 7:16
7:16
**soldiers** 90:21
**solemnly** 8:2
**solids** 28:3
**Solomon** 57:6
**solvents** 28:11
**somebody** 23:1
60:6,18,21

61:14 65:18
67:7 76:12,23
77:5 108:12
**somebody's**
40:8 123:14
**somewhat** 78:13
**sorry** 13:12 22:7
73:2
**sort** 28:12 33:11
35:5 41:5 71:2
74:17
**sound** 109:25
**source** 67:5
70:10 132:24
**speak** 93:16
122:17 127:4
**specific** 5:10,12
5:19 8:9 16:7
16:17 17:6
18:1 20:4 24:3
24:7 39:6
40:11 49:2
68:1 80:17
83:15 88:5
95:3 141:22
**specifically**
38:18 51:8
57:1 64:21
69:15 77:25
78:19 95:2
**specifics** 78:2
**specified** 56:9
**specifies** 56:12
**spend** 13:22
138:15
**spent** 13:13,19
14:12 15:9,15
**spoke** 134:21
135:2
**spray** 62:13
**sprayed** 41:16
43:12 49:10,14
**spraying** 50:8
62:1,3,7,12,14
78:4
**stage** 112:7,7
113:3

**stand** 9:6
**standing** 99:11
**stands** 95:14
99:8
**start** 17:3 45:1
104:4 114:13
142:7
**starters** 118:21
**state** 2:19 8:8
27:9 79:18
**stated** 27:6
**states** 1:1 2:1
6:7 99:6 110:9
139:16
**statistic** 71:22
**statistical** 71:3,4
**statistically**
68:25 70:18,23
71:6,19,23
72:23 73:23
74:2
**Statistics** 97:20
**stenographic**
7:13
**steroid** 123:15
123:18,24
**steroids** 123:21
124:8
**story** 134:8
**straight** 15:23
**Strategy** 6:6
110:8
**Street** 3:4,9,14
3:19
**studied** 121:4,12
121:20 123:4,5
125:12 127:19
**studies** 5:17
30:1,23 34:20
35:1,7,18
47:19 49:11
52:16 53:22,22
56:15 57:7,11
57:20,21 58:22
61:17 63:15
64:23 65:3,15
65:16 66:17

79:6 115:19
116:2 121:12
136:8 141:5,12
141:20
**study** 5:19 29:12
30:16 31:1,6,9
31:17 56:20,23
57:15 59:17,20
59:25 61:3,6
61:11,13 63:3
63:9,16 64:1
64:13,19,22,24
65:7,11,17,22
66:4,14,19,19
67:9 69:5,7,12
69:25 74:12,18
74:24 75:2
102:16 121:16
123:5 127:8,11
127:13 138:20
141:6,21
**studying** 33:5
121:21 127:9
**Subgroup** 5:25
**subject** 133:18
**subjects** 38:11
93:12
**submitted** 17:10
22:2,12
**subset** 120:7
**substance** 36:2
51:3
**substances** 37:4
**substantial**
46:24 47:10,17
50:25 142:24
**substantially**
18:4 133:5
**subtract** 78:7
**subtype** 141:17
**subtypes** 64:7
68:1 98:3,17
105:22
**suffered** 64:10
119:17
**sufficient** 32:19
57:24

**Suite** 3:5
**sum** 42:21 43:13
**summarizing**
57:7
**summary**
110:10
**summed** 44:14
**supervision**
146:20
**supplemental**
5:11 16:9,20
18:16 25:11,16
**supplements**
17:1
**sure** 14:20 16:1
16:12 34:21
40:25 51:16
52:12 68:10
81:13 91:4
97:4 132:13
143:13
**surface** 107:12
108:16 111:17
111:17 112:20
112:25 113:5
116:6
**surfactant** 78:20
78:24 79:2
**surfactants**
53:11 79:3
**surmise** 50:18
**surrogate** 30:7,9
30:10
**surrogates**
36:14 88:14,16
**surrounding**
14:6
**Surveillance**
97:10
**survey** 138:20
**survivors** 87:22
**suspect** 65:4
99:10
**swear** 7:24 8:2
**switch** 95:19
**sworn** 8:14,24
8:25 146:5

symptomatic
112:11
symptoms 107:6
108:10 114:15
114:20 119:18
systemic 118:9
118:10 122:6

