**EXHIBIT 35**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Stevick v. Monsanto* (3:16-cv-2341) | |

# EXPERT REPORT OF

# DR. DENNIS D. WEISENBURGER

## SPECIFIC CAUSATION REPORT FOR MS. ELAINE STEVICK

I have reviewed the medical records and the pathology slides of the diagnostic biopsy (RWCS14-13468A and B; 12/29/2014) concerning the case of Elaine Stevick. I also conducted a telephone interview with her on 10/26/18. Ms. Stevick was a 63 year-old female speech pathologist when she presented to her physician on 12/24/14 with a history of slow cognitive decline over several months, confusion, recent difficulty walking and writing, and dizziness with nausea and vomiting over the last week. An MRI scan of the brain showed obstructive hydrocephalus due to a right posterior fossa cerebellar mass measuring 3.4 x 3.2 x 2.4 cm, with additional small lesions in the basal ganglia (6 x 4 mm) and possible left frontal lesions. An extensive workup for systemic disease was negative including a bone marrow exam. Her condition improved with corticosteroid treatment and a biopsy of the cerebellar mass on 12/29/14 showed an aggressive B-cell non-Hodgkin lymphoma (NHL), Epstein-Barr virus negative. I have personally reviewed these slides and they show diffuse large B-cell NHL. On 01/23/15, an MRI of the brain showed new lesions in the left frontal and parietal lobes, and the right frontal periventricular white matter. On 01/27/15, she was started on aggressive combination chemotherapy and she received 6 cycles over the next 6 months. On 07/15/15, an MRI scan of the brain showed no evidence of disease. She gradually recovered neurological function and was thought to be fully recovered and active by 07/18/16. Brain MRI scans have continued to be negative and she has continued to be in remission and fully active as of 10/26/18.

Ms. Stevick is an active gardener who used Roundup herbicide for weed control on her home property in Petaluma, CA, from June of 1989 through December of 2014, when she was diagnosed with NHL. She sprayed half of the property, about 2,650 square feet, once per month for 10 months of the year (March-December). She sprayed along the driveway, sidewalks and patio, as well as around her vegetable garden and rose beds, for about one hour each time. She used a hand pump sprayer with either a 1 or 3 gallon container and applied a mist spray to areas 75% of the time, and spot sprayed

weeds around her gardens 25% of the time. From June of 1989 to 2006, she primarily used Roundup concentrate that required mixing. Her husband would usually mix the herbicide, but she did the mixing about 10% of the time. From 2006-2014, she used Roundup Ready-to-Use Weed and Grass Killer in a one gallon container that did not require mixing. Each time, she sprayed 1.1-1.5 gallons of Roundup. She typically wore denim jeans and a long sleeve cotton shirt, tennis shoes and mini socks when spraying, but did not wear any protective clothing or equipment when mixing or spraying. She would sometimes get the spray on her hands, and she remembers 2-3 spills while mixing. She would wash her hands after application was finished. She usually wore the same clothes for the rest of the day until showering at night.

Ms. Stevick had extensive and significant exposure to Roundup herbicide during the 25.5 years of use. She used it 10 times per year (255 times) for about one hour each time. She is estimated to have used approximately 350 gallons (range, 330-380 gallons) of mixed Roundup during this time period. These exposures would place her in the high-risk category for the development of NHL (> 10 days of use, or > 2 days/year) with a greater than two-fold increased risk for NHL (1-3). In the study by Erickson et al (1), the NHL risk estimate was 2.36 (95% CI 1.04-5.37) for > 10 days of use, whereas the study by McDuffie et al (2) found a risk estimate of 2.12 (95% CI 1.2-3.73) for use > 2 days per year. In the NAPP study (3), the risk estimate for diffuse large B-cell NHL was 2.49 (95% CI 1.23-5.04) for use > 2 days per year. Ms. Stevick had no significant exposures to other pesticides or chemicals, and a careful review of her medical records and a personal interview by myself (10/26/18) revealed no other cause of her NHL. The latency period in this case (25.5 years) is consistent with a chemical etiology (4).

Therefore, I conclude that the findings in this case meet the criteria for specific causation. It is my opinion with a reasonable degree of medical certainty that the extensive and significant exposure to Roundup herbicide was a substantial factor contributing to the development of NHL in this case.

Dennis D. Weisenburger, MD

Professor, Department of Pathology

Date: 11/19/18

`Case 3:16-md-02741-VC   Document 2789-35   Filed 02/21/19   Page 6 of 6`

1. Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis. *Int J Cancer*, 2008. 123(7) p: 1657-1663.

2. McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health. *Cancer Epidemiol Biomarkers Prev*, 2001. 10(11) p: 1155-1163.

3. Pahwa M, Spinelli JJ, Freeman LB, et al. An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Sub-types in the North American Pooled Project (NAPP). *CSEB Conference*, 2015.

4. Weisenburger DD. Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies. *Cancer Res*, 1992. 52(19 Supplement) p: 5456s-5461s.