**EXHIBIT 36**

**Gebeyehou v. Monsanto**

**Expert Report of Lawrence R. Zukerberg, MD**

I am submitting this report in connection with claims brought by Mr. Sioum Gebeyehou regarding non-Hodgkin lymphoma.

I am Associate Professor of Pathology at Harvard Medical School and Associate Pathologist at Massachusetts General Hospital.  I am responsible for the pathology on approximately 4,000-5,000 patients per year; approximately half are hematopathology, which includes leukemia and lymphoma.  With respect to lymphoma patients, I make the diagnosis, classify the type and subtype of lymphoma, assess prognosis, and assist in planning therapy.  I have had a longstanding interest in lymphoma and been involved in numerous lymphoma studies.  I also attend lymphoma and leukemia tumor boards, which meet once a week to discuss interesting or problematic cases as part of a multi-disciplinary team.

I earned my bachelor's degree from Princeton University and my M.D. from the Rutgers School of Medicine.  I completed medical residency at the Massachusetts General Hospital and surgical pathology, hematopathology, and research fellowships at the University of Michigan Hospitals and Massachusetts General Hospital.  I am board certified in both Anatomic and Clinical Pathology.  I am a member of the United States and Canadian Academy of Pathology and Society of Hematopathology.  I am on the editorial board of the Journal of Hematopathology and the Journal of Experimental and Clinical Pathology.  My professional qualifications are more fully set forth in my curriculum vitae which is attached as Ex. A.

All of the opinions set forth in this report are held to a reasonable degree of medical certainty based on my education, training, experience, my review of the pathology and medical records, and my review of the relevant scientific and medical literature.  In preparing this report I have considered the materials listed on Ex. B, as well standard medical textbooks and references regarding pathology, hematopathology, and lymphoma, and my extensive medical and academic experience with these subjects.  My fees for work in this matter and a list of my prior testimony is set forth in Exhibit C. I reviewed medical records for Mr. Gebeyehou that are listed on Exhibit D.

Lymphoma and the pathology of lymphomas are well described in standard medical textbooks including Robbins and Cotran Pathologic Basis of Disease, Harrison's Principles of Internal Medicine, and Hematopathology.  A particularly important reference is the WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues, Fourth Edition.  These references provide some background for my opinion in this matter.

The following is a very abbreviated background for context.  Lymphocytes are an integral part of the immune response and divided into two major types:  B-cells and T-cells.  Non-Hodgkin lymphoma (NHL) is a neoplasm of mature B-and T-cells.  NHL is very common in the world and US comprising approximately 4% of all new cancer cases each year and a subtype known as diffuse large B-cell is the most common type of NHL, accounting for about 30-40% of NHL

1

cases.  Diagnostic criteria are described in the WHO classification.  Although certain risk factors for NHL have been identified, with rare exception, such as radiation exposure or certain types of infection or immunosuppression, the cause of a particular patient's NHL is unknown.  There is no accepted, validated scientific test or protocol for determining what caused or contributed to a patient's NHL.  A number of germline mutations predispose a patient to lymphoma (1).

Mr. Gebeyehou, born on ▮▮▮▮▮▮, is currently 79.  Symptoms leading to a diagnosis of diffuse large B-cell lymphoma (DLBCL), a subtype of NHL, began in late 2013, when he was 74 and included chronic sinusitis and paresthesias of the lower jaw.  MRI demonstrated retromaxillary soft tissue mass.

The patient has a history of atherosclerosis and a family history of cancer.  His mother died of ovarian cancer and his father also died of cancer, possibly liver cancer.  The patient has a past history of smoking (stopped in about 1971) and history of moderate alcohol use.  His work involved being a manager and planner of a nuclear power plant.

