UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 83: TIME LIMITS FOR TRIAL** |

As previously stated, each party will have 32 hours total to present its case during trial, including both Phase 1 and Phase 2, and including opening statements and closing arguments. As an outer boundary, each party is limited to 28 hours for Phase 1. If the parties are using the jury's time efficiently during trial and it appears that 32 hours will be insufficient, the Court will consider a short increase.

**IT IS SO ORDERED.**

Date:   February 21, 2019

Honorable Vince Chhabria
United States District Court