1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:      202-847-4030
Fax:     202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>*Hardeman v. Monsanto Co., et al.,*<br>3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.,*<br>3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.,*<br>3:16-cv-5813-VC<br>_____ | )<br>) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>)<br>) **MONSANTO COMPANY'S NOTICE OF**<br>) **FILING OF REPLACEMENT EXHIBITS**<br>) **TO THOSE PREVIOUSLY FILED**<br>) **UNDER SEAL**<br>)<br>)<br>) |

Please take notice that Monsanto Company ("Monsanto") hereby submits, pursuant to the

Court's oral orders at the February 13 and 15 hearings, this Notice of Filing of Replacement

Exhibits ("Notice") to replace exhibits attached to motions and other filings in this litigation that

- 1 -

the Court identified as over-redacted.  The parties have reached agreement regarding which documents each will be responsible for re-filing.  Monsanto understands that additional documents will be filed by plaintiffs on this date.  For the documents filed as attachments to this Notice by Monsanto, to the extent they contain redactions, all of the redactions are redactions made by Monsanto with one exception.  The 11/20/18 Expert Report of Dr. Sawyer, attached hereto as **Exhibit 2**,  includes redactions by plaintiffs on the Cover Page to the Table of Contents and Numbered pages 1 and 10 of that Report; the remaining redactions within that Report were made by Monsanto.

The discrete redactions Monsanto has made in the re-filed documents fit within three categories: (1) redactions to protect the identities of individuals from the European Union based on European privacy law; (2) redactions of individuals' contact information (e.g., phone numbers); and (3) redactions of confidential information regarding plaintiffs in lawsuits not pending before this Court in light of protective orders issued in the other jurisdictions.[1]  ***None of the discrete information that Monsanto has redacted is relevant to determination of the related motions to which the redacted exhibits relate.  The parties did not rely upon the redacted information in briefing of these motions.  Therefore, there is no need for the Court to make a sealing decision or to keep an unredacted copy under seal and any lodged, unredacted copies of these documents may be returned or destroyed just as the Court would not need to receive an unredacted copy of a document revealing an irrelevant Social Security number where a party redacts a Social Security number.***

Regarding category (1), the Court has indicated that the names of these individuals are "so peripheral to the case" that the Court would allow Monsanto to keep them under seal, although as Monsanto notes above there is no need for the Court to have an unredacted copy given that the information is irrelevant to the motions.  Tr. of the Feb. 15, 2019 Hr'g at 97:21-23, 98:6-8 ("[G]iven the relative lack of importance, I think, you know, it's probably not worth

---

[1] Certain depositions taken in lawsuits pending in other jurisdictions were submitted to this Court in connection with motions; however, the redacted personal information of those other plaintiffs is not relevant to the determination of the motions before this Court.

putting you-all through the trouble and heartache of dealing with that.").  Monsanto has also

previously filed with its administrative motions a declaration from Elisabeth Dehareng, an

attorney knowledgeable in European Union data privacy law, explaining the various reasons

under European law to redact these individuals' names in court filings.  *See*, *e.g.*, ECF No. 2413-

1, Ex. 1.  Furthermore, none of these European individuals' names were cited or relied upon in

any of the parties' filings, and the names mentioned in the exhibits supporting the parties'

pleadings are therefore not relevant to the motions themselves.

Regarding category (2), the parties agree that personal identifying information may

remain under seal.  This information is likewise not relevant to or cited in any pleadings.  The

Court also mentioned at both hearings that personal identifying information may be kept under

seal.  Tr. of the Feb. 13, 2019 Hr'g at 221:24; Tr. of the Feb. 15, 2019 Hr'g at 95:3-6.  Here too,

there is no need for the Court to have an unredacted copy given the redacted information is

irrelevant.

Regarding category (3), Monsanto has redacted solely personal information of third-party

plaintiffs from the *Hall* (Case No. 1622-CC0107 in the City of St. Louis) and *Adams* (Case No.

17SL-CC02721 in the County of St. Louis) cases.  Monsanto made those redactions in light of

protective orders in those cases that limit disclosure beyond those cases.

Below, Monsanto has identified which documents it is re-filing, either in unredacted form

or minimally redacted due to one or more of the three above-described rationales.

## I.   DOCUMENTS INCLUDED IN THIS FILING

### a.   Exhibits Filed with Monsanto's January 3, 2019 *Daubert* Motion Regarding Charles Benbrook (ECF 2417)

- Exhibit 1 of Motion to Exclude Benbrook (Benbrook MDL Expert Report Dated Nov. 20, 2018), attached hereto as **Exhibit 1.**

- Exhibit 6 of Benbrook *Daubert* Motion (Benbrook 5/23/2018 and 8/14/2018 Deposition Transcript), attached hereto as **Exhibit 3.**

- Exhibit 3 of Benbrook *Daubert* Motion (Benbrook 2/9/2018 Deposition Transcript), attached hereto as **Exhibit 4.**

**b. Exhibits Filed with Monsanto's January 30, 2019 Motion *in Limine* No. 6 (ECF 2616)**

- Exhibit 6 of Motion *in Limine* No. 6 (Benbrook MDL Expert Report Dated Nov. 20, 2018), attached hereto as **Exhibit 1.**

**c. Exhibits Filed with Monsanto's January 3, 2019 *Daubert* Motion Regarding William Sawyer (ECF 2418)**

- Exhibit 2 of Sawyer *Daubert* Motion (Sawyer MDL Expert Report Dated Nov. 20, 2018), attached hereto as **Exhibit 2.**

- Exhibit 9 of Sawyer *Daubert* Motion (Sawyer 10/16/2018 Deposition Transcript), attached hereto as **Exhibit 5.**

**d. Exhibits Filed with Plaintiffs' January 25 Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds and *Daubert* Motions Regarding Drs. Mills, Sawyer, and Benbrook (ECF 2559)**

- Exhibit 11 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY02067858), attached hereto as **Exhibit 35.**

- Exhibit 23 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY01594842), attached hereto as **Exhibit 36.**

- Exhibit 30 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY01030787), attached hereto as **Exhibit 37.**

- Exhibit 32 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY01030799), attached hereto as **Exhibit 38.**

- Exhibit 35 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY02117800), attached hereto as **Exhibit 39.**

- Exhibit 37 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY01228576), attached hereto as **Exhibit 40.**

- Exhibit 38 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY00999487), attached hereto as **Exhibit 41.**

- Exhibit 44 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY02932440), attached hereto as **Exhibit 42.**

- Exhibit 46 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY00890492), attached hereto as **Exhibit 43.**

- Exhibit 49 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY06253165), attached hereto as **Exhibit 44.**

- Exhibit 50 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY01192115), attached hereto as **Exhibit 45.**

- Exhibit 54 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY02913526), attached hereto as **Exhibit 46.**

- Exhibit 55 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY07107482), attached hereto as **Exhibit 47**

- Exhibit 57 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY00987755), attached hereto as **Exhibit 48.**

- Exhibit 58 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY03293245), attached hereto as **Exhibit 49.**

- Exhibit 59 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY03293245 (same as Ex 58)), attached hereto as **Exhibit 50.**

- Exhibit 76 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (MONGLY01075506), attached hereto as **Exhibit 51.**

- Exhibit 89 of Plaintiffs' Opp. to Monsanto's MSJ on Non-Causation Grounds and *Daubert* Motions (Benbrook Depo (Part 1, 2/8/18), attached hereto as **Exhibit 52.**

- Exhibit 88 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (Benbrook 2/9/2018 Deposition Transcript), attached hereto as **Exhibit 4.**

- Exhibit 4 of Plaintiffs' Opp. To Monsanto's MSJ (Monsanto's Response to Requests for Admission in *D. Johnson*), attached hereto as **Exhibit 6.**

- Exhibit 8 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (MONGLY01314233), attached hereto as **Exhibit 7.**

- Exhibit 24 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (MONGLY00904009), attached hereto as **Exhibit 8.**

- Exhibit 25 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (MONGLY01312107), attached hereto as **Exhibit 9.**

- Exhibit 26 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert*. (MONGLY03734971), attached hereto as **Exhibit 10.**

- Exhibit 27 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (MONGLY00878876), attached hereto as **Exhibit 11.**

- Exhibit 33 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (MONGLY02078597), attached hereto as **Exhibit 12.**

- Exhibit 36 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (MONGLY02145917), attached hereto as **Exhibit 13.**

- Exhibit 39 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert*(MONGLY01183933), attached hereto as **Exhibit 14.**

- Exhibit 41 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (MONGLY01041641), attached hereto as **Exhibit 15.**

- Exhibit 43 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (MONGLY02359008), attached hereto as **Exhibit 16.**

- Exhibit 47 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (MONGLY06262795), attached hereto as **Exhibit 17.**

- Exhibit 51 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert*-(MONGLY02062439), attached hereto as **Exhibit 18.**

- Exhibit 53 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert*- (MONGLY00989918), attached hereto as **Exhibit 19.**

- Exhibit 60 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (MONGLY02682357), attached hereto as **Exhibit 20**

- Exhibit 77 of Plaintiffs' Opp. To Monsanto's MSJ and *Daubert* (Expert Report of William Sawyer in *Johnson* case (dated Dec. 21, 2017), attached hereto as **Exhibit 21.**

- Exhibit 72 of Plaintiff's Opp. To Monsanto's MSJ and *Daubert*, attached hereto as **Exhibit 2.**

   e.  **Exhibits Filed with Monsanto's January 30 Motion *in Limine* No. 2 and Plaintiffs' Opposition to the Motion *in Limine* (ECF 2611)**

- Exhibit C of Plaintiffs' Opp. to MIL No. 2 (MONGLY00977264), attached hereto as **Exhibit 22.**

- Exhibit H of Plaintiffs' Opp. to MIL No. 2 (MONGLY02145917), attached hereto as **Exhibit 23.**

   f.  **Exhibits Filed with Monsanto's January 30 Motion *in Limine* No. 7 and Plaintiffs' Opposition to the Motion *in Limine* (ECF 2617)**

- Exhibit 7 of Plaintiffs' Opp. to MIL No. 7 (MONGLY01090874), attached hereto as **Exhibit 24.**

- 6 -

1
2

      g.  **Exhibits Filed with Monsanto's January 30 Motion *in Limine* No. 10 and Plaintiffs' Opposition to the Motion *in Limine* (ECF 2620)**

3
4

- Exhibit 2 of Plaintiffs' Opp. to MIL No. 10 (MONGLY01312109), attached hereto as **Exhibit 25.**

5
6

- Exhibit 3 of Plaintiffs' Opp. to MIL No. 10 (MONGLY01312093), attached hereto as **Exhibit 26.**

7

- Exhibit 4 of Plaintiffs' Opp. to MIL No. 10 (MONGLY06486905), attached hereto as **Exhibit 27.**

8
9

- Exhibit 7 of Plaintiffs' Opp. to MIL No. 10 (MONGLY01192115), attached hereto as **Exhibit 28.**

10

- Exhibit 15 of Plaintiffs' Opp. to MIL No. 10 (MONGLY00978962), attached hereto as **Exhibit 29.**

11
12

      h.  **Exhibits Filed with Monsanto's January 3 *Daubert* Motion to Exclude Testimony of Drs. Nabhan, Shustov, and Weisenburger (ECF 2620)**

13
14

- Exhibit 12 of Motion to Exclude on Daubert Grounds (Nabhan Deposition in *Adams*, dated 11/15/18), attached hereto as **Exhibit 30.**

15
16

- Exhibit 12 of Motion to Exclude on Daubert Grounds (Weisenburger Deposition in *Adams*, dated 11/26/2018), attached hereto as **Exhibit 31.**

17

      i.  **Exhibits Filed with Plaintiffs' January 11 Response to Monsanto's Specific Causation and *Daubert* Motions (ECF 2479)**

18
19

- Exhibit 21 of Plaintiffs' Response to Monsanto's Specific Causation and *Daubert* Motions (MONGLY01075506), attached hereto as **Exhibit 33.**

20
21

- Exhibit 33 of Plaintiffs' Response to Monsanto's Specific Causation and *Daubert* Motions (Connie Welch Deposition), attached hereto as **Exhibit 34.**

22

      j.  **Exhibits Filed with Plaintiffs' January 15 Letter Brief re Plaintiffs' Issue 1 (ECF 2492)**

23
24

- Exhibit 19 of Letter Brief re Plaintiff's Issue 1 (MONGLY00233235), attached hereto as **Exhibit 53.**

25
26

- Exhibit 21 of Letter Brief re Plaintiff's Issue 1 (MONGLY04278162), attached hereto as **Exhibit 54.**

27

      k.  **Exhibits Filed with Plaintiffs' January 15 Letter Brief re Plaintiffs' Issue 2 (ECF 2494)**

28

- Exhibit 2 of Letter Brief re Plaintiffs' Issue 2 (MONGLY01825807), attached hereto as **Exhibit 55.**

- Exhibit 6 of Letter Brief re Plaintiffs' Issue 2 (Deposition of Dr. Goldstein), attached hereto as **Exhibit 56.**

- Exhibit 8 of Letter Brief re Plaintiffs' Issue 2 (MONGLY02836502), attached hereto as **Exhibit 57.**

- Exhibit 10 of Letter Brief re Plaintiffs' Issue 2 (MONGLY07575511) attached hereto as **Exhibit 58.**

- Exhibit 12 of Letter Brief re Plaintiffs' Issue 2 (MONGLY07577414) attached hereto as **Exhibit 59.**

- Exhibit 13 of Letter Brief re Plaintiffs' Issue 2 (MONGLY04773726), attached hereto as **Exhibit 60.**

- Exhibit 14 of Letter Brief re Plaintiffs' Issue 2 (MONGLY07593368), attached hereto as **Exhibit 61.**

- Exhibit 15 of Letter Brief re Plaintiffs' Issue 2 (MONGLY07585581), attached hereto as **Exhibit 62.**

    **l.** **Exhibits Filed with Plaintiffs' January 15 Letter Brief re Plaintiffs' Issue 3 (ECF 2496)**

- Exhibit 11 of Letter Brief re Plaintiffs' Issue 3 (MONGLY02626553), attached hereto as **Exhibit 32.**

- Exhibit 3 of Letter Brief re Plaintiffs' Issue 3 (Deposition of Mark Martens), attached hereto as **Exhibit 63.**

    **m. Exhibits Filed with Monsanto's January 30 Motion *in Limine* No. 12 (ECF 2622)**

- Exhibit of Monsanto's Motion in *Limine* No. 12, attached hereto as **Exhibit 2.**

**II.**    **OTHER CONSIDERATIONS FOR THE COURT**

    **a. Monsanto is Not Re-Filing One Document Inadvertently Filed Under Seal and Asks that the Document Be Removed from the Docket.**

Monsanto respectfully requests that the Court remove from the docket the Deposition of William Sawyer (dated August 23, 2018). This document was inadvertently attached to Monsanto's Administrative Motion to Seal on January 3, 2018 (ECF No. 2413), but the

- 8 -

MONSANTO COMPANY'S NOTICE OF FILING OF REPLACEMENT EXHIBITS
3:16-md-02741-VC & 3:16-cv-0525-VC, 3:16-cv-2341-VC, 3:16-cv-5813-VC

document was not relied upon or cited by the parties.  Monsanto therefore asks that the Court remove the filing from its docket as it has not been attached as an exhibit to any of the pleadings before the Court and therefore is not relevant to the matters before the Court.

**b. Monsanto's Removal of Certain Redactions Is Not a Waiver of Future Arguments Regarding Redaction of Similar Types of Information.**

By removing certain redactions upon the Court's order, such as confidential formula information or the details of confidential business contracts, Monsanto is not waiving any arguments or its position that these types of information should be redacted in future filings. Monsanto submitted declarations in support of sealing regarding the confidential nature of this information prior to the Court's oral rulings.  While Monsanto has decided to comply with the Court's oral order as to this specific information under the particular circumstances here, Monsanto believes that product formulations are confidential, proprietary, and should not be made publicly available.  Monsanto does not waive any arguments regarding its position to seal or otherwise protect proprietary and confidential product formulations, confidential business contracts, proprietary and confidential research, or other proprietary and/or confidential information in the future.

Executed this 21st day of February 2019.

                                                        /s/ *Eric G. Lasker*_____

                                                        Brian L. Stekloff (*pro hac vice*)
                                                        (bstekloff@wilkinsonwalsh.com)
                                                        Rakesh Kilaru (*pro hac vice*)
                                                        (rkilaru@wilkinsonwalsh.com)
                                                        WILKINSON WALSH + ESKOVITZ LLP
                                                        2001 M St. NW
                                                        10th Floor
                                                        Washington, DC 20036
                                                        Tel:    202-847-4030
                                                        Fax:    202-847-4005

                                                        Pamela Yates (CA Bar No. 137440)
                                                        (Pamela.Yates@arnoldporter.com)
                                                        ARNOLD & PORTER KAYE SCHOLER
                                                        777 South Figueroa St., 44th Floor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*