# EXHIBIT 10

Message

| | |
|---|---|
| **From:** | HEYDENS, WILLIAM F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| **Sent:** | 9/16/1999 6:18:36 PM |
| **To:** | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉'KIER, LARRY D [NCP/1000]' [/O=MONSANTO/OU=GLB-STL/CN=LEGACY ADDRESSES/CN=33322]; 'FARMER, DONNA R [FND/1000]' [/O=MONSANTO/OU=GLB-STL/CN=LEGACY ADDRESSES/CN=180070] |
| **CC:** | 'HEYDENS, WILLIAM F [FND/1000]' [/O=MONSANTO/OU=GLB-STL/CN=LEGACY ADDRESSES/CN=230737] |
| **Subject:** | RE: Parry report |

 All,

I have read the report and agree with the comments - there are various things that can be done to improve the report.

However, let's step back and look at what we are really trying to achieve here. We want to find/develop someone who is comfortable with the genetox profile of glyphosate/Roundup and who can be influential with regulators and Scientific Outreach operations when genetox. issues arise. My read is that Parry is not currently such a person, and it would take quite some time and $$$/studies to get him there. We simply aren't going to do the studies Parry suggests. ▉▉▉▉ do you think Parry can become a strong advocate without doing this work Parry?  If not, we should ***seriously*** start looking for one or more other individuals to work with.  Even if we think we can eventually bring Parry around closer to where we need him, we should be currently looking for a second/back-up genetox. supporter.  We have not made much progress and are currently very vulnerable in this area.  We have time to fix that, but only if we make this a high priority now.

Bill

> -----Original Message-----
> **From:** ▉▉▉▉▉▉▉▉▉▉▉▉
> **Sent:** Thursday, September 16, 1999 2:02 AM
> **To:** KIER, LARRY D [NCP/1000]; FARMER, DONNA R [FND/1000]
> **Cc:** HEYDENS, WILLIAM F [FND/1000]
> **Subject:** Parry report
> **Importance:** High
>
> Larry and Donna,
>
> I would like to get some feedback to Jim Parry on his report. I sent you my comments but didn't get a reaction. Can I get your opinions and then have a discussion on the action to take?
>
> Regards, ▉▉▉▉

MONGLY03734971