# EXHIBIT 14

Message

| | |
|---|---|
| **From**: | FARMER, DONNA R [AG/1000] [/o=Monsanto/ou=NA-1000-01/cn=Recipients/cn=180070] |
| on behalf of | FARMER, DONNA R [AG/1000] |
| **Sent**: | 8/7/2015 6:52:42 PM |
| **To**: | 'Ashley Roberts Intertek' [███████@intertek.com] |
| **Subject**: | RE: Keith |
| **Attachments**: | Document List.docx |

Ashley attached is a list of document I will be sending you for the Animal Bioassay Expert Group.

If they need other references, publications please let me know.

Donna

> **From:** Ashley Roberts Intertek [mailto:███████@intertek.com]
> **Sent:** Thursday, August 06, 2015 10:15 AM
> **To:** FARMER, DONNA R [AG/1000]
> **Subject:** RE: Keith
> **Importance:** High
>
> Thanks Donna,
>
> Please could you let me know in a sentence what we will be providing to the Animal Bioassay Expert group. I just need this information to finalise an email to sir Colin regarding the Charge to this group. I would like to send this to him ASAP as I have a couple of messages with him I need to deal with. I can also let him know that this background information will be provided to him for circulation either tomorrow or next week.
>
> Look forward to receiving your reply.
>
> Best Wishes

Confidential - Produced Subject to Protective Order

MONGLY01183933

Ashley


**Ashley Roberts, Ph.D.**
Senior Vice President
Food & Nutrition Group
Intertek Scientific & Regulatory Consultancy
Tel: 
Fax:
E-mail:

2233 Argentia Road, Suite 201
Mississauga, Ontario  Canada L5N 2X7


**From:** FARMER, DONNA R [AG/1000] [mailto:█████████@monsanto.com]
**Sent:** August-06-15 11:05 AM
**To:** HEYDENS, WILLIAM F [AG/1000]; Ashley Roberts Intertek
**Subject:** RE: Keith

If you look at the williams et al. there was an assessment of exposure of the POEA and I think the BfR did one as well. I will check.

Marian and I are meeting either today or tomorrow to talk about exposure and I will follow up with her.

Also Ashley I am pulling together the background info for the animal section and will sent that to you later today or tomorrow.

After I meet with Marian I will pull the exposure info together and get that off early next week.

I will be sending the documents to you via Intralinks Courier because of the large size of some of them.

> **From:** HEYDENS, WILLIAM F [AG/1000]
> **Sent:** Thursday, August 06, 2015 9:55 AM
> **To:** 'Ashley Roberts Intertek'; FARMER, DONNA R [AG/1000]
> **Subject:** RE: Keith

Confidential - Produced Subject to Protective Order                                                                                                                  MONGLY01183934

Ashley,

I think the short answer is no. The focus of this is what is the carcinogenic potential of glyphosate.

That said, the surfactant in the formulation will come up in the tumor promotion skin study because we think it played a role there.

-----Original Message-----
**From:** Ashley Roberts Intertek [@intertek.com]
**Sent:** Thursday, August 06, 2015 09:47 AM Central Standard Time
**To:** FARMER, DONNA R [AG/1000]; HEYDENS, WILLIAM F [AG/1000]
**Subject:** Keith

Hi Donna/Bill,

Just received a question from Keith in response to my email message on the exposure piece this morning.

He has asked if we need to give any consideration to exposures of formulants in the commercial product, at least in applicators? I was under the impression these were inert but reading a response this morning in the Ecologist makes it sound like it is the combination that is toxic!!!

What do you think?

Thanks

Ashley

**Ashley Roberts, Ph.D.**
Senior Vice President
Food & Nutrition Group
Intertek Scientific & Regulatory Consultancy
Tel:
Fax:
E-mail:

2233 Argentia Road, Suite 201
Mississauga, Ontario  Canada L5N 2X7

Confidential - Produced Subject to Protective Order                                                    MONGLY01183935

Valued Quality. Delivered.

CONFIDENTIALITY NOTICE

This email may contain confidential or privileged information, if you are not the intended recipient, or the person responsible for delivering the message to the intended recipient then please notify us by return email immediately. Should you have received this email in error then you should not copy this for any purpose nor disclose its contents to any other person.

http://www.intertek.com

Confidential - Produced Subject to Protective Order                                             MONGLY01183936