# EXHIBIT 15

Message

**From:** Ashley Roberts Intertek [                @intertek.com]
**Sent:** 1/21/2016 4:00:44 PM
**To:** HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=230737]
**Subject:** FW: Genotoxicity Panel Final Manuscript
**Attachments:** Formatted Expert Panel Genotoxicity Paper V 6. 5 with final changes 1-21-16.doc

Hi Bill,

Please find attached the genetox report for your review.

I did receive back Helmut's comments on the animal bioassay report so just need to make sure everything is now covered along with the references abstract etc.

Best Wishes

Ashley

**Ashley Roberts, Ph.D.**
Senior Vice President
Food & Nutrition Group
Intertek Scientific & Regulatory Consultancy
Tel: +1 905-
Fax: +1 905-
E-mail:            @intertek.com

**From:** David Brusick [mailto:          @aol.com]
**Sent:** January-21-16 10:50 AM
**To:** Ashley Roberts Intertek
**Cc:** ldkier@q.com;                                    mjaardema@         ;           @nymc.edu
**Subject:** Genotoxicity Panel Final Manuscript

Confidential - Produced Subject to Protective Order                                                                                       MONGLY01041641

Ashley

Attached is the final version of the Genetic Toxicology paper. It has been reviewed and approved by the panel members.

This version contains an Executive Summary, that may be unique to our report. It seems to fit nicely in the paper, but can be omitted if

the Journal editors feel it is inappropriate.

Please feel free to contact me if you have any questions or suggestions.

David Brusick

Valued Quality. Delivered.

CONFIDENTIALITY NOTICE

This email may contain confidential or privileged information, if you are not the intended recipient, or the person responsible for delivering the message to the intended recipient then please notify us by return email immediately. Should you have received this email in error then you should not copy this for any purpose nor disclose its contents to any other person.

http://www.intertek.com