# EXHIBIT 21

**TCAS**

**Toxicology Consultants & Assessment Specialists, LLC**

6450 Pine Avenue, Sanibel, FL 33957

29 Fennell Street, Skaneateles, NY  13152

(239) 472-2436 [FL]  (315) 685-2345 [NY]  (800) 308-0080

E-mail: drsawyer@experttoxicologist.com & Website: experttoxicologist.com

Toxic Exposures · Environmental Testing · Risk Assessment · Forensic Toxicology · Causation Evaluation

**Toxicological Assessment of Dewayne Johnson and Toxicological Risk Assessment of Glyphosate and Roundup® and Ranger PRO® Formulations**

William R. Sawyer, Ph.D., D-ABFM

Toxicologist

December 21, 2017

Prepared for

Michael J. Miller, Esq.

Jeffrey A. Travers, Esq.

Timothy Litzenburg, Esq.

The Miller Firm, LLC

108 Railroad Avenue

Orange, VA  22960

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 2

# Table of Contents

**Executive Summary** ........................................................................................... 5
**Part A: Dewayne Johnson Medical History** ......................................................... 8
  Background ........................................................................................................ 8
  Medical Chronology............................................................................................ 9
  Employment History .......................................................................................... 21
  Deposition of Dewayne Johnson: December 8, 2017 ........................................23
    Acute Exposure Characterizations .................................................................23
    Chronic Exposure Characterizations................................................................24
    Medical Symptoms and Treatment...................................................................26
    Background and Employment-Related Information ...........................................27
    Supplemental Information ................................................................................29
  Workman's Compensation Deposition (dated October 28, 2015) ......................30
  Evaluation of Stuart Shear, MD, Dermatologist Dated September 5, 2016 .........34
**Part B: Introduction to Glyphosate** ...................................................................35
  Glyphosate (Roundup® and Ranger PRO®) History and Use .............................35
    Modes of Action and Safety Considerations....................................................36
    Glyphosate (Roundup®) Formulations: Chemical and Physical Information ......37
  Toxicological Considerations of Exposure and Dose .........................................42
  Glyphosate Exposure ........................................................................................42
    Systemic Dose................................................................................................42
    Routes of Exposure .........................................................................................43
      Ingestion ....................................................................................................43
      Inhalation ...................................................................................................43
      Dermal Absorption .....................................................................................44
    Mechanisms of Absorption..............................................................................45
      The Dermal Barrier.....................................................................................45
      Percutaneous Absorption of Glyphosate ....................................................47
      Percutaneous Absorption Models................................................................48
        *In Vivo* Measurement Methods ...............................................................49
        *In Vitro* Measurement Methods ...............................................................49
        Other Measurement Models and Methods................................................50
        Dosing Techniques and Measurement Considerations..............................51
    In Vitro Dermal Absorption of Herbicides through Rat versus Human Skin ......52
    Monsanto In Vitro Absorption Study of Glyphosate .........................................52
  Dermal Absorption and Pharmacokinetic Studies of Glyphosate .......................55
    Models Used to Measure Glyphosate Dermal Absorption ...............................55
      Maibach Study (1983) ................................................................................55
      Wester, et al., Study (1991)........................................................................58
      Studies, Reviews & Articles Impacted by Wester and Maibach Studies ......61
      Regulatory Guidance on Dermal Absorption and Recovery........................67
      Errors and Omissions in Monsanto Communications .................................68
      Monsanto Communications Summary........................................................73
  Factors Intensifying Dermal Absorption of Glyphosate .......................................74

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 3**

Co-Formulants .................................................................................................................74
Surfactants ....................................................................................................................76
   Indirect Disclosures of Surfactant and Co-Formulant Toxicity.......................................78
   Examples of Surfactant and Co-Formulant Toxicity .......................................................79
   Regulatory Considerations Based on Surfactant and Co-Formulant Toxicity.............80
Monsanto TNO Dermal Penetration Study with Co-Formulant Cocoamine ....................81
Humectants ...................................................................................................................86
Adjuvants ......................................................................................................................86
Enhanced Absorption Due to Skin Damage ....................................................................87
   Glyphosate's Role in Skin Damage ................................................................................87
Lack of Personal Protective Equipment (PPE) .................................................................88
Other Factors Increasing Dermal Absorption ..................................................................89
**Part C: Toxicological Assessment of Glyphosate Carcinogenicity**....................................91
Methodology....................................................................................................................91
Regulatory Considerations .............................................................................................91
Evaluation of Carcinogenic Potential Using Animal Models ............................................92
   Review of OPP Cancer Bioassay Study Results .............................................................93
   FIFRA Scientific Advisory Panel Review ........................................................................96
      OPP's "Novel" Assessment Method ........................................................................96
      Assessment of OPP Conclusions ............................................................................97
   Chronic Studies and Cancer Bioassays in Animals - Oral Studies ...................................97
   Carcinogenicity in Chronic Dietary Studies ....................................................................99
      Carcinogenicity Studies in Rats .................................................................................99
         Burnett, et al., 1979 ...........................................................................................99
         Lankas, 1981 ...................................................................................................100
         Pavkov and Wyand, 1987................................................................................101
         Stout and Ruecker, 1990 .................................................................................102
         Atkinson, et al., 1993 .......................................................................................104
         Suresh, 1996 ...................................................................................................104
         Entomoto, A. (1997) ........................................................................................106
         Brammer, 2001 ................................................................................................106
         Wood, et al., 2009a .........................................................................................107
      Summary of Rat Carcinogenicity Studies ................................................................108
      Carcinogenicity Studies in Mice.............................................................................111
         Knezevich and Hogan, 1983.............................................................................111
         Pavkov and Turnier, 1987................................................................................113
         Atkinson, et al., 1993 .......................................................................................113
         Sugimoto, K., 1997 ..........................................................................................114
         Kumar, 2001....................................................................................................116
         Wood, et al., 2009b .........................................................................................117
      Summary of Mice Carcinogenicity Studies ..............................................................118
**Part D: Glyphosate Carcinogenicity Assessment** ..........................................................121
Introduction ....................................................................................................................121
Dose-Response Data ......................................................................................................122
   Dose Adjustments and Extrapolation Method(s) ...........................................................123
Cancer Slope Factor .......................................................................................................125

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 4**

Glyphosate Potential for Genotoxicity ........................................................125
Modeling: Cancer Slope Factor...................................................................127
Assessment of Dose-Dependent Linear Extrapolation and Saturation Potential............132
Low Dose Linear Extrapolation versus. Kinetically-Derived Maximum Dose .................135
Glyphosate Biomonitoring and Dose Measurements ....................................137
Recent Glyphosate Risk Assessment Results .................................................143
Consideration of Recent IARC Classification ...............................................144
Cancer Risk Assessment Results: Cancer Slope Factor (CSF) Basis ...............................145
Cancer Risk for Herbicide Applicators and the General Population................................145
Cancer Risk to the U.S. General Population via Dietary Exposure................................145
Cancer Risk to Glyphosate Applicators ......................................................147
Derivation of Dermal Toxicity Values ........................................................149
**Part E: Dose Calculations Relevant to Dewayne Johnson**...............................................155
IARC Classification of Glyphosate Carcinogenicity, Prevalence & Latency.......................157
NHL Latency Estimates .............................................................................160
**Summary of Objective Toxicological Factors** .....................................................162
**Toxicological Conclusions**............................................................................166
**Appendix A: Using EPA Software to Calculate Cancer Slopes** .......................................A-1
Malignant Lymphoma in Male CD-1 Mice Exposed to Glyphosate....................................A-2
Lymphomas in Male CD-1 Mice Exposed to Glyphosate .........................................A-5
Hemangioma in Male CD-1 Mice Exposed to Glyphosate .......................................A-8
Mammary Gland Tumors in Female Wister Rats Exposed to Glyphosate........................A-11
Liver Adenomas in Male Wister Rats Exposed to Glyphosate ..........................................A-14
Pancreatic Islet Cells Adenoma in Male Sprague Dawley Rats Exposed to Glyphosate ...A-17
Testicular Interstitial Tumors in Male Sprague-Dawley Rats Exposed to Glyphosate .......A-20
**Appendix B: Curriculum Vitae of Dr. William R. Sawyer** ...................................................B-1

# Executive Summary

- **History:** Available from Monsanto since 1974, glyphosate is a non-selective herbicide used on both food crops (either prior to planting or just prior to harvesting) and non-food crops. Since that time, use of glyphosate (the active ingredient in Roundup®) has greatly expanded and is now used in conjunction with genetically modified organisms (GMOs) present in agriculture, forestry, industrial rights-of-way and residential applications worldwide. The IARC (International Agency for Research on Cancer) recently classified glyphosate as a *"probable human carcinogen."*

- **Complaint:** Filed by Mr. Dewayne Johnson, the complaint alleges that he has been repeatedly exposed to glyphosate contained within Monsanto Roundup® formulations and Ranger PRO® in his workplace without adequate warning of its carcinogenicity. Mr. Johnson states that his exposures initiated in June of 2012 through the summer of 2015.   He was diagnosed with T-cell lymphoma[1] in August of 2014 while he continued to use the products and his condition worsened.  He applied Roundup a minimum of 20-40 days per year, but deposition testimony reports a higher application frequency.[2]  Each application lasted several hours. His exposures also included some severe acute exposures including the soaking of his upper body with glyphosate.

- **Exposure:** Toxicologists generally focus on three primary routes of exposure: ingestion, inhalation and dermal absorption. This toxicological assessment is primarily concerned with dermal absorption of glyphosate. Aspects of absorption are explored in some detail.

- **Absorption Characteristics:** Dermal contact can occur during mixing, loading and application as well as accidental equipment failures such as hose disconnections or re-entry after application. Monsanto has attempted to claim (unsuccessfully) that dermal penetration through human skin is lower than in rat skin. It is not. Additionally, there is evidence of omissions in Monsanto-sponsored dermal absorption study data

---

[1]  Final diagnosis was that of a CD4 folliculotropic and syringotropic mycosis fungoides with granulomatous features.  It should be noted that mycosis fungoides is not related to mushrooms or is the disease a fungal infection, but rather, a form of non-Hodgkin's lymphoma (NHL).

[2]  Mr. Johnson's deposition testimony details a substantially higher frequency of glyphosate use.

which purport to reduce the apparent percentage of glyphosate absorbed thus bringing the value below the minimum required for regulatory approval.

- **Absorption Factors:** Additives within Roundup® formulations increase glyphosate dermal absorption. These include (a) "co-formulants" (ingredients other than glyphosate) such as surfactants (compounds which lower surface tension) and humectants (to inhibit moisture loss) and (b) adjuvants (chemicals which modify the effect of other agents). Other factors affecting absorption include skin damage such as lesions, cracks and other irregularities, lack of personal protective gear, etc. Co-formulants are of particular concern as they can be more toxic than glyphosate itself.

- **Pharmacokinetics:** This refers to the amount and the rate at which a substance is directly absorbed, distributed and metabolized by the body and how much is excreted. While normally an objective measurement, there are examples cited herein showing that the percent absorbed versus excreted is higher than that purported by the manufacturer. Additionally, Monsanto (knowingly or unknowingly) has regularly misstated glyphosate dermal absorption recovery in its communications. These are regarded as pertinent issues with respect to credibility and weight of evidence.

- **Industrial Secrecy:** IARC relied solely on *independent research* to render its conclusion. Monsanto-sponsored studies played little or no part in the IARC classification ruling. Similarly, this toxicological assessment has primary relied upon independent studies though Monsanto-sponsored studies were also assessed, noting inconsistencies and consistencies where appropriate.

- **Regulatory Considerations:** Regulatory rulings play a role no more or less important in a toxicological assessment than any other objective evidence. It is noteworthy that there is presently disagreement within the U.S. EPA itself with respect to some of the issues raised in this assessment. Although the State of California listed glyphosate as a carcinogen on July 7, 2017, *this toxicological assessment does not assume any position of advocacy*. The opinions expressed herein are based on objective, reliable evidence without deviation from the assessment methodology.

- **Carcinogenic Studies:** This assessment takes into account numerous studies and cancer bioassays in animals as well as chronic dietary studies and carcinogenicity

studies in rats and mice. The results of each study were assessed on their merits and their review occupies a considerable portion of this report.

- **Human Epidemiological Studies:** Due to the volume of epidemiological studies as well as the need for a fully qualified epidemiological assessment, I will be deferring any detailed epidemiological opinions in this matter to Christopher J. Portier, Ph.D., Director of the National Center for Environmental Health and Director of the Agency for Toxic Substances and Disease Registry (ATSDR); Beate Ritz, M.D., Ph.D., Professor of Epidemiology at the University of California, Los Angeles (UCLA) Fielding School of Public Health and former chair of the UCLA Epidemiology Department; and Alfred I. Neugut, M.D., Ph.D., Professor of Cancer Research and Professor of Medicine and Epidemiology at Columbia University.

- **Animal Carcinogenicity Studies:** The toxicological methodology for carcinogenic assessment is specific and was applied consistently herein as standard risk assessment criteria. This includes dose-response data, extrapolation methods, potential for genotoxicity and other considerations. Extensive footnotes have been inserted throughout.

- **Animal and Human studies:**  It is my opinion to reasonable toxicological certainty that correct application of the U.S. EPA methodology results in a finding from the available animal studies, as referenced herein, that glyphosate is probably carcinogenic.  Additionally, the prevailing objective human epidemiological evidence (as summarized in this assessment and as documented within the epidemiological expert reports and noted in numerous citations) <u>supports</u> the contention that glyphosate is a human carcinogen in doses applied in real world applications. Additionally, adjuvant formulations and various mixtures of glyphosate have greater potential for carcinogenic health risks primarily due to <u>increased</u> dermal absorption.

- **Cancer Risk:** Cancer risk is the outcome of pragmatic application of the assessment methodology per U.S. EPA guidelines. The calculated cancer risk ranges from a low of **$9.8 \times 10^{-5}$** (lowest dietary exposure) to a high **of $6.1 \times 10^{-4}$** (for applicators) based on applicator dose measurements. A full mathematical analysis is presented on page 107. Appendix A shows how the cancer slope factor was derived using U.S. EPA modeling software designed for this purpose.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 8

- **Toxicological Conclusions:** Mr. Dewayne Johnson was diagnosed with mycosis fungoides (an infrequently encountered, rare T-cell lymphoma) approximately 2.25 years following his frequent mixing and application duties applying glyphosate herbicides for the Benicia Unified School District.   Mycosis fungoides is a rare malignancy encountered in only 5.6 persons per million.   Mr. Johnson's absorbed dose of glyphosate was within the range of that encountered within the generally accepted toxicological and epidemiological literature among hydraulic applicators.   Review of Mr. Johnson's medical records, deposition testimony and history fails to reveal any family history, genetic predisposition, prior occupational chemical exposures or lifestyle risk factors that increased his likelihood of developing this lymphoma other than his exposure to glyphosate.

  Based on the documented and inherent properties of glyphosate to produce lymphoma in animal studies as well as the results of statistically significant human epidemiological studies, I am certain to reasonable toxicological certainty that Mr. Johnson's glyphosate exposures induced or significantly contributed to the onset of his T-cell lymphoma.

# Part A: Dewayne Johnson Medical History

## Background

Mr. Dewayne Johnson was born on January 20, 1972, (current age 45) in Vallejo, California, where he currently lives.   He is African-American.  His weight as of 2014 was noted as 162 pounds.  He has no known allergies.  Other than a possible hernia repair in the past, there is no other surgical history noted.

His family history is significant for a 70 year old mother with cardiovascular disease.  His father died at age 80 with Alzheimer's disease and cardiovascular disease.  His siblings are healthy although one has Crone's disease.   His three children, ages 8-21, are reportedly all healthy.

Of particular interest, his family history is uniformly negative for lymphoma, leukemia, skin cancers, dermatitis, allergies and/or asthma.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 9**

Mr. Johnson occasionally consumes alcohol.  He is a short-term smoker who began smoking in 2004 and quit in March 2006, although there are some records that record him as a "never" smoker.   He has never used illicit drugs or been in the military.

## Medical Chronology

The following physicians are noted in the Chronological Medical Records (Table 1).

- Kim, Youn-Hee, MD – Cutaneous T-Cell Lymphoma clinic at Stanford

- Ofodile, Onaopemipo, MD - Dermatologist at Permanente Medical Group

- Thach-Guaim, Truoung, MD – Oncologist at Permanente Medical Group

- Tsai, Eunice, MD – Cutaneous lymphoma specialist at Kaiser

**Table 1**

**Dewayne Johnson: Chronological Medical Records**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|------|-----------|--------------------|-----------|
| 9/26/13 | Regional Medical Center of San Jose | Motor vehicle accident (MVA) with left knee injury (abrasions); left side chest pain (possibly abrasions due to seatbelt) | Left shoulder abrasion, right shoulder contusion and left knee abrasion. No other pathology noted. Discharged. It was determined on 8/21/15 after a medical chart review that none of his symptoms after this date were related to this MVA. (pg. 896/1233) |
| 4/30/14 | | Estimated date of exposure to Ranger Pro® chemical | Treated with prednisone and "*a cream.*" |
| 6/23/14 | LaClinica (Urgent Care) | Presents with rash; affected areas are scattered on body including scalp, neck, arms, elbows, hands, chest, back, trunk, abdomen, groin, buttocks, legs, knees. Described as scaly. | Diagnosed with tinea corporis; prescribed terbinafine, prednisone 10 mg, cephalexin 500 mg. |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 10**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|------|-----------|--------------------|-----------|
| 7/23/14 | Permanente Medical Group | Noted use of pesticide Ranger Pro® for 2 years at work. Pesticide exposure on left side of face. Did not develop any skin irritation at that time. However, developed skin rash to body (trunk, both arms and legs, not face) about 1 month after incident with itching. (Date of incident noted as 4/30/14 – three months prior to this date.[3]) | Atopic dermatitis, eczema.  Physician writes "*it is my opinion that the patient's current medical condition, more likely than not, was not caused or aggravated by factors of employment based on MSDS of the pesticide, timing and clinical irritations.*" |
| 7/29/14 | Permanente Medical Group | Finger caught between a motor and cage on sprayer[4] at work; smashed by cage. Stated "*a few pounds of pressure got me at once.*" Pain and swelling | Crush injury of left hand/laceration; prescribed ibuprofen. |
| 8/1/14 | | Presents for rash (scattered) lasting several months which started on his legs. No recent medications or travel. Describes affected areas as stinging. Aggravating factors include sweating. Relieving factors include oral steroids/ not relieved by antifungal cream. | Notes scalp with hyper-pigmented patches; trunk, arms, legs, buttocks with diffusely scattered annular erythematous scaly patches. Biopsy of right thigh collected.  Consideration of psoriasis v. pityriasis rosea v. syphilis? |

---

[3] Sought additional treatment on this date because rash seemed worse upon re-exposure.

[4] Sprayer reportedly on the back of his truck.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 11

| Date | Physician | Complaint/Symptoms | Diagnosis |
|---|---|---|---|
| 8/4/14 | University of California at San Francisco (UCSF) | Pathology report | Right thigh biopsy "*epidermotropic T cell lymphoma with an unusual immunophenotype, IHC CD3+, CD7+, CD56+/- (gamma/delta stain) and negative for CD4, CD8, CD30 and Beta F1 (usually + in alpha/beta T cells), FISH negative for EBV m RNA. Coupling the results of these stains with the findings on H&E section, this specimen appears to represent a cytotoxic and epidermotropic T cell lymphoma. Furthermore, the GM3 and partial CD56 positivity point to a gamma/delta T cell lymphoma. Gamma/delta T cells typically behave in an aggressive fashion. Nevertheless, there are rare case reports of both GM3 and CD56 positivity in mycosis fungoides so cannot be excluded.*" |
| 8/18/14 | Solano Dermatology. | Presents with widespread non-pruritic papulosquamous eruption of several months duration, minimally relieved by oral steroids. | "*Unusual cutaneous lymphoma.*" Biopsy consistent with gamma/delta T cell lymphoma. Referred to UCSF cutaneous lymphoma clinic |
| 8/26/14 | UCSF Dermatology | Initial consultation for evaluation of diffuse papulosquamous rash concerning for cutaneous lymphoma | History of Present Illness states that Mr. Johnson first noticed a skin rash on chest/trunk and face in the fall of 2013 which he initially thought was due to his detergent; however changing to a hypoallergenic detergent did not have a significant effect. Noted waxing and waning of rash. "*Three months ago started to note the rash spreading through body and becoming significantly more scaly with itch and occasional stinging sensation.*" |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 12**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|------|-----------|--------------------|-----------|
| 9/30/14 | University of California at SF (UCSF) | Undergoing workup | Widespread papulosquamous eruption for over the past year which has become more pronounced in the last 3 months. Biopsy consistent with CTCL that is GM3+ and Beta F1 negative. Pathology differential includes mycosis fungoides mycosis fungoides) with an unusual and cytotoxic immunophenotype versus a relatively indolent variant of gamma/delta T cell lymphoma vs. peripheral T cell lymphoma not otherwise specified. Would favor mycosis fungoides as the diagnosis although most CTCL, including mycosis fungoides, generally are composed of alpha/beta T cells. |
| 10/1/14 | Permanente Medical Group | Melanoma – Noticed first lesion on right medial knee six months ago and now spread over body. Feels that lesions are changing form and starting to itch. | "*Skin cancer all over; was seen at UCF; has had multiple skin biopsies.*"  No palpable lymphadenopathy. Unclear etiology though concerning given spread over last 6 months. |
| 10/3/14 | Permanente Medical Group | Consultation. Physical exam notes that skin is 80% covered; lymphatics - tiny 5-8 mm in upper neck, palpable lymphadenopathy[5]<br>Blood sent for T cell receptor gene rearrangement to Stanford. Results were positive, TCR gamma | T cell lymphoma. Noted as a one year history of progressive skin lesions, initially flat and red but older lesions are plaque-like with hyperkeratosis. Some improvement with Prednisone. Continuing work up to subtype. Requested that Sezary cells be ruled out. Also seen by Dr. Ofodile, dermatologist for full skin examination. Notable for diffuse erythematous scaly thin plaques scattered extensively. No nodules or ulcerations appreciated. Scattered small shotty LAD[6] on cervical nodes bilaterally. Notes atypical immunophenotype, further workup pending to rule out systemic involvement. Will begin with skin specific treatment with topical corticosteroids and light therapy. Prescribed triamcinolone acetonide 0.1% topical ointment. |

---

[5]  Clinical chemistry for ALT noted as 50, Reference range 0-36 U/L' alkaline phosphatase high at 197, Reference range 37-117 U/L

[6]  Lymphadenopathy.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 13**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|---|---|---|---|
| 10/3/14 | Vallejo Medical Center regional lab | Peripheral blood collected on this date tested for flow cytometry | No malignant population of T cells identified by immunophenotyping. Comment: T cells are a mixture of CD4 and CD8 positive cells with adequate ratio. There is no CD3 positive/CD4 negative/CD8 negative T cell population identified. Gamma/Delta T cells account for approximately 3% of lymphocytes and 1% of total events. They are within normal range. For this case, flow cytometry may not be sensitive to detect a small population of abnormal T cells. Non lymphoid blasts account for less than 0.5% of total events. |
| 10/5/14 | | CT of neck | Adenopathy in the neck, axilla and groin, (Mildly enlarged lymph nodes.), Possible soft tissue mass noted in the area of the left palatine tonsil. Patient denies pain, bleeding, dysphagia, dysphonia, cigarettes |
| 10/8/14 | Permanente Medical Group | | Mammographic right breast mass (right axillary abnormal lymph node). |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 14**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|---|---|---|---|
| 10/9/14[7] | | Biopsy of right axilla after findings on CT scan dated 10/5/14<br><br>Pathology reports: CD3, CD20, CD56, CD4, CD 8 as positive on immunohistochemistry (pg. 144/1233) | Biopsy reveals enlarged 2.6 x 1.6 cm lymph node with cortical thickening measuring up to 1 cm. Dermatopathic lymphadenitis, negative for malignancy; no clinical concern for breast cancer<br>Pathology report: "*Do not find support for CTCL in the current material. Flow cytometry was negative for malignancy population (FL014-5908). Additionally the immunostains do not support a T cell lymphoma. The possibility of an underlying lymphoma exits; however, there is no support in the current material.*" "*Lymph node biopsy – patients with mycosis fungoides and extensive skin involvement may have enlarged lymph nodes demonstrating histologic findings of dermatopathic lymphadenitis, showing sinus histiocytosis, an abundance of pigment-laden microphages and a small number of atypical lymphocytes.*"[8] |
| 10/14/14 | Permanente Medical Group | | Notes that Mr. Johnson is a 42 year old with stage IIA CTCL. |
| 10/15/14 | Dr. Ofodile, dermatology | Mr. Johnson reports using triamcinolone infrequently, reports getting new red bumps on legs looks like "*spider bites*" | Mycosis fungoides, Stage 2; Notes that topical treatment with corticosteroids and phototherapy is appropriate for stage IIA disease. Will start PUVA (psoralen and ultraviolet A) therapy. |
| 10/21/14 | Permanente Medical Group | | Lymph node biopsy does not support USCF working diagnosis. |
| 10/22/14 | | Discussion with UCSF dermatopathologist/oncologist | "*Treat with cutaneous therapy such as PUVA. Do not over treat even if peripheral blood T cells come back positive*" which she doubts. (pg. 171/1233) |

---

[7]   A note from this date states that tissue immunophenotyping has been completed and "the immunophenotyping panel was developed and its performance characteristics were determined and deemed acceptably by Kaiser Permanente Regional Laboratory.  These tests have not been cleared or approved by the US FDA." (pg. 139/1233)

[8]   Page 144 of 1233.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 15**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|------|-----------|--------------------|-----------|
| 10/27/14 | Dr. Ofodile, dermatology | New small bumps, the size of BB pellets on skin, not symptomatic | Scheduled for appointment on 11/3 at which time the primary encounter diagnosis was mycosis fungoides, Stage 2. Medication changed to clobetasol 0.05% topical ointment |
| 11/3/14 | | First treatment of light therapy; widespread erythematous scaly patches and plaques on entire body; scattered new papules on extremities. | Entire body treated; initial dose in J: 0.3, initial duration of treatment time = 0.31. Doses/duration varied with subsequent PUVA treatments. Pathology reveals disease progression with increased large cells and tumor stage disease. Baseline labs needed to initiate bexarotene |
| 12/12/14 | Dr. Ofodile, dermatology | Follow-up | Exam notable for firm, pink papules on forearms; post inflammatory hyper-pigmented patches on trunk, scattered annular, erythematous plaques on scalp and face. Improvement of patch stage disease with phototherapy although newly developed firm papules are less responsive to phototherapy. |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 16**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|---|---|---|---|
| 12/23/14 | Permanente Medical Group | 42 year old male here for evaluation of possible mycosis fungoides. Over a year ago, had raised lesion on right thigh, red but not associated with significant itching. Initially thought related to job as pest inspector for public schools, W/C evaluation directed to dermatology, referred to UCSF. Biopsies revealed epidermotropic T-cell lymphoma, Differential diagnosis - mycosis fungoides with an unusual and cytotoxic immunophenotype (CD4-, CD8-, CD3+, CD7+, CD30-, CD56+/- gamma/delta+, TIA-1+), a relatively indolent variant of gamma/delta T cell lymphoma and peripheral T cell lymphoma, NOS. He was started on UVB therapy with improvement of skin patches. Axillary lymph node biopsy 10/9/14 revealed dermatopathic lymphadenitis. Developed new types of lesions recently. Biopsy was done at USCF. (Page 300/1233) | Mycosis fungoides, possibly CD8 epidermotropic aggressive variant, consider adding methotrexate or bexarotene to UVB. Consider referral to Stanford Clinic. Punch biopsy left arm- some CD30 expression. Repeat biopsy for confirmation (UCSF). Differential diagnosis mycosis fungoides vs. CD30 lymphoprolierative disorder (lyp or large cell transformed mycosis fungoides) v. other tumor. UCSF dermatopathology states repeat testing shows diagnosis of epidermotropic T cell lymphoma with cytotoxicity with one section showing a deep infiltrate with large lymphocytes (right forearm/left chest) Infiltrate is suggestive of lymphomatoid papulosis. Seen many cases of mycosis fungoides with developing concurrent lymphomatoid papulosis. If these clinical lesions resolve in 4-6 weeks, suggestive of lymphomatoid papulosis (pg. 319-324/1233) |
| 1/3/15 | | CT Scan of entire body (page 8/8, Kaiser Permanente Dermatology.pdf) | Scattered areas of mild skin thickening associated with mild uptake probably related to cutaneous lymphoma. Neck nodes, axillary nodes and inguinal nodes less conspicuous. Nodes appear nonspecific but are favored to be reactive rather than malignant in nature. |
| 1/9/15 | Eunice Tsai, MD | | PEWT/CT scan confirms no internal organ disease so mycosis fungoides is only on skin. Biopsy confirmed mycosis fungoides but a slightly more aggressive variation. Starting methotrexate 2.5 mg with reduced UV dose during PUVA therapy. On 1/30/15, notes to be off methotrexate (1 week course) and treatment increased again. |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 17**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|---|---|---|---|
| 1/29/15 | Jeffrey Gao, MD | Mr. Johnson has been working full time as a maintenance worker. Noted to be "*spraying herbicide[9] using a back pack sprayer with full Tyvek suite, full hood and respiratory protection; spill from leaky tank on left shoulder area with minimal burning at time,*" total exposure was about 15 minutes. Washed area with soap and water several times, no more skin irritation | No redness, swelling; new skin lesion in his left shoulder area, no skin wound. Herbicide noted to be Ranger Pro® by Monsanto. Patient returned to full work duty and released from care with no permanent impairment.<br>Causation: "*The stated mechanism is consistent with my clinical exam findings and no information has been presented that would indicate a cause other than the alleged employment event/exposure.*" |
| 2/9/15 | | | Returning to methotrexate and continuing phototherapy. |
| 3/4/15 | Stanford Cancer Center | Biopsies taken - Right thigh lesion with significant pain despite oral antibiotics. Not purulent. | Invasive keratinizing squamous cell carcinoma of thigh, well-differentiated (pg. 476/1233); (Surgical excision on 3/30/15) Additional biopsies consistent with Mycosis fungoides exhibiting epidermotropism and syringotropism |
| 3/14/15 | Permanente Medical Group | Right foot pain. Noted to be working 40 hours per week at this time. | Foot notable for scaly erythematous patches and plaques scattered diffusely on bilateral feet. Inflamed callus vs. mycosis fungoides,l Not caused by aggravated by factors of employment |
| 3/17/15 | | Letter to Dr. Ofodile, dermatologist, from Mr. Johnson | "*I'm getting to the point where I feel a little foolish spraying and applying chemicals – do you feel it's safe to do the kind of work that I am doing with the kind of skin condition that I have?*" |
| 3/18/15 | Stanford | Final pathology report | Final diagnosis is a CD4 folliculotropic and syringotropic mycosis fungoides with granulomatous features. Given recent squamous cell carcinoma, patient may not be a good candidate for electron beam radiation or further phototherapy. |

---

[9]  Noted to be a backpack sprayer.  "Noticed dampness on my back – I thought it was sweat and kept spraying but back became more wet.  Noted leakage from sprayer." (pgs. 402/1233)

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 18**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|---|---|---|---|
| 4/29/15 | Permanente Medical Group | Plaque on frontal scalp cultured with MSSA over 1 month ago and treated with doxy; failed to completely heal, now larger in size, painful, oozing | Biopsy taken. Result: superficial and deep perivascular interstitial and periadnexal mixed inflammatory-cell infiltrate with occasional epidermal T lymphocytes. Per pathologist, "*Bulk of features, particularly in dermis, are in keeping with a fundamentally inflammatory process. However, there are CD4 T lymphocytes in the epidermis some appear hyperchromatic and convoluted. This may represent the patient's underlying mycosis fungoides. However, features in the dermis are not sufficient to compel me to a diagnosis of tumor or plaque stager mycosis fungoides.*" (pg. 605/1233) |
| 5/11/15 | Dr. Ofodile, dermatology | Progress note | Bexarotene v. brentuximab vedotin (BV) via a clinical trial at Stanford. If skin biopsy reveals >10% CD30 cells, will be eligible to receive BV.  Mr. Johnson opted for oral bexarotene 225 mg/day/no enrollment in clinical trial |
| 6/30/15 | Permanente Medical Group | Fracture of left hand | Placed on modified duty at school district |
| 7/16/15 | Permanente Medical Group | Peripheral blood analysis | Mildly increased CD4+/CD26- T cell population. |
| 8/4/15 | Permanente Medical Group | Whole body PET/CT scan | Scattered areas of skin thickening and mild FDG uptake likely representing the patient's known cutaneous lymphoma. Compared to prior PET/CT, many lesions appear less prominent demonstrating a decrease in size and intensity of uptake. At least two new areas of skin uptake involving the right upper thigh and left medial calf representing new areas of disease. Previously noted cervical, axillary and inguinal nodes appear relatively stable in size demonstrating stable to mildly decreased FDG uptake. |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 19**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|---|---|---|---|
| 9/3/15 | Permanente Medical Group | Follow-up | Skin appears progressive; getting new thicker plaques with some ulcerations. On 525 mg of bexarotene (Targretin) (max dose) daily since 8/20/15. Two skin punches to rule out large cell transformation revealed mycosis fungoides with large cell transformation on left upper arm while left medial calf revealed mycosis fungoides, patch stage. |
| 9/17/15 | Permanente Medical Group | Progression of disease despite maximum dose of bexarotene | Consider initiation of Bentuximab with oncology. This drug has high risk of neuropathies[10] – consult for evaluation of baseline neuropathy revealed no symptoms of neuropathy. |
| 11/4/15 | Richard, Hoppe, MD, Stanford | Cancer staging summary | Stage IIB (TC, N0, M0)/consent for total electron beam therapy received |
| 11/10/15 | Permanente Medical Group | | Began total body electron bean radiation therapy (TBEBT) 1.5 weeks ago at Stanford with 5 treatments received at this time. Tolerating well with noticeable flattening of facial lesions/Interferon injections. After total treatment of 3 more weeks, 80% improvement in mycosis fungoides; some scaly patches on back. Stopped interferon due to difficulty tolerating. (Completed treatment 11/20/15) |
| 1/6/16 | | Noted to be working full duty | |
| 1/20/16 | Permanente Medical Group | Sore area on left shin, eroded, swollen, no purulent drainage | Prescribed nitrogen mustard topically; diagnosed as recurrent mycosis fungoides after total electron beam radiation; will contact Stanford to see if more TBEBT is needed. |
| 2/4/16 | Permanente Medical Group | Peripheral blood collection | Percentage of CD4+/CD26 negative T cells is slightly increased. Possible Sezary syndrome (a different T-cell lymphoma). |
| 2/25/16 | | Total skin electron beam therapy, dose 36 gy | Started repeat course at Stanford; boosted by Actimmune (Completed 2nd course April 2016) |

---

[10] 20% incidence of peripheral motor neuropathy; 50% incidence of peripheral sensory neuropathy

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 20**

| Date | Physician | Complaint/Symptoms | Diagnosis |
|---|---|---|---|
| 3/4/16 | Permanente Medical Group | | Some evidence that the lymphoma is in his blood as there was an increase count of CD4+/CD26 cells on his serum flow cytometry. Suggest intravenous systemic therapy.( Pg.1189/1233) |
| 7/8/16 | | Evaluation of subcutaneous nodule | DDX includes cellulitis and early abscess. Alternatively, infiltrative neoplasm, although less likely, cannot be excluded. (Resolved as of 7/14/16) |
| 10/28/16 | Thach-Guaim Truong, MD, Oncology | Follow-up | Mycosis fungoides with large cell transformation, stage IIB; Fully active, able to carry on all pre-disease performance w/o restriction |
| 12/9/16 | Thach-Guaim Truong, MD | Follow-up | Chemotherapy-induced peripheral neuropathy; hold brentuximab |
| 1/12/17 | | PET/CT scan of entire body | Mild residual disease involving bilateral axillary and inguinal lymph nodes as well as multiple skin lesions of bilateral lower extremities; mild increased uptake of the gall bladder, new increased uptake of posterior nasopharyngeal wall |
| 4/18/17 | | PET/CT scan of entire body | Compared to 1/12/17, mild interval increase in axillary and inguinal lymph node uptake and a significant interval increase in the number, size and intensity of skin lesions suggesting interval progression of disease. |
| 6/1/17 | Thach-Guaim Truong, MD | Severe, open sores that won't close | Oncologist states Mr. Johnson is resistant to treatment |
| 6/22/17 | Permanente Medical Group | Letter from Dr. Truong, Oncology | Mr. Johnson carries a diagnosis of progressed mycosis fungoides with large cell transformation for which he is undergoing active chemotherapy. Median survival after diagnosis for this type of lymphoma is typically 1.5 years. |
| 6/29/17 | | Peripheral blood collection; CT scan of entire body | Increased percentage of CD4+/CD26- T cells. CT scan reveals significant interval progression of skin disease since 4/18/17; probable malignant cervical node, bilaterally axillary, bilateral pelvic and bilateral inguinal nodes; probable marrow involvement of mycosis fungoides. |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 21**

## Employment History

Table 2 provides summarized employment information. Subsequent sections describe Mr. Johnson's employment activities and bearing upon this current matter in greater detail, particularly in the summarized deposition(s).

Mr. Johnson estimated that he averaged 48 hours of work per week (average of eight hours overtime per week) for the Benicia Unified School District (BUSD). Mr. Johnson's job duties included setting animal traps and relocating nuisance animals, preparing and applying the herbicides Roundup® and Ranger Pro® Weed Killer. His formal medical records report his spraying between 20-40 pesticide applications yearly, but deposition testimony reports far higher application frequency than these numbers.

Mr. Johnson has also applied Dolomark® baseball line chalk, performed landscaping, gardening, cleaning and managed irrigation systems.  He also used Henry's Wet Patch Cement® to patch roofs.  He reports that he wears personal protective equipment (PPE) and a Tyvek suit when in contact with ant sprays, fertilizer, etc.[11]

---

[11] Solono Dermatology records, page 35 of 56.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 22

**Table 2**

**Dewayne Johnson: Summarized Employment History**

| Time Period[12] | Employment/Job Description |
|---|---|
| 2005-2007 | Waterproof worker in San Francisco (sealed windows and caulked, glazing)[13] |
| 2008-2010 | Employment with temp company in Napa, California |
| Early 2000s | Vallejo Unified School District[14] (approximately 9 years) |
| 2007-2010 | Caretaker for his grandmother |
| (unspecified) | Vacaville Unified School District[15] |
| 2010-2012 | Wine warehouse worker for Allied (stacked pallets or boxed wine) |
| June 2011 | Began as a part-time utility worker and then later a maintenance department grounds man for the Benicia Unified School District in California[16] |

---

[12] Per Mr. Johnson, He is "*not really good with that type of stuff, dates.*"  Thus, the dates shown in the table are estimated from the available records.

[13] On this job, he was exposed to silicone and 100% isopropyl alcohol which was used to clean areas before silicone was applied to seams to waterproof structures.  Although he did not use a mask when working with silicone, he was required to use a full-face canister mask when working with the alcohol.

[14] At this position, he was exposed to bleach and other basic learning chemicals such as Comet or Ajax. He testified that he used a mask and gloves when cleaning.

[15] Same type of duties and exposures as above.

[16] Per Mr. Johnson's workmen's compensation deposition on October 28, 2015, he began as a part-time worker (25 hours) and after 1-2 years became full time as a utility worker.  He performed general maintenance including gardening, pruning trees, cleaning gutters, and spraying pesticides (Ranger Pro® and Roundup®), etc., especially in the summer.  He specifically noted that as of October 2015, he had sprayed every summer of his employ with the exception of the first year.  He also became the Integrated Pest Manager (IPM) in September 2012 for the school and as such was responsible to keep documentation of the different pesticide applications performed on the school grounds.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 23**

## Deposition of Dewayne Johnson: December 8, 2017

The following notes were derived from the available deposition record to provide exposure data and historical context. As the deposition transcript is very long, content is split into related sections to facilitate comprehension of key points.

### *Acute Exposure Characterizations*

- Mr. Johnson testified that his first major exposure was at the Mary Farmer school location in the Benicia Unified School District.  This was the exposure from leakage of the 50 gallon tank[17] (as described in his October, 2015 deposition).  "*The hose came [dis-attached] from the back of the truck and it was just juice everywhere, flying out the back of the truck.  So that's when I had to hop in because the switches are in the back.  There's no safety switch there ... I reach in the back there and turn it off and that's when I got it on the back of my neck and the back of my head and everywhere and on my face.*"[18]

- Mr. Johnson testified that there were noticeable and visible consequences of his initial exposure. He stated, "*When I got ahold of that liquid on my skin that day, it got red, it got irritated.  I finished the day off.  It was seven hours.  Maybe six hours.  We spray two hours in the morning.  So after that, I just waited until I could work and went home and showered and changed clothes like nothing ever happened.  We didn't have an eye wash or shower station.  That came a few months later after my exposure*."  He later testified that upon returning to the main facility (about 15-20 minutes after his exposure), he wiped down with soap and wet paper towels from the sink and then continued with his day (wearing the contaminated clothing). He did not see a physician or call a poison control center.

- Mr. Johnson did not provide a precise date for his initial exposure; however, later in the deposition at 2:28:22 he states that it was in 2012. At this time, he did not yet have his Qualified Applicator Certificate (QAC).

---

[17] Mr. Johnson testified that he asked for a cutoff switch to be installed on the 50 gallon tank after his initial exposure, but this was never done. Consequently, he began using the backpacks more than the tank.

[18] At 12:37, he stated.  "Cause it got down to my neck and got down to about the tip of my shoulder.  I was able to rinse a lot of that off.  I don't know if I'm wiping it in or I'm taking it off.  ..But I'm using what I had at the time."

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 24

- Mr. Johnson told the acting supervisor for the day ("John"), about his initial exposure. No incident report was written because "*we had been trained that the glyphosate was okay enough for us to drink.  So we didn't really worry like, you got it on your skin; you're going to die tomorrow*."

- Mr. Johnson stated that that a woman from Horizon Company (from which the district purchased herbicides) had informed them during a two hour training session that "*glyphosate was okay enough for us to drink.*"  This woman said that if he was exposed to the glyphosate on his skin, he should shower off or go to the sink and rinse out.

- During his second major exposure in 2015 (as described in his workman's compensation deposition), "*I went home at that time.  I got exposed from the backpack.  I said I'm leaving right now.  I left, went home and showered and even came back.*"  He was wearing his Tyvek suit at the time but it soaked through and his clothes were again "*saturated,*" especially the lower back area and around his waist. Again, he is unsure of precise dates but this happened after his mycosis fungoides diagnosis.  Mr. Johnson stated that no report was filed because "*we didn't have that in place.*" However, he did tell his supervisor ("Roy").

- On the day of his second major exposure, Mr. Johnson presented to Dr. Gao regarding the leaking backpack exposure as a W/C claim.  Dr. Gao's notes state that Mr. Johnson had been wearing a full Tyvek suit and hood as well as respirator protection. Dr. Gao's notes state that the spill was on his shoulder area with a total exposure time of about 15 minutes.  However, Mr. Johnson stated that Dr. Gao "*assumed*" the 15 minute exposure time and it was actually closer to 45 minutes before he returned to his home and showered.

### *Chronic Exposure Characterizations*

- The term "drift exposure" refers to airborne aerosol coming into contact with the applicator. Mr. Johnson testified that he experienced drift exposure "*all the time.*" There was no way to control the drift even by spraying on calm days or changing out nozzles size to increase droplet size.  He wore goggles and a sweatshirt-type hoodie which he would pull close around his face when working. Though he wore no facemask, he testified that once he had all that on, the only part of his face exposed was the tip of his nose and his cheeks as well as a bit of his forehead.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 25

- With regard to the number of times he sprayed, Mr. Johnson testified that "*we would go out during the spray months (June, July, August).  We could go out four weeks in a month.  I would say 12 times in a month. Because we only do 3-4 days in a row.  We have to keep this stuff in the morning so we only had two hours.  So we might get 2-3 days to do the same site.  Other guys would be using the backpacks and I'd be using the power sprayer connected to the truck.*"  During the other nine months, he might spray around some trees or along a fence line.

- Mr. Johnson also recounted being splashed on the side of his head one time as well. But "*my face has never been as bad as the rest of my body.*"

- Mr. Johnson testified that he always wore PPE including a Tyvek suit which appears to have been merely water-resistant, allowing penetration of drift of the applied liquid herbicide. "*If I poured the water bottle on the Tyvek suit, it went straight through to your skin.  It's just the way that suit worked.*" He also wore boots and goggles.  He wore paper masks when applying Ranger Pro; however, after his diagnosis, he began using a respirator.

- During prior jobs (he was working several different jobs at the same time at one point), he always wore a Tyvek suit or used PPE.  He used a new Tyvek suit each day.

- Mr. Johnson performed his own diluting and mixing of the Ranger Pro with water. He kept his "*recipe*" ("*a little book that they give you*") in his pocket. The dilution proportions were based on what was being sprayed (type of weed)[19] and how much footage was to be sprayed per the Ranger Pro pamphlet.  "*I know I used five gallons to 10 ounces with it.*"  He also kept the MSDS in the glove box of his work truck in case it was needed by EMS. He said could smell the Roundup as soon as the bottle was opened.

---

[19] He states that if you were spraying "something serious like ivy or pampas grass, you have a higher ratio of liquid pesticide that you add into the water."

25

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 26

### *Medical Symptoms and Treatment*

- As of the date of deposition, Mr. Johnson is experiencing "*serious, very chronic pain*" and has started seeing a pain management physician within the last two weeks.  He had been taking up to 15 Aleve per day for pain prior to that.

- Mr. Johnson described the "*mother lesion*" or "*mother mark*" which was the first mark he noticed on the inside of his right knee.  He told the physician that the only thing he could have been exposed to was the pesticides he applied at work. He believes he first noticed a skin rash on his chest, trunk and face in the fall of 2013.

- Prior to his diagnosis of mycosis fungoides, Mr. Johnson had never been diagnosed with any other cancer, immune system deficiency or the AIDS virus.  "*I have never had any medical problems before this problem started.*"  This includes any skin irritation, eruption or boils (with the exception of chicken pox).  He has no family history of cancer of any kind nor is there a family history of an immune deficiency or an autoimmune disease.

- After diagnosis with mycosis fungoides (August-September 2014), Mr. Johnson continued to apply Ranger Pro up until approximately late 2015.  He stopped working for the school district as Integrated Pest Manager (IPM) in the summer of 2016 when Dr. Kim put him on permanent disability.

- None of Mr. Johnson's physicians have told him that Ranger Pro causes mycosis fungoides.  "*They won't say.*" This includes Dr. Kim who is a specialist in cutaneous T-cell lymphoma. "*They say it could be the sun, exposure to chemicals, it could be a lot of things.*"

- Mr. Johnson believes that Dr. Pincus, from UCSF, told him that his cancer was "*kind of unexplainable.  Could lean towards definitely T-cell lymphoma but with signs of different cancers…*"  However, the attorney for Monsanto (Mr. Cople) told Mr. Johnson that Dr. Pincus responded "*under oath that she does not have an opinion on whether occupational exposures to such things as herbicides can cause mycosis fungoides.*"

- Mr. Johnson saw Dr. Fishman on June 26, 2017.  Dr.  Fishman reviewed Mr. Johnson's employment responsibilities as IPM.  Mr. Johnson told Dr. Fishman that he sprayed 3-4 times per week and it could vary from 20 to 50 gallons or more; specifically, at the high school it could have been a hundred gallons.  In his report, Dr. Fishman states that he doesn't understand how Mr. Johnson was exposed to Ranger

Pro in 2012 given the PPE he was wearing.  He defers his opinion on this to an environmental hygienist.

- Dr. Fishman also notes a medical record from July 23, 2014, in which it is stated by Dr. Chanson that "*it is my opinion that patient's current medical condition more likely than not was not caused or aggravated by factors of employment.  I base this opinion on MSDS of the pesticide, timing and clinical presentations.*"

- However, Dr. Fishman also notes in his report that males are twice as likely as females to develop mycosis fungoides and African Americans are also twice as likely to develop it.  (Mr. Johnson is African American.)  Dr. Fishman wrote in his report that "*at the present time, I am concluding through reasonable medical probability that the applicant's mycosis fungoides is non-industrial etiology without identifiable industrial factors….The only factors impacting an onset of mycosis fungoides for this case are male gender and African American.*"

- Mr. Johnson's skin condition improved with Valchlor (nitrogen mustard cream); however, Mr. Johnson testified that he believed he was steered away from this treatment due to high cost and possible adverse effects. *("She didn't want me to use the Valchlor, and I think it's because it can give you worse cancer and it's so expensive.  It's ten thousand dollars an order.")*  Records later note that the lymphoma is now in his blood. Intravenous systemic therapy (chemotherapy) was recommended which he is now undertaking under the direction of Dr. Truong.  At that time he was told that his prognosis is for 3 to 5 years life expectancy.

- Mr. Johnson also describes recently experiencing a metallic taste in his mouth.

### Background and Employment-Related Information

- Mr. Johnson is unsure of dates but appears from testimony that he was hired by Benicia Unified School District in California in June 2011 as a mail carrier, then became a custodian followed by work as a maintenance man.  He did not begin using Ranger Pro until approximately June 2012 when he became the IPM.  He did not become certified until sometime later, however, as required by the State of California. "…*We kind of jumped the gun and we got the spraying and the stuff going before we*

> *got the license. They wanted me to have that license – it's a legal requirement for Ranger Pro if you are over the gallon mark.*"[20]

- Mr. Johnson stated that he had never been exposed to Ranger Pro or Roundup or any other product containing glyphosate until he started as IPM at Benicia in June 2012**.** As IPM, Mr. Johnson was to start a program to stop the use of Ranger Pro and use more natural, non-chemical methods for weed control. It appears that did not happen during his employment tenure.

- As IPM, Mr. Johnson prepared the Benicia Unified School District Pesticide Application Tracking sheets which indicated the dates of spraying, the site and amount of product as well as the number of times applied and what was being treated (such as a baseball diamond or a right of way). He estimates that half of his employment time was spent spraying or related tasks and the other half was spent on paperwork.

- They were using "*a lot*" of Roundup at the school district (described as "*regular stuff you can purchase at Home Depot*") but Mr. Johnson testified that Roundup is for smaller spaces while Ranger Pro is the industrial version. "*We started out using Roundup*[21] *which wasn't doing the ticket for the large amounts we needed. We started using Ranger Pro because it's supposed to be the industrial version of Roundup and comes in a gallon, a small can like Roundup or in big 50 gallon buckets.*" They purchased these herbicides from Horizon Company.

- Additionally, Roundup would not always work on some of the more difficult weeds. "*It was my decision to say, this is not working. Roundup is not concentrated enough. I should just keep putting more Roundup...so Ranger Pro is less concentration and you got more area from the ratio you could mix up with Ranger Pro and can get a lot more done.*" He further stated that the Ranger Pro worked "*really good.*"

- The Ranger Pro label directs the applicator to take off contaminated clothes which Mr. Johnson did immediately following his second major exposure.

- Mr. Johnson also used pesticides for insect control on the school grounds; i.e, Wasp Zone or Wasp Freeze. "*One time, I got a little glob of that on me and I went and washed that stuff off right away because it was just on my arms.*"

---

[20]  Apparently was allowed by the school district as his supervisor, Roy, stated that Mr. Johnson would be spraying under him as Roy had a certified applicator license.

[21]  Testified that he used Roundup for approximately two months before switching to Ranger Pro.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 29

- Mr. Johnson was very familiar with the labels on the Roundup/Ranger Pro products and he never saw anything on the labels stating that the products could cause cancer. Rather, "*I was told more than one time it was safe enough to drink.*"

### Supplemental Information

- Mr. Johnson testified that Attorney Litzenburg informed him in 2015 that, "*the State of California declared that glyphosate was a chemical known to them to cause cancer and that no signs have been put up in the last two years because Monsanto has been suing the state to prevent it from happening.*"

- After receiving his cancer diagnosis, Mr. Johnson continued to use Ranger Pro. However, he contacted Monsanto approximately eight months later to find out if the Roundup or Ranger Pro might have something to do with his cancer.  "*I told her that I have been exposed to chemicals and I was wondering if this Ranger Pro might be the one and she asked what symptoms I was having.*"  The woman he talked to "*had a whole spiel for me.  She had a whole thing like she understood and what she needed to do.*"  "*She said, we really don't have those symptoms along with this product but if you want I can have somebody call you back.*"  No one ever called him back even after the World Health Organization (WHO) determined that glyphosate caused cancer including lymphoma.  Per Monsanto's record of this call, "*The symptoms are not an expected response from this product.*"

- Mr. Johnson smoked from 2004 to 2006.  He limited his smoking to one "Black & Mild" cigar per day ("Black & Mild" is a short cigar with a plastic tip made from pipe tobacco.)  He smoked no cigarettes or pipe nor did he use chewing tobacco or snuff.

- Apparently, the original complaint in this matter states that Mr. Johnson lived on a commercial sod farm earlier in his life.  Mr. Johnson denies this. *("I've never lived on a sod farm.  I don't know where that came from.")*

- While performing custodian duties, Mr. Johnson also waxed floors and cleaned bathrooms.  He used bleach and possibly Peroxide 300 (he is not sure of the exact product name).  He has <u>not</u> worked with <u>benzene, chlorinated solvents</u> or any other herbicides other than Roundup and Ranger Pro.

- Mr. Johnson used Henry's Wet Patch in Benicia to repair leaks in a classroom roof.  After kneeling in the Wet Patch on his knee (wearing only jeans and a work shirt), he was diagnosed with squamous cell carcinoma (SCC) on that knee.  However, Mr.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 30

Johnson testified that Dr. Ofodile, a dermatologist, told him that the SCC was related to mycosis fungoides as per Stanford.

- Mr. Johnson performed miscellaneous painting jobs while working at Benicia. He also occasionally filled trucks with diesel fuel (outdoors) and also used Turf Patch.

- Mr. Johnson used Dolomark (limestone; calcium-magnesium carbonate) to line the softball, baseball and football fields.  He wore only chemical proof gloves and boots and regular jeans (no Tyvek suits) when applying the limestone substance.

- The original workman's compensation matter in January 2015 was due to pain in Mr. Johnson's shoulder and chest muscles unrelated to his mycosis fungoides.  Mr. Johnson is now pursuing a workman's compensation case for the mycosis fungoides as he claims that he was exposed to Ranger Pro as part of his job responsibilities working for the school district.


## Workman's Compensation Deposition (dated October 28, 2015)

This deposition summary provides further information related to Mr. Johnson's exposure to Roundup® and Ranger Pro®.

- As grounds man and Integrated Pest Manager (IPM) at the Benicia School District, Mr. Johnson was spraying sites at five different school locations at different times. He usually would spray no more than 4-5 hours per day.  He would not spray all five sites in one day because opportunity was dependent on the number of people "*milling around*" and the amount of time available to do the work.

- Mr. Johnson became certified for this position as he was not allowed to spray certain pesticides without a license.  According to him, his license was issued in April 2015. He further noted that he only sprayed Ranger Pro® and Roundup® prior to receiving his license.

- As IPM, he also performed more maintenance work with an increased workload.  In this position, "*I was exposed to a lot of different chemicals.*"  These chemicals included Henry's Roofing Patch® and Dolomark® (chalk used to mark baseball

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 31

fields).  Dolomark® contained limestone[22] and during the baseball season, he would line up to 4 fields up to 3 times per week – each field would take one hour. Occasionally, he would apply the chalk on the track for field events.

- When first using Dolomark®, he did not know that one was supposed to wear a mask when using it.[23]  "*But I found out from the paper bag you read on the side that you should be using a mask, gloves.  And I found out that it's a pretty serious dust that you shouldn't be messing around with*." (pg. 26)

- Ever since that time, "*I wear gloves and PPE, a mask and gloves, to the point of laughter*"[24] as he also came in contact with bug spray, wild animals, feces, etc.   He also noted that he found out that separate boots were needed for spraying.  He even noted that separate spray trucks and work trucks were suggested because the spray truck would be full of pesticide residue.

- "*I have sprayed gallons, thousands of gallons of this*."  (pg. 98)

- He had not been exposed to chemicals while at his home as he has never owned a home.  He recalled no chemical exposures while working as a handyman.

- Mr. Johnson discussed two significant exposures to Ranger Pro® and Roundup®. The first exposure occurred when he was using a large, 50 gallon tank sprayer that was mounted in the back of a truck.   The sprayer was built by school district employees from spare parts.  On this particular day, he was spraying from the top and spraying downhill.  He was using a 200-300 foot hose.  The hose became caught in a crack of the sidewalk and then became detached.  The machine continued to run and spray pesticide at the point where the hose had detached (he estimates a total of 10-20 gallons sprayed).  Mr. Johnson "*had to get in there* (back of the truck to shut down the machine/no cutoff switch), *pesticide got all over me.  It got down in my shirt, everywhere*." (pg. 75)  He further stated that the pesticide got on the top of his head, down the side of his face and into the Tyvek suit on his chest and shoulders

---

[22] On page 97-98, he testified that he reached in one of the canisters of chalk until an older man told him that it was lime and he shouldn't be "*sticking his hand in that*."

[23] He testified that for about 1/3 of the time he used Dolomark®, he did not utilize a mask.  He describes the mask as a regular dust mask.  He also used gloves.

[24] Noted that when he first started using PPE, he would reuse his suit but now only uses them once before destroying them.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 32**

and even down into his gloves.  (Pg. 92)  However, there was no burning or itching associated with his exposure.

Mr. Johnson testified that he finished the working day but did not take a shower until he got home later that day after leaving work at 2:30 pm.[25]  He estimated that the exposure happened approximately at 8:30 am that day.  (No date given for this exposure but *prior* to his lymphoma diagnosis.) (Pg. 85)

- He further testified that no incident report was written up for this.

- The machine held 50 gallons of water and a percentage of pesticide was added to the water depending on what plant was being targeted.[26]  "*Ivy or pampas grass has a higher ratio of pesticide in the water*" than what would be used for annuals.  "*You might have a five percent mix, you might have a ten percent mix.*"  (pg. 86)

- He also described further exposures on his face and hands due to drift from the machine whenever he used it.  "*I had no control over the drift.  This machine was built by the supervisor.  There was no way to regulate your pressure.*"  (pg. 78).

- Although he wore a Tyvek jumpsuit, boots, mask and goggles, the suit was not sealed and there was an opening at the arms, legs and neck.  "*All my face… ears, neck, all that is exposed.*"  (pg. 80)

- The second exposure happened less than a year before this deposition.  He took a backpack out to spray and "*you kind of get sweaty out there working and a little damp sometimes.  So I didn't really worry.  And then my back started to feel wet and that's when I came back to the office and realized that I had a back full of pesticide.*"  He went to Kaiser and was checked out.  He specifically noted that he already had the skin condition at this time.  He testified that he was told his skin condition was related to his family's history, but no such history exists. "*I don't have anybody in my family that has had anything like what I have on my skin.*" (pg. 34)

- Mr. Johnson testified that when being trained on pesticide application "*the teachers teach that it's just like water.  That glyphosate glycine is just like water and you can*

---

[25]  He did try to clean up with water and paper towels at work and removed his Tyvek suit.

[26]  On page 90, he states that he had been spraying for annuals during this exposure and was spraying at a rate as required in the Ranger Pro® manual.

*almost drink it.  It's that safe of a pesticide that you can drink it.  That's the way they pushed Ranger Pro®…"* (pg. 89)

- His physicians have not given him a cause for his cutaneous T-cell lymphoma and "*that it is skin cancer.*"  They have told him that he doesn't fit the risk factors "*usually older white males who have been exposed to chemicals such as Agent Orange or arsenic, people that spend a lot of time in the sun or in tanning beds.*"

- He testified that after the first exposure (a few months later), he noticed the "*mother mark*" on his right knee that would not go away and it became painful.  He began finding more and more marks on his skin and especially on his <u>left shoulder where he had to reach in and turn off the spray machine</u>.  (Pg. 93) He noted that it was there when he had his MVA in September 2013.

- Mr. Johnson mixed his own pesticides.  He describes mixing as "*one of the most dangerous times because you have just raw chemical and just water.  But it's actually one of the safest times because you have control of what's happening.*" (pg. 134)

- He described having "*different pains*" that he doesn't understand like the "*pain in the chest and like the pain on the skin here and there.  When I sweat, I get burning.*"  Also, "*burning in my chest.  The chest pain is usually a really sharp, burning pain.  Sometimes it can feel almost like fire in your chest.*"  (pg.117)

- As of the date of this deposition, he was still working for the school district.  "*So I go to work and I suck it up and I do what I've got to do.*"  He currently (as of date of deposition) is responsible for all the maintenance work, grounds, etc. at the middle and elementary school "*and I'm just guessing that they still expect me to be an IPM.*" (pg. 125)

- He also stated that over the last three months, his symptoms have worsened.  He feels overwhelmed and stressed because no one has any answers for him.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 34**

## Evaluation of Stuart Shear, MD, Dermatologist Dated September 5, 2016

Per the History of Present Illness, Mr. Johnson presented to Dr. Shear for a medical evaluation in dermatology.

Mr. Johnson noted that in November 2013, he spent three hours kneeling on Henry's Wet Patch Cement® with his underline right knee.   In October 2014, almost one year later, an excision for a squamous cell carcinoma was performed on this knee. Dr. Shear states that this "*was caused with medical probability by exposure to Henry Wet Patch Cement®.*"

In June 2014,[27] Mr. Johnson first noticed a skin rash on his scalp, face, neck, trunk and extremities.  A month later, his physician diagnosed the rash as atopic dermatitis.  A biopsy on August 1, 2014, however, revealed that Mr. Johnson had epidermotrophic T cell lymphoma.  He was treated with Valchlor (0.16% nitrogen mustard) and Targretin (oral bexarotene) and was scheduled to begin participation in a Stanford clinical trial (mid-September 2014) using an experimental drug.[28]

Dr. Shear states that Mr. Johnson has cutaneous T cell lymphoma (CTCL) which is proven by the biopsy report.  Per Dr. Shear, clinical findings are classic.   "*As far as causation, it has certainly been present in evidenced-based literature that the HLV/cr virus and the Epstein bar virus can cause cutaneous t-cell lymphoma.   In terms of apportionment, is 100% due to his employment with Benicia Unified School District. However, it is medically probable that a patient whose skin has been exposed to Roundup® weed killer during 20-40 applications yearly from June 2011-June 2014 (3 years), that the cause was Roundup® weed killer which has evidence-based medical literature referenced as a causative agent of cutaneous t-cell lymphoma.*"

At that time Dr. Shear gave Mr. Johnson a 3% impairment of the whole person. Additionally, "*Mr. Johnson has a class 2 impairment intermittently present with no limitations in performance of daily living and requiring no intermittent treatment.*"[29]

---

[27] Other records state first notice of rash was in fall of 2013 (see Table 1, 8/26/14).

[28] Appears that he did not begin participation due to non-compliance with medications.

[29] Per the AMA Guide to the Evaluation of Permanent Impairment, page 178, table 8-2.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 35**

# Part B: Introduction to Glyphosate

## Glyphosate (Roundup® and Ranger PRO®) History and Use

Glyphosate is the active ingredient in various herbicide formulations known as Roundup®. The Monsanto Company discovered the herbicide activity of glyphosate in 1970 and initiated sales and distribution for weed control in 1974. Glyphosate is not selective and is used on food and non-food crops. Over the subsequent four decades, glyphosate use as an herbicide has greatly expanded. It is used in agriculture, forestry, industrial rights-of-way and in residential applications worldwide.

Glyphosate's use in agriculture has been further expanded by the development of genetically modified plants that are tolerant to glyphosate treatment (Roundup-Ready®).[30] This has significantly increased the use of glyphosate on these crops for weed control with no concern for crop injury.[31]  As a result, genetically modified crops contain far more glyphosate residue than conventional crops.

The introduction of glyphosate-resistant (GR) crops in 1996 and the expiration of the glyphosate patent have resulted in its ubiquitous use today, characterized by a 15-fold global increase since the mid 1990's.[32]  According to glyphosate pesticide registration, in 1993 approximately 13 to 20 million acres of land had been treated with 18.7 million pounds of glyphosate and used mostly on hay/pasture, soybeans and corn.[33]  According to the U.S. Geological Survey, in 2014, 300 million pounds of glyphosate were used on agricultural land in the U.S.  Since 1974 in the U.S., over 3.5 billion pounds of glyphosate have been applied.[34]

---

[30] Williams, G. et al.,  Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000,  Regulatory Toxicology and Pharmacology, Vol.31, pg. 117-165.

[31] Duke, S. S., Encyclopedia of Agrochemicals, 2003, John Wiley & Sons.

[32] Benbrook, C.M., "Trends in glyphosate herbicide use in the United States and globally," 2016, Environmental Sciences Europe. 28:3.

[33] U.S. EPA, "Registration eligibility decision-facts: Glyphosate," 1993 United States Environmental Protection Agency, Prevention, Pesticides and Toxic Substances (7508W), EPA-738-F-93-011.

[34] Benbrook, C.M., "Trends in glyphosate herbicide use in the United States and globally," 2016, Environmental Sciences Europe. 28:3.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 36**

### *Modes of Action and Safety Considerations*

Glyphosate can be applied both as a ground spray and as an aerial spray. It is used to modify plant growth, speed up the ripening of fruit, applied as a ground spray for peanuts and an aerial spray for sugarcane.[35]  Glyphosate is also sprayed directly on wheat just prior to harvest, a rather peculiar practice called "browning or desiccating."

Glyphosate is absorbed by the leaves and stems of the plant and readily translocated throughout.  It destroys the plant by reducing the production of certain aromatic amino acids that form the proteins critical for plant growth and development.[36]   Specifically, glyphosate disrupts the shikimate acid pathway[37] by inhibiting the activity of a key enzyme (EPSP synthase) that is needed to form the essential amino acids.[38,39,40]  This shikimate acid pathway is a crucial process in all higher order plants.  Thus, glyphosate will kill most plants. Glyphosate-resistant crops use an alternative EPSP enzyme and are, therefore, specifically engineered to withstand extremely high levels of glyphosate without perishing. This metabolic process is also a crucial one in many microorganisms, but it is not utilized *directly* by animals or humans.

Throughout the years, Monsanto has advertised and promoted the safety of their Roundup® products by claiming that the active ingredient, glyphosate, works by targeting an enzyme found in plants, but not in people or pets.  However, recent evidence suggests that glyphosate may disrupt the essential shikimate process in bacteria, particularly the beneficial bacteria of the human intestinal tract.

---

[35]  Id.

[36]  Jaworski, E. G., "Mode of action of N-phosphonomethylglycine. Inhibition of aromatic amino acid biosynthesis," 1972,   J. Agric. Food Chem. 20 (6), pg. 1195-1198.

[37]  Williams, G. et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pg. 117 -165.

[38]  Boocock, M. R., "Kinetics of 5-enolpyruvylshikimate-3-phosphate synthase inhibition by glyphosate," 1983, FEBS Letters 154, pg. 127-133.

[39]  Hollander, H., & Amrhein, N., "The site of the inhibition of the shikimate pathway by glyphosate," 1980, Plant Physiol 66(5), pg. 823-829.

[40]  Schönbrunn, E. et al., "Interaction of the herbicide glyphosate with its target enzyme 5-enolpyruvylshikimate 3-phosphate synthase in atomic detail," 2001, Proc Natl Acad Sci USA Feb 13; 98(4), pg. 1376–1380.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 37**

Additionally, glyphosate has been shown to sporadically cause potent inhibitions in the xenobiotic-metabolizing enzyme, CYP2C9[41], which is responsible for the biotransformation, metabolism and elimination of various toxic compounds from the body.[42]   A recent review by Samsel and Seneff (2013) hypothesized that glyphosate's known ability to disrupt the intestinal bacteria flora and to suppress a family of enzymes that play an important role in detoxifying harmful chemicals could be contributing to a rise in modern human diseases worldwide.[43]   Glyphosate has also been demonstrated to be genotoxic and carcinogenic as discussed below in detail.

### Glyphosate (Roundup®) Formulations: Chemical and Physical Information

Glyphosate is the declared active ingredient (DAI) in Monsanto's Roundup® herbicide products; however, it is only one ingredient in the formulation and is not typically applied in its isolated form.  Other substances, referred to as co-formulants, are added in order to modify the physicochemical properties, thereby improving the efficacy of the glyphosate-based formulation.[44,45,46]   Examples of co-formulants are spreaders, compatibility agents, anti-foaming agents, drift retardants and surfactants.  The specific identities and the amounts of co-formulants in the herbicide formulations have largely been kept confidential because they are considered by the manufacturers to be proprietary data.  Often, co-formulants are declared as "inert" as they do not act directly on the intended target, i.e., the weed.  Moreover, they historically have not been included

---

[41] Abass, K., Turpeinen, M., and Pelkonen, O. "An evaluation of the cytochrome P450 inhibition potential of selected pesticides in human hepatic microsomes," 2009, Journal of Environmental Science and Health Part B, 44(6).

[42] Gueguen, Y. et al., "Cytochromes P450: xenobiotic metabolism, regulation and clinical importance," 2006, Ann Biol Clin (Paris) 64, pg. 535-548.

[43] Samsel, A..and Seneff, S, "Glyphosate's suppression of cytochrome P450 enzymes and amino acid biosynthesis by the gut microbiome: Pathways to modern diseases," 2013,  Entropy (15), pg. 1416-1463.

[44] Defarge, N. E., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2013, Int J Environ Res Public Health. 13(3), pg. 264.

[45] Nobels, I. et al., "Toxicity ranking and toxic mode of action evaluation of commonly used agricultural adjuvants on the basis of bacterial gene expression profiles," 2013, PLoS ONE 6, pg. 264.

[46] Haefs R. et al., "Studies on a new group of biodegradable surfactants for glyphosate," 2002, Pest Manag. Sci. 58, pg. 825–833.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 38**

in either toxicity tests of pesticides on mammals for the establishment of their acceptable daily intake (ADI) or in animal carcinogenicity studies.

Most glyphosate-based formulations (GBFs) contain the same three primary ingredients: (1) glyphosate salt, (2) co-formulants (e.g. surfactants) and (3) inert ingredients (e.g., "water").[47] Formulations differ from one another by the specific salt included in the formulation and the amount and type of surfactants, other co-formulants and inert ingredients.  The ingredients can be examined individually; however, one must be mindful that the sum of these ingredients may have very different properties than the individual ingredients alone.   This is especially important when investigating the absorption of a GBF herbicide into non-target organisms.

The salt of glyphosate in a GBF is comprised of an organic base combined with glyphosate.  Glyphosate [*N*-(phosphonomethyl) glycine] is amphoteric (can act as either an acid or a base) and is practically insoluble in organic solvents.[48]  Glyphosate as a weak acid has a hydrogen ion held to a phosphorous group by a weak electrostatic charge.  By replacing this hydrogen ion with a different cation (organic base), herbicide manufacturers are able to make a more water-soluble glyphosate salt.  Isopropylamine (IPA) is the organic base that is most commonly used in Roundup formulated products.[49,50]   This cation is also bound by a weak electrostatic charge and may not stay with the glyphosate acid; once it is added to water by the applicator, it can be easily replaced by other positively charged ions from the water.[51]  Thus, the glyphosate that is working in the plant is usually not associated with the original salt.[52] The specific salt used in the formulation may not significantly impact herbicide performance but rather is selected to ensure that

---

[47] ████████████, Confidential draft.  "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001, (Tab 15; see also MONGLY01839476 for draft of this document.)

[48] Williams, G. et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pg. 117 - 165.

[49] Id.

[50] ████████████, Confidential draft.  "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001, (Tab 15; see also MONGLY01839476 for draft of this document.)

[51] Interactions between glyphosate and calcium salts found in water are the primary reason for adding AMS to the spray tank. (http://www.weeds.iastate.edu/mgmt/2001/glyphosateformulations.htm)

[52] ████████████, Confidential draft.  "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001, (Tab 15; see also MONGLY01839476 for draft of this document.)

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 39**

the formulated product handles well, is compatible with other products that might be included and will not cause adverse crop responses. The glyphosate concentration in the final formulation will depend on the salt used as each salt has a different molecular weight. A lighter salt will result in a higher glyphosate concentration.[53]

Throughout the years, several salt types have been used to formulate glyphosate products including isopropylamine (IPA), ammonium, sodium and potassium glyphosate salts.[54]  (See Table 3 below.) Glyphosate isopropylamine salt is the one most commonly used in Roundup® formulated products[55]  and most commonly used in all glyphosate-based products.[56]

**Table 3**
**Properties of Glyphosate and Common Salts of Glyphosate in Roundup®[57]**

| Herbicidal Agent | Solubility in water (g/L) | MW (g/mol) | Molecular Formula |
|---|---|---|---|
| Glyphosate acid | **pH 1.9:** 10.5 <br> **pH 7.0:** 157 | 169.07 | $C_3H_8NO_5P$  or <br> $HOOCCH_2NHCH_2PO(OH)_2$ |
| Glyphosate  Potassium salt | 900[a] | 207.16 | $C_3H_7KNO_5P$ |
| Glyphosate Ammonium salt | 300[a] | 186.11 | $C_3H_{11}N_2O_5P$ |
| Glyphosate Sodium salt | 500[a] | 191.06 | $C_3H_7NNaO_5P$ |
| Glyphosate Isopropylamine salt (IPA) | **pH 7.0:** 900 <br> **pH 4.1:** 786 | 228.19 | $C_6H_{17}N_2O_5P$  or <br> $C_3H_9N$ - $C_3H_8NO_5P$ |

[a] From *"Managing Glyphosate. Performance of different salts and adjuvants."* Grants Research and Development Corporation. GRDC Project code ICN00016.

---

[53] The active ingredient concentration in a GBF is specified as a glyphosate equivalent or an acid equivalent (a.i.) referring to the free form of the acid.  This allows for comparability between formulations.

[54] ▮▮▮▮▮▮▮▮▮▮, Confidential draft.  "Clustering glyphosate formulations with regard to the testing for dermal uptake." 2011, (Tab 15; see also MONGLY01839476 for draft of this document.)

[55] Giesey, J. P., Dobson, S., & Solomon, K. R., "Ecotoxicological risk assessment for Roundup herbicide," 2000, Rev. Environ. Contam. Toxicol. 167, pg. 35-120.

[56] U.S. EPA, "Registration eligibility decision-Facts: Glyphosate," 1993, United States Environmental Protection Agency, Prevention, Pesticides and Toxic Substances (7508W), EPA-738-F-93-011.

[57] http://npic.orst.edu/factsheets/archive/glyphotech.html

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 40

In addition to the organic base and, therefore, the salt used, the other major difference between glyphosate-based formulations is the inclusion of co-formulants.  Some co-formulants are "pre-loaded" or included by the manufacturer in the GBF while others, called adjuvants, are added by the end user to modify the herbicide to the particular situation in which it is being used.[58]  Adjuvants are not added to the GBF by the manufacturer mainly because different types of crops may require different types of adjuvant, e.g., certain crops are sensitive to oils, some are difficult to wet. Thus, an herbicide manufacturer avoids limiting the application of a given herbicide to only one crop or situation.

As an example of adjuvant use, the addition of ammonium sulfate (AMS) and water conditioners have been shown to significantly improve weed control with glyphosate. Water in some regions contains excessive amounts of salts including calcium, magnesium, iron and sodium, and these salts bind to glyphosate and reduce its absorption and solubility. The sulfate component of AMS is negatively charged and will bind to positively charged salts so that they cannot reduce the activity of glyphosate. Other commonly used adjuvants include emulsifiers, dispersants, stabilizing agents, compatibility agents, buffering agents, anti-foam agents, spreader-stickers, drift retardants and surfactants.

Some GBFs may contain a greater percentage of co-formulants than glyphosate salt. These are listed simply as *"Other Ingredients"* on the label. For example, the label on Roundup Original Max herbicide, which contains a proprietary surfactant, reads

---

[58] The terms "co-formulants" and "adjuvants" are sometimes used interchangeably in the literature. A fact sheet form Cornell University states, "A pesticide adjuvant is broadly defined as any substance added to the spray tank, separate from the pesticide formulation that will improve the performance of the pesticide.  Sometimes adjuvants are more narrowly defined as a substance added to a pesticide mixture to improve its physical qualities and, hence, its effectiveness." http://psep.cce.cornell.edu/facts-slides-self/facts/gen-peapp-adjuvants.aspx

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 41

**ACTIVE INGREDIENT**
Glyphosate N (phosphonomethyl)glycine,
in the form of its potassium salt ............................................................... 48.7%
OTHER INGREDIENTS ......................................................................... 51.3%
100%

The most commonly pre-loaded co-formulants used in herbicides are surfactants. Surfactants are complex chemicals that facilitate and accentuate the emulsifying, dispersing, spreading, wetting or other surface modifying properties of aqueous solutions. For example, waxes on plant leaves are lipophilic and chemically non-polar and thus repel water while herbicides such as glyphosate are highly hydrophilic and chemically polar.

Adding surfactants will significantly increase how well glyphosate spreads on and enters leaf surfaces. A surfactant can also reduce the amount of glyphosate washed off of plants by rain. Surfactants in herbicides vary greatly in their nature and concentration and are added to increase the absorption rate of the acid into the plant's leaf and stem tissue. Sometimes a combination of surfactants is used in one glyphosate formulation. The most prevalently used surfactants in herbicides contain POEA (PolyOxyEthylene alkylAmine).

The co-formulants in a GBF individually, or in combination with each other, have a profound toxicological effect on a non-target organism. Some of these co-formulants may synergistically attenuate the negative effects of glyphosate, or as in the case of surfactants which can increase dermal absorption, may simply increase glyphosate's systemic exposure. Surfactants, as well as other co-formulants, are particularly important with respect to a risk assessment and are, therefore, discussed in detail later in this report.

Roundup is offered in dry or aqueous formulations at various concentrations. Glyphosate is commonly formulated with water at 2.13 M (356 g/L free acid) or as an isopropylamine salt 480 g/L.[59] The ethoxylated tallowamine (POEA) surfactant in Roundup Classic is

---

[59] Williams, G. et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pg. 117 - 165.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 42**

designated by Monsanto as *MON 0818*[60] with a concentration that is typically reported as approximately 15% of the formulation weight to volume or 150 g/L.[61,62,63,64]

## Toxicological Considerations of Exposure and Dose

In assessing exposure, toxicologists examine how humans come into contact with chemicals, the amounts of the chemical that enters the body (absorbed dose) as a result of contact and how these amounts change over time (pharmacokinetics). The goal of the exposure assessment is to quantify the amounts over various time periods. The quantitative expression of those amounts is referred to as <u>dose</u>. Thus, dose is the measurement needed to quantify a chemical's risk of toxicity. Therefore, the initial goal of any exposure assessment is first to objectively establish dose.

## Glyphosate Exposure

The ubiquitous use of Roundup® imposes a tremendous increase in the potential for human exposure, not only to the active ingredient (glyphosate) but to other chemicals (or "co-formulants") as well. This section reviews the dose measurement methods.

### *Systemic Dose*

When a person is exposed to a chemical such as glyphosate, the dose physically contacting the body is referred to as the "*exposure dose.*" This is different from the

---

[60] Monsanto response to the concern of the Slovenian authorities on the composition of the Plant Protection Product MON 79376 (360 g/ 1 glyphosate) and the surfactant MON 59117 (CAS n ° 68478-96-6). MONGLY02817577

[61] Id.

[62] Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[63] Giesey, J. P., Dobson, S., & Solomon, K. R., "Ecotoxicological risk assessment for Roundup herbicide," 2000, Rev. Environ. Contam. Toxicol. 167, pg. 35-120.

[64] Defarge, N. E., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels, 2016, Int J Environ Res Public Health, Vol. 13(3): 264.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 43

"*systemic dose*" which enters the bloodstream and reaches various organs within the body.

*Systemic dose* is typically only a portion of the exposure dose and is identified through pharmacokinetic (PK) or chemical disposition studies that can trace the fate of a chemical after it enters the body. Pharmacokinetic studies investigate the amount of a chemical absorbed by the body, how the chemical is distributed throughout the body to specific tissues, how the chemical is metabolized and finally, how a compound is excreted from the body. This is commonly known as ADME (absorption, distribution, metabolism and excretion). This data is applied in conjunction with epidemiological and occupational exposure studies that have included biomonitoring and dosimetry for use in the human health risk assessment process. Thus, pharmacokinetic studies provide the necessary link between estimates of exposure, toxicity studies and estimates of human risk. It is, therefore, imperative that these studies are designed, conducted and interpreted accurately.

### *Routes of Exposure*

The route of exposure controls how a chemical gets absorbed into the body. The primary routes by which potential toxins become absorbed into a person's system are dermal absorption, ingestion and inhalation.

### Ingestion

Ingestion of herbicides may be intentional, as in suicides/poisonings, or unintentional through the consumption of residue-laden foods. In the current matter of assessing exposure in operator use, intentional ingestion is not considered since it will contribute negligibly to the overall exposure.

### Inhalation

Since the vapor pressure of glyphosate is very low ($9.8x10^{-8}$ mm Hg or $1.31X10^{-2}$ mPa at 25˚C),[65] inhalation during mixing and preparation of an herbicide is typically not a significant contributor to exposure <u>unless</u> an aerosol is produced. Thus, inhalation during spray application of the herbicide can be a factor. Such exposure depends mainly on

---

[65] National Toxicology Program, U.S. Department of Health and Human Services.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 44

droplet size of the spray and the equipment used for spraying. Different nozzle types (often modified by farmers to increase discharge) will generate different volumetric droplet size distributions.  Lesmes-Fabian, et al., found that for the standard discharge nozzle as used in their study, approximately 5% of the total volume of droplets was smaller than 100 µm.[66]   In dry climates, droplets less than 100 µm are subject to evaporation and are respirable.

## Dermal Absorption

For occupational users such as farmers, the key determinant of a person's exposure is how the herbicide is actually handled and/or applied.[67] This dermal exposure will occur throughout the mixing, loading and application of herbicides as well as through re-entry (i.e., handling stems, leaves or soil after herbicide treatment).

Studies have found that workers performing the common farm task of "thinning" are more exposed to pesticides than (for example) workers who are harvesting or pruning.[68,69] One study[70] found a higher level of pesticides in the house and vehicle dust of the thinning workers.  Additionally, their children revealed higher urinary pesticide metabolite concentrations which showed evidence of a "take-home pesticide pathway."[71] The same

---

[66] Lesmes-Fabian, C., Garcia-Santos, G., Leuenberger, F., Nuyttens, D., & Binder, C. R, "Dermal exposure assessment of pesticide use: The case of sprayers in potato farms in the Colombian highlands," 2012, Science of the Total Environment, 430, pg. 202-208.

[67] Curwin, B.D. et al., "Urinary and hand wipe pesticide levels among farmers and non-farmers in Iowa," 2005, Journal of Exposure Analysis and Environmental Epidemiology, Vol. 15, pg. 500–508.

[68] de Cock, J. et al., "Determinants of exposure to captan in fruit growing," 1998, Am Ind Hyg Assoc J 59, 1998a, pp. 166–172 and 1998b, pg. 158-165.

[69] Simcox, N.J. et al., "Farmworker exposure to organophosphorus pesticide residues during apple thinning in central Washington State," 1999, Am Ind Hyg Assoc J 60, pg. 752–761.

[70] Coronado, GD, Thompson, B, Strong, L, Griffith, WC, and Islas, I., "Agricultural task and exposure to organophosphate pesticides among farm workers," 2004, Environ Health Perspect 112, pg.142–147.

[71] The take-home pesticide pathway is the pathway that children and spouses of agricultural workers are exposed through.  (Hyland, C. and Ouahiba Laribi, Q., "Review of take-home pesticide exposure pathway in children living in agricultural areas," 2017, Environmental Research. Volume 156, pg. 559–570.)

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 45**

study showed that workers in apple or pear crops had higher pesticide metabolite concentrations than those who worked in peach, cherry or grape crops.[72]

### *Mechanisms of Absorption*

Farmers, forestry workers and landscapers are primarily exposed to herbicide chemicals through dermal contact during mixing, loading or application of the glyphosate formulation as well as through re-entry. Therefore, with respect to occupational exposure, the skin is the predominant route by which glyphosate enters the human body.

### The Dermal Barrier

Human skin is a complex organ consisting essentially of two layers: a thin, outermost layer called the *epidermis* and a much thicker under-layer called the *dermis*. It is the outer layer of the epidermis, called the *stratum corneum* (SC) that provides the primary protective barrier function of the skin. This barrier is largely responsible for resisting the entry of foreign agents into the human body.

The stratum corneum is primarily composed of non-living cells, or corneocytes, in a brick and mortar type system of lipid matrix. Corneocytes are terminally differentiated keratinocytes that have migrated from the epidermis to the skin's surface. The composition of the stratum corneum lipid matrix is dominated by three lipid classes: (1) cholesterol, (2) free fatty acids and (3) ceramides which are waxy lipid molecules. These lipids adopt a highly ordered, three dimensional structure of stacked, densely packed lipid layers[73] as shown in Figure 1.

---

[72] Coronado, GD, et al., "Organophosphate pesticide exposure and work in pome fruit: Evidence for the take-home pesticide pathway," 2006, Environ Health Perspect 114 (7), pg. 999-1006.

[73] van Smeden, J. and Bouwstra, J.A., "Stratum corneum lipids: Their role for the skin barrier function in healthy subjects and atopic dermatitis patients," 2016, Curr Prob. Dermatol 49, pg. 8-26.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 46**

**Figure 1**
**Epidermal Layers of Human Skin**



Image courtesy of Wiki Journal of Medicine

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 47**

### Percutaneous Absorption of Glyphosate

A chemical can enter the stratum corneum directly through the corneocyte cells, through channels between the cells or through follicles, pores and glands. Due to its structure, the stratum corneum is highly lipophilic (lipid loving) and hydrophobic (tending to repel water). Thus, lipid-soluble chemicals are able to penetrate this layer into the circulatory system much more efficiently than water-soluble chemicals.

Since glyphosate is a small hydrophilic molecule, it travels easily thru the channels and follicles; however, it cannot easily pass through lipid layers. The stratum corneum is, therefore, the rate-limiting barrier in the absorption of a hydrophilic agent such as glyphosate.  How quickly glyphosate passes through this outer layer determines the overall absorption rate of the chemical into the body.

Once glyphosate has been absorbed into the stratum corneum, it may pass through into the viable epidermis and then into the dermis where it is transported systemically by the dermal blood supply or lymphatics and circulated to other areas of the body. This passive diffusion process is governed by Fick's law which states that the rate of absorption or flux (J) of any substance across a barrier is proportional to its concentration difference across that barrier.

The stratum corneum is resistant to penetration of weak acids but is much less effective against organic acids and some inorganic chemicals. Organic and alkaline chemicals can soften the keratin cells in the skin and pass through this layer to the dermis where they are able to enter systemic circulation.

The thickness of the skin, as well as its lipophilicity, varies with location on the body. Areas of the body such as the forearms, which may be particularly hairy, are most easily penetrated by chemicals since they can enter the small ducts containing the hair shafts. Chemicals can also enter through cuts, punctures or scrapes of the skin since these are breaks in the protective layer.  Due to the nature of their occupation, the skin of farmers (particularly their hands) typically have a higher percentage of fine cracks and breaks than that of the average person.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 48**

## Percutaneous Absorption Models

The term *"percutaneous"* refers to any action involving penetration of the skin. Accurate determination of the rate at which agents penetrate the skin is critical for assessing the dose and potential risk from exposure. Dermal penetration is generally considered to occur by passive diffusion (Fick's law); however, in living organisms, biotransformation of a substance within the deeper viable regions of the skin (via metabolism) can also occur prior to systemic absorption.

The amount of a chemical that is absorbed through the skin is dependent on the properties of both the chemical and the skin. The most significant properties impacting the absorption of a chemical are its water and lipid solubility, molecular weight, degree of ionization and polarity.[74] The most important properties of the skin are the number (density) of follicles, the thickness of the stratum corneum and the sebum composition as well as the distance of capillaries to the surface of the skin.

Dermal penetration studies are conducted to measure the absorption or penetration of a substance through the skin barrier and into the skin and determine whether it has the potential to be absorbed into the systemic circulation. A wide range of experimental protocols exist for the determination of percutaneous absorption; the protocol used in any particular experiment will depend on the penetrant being studied.

Penetration studies may be conducted *in vivo* (in whole living animals) or *in vitro (*outside of a living organism). In assessing the risk of human exposure to glyphosate, the aim of a dermal absorption study is to measure the amount of glyphosate that passes into and through human skin and into systemic circulation.

Due to greater differences between rodents and humans verses primates and humans, *in vivo* human studies would provide the most accurate dermal penetration models. However, inasmuch as such studies would be both impractical and unethical, animals such as rats, mice, and monkeys are used for *in vivo* studies of the absorption of glyphosate.

---

[74] Van Ravenzwaay, B. and Leibold, E., "A comparison between in vitro rat and human and in vivo rat skin absorption studies, 2004, Toxicol. In Vitro. 18(2), pg. 219-25.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 49**

### *In Vivo* Measurement Methods

*In vivo* dermal absorption measurement methods include two methods: (1) the indirect method of surface disappearance and surface recovery whereby the dermal absorption is inferred and (2) direct methods of determining dermal absorption which includes measuring glyphosate in the blood, excreta (urine or feces) or stratum corneum or by estimating through biological or pharmacological responses.[75]

Zendzian, 2000,[76] published a method for measuring glyphosate in excreta and in carcasses as well as the quantity remaining in the skin after washing.  The Zendzian study states that the United States Environmental Agency's Office of Pesticide Programs (OPP) has developed a standard protocol for evaluating the dermal penetration of pesticides in the rat.  This protocol was formalized in 1994 as a guideline for dermal absorption studies of pesticides.

As of the year 2000, in excess of 263 studies on the dermal absorption of over 160 pesticide chemicals had been submitted to OPP as part of the pesticide registration and risk assessment processes.  From this standard protocol, it is possible to describe, quantitatively with dose and time, the entrance of a chemical into and penetration through the mammalian epidermis into the systemic circulation as well as the chemical's concentration in blood, the body and its excretion in urine and feces.

### *In Vitro* Measurement Methods

Since *in vivo* studies are complex and expensive, *in vitro* methods are more widely used as a screening method for dermal penetration estimates.  *In vitro* experiments involve the use of a diffusion cell, wherein two chambers, donor and receptor, are separated by a membrane (human or animal skin).  There are many variations, but all diffusion cells involve the penetrant passively diffusing from the donor chamber into the receptor chamber where it can be measured.

---

[75] U.S. EPA, "Dermal exposure assessment: A summary of EPA approaches," September 2007. United States Environmental Protection Agency, National Center for Environmental Assessment Office of Research and Development, EPA/600/R-07/040F

[76] Zendzian, R.P., "Dermal absorption of pesticides in the rat," 2000, AIHAJ, Vol. 61(4), pg. 473-83.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 50**

In 2007, the U.S. EPA published "Dermal Exposure Assessment: A Summary of EPA Approaches" which provides a dermal exposure assessment methodology for treated surfaces.[77]  The U.S. EPA and other regulatory agencies accept a wide diversity of *in vitro* protocols, but they caution comparing these studies due to differences such as cell type (i.e. static or flow through), the membrane selected, composition of the receptor fluid and the dosing method (infinite or finite).

**Other Measurement Models and Methods**

In a static diffusion cell, also known as a Franz cell,[78] the penetrant diffuses from the donor chamber through the membrane into a "static" receptor chamber of a fixed volume which is continually stirred. In a flow through cell or Bronaugh[79] cell, *in vivo* conditions are simulated by using a constantly flowing receptor fluid that mimics *in vivo* blood flow beneath the skin membrane.  The skin membrane is bathed below by a flowing solution maintained at 37 degrees C.

When studying the absorption of glyphosate, the membrane separating the chambers is typically human (from cadavers), rat or monkey skin and may be full thickness or dermatomed (sliced).   Dermatomed skin, wherein only the epidermis is used after it has been separated from the dermis, is commonly used because full-thickness skin can be cumbersome in the diffusion apparatus. Since glyphosate is hydrophilic, the main barrier to its diffusion across the skin resides in the stratum corneum and, therefore, the absence of the dermal tissue is generally not of concern.[80]   Ideally, when fresh skin is used, the receptor fluid should allow skin metabolic activity.

---

[77] U.S. EPA, "Dermal exposure assessment: A summary of EPA approaches," September 2007. United States Environmental Protection Agency, National Center for Environmental Assessment Office of Research and Development, EPA/600/R-07/040F

[78] Franz TJ., "Percutaneous absorption. On the relevance of in vitro data," 1975, J Invest Dermatol.  64, pg. 190–5.

[79] Bronaugh, R., H. Hood, M. Kraeling, and J. Yourick, "Determination of percutaneous absorption by *In Vitro* techniques," 1999, pg. 229-233 <u>in</u> Percutaneous Absorption, 3rd ed., R.L. Bronaugh and H.I. Maibach, eds. New York: Marcel Dekker, Inc.

[80] Williams, A.., "Transdermal and dermal drug delivery: From theory to clinical practice," 2003, London, Pharmaceutical Press.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 51**

**Dosing Techniques and Measurement Considerations**

The loading, or dosing, of the donor chamber in all diffusion cells is accomplished in one of two ways:  infinite dosing or finite dosing.  In the infinite dosing, or flux, technique, a high concentration of glyphosate is installed into the donor chamber (so its concentration does not decrease) while the concentration is measured in the receptor chamber over time until steady state is reached. This allows for the calculation of a permeability coefficient.

A finite dose technique allows the herbicide to be tested under conditions similar to those found *in vivo*.  The donor chamber is loaded with a known amount of herbicide which is depleted due to penetration during the course of the experiment. The concentration of the herbicide in the receptor fluid is measured to determine the percent of the original dose that penetrated the skin per unit area of skin over a period of time.

Loading conditions can greatly impact calculation of *percent absorption*. As the applied dose becomes greater than the absorbable amount, the excess does not contribute to absorption <u>but it does diminish the observed *percent of dose* that is absorbed</u>.[81] Therefore, when comparing *in vitro* results of percent absorption, all the dosing conditions should be maintained as finite dose applications rather than flux.[82]

Rat skin is generally, but not always, more permeable than human skin.  In a review of 79 studies which measured absorption of 110 chemicals, four chemicals were found that are less permeable through rat skin than human skin.[83]  Van Ravenzwaay also found that in comparing human *in vitro* skin with *in vivo* rat skin, the penetration of 3 of 12 chemicals

---

[81] Frasch, H.F. et al., "Analysis of finite dose dermal absorption data: Implications for dermal exposure assessment," 2014, J Expo Sci Environ Epidemiol, 24(1), pg. 65–73.

[82] Guidance Notes on Dermal Absorption, OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011)36.

[83] Jung, E, and Maibach, H., "Animal models for percutaneous absorption," 2014, in  Shah, V., Maibach, H., and Jenner, J. eds. Topical Drug Bioavailability, Bioequivalence, and Penetration, 2nd ed. New York: Springer, pg. 21-40.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 52**

was greater through human skin than thru rat skin.  This held true at 4, 8 and 10 hours after dosing.[84]

A recent study has also questioned the reliability of converting percutaneous absorption data from rats to humans due to the mentioned differences in species as they studied the absorption of hazardous substances.[85]

### *In Vitro Dermal Absorption of Herbicides through Rat versus Human Skin*

The use of rat skin in percutaneous absorption models is premised on the theory that rat skin is generally more permeable than human skin; however, there have been some cases which have reported that rat skin is less permeable.[86] Monsanto attempted to demonstrate (and failed) that the dermal penetration of Propachlor® (2-chloro-N-isopropyl-N-phenylacetamide) through human skin was lower than in rat skin.  Instead, the study revealed:

- Concentrate formulation: The percent penetration with human skin **is equal to** the percent penetration with rat skin.

- Spray dilution: The percent penetration with human skin **is greater than** the percent dermal penetration with rat skin ($p < 0.05$).

- Microautoradiographies clearly revealed <u>stores</u> of Propachlor in the epidermis of human skin.[87]

### *Monsanto In Vitro Absorption Study of Glyphosate*

In February 2010, Dermal Technology Laboratory Ltd., UK, completed their Monsanto-commissioned lab study entitled *"In vitro absorption of glyphosate through human*

---

[84] Van Ravenzwaay, B. and  Leibold, E., "A comparison between *in vitro* rat and human and *in vivo* rat skin absorption studies," 2004, Toxicol In Vitro., Vol.18(2), pg. 219-25.

[85] Korinth G, Goen T, Schaller KH, & Drexler H., "Discrepancies between different rat models for the assessment of percutaneous penetration of hazardous substances," 2007a, Archives of Toxicology 81**,** pg. 833-840.

[86] Hotchkiss, SA, et al., "Percutaneous absorption of 4,4'-methylene-bis (2-chloroaniline) and 4,4'-methylenedianiline through rate and human skin in vitro," March, 1993, Toxicology In Vitro, Volume 7(2), pg. 141-148.

[87] Monsanto email (Tab 21) from ███████████ on 3/29/2002 to ████████, et al.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 53**

*epidermis"* (MON 79545) wherein they investigated the absorption and distribution of glyphosate in three different herbicide formulations.  For all three formulations, they concluded that the dermal absorption of glyphosate from exposure to the herbicide would be minimal <u>at less than 1%</u>.  However, there are problems with this study that contribute to its inconsistency with other studies and, as a consequence, warrant its exclusion.

Finite dosing of 10 µL/cm$^2$ was used on a surface of 2.54 cm$^2$; this was left unoccluded for an exposure period of 24 hours with no interim wash.  A static-type glass diffusion cell was used with dermatomed human skin.  Each formulation was applied in three doses: one concentrated dose and two diluted doses.  Thus, the amount of glyphosate in the 25.4 µL volume applied depended on the dilution. The absorption process was followed by taking samples of the receptor fluid (physiological saline) at recorded intervals throughout the exposure period.

There appears to be a problem with respect to their definition of the absorbed dose:

> **"The absorbed dose is considered to be the glyphosate detected in the receptor fluid**, while the biologically available proportion of the dose is regarded as the sum of absorbed dose and the amount recovered from the epidermis after tape stripping. Material removed from the surface of the epidermis by the washing procedure is regarded as unabsorbed. **Glyphosate recovered from the epidermis at the end of the exposure is also considered to be unabsorbed, although it is recognized that a proportion of this material may be absorbed beyond the duration of the exposure investigated in this study.**  In vivo, the majority of the dose in the epidermis, especially that recovered from the stratum corneum (i.e. that found on the tape strips), would eventually be lost by desquamation."(Ramsey et al, 1992)

- The laboratory **did not include** the glyphosate recovered from the tape stripping as they claimed that it was not biologically available.

- They also **did not include** the amount of glyphosate recovered from the epidermis (available for eventual absorption).

- Additionally, since the duration of exposure in this study was only 24 hours, the glyphosate present within the epidermis at the conclusion of that period should have been reported as absorbed or, at a minimum, absorbable beyond the 24-hour limit. However, **this was not done.** Instead, the remaining glyphosate in the epidermis was simply considered to be *"unabsorbed."*

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 54**

Review of the raw data specific to "Cell 18" revealed that the remaining epidermis contained 7.78 μg of glyphosate which was not included.  If it had been included, the total absorbed **would have been approximately 3%.** Thus, the "*In vitro* absorption of glyphosate through human epidermis" study presents itself as a pre-destined design failure.  It is completely inconsistent with other Monsanto *in vitro* and *in vivo* studies and should be excluded.

The term "Triple Pack" refers to the use of three types of dermal absorption data from:  1) *in vivo* rat; 2) *in vitro* rat and 3) *in vitro* human dermal absorption studies.[88]  This approach is used to refine the estimation of dermal absorption by correcting for differences between *in vitro* and *in vivo* absorption rates in rats as well as for species differences between rats and humans.[89]  This approach is based on the premise that the absorption difference between humans and rats will show in the same proportion in both *in vitro* and *in vivo* test, which may not be true.  It should also be noted that the "Triple Pack" approach should be used to estimate a dermal absorption value only when the three studies are conducted under the same experimental conditions.[90]

More accurate measurement models generally include animal or primate *in vivo* measurements since *in vitro* human cadaver skin does not have an intact physiologic and metabolic system present to accommodate active blood capillary transport gradients or metabolism as do the *in vivo* models.  Studies have shown there are species differences in the absorption of different chemicals:  measurements in rats, rabbits or pigs may or may not reflect human absorption.[91]  A more accurate model includes dermal absorption across primate (monkey) skin.  Often, though not always, *in vivo* monkey skin most accurately resembles percutaneous absorption across human skin.

Numerous studies have been published using skin from different animal models.  However, the knowledge that there is a significant difference in absorption when it comes

---

[88] U.S. EPA OPP Memorandum June 2, 2010.  "Review of Triple Pack dermal absorption studies for Maxim Quattro."

[89] Id.

[90] "Guidance notes on dermal absorption," OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011) 36.

[91] Rozman, KK and Klaassen CD., "Absorption, distribution and excretion of toxicants," in Cassarett & Doull's Toxicology, The Basic Science of Poisons. 5th edition. 1996. McGraw-Hill.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 55**

to different animal species and humans has led to the necessity of a thorough interpretation when adapting data from animal studies that are to be used in relation to humans. Interpretation of the data to refine dermal absorption values can vary between regulatory authorities.[92,93]


## Dermal Absorption and Pharmacokinetic Studies of Glyphosate

### *Models Used to Measure Glyphosate Dermal Absorption*

There are two primary models which have been used to measure glyphosate dermal absorption: (1) the Maibach studies of 1983 and (2) the Wester et al., studies of 1991. Both of these studies were funded by Monsanto. This section reviews these two studies and assesses the findings in light of present-day objective science.

### Maibach Study (1983)

Full Title: *Maibach, H.I. (1983) (a) Elimination of [14]C-glyphosate in Rhesus monkeys following a single parenteral dose, (b) Percutaneous absorption of 14C-glyphosate in Roundup formulation in Rhesus monkeys following a single topical dose. Unpublished report No. MA-81-349, dated 1 April 1983, from University of California, School of Medicine; San Francisco, California, USA. Submitted to WHO by Monsanto Int. Services SA, Brussels, Belgium.*

The purpose of this Monsanto-funded primate study was to determine the *in vivo* dermal penetration of glyphosate through Rhesus monkey skin. The study consisted of two parts:

- Part (a): [14]C-Glyphosate (MON 0139; isopropylamine salt) was administered to four Rhesus monkeys through intramuscular (IM) injection. Maibach found that, on average, 89.9% of the injected dose was excreted in the urine. He did not, however, measure the amount of glyphosate eliminated in the feces. Maibach

---

[92] "Guidance notes on dermal absorption," OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011)36.

[93] U.S. EPA OPP Memorandum June 2, 2010. "Review of Triple Pack dermal absorption studies for Maxim Quattro."

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 56**

reported two distinct phases of urinary excretion:  (1) 0-24 hours $t_{1/2}$ = 6.9 hrs; (2) 1-7 days $t_{1/2}$ = 35.1 hrs, concluding that "*systemic doses of glyphosate in MON 039 are rapidly eliminated in monkeys, predominantly via the urine*."

- Part (b):  [14]C-Glyphosate (MON 0139; isopropylamine salt) was dermally applied to Rhesus monkeys at a concentration of 1.13 mg/cm[2].  The IM data from Part (a) was used to quantify the dermal penetration obtained in this part of the experiment.

There are problems with the findings of this study as explained below.

Since the majority of [14]C-Glyphosate administered by IM injection was excreted rapidly thru the urine, Maibach erroneously assumed that 89.9% of the dermal dose would be eliminated in the urine as well.  He used this correction factor for incomplete urinary excretion (89.9%) to determine that 1.8% of the applied dermal dose penetrated the skin.  This conclusion was errant for several reasons:

1) Two different routes of exposure (IM verses dermal);

2) Two different paths of excretion (urinary and fecal);

3) Failed to measure the [14]C-Glyphosate excreted in the feces.

Additionally, a further error was made by assuming the unrecovered glyphosate was permanently bound in the skin.  The skin-washing procedure removed 14.2% (standard deviation of 3.5%) of the applied [14]C-label on the glyphosate.  Therefore, only 16% (14.2 + 1.8) of the dermally-applied glyphosate was recovered.   "*The total percent recovery … was low, i.e., 16.0%. Although a definitive explanation cannot be offered for the low recovery, previous experience suggests that much of the test material may in some way bind to or in the skin and cannot be removed by washing.  This bound material is not apparently available for systemic absorption.*"[94]

---

[94] Maibach, H.I., "(a) Elimination of 14C-glyphosate in Rhesus monkeys following a single parenteral dose, (b) Percutaneous absorption of 14C-glyphosate in Roundup formulation in Rhesus monkeys following a single topical dose," 1983, Unpublished report No. MA-81-349, from University of California, School of Medicine, San Francisco, California, USA. Submitted to WHO by Monsanto Int. Services SA, Brussels, Belgium.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 57

The key point is that this explanation is <u>inconsistent with generally-accepted guidelines</u>. For example, OECD guidelines[95] cite an adequate mean recovery is in the range of 100 ± 10%. (OECD, 2004).  If the test material did indeed bind to or in the skin, then it could have been available for absorption and, according to guidelines given by OECD, <u>would have to be included in the amount absorbed</u>.[96]

In 1985, the U.S. EPA classified the Maibach, 1983, study as <u>unacceptable</u> since the majority of the dose could not be accounted for.  Currently, most authorized agencies calculate by "*absorbed amount + amount remaining in the treated area tissue + (when necessary) amount remaining in the skin tissue after a washing process*" when calculating the absorption amount.[97]

In communications regarding the Maibach study, Richard Dirks, Ph.D., Senior Product Toxicologist at Monsanto, wrote (April 11, 1983):

> *"The total percent recovery (percent label removed by washing plus total percent label contained in urine) was low, i.e., 16.0%. A definitive explanation for the low recovery is not provided in the report, but the author does state that previous experience would suggest that much of the test material may in some way bind to or in the skin and cannot be removed by washing. In support of this, it has been reported (Vickers, 1963) that a "chemical reservoir" is formed in the skin after drug application which is eventually shed without penetration. Thus, it is concluded that the bound material is not apparently available for systemic absorption." [98]*

Dr. Dirks erroneously concluded (not in keeping with prescribed methodology) that *"… the bound material is not apparently available for systemic absorption*."  The OECD guidelines state that the amount of substance not found in the donor chamber should be

---

[95] Guidelines require that at least 90% of the dose be accounted for compared to just 16% in the Maibach study.

[96] OECD/OCDE 427, "Guidelines for the testing of chemicals.  Skin absorption *In vivo* Method," Adopted: 13 April 2004.

[97] Jaehwan, S., "Comparison of international guidelines of dermal absorption tests used in Pesticides Exposure Assessment for Operators," 2014, Toxicol Res 4, pg. 251-260.

[98] MONGLY01330783

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 58**

considered absorbed and, therefore, potentially available in the systemic circulation. This also accounts for the amount of substance deposited in the skin.[99]

Subsequent experiments have demonstrated that absorption of chemicals temporarily deposited in the skin can continue for up to 24 hours after exposure has ended. Thus temporary skin deposition will potentially underestimate the true absorption if assessed in blood or urine immediately following exposure (within 24 hours).[100]

**Wester, et al., Study (1991)**

Full Title: *Wester, R. et al., "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination,"1991, Fundamental and Applied Toxicology 16, pp. 725-732.*

This Monsanto-funded study included human *in vitro* testing as well as an *in vivo* primate (monkey) testing.  The test material was a Roundup® formulation supplied by Monsanto; it is not stated what glyphosate salt was used in the formulation. The exact formulation was not disclosed, but no surfactants or other adjuvants were listed as ingredients.

*In vitro* human skin absorption:  A finite dose technique was used with human plasma as the receptor fluid in a flow-through diffusion cell.  Dosing concentrations ranged from 2.6 $\mu g/cm^2$ to 154.0 $\mu g/cm^2$ with exposure times of 30 minutes, 4 hours, 8 hours and 16 hours. The greatest absorption (2.2 ± 0.5 %) occurred at the lowest glyphosate dose concentration (2.6 $\mu g/cm^2$) after 8 hours of exposure.  This was more than twice that which was absorbed at any of the other dose concentrations after 8 hours.

The data in this study is highly variable, i.e., it shows no discernable pattern with respect to the dose and time of exposure other than that the highest percentage of absorption occurred at the lowest dermal dose.  The standard deviation of the mean was greater than the mean for 12 of the 20 means reported.  No overall accountability (mass balance) was provided for this part of the study; no data was provided with respect to how much

---

[99]  OECD, "Guidance document for the conduct of skin absorption studies," 2004a, Paris. 28, pg.1-31.

[100] "Dermal absorption of pesticides – evaluation of variability and prevention," 2009, Danish Environmental Protection Agency. Pesticides Research No. 124, 13.1.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 59**

glyphosate was lost.  Thus, it was not possible to compare the percentage lost to that of the *in vivo* dermal study shown below.

*In vivo* rhesus monkeys IV doses:  Three Rhesus monkeys were intravenously dosed with 93 µg glyphosate and three were dosed with 9 µg glyphosate. The study found that in the six monkeys, 95% - 99% of the IV administered dose was recovered in the urine.  Overall accountability was greater than 96% of the administered doses.  Wester, et al., used these results to make the assumption that all *dermally*-absorbed glyphosate would similarly be excreted in the urine.  This assumption is invalid according to their data reported in the next part of the study as shown below.

*In vivo* rhesus monkeys dermal dosing:  Eight monkeys were dermally dosed with one of two doses (as summarized in Table 4).

**Table 4**
**Disposition of Glyphosate Following Topical Administration to Rhesus Monkeys[101]**

| Disposition Site | Percentage of applied dose[*] | |
| --- | --- | --- |
| | Dose C = 5400 µg/20 cm$^2$ | Dose D = 500 µg/20 cm$^2$ |
| Urine | 2.2 ± 1.5 | 0.8 ± 0.6 |
| Feces | 0.7 ± 0.5 | 3.6 ± 1.6 |
| **Urine + Feces** | **2.9 ± 2.0** | **4.4 ± 2.2** |
| Surface Washes | 73.5 ± 6.0 | 77.1 ± 9.2 |
| Contaminated Solids | 0.05 ± 0.1 | 0.3 ± 0.1 |
| **Total** | **76.5 ± 6.7** | **81.8 ± 6.9** |

Topical administration in 4 Rhesus monkeys per dose:  *each value is the mean ± SD for 4 monkeys.

The above data reveals several critical findings:

1) The low topical dose was excreted primarily in the feces. In the monkeys administered Dose D, 3.6 % of the dermally-applied dose was recovered in the feces whereas only 0.8 % was recovered in the urine (***total dermal absorption of 4.4%).***

---

[101] Wester, R. et al., "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination, 1991, Fundamental and Applied Toxicology 16, pg. 725-732.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 60**

From this data, it is apparent that **urine recovery does not accurately represent the amount of glyphosate that was dermally absorbed**. In this case, 4.5 times more glyphosate was found in the feces than in the urine.

2) This study finding is deeply troubling since epidemiology studies rely on urine concentrations to quantify the systemic dose of glyphosate exposure through dermal absorption. The lower dose (Dose D) at 500 µg/20 cm$^2$ corresponds to real world exposures in farmers and applicators. Thus, the exposure studies prepared by Monsanto that have relied on urinary excretion are in error by a factor of 4.5 times the current calculated values. From the data in this study, the total systemic dose from dermal exposure can be calculated:

$$GLY_{systemic} = GLY_{urine} + Gly_{feces}$$
$$= GLY_{urine} + 4.5 \times Gly_{urine}$$
$$GLY_{systemic} = 5.5 \times Gly_{urine}$$

The actual systemic dose in the human epidemiological exposure studies could have been accurately quantified by including the relative amount of glyphosate that would have been excreted in the feces **but which was not measured**.

3) The dose of 5,400 µg/20 cm$^2$ is too large to accurately represent the dose/absorption relationship. As previously explained, dosing conditions can have enormous effects on percent absorption. The excessive dosing in this case is approaching infinite dosing and the excess does not contribute to absorption, but it does diminish the calculated percent of dose absorbed.[102] U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.[103] The resulting error herein is an **artificially reduced percent absorption**; this high saturation dose resulting in 2.9% absorption is not relevant when looking at percent absorption.

4) The effect of glyphosate on skin has been shown to depend on the relative concentration of glyphosate. Dermal cells exposed to low levels of glyphosate have been shown to induce a stiffening of the cytoskeleton (the cell's internal structural

---

[102] Frasch, H.F. et al., "Analysis of finite dose dermal absorption data: Implications for dermal exposure assessment," 2014, J Expo Sci Environ Epidemiol, Vol. 24(1), pg. 65–73.

[103] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pg. 4.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 61

support) while higher levels of glyphosate cause gross changes in cell shape.[104]  As **realistic exposure levels were not used**, the findings are automatically suspect.

5) Only 81.8 % of the applied "Dose D" was recovered. The authors claimed that the remaining 18.2 % was "lost" since it was not detected.  If any of the missing 18.2% remained in the monkey in tissue or fluid that was not tested, the amount absorbed would have been underestimated.  The lost material is beyond the acceptable limit according to OECD guidelines of mass balance. If all of the missing 18.2 % is assumed to have remained in the monkey and is included the amount absorbed, the total % of applied dose absorbed becomes 22.6%. Either way, a casual and unverifiable "claim" that 18.2% of the dose was "lost" can scarcely be regarded as objective and should be added to the amount absorbed (4.4%) to provide an upper limit value of 22.6%.

6) The impact of surfactants on absorption is still not considered in this study.

From Wester, et al., it is reasonable to conclude that dermal absorption at "Dose D" reasonably estimates a ***dermal absorption dose ranging from 4.4% to 22.6%***.  More importantly, the epidemiological exposure studies ***underestimate the systemic dose*** from dermal absorption ***by a factor of 4.5*** due to the failure to consider hepato/fecal elimination at the lower dose levels.


**Studies, Reviews & Articles Impacted by Wester and Maibach Studies**

Inasmuch as there are obvious and significant flaws in the two Monsanto-sponsored studies, it is important to understand the impact these have had on other studies, reviews and published articles (some of which were authored by Monsanto consultants).

1. *Williams, GM, Kroes, R., and Munro, IC, "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology. Vol. 31, pp. 117–165.*

---

[104] Heu, C. et al., "Glyphosate-induced stiffening of HaCaT keratinocytes, a peak force tapping study on living cells," 2012, Journal of Structural Biology, 178, pg. 1-7.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 62**

The Williams, et al., risk assessment article opined that the dermal penetration of glyphosate is very low based on results from studies in Rhesus monkeys and *in vitro* studies with human cadaver samples.  With respect to the Wester studies, Williams failed to acknowledge the documented fecal elimination route and only relied on urinary excretion.  Additionally, Williams, et al., failed to note the difference in fecal verses urinary excretion dependent upon dose level including the extraordinarily high dose level of pure product on the skin of primates within the Wester studies.

The Williams, et al., review stated,[105] "*Maibach (1983) studied the in vivo dermal absorption of glyphosate when undiluted Roundup herbicide was applied to the skin of monkeys. Penetration was slow as only 0.4 and 1.8% of the applied dose was absorbed over 24 hours and 7 days, respectively. A second study in Rhesus monkeys investigated the absorption of diluted glyphosate (1:29) to simulate a spray solution (Wester, et al., 1991). Dermal penetration was found to be 0.8 and 2.2% at low and high dose (500 or 5,400 mg/cm$^2$, respectively). Wester, et al. (1991) also reported that the in vitro percutaneous absorption of glyphosate through human skin was no more than 2% when applied for up to 16 hours either as concentrated Roundup or as a diluted spray solution.*"

2. *Niemann, Lars, et al., "A critical review of glyphosate findings in human urine samples and comparison with the exposure of operators and consumers," 2015, Journal für Verbraucherschutz und Lebensmittelsicherheit, Vol 10, Issue 1, pp 3-12.*

The basic assumption in Niemann, et al., is that dermally absorbed glyphosate is eliminated nearly entirely through urine and that "*measuring of urine levels could be a powerful tool for human biomonitoring.*"  The study fails to reference or acknowledge the Wester and Maibach studies and does not consider dermally absorbed glyphosate at low, steady state rates of absorption being metabolized and excreted primarily through the feces.

Niemann, et al., states, *"For active substances in plant protection products (PPP) with underline well-defined urinary elimination, no potential for accumulation and virtually no metabolism, measuring of urine levels could be a powerful tool for human biomonitoring. Such data may provide reliable estimates of actual internal human*

---

[105] Williams, pg. 123-124.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 63**

*exposure that can be compared to appropriate reference values such as the 'acceptable daily intake (ADI)' or the 'acceptable operator exposure level (AOEL)'."*

Based on the Wester (1991) study, the evidence of "*well defined urinary elimination*" has been compromised.  Such an assumption is misleading and potentially dangerous with respect to the human health risk assessment and comparisons to current ADI or the AOEL regulatory levels.  Studies cited by Niemann, et al., include non-dermal dose assessments such as male SD rates receiving oral dosing (Brewster et al 1991)[106], oral dosing in feed (Chan & Mahler 1992)[107] and IV and oral doses in rats (Anadon, et al., 2009).[108]  None of the cited studies involve dermal dosing and **do not** establish "*well defined urinary elimination*" which is simply assumed.  Furthermore, the Brewster study found that urine and feces were equally important routes of elimination and after 7 days the total body burden (~1%) of the dose administered was mostly in bone. Since dermal glyphosate exposure is the primary route of exposure contributing to systemic exposure in agricultural users, the assumption that distribution, metabolism, and excretion are identical by IV and dermal routes of exposure leads to **egregious errors** in systemic dose calculations.

3. *Acquavella, J. et al., "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study,"2004, Env. Health Perspect 112, pp. 321– 326.*

   In an internal Monsanto document entitled, "*Glyphosate Stewardship, Epidemiology, and the Farm Family Exposure Study,*" the Monsanto scientists report the impetus for this study:

---

[106] Brewster, D.W., Warren, J., and Hopkins, W.E., "Metabolism of glyphosate in Sprague-Dawley rats: Tissue distribution, identification, and quantitation of glyphosate-derived materials following a single oral dose," July 1991, Fundamental and Applied Toxicology, Volume 17, Issue 1, pg. 43-51.

[107] Chan, P. and Mahler, J., "Glyphosate (CAS No. 1071-83-6) administered in dosed feed to F344/N rats and B6C3F1 mice," 1992, U.S. Department of Health and Human Services. NTP Technical Reports Series No. 16. NIH Publication 92-3135.

[108] Anadón, A. et al., "Toxicokinetics of glyphosate and its metabolite aminomethyl phosphonic acid in rats," 2009, Toxicol Lett 190(1), pg. 91-95.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 64**

> *"We have been working to maintain glyphosate's favorable reputation through a strategy that anticipates challenges and puts appropriate initiatives in place. One of those initiatives is a unique research program called the Farm Family Exposure Study (FFES)."* [109]

The report further states

> *"The FFES was developed to fill two data gaps. First, there is a (PPE) information about applicator pesticide exposure under "real world" conditions. Second, there is little empirical exposure information for farm children although children's health is a driving force in environmental regulation and a focus of epidemiologic research."* [110]

This biomonitoring study evaluated urinary glyphosate concentrations for forty-eight farm families (farmers, spouses and their children) the day before, the day of and three days after a glyphosate application.  The authors used the urinary concentrations to estimate systemic doses which they then compared to the U.S. EPA reference dose of 2 mg/kg/day.

The main assumption cited in their analytic method is "*Pharmacokinetic research indicates that absorbed glyphosate is excreted unchanged, predominantly in urine (Williams 2000).*"[111] Unfortunately, **glyphosate is not excreted predominately through the urine in primates**, especially at low doses, as demonstrated by the Wester, 1991, study.

The authors used the 95% urinary recovery that Wester reported using IV dosing to correct their data for complete pharmacokinetic recovery.  This correction factor is not applicable to this data since the farmers and their family members were presumably exposed dermally and not through IV dosing.

---

[109] "Glyphosate Stewardship, Epidemiology, and the Farm Family Exposure Study," MONGLY00905651

[110] Id, MONGLY00905652

[111] Acquavella, J., et al., "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study," 2004, Environ Health Perspect, 112, pg. 321–326.

Monsanto also points out the limited degree of accuracy of their urinary glyphosate measurements in the Acquavella, et al, 2004, biomonitoring study:

> *"Monsanto's analytic chemistry expertise was essential to the FFES. However, **our current method is outdated**. It requires relatively large volumes of urine (100 ml, versus 5 ml for the 2,4-D and chlorpyrifos methods) and produces less precise results than methods for other FFES chemicals. **Given the likelihood that human health allegations will continue to surface for glyphosate**, it seems advisable to invest in modernizing the analytic method to increase analytic flexibility and precision."*[112]

4. *Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposure," 2016, Critical Reviews in Toxicology, 46(1), pp. 21-27.*

In the Solomon, 2016, review, it is again assumed that "*the systemic dose of glyphosate can be estimated from the total amount of glyphosate excreted in the urine over the four or five days following and including the day of application.*" A "*correction for incomplete excretion*" of 95% is made "*based on observations in TK[113] studies in monkeys which showed that 95% of total systemic dose was excreted via urine* (Wester, et al., 1991), *divided by 0.95.*"[114]   Solomon does not consider dermally absorbed glyphosate at low, steady state rates of absorption being metabolized and excreted primarily through the feces.

5. *Monsanto's Spanish "OPEX" biomonitoring study entitled, "MON 78294: An Applicator Exposure Study Conducted in Spain," Autumn 2005.*

This study was conducted in order to estimate a systemic dose for occupational users of glyphosate and determine whether certain uses of the product resulted in unacceptable levels of dermal penetration. Monsanto submitted the results of the studies to the Spanish regulatory authorities as part of the process to register the

---

[112] "Glyphosate Stewardship, Epidemiology, and the Farm Family Exposure Study", MONGLY00905655

[113] TK is an abbreviation for toxicokinetic and is used here as a synonym for pharmacokinetic

[114] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, 46(1), pg. 21-27.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 66**

herbicide product for use.  A report was prepared for submission to the U.S. EPA, but it is unclear if it was ever submitted.

In their determination of the systemic dose, they extrapolated the Wester, et al., 1991, study results to their biomonitoring data.  As in the other examples discussed above, doing so invalidated their values of the estimated systemic dose.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 67**

## Regulatory Guidance on Dermal Absorption and Recovery

Either knowingly or unknowingly, Monsanto regularly misstates or understates glyphosate dermal absorption recovery and factors in its communications. It is not the purpose of this toxicological risk assessment to draw conclusions about the intent of such misstatements. However, it is helpful to understand the position of regulatory agencies on these points and to briefly review some key guidelines pertinent to this issue.

---

**OECD:  18-Aug-2011 GUIDANCE NOTES ON DERMAL ABSORPTION Series on Testing and Assessment No. 156**

The current default approach taken by nearly all regulatory agencies is to determine the dermal absorption value by adding the absorbed dose and the <u>chemical remaining in the skin</u>, following washing. This is appropriate for both *in vivo* and *in vitro* studies unless compelling evidence demonstrates that some portion of the residue in the skin is unlikely to be absorbed. OECD TG 427 and 428 (OECD 2004a and 2004b) require a mean mass balance <u>recovery</u> of the test substance of between <u>90–110%</u>.  The OECD GD28 (OECD 2004c) contains the same recommendation with a caveat that for volatile test substances and unlabeled test substances, a range of 80–120% is acceptable. However, with the *in vivo* study design, recoveries outside this range may be acceptable but must be justified.

The criteria to justify mean mass balance recovery values outside the acceptance range can be summarized by the following examples:

1. **Recovery values exceed the recommended range**: If the recoveries exceed the accepted maximum range, the data generated should not be normalized because that would result in potentially underestimated absorption values. <u>If these absorption values are not acceptable when a risk assessment is conducted, then the study should be repeated</u> to address any bias resulting from excessive recoveries.

2. **Recovery values below the recommended range**: Low recoveries raise the concern that the value for absorbed dose could be lower than that which would be achieved from a study where the recoveries were within the guideline range. The reason for low recovery may be attributable to the following factors: (a) incomplete application of dose, (b) loss to the experimental equipment, (c) incomplete extraction from matrices (or incomplete collection of exhaled $CO_2$), (d) evaporation, (e) unlabeled test preparations, metabolism or degradation or (f) insufficiently high analytical LODs/LOQs, in particular where non-labelling analytical methods are applied.

---

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 68

## Errors and Omissions in Monsanto Communications

During the glyphosate registration process in Spain, the Spanish Ministry of Health advised Monsanto of errors in their "OPEX" study. Faced with denial of Spanish product registration, Monsanto employees attempted to redirect attention away from deficiencies with respect to pharmacokinetics of glyphosate. The following excerpts summarize some of the Monsanto communications.

A. Communication of █████████████ (11-4-2008):  Subject:  Pk (Pharmacokinetics) recovery Wester, et al.

> *"The IV data gives in vivo disposition of a systemic available dose. This dose could be the result of aggregate systemic exposure (meaning a systemic dose after combined oral, dermal, inhalation exposure). The total accountability of this experiment is high >96% - ~100% and we know exactly the amount that was systemically available. The recovery factor for urine is therefore relevant and reliable."* [115]

Unfortunately, the dose was not an "*aggregate systemic exposure*" as stated, but the result of an IV "push" injection. **This is clearly stated in the study.** One cannot conclude that the recovery factor from IV dosing is "*relevant and reliable*" to dermal dosing.  It is critical to note that IV administration presents a **tremendously high acute dose** to the liver.  Saturation of the liver as an elimination pathway to the feces would result in spill over to the urinary excretion elimination pathway.  Giving the same (IV) dose quantity over a slow drip period of 24 hours would not expose the liver to potential saturation. The email conversation further states:

> *"The in vivo dermal absorption experiment yielded variable results (table 4) and much lower total accountability 77-82% which is normal for this kind of experiment. The authors take the outcome of the IV-experiment to justify the use of the urinary excretion results from the topical experiment **only** as an estimate for dermal uptake: 'Since all of the IV administered doses were excreted in urine, the percutaneous absorption of glyphosate is estimated to be 0.8-2.2% of the applied dose' (p728-729). They did not take the feces into account based on the iv-study."* [116]

---

[115] MONGLY02155831

[116] Id.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 69**

Either knowingly or unknowingly, Monsanto employee ████████████ failed to take hepatic excretion through the feces into account and appears to have relied solely on the IV study to make a point favorable to his company's product. This omission produced **acutely high blood levels** not comparable to those achieved through slow, steady-state dermal absorption.   Additionally, the erroneous urinary recovery assumption that Monsanto used to correct the systemic dose is in **grave error by a factor of 4.5x** and, therefore, is in no way a good "*estimate.*"

B. Communication of ████████████ (11-4-2008, response to ███████): Subject:   Pk recovery, Wester, et al.

> *"Many thanks for your help which I will try to defend as Monsanto position, but the authorities will decide next week.  That: means they are now doing the homework- if our proposed safety evaluation for CAYENNE formulation is compatible with the Acceptable Operating Exposure Level (AOEL) for glyphosate.  I imagine we do not have other studies on the urine/feces excretion after topical applications of glyphosate to support our position.* **As it is critical that we have our product accepted in this coming meeting**, *I would like to complete my defense with a paragraph like this one:*
>
> *"Although we believe that the intravenous dose is accepted by toxicology peer reviewers as the best indicator to simulate the systemic presence of glyphosate, in case the Spanish authorities consider that the excretion through the urine should be taken from the* **variable data** *reported in the topical administration (urine/urine + feces = 75.86% or 18.18%), the average excretion in the urine of 47.02% would mean that our final exposure values should be multiplied by 2.13, resulting in exposure levels which are well below the AOEL. of 0.2 mg/kg/day." [117]*

The communication above of ████████████ states that Monsanto believes the IV model is the best indicator as to how systemically administered glyphosate is metabolized and excreted.  Specifically, the memo states that the IV dose "…*is the best indicator to simulate the systemic presence of glyphosate.*"  This statement is inaccurate since it is the **dermal systemic dose** that is of primary interest to both toxicologists and regulatory authorities.  There are no reports of applicators intravenously injecting themselves with glyphosate. In the absence of actual primate

---

[117] MONGLY02155830

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 70**

dermal absorption data, the IV model should have been compared to animal models with urinary and fecal measurements conducted.

However, it is <u>not acceptable</u> in toxicology to replace real *in vivo* data with a "model" unless the actual dermal dosing data was faulty. There is no evidence to support this.

Based on the ▇▇▇▇▇▇ communication, it appears that Monsanto fabricated a "variable data" problem by incorrectly interpreting the results for the purpose of securing regulatory approval of their product. The issue of high variability is being abused in order to dismiss the primate dermal absorption test results.  Monsanto appears to have dismissed the primate data by failing to disclose why the "variable data" was excessive.

The variability of the data (i.e., the percentage of urinary versus fecal elimination) varied due to absorption saturation at the high dose as described previously and, therefore, only the low dose is relevant since it is closer to real-world exposure scenarios.  Consequently, **the exposure values should be multiplied by 5.5, not 2.13**.  It is perhaps noteworthy that ▇▇▇▇▇▇ stated that it is "*critical*" to have the product accepted at the upcoming meeting.  Thus, his solution appears to be one of manipulating the data by claiming there was a "variable data" problem.

C.  Communication of ▇▇▇▇▇▇▇▇ (11-5-2008, response to All):  Subject:  Pk recovery, Wester, et al.

> *"Even though we can absorb additional 'uncertainty factors' in our risk assessment based on our biomonitoring results, I feel uncomfortable with this discussion. This approach by Spain sets a precedent and **contradicts the fact that we always claimed to fully understand the glyphosate pharmacokinetics**. The Wester IV experiment suggests that almost the entire 'systemically' available dose was excreted in urine. The low dose topical in vivo experiment suggests that almost the entire dose (82%) that was absorbed through the skin was excreted in feces (3.6% feces versus 0.8% in urine). We should have a robust and well-documented explanation for this and stick to our original risk assessment or develop additional data to fully understand this matter and adjust our systemic dose calculations accordingly."* [118]

---

[118] id

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 71**

Clearly, there is internal concern that deficiencies in Monsanto-published values and methods may be subject to criticism and further, that Monsanto itself is not fully conversant with the facts and/or that their risk assessment methodology may be insufficient to meet regulatory approval requirements.

D. Communication of David Saltmiras (11-4-2008, response to ▮▮▮▮): Subject: Pk recovery, Wester, et al.

> *"Joel, Donna & I have discussed your approach and you are correct. How much below the AOEL are your calculations?* ▮▮▮▮▮▮ *- by our rough calculations Jaime's approach is approximately 50x below the AOEL of 0.2 mg/kg/day, Even if we applied the 90th percentile for the passive dosimetry numbers we would be below the AOEL."* [119]

The preceding two internal Monsanto memos serve as an admission that the pharmacokinetics assumed to be correct using the IV methodology **are contradicted by the primate dermal absorption studies**. ▮▮▮▮▮▮▮▮ states, "*This approach by Spain sets a precedent and contradicts the fact that we always claimed to fully understand the glyphosate pharmacokinetics.*" Thus, Monsanto's claim of fully understanding the pharmacokinetics of glyphosate has been contradicted. He cites the discrepancy in the Wester study and the need to further investigate in order to fully understand the pharmacokinetics and thereby "adjust" their systemic dose calculations.

E. Response communication of Joel Kronenberg (11-10-2008, response to All): Subject: Pk recovery, Wester, et al.

> *"To fully address this issue would likely require a repeat of the monkey dermal and intravenous studies. We no longer own the custom-designed monkey chairs that prevented exfoliated abdominal skin from contaminating the excreta. Additionally, it is not clear whether similar chairs are used anymore by any researcher or if they would even be allowed. Thus, conducting a new series of monkey studies may not be easy nor inexpensive. Furthermore, it is not clear to me that such a study is necessary and would be **totally without risk**. Should we arrange a conference call to discuss this?"*[120]

---

[119] MONGLY02155829

[120] MONGLY02155826

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 72**

Ethical quandaries with respect to fearing that a valid pharmacokinetic study might pose a risk to regulatory approval of a commercial product are beyond the scope of this toxicological assessment. However, such implications clearly do exist in this communication and must be considered with respect to veracity and credibility.

F.  Communication of ██████████████ (11-10-2008, response to team):  Subject:  Pk recovery, Wester, et al.

> *"To me, all this discussion continues to show that we still need solid data for ADME (Absorption, Distribution, Metabolism and Excretion) arising from dermal exposure.*

> *1. Our dermal absorption endpoint is based on the literature and, as I recall, we failed to get the original data to support the results.*
>
> *2. The movement of glyphosate in the blood flow from dermal contact is different to that through oral or intravenous exposure. The little data we have suggests that the excretion is significantly more through the feces than the urine.*
>
> *3. Dermal exposure is the greatest risk of exposure for operators. Therefore, we need to be secure on the ADME of such exposure.*
>
> *4. The WHO and EU reviews focus on the IV and oral but not the dermal. My position is, therefore, unchanged. We need to address this properly in the Annex II dossier and, therefore, should be considering a study.*[121]

In this instance, ██████████████ of Monsanto appears to have objectively assessed the data and admits that "*The movement of glyphosate in the blood flow from dermal contact is different to that through oral or intravenous exposure.*"

---

[121] MONGLY02155827

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 73**

Communication of ▇▇▇▇▇▇▇▇▇ (11-12-2008, response to Joel Kronenberg):
Subject:  Pk recovery, Wester, et al.

> *"Monsanto is a company with recurring discussions (which is good!)... You will remember that we discussed this in length with a lot of people before we initiated the Spanish OPEX study... (please see attached). The outcome was that (1) other animal data confirmed the Wester findings; (2) such a study would* ***be too risky*** *(potential for finding another mammalian metabolite); and (3) we would wait for the evaluation of Spain.*
>
> *Looking forward to this discussion on the 24th of November. I also recall that David has asked 2 external pharmacologists for an opinion on the Wester study. Would that opinion be available by that time?"*[122]

The above communication raises numerous ethical red flags with respect to the statement "*such a study would* ***be too risky*** *(potential for finding another mammalian metabolite.)*" The charge and responsibility of the toxicologist is to determine the ADME (absorption, distribution, metabolism and excretion) as ADME are <u>critical components</u> in the risk assessment process. The goal of the toxicologist is to find "*another mammalian metabolite,*" <u>not to avoid discovery of it</u>.

It is always of great importance to identify all metabolites since certain chemicals have been known to produce toxic metabolites under high dose levels (such as Tylenol) or carcinogenic metabolites (such as benzene).  Inasmuch as the author of the Monsanto memo stated that the potential finding of another mammalian metabolite would be "*too risky,*" one must presume a lack of objectivity.  *Failing to perform a needed study due to the risk of finding an adverse result that could negatively impact marketing goals represents an unacceptable practice in the field of toxicology.*

**Monsanto Communications Summary**

Reviewing Monsanto's communications in an inculpatory context is an unfortunate necessity. The preceding Monsanto messages revolve around complex human health factors having a direct and immediate bearing on the purpose of this toxicological assessment. This premise is supported by clear evidence of admissions of deficiencies and a tendency for commercial considerations to outweigh the risk of negative

---

[122] MONGLY02155826

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 74**

consequences. Indeed, it seems the erroneous scientific conclusions presented in these messages can serve no other conceivable purpose. In the absence of impartial oversight, such conclusions obscure the underlying science.

The generally-accepted, peer-reviewed basis of scientific information is highly relevant in the context of reliability of Monsanto's health risk assessments.

## Factors Intensifying Dermal Absorption of Glyphosate

Beyond the underestimation of dermal absorption by Monsanto, there are additives within Roundup® formulations that further increase dermal absorption of glyphosate. There are numerous factors governing the rate and degree of glyphosate dermal absorption, both intrinsically and potentially. These include (a) "co-formulants" (ingredients other than the active ingredient such as detergents or anti-foam agents), (b) surfactants (compounds which lower surface tension), (c) humectants (to inhibit moisture loss), (d) adjuvants (chemicals which modify the effect of other agents), (e) absorption enhancement due to skin damage, lesions, cracks and other irregularities, (f) lack of personal protective gear and (g) other factors such as penetration enhancers and skin creams. This section reviews and assesses these factors as toxicological considerations.

Generally speaking, with the exception of substances of a proprietary nature or which have not been disclosed by Monsanto, most of the considerations mentioned above tend to intensify absorption rather than reduce it. The following sections review each factor individually given the limited information available at this time.

### Co-Formulants

The exact identities and amounts of the co-formulants in GBF herbicides are usually unknown as they are kept as confidential trade secrets. In many countries (including the U.S.), manufacturers are only required to identify the declared active ingredient (DCI), *i.e.* glyphosate. The co-formulants (*i.e.* all ingredients other than the DCI) have rarely been identified and have often been declared as "inert ingredients."[123]

---

[123] Defarge, N. et al., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2016, Int J Environ Res Public Health, Vol. 26;13(3), pii: E264.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 75**

Herbicide manufacturers frequently take advantage of regulatory agency definitions of "inert ingredients." Despite their name, inert ingredients may be biologically or chemically active and are labeled inert only because of their function in the formulated product. For example, an herbicide ingredient can be considered "inert" if it has no direct effect on the intended target, *i.e.* the weed.  In herbicides, the ingredients added to enhance absorption, increase ionization, prevent foaming or reduce drifting are characterized by the manufacturer as "inert ingredients" since they do not directly kill the weeds. However, *they are not necessarily without toxicity to animals or humans.*

Independent studies of complete herbicide formulations are not generally possible as specific herbicide formulations are protected.  Manufacturers of co-formulants have been historically unwilling to provide them to scientists who wish to assess toxicity. Consequently, most co-formulants have evaded scientific scrutiny and regulation.

In a confidential draft report dated July, 2001, entitled, "Clustering glyphosate formulations with regard to the testing for dermal uptake*,"* Monsanto scientist ██████ ██████ promoted the need for formula-specific studies. Mr. ██████ stated:

> *"Glyphosate has a whole series of different formulations. The differences between those formulations are based on:*
> - *The different salt types used to formulate the active ingredient*
> - *The use of different surfactants*
> - *The active ingredient/surfactant ratio*
> - *The concentrations of active ingredient and surfactants*
> - *The presence or absence of other inert ingredients such as anti-foam agents.*

He also added:

> *Until today Monsanto has conducted formulation specific dermal uptake research only on the formulation Roundup (MON2139).  It is clear that because of the compositional differences, the dermal uptake data for Roundup can't be extrapolated as such towards the wide range of formulations.  Every ingredient in a formulation can have a specific influence of dermal uptake. **Scientific experimental evidence is necessary**."*

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 76**

Detergents in herbicides act as mediators which change the absorption by increasing bioavailability[124] or by affecting the skin barrier function.[125,126]  Brand and Mueller (2002) showed dermal penetration of commercially formulated compounds was significantly greater (p < 0.05) than that of pure compounds at the same concentration.[127]

### *Surfactants*

Like co-formulants, the exact identities and amounts of surfactants in GBF herbicides are usually unknown as they are kept as confidential trade secrets. The most predominately used type of surfactant in GBFs are polyoxyethylene alkylamine (POEA) surfactants.[128,129]

POEA is an acronym, not a specific chemical, which encompasses a wide range of alkyl-amine ethoxylate compounds. Within the group of POEA surfactants, the chemistry is complex and varied.  Ethoxylated tallowamine has been the traditional surfactant component and the most well-known 'inert' ingredient contained in the original Roundup® formulation and many others. It is a POEA non-ionic surfactant consisting of beef tallow fatty acid-derived alkyl chains converted to primary amines and ethoxylated with between 10 to 20 ethylene oxide (EO) units.[130] It is often mixed with polyethylene glycol, or other surfactants, plus other materials to facilitate manufacturing and

---

[124]Sartorelli, et al, 1997.

[125]Treffel, P. & Gabrad, B., "Skin penetration and sun protection factor of ultraviolet filters from two vehicle," 1996, Pharmaceut Res, Vol. 13, pg. 770-774.

[126]Tupker, R. et al., "Susceptibility to irritants: role of barrier function, skin dryness and history of atopic dermatitis," 1990, *BJD*. Volume 123, Issue 2, pg. 199–205.

[127]Brand, R.M. & Mueller, C., "Transdermal penetration of atrazine, alachlor, and trifluralin: effect of formulation,"2002, Toxicol Sci., Vol. 68(1), pg. 18-23.

[128]Williams, G., et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pg. 117 - 165.

[129]Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[130]From an internal Monsanto report, Surfactant Issue Analysis, Issue: Increasing public attention to the POEA (Polyoxyethlene alkylamine) surfactant component of glyphosate formulations in connection with claims of adverse impact to aquatic life (recently, amphibians) and human health (in vitro (cell culture) toxicity tests). MONGLY01700591

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 77**

formulation stability.[131] Roundup's surfactants include 1,4-dioxane (a probable human carcinogen) as an impurity at about 0.03%.[132]

POEA significantly increases penetration in plant cells as well as in animal cells. Richard, et al., found that **the addition of surfactants "greatly facilitated" the penetration of glyphosate through animal cell membranes**.[133]

It is helpful to understand that, due to corporate secrecy and proprietary concealment, POEA was first recognized as a common ingredient in herbicides in the 1980's when physicians in Japan reported that morbidity and deaths of patients who drank Roundup® were due to POEA, not glyphosate.[134]   POEA is an eye irritant, toxic to aquatic organisms, penetrates cell membranes and disrupts their structure and function. Diamond and Durkin made the following observations regarding surfactants in glyphosate based formulations:

1. **Multiple Formulations**: The formulations are chemical mixtures and must be considered as mixtures in toxicity assessments. In this context, an assessment of the specific surfactants in any of the formulations or generalizations about the toxicology of surfactants as a group may not apply to the formulations. This consideration places extreme importance on data regarding the toxicity of the formulations themselves. **The lack of such data will render any predictions about the effects of the formulations on glyphosate highly uncertain**.[135]

2. **Unknown Interactions:** Surfactants can be expected to interact with and perturb the structure, physical properties and function of membranes.[136]

---

[131] Id.

[132] Monsanto, 1990 in Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[133] Richard, S. et. al., "Differential effects of glyphosate and Roundup on human placental cells and aromatase," 2005, Environmental Health Perspectives.

[134] Sawada, Y., Nagai, Y., Ueyama, M., and Yamarnoto, I., "Probable toxicity of surface active agent in commercial herbicide containing glyphosate," 1988, Lancet 1 (8580), pg. 29.

[135] Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[136] Id.

3. **Objective Evidence is Lacking:** For specific mechanisms of interactions between glyphosate and surfactants.[137]

4. **Multiplicity of Potential Reactions:** The structural characteristics of extreme hydrophilicity and hydrophobicity of surfactants may result in very different interactions with hydrophobic and hydrophilic herbicides. Thus, the relatively water-soluble isopropylamine salt of glyphosate may interact differently with surfactants than the less water-soluble parent compound or other more insoluble herbicides.[138]

**Indirect Disclosures of Surfactant and Co-Formulant Toxicity**

In 2013, Mesnage, et al., published their study of nine herbicides containing glyphosate including five different formulations of Roundup. After studying the chemicals' patterns using mass spectrometry, Mesnage and his colleagues determined the identity of co-formulants in Roundup® and performed toxicity analyses.  They were able to deduce the chemical structure of additives in six of the nine formulations and also show that **each of these supposedly inert ingredients was more toxic than glyphosate alone**.[139]

Subsequently, other studies have examined the toxicity of these co-formulants and measured significant enhancement of toxicity. While there occasionally may be performance differences between glyphosate products, these differences are more likely to be caused by the differences in surfactants formulated with the product.

Defarge, et al., 2016, study showed that each of the five co-formulants affected the function of both the mitochondria in human placental cells and aromatase, an enzyme that affects sexual development. Not only did these chemicals, **which are not named on herbicide labels**, affect biological functions, they did so at levels far below the concentrations used in commercially available products. In fact, POEA, an "inert"

---

[137] Id.

[138] Id

[139] Mesnage, R., Bernay, B., and Séralini, G.E., "Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity," 2013, Toxicology 313(2-3), pg. 122-8.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 79**

ingredient, was between <u>1,200 and 2,000 times more toxic to cells than glyphosate</u>,   the "active" ingredient.   They also reported that six glyphosate formulations similarly decreased aromatase activity in human placental cells at concentrations much lower than glyphosate alone [140]

## Examples of Surfactant and Co-Formulant Toxicity

There is a general agreement and consensus that co-formulants can be more toxic for animals than glyphosate itself.[141] For example, cytotoxicity of the commercial formulation Roundup® to human peripheral mononuclear cells was 30-fold higher ($LC_{50}$ = 56 mg/L) than for the active ingredient ($LC_{50}$=1640 mg/L). Several *in vitro* and *in vivo* studies with parallel testing of glyphosate active ingredient and Roundup® showed that only the commercial formulation was genotoxic. [142]

Registration data in New Zealand revealed Roundup® contained POEA.[143]   Other formulations may contain much higher levels, even as high as 60 - 80%, as in the formulation Genamin.[144]   In studies using hepatic (HepG2), embryonic (HEK293) and placental (JEG3) cell lines to compare ten formulations of glyphosate, the most toxic formulations were those that contained POEA. **This surfactant induced necrosis and disrupted the structure and function of cell membranes** with negative dose-dependent effects on cellular respiration and membrane integrity between 1 and 3 mg/L.[145]

---

[140] Defarge, N. et al., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2016, Int. J. Environ. Res. Public Health 13, pg. 264.

[141] Defarge, N. et al., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2016, Int. J. Environ. Res. Public Health 13, pg. 264.

[142] Bolognesi, et al., "Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: Association to occupational exposure to glyphosate," 2009, Journal of Toxicology and Environmental Health Part A, 72, pg. 986—997.

[143] Watts MA, "The poisoning of New Zealand,"1994, AIT Press, Auckland. From Pesticide Action Network (PAN). http://pan-international.org/wp-content/uploads/Glyphosate-monograph.pdf

[144] Mesnage, R. et al., "Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity," 2013.

[145] Id.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 80**

POEA potentiates the effect of glyphosate, facilitating its penetration of cell membranes and bioaccumulation in cells.[146] The bio-concentration factor for glyphosate is also increased in the presence of POEA in the aquatic environment.[147]

**Regulatory Considerations Based on Surfactant and Co-Formulant Toxicity**

In the absence of clear, unambiguous information pertaining to a commercial product's chemical composition, some countries take a hardline approach to regulation. For example, due to toxicity concerns, Germany removed glyphosate products containing POEA from their market in 2014[148] and the European Union banned them in 2016.[149] The New Zealand Environmental Protection Agency (NZ EPA) has current approvals for 91 formulations of glyphosate of which 69 contain POEA. The New Zealand EPA refuses to name them "*because the composition of the formulations is commercial-in-confidence information.*"[150]

This situation is typical of many countries. The decree that banned the use of glyphosate formulations containing POEA in Italy named 55 formulations, including well-known names such as Roundup®, Rodeo® and Touchdown® and brands from Cheminova,

---

[146] Richard, S. et al., "Differential effects of glyphosate and Roundup on human placental cells and aromatase," 2005, Environ Health Perspect 113(6), pg. 716-20.

[147] Annett R, Habibi HR, Hontela A., "Impact of glyphosate and glyphosate-based herbicides on the freshwater environment," 2014, J Appl Toxicol 34(5), pg. 458-479.

[148] Farrer P, & Falck M., "Toxic glyphosate herbicides fly under the EU's regulatory radar," 2014, Pesticides News 96, pg. 1-4.

[149] EC. 2016. Glyphosate. European Commission - Fact Sheet FAQs: Glyphosate. Brussels. June 29th. http://europa.eu/rapid/pressrelease_MEMO-16-2012_en.htm

[150] NZ Parliament. 2016. Written questions 10151, 10153, 10154. Steffan Browning to the Minister for the Environment. New Zealand Parliament Paremata Aotearoa, Wellington. https://www.parliament.nz/en/pb/order-paper-questions/ written-questions/?criteria.Keyword=glyphosate&criteria. Timeframe=&criteria.DateFrom=&criteria.DateTo=&criteria. ParliamentNumber=-1&criteria.ParliamentNumber=-1&criteria. MemberOfParliament=&criteria.Portfolio=Environment

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 81**

Syngenta, Nufarm, Dow AgroSciences, and Arysta as well as Monsanto and some Italian companies.[151]

The key point here is that *experimental studies suggest that the toxicity of POEA is greater than the toxicity of glyphosate alone and commercial formulations alone.* However, safety evaluations performed by Monsanto have largely been performed on pure glyphosate or **without identification of all ingredients**.  There is also evidence that glyphosate preparations containing POEA are more toxic than those containing alternative surfactants. Since surfactants contribute to the toxicity of glyphosate formulations, adverse health consequences are not necessarily caused by glyphosate alone, but as a consequence of complex and variable mixtures. Even Monsanto has recognized this in correspondence (as cited in this assessment).

### *Monsanto TNO Dermal Penetration Study with Co-Formulant Cocoamine*

Monsanto's previously reported dermal absorption studies did not include surfactant co-formulants.  Monsanto did find evidence of the effects of one surfactant**,** cocoamine, on dermal absorption in their TNO dermal penetration studies. These studies were not submitted to the U.S. EPA or to any European regulatory agency.

*TNO Study: Johan van Burgsteden, "In vitro percutaneous absorption study with [14C]-glyphosate using viable rat skin membranes," June 14, 2002, **Unaudited draft report V4478 (Tab 24).***

Glyphosphate in formulations MON 35012 and MON 0139 (70%) was examined for *in vitro* percutaneous absorption through viable rat skin membranes. Both contain the IPA salt of glyphosate, but MON 35012 also contains the surfactant cocoamine. Both the concentrated formulation and the field dilution were tested as shown below in Table 5. After eight hours of exposure, the test substance was removed from the application site and samples of the receptor fluid were collected for an additional 40 hours.

---

[151] Pesticide Action Network (PAN). http://pan-international.org/wp-content/uploads/Glyphosate-monograph.pdf

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 82**

**Table 5**
**Formulations and Doses Tested in TNO Dermal Absorption Studies**

| Formulation | Ingredients | Dose (mg gly/cm$^2$) | |
| --- | --- | --- | --- |
| | | Concentrate | Field dilution |
| MON 35012 | Glyphosate Isopropylamine salt (46% w/w) Surfactant Cocoamine (18% w/w) Water & minor ingredients (35.5% w/w) | 6.249 | 0.080 |
| MON 0139 70% | Isopropylamine salt (62% w/w) Inert ingredients (38% w/w) | 6.343 | 0.080 |

The investigators in this study used doses outside the range recommendations of the U.S. EPA 1998 Health Effects Test Guidelines for dermal penetration as follows:

*The maximum practical dose is on the order of 1 mg/cm$^2$—larger doses tend to fall off the skin or exceed saturation of the absorption process. When only three doses are given, the highest dose should be on the order of 0.1 mg/cm$^2$.[152]*

There are two doses in this study, the higher dose being 6.2 times larger than the recommended maximum dose. Furthermore, the U.S. EPA Guidelines state that:

*The maximum dose volume should not exceed 10 µL/cm2. Larger volumes of liquid have been found to flow on the skin and produce uneven distribution on the dosed area.[153]*

In this study, 10 µL of the test samples was applied on a 0.64 cm$^2$ skin surface area. This is the equivalent of 15.6 µL/cm$^2$, which is more than one and one half times greater than the recommended maximum (liquid) dose. The excess in both the concentration and the volume of the concentrated doses will contribute to absorption saturation as described by the U.S. EPA:

*The amount of chemical coverage on the skin surface can influence the amount of dermal absorption. Chemical coverage of the skin surface may be incomplete where only part of the surface is covered or it may be complete where the entire skin surface is covered. In*

---

[152] U.S. EPA OPPTS 870.7600, "Health Effects Test Guidelines Dermal Penetration," August 1998, pg. 4.
[153] Id.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 83**

*both cases, only the amount of chemical in contact with the skin surface is available for absorption such that the capacity of the skin to absorb the chemical may be exceeded.*[154]

The results of the eight hour exposures are shown in Table 6 below.

**Table 6**
**Percent Absorption of Glyphosate (percent of dose)**

|  | MON 35012 (containing surfactant) | | MON 0319 (70%) (no surfactant) | |
|---|---|---|---|---|
|  | Penetration within 48 hrs | Mass balance | Penetration within 48 hrs | Mass balance |
| **Dose** | **% of dose** | | **% of dose** | |
| Low dose | 2.6 ± 1.4 % (2.10 µg/cm$^2$) | 73.4 % | 1.4 ± 2.2 % (1.13 µg/cm$^2$) | 82 .6 % |
| High dose | 10.3 ± 4.2 % (646.3 µg/cm$^2$) | 132.4 % | 1.3 ± 1.9 % (80.8 µg/cm$^2$) | 128 .2 % |

The following key points emerged from the exposure/absorption tests:

- The maximum penetration of **10.3 %** occurred with the higher dose of MON 35012 concentrate which contained the surfactant Cocoamine.

- Even at the lower glyphosate dose of 0.080 mg/cm$^2$ of MON 35012, the penetration was 2.6 % of the dose **which is greater than Monsanto had previously reported**.

- The mass balance was found to range from 73 % to 132 %. **This variability is very high** as guidelines cite an adequate mean recovery is in the range of 100 ± 10%. (OECD, 2004). This suggests variability in the amount of absorption among the rat skin membrane samples at each dosing.

- In fact, while the mean penetration of the higher dose in MON 35012 was 646.3 µg/cm$^2$, one membrane absorbed approximately 1,100 µg/cm$^2$, or about **18 % of the applied dose**. The mean penetration of the lower dose of MON 35012 was 2.10

---

[154]U.S. EPA OPPTS 870.7600, "Health Effects Test Guidelines Dermal Penetration," August 1998, pg. 3.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 84**

$\mu g/cm^2$ while the maximum penetration was about 3.5 $\mu g/cm^2$ or approximately **4.4 % of the applied dose**.

- At the lower dose, using the worst case scenario, the missing 27% of the dose should be included in the amount absorbed and, therefore, the amount of absorbed glyphosate would be **30% of the applied dose**.

The measured 10.3 % dermal absorption of glyphosate through rat skin in the presence of a surfactant was not received well by Monsanto.

A series of communications among corporate employees followed disclosure of the test results which collectively suggests a keen lack of interest in making their findings known to the outside world. Thus, in a spirit of relevant disclosure and objective assessment, samples of Monsanto internal correspondence appear on the following pages.

In a message from ████████████ (3-29-02) to ████████████, et al:  Subject: *"TNO dermal penetration studies: new issues and topics for the conference call of Tuesday, 2 April (8 A.M STL time),"* the following was noted:

*"As of today we received preliminary surprising results on in vitro dermal penetration of propachlor and glyphosate through rat skin, it is imperative that we work closely together and communicate well on the conduct, the practical difficulties and the results associated with these studies.*

*Glyphosate:*

*- The EU rapporteur for glyphosate used a dermal penetration factor of 3% based on several published in vitro/in vivo dermal penetration studies*

*- We launched human and rat in vitro dermal penetration studies with MON 35012 with and without surfactant*

*- **Preliminary results with rat skin are not acceptable** (see fax); due to very bad reproducibility (sic) that TNO cannot explain, they proposed to repeat the study in parallel with the human skin study. However, we can already conclude that:*

*a. For the concentrate MON 35012, the % in vitro dermal penetration of glyphosate through rat skin is between 5 and 10%*

*b. For the spray dilution of MON 35012, the % in vitro dermal penetration of glyphosate through rat skin will be around 2%*

*c. The dermal penetration of glyphosate itself in the absence of surfactant is lower than 1.5%."*

84

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 85**

Rather than attempt to interpret this message, it is perhaps more instructive and revealing to cite a follow-up communication from Mr. William Heydens (4-2-02, to Charles Healy): Subject: *"TNO dermal penetration studies: new issues and topics for the conf call of Tuesday, 2 April (8 A.M STL time)."*

> *"… My primary concern is with the glyphosate in terms of the potential for this work to blow Roundup risk evaluations (**getting a much higher dermal penetration than we've ever seen before**."*

It seems the primary concern among Monsanto employees was for the potential of the test results to upset the product risk evaluations and confound the regulatory approval process. The potential human health issues raised by the product test results were not raised by any participant.

For undisclosed reasons, Monsanto **did not share this study** with the public or the scientific community. Additionally, they also decided <u>not to have it repeated</u>. Some incidental communications on this subject are available for consideration:

██████████████ (4-4-02):

> *"Although we agreed to repeat the in vitro dermal penetration study with rat skins as proposed by TNO, we came to the conclusion that the penetration of glyphosate would have been [probably] greater than the 3% already imposed by the German authorities.  We decided thus to **STOP** the study (effective today morning)."*

In view of the concern that the test results might derail the regulatory approval process, the ethical red flags raised by this message are largely self-explanatory.

With further explanation, ██████████████ (4-5-02):

> *"…we initiated the studies from a regulatory angle to help meet the requirements for operator exposure, given that the Annex I endpoint for dermal absorption for glyphosate was set at 3%, …the results of the rat skin studies show levels of absorption for glyphosate of a similar order to the Annex I endpoint, also confirm our expectation that surfactant concentration affects the dermal absorption… therefore, from the regulatory angle, there is no point in pursuing the studies further."*

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 86**

Once again, the focus is strictly on the business aspects of introducing a commercial product. This masterpiece of sophistry effectively proclaims that Monsanto fully expected the results, and this was all part of the plan. Unfortunately, the potential human health issues raised by the product test results were also, once again, ignored.

### Humectants

In addition to surfactants, Roundup® formulations also contain humectants which reduce the loss of moisture.  As Monsanto notes,[155]

> *"Certain co-formulants like humectants that will make it **highly likely we will get large amounts penetrating the skin**."*

Humectants include chemicals such as ethylene glycol (anti-freeze).  Ethylene glycol is included in most Roundup formulations.  In addition to increasing dermal absorption, ethylene glycol is a toxic chemical in and of itself.[156]  It is uncertain whether Monsanto ever studied the effect of ethylene glycol on glyphosate dermal absorption.[157]

### Adjuvants

Adjuvants may be added to glyphosate formulations prior to use to improve their efficacy against weeds by enhancing penetration of glyphosate into the target plant. However, many of these may also increase the toxicity of glyphosate to other species.  For example, organosilicone surfactants, described as the most potent of adjuvants and commonly added to glyphosate formulations, are now linked to a decline in honeybees in the U.S.[158] The common adjuvant surfactant TN-20 used in glyphosate formulations caused cell death and mitochondrial damage in rat cells which disrupts the integrity of the cellular barrier to glyphosate and promotes its toxicity.[159]  Martini, et al., (2016)

---

[155] Monsanto MONGLY06653096

[156] MONGLY01832749 (Toxic to children at 70 cc of Roundup with 5% ethylene glycol.)

[157] MONGLY01745304

[158] Mullin CA, Fine JD, Reynolds RD, Frazier MT, "Toxicological risks of agrochemical spray adjuvants: organosilicone surfactants may not be safe," 2016, Front Public Health, 4:92.

[159] Kim YH, Hong JR, Gil HW, Song HY, Hong SY, "Mixtures of glyphosate and surfactant TN20 accelerate cell death via mitochondrial damage-induced apoptosis and necrosis," 2013, Toxicol In Vitro 27(1), pg.191-197.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 87**

demonstrated that adjuvants other than POEA inhibited proliferation and differentiation of mammalian 3T3-L1 fibroblasts to adipocytes.[160]

### *Enhanced Absorption Due to Skin Damage*

Skin, by its nature, is often compromised due to cracking and fissures, by cuts, scrapes, chemical damage, water-submersion, burns, sensitivity reactions, eczema and infections. This is particularly true for outdoor workers.  Breaks in the protective lipophilic barrier of the stratum corneum significantly increase absorption of hydrophilic compounds. A compromised protective lipid barrier will allow the hydrophilic glyphosate to pass through into the hydrophilic dermis, thus avoiding slow diffusion through the lipid layer. Percutaneous absorption studies have demonstrated that glyphosate deposition in damaged skin is five times that of healthy skin and penetration through damaged skin is increased 20-fold.[161]  The integrity of the skin also effects the distribution of chemicals within the skin compartments which will have implications in the efficacy of hand-washing after herbicide exposure.[162]

With respect to applicators, the acute quantity of glyphosate entering the skin is low. However, with repeated doses, especially coupled with a failure to wash the skin before it can be absorbed, the cumulative dose increases. Studies have documented that glyphosate penetration of skin increases linearly with time. Thus, if the worker is unaware of the exposures, absorption continues.[163]

### **Glyphosate's Role in Skin Damage**

Evidence of glyphosate interference with mitochondrial function is increasingly emerging in the scientific literature. Mitochondria are the powerhouse bodies within cells which are necessary in the programmed cell death needed to form skin. Impairment of mitochondrial

---

[160] Martini, C. et al., "Glyphosate-based herbicides with different adjuvants are more potent inhibitors of 3T3-L1 fibroblast proliferation and differentiation to adipocytes than glyphosate alone," 2016, Comparative Clinical Pathology,  Volume 25, Issue 3, pg. 607–613.

[161] Nielsen, J. et al., "Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin," 2007, Arch Dermatol Res, Vol. 299, pg..423-431.

[162] Id.

[163] Kezic, S. & Nielsen, J.B, "Absorption of chemicals through compromised skin," 2009, International Archives of Occupational and Environmental Health, Vol. 82(6), pg. *677-88.*

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 88**

function reduces the transition of dermal to epidermal cells leading to a decrease in the protective epidermis.[164]

Additional studies by Heu, et al., have demonstrated glyphosate-induced structural changes.[165]  In these studies, the control cells show Young's modulus values respectively increasing approximately 4-fold for 6 hours and 3-fold for 18 hours. These increases reflect a significant rise in cell stiffness. Heu, et al., reported that after a gentle cytotoxic treatment (6 h, 15 mM-glyphosate), the topography profile changes.  The cells exhibit a flattened membrane and a different distribution of native protrusions. They also show a complex subcellular filamentous network with numerous membrane junction points.[166] Thus, glyphosate itself has an intrinsic propensity to damage skin.

### *Lack of Personal Protective Equipment (PPE)*

The presence of systemic glyphosate in humans has been well documented and previously reported.[167] Acquavella, et al., performed biomonitoring of 48 farmers, their spouses and 79 children (4-18 years) for glyphosate in the urine the day before as well as one and three days after glyphosate application (tractor and boom). They reported detectable levels of glyphosate in urine on the day of application in sixty percent of the farmers (geometric mean was 3 ppb, the maximum value was 233 ppb, and the highest estimated systemic dose was 0.004 mg/kg).  The maximum value of 233 ug/L was from a farmer whose teenage son also had the highest urinary concentration of 29 ug/L among children.  **Farmers who did not use rubber gloves had five times more glyphosate in their urine than those wearing protective gloves**.   Various glyphosate-based formulas were used with various surfactants and/or salts.  The proportions of participants with detectable urinary glyphosate differed between the two states: 87% detection rate in South Carolina; 36% in Minnesota. The urine concentrations were similarly different: 7.9

---

[164] Heu, C., et al., "A step further toward glyphosate-induced epidermal cell death: Involvement of mitochondrial and oxidative mechanisms," 2012, Environmental Toxicology and Pharmacology 34.

[165] Heu C, Berquand A, Elie-Caille C, Nicod L., "Glyphosateinduced stiffening of HaCat keratinocytes, a Peak Force Tapping study in living cells", 2012, J Struc Biol 178, pg. 1-7.

[166] Id.

[167] Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, et al., "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study," 2004, Environ Health Perspect 112, pg. 321-326.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 89**

μg/L on day of application in South Carolina; 1.4 μg/L on day of application in Minnesota. The proportion of applicators wearing rubber gloves in Minnesota (96%) was much greater than that in South Carolina (43%) suggesting that the use of gloves is responsible for the differences seen. It is interesting to note that a similar proportion of glove-wearing applicators was reported by Alavanja, et al., 1999: 39% in North Carolina; 76% in Iowa.

### *Other Factors Increasing Dermal Absorption*

Various skin cream compounds applied to the skin prior to handling pesticides have been demonstrated to alter percutaneous absorption as reported in a study by Brand, et al., (2007).[168] In these studies, four commercially available moisturizing creams were tested with respect to their capacity as transdermal penetration enhancers using the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) as a model compound. Their data demonstrated that pre-treatment with three of the four creams increased the absorption of 2,4-D as evidenced by either an increased cumulative penetration or shorter lag-times. Korinth, et al., (2003) reported that skin barrier creams have been demonstrated to enhance the penetration rates of different industrial solvents.  The creams significantly enhanced the penetration rates of solvents from complex mixtures compared with the single solvents.[169]

Ethanol is also well known as a topical penetration enhancer as it is frequently used in transdermal drug delivery systems (patches). Bommannan, et al., (1991)[170] found during *in vivo* studies with human skin that ethanol enters the skin and removes measurable quantities of the lipid barrier material from the stratum corneum. This lipid extraction may lower the skin barrier function and render the membrane more permeable which is the most likely explanation for the effect of ethanol as a skin penetration enhancer. The mechanism by which ethanol facilitates permeation of a solute, such as glyphosate, is

---

[168] Brand, R. et al., "Transdermal absorption of the herbicide 2,4-dichlorophenoxyacetic acid is enhanced by both ethanol consumption and sunscreen application," 2007, Food and Chemical Toxicology, Volume 45, Issue 1, pg. 93-97.

[169] Korinth G, Geh S, Schaller KH, Drexler H., "*In vitro* evaluation of the efficacy of skin barrier creams and protective gloves on percutaneous absorption of industrial solvents," 2003, Int Arch Occup Environ Health, Vol. 76(5), pg. 382-6.

[170] Bommannan D, Potts RO, Guy RH, "Examination of the effect of ethanol on human stratum-corneum *in vivo* using infrared-spectroscopy," 1991, J Control Release, Vol. 16, pg. 299–304.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 90**

referred to as the "'pull" (or "drag") effect.[171]  Hand sanitizer use has become widespread in the U.S. and typical hand sanitizers contain on average of 62% ethanol.

Thus, the use of creams and lotions to treat dry, cracking skin as well as the use of hand sanitizers potentiate the dermal absorption of glyphosate among occupational applicators.

---

[171] Heard CM, Kung D, Thomas CP, "Skin penetration enhancement of mefenamic acid by ethanol and 1,8-cineole can be explained by the "pull" effect," 2006, Int J Pharm., Vol. 321:167–170.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 91**

# Part C: Toxicological Assessment of Glyphosate Carcinogenicity

## Methodology

For the purposes of toxicological assessment, regulatory rulings play a role no more or less important than any other objective evidence. The generally-accepted, peer-reviewed toxicological literature is not based on unsubstantiated, subjective opinions. A responsible scientific investigation applies a well-established and prescribed risk assessment methodology.

This assessment applies the generally accepted and U.S. EPA-prescribed investigative methodology in assessing the potential carcinogenicity of glyphosate. Expert opinions must always be based on objective, reliable evidence without deviation from the methodology.  The strands of evidence are never assumed to stand by themselves in isolation but are viewed as pieces of a larger puzzle. Scientific interpretation of the puzzle forms the basis of the investigative process in which each piece is assessed on its merits. Only in this manner can a scientifically credible assessment be conducted.

## Regulatory Considerations

On July 7, 2017, the State of California listed glyphosate as a carcinogen, a chemical "*known to cause cancer*" under the state's Proposition 65 law.  The ruling followed a move by the World Health Organization's International Agency for Research on Cancer (IARC) classifying glyphosate as a "*probable human carcinogen.*" Monsanto is fighting the state's action but the California Supreme Court denied the company's request to stop the listing from taking effect while litigation is underway. Monsanto's vice president of global strategy announced that *"We will continue to aggressively challenge this improper decision."* Monsanto further alleged that IARC *"ignored crucial scientific data that undermines its conclusion."* To date, Monsanto has produced no objective evidence to directly support its contention.

Glyphosate is currently undergoing registration review as mandated by the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) which requires all registered pesticides to be re-evaluated every 15 years. As part of the review, the U.S. EPA's Office of Pesticide Programs (OPP) released a report dated September 12, 2016, focusing on

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 92**

the carcinogenic potential of glyphosate.[172]   The report included an evaluation of all cancer bioassays submitted under FIFRA.

## Evaluation of Carcinogenic Potential Using Animal Models

U.S. EPA's Office of Pesticide Programs (OPP) stated that it has followed the U.S. EPA's "Guidelines for Carcinogen Risk Assessment." Consequently, as part of their evaluation of the results of each cancer bioassay, the OPP performed a Cochran-Armitage test (trend test) which statistically determines if the tumor incidences observed increased as the dosages to the groups of test animals (rodents) increased.[173]

Also undertaken was the Fisher exact test which performs a pairwise comparison of individual dose groups to controls to determine if the proportion of incidents in a dose group is statistically increased over the controls.[174]

The U.S. EPA's 2005 "Guidelines for Carcinogen Risk Assessment"[175] states that "*Trend tests and pairwise comparison tests are the recommended tests for determining whether chance, rather than a treatment-related effect, is a plausible explanation for an apparent increase in tumor incidence.*" The U.S. EPA's guidelines then conclude that "*Significance in either kind of test is sufficient to reject the hypothesis that chance accounts for the result.*"

In addition to the trend test and pairwise comparison test, OPP performed a multiple comparison test as it states in the U.S. EPA's guidelines that "*consideration of multiple comparisons should also be taken into account.*"

Furthermore, for some study results, the OPP compared the incidence proportions to historical control data as the U.S. EPA's guidelines also state that "*Additional insights*

---

[172] U.S. EPA Office of Pesticide Programs, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, United States Environmental Protection Agency.

[173] U.S. EPA, "Guidelines for Carcinogen Risk Assessment," 2005, EPA/630/P-03/001F, Risk Assessment Forum, US Environmental Protection Agency, Washington, DC.

[174] Id.

[175] Id.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 93**

*about both statistical and biological significance can come from an examination of historical control data.*"

### Review of OPP Cancer Bioassay Study Results

In the most recent glyphosate cancer bioassay study,[176,177] the CD-1 mice bioassay observed significant results for the Cochran-Armitage trend test and the Fisher exact test. The results revealed 1) a significant positive trend of increased lymphoma incidents with increased doses of glyphosate (with only a 0.7% chance that the trend is wrong) and 2) a significant 10% increase in incidence of lymphoma at the 810 mg/kg/day dose level as compared to the control group in the study which had zero (0) incidences of lymphoma. Per the earlier stated U.S. EPA's carcinogen risk assessment guidelines, "*Significance in either kind of test is sufficient to reject the hypothesis that chance accounts for the result.*" The Wood, et al., 2009b, study had significance in both tests which more than sufficiently met the requirements of the U.S. EPA guidelines showing that the results are valid.

However, the OPP concluded in its evaluation of the Wood, et al., 2009 study that "…*the agency does not consider the increase in malignant lymphoma to be treatment-related.*" This was because the OPP did not consider significance in either test as its criteria. The OPP merely mentioned that "*a statistically significant trend was observed*" and made no further reference to the trend in their decision making, thus significantly discounting the importance of the result.

It is both relevant and noteworthy that the rationale behind the OPP's decision was based on two additional conditions imposed by the OPP on the Wood, et al., 2009b, study results These conditions were:  1) a multiple comparison analysis (*Šidák* correction-an additional

---

[176] (a) Wood, E., Dunster, J., Watson, P., and Brooks, P., (2009a) "Glyphosate technical: Dietary combined chronic toxicity/Carcinogenicity study in the rat," 2009a, Harlan Laboratories Limited, Page 156 of 227 Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-012. April, 23, 2009. MRID 49957404. From "Glyphosate issue paper: Evaluation of carcinogenic potential," U.S. EPA's Office of Pesticide Programs, September 12, 2016.

[177] (b) Wood, E., Dunster, J., Watson, P., and Brooks, P., "Glyphosate technical: Dietary carcinogenicity study in the mouse," 2009b, Harlan Laboratories Limited, Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-011. April, 22, 2009. MRID 49957402. From "Glyphosate issue paper: Evaluation of carcinogenic potential," U.S. EPA's Office of Pesticide Programs September 12, 2016.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 94**

statistical analysis which made it harder to find a significant difference) and 2) comparing the significant lymphoma incidents to historical control data.

While the U.S. EPA's 2005 "Carcinogen Risk Assessment Guidelines" do allow for "*consideration*" of multiple comparisons, the guidelines recommend that the results of the analysis be "*taken into account*" and "*should be treated with caution*" and not as criteria for negating its fundamental guidelines for having a significant trend or a significant pairwise comparison. Furthermore, when evaluating the results of the Lankas, 1981, Sprague-Dawley rats bioassay,[178] the OPP determined that there was a significant positive trend (p = 0.009) of increased testicular tumors, a significant increased tumor incidence proportion at pairwise comparisons of 12% in the highest dose of 31.49 mg/kg/day as compared to the control at 0% (p = 0.039). The OPP applied the multiple comparison correction which confirmed the pairwise comparisons result (p =0.013). The OPP still concluded that "*… tumors in the testes were not treatment-related*" and based this solely on the fact that, according to the OPP, the controls were "*unusually low*" for this type of tumor as compared to historical controls.

In its dismissal of the significance of the Wood, et al*., 2009b*[179], results, the second issue was the comparison to historical controls.  The OPP noted that "*For this strain of mouse, the mean incidence for untreated animals is approximately 4.5% (range: 1.5%-21.7%) based on historical control data from Charles River (59 studies performed from 1987-2000; Giknis and Clifford, 2005), Huntingdon Laboratories (20 studies from 1990-2002) and Son and Gopinath, 2004.*" The OPP stated that "*Although the data is not from the performing laboratory, it does indicate that the incidence in concurrent controls in this study was low which can contribute to the pairwise significance observed at the highest dose tested with the raw (unadjusted) p-value.*"

---

[178] Lankas, G., "A lifetime study of glyphosate in rats," 1981, Report No. 77-2062 prepared by Bio Dynamics, Inc. in U.S. EPA, "Glyphosate issue paper," 2016 and reported in Greim, et al., 2015.

[179] (b) Wood, E., Dunster, J., Watson, P., and Brooks, P., "Glyphosate technical: Dietary carcinogenicity study in the mouse," 2009b, Harlan Laboratories Limited, Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-011. April, 22, 2009. MRID 49957402. From "Glyphosate issue paper: Evaluation of carcinogenic potential," U.S. EPA's Office of Pesticide Programs September 12, 2016

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 95**

The U.S. EPA's 2005 "Carcinogen Risk Assessment Guidelines" allow for insight from historical controls; however, with regards to the use of historical controls, the guidelines state *"Caution should be exercised in simply looking at the ranges of historical responses because the range ignores differences in survival of animals among studies and is related to the number of studies in the database…Generally speaking, statistically significant increases in tumors should not be discounted simply because incidence rates in the treated groups are within the range of historical controls or because incidence rates in the concurrent controls are somewhat lower than average. Random assignment of animals to groups and proper statistical procedures provide assurance that statistically significant results are unlikely to be due to chance alone."*

Per the guidelines, when historical control data is used, the evaluation should have addressed several issues that affect the comparability of historical and current control data such as genetic drift that would occur in the CD-1 mice strains over time and differences in the protocols followed by different laboratories in performing their pathology examination as these protocols can change between labs and over time. According to the guidelines, "*The most relevant historical data comes from the same laboratory and the same supplier and is gathered within 2 or 3 years of the study under review.  Other data should be used only with extreme caution*."

Inexplicably, the OPP **completely ignored the directive** to use "*extreme caution*" as they used data from <u>other laboratories</u> and from <u>studies published more than 22 years before</u> the Wood, et al., 2009b, study (i.e. 1987 compared to 2009).

Additionally, the OPP made no indication that they took into account the potential for genetic drift or differences in laboratory protocols for identifying lesions. Most importantly, the lower range of historical control data reported by the U.S. EPA was 1.5% which is close to the observed control lymphoma incidence of 0%. Further, CD-1 mice in the bioassay by Sugimoto, 1997,[180] had a lymphoma incidence of 0% in its controls and a significantly elevated incidence of 17% at its highest dose.

---

[180] Sugimoto, K., "Eighteen month oral oncogenicity study in mice," 1997, The Institute of Environmental Toxicology, Tokyo, Japan <u>in</u> "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015," as Arysta Life Sciences, 1997a.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 96**

### *FIFRA Scientific Advisory Panel Review*

The OPP in their report[181] stated that it was soliciting advice from FIFRA's Scientific Advisory Panel with respect to their evaluation and interpretation of the data on glyphosate. The FIFRA Scientific Advisory Panel, the peer-review arm of the U.S. EPA, held a meeting in December, 2016,[182] to consider and review the scientific issues associated with the U.S. EPA's evaluation of the carcinogenic potential of glyphosate (2016).

With regards to Wood, et al., 2009b, the FIFRA Scientific Advisory Panel's memo stated "*In the response of malignant lymphomas in male CD-1 mice in Wood (2009b), it is not clear that the difference in the observed concurrent control group incidence (0%) should be considered unusually low as compared to the cited lower bound among historical controls (1.5%).*"

According to the FIFRA panel meeting minutes and final report, "*Overall, the panel concluded that the U.S. EPA evaluation does not appear to follow the U.S. EPA (2005) Cancer Guidelines in several ways: notably for use of historical control data and statistical testing requirements.*" The minutes also stated that the U.S. EPA's use of multiple comparisons after the presence of a significant trend was "*neither consistent with the 2005 "Guidelines for Carcinogen Risk Assessment" nor a conservative approach for public health protection.*"

### OPP's "Novel" Assessment Method

It is troubling to all objective scientists (including the FIFRA panel) that OPP deviated from the long standing U.S. EPA's evaluation of carcinogenic potential methodology by implementing novel, non-peer-reviewed, extremely stringent "AND" requirements. U.S. EPA rules normally apply as "EITHER" as opposed to "AND" with respect to 1) concluding a significant dose response if one of the pairwise comparisons was significant or 2) the

---

[181] U.S. EPA Office of Pesticide Programs, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, United States Environmental Protection Agency.

[182] FIFRA SAP, "A Set of scientific issues being considered by the Environmental Protection Agency regarding: EPA's evaluation of the carcinogenic potential of glyphosate," 2016, FIFRA Scientific Advisory Panel Meeting Minutes and Final Report No. 2017-01.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 97**

Cochran-Armitage tests were significant and the observed trend appeared monotonic.  In the Wood, 2009b study, **all 3 tests were positive, exceeding the requirements**.

Inexplicably, OPP instituted a peculiar approach <u>for glyphosate only</u> of requiring **all 5 factors to be positive**. Furthermore, OPP attempted to argue that the control data was low (0 lymphomas in the control group) compared to 1.5% in the outdated (22-year-old) data set. Additionally, OPP instituted the highly demanding (Šidák correction analysis) using multiple comparison adjustments to be positive.  Thus, the only factor of the 5 which Wood, 2009b, did not pass was the Šidák correction analysis – <u>a purely optional test</u>.

**Assessment of OPP Conclusions**

OPP's methodology was inappropriate per the FIFRA Scientific Advisory Panel. The OPP decision to dismiss the results of the Wood, et al., 2009b, study was inevitable by virtue of applying administrative criteria <u>inconsistent with established methodology, guidelines and procedures</u>. There is no clear explanation for this.

The upshot is that the OPP decision is not in line with their mission to protect human health. The rationale as published by OPP raises many questions and leaves a vacuum where those with a vested interest in objective science would expect to see guidance from a regulatory body tasked with this outcome. As noted by the Scientific Advisory Panel, "*When one uses conservatism of a test as a criterion, there is no clear stopping point as a more conservative test can always be found.*"

Thus, with respect to the current toxicological risk assessment, strict adherence to long standing, generally-accepted methodology has been applied throughout.

***Chronic Studies and Cancer Bioassays in Animals - Oral Studies***

Chronic carcinogenicity bioassays are used to simulate lifetime exposures of an individual to a chemical. Carcinogenicity bioassays evaluated in this assessment are from studies submitted for evaluation by regulatory agencies (such as the U.S. EPA). These bioassays tend to follow OECD accepted guidelines and protocols (Test Nos. 451 and 453)[183] and

---

[183] Greim, H., Saltmiras, D., Mostert, V., Strupp, C., "Evaluation of carcinogenic potential of the herbicide glyphosate drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies, et al.," 2015, Critical Reviews in Toxicology, Vol. 45(3), pg. 185 - 208.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 98**

are submitted to the U.S. EPA under 40 CFR Part 158.500. This statute requires chronic carcinogenicity testing studies to be performed on two rodent species for registration of food use pesticides OR if a pesticide is likely to have repeated human exposure over a significant portion of the human lifespan.

Glyphosate's cancer bioassay studies from 1979 to 2009 were evaluated by the U.S. EPA's Office of Pesticide Programs (OPP) and the results presented in their 2016 report entitled "Glyphosate issue paper: Evaluation of carcinogenic potential."[184] A vast majority of the studies reviewed by the OPP overlapped with those also reviewed in Greim, et al., 2015,[185] and summarized in detail in their report "*Tier II summaries for glyphosate carcinogenicity studies.*"[186] These two reports were used as sources of data in the current evaluation of glyphosate's carcinogenicity. Of note, all of the cancer bioassays in the OPP evaluation and all but one in Greim, et al., 2015, are unpublished. All of the studies from the U.S. EPA's "Glyphosate Issue Paper" [187] and Greim, et al. (with the exception of Chruscielska, et al., 2000), were dietary studies in which high purity glyphosate was mixed in with laboratory animals' food to yield various doses.

The exception, Chruscielska, et al., (2000), is a drinking water study that evaluated a glyphosate formulation (13.85% glyphosate) and not strictly glyphosate and thus, was not included in this evaluation.[188]  Another study from the "Tier II summaries" from Greim, et al., 2015, entitled "Excel 1997" (authored by Bhide, R.) did not provide information on the purity of glyphosate used and also was not included in the current evaluation.  It was also found to be unreliable for carcinogenicity evaluation by Greim, et al., 2015, due to deviations from OECD test guidelines. Another mice study by Reyna and Gordon, 1973, only examined ten mice out of 50 for histological changes which is insufficient to make

---

[184] U.S. EPA, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs, US Environmental Protection Agency.

[185] Greim, H., Saltmiras, D., Mostert, V., Strupp, C., "Evaluation of carcinogenic potential of the herbicide glyphosate drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies, et al.," 2015, Critical Reviews in Toxicology, Vol. 45(3), pg. 185 – 208.

[186]  "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015 paper," Unpublished data.

[187] U.S. EPA, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs, U.S. Environmental Protection Agency.

[188] Chruscielska, K., et al., "Glyphosate - Evaluation of chronic activity and possible far-reaching effects Part 1. Studies on chronic toxicity," 2000, Pestycydy Vol. 3-4, pg. 11 – 20.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 99**

such a determination. To date, there are no chronic inhalation carcinogenicity studies or chronic dermal animal bioassays.

### *Carcinogenicity in Chronic Dietary Studies*

Reliable dietary studies for carcinogenicity are generally long-term studies in which a substance is fed or applied to test animals at controlled rates under a variety of conditions. Measurements of health effects, mortality, changes in body mass and other variables are recorded and incidences of carcinogenicity are carefully noted. Rats and mice are the most common test animals although other animals are also used.

Two-year studies in laboratory rodents remain the primary method by which test articles are identified as having the potential to be hazardous to humans. Typically, two or more species of both sexes are employed to demonstrate the widest possible range of response and variability although some studies limit sex and specie. Studies in rats along with studies in human populations (epidemiology studies) are the best means currently available for identifying potential human hazards. Chemicals recognized by the International Agency for Research on Cancer (IARC) as human carcinogens essentially all cause cancer when adequately tested in at least one species of laboratory animals.

### Carcinogenicity Studies in Rats

**Burnett, et al., 1979 [189]**

In this two year, chronic carcinogenicity study, an aqueous monosodium salt of glyphosate was administered to 90 albino rats (male and female) through oral intubation at doses of 0, 3, 10 or 30 mg/kg/day for 24 months.

The results indicated a **high rate of mortality** in the control group in comparison to the treated groups. There were no treatment-related increases in tumor incidences observed.

---

[189] Reported in U.S. EPA's "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016.

Burnett, P., Borders, J., Kush, J., "Report to Monsanto Company: Two year chronic oral toxicity study with CP-76100 in albino rats: IBT No. 8560-08924," (Unpublished study sent to the U.S. EPA on June 24, 1982, under 524-308); prepared by Industrial Bio-Test Laboratories Inc.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 100**

The highest dose tested in this study was 30 mg/kg/day which is considered below the maximum tolerable dose to assess the carcinogenic potential of glyphosate.

**Lankas, 1981[190]**

In this chronic carcinogenicity study, 50 Sprague-Dawley rats (male and female) were fed diets containing 98.7% pure glyphosate at doses of 0, 3, 10 and 31 mg/kg/day for male rats and 0, 3, 11, 34 mg/kg/day for female rats (corresponding to 0, 30, 100 and 300 PPM) for 775 - 776 days for males, and 784 - 785 days for female rats before termination. The study recorded body weights, organ weights, food consumption, hematology, clinical chemistry, urinalysis and survival as well as necropsy and histopathological examination. The results are shown in Table 7 below.

---

[190] Not published but reported in U.S. EPA, "Glyphosate issue paper," 2016, and reported in Greim, et al., 2015, as Monsanto (1981).

Lankas, G., "A lifetime study of glyphosate in rats," Report No. 77-2062 prepared by Bio Dynamics, Inc., 1981.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 101**

**Table 7**

**Incidence of Testicular Interstitial Cell Tumors in Male Sprague-Dawley Rats (Lankas, 1981)[191]**

| Animal Dose (mg/kg bw/day) | 0 | 3 | 10 | 31 |
|---|---|---|---|---|
| (N) number of animals examined | (50) | (50) | (50) | (50) |
| Tumor incidents | 0[**,a] | 3 | 1 | 6[*,b] |

*     Denotes statistical significance at p= 0.05
**    Denotes statistical significance at p= 0.01
a     Cochran-Armitage Trend Test (p ≤ 0.01)
b     Fisher's Exact Test (p ≤ 0.05)[192]

It was reported that the rats' survival was not impacted by treatment at any dose level. The 31/34 mg/kg/day (M/F) dose was considered to be a maximum tolerable dose to assess carcinogenic potential. However, the results showed a **statistically significant trend of increased incidences of interstitial cell tumors** of the testes (Leydig cell tumor) in male rats. Furthermore, the incidence was statistically elevated in the high-dose males as compared to the control. This was the only incidence of testicular interstitial cell tumor among the rat studies.

**Pavkov and Wyand, 1987[193]**

Pavkov and Wyand, 1987, is a two year, chronic carcinogenicity study in which glyphosate trimesium salt (sulfosate, 56.2% pure) administered to male and female Sprague-Dawley rats with 60 rats in the first dose group, 80 rats in the second dose

---

[191] This table is adapted from U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs.

[192] Fisher's Exact Test Results are per the EPA.

[193] Unpublished and reported in U.S. EPA's "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016.

Pavkov, K., Wyand, "Two year chronic toxicity and oncogenicity dietary study with SC-0224 in mice," 1987, Stauffer Chemical Company.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 102**

groups and 90 rats in the third dose group. The dose groups were 0, 4.2, 21.2, or 41.8 mg/kg/day for male and 0, 5.4, 27, 55.7 mg/kg/day for female rats for 24 months.

The treatment doses had no effect on survival. There were no treatment-related increases in tumor incidences in this study.

**Stout and Ruecker, 1990[194]**

This two year, chronic carcinogenicity study fed groups of 60 Sprague-Dawley rats (male and female) diets containing 96.5% pure glyphosate at doses of 0, 89, 362 and 940 mg/kg/day for male rats and 0, 113, 457, 1183 mg/kg/day for female rats (corresponding to 0, 2,000, 8,000 and 20,000 PPM). Ten rats per dose group were sacrificed at an interim of 12 months for examination.

Examination of the rats covered clinical signs, ophthalmic examinations, body weight, food consumption, hematology, clinical chemistry, urinalysis, organ weights, necropsy and histopathological examination. The researchers observed that rats' survival was not impacted by treatment. A significant trend of elevated incidences of hyperplasia was observed in the stomach squamous mucosa cells. (Hyperplasia is the abnormal enlargement of an organ due to an increased replication rate of cells which can progress to become malignant.)[195] There were also significantly elevated trends of benign tumors (adenomas) of the pancreas, liver and thyroid, as shown in Table 8.

---

[194] Not published but reported in U.S. EPA, 2016 and reported in Greim, et al., 2015, as Monsanto (1990).

Stout, L., Ruecker, P., "Chronic study of glyphosate administered in feed to albino rats," 1990.

[195] NCI, "Definition of hyperplasia," n.d., NCI Dictionary of Cancer Terms, National Cancer Institute. Retrieved from: https://www.cancer.gov/publications/dictionaries/cancer-terms?cdrid=45956

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 103**

**Table 8**
**Histopathology Results Observed in Sprague-Dawley Rats (Stout and Ruecker, 1990)[196]**

| Histopathology | | Dose groups (PPM) | | 0 | 2000 | 8000 | 20000 |
|---|---|---|---|---|---|---|---|
| | Tissue | Dose groups (Male/Female) mg/kg bw/day | | (0/0) | (89/113) | (362/457) | (940/1183) |
| Non-neoplastic lesions | Stomach squamous mucosa | Hyperplasia[a,b] | Males | 3/58 (5) | 3/58 (5) | 5/59 (8) | 7/59 (12) |
| | | | Females | 2/59 (3) | 3/60 (5) | 9/60 (15) | 6/59 (10) |
| Neoplastic lesions | Pancreatic islet cells | Adenomas | Males | 1/43 (2)* | 8/45 (18) | 5/49 (10) | 7/48 (15)*,c |
| | Liver | Adenomas | Males | 2/44 (5)* | 2/45 (4) | 3/49 (6) | 7/48 (15) |
| | Thyroid C-Cells | Adenomas | Males | 2/54 (4) | 4/55 (7) | 8/58 (14) | 7/58 (12) |
| | | Carcinomas | Males | 0/54 (0) | 2/55 (4) | 0/58 (0) | 1/58 (2) |
| | | Combined | Males | 2/54 (4) | 6/55 (11) | 8/58 (14) | 8/58 (14) |
| | | Adenomas | Females | 2/57 (4)* | 2/60 (3) | 6/59 (10) | 6/55 (11) |
| | | Carcinomas | Females | 0/57 (0) | 0/60 (0) | 1/59 (2) | 0/55 (0) |
| | | Combined | Females | 2/57 (4)* | 2/60 (3) | 7/59 (12) | 6/55 (11) |

\*   Denotes statistical significance at p= 0.05
a   Number of incidents/number of animals examined, excluding those that died or were sacrificed prior to week 55
b   Percentages of incidents appear in parenthesis
c   Fisher's Exact Test (p ≤ 0.05)[197]

The trend analysis for pancreatic tumors was not statistically significant as incidents of pancreatic tumors did not follow a dose response pattern; however, they were statistically elevated in the low and high dose groups as compared to the controls.

In the case of tumors in multiple tissue locations, the National Toxicology Program uses the following criteria for listing a chemical as "Reasonably Anticipated to be a Human Carcinogen."   When "*there is sufficient evidence of carcinogenicity from studies in*

---

[196] This table is adapted from both U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, and "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., paper, 2015."  "Fisher's Exact Test" and "Cochran-Armitage Trend test results" were performed by U.S. EPA.

[197] Fisher's Exact Test results are per the U.S. EPA.

*experimental animals which indicates there is an increased incidence of malignant and/or a combination of malignant and benign tumors (1) in multiple species or at multiple tissue sites or (2) by multiple routes of exposure or (3) to an unusual degree with regard to incidence, site or type of tumor or age at onset.*" [198]

Consequently, this study is a <u>good indicator that glyphosate is reasonably anticipated to be a human carcinogen</u>.

**Atkinson, et al., 1993[199]**

This chronic toxicity/carcinogenicity study fed groups of 50 Sprague-Dawley rats (male and female) diets containing 98.9% pure glyphosate at doses of 0, 11, 112, 320 and 1,147 mg/kg/day for male rats and 0, 12, 109, 347 and 1,134 mg/kg/day for female rats for 104 weeks before termination. The treatment doses had no effect on survival.  There were no treatment-related increases in tumor incidences in this study.

**Suresh, 1996[200]**

This two year, chronic carcinogenicity study fed groups of 50 Wister rats (male and female) diets containing 96.8% pure glyphosate at doses of 0, 7.4, 73.9, and 740.6 mg/kg/day for male and female rats (corresponding to 0, 100, 1,000 and 10,000 PPM). Twenty rats per sex were sacrificed at an interim of twelve months for examination.

The rats' survival was not affected by treatment.  A high volume of tumor incidences was observed in moribund animals sacrificed after termination of the study as shown in the table below. Tumor incidences appeared elevated above controls in the low and mid doses (hepatocellular carcinoma and intrahepatic bile duct adenoma); these did not exhibit dose-response relationships (as shown in Table 9) and were not statistically significant.

---

[198] https://ntp.niehs.nih.gov/pubhealth/roc/criteria/index.html

[199] Not published but reported in U.S. EPA, 2016, and reported <u>in</u> Greim, et al., 2015, as Cheminova (1993).

[200] Not published but reported in U.S. EPA, 2016, and reported <u>in</u> Greim, et al., 2015, as Feinchemie Schwebda (1996).

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 105**

**Table 9**
**Neoplastic histopathological findings in Wistar Male Rats[201] (Suresh, 1996)**

| | Animal Dose in PPM | Incidence of Adenoma (%) | Incidence of Carcinoma (%) |
|---|---|---|---|
| Hepatocellular  (male rats) | 0 | 24/50 (48%) | 21/50 (42%) |
| | 100 | 22/50 (44%) | 28/50 (56%) |
| | 1,000 | 10/52 (19%) | 18/48 (38%) |
| | 10,000 | 21/41 (51%) | 24/50 (48%) |
| Bile duct (intrahepatic adenomas and cholangiocarcinoma) (male rats) | 0 | 2/50 (4%) | 1/50 (2%) |
| | 100 | 1/50 (1%) | 3/50 (6%) |
| | 1,000 | 0/50 (0) | 2/48 (4%) |
| | 10,000 | 0/50 (0) | 3/50 (6%) |
| Hepatocellular  (female rats) | 0 | 18/50 (36%) | 10/50 (20%) |
| | 100 | 18/48 (38%) | 15/48 (31%) |
| | 1,000 | 19/49 (39%) | 14/49 (29%) |
| | 10,000 | 13/50 (26%) | 9/50 (18%) |
| Bile duct (intrahepatic adenomas and cholangiocarcinoma) (female rats) | 0 | 6/50 (12%) | 1/50 (2) |
| | 100 | 11/48 (23%) | 0/48 (0) |
| | 1,000 | 12/48 (25%) | 0/50 (0) |
| | 10,000 | 4/50 (8%) | 0/50 (0) |

---

[201] This table was adapted from "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015, paper."

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 106**

**Entomoto, A. (1997)[202]**

This two year chronic toxicity/carcinogenicity study fed groups of 50 Sprague-Dawley rats (male and female) diets containing 94.6 - 97.56% pure glyphosate at doses of 0, 104, 354, and 1,127 mg/kg/day for male rats and 0, 115, 393 and 1,247 mg/kg/day for female rats corresponding to 0, 3000, 10,000 and 30,000 PPM.

Examination of the rats by this study covered clinical signs, ophthalmic examinations, body weight, food consumption, hematology, clinical chemistry, urinalysis, organ weights, necropsy and histopathological examination.

Results on neoplasms were considered to not be treatment-related by the authors and were not reported.

**Brammer, 2001[203]**

This chronic carcinogenicity study fed groups of 52 Wister rats (male and female) diets containing 97.6% pure glyphosate at doses of 0, 121, 361 and 1,214 mg/kg/day for male rats and 0, 145, 437, 1,498 mg/kg/day for female rats (corresponds to 0, 2000, 6000, and 20,000 PPM) for 24 months before termination.

Examination of the rats by this study covered clinical signs, ophthalmic examinations, body weight, food consumption, hematology, clinical chemistry, urinalysis, organ weights, necropsy and histopathological examination.

A significantly higher survival trend was found in male treated rats (p=0.03) with a significant higher survival found in the highest dosed group of male rats (p =0.02). As shown in Table 10, a statistically significant trend (p= 0.008) was found for liver adenomas in male rats although the middle dose did not show a response. A statistically elevated tumor incidence was also found at the high dose concentration at p= 0.028.

---

[202] Not published but reported in U.S. EPA, 2016, and reported in Greim, et al., 2015, as Arysta Life Sciences (1997).

[203] Not published but reported in U.S. EPA, 2016 and in Greim, et al., 2015, as Syngenta (2001).

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 107

**Table 10**
**Incidence of Liver Adenomas in Male Wister rats[204] (Brammer, 2001)**

| Animal Dose (mg/kg/day) | Tumor incidence | Percentage Incidence |
|---|---|---|
| 0 | 0/52 [a**] | 0 |
| 121 | 2/52 | 4 |
| 361 | 0/52 | 0 |
| 1,214 | 5/52[b*] | 10 |

\*    Denotes statistical significance at p= 0.05
\*\*   Denotes statistical significance at p= 0.01
[a]   Cochran-Armitage Trend Test (p ≤ 0.01)
[b]   Fisher's Exact Test (p ≤ 0.05)[205]

**Wood, et al., 2009a[206]**

This chronic carcinogenicity study fed groups of 51 Wister rats (male and female) diets containing 95.7% pure glyphosate at doses of 0, 95, 316.9 and 1,229.7 mg/kg/day for male and female rats equivalent to 0, 1500, 5000, and 15,000 PPM for 24 months before termination.

A statistically significant trend of elevated incidences of mammary gland tumors (adenocarcinomas) (p=0.042), combined adenomas and carcinoma (p = 0007)) were noted in female rats as shown in Table 11 below. A statistical difference was noted at the high dose when adenoma and carcinoma incidences were combined.

---

[204] This table is adapted from U.S. EPA, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend test results were performed by the U.S. EPA.

[205] Fisher's Exact Test results are per the U.S. EPA.

[206] Not published but reported in U.S. EPA, 2016, and in Greim, et al., 2015, as Nufram, (2009a).

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 108**

**Table 11**
**Mammary Gland Tumor Incidences in Female Wister Rats (Wood et al, 2009a)[207]**

| Animal Dose in mg/kg/day | Incidence of Adenoma (%) | Incidence of Carcinoma (%) | Combined Incidences (%) |
|---|---|---|---|
| 0 | 0/51 (0) | 2/51 (4)*,a | 2/51 (4)**,b |
| 95 | 0/51 (0) | 3/51 (6) | 3/51 (6) |
| 316.9 | 0/51 (0) | 1/51 (2) | 1/51 (2) |
| 1,229.7 | 2/51 (4) | 6/51 (12) | 8/51 (16)*,c |

\*   Denotes statistical significance at p= 0.05
\*\*  Denotes statistical significance at p= 0.01
a   Cochran-Armitage Trend Test (p ≤ 0.05)
b   Cochran-Armitage Trend Test (p ≤ 0.01)
c   Fisher's Exact Test (p ≤ 0.05) [208]

## Summary of Rat Carcinogenicity Studies

Three out of six feeding studies with dietary doses within regulatory guidelines (i.e. maximum tolerated dose or MTD)[209] had positive trends and/or significantly elevated tumor incidences. One study, Stout and Ruecker (1990), observed elevated tumor trends in multiple tissue types - pancreas, liver and thyroid. In Stout and Ruecker, hyperplasia, which can be a precursor to cancer, was also found at significantly elevated levels in the stomach squamous mucosa.

---

[207] This table is adapted from U.S. EPA, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend test results were performed by U.S. EPA.

[208] Fisher's Exact Test results are per the U.S. EPA.

[209] "Long-term animal studies at or near the maximum tolerated dose level (MTD) are used to ensure an adequate power for the detection of carcinogenic activity," in U.S. EPA, "Guidelines for carcinogen risk assessment," EPA/630/R-00/004, September 1986, page 5.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 109**

Other studies found elevated incidences of tumors in the testes (Lankas, 1981), liver (Brammer, 2001) and mammary glands (Wood, et al., 2009a)[210]. Statistically significant doses were observed for testicular, pancreatic, liver and mammary glands. The results are summarized in Table 12 below.

**Table 12**
**Summary of Bioassays for Detecting Carcinogenicity**

| Study | Doses / Concentration | Test gender / Strain | Tumor Incidences | Comments |
|---|---|---|---|---|
| Burnett, et al., 1979 | 0, 3, 10, or 30 mg/kg/day | Male and female / Albino rats | Negative | Dose below regulatory testing guidelines |
| Lankas, 1981 | 0, 3, 10 and 31 mg/kg/day | Male / Sprague-Dawley rats | **Positive trend** of elevated testicular interstitial cell tumors. Positive elevated tumor incidence | Dose below regulatory testing guidelines |
| Pavkov and Wyand, 1987 | 0, 4.2, 21.2, or 41.8 mg/kg/day | Male and female / Sprague-Dawley rats | Negative | Dose below regulatory testing guidelines |
| Stout and Ruecker, 1990 | 0, 89, 362 and 940 mg/kg/day | Male and female / Sprague-Dawley rats | **Positive trend** of elevated hepatocellular adenomas in male mice and thyroid c-cell tumor in male rats. Significantly elevated incidents of pancreatic adenomas, | |
| Atkinson et al., 1993 | 0, 11/12, 112/109, 320/347 and 1,147/1134 mg/kg/day | Male and female / Sprague-Dawley rats | Negative | Positive trend for thyroid follicular cell tumors found independently |
| Suresh, 1996 | 0, 7.4, 73.9, and 740.6 mg/kg/day | Male and female / Wister rats | Negative | |

[210] (a) Wood, E., Dunster, J., Watson, P., and Brooks, P., "Glyphosate technical: Dietary combined chronic toxicity/carcinogenicity study in the rat," 2009a, Harlan Laboratories Limited, Page 156 of 227 Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-012. April, 23, 2009. MRID 49957404. From Glyphosate issue paper: Evaluation of carcinogenic potential, U.S. EPA's Office of Pesticide Programs, September 12, 2016.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 110**

**Table 12**
**Summary of Bioassays for Detecting Carcinogenicity**

| Study | Doses / Concentration | Test gender / Strain | Tumor Incidences | Comments |
|---|---|---|---|---|
| Entomoto, 1997 | 0, 104/115, 354/393, 1127/1247 mg/kg/day | Male and female / Sprague-Dawley rats | Negative | Positive trend for kidney adenomas |
| Brammer, 2001 | 0, 121, 361 and 1,214 mg/kg/day | Male Wister rats | **Positive trend** in liver adenomas, positive significance at 1,214 dose | |
| Wood et al., 2009a | 0, 95, 316.9 and 1,229.7 mg/kg/day | Female Wister Rats | **Positive trend** and significant incidences of mammary gland tumors at 1,229.7 mg/kg/day | |

Furthermore, Dr. Portier, former director of the NIEHS (National Institute of Environmental Health Sciences) and a collaborator on IARC monographs, was able to review the complete animal laboratory data from chronic carcinogenicity studies of glyphosate and noted additional significant tumor trends that were not reported in the U.S. EPA's publication nor in the supplemental material from Greim, et al, 2015.  This includes:

- <u>Atkinson, et al., 1993</u>.  Thyroid follicular cell adenomas and carcinomas in male Sprague Dawley rats:  0/50, 0/50, 0/50, 2/50, 2/49 (p=0.04)

- <u>Lankas, et al, 1981</u>.  Thyroid c-cell carcinomas in female Sprague Dawley rats 1/47, 0/49, 2/50, 6/47 (p=0.003)

- <u>Entomoto, 1997</u>. Kidney adenoma in male Sprague Dawley rats:  0/50, 0/50, 0/50, 4/50 (p=0.004)

- <u>Wood, et al., 2009b.</u>  Skin keratocanthoma in male Wister rats:  2/51, 3/51, 0/51, 6/51 (p=0.03)

In the case of tumors in multiple tissue locations, the National Toxicology Program identified a chemical as "Reasonably Anticipated to be a Human Carcinogen" when:

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 111

"*There is sufficient evidence of carcinogenicity from studies in experimental animals which indicates there is an increased incidence of malignant and/or a combination of malignant and benign tumors (1) in multiple species or at multiple tissue sites or (2) by multiple routes of exposure or (3) to an unusual degree with regard to incidence, site, or type of tumor or age at onset.*" [211]

## Carcinogenicity Studies in Mice

As with rat studies, two-year chronic carcinogenicity studies in laboratory mice provide valuable data with respect to identifying substances having the potential to be hazardous to humans. Typically two or more species of both sexes are employed to demonstrate the widest possible range of response and variability, though some studies limit sex and specie.

**Knezevich and Hogan, 1983[212]**

This chronic carcinogenicity study fed groups of 50 CD-1 mice (male and female) diets containing 99.78% pure glyphosate at doses of 0, 161, 835 and 4,945 mg/kg/day for male mice and 0, 195, 968, and 6,069 mg/kg/day for female mice for 24 months prior to termination. Complete necropsy examinations were performed on all animals which died or when they were sacrificed at termination.

Incidences of hepatocellular lesions were found to have statistically significant trends observed for central lobular hepatocyte hypertrophy, centrilobular hepatocyte necrosis and chronic interstitial nephritis in males and hypertrophy in females.  Results appear in Tables 13 and 14.

---

[211] National Toxicology Program, "Listing criteria," 2016, Report on Carcinogens, Public Health, U.S. Department of Health and Human Services, Retrieved from: https://ntp.niehs.nih.gov/pubhealth/roc/criteria/index.html

[212] Not published but reported in U.S. EPA, 2016, and in Greim et al., 2015, as Monsanto, (1983).

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 112

**Table 13**
**Lesions in Male CD-1 Mice (Knezevich and Hogan, 1983)[213]**

| Condition | Sex | Concentrations of glyphosate in diet (PPM) | | | |
|---|---|---|---|---|---|
| | | 0 | 1,000 | 5,000 | 30,000 |
| Urinary bladder hyperplasia | M | 3/49 | 3/50 | 10/50 | 8/50 |
| Hepatocellular centrilobular hypertrophy | M | 9/49 | 5/50 | 3/50 | 17/50 |
| | F | 0/49 | 5/50 | 1/49 | 1/49 |
| Hepatocellular centrilobular necrosis | M | 0/49**a | 2/50 | 2/50 | 10/50**b |

** Denotes statistical significance at p= 0.01
a   Cochran-Armitage Trend Test (p ≤0.01)
b   Fisher's Exact test (p ≤0.01)[214]

**Table 14**
**Kidney Tubular Cell Tumor Incidences in male CD-1 mice**
**(Knezevich and Hogan, 1983)[215]**

| Animal Dose in mg/kg/day | Incidence of Adenoma (%) | Incidence of Carcinoma (%) | Combined Incidences (%) |
|---|---|---|---|
| 0 | 1/49 (2) | 0/49 (0) | 1/49 (2) |
| 161 | 0/49 (0) | 0/49 (0) | 0/49 (0) |
| 835 | 0/50 (0) | 1/50 (2) | 1/50 (2) |
| 4,945 | 1/50 (2) | 2/50 (4) | 3/50 (6) |

The US. EPA's OPP review noted an incidence of renal tubule tumors in the male mice, which are considered rare, but stated that there was limited historical data for this mice

---

[213] This table is adapted from Greim, et al., 2015. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

[214] Fisher's Exact Test results are per the U.S. EPA.

[215] This table is adapted from U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 113**

strain and no significant pairwise comparison.  However, it should be noted that U.S. EPA's "Guidelines for Carcinogen Risk Assessment"[216] states that *"For the evaluation of rare tumors, even small tumor responses may be significant compared to historical data."*

**Pavkov and Turnier, 1987**

This two year study of chronic toxicity/carcinogenicity fed groups of CD-1 mice (male and female) diets containing glyphosate trimesium salt (56.2 % pure glyphosate) at doses of 0, 11.7, 118, and 991 mg/kg/day for male mice and 0, 16, 159 and 1,341 mg/kg/day for female mice.  Sixty mice per sex were tested in the control group and 80 mice per sex were tested in the low and mid-dose group while 90 mice per sex were tested in the high dose group.

Results on neoplasms were considered to not be treatment-related by the authors and were not reported.

**Atkinson, et al., 1993[217]**

This chronic carcinogenicity study fed groups of 50 CD-1 mice (male and female) diets containing >97% pure glyphosate at doses of 0, 98, 297 and 988 mg/kg/day for male mice and 0, 102, 298, and 1,000 mg/kg/day for female mice for 24 months before termination.

Results of this study observed a statistically significant trend in hemangiosarcomas in male CD-1 mice. The only significant increase occurred at the high dose (see Table 15).

---

[216] U.S. EPA, "Guidelines for carcinogen risk assessments," EPA/630/R-00-004, September 1986, page 6.

[217] Not published but reported in U.S. EPA, 2016, and in Greim, et al., 2015, as Cheminova, (1993b).

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 114

Table 15
Incidences of Hemangiosarcomas in Male CD-1 Mice[218] (Atkinson et al., 1993)

| Animal Dose (mg/kg/day) | Tumor incidence | Percentage Incidence |
|---|---|---|
| 0 | 0/47 **a | 0 |
| 98 | 0/46 | 0 |
| 297 | 0/50 | 0 |
| 988 | 4/45 ** | 9 |

**    Denotes significance at p = 0.01
a     Cochran-Armitage Trend Test (p ≤ 0.01)

**Sugimoto, K., 1997[219]**

This chronic carcinogenicity study fed groups of 50 CD-1 mice (male and female) diets containing 94.6 and 97.6% pure glyphosate at doses of 0, 165, 838.1 and 4,348 mg/kg/day for male and 0, 153.2, 786.8 and 4,116 mg/kg/day for female mice equivalent to 0, 1,600, 8,000 and 40,000 PPM for male and female mice for 18 months before termination.

Results of this study observed a statistically significant trend in hemangioma in male CD-1 mice and a significantly increased rate of malignant lymphomas. The only significant increase in hemangioma occurred at the highest dose. Results are shown in Tables 16 and 17.

---

[218] This table is adapted from U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

[219] Not published but reported in U.S. EPA, 2016, and in Greim, et al., 2015, as Arysta Life Sciences, (1997a).

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 115

### Table 16
### Incidences of Hemangioma in Female CD-1 Mice[220] (Sugimoto, 1997)

| Animal Dose (mg/kg/day) | Tumor incidence | Percentage Incidence |
|---|---|---|
| 0 | 0/50 [**a] | 0 |
| 153.2 | 0/50 | 0 |
| 786.8 | 2/50 | 4 |
| 4,116 | 5/50 [**] | 10 [*,b] |

*    Denotes significance at p = 0.05
**   Denotes significance at p = 0.01
a    Cochran-Armitage Trend Test (p ≤ 0.01), 2016
b    Fisher's Exact Test (p ≤ 0.05)[221]

### Table 17

### Incidences of Malignant Lymphomas in Male CD-1 Mice
### Which Survived Until Termination of the Experiment[222] (Sugimoto, 1997)

| Animal Dose (mg/kg/day) | Tumor incidence | Percentage Incidence |
|---|---|---|
| 0 | 0/26 [a] | 0 |
| 165 | 0/34 | 0 |
| 838.1 | 1/27 | 4 |
| 4,348 | 5/29 [**] | 17 |

**   Denotes significance at p = 0.01
a    Cochran-Armitage Trend Test (p ≤ 0.01)

---

[220] This table is adapted from Wood et al., 2009b, in U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

[221] Fisher's Exact Test results are per the U.S. EPA.

[222] This table is adapted from Wood et al., 2009b, in U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 116**

**Kumar, 2001[223]**

This chronic carcinogenicity study fed groups of 50 Swiss albino mice (male and female) diets containing > 95.14 % pure glyphosate at an average dose of 0, 14.7, 150.5 and 1,460.3 mg/kg/day for male equivalent to 0, 100, 1,000 and 10,000 PPM for male and female mice for 18 months before termination.

The mortality of mice after 18 months of the study was 44, 40, 44 and 54% for males and 32, 32, 40 and 40% in females in the control through high dose groups. Mortality was slightly elevated in the dosed mice above the control group. The authors determined that mortality was unusually high for the strain and was <u>not dose related</u> without adequate explanation.   More recently, an unsubstantiated allegation of a former US EPA official (Jess Rowland) stated that the mice used in the study were suffering from a viral infection that might have caused cancer.  Another alleged weaknesses with the study cited a high background of malignant lymphomas in control mice used for the study.   However, as shown below in Table 18, only females revealed a high background rate of lymphoma. Results of this study observed a highly statistically significant Cochran-Armitage Trend Test ($p \leq 0.01$) and trend among male mice with only 1 positive lymphoma mouse in the control group and a significance ($p = 0.01$) incident rate of lymphoma amongst the high dose group as detailed in Table 18.

---

[223] Not published but reported in U.S. EPA, 2016, and <u>in</u> Greim et al., 2015, as Feinchemie Schwebda, (2001).

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 117**

**Table 18**
**Incidences of malignant lymphomas in Swiss Albino Mice[224] (Kumar, 2001)**

| | | Glyphosate dose in PPM (percentage incidence) | | | |
|---|---|---|---|---|---|
| | Gender | 0 | 100 | 1,000 | 10,000 |
| Terminal sacrificed mice | Male | 1/28 (4) [a] | 3/30 (10) | 3/28 (11) | 6/23 (26) [**] |
| | Female | 9/34 (26) | 10/34 (29) | 6/30 (20) | 13/30 (43) |
| Dead and moribund mice | Male | 9/22 (41) | 12/20(60) | 13/22 (59) | 13/27 (48) |
| | Female | 9/16 (56) | 10/16 (63) | 13/20 (65) | 12/20 (60) |
| Combined | Male | 10/50 (20) [a] | 15/50 (30) | 16/50 (32) | 19/50 (38) [**] |
| | Female | 18/50 (36) | 20/50 (40) | 19/50 (38) | 25/50 (50) |

[**]   Denotes significance at p = 0.01
[a]   Cochran-Armitage Trend Test (p ≤ 0.01)

The U.S. EPA's evaluation noted that the population of mice in the study had a viral infection and, therefore, did not include the results in their assessment.

**Wood, et al., 2009b[225]**

The study was conducted between October 2005 and November 2007 in which four groups of 51 male CD-1 mice received daily dietary doses of 0, 500, 1,500 and 5,000 PPM 95.7%-technical grade glyphosate (resulting in an average glyphosate consumption of 71.4, 234.2, and 810 mg/kg/day) for 80 weeks.[226]

---

[224] Data in table is adapted "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015 paper."

[225] Not published but reported in U.S. EPA, 2016, and in Greim, H., Saltmiras, D., Mostert, V., Strupp, C., "Evaluation of carcinogenic potential of the herbicide glyphosate drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies, et al.," 2015, Critical Reviews in Toxicology, Vol. 45(3), pp. 185 - 208, as Nufram, (2009).

[226] Note that Greim, et al., referenced this as an 18 month study.  Greim, H., Saltmiras, D., Mostert, V., Strupp, C., "Evaluation of carcinogenic potential of the herbicide glyphosate drawing on tumor

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 118

A statistically significant trend of increased incidence of lymphomas and lung adenocarcinomas was observed (Table 19). A statistically significant elevated lymphoma incidence was observed in the 810 mg/kg/day dose group. Additionally, significant lymphoid hyperplasia was observed at low and mid doses in males (71.4 and 234.2 mg/kg/day) while malignant lymphomas were significantly induced at 810 mg/kg/day.

**Table 19**
**Incidence of Malignant Lymphomas in Male CD-1 Mice[227] (Wood et al., 2009b)**

| Doses (mg/kg/day) | | 0 | 71.4 | 234.2 | 810 |
|---|---|---|---|---|---|
| Lung Adenocarcinoma | Incidences | 5/51[a] | 5/51 | 7/51 | 11/51 |
| | % Incidences | 10 | 10 | 14 | 22 |
| Lymphomas | Incidences | 0/51[a] | 1/51 | 2/51 | 5/51[b] |
| | % Incidences | 0 | 2 | 4 | 10 |

[a]   Cochran-Armitage Trend Test (p = 0.007)
[b]   Fisher's Exact Test (p=0.028)

**Summary of Mice Carcinogenicity Studies**

Four out of six mice (**67%**) feeding studies with dietary doses within regulatory guidelines (i.e., at or near maximum tolerated dose or MTD)[228] had positive trends and/or significantly elevated tumors incidences. Two studies, Atkinson (1993) and Sugimoto (1997) observed significant trends of hemagiosarcomas including a significant incidence level at 4,116 mg/kg/day dose in Sugimoto (1997).

---

incidence data from fourteen chronic/carcinogenicity rodent studies, et al.," 2015, Critical Reviews in Toxicology, Vol. 45(3), pg. 185 - 208.

[227] This table is adapted from Wood, et al., 2009b, in U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

[228] "Long-term animal studies at or near the maximum tolerated dose level (MTD) are used to ensure an adequate power for the detection of carcinogenic activity," in U.S. EPA "Guidelines for carcinogen risk assessment," EPA/630/R-00/004, September, 1986, page 5.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 119**

Significant trends of increasing incidences of malignant lymphomas were found with increasing glyphosate doses in Sugimoto (1997), Kumar (2001) and Wood, et al., (2009b). The Wood, et al., (2009b) study also found a significantly increased trend for incidences of lung adenocarcinomas and another study species showing significant results for malignancies in multiple tissues.

The National Toxicology Program identifies as their criteria for listing a chemical as "Reasonably Anticipated to be a Human Carcinogen" to be when:

> "*There is sufficient evidence of carcinogenicity from studies in experimental animals which indicates there is an increased incidence of malignant and/or a combination of malignant and benign tumors (1) in multiple species or at multiple tissue sites or (2) by multiple routes of exposure or (3) to an unusual degree with regard to incidence, site, or type of tumor or age at onset.*" [229]

Based upon the U.S. EPA guidelines, **there is evidence** of uncommon tumor types, tumors at multiple sites, tumors in multiple species, strains and dose-related increases.

Table 20 presents a summary of the mice carcinogenicity studies cited herein.

---

[229] https://ntp.niehs.nih.gov/pubhealth/roc/criteria/index.html

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 120

**Table 20**
**Summary of Bioassays for Detecting Mice Carcinogenicity**

| Study | Doses / Concentration | Test gender / Strain | Tumor Incidences | Comments |
|---|---|---|---|---|
| Knezevich and Hogan, 1983 | 0, 161, 835 and 4,945 mg/kg/day | Male / CD-1 Mice | None | Elevated incidences of hepatocellular necrosis and hypertrophy in mice. Also elevated urinary bladder hyperplasia. Elevated incidences of rare kidney tubular cell carcinoma; not to the level of statistical significance. |
| Pavkov and Turnier, 1987 | 0, 11.7/16, 118/159, and 991/1341 mg/kg/day | Male and female / CD-1 Mice | None | |
| Atkinson et al., 1993 | 0, 98, 297 and 988 mg/kg/day | Male / CD-1 Mice | **Positive trend** in hemangiosarcomas | |
| Sugimoto, 1997 | 0, 165/153.2, 838.1/786.8 and 4,348/4,116 mg/kg/day | Male and female / CD -1 Mice | **Positive trend** in hemangiosarcomas and significant incidence levels of hemangiosarcomas and **malignant lymphoma** | |
| Kumar, 2001 | 0, 14.7, 150.5, and 1,460.3 mg/kg/day | Male and female / Swiss Albino Mice | **Positive trend** and elevated incidence of **malignant lymphoma** | U.S. EPA OPP stated that a viral infection was present in the colony of mice. (unsubstantiated allegation)[230] |
| Wood, et al., 2009b | 0, 71.4, 234.2 and 810 mg/kg/day | Male / CD-1 Mice | **Positive trend** and elevated incidence of **malignant lymphoma** | |

---

[230] There are no documents available that provide any objective scientific evidence for viral infections. Rather, the health status of animals simply supported the plausibility of a viral infection.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 121**

# Part D: Glyphosate Carcinogenicity Assessment

## Introduction

A cancer slope factor (CSF) estimates the risk of cancer associated with exposure to a carcinogenic or potentially carcinogenic substance. Mathematically, a slope factor is an upper bound, approximating a 95% confidence limit. It is used to demonstrate cancer risk from a lifetime exposure to a substance by ingestion, dermal exposure or inhalation.

As previously noted, the generally-accepted, peer-reviewed toxicological literature is not based on unsubstantiated, subjective opinions. A responsible scientific investigation applies a generally accepted and well documented risk assessment methodology. Thus, calculating a reliable cancer slope factor is predicated upon applying the best available information "as per schedule" according to the prescribed methodology.

U.S. EPA guidelines[231] repeatedly stress the need for good information in its guidance, which is specific and demanding. U.S. EPA methodology recommends any study used for the purpose of calculating a cancer slope factor should meet the following criteria:

- Study should apply at least two dose groups plus a control group.

- Study should have sufficient sensitivity to provide data for multiple dose ranges

- Study should meet all statistical testing requirements.

- Study should characterize exposure at multiple exposure levels.

- Study should demonstrate statistically-significant results and show clear trends with respect to dose-response outcomes.

Following U.S. EPA methodology the Wood, et al., 2009b[232] study was chosen as the primary study to derive an exposure cancer slope factor for glyphosate since it is the most

---

[231] U.S. EPA, "Guidelines for carcinogen risk assessment," EPA/630/P-03/001B, March, 2005

[232] (b) Wood, E., Dunster, J., Watson, P., and Brooks, P., "Glyphosate technical: Dietary carcinogenicity study in the mouse," 2009b, Harlan Laboratories Limited, Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-011. April, 22, 2009. MRID 49957402. From "Glyphosate issue paper: Evaluation of Carcinogenic Potentia," U.S. EPA's Office of Pesticide Programs, September 12, 2016.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 122**

sensitive study and meets and <u>exceeds</u> the statistical testing requirements. Wood, et al., 2009b, is the most recent chronic carcinogenicity study performed and used three large dose groups plus a control group. The study doses characterize exposure at low, mid and high exposure levels. Wood, et al., 2009b, also noted a significant trend in hepatocellular tumors and the observed trend was monotonic. As such, *the study exceeds the stated U.S. EPA assessment criteria*.

## Dose-Response Data

Of the various studies noted herein, three chronic dietary bioassays provided incidence data for malignant lymphomas and occurred in mice only, these being: Sugimoto (1997), Kumar, (2001) and Wood, et al., (2009b). The dose-response data from each of these studies is summarized in Table 21. There were statistically significant increasing trends in tumor incidences in the males of the species.

**Table 21**

**Incidence of Malignant Lymphomas in Male Mice Exposed to**
**Glyphosate in Diet for two Years**

| Study | Strain/ Species | Animal dose (mg/kg/day) | Incidence of malignant lymphomas (percentage) | Numbers of animals examined |
|---|---|---|---|---|
| Sugimoto, 1997 | CD-1 Mice | 0 | 0 (0) [a] | 26 |
| | | 165 | 0 (0) | 34 |
| | | 838.1 | 1 (4) | 27 |
| | | 4,348 | 5 (17) | 29 |
| Kumar, 2001 | Swiss Albino Mice | 0 | 10 (20) | 50 |
| | | 14.7 | 15 (30) | 50 |
| | | 150.5 | 16 (32) | 50 |
| | | 1,460.3 | 19 (38) | 50 |
| Wood, et al., 2009b | CD-1 Mice | 0 | 0 (0) [b] (monotonic) | 51 |
| | | 71.4 | 1 (2) | 51 |
| | | 234.2 | 2 (4) | 51 |
| | | 810 | 5 (10) [c] | 51 |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 123**

[a]   Cochran-Armitage Trend Test (p ≤ 0.01)
[b]   Cochran-Armitage Trend Test (p = 0.007)
[c]   Fisher's Exact Test (p=0.028)

### *Dose Adjustments and Extrapolation Method(s)*

Human equivalent doses (HEDs) were derived from the doses administered to the Wood, et al., 2009b study's male CD-1 mice using a body weight (BW) scaling factor of 0.75 as provided by the U.S. EPA.[233]  HEDs were calculated using the following equation:

HED = animal mg·kg$^{-1}$ dose x (animal weight (kg)/human weight (kg))$^{1-b}$

Where,

b = allometric exponent (0.75)

$$\text{HED} \ = \ 810\,\frac{\text{mg}}{\text{kg}}\,\text{bw x} \left( \frac{0.027\ kg}{70\ kg} \right)^{0.25} = 113.5\,\frac{\text{mg}}{\text{kg}}$$

For all HED calculations, a human body weight of 70 kg was used for the primary Wood, et al, study. The U.S. EPA "Exposure Factors Handbook" notes that 70 kg is commonly assumed in U.S. EPA risk assessments.[234] HEDs were also calculated for the other lymphoma studies as shown in Table 22.

The "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015 paper" only provided the range of body weights of the mice used at the initiation of the experiment. Consequently, the lower animal doses provide a more conservative estimate of the human equivalent dose as the mice would have an increase in body weight over the 80 week feeding study period.

For Wood, et al., 2009b, the mice body weights ranged from 22 - 32 grams with the midpoint weight at 27 grams.  The Sugimoto, 1997, study revealed mice body weights

---

[233] U.S. EPA, "Recommended use of body weight 3/4 as the default method in derivation of the oral reference dose," 2011, (EPA/100/R11/0001), Office of the Science Advisor, Risk Assessment Forum, US Environmental Protection Agency, Washington, DC.

[234] U.S. EPA, "Exposures Factors Handbook: Chapter 8 – Body Weight Studies," 2011, U.S. Environmental Protection Agency.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 124**

that ranged from 15 - 25 grams with the midpoint at 20 grams.  Kumar, 2001, cited mice weights ranging from 25 - 47 grams with the midpoint at 36 grams.  The midpoint weights were used for HED determination.

**Table 22**

**Calculated Human Equivalent Doses (HED) for the Lymphoma Incidence Data Used for Dose-Response Modeling**

| Study | Strain/ Species | Initial Midpoint Mice BW (kg) | Animal Dose (mg/kg/day) | HED (mg/kg/day)[a] |
|---|---|---|---|---|
| Sugimoto, 1997 | CD-1 Mice | 0.02 | 0 | 0 |
| | | 0.02 | 165 | 21.5 |
| | | 0.02 | 838.1 | 109 |
| | | 0.02 | 4,348 | 565.3 |
| Kumar, 2001 | Swiss Albino Mice | 0.036 | 0 | 0 |
| | | 0.036 | 14.7 | 2.21 |
| | | 0.036 | 150.5 | 22.7 |
| | | 0.036 | 1,460.3 | 219.9 |
| Wood, et al., 2009b | CD- 1 Mice | 0.027 | 0 | 0 |
| | | 0.027 | 71.4 | 10 |
| | | 0.027 | 234.2 | 32.8 |
| | | 0.027 | 810 | 113.5 |

[a] HEDs are calculated as HED = (animal dose) x (animal BW / Human BW)$^{0.25}$

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 125**

## Cancer Slope Factor

According to the U.S. EPA's "Guidelines for Carcinogen Risk Assessment,"[235] when quantifying the cancer risk of a chemical whose carcinogenic mode of action is not established, the linear approach is recommended as the default option. In the case of glyphosate, the genotoxic mode of carcinogenic action has been recently postulated[236] and there is limited human study evidence of genotoxicity. Thus, a <u>linear low-dose extrapolation approach</u> was used **as required by the methodology** to estimate human carcinogenic risk associated with glyphosate oral exposure.

### *Glyphosate Potential for Genotoxicity*

There is evidence that that glyphosate is genotoxic and glyphosate-based formulations such as Roundup cause oxidative stress. The recent study of Suarez-Larios et al. (2017) reveals a genotoxic mode of action for glyphosate pesticides. An investigation was undertaken by Suarez-Larios, et al.,[237] to determine whether or not exposure to pesticides would induce double strand breaks (DSB) in cells (a lesion related to the formation of chromosomal rearrangements and increased leukemia risk).  Of the eight pesticides tested (endosulfan, glyphosate, pentachlorophenol, permethrin, propoxur, AMPA, endosulfan lactone and paraoxon), four showed a significant effect on the number of cells with double strand breaks. However, glyphosate and paraoxon (both organo-phosphates) showed the greatest increase in the number of cells with DSB compared to the concentration.  Further, it was determined that glyphosate and paraoxon reduced the number of viable cells in a <u>dose-dependent manner</u>; specifically, going from 100% cell viability to 70% with glyphosate.

---

[235] U.S. EPA, "Guidelines for carcinogen risk assessment," 2005, EPA/630/P-03/001F, Risk Assessment Forum, U.S. Environmental Protection Agency, Washington, DC.

[236] Suarez-Larios, K., et al., "Screening of pesticides with the potential of inducing DSB and successive recombinational repair," 2017, Journal of Toxicology. Volume 2017.

[237] Suarez-Larios, K., et al., "Screening of pesticides with the potential of inducing DSB and successive recombinational repair," 2017, Journal of Toxicology. Volume 2017.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 126**

Not only did these two pesticides induce greater breakage, they also induced the phosphorylation[238] of KU80, a protein that participates in the c NHEJ recombinational repair pathway which is responsible for repair of the cells when DSB occur.

It was further noted in the study that these effects occurred at low concentrations in an underline acute treatment to cells in the laboratory setting.  "*Effects over longer exposure in actual environmental settings are expected to produce cumulative damage if repeated events of recombination take place over time.*"  In other words, the more often a cell is damaged by glyphosate-induced breakage, the less likely the c NHEJ recombinational repair pathway will be able to repair it.  Thus, the linear approach required by the U.S. EPA methodology is appropriate as the mode of action proposed by Suarez-Larios et al. is not a threshold-based genotoxic mechanism.  Other studies indicate that glyphosate can act as an endocrine disruptor[239] and has tumor-promoting activity.[240]

*In vivo* observations of human populations exposed to spraying of Roundup have revealed statistically significant outcomes demonstrating genotoxicity at low exposure levels[241] as well as *in vivo* studies of laboratory animals fed Roundup.[242] These studies challenge both animal and human systems providing *in vivo* doses of Roundup® with resulting genotoxicity.

---

[238] Phosphorylation plays a critical role in the regulation of cellular processes.

[239] Gasnier, C., et al., "Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines," 2009, Toxicology, Vol. 262, pg. 184 -191.

Thongprakaisang, S., et al., "Glyphosate induces human breast cancer cells growth via estrogen receptors," 2013, Food and Chemical Toxicology, doi: http://dx.doi.org/10.1016/j.fct.2013.05.057

[240] George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics, Vol. 73, pg. 951 – 964.

[241] Paz-y-Miño, C., et al., "Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate*," 2007,* Genetics and Molecular Biology, **30**(2).

Bolognesi, C., et al., "Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: Association to occupational exposure to glyphosate," 2009, Journal of Toxicology and Environmental Health, Part A, Vol. 72, pg. 986 -997.

[242] Peluso, M., et al, "32P-postlabeling detection of DNA adducts in mice treated with herbicide roundup," 1998, Environmental and Molecular Mutagenesis. Vol. 31(1), pp. 55 -59. DOI: 10.1002/(SICI)1098-2280(1998)31:1<55::AID-EM8>3.0.CO;2-A

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 127

Furthermore, the human studies present conditions with "real world" dosing and concentrations.

The U.S. EPA's "Guidelines for Carcinogens" states that "*In the absence of sufficiently scientifically justifiable mode of action information, U.S. EPA generally takes public health-protective, default positions regarding the interpretation of toxicological and epidemiologic data: animal tumor findings are judged to be relevant to humans, and cancer risks are assumed to conform with low dose linearity.*"[243]

### Modeling: Cancer Slope Factor

According to the U.S. EPA's "Guidelines for Carcinogenic Risk Assessment," "*For linear extrapolation, the POD* (point of departure) *is used to calculate a slope factor.*" Furthermore, the guidelines state that "*in a risk characterization, the POD is part of the determination of a margin of exposure.*"

The cancer slope factor (CSF) for glyphosate was derived via a linear extrapolation from the POD which was calculated by fitting the studies in the experimental dose response data to a curve in the U.S. EPA's "**Benchmark Dose Software**" (BMDS). The POD is the 95% lower confidence limit of the dose indicated by the model as the benchmark dose (BMD).

The BMD addresses the many limitations of the "No Observed Adverse Effect Level" (NOAEL) method as it is less dependent on dose selection and spacing and takes into account the shape of the dose-response curve. Furthermore, the BMD 95% lower confidence limit (BMDL) results in a point of departure that accounts for study quality issues (such as adequate sample size).[244] The CSF can be calculated from information provided from the BMD, as shown below:

---

[243] U.S. EPA, "Guidelines for carcinogen risk assessment," 2005, EPA/630/P-03/001F, Risk Assessment Forum, U.S. Environmental Protection Agency, Washington, DC.

[244] "Dose-Response Assessment," n.d., Tox Tutor, U.S. National Library of Medicine, National Institute of Health, Retrieved from: https://toxtutor.nlm.nih.gov/06-003.html

$$CSF = BMR / BMDLHED$$

Where:

BMR: Benchmark Response Level

BMDLHED: Benchmark Dose Lower Bound Human Equivalent Dose

The dichotomous models in the Benchmark Dose Software (*BMDS version 2.6.0.1*) were fit to the lymphoma incidence data in mice. The mice doses were used for BMD modeling, and the BMDHED and BMDLHED values were calculated using the $BW^{3/4}$ scaling using the initial midpoint mice weights (final mice weights were not provided nor were individual mice weights) and a human body weight of 70 kg. For the models, a BMR of 10% extra risk was employed. BMDs and BMDLs from all models are shown in **Appendix A**.

The multi-stage model provided an adequate fit for the Sugimoto, 1997, CD-1 mice study as well as the Wood, et al., 2009b, CD-1 mice study. Other studies did not fit the multi-stage model adequately (see Table 23). The CD-1 mice were clearly the most sensitive species/strain, and the Wood, et al., 2009b, study is the most sensitive study as also shown in Table 23. Other models such as the probit model or log-logistic model could be used to provide adequate fit for the other cancer studies.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 129**

**Table 23**

**$BMD_{HED}$ and $BMDL_{HED}$ Values from Best-fit Models (using 10% BMR) to Lymphoma Incidence Data from Mice Exposed to Chronic Dietary Concentrations of Glyphosate Daily with Corresponding Cancer Slope Factors (CSFs)**

| Study | Gender/strain/ species | Carcinoma type | $BMD_{HED}$ (mg/kg-day) | $BMDL_{HED}$ (mg/kg-day) | CSF (mg/kg/day)$^{-1}$ |
|---|---|---|---|---|---|
| Sugimoto, 1997 | Female CD-1 Mice | Hemangioma | 1,239.7 | 822.4 | $1.21 \times 10^{-4}$ |
| Sugimoto, 1997 | Male CD-1 Mice | Malignant Lymphoma | 1,832.16 | 1,000.15 | $1.0 \times 10^{-4}$ |
| Wood, et al., 2009b | Male CD- 1 Mice | Malignant Lymphoma | 100.76 | 59.28 | $1.7 \times 10^{-3}$ |

The multi-stage model using a 10% BMR is the standard method for establishing the cancer slope factor.[245] Consequently, the lymphoma cancer endpoint in CD-1 mice and the Wood, et al,, 2009b, study provided the best multi-stage model fit with  p=0.91 (see Table 24).

Furthermore, a comparison of the BMD and BMDL estimates derived for mice from the Sugimoto, 1997, and Wood, et al., 2009b, studies indicate that male CD-1 mice are more sensitive to lymphoma induced by glyphosate compared to other species and tumor types.

---

[245] Crump, K., "The linearized multi-stage model and the future of quantitative risk assessment," 1996, Hum Exp. Tox, Vol. 15(10), pg. 787 – 798.

"Dose-Response Assessment," n.d., Tox Tutor, U.S. National Library of Medicine, National Institute of Health, Retrieved from: https://toxtutor.nlm.nih.gov/06-003.html

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 130**

Therefore, the $BMDL_{10HED}$ was chosen as the POD.  The Cancer Slope Factor (CSF) of 0.0017 mg/kg/day was calculated as follows:

$$CSF = \frac{0.10}{59.28 \text{ mg/kg-day } (BMDL_{10HED} \text{ for male CD1 mice})} = 0.00169$$

The calculation of a CSF for glyphosate is based upon the dose-response data for the most sensitive species and gender as well as the study providing the best fit of the multi-stage cancer model.

Table 24 shows a summary of BMD modeling results for glyphosate in diet/chronic carcinogenicity studies with significant dietary doses causing neoplasms. The BMD modeling results are shown in detail in **Appendix A**.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 131

Table 24

Summary of BMD Modeling Results for Glyphosate in Diet/Chronic

Carcinogenicity Studies with Significant Dietary Doses Causing Neoplasms

| Study | Model[a] | Goodness of Fit | | | $BMD_{10Pct}$ | $BMDL_{10Pct}$ | Basis for Selection |
|---|---|---|---|---|---|---|---|
| | | p-value | Scaled Residual | AIC | | | |
| Lankas, 1981 | Multi-stage cancer 1st degree | 0.112 | 0.096 | 77.615 | 29.8 | 14.8 | Not an ideal model as p-value is less than 0.5. |
| Stout and Ruecker, 1990 | Multi-stage cancer 1st degree | 0.134 | -0.104 | 133.96 | 1415 | 474 | Not an ideal model as p-value is less than 0.5. |
| Brammer, 2001 | Multi-stage cancer 1st degree | 0.110 | 0.242 | 59.257 | 1490 | 743 | Not an ideal model as p-value is less than 0.5. |
| Wood, et al, 2009a | Multi-stage cancer 1st degree | 0.348 | 0.415 | 100.45 | 1151 | 591 | Not an ideal model as p-value is less than 0.5. |
| Sugimoto, 1997; hemangioma | Multi-stage cancer 1st degree | 0.606 | 1.11 | 82.019 | 1729 | 1147 | 1st degree and 2nd degree provided the exact same BMD and BMDL |
| Sugimoto, 1997;-lymphoma | Multi-stage cancer 1st degree | 0.88 | 0.069 | 37.699 | 2506 | 1368 | Select the model with the lower BMDL (1st Model) |
| Sugimoto, 1997; lymphoma | Multi-stage cancer 2nd degree | 0.881 | -0.021 | 39.649 | 2669 | 1375 | |
| Wood et al., 2009b lymphoma | Multi-stage cancer 1st degree | 0.905 | -0.316 | 61.916 | 719 | 423 | 1st degree and 2nd degree provided the exact same BMD and BMDL |

Criteria for model selection:

- Beta coefficient 2 of the multi-stage cancer 2 model hit a boundary
- *p*-value has to be greater than 0.5
- Scaled residual must be less than absolute 2
- AIC – the lower the AIC, the better

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 132

### Assessment of Dose-Dependent Linear Extrapolation and Saturation Potential

Despite the U.S. EPA's recommendation of linear low dose extrapolation for genotoxic chemicals and chemicals with unknown mode of action, there exists some dissension among certain scientific points-of-view which challenges the appropriateness of a linear non-threshold, dose-response model as biologically valid for cancer risk assessment. In the current assessment, the recent study of Suarez-Larios et al. (2017) reveals a genotoxic mode of action for glyphosate that is linear with respect to double strand breaks and cumulative. In this study, it was determined that glyphosate reduced the number of viable cells in a <u>dose-dependent manner</u>; specifically, going from 100% cell viability to 70% with glyphosate.  Additionally, glyphosate induced the phosphorylation[246] of KU80, a protein that participates in the c NHEJ recombinational repair pathway which is responsible for repair of the cells when DSB occur.  The Suarez-Larios et al. study stated "*Effects over longer exposure in actual environmental settings are expected to produce cumulative damage if repeated events of recombination take place over time.*"  In other words, the more often a cell is damaged by Glyphosate-induced breakage, the less likely the c NHEJ recombinational repair pathway will be able to repair it.  Thus, the linear approach required by the U.S. EPA methodology is appropriate as the mode of action proposed by Suarez-Larios et al. is not a <u>threshold</u>-based genotoxic mechanism.

For example, the opinion article by *Exponent* published by James Bus (July 2017) summarizes this position. He argues that biological homeostatic mechanisms protect against adverse effects from low dose exposure to chemicals determined to be carcinogenic using high dose studies. Which is to say, the opinion is that certain high dose exposures in scientific studies should not be used to extrapolate human health risk at low doses.

The Bus article points out that there are protective biological cellular mechanisms for alleviating toxic effects at low doses creating a dose threshold effect. It also proposes that studies showing elevated dose-specific toxicity are associated with adverse health effects

---

[246] Phosphorylation plays a critical role in the regulation of cellular processes.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 133**

due to saturation of the biological mechanisms controlling the administration, distribution metabolism and excretion (ADME).[247] Based on these considerations, he opines:

- Against a linear, non-threshold hypothesis highlighting the development of Kinetically-derived Maximum Dose (KMD) that identifies the onset of non-linear ADME toxicity and proposed as an alternative or extension of the Maximum Tolerated Dose (MTD) currently accepted in toxicological health risk assessments.[248]

- Dosing in high throughput screening (HTS) *in vitro* testing (such as for determining genotoxicity), does not take into account chemical doses expected/attained *in vivo* (in real world situations in humans or model laboratory animals).

The determination of Roundup and other glyphosate-based formulations' genotoxicity as stated by IARC was not determined from *in vitro* testing in isolation. Rather *in vivo* observations of human populations exposed to spraying of Roundup revealed statistically significant outcomes demonstrating genotoxicity at low exposure levels[249] as well as *in vivo* studies of laboratory animals fed Roundup.[250] (This eliminates any confounding issues due to the controlled setting). These studies challenge both animal and human systems providing *in vivo* doses of Roundup® with resulting genotoxicity.

Furthermore, the human studies present conditions with "real world" dosing and concentrations. Perhaps the most compelling consideration comes from the objective

---

[247] Bus, J., "The dose makes the poison: Key implications for mode of action (mechanistic) research in a 21st century toxicology paradigm," 2017, Current Opinion in Toxicology, DOI: 10.1016/j.cotox.2017.06.013

[248] OECD in Bus, J., "The dose makes the poison: Key implications for mode of action (mechanistic) research in a 21st century toxicology paradigm," 2017, Current Opinion in Toxicology, DOI: 10.1016/j.cotox.2017.06.013.

[249] Paz-y-Miño, C., et al., "Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate," 2007, Genetics and Molecular Biology, 30(2).

Bolognesi, C., et al., "Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: Association to occupational exposure to glyphosate," 2009, Journal of Toxicology and Environmental Health, Part A, Vol. 72, pp. 986 -997.

[250] Peluso, M., et al, "32P-postlabeling detection of DNA adducts in mice treated with herbicide roundup," 1998, Environmental and Molecular Mutagenesis. Vol. 31(1), pp. 55 -59. DOI: 10.1002/(SICI)1098-2280(1998)31:1<55::AID-EM8>3.0.CO;2-A

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 134**

evidence in published epidemiological studies which documents Roundup® in the development of lymphoma, a further connection to Roundup's genotoxicity <u>at a 95% level of certainty</u>.[251]

It is important to understand that toxicity assays have traditionally relied on Maximum Tolerated Dose (MTD) as a strategy to compensate for the limited statistical power that comes with the use of a small number of test experimental animals and other such surrogates. The MTD is used to determine efficacy by testing increasing doses of a chemical until a dose that produces "acceptable" side effects is found[252] thereby assuming a linear response to chemical exposure.

---

[251] DeRoos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Medical, Vol. 60.

[252] Chevret, S., "Maximum Tolerable Dose," 2008, Wiley Stats Ref: Statistics Reference Online, DOI: 10.1002/9781118445112.stat07089

NCI, "Maximum Tolerated Dose," n.d., NCI Dictionary of Cancer Terms, National Cancer Institute, National Institute of Health. Retrieved July, 6, 2017 from: https://www.cancer.gov/publications/dictionaries/cancer-terms?cdrid=546597

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 135**

### *Low Dose Linear Extrapolation versus. Kinetically-Derived Maximum Dose*

There are important fundamental toxicological issues to consider here. At doses above the MTD, toxicity has been proposed to be associated with saturation of the biological mechanisms that control the administration, distribution, metabolism and excretion (ADME) [253] and is, therefore, non-linear in producing toxic adverse health effects. *However, direct, objective evidence to support this contention in humans is absent as glyphosate/Roundup® genotoxicity and lymphoma has been demonstrated in low exposure level human epidemiological studies that are statistically significant.*

Further evidence can be seen in animals in the current evaluation. The Cancer Slope Factor (CSF) was determined from a glyphosate feeding study in CD-1 mice[254] with a high-dose, statistically-significant increased incidence of lymphoma and low-dose linear extrapolation to determine the CSF over a statistically significant monotonic trend ($p$<0.007). Health effects observed in this study were <u>not due to saturation</u> as glyphosate was administered <u>orally</u> in diet (not via acute IV or intraperitoneal administration) allowing for absorption through the digestive system to dictate the concentration in blood.  If saturation had occurred, a near perfectly linear dose-response curve would not have appeared in the Wood 2009b study.

A pharmacokinetic study[255] of glyphosate in rats demonstrates that 35 to 40% of the administered dose was absorbed from the digestive tract.  An intravenous dosing study is more likely to saturate the ADME mechanism due to the acute bolus load into systematic circulation with a significant (~80%) portion of the administered dose eliminated primarily as un-metabolized glyphosate in urine within 24 hours of

---

[253] Bus, J., "The dose makes the poison: Key implications for mode of action (mechanistic) research in a 21st century toxicology paradigm," 2017, Current Opinion in Toxicology, DOI: 10.1016/j.cotox.2017.06.013

[254] Wood, et al., "Glyphosate technical: dietary carcinogenicity study in the mouse," 2009b, Harlan Laboratories Limited, Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK, Study No. 2060-011.

[255] Brewster, D., Warren, J., Hopkins, W., "Metabolism of glyphosate in Sprague Dawley rats:  Tissue distribution, identification and quantitation of glyphosate-derived materials following a single oral dose," 1991, Fundamental and Applied Toxicology, Vol. 17, pg. 43-51.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 136**

administering the dose.[256] The pharmacokinetics of oral or dermally absorbed glyphosate is limited in its absorption rate into the blood without extreme high peak blood levels (which occurs with IV administration) and does not reach saturation of the ADME mechanisms.

As noted by Bus (2017), a large proportion of toxicological hazards are identified at doses only in the range of an MTD and, thus, *kinetically-derived maximum dose* (KMD) modeling will fail to identify these toxicological hazards particularly when hazard responses are limited to doses above the KMD.

Bus notes that "*The pragmatic end-result of KMD-based toxicity testing considerations is that the need for high-dose specific MoA [*mode of action*] investigations is substantially reduced.*" Meaning, that a KMD approach (which doesn't include high dosages) will essentially eliminate the need for further investigation of many chemicals.

Human health risk assessments are designed to estimate cancer risks at levels of $1\times10^{-4}$ to $1\times10^{-6}$. Without the use of linear extrapolation from higher dose levels, approximately 400 lab animals in each dose-level group (1,600 animals total) would be required (assuming a doubling of the cancer rate) per dose group to determine a $1\times10^{-4}$ cancer risk and 40,000 animals per dose group (160,000 animals total) to determine a $1\times10^{-6}$ cancer risk level.  In order to achieve bioassay sample sizes and statistical power that would be directly comparable to expected human exposure, thousands of test animals would be required. Such expectations are, quite simply, unrealistic. Possibly this is why a preferred approach of proponents of this "novel theory" is to ignore its practical consequences.

Furthermore, although Bus stated that "*the dose makes the poison,*" low dose linear extrapolation from high dose (MTD bioassays) factors in differences between animals and humans. It is by design protective of sensitive groups accounting for differences amongst humans such as their life stages – children are more susceptible to genotoxic chemicals than adults as are fetuses in pregnant individuals.

The information obtained from low dose linear extrapolation is used not only to develop a cancer slope factor for increased cancer risk but also to develop regulatory toxicity values.

---

[256] Wester, R., et al., "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination,"1991, Fundamental and Applied Toxicology, Vol. 16, pg. 725-732.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 137**

To dispense with such an important set of critical goals for the sake of embracing an unproven theory without overwhelming objective evidence to support it is more than merely dangerous. The consequences of such a decision would be far-reaching and highly unlikely to demonstrate positive outcomes for those most directly affected.

Consequently, it is both unrealistic and dangerous to human health to eliminate low dose linear extrapolation. To do so would mean the exposed human population would find itself serving as an experimental laboratory for evaluating chemical carcinogenicity. It is doubtful that many of our citizens would volunteer for such an experiment.

### *Glyphosate Biomonitoring and Dose Measurements*

Exposure models have been used for about 20 years to estimate the exposure of professional operators during application of pesticides. How well these models predict actual exposure is primarily determined by the pharmacokinetic studies and assumptions upon which they are based (such as the dermal absorption rate). Biomonitoring and dosimetry data are combined with PK models to reconstruct or estimate the exposure dose. PK models simulate the ADME within a living system. It is, therefore, <u>essential to have a good understanding of the pharmacokinetics</u> to ensure a good estimate of the exposure dose.

As most Monsanto glyphosate formulations are "trade secrets" and unpublished, it is not a surprise that the pharmacokinetics (or ADME) of glyphosate are not well understood by the scientific community. However, it appears they are also not well understood by the herbicide manufacturers themselves. As ████████████, the head of Monsanto's Regulatory Affairs Unit, wrote

*"ADME has always been the weak link in our argument…we have not got rid of that problem."*[257]

When assumptions in a key Monsanto-contracted pharmacokinetics study were questioned by the Spanish regulators, ████████████ wrote,

---

[257] MONGLY02221147

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 138**

> *Even though we can absorb additional 'uncertainty factors' in our risk assessment based on our biomonitoring results, I feel uncomfortable with this discussion. This approach by Spain sets a precedent and contradicts the fact that we always claimed to fully understand the glyphosate pharmacokinetics.*[258]

Monsanto used its UK Predictive Operator Exposure Model (POEM) to calculate human exposure which regulatory agencies in Europe then compare to the acceptable operator exposure level (AOEL) during the pesticide registration process. As part of the exposure calculations, Monsanto assumes that only 3 % of the dermal exposure dose is absorbed. **This is based on Monsanto's own studies which have been shown to be flawed**.

Such discrepancies can be seen in another unpublished Monsanto study in which the percentage of dermal absorption was shown to be as high as 10% (TNO rat skin study). Since dermal exposure is the most significant route of exposure, a small change in the percentage of dermal exposure can have a great effect on the overall exposure. Monsanto acknowledges this fact directly in a July 2001 draft:

> *One of the product specific parameters that can make a big difference in the exposure assessment is the dermal uptake factor which is the fraction of the amount of active ingredient on the skin surface that is absorbed by the skin tissue.*[259]

There is evidence of a lack of objectivity which is possibly explained by Monsanto's desire for an herbicide formulation product to pass the regulatory process without obstacles.  In an August 16, 2011, email, ███████████████ wrote,

---

[258] MONGLY02155829

[259] ███████████████. July 2001, Confidential draft.  "Clustering glyphosate formulations with regard to the testing for dermal uptake."

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 139**

> *In Europe, we are getting prepared to submit MON 79991 (720g/kg) for approval under the new Reg 1107/2009. We ran the UKPOEM model using a dermal penetration value of 3% and do not pass when applying 3.6kg/ha for the tractor-mounted sprayer. I am aware of the set of studies that you ran on dermal absorption using pure K-salt and IPA-salt and also MON 52276 and MON 79351 which showed dermal absorption values of 1%. Putting 1% in the model we get a good result, so will need to show that the 1% dermal absorption numbers are equally valid for the MON 79991 formulation.[260]*

As a further example, a Monsanto document reveals their calculation of an estimation of the exposure during use of MON 76473 with a 5 liter home garden sprayer. The declared active ingredient (DAI) is glyphosate at a concentration of 360 mg/ml; neither the salt nor other ingredients are specified.

The dermal dose during mixing, loading and application is calculated to be 238.4 mg/day. The percent dermal absorption used in the calculations is 3% resulting in a dermal exposure of 7.152 mg/day.  Combined with the inhalation exposure of 0.102857 mg/day (100% exposure absorbed), the total absorbed dose is **7.254 mg/day**.  For a 60 kg operator, the result is a total exposure of 0.1209 mg/kg-day.[261]

If the dermal absorption is 10 % rather than 3 %, the resulting dermal exposure becomes 23.84 mg/day.  The total exposure for a 60 kg operator would be

$$\frac{(23.84 + 0.102857) \text{ mg/day}}{60 \text{ kg}} = 0.399 \text{ mg/kg per day}$$

**This exposure is almost twice the AOEL of 0.2 mg/kg/day.**

---

[260] MONGLY04107779

[261] UK POEM Tab 25 MONGLY06293737

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 140**

Another operator exposure risk assessment prepared by Monsanto in June 2003 for MON 78273 under UK use conditions is summarized in Table 25.[262]  This product is a potassium salt of glyphosate; the concentration of glyphosate in the formulation is 540 g/ml.  This is a Tier 2 assessment based on a short-term rabbit teratogenicity study which resulted in an AOEL of 0.2 mg/kg/day.

Again, Monsanto assumed a dermal absorption of 3%. The table also shows the exposure estimates using 5% and 10% dermal absorption.

---

[262] (From Exposure assessment study.pdf) MONGLY06403283 - MONGLY06403322

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 141

**Table 25**

**Estimation of Spray Operator Exposure**

| Handheld Outdoors Rotary Disc Atomizers | Dermal Exposure (Dose, mg/day) | Percentage dermal Absorption (%) | Dermal absorption (mg/day) | Total dose absorbed including 3.24 mg/day inhalation, (mg/day) | Exposure Level for a 60 Kg operator, (mg/kg/day) |
|---|---|---|---|---|---|
| No gloves | 1782 | 3 | 53.460 | 56.700 | 0.945 |
| No gloves | 1782 | 5 | 89.100 | 92.340 | 1.539 |
| No gloves | 1782 | 10 | 178.200 | 181.440 | 3.024 |
| Gloves during mixing/loading | 1766.1 | 3 | 52.983 | 56.223 | 0.937 |
| Gloves during mixing/loading | 1766.1 | 5 | 88.305 | 91.545 | 1.526 |
| Gloves during mixing/loading | 1766.1 | 10 | 176.610 | 179.850 | 2.998 |
| Gloves at all times | 1183.41 | 3 | 35.502 | 38.742 | 0.646 |
| Gloves at all times | 1183.41 | 5 | 59.171 | 62.411 | 1.040 |
| Gloves at all times | 1183.41 | 10 | 118.341 | 121.581 | 2.026 |
| Boots, gloves, coveralls | 357.21 | 3 | 10.716 | 13.956 | 0.233 |
| Boots, gloves, coveralls | 357.21 | 5 | 17.861 | 21.101 | 0.352 |
| Boots, gloves, coveralls | 357.21 | 10 | 35.721 | 38.961 | 0.649 |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 142**

| Hand held Outdoors Hydraulic Nozzles | Dermal Exposure (Dose, mg/day) | Percentage dermal Absorption (%) | Dermal absorption (mg/day) | Total dose absorbed including 3.24 mg/day inhalation, (mg/day) | Exposure Level for a 60 Kg operator, (mg/kg/day) |
|---|---|---|---|---|---|
| No gloves | 2781 | 3 | 83.430 | 86.670 | 1.445 |
| No gloves | 2781 | 5 | 139.050 | 142.290 | 2.372 |
| No gloves | 2781 | 10 | 278.100 | 281.340 | 4.689 |
| Gloves during mixing/loading | 2755 | 3 | 82.650 | 85.890 | 1.432 |
| Gloves during mixing/loading | 2755 | 5 | 137.750 | 140.990 | 2.350 |
| Gloves during mixing/loading | 2755 | 10 | 275.500 | 278.740 | 4.646 |
| Gloves at all times | 1337.85 | 3 | 40.136 | 43.376 | 0.723 |
| Gloves at all times | 1337.85 | 5 | 66.893 | 70.133 | 1.169 |
| Gloves at all times | 1337.85 | 10 | 133.785 | 137.025 | 2.284 |
| Boots, gloves, coveralls | 507.6 | 3 | 15.228 | 18.468 | 0.308 |
| Boots, gloves, coveralls | 507.6 | 5 | 25.380 | 28.620 | 0.477 |
| Boots, gloves, coveralls | 507.6 | 10 | 50.760 | 54.000 | 0.900 |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 143**

## Recent Glyphosate Risk Assessment Results

From March 3 to March 10, 2015, 17 experts from 11 countries convened at the International Agency for Research on Cancer (IARC) in France to review the currently available scientific research and evaluate the carcinogenicity of five organophosphate insecticides and herbicides. One of these herbicides was glyphosate which is found in Roundup herbicide.

This IARC meeting was preceded by a year of review by the IARC secretariat and this Working Group (WG). Their preparation included a comprehensive review of the latest available scientific evidence. As per their published procedures, the WG considered reports that were published or accepted for publication in openly available scientific literature and data from governmental reports that were publicly available. [263]

The IARC review conclusions[264] in March 2015 included the classification of glyphosate as "*probably carcinogenic to humans (Group 2A.*" The IARC summarized that the basis of this decision was from:

- **Convincing evidence that glyphosate causes cancer in laboratory animals** as evidenced by tumors in mice in the U.S. EPA 1991 report as well as several more recent positive results providing the IARC with sufficient evidence of carcinogenicity in experimental animals.

- **Limited evidence of carcinogenicity in humans** for non-Hodgkin lymphoma based on studies of exposure in the U.S., Canada and Sweden published subsequent to 2001.

- A review of studies also demonstrated that **glyphosate caused DNA and chromosomal damage in human cells**; there were negative results in the tests using bacteria. A recent study of residents in a community where glyphosate was sprayed nearby showed increased blood markers of chromosomal damage (micronuclei).

---

[263] IARC, "IARC Monographs Volume 112: Evaluation of five organophosphate insecticides and herbicides," 2015, International Agency for research on cancer, World Health organization Retrieved from: https://www.iarc.fr/en/media-centre/iarcnews/pdf/MonographVolume112.pdf

[264] Id.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 144**

### Consideration of Recent IARC Classification

The IARC's Group 2A classification means that the agent is "**probably** *carcinogenic to humans."* This classification, according to IARC, specifically refers to agents for which the reviewed evidence demonstrates "*limited evidence of carcinogenicity in humans and sufficient evidence of carcinogenicity in experimental animals. Limited evidence means that a positive association has been observed between exposure to the agent and cancer but that other explanations for the observations (called chance, bias or confounding) could not be ruled out. This category is also used when there is limited evidence of carcinogenicity in humans and strong data on how the agent causes cancer.*"[265]

It is difficult to reconcile this with an EFSA report (Nov 12, 2015) which concluded that Roundup® was "*unlikely to pose a carcinogenic hazard to humans.*"  However, the studies included in the EFSA report looked at the effects of glyphosate alone and none of the formulations. They acknowledge that:

> *Although POEtallowamine is not present in the representative formulation, for which data have been submitted under the European re-approval procedure and which were assessed by EFSA, the peer review concluded that the toxicity of formulations and, in particular, their genotoxic potential should be further considered and addressed. It is noted that **a number of human studies were not evaluated since the exposure was linked to glyphosate-based formulations of unknown composition**. Therefore, their assessment would not have changed the overall conclusion.*

It is highly significant that IARC reached its conclusions on the basis of data from assessments of **complete formulations** of Roundup® in conjunction with research on glyphosate alone from the animal studies. Additionally, IARC relied solely on **independent research** in rendering their conclusion. Monsanto-sponsored studies played little or no part in the IARC classification ruling.

---

[265] Id.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 145**

## Cancer Risk Assessment Results: Cancer Slope Factor (CSF) Basis

Cancer risk level is determined as a consequence of applying a standard set of equations as established by U.S. EPA to specific variables as shown in the equations below. This section presents cancer risk level calculations using the cancer slope factor (CSF) for glyphosate exposures to herbicide applicators and the general population as well as dietary exposure cancer risk to the U.S. general population

### *Cancer Risk for Herbicide Applicators and the General Population*

The cancer risks introduced from dietary glyphosate within the general U.S. population as well as to exposed farmers and applicators is calculated based on determined glyphosate exposure doses and the frequency and duration of exposure to the carcinogen (glyphosate).  This is then spread across the lifetime of the individual.  The calculation uses the cancer slope factor and is determined by the following equation:

$$Cancer\ Risk = \frac{Exposure\ dose\ X\ risk\ factor\ (cancer(oral)\ slope\ factor)X\ years\ of\ exposure}{70\ years\ (lifetime)}$$

### *Cancer Risk to the U.S. General Population via Dietary Exposure*

Glyphosate exposures occur through dietary consumption of glyphosate residue on food and in drinking water. As reported in Solomon, (2016),[266] the U.S. EPA Dietary Exposure Evaluation Model (DEEM) estimates the average exposure of the general population to glyphosate as 0.088 mg/kg bw/day from an estimate that ranged from 0.058 – 0.23 mg/kg bw/day.

Consequently, the upper range of the dietary exposure cancer risk level is determined as:

$$Cancer\ Risk = \frac{\left[0.23\frac{mg}{kg}\ per\ day\ X\ 0.00169\ \left(\frac{mg}{kg}\ per\ day\right)^{-1}\ X\ 70\ years\right]}{70\ years\ (lifetime)} = 3.9\ X\ 10^{-4}$$

---

[266] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 146**

Table 26 displays the range of cancer risk levels from typical dietary exposure.

**Table 26**

**Cancer Risk Levels Based on the U.S. EPA DEEM Estimated**
**Dietary and Drinking Water Exposure to Glyphosate**
*(US DEEM exposures from Solomon, 2016)*

| Exposure | Dietary Residue and Drinking Water Dose | Cancer Risk Level |
|---|---|---|
| Low | 0.058 mg/kg bw/day | $9.8 \times 10^{-5}$ |
| Average | 0.088 mg/kg bw/day | $1.5 \times 10^{-4}$ |
| High | 0.23 mg/kg bw/day | $3.9 \times 10^{-4}$ |

Acceptable risk levels have been generally recognized and applied in public health for decades. Levels exceeding the *de minimus* level are generally considered unsafe. In this context, the above levels of cancer risk to the general public are clearly unacceptable as the generally accepted *de minimus* benchmark level for cancer risk is $1 \times 10^{-6}$ (one in one million). [267]

However, slightly higher levels of cancer risk are often used in public health and are based upon prudent regulatory judgement. Factors for consideration include the impacted population size, reasonable availability of technology to reduce risk, beneficial aspects of the ruling, etc. For example, chlorination of public water is extremely beneficial to reduce morbidity and mortality, but chlorination carries a low level risk of cancer due to the formation of trihalomethane contaminants in the water.

Thus, a *de minimus* benchmark increase to $1 \times 10^{-5}$ (one in one hundred thousand) is occasionally applied in such a regulatory context, but the cancer risk levels shown in Table 26 <u>far exceed</u> this "enhanced" risk level as well.

---

[267] Payne-Sturges, DC, "Personal exposure meets risk assessment: A comparison of measured and modeled exposures and risks in an urban community," 2004, Environmental Health Perspectives, Vol. 112(5), pg. 589-598.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 147**

Additionally, a study by Caldwell, et al., discusses the history and use of the *de minimus* benchmark 1x10$^{-6}$ risk level for hazardous air pollutants (HAPs). [268]  The Caldwell study, with two of the three authors affiliated with the U.S. EPA, states that "*much of the needed information and science policy judgments were previously compiled for U.S.EPA's proposed rulemaking under section 112(g) of the CAA and were supplemented by information from several other data sources…known, probable, or possible human carcinogens representing the upper-bound of a one in a million excess probability of contracting cancer over a lifetime of exposure.  This benchmark was based on provisions of CAA sections 112(f) and 112 (c)(9) that allow source categories to be exempted from regulation and residual risk to be negligible when posing less than a one in a million (1x10$^{-6}$ risk level) lifetime risk to the most exposed individual*."

### *Cancer Risk to Glyphosate Applicators*

Also at risk are farmers and commercial applicators of glyphosate who are part of the agricultural industry and use glyphosate for weed management and in seeding and/or harvesting crops.

"The Agricultural Health Study" (AHS) is an ongoing cohort study which includes 89,000 farmers and their spouses from Iowa and North Carolina.  The study is funded by the National Cancer Institute and the National Institute of Environmental Health Sciences and is partnered with the U.S. EPA and NIOSH.[269] In 1993, the AHS initial study[270] had a cohort of 20,235 private farmer and commercial applicators with 70.6 and 47.5 percent respectively reported to have applied herbicides. Their reported frequency of pesticide application is shown in Table 27.

---

[268] Caldwell, JC, "Application of health information to hazardous air pollutants modeled in EPA's cumulative exposure project," 1998, Toxicology and Industrial Health, Vol. 14(3), pg. 429-454.

[269] Alavanja, M., et al., "The Agricultural Health Study," 1996, Environmental Health Perspectives, Vol. 104 (4), pg. 362 – 369.  Retrieved from: https://aghealth.nih.gov/

[270] Id.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 148

**Table 27**

**Demographic Characteristics of "The Agricultural Health Study"[271] Cohort
(Total applicators n = 20,235)**

| Days per year personally mixed or applied pesticide | Percentage of applicators in each category of days per year | Years personally mixed/applied pesticide | Percentage of applicators in each year of application category |
|---|---|---|---|
| <5 | 13.5 | <1 | 3.3 |
| 5 – 9 | 17.2 | 2 – 5 | 12.8 |
| 10 – 19 | 22.7 | 6 – 10 | 14.9 |
| 20 – 39 | 17.7 | 11 – 20 | 27.9 |
| 40 – 59 | 5.8 | 21 – 30 | 17.0 |
| 60 – 150 | 5.5 | >30 | 9.1 |
| >150 | 1.3 | Unknown | 15.0 |
| Unknown | 16.4 | | |
| **Median days** | **23.3** | **Median Years** | **15.4** |

The days of pesticide application as well as the years of use can be used to determine
the lifetime years of exposure as:

$$\left(\frac{23.3 \text{ application days}}{365 \text{ days}}\right) x \ 15.4 \text{ years} \ = \ 0.983 \text{ years}$$

Consequently, the risk of cancer, given the exposure levels to glyphosate amongst
applicators, is calculated using the equation:

Cancer Risk for Applicators = [applicator risk] + [dietary risk]

---

[271] Id.

148

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 149**

### *Derivation of Dermal Toxicity Values*

The oral cancer slope factor of 0.00169 mg/kg/day was determined from dietary doses of glyphosate and requires an adjustment for absorption through the gastrointestinal tract. The oral slope factor can be converted to an absorbed slope factor, which can be applied to the dermal absorbed dose to calculate a cancer risk. The absorbed slope factor can be derived using methods provided in the Risk Assessment for Superfund: Volume 1, Human Health Evaluation Manual, Part A (EPA/540/1-89/002). The absorbed slope factor can be calculated as:

$$\frac{\text{Oral Slope Factor}}{\text{GI Absorption Factor}} = \text{Slope Factor}_{\text{absorbed}}$$

The default Gastro Intestinal (GI) absorption factor, which is being applied in the absence of a determined GI absorption factor for glyphosate in humans is 50%[272] - the default for semi-volatile organic compounds per EPA Region 4's Supplemental Guidance to RAGS:

$$\frac{0.00169}{0.5} = 0.00338 \; i.e., 3.38 \; X \; 10^{-3} \; \text{Slope Factor}_{\text{absorbed}}$$

Region 4 Bulletins Human Health Risk Assessment from November 1995.

For the highest exposure level reported among hand-held outdoor hydraulic nozzle applicators (see Tables 29 and 31), the cancer risk equation is:

---

[272] RAIS, "Toxicity Values" The Risk Assessment Information System. Retrieved from: https://rais.ornl.gov/tutorials/toxvals.html

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 150**

$$\text{Cancer Risk for Applicators} = [\text{applicator risk}] + [\text{dietary risk}]$$

$Cancer\ Risk =$

$$\frac{\left[4.635\frac{mg}{kg}per\ day\ X\ 0.00338\left(\frac{mg}{kg}per\ day\right)^{-1}\ X\ 0.983years\right]+\left[0.23\frac{mg}{kg}per\ day\ X\ 0.00169\left(\frac{mg}{kg}per\ day\right)^{-1}\ X\ 70\ years\right]}{70\ years\ (lifetime)}$$

$$\frac{0.0154+0.0272}{70} = \frac{0.0426}{70} = 6.1\ X\ 10^{-4}$$

The resulting cancer risk level of **6.1 x 10⁻⁴** is based on a mid-point dermal absorption rate of 10%[273] as shown in Tables 28 and 29.

The glyphosate exposure levels for applicators under various conditions were provided from Monsanto-derived exposure models and a realistic adjustment for glyphosate dermal absorption of 3%, 5% or 10% as shown in Tables 30 and 31.

It is important to note that exposure calculations should normally include the amount inhaled during herbicide spraying activity; however, the inhalation dose of 3.24 mg/day was <u>excluded</u> as the Inhalation Unit Risk (IUR) has not been established via inhalation chamber studies. *As a consequence, the risk values shown have been <u>underestimated</u>.*

---

[273] 10% Absorption was demonstrated in an unpublished Monsanto TNO study which is consistent with Wester et al. 1991, which revealed absorption range in primates of 4.4% - 22.6% with a midpoint value of 13.5%.

NO Study: Johan van Burgsteden, "In vitro percutaneous absorption study with [14C]-glyphosphate using viable rat skin membranes," June 14, 2002, Unaudited draft report V4478 (Tab 24).

Wester, R. et al. 1991. "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination". *Fundamental and Applied Toxicology* 16,725-732.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 151**

Tables 28 and 29 list the dose levels associated with each exposure scenario:

**Table 28**
**Estimation of Spray Operator Exposure (Rotary Disc Atomizers)**

| Hand-held Outdoor Rotary Disc Atomizers | Dermal Exposure (Dose, mg/day) | Percentage Dermal Absorption (%) | Dermal Absorption (mg/day) | Exposure Level for a 60 Kg Operator, (mg/kg/day) |
|---|---|---|---|---|
| No gloves | 1782 | 3 | 53.460 | 0.891 |
| No gloves | 1782 | 5 | 89.100 | 1.485 |
| No gloves | 1782 | 10 | 178.200 | 2.97 |
| Gloves during mixing/loading | 1766.1 | 3 | 52.983 | 0.883 |
| Gloves during mixing/loading | 1766.1 | 5 | 88.305 | 1.472 |
| Gloves during mixing/loading | 1766.1 | 10 | 176.610 | 2.944 |
| Gloves at all times | 1183.41 | 3 | 35.502 | 0.592 |
| Gloves at all times | 1183.41 | 5 | 59.171 | 0.986 |
| Gloves at all times | 1183.41 | 10 | 118.341 | 1.972 |
| Boots, gloves, coveralls | 357.21 | 3 | 10.716 | 0.179 |
| Boots, gloves, coveralls | 357.21 | 5 | 17.861 | 0.298 |
| Boots, gloves, coveralls | 357.21 | 10 | 35.721 | 0.595 |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 152**

**Table 29**
**Estimation of Spray Operator Exposure (Hydraulic Nozzles)**

| Hand-held Outdoor Hydraulic Nozzles | Dermal Exposure (Dose, mg/day) | Percent Dermal Absorption (%) | Dermal Absorption (mg/day) | Exposure Level for a 60 Kg Operator, (mg/kg/day) |
|---|---|---|---|---|
| No gloves | 2781 | 3 | 83.430 | 1.391 |
| No gloves | 2781 | 5 | 139.050 | 2.318 |
| No gloves | 2781 | 10 | 278.100 | 4.635 |
| Gloves during mixing/loading | 2755 | 3 | 82.650 | 1.378 |
| Gloves during mixing/loading | 2755 | 5 | 137.750 | 2.296 |
| Gloves during mixing/loading | 2755 | 10 | 275.500 | 4.592 |
| Gloves at all times | 1337.85 | 3 | 40.136 | 0.669 |
| Gloves at all times | 1337.85 | 5 | 66.893 | 1.115 |
| Gloves at all times | 1337.85 | 10 | 133.785 | 2.23 |
| Boots, gloves, coveralls | 507.6 | 3 | 15.228 | 0.254 |
| Boots, gloves, coveralls | 507.6 | 5 | 25.380 | 0.423 |
| Boots, gloves, coveralls | 507.6 | 10 | 50.760 | 0.846 |

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 153

Tables 30 and 31 list the calculated cancer risks associated with each exposure scenario:

**Table 30**
**Cancer Risk Levels for Spray Operator Exposures (Rotary Disc Atomizers)**

| Hand-held Outdoor Rotary Disc Atomizers | Percentage Dermal Absorption (mg/day) | Exposure Level for a 60 kg Operator (mg/kg/day) | Cancer Risk Level | Including a Typical Average Dietary Risk Level of $1.5 \times 10^{-4}$ |
|---|---|---|---|---|
| No gloves | 3 | 0.891 | $4.2 \times 10^{-5}$ | $1.9 \times 10^{-4}$ |
| No gloves | 5 | 1.485 | $7.0 \times 10^{-5}$ | $2.2 \times 10^{-4}$ |
| No gloves | 10 | 2.97 | $1.4 \times 10^{-4}$ | $2.9 \times 10^{-4}$ |
| Gloves during mixing/loading | 3 | 0.883 | $4.2 \times 10^{-5}$ | $1.9 \times 10^{-4}$ |
| Gloves during mixing/loading | 5 | 1.472 | $7.0 \times 10^{-5}$ | $2.2 \times 10^{-4}$ |
| Gloves during mixing/loading | 10 | 2.944 | $1.4 \times 10^{-4}$ | $2.9 \times 10^{-4}$ |
| Gloves at all times | 3 | 0.592 | $2.8 \times 10^{-5}$ | $1.8 \times 10^{-4}$ |
| Gloves at all times | 5 | 0.986 | $4.7 \times 10^{-5}$ | $2.0 \times 10^{-4}$ |
| Gloves at all times | 10 | 1.972 | $9.3 \times 10^{-5}$ | $2.4 \times 10^{-4}$ |
| Boots, gloves, coveralls | 3 | 0.179 | $8.5 \times 10^{-6}$ | $1.6 \times 10^{-4}$ |
| Boots, gloves, coveralls | 5 | 0.298 | $1.4 \times 10^{-5}$ | $1.6 \times 10^{-4}$ |
| Boots, gloves, coveralls | 10 | 0.595 | $2.8 \times 10^{-5}$ | $1.8 \times 10^{-4}$ |

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 154**

**Table 31**
**Cancer Risk Levels for Spray Operator Exposures (Hydraulic Nozzles)**

| Hand-held Outdoor Hydraulic Nozzles | Percentage Dermal Absorption (mg/day) | Exposure Level for a 60 kg Operator, (mg/kg/day) | Cancer Risk Level | Including a Dietary Risk Level of 1.5 x 10$^{-4}$ |
|---|---|---|---|---|
| No gloves | 3 | 1.391 | 6.6 x 10$^{-5}$ | 2.1 x 10$^{-4}$ |
| No gloves | 5 | 2.318 | 1.1 x 10$^{-4}$ | 2.6 x 10$^{-4}$ |
| No gloves | 10 | 4.635 | 2.1 x 10$^{-4}$ | 3.7 x 10$^{-4}$ |
| Gloves during mixing/loading | 3 | 1.378 | 6.5 x 10$^{-5}$ | 2.1 x 10$^{-4}$ |
| Gloves during mixing/loading | 5 | 2.296 | 1.1 x 10$^{-4}$ | 2.6 x 10$^{-4}$ |
| Gloves during mixing/loading | 10 | 4.592 | 2.3 x10$^{-4}$ | 3.7 x 10$^{-4}$ |
| Gloves at all times | 3 | 0.669 | 3.2 x 10$^{-5}$ | 1.8 x 10$^{-4}$ |
| Gloves at all times | 5 | 1.115 | 5.3 x 10$^{-5}$ | 2.0 x 10$^{-4}$ |
| Gloves at all times | 10 | 2.23 | 1.1 x 10$^{-4}$ | 2.5 x 10$^{-4}$ |
| Boots, gloves, coveralls | 3 | 0.254 | 1.2 x 10$^{-5}$ | 1.6 x 10$^{-4}$ |
| Boots, gloves, coveralls | 5 | 0.423 | 2.0 x 10$^{-5}$ | 1.7 x 10$^{-4}$ |
| Boots, gloves, coveralls | 10 | 0.846 | 4.0 x 10$^{-5}$ | 1.9 x 10$^{-4}$ |

# Part E: Dose Calculations Relevant to Dewayne Johnson

Mr. Johnson used Ranger Pro® composed of 41% glyphosate and 8% surfactants which include tallowamine (POEA), polyethylene glycol (PEG), phosphate ester and dipropylene glycol.  Additionally, he used Roundup® composed of 18% glyphosate.

As discussed in detail earlier in this report, Mr. Johnson mixed the Ranger Pro as per the pamphlet using 10 ounces of product to 5 gallons of water.  However, he notes that the formulation could be stronger in certain applications.  He has also testified spraying between 20-40 pesticide applications yearly (for 2-5 hours),[274] but deposition testimony reports a higher application frequency for more than 2 years prior to his T-cell lymphoma diagnosis.

Mr. Johnson also details high level, severe (upper body soaking) acute exposures.  Mr. Johnson testified that he experienced drift exposure "*all the time.*"  There was no way to control the drift even by spraying on calm days or changing out nozzles to increase droplet size.  During spraying, Mr. Johnson used personal protective equipment including gloves, boots, a "*sweatshirt-type hoodie,*" a permeable Tyvek suit, hat and goggles.  (Although Mr. Johnson wore a Tyvek suit, it was apparently the fine cloth type as he explained that drift passed through it leaving him wet).  Mr. Johnson testified that he was spraying sites at five different school locations at different times.

During Mr. Johnson's first high level, acute exposure, he testified that he was soaked with glyphosate when a hose broke off the 50 gallon pump unit and he attempted to access the unit to shut it off.  "*The hose came [dis-attached] from the back of the truck and it was just juice everywhere, flying out the back of the truck.  So that's when I had to hop in because the switches are in the back.  There's no safety switch there ... I reach in the back there and turn it off and that's when I got it on the back of my neck and the back of my head and everywhere and on my face.*"[275]

---

[274] Mr. Johnson testified, "..spraying sites at five different school locations at different times, usually would spray no more than 4-5 hours per day."

[275] At 12:37, he stated.  "Cause it got down to my neck and got down to about the tip of my shoulder.  I was able to rinse a lot of that off.  I don't know if I'm wiping it in or I'm taking it off.  ..But I'm using what I had at the time."

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 156

Mr. Johnson testified that there were noticeable and visible consequences of his initial exposure. He stated, "*When I got ahold of that liquid on my skin that day, it got red, it got irritated.  I finished the day off.  It was seven hours.  Maybe six hours.*" Mr. Johnson testified there were also other accidental high level exposures.

Mr. Johnson's exposure history falls within the parameters of "*The Agricultural Health Study*" Cohort in Table 27 (also see Tables 25, 27, 29 highlighted in yellow) which places him below the median exposures.  Mr. Johnson worked as a mixer/applicator more than 40 days per year for approximatley 2.25 year which results in over 90 exposures days. This represents a very conservative estimate as the acute soaking exposure doses left on the skin for prolonged periods of time were not included and would have resulted in much higher absorbed doses based on the referenced dermal absorption studies. Compared to "*The Agricultural Health Study*" Cohort in Table 27, Mr. Johnson's exposure frequencies were in the upper range of the table; however, his 2.25 years of application service was at the lower end.  The extremes in both directions place him near the midpoint of the table.

Thus, it is my opinion that Mr. Johnson reasonably qualifies as an exposed glyphosate spray operator using a hydraulic nozzle (Table 29) with additional acute soaking exposures.  His dosage can also be approximated from Tables 25 and 29; however, Mr. Johnson's high level acute exposures are not accounted for in these tables.

It should also be noted that, due to the persistent flash-back of aerosol due to building structure interference, Mr. Johnson's inhaled dose may have been higher than that shown in Tables 25 and 29.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 157**

## IARC Classification of Glyphosate Carcinogenicity, Prevalence & Latency

I will be deferring any detailed epidemiological opinions in this matter with respect to IARC's classification of glyphosate as a carcinogen to Christopher J. Portier, Ph.D., Director of the National Center for Environmental Health and Director of the Agency for Toxic Substances and Disease Registry (ATSDR); Beate Ritz, M.D., Ph.D., Professor of Epidemiology at the University of California, Los Angeles (UCLA) Fielding School of Public Health and former chair of the UCLA Epidemiology Department; and Alfred I. Neugut, M.D., Ph.D., Professor of Cancer Research and Professor of Medicine and Epidemiology at Columbia University.

However, I have reviewed and relied on various epidemiological literature as cited and the general character of IARC's recent classification of glyphosate as a *"probable human carcinogen,"* as IARC's assessment of relevant studies of exposed glyphosate applicators provided evidence with respect to the latency period for non-Hodgkin's lymphoma (NHL). The toxicological community generally regards NHL as an uncommon malignancy in those in the 40 to 44 year old category. The National Cancer Institute Surveillance, Epidemiology and End Results (SEER) reveals an incidence rate of 13.0 per 100,000 person-years among 40 to 44 year old male African Americans.

Mr. Johnson was diagnosed with a rare type of lymphoma, CD4 folliculotropic and syringotropic mycosis fungoides with granulomatous features. Mycosis fungoides is a cutaneous T-cell lymphoma. (See Figure 2 below.) Based on studies by Wilson, et al.,[276] in the U.S. between the years 2004–2008, 1,713 patients were diagnosed with mycosis fungoides. Thus, using the official U.S. SEER registry statistics, the documented incidence rate for mycosis fungoides is only 5.6 per million persons.[277]

With respect to male/female or racial incident rate differences, mycosis fungoides reveals a trend for females to be less likely to present with a higher T-stage (T3–T4) than males with an odd ratio (OR) of 0.73 on multivariate analysis or about 27% less likely (not statistically significant at p=0.06). With respect to race, African Americans revealed significantly increased risk of presenting with a higher T-stage (T3–T4) of mycosis

---

[276] Wilson, et al., "Age, race, gender, stage and the incidence of cutaneous lymphoma", Clinical Lymphoma Myeloma Leukemia. 2012, 12(5), pg. 291–296. doi:10.1016/j.clml.2012.06.010. NI

[277] Id.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 158**

fungoides with an OR of 1.72 (p=0.02), compared to Caucasians.[278]   Further studies by Bradford, et al.,(2009)[279] reveal that Incident rates for mycoses fungoides were <u>higher among African Americans than whites</u> at 5.9 per million compared to 4.1 per million. However, for cutaneous peripheral T-cell lymphoma rates were <u>higher among non-Hispanic whites</u> compared to African Americans.

### Figure 2:  Mycosis fungoides image

(Source:  https://www.skinsite.com/info_mycosis_fungoides.htm)



With respect to potentially causative toxicological factors, it should be recognized that mycosis fungoides is <u>not</u> a common malignancy.  Due to its rarity and the fact that the International Classification of Disease registry lists more than 60 different varieties of lymphoma in its ICD-10-CM Diagnosis Codes, it is not possible to determine a precise latency period specific only to mycosis fungoides.

---

[278] Id.

[279] Bradford, et al., "Cutaneous lymphoma incidence patterns in the United States: a population-based study of 3884 cases", 2009, Blood. 2009 May 21; 113(21): 5064–5073.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 159**

However, upon review of the key studies relied upon by IARC during its glyphosate carcinogenicity review, general latency year ranges with respect to glyphosate exposure are available.  The IARC review methods appear to have followed objective, generally accepted assessment protocols. The IARC meetings were open, transparent and subject to comment. More than 1,000 studies were identified and screened before publishing any findings or conclusions. All participants had full access to relevant data. Fully-referenced "monographs" of findings were periodically published for download and review.[280]

With respect to real world glyphosate exposures, IARC noted similar NHL increases in different geographic regions at different times. The NHL prevalence increases corresponded to increased glyphosate usage in the same regions during the time periods noted. In the United States from 1975 to 2000, the annual age-adjusted NHL incidence rate increased more than 75% from 11.1 to 19.8 per 100,000 person-years. That is a highly significant increase as compared to other cancers. The NHL incidence rate has leveled recently (to 19.6 per 100,000 person-years) from 2003-2007, but incidence increases have also occurred in other developed countries. For example, NHL incidence rates increased across Europe from the 1960s. The cause is largely undetermined.[281]

In its glyphosate summary monograph, IARC further noted the study by Eriksson, et al., (2008) which reported the results of case-control exposures as a risk factor for NHL. The odds ratio for exposure to glyphosate was 2.02 (95% CI, 1.10-3.71) in a univariate analysis and 1.51 (95% CI, 0.77-2.94) in a multivariable analysis. When exposure for more than 10 days per year was considered, the odds ratio was 2.36 (95% CI, 1.04-5.37). With a latency period of >10 years, the odds ratio was 2.26 (95% CI, 1.16-4.40). As error rates were properly accounted for, these are statistically significant findings.

---

[280] Glyphosate Monograph, IARC Monographs: Volume 112, Glyphosate Evaluation.

[281] Wheeler, et. al., "Spatial-temporal analysis of non-Hodgkin lymphoma in the NCI-SEER NHL case-control study," 2011, Environmental Health, 10:63, https://doi.org/10.1186/1476-069X-10-63

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 160**

### *NHL Latency Estimates*

There is no single peer-reviewed, generally-recognized latency range "threshold" for the more than 60 subtypes of lymphoma (Morton et al., 2014).[282] Various sources cite latency intervals ranging as high as 25 years or more. Most estimates are based upon absence of information as opposed to hard evidence. For this reason, only studies which adequately account for error rates via a 95% confidence interval (which accounts for most confounding variables) can be considered in any comparative compilation.

From the compilation of peer-reviewed latency estimates in Table 32, a surmised latency interval of *0.4 to 10 years* falls within the general estimates of the studies cited therein. Although no single study is conclusive and future studies will undoubtedly clarify this issue, the *weight of evidence* suggests that this range offers an acceptable degree of scientific credibility for purposes of an objective toxicological assessment.

---

[282] Morton, et. al., "Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the Inter-Lymph Non-Hodgkin Lymphoma Subtypes Project," August 2014, J Natl Cancer Inst Monogr. (48), pg. 130-44.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 161**

### Table 32: Compilation of Peer-Reviewed NHL Latency Estimates

| Study/Source | Summary of Findings | Latency |
|---|---|---|
| USEPA Glyphosate Issue Paper: September, 2016[283] | "Some have argued that the follow-up period (median=7 years) in De Roos, et al. (2005) is not sufficiently long to account for the latency of NHL (Portier, et al., 2016); however, the latency period for NHL following environmental exposures is relatively unknown and **estimates have ranged from 1-25 years** (Fontana et al., 1998; Kato et al., 2005; Weisenburger, 1992)." | 1 to 25 yrs |
| USEPA Glyphosate Issue Paper: September, 2016[283] | "Eriksson, et al., (2008) evaluated the impact of time since first exposure. This study found an increased effect estimate for subjects with **more than 10 years of glyphosate exposure prior to diagnosis** of NHL. This finding suggests a potential for a longer latency for NHL than the follow-up period in De Roos, et al. (2005)." | 10 yrs |
| USEPA Glyphosate Issue Paper: September, 2016[283] | "Two case-control studies evaluating the risk of NHL (Eriksson, et al., 2008 and McDuffie, et al., 2001) observed increased effect estimates in the highest exposure categories analyzed. Eriksson, et al. (2008) found a greater effect estimate for subjects with >10 days (based on the median days of exposure among controls) and >10 years of exposure (for latency analysis) when compared to subjects with =10 days and 1-10 years of exposure, respectively; … however, given the latency analysis of NHL was limited to Eriksson, et al. (2008) and lack of NHL latency understanding in general, **further studies are needed to determine the true latency of NHL**. McDuffie, et al. (2001), stratifying based on the average number of days per year of exposure, observed similar effect estimates in the lower exposure category (>0 and =2 days/year) while a greater effect estimate was observed in the highest exposure category (>2 days/year)." | 10 yrs |
| 9-11 Monitoring and Treatment, World Trade Center Health Program[284] | "**A minimum latency period of 2 years** has been reported for non-Hodgkin lymphoma (Bennett, et al. 1991) following treatment of Hodgkin disease with chemotherapy and radiotherapy which is similar to the latency for secondary acute leukemia (Nadler and Zurbenko 2013; Tucker et al. 1988)." | 0.4 to 2 yrs *(minimum)* |

---

[283] USEPA, "Glyphosate Issue Paper: Evaluation of Carcinogenic Potential," USEPA's Office of Pesticide Programs, September 12, 2016, https://www.epa.gov/sites/production/files/2016-09/documents/glyphosate_issue_paper_evaluation_of_carcincogenic_potential.pdf

[284] "Minimum Latency & Types or Categories of Cancer," World Trade Center Health Program, Revised: January 6, 2015, https://www.cdc.gov/wtc/pdfs/WTCHP-Minimum-Cancer-Latency-PP-01062015.pdf

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 162

# Summary of Objective Toxicological Factors

The following represent primary considerations in formulating an objective toxicological assessment of Mr. Johnson with respect to his glyphosate exposure as reported.

- **Chronic Glyphosate Exposure:** It is clear from deposition testimony that Mr. Johnson's exposure was ongoing and consistent. "*I have sprayed gallons, thousands of gallons of this.*"[285] His reported regular penetration of glyphosate formulation through his Tyvek suit as a consequence of constant drift exposures of the liquid as well as his acute heavy soaking liquid exposures is consistent with certain Tyvek suits with known characteristic of microparticulate protection (> 1 micron). [286] However, the most common, least expensive and disposable suits such as the Tyvek 400 has limited water and vapor protection as the manufacturer refers to this as "breathability."[287] It is, therefore, accurate that glyphosate passing through the Tyvek suit mixes with natural sweat on the skin and is available for dermal absorption. Hence, Mr. Johnson's testimony of the pesticide penetrating his suit is valid.

---

[285] Workman's Compensation Deposition of Mr. Johnson dated October 28, 2015, pg. 98.

[286] "DuPont Tyvek TY122S WH suit offers hooded and feet protection. This suit keeps you safe in a variety of applications. Tyvek® 400 garments are composed of flash spun high density polyethylene which creates a unique, nonwoven material available only from DuPont. Tyvek® 400 provides an ideal balance of protection, durability and comfort of any limited use fabric technology. Tyvek® 400 fabric offers an inherent barrier against particles (down to 1.0 micron in size). Protection is built into the fabric itself; there are no films or laminates to abrade or wear away. Tyvek® 400 fabric's durability advantage over microporous film fabrics delivers consistently better barrier, even after wear and abrasion. Applications include: lead and asbestos abatement/remediation, general maintenance/operations, spray painting, general clean-up. Comfort fit design based on extensive wearer input to provide our most comfortable garment design that: enables a greater range of movement while stretching and bending, provides a more tailored fit, offers reinforcement in high stress areas for fewer blowouts, utilizes a longer zipper for easier donning and doffing and an elastic waist to better position the garment. Attached respirator-fit hood with elastic around face opening, designed to cover neck and chin and fit around respirator face mask Longer zipper extends to chin for complete coverage of neck area Elastic opening for tighter fit at wrist Attached Tyvek® FC boots have special coating to provide added skid-resistance."  https://www.envirosafetyproducts.com/dupont-tyvek-coveralls-with-attached-hood-boots-and-elastic-wrists-serged-seams-white-1-ea.html

[287] Tyvek, "Understanding Vapor Permeability," DuPont Corporation, http://www.dupont.com/products-and-services/construction-materials/building-envelope-systems/articles/understanding-vapor-permeability.html

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 163

- **Excessive Dose:** Mr. Johnson explained to Dr. Fishman that he sprayed 3-4 times per week at a rate of 20-50 gallons and <u>sometimes as much as 100 gallons</u>.  Dr. Fishman states that he *"does not understand"* how Mr. Johnson was exposed to Ranger Pro in 2012 given the PPE he was wearing and deferred his opinion to an environmental hygienist. It seems the physician was either unaware of Tyvek's micro-particulate/vapor permeability or chose not to mention it in his *"no-opinion"* finding.

- **Erroneous Assessment by Attending Physician:** With respect to Mr. Johnson's mycosis fungoides diagnosis, Dr. Fishman noted in his report that males are twice as likely as females to develop mycosis fungoides and that African Americans are twice as likely to develop it.  Dr. Fishman's finding of a factor-of-four increase in risk is not supported by peer-reviewed studies based on official U.S. SEER registry statistics. Dr. Fishman stated that these were *"…the only factors impacting an onset of mycosis fungoides."*  Excluding glyphosate exposure as a potential causative factor is not scientifically credible in view of the totality of objective evidence.

- **Disinformation:** Mr. Johnson stated several times in testimony that he had not been exposed to Ranger Pro or Roundup or other glyphosate products until he began working at Benicia in June 2012**.**  It is also clear from Mr. Johnson's testimony that he <u>took only limited precautions</u> at work as he had been specifically trained to believe that glyphosate was harmless. *"We had been trained that the glyphosate was okay enough for us to drink."*[288] His actions at the times of his various exposures are thus explicable in view of the information given to him.

- **Non-Credible Manufacturer Contentions:** It has been demonstrated in this report that Monsanto employees have attempted (knowingly or unknowingly) to minimize glyphosate's true absorption characteristics.

---

[288] Deposition of Dewayne Johnson dated December 8, 2017, 09:47:22

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 164

- **Dermal Absorption Rates Higher than Calculated by Monsanto:**  As previously discussed in great detail, the correct dermal absorption rate for glyphosate ranges between 4.4% and 22.6% (as opposed to the 1% and 3% values published by Monsanto).  Thus, exposures of applicators performing mixing and application work using hydraulic spray systems similar to that of Mr. Johnson often exceeded the accepted operator exposure level (AOEL) of 0.2 mg/kg/day (Tables 25, 29).

- **Excessive Dermal Exposure Doses:** The dermal absorption rate for glyphosate of 4.4% to 22.6% is for glyphosate <u>only</u>, without co-formulants.  It is known that co-formulants in glyphosate-based formulations (GBF's) individually (or in combination with one other) increase dermal absorption. Based on this and upon Monsanto's own in-house expert's opinions, it is apparent that co-formulants further increase dermal absorption. However, beyond the underestimation of dermal absorption by Monsanto, there are additives within Roundup® formulations that further increase dermal absorption of glyphosate. There are numerous factors governing the rate and degree of glyphosate dermal absorption, both intrinsically and potentially. These include (a) "co-formulants" (ingredients other than the active ingredient such as detergents or anti-foam agents), (b) surfactants (compounds which lower surface tension), (c) humectants (to inhibit moisture loss) and (d) adjuvants (chemicals which modify the effect of other agents).

The fact that Mr. Johnson was exposed to these co-formulants under these conditions (in part due to the semi-permeable Tyvek suit he wore) <u>enhanced his absorption rate</u>. Reports of the primary exposure events are consistent with this observation inasmuch as (a) Mr. Johnson reported that the interior of his suit was wet and (b) the Tyvek failed to completely shield Mr. Johnson's body from the herbicide. Indeed, the Tyvek served to keep the liquid (including condensed vapor) "sandwiched" against Mr. Johnson's skin and, to some degree, prevented the liquid from evaporating normally.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 165

- **"Agricultural Health Study" (AHS) Doses Underestimated by a Factor of 4.5**: The calculated doses used in Tables 27 and 29 were referenced from the "The Agricultural Health Study" (AHS)[289] which is an ongoing cohort study which includes 89,000 farmers and their spouses from Iowa and North Carolina.  Urine was collected and analyzed to determine glyphosate dose based on Monsanto's incorrect methodology stating that glyphosate is almost completely eliminated in the urine without consideration of fecal elimination.  However, prior referenced studies reveal that when a dose is absorbed slowly via <u>dermal absorption</u> verses intravenous injection (IV), it is excreted *predominantly in the feces, not urine*.  The methodology used to evaluate the applicators in the AHS cohort only measured urinary excretion and not feces.

  Thus, the AHS data is misleading and is erroneously low.  Based on Monsanto's primate study,[290] the observed applicator exposure doses reported (as shown in Table 27 and 29) <u>are off by a factor of 4.5x</u> (not including correction for dermal absorption rates) as previously documented on pages 59-60 and Table 4 detailed within the current report.  Thus, the doses in Tables 27 and 29 are actually 4.5 times higher than shown and the cancer risk levels in Table 31 are actually 4.5 times higher than shown.

- **Latency of Non-Hodgkin's Lymphoma:** The compilation of peer-reviewed latency estimates presented herein offers a surmised latency interval of *0.4 to 10 years*. This range falls within the estimates in the cited studies (see Table 32). Based upon the study findings, the *weight of available evidence* indicates that a latency interval of 0.4 to 10 years is scientifically reliable. Thus, Mr. Johnson's emergence of NHL falls within reasonable latency parameters.

---

[289] Alavanja, M., et al., "The Agricultural Health Study," 1996, Environmental Health Perspectives, Vol. 104 (4), pg. 362 – 369. Retrieved from: https://aghealth.nih.gov/

[290] Wester, R. et al., "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination," 1991, Fundamental and Applied Toxicology 16, pp. 725-732.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 166**

# Toxicological Conclusions

Toxicologists cannot assume a position of advocacy. A scientifically credible expert opinion is based solely on objective, reliable evidence. Additionally, analysis must be performed without deviation from the prescribed methodology. Weight of evidence must take all possible factors into account before reaching any conclusions. A strong attempt has been made to apply those principles throughout this assessment.

Based on the totality of evidence available at this time, it is my opinion to reasonable toxicological certainty that the recent IARC classification of glyphosate as a Level 2A carcinogen is appropriate. Additionally, it is my opinion to reasonable toxicological certainty that some formulations of glyphosate have greater potential for carcinogenic health risks then calculated above based on enhanced absorption by adjuvants used in the products. Glyphosate has been demonstrated to induce (but may not be limited to) lymphopoietic malignancies as supported by multiple, independent chronic dietary animal studies as well as the body of human epidemiological literature as assessed by IARC.

Mr. Dewayne Johnson was diagnosed with mycosis fungoides, an infrequently encountered, rare T-cell lymphoma, approximately 2.25 years following his frequent mixing and application of glyphosate/co-formulants for the Benicia Unified School District. His absorbed dose of glyphosate was within the range of that encountered within the generally accepted toxicological and epidemiological literature among hydraulic applicators. Mr. Johnson's medical history, family history, genetic predisposition, prior occupational chemical exposures or lifestyle risk factors do not reveal any known risk factors for lymphoma. Based on the documented and inherent properties of glyphosate to produce lymphoma in animal studies as well as the results of statistically significant human epidemiological studies, I am certain to reasonable toxicological certainty that Mr. Johnson's glyphosate exposures induced or significantly contributed to the onset of his T-cell lymphoma (mycosis fungoides).

William R. Sawyer, Ph.D., D-ABFM

Chief Toxicologist

# Appendix A: Using EPA Software to Calculate Cancer Slopes

The following pages show computer-generated output from the U.S. EPA's "*Benchmark Dose Software*" (BMDS version 2.6.0.1). This is the standard computer software package provided by U.S. EPA for automated cancer slope factor calculation and statistical plotting under a variety of experimental modelling conditions.

The software-calculated cancer slope factors (CSF) for glyphosate use a very standard set of modelling parameters. CSF was derived via a linear extrapolation from the POD (point of departure), which is the 95% lower confidence limit of the dose indicated by the model as the benchmark dose (BMD). Study-reported values were applied as inputs to fulfill the required dose response data parameters. The dichotomous models in the Benchmark Dose Software were fit to the lymphoma incidence data in mice. The mice doses were used for BMD modeling. The "BMDHED" and "BMDLHED" values were calculated using "BW3/4 scaling" by applying the initial mid-point mice weights. This was done because neither final mice weights nor individual mice weights were provided in the available study data. A human body weight of 70 kg was used throughout.

The following cancer slopes were calculated based on the indicated studies:

| No. | Contents | Page |
|---|---|---|
| 1 | Malignant Lymphoma in Male CD-1 Mice Exposed to Glyphosate in Diet for 80 Weeks (Wood et al., 2009b) | A-2 |
| 2 | Lymphomas in Male CD-1 Mice Exposed to Glyphosate in Diet for Two Years (Sugimoto, 1997) | A-5 |
| 3 | Hemangioma in male CD-1 Mice Exposed to Glyphosate in Diet for Two Years (Sugimoto, 1997) | A-8 |
| 4 | Mammary Gland Tumors in Female Wister Rats Exposed to Glyphosate in Diet for 2 Years (Wood et al, 2009a) | A-11 |
| 5 | Liver Adenomas in Male Wister Rats Exposed to Glyphosate in Diet for 2 Years (Brammer, 2001) | A-14 |
| 6 | Pancreatic Islet Cells Adenoma in Male Sprague Dawley Rats Exposed to Glyphosate in Diet for 2 Years (Stout and Ruecker, 1990) | A-17 |
| 7 | Testicular Interstitial Tumors in Male Sprague-Dawley Rats Exposed to Glyphosate in Diet for 784-785 Days (Lankas 1981) | A-20 |

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-2**

### Figure A-1
### Malignant Lymphoma in Male CD-1 Mice Exposed to Glyphosate
### in Diet for 80 Weeks (Wood et al., 2009b)



Figure A-1: Malignant lymphoma in male CD-1 mice exposed to glyphosate in diet for 80 weeks. Wood et al.. 2009b

```
==============================================================
        Multistage Model. (Version: 3.4  Date: 05/02/2014)
  Input Data File: C:/TCAS/BMDS2601/Data/glyphosate wood 2009/7-Wood
  et al__ 2009b glyphosate-Malignant Lymphoma-MultiCanc2-10Pct-4d.(d)
  Gnuplot Plotting File:  C:/TCAS/BMDS2601/Data/glyphosate wood 2009/7-
  Wood et al__ 2009b glyphosate-Malignant Lymphoma-MultiCanc2-10Pct-4d.plt
                 Tue Jul 04 14:47:13 2017
==============================================================
```

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-3**

```
BMDS_Model_Run
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

   The form of the probability function is:

   P[response] = background + (1-background)*[1-EXP(-beta1*dose^1-beta2*dose^2)]

   The parameter betas are restricted to be positive

   Dependent variable = Incidence
   Independent variable = Dose

 Total number of observations = 4
 Total number of records with missing values = 0
 Total number of parameters in model = 3
 Total number of specified parameters = 0
 Degree of polynomial = 2

 Maximum number of iterations = 500
 Relative Function Convergence has been set to: 1e-008
 Parameter Convergence has been set to: 1e-008

                  Default Initial Parameter Values
                      Background =   0.00703816
                         Beta(1) =  0.000120778
                         Beta(2) =            0

           Asymptotic Correlation Matrix of Parameter Estimates

           ( *** The model parameter(s)  -Background   -Beta(2)
                 have been estimated at a boundary point, or have been specified by
   the user, and do not appear in the correlation matrix )

                 Beta(1)

   Beta(1)            1

                            Parameter Estimates

                                           95.0% Wald Confidence
   Interval
       Variable      Estimate      Std. Err.  Lower Conf. Limit  Upper Conf. Limit
       Background            0           NA
          Beta(1)   0.00014663   5.18611e-005      4.49837e-005       0.000248276
          Beta(2)            0           NA

NA - Indicates that this parameter has hit a bound
     implied by some inequality constraint and thus
     has no standard error.
```

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-4**

```
                    Analysis of Deviance Table

         Model        Log(likelihood)   # Param's   Deviance   Test d.f.   P-value
      Full model         -29.718            4
     Fitted model        -29.958            1       0.480071       3         0.9232
    Reduced model        -33.7505           1       8.06497        3         0.04469

            AIC:          61.916


                              Goodness  of  Fit

                                                                  Scaled
      Dose        Est._Prob.     Expected     Observed     Size   Residual
     ------------------------------------------------------------------------
      0.0000        0.0000         0.000        0.000      51.000    0.000
     71.4000        0.0104         0.531        1.000      51.000    0.647
    234.2000        0.0338         1.722        2.000      51.000    0.216
    810.0000        0.1120         5.711        5.000      51.000   -0.316

    Chi^2 = 0.56      d.f. = 3       P-value = 0.9045


       Benchmark Dose Computation

    Specified effect =           0.1

    Risk Type        =      Extra risk

    Confidence level =          0.95

               BMD  =        718.548

               BMDL =        422.73

               BMDU =       2009.66

    Taken together, (422.73 , 2009.66) is a 90     % two-sided confidence
    interval for the BMD
```

**<span style="color:red">Cancer Slope Factor =    0.000236558</span>**

A-4

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-5**

**Figure A-2**
**Lymphomas in Male CD-1 Mice Exposed to Glyphosate**
**in Diet for Two Years (Sugimoto, 1997)**



Figure A-2: Lymphomas in male CD-1 mice exposed to glyphosate in diet for two years, Sugimoto, 1997

```
     ================================================================
           Multistage Model. (Version: 3.4  Date: 05/02/2014)
        Input Data File: C:/TCAS/BMDS2601/Wizard/Glyphosate/7-Sugimoto_
                1997-Lymphoma-MultiCanc1-10Pct-4d.(d)
     Gnuplot Plotting File:  C:/TCAS/BMDS2601/Wizard/Glyphosate/7-Sugimoto_
                1997-Lymphoma-MultiCanc1-10Pct-4d.plt
                     Tue Jul 04 17:20:56 2017
     ================================================================
```

A-5

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-6**

```
BMDS_Model_Run
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

   The form of the probability function is:

   P[response] = background + (1-background)*[1-EXP(
                 -beta1*dose^1)]

   The parameter betas are restricted to be positive

   Dependent variable = Incidence
   Independent variable = Dose

 Total number of observations = 4
 Total number of records with missing values = 0
 Total number of parameters in model = 2
 Total number of specified parameters = 0
 Degree of polynomial = 1

 Maximum number of iterations = 500
 Relative Function Convergence has been set to: 1e-008
 Parameter Convergence has been set to: 1e-008

                 Default Initial Parameter Values
                     Background =            0
                        Beta(1) = 4.41484e-005

          Asymptotic Correlation Matrix of Parameter Estimates

          ( *** The model parameter(s)  -Background
                have been estimated at a boundary point, or have been specified by
    the user, and do not appear in the correlation matrix )

                 Beta(1)

   Beta(1)           1

                          Parameter Estimates

                                           95.0% Wald Confidence
    Interval
        Variable      Estimate      Std. Err.  Lower Conf. Limit  Upper Conf. Limit
      Background         0            NA
         Beta(1) 4.20439e-005 1.71844e-005       8.36305e-006       7.57247e-005

 NA - Indicates that this parameter has hit a bound
      implied by some inequality constraint and thus
      has no standard error.
```

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-7**

```
                    Analysis of Deviance Table

           Model        Log(likelihood)   # Param's   Deviance   Test d.f.   P-value
         Full model        -17.6082          4
        Fitted model       -17.8493          1        0.482235       3         0.9228
        Reduced model      -23.6131          1        12.0098        3         0.00735

             AIC:           37.6986


                            Goodness  of  Fit

                                                               Scaled
      Dose      Est._Prob.     Expected     Observed     Size    Residual
     ------------------------------------------------------------------------
       0.0000     0.0000        0.000        0.000      26.000     0.000
     165.0000     0.0069        0.235        0.000      34.000    -0.487
     838.1000     0.0346        0.935        1.000      27.000     0.069
    4348.0000     0.1671        4.845        5.000      29.000     0.077

  Chi^2 = 0.25      d.f. = 3        P-value = 0.9696


      Benchmark Dose Computation

  Specified effect =            0.1

  Risk Type       =      Extra risk

  Confidence level =            0.95

             BMD =         2505.97

             BMDL =        1368.42

             BMDU =        5346.74

  Taken together, (1368.42, 5346.74) is a 90     % two-sided confidence
  interval for the BMD
```

**<span style="color:red">Cancer Slope Factor =  7.30769e-005</span>**

A-7

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-8**



**Figure A-3**
**Hemangioma in Male CD-1 Mice Exposed to Glyphosate**
**in Diet for Two Years (Sugimoto, 1997)**

16:56 07/04 2017

Figure A-3: Hemangioma in male CD-1 mice exposed to glyphosate in diet for two years,
Sugimoto, 1997

```
================================================================
        Multistage Model. (Version: 3.4  Date: 05/02/2014)
        Input Data File: C:/TCAS/BMDS2601/Wizard/Glyphosate/
        7-Sugimoto_ 1997-Hemangioma-MultiCanc1-10Pct-4d.(d)
     Gnuplot Plotting File:  C:/TCAS/BMDS2601/Wizard/Glyphosate/
        7-Sugimoto_ 1997-Hemangioma-MultiCanc1-10Pct-4d.plt
                    Tue Jul 04 16:56:21 2017
================================================================
```

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-9**

```
BMDS_Model_Run
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

   The form of the probability function is:

   P[response] = background + (1-background)*[1-EXP(
                 -beta1*dose^1)]

   The parameter betas are restricted to be positive

   Dependent variable = Incidence
   Independent variable = Dose

 Total number of observations = 4
 Total number of records with missing values = 0
 Total number of parameters in model = 2
 Total number of specified parameters = 0
 Degree of polynomial = 1

 Maximum number of iterations = 500
 Relative Function Convergence has been set to: 1e-008
 Parameter Convergence has been set to: 1e-008

                 Default Initial Parameter Values
                     Background =    0.0092153
                       Beta(1) = 5.33016e-005

          Asymptotic Correlation Matrix of Parameter Estimates

          ( *** The model parameter(s)  -Background
                have been estimated at a boundary point, or have been specified by
   the user, and do not appear in the correlation matrix )

                 Beta(1)

   Beta(1)           1

                            Parameter Estimates

                                           95.0% Wald Confidence
   Interval
       Variable       Estimate       Std. Err.   Lower Conf. Limit  Upper Conf. Limit
     Background            0              NA
        Beta(1)  6.09293e-005   1.6315e-005      2.89526e-005       9.2906e-005

NA - Indicates that this parameter has hit a bound
     implied by some inequality constraint and thus
     has no standard error.
```

A-9

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-10**

```
                    Analysis of Deviance Table

        Model       Log(likelihood)  # Param's  Deviance  Test d.f.   P-value
      Full model       -38.9586          4
     Fitted model      -40.0094          1       2.10168      3        0.5516
     Reduced model     -50.7278          1      23.5384       3        <.0001

            AIC:         82.0189


                          Goodness  of  Fit

                                                          Scaled
       Dose     Est._Prob.   Expected    Observed    Size  Residual
     ------------------------------------------------------------------
       0.0000     0.0000       0.000       0.000    50.000    0.000
     153.2000     0.0093       0.465       0.000    50.000   -0.685
     786.8000     0.0468       2.340       4.000    50.000    1.111
    4116.0000     0.2218      11.091      10.000    50.000   -0.371

    Chi^2 = 1.84     d.f. = 3       P-value = 0.6060


       Benchmark Dose Computation

    Specified effect =          0.1

    Risk Type        =      Extra risk

    Confidence level =         0.95

             BMD  =      1729.23

             BMDL =      1146.93

             BMDU =       2782.4

    Taken together, (1146.93, 2782.4 ) is a 90    % two-sided confidence
    interval for the BMD
```

**<span style="color:red">Cancer Slope Factor =  8.71892e-005</span>**

A-10

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-11**

### Figure A-4
### Mammary Gland Tumors in Female Wister Rats Exposed to Glyphosate
### in Diet for 2 Years (Wood et al, 2009a)



Figure A-4: Mammary gland tumors in female Wister rats exposed to glyphosate in diet for 2 years, Wood et al. 2009a

```
=================================================================
        Multistage Model. (Version: 3.4  Date: 05/02/2014)
        Input Data File: C:/TCAS/BMDS2601/Wizard/Glyphosate/
7-Wood et al__ 2009a-Mammary Gland Tumors-MultiCanc1-10Pct-4d.(d)
        Gnuplot Plotting File:  C:/TCAS/BMDS2601/Wizard/Glyphosate/
7-Wood et al__ 2009a-Mammary Gland Tumors-MultiCanc1-10Pct-4d.plt
                    Tue Jul 04 16:47:02 2017
=================================================================
```

A-11

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-12**

```
BMDS_Model_Run
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

   The form of the probability function is:

   P[response] = background + (1-background)*[1-EXP(
                 -beta1*dose^1)]

   The parameter betas are restricted to be positive

   Dependent variable = Incidence
   Independent variable = Dose

 Total number of observations = 4
 Total number of records with missing values = 0
 Total number of parameters in model = 2
 Total number of specified parameters = 0
 Degree of polynomial = 1

 Maximum number of iterations = 500
 Relative Function Convergence has been set to: 1e-008
 Parameter Convergence has been set to: 1e-008

                 Default Initial Parameter Values
                    Background =    0.0280282
                       Beta(1) =  0.000108031

           Asymptotic Correlation Matrix of Parameter Estimates

              Background       Beta(1)

 Background           1          -0.45

    Beta(1)       -0.45              1

                            Parameter Estimates

                                             95.0% Wald Confidence
   Interval
      Variable      Estimate     Std. Err.   Lower Conf. Limit   Upper Conf. Limit
      Background    0.0340885     0.0173758   3.25953e-005          0.0681444
         Beta(1)   9.14996e-005  4.5833e-005  1.66846e-006         0.000181331
```

A-12

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-13**

```
                    Analysis of Deviance Table

          Model      Log(likelihood)  # Param's  Deviance  Test d.f.   P-value
        Full model      -46.9252          4
       Fitted model     -48.2259          2       2.60148      2        0.2723
       Reduced model    -51.0151          1       8.17987      3        0.04244

            AIC:         100.452


                              Goodness  of  Fit

                                                          Scaled
        Dose      Est._Prob.    Expected    Observed     Size       Residual
      ------------------------------------------------------------------------
        0.0000      0.0341       1.739        2.000     51.000        0.202
       95.0000      0.0424       2.165        3.000     51.000        0.580
      316.9000      0.0617       3.146        1.000     51.000       -1.249
     1229.7000      0.1369       6.981        8.000     51.000        0.415

     Chi^2 = 2.11      d.f. = 2        P-value = 0.3482


        Benchmark Dose Computation

     Specified effect =         0.1

     Risk Type       =      Extra risk

     Confidence level =         0.95

               BMD =        1151.49

               BMDL =        590.749

               BMDU =        4185.77

     Taken together, (590.749, 4185.77) is a 90     % two-sided confidence
     interval for the BMD
```

**Cancer Slope Factor =    0.000169277**

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-14**

### Figure A-5
### Liver Adenomas in Male Wister Rats Exposed to Glyphosate
### in Diet for 2 Years (Brammer, 2001)



Figure A-5: Liver adenomas in male Wister rats exposed to glyphosate in diet for 2 years.
Brammer, 2001

```
================================================================
        Multistage Model. (Version: 3.4  Date: 05/02/2014)
   Input Data File: C:/TCAS/BMDS2601/Data/glyphosate wood 2009/
      7-Brammer_ 2001-Liver Adenomas-MultiCanc1-10Pct-4d.(d)
 Gnuplot Plotting File:  C:/TCAS/BMDS2601/Data/glyphosate wood 2009/
      7-Brammer_ 2001-Liver Adenomas-MultiCanc1-10Pct-4d.plt
                    Tue Jul 04 16:33:17 2017
================================================================
```

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-15**

```
BMDS_Model_Run
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

   The form of the probability function is:

   P[response] = background + (1-background)*[1-EXP(
                 -beta1*dose^1)]

   The parameter betas are restricted to be positive

   Dependent variable = Incidence
   Independent variable = Dose

 Total number of observations = 4
 Total number of records with missing values = 0
 Total number of parameters in model = 2
 Total number of specified parameters = 0
 Degree of polynomial = 1

 Maximum number of iterations = 500
 Relative Function Convergence has been set to: 1e-008
 Parameter Convergence has been set to: 1e-008

                  Default Initial Parameter Values
                      Background =   0.00303517
                         Beta(1) = 7.55647e-005

           Asymptotic Correlation Matrix of Parameter Estimates

              Background      Beta(1)

 Background            1        -0.59

    Beta(1)        -0.59            1

                            Parameter Estimates

                                         95.0% Wald Confidence
   Interval
      Variable       Estimate      Std. Err.   Lower Conf. Limit  Upper Conf. Limit
      Background      0.00482209     0.0113824        -0.017487           0.0271312
         Beta(1)   7.07342e-005   3.81234e-005      -3.98623e-006        0.000145455
```

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-16**

```
                      Analysis of Deviance Table

            Model        Log(likelihood)  # Param's   Deviance   Test d.f.   P-value
          Full model       -24.9378           4
         Fitted model      -27.6285           2       5.38154       2        0.06783
         Reduced model     -30.6223           1       11.369        3        0.009889

              AIC:          59.2571


                               Goodness  of  Fit
                                                              Scaled
         Dose      Est._Prob.    Expected    Observed    Size    Residual
        -----------------------------------------------------------------------
         0.0000      0.0048       0.251       0.000     52.000    -0.502
       121.0000      0.0133       0.692       2.000     52.000     1.583
       361.0000      0.0299       1.555       0.000     52.000    -1.266
      1214.0000      0.0867       4.509       5.000     52.000     0.242

      Chi^2 = 4.42      d.f. = 2       P-value = 0.1096


         Benchmark Dose Computation

      Specified effect =           0.1

      Risk Type        =       Extra risk

      Confidence level =           0.95

                 BMD =        1489.53

                 BMDL =        742.769

                 BMDU =        5308.29

      Taken together, (742.769, 5308.29) is a 90     % two-sided confidence
      interval for the BMD
```

**Cancer Slope Factor =    0.000134631**

A-16

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-17**

**Figure A-6**
**Pancreatic Islet Cells Adenoma in Male Sprague Dawley Rats Exposed to Glyphosate**
**in Diet for 2 Years (Stout and Ruecker, 1990)**



16:25 07/04 2017

Figure A-6: Pancreatic islet cells adenoma in male Sprague Dawley rats exposed to glyphosate in diet for 2 years, Stout and Ruecker, 1990

```
        ================================================================
        Multistage Model. (Version: 3.4  Date: 05/02/2014)
        Input Data File: C:/TCAS/BMDS2601/Data/glyphosate wood 2009/7-Stout
     and Ruecker_ 1990-Pancreatic Islet Cells Adenoma-MultiCanc1-10Pct-4d.(d)
     Gnuplot Plotting File:  C:/TCAS/BMDS2601/Data/glyphosate wood 2009/7-Stout
     and Ruecker_ 1990-Pancreatic Islet Cells Adenoma-MultiCanc1-10Pct-4d.plt
                        Tue Jul 04 16:25:26 2017
        ================================================================
```

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-18**

```
BMDS_Model_Run
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

   The form of the probability function is:

   P[response] = background + (1-background)*[1-EXP(
                 -beta1*dose^1)]

   The parameter betas are restricted to be positive

   Dependent variable = Incidence
   Independent variable = Dose

 Total number of observations = 4
 Total number of records with missing values = 0
 Total number of parameters in model = 2
 Total number of specified parameters = 0
 Degree of polynomial = 1

 Maximum number of iterations = 500
 Relative Function Convergence has been set to: 1e-008
 Parameter Convergence has been set to: 1e-008

                 Default Initial Parameter Values
                    Background =     0.103535
                       Beta(1) = 5.13653e-005

           Asymptotic Correlation Matrix of Parameter Estimates

               Background      Beta(1)

 Background            1        -0.67

    Beta(1)        -0.67            1


                          Parameter Estimates

                                           95.0% Wald Confidence
  Interval
       Variable      Estimate     Std. Err.   Lower Conf. Limit   Upper Conf. Limit
      Background     0.101588      0.0324986       0.0378924          0.165284
         Beta(1) 5.44275e-005  7.92176e-005      -0.000100836       0.000209691
```

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-19**

```
                    Analysis of Deviance Table

          Model      Log(likelihood)   # Param's   Deviance   Test d.f.   P-value
        Full model      -65.2367           4
       Fitted model     -67.2273           2        3.98124       2        0.1366
       Reduced model    -67.4816           1        4.48991       3        0.2132

            AIC:         138.455


                              Goodness  of  Fit

                                                              Scaled
       Dose      Est._Prob.     Expected     Observed     Size     Residual
     -----------------------------------------------------------------------
       0.0000      0.1016         4.368        2.000      43.000     -1.195
      89.0000      0.1059         4.767        8.000      45.000      1.566
     362.0000      0.1191         5.837        5.000      49.000     -0.369
     940.0000      0.1464         7.027        7.000      48.000     -0.011

   Chi^2 = 4.02      d.f. = 2        P-value = 0.1341


      Benchmark Dose Computation

  Specified effect =            0.1

  Risk Type        =       Extra risk

  Confidence level =           0.95

              BMD =          1935.8

              BMDL =         530.775


  BMDU did not converge for BMR = 0.100000
  BMDU calculation failed
              BMDU = Inf
```

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-20**

### Figure A-7
### Testicular Interstitial Tumors in Male Sprague-Dawley Rats Exposed to Glyphosate in Diet for 784-785 Days (Lankas 1981)



Figure A-7: Testicular interstitial tumors in male Sprague-Dawley rats exposed to glyphosate in diet for 784-785 days, Lankas 1981

```
===============================================================
       Multistage Model. (Version: 3.4  Date: 05/02/2014)
     Input Data File: C:/TCAS/BMDS2601/Data/glyphosate wood 2009/
   7-Lankas 1981-Testicular Interstitial Tumors-MultiCanc1-10Pct-4d.(d)
   Gnuplot Plotting File:  C:/TCAS/BMDS2601/Data/glyphosate wood 2009/
   7-Lankas 1981-Testicular Interstitial Tumors-MultiCanc1-10Pct-4d.plt
                     Tue Jul 04 15:36:01 2017
===============================================================
```

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-21**

```
BMDS_Model_Run
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

   The form of the probability function is:

   P[response] = background + (1-background)*[1-EXP(
                 -beta1*dose^1)]

   The parameter betas are restricted to be positive

   Dependent variable = Incidence
   Independent variable = Dose

 Total number of observations = 4
 Total number of records with missing values = 0
 Total number of parameters in model = 2
 Total number of specified parameters = 0
 Degree of polynomial = 1

 Maximum number of iterations = 500
 Relative Function Convergence has been set to: 1e-008
 Parameter Convergence has been set to: 1e-008

                   Default Initial Parameter Values
                      Background =    0.0140572
                        Beta(1) =   0.00348372

           Asymptotic Correlation Matrix of Parameter Estimates

               Background      Beta(1)

Background           1          -0.6

   Beta(1)         -0.6           1

                              Parameter Estimates

                                              95.0% Wald Confidence
   Interval
      Variable      Estimate     Std. Err.   Lower Conf. Limit   Upper Conf. Limit
      Background    0.013197     0.0158843        -0.0179357           0.0443297
         Beta(1)   0.00353628   0.00182841      -4.73309e-005          0.00711989
```

A-21

**Appendix A: Using EPA Software to Calculate Cancer Slopes**
**December 21, 2017**
**Page A-22**

```
                    Analysis of Deviance Table

          Model        Log(likelihood)   # Param's   Deviance   Test d.f.   P-value
        Full model        -34.5966            4
       Fitted model       -36.8074            2        4.42156       2         0.1096
      Reduced model       -39.703             1       10.2129        3         0.01684

            AIC:            77.6147


                            Goodness  of  Fit

                                                                    Scaled
         Dose      Est._Prob.    Expected    Observed     Size      Residual
       -----------------------------------------------------------------------
        0.0000      0.0132        0.660       0.000      50.000     -0.818
        3.0000      0.0236        1.181       3.000      50.000      1.695
       10.0000      0.0475        2.374       1.000      50.000     -0.914
       31.0000      0.1157        5.783       6.000      50.000      0.096

      Chi^2 = 4.38      d.f. = 2        P-value = 0.1116


         Benchmark Dose Computation

     Specified effect =            0.1

     Risk Type        =       Extra risk

     Confidence level =           0.95

              BMD  =          29.7942

              BMDL =          14.8213

              BMDU =          107.093

     Taken together, (14.8213, 107.093) is a 90     % two-sided confidence
     interval for the BMD
```

**Cancer Slope Factor =     0.00674706**

**Appendix B: Curriculum Vitae of Dr. William R. Sawyer**
**December 21, 2017**
**Page B-1**

# Appendix B: Curriculum Vitae of Dr. William R. Sawyer

**Appendix B: Curriculum Vitae of Dr. William R. Sawyer**
**December 21, 2017**
**Page B-2**

## Introduction

Dr. William Sawyer is a professional toxicologist with a doctorate in toxicology from Indiana University School of Medicine. He is a diplomate of the American Board of Forensic Medicine with more than 28 years of experience in public health and forensic toxicology including five years of governmental service.  His specialized areas of expertise include causation analyses (defendant, plaintiff or criminal), dioxins, solvents, heavy metals, petroleum, crude oil, radionuclides/NORM, alcohol toxicology, drugs-of-abuse, pharmaceuticals, herbal products and other substances.

## Contact Information

Toxicology Consultants & Assessment Specialists, LLC (*TCAS, LLC*)
6450 Pine Avenue
Sanibel, Florida 33957

Toxicology Consultants & Assessment Specialists, LLC (*TCAS, LLC*)
29 Fennell Street
Skaneateles, New York 13152

Telephone:  800-308-0080
            239-472-2436 (FL)
            315-685-2345 (NY)

E-mail**:**      drsawyer@experttoxicologist.com

## Education

Indiana University School of Medicine                    1983 - 1988
Indianapolis, Indiana
Robert B. Forney, Ph.D., Committee Chairman
Ph.D., Toxicology, 1988

State University of New York at Geneseo                  1979 -1982
Edward Ritter, Ph.D., Committee Chairman
Master of Science degree, Cellular & Molecular Biology, 1982

| | |
|---|---|
| State University of New York at Geneseo<br>Bachelor of Science degree, Biology, 1978 | 1976 -1978 |
| State University of New York Agricultural<br>and Technical College at Morrisville<br>Associate degree, 1976 | 1974 -1976 |

## Experience

As a scientist and communicator in forensic toxicology, Dr. Sawyer provides services to governmental agencies, corporations, investigators and select defendants or plaintiffs. Dr. Sawyer currently serves as chief toxicologist for Toxicology Consulting and Assessment Specialists, LLC. He has served for 23 years as an assistant professor (adjunct) with the Department of Medicine, Upstate Medical University, Syracuse, New York. Dr. Sawyer also has approximately 14 years of experience as a licensed clinical and environmental laboratory director in several states.

Dr. Sawyer routinely provides impartial toxicological evaluations involving chemical exposures, alcohol ingestion, intentional poisonings, carcinogens, pharmaceuticals, pyrolysis products, heavy metals, organic chemicals and drugs-of-abuse in civil and criminal litigation. Toxic exposure investigations include analytical protocol, referral of autopsy material for analyses, environmental and occupational health risk assessments and site assessment and causation determination. Final work products that include scientific methods and validation, forensic documentation and written reports used on both forensic and routine (non-judicial) assessments are provided to multiple, nationwide clients.

## Forensic Environmental and Laboratory Analyses

Through education, training and experience, Dr. Sawyer has gained extensive expertise in forensic petroleum analyses as well as environmental and clinical forensic analyses. With more than 23 years of laboratory experience, Dr. Sawyer has directed laboratory analyses, sampling protocol and chain-of-custody documentation in criminal and civil matters. He has also provided petroleum spill assessments to multiple clients including governmental environmental agencies (NYSDEC), various state attorney general offices (New York), defense and plaintiff law firms and industry. Petroleum spill and exposure

**Appendix B: Curriculum Vitae of Dr. William R. Sawyer**
**December 21, 2017**
**Page B-4**

assessment reports have provided objective evidence of characterization, age and source within reasonable scientific certainty.

## Professional Experience

**Chief Toxicologist**                                                          1990-Present
Toxicology Consultants & Assessment Specialists, LLC
Sanibel, Florida
Registered, DBA, 1990
Incorporated, January, 1994 (New York)
Limited liability corporation, January 2009 (Florida)

**Peer Reviewer**                                                              1998-Present
Editorial Advisory Board for the "The Forensic Examiner"

**Assistant Professor** (adjunct)                                              1988-2012
SUNY Upstate Medical University
Department of Medicine
Syracuse, New York

**Laboratory Director**                                                        1993-2002
EXPRESSLAB, Inc. (Lozier Laboratories)
Middlesex, New York

- NYSDOH Clinical License #SAWYW1 (1988-2000)
- NYS Environmental License (ELAP) #11369
- National Environmental Laboratory Accreditation Program (NELAP) #11369
- New Jersey DEPE License #73744
- South Carolina License #9101100
- California Environmental License

**Associate Editor**                                                          1997-2000
Practical Reviews in Forensic Medicine & Sciences
Published by Oakstone Medical Publishing, Inc.
Jointly sponsored by Albert Einstein College of Medicine
and Montefiore Medical Center; CME
(continuing medical education) accredited

**Appendix B: Curriculum Vitae of Dr. William R. Sawyer**
**December 21, 2017**
**Page B-5**

**Toxicologist**                                                    1988-1993
Onondaga County Department of Health
Syracuse, New York

Responsible for municipal and civil risk assessment, evaluation of environmental exposures and design and execution of environmental monitoring studies. Advise and communicate with the Office of the Environment/County Executive and legislative subcommittees with respect to public health and environmental health issues. Established a clinical and environmental toxicology laboratory licensed under the NYS DOH and NYS ELAP agencies (NYSDOH #SAWYW1 and NY ELAP license #10183)

**Licensed Laboratory Director**                                   1988-1993
Onondaga County Department of Health
Syracuse, New York
Licensed clinical laboratory, chlorinated hydrocarbons (NYS CLEU)
NYS License #SAWYW1
Assistant Director
NYS ELAP License #10183

**Analytical Toxicologist** (part-time)                            1983-1988
State Department of Toxicology
Indianapolis, Indiana

**Laboratory Technician** (part-time)                              1979-1983
Clinical Research Center
(National Institute of Health)
Strong Memorial Hospital
Rochester, New York

**Laboratory Technician** (part-time)                              1979-1983
Highland Hospital
Special Determinations Laboratory
Rochester, New York

**Appendix B: Curriculum Vitae of Dr. William R. Sawyer**
**December 21, 2017**
**Page B-6**

## Certifications

**Board Certification**
Diplomate, American Board of Forensic Medicine          1996-Present
(D-ABFM)

**Board Certification**
Diplomate, American Board of Forensic Examiners          1994-Present
(D-ABFE)

**OSHA 29 CFR1910.120**                                  Re-certified
Hazardous Waste Operations & Emergency Response          December 2004
40 hour certified

**Clinical Laboratory Director**                         Inactive
New York State Department of Health
Certificate of Qualification
License Code #SAWYW1

**Environmental Laboratory Director**                    Inactive
New York State Department of Health
ELAP License #11369
ELAP License #10183

**South Carolina Department of Health**                  Inactive
Environmental Laboratory Director
ELAP License #9101100

**New Jersey DEPE Laboratory Director**                  Inactive
License #73744

**Asbestos Inspector**                                   Inactive
EPA Certificate #10-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

## Societies and Honors

Sigma Xi, The Scientific Research Society                1986- Present
Associate Member

Appendix B: Curriculum Vitae of Dr. William R. Sawyer
**December 21, 2017**
**Page B-7**

| | |
|---|---|
| American College of Forensic Examiners<br>Member | 1995-Present |
| National Myositis Association<br>Medical Advisory Board Member | 1995-1997 |
| American Academy of Forensic Sciences<br>Member, promoted to Fellow, 1998 | 1985-Present |
| Society of Automotive Engineering<br>Member | 1986-Present |
| International Association of Forensic Toxicologists<br>Member | 1985-Present |
| Sigma Xi Research Competition<br>Fifth place | 1987 |
| Sigma Pi Alpha Scholastic Honor Society<br>Academic Award | 1984 |

## Professional Presentations

Sawyer, W.R. and Rigle, D.A., Featured continuing medical education credit workshop (2.00 credit hours) entitled, "Fundamentals of Medical Toxicology," Annual Scientific Meeting of The American College of Forensic Examiners, American Board of Forensic Medicine, Las Vegas, Nevada, October 24 – October 27, 2000.

Sawyer, W.R. and Rigle, D.A., Featured continuing medical education credit workshop (3.75 credit hours) entitled, "Forensic Medicine Toxicology," and "Reactive Airways Dysfunction Syndrome (RADS)," Annual Scientific Meeting of The American College of Forensic Examiners for the American Board of Forensic Medicine, New York, New York, October 29 - November 1, 1999.

Sawyer, W.R. and Rigle, D.A., "The Medical Aspects of Toxic Exposure Assessments," Annual Scientific Meeting of The American Board of Forensic Medicine and The American College of Forensic Examiners, Naples, Florida, October 12-14, 1998.

Sawyer, W.R. and Rigle, D.A., "Evaluating Toxic Exposures after Daubert," Featured presentation at the 4th Annual National Expert Witness & Litigation Seminar, Hyannis, Massachusetts, June 23, 1995.

## Articles, Abstracts, Treatises and Editorial Publications

Sawyer, W.R. *"Alcohol Content of Beer and Malt Beverages: Forensic Considerations,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 6, February 2000, Oakstone Medical Publishing, Inc. from Logan, B.K., et al., Journal of Forensic Sciences, November 1999, Vol. 44, No. 6, pg. 1292-1295.

Sawyer, W.R. *"Fulminant Liver Failure in a Young Child Following Repeated Acetaminophen Overdosing,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 6, February 2000, Oakstone Medical Publishing, Inc. from Bauer, M, et al., Journal of Forensic Sciences, November 1999, Vol. 44, No. 6, pg. 1299-1303.

Sawyer, W.R. *"Exposure to Contaminated Milk Presents 'Difficult Case' for Application of Daubert Reliability Standard,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 4, December 1999, Oakstone Medical Publishing, Inc. published in Expert Testimony, Evidence, & Trial Consultants, October 1999, Vol. 7, Issue 10, pg. 3.

Sawyer, W.R. *"The Extent of Postmortem Drug Redistribution in a Rat Model,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 4, December 1999, Oakstone Medical Publishing, Inc. from Hilberg, M.D., et al., Journal of Forensic Sciences, September 1999, Vol. 44 No. 5, pg. 956-62.

Sawyer, W.R. *"Potassium Nitrite Reaction with 11-Nor-Delta9-Tetrahydrocannabinol-9-Carboxylic Acid in Urine in Relation to the Drug Screening Analysis,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 3, November 1999, Oakstone Medical Publishing, Inc. from Lewis, S.A., Journal of Forensic Sciences, September 1999, Vol. 44 No. 5, pg. 951-55.

Sawyer, W.R. *"GC/Mass Spectrometry Data from Fire Debris Samples: Interpretation and Application,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 3, November 1999, Oakstone Medical Publishing, Inc. from Wallace, J.R., Journal of Forensic Sciences, September 1999, Vol. 44, No. 5, pg. 996-1012.

Sawyer, W.R. *"Toluene Diisocyanate Colocalizes with Tubulin on Cilia of Differentiated Human Airway Epithelial Cells,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 12, August 1999, Oakstone Medical Publishing, Inc. from Lange, R.W., et al., Toxicological Sciences, July 1999, Vol. 50, No. 1, pg. 64-71.

Sawyer, W.R. *"Differential Diagnosis Methodology Accepted by U.S. Circuit Court of Appeals,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 12, August 1999, Oakstone Medical Publishing, Inc. Referenced Literature: The Testifying Expert, July 1999, Vol. 7, Issue 7, pg. 9 and Vol. 7, Issue 6, pg. 2.

Sawyer, W.R. *"The Enigma of Arsenic Carcinogenesis: Role of Metabolism,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 11, July 1999, Oakstone Medical Publishing, Inc. from Goering, P.L., et al., Toxicological Sciences, May 1999, Vol. 49, No. 1, pg. 5-14.

Sawyer, W.R. *"Blood Alcohol Content Testimony,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 11, July 1999, Oakstone Medical Publishing, Inc. Referenced Literature: The Testifying Expert, June 1999, Vol. 7, Issue 6, pg. 9 and Goldfrank's Toxicologic Emergencies.

Sawyer, W.R. *"Forensic Evaluation of Pulmonary Toxicity Attributed to Amiodarone,"* (Special Presentation), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 10, June 1999, Oakstone Medical Publishing, Inc. Literature Review Backer, et al., American Heart, Vol. 123 (6), June, 1992, PDR, 1999, et al.

Sawyer, W. R. *"Fatal Ingestion of Paroxetine (Deroxatt TM),"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 10, June 1999, Oakstone Medical Publishing, Inc. from Tracqui, P., et al., Bulletin of The International Association of Forensic Toxicologists, January 1999, Vol. 27, No. 1, pg. 9-10.

Sawyer, W.R. *"A New Drug-of-Abuse 4-Methylthioamphetamine (Flatliners) & Toxic Related Fatality,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 10, June 1999, Oakstone Medical Publishing, Inc. from Groombridge, C., et al., Bulletin of The International Association of Forensic Toxicologists, April 1999, Vol. 24, No. 2, pg. 5-9.

Sawyer, W.R. *"The Response of the Intoxilyzer 5000 to Five Potential Interfering Substances,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 9, May 1999, Oakstone Medical Publishing, Inc. from Caldwell, J.P. and Kim, N.D., Journal of Forensic Science, 1997, Vol. 42, No. 6, pg. 1080-87.

Sawyer, W.R. *"Nitrites Adulteration in Urine Drug Testing,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 8, April 1999, Oakstone Medical Publishing, Inc. from Spiehler, V., Bulletin of The International Association of Forensic Toxicologists, Spring 1999, Vol. 24, No. 1, pg. 17-18.

Sawyer, W.R. *"A Case of Ballistic Toxicology,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 8, April 1999, Oakstone Medical Publishing, Inc. from Kerkoff, W., Bulletin of The International Association of Forensic Toxicologists, Spring 1999, Vol. 24, No. 1, pg. 4-5.

Sawyer, W.R. *"Postmortem Drug Redistribution - Human Cases Related to Results in Experimental Animals,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 7, March 1999, Oakstone Medical Publishing, Inc. from Hilberg, T., et al., Journal of Forensic Sciences, January 1999, Vol. 44, No. 1, pg. 3-9.

Sawyer, W.R. *"Special Publication – Forensic Source Identification of Lead,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 6, February 1999, Oakstone Medical Publishing, Inc.

Sawyer, W.R. and Rigle D.A. Original Article/Special Presentation, *"Toxicology of Aromatic Hydrocarbons,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc.

Sawyer, W.R. *"Controlled Ethyl tert-Butyl Ether (ETBE) Exposure of Male Volunteers,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 6, February 1999, Oakstone Medical Publishing, Inc. from Nihlen, A, et al,. Toxicological Sciences, Vol. 46, No. 1, pg. 143-150, November 1998.

Sawyer, W.R. *"Vitamin B2 Interference with TDx Drugs-of-Abuse Assays,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc. from Kunsman, SW., et al., Journal of Forensic Sciences, November 1998, Vol. 43, No.6, pg. 1225-27.

Sawyer, W.R., *"A Fatal Case of Benzene Poisoning & Special Discussion by Drs. Sawyer & Rigle,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc. from Barbera, N, Bulla, G. & Romano, G. Journal of Forensic Sciences, November 1998, Vol. 43, No. 6, pg. 1250-1.

Sawyer, W.R., *"Biological and Chemical Hazards of Forensic Skeletal Analyses,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences , Vol. 1., No. 4, December 1998, Educational Reviews, LLC from Galloway, A. and Snodgrass, BA., Journal of Forensic Sciences, September 1998, Vol. 43, No. 5 pg. 940-48.

Rigle, D.A., Sawyer, W.R., Original Article/Special Presentation: *"Carbon Monoxide Toxicity versus Carbon Dioxide Toxicity and their Relationship in Attempted Suicide,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 3, November 1998, Educational Reviews, LLC.

Sawyer, W.R., *"2,3,7,8-tetrachlorodibenzo-p-dioxin in Pregnant Long Evans Rats: Disposition to Maternal and Embryo/Fetal Tissues,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 4, December 1998, Educational Reviews, LLC from Hurst, CH, et al., Toxicological Sciences, October 1998, Vol. 45, No. 2, pg. 129-36.

Sawyer, W.R., *"Burns from undisclosed acids in a liquid used by temporary workers. A recent problem in occupational medicine caused by lack of information,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, September 1998, Educational Reviews, LLC. Vol. 1,

No. 3, November 1998, from Fischer, M., Hellmann, A., et al., Deutche Medizinische Wochenschrift, February 6, 1998, Vol. 123, No. 6, pg. 151-54.

Sawyer, W.R., *"Automobile Exhaust as a means of Suicide: An Experimental Study with a Proposed Model,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 3, November,1998, Educational Reviews, LLC from Morgen, C., Schramm, J., et al., Journal of Forensic Sciences, Vol. 43, No. 4, July 1998, pg. 827-36.

Sawyer, W.R. *"Beyond Rohypnol: Use of Gamma-Hydroxybutyrate and Burundanga in Rape,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 3, November 1998, Educational Reviews, LLC from Hollinger, MA, The Forensic Examiner, Vol. 7, Nos. 3 & 4, March/April,1998, pg. 5-27.

Sawyer, W. R., *"The Absorption, Blood Levels, and Excretion of Mercury after a Single Dose of Mercury Vapor in Humans,"* (Special Article Review Presentation, Critical Assessment and Original Abstract) Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 1, September 1998, Educational Reviews, LLC from Sandborgh, G, et al., Toxicology and Applied Pharmacology, May 1997, Vol. 150, pg. 146-153.

Sawyer, W.R., *"The Effect of Glutaraldehyde Adulteration of Urine Specimens on Behring Syva Emit II Drugs of Abuse Assays,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol.1, No. 2 October 1998, Educational Reviews, LLC. from George, Bulletin of The International Association of Forensic Toxicologists, Vol. 27, No. 2, January 1997, pg. 10-11.

Sawyer, W.R., *"Identification of Unique Cocaine Metabolites and Smoking By-Products in Postmortem Blood and Urine Specimens,"* (Special Article Review Presentation, Critical Assessment an Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol.1, No. 1, September 1998, Educational Reviews, LLC. from Jenkins, AJ and Goldberger, BA , Journal of Forensic Science, 1997, Vol. 42, No. 5, September, pg. 824-827.

Miller, F.W., Sawyer, W.R., *"What Causes Myositis,"* National Myositis Association Newsletter, No. 16, pg. 2, December, 1995.

Rigle, D.A., Sawyer, W.R., *"Evaluation of Toxic Exposures After Daubert,"* S.E.A.K. Expert Witness Handbook, S.E.A.K., 1995 edition.

Sawyer, W.R. and Rigle, D.A., *"Toxic Etiology of Multiple Chemical Sensitivities: Review of Case Histories with Documented Toxic Exposure,"* Published in the Society of Toxicology, The Toxicologist, Volume 15, No. 1, 1995, pg. 228 - 229.

Sawyer, W.R., *"Analysis of Volatile Organic Contaminants from Biological Matrices by Purge and Trap Gas Chromatography and Mass Spectrometry,"* Presented at the 44th Annual American Academy of Forensic Sciences Meeting, February 20, 1992, Abstract No. K45, pg. 197.

Sawyer, W.R., Doedens, D.J., Authors Response to Discussion of *"Heroin, Morphine and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography,"* Journal of Forensic Sciences, Vol. 35, No. 3, May, 1990, pg. 522-523.

Sawyer, W.R., Steup, D.R., Martin, B.S. and Forney, R.B., *"Cardiac Blood pH as a Possible Indicator of Postmortem Interval,"* Presented at the 40th Annual American Academy of Forensic Sciences Meeting, February 19, 1988, Abstract No. K65, pg. 141.

Carfagna, M.A., Sawyer, W.R. and Forney, R.B., *"Postmortem Distribution of Ethanol in Rats,"* The International Association of Forensic Toxicologists, Abstracts, 1987, pg. 13.

Sawyer, W.R., Forney, R.B., *"Postmortem Disposition of Morphine in the Rat,"* Presented at the 24th International Meeting, Banff, Canada, The International Association of Forensic Toxicologists, Abstracts, 1987, pg. 12.

Sawyer, W.R., Doedens, D.J. and Forney, R.B., *"Heroin, Morphine, and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography,"* American Academy of Forensic Sciences 38th annual meeting, Abstract K13, 1986, pg. 114.

Sawyer, W.R., Steup, D.R., Martin, B.S. and Forney, R.B., *"Cardiac Blood pH as a Possible Indicator of Postmortem Interval,"* Journal of Forensic Sciences, Vol. 33, No. 6, Nov. 1988, pg. 1439-1444.

Sawyer, W.R., Forney, R.B., *"Postmortem Disposition of Morphine in Rats,"* Forensic Science International, Vol. 38, Oct. 1988, pg. 259-273.

Sawyer, W.R., Waterhouse, G.A.W., Doedens, D.J. and Forney, R.B., *"Heroin, Morphine and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography,"* Journal of Forensic Sciences, Vol. 33, No. 5, Sept. 1988, pg. 1146-1155.

Carfagna, M.A., Sawyer, W.R. and Forney, R.B., *"Postmortem Distribution of Ethanol in Rats,"* The International Association of Forensic Toxicologists, Proceedings of the 24th International Meeting, July 28-31, 1987, pg. 87-93.

Sawyer, W.R., Ritter, E. and Faloon, W.W., *"The Morphological Effects of Chenodeoxycholic Acid on Human Gastric Mucosa,"* The American Journal of Gastroenterology, Vol. 79, No. 5, 1984, pg. 348-353.


## Personal Information

Dr. Sawyer is a member of the Gulf Coast Swim Team as a distance swimmer and completed several *"Swim Around Key West"* 12.5 mile ocean swim races in under six hours. He is also a triathlete with the distinction of being a four-time Ironman. He loves to fish and SCUBA dive in northern New York State and the Gulf of Mexico.

| | |
|---|---|
| **Place of Birth:** | Webster, New York |
| **Citizenship:** | United States |
| **Marital Status:** | Married, 1989 |