**T**
table 68:22
70:17 98:1,12
99:24 100:6,7
100:10
Tables 6:4
take 5:14 13:10
19:14 28:16
34:23 35:11
37:12 43:15,16
43:16,19 44:3
58:7 62:19,25
75:22 76:23
78:23 80:7,15
80:16 95:19
137:7,25 139:8
139:8
taken 2:15 19:23
26:20 58:12
80:12 82:13,14
95:23 140:5,17
talk 19:11 31:1
33:8 40:23
140:13
talked 33:2
38:23 93:3,11
93:20 136:7
138:25 139:17
139:18
talking 21:21
27:25 38:18,20
77:22 97:3
126:25 129:5
136:7
tape 95:20
techniques
35:22
telephone 26:21
44:20 92:19

93:20,22 94:8
telephonically
3:8,18
tell 74:23 80:22
81:23 82:2,6
82:25 83:8,9
84:10 125:7
126:21 127:18
133:25 134:17
139:1
telling 58:6
132:7
telltale 86:16
ten 13:21 14:2,8
47:20,24 48:8
67:6 75:7
76:25 102:24
135:23
tend 62:19 139:7
139:8,8
terms 36:14
39:13 40:12,16
47:25 56:9,13
57:11 69:19
71:25 73:7
Tesfaya 7:19
11:10 18:25
143:11
TESFAYE 3:7,8
test 79:9 85:15
85:20 112:20
tested 111:13,16
113:5
testified 8:14
37:24 86:20
testifying
127:21
testimony 8:3,9
8:25,25 9:3,6,9
9:13,14,16,22
27:15 77:16,19
132:3,12 145:7
146:6
testing 107:1
109:8
tests 79:13 84:13
Thank 12:6

13:12 16:22
19:20 44:25
129:5 140:8
143:6
Thanks 14:22
theory 90:17
91:5
therapy 123:15
123:19 124:4
thing 9:24 18:4
29:20 74:12
88:18 91:23
114:18 127:10
135:8,9
things 10:10
33:8 36:17
50:21 82:19
86:13 87:15
88:14,17 95:8
95:9 118:9
123:19 126:3
126:22 127:1,5
128:1
think 9:11 10:18
16:25 17:10
18:24 19:8,9
19:13 29:22
32:14 35:8
43:21 60:1
61:6,8,19
62:17,23 63:12
64:7,21 65:21
66:17 68:9
69:17 70:2,4
70:18 76:9,16
76:18,19 87:8
87:13 88:1,14
88:23 89:24
90:24 91:1,8
93:10 95:6,6
104:7 111:20
115:3 118:22
118:24,25
121:11,20
122:21 123:2
123:21 125:2
129:14,24

132:6 134:4,10
135:25 136:16
137:2 138:4,11
thinking 58:8
thinks 55:23
third 66:23
99:21,22,23
110:17 120:15
thought 120:8
124:9 134:1
three 18:6,8
21:6,7 41:23
43:17,20 58:21
98:9 126:15
130:5 141:4,12
141:19
threshold 47:16
thresholds 48:9
Thursday 22:1
time 7:7 12:3,8
13:22 14:12
15:9,10,13,14
15:14 17:11,11
19:21,24 31:19
31:21 32:8,18
33:19 34:2
44:19 45:19
51:4 54:23
58:10,13,18
60:9,17 74:15
74:15,19,21
86:3 88:24
90:16 95:17,21
95:24 104:10
107:1 108:4,6
108:15,19
109:1,12 110:3
115:16,25
116:16,20,24
119:17 138:14
140:3,6,10,15
140:18 143:7
times 15:21 18:6
21:4,6,10
28:23 30:8,8
41:21,21 42:4
42:4,5,14,14

42:14,23 43:2
43:3,3,17,17
43:18,19,21,25
44:4,8,8,9,10
44:11,13,13,13
44:19 45:13,16
45:16 47:15
58:17,24 73:9
74:11 75:7,7
75:23 76:2,6
76:13,24
101:19 102:1
103:12 104:11
104:17 126:15
130:5 131:21
tiny 49:13 52:8
52:12
tissue 80:19
122:7
title 123:8
today 9:7,22
10:10 15:20
20:9 26:17
94:3 95:15
97:8 120:1,20
138:9 139:4
Today's 7:6
told 38:19 77:15
94:11 95:15
106:25 132:11
133:9,14,19
134:4,11,16
top 52:24 70:7
87:8 118:11
total 13:8 15:14
21:10 36:7
42:4 43:2,13
45:12,23 73:21
75:14,19,24
76:14 77:6
totals 21:9 42:21
touched 49:19
toxic 139:5
toxicologist
35:24,25
toxicology 38:12
48:16

tractor 62:9
tractors 62:20
transcript 24:25
  25:1 74:23
  143:11 145:5
  146:9,17
transcripts
  24:12,16,17
  25:3,7
Transmission
  6:6 110:8
treated 112:12
  113:12 123:23
treating 124:8
treatment 90:14
  113:12 122:8
  135:11,14
  136:2
true 35:12 83:22
  83:25 91:3
  101:9 102:10
  103:15,17,19
  103:20,25
  104:2 108:9
  109:5 113:3
  114:16,23
  118:3,6 124:17
  125:14,15,20
  131:23 145:8
  146:6
truth 8:4,4,5
truthful 9:4,21
try 34:16
trying 23:1
  43:22 89:25
  90:25 134:19
Tsadik 3:7,8
  7:19,19 11:10
  11:12,15 12:9
  12:23 13:5
  18:11 19:1,4,8
  19:19
ttsadik@pacb...
  3:10
tumor 83:20
  84:5,11
turn 128:16

turned 18:7
two 42:16,20
  43:13,14 47:19
  47:20,23 48:4
  48:8 63:22
  70:13 73:6
  77:18 78:12
  86:20 93:10
  98:8 131:21
two-fold 131:14
  131:16
two-thirds
  123:10
type 78:23 94:14
  99:3
types 118:6

U

U.N 6:11
U.S 7:10 65:10
  136:18
Uh-huh 44:5
  131:17
undated 16:6
understand 9:12
  24:23 27:3
  32:12,16 33:23
  34:9 36:18
  39:15,17 40:18
  51:2,10,24
  52:8 55:5,10
  55:21 76:17
  82:15 87:3,6
  87:10 88:15,17
  89:3,6 90:17
  122:20 123:22
  125:25 138:10
  139:5 142:19
understanding
  11:15 35:5
  66:20 76:11
  77:3 87:9
  135:22
understood 11:1
  15:25 18:15
  97:14
undertaken

138:20
undetectable
  112:25
United 1:1 2:1
  6:7 110:9
unknown 86:8
  88:18 97:1
  101:24 104:19
  104:25 125:16
updated 22:24
  23:3
upper 119:12
urine 35:4,21
  36:6 57:2
usage 61:20
  103:4
use 5:21 27:21
  29:16,21,21,24
  30:5 33:3,3,18
  40:19 41:4
  42:14 43:3
  49:5,7 53:1
  57:19 58:20,21
  60:18 61:8,9
  62:4,23,24
  65:24 66:25
  69:7 70:13
  71:20 72:1,18
  72:20,23 73:4
  73:10,21 74:9
  75:5,16,23
  76:14 77:13
  95:6 99:12
  123:18 133:4
  137:2,3,17,18
  137:24,25
  138:11,22
  139:2 141:8
user 62:4
users 61:4,5,7
  61:22 66:15,16
  66:21,21 69:8
  136:10 137:8,9
  138:1
uses 76:13,24
  139:10
usually 34:14

80:14,21 87:9
  107:11 113:2
  127:7,10

V

v 1:7 2:7
vaccine 106:14
validated 51:12
variety 95:3
various 35:22
  37:4,24 55:5
  55:11 57:7,10
vast 120:1
verify 85:15
version 20:15
  21:3 124:2
versus 7:9 74:11
  74:16 137:8
videographer
  3:23 7:4,5,23
  19:21,24 58:10
  58:13 95:18,21
  95:24 140:3,6
  140:15,18
  143:7
Videotaped 1:13
  2:14 5:14
view 118:19
viral 87:16
  113:3
virus 6:7 84:4
  106:22,24
  107:10 108:2,6
  108:7 110:9,19
  110:20 112:19
  113:13 114:24
  117:11
viruses 113:17
visited 95:11
vitae 26:12
vulnerable 89:2

W

Wagstaff 3:3
  7:18
wait 55:22 71:12
walls 53:13,15

want 12:3,6
  18:21 51:9
  58:6 68:10
  140:13 143:12
War 90:10,15
  91:7
wash 138:5
washed 52:3
wasn't 78:5
  129:9
way 25:18 29:5
  29:7 32:14
  39:7 41:19
  43:1 46:6
  50:13 55:23
  60:1 69:13
  76:8,10 82:7
  83:17 85:15
  98:6,22 106:8
  109:8 113:24
  115:1 117:5
  120:23,25
  122:17 123:13
  123:13 124:15
  124:20 125:22
  126:7 132:11
  142:22,23
ways 29:11
  34:18 51:12
  138:2
we'll 10:24
  20:25 21:17,20
  140:14
we're 7:4 120:19
  126:25
we've 8:21 26:13
  38:23 64:14
  69:21 82:13
wear 36:16
  50:18,20 63:11
  138:5
wearing 49:23
  50:2,3 95:8
Wednesday
  1:15 2:16 7:1
weed 6:10 137:4
week 13:23 14:1

18:2,7 22:1
23:5,5,10
**weekend** 13:25
**weeks** 18:8 21:7
41:23 43:21
78:7
**weight** 56:10
92:13,16
**Weisenburger**
1:13 2:15 4:3
5:3,11,15 7:12
8:8,12,19 10:4
15:21 16:10,14
16:21 20:3,13
25:11 58:16
140:9,24
145:17 146:8
**Weisenburger's**
5:8 16:4,5,19
**well-established**
118:24
**went** 77:17
**weren't** 22:20
**West** 2:15 3:14
3:19 7:7
**willing** 135:19
**withdrawn** 24:2
45:2 55:4
57:25 92:8
**witness** 4:3 7:24
8:6,13 13:2
15:3 17:9 22:6
22:17 23:3
27:19 28:22
29:5 30:14
31:17 32:4,11
34:14 35:1,15
36:4,13 37:1
37:14,23 38:5
38:14,23 39:5
39:12,17 40:3
40:11 41:10
47:4 48:2,12
48:24 49:17
50:5,17 51:7
51:16 52:12,24
53:6,19 54:5

55:1,16,18,24
56:7 57:23
60:25 61:24
62:6,16 63:8
64:6 66:9,12
67:18,25 68:7
68:18 70:22
71:11,17 72:9
74:6 76:5
79:13 82:24
83:14 84:21
85:4,20 86:10
88:22 89:15
90:4 91:3,18
92:3,16 94:5
97:17 98:11
99:17 100:16
100:22 101:3,9
101:17,23
102:4,9,15,20
103:2,14,19
104:2,22 105:8
105:21 106:12
106:19 108:23
109:5,18
110:24 111:11
112:6,23
113:15 117:3
117:22 118:2
120:18 122:1
123:1,17
124:13,20
125:1,6,25
126:7,17,25
128:7,19,22
129:3,13,24
130:5,9,14,16
130:20 131:1
133:1,23 134:7
134:15 137:13
137:23 138:17
138:24 139:15
139:25 143:6
146:5,6,8
**women** 89:3
**Wong** 1:24 2:17
7:24 146:12

**wore** 50:19,20
63:10 138:6,7
**work** 5:5,6
12:24 14:7
65:11 77:24
**worked** 12:16
**workers** 61:4
**working** 15:9
**world** 35:18
**worries** 17:2
**wouldn't** 32:14
**wrong** 66:9
**wrote** 30:21

_____
**X**

**Xerox** 80:12,13
80:16,22

_____
**Y**

**yard** 41:16
49:10 62:13
139:11
**yards** 62:24
**yeah** 14:21 15:1
17:12,15,19
18:20,22 24:24
45:20,22 51:16
66:11 68:8
70:24 76:5,22
80:17 81:13
84:12 88:22
91:6 99:25
102:20 103:2
113:23 126:11
135:17 142:4,6
**year** 28:24 29:13
30:9 41:21
42:4,14,17,18
43:3,11,12
47:20,23 48:9
58:21 59:24
63:22 70:8,14
72:10 73:10
74:16 75:2,5,7
75:7,23 76:8
76:12,23,24,24
77:14,18 78:12

95:9 134:24
**years** 27:12 28:4
28:8,25 29:14
29:19,21,24
41:17,20 42:4
42:14 43:2
44:2,10,11,14
45:18,24 46:5
47:9,15 48:14
48:18 71:25
72:10,18,20,23
73:3,9 74:16
75:4,6,8,16,22
76:2,3,6,13,25
77:23 78:13
96:4 101:14,21
101:25 107:15
116:19 135:20
135:23
**yesterday** 8:22
70:2 136:17
**York** 3:19,19
**younger** 102:2

_____
**Z**

**Zukerberg**
25:13 82:15

_____
**0**

**0** 72:18

_____
**1**

**1** 5:3 10:1,3,7
15:22,25 17:23
20:15,17,21
21:15 44:16
45:4 92:22
**1,188** 44:19
45:12
**1,400** 45:13
**1,500** 47:6
**1.25** 74:1
**1.4** 43:21 44:3,8
44:13
**1.5** 42:18 43:11
43:18,19 44:9
44:12

**10** 5:3,14 25:21
25:22,24 33:9
**10,500** 12:24
13:8
**10.4** 39:22
**10/19/18** 5:4
**10:13** 58:13
**100,000** 99:9
100:2,8,13
101:11,15
**10019-971** 3:19
**10250** 1:25 2:17
146:12
**108** 132:5
**10th** 3:9
**11** 5:4,16 30:17
30:19
**11/13/18** 5:7
**11/19/18** 17:24
**11:02** 95:21
**11:16** 95:24
**110** 6:5
**1100** 3:5
**1156** 65:23 66:7
**119** 6:8
**12** 5:5,18 44:3
63:18,20 64:13
67:15 77:13
79:6
**12:12** 140:3
**12:18** 140:6,15
**12:26** 140:18
**12:29** 143:7
**12:32** 143:15
**123** 16:6
**13** 5:21 16:4
22:4,11,15
59:8,11 67:15
69:23 73:7
75:13 79:6,6
**136** 6:10
**139** 4:7
**13th** 70:3
**14** 5:23 67:3,5,5
67:16,19 68:13
69:12 70:6
73:6 79:6,7

Dennis Weisenburger, M.D.

**14th** 70:4
**15** 5:6 6:3 79:6
  82:11,12 83:12
**16** 5:7,8,10,11
  6:4 97:18,20
  98:1,13 99:21
**16-md-02741-...**
  1:6 2:6
**1659** 68:22
**17** 6:5 42:4,14
  43:3 44:3
  110:5,6,18
  132:5
**1736** 3:9
**18** 6:8 119:1,2,8
  119:25
**19** 1:15 2:16
  6:10 7:1,6
  11:11,22 12:17
  13:2,15,20
  17:17 100:6
  136:14,16
**19.26** 98:1,4,5
  98:11,13
  100:11
**19.5** 99:24
**19.7** 100:7
**1901** 3:4
**1960** 103:8
**1960s** 97:3,6
**1975** 97:21
**1992** 30:3,21
**1997** 77:17
**19th** 21:2

──────────
      **2**
──────────
**2** 5:4 11:8,9
  15:22,25
  135:16 142:7
**2(a)** 98:24
**2,4-D** 29:20
  63:16 74:12,24
  75:2
**2.3** 98:24
**2.49** 70:13 72:5
  73:15,18 74:4
**20** 5:12 28:4

**75:5** 101:14,20
  132:5
**200** 1:25 2:18
**2001** 63:21
**2003** 77:17
**2004** 77:17
**2005** 110:20
**2008** 67:1
**2014** 135:15,17
**2015** 97:21
**2016** 57:6
**2018** 1:15 2:17
  7:1,6 11:11,22
  16:5 20:5 22:4
  22:11,15 27:1
  134:24 142:11
  146:13
**2019** 135:19
**21** 12:20
**212.836.8572**
  3:20
**22nd** 134:24
**25** 5:14 28:4
**250** 3:19
**27** 17:19 20:5
  27:12 28:8
  42:14 43:2
**2741** 1:4 2:4
**28** 146:13
**28th** 22:7

──────────
      **3**
──────────
**3** 5:5 12:1,2,7,13
  12:15 13:4
  14:13 15:11,22
  15:25 59:14
  68:22
**3's** 15:13
**3.5** 72:18,20,23
  73:3
**3:16-cv-5813-...**
  1:8 2:8 7:10
**30** 5:16
**310.339.8214**
  3:6
**312.494.4435**
  3:16

**33.5** 101:11

──────────
      **4**
──────────
**4** 5:6 15:2,7,8,22
  15:25
**4's** 15:14
**4.6** 101:14
**40** 77:1
**45** 58:17 59:2
**459** 43:5
**460** 43:6 58:17
  58:24,25 77:10

──────────
      **5**
──────────
**5** 5:7 15:22,25
  16:2,3,14 17:4
  17:4 21:21
  22:9 23:20
**5,000** 11:24
**5,500** 13:5
**500** 47:6 49:7
**50s** 139:3
**54** 3:14 30:25
**55** 131:25 132:8
**55th** 3:19
**59** 5:18
**5th** 27:1 135:2
  142:11

──────────
      **6**
──────────
**6** 5:8 16:5,14
  21:21,22,25
  22:13 23:11,21
**60654** 3:15
**60s** 96:7,14
  139:4
**61** 30:25
**63** 5:21
**64** 101:14,21
  103:10 104:20
**65** 90:1 91:19
  96:13,18,24
  101:11,18,25
  103:9,11 104:8
  104:15
**67** 5:23

──────────
      **7**
──────────
**7** 4:6 5:10 12:25
  13:3,7 16:7,14
  16:17 17:7
  21:21 23:25
  24:1,3,25
**7.0** 100:10
**70** 125:15,18
  126:2,8
**700** 2:15 7:7
**70s** 139:4
**733** 119:11
**74** 104:5
**75** 104:7

──────────
      **8**
──────────
**8** 5:11 16:2,9,14
  16:18 21:21
  24:1 25:10
**8:34** 1:15 2:17
  7:1,7
**8:50** 19:21
**82** 6:3

──────────
      **9**
──────────
**9** 5:12 20:1,3,17
  20:21 21:3,15
  21:20 27:9
**9:11** 19:24
**9:59** 58:10
**90** 58:17 59:5
**94612** 3:5,10
**97** 6:4