The tumor was biopsied on 2/4/14.  The pathology report indicates the biopsies of the left sinus and ethmoids showed diffuse large B-cell lymphoma.  The lymphoma cells were large and demonstrated B-cell markers including CD20 and CD79a as well as CD10 and BCL6.  Admixed T-cells were present.  Cytogenetic and FISH analysis demonstrated no rearrangement involving BCL6, MYC, or BCL2.  The lymphoma is best classified as a diffuse large B-cell lymphoma of germinal center type with a relatively good prognosis based on pathologic features.

Mr. Gebeyehou's pertinent medical history, including a timeline of his diagnosis and treatment, is summarized below.

In 2006 Mr. Gebeyehou had fluctuating hearing loss, left sided nasal congestion, and mucus secretions in his throat that needed constant throat clearing.  His hearing loss was attributed to chronic rhinosinusitis and termed "immune mediated fluctuating hearing loss".  He was treated with prednisone, nasarel, and sinus rinse kit.

On 1/24/14 an MRI noted there is an infiltrative enhancing soft tissue mass centered in the left retromaxillary region with invasion into the lateral pterygoid and temporalis musculature.  The mass had lobulated and irregular margins and measured approximately 3.3 x 2.7 x 3.8 cm. A smaller right retromaxillary enhancing mass and an enhancing intraosseous mass was noted at the posterior body and ramus of the right mandible measuring 2.6 x 1.1 x 2.3 cm. An ill-defined heterogeneous enhancing mass was noted at the superior aspect of the nasopharynx and might be contiguous with the left retromaxillary mass. Additional enhancing mass extended into the posterior ethmoids primarily on the left abutting the medial wall of the left orbit. All of the masses demonstrate enhancement and were compatible with malignancy.

On 1/30/14 a CT scan noted multilevel masses are present as demonstrated on the previous MRI exam.

On 2/3/14 a PET scan noted in the area behind the posterior wall of the left maxillary sinus, there was an irregular focus of increased uptake.  This abnormal increased uptake extended medially

2

into a small portion of the central sphenoid bone. The bilateral adrenal glands showed mild intensity increased uptake. There was mild intensity increased uptake in the right inguinal area. The remainder of the PET scan from the base of the skull through the mid-thigh appeared unremarkable.

On 2/4/14 a biopsy done by ENT was performed and the pathology was diffuse large B-cell lymphoma (DLBCL) as noted above.

On 2/12/14 a lumbar puncture (LP) was performed that noted no evidence of involvement by lymphoma.

The patient underwent 6 cycles of standard R-CHOP chemotherapy as detailed below. Intrathecal (IT) prophylaxis was done on three occasions.
- Cycle #1 R-CHOP - 2/11/14 - no issues
- Cycle #2 R-CHOP - 3/4/14 – complicated by PE –put on Lovenox
- Cycle #3 R-CHOP - 4/1/14 - no issues
- Cycle #4 R-CHOP - 4/22/14 - no issues
- Cycle #5 R-CHOP - 5/13/14 - 50% dose reduction of Vincristine due to neuropathy
- Cycle #6 R-CHOP - 6/4/14 - 50% dose reduction of Vincristine due to neuropathy
IT Therapy: Done with 3 doses on Feb 28th, March 6th, March 20th and held March 27th due to PE.

The patient was noted to be Hepatitis B virus core antibody positive and Hepatitis B-virus surface antigen and DNA negative consistent with cleared Hepatitis B-viral infection. Due to the hepatitis B-viral infection the patient was given Epivir daily during chemotherapy and for 3 months after.

On 7/29/14 a PET scan showed significant improvement in appearance of left retromaxillary lesion in comparison to the PET/CT of 2/3/14, indicative of treatment response. There was also interval resolution of right inguinal lesion. Mild adrenal uptake was noted and thought to be likely benign.

On 8/19/14 the patient underwent a repeat maxillary sinus, posterior biopsy to further evaluate treatment response and the pathology showed acute and chronic sinusitis and no evidence of lymphoma or malignancy.

On 8/25/14 an MRI showed interval improvement in the multiple enhancing lesions compared to 1/24/14. Enhancing soft tissue remains within the left pterygopalatine fossa, orbital fissure and foramen rotundum compatible with either scar and inflammation related to treatment and/or persistent tumor.

On 11/20/14 an MRI showed no significant interval change in the appearance or size of the enhancing soft tissue within the left pterygopalatine fissure extending into the left inferior orbital fissure and along the second division of the left trigeminal nerve and foramen rotundum consistent with resolution of lymphoma.

On 6/12/15 an MRI showed stable to slightly decreased enhancing soft tissue centered in the left prepontine fossa, pterygomaxillary fissure, and inferior orbital fissure and foramen rotundum with no evidence of disease progression.

On 12/10/15 an MRI showed no evidence of recurrent disease.

On 3/2016 an MRI of the lumbar spine was negative for lymphoma or malignancy.

I have reviewed Mr. Gebeyehou's biopsies, including the slides reviewed by Dr. Weisenberger, plantiff's expert (OAKS14 – 2493 D1-36 02/04/2014 & FLO14-670). In addition, I reviewed slides OAKS14-2493 D1-37 and E1-2. The slides show infiltration of the sinus tissue by large lymphoid cells with pale cytoplasm and round, irregular, and lobated nuclei with numerous admixed small lymphocytes. Report indicates the atypical cells stained positive for CD20, CD79a, CD10, BCL6 (subset), and CD30 and were negative for CD5 and MUM1. Numerous admixed CD3 and CD5 T-cells were present with greater number of CD4 than CD8 T-cells. Ki67 was 80%. BCL2, BCL6, and MYC rearrangements were not detected by FISH.

My findings and conclusions are as follows:

It is my opinion that Mr. Gebeyehou had diffuse large B-cell lymphoma (DLBCL) of germinal center phenotype with a relatively good prognosis when treated with standard chemotherapy. There is nothing in the morphology, the immunological characteristics, or the genomic analysis of Mr. Gebeyehou's lymphoma that implicates Roundup as causing or contributing to the cancer, nor is there is anything in his pathology, medical history, or clinical course that points to Roundup as the etiology. This is supported by a large prospective cohort agricultural health study, published in 2018 that found no association between glyphosphate use and DLBCL (1). This study controlled for co-exposures and other potential cofounders, investigated NHL subtypes that may have different etiologies (including DLBCL, the type of disease Mr. Gebeyehou had), investigated potential dose-responsive relationship, and eliminated the possibility of recall bias because pesticide use was ascertained prior to cancer diagnosis.

It is noteworthy that at the time Mr. Gebeyehou was diagnosed with DLBCL, blood tests revealed that he had previously been infected with viral hepatitis B (HBV) and required prophylaxis daily and for 3 months after treatment to prevent recurrence. Medical literature indicates that HBV infection, even if thought to be cleared, can predispose to DLBCL (2-4). In-vivo and in-vitro studies have shown that HBV can infect B-lymphocytes and be present in lymphoma tissue. Peripheral blood mononuclear cells may harbor HBV even if HBV DNA is not detected in the blood creating an occult infection. In fact, HBV eradication may not occur at all, which is why prophylaxis is given as in Mr. Gebeyehou's case. Significant higher rates of HBcAb were found in DLBCL patients then control patients in some studies indicating a basis of HBV infection in DLBCL, even if active HBsAg infection is not present. HBV particles can infect lymphocytes and integrate into the host genome predisposing to lymphoma, at a later time when the mutant cell is stimulated. During infection, and Mr. Gebeyehou was infected with HBV, as evidenced by HBcAb, even if he does not remember when (he testified that he thinks it may have been when he resided in Ethiopia, 1939-1969). HBV DNA integration may have

occurred predisposing him to lymphoma and chronic immune stimulation may have occurred, which also is causally related to lymphoma.

Most cases of DLBCL in elderly patients are considered idiopathic as the causative etiology is uncertain. Factors that are known to predispose to lymphoma include immunosuppression, viral infection, especially with EBV, and autoimmune disease. Autoimmune disease leads to chronic immune stimulation and Mr. Gebeyehou had chronic immune stimulation from his hepatitis B-viral infection and from his left sided predominant chronic rhinosinusitis. His lymphoma developed in the left maxillary sinus region in the similar region as the rhinosinusitis. Chronic immune stimulation increases the chances of accumulating mutations, which may occur from DNA repair deficiencies. Immunosuppression, which occurs in the elderly as well as with immunosuppressive drugs such as prednisone, which Mr. Gebeyehou was treated with, may decrease immune surveillance and allow cells with accumulating mutations to progress.

The patient also has a family history of cancer on both maternal and paternal sides. Many germline mutations predispose a patient and family members to multiple types of cancer including lymphoma and epithelial cancers. Germline variants from 49 genes were observed in DLBCL (5). Of these, 35 genes were involved in DNA repair including BRCA, TP53, CHEK2, etc. and most of these also predispose to epithelial cancers including ovarian cancer. DNA repair genes are well known to predispose patients and family members to a variety of cancers and are responsible for many hereditary cancer syndromes. Immunodeficiency related genes such as WAS, FAS, LIG4, etc., signal transduction genes such as RNF31, and transcription/chromatin remodeling genes such as TET2, KMT2a, TP63 can also predispose to epithelial cancers as well as DLBCL.

Reports of Drs. Nabhan, Shustov, and Weisenberger ignore or dismiss important factors that predisposed Mr. Gebeyehou to lymphoma and instead focus on his use of Roundup once every three weeks to bolster Mr. Gebeyehou's case. Genetics is the single most important factor in health and disease determination. This is recognized to a greater amount all the time and reflected in guidelines by national health agencies. Many of the recommended screening programs, risk analysis, and treatment paradigms for cancer, heart disease, inflammatory conditions, etc. rely on family history. Mr. Gebeyehou's mother died of ovarian cancer and his father from an undetermined cancer. As described above, numerous germline variants predispose to DLBCL as well as epithelial cancers such as ovarian and other cancer types. For that reason, plaintiff's experts do not have a valid basis for dismissing a potential genetic predisposition. In addition, his HBV infection, even though not active at the time of lymphoma diagnosis, autoimmune disorder and rhinosinusitis were also predisposing factors to the development of his DLBCL that cannot be ruled out. These factors are clearly more important than his use of Roundup, that has been shown to have no association with DLBCL in the largest most recent prospective study (1).

I reserve right to supplement or revise the foregoing if new information or records become available, and to respond to plaintiffs' experts, and to use graphics and demonstratives to explain and illustrate the opinions and bases for opinions discussed in my report.

5

Dated: 11/28, 2018

_____
Lawrence R. Zukerberg, M.D.

1.  Andreotti G, Koutros S, Hofmann JN et al.  Glyphosphate use and cancer incidence in the agricultural health study. J Natl Cancer Inst 2018;110:509-516.

2.  Wang F, Xu R, Han B et al.  High incidence of Hepatitis B-virus infection in B-cell subtype non-Hodgkin lymphoma compared with other cancers. Cancer 2007;109:1360-1364.

3.  Marucci F, Spada E, Mele A et al.  The association of hepatitis B virus infection with B-cell non-Hodgkin lymphoma – a review.  Am J Blood Res 2012;2:18-28.

4.  Wang Y, Wang H, Pan S et al.  Capable infection of hepatitis B virus in diffuse large B-cell lymphoma.  Journal of Cancer 2018;9:1575-1581.

5.  Leeksma OC, de Miranda NK, Veelken H.  Germline mutations predisposing to diffuse large B-cell lymphoma.  Blood cancer Journal 2017 FEB 7(2):e532.