# EXHIBIT 34

Confidential - Connie B. Welch, DMin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


----------------------------x

IN RE: ROUNDUP PRODUCTS          )
LIABILITY LITIGATION             ) MDL No. 2741
                                 )
THIS DOCUMENT RELATES TO:        ) Case No.
                                 ) 16-MD-02741-VC
HARDEMAN v. MONSANTO COMPANY,    )
Case No: 3-16-cv-00525-VC        )
GEBEYEHOU v. MONSANTO COMPANY,   )
Case No: 16-cv-05813-VC          )
STEVICK v. MONSANTO COMPANY,     )
Case No: 3-16-cv-02341-VC        )
----------------------------x


C O N F I D E N T I A L


DEPOSITION OF CONNIE B. WELCH, DMin

WASHINGTON, D.C.

TUESDAY, DECEMBER 18, 2018

9:01 A.M.


Reported by: Leslie A. Todd

Confidential - Connie B. Welch, DMin

## Page 2

1    Deposition of CONNIE B. WELCH, DMin, held
2    at the offices of:
3
4
5        HOLLINGSWORTH LLP
6        1350 I Street, N.W.
7        Washington, DC 20005
8
9
10
11
12    Pursuant to notice, before Leslie Anne Todd,
13    Court Reporter and Notary Public in and for the
14    District of Columbia, who officiated in
15    administering the oath to the witness.
16
17
18
19
20
21
22
23
24

## Page 3

1            A P P E A R A N C E S
2    ON BEHALF OF PLAINTIFFS:
3        DAVID J. WOOL, ESQUIRE
4        JOSEPH RIEGERIX, ESQUIRE
5        ANDRUS WAGSTAFF, LLP
6        7171 West Alaska Drive
7        Lakewood, Colorado 80226
8        (720) 208-9404
9
10    ON BEHALF OF MONSANTO COMPANY AND THE WITNESS:
11        GARY I. RUBIN, ESQUIRE
12        GRANT HOLLINGSWORTH, ESQUIRE
13        HOLLINGSWORTH LLP
14        1350 I Street, N.W.
15        Washington, DC 20005
16        (202) 898-5800
17
18        DANIEL MEYERS, ESQUIRE
19        ARNOLD & PORTER LLP
20        70 West Madison Street, Suite 4200
21        Chicago, Illinois 60602-4231
22        (312) 583-2300
23    ALSO PRESENT:
24        MARTIN SHERRILL (Videographer)

## Page 4

1            C O N T E N T S
2    EXAMINATION OF CONNIE B. WELCH, DMin        PAGE
3        By Mr. Wool                7, 228
4        By Mr. Rubin                216
5
6            E X H I B I T S
7        (Attached to transcript)
8    WELCH DEPOSITION EXHIBITS            PAGE
9    No. 1    Plaintiff Edwin Hardeman's Notice to
10        Take Oral and Videotaped Deposition
11        of Connie B. Welch, DMin            9
12    No. 2    Monsanto Company's Obligation and
13        Responses to Plaintiff's Document
14        Requests for Dr. Connie B. Welch-
15        DuJardin                10
16    No. 3    CV for Connie B. Welch, DMin        11
17    No. 4    Document entitled "Exhibit B"        52
18    No. 5    July 22, 1996 letter to Roger Folk
19        from the USEPA                57
20    No. 6    Expert Report of Connie Welch-
21        DuJardin                68
22    No. 7    Invoices from toXcel to Hollingsworth
23        LLP                138
24

## Page 5

1        E X H I B I T S   C O N T I N U E D
2        (Attached to transcript)
3    WELCH DEPOSITION EXHIBITS            PAGE
4    No. 8    Revised Glyphosate Issue Paper:
5        Evaluation of Carcinogenic
6        Potential.  EPA's Office of
7        Pesticide Programs, December 12,
8        2017                197
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

2 (Pages 2 to 5)

Confidential - Connie B. Welch, DMin

Page 6

```
 1          P R O C E E D I N G S
 2          -----------------
 3          THE VIDEOGRAPHER:  We are now on the
 4   record.  My name is Martin Sherrill, and I'm
 5   the video specialist from Golkow Litigation
 6   Services.  Today's date is December 18th.  The
 7   time is 9:01 a.m.
 8          This deposition is being held at
 9   Hollingsworth, LLP, in the matter of Roundup
10   Products Liability Litigation.  This is being
11   taken in the court of the United States District
12   Court of the Northern District of California.
13          The deponent is Connie B. Welch.
14          Counsel will now state their appearances
15   for the record, starting with the questioning
16   attorney.
17          MR. WOOL:  David Wool from Andrus
18   Wagstaff for the plaintiffs.
19          MR. RIEGERIX:  Joseph Riegerix from
20   Andrus Wagstaff, also for the plaintiffs.
21          MR. RUBIN:  Gary Rubin, Hollingsworth,
22   LLP, on behalf of Monsanto.
23          MR. HOLLINGSWORTH:  Grant Hollingsworth,
24   Hollingsworth, LLP, on behalf of Monsanto.
```

Page 7

```
 1          MR. MEYERS:  Daniel Meyers, Arnold &
 2   Porter, for Monsanto.
 3          THE VIDEOGRAPHER:  The court reporter
 4   today is Leslie Todd, and will now swear in the
 5   witness.
 6          CONNIE B. WELCH, DMin,
 7       and having been first duly sworn,
 8       was examined and testified as follows:
 9          EXAMINATION BY COUNSEL FOR PLAINTIFFS
10   BY MR. WOOL:
11      Q   Good morning, Dr. Welch.  How are you
12   doing?
13      A   I'm good.  How are you?
14          MR. RUBIN:  Counsel, I'm sorry.  I don't
15   mean to interrupt so quickly, but I just wanted
16   to -- pursuant to the confidentiality and
17   protective order in this case, I want to mark the
18   deposition and all exhibits to be used today as
19   confidential.
20          MR. WOOL:  Fair enough.
21          MR. RUBIN:  Thank you.
22   BY MR. WOOL:
23      Q   Good morning, Dr. Welch.
24          My name is David Wool, and I represent
```

Page 8

```
 1   the plaintiffs in the In Re: Roundup Products
 2   Liability Litigation.  I understand that you have
 3   probably been deposed before, but I would like to
 4   go over just a couple of ground rules.
 5          As you can see, we have a court reporter
 6   right here.  Everything that we say is being
 7   transcribed.  So if you can wait until I finish my
 8   question before you give your answers, I think
 9   that would make things a lot easier for everybody.
10          There will be a lot of times where you
11   know exactly where my question is going, but,
12   nonetheless, just wait for me to get out my
13   question before you give your answer.  Fair?
14      A   Yes.
15      Q   Okay.  And from time to time your
16   counsel will object.  When -- so if you could just
17   give him a moment after I finish my question to
18   state his objection for the record, that will also
19   make things a little bit earlier.
20          Do you understand that as well?
21      A   Yes, I do.
22      Q   Okay.  Now, you're sort of the star of
23   the show today, so if you ever need to take a
24   break, go to the restroom, anything like that,
```

Page 9

```
 1   just let me know and I'm happy to go off the
 2   record.  My only request is that if there is a
 3   pending question, will you answer that question
 4   and then -- and then we can take a break.
 5          Is that fair?
 6      A   Okay, yes.
 7      Q   And you understand that you are under
 8   oath today just like you were in a court of law;
 9   is that correct?
10      A   That's right.  I understand, mm-hmm.
11      Q   And you also understand that if we take
12   a break, when we go back on the record, you are
13   still under oath?
14      A   Yes.
15      Q   Okay.  Now, you have been deposed
16   before; is that right?
17      A   I have not.
18      Q   Oh, you haven't.  Okay.  All right.
19   Well, we will get to that -- get to that in a
20   minute.
21          Let me hand you what I'm marking as
22   Exhibit 1, which is a copy of plaintiffs' notice
23   of deposition.
24          (Welch Exhibit No. 1 was marked
```

Confidential - Connie B. Welch, DMin

Page 10

```
 1          for identification.)
 2          MR. RUBIN:  I've got a copy.  Thank you.
 3          MR. WOOL:  Okay.  Good.
 4   BY MR. WOOL:
 5      Q   Dr. Welch, have you seen this document
 6   before?
 7      A   No, I have not.
 8      Q   You have not?
 9      A   I don't believe so.
10      Q   Okay.
11          MR. RUBIN:  Can you take a moment and
12   take a look at it?
13          THE WITNESS:  Oh, okay.
14          (Peruses document.)
15          MR. WOOL:  And just so the record is
16   clean, I will go ahead and mark as Exhibit 2 a
17   copy of Monsanto's responses and objections to the
18   notice.
19          (Welch Exhibit No. 2 was marked
20          for identification.)
21          THE WITNESS:  Yes, I have.  I'm sorry.
22   BY MR. WOOL:
23      Q   Okay.  And I'm handing you Exhibit 2,
24   which is a copy of the responses and objections
```

Page 11

```
 1   that were served to this notice.
 2          Okay.  Now, going back --
 3          MR. RUBIN:  I'm sorry.  Are you marking
 4   the objections as 2?
 5          MR. WOOL:  Yes, they are 2.
 6          MR. RUBIN:  Oh, you haven't done it
 7   yet -- oh, you have.  Okay.
 8          MR. WOOL:  Yeah, the objections is 2.
 9          MR. RUBIN:  Okay.  Thank you.
10   BY MR. WOOL:
11      Q   Okay.  So I'm probably not going to ask
12   you anything about the second exhibit.  But if you
13   go to Exhibit 1 to page 2, you will see that there
14   are a series of document requests.
15      A   Yes.
16      Q   Do you see that?  Did you bring anything
17   with you today in response to these document
18   requests?
19      A   No, I did not.
20      Q   Okay.  Now, your counsel provided us
21   with a copy of your CV, which I will go ahead and
22   mark as Exhibit 3.
23          (Welch Exhibit No. 3 was marked
24          for identification.)
```

Page 12

```
 1   BY MR. WOOL:
 2      Q   Now, did you have a chance to review
 3   your CV prior to today's deposition?
 4      A   Yes, I have.
 5      Q   Okay.  And just take a quick look
 6   through Exhibit 3, and let me know if everything
 7   looks to be up to date.
 8      A   Okay.  (Peruses document.)
 9          MR. RUBIN:  While she's looking -- the
10   witness is looking at that, just for the record,
11   as to Exhibit 2, for the record, Ms. Welch did
12   produce her invoices as part of the response to
13   the notice of deposition and the attachment.
14          MR. WOOL:  Let me see if I can get
15   those.
16          Counsel, do you have a copy of those, by
17   chance?  I don't think in the -- I could probably
18   get them during a break, but I don't think they
19   made their way to me for whatever reason.
20          MR. HOLLINGSWORTH:  We can go find you
21   another one at some point.
22          MR. WOOL:  And we will probably go back
23   to it.
24          THE WITNESS:  Okay.
```

Page 13

```
 1   BY MR. WOOL:
 2      Q   Does Exhibit 3 appear to be up to date
 3   as of today?
 4      A   Yes, it is.
 5      Q   All right.  Now, you currently are the
 6   vice president of a company called -- is it
 7   toXcel?
 8      A   toXcel, yes, I am.
 9      Q   Okay.  And can you explain to me
10   generally what it is that toXcel does?
11      A   Mm-hmm.  toXcel is a consulting firm,
12   and we help our clients with their registrations,
13   EPA registrations and FDA approvals.
14      Q   And when you say your clients, are your
15   clients mostly chemical companies?
16      A   Our clients are chemical companies.
17   Yes.
18      Q   Are there any pharmaceutical companies
19   that -- strike that.
20          Do you have any pharmaceutical companies
21   as clients of toXcel?
22      A   We have had some.
23      Q   Okay.  Now, if we look at the first page
24   of Exhibit 3, which is your CV, you list under the
```

Confidential - Connie B. Welch, DMin

Page 14

1  "Summary" section:  Thirty plus years of
2  experience interpreting and implementing
3  environmental laws and regulations concerning
4  pesticides and toxic chemicals," in parentheses,
5  "The Federal Insecticide, Fungicide and
6  Rodenticide Act, which is FIFRA, and also the
7  Federal Food, Drug and Cosmetic Act," which
8  you say -- are -- which is in parentheses, the
9  FFDCA.
10      Do you see that?
11  A  Yes.
12  Q  Now, how much work do you do for
13  companies with the FDCA?
14      MR. RUBIN:  I will just object.  The
15  form of the question is vague.
16      But as he explained, I will make my
17  objection.
18      If you can answer the question, please
19  do so.
20      THE WITNESS:  Can you state the question
21  again?
22  BY MR. WOOL:
23  Q  Yes.  I guess let me phrase it a little
24  differently.

Page 15

1      When you're helping your clients
2  navigate sort of the various regulatory laws, do
3  you work primarily with -- with FIFRA or the FDCA
4  or both?
5  A  Both.  Both.
6  Q  Okay.  And would you say your work for
7  your clients is split evenly between those, or
8  does it just sort of depend?
9  A  It depends.
10  Q  Okay.  Let's see.  Now, under the
11  Summary section, still on the first page of your
12  CV, you cite extensive experience as a project
13  manager.
14      What does that mean?
15  A  Yes.  As a product manager, I was
16  responsible for the oversight of predominantly
17  fungicide, pesticide products that were under my
18  jurisdiction, which means that I was the liaison
19  between EPA and the applicant or registrant.
20  Q  In the private sector?
21  A  No, no, at EPA.
22  Q  Oh, at EPA.
23  A  At EPA, yes.
24  Q  Okay.  And so what does that mean sort

Page 16

1  of in layman's terms?
2  A  Okay, I'll tell you.  Let me take a step
3  back a second.
4      As a product manager, as I stated, I was
5  responsible for the pesticide products that were
6  under my jurisdiction, and they were all fungicide
7  products.
8      Here, what I mention as a project
9  manager, it's as a team leader where I was doing
10  product chemistry reviews, as well as reviewing
11  inert ingredients, project management and team
12  management.  Okay.  And product -- and as I said,
13  I was also a product manager in the fungicide,
14  herbicide branch at that time.
15  Q  Okay.  Now, if we go down to Related
16  Professional Experience.
17  A  Yes.
18  Q  Now, under the first bullet point, I
19  just want to ask you about two of these acronyms.
20  You state that you "Assist/represent the chemical
21  industry," in parentheses, "in the U.S. and
22  abroad," close paren, "with EPA/FDA registration/
23  approval requirements, environmental laws and
24  regulations," and then in parentheses we have

Page 17

1  "PRIA."
2      What does that stand for?
3  A  Yes.  PRIA is the Pesticide Registration
4  Improvement Act.
5  Q  Okay.  And TSCA?
6  A  Yes, TSCA, Toxic Substances Control Act.
7  Q  Okay.  Now, if we flip to page 2, it
8  looks like you were the principal of a company
9  called Connie Welch and Associates.
10  A  Yes.
11  Q  And that was from 2008 to 2012
12  approximately?
13  A  Yes.
14  Q  And what did Connie Welch and Associates
15  do predominantly?
16  A  Pretty much the same work.  We assisted
17  clients in obtaining their EPA registrations.  So
18  we guided them with the regulations, data
19  requirements, what's required for a pesticide
20  registration.
21  Q  Now, how did you get from Connie Welch
22  and Associates to toXcel?
23  A  I was approached by then the
24  vice president of toXcel.

Confidential - Connie B. Welch, DMin

Page 18

1      Q    And they asked you to come work for
2    toXcel?
3      A    They asked me to come work for them,
4    yes.
5      Q    Okay.  And then prior to that, you
6    worked at ChemReg International LLC?
7      A    Yes.
8      Q    And what did ChemReg International do?
9      A    The same work.  Another consulting firm
10   assisting our clients, mainly EPA clients, in
11   getting their registrations.
12     Q    And was that the predominant purpose of
13   Connie Welch and Associates as well?
14     A    Yes, it was.
15     Q    And prior to that you were at the
16   US EPA?
17     A    Correct.
18     Q    Okay.  So let's just go through each one
19   of the positions you held briefly.
20         So you started out in the Registration
21   Division; is that correct?
22     A    That's correct.
23     Q    Okay.  And what were your duties and
24   responsibilities pursuant to that position?

Page 19

1      A    In the Registration Division, I started
2    out as a product chemist.  I reviewed chemistry
3    data that was submitted from registrants to
4    applicants when applying for their EPA
5    registrations or to amend their registrations.
6      Q    So when you say "chemistry data," what
7    does that mean in layman's terms?
8      A    Chemistry data, EPA has a set of data
9    requirements for someone who is trying to obtain
10   an EPA registration, product chemistry, acute
11   toxicity, so forth.  My responsibility was to
12   review the product chemistry data that was
13   submitted from these companies.
14         And product chemistry data, there are
15   specific product chemistry guidelines.  Those data
16   requirements consist of letting the EPA know
17   everything that is in the product, how the product
18   is made, the manufacturing process.  There are
19   what's called Group A and Group B chemistry
20   requirements.  Group B chemistry requirements are
21   physical chemistry requirements, melting point,
22   boiling point, viscosity.  So I was responsible
23   for reviewing those types of data.
24     Q    Okay.  So I'm somebody that avoided

Page 20

1    science at all costs.  So let's maybe break that
2    down a little bit.
3      A    Mm-hmm.
4      Q    So you would get from companies seeking
5    to register their products with EPA kind of a
6    dataset of various kind of -- how would I describe
7    it -- chemistry-related data points?
8      A    Yes.
9      Q    Is that fair?  Okay.
10         And those would be, as you said, sort of
11   boiling point --
12     A    Boiling point, melting point, viscosity,
13   storage stability.  Those are some of the physical
14   chemical characteristics.  And then they would
15   also tell EPA how the product is made.  There are
16   specific data requirements, such as the beginning
17   materials, where they even source those beginning
18   materials, the manufacturing process.  They tell
19   EPA how the product is made.
20         There is a confidential statement of
21   formula.  EPA is well aware of all the ingredients
22   in the formulation.  There is a data requirement
23   called Submittal of Samples where EPA can request
24   samples of the product.

Page 21

1         So I reviewed product chemistry data for
2    active ingredients and product chemistry data for
3    end-use products, because there are data
4    requirements for both.
5      Q    Okay.  Now, one of the things that you
6    just mentioned there was the beginning
7    materials --
8      A    Yes.
9      Q    -- that were used.
10         Now, for that data point, you would rely
11   on the manufacturer to provide you with the source
12   of the materials used in the product?
13     A    Yes.
14     Q    Now, anything else that you did as part
15   of the -- the Registration Division?
16     A    As part -- so after being a product
17   chemist, I was also a team leader within the
18   Registration Division, and at that point I was
19   still working with chemistry data.  I was also
20   working on approving inert ingredients.  And so I
21   reviewed data submitted also on inert ingredients
22   in pesticide formulations.  And also then I became
23   an acting branch chief for a period of time.
24     Q    Okay.  Let's go back to the inert

6 (Pages 18 to 21)

Confidential - Connie B. Welch, DMin

Page 22

1  ingredients for a minute.  You said that you
2  reviewed data submitted by the chemical companies
3  on the inert ingredients.
4      A   Yes.
5      Q   Okay.  So once again, you were relying
6  on the chemical companies to provide you with the
7  data that they had for those inert ingredients; is
8  that fair?
9          MR. RUBIN:  Objection to the form of the
10  question.  I think it misstates her prior
11  testimony.  But --
12         THE WITNESS:  Restate your question.
13         MR. WOOL:  Can you read the question
14  back, please.
15         (Whereupon, the requested record
16         was read.)
17         THE WITNESS:  Let me step back just a
18  second.
19         EPA -- just as EPA has data requirements
20  for pesticide products, you know, to be registered
21  for active ingredients and inert ingredients in
22  each formulation, EPA also has data requirements
23  for inert ingredients to be approved -- to be used
24  in pesticide formulations.

Page 23

1          So at that time there were data
2  requirements already in place for inert
3  ingredients, and we would again review data that
4  was submitted by the applicant for reviewing inert
5  ingredients, but also at that time we could also
6  rely on information that was within other offices
7  in EPA as well as EPA's databases.
8  BY MR. WOOL:
9      Q   Okay.  So when you say you were
10  reviewing data --
11     A   Yes.
12     Q   -- what were you trying to accomplish in
13  your review?
14     A   Well, in reviewing data, what we would
15  do is we would review the information and make a
16  determination whether it was -- whether we would
17  approve it for use in pesticide formulations.
18     Q   When you say whether you would approve
19  it for use in pesticide formulations, what was the
20  criteria for approval for use, if you recall?
21     A   There were criteria.  There were data
22  requirements that were well known even at that
23  time for what's -- what EPA requires in order to
24  approve an inert ingredient, whether it was food

Page 24

1  use or non-food use.  And we had a team of various
2  scientists.  So if there were different types of
3  data to come in, those scientists would review
4  that data.
5      Q   Okay.  So you described two categories,
6  food use and non-food use, correct?
7      A   Yes.
8      Q   Okay.  And was the criteria different
9  for each of those categories?
10     A   It was a little different.  It was --
11  now we're going back some years, so I can't
12  remember off the top of my head, but --
13     Q   Right.  So, and -- and, you know, this
14  isn't a memory test.
15     A   Yeah, thank you.
16     Q   If you don't remember or anything like
17  that, that's fine.
18         Do you recall whether you worked
19  predominantly -- or strike that.
20         Was -- for your position within the
21  Registration Division, were EPA employees split
22  between sort of the food use and non-food use
23  sections?
24     A   In the -- I'm sorry, repeat that again.

Page 25

1      Q   Well, did -- okay.  So for people who
2  reviewed inert ingredients under the -- sort of
3  the broad category of food use, did those people
4  also review products that were not for food use as
5  well?
6      A   There was a -- there was a team of
7  inert -- of people that worked with inerts, and so
8  this same team reviewed inert ingredients, whether
9  it was for food use or non-food use.
10     Q   Okay.  And my apologies, because I don't
11  think I phrased my question well.
12         In approving the inert ingredients, at
13  this time working in the Registration Division,
14  were you making safety determinations as to those
15  inert ingredients?
16         MR. RUBIN:  I'm just going to object to
17  the form of the question.  It's vague as to when
18  you said "when you were approving."  I'm not sure
19  if you mean Dr. Welch or EPA.
20         But if you understand the question, you
21  can go ahead.
22         THE WITNESS:  As I stated, I worked with
23  a team of people, so my expertise even then was
24  still chemistry.  Again, the same chemistry data

7 (Pages 22 to 25)

Confidential - Connie B. Welch, DMin

Page 26

1 requirements, submitting product chemistry on that
2 inert ingredient. So we had a team at that time.
3 If it was toxicology, a toxicologist would take a
4 look at it. So depending on where that inert
5 ingredient was being used and what type of
6 formulation, there were people there to review
7 that type of data.
8      So my role with that particular -- in
9 that particular position was more of coordination.
10 BY MR. WOOL:
11     Q So would it be fair to say that you
12 would not characterize your role in that position
13 as one that made safety determinations as to inert
14 ingredients?
15     A Again, my role was really as
16 coordination. I reviewed product chemistry data,
17 because that was still -- you know, I was a
18 chemist still at that time and I was in the
19 chemistry section, so that's what I did.
20     Q Okay. So I'm not sure that you answered
21 my question, and maybe that's because I phrased it
22 poorly.
23     I guess at this -- at that time when you
24 were working in the Registration Division, as it

Page 27

1 pertained to inert ingredients, would you
2 characterize your role as making safety
3 determinations?
4     MR. RUBIN: Just the same minor
5 objection about when you say "you," who -- who is
6 that referring to?
7     But go ahead -- if you can answer, go
8 ahead.
9     MR. WOOL: Well -- and to clarify, when
10 I say "you," I'm talking about your role
11 specifically, not EPA overall.
12     MR. RUBIN: Okay, thank you.
13     MR. WOOL: If that clarifies the
14 question.
15     THE WITNESS: Yes, it does. Thank you.
16 So, again, my role was coordination amongst the --
17 you know, amongst the members. I still -- my role
18 was in chemistry, so I reviewed chemistry data.
19 So my role was -- coordinating the data was almost
20 as if, when I was a product manager, we'll discuss
21 that, we were reviewing data. The data was sent
22 to or reviewed by a specific person with that
23 expertise. And that was my role.
24 BY MR. WOOL:

Page 28

1     Q Okay. And we talked about your role as
2 it pertained to inert ingredients at the
3 Registration Division.
4     While you were at the Registration
5 Division from approximately 1988 to '95, were you
6 also working with active ingredients?
7     A Yes.
8     Q Okay. And what was your role with
9 respect to active ingredients?
10     A With respect to active ingredients, I
11 was responsible for reviewing product chemistry
12 data.
13     Q Did your role as it pertained to active
14 ingredients differ in a meaningful way than your
15 role pertaining to inert ingredients?
16     A It was still reviewing product chemistry
17 data. So product chemistry data is required for
18 active ingredients, for end-use formulations, and
19 there -- even then there were some still product
20 chemistry data requirements.
21     So my role was the same. Whether it was
22 an -- active ingredients or end-use formulation, I
23 would apply the regulations to, you know, what's
24 required for -- to register that pesticide

Page 29

1 product.
2     Q And what regulations were you applying
3 at that time?
4     A EPA's regulations for data requirements
5 for pesticide registration, 40 CFR Part 158.
6     Q And then from the Registration Division,
7 you went on to become a product manager?
8     A Yes.
9     Q Okay. And I said from the Registration
10 Division. You were still a product manager within
11 the Registration Division.
12     A Within the Registration Division, that's
13 correct.
14     Q And how did your responsibilities differ
15 when you became a product manager?
16     A As a product manager, I was -- the first
17 point of contact when data would come into EPA in
18 support of a pesticide product registration, and
19 then it was my or my team members' responsibility
20 to forward that data to the appropriate scientists
21 for review. And so data would come in and we
22 would forward it to the appropriate scientific
23 discipline areas for review.
24     Q So help me sort of understand that. If

8 (Pages 26 to 29)

Confidential - Connie B. Welch, DMin

Page 30

1    I understand you correctly, when you said that you
2    were the first point of contact, part of that role
3    encompassed determining who needed to review what
4    aspects of a product's chemistry; is that correct?
5        A   Yes.
6        Q   And so what types of other scientists,
7    if you will, did you -- did you have to
8    determine -- strike that.
9            So a registrant would submit a product
10   to you, and then you would, in essence, determine
11   what scientists needed to review what; is that
12   correct?
13           MR. RUBIN:  Just objection.  The form of
14   the question is vague as to submitting a product.
15           But if you can answer the question, go
16   ahead.
17           THE WITNESS:  And restate your question.
18   BY MR. WOOL:
19       Q   Sure.  So in your role as a product
20   manager, a registrant would submit product
21   information to you, and it would be your role to
22   determine who then needed to review that
23   particular dataset.
24       A   So step back.  As a product manager,

Page 31

1    when someone is applying for an EPA registration,
2    all right, as I stated, there are data
3    requirements for active ingredients and end-use
4    formulations.  And so if it was a product that was
5    under my purview, then the company or applicant
6    would submit the required data along with the
7    application form, necessary administrative
8    documents.  It would come to my attention as the
9    product manager for those particular types of
10   products.
11       Q   And in your role as a product manager,
12   did you have direct communications with the
13   companies that were attempting to register
14   products?
15       A   Yes.
16       Q   At that point in time, did you ever have
17   any communications with Monsanto Company?
18       A   Not that I recall.
19       Q   Is it possible that you had
20   communications directly with Monsanto Company at
21   that time?
22       A   Not that I recall, because as a product
23   manager, my products were fungicides.
24       Q   Okay.  So I asked a slightly different

Page 32

1    question.  I asked is it possible that you had
2    communications with Monsanto between 1995 and 1997
3    as a product manager in the Registration Division?
4            MR. RUBIN:  Objection to the form of the
5    question, asked and answered.
6            THE WITNESS:  Again, I -- I don't -- I
7    don't recall having any communications with
8    Monsanto as a product manager, no.
9    BY MR. WOOL:
10       Q   Again, a slightly different question.
11           What I'm asking you -- so let me step
12   back for a minute.  I understand that this is
13   sometime ago and you don't remember --
14       A   Right.
15       Q   -- necessarily.
16           My question is, is it possible that you
17   had communications with Monsanto between '95 and
18   '97 as a product manager?
19           MR. RUBIN:  Same objection, and asked
20   and answered.
21           THE WITNESS:  Yeah, I have to say again,
22   I -- I don't recall having any communications with
23   Monsanto.  My products were all fungicides.
24   BY MR. WOOL:

Page 33

1        Q   All right.  And then from there as a
2    product manager, you went on to become regulatory
3    branch chief.  Is that correct?
4        A   Yes.
5        Q   And what were your role -- strike that.
6            What was your role as a regulatory
7    branch chief?
8        A   As a regulatory branch chief in the
9    antimicrobials division, I was again responsible
10   for the regulatory oversight of pesticide products
11   that were within my jurisdiction within that
12   branch.  I managed two product managers and a
13   chemical review manager, because in that branch we
14   were also responsible for the reregistration of
15   all antimicrobial pesticide products, active
16   ingredients and -- and end-use formulations.
17       Q   And was your role as the regulatory
18   branch chief limited to antimicrobial products?
19       A   Yes.
20       Q   Did you ever deal with any
21   non-antimicrobial products in your capacity as
22   regulatory branch chief, if you recall?
23       A   No, not that I recall.
24       Q   Now, the second bullet point under

Page 34

1    "Regulatory Branch Chief" states: "Supervised a
2    diverse team of managers, scientists, regulators
3    and clerical staff."
4         Did I read that correctly?
5         A   Yes.
6         Q   So what types of scientists were you
7    managing at this juncture?
8         A   At this juncture we were responsible for
9    the registration of, as I said, the antimicrobial
10   chemicals within my branch.
11        And let me step back a second because,
12   as you'll see in my resume where I have
13   "registration of antimicrobial or antibacterial
14   chemicals," there are some, just to let you know,
15   that do have agricultural uses, industrial,
16   hospitals, homeowner use.
17        I just want to make sure that's --
18   that's clear.
19        Q   Yeah.
20        A   Because some had dual uses,
21   antimicrobial and -- and conventional chemicals.
22        So stepping back again, okay, so I had a
23   team of folks who were responsible, an
24   interdisciplinary team of scientists responsible

Page 35

1    for the reregistration of all the active -- the
2    antimicrobial active ingredients that were within
3    our jurisdiction.  So there were toxicologists,
4    residue chemists, exposure assessors, regulatory
5    staff, and clerical.
6         Q   And while you were regulatory branch
7    chief at EPA from 1997 through 2005, did you ever
8    have any direct interactions with Monsanto
9    Company?
10        A   No, I don't recall.  No.
11        Q   So, no, you didn't or --
12        A   I did not.  Sorry.  I did not.
13        Q   Okay.  Let's see.  And then in March of
14   2005 you left EPA, correct?
15        A   Yes, I did.
16        Q   Any particular reason?
17        A   I left EPA because I was employed by
18   ChemReg International.
19        Q   Okay.  You can put that -- well, you
20   might want to keep that handy.
21        But let me just ask you this:  Since
22   leaving EPA, and prior to your retention as an
23   expert in this case, had you ever been hired as a
24   consultant by Monsanto Company?

Page 36

1         A   No, not by Monsanto.
2         Q   Did you ever do any work in your various
3    roles since leaving EPA on any Montana products
4    that you're aware of?
5         A   No.
6         Q   Have you worked as a consultant for a
7    company called BASF?
8         MR. RUBIN:  Let me just interpose one
9    quick objection.  To the extent that information
10   being asked about your work might reveal
11   confidential communications, I just caution you
12   about that.
13        THE WITNESS:  Okay.  Repeat the
14   question.
15   BY MR. WOOL:
16        Q   Have you ever worked as a consultant for
17   a company called BASF?
18        A   I'm not able to reveal our clients.
19        Q   And is that because there's a
20   confidentiality agreement?
21        A   Right.  Yes.
22        Q   So sitting here today, you wouldn't be
23   able to tell me which companies you have done
24   consulting work for due to confidentiality

Page 37

1    agreements?
2         A   That's right.
3         Q   Fair to say that you have worked as a
4    consultant for a number of different chemical
5    companies?
6         A   Fair to say, yes.  Yes.
7         Q   More than 10?
8         A   Yes.
9         Q   More than 20?
10        MR. RUBIN:  Objection to the extent you
11   are asking the witness to -- to guess.
12        THE WITNESS:  Yeah, I can't say the
13   number, exact number.
14   BY MR. WOOL:
15        Q   Now, actually, let's sort of go back to
16   your resume for a minute.
17        So in your capacity as a global
18   regulatory consultant for ChemReg International,
19   did you ever do any work for a chemical company
20   involving the warnings that were contained on a
21   product label?
22        MR. RUBIN:  I'm sorry.  Could you just
23   repeat the question or just have her read it back.
24   I want to make sure I --

10  (Pages 34 to 37)

Confidential - Connie B. Welch, DMin

Page 38

1    (Whereupon, the requested record
2    was read.)
3    MR. RUBIN:  Thank you.
4    THE WITNESS:  So, okay, again, EPA has
5    the, you know, data requirements, a prescribed set
6    of data requirements for pesticides, for
7    registration.  All right.  Within those data
8    requirements are acute toxicity data requirements,
9    and the acute toxicity data requirements form the
10   language that EPA requires on a pesticide label
11   the results of those studies.  It's in EPA's
12   regulations there are certain prescribed
13   statements that are required to be on a pesticide
14   label, and these statements are as as a result of the
15   acute toxicity tests.
16        So as a consultant, we helped our
17   clients with their labels and getting their
18   products registered.
19   BY MR. WOOL:
20   Q   Just so we're on the same page, what do
21   you mean when you say "acute toxicity"?
22   A   There are -- as I said, there are data
23   requirements within EPA's regulations.  There are
24   what's called a six pack.  They are acute oral,

Page 39

1    acute dermal, acute inhalation, primary eye test,
2    a primary irritation test, a skin sensitization
3    test.  And these tests are conducted by the
4    applicants when applying for a pesticide -- a
5    pesticide registration.
6    Q   Okay, right.  But when you say "acute
7    toxicity," there are other measures of -- or
8    strike that.
9        When you say "acute toxicity," that is
10   not the only form of toxicity, so to -- so to
11   speak, correct?
12   A   No, EPA has -- again, EPA has, you know,
13   a set of data requirements, so this is just one
14   set of data requirements.  EPA has over 120
15   studies plus that are required for pesticide
16   registration application.
17   Q   So let me just ask you this:  Since
18   leaving EPA and starting work in the private
19   sector, have you worked with chemical companies'
20   efforts to get their product labels approved by
21   EPA?
22   A   Well, again, as stated, because we are
23   assisting them in their EPA registration, with the
24   EPA registration there are data requirements as

Page 40

1    well as -- EPA dictates what goes on the label.
2    So a company when applying for a registration
3    application submits a proposed label, and then,
4    yes, we assist our clients in -- in either helping
5    them with the label or making sure that it meets
6    EPA's regulations.
7    Q   So a client will come to you and say,
8    This is what we think the label should say, do you
9    think EPA will approve it?
10   A   A client will come to us.  They -- they
11   are trying to register their product.  They know
12   that they have to have a proposed label.  We
13   review that label, make sure that it meets EPA
14   requirements.  EPA has not only, of course, its
15   guidelines for what should be required -- what is
16   required on the label, and what they will and will
17   not allow on the label.  EPA also has a label
18   review manual.  So we -- we help our clients in
19   making sure that that label meets EPA
20   requirements.
21   Q   Okay.  So let me break that down really
22   quickly.  So the first principle that I wanted to
23   ask you about, and this is my question is that the
24   client initially drafts the label, correct?

Page 41

1    A   The client initially drafts the label --
2    well, we actually may assist our clients in
3    drafting a label.
4    Q   Okay.  And then either -- strike that.
5        And then either the client drafts the
6    label and gives it to you, or you assist with
7    drafting the label, and then you take a look at
8    that label to make sure it meets EPA requirements?
9    A   That's right.
10   Q   And what goes into making that
11   determination?
12   A   We look at the label.  Again, EPA's
13   labeling comes from the acute toxicity data
14   requirements.  So we would need to see the data
15   that is on -- done on their product to make sure
16   that the set of prescribed statements according to
17   the data are on the label.
18        EPA has a label review manual where it
19   gives guidance as to what it will and will not
20   allow on a label.  So we follow EPA's regulations.
21   Q   Now, you described, I think you called
22   it, a six pack of data.  Was that the term you
23   used?
24   A   Yes.

Confidential - Connie B. Welch, DMin

Page 42

1    Q   And that six pack is six subspecialties
2  of science.  Did I understand that correctly?
3    A   That's a -- that's a subset -- as I
4  said, EPA has 120-plus studies required for
5  pesticide registration application.  That's just
6  one subset of acute toxicity requirements.
7    Q   Okay.  And within that -- that one
8  subset, there are six different components of
9  that.  Is that right?
10   A   Of that subset.
11   Q   Okay.  And are you able to review within
12 that -- that subset all of the different kind of
13 genres of information that an applicant is
14 providing?
15       MR. RUBIN:  Objection to the form of the
16 question.  Vague.
17       MR. WOOL:  Strike that.  Let -- yeah,
18 let me rephrase the question.
19 BY MR. WOOL:
20   Q   So, for example, you mentioned acute
21 toxicity.  I think maybe, let's see, dermal
22 absorption or something to that effect.
23       So -- so what I'm trying to get at is,
24 it would seem that you would need to have a wealth

Page 43

1  of scientific knowledge to be able to review all
2  of the -- the data to make sure it complies with
3  EPA regulations.  Is that fair?
4        MR. RUBIN:  Objection to the form of the
5  question.
6        THE WITNESS:  Are you -- can you
7  restate?  Are you saying -- can you restate?
8  BY MR. WOOL:
9    Q   Yeah, yeah.  So -- so what I am asking
10 is, are you reviewing the scientific studies that
11 a pesticide manufacturer has conducted themselves?
12   A   In my current role?
13   Q   Yes.
14   A   I myself -- as I said, I'm
15 vice president at toXcel, so we have a staff -- we
16 have a staff of board-certified toxicologists,
17 veterinary medicine, a doctor, so they review the
18 acute toxicity data that is submitted to us, you
19 know, on behalf of our clients if we're trying to
20 put a package together to submit to EPA.
21   Q   Okay.  So I think you -- you answered
22 my -- my question.
23       What I was getting at is sort of in your
24 capacity as a private sector consultant since

Page 44

1  leaving EPA, you are not reviewing, for example,
2  rodent cancer bioassays?
3    A   I am not.
4        MR. RUBIN:  Objection to the form of the
5  question.
6  BY MR. WOOL:
7    Q   And I -- I don't know if I caught your
8  answer.
9    A   Repeat it.
10   Q   Yeah.  So -- so I was asking if -- if
11 you in your capacity as a private consultant for
12 chemical companies are actually reviewing rodent
13 carcinogenicity bioassays.
14   A   In my --
15       MR. RUBIN:  Objection.  Lack of
16 foundation.
17       THE WITNESS:  In my current capacity?
18 BY MR. WOOL:
19   Q   In any of the roles that you -- that
20 you've had since leaving EPA.
21   A   No.  My -- well, since I've left EPA, my
22 role is as a regulatory consultant, and my -- my
23 background is chemistry.
24   Q   Okay.  Now, prior to being retained as

Page 45

1  an expert in this litigation, did you know any
2  Monsanto employees?
3        MR. RUBIN:  I would object to the form
4  of the question as to vague.
5        At any time, Counsel?
6        MR. WOOL:  Let's say current Monsanto
7  employees.
8        MR. RUBIN:  I'm sorry.  When you say
9  current, I mean, she's had several different
10 roles, and --
11       MR. WOOL:  Right, so --
12       MR. RUBIN:  I'm trying to fix a date in
13 time.
14 BY MR. WOOL:
15   Q   So I'm asking you, prior to being
16 retained by the Hollingsworth law firm in this
17 litigation, did you know and -- or do you know
18 anybody who is currently employed by Monsanto
19 Company?
20   A   From my time at EPA all the way up until
21 now?  Are you -- I don't understand.
22   Q   I'm just asking if you know anybody
23 that -- that currently works at Monsanto Company,
24 that you're aware of.

12 (Pages 42 to 45)

Confidential - Connie B. Welch, DMin

Page 46

1    A   Yeah, I -- I may know of one.
2    Q   Who is that?
3    A   I don't even know if they are there.
4  The person that I'm thinking of, his name is Greg
5  Watson.  I don't even know if he's at Monsanto or
6  not.
7    Q   Now, I think I asked you this, but
8  during your 17-year career at EPA, I believe you
9  said that you were not involved with any Monsanto
10 Company products.
11   A   Not that I recall.
12   Q   Is it common for EPA employees to go on
13 to work in the private sector?
14       MR. RUBIN:  Objection to the form of the
15 question.
16       THE WITNESS:  Can you restate the
17 question?
18 BY MR. WOOL:
19   Q   Yeah.  So you worked at EPA for -- for
20 17 years, right?
21   A   Right.
22   Q   Okay.  And you obviously met and knew a
23 lot of people at EPA over that time.  Correct?
24   A   Yes.

Page 47

1    Q   Did a lot of those people go on to work
2  in the private sector?
3        MR. RUBIN:  Same objection.  It's vague.
4        THE WITNESS:  I don't know if I would
5  say a lot of people go on.  It's not uncommon.
6  BY MR. WOOL:
7    Q   Okay.  Let's sort of move on from that
8  for now.
9        So this is your first deposition ever,
10 correct?
11   A   Yes.
12   Q   Okay.  When did you first start to
13 prepare for today's deposition?
14   A   So a few months ago.
15   Q   Okay.  And what did you start doing to
16 prepare?
17   A   I reviewed the regulatory history.  I
18 reviewed EPA documents on their review of
19 glyphosate.
20   Q   So -- so I guess you're describing what
21 you did to -- to kind of write your report.
22   A   Yes.
23   Q   since writing your report, after you
24 submitted that and all that was finished, what

Page 48

1  have you done since then to prepare for today's
2  deposition?
3    A   I have read my report, reviewed it
4  several times, had discussions with counsel.
5    Q   Since submitting your expert report,
6  when did you first discuss today's deposition with
7  counsel apart from logistic discussions?
8        MR. RUBIN:  Can I just get a
9  clarification?
10       MR. WOOL:  Yes.
11       MR. RUBIN:  Discussing that she was
12 going to be deposed or the date?  I'm just trying
13 to make sure we have a clean record.
14 BY MR. WOOL:
15   Q   I'm asking for the first, say,
16 substantive conversation about the deposition
17 apart from, say, scheduling, letting you know
18 you're going to be deposed, et cetera.
19   A   Timewise, I don't understand.  Since the
20 report?
21   Q   Yes.
22   A   So can you go back -- step back a
23 second?
24       MR. RUBIN:  Do you want to look at the

Page 49

1  date of your report to give you a little comfort
2  here as to what he's talking about?
3        THE WITNESS:  So since the report, we've
4  had meetings, just discussing that I would be
5  deposed, maybe types of questions, logistics, as
6  you say.
7  BY MR. WOOL:
8    Q   Let me stop you there.  I don't want you
9  to tread into anything that -- that counsel may
10 have --
11   A   Yeah.
12   Q   -- told you about the types of
13 questions.  I'm just asking a more general --
14   A   Okay.
15   Q   -- question as to time frame.
16   A   Okay.  Okay.  So time -- time frame as
17 far as?
18   Q   Well, I would presume that you met with
19 counsel in the past couple of days in anticipation
20 of today's deposition; is that correct?
21   A   Yes.
22   Q   Now, when did -- well, when did you
23 first meet with counsel about today's deposition?
24   A   Since the report?

13 (Pages 46 to 49)

Confidential - Connie B. Welch, DMin

Page 50

1    Q   Since the report.
2    A   That would have been December -- let me
3  step back.
4        I would have to look at a calendar, but
5  I believe we met on the 10th and 11th, if I'm not
6  mistaken. Mm-hmm.
7    Q   And did you meet with counsel yesterday
8  to prepare for today's deposition?
9    A   Yes. Oh, yes.
10   Q   Did you meet with counsel on Sunday to
11 prepare for today's deposition?
12   A   No.
13   Q   Did you meet with counsel last week to
14 prepare for today's deposition?
15   A   Yes.
16   Q   How many times did you meet with counsel
17 last week to prepare for today's deposition?
18   A   Three days.
19   Q   Do you recall which days?
20   A   Monday -- oh, no -- Tuesday, Wednesday,
21 Thursday.
22   Q   Do you recall approximately how much
23 time you spent, say, Monday of last week preparing
24 for today's deposition?

Page 51

1    A   Several hours. Yeah, Monday -- Monday
2  would be several hours.
3    Q   Same for Tuesday and Wednesday?
4        MR. RUBIN: Can we -- let's just be
5  clear. You talked about Monday. I'm not trying
6  to interrupt, but let's take a step back. I
7  believe you said Tuesday, Wednesday.
8        THE WITNESS: Monday, Tuesday and
9  Wednesday.
10       MR. RUBIN: Not Monday. Sorry. Maybe
11 we should have it read back. I want to be clear
12 on the days.
13       MR. WOOL: You know, maybe what we'll do
14 is we'll just see if we can get the -- the
15 invoices and we can address that then.
16       MR. RUBIN: Counsel, we've been going
17 about 50 minutes.
18       MR. WOOL: Yeah, we can --
19       MR. RUBIN: If you're going to switch,
20 this may a good time to take a short break.
21       MR. WOOL: Yeah, this would be a good
22 time for a break.
23       MR. RUBIN: Okay.
24       THE VIDEOGRAPHER: We are going off the

Page 52

1  record at 9:52. This ends media unit number 1.
2        (Recess.)
3        THE VIDEOGRAPHER: We are back on the
4  record at 10:04 a.m. This begins media unit
5  number 2.
6        (Welch Exhibit No. 4 was marked
7        for identification.)
8  BY MR. WOOL:
9    Q   All right, Dr. Welch, I'm handing you
10 what I have marked as Exhibit 4, which I believe,
11 absent one study, is a complete copy of your
12 materials considered list.
13       And so the record is clear, prior to
14 today's deposition I was handed a copy of a
15 July 22nd, 1996, EPA memorandum or letter to
16 Mr. Roger Folk, which does not appear on
17 Exhibit 4.
18       Okay. So absent this document, is
19 Exhibit 4 a complete and accurate list of all of
20 the articles, studies and materials you considered
21 in forming your opinions for this case?
22   A   Yes.
23   Q   And are you familiar with all of the
24 articles and materials contained within Exhibit 4?

Page 53

1    A   I have reviewed all of them.
2    Q   Were any of these articles provided to
3  you by Monsanto Company? And when I say "Monsanto
4  Company," I mean including its counsel.
5    A   Yes.
6    Q   How did you go about determining which
7  articles to include in Exhibit 4?
8    A   These articles were given to me by
9  counsel.
10   Q   Did Monsanto provide any summaries of
11 any articles for you?
12   A   I'm sorry. The question --
13       MR. RUBIN: Can we just be clear about
14 the use of the word "Monsanto" as compared with --
15 BY MR. WOOL:
16   Q   Right. So when I --
17       MR. RUBIN: -- Hollingsworth.
18 BY MR. WOOL:
19   Q   Yes, when I say "Monsanto Company," I
20 mean that to include its lawyers, whether they're
21 at Hollingsworth, Arnold & Porter or any other law
22 firm.
23       Do you understand that?
24       MR. RUBIN: Well, I'm going to object to

14 (Pages 50 to 53)

Confidential - Connie B. Welch, DMin

Page 54

1    that because they are two separate entities,
2    Monsanto and her attorneys. I think we want to be
3    clear that it's not an overall definition of who
4    provided information. I think that's an important
5    distinction to make here.
6    BY MR. WOOL:
7        Q    Okay. Well, let me just ask this: So I
8    understand that some of the materials contained in
9    Exhibit 4 were provided to you by counsel. Is
10   that fair?
11       A    That's right, yes.
12       Q    And were some of them also provided to
13   you by Monsanto Company independent of counsel?
14       A    No.
15       Q    Okay. So when you said the articles
16   were provided to you by Monsanto Company, you
17   meant Monsanto Company's attorneys, correct?
18       A    Hollingsworth.
19       Q    Just Hollingsworth, no other law firm?
20       A    These were provided to me by
21   Hollingsworth.
22       Q    Okay. And just so I'm clear, there are
23   no articles on this list that were provided to you
24   by anybody other than the Hollingsworth law firm.

Page 55

1        A    That's correct.
2        Q    Did anybody provide you with any
3    summaries of any articles?
4        A    I don't understand.
5        Q    Well, some of these articles are pretty
6    lengthy, right? Did -- did anybody provide you
7    with summaries, you know, kind of guides or
8    anything like that to any of the materials
9    contained in Exhibit 4?
10       MR. RUBIN: Objection. Asked and
11   answered.
12       THE WITNESS: Yeah.
13       MR. RUBIN: Well, wait a minute. Let's
14   read back the question and let's make clear what
15   you're answering here.
16   BY MR. WOOL:
17       Q    Right. So let me just ask you this:
18   Did anybody summarize any of these articles for
19   you?
20       A    Oh, no, this -- this was what I
21   reviewed.
22       Q    Okay.
23       A    Okay.
24       Q    All of these articles in their entirety,

Page 56

1    correct?
2        A    Right.
3        Q    Okay. I just wanted to make sure of
4    that.
5            And as you sit here today, the only
6    article -- strike that.
7            As you sit here today, Exhibit 4 is a
8    complete list of everything that you have reviewed
9    and considered in forming your opinions, except
10   for this document that was provided to me by
11   counsel?
12       A    Correct.
13       Q    Okay.
14       MR. RUBIN: Can -- can -- you want to
15   show it to her?
16   BY MR. WOOL:
17       Q    Yeah, and you can take a look at that.
18       MR. RUBIN: Do you want to mark it or
19   just show it to her for now?
20       MR. WOOL: Yeah, we can just mark it as
21   No. 5.
22       MR. RUBIN: Okay.
23       She wants to put a sticker on it.
24       THE WITNESS: Oh, yes.

Page 57

1            (Welch Exhibit No. 5 was marked
2            for identification.)
3    BY MR. WOOL:
4        Q    And so with the addition of Exhibit 5 --
5    or strike that.
6            Exhibits 4 and 5, in combination, are
7    the complete universe of documents that you
8    reviewed in forming your opinions specific to this
9    case?
10       A    Yes, it is.
11       Q    Okay. Did the Hollingsworth law firm
12   provide you with all the articles that you asked
13   for in forming your expert opinions?
14       A    Yes.
15       Q    You did not ask for any articles that
16   were not provided to you, correct?
17       A    Correct.
18       Q    Did you ask for any documents that were
19   not provided to you?
20       A    Yes. This being one of them.
21       MR. RUBIN: Wait a minute. Let's read
22   back the question.
23       MR. WOOL: So I'm asking --
24       MR. RUBIN: You need to pay very close

15 (Pages 54 to 57)

Confidential - Connie B. Welch, DMin

Page 58

1    attention --
2         THE WITNESS:  Okay.
3         MR. RUBIN:  -- to what he just asked.
4         THE WITNESS:  Okay.
5         MR. RUBIN:  Please read it back.
6         THE WITNESS:  Okay.
7         (Whereupon, the requested record
8         was read.)
9         THE WITNESS:  Oh.  No.
10   BY MR. WOOL:
11        Q    Okay.  That --
12        A    Okay.  I'm sorry.
13        Q    -- makes it easier.
14        All right.  You can put both of those to
15   the side just for now.
16        Prior to being retained by the
17   Hollingsworth law firm, had you performed any
18   research on glyphosate?
19        A    No, I had not.
20        Q    Did you have an opinion pertaining to
21   the EPA's handling of glyphosate prior to being
22   retained as an expert in this case?
23        A    No.
24        MR. RUBIN:  Objection to the form of the

Page 59

1    question, but -- okay.  You've answered.
2    BY MR. WOOL:
3         Q    Did you have any opinion as to EPA's
4    handling of the registration process for
5    glyphosate-based formulations prior -- prior to
6    being retained as an expert in this litigation?
7         MR. RUBIN:  Objection to the form of the
8    question.
9         THE WITNESS:  Prior to being retained,
10   no, I did not.
11   BY MR. WOOL:
12        Q    Let me ask you this:  Prior to being
13   retained, did you know what glyphosate was?
14        A    Yes.
15        Q    And I assume you also knew what Roundup
16   was prior to being retained as an expert, correct?
17        A    Yes.
18        Q    Have you ever published anything related
19   to glyphosate or glyphosate-based formulations
20   prior to being retained as an expert?
21        A    No, I have not.
22        Q    Do you have any opinion on the
23   carcinogenicity of glyphosate?
24        MR. RUBIN:  Objection to the form of the

Page 60

1    question as vague.
2         THE WITNESS:  Can you restate the
3    question?
4    BY MR. WOOL:
5         Q    Let -- fair objection.
6         Do you intend to offer an opinion to the
7    jury as to the carcinogenicity of glyphosate?
8         A    I intend to offer the jury, based on my
9    review, my experience being at EPA for 17 years,
10   my experience in the registration process, in the
11   regulations, I intend to offer an opinion based on
12   that and my review of EPA's very thorough review
13   of glyphosate.
14        Q    So do you intend to tell the jury that
15   glyphosate is not carcinogenic?
16        A    I intend to tell the jury, again based
17   on my review of EPA's -- EPA documents since 1974,
18   the reregistration, the ongoing registration
19   review of glyphosate, and based on these formal
20   documents that EPA has published, that EPA has
21   made a determination that glyphosate is not
22   carcinogenic.
23        So based on my review of EPA's
24   assessment, EPA's documents, and my 17 years at

Page 61

1    EPA, and my experience in the registration
2    process, I intend to tell the jury that I agree
3    with the EPA's assessment that glyphosate is not
4    carcinogenic.
5         Q    So you intend to tell the jury that you
6    agree with EPA's determination?
7         A    Yes.
8         Q    Do you intend to offer an opinion to the
9    jury that Roundup is not carcinogenic?
10        A    I -- I will offer to the jury, again
11   based on my review of EPA's documents, EPA's
12   assessment of glyphosate, EPA discusses in one of
13   its documents, and I have written it in my report,
14   that it also has considered glyphosate-based
15   formulations in its assessment, I intend to offer
16   to the jury that glyphosate and glyphosate-based
17   formulations are not carcinogenic based on EPA's
18   review.
19        Q    You just -- in your answer, you said
20   that EPA discusses in one of its documents, and
21   that question was pertaining to glyphosate-based
22   formulations, which document are you referring to
23   that -- that you referenced in that answer, if you
24   know, regarding the carcinogenicity of

16 (Pages 58 to 61)

Confidential - Connie B. Welch, DMin

Page 62

1  glyphosate-based formulations?
2      A   If you will allow me, let me go to my
3  report.
4          MR. RUBIN:  Take your time.
5          THE WITNESS:  (Peruses document.)  On
6  page 11 -- that paragraph actually starts at the
7  bottom of page 10, number 30.  It reads: "As
8  addressed below, EPA's OPP has conducted numerous
9  reviews of glyphosate over the 40-plus years of
10  the herbicide's use.  EPA first registered
11  glyphosate for use in the United States in 1974.
12  In 1993, EPA reregistered glyphosate (based on a
13  statutory amendment that required all pesticides
14  registered before 19 -- November 1984 to be
15  reregistered) and classified glyphosate as Group E
16  ('evidence of non-carcinogenicity in humans').
17  Since 1993, various components of the EPA OPP have
18  reviewed glyphosate on multiple occasions,
19  including numerous pesticide residue tolerance
20  approvals, EPA internal peer reviews and risk
21  assessments conducted in 1998 and 2015, and OPP
22  risk assessments in 2016 and 2017 in connection
23  with EPA's ongoing registration review.  Over this
24  time period, EPA has compiled an extensive

Page 63

1  database of studies on glyphosate and
2  glyphosate-based formulations that consist of over
3  4,200 studies, including over 100 studies that the
4  Agency considered relevant to carcinogenicity in
5  its most recent review.  In each of these
6  determinations, EPA concluded that glyphosate is
7  'Not Likely to Be Carcinogenic to Humans.'"
8  BY MR. WOOL:
9      Q   So you were referring to the most recent
10  OPP report; is that correct?
11      A   Yes.  The OPP report that's stated here.
12      Q   Do you intend to offer the jury any
13  opinion as to the genotoxicity of glyphosate?
14      A   I would refer back to my report where
15  EPA has reviewed genotoxicity studies, and I
16  mentioned that in my report as well, and has come
17  to the conclusion that glyphosate is not
18  genotoxic.
19      Q   So you do intend to offer the jury an
20  opinion that glyphosate is not genotoxic?
21      A   Yes.
22      Q   Do you intend to offer the jury an
23  opinion as to the epidemiological literature
24  evaluating the carcinogenicity of glyphosate?

Page 64

1      A   Can you restate the question?
2      Q   Sure.
3          So do you intend to offer an opinion to
4  the jury that pertains to the epidemiological
5  literature looking at specifically whether or not
6  glyphosate exposure increases the risk of
7  non-Hodgkin's lymphoma?
8      A   I want to refer again to my report where
9  I discuss the various number of studies that EPA
10  has reviewed regarding carcinogenicity, as well as
11  genotoxicity, as well as epidemiology, and has
12  made all of the same conclusions.
13          If you were to look at page 19,
14  number 53:  "In the 2017 revised issue paper, EPA
15  explained that:  An extensive database exists for
16  evaluating the carcinogenic potential of
17  glyphosate, including 63 epidemiological studies,
18  14 animal carcinogenicity studies, and nearly 90
19  genotoxicity studies for the active ingredient
20  glyphosate.  These studies were evaluated for
21  quality and results were analyzed across studies
22  within each line of evidence."
23          It goes on further:  "EPA explained that
24  it has considered the following studies relevant

Page 65

1  to its evaluation:  23 epidemiological studies
2  (including 22 studies judged as 'high' or
3  'moderate' quality and the findings of a recently
4  published analysis of the Agricultural Health
5  Study cohort); 14 animal carcinogenicity studies;
6  84 genotoxicity studies.  EPA also considered 62
7  genotoxicity studies on glyphosate-based
8  formulations.  Thus, in concluding that glyphosate
9  is 'Not Likely to Be a Carcinogen' in the 2017
10  Revised Issue Paper, EPA OPP evaluated a large
11  volume of studies that it deemed relevant to
12  evaluating the carcinogenic potential of
13  glyphosate."
14      Q   Okay.  So -- so to answer my question,
15  does that mean you will be telling the jury that
16  the epidemiological literature shows that
17  glyphosate does not cause non-Hodgkin's lymphoma?
18          MR. RUBIN:  Objection.  Asked and
19  answered.
20          THE WITNESS:  What I intend to tell the
21  jury is based on my review of what EPA has
22  concluded, what EPA has reviewed, that glyphosate
23  is not a carcinogen.
24          It states here:  Thus, in concluding

17 (Pages 62 to 65)

Confidential - Connie B. Welch, DMin

Page 66

1  that glyphosate is 'Not Likely to Be a
2  Carcinogen,' the EPA has considered
3  epidemiological studies, EPA has considered
4  carcinogenicity studies, EPA has considered
5  genotoxicity studies.
6  BY MR. WOOL:
7      Q   Now, do you intend to offer an opinion
8  that the animal bioassays show that glyphosate is
9  not carcinogenic?
10     A   Well, again, I have to say I intend to
11 offer an opinion based on what I have stated here
12 of the studies that EPA has reviewed.
13     Q   How would you describe the level of
14 confidence that you have in your opinion?
15         MR. RUBIN: Objection. Vague,
16 argumentative.
17         THE WITNESS: Would you restate the
18 question?
19 BY MR. WOOL:
20     Q   Sure. Could -- well, let me ask you
21 this: Could you prescribe a level of confidence
22 to your opinions that you intend to offer the
23 jury?
24         MR. RUBIN: Same objection.

Page 67

1          THE WITNESS: My opinions are based on
2  review of regulatory record. EPA has published
3  the registration eligibility decision document for
4  glyphosate. As you know, that -- all products go
5  through registration and registration review. The
6  EPA has made several of these documents public.
7  As well as my 17-year history of working with --
8  at EPA and being knowledgeable in its review
9  process, knowledgeable in how it implements its
10 regulations.
11         So my opinion is based on my own
12 experience working there as a product chemist, as
13 a product manager, as a branch chief, as well as
14 reviewing the documents that it has made public.
15 BY MR. WOOL:
16     Q   Okay. Let's go ahead and mark your
17 expert report as an exhibit. And for whatever
18 reason, mine printed out in gray like this. And I
19 see that you have a copy, so you don't have to
20 refer to this. I will represent that this is
21 the -- it should be the same one that you have.
22         MR. RUBIN: Why don't we do this, mark
23 it, just have her take a look at it --
24         MR. WOOL: Yes.

Page 68

1          MR. RUBIN: -- confirm that it's fine,
2  and if she can use your clean copy.
3          (Welch Exhibit No. 6 was marked
4          for identification.)
5          MR. RUBIN: Dr. Welch, just make sure
6  when he hands you that copy, it is the same as the
7  one you have in front of you.
8  BY MR. WOOL:
9      Q   So I'm handing you Exhibit 6, which is
10 the copy that I printed of your expert report. If
11 you can just take a look and make sure that that
12 is complete and is identical to the version that
13 you have in front of you.
14     A   (Peruses document.) Yes.
15     Q   And you can just set that here.
16         Okay. Does Exhibit 6 contain a complete
17 and accurate statement of all the opinions that
18 you intend to offer in this litigation?
19     A   Yes.
20     Q   As you sit here today, are there any
21 opinions that you intend to offer that are not
22 contained within Exhibit 6?
23         MR. RUBIN: Well, just let me interpose
24 an objection. And as to the statement of her

Page 69

1  opinions, dependent on what happens in the
2  litigation going forward.
3          I believe it's in your report. Did you
4  understand the question?
5          THE WITNESS: Yes. My opinions are in
6  my report, yes.
7          MR. WOOL: Right, so --
8          MR. RUBIN: But what I'm saying is look
9  at the very beginning of your report.
10 BY MR. WOOL:
11     Q   Right. And -- and so my question is, as
12 you sit here today, are there any opinions that
13 you presently intend to offer to the jury that are
14 not contained within your expert report?
15     A   Well, again, based on my experience at
16 EPA, and what I have read as far as their
17 assessments goes, my opinions that are formed are
18 based on those documents, and I've expressed them
19 in the expert report.
20         MR. RUBIN: Again, I'm not trying to
21 interfere. Please look at paragraph 12. I want
22 the record to be clean.
23         MR. WOOL: Right, and I'm going to
24 object to that question -- that answer as

18 (Pages 66 to 69)

Confidential - Connie B. Welch, DMin

Page 70

1  nonresponsive.
2  BY MR. WOOL:
3      Q   My question, and feel free to review
4  paragraph 12, is a little bit different.  As you
5  sit here today, right now, are there any opinions
6  not contained within Exhibit 6 that you presently
7  intend to offer the jury at trial?
8      A   Okay.  Based on my report, it says:
9  "Further discussion of my opinions and the basis
10 for my opinions are set out below," which is in my
11 report.  And then it says:  "I may also provide
12 opinions within my expertise in response to
13 EPA-related issues raised by plaintiff or
14 plaintiff experts or which otherwise relate to
15 EPA's regulatory framework for approval of
16 pesticides in its review process for glyphosate or
17 glyphosate-based formulations."
18         MR. WOOL:  Okay, so same objection.
19 BY MR. WOOL:
20     Q   My question is, is simply as you sit
21 here right now, are there any opinions that are
22 not contained within this exhibit that you intend
23 to offer to the jury?
24     A   Okay.  As I sit here right now, what I

Page 71

1  intend to offer to the jury right now is as stated
2  in my report.
3      Q   Okay.  Do you anticipate doing any
4  additional research on any of the opinions
5  contained in your expert report?
6          MR. RUBIN:  You mean as of this moment?
7          MR. WOOL:  As of -- as of this moment.
8          THE WITNESS:  As of this moment, no.
9  BY MR. WOOL:
10     Q   Okay.  So let's turn to page 2,
11 paragraph 5 of your expert report.
12     A   Yes.
13     Q   And paragraph 5 says:  "I have been
14 retained by the law firm of Hollingsworth LLP to
15 provide an independent expert opinion on EPA's
16 regulatory review of glyphosate and
17 glyphosate-based formulations."
18         Did I read that correctly?
19     A   Yes.
20     Q   And what do you mean by an "independent
21 expert opinion" in that sentence?
22     A   I was retained to give an opinion of
23 EPA's position, and this is my opinion based on my
24 review of documents as well as my experience at

Page 72

1  EPA.
2      Q   When you say "independent," that means
3  that you waited to form your opinion until after
4  you had reviewed all of the evidence?
5      A   I reviewed all of the -- I had time to
6  review all of the documents.  I reviewed EPA's
7  position as it lays out in its very public
8  documents and came to my own conclusions based on
9  what EPA has done again from 1974 until now, and
10 then based on my familiarity and experience in the
11 process and working and implementing the same
12 regulations.
13     Q   Now, you do not state that you conducted
14 a thorough review of any other regulatory bodies'
15 findings other than EPA, correct?
16     A   I speak to other regulatory bodies'
17 findings in my report.
18     Q   Right.  So my question is, did you
19 conduct a thorough review of the documents and
20 evidence considered by those regulatory bodies in
21 forming their opinions?
22     A   I briefly looked at their documents.
23     Q   Do you intend to offer an expert opinion
24 as to whether any regulatory body other than EPA

Page 73

1  got it right, so to speak, as it pertains to their
2  review of glyphosate?
3          MR. RUBIN:  Objection to the form of the
4  question.  It's vague as to, quote, got it right.
5          THE WITNESS:  Yes, can you restate the
6  question?
7  BY MR. WOOL:
8      Q   So what I am asking is, do you intend to
9  offer an expert opinion -- well, strike that.  Let
10 me go back.
11         Your opinion is that EPA correctly
12 reviewed and evaluated glyphosate and
13 glyphosate-based formulations, correct?
14     A   Excuse me.  My opinion is that EPA
15 followed its own processes.  It has a framework in
16 place for pesticide registrations.  EPA used its
17 own regulations and its various mechanisms, peer
18 review committees, reviews and so forth, in making
19 its determination.
20     Q   Do you intend to offer the opinion that
21 any other regulatory body, whether foreign or
22 domestic, followed its own processes in making its
23 evaluation of glyphosate?
24     A   Well, if you -- on my report, on

19 (Pages 70 to 73)

Confidential - Connie B. Welch, DMin

Page 74

1    page 21, I do discuss other regulatory authorities
2    and their -- their conclusions.
3         Q   Right.  And for the most part, and I'm
4    summarizing here, you indicate that those
5    regulatory determinations are consistent with EPA,
6    correct?
7         A   They are consistent with EPA, yes.
8         Q   Okay.  But unless I'm missing something,
9    you do not seem to offer the opinion that those
10   regulatory bodies, as I stated, followed their own
11   processes and procedures; is that correct?
12        A   I'm sorry, can you restate the question?
13        Q   Sure.  Or let me ask you this:  Do you
14   consider yourself an expert in evaluating any
15   regulatory bodies aside from EPA?
16        A   My experience -- of course, as I've said
17   many times, I've worked at EPA.  My experience
18   also, having been at EPA, is that EPA does from
19   time to time contact other regulatory authorities
20   to find information, what they may have, if
21   they're doing risk assessments and what they have
22   done.  So my experience has been that EPA will do
23   this on occasion.
24        So while I may not be -- my expertise

Page 75

1    obviously is with EPA because I worked at EPA.  I
2    am familiar with some of the agencies as far as
3    EPA's contact with them, and in -- in EPA's own
4    documents, they refer often to these agencies as
5    well and their risk assessments.
6         MR. WOOL:  So I'm going to object to
7    that as nonresponsive.
8    BY MR. WOOL:
9         Q   My -- my question is simply, do you have
10   expertise in evaluating the work of regulatory
11   bodies, whether foreign or domestic, apart from
12   EPA?
13        A   Okay.  I'm familiar with other
14   regulatory bodies.  Obviously I have not worked
15   there.  I've only worked at EPA.  I am familiar
16   with some of their regulations just through
17   reading EPA documents, and from having worked
18   there, I know that sometimes EPA would contact
19   them.
20        Q   Okay.  So if we look at page 3 of your
21   expert report, you summarize your opinions.
22   Correct?
23        A   Page 3, the summary of opinions begins,
24   yes.

Page 76

1         Q   Okay.  And in paragraph 9, you state:
2    "It is my opinion that EPA followed its standard
3    procedures and applied this rigorous regulatory
4    framework with respect to the review and approval
5    of the registration of glyphosate and
6    glyphosate-based formulations."
7         Did I read paragraph 9 correctly?
8         A   Yes.
9         Q   So what methodology did you employ in
10   reaching that conclusion?
11        A   When I speak of regulatory framework,
12   EPA has -- of course, I will step back and start
13   first with the data requirements.  EPA has a set
14   of data requirements that I've talked about that
15   are required for pesticide products, okay, to be
16   registered by EPA.
17        EPA also has within its regulations a
18   process called registration -- reregistration and
19   registration review.  Reregistration and
20   reregistration FIFRA was amended to say that all
21   products that were registered before 1984 have to
22   be reregistered.
23        And then registration review was part of
24   FDA, and registration review means that every

Page 77

1    pesticide product has to be reviewed again,
2    registered again, so to speak, every 15 years.
3         So when I say has applied the rigorous
4    regulatory framework, EPA has used each of these
5    processes in its review of glyphosate.  Glyphosate
6    was first registered in 1974.  Glyphosate was
7    reregistered again in 1993, and glyphosate is
8    still undergoing registration review.  So that's
9    the framework process that EPA has applied over
10   the 40-plus years of registration of glyphosate.
11        Q   And it is your opinion that that process
12   was correctly applied to -- to glyphosate?
13        A   Based on my knowledge having worked
14   there, based on my knowledge of implementing these
15   very same processes as a product manager or
16   product chemist or a branch chief, yes, it is my
17   opinion that EPA has continued and followed its
18   regulations and -- in approving and reapproving,
19   if you will, glyphosate.
20        Q   And is it your opinion that following
21   its regulations and procedures, EPA came to the
22   correct conclusion regarding glyphosate?
23        A   It is my opinion based on what I have
24   read and what EPA has done, all right, and what it

Confidential - Connie B. Welch, DMin

Page 78

1  has published in its documents, and EPA has the
2  scientific experts in those fields to review those
3  studies that it has come to this conclusion, I'm
4  in agreement with EPA.
5      Q   Okay.  Now, in paragraph 10, in the last
6  sentence, you state in part that EPA has
7  repeatedly concluded that glyphosate is not a
8  carcinogen.
9      A   Yes.
10     Q   Correct?
11         But that is not EPA's exclusive
12  conclusion as it pertains to glyphosate; is that
13  correct?
14         MR. RUBIN:  Objection.  Argumentative.
15         THE WITNESS:  Yes, can you restate the
16  question?
17  BY MR. WOOL:
18     Q   EPA has not exclusively concluded that
19  glyphosate is not carcinogenic, correct?
20         MR. RUBIN:  Same objection.
21         THE WITNESS:  Maybe I'm not
22  understanding.
23  BY MR. WOOL:
24     Q   Okay.  You are familiar with EPA's

Page 79

1  report from March 4th, 1985, correct?
2      A   Do you have a copy of that report?
3      Q   I think so.  I was not planning -- yeah.
4         Well, let me just ask you this:  As you
5  sit here today, is it your belief that EPA has
6  exclusively concluded that glyphosate is not a
7  carcinogen?
8      A   EPA has -- let's go back to my report.
9  (Peruses document.)
10         Can we turn to page 11?
11     Q   Yes.
12     A   So the initial paragraph 31:  "EPA first
13  registered glyphosate in 1974."  In paragraph 32:
14  "In 1985, personnel from EPA's Toxicology Branch
15  Review Committee met to evaluate the oncogenic
16  potential of glyphosate and classified glyphosate
17  as a Category C ('possible') oncogen.  The
18  Toxicology Branch based its classification on a
19  limited database consisting of the required
20  mutagenicity assays and a single mouse study.
21  With respect to the review of the mouse study,
22  they concluded the study showed an oncogenic
23  response; however, the Tox Branch noted that
24  'additional sectioning of the new blocks of male

Page 80

1  kidneys might help in the interpretation of the
2  study results,' and specifically that 'additional
3  histopathology could resolve the issue of whether
4  this is a valid observation or due to not
5  'finding' the tumors in the particular block
6  analyzed.  EPA OPP Tox Branch, memorandum re:
7  Consensus Review, March 4th, 1985."
8         And then my report goes on --
9      Q   Well, let me stop you right there.
10     A   Yes.
11     Q   I mean, so my question is simply that
12  EPA Toxicology Branch Review Committee did
13  initially classify glyphosate as a Category C
14  oncogen?
15         MR. RUBIN:  Objection.
16  Mischaracterizes --
17  BY MR. WOOL:
18     Q   Is that --
19         MR. RUBIN:  I'm sorry.  Mischaracterizes
20  their conclusion, if you will.
21         THE WITNESS:  So on page 11, what I just
22  read on my report was, in 1985, what -- the Tox
23  Branch Committee classified glyphosate as a
24  Category C possible oncogen.  And what we read

Page 81

1  previously when we -- when I made the statement of
2  EPA repeatedly saying that it was not an oncogen
3  was, as we refer the -- in my report, EPA relied
4  on an SAP, and then there were further
5  determinations in, on page 12 at number 35, where
6  Monsanto thereafter conducted an additional
7  long-term rat study.  Based on this review of that
8  study and other carcinogenicity data, the EPA
9  carcinogenicity peer review concluded in 1991 that
10  glyphosate should be classified as a Group E,
11  evidence of non-carcinogenicity for humans, and
12  EPA has repeatedly since then kept that
13  designation for glyphosate.
14  BY MR. WOOL:
15     Q   Right.  But you would agree that in --
16  strike that.
17         You would agree that on March 4th, 1985,
18  the toxicology branch did classify glyphosate as a
19  Category C oncogen.
20     A   That's what is stated in the report.
21     Q   Okay.  So let's go back to page 4,
22  paragraph 11, where you state in this paragraph:
23  "The determination of regulatory authorities
24  around the world who have conducted risk

Confidential - Connie B. Welch, DMin

Page 82

1    assessments on the carcinogenic potential of
2    glyphosate is consistent with EPA's review and
3    classification of glyphosate as noncarcinogenic,
4    and supports my opinion that EPA followed sound
5    procedures in reaching its conclusion."
6        Did I read that correctly?
7        A  Yes.
8        Q  And the regulatory authorities that
9    you're referring to there, are those the
10   regulatory authorities that are contained in the
11   footnotes on pages 21 to 23 of your expert report?
12       A  Yes.
13       Q  Are there any other regulatory bodies
14   that that statement pertains to that are not
15   contained in the footnotes from pages -- well, 22
16   to 23?
17       A  No.
18       Q  So how did the decisions of those other
19   regulatory bodies support EPA's decision?
20       A  These regulatory bodies also and in
21   their documents discuss their findings and
22   their -- their reviews of glyphosate.  And as I
23   mentioned, some of these organizations are
24   organizations in which EPA, again based on my

Page 83

1    experience, will often contact for either if they
2    are doing a risk assessment or what they have
3    currently going on with a chemical -- if EPA is
4    reviewing a chemical for whatever reason.
5        Q  Did you come across any foreign
6    regulatory bodies that found glyphosate to be
7    carcinogenic?
8        A  I have not.
9        Q  So as you sit here -- or strike that.
10       Did you come across any regulatory
11   bodies that banned the use of glyphosate in
12   reaching your expert opinions?
13       A  I am aware there may have been some that
14   may have banned.  I don't know the circumstances
15   of the ban.
16       Q  Okay.  Now, nowhere in your expert
17   report do you offer an opinion specific to any
18   opinion offered by any of plaintiffs' experts.
19   Correct?
20       MR. RUBIN:  I'm sorry.  Could you just
21   read back?
22       MR. WOOL:  So let me --
23       MR. RUBIN:  I just didn't catch the
24   entire question.  Could you just read it back.

Page 84

1        (Whereupon, the requested record
2        was read.)
3        THE WITNESS:  That's correct.
4    BY MR. WOOL:
5        Q  So as you sit here today, you do not
6    intend to say, for example, Dr. Portier got it
7    wrong?
8        MR. RUBIN:  Objection.  Lack of
9    foundation.
10       THE WITNESS:  Yeah, my -- my opinions
11   that I intend to state are based upon my -- my own
12   expert report.
13   BY MR. WOOL:
14       Q  And I believe you have read
15   Dr. Benbrook's expert report, correct?
16       A  Only briefly.
17       Q  Any other plaintiffs' experts' reports
18   that you have read?  And if you need to look at
19   your materials considered list, that's fine.
20       A  I have not.
21       Q  And are there any opinions offered by
22   Dr. Benbrook that you intend to address that are
23   not contained within your expert report?
24       A  I don't know today.

Page 85

1        Q  Do you presently intend to --
2        A  No, my opinions are based on my report.
3        MR. RUBIN:  All right.  We're going back
4    to the time frame, sitting here today?
5        MR. WOOL:  Right.
6    BY MR. WOOL:
7        Q  Sitting here today, do you presently
8    intend to offer an opinion specific to
9    Dr. Benbrook that is not contained within your
10   expert report?
11       A  No, I do not.
12       Q  So on page 4 just above paragraph 13,
13   you have a section titled "EPA Regulatory
14   Framework for Pesticide Registration."  Correct?
15       A  Page 4?
16       Q  Yes.  Starting at paragraph 13.
17       A  Yes.
18       Q  And it's EPA's goal to ensure every
19   pesticide will result in no unreasonable risk to
20   human health and the environment.  Is that
21   correct?
22       A  Yes.
23       Q  What does that mean, "no unreasonable
24   risk to human health and the environment"?

Confidential - Connie B. Welch, DMin

Page 86

1    A   That is a term that is -- that is taken
2  out of the Federal Insecticide, Fungicide,
3  Rodenticide Act, FIFRA.  Again, it goes back to --
4  the beginning of that paragraph says:  "EPA's
5  mission is to protect human health and the
6  environment."
7        So EPA will review again data submitted
8  by applicants and registrants for review, for
9  pesticide registration application, and in
10  reviewing that data, makes a determination the
11  data requirements are satisfied, and does its own
12  assessment of the data to determine if that
13  product should be registered.
14        MR. WOOL:  So, again, I'm going to
15  object as nonresponsive.
16  BY MR. WOOL:
17    Q   My question was simply, what does that
18  phrase "no unreasonable risk to human health and
19  the environment" mean?
20    A   If you were to -- let me refer to my
21  report.
22        Page 14.  So, in other words, EPA does a
23  risk assessment, uses a health-based standard
24  based on the Food Quality Protection Act.  And in

Page 87

1  this standard, again, reasonable certainty of no
2  harm.  It applies what they would call safety
3  factors, but it uses this standard to make sure
4  that the population is protected.
5        And so, again, companies, applicants,
6  registrants submit data.  A set of data that's
7  well known.  EPA publishes it in its regulations
8  what's required.  EPA takes a look at that data,
9  reviews that data, scientists -- EPA scientists
10  review that data and make a finding of whether
11  that product should be registered or not.
12    Q   So are you saying that "no unreasonable
13  risk to human health and the environment" means
14  reasonable certainty of no harm?
15    A   They are terminology -- no, the first
16  one is part of the statute, Federal Insecticide,
17  Fungicide, Rodenticide Act.  This one, "the
18  reasonable certainty of no harm," is part of the
19  Food Quality Protection Act.
20        And again, what both mean are that EPA
21  is going to review the data, make its
22  determinations based on all of this risk
23  assessment methodology, if you will, and
24  everything points back to its mission to protect

Page 88

1  human health and the environment.
2    Q   Right.  But what does "no unreasonable
3  risk to human health and the environment" mean in
4  layman's terms?
5    A   In layman's terms, it means if EPA
6  approves a pesticide for use, then it has reviewed
7  all the -- all the necessary data, all the
8  requirements as based in its regulations, and has
9  made a determination that this product is okay for
10  use for -- for use by public.
11    Q   Well, give me an example of something
12  that would be an unreasonable risk to human health
13  and the environment.
14        MR. RUBIN:  Objection to the form of the
15  question.  It goes beyond the scope of her report
16  as well.
17        THE WITNESS:  Yeah, I don't believe I --
18  I can answer that.
19  BY MR. WOOL:
20    Q   If a pesticide caused cancer, would that
21  be an unreasonable risk to human health and the
22  environment?
23        MR. RUBIN:  Same objection.
24        THE WITNESS:  EPA in its review of data

Page 89

1  makes a determination based on data it's looked
2  at, based on its risk methodologies, and makes a
3  determination of what it -- what it looks at as
4  far as whether something should be registered or
5  not.
6        MR. WOOL:  I'm going to object as
7  nonresponsive again.
8  BY MR. WOOL:
9    Q   If a pesticide caused non-Hodgkin's
10  lymphoma, would that be an unreasonable risk to
11  human health and the environment?
12        MR. RUBIN:  Same objection.  It goes
13  beyond the scope of her report for today.
14        THE WITNESS:  Again, the EPA makes a
15  determination based on its -- its data, based on
16  its methodologies, and makes a determination.  It
17  goes back to the mission to protect the human
18  health and the environment.  Goes back to FQPA.
19        It has stringent -- as I state here in
20  the report, it has a standard, a standard in
21  place, and it follows that standard.  In all of
22  its risk assessments, documents that it puts out,
23  guidelines, it has guidelines for -- every data
24  requirement has a -- has a guideline.  If for some

23 (Pages 86 to 89)

Confidential - Connie B. Welch, DMin

Page 90

1    reason there is not a study guideline, a protocol
2    has to be submitted and approved by EPA before
3    that study can be conducted.
4         So, in its mission to protect human
5    health and the environment, and based on this
6    reasonable certainty of no harm, based on the
7    FIFRA statute, EPA still goes through all these
8    rigorous -- a very rigorous risk assessment to
9    make a determination if a pesticide product can be
10   approved or not.
11        MR. WOOL: Okay. So -- well, first of
12   all, I'm going to object again as nonresponsive.
13        MR. RUBIN: The -- the answer will
14   stand.
15   BY MR. WOOL:
16   Q    Okay. So going back to paragraph 14 on
17   page 4. Looks like paragraph 14 going into --
18   from page 4 going into page 5.
19   A    Yes.
20   Q    How does the EPA determine whether an
21   adverse effect is unreasonable or not?
22   A    So on page 4 and page 5, I discuss the
23   data requirements that are required in support of
24   an EPA registration. And EPA, as I state in my

Page 91

1    report, has published these guidelines, and as I
2    said earlier, and how to conduct these, and these
3    are final test guidelines that EPA has made
4    available.
5         Then the report states: "EPA may
6    require further testing if the guideline studies
7    submitted are deemed insufficient to evaluate the
8    potential of the product to cause unreasonable
9    adverse effects on man and the environment."
10        So, if after EPA receives that data and
11   if EPA does not have enough data to make a
12   decision on whether to approve a chemical or not,
13   EPA has the authority to call in additional data.
14   EPA can ask for this data under -- at any time, at
15   any time. Or it can ask for the data under its
16   reregistration program or the registration review
17   program.
18        MR. WOOL: I'm going to object again as
19   nonresponsive, but we can move on.
20        MR. RUBIN: The answer will stand.
21   BY MR. WOOL:
22   Q    Okay. Now, in paragraph 15 on page 5,
23   you discuss FIFRA Section 6(a)(2). Correct?
24   A    Correct.

Page 92

1    Q    Okay. And that imposes a duty to report
2    information on pesticide companies?
3    A    Yes, it does.
4    Q    Okay. And what is that duty?
5    A    This duty -- this regulation states that
6    it imposes "a duty to report information" -- and
7    I'm reading from page 5 -- "relevant to the
8    assessment of the risks or benefits of a pesticide
9    registration," and if it falls within seven
10   categories, and it's not subject to the exception
11   to this regulation.
12        So I list the seven categories there:
13   Toxicological and ecological studies; discontinued
14   studies; human epidemiological and exposure
15   studies; excess levels of pesticides in food, feed
16   or water; detection of certain metabolites,
17   degradates, contaminants and impurities; toxic or
18   adverse effect incidents; failure of pesticide
19   performance studies.
20        And also on page 5, I list the
21   exceptions. As I state there, the exceptions are
22   set forth at 40 CFR Section 159.158(b), and
23   include clearly erroneous information, previously
24   submitted information, publications and

Page 93

1    information concerning former inerts.
2    Q    Okay. So outside of those exceptions,
3    are the subheadings (a) through (g) all relevant
4    to the assessment of risks and benefits of a
5    pesticide?
6    A    Well, the subheadings are -- okay,
7    again, these are -- some of them are studies,
8    toxicological and ecological studies, human
9    epidemiological or exposure studies. So they are
10   related to data.
11        MR. WOOL: Okay. I'm going to object
12   again as nonresponsive.
13   BY MR. WOOL:
14   Q    My question is, are subheadings (a)
15   through (g) all considered relevant to the
16   assessment of risks and benefits of a pesticide
17   outside of the exceptions that are described in
18   40 CFR Section 159.158(b)?
19   A    Well, again, outside of the exceptions,
20   these are studies. EPA asks for toxicological
21   studies; EPA asks for ecological studies. These
22   are studies that are -- in its own data
23   requirements, EPA will ask for these types of
24   studies.

24 (Pages 90 to 93)

Confidential - Connie B. Welch, DMin

1    Q   Okay.  So a discontinued study that is
2  not clearly erroneous, previously submitted,
3  publications and information concerning former
4  inerts, will be relevant to the assessment of
5  risks and benefits of a pesticide?
6         MR. RUBIN:  Objection to the form of the
7  question.
8         Did you understand?
9         THE WITNESS:  Yes, can you repeat that
10  again?
11        MR. WOOL:  Can you read back the
12  question, please.
13        (Whereupon, the requested record
14        was read.)
15        MR. RUBIN:  Object to the form of the
16  question.
17        THE WITNESS:  Without knowing all of the
18  details regarding a specific study that was
19  discontinued, it may.
20  BY MR. WOOL:
21    Q   I guess what I'm getting at is, broadly
22  speaking, wouldn't just about any toxicological
23  study be relevant to the assessment of risks and
24  benefits for a pesticide?

1         MR. RUBIN:  Hang on, I just want to read
2  the question.
3         Object to the form of the question.
4  It's vague.
5         THE WITNESS:  EPA has a set of
6  toxicological studies that it requires for
7  registration.  So -- so those are relevant to its
8  registration.
9  BY MR. WOOL:
10    Q   So outside of what's set forth in
11  footnote 2, which is 40 CFR Section 159.158(b),
12  are there any other regulations that limit a duty
13  on pesticide companies to report studies that are
14  relevant to the assessment of risks and benefits
15  of a pesticide?
16    A   Would you state the question again?
17    Q   Sure.
18        Outside of what is set forth in
19  footnote 2, which again is 40 CFR Section
20  159.158(b), are there any other regulations that
21  limit a duty on pesticide companies to report
22  studies that are relevant to the assessment of
23  risks and benefits of a pesticide?
24        MR. RUBIN:  Objection.  Asked and

1  answered.
2         THE WITNESS:  I don't understand the
3  question.
4  BY MR. WOOL:
5    Q   Okay.  So in paragraph 15, you talk
6  about some reporting requirements.  Correct?
7    A   Correct.
8    Q   Okay.  And in footnote 2, you set forth
9  some exceptions, correct?
10    A   Correct.
11    Q   Okay.  Outside of what is in footnote 2,
12  are you aware of any other exceptions to those
13  reporting requirements?
14    A   Outside of footnote 2, outside of these
15  clearly erroneous, previously submitted
16  publications, and I'm not aware of any other
17  exceptions --
18    Q   Okay.
19    A   -- to this reporting rule.
20        MR. RUBIN:  Counsel, I'm sorry to
21  interrupt.  We've been going almost an hour again.
22        MR. WOOL:  Yeah, we can take a break.
23  Now is fine.
24        MR. RUBIN:  Okay.  Thank you.

1         THE VIDEOGRAPHER:  We are going off the
2  record at 11:01 a.m.  This ends media unit
3  number 2.
4         (Recess.)
5         THE VIDEOGRAPHER:  We are going back on
6  the record at 11:15 a.m.  This begins media unit
7  number 3.
8  BY MR. WOOL:
9    Q   Dr. Welch, if you will turn with me, if
10  you're not already there, to page 6, I want to ask
11  you some questions about paragraph 17.
12    A   Yes.
13    Q   You're there?
14    A   Mm-hmm.
15    Q   Okay.  So in paragraph 17, the first
16  sentence states:  "EPA's evaluation of pesticide
17  products is a health protective approach."
18        Did I read that correctly?
19    A   Yes.
20    Q   What do you mean by "health protective
21  approach" in that sentence?
22    A   If we would go to what I read earlier,
23  that does explain what is meant by that.  Keeping
24  in mind EPA's mission to protect human health and

Confidential - Connie B. Welch, DMin

Page 98

1    the environment, page 14 explains what I mean by
2    "health protective."
3        All right.  Congress enacted --
4    number 39 on page 14 -- I'm sorry, 14.  Okay.
5    Page -- number 39:  On August 3rd, 1996, Congress
6    enacted the Food Quality Protection Act.  It
7    established a single, health based standard for
8    all pesticide residues in food.  This new
9    standard, a 'reasonable certainty of no harm,'
10   applied stringent factors to provide further
11   protection for human populations, especially
12   infants and children.
13       And so there are certain methodologies
14   that EPA uses in its assessment.  Okay.  It goes
15   on to read:  "The new standard directed EPA to
16   upgrade -- update and upgrade its risk assessment
17   process."  So EPA looks at all areas or routes of
18   exposure.
19       Q   Does "health protective approach" means
20   that the EPA attempts to err on the side of
21   caution?
22       A   EPA in all of its risk assessments will
23   generally use or be -- worst case scenarios or be
24   very conservative in its risk assessments.

Page 99

1        Q   And again, you just sort of answered
2    this, but "health protective approach" means the
3    standard espoused in the FQPA described in further
4    detail in paragraph 39 of your expert report,
5    correct?
6        A   Yes, correct.
7        Q   And sort of going back to paragraph 16,
8    which again sort of deals with the reporting
9    requirement --
10       Are you there?
11       A   Oh, paragraph --
12       MR. RUBIN:  You said paragraph 16?
13       THE WITNESS:  16?
14       MR. WOOL:  16, correct.
15       THE WITNESS:  Yes.
16   BY MR. WOOL:
17       Q   Okay.  You would agree that the EPA --
18   strike that.
19       You would agree that a pesticide company
20   is required to report information where the
21   registrant knows, or reasonably should know, that
22   if the information should prove to be correct, EPA
23   might regard the information alone or in
24   conjunction with other information about the

Page 100

1    pesticide as raising concerns about the continued
2    registration of the product or about the
3    appropriate terms and conditions of registration
4    of a product.  Correct?
5        A   What's the question again?
6        Q   Yeah.  So I'm asking if the -- what is
7    in quotations in paragraph 16 that I just read,
8    that is the standard for -- for reporting
9    information that is not within the enumerated
10   categories listed in paragraph 15, correct?
11       A   So the standard for reporting
12   information is, if it is something that EPA has
13   not already reviewed, all right, it's not in EPA's
14   databases, it's not published literature, and it
15   is something that would raise the concern with EPA
16   as far as its risk assessment, then it may -- it
17   may fall within the category of being reportable.
18       Q   Okay.  And -- and that standard is if it
19   might raise concerns, correct?
20       A   It might raise concern.
21       Q   So just the possibility that it would
22   raise a concern puts on a pesticide company the
23   obligation to report any new information, correct?
24       A   Well, let's --

Page 101

1        MR. RUBIN:  Objection -- please.
2        THE WITNESS:  Yes, sir.
3        MR. RUBIN:  Objection to the form of the
4    question.  Misstates her prior testimony.  And
5    it's vague.
6        THE WITNESS:  Can you repeat the
7    question again?
8    BY MR. WOOL:
9        Q   Yes.
10       So the possibility that new information
11   might raise a concern by the EPA imposes an
12   obligation on a -- on a registrant to report that
13   information, correct?
14       MR. RUBIN:  Same objection as
15   previously.
16       THE WITNESS:  So, again, let's step
17   back.
18       The reporting requirements we see within
19   paragraph 15, okay, gives -- gives the information
20   that falls within the seven categories.  But,
21   again, within that same framework of reporting
22   requirements, there are exceptions, and so the
23   exceptions are the clearly erroneous information,
24   previously submitted information, okay,

26 (Pages 98 to 101)

Confidential - Connie B. Welch, DMin

Page 102

1    publications and information concerning former
2    inerts.
3         So looking at that entire rule as far as
4    reporting requirements, if it is information that
5    EPA does not already have, it has not been
6    previously submitted to EPA, if it's not, you
7    know, public -- published literature, if it is
8    something -- going back to paragraph 16, it says
9    in the middle of the paragraph: "If the
10   registrant knows, or reasonably should know, that
11   the information should be prove to be correct, EPA
12   might regard the information alone or in
13   conjunction with other information about the
14   pesticide as raising concerns with the EPA."
15        If it does not fall within any of those
16   exceptions and it raises concerns with the EPA,
17   then it may be reportable.
18   BY MR. WOOL:
19        Q    Okay.  So just to be clear, outside of
20   the enumerated categories in paragraph 15, if a
21   registrant knows that the information might raise
22   concerns with the EPA, it has an obligation to
23   report that information.
24        A    Again, outside --

Page 103

1         MR. RUBIN:  Objection -- please, give me
2    a moment.
3         Objection.  Mischaracterizes her prior
4    testimony.
5         Now you can answer.
6         THE WITNESS:  Again, as I stated,
7    outside of -- it must -- if it's not previously
8    submitted information -- previously submitted
9    information, that is an exception.  Publications
10   are an exception.  Clearly erroneous information
11   is an exception.  Information concerning former
12   inerts is an exception.
13        So if it does not fall -- if it does not
14   fall within these exceptions, and if it is
15   information that may raise concern to EPA, then it
16   may be reportable under this reporting rule.
17   BY MR. WOOL:
18        Q    Well, under the reporting rule, if
19   it may raise -- if it -- well, strike that.
20        Under the reporting rule, if a pesticide
21   company reasonably should know that information
22   might raise concerns, is that information not
23   reportable?
24        MR. RUBIN:  Objection to the form of the

Page 104

1    question.  Lots of negatives in there.  And again,
2    it's been asked and answered several times.
3         Did you understand his question?
4         THE WITNESS:  No.  I was going to say
5    can you restate the question?
6    BY MR. WOOL:
7         Q    Okay.  So outside of the exceptions that
8    we've talked about -- I mean, I'm just trying to
9    get a clear answer to --
10        Outside of the exceptions that are
11   listed in paragraph 15, where a registrant
12   reasonably should know that information might be
13   of concern to the EPA regarding continued
14   registration of a product, a company is obligated
15   to report that information to EPA, correct?
16        MR. RUBIN:  Objection to the form of the
17   question.  It's been asked and answered.
18        THE WITNESS:  So if it is information
19   that is not previously submitted to EPA, that EPA
20   does not already have and has not already
21   reviewed, if it is not published literature, okay,
22   if it is not information concerning former inerts,
23   all right, if it is something that may raise the
24   concern of EPA, then it may be reportable.

Page 105

1    BY MR. WOOL:
2         Q    So a company has discretion with
3    whether -- with regard to whether it reports
4    information that might raise concerns with EPA
5    regarding continued registration of a pesticide,
6    correct?
7         MR. RUBIN:  Objection.  Mischaracterizes
8    her testimony and the regulations she's been
9    testifying about.
10        THE WITNESS:  So the regulations give
11   guidance as to what should be reported under this
12   rule.  So there are, you know, the seven
13   categories, you know, the specific categories, and
14   then it gives exceptions to those categories,
15   which are here but further laid out within the
16   regulations.
17        So a company would have to look at
18   these, right, and these -- these are published, as
19   you know, regulations.  So, again, the information
20   would have to be new, something that EPA doesn't
21   already have, has not already been reviewed.  It
22   would have to raise a concern to EPA regarding its
23   risk assessments, and if it is not one of these
24   categories of exceptions, then it may be

27 (Pages 102 to 105)

Confidential - Connie B. Welch, DMin

Page 106

1    reportable under this rule.
2    BY MR. WOOL:
3        Q   So you said "may be reportable."
4        A   It may be reportable.
5        Q   And what determines whether it's
6    reportable or not under that rule?
7            MR. RUBIN:  Objection.  It's been asked
8    and answered.
9            THE WITNESS:  Again, under this rule, it
10   gives -- it gives the criteria for the seven
11   categories, and it even sets forth the exceptions.
12   BY MR. WOOL:
13       Q   Well, I'm saying outside of those
14   categories, what -- okay, we can just move on.
15   I'm afraid I'm not going to get an answer to this.
16           Okay.  So in paragraph 18, you describe
17   how pesticides are evaluated for carcinogenicity,
18   correct?
19       A   Yes, through a variety of studies.
20       Q   Okay.  And how does the EPA go about
21   weighing each study in determining the
22   carcinogenicity of a pesticide presently?
23           MR. RUBIN:  Objection.  The question --
24   form of the question is vague.

Page 107

1            THE WITNESS:  Can you restate the
2    question?
3    BY MR. WOOL:
4        Q   Sure.
5            How does the EPA, present day EPA, go
6    about weighing each respective category in
7    determining the carcinogenicity of -- of a
8    pesticide?
9        A   So EPA has such, as I discussed, data
10   requirements for registering a pesticide, and
11   particularly, if it's a food-use pesticide, EPA
12   will require its carcinogenicity studies.  Studies
13   are submitted to EPA.  A EPA reviewer will take a
14   look at those studies, review those studies.  They
15   are then secondarily reviewed for a final
16   determination of those studies.
17   BY MR. WOOL:
18       Q   Well, what I'm getting at is -- so, for
19   example, you list rodent carcinogenicity studies
20   and mutagenicity studies, for example, right?
21       A   Yes, they're listed.
22       Q   Okay.  So if one of those studies is --
23   one -- strike that.
24           If one of those categories is, say,

Page 108

1    equivocal and the other one shows no evidence of
2    carcinogenicity, is one category weighed more than
3    the other?  Is there an ascribed -- or strike
4    that.
5            But is -- strike that.
6            Let me ask it this way:  Does EPA
7    ascribe a specified weight to any of the
8    categories of carcinogenicity studies?
9        A   EPA uses what's called the weight of
10   evidence where it considers all data that it has
11   in making its assessment.
12       Q   And are you familiar with that standard?
13   The weight of the evidence, I mean.
14       A   EPA discusses its weight of evidence in
15   its own guidelines as far as the cancer guidelines
16   and other documents it has published.
17       Q   And are you familiar with the -- with
18   the weight of the evidence methodology?
19       A   My -- I'm not familiar with the
20   toxicological terms and so forth.
21       Q   In your various roles at EPA, did you
22   ever apply the weight of the evidence methodology
23   to any product that was being registered?
24       A   Did me -- I myself?

Page 109

1        Q   Correct.
2        A   In my role, I was a product manager or
3    chemist branch chief, so forth.  So these
4    determinations would have been made by the
5    toxicologist, the cancer peer review committees.
6    Those types of decisions were made by these
7    committees or -- or personnel.
8            MR. WOOL:  So I'm going to object as
9    nonresponsive.
10   BY MR. WOOL:
11       Q   I am just sort of trying to get at your
12   personal experience with utilizing the weight of
13   the evidence methodology.  Do you understand
14   the -- kind of the general aim of my questioning
15   here?
16           MR. RUBIN:  Objection to the form of the
17   question, if the question is asking her if she
18   understands the aim of your question.
19   BY MR. WOOL:
20       Q   So --
21           MR. RUBIN:  Vague.
22   BY MR. WOOL:
23       Q   -- would you say you're familiar with
24   applying the weight of the evidence methodology

28 (Pages 106 to 109)

Confidential - Connie B. Welch, DMin

Page 110

1    utilized by EPA?
2        A    I'm familiar with, as I discuss in my
3    report on page 7, where in paragraph 22 begins by
4    talking about EPA reviews data on formulated
5    products, includes a variety of toxicology
6    exposure and epidemiology.  I also talk about it
7    utilizes its framework for incorporating human
8    epidemiologic and human incident data risk
9    assessments.
10        On page 8, it goes into a discussion of
11    the cancer guidelines.
12        As a product manager, my role was to
13    distribute the data that came in for pesticide
14    registration to the appropriate scientists, who
15    would then in turn take this weight of the
16    evidence approach and make a determination on that
17    pesticide product.  So these determinations were
18    made by the toxicologists cancer peer review
19    committee.
20        Q    So you did not personally apply the
21    weight of the evidence methodology with respect to
22    the scientific data submitted for any particular
23    pesticide being registered?
24        A    These determinations were made by the

Page 111

1    scientists and toxicologists at EPA.
2        Q    And as we discussed before, a registrant
3    will typically submit its own -- strike that.
4        When a registrant is registering a
5    pesticide, it will typically draft and submit the
6    proposed label to EPA, correct?
7        A    Yes.
8        Q    And EPA has sole authority to approve or
9    disapprove of the label?
10        A    EPA has sole authority to approve or
11    disapprove.
12        Q    But EPA does get considerable input from
13    the registrant.  Correct?
14        MR. RUBIN:  Objection to the form of the
15    question.  It's been asked and answered.
16        THE WITNESS:  I'm sorry.  Restate the
17    question.
18    BY MR. WOOL:
19        Q    But EPA does get considerable input from
20    the registrant.
21        MR. RUBIN:  Same objection.
22        THE WITNESS:  When applying for a
23    registration, the applicant or registrant submits
24    with their application all of the administrative

Page 112

1    forms, data, whatever data is required, a proposed
2    label.  EPA reviews that label, and only what
3    is -- what's on the label has to be approved by
4    EPA, approved and accepted by EPA.
5    BY MR. WOOL:
6        Q    In your experience either at EPA or as a
7    consultant, can you think of a situation where a
8    registrant included a warning where EPA told the
9    registrant the warning went too far?
10        MR. RUBIN:  Objection to the form of the
11    question.  Vague.
12        THE WITNESS:  Can you repeat the
13    question?
14        MR. WOOL:  Can you read back the
15    question, please.
16        (Whereupon, the requested record
17        was read.)
18        THE WITNESS:  I don't understand the
19    question.
20    BY MR. WOOL:
21        Q    So a registrant could submit a variety
22    of warnings, right?  I mean, they -- the
23    registrant, as we discussed, submits the initial
24    labeling, right?

Page 113

1        A    The labeling, yes.
2        Q    Okay.  And the initial labeling does
3    contain warnings, correct?
4        A    Label warnings, yes.
5        Q    Okay.  And the warning could say:
6    "Danger," "Caution," anything like that, right?
7        A    Yes.
8        Q    Okay.  Can you think of a situation
9    where, for example, a label said "Danger" and --
10    in the initial submission to EPA, and EPA said,
11    You don't need to include that more severe
12    warning, you can take that off?
13        A    The warnings, we call them precautionary
14    statements, on a label are dependent upon the
15    data.  So the data dictates what should be on the
16    label.
17        Q    Have you encountered a situation where a
18    registrant's proposed label was rejected by EPA?
19        A    Yes.
20        Q    And what are some of the reasons why EPA
21    might reject a label?
22        A    The labeling statements might not agree
23    with the data, the acute toxicity data.  EPA may
24    impose label restrictions.

29 (Pages 110 to 113)

Confidential - Connie B. Welch, DMin

Page 114

1      Q   In your capacity as a consultant
2   following your work at EPA, have you ever been
3   involved in the registration of a pesticide that
4   included a proposed label with a cancer warning?
5      A   No.
6      Q   Let's take a look at paragraph 19, if
7   you are not already there.
8         MR. RUBIN:  Did you say 19?
9         MR. WOOL:  19, correct, from pages 6
10  to 7.
11        THE WITNESS:  Yes.
12  BY MR. WOOL:
13     Q   And are you familiar with FIFRA's
14  misbranding statute?
15     A   Yes.
16     Q   What does it mean if a pesticide is
17  misbranded?
18     A   Misbranded means if there is a statement
19  on the label that EPA has not approved.  A company
20  is not allowed to put anything on the label unless
21  EPA approves it.
22     Q   And can an EPA-approved label still
23  be misbranded?  Or strike that.
24        Can a label be misbranded under FIFRA

Page 115

1   despite EPA approval?
2      A   I don't understand the question.
3      Q   Can -- okay.  So if a product label does
4   not contain a warning or precautionary statement
5   that's necessary to protect man -- humans or the
6   environment, that label would be misbranded,
7   correct?
8         MR. RUBIN:  Objection.  Asking for a
9   legal conclusion from the witness.
10        THE WITNESS:  I still don't understand
11  the question.
12  BY MR. WOOL:
13     Q   Okay.  So I asked you what it means if a
14  pesticide is misbranded.  You remember that
15  question --
16     A   Yes.
17     Q   -- right?
18        And you stated, and I'm reading the
19  transcript: "Misbranded means if there is a
20  statement on the label that EPA has not approved.
21  The company is not allowed to put anything on the
22  label unless EPA approves it."
23     A   Yes.
24     Q   Okay.  Are there any other situations in

Page 116

1   which a product can be misbranded that you're
2   aware of?
3         MR. RUBIN:  I'm going to ask the same --
4   or make the same objection as previously.
5         THE WITNESS:  I -- again, I state that a
6   company can't put anything on the label unless EPA
7   approves it.  So EPA -- EPA is the final authority
8   as to the statements on a pesticide product label.
9   BY MR. WOOL:
10     Q   So is it your testimony sitting here
11  today that a product with an EPA-approved label
12  cannot be misbranded?
13        MR. RUBIN:  Objection.  Asked and
14  answered.  And also same objection as previously,
15  asking for a legal conclusion.
16        THE WITNESS:  EPA is the only one that
17  can determine what goes on a pesticide label.  EPA
18  approves the pesticide labels.  A company, an
19  applicant, a registrant is not allowed to just
20  place something on the label.  The label has to be
21  submitted to EPA and approved.
22        MR. WOOL:  I'm going to object again as
23  nonresponsive.
24  BY MR. WOOL:

Page 117

1      Q   So my question is, is whether or not a
2   label that's approved by the EPA can still be
3   misbranded?
4         MR. RUBIN:  Objection.
5   BY MR. WOOL:
6      Q   Do you see what I'm getting at?
7         MR. RUBIN:  Excuse me.  Asked and
8   answered.  Same objection as previously.
9         THE WITNESS:  I guess --
10        MR. RUBIN:  I'm sorry, can you -- what
11  is the question?  I'm sorry, Counsel.
12        MR. WOOL:  I'll ask -- yeah, I'll ask
13  the question again.
14        MR. RUBIN:  What you're getting at is
15  not really a question.
16  BY MR. WOOL:
17     Q   Okay.  We can determine that EPA
18  determines what goes on the label, correct?
19     A   EPA determines what goes on the label.
20     Q   Okay.  And EPA will approve of that
21  label, correct?
22     A   Yes.
23     Q   Okay.  Subsequent to EPA approval, can a
24  label nonetheless be misbranded?

Confidential - Connie B. Welch, DMin

Page 118

1    MR. RUBIN: Same objection. It's -- two
2  objections: One, it's been asked and answered
3  repeatedly, and also it's asking for a legal
4  conclusion.
5    THE WITNESS: I mean, again, I'll state
6  that EPA has the sole authority for that label,
7  and everything has to be approved to be on that
8  label by EPA.
9    MR. WOOL: I'm going to object again as
10  nonresponsive.
11  BY MR. WOOL:
12    Q  Let me ask you this: Have you ever
13  consulted for a company that was defending a
14  misbranding action by EPA?
15    A  I'm sorry, state the question again.
16    Q  Have you ever consulted for a company
17  that was defending a misbranding action by EPA?
18    MR. RUBIN: Objection -- objection.
19  Vague as to defending company.
20    But if you can answer the question.
21    THE WITNESS: I -- I don't understand
22  the question.
23  BY MR. WOOL:
24    Q  Okay. EPA brings misbranding actions

Page 119

1  against companies, correct?
2    MR. RUBIN: I'm going to object to lack
3  of foundation.
4    THE WITNESS: I still don't understand
5  the question.
6  BY MR. WOOL:
7    Q  Have you heard the term "misbranding"
8  before?
9    A  Yes.
10    MR. RUBIN: Objection, Counsel.
11  BY MR. WOOL:
12    Q  And is it your understanding that
13  misbranding actions are brought by EPA against
14  companies that either register or need to register
15  their products with EPA?
16    A  These would be considered enforcement
17  actions.
18    Q  During your time at EPA, were you
19  involved with any enforcement actions?
20    A  Yes.
21    Q  In what capacity?
22    A  As a matter of fact, in my report, at
23  the beginning of the report when I stated as part
24  of the awards, I was involved in -- on page 2, I'm

Page 120

1  sorry -- on page 2, paragraph 3, there's a
2  discussion of several awards and other
3  recognitions that I received during my employment
4  at EPA.
5    If you were to look at the very last
6  sentence, I also received the recognition of
7  superior accomplishment for my dedication and
8  swift action to the stop sale and use, in
9  parentheses, SSURO, of contaminated Medaphene
10  products.
11    Q  And that was a misbranding action?
12    A  This was an action of an antimicrobial
13  product that was found to be contaminated with a
14  bacteria. If I'm not mistaken, it was bacillus
15  subtilis. And so we worked with the Office of
16  Enforcement to expeditiously get that product off
17  the market.
18    Q  Okay. So let's turn back to page 7.
19  We'll go on to paragraph 20.
20    A  Okay.
21    Q  Now, EPA in its discretion can review
22  registered pesticides, correct?
23    A  I'm sorry. Page 7?
24    Q  Paragraph 20.

Page 121

1    A  Paragraph 20.
2    Q  And my question pertains to the first
3  sentence there, if that helps.
4    MR. RUBIN: Did you --
5    THE WITNESS: Can you repeat the
6  question?
7    MR. RUBIN: You want to read back the
8  question?
9    THE WITNESS: Yes.
10    MR. RUBIN: Just read it back.
11  I'm sorry. Is that okay?
12    MR. WOOL: Yeah, that is fine.
13    (Whereupon, the requested record
14    was read.)
15    THE WITNESS: Yes.
16  BY MR. WOOL:
17    Q  And what happens if during that review
18  EPA determines that a warning label is
19  insufficient to protect human health and the
20  environment?
21    A  During this review -- and this can
22  happen, as I state, at any -- at its discretion
23  while that product is registered. So that may be
24  under registration review, that may be under

Confidential - Connie B. Welch, DMin

Page 122

1    reregistration, it can be when a company submits
2    an application for some labeling change. If EPA
3    determines that the labeling statement is
4    incorrect or what have you, EPA will -- will tell
5    the company that changes need to be made to the
6    label.
7         Q    And can that determination that a
8    warning label is insufficient result in what you
9    described as an enforcement action?
10        A    What happens in that process, whether
11   it's reregistration or registration review or in
12   any of its numerous review processes during the
13   life of that registration, EPA will go back to
14   that company and -- again, the warning labels are
15   based on data. So if there is a change, it's
16   based on some form of data requirement. EPA goes
17   back to that company, has done a review of the
18   data, has determined that there is some sort of
19   change that needs to be made to the label, and
20   then the company will make the change to the
21   label.
22        Q    And would that process be considered an
23   enforcement action?
24        A    No, no, that's the regular registration

Page 123

1    process.
2         Q    And is it your testimony that that's
3    part of the registration process even after --
4    strike that.
5         So if the situation that we just -- just
6    described happens after a product has already been
7    registered, is that process still part of the
8    registration process?
9         A    It's -- it's still part of the ongoing
10   process, because EPA has within its registration
11   framework, if you will, it has -- once a product
12   is registered, then, as I stated earlier, if it's
13   before 1984, it's reregistration. If it's after
14   1994, it's registration review. So it has that
15   umbrella of reviewing every pesticide product.
16        And when a registrant applicant comes in
17   the door with a labeling change or amending that
18   registration in some way, EPA reviews that label
19   again, and sometimes the -- the database -- the
20   data -- the data, again depending on the request.
21   This is just a normal registration process.
22        Q    Okay. In paragraph 22, you state in the
23   first sentence of that paragraph: "EPA reviews
24   data on all formulated pesticide products."

Page 124

1         Did I read that correctly?
2         A    Yes.
3         Q    And you go on to state: "This includes
4    a variety of toxic -- toxicology exposure and
5    epidemi-- epidemiology data."
6         Did I read that correctly?
7         A    Yes.
8         Q    Okay. When you say "a variety of
9    toxicology data," that does not necessarily mean
10   toxicological studies utilizing formulated
11   product, correct?
12            MR. RUBIN:  Objection to the form of the
13   question.
14            THE WITNESS:  Can you restate the
15   question?
16            MR. WOOL:  Can you read it back, please.
17        (Whereupon, the requested record
18        was read.)
19            THE WITNESS:  No, that's not correct.
20   It does include tox studies on formulated
21   products.
22   BY MR. WOOL:
23        Q    With respect to the literature that you
24   reviewed in forming your opinions, are you aware

Page 125

1    of any long-term animal bioassays -- animal
2    bioassays involving formulated Roundup products?
3         A    I'm not aware of any. However, they're
4    not required for formulated end-use products.
5         Q    Now, if you turn the page to
6    paragraph 23, you state: "It is of utmost
7    importance to EPA that the studies considered in
8    its risk assessments are valid studies."
9         Did I read that correctly?
10        A    Yes.
11        Q    What do you mean by "valid studies" as
12   you use it in that sentence?
13        A    These are studies that I'm going to say
14   scientific -- scientifically sound, conducted
15   according to EPA's good laboratory practices.
16   They prefer studies conducted according to good
17   laboratory practices. Studies conducted according
18   to EPA guidelines. There are guide -- specific
19   guidelines for data requirements. These are what
20   I mean by "valid studies."
21        Q    And if a study fails any of those
22   guidelines, would it be considered an invalid
23   study?
24        A    It could be. If it -- if it was not

Confidential - Connie B. Welch, DMin

Page 126

1    done according to EPA guideline, if -- if it was
2    not a scientifically sound study, it would be an
3    invalid study.
4        Q   Well, I'm sort of trying to figure out
5    what is a scientifically sound study.  And so my
6    question is, does a study have to comply with all
7    EPA guidelines to be scientifically sound?
8        A   Well, let's step back.  For the purposes
9    of registration, when companies are submitting a
10   study in support of a pesticide product, whether
11   it is registration or registration review or
12   reregistration, the studies that are submitted to
13   EPA for regulatory purposes should be valid
14   studies, studies conducted to EPA guidelines,
15   studies conducted according to GLP, good
16   laboratory practices.
17       MR. WOOL:  So I'm going to object as
18   nonresponsive.
19   BY MR. WOOL:
20       Q   Again, my question is simply whether a
21   study must comply with all EPA guidelines to be
22   considered a valid study, as you use that phrase
23   in the first sentence of paragraph 23?
24       A   If a study is going to support -- again,

Page 127

1    if we're going back to my experience at EPA, which
2    is based on registration, so studies that are
3    submitted to EPA for the purposes of registration
4    should be valid studies, so they should be
5    conducted according to EPA guidelines or
6    guidelines that EPA accepts to support the
7    registration.
8        Q   So am I correct then that a study could
9    be valid but, nonetheless, not comply with all EPA
10   guidelines?
11       MR. RUBIN:  Objection to the form of the
12   question.
13       THE WITNESS:  Repeat -- repeat the
14   question again.  I'm sorry.
15   BY MR. WOOL:
16       Q   Am I correct then that a study could be
17   valid but, nonetheless, not comply with all EPA
18   guidelines?
19       A   There are many studies that can be
20   valid, but the point being that, you know, studies
21   supported to support an EPA registration must
22   comply with EPA guidelines.
23       Q   So a valid study, as you use it in
24   paragraph 23, would necessarily comply with all

Page 128

1    EPA guidelines, correct?
2        MR. RUBIN:  Objection.  Asked and
3    answered.
4        THE WITNESS:  EPA guidelines stipulate
5    how a study is to be conducted in support of its
6    registration.
7        MR. WOOL:  I'm going to object again as
8    nonresponsive.
9    BY MR. WOOL:
10       Q   All I'm trying --
11       MR. RUBIN:  I will object to that
12   characterization.  It is precisely responsive to
13   the question.
14       MR. WOOL:  Okay.  We can move on.
15   BY MR. WOOL:
16       Q   If a study doesn't utilize good
17   laboratory practices, will the EPA consider that
18   study?
19       A   It may.
20       Q   Is it discretionary?
21       A   It's at EPA's -- it is discretionary
22   upon EPA whether they accept a non-GLP study or
23   not.
24       Q   What goes into that determination with

Page 129

1    regard to whether or not -- whether or not EPA
2    will accept a non-GLP study?
3        A   When a study is submitted to EPA, it has
4    to be formatted in a certain way.  And there --
5    there are some things that EPA will look for, one
6    being a signature page by the quality assurance
7    director or a statement saying that the study was
8    or was not conducted according to GLP.  A study
9    will not even get through the front door if it
10   does not have that statement.  If it is not GLP,
11   it needs to say why it is not GLP.
12       Q   And so would EPA then review the
13   statement as to why a study did not utilize good
14   laboratory practices in determining whether to
15   accept it or not?
16       MR. RUBIN:  I'm sorry.  Just an
17   objection, a clarification.  We're talking about
18   for the registration of a product?
19       MR. WOOL:  I'm talking about whether or
20   not the study would be characterized as valid as
21   it's used -- would be characterized as a valid
22   study as it's utilized -- or as that term is
23   utilized in paragraph 23 of the report.
24       MR. RUBIN:  Do you understand what he's

Confidential - Connie B. Welch, DMin

Page 130

1    talking about here?
2           THE WITNESS:  Yes.
3           MR. RUBIN:  Okay.
4           THE WITNESS:  And my -- my reference is
5    again in support of, you know, a pesticide
6    registration.  So as a study is submitted, if it
7    has the appropriate determinations as whether it's
8    GLP or not, the decision is up to EPA whether to
9    accept that study and to consider that study a
10   valid study.
11   BY MR. WOOL:
12      Q   Okay.  Let's move on to paragraph 24.
13   In the second sentence of paragraph 24, you state:
14   "The current 2005 cancer guidelines emphasize the
15   importance of weighing all the evidence in
16   reaching the conclusion about the human
17   carcinogenic potential of pesticides."
18          Did I read that correctly?
19      A   Yes.
20      Q   And so if EPA does not consider an
21   otherwise valid study, then that goal of weighing
22   all the evidence would not be met, correct?
23      A   Well, EPA considers -- as I stated, EPA
24   considers a -- all the data that it has in its

Page 131

1    database when it is -- and particularly that of
2    our carcinogenicity data, when it is looking at
3    weighing all the evidence, and it spells that out
4    in its -- in its guidelines.
5       Q   But EPA must rely on manufacturers to
6    provide all of the relevant evidence, correct?
7           MR. RUBIN:  Objection.  Lack of
8    foundation.
9           MR. WOOL:  Well, hold on, I'll go back a
10   minute.
11   BY MR. WOOL:
12      Q   EPA does not conduct its own animal
13   bioassays, correct?
14          MR. RUBIN:  Objection to the form of the
15   question, assumes facts not in evidence.
16          THE WITNESS:  To my knowledge, EPA does
17   not -- EPA as far as OPP, because there are many
18   other offices within EPA -- to my knowledge, EPA's
19   Office of Pesticide Programs does not conduct its
20   own studies.
21   BY MR. WOOL:
22      Q   Right.  And OPP does not conduct
23   epidemiological studies, correct?
24      A   To my knowledge.

Page 132

1       Q   Okay.  And so what I was getting at is,
2    and this is my question, that EPA must rely on the
3    pesticide manufacturer to provide EPA with all of
4    the relevant evidence, correct?
5           MR. RUBIN:  Objection.  Form of the
6    question.  It mischaracterizes much of her
7    testimony today.
8           THE WITNESS:  EPA relies on data
9    submitted by manufacturers.  And also, as I've
10   discussed in -- in my paper, but EPA also has
11   discussed in its papers, it relies on public
12   literature, it may rely on other risk assessments
13   from other authorities, but it does rely on
14   getting relevant data from other sources.
15   BY MR. WOOL:
16      Q   In your experience, which party, whether
17   it's the EPA, pesticide manufacturer or a third
18   party, conducts the majority of the studies used
19   in pesticide registration?
20      A   Can you state the question again?
21          MR. WOOL:  Can you read back the
22   question, please.
23          (Whereupon, the requested record
24          was read.)

Page 133

1           MR. RUBIN:  Object to the form of the
2    question.
3           THE WITNESS:  EPA has again a set of
4    data requirements that they've published for
5    registration, active ingredients and formulated
6    products.  Anyone wanting to get a registration
7    has to satisfy those data requirements.  So the
8    applicant or registrant submits the data to EPA in
9    support of that registration.  The applicant can
10   conduct that study themselves or hire a lab to do
11   so.
12   BY MR. WOOL:
13      Q   Okay.  With respect to glyphosate and
14   the data considered by EPA in reaching its various
15   decisions, the majority of that data came from
16   pesticide manufacturers, correct?
17      A   A lot of that data came from pest --
18   pesticide manufacturers.
19      Q   Okay.  And so if a registrant were to
20   conduct a study and not disclose that to EPA, you
21   would agree in that case that EPA would not be
22   able to weigh all of the evidence?
23          MR. RUBIN:  Objection to the form of the
24   question.  It's argumentative.

34 (Pages 130 to 133)

Confidential - Connie B. Welch, DMin

Page 134

1      THE WITNESS:  EPA uses within its
2   database as well as, you know -- as I say, it has
3   all the framework for even incorporating published
4   literature or other information that it may get
5   elsewhere, so it uses all of that in its
6   decision-making for making a determination.
7      MR. WOOL:  I'm going to object as
8   nonresponsive.
9   BY MR. WOOL:
10     Q   Again, in paragraph 24, you state that
11  the guidelines emphasize the importance of
12  weighing all of the evidence, correct?
13     A   Yes, the guidelines state that.
14     Q   Okay.  And so if a registrant were to
15  conduct a study and not disclose that to EPA, you
16  would agree that in that situation EPA would not
17  be weighing all of the evidence.
18     MR. RUBIN:  Objection to the form of the
19  question.  It's argumentative.  It also
20  mischaracterizes a huge part of her testimony
21  today about registration requirements.
22     THE WITNESS:  The study -- I do not know
23  enough about that to be able to -- to agree.  I
24  would not know if the study -- how it was

Page 135

1   conducted, if it was a valid study, if it was
2   conducted according to EPA guideline or not.
3   BY MR. WOOL:
4      Q   Okay.  So in paragraph 25, and again
5   you're discussing the 2005 EPA guidelines here,
6   the second sentence reads:  "The evidence
7   considered in the 2005 cancer guidelines includes
8   tumor findings, an agent's chemical and physical
9   properties, its structure-activity relationships,"
10  in parentheses, "SARS," close paren, "as compared
11  with other carcinogenic agents and studies
12  addressing potential carcinogenic processes and
13  modes of action, either in vivo or in vitro."
14     Did I read that sentence correctly?
15     A   Yes.
16     Q   And does that sentence describe only the
17  active agent that is being registered or does that
18  describe formulated -- sorry, formulated products?
19     A   That sentence describes EPA's process
20  for determining if something is carcinogenic or
21  not, and that's the chemical itself.
22     Q   So only the active ingredient, correct?
23     A   No, it's -- it's -- in its guidelines,
24  it gives -- it gives instructions, as it says,

Page 136

1   consider the 2005 guidelines, tumor findings, the
2   agent's chemical and physical properties,
3   structure-activity -- these are the -- the methods
4   that it uses in determining if something is
5   carcinogenic or not.
6      Q   So I'm just asking if the term "agent"
7   in this sentence refers to active ingredient or
8   formulated product, or both.
9      A   It could be both.  But its guidelines --
10  it's really looking at a chemical.  If I'm making
11  that clear.
12     Q   Right.  So you said "a chemical."
13     A   Okay.  A chemical.  Yes, a chemical.
14     Q   So -- and you would agree that a
15  formulated product is a conglomeration of
16  different chemicals, right?
17     A   A formulated product is a -- it's a --
18  consists of an active ingredient and inert
19  ingredients.
20     Q   Okay.  So as it's used in the second
21  sentence of paragraph 25, I'm asking if the --
22  when you say "an agent," if that is referring to
23  simply the active ingredient?
24     A   The reason why I say "chemical" is

Page 137

1   because if EPA is looking at a chemical that's
2   being used in a food-use pesticide formulation,
3   obviously, yes, active ingredients.  It may be an
4   inert ingredient, because it talks about an
5   agent's chemical and physical properties, its
6   structure-activity relationships.
7      Q   Okay.  So as it pertains to this section
8   in your report, which is EPA's Regulatory
9   Framework For Pesticide Registration, which starts
10  from paragraph 13 to paragraph 27, are there any
11  opinions that we did not discuss and that are not
12  discussed in this section of your expert report
13  pertaining to EPA's regulatory framework for
14  pesticide registration that you intend to offer at
15  trial?
16     A   Again, as of today?
17     MR. RUBIN:  Excuse me.  As of this
18  minute?
19     MR. WOOL:  As of -- as of right now.
20     MR. RUBIN:  As of right now.
21     THE WITNESS:  As of right now, no.
22     MR. WOOL:  Okay.  I think we've been
23  going an hour.  I don't know if you guys want to
24  break for lunch or we can keep going --

35 (Pages 134 to 137)

Confidential - Connie B. Welch, DMin

Page 138

1         MR. RUBIN:  Sure, we could do that.
2    Let's go off the record.
3         THE VIDEOGRAPHER:  We are going off the
4    record at 12:05 p.m.  This ends media unit
5    number 3.
6         (Lunch recess.)
7         THE VIDEOGRAPHER:  We are going back on
8    the record at 12:47 p.m.  This begins media unit
9    number 4.
10   BY MR. WOOL:
11        Q   Good afternoon, Dr. Welch.  How was your
12   lunch?
13        A   Good.
14        Q   Good.  I'm handing you what I'm marking
15   as Exhibit No. 7, which is a copy of the invoices
16   that you prepared and submitted.
17        (Welch Exhibit No. 7 was marked
18        for identification.)
19   BY MR. WOOL:
20        Q   And take a moment to review the exhibit,
21   please.
22        A   (Peruses document.)  Okay.
23        Q   Does Exhibit 7 reflect all of the
24   invoices that you have submitted to date?

Page 139

1         A   To my knowledge, yes.
2         Q   Do you have any reason to think that
3    there might be other invoices that you have
4    submitted that are not included in Exhibit 7?
5         A   No, I don't think so.  Just someone else
6    in my office sends the invoices out, so that's
7    why.
8         Q   Understood.
9         A   Okay.
10        Q   And do these invoices contain a complete
11   description of all of the work that you have
12   performed to date?
13        A   Yes, the last invoice is through -- for
14   work done in November.
15        Q   And it looks like the first invoice is
16   from July 2018, approximately.
17        A   Yes.
18        Q   Do you recall who first contacted you
19   about serving as an expert in this litigation?
20        A   Mr. Rubin.
21        Q   Okay.  And if we look at the -- well,
22   the invoice dated August 8, 2018, for the period
23   of July 2018, the activity description says
24   "Conference call with G. Rubin, M. Calhoun," and

Page 140

1    then in parentheses, "CBW, ACK."
2         A   Yes.
3         Q   Do you see that?
4         A   Yes.
5         Q   What does CBW mean?
6         A   Those are my initials.
7         Q   Oh, okay.  And what is ACK?
8         A   ACK is the president of our company, and
9    those -- those are his initials, Alan Katz.
10        Q   Okay.  Okay.  That explains that.
11            And at the very bottom of the activity
12   description, it says "CBW," and then it has 2.5
13   hours of travel at $197.50 an hour.
14        A   Yes.
15        Q   Is $197.50 an hour your hourly rate for
16   travel?
17        A   Exactly.  That's the travel rate.  The
18   travel rate is half of the hourly rate.
19        Q   Okay.  And then the hourly rate is --
20   that you charge is $395 an hour, correct?
21        A   Yes.
22        Q   And on August 8, you submitted an
23   invoice totaling 1400 -- I'm sorry.  Strike that.
24            On August 8th, 2018, you submitted an

Page 141

1    invoice totaling $14,000 -- sorry, $14,033.37,
2    correct?
3         A   Correct.
4         Q   And is that for both your time and -- I
5    forget the gentleman's name, but the president of
6    toXcel as well?
7         A   Yes.
8         Q   So for both of your times.  Okay.
9            Now, if we turn to the October 15th,
10   2018 invoice, the total submitted for this period
11   was $18,582.42, correct?
12        A   Correct.
13        Q   And if we turn to the next invoice dated
14   November 7th, 2018, the total amount billed for
15   this period was $14,981.56, correct?
16        A   That's correct.
17        Q   Let me ask you, the second sentence of
18   the activity description states:  "Travel from
19   D.C. to Florida airport to home."
20        A   Mm-hmm.
21        Q   What did that -- that travel pertain to?
22        A   Now, go to -- what was the sentence
23   again?
24        Q   So the second sentence, it sounds to me

Confidential - Connie B. Welch, DMin

Page 142

1    like you're traveling from D.C. to Florida for
2    something.
3        A   Travel from meeting here, all right?
4        Q   Mm-hmm.
5        A   Okay, back to Florida, Tampa airport,
6    and I live in Sarasota.
7        Q   Oh, okay.
8        A   So, yeah.
9        Q   That makes sense.  I was looking at the
10    -- the toXcel address listed at the top of the
11    page, and I was wondering what -- what are you
12    doing in Florida.
13            Okay.  And now if we turn to the most
14    recent invoice, which is dated December 4th, 2018,
15    the total amount billed for this period is
16    $26,390.56 -- 59 cents, correct?
17        A   Correct.
18        Q   Okay.  And is the total due there, the
19    amount that you have billed to date for all of the
20    work that you've performed in this litigation?
21        A   Yes.
22        Q   Okay.  So overall you have charged
23    $64,482.93, correct?
24        A   Yes, I believe so.

Page 143

1        Q   Now, in reviewing these statements, I do
2    not believe I saw any activity description for
3    drafting your expert report.  Is that correct?
4        A   Okay.  The one here says:  "Review draft
5    expert witness report."  That is the most recent
6    one, December 4th.
7        Q   Mm-hmm.  Okay.  And so that was when you
8    wrote your expert report between early November
9    and December 4th, 2018?
10        A   Exactly.
11        Q   Okay.  And prior to that, is it fair to
12    characterize your work as reviewing the various
13    reference materials contained in your materials
14    considered list?
15        A   Reviewing reference materials contained
16    in the -- in the list as well as going to the
17    public docket.
18        Q   Let me ask you, did anybody aside from
19    your attorneys help you with drafting your expert
20    report?
21        A   No.
22        Q   You didn't ask anybody at toXcel to --
23    to draft any sections of your expert report?
24        A   Oh, no.  No.

Page 144

1        Q   Didn't ask anybody to summarize any
2    articles or anything?
3        A   No, I did not.
4        Q   Have you discussed your work on this
5    case with anybody other than attorneys from either
6    Hollingsworth or another firm that represents
7    Bayer and/or Monsanto?
8        A   I'm sorry, say that again.
9        Q   Have you discussed your work on this
10    case with anybody other than attorneys for
11    Monsanto Company and/or Bayer?
12        A   Oh, no.
13        Q   You can put that to the side.
14            So let's go back to your expert report,
15    if you have that --
16        A   Yes.
17        Q   -- handy.  And I'm going to direct you
18    to page 10, paragraph 28.
19        A   Page 10 --
20        Q   Paragraph 28 at the top of the page?
21        A   Yes.  Mm-hmm.
22        Q   And in paragraph 28, you state:  "It is
23    my opinion based on review of the materials in
24    the public record that EPA applied the regulatory

Page 145

1    framework described above in its registration,
2    reregistration, ongoing registration review,
3    residue tolerance approvals, and label approvals
4    of glyphosate and glyphosate-based formulations."
5            Did I read that correctly?
6        A   Yes.
7        Q   Now, in order to state that EPA applied
8    the regulatory framework correctly, would you not
9    need to review the -- data that EPA reviewed?
10            MR. RUBIN:  Objection to the form of the
11    question.
12            THE WITNESS:  Can you state it again?
13    BY MR. WOOL:
14        Q   Yes.  In order to determine whether EPA
15    correctly applied its regulatory framework,
16    wouldn't you need to review the data that -- that
17    EPA reviewed?
18        A   As I state here, it says:  "In my
19    opinion based on a review of materials in the
20    public record that EPA applied the regulatory
21    framework."  That's -- based upon regulatory
22    framework described above in this registration,
23    reregistration, ongoing registration review,
24    resident tolerance approvals and label approvals

37 (Pages 142 to 145)

Confidential - Connie B. Welch, DMin

Page 146

1    of glyphosate and glyphosate-based formulations.
2    I just wanted to continue with the sentence.
3         That's based on my knowledge and
4    expertise of working at EPA, being very familiar
5    with the regulatory requirements and EPA's
6    regulations, and familiar with how EPA implements
7    those regulations and registration requirements.
8         So my expertise, I'm not a toxicologist
9    so I would not have the expertise to review the
10   study itself, but my background as a regulatory
11   expert and as -- in my positions there, I'm very
12   familiar with the process, I'm very familiar with
13   how EPA reviews their data or what methodologies
14   they may use, so forth.
15        Q   Okay.  Well, you used toxicology as an
16   example.  So is it your opinion -- well, strike
17   that.
18        I believe earlier you stated that it was
19   your opinion that EPA properly evaluated the
20   toxicological data.
21        A   Yes.
22        Q   Is that correct?  Okay.
23        And so my question is, is without
24   reviewing the toxicological data yourself, how

Page 147

1    were you able to determine that EPA performed a
2    proper review of that dataset?
3         A   Again, based on my -- my experience
4    there.  Also being familiar with -- EPA has its
5    own experts, those toxicologists or
6    epidemiologists or so forth, and my experience
7    working there during the 17 years, but also in my
8    continual encounters with -- with staff there, I'm
9    very confident in their expertise, in their
10   processes, and what they have in place as far as
11   reviewing lots of data that comes in the door for
12   registration application.
13        Q   So you trust the EPA regulatory
14   framework?
15        A   Exact -- yes, I do.
16        Q   So is it possible that even if EPA
17   applied its regulatory framework, that EPA could
18   come to the wrong conclusion regarding any one of
19   the datasets that it reviewed?
20        MR. RUBIN:  Objection to the form of the
21   question.
22        THE WITNESS:  Repeat the question again.
23   BY MR. WOOL:
24        Q   Yeah.  So I said, is it possible that

Page 148

1    even if EPA applied its regulatory framework, that
2    EPA could nonetheless come to the wrong conclusion
3    regarding, say, the toxicology?
4         MR. RUBIN:  Same objection.
5         THE WITNESS:  EPA has what I'm going to
6    call checks and balances in its -- in its
7    regulatory framework.  When data comes in the
8    door, you have a toxicologist, if it's -- if we're
9    talking toxicology, who is going to review that
10   study.  That reviewer is going to do what's called
11   a data evaluation record.  That is going to be
12   reviewed by another person, a senior scientist.
13        There's several levels of review, and
14   that may be just the initial review.  Then it
15   may -- it will go through reregistration or
16   registration review.  There may be some external
17   processes, as I mention in my report.
18        So there are certainly opportunities --
19   if by chance a mistake is made or something needs
20   to be corrected, there are certainly levels of
21   opportunities where something can be corrected.
22   BY MR. WOOL:
23        Q   Okay.  So in -- I'm going to direct you
24   to paragraph 29.

Page 149

1         A   Yes.
2         Q   And there is a table that purports to
3    list the toxicological data requirements for
4    glyphosate.  Correct?
5         A   Yes.  "Ongoing registration review of
6    glyphosate, EPA obtained and reviewed the required
7    toxicity studies relevant to human health, or
8    waived such arguments where appropriate, in
9    support of the continued registration of
10   glyphosate and glyphosate-based formulations."
11        Q   Now, what did you do to determine
12   whether or not EPA's waiver of any of these
13   requirements was appropriate?
14        A   EPA within its authority has -- has the
15   authority to waive a data requirement if there is
16   a scientific justification to do so.
17        Q   Right.  And so -- well, let me ask this:
18   Do you believe that EPA's waiver of -- of the
19   requirements -- well, strike that.
20        As it pertains to glyphosate, EPA waived
21   some of these requirements, correct?
22        MR. RUBIN:  Objection.  Lack of
23   foundation.
24   BY MR. WOOL:

Confidential - Connie B. Welch, DMin

Page 150

1      Q   Well, if you look at Table B.1 -- are
2   you following me?
3      A   Yes.
4      Q   In the required column on the right-hand
5   side, you will see that not all of the studies are
6   required, correct?
7      A   Not all of the studies are required.
8   There's one, two, three.
9      Q   Right, there are three.
10     A   Mm-hmm.
11     Q   And I know that EPA has the authority
12  to -- to waive those requirements.
13         My question is, as it pertains to these
14  requirements for glyphosate that were waived, what
15  did you do to determine whether waiver was proper
16  in this situation?
17     A   So the review here -- EPA has the
18  authority to grant a waiver.  Right.  And EPA can
19  do that if it deems that it has sufficient
20  information with the data that it already has, and
21  it can make a determination that an additional
22  study is -- is not necessary or if it doesn't
23  apply to a specific chemical base -- based on --
24  based on the chemical property, let's say.  So EPA

Page 151

1   can make this determination at any time, but EPA
2   determines whether a waiver is appropriate.
3      Q   Okay.  So I was asking a slightly
4   different question.  So I understand that EPA can
5   determine whether waiver is appropriate or not.
6         Let me ask you this:  If EPA determines
7   to waive a requirement, is that waiver always
8   proper?
9         MR. RUBIN:  Objection to the form of the
10  question.
11         THE WITNESS:  Again, EPA makes that
12  determination.
13  BY MR. WOOL:
14     Q   So if EPA, for example, decided to waive
15  all of the, say, rodent developmental toxicity
16  requirements, would that determination always be
17  proper?
18         MR. RUBIN:  Objection to the form of the
19  question.  The term use "proper" is vague,
20  undefined.
21         MR. WOOL:  Okay, so I'll strike that.
22  BY MR. WOOL:
23     Q   So your opinion that you state in
24  paragraph 28 of this section is that EPA applied

Page 152

1   the regulatory framework that we've discussed at
2   length in -- in the first part of this deposition.
3   Correct?
4      A   Right, yes.
5      Q   Okay.  And your opinion is that EPA
6   correctly applied that framework to its evaluation
7   of glyphosate and glyphosate-based formulations,
8   correct?
9      A   EPA applied the regulatory framework,
10  used -- used all of its mechanisms within its
11  registration process with glyphosate.
12     Q   And that regulatory framework includes
13  determining which toxicological data requirements
14  for glyphosate are required, correct?
15     A   EPA -- EPA does have a set of required
16  toxicological data for -- for glyphosate, for any
17  pesticide product.
18     Q   And it can in its discretion waive
19  certain requirements, correct?
20         MR. RUBIN:  Objection to the form of the
21  question.  Mischaracterizes her prior testimony.
22         THE WITNESS:  EPA has the authority --
23  okay, let's step back.
24         EPA has a set of data requirements, as

Page 153

1   we discussed, and right now we're discussing
2   toxicology.  And so EPA has within its authority
3   to waive a certain data requirement, again based
4   on the type of product or based on the fact that
5   it has the data it needs to -- to make a
6   regulatory decision.
7         Regarding discretion, earlier when I was
8   speaking of discretion, discretion I was speaking
9   of in terms of a GLP or non-GLP study submitted in
10  support of a registration application.  EPA can or
11  cannot accept that study.  EPA has a set of
12  prescribed data requirements.  And here it looks
13  like it waived a data requirement.
14  BY MR. WOOL:
15     Q   And so if EPA waives a data requirement,
16  is that waiver always consistent with the proper
17  application of the regulatory framework that we
18  discussed earlier today?
19     A   Can you restate it just -- yeah.  Can
20  you restate the question?
21         MR. WOOL:  Can you read the question
22  back, please.
23         (Whereupon, the requested record
24         was read.)

Confidential - Connie B. Welch, DMin

Page 154

1         MR. RUBIN:  Objection to the form of the
2   question.
3         THE WITNESS:  Again, EPA has the
4   authority to waive a data requirement.
5         Keep in mind, EPA has several times the
6   opportunity to review a database, registration,
7   reregistration.  So EPA will have several
8   opportunities during the life of a registration to
9   make decisions on that registration.
10        EPA grants a waiver based on, again, if
11  it deems that it does not need any additional data
12  to make a determination or the study itself is not
13  applicable to that particular product.
14  BY MR. WOOL:
15     Q    So is EPA's decision to waive a -- a
16  requirement always consistent with the proper
17  application of the regulatory framework that we've
18  been discussing?
19        MR. RUBIN:  Objection.  Asked and
20  answered.
21        THE WITNESS:  EPA can at any time waive
22  a study, within its -- within its registration
23  processes at any time.
24        MR. WOOL:  I'm going to object as

Page 155

1   nonresponsive.
2   BY MR. WOOL:
3      Q    So what -- what your overarching opinion
4   sort of sounds like to me is that EPA followed its
5   proper procedure.  Is that sort of a broad
6   generalization of -- of your opinion?
7         MR. RUBIN:  Objection to the
8   characterization of "generalization."
9         But go ahead if you can answer.
10        THE WITNESS:  EPA applied its -- its
11  regulations, its regulatory framework.  It used
12  reregistration, it used -- and is using now
13  registration review.  It has used its peer review
14  committees.  So EPA has used everything within its
15  regulatory framework and its authority in the
16  review of glyphosate.
17        MR. WOOL:  Again, I move to object as
18  nonresponsive.
19  BY MR. WOOL:
20     Q    So as somebody who hasn't worked at EPA,
21  how would I go about determining whether the
22  waiver of certain toxicological data requirements
23  is consistent with EPA's regulatory framework?
24        MR. RUBIN:  Objection to the form of the

Page 156

1   question again.  Now it's argumentative because
2   it's been asked and answered.
3         THE WITNESS:  Can you state the
4   question -- I mean, again, EPA has within its
5   authority to -- to waive a data requirement.
6   BY MR. WOOL:
7      Q    So any time EPA waives a data
8   requirement, is that consistent with the proper
9   application of EPA's regulatory framework?
10        MR. RUBIN:  Objection.  Asked and
11  answered repeatedly.
12        THE WITNESS:  EPA has the authority to
13  do that.  It has the authority to waive a data
14  requirement.
15  BY MR. WOOL:
16     Q    And so if for glyphosate, EPA waived all
17  data requirements for glyphosate, that would be
18  consistent with the proper application of its
19  regulatory framework.
20        MR. RUBIN:  Same objection.
21  BY MR. WOOL:
22     Q    Correct?
23        MR. RUBIN:  Asked and answered
24  repeatedly.

Page 157

1         THE WITNESS:  EPA has data requirements
2   that have to be fulfilled in support of a
3   registration.  So EPA -- first of all, again,
4   let's step back.
5         EPA does have certain data requirements
6   that are required for any -- any pesticide, okay,
7   for registration.  And so EPA -- first an
8   applicant must submit these specific data in
9   support of a registration application, and then
10  with -- and then the applicant has to satisfy
11  these data requirements.  EPA has within its
12  authority to be able to waive a data requirement.
13  BY MR. WOOL:
14     Q    So what is the criteria that EPA uses to
15  determine whether it should waive a data
16  requirement?
17        MR. RUBIN:  Objection.  Asked and
18  answered.
19        THE WITNESS:  It's within its authority.
20  It might be a study is not applicable to a certain
21  type of product.  If a product does not
22  volatilize, maybe EPA does not need an inhalation
23  study.  It depends on the type of products and
24  where it's used maybe and how it's used.  There

40 (Pages 154 to 157)

Confidential - Connie B. Welch, DMin

Page 158

1    are many reasons why EPA may waive a study.
2    BY MR. WOOL:
3        Q    All right. So as it pertains to, let's
4    say, the dermal penetration study for glyphosate,
5    which is the second study category from the bottom
6    in Table B.1.
7        A    Yes.
8        Q    Do you know why EPA waived that
9    requirement?
10       A    I don't know off -- off the top of my
11   head, no.
12       Q    So without knowing why EPA waived the
13   dermal penetration data requirement, how are you
14   able to say that EPA followed its regulatory
15   framework?
16       A    If I recall correctly, glyphosate does
17   not have any dermal sensitization or type of
18   issues. But, here again, if there were an issue,
19   EPA would address that. I would have read that
20   somewhere. I would have read that in the
21   reregistration documents. There would have been
22   some type of requirements that -- there would have
23   been somewhere along the way in all of those
24   documents, in all the risk assessments and all the

Page 159

1    review, there would have been a concern if there
2    were a dermal issue.
3        Q    All right. So let's turn the page, now
4    on page 11.
5        A    Mm-hmm.
6        Q    And I'm looking at the section "Initial
7    Registration and Review of Glyphosate." Do you
8    see that?
9        A    Yes.
10       Q    Okay. And we can agree EPA first
11   registered glyphosate in 1974, correct?
12       A    Yes.
13       Q    Okay. And then paragraph 32 describes
14   EPA's 1985 classification of glyphosate, correct?
15       A    Yes.
16       Q    Okay. And what did EPA determine -- or
17   strike that.
18           What was EPA's classification of
19   glyphosate as of March 4th, 1985?
20           MR. RUBIN: Objection. Asked and
21   answered this morning.
22           THE WITNESS: It's -- it's stated in my
23   report.
24   BY MR. WOOL:

Page 160

1        Q    Okay. It's a Category C, possible
2    oncogen, right?
3        A    As stated, yes.
4        Q    Okay. Did EPA follow its regulatory
5    framework in evaluating that mouse study that's
6    described in paragraph 32 of your report?
7            MR. RUBIN: I'm just going to interpose
8    an objection. You're talking about EPA, and this
9    morning the testimony concerned the toxicology
10   branch of EPA. I just want to be clear when we're
11   talking about EPA what we're talking about.
12   BY MR. WOOL:
13       Q    You can answer.
14       A    So repeat the question.
15       Q    Did EPA follow its regulatory framework
16   in evaluating the mouse study that is described in
17   paragraph 32 of your report?
18       A    Yes. The study was submitted to EPA;
19   EPA scientists reviewed the study. The branch --
20   at that time the Toxicology Branch Review
21   Committee made a determination, and then EPA again
22   used its resources that it -- that it currently
23   has within its framework, if you continue on
24   page 12, by convening a Scientific Advisory Panel.

Page 161

1        Q    Okay. And in paragraph 33 on page 12 --
2        A    Yes.
3        Q    -- you state: "The kidney slides from
4    the long-term mouse studies subsequently were
5    reexamined and several independent pathologists
6    concluded that there was an additional kidney
7    tumor in control males."
8            Did I read that correctly?
9        A    Yes.
10       Q    So what is the basis for the statement
11   that the pathologists who rereviewed this were
12   independent?
13       A    They were -- if I recall correctly, this
14   was the pathology working group.
15       Q    And is it your belief as you sit here
16   today that -- that those scientists -- strike
17   that.
18           Do you believe that those pathologists
19   who you described as independent from the
20   pathology working group had any communications
21   with Monsanto Company?
22           MR. RUBIN: Objection to the form of the
23   question. Asking for speculation and lack of
24   foundation.

41 (Pages 158 to 161)

Confidential - Connie B. Welch, DMin

Page 162

1    THE WITNESS: I'm sorry. Can you repeat
2 the question?
3 BY MR. WOOL:
4    Q   Okay. You describe them as independent,
5 right?
6    A   As independent.
7    Q   Okay. What do you mean by
8 "independent"?
9    A   Independent meaning they were outside of
10 EPA.
11    Q   Okay. So independent doesn't
12 necessarily mean outside of Monsanto Company as
13 its used in that sentence?
14    MR. RUBIN: Same objection.
15    THE WITNESS: I mean these were a group
16 of scientists who made a determination, and this
17 was separate and apart from EPA's determination.
18 BY MR. WOOL:
19    Q   So as used here, "independent" simply
20 means independent from EPA?
21    MR. RUBIN: Objection. Asked and
22 answered.
23 BY MR. WOOL:
24    Q   Correct?

Page 163

1    A   Yes, as stated, these were a group of
2 scientists that were not at EPA, but then EPA
3 calls a Scientific Advisory Panel to discuss the
4 findings.
5    Q   All right. Now, let's just talk about
6 the term "Scientific Advisory Panel" for a minute
7 here.
8    What is a Scientific Advisory Panel
9 within the -- the context of this paragraph?
10    A   Mm-hmm, yes. EPA, again, has within its
11 regulatory framework certain mechanisms. We --
12 one here that I discuss is the Scientific Advisory
13 Panel. They are a group of independent
14 scientists, experts in their field. It is EPA's
15 way of having an external peer review of data or
16 policies. EPA can call a Scientific Advisory
17 Panel for a number of reasons. They are
18 independent, as I said, of EPA. And they come
19 together to meet if EPA deems it -- wants them to
20 meet on a certain, as I said, policy or procedure,
21 what have you.
22    Q   All right. And as it pertains to this
23 Scientific Advisory Panel, in the second sentence
24 of paragraph 34, you state: "The 1986 SAP noted

Page 164

1 that," quote, "a carcinogenic potential could not
2 be determined from the existing data and proposed
3 that rat and/or mouse studies be repeated in order
4 to clarify these equivocal findings."
5    Did I read that correctly?
6    A   Yes.
7    Q   And as we discussed in paragraph 33, the
8 study in question was a long-term mouse study,
9 correct?
10    A   It's a mouse study.
11    Q   Okay. Now, if we go down to
12 paragraph 35, you state: "Monsanto thereafter
13 conducted an additional long-term rat study."
14 Correct?
15    A   Yes.
16    Q   So do you know why Monsanto chose to
17 conduct a rat study instead of the -- the mouse
18 study that formed the basis for the 1986
19 Scientific Advisory Panel?
20    A   So the SAP said that -- suggested an
21 additional rat and/or mouse study, and Monsanto
22 submitted a long-term rat study.
23    Q   How does the -- how does EPA -- strike
24 that.

Page 165

1    How does EPA go about determining which
2 species of animal to use in a toxicological study?
3    A   EPA has within its guidelines for each
4 specific study if there is a certain species that
5 should be conducted. So those -- those are in its
6 established guidelines.
7    Q   All right. Now, in paragraph 35, the
8 first sentence -- the first sentence states:
9 "Monsanto thereafter conducted an additional
10 long-term" -- or starting the second sentence of
11 paragraph 35. So strike that.
12    The second sentence of paragraph 35
13 states: "Based on its review of that study and
14 other carcinogenicity data, the EPA
15 Carcinogenicity Peer Review Committee concluded in
16 1991 that," quote, "glyphosate should be
17 classified as a Group E, based upon lack of
18 convincing evidence in adequate species in two --
19 in two" -- I'm sorry, I misread that. Okay. So
20 let me start again.
21    Okay. The second sentence in
22 paragraph 35 reads: "Based on its review of that
23 study and other carcinogenicity data, the EPA
24 Carcinogenicity Peer Review Committee concluded in

Confidential - Connie B. Welch, DMin

Page 166

1    1991 that," quote, "glyphosate should be
2    classified as a Group E," which is in parentheses,
3    "evidence of non-carcinogenicity for humans,"
4    close parens, "based upon lack of convincing
5    evidence in adequate studies in two animal
6    species," end quote.
7            Did I read that --
8        A   Yes, that's what it states, mm-hmm.
9        Q   Okay.  And which two animal species are
10   you referring to here?
11       A   Then it would be --
12           MR. RUBIN:  Object -- excuse me.  Just a
13   clarification, that's a quote from the report, but
14   go ahead.
15           THE WITNESS:  Yes.  So it gives
16   reference there to where it -- where it would be
17   in the carcinogenicity peer review.  But it's
18   referring to the rat study that was -- that was
19   submitted, and I believe the earlier mouse study.
20   BY MR. WOOL:
21       Q   Now, in paragraph 36, you state, and I
22   quote:  It is important to note that reevaluation
23   and reclassification of pesticide products like
24   glyphosate is not uncommon and is part of EPA's

Page 167

1    regular processes and procedures to ensure that
2    its review is robust and its decisions are
3    scientifically accurate and up to date, end quote.
4            Did I read that correctly?
5        A   Yes.
6        Q   In your experience at EPA, how
7    frequently did EPA reevaluate pesticides that had
8    already been registered?
9        A   So when FIFRA was amended in 1998, it
10   stated that all pesticide products registered
11   before 1984 have to be reregistered.  And so EPA
12   has a schedule of chemicals.  This schedule was
13   put together by the reregistration division.  And
14   per fiscal year, there were a certain number of
15   chemicals on that schedule.  The goal was to
16   reregister these, to reevaluate these.
17       Q   All right.  So if we go down to the
18   1993 -- or the section titled "1993 Reregistration
19   of Glyphosate."  Are you following me?
20       A   Yes.  Yes.
21       Q   Okay.  One of the things that EPA was
22   doing was to determine whether or not glyphosate
23   met the criteria of no unreasonable adverse
24   effects pursuant to FIFRA; is that correct?

Page 168

1        A   That's correct.
2        Q   And has EPA's definition of "no
3    unreasonable adverse effects" changed over time?
4        A   No, it has not.  This is -- this is part
5    of the FIFRA statute.
6        Q   And "no unreasonable adverse effects"
7    meant the same thing in 1993 as it does today?
8        A   Yes, it does.
9        Q   Now, as it pertains to the 1993
10   registration, did EPA consider epidemiological
11   data at that time?
12       A   If I recall correctly, at that time I
13   don't think EPA had epidemiology studies.
14   Epidemiology studies came about and have been
15   reviewed since then.
16       Q   Now, if you turn the page, it's a
17   Section C or subsection C, you discuss the Food
18   Quality Protection Act.
19       A   Yes.
20       Q   Now, what is the Food Quality Protection
21   Act?
22       A   So the Food Quality Protection Act was
23   enacted in 1996, and again, if you will, it was an
24   additional statute that was imposed upon EPA that

Page 169

1    made their -- it was a more stringent standard.
2    By that, I mean it incorporated what EPA would
3    call safety factors in its risk assessment.  It's
4    more of a protective standard in doing its risk
5    assessment.  EPA would do an aggregate -- what EPA
6    calls an aggregate risk exposure, meaning that it
7    would take into account all the routes of exposure
8    from which someone is -- is exposed to a
9    pesticide.
10       Q   You said it was a more protective
11   standard.
12       A   It was a more protective standard,
13   meaning also that it's very sensitive to
14   subpopulations such as children.
15       Q   But -- but when you say it's a more
16   protective standard, you mean it's more protective
17   than what?
18       A   More protective meaning that it also --
19   within this law there's a requirement to work in,
20   if you will, in layman's terms, what someone may
21   call an additional safety factor which adds a
22   level of protection.  It's more of a worst case
23   scenario, if you will, to a risk assessment.
24       Q   Okay.  And the standard pursuant to FQPA

Confidential - Connie B. Welch, DMin

Page 170

1    is reasonable certainty of no harm, correct?
2        A    Yes.
3        Q    And what does that mean?
4        A    Again, it's EPA reviewing the data,
5    making their risk assessments and determining that
6    a product is -- is approved for use as a
7    pesticide, base -- based on the data that they
8    have reviewed, based on their risk assessments.
9        Q    But how does EPA determine if the data
10   shows that a product is reasonably certain to
11   cause no harm?
12       A    EPA has -- well, again, the data
13   submitted in support of the registration or
14   reregistration, and it's being reviewed by the
15   scientists.  A toxicologist is going to review the
16   toxicology.  So you have experts there who are
17   going to make that determination within their
18   expertise.
19       Q    And so if EPA's experts say, This is
20   reasonably certain or there is a reasonable
21   certainty of no harm here, then -- then that
22   product meets the -- the criteria.
23       A    The product meets the criteria and
24   according to all the data requirements, yes.

Page 171

1        Q    And if EPA's experts say, This product
2    does not meet the criteria of reasonable certainty
3    of no harm, then the product doesn't meet the --
4    the criteria.
5        A    Then the EPA has the authority to --
6    they can call in data if they do not have
7    sufficient data to make that determination.
8        Q    Okay.  When you say call in data,
9    what -- what do you mean by that?
10       A    Call -- we refer to call in data, there
11   is something called a data call-in, a DCI.  EPA
12   has formal processes of calling in data.  It -- in
13   the reregistration it's called a data call-in.
14   There is something called a generic data call-in,
15   which is data called in on the active ingredient,
16   and there is something called a product-specific
17   data call-in, data called in on the formulated
18   product.  This occurs during reregistration and
19   registration review.  But keep in mind, at any
20   time EPA has the authority to ask for additional
21   data if it deems necessary.
22       Q    All right.  Now, in paragraph 43, you
23   give some discussion of the assessment of inert
24   ingredients.

Page 172

1        A    Yes.
2        Q    And am I correct that part of what you
3    were doing at EPA was the evaluation of inert
4    ingredients?
5        A    Yes, I was.
6        Q    And you would have been at EPA -- well,
7    no, the -- the Food Quality Protection Act came
8    out in 1996.  Remind me, you left EPA shortly
9    before then?
10       A    I left EPA in 2005.
11       Q    Oh, okay.  Why did I -- you must have
12   changed positions sometime around then.
13       A    Because I was a product manager in 1995,
14   and in 1997 I became a branch chief in the
15   Antimicrobials Division.
16       Q    Oh.  As it pertains to inert
17   ingredients, do you intend to provide an opinion
18   other than what is contained in paragraph 43 of
19   your expert report?
20            MR. RUBIN:  Again, are you talking about
21   today?
22            MR. WOOL:  Today, yes.
23            THE WITNESS:  Today, no.
24   BY MR. WOOL:

Page 173

1        Q    And as you sit here today, do you have
2    any other opinions pertaining to inert ingredients
3    that we have not discussed or not contained within
4    your expert report?
5        A    Today, no.
6        Q    Okay.  Now, if we turn to page 16,
7    paragraph 44, you discuss registration review.
8        A    Yes.
9        Q    And you state in paragraph 44 that:
10   "The purpose of registration review is to take
11   into account the entire database of a pesticide to
12   ensure that the intended uses and the labeling
13   will ensure that use of the product will result in
14   no unreasonable adverse effect to human health and
15   the environment."  Is that correct?
16       A    Yes.
17       Q    And, once again, I will state for the
18   record here, but once again, unreasonable adverse
19   effects to the human health and the environment
20   means the same thing that it's always meant at
21   EPA?
22       A    Yes.
23       Q    Now, where do you find support for the
24   statement that "The purpose of registration review

Confidential - Connie B. Welch, DMin

Page 174

1    is to take into account the entire database of a
2    pesticide"?
3         A   In the -- some of EPA's documents, in
4    their published -- published documents.
5         Q   Okay.  Can you point me to a --
6         A   If I -- if I recall correctly, and it
7    may be in the implementation document.  It's
8    listed in the MCO.
9         Q   Okay.  And what do you mean by "the
10   entire database" --
11        A   The entire --
12        Q   -- as it's used here?
13        A   Yes, the entire database would be
14   everything that is in EPA's possession at that
15   time.  So it's another level of review.  These are
16   going to be -- now, in addition to everything
17   that's been registered since 1984, but, again,
18   it's every 15 years.  So it's what's in EPA's
19   database or any data that EPA has available,
20   they're going to review it again.
21        Q   Does EPA have the ability to
22   independently verify that a manufacturer has
23   provided it with all of its data?
24             MR. RUBIN:  Objection to the form of the

Page 175

1    question.  Mischaracterizes the witness's prior
2    statement about registration requirements.
3             THE WITNESS:  Yes, can you repeat the
4    question?
5    BY MR. WOOL:
6         Q   Does EPA have the ability to
7    independently verify that a manufacturer has
8    provided EPA with all of the manufacturer's data?
9             MR. RUBIN:  Same objection.
10   Mischaracterizes the witness's prior testimony.
11            THE WITNESS:  EPA has, again, you know,
12   data requirements for registration of pesticide
13   products.  So EPA data require -- EPA is looking
14   for or receives data that is in support -- that
15   meets the data requirements in support of a
16   registration application.
17   BY MR. WOOL:
18        Q   Right.  So my question is outside of
19   taking the manufacturer's word for it, does EPA
20   have any mechanism by which to independently
21   verify that the manufacturer has provided EPA with
22   all of its data?
23            MR. RUBIN:  Objection to the
24   characterization -- excuse me -- to the form of

Page 176

1    the question.  The use of the term "taking the
2    manufacturer's word for it" mischaracterizes the
3    witness's testimony practically all day today.
4             THE WITNESS:  EPA has within its
5    authority to call in data, as I've just said and
6    is in my report, under registration or
7    registration review.  If it -- if it deems
8    necessary that it needs additional data to -- to
9    meet its mandate, as we've discussed according to
10   FQPA and FIFRA, so EPA has within -- again, within
11   its regulatory framework the authority to call in
12   data.
13   BY MR. WOOL:
14        Q   So outside of EPA's ability to call in
15   data, are there any other mechanisms by which it
16   can independently verify that a manufacturer has
17   provided it with all of the manufacturer's data?
18            MR. RUBIN:  Objection to the form of the
19   question.  And again, you are mischaracterizing
20   the witness's testimony about what is required by
21   a manufacturer.
22            THE WITNESS:  Well, EPA has within its
23   framework the data requirements -- data
24   requirements, data that is needed to fulfill a

Page 177

1    pesticide registration, and -- and during the
2    registration and reregistration review, it can
3    call in data.  EPA also looks at published
4    literature.  And so EPA has within those
5    mechanisms and -- they have mechanisms in place
6    for the data that's to be reviewed.
7             MR. WOOL:  Okay.  I'm going to object
8    again as nonresponsive, but we can move on.
9             MR. RUBIN:  Excuse me.  I'm not trying
10   to interrupt, but we've been going about 50
11   minutes.  It's the afternoon.  If we could just
12   take a short break.
13            MR. WOOL:  That's fine with me.
14            MR. RUBIN:  Okay.  Let's just go off the
15   record.
16            THE VIDEOGRAPHER:  We are going off the
17   record at 1:37 p.m.  This is disc number 4.
18            (Recess.)
19            THE VIDEOGRAPHER:  We are going back on
20   the record at 1:45 p.m.  This begins disc
21   number 5.
22   BY MR. WOOL:
23        Q   Now, Dr. Welch, if you look at the
24   bottom of page 16, the sentence that ends on that

45 (Pages 174 to 177)

Confidential - Connie B. Welch, DMin

Page 178

1    page and continues to the next page states: "The
2    DCI for glyphosate led registrants to conduct
3    several new studies to support the continued
4    registration of glyphosate."
5            Did I read that correctly?
6        A   Yes.
7        Q   Now, why did the registrants need to
8    conduct new studies in this instance?
9        A   Again, in the registration and
10   reregistration process, EPA looks at its entire
11   database, and it's another thorough review of all
12   the data that it has, and in keeping with its
13   mission, if it looks at this database and, of
14   course, again, meeting the FQPA standard, if it
15   feels as if it needs additional data, it does
16   what's called this data call-in, and -- the DCI,
17   and it's very specific.
18           The DCI I believe called for ecotoxicity
19   studies.  Maybe a couple of other toxicological
20   studies.  But the process itself, if EPA feels as
21   if it needs more data, the mechanism to do that is
22   the data call-in.
23       Q   So in this case, EPA felt it needed more
24   data.  Is that correct?

Page 179

1        A   And in this case, after looking at
2    the -- the database, EPA made a determination that
3    it needed some additional information.  Therefore,
4    it issued to -- the DCI would go to all of the
5    manufacturers of a chemical, in this case
6    glyphosate.
7        Q   And in this situation, do you know why
8    EPA determined that it needed more information?
9        A   Again, it's within its reregistration,
10   registration process.  It looks at the -- the data
11   that it has in-house, and in continuing to be able
12   to say -- the whole point of reregistration and
13   registration and registration review is at the end
14   of the day that these products can remain on
15   the -- on the market.  They can be reregistered.
16           And so as EPA goes through this process
17   for glyphosate or for any of its pesticide
18   products, if it feels like it needs additional
19   data, it has within its authority to do so.
20       Q   So here EPA felt like it needed
21   additional data; is that fair?
22       A   EPA looked at its database and listed
23   certain studies that it felt it needed to make its
24   risk assessment.

Page 180

1        Q   But as you sit here today, can you tell
2    me why EPA felt that it needed additional data?
3            MR. RUBIN:  Objection.  Asked and
4    answered.
5            THE WITNESS:  EPA in its review of the
6    studies, in its review of the database, just made
7    a determination that it needed these additional
8    studies.
9    BY MR. WOOL:
10       Q   Okay.  And what studies were conducted
11   by registrants pursuant to the DCI?
12       A   If I recall correctly, there were some
13   ecotoxicity studies.  There may have been an
14   immunotoxicity study and a neurotoxicity study.
15   If I recall correctly.
16       Q   Now, at the top of page 17 in the
17   paragraph that continues on from page 16, you
18   discuss, among other things, a drinking water
19   assessment, a residential and occupational
20   exposure assessment, a systemic review of the open
21   literature on glyphosate-based formulations, and
22   you also list glyphosate adverse event reports,
23   among other requirements, correct?
24       A   Just one second.  (Peruses document.)

Page 181

1            MR. RUBIN:  I believe it's adverse
2    incident report.
3    BY MR. WOOL:
4        Q   Sorry -- pardon me.  Yes.  Among
5    other -- among other items, it lists glyphosate
6    adverse incident reports.  Do you see that?
7        A   Yes.
8        Q   Did you review any glyphosate adverse
9    incident reports in forming your opinions?
10       A   I have not.
11       Q   What about a residential and
12   occupational exposure assessment, did you review
13   that in forming your opinions?
14       A   I have not.  However, let me clarify.  I
15   have reviewed EPA documents, you know, summarizing
16   what they have in-house on glyphosate.  So whether
17   that's incident reports or human health risk
18   assessments, those are the documents that I
19   reviewed.
20       Q   You go on to discuss the Cancer
21   Assessment Review Committee.
22       A   Yes.
23       Q   Which is called CARC.
24       A   The CARC.

46 (Pages 178 to 181)

Confidential - Connie B. Welch, DMin

Page 182

1      Q    Do EPA people call it CARC?
2      A    They call it CARC.
3      Q    Okay.  And what is the purpose of a CARC
4    review?
5      A    So the CARC is the Cancer Assessment
6    Review Committee, and process-wise, again, when
7    a -- when a data -- dataset comes in the door, the
8    scientist is going to review that study and
9    perform a data review.  Then the senior scientist
10   or senior management might review that.
11         The purposes of going to the CARC is so
12   that -- it's a peer review committee of several
13   expert scientists within Health Effects Division
14   at EPA, and they're going to review the study,
15   what they have in-house, to make a classification,
16   a carcinogenic classification.
17     Q    And what criteria does CARC use in
18   making a carcinogenic classification?
19     A    CARC uses its 2005 cancer guidelines, I
20   believe are the most recent guidelines.
21     Q    Okay.  And is there a specific standard
22   that CARC uses; for example, no adverse effects on
23   human health and environment?
24     A    Well, that is -- that is the law.  I

Page 183

1    mean, that's -- you have FIFRA and then you have
2    FQPA, and EPA utilizes those two statutes in
3    performing its work.  So CARC is within the Office
4    of Pesticide Programs at EPA.
5      Q    Okay.  Now on -- strike that.
6         In paragraph 48, you describe the
7    results of the October 2005 CARC report.  Correct?
8      A    In paragraph 48?
9      Q    Yes.
10     A    Yes, in October 2015.
11     Q    Right.  And that assessment is based on
12   the weight of the evidence, correct?
13     A    Yes.
14     Q    And "weight of the evidence" as used by
15   CARC in its evaluation is the same criteria that
16   we discussed before as it pertained to EPA
17   overall.
18     A    It's -- it's taking into account all of
19   the data, yes.
20     Q    Okay.  And do you believe CARC got its
21   evaluation with respect to glyphosate right?
22     A    I am in agreement with CARC's
23   classification.
24     Q    Did CARC review glyphosate-based

Page 184

1    formulations?
2      A    My report discusses the review of
3    glyphosate-based formulations, and I think I read
4    that earlier.
5      Q    But my question specifically is, did
6    CARC's 2015 report evaluate glyphosate-based
7    formulations?
8      A    The glyphosate-based formulations were
9    specifically mentioned in the 2017 report.
10     Q    So I'm, again, just asking a slightly
11   different question.
12         As you sit here today, do you recall
13   whether the October 2015 CARC report evaluated
14   glyphosate-based formulations?
15     A    I would have to go back to my report.  I
16   don't recall.  I know it is mentioned in the 2017
17   report.
18     Q    Well, is that 2017 report you're
19   referring to, is that considered a CARC report or
20   is that the OPP report?
21     A    It's an OPP issue paper on -- it's a
22   revised issue paper on the carcinogenic potential
23   of glyphosate, but it goes into the CARC's
24   findings.

Page 185

1      Q    All right.  So -- and just sort of help
2    me understand how the different branches work
3    within EPA.
4      A    Yes.
5      Q    Would OPP's report be considered a CARC
6    report or is it independent?
7      A    OPP is the Office of Pesticide Programs,
8    and within the office of programs -- Office of
9    Pesticide Programs, you have the Health Effects
10   Division.  Within the Health Effects Division, you
11   have your toxicologists, your residue chemists,
12   your exposure assessors, you have your
13   epidemiologists.
14         The CARC, which is the Cancer Assessment
15   Review Committee, is made up of employees within
16   OPP that are within the Health Effects Division.
17     Q    All right.  And in paragraph 49, you
18   describe OPP's 2016 issue paper on the
19   carcinogenic potential of glyphosate.  Correct?
20     A    Yes.
21     Q    Okay.  And you have a block quote from
22   that paper, and I just really want to ask you
23   about the middle sentence there.
24         But the quote states: "The recent peer

Confidential - Connie B. Welch, DMin

Page 186

1   review performed by CARC served as an initial
2   analysis to update the data evaluation for
3   glyphosate at that time. Based on an evaluation
4   of the studies included in the recent analysis by
5   IARC, JMPR and EFSA, the Agency then became aware
6   of additional relevant studies not available to
7   EPA. As a result, EPA also requested information
8   from registrants about studies that existed but
9   had never been submitted to the Agency."
10      Did I read that portion of the quote
11  correctly?
12      A   Yes.
13      MR. RUBIN: I think for completeness, we
14  should probably read the rest of it.
15      MR. WOOL: Well, we can read -- well,
16  okay.
17  BY MR. WOOL:
18      Q   So the rest of it states: "The current
19  evaluation incorporates these additional studies.
20  In addition, the Agency conducted a systemic
21  review of the open literature and toxicological
22  databases for glyphosate by using a draft," quote,
23  "Framework for incorporating human epidemiological
24  and incident data in health and risk assessment,"

Page 187

1   end quote. "As such, the current evaluation also
2   provides a more thorough evaluation of the 2015
3   CARC report."
4       Did I read the rest of that correctly?
5       A   Yes.
6       Q   Okay. And so what I want to ask you
7   about is sort of this middle section right here.
8       And so you would agree that there were
9   studies that existed that had not been submitted
10  to EPA prior to this 2016 OPP report, correct?
11      A   Well, as stated, it says: "As a result,
12  EPA requested information from registrants that
13  had existed but had never been submitted to the
14  Agency."
15      Q   Right. So is it fair to say that EPA
16  did not have that information prior to this 2016
17  report?
18      MR. RUBIN: Objection to the form of the
19  question.
20      THE WITNESS: Can you repeat the
21  question?
22  BY MR. WOOL:
23      Q   Did -- okay. So the -- the information
24  that's described in this middle sentence that

Page 188

1   we've been discussing -- or strike that. Let
2   me -- let me go back for a minute.
3       So in 2016, EPA requested additional
4   information from registrants, correct?
5       A   Well, the issue paper --
6       MR. RUBIN: Objection to the form --
7   sorry. Object that it's vague.
8       But go ahead.
9       THE WITNESS: No, it says in 2016, EPA's
10  OPP released the issue paper.
11  BY MR. WOOL:
12      Q   Okay. So maybe I'm getting the dates
13  wrong, but sometime after the initial CARC report,
14  did EPA become aware of information that existed
15  but had never been submitted to the Agency
16  previously?
17      MR. RUBIN: Objection to the form of the
18  question. It's vague.
19      THE WITNESS: Can you state that again?
20      MR. WOOL: Will you read back the
21  question, please.
22      (Whereupon, the requested record
23      was read.)
24      THE WITNESS: When you are referring to

Page 189

1   the initial CARC report --
2   BY MR. WOOL:
3       Q   The October 2015 report.
4       A   Okay. You have the October 2015, where
5   the CARC report unanimously classified glyphosate
6   as not likely to be carcinogenic.
7       All right. Then in 2016, EPA's -- EPA
8   issued its release issue paper on carcinogenic
9   potential of glyphosate, all right, in which it
10  reviewed validated CARC classification on
11  glyphosate as not likely to be a carcinogen.
12      And then as I stated, it's -- the recent
13  peer review performed by CARC served as an initial
14  analysis upon data evaluation for glyphosate at
15  that time, and then it states that EPA requested
16  information from registrants that existed but had
17  never been submitted to the Agency.
18      Q   Okay. So between 2015 and 2016
19  approximately, registrants submitted information
20  to the EPA that had never been submitted before
21  that pertained to glyphosate, correct?
22      A   So I'm not sure if they -- if this
23  information came in between 2015 and 2016. Do you
24  understand what I'm saying? I'm looking at the

48 (Pages 186 to 189)

Confidential - Connie B. Welch, DMin

Page 190

1    dates.  I know this was issued in 2016.
2        Q    Well, at the end, the very last sentence
3    in this quote says: "As such, the current
4    evaluation also provides a more thorough
5    evaluation than the 2015 CARC review."
6        A    Yes, it does.  Yes, it does.
7        Q    Okay.  And is that because the current
8    eval- -- well, strike that.
9            Is that because the 2016 OPP report
10   contained information that had not been previously
11   submitted to EPA?
12       A    So the 20 --
13           MR. RUBIN:  Objection to the form of the
14   question.  Vague.
15           THE WITNESS:  The 2016 CARC report, as
16   stated here, then would have included an
17   evaluation of studies and recent analysis by IARC,
18   JMPR, EFSA, and any additional studies.
19   BY MR. WOOL:
20       Q    Okay.  So let me just ask you for your
21   interpretation of this sentence that starts with:
22   "As a result, EPA also requested information from
23   registrants about studies that existed, but had
24   never been submitted to the Agency," end quote.

Page 191

1            What does that mean?
2        A    It means, as stated, you know, EPA
3    requested information that maybe it was made aware
4    but did not have in its possession.
5        Q    So prior to this request for information
6    in that sentence, there was information that
7    registrants possessed of which EPA was unaware,
8    correct?
9            MR. RUBIN:  Objection to the form of the
10   question.
11           THE WITNESS:  So EPA again requires as
12   I -- you know, as I've stated, the data
13   requirements stated as required for EPA
14   registration.  So EPA had already a thorough
15   database of -- on glyphosate, and data that had
16   been submitted over the years through registration
17   and that has continued on reregistration.
18           Now, this speaks to the review that EPA
19   did which incorporates IARC as well as JMPR, EFSA,
20   and any additional studies as stated that it had
21   not previously.
22   BY MR. WOOL:
23       Q    Okay.  Well, the sentence we keep going
24   back to mentions that: "EPA also requested

Page 192

1    information from registrants about studies that
2    existed but had never been submitted to the
3    Agency."  Right?
4        A    Yes, EPA requested information from
5    registrants about studies that had existed but had
6    never been submitted.
7        Q    Okay.  So in addition to that data from
8    IARC, JMPR, and EFSA, the EPA also lacked data
9    from registrants -- strike that.
10           MR. RUBIN:  Yeah, yeah.
11   BY MR. WOOL:
12       Q    Okay.  And what was OPP's conclusion in
13   its 2016 report?
14       A    In the bottom of page 18, it says:  "In
15   its 2016 issue paper, EPA's OPP concluded that the
16   strongest support is for 'Not Likely to Be
17   Carcinogenic to Humans' at doses relevant to human
18   health risk assessment, which is the category EPA
19   uses for substances with the lowest carcinogenic
20   potential."
21       Q    And does that conclusion extend to
22   glyphosate-based formulations?
23       A    Yes.
24       Q    And what is the basis for that

Page 193

1    statement -- sorry, strike that.
2            What is the basis for your testimony
3    that -- that this statement by OPP extends to
4    glyphosate-based formulations?
5        A    As I previously read in the paper, the
6    paper discusses EPA's review of glyphosate and
7    glyphosate-based formulations, particularly
8    epidemiology studies and some genotoxicity
9    studies.
10           But if you go further to page 19, I
11   believe it says it again, of the studies that EPA
12   reviewed in the 2017 revised issue paper to
13   determine -- you know, to determine the
14   carcinogenic potential of glyphosate.
15       Q    So sitting here today, is it your belief
16   that EPA's 2017 paper concluded that
17   glyphosate-based formulations are not likely to be
18   carcinogenic to humans?
19       A    Yes.  If you look at page 20, the -- the
20   paragraph at the bottom -- it starts at the bottom
21   of page 19, and number 53:  "In the 2017 revised
22   issue paper, EPA explained that an extensive
23   database exists for evaluating the carcinogenic
24   potential of glyphosate, including 63

49 (Pages 190 to 193)

Confidential - Connie B. Welch, DMin

Page 194

1   epidemiological studies, 14 animal carcinogenicity
2   studies, and nearly 90 genotoxicity studies for
3   the active ingredient glyphosate.  These studies
4   were evaluated for quality and results were
5   analyzed across studies within each line of
6   evidence."
7           But if you continue on page 20, where
8   again it reads:  "EPA further explained that it
9   considered the following studies relevant to its
10  evaluation:  23 epidemiological studies (including
11  22 studies judged as 'high' or 'moderate' quality,
12  and the findings of a recently published analysis
13  of the Agricultural Health Study Cohort), 14
14  animal carcinogenicity studies, the 84 genotox
15  studies.  EPA also considered 62 genotoxicity
16  studies on glyphosate-based formulations.  Thus,
17  in concluding that glyphosate is 'Not Likely to Be
18  a Carcinogen' in the 2017 Revised Issue Paper, EPA
19  OPP evaluated a large volume of studies that it
20  deemed relevant to evaluating the carcinogenic
21  potential of glyphosate."
22      Q   Okay.  But as you said in the -- in the
23  second -- or strike that.
24          As you said in the last sentence of that

Page 195

1   paragraph that you just read:  "Thus, in
2   concluding that glyphosate is not likely to be a
3   carcinogen in the 2017 revised issue paper, EPA
4   OPP evaluated a large volume of studies that it
5   deemed relevant to evaluating the carcinogenic
6   potential of glyphosate."
7           Did I read that correctly?
8       A   That's true, but it also reviewed the
9   62 genotoxicity studies on glyphosate-based
10  formulations as well as epidemiological studies.
11      Q   So apart from the epidemiological
12  studies and the genotoxicity studies, did EPA OPP
13  evaluate any other datasets that supported your
14  conclusion that glyphosate-based formulations are
15  not likely to be carcinogenic?
16      A   These are the data that are mentioned in
17  EPA's documents as making its determination.
18          MR. WOOL:  Okay.  I'm going to object as
19  nonresponsive.
20  BY MR. WOOL:
21      Q   My question is, are there any other
22  datasets other than those two that we just
23  mentioned that form the basis for that statement
24  that glyphosate is not likely to be -- or strike

Page 196

1   that.  That form the base -- let me just start
2   over.
3           So apart from the genotoxicity studies
4   and the epidemiological studies, are there any
5   other data of which you are aware that form the
6   basis of your opinion that glyphosate-based
7   formulations are not likely to be carcinogenic?
8       A   These are the data that are stated in
9   the -- in the EPA documents and the issue papers
10  of 2016, 2017, and the CARC review.  EPA also did
11  a review of some of the inert ingredients, the
12  inert clusters in the formulations and determined
13  that they were noncarcinogenic.  So these are
14  all -- all the studies or information that I
15  looked at are considered here.
16      Q   So in addition to the genotoxicity
17  studies and the epidemiological studies, you also
18  believe that your statement that glyphosate-based
19  formulations are not likely to be carcinogenic to
20  humans is supported by the studies on the inert
21  ingredients; is that correct?
22      A   It is my opinion that based on EPA's
23  review of the -- the review of the inert clusters
24  as well as the review of the epidemiological

Page 197

1   studies as well as a review of the genotoxicity
2   studies, that EPA has looked at glyphosate and
3   glyphosate-based formulations.
4       Q   Okay.  Well, I'm just asking about
5   glyphosate-based formulations.
6       A   Yeah.
7       Q   Okay.  Any other datasets that form the
8   basis of that opinion?
9       A   Not -- this is what formed the basis of
10  my opinion.
11      Q   Okay.  And you reviewed the 2017 OPP
12  report, correct?
13      A   That were mentioned in here, yes.
14          MR. WOOL:  So let me mark this.
15          (Welch Exhibit No. 8 was marked
16          for identification.)
17  BY MR. WOOL:
18      Q   And you have reviewed Exhibit 8 before,
19  correct?
20      A   Yes.
21          MR. RUBIN:  You can look through it to
22  make sure --
23          THE WITNESS:  I think it's the same.
24          MR. RUBIN:  -- to become comfortable.

50 (Pages 194 to 197)

Confidential - Connie B. Welch, DMin

Page 198

1           THE WITNESS: (Peruses document.)
2   BY MR. WOOL:
3       Q    Okay.  Now, if you can, turn with me to
4   page 68.
5           MR. RUBIN:  That's 68 or 58?
6           MR. WOOL:  68.
7           MR. RUBIN:  68.  Thank you.
8           THE WITNESS:  Yes.
9   BY MR. WOOL:
10      Q    Okay.  Now, the last paragraph there
11  reads:  "Based on the weight of evidence, the
12  Agency cannot exclude chance and bias -- chance
13  and/or bias as an explanation for observed
14  associations in the database.  Due to study
15  limitations and contradictory results across
16  studies of at least equal quality, a conclusion
17  regarding the association between glyphosate
18  exposure and risk of NHL cannot be determined
19  based on the available data.  The Agency will
20  continue to monitor the literature for studies and
21  any updates to the AHS will be considered when
22  available."
23          Did I read that correctly?
24      A    Yes.

Page 199

1       Q    Okay.  So what does the sentence
2   starting "Due to study limitations" mean to you?
3       A    I'm sorry?
4       Q    Okay.  So the -- what does the sentence:
5   "Due to study limitations and contradictory
6   results across studies of at least equal quality,
7   a conclusion regarding the association between
8   glyphosate exposure and risk of NHL cannot be
9   determined based on the available data," what does
10  that sentence mean?
11      A    As stated, due to study limitations.
12      Q    So do you believe that the
13  epidemiological -- or strike that.
14          Do you believe that EPA's evaluation of
15  the epidemiological literature in this OPP report
16  concludes that glyphosate-based formulations are
17  not likely to be carcinogenic in humans?
18          MR. RUBIN:  Objection to the form of the
19  question.
20          THE WITNESS:  EPA has stated in its CARC
21  report that glyphosate is not a carcinogen.
22  BY MR. WOOL:
23      Q    Okay.  But I'm asking about
24  glyphosate-based formulations.

Page 200

1       A    Yes.
2       Q    Okay.  So you stated that there were
3   three bodies of data that supported your belief
4   that glyphosate-based formulations are not likely
5   to be carcinogen -- carcinogenic in humans,
6   correct?
7       A    There were three bodies of data, yes,
8   that appeared in the CARC -- or in the issue
9   papers.
10      Q    Okay.  And one of those bodies of data
11  is the epidemiological literature.  Correct?
12      A    That's one of them, yes.
13      Q    Okay.  And you would agree that OPP is
14  discussing its conclusion in this last paragraph
15  of page 68 pertaining to the epidemiological
16  literature.
17          MR. RUBIN:  Objection to the form of the
18  question, asked and answered, and the document
19  speaks for itself.
20          THE WITNESS:  Restate the question.
21  BY MR. WOOL:
22      Q    Yeah, and you would agree that OPP is
23  discussing its conclusion in the last paragraph of
24  page 68 as it pertains to the epidemiological

Page 201

1   literature, correct?
2           MR. RUBIN:  Same objection.
3           THE WITNESS:  I would have to go back
4   and read this first part.  It's stating that based
5   on the weight of evidence, it cannot exclude
6   chance and/or bias.
7   BY MR. WOOL:
8       Q    Do you agree with OPP that glyphosate
9   exposure and risk of NHL could not be determined
10  based on the available data at the time of this
11  report?
12          MR. RUBIN:  Objection to the form of the
13  question.
14          THE WITNESS:  EPA states here due to the
15  cited limitations and contradictory results across
16  the studies, that a conclusion without any
17  association between glyphosate and NHL cannot be
18  determined as stated in its report.
19  BY MR. WOOL:
20      Q    So do you believe that OPP's evaluation
21  of the epidemiological literature supports your
22  conclusion that glyphosate-based formulations are
23  not likely to be carcinogenic to humans?
24      A    EPA states that in its own documents.

51 (Pages 198 to 201)

Confidential - Connie B. Welch, DMin

Page 202

1      Q   Well, I'm just asking about the review
2   of the epidemiological literature.
3          MR. RUBIN:  Actually, you asked her what
4   her conclusion was, and she answered.
5   BY MR. WOOL:
6      Q   Well, I asked about OPP's evaluation of
7   the epidemiological literature.
8      A   OPP did give an evaluation in its papers
9   as for the carcinogenic potential of all the data
10  that it reviewed.
11     Q   Okay.  And does the -- does the review
12  of the epidemiological literature support your
13  conclusion that glyphosate-based formulations are
14  not likely to be carcinogenic in humans?
15     A   Its -- yes, its review of the
16  epidemiological studies is also discussed in the
17  issue papers and in its conclusion still.
18     Q   So can you show me where in this
19  December 12, 2017 OPP report EPA concludes that
20  glyphosate-based formulations are not likely to be
21  carcinogenic in humans?
22     A   Yes.  I go back to what I read earlier,
23  where it also speaks to, on page 20, EPA has also
24  considered 62 genotoxicity studies on

Page 203

1   glyphosate-based formulations, the 84 genotox
2   studies, the 14 animal, and it gives citations of
3   the pages where those are located in the 2017
4   issue paper.
5      Q   When you say "animal studies," are you
6   referring to the animal genotoxicological studies
7   or the long term --
8      A   Carcinogenicity studies.
9      Q   Okay.  But those studies were performed
10  with glyphosate alone, correct?
11     A   I believe those studies were -- were
12  done on glyphosate.
13     Q   Right, on glyphosate alone.
14     A   Yes.
15     Q   Okay.  So you are unaware of any long-
16  term animal cancer bioassays conducted using
17  glyphosate-based formulations.  Correct?
18     A   EPA does not require -- that's not a
19  data requirement for registration for an end-use
20  formula.
21         MR. WOOL:  Okay.  I'm going to object
22  again as nonresponsive.
23  BY MR. WOOL:
24     Q   My question was simply whether or not

Page 204

1   you were aware of any long-term animal
2   carcinogenicity studies involving glyphosate-based
3   formulations.
4      A   And again --
5          MR. RUBIN:  Objection.  Asked and
6   answered.
7          THE WITNESS:  -- it's not a requirement.
8   BY MR. WOOL:
9      Q   Okay.  Again, I didn't ask if it was a
10  requirement.
11         MR. WOOL:  Will you repeat the
12  question -- will you read back the question,
13  please.
14         (Whereupon, the requested record
15         was read.)
16         MR. RUBIN:  Same objection.  Asked and
17  answered.
18         THE WITNESS:  Again, EPA has a certain
19  dataset required for active ingredient and end-use
20  formulations, and a long-term carcinogenicity
21  study is not a requirement for end-use formulas.
22         MR. RUBIN:  I think you misstated what
23  he was asking you.
24         THE WITNESS:  I'm sorry.

Page 205

1          MR. RUBIN:  He was asking you about
2   animal bioassays, not long-term carcinogens.
3          THE WITNESS:  Oh, sorry.
4          MR. RUBIN:  I'm sorry.  Why don't we
5   read back your question.
6          MR. WOOL:  Well, I think -- I think --
7   maybe we can move on.
8   BY MR. WOOL:
9      Q   Okay.  Now, in paragraph 50 to 51, you
10  discuss the most recent Scientific Advisory Panel
11  pertaining to glyphosate.  Correct?
12     A   Yes.
13     Q   And did you review the SAP's transcript
14  in forming your opinions?
15     A   Yes, I did.
16     Q   What were the results of that SAP
17  hearing?
18     A   Off the top of my head, I don't remember
19  the specific results, but they came to several
20  conclusions.  And as part of EPA's process, EPA
21  takes into account the SAP's recommendations and
22  publishes -- and they did publish a response to
23  the SAP.
24     Q   Now, do you intend to tell the jury that

Confidential - Connie B. Welch, DMin

Page 206

1    EPA correctly classified glyphosate in its various
2    reviews based on the weight of the evidence?
3        A    Based on my review of -- of the -- of
4    EPA's review of the data, the extensive database
5    at EPA through registration and reregistration, I
6    agree with EPA's findings that glyphosate is not a
7    carcinogen.
8        Q    Okay.  I think I asked you about the
9    toxicology and epidemio- -- epidemiology before.
10   But is it your opinion that EPA correctly analyzed
11   the -- the various mechanistic studies?
12       MR. RUBIN:  Objection to the form of the
13   question, vague.
14   BY MR. WOOL:
15       Q    Well, wait, strike that.
16       When I say "mechanistic studies," you
17   understand that I'm referring to genotoxicological
18   studies and -- and that type of thing, correct?
19       MR. RUBIN:  Same objection to the form
20   of the question.  It's vague, "that type of
21   thing."  Perhaps you can --
22       MR. WOOL:  Okay.  Fair -- fair enough.
23   BY MR. WOOL:
24       Q    What do you understand "mechanistic

Page 207

1    studies" to mean?
2        A    Mechanistic studies are those that
3    are -- are studies that explain how a chemical
4    reacts, in basic layman terms.
5        Q    Okay.  And what about "genotoxicity
6    studies," what do you understand that term to
7    mean?
8        A    Similar.  They -- genotoxicity studies
9    are -- are conducted to look at the genotoxic
10   effects of a chemical.
11       Q    And do you intend to tell the jury that
12   the EPA correctly evaluated the genotoxicological
13   data available for glyphosate?
14       A    I intend to tell the jury that based on
15   my review of EPA documents, EPA's summary of the
16   data, the huge dataset that it has for glyphosate
17   from its review of 1974 to present, and based on
18   my experience there, and implementing FQPA and
19   FIFRA myself as a chemist and as a manager, that I
20   agree with EPA's findings.
21       MR. WOOL:  I'm going to object again as
22   nonresponsive.
23   BY MR. WOOL:
24       Q    My question was limited to the genotox

Page 208

1    dataset.
2        A    Okay.
3        Q    Okay.  So -- so let me maybe try to
4    phrase it a little bit differently.
5        Is it your belief as you sit here today
6    that EPA came to a sound scientific conclusion as
7    it pertained to the genotoxicological data that it
8    reviewed on glyphosate?
9        A    It's not --
10       MR. RUBIN:  Objection to the form of the
11   question, and it's been asked and answered.
12       THE WITNESS:  It's my belief that based
13   on everything that I reviewed and my familiarity
14   with the process and implementation of FIFRA and
15   FQPA, that I'm in agreement again with EPA's
16   determination that glyphosate is not genotoxic.
17   BY MR. WOOL:
18       Q    And do you intend to offer that opinion
19   to the jury?
20       A    Yes.
21       Q    Now, if you would turn to page 21 of
22   your expert report, starting in paragraph 55, you
23   discuss the International Agency for Research on
24   Cancer, correct?

Page 209

1        A    Yes.
2        Q    And if I say IARC, you understand that
3    that means the International Agency for Research
4    on Cancer, correct?
5        A    Yes.
6        Q    Now, prior to being retained as an
7    expert in this litigation, what experience did you
8    have in evaluating IARC monographs?
9        A    Little experience.
10       Q    Did you have any experience?
11       A    No.
12       Q    Now, do you believe that IARC came to
13   the incorrect conclusion regarding carcinogenicity
14   of glyphosate?
15       MR. RUBIN:  Objection to the form of the
16   question.
17       THE WITNESS:  Could you restate the
18   question?
19   BY MR. WOOL:
20       Q    Sure.
21       Do you believe that -- that IARC's
22   evaluation of the carcinogenicity of glyphosate
23   resulted in an incorrect or scientifically invalid
24   conclusion?

53 (Pages 206 to 209)

Confidential - Connie B. Welch, DMin

Page 210

1    A   I believe that IARC came to its
2  conclusions based on what it reviewed.  But I -- I
3  also believe that EPA took IARC's decision into
4  account and went one step further in reviewing
5  additional studies or additional literature, more
6  than what -- as I understand it, what IARC had
7  reviewed.
8    Q   So you said I believe that "IARC came to
9  its conclusions based on what it reviewed."  What
10  did you mean by that?
11    A   As I state here, it says:  "IARC
12  concluded that there is limited evidence in humans
13  for" -- let me step back.
14    "... assessed the carcinogenic potential
15  of glyphosate and four other pesticides based on
16  studies available in the open literature."
17    Q   And that statement pertains to the
18  epidemiological data?
19    A   That statement pertains to data that
20  IARC reviewed in the open literature.
21    Q   All right.  Now, you go on to discuss
22  worldwide regulatory determinations pertaining to
23  glyphosate, correct?
24    A   That's correct.

Page 211

1    Q   What methodology did you employ in
2  evaluating foreign regulatory decisions in your
3  expert report?
4    A   I'm sorry, what methodology?
5    Q   Yes.
6    A   Those listed here are agencies which EPA
7  has often contacted discussing risk assessments,
8  current assessments going on with -- with a
9  pesticide.  In my -- in my experience at EPA, I
10  myself often contacted at least Canada.  We've had
11  work sharing projects with Canada with PMRA.
12    So these are agencies that my colleagues
13  at EPA will from time to time work with or contact
14  regarding current risk assessments, what have you,
15  on pesticide products.
16    Q   Outside of Canada, what other foreign
17  regulatory bodies have you had contact with?
18    A   In my role --
19    Q   In your entire career.
20    A   Oh.  For the most part, Canada.  OECD as
21  well.  While I was at EPA, I participated in and
22  led some OECD workshops on methodology and
23  guidelines, data guidelines.
24    Q   Any other foreign regulatory agencies

Page 212

1  that you have had direct contact with in your
2  career?
3    A   Mainly those two that I myself have had
4  directly -- direct contact.
5    Q   All right.  Let me ask you a little bit
6  about dermal absorption.  You're familiar with
7  some dermal absorption studies that were conducted
8  by Monsanto Company pertaining to glyphosate,
9  correct?
10    MR. RUBIN:  Objection.  Lack of
11  foundation.
12    THE WITNESS:  Can you repeat --
13    MR. WOOL:  Well, let me --
14    THE WITNESS:  -- the question or do you
15  have a copy --
16  BY MR. WOOL:
17    Q   Let me rephrase it a little bit
18  differently.
19    A   Yes.
20    Q   On your materials considered list, you
21  list some dermal absorption studies.  Correct?
22    A   (Peruses document.)  Let me see if --
23    Q   Well, actually, let -- let me strike
24  that question.

Page 213

1    Okay.  So I'll direct you to -- do you
2  have your materials considered list in front of
3  you?
4    A   Yes.
5    Q   Okay.  So I'll direct you to the last
6  two pages.  If you look under "Other documents
7  reviewed."
8    A   Mm-hmm, yes.
9    Q   You reviewed some e-mails involving
10  dermal penetration studies.  Is that correct?
11    A   Yes.
12    Q   Okay.  And if you flip the page, at
13  least in the last two references on your final --
14  on the final page of your materials considered
15  list, it looks like you reviewed some absorption
16  studies there as well.
17    A   Yes.
18    Q   Okay.  Now, do you have an opinion as to
19  whether Monsanto -- or strike that.
20    Do you have any expertise in dermal
21  absorption studies?
22    A   I -- I do not.
23    Q   Now, and some of those e-mails that you
24  reviewed dealt with dermal absorption studies that

Confidential - Connie B. Welch, DMin

Page 214

```
1   Monsanto conducted, correct?
2         MR. RUBIN: Objection. Lack of
3   foundation.
4         THE WITNESS: Do you have a copy? Would
5   you -- what you're speaking to these 20 and 21 and
6   22 --
7   BY MR. WOOL:
8       Q  Well, in the e-mails that you reviewed.
9       A  Oh, e-mails.
10      Q  Yes. So I mean I think --
11      A  As I recall.
12        MR. RUBIN: Let's be clear, I'm sorry,
13  what the question is.
14        MR. WOOL: Right, right, right.
15  BY MR. WOOL:
16      Q  I mean I'm just at this point just
17  trying to get a general sense as to what you --
18  you might have reviewed.
19        Now, in addition to those e-mails that
20  are listed there, did you review the studies that
21  the e-mails pertained to?
22      A  Is this --
23        MR. RUBIN: Again, lack of foundation.
24  It's kind of vague.
```

Page 215

```
1   BY MR. WOOL:
2       Q  Okay, let me -- well, we'll go study by
3   study.
4         Okay. So if we look at number 3 on the
5   second to last page of your materials considered
6   list, okay, this is described as an e-mail from
7   William Heydens to Charles Healy, "Re: TNO dermal
8   penetration studies: New issues and topics for
9   the conference call."
10        Okay. Do you see that?
11      A  I see that, yeah.
12      Q  Okay. Now, are there any TNO dermal
13  penetration studies that -- that you actually
14  reviewed in forming your expert opinions?
15      A  I did not review -- it did not form my
16  expert opinion. My expert opinion still came from
17  EPA documents and assessments done on -- on
18  glyphosate.
19        MR. WOOL: Okay. Let's go off the
20  record for a minute. I might be finished pretty
21  soon.
22        MR. RUBIN: Okay.
23        THE VIDEOGRAPHER: We are going off the
24  record at 2:32 p.m.
```

Page 216

```
1         (Recess.)
2         THE VIDEOGRAPHER: We are going back on
3   the record at 3:01 p.m.
4   BY MR. WOOL:
5       Q  Dr. Welch, as you sit here today, are
6   there any opinions that we have not discussed or
7   that are not contained within your expert report
8   that you intend to offer to the jury?
9       A  Today, no.
10        MR. WOOL: Okay. No further questions
11  from me.
12        MR. RUBIN: Okay. I do have some
13  follow-up questions.
14        EXAMINATION BY COUNSEL FOR
15        DEFENDANT MONSANTO COMPANY
16  BY MR. RUBIN:
17      Q  Good afternoon, Dr. Welch.
18      A  Good afternoon.
19      Q  As you know, my name is Gary Rubin, and
20  I represent Monsanto.
21        It's been a long afternoon, and I thank
22  you. I'll try to keep my questions short.
23        The same rules apply, if you don't
24  understand a question I'm asking you, just please
```

Page 217

```
1   ask me to clarify or repeat. Okay?
2       A  Okay.
3       Q  Good.
4         You've been asked about the opinions in
5   your report --
6       A  Yes.
7       Q  -- that is your opinion. Do you stand
8   by the opinions in your report? Do you still hold
9   the same opinions today that are in your report?
10      A  Yes, I do.
11        MR. WOOL: Objection to form.
12  BY MR. RUBIN:
13      Q  Okay. And do you -- you've been asked a
14  lot of questions today by Mr. Wool, and you've
15  given some opinions, correct?
16      A  Yes.
17      Q  Okay. And do you stand by those
18  opinions that you've given today?
19      A  Yes, I do.
20      Q  Okay. And can you tell the jury what
21  the basis of your opinions are. What did you base
22  them on?
23        MR. WOOL: Objection to form.
24        THE WITNESS: My opinions were based on
```

55 (Pages 214 to 217)

Confidential - Connie B. Welch, DMin

Page 218

1    the materials in -- in the materials considered
2    list, which I focused on EPA documents, all right,
3    EPA published documents on registration,
4    reregistration, and things quite -- regulatory
5    history. Everything in my report, as well as my
6    experience at EPA, my 17 years experience as a
7    chemist product manager, branch chief, at EPA.
8    BY MR. RUBIN:
9        Q    Okay. Did you rely at all on the
10   public -- let me back up.
11            What is the public docket?
12       A    The public docket, EPA began opening a
13   public docket. It really focused on the public
14   docket during FQPA. The public docket is -- is a
15   mechanism EPA uses for transparency, and it will
16   put risk assessments, so forth, in the public
17   docket, and the public has a chance to comment on
18   those items in the public docket.
19       Q    Okay. So we have your report, materials
20   considered list, your 17 years of experience at
21   EPA, review of public docket.
22       A    Yes.
23       Q    Would it also -- would it, meaning your
24   report, be based on EPA -- EPA regulations

Page 219

1    generally concerning the registration -- the
2    application, registration of pesticides?
3        A    Yes.
4        Q    Okay. And these -- these opinions that
5    we've talked about, do you hold these -- these
6    opinions to a reasonable degree of scientific or
7    regulatory certainty based on your experience and
8    training?
9        A    Yes, I do.
10       Q    Okay. You talked about the, if I
11   remember correctly, something called -- let me
12   back up.
13            What is the EPA database that you have
14   referred to?
15       A    The EPA database are the data that EPA
16   has within its possession on a chemical, on a
17   product.
18       Q    Okay. And with respect to the EPA
19   database on glyphosate and glyphosate-based
20   herbicides -- excuse me, glyphosate-based
21   formulations, okay --
22       A    Yes.
23       Q    -- how large is that database?
24            MR. WOOL: Objection to form.

Page 220

1        THE WITNESS: The database consists of
2    over 4,200 studies.
3    BY MR. RUBIN:
4        Q    4,200 studies. Okay. Thank you.
5            Earlier today you were asked about
6    something called the CARC, C-A-R-C.
7        A    Yes.
8        Q    And can you -- just so we're clear, what
9    does CARC stand for?
10       A    CARC is the Cancer Assessment Review
11   Committee.
12       Q    Okay. And how is -- how is that
13   committee -- how large is the CARC committee, the
14   one that we referred to earlier today?
15       A    The CARC consists of approximately 13,
16   maybe 15 scientists, and it is comprised of
17   interdisciplinary scientists.
18       Q    Okay. By "interdisciplinary," what do
19   you mean?
20       A    They are scientists within the Health
21   Effects Division within the Office of Pesticide
22   Programs at EPA. And "interdisciplinary" meaning
23   some are toxicologists, some are epidemiologists,
24   some are exposure assessors. So there are various

Page 221

1    disciplines of scientists within that committee.
2        Q    Okay. Would that be in the ORD?
3        A    Yes. It does currently have someone
4    represented from the Office of Research and
5    Development.
6        Q    Okay. And referring to the CARC report
7    that you have relied on and Mr. Wool showed you,
8    CARC reached a decision about carcinogenicity,
9    correct?
10       A    Yes, it did.
11       Q    Okay. And how is that -- how was that
12   decision made based on your knowledge of CARC and
13   your review of the record?
14       A    Yes. So when the CARC meets, the CARC
15   comes together and it reviews the data that it has
16   in its possession on a chemical. The data has
17   been submitted to EPA, and a reviewer does a first
18   line review of that data. That review, that first
19   line review is secondarily reviewed by a senior
20   scientist or -- or a manager at EPA. And then it
21   is brought before the CARC, and each of the
22   members have voting rights, and they vote on the
23   classification for that chemical based on their
24   review of that information as well.

Confidential - Connie B. Welch, DMin

Page 222

1    Q   So would it be fair to say that the
2  decision is based -- is a team or -- or a group
3  decision rather than a decision of one individual?
4          MR. WOOL:  Objection to form.
5          THE WITNESS:  It's -- it's a group
6  decision.
7  BY MR. RUBIN:
8    Q   Okay.  Your opinion is that EPA over its
9  40-year review of -- of glyphosate and
10 glyphosate-based formulations has -- has
11 consistently concluded that they are not
12 carcinogenic, correct?
13   A   Yes.
14   Q   Okay.  And in your review of the
15 regulatory record, would you -- have you seen
16 information or data in which EPA has reviewed the
17 data on, let's say, inerts or surfactants?
18   A   Yes.
19   Q   And have you seen EPA's review of the
20 data concerning glyphosate, the active ingredient?
21   A   Yes, I have.
22   Q   Okay.  Have you also seen data of EPA's
23 review of what I'll call the formulated product?
24   A   Yes.

Page 223

1    Q   That is that -- glyphosate and the
2  surfactants together, inerts together.
3    A   Yes, I have.
4    Q   Okay.  And what is that -- what data
5  is that based on?
6    A   EPA has reviewed genotoxicity studies
7  and epidemiology studies on glyphosate-based
8  formulations.  EPA has also reviewed animal
9  carcinogenicity studies on glyphosate.
10   Q   Okay.  I believe you testified to this
11 earlier, but just to be clear, are there three
12 primary bodies of science on which EPA reviews
13 pesticide products for carcinogenicity?
14   A   Yes.
15   Q   And what are the three?
16   A   EPA, again, has a set of data
17 requirements for every pesticide product.
18 Regarding carcinogenicity, EPA looks at the animal
19 carcinogenicity, animal toxicity studies as well
20 as epidemiology as well as genotoxicity.
21   Q   Okay.  And based on your review of the
22 regulatory record, did EPA review each of these
23 three bodies of science with respect to glyphosate
24 and glyphosate-based herbicides?

Page 224

1    A   Yes, it did.
2          MR. WOOL:  Objection to form.
3  BY MR. RUBIN:
4    Q   And that, if I -- if I remember
5  correctly, include genotoxicity studies --
6  genotoxicity studies --
7    A   Yes.
8    Q   -- of both glyphosate and
9  glyphosate-based herbicides?
10   A   Yes.
11   Q   And that would include epidemiology
12 studies on both glyphosate and glyphosate-based
13 herbicides?
14   A   Yes.
15         MR. WOOL:  Objection to form.
16 BY MR. RUBIN:
17   Q   Just so the jury is clear, what is
18 epidemiology?
19   A   The epidemiology studies are studies
20 where you are basically looking at the formulated
21 product and how it affects the body.  This is a
22 formulated product as it's used in the market.
23   Q   Would that be fair -- fair to
24 characterize that as it's actually looking at how

Page 225

1  a product is -- is used by humans in the real
2  world?
3    A   Yes.
4    Q   And you said this is epidemiologies of
5  the formulated product?
6    A   Yes.
7    Q   And by formulated product, tell the jury
8  what you mean.
9    A   Formulated product is the active
10 ingredient as well as the inerts contained in --
11 when the formulated product -- you have your
12 active ingredient and you have the other
13 ingredients are also called inert ingredients, and
14 those together make a formulated product.
15   Q   And would that include something called
16 surfactants?
17   A   Yes.
18   Q   In your review of the regulatory record,
19 did you note -- did you see -- have a chance to
20 look at animal carcino- -- excuse me, animal
21 carcinogenicity studies on glyphosate?
22   A   I reviewed documents, EPA documents of
23 their review of the animal carcinogenicity
24 studies.

Confidential - Connie B. Welch, DMin

Page 226

1    Q   Thank you.  Good correction.
2        So that EPA -- in your understanding,
3    EPA reviewed those, correct?
4    A   Yes, they did.
5    Q   Okay.  And does EPA rely on its review
6    of those animal carcinogenicity studies on the
7    glyphosate active ingredient in part of its
8    approval and registration of a product?
9    A   Yes, it does.
10   Q   And that would include the registration
11   of glyphosate-based formulations?
12   A   Yes.
13   Q   And when we're talking about the
14   formulated product, would that include
15   impurities?
16   A   Yes.
17   Q   And what is an impurity, just so the
18   jury is clear?
19   A   An impurity in a product can be there
20   from a reaction.  It can be a leftover byproduct.
21   Impurities are usually contained within an active
22   ingredient, and then therefore they can be present
23   in an end-use formula.
24   Q   Okay.  In your review of the entire

Page 227

1    regulatory record, did you ever see any evidence
2    that EPA ever determined that the impurities in
3    glyphosate-based formulations were at the level of
4    toxicological concern?
5    A   No, I did not.
6    Q   Now, thinking back on, again, the entire
7    regulatory record, did EPA consider all of the
8    following data on animal carcinogenicity studies,
9    genotoxicity studies, epidemiological studies,
10   surfactants and impurity studies in its
11   registration review of glyphosate and
12   glyphosate-based formulations?
13   A   Yes, it did.
14   Q   And again, based on your review of the
15   entire 40-plus-year record of -- of EPA's review
16   of glyphosate and glyphosate-based formulations,
17   did EPA consider all of this data we just talked
18   about in determining that glyphosate and
19   glyphosate-based formulations are not likely to be
20   carcinogen -- carcinogenetic?
21   A   Yes, it did.
22   MR. RUBIN:  I have no further questions
23   right now.
24   Thank you.

Page 228

1        FURTHER EXAMINATION BY COUNSEL FOR
2        PLAINTIFFS
3    BY MR. WOOL:
4    Q   Okay.  I just have one follow-up
5    question from -- from that.
6        You just testified that you hold your
7    opinion to what was described as a reasonable
8    degree of regulatory certainty.
9        Do you remember testifying to that just
10   a moment ago?
11   A   Yeah.  I testified that my opinions are
12   based on my review of information, also my
13   expertise at EPA -- I mean my experience at EPA.
14   Q   Okay.  So I believe the question was
15   something along the lines of, And you hold your
16   opinions to a reasonable degree of regulatory and
17   scientific certainty.
18   A   Based -- based on my experience at EPA
19   and review of the regulatory record, and my
20   experience in implementing the procedures and --
21   and regulations regarding pesticide products.
22   Q   I'm asking you if you remember that
23   testimony from a few moments ago.
24   MR. RUBIN:  I'm going to object based on

Page 229

1    the fact that you've mischaracterized what her
2    testimony was.  If you'd like, we can have it read
3    back.
4    MR. WOOL:  Well, I'm asking if she
5    remembers the -- testifying to that.
6    THE WITNESS:  Well, I -- I testified
7    based on my experience at EPA implementing
8    regulations, registration requirements, and review
9    of the data information on the listing as well as
10   in my expert opinion report.
11   BY MR. WOOL:
12   Q   What does the phrase "reasonable degree
13   of scientific certainty" mean?
14   A   It means that EPA is going to review the
15   data submitted in support again of their
16   registration or reregistration of a pesticide
17   product, and based on its findings, determine --
18   make a determination based on the data submitted
19   to EPA that a pesticide product can be used, that
20   a pesticide product can be registered.
21   Q   What does "a reasonable degree of
22   regulatory certainty" mean?
23   MR. RUBIN:  Again, I'll just object that
24   you're picking part of what her testimony was, and

58 (Pages 226 to 229)

Confidential - Connie B. Welch, DMin

Page 230

1    therefore it mischaracterizes.
2    BY MR. WOOL:
3        Q   You can answer.
4        A   Please restate the question.
5        Q   What does "a reasonable degree of
6    regulatory certainty" mean?
7        A   Again, I don't understand the question.
8        Q   You don't know what "reasonable degree
9    of regulatory certainty" means?
10       A   No, no, I don't understand the question.
11           MR. RUBIN:   Yeah, right.
12   BY MR. WOOL:
13       Q   Well, what does "a reasonable degree of
14   regulatory certainty" mean?
15       A   With respect to?
16       Q   Your opinions.
17       A   My -- my opinions are certainly based on
18   my experience at EPA over 17 years, I've been a
19   chemist, a product manager, a branch chief, and
20   implementing EPA's regulations, EPA's data
21   requirements, EPA's requirements for a pesticide
22   product under registration and reregistration.
23           MR. WOOL:   I'm going to object as
24   nonresponsive.

Page 231

1    BY MR. WOOL:
2        Q   Again, as it pertains to your opinions,
3    what does the phrase "reasonable degree of
4    regulatory certainty" mean?
5            MR. RUBIN:   I'm going to have a
6    continuing objection to this.  She has answered
7    your question repeatedly.  Your question has
8    mischaracterized her testimony.
9    BY MR. WOOL:
10       Q   You can answer.
11       A   Again, my opinions are based on my
12   experience at EPA.
13       Q   I'm not asking what your opinions are
14   based on.  I'm asking what the phrase "reasonable
15   degree of regulatory certainty" means.
16           MR. RUBIN:   Same objection.
17           THE WITNESS:   I have to continue to give
18   my same answer.  It's still based on my -- my
19   opinions, my position at EPA, my implementation of
20   FQPA, FIFRA, data requirements supporting product
21   registration and reregistration.
22           MR. WOOL:   I'm going to object again as
23   nonresponsive.
24   BY MR. WOOL:

Page 232

1        Q   Once again, what does "reasonable degree
2    of regulatory certainty" mean as the phrase is
3    applied to your opinions?
4            MR. RUBIN:   Same objection.  Counselor,
5    she testified that she holds her opinions to a
6    reasonable degree of scientific or regulatory
7    certainty based on her experience and training.
8    Okay.  And she's answered that question multiple
9    times now.  You just don't like what she's saying.
10           THE WITNESS:   Again, my opinion is based
11   on my experience at EPA as a chemist reviewing
12   data, as a team leader, as a product manager, as a
13   branch chief, implementing FQPA, implementing
14   FIFRA, reregistering products, registering
15   products.  My opinions are based on that
16   experience along with regulations, FIFRA, FQPA,
17   FFDCA, what I have read in EPA documents as to
18   what EPA has done with regard to glyphosate over
19   the past 40 years.
20           MR. WOOL:   I'm going to object as
21   nonresponsive.  But I don't think we're going
22   anywhere with this, so I don't have any more
23   questions.
24           MR. RUBIN:   I think we're done.

Page 233

1        The witness would like to read and sign.
2        Are we off the record?
3            MR. WOOL:   I'm done.  We can go off the
4    record.
5            MR. RUBIN:   Okay.
6            THE VIDEOGRAPHER:   Okay.  We are going
7    off the record at 3:21 p.m.  This ends today's
8    deposition.
9            (Whereupon, the deposition of
10           CONNIE B. WELCH, DMin, was
11           concluded at 3:21 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24

59 (Pages 230 to 233)

Confidential - Connie B. Welch, DMin

Page 234

```
 1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2        The undersigned Certified Shorthand Reporter
 3   does hereby certify:
 4        That the foregoing deposition was taken before
 5   me at the time and place therein set forth, at
 6   which time the witness was duly sworn; That the
 7   testimony of the witness and all objections made
 8   at the time of the examination were recorded
 9   stenographically by me and were thereafter
10   transcribed, said transcript being a true and
11   correct copy of my shorthand notes thereof; That
12   the dismantling of the original transcript will
13   void the reporter's certificate.
14        In witness thereof, I have subscribed my name
15   this date:  December 28, 2018.
16
17        _____
18        LESLIE A. TODD, CSR, RPR
19        Certificate No. 5129
20   (The foregoing certification of
21   this transcript does not apply to any
22   reproduction of the same by any means,
23   unless under the direct control and/or
24   supervision of the certifying reporter.)
```

Page 236

```
 1        ------
 2        E R R A T A
 3        ------
 4   PAGE LINE CHANGE
 5   ____ ____ _____
 6   REASON: _____
 7   ____ ____ _____
 8   REASON: _____
 9   ____ ____ _____
10   REASON: _____
11   ____ ____ _____
12   REASON: _____
13   ____ ____ _____
14   REASON: _____
15   ____ ____ _____
16   REASON: _____
17   ____ ____ _____
18   REASON: _____
19   ____ ____ _____
20   REASON: _____
21   ____ ____ _____
22   REASON: _____
23   ____ ____ _____
24   REASON: _____
```

Page 235

```
 1        INSTRUCTIONS TO WITNESS
 2        Please read your deposition over carefully and
 3   make any necessary corrections. You should state
 4   the reason in the appropriate space on the errata
 5   sheet for any corrections that are made.
 6        After doing so, please sign the errata sheet
 7   and date it.
 8        You are signing same subject to the changes
 9   you have noted on the errata sheet, which will be
10   attached to your deposition.  It is imperative
11   that you return the original errata sheet to the
12   deposing attorney within thirty (30) days of
13   receipt of the deposition transcript by you. If
14   you fail to do so, the deposition transcript may
15   be deemed to be accurate and may be used in court.
16
17
18
19
20
21
22
23
24
```

Page 237

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2        I,_____, do hereby
 3   certify that I have read the foregoing pages, and
 4   that the same is a correct transcription of the
 5   answers given by me to the questions therein
 6   propounded, except for the corrections or changes
 7   in form or substance, if any, noted in the
 8   attached Errata Sheet.
 9
10   _____
11   CONNIE B. WELCH, DMin          DATE
12
13
14   Subscribed and sworn to
15   before me this
16   _____ day of_____,20___.
17   My commission expires:_____
18   _____
19   Notary Public
20
21
22
23
24
```

60 (Pages 234 to 237)

Confidential - Connie B. Welch, DMin

| A |
|---|

**a.m** 1:17 6:7
52:4 97:2,6
**ability** 174:21
175:6 176:14
**able** 36:18,23
42:11 43:1
133:22 134:23
147:1 157:12
158:14 179:11
**abroad** 16:22
**absent** 52:11,18
**absorption**
42:22 212:6,7
212:21 213:15
213:21,24
**accept** 128:22
129:2,15 130:9
153:11
**accepted** 112:4
**accepts** 127:6
**accomplish**
23:12
**accomplishme...**
120:7
**account** 169:7
173:11 174:1
183:18 205:21
210:4
**accurate** 52:19
68:17 167:3
235:15
**ACK** 140:1,7,8
**ACKNOWLE...**
237:1
**acronyms** 16:19
**Act** 14:6,7 17:4
17:6 86:3,24
87:17,19 98:6
168:18,21,22
172:7
**acting** 21:23
**action** 118:14,17
120:8,11,12
122:9,23
135:13

**actions** 118:24
119:13,17,19
**active** 21:2
22:21 28:6,9
28:10,13,18,22
31:3 33:15
35:1,2 64:19
133:5 135:17
135:22 136:7
136:18,23
137:3 171:15
194:3 204:19
222:20 225:9
225:12 226:7
226:21
**activity** 139:23
140:11 141:18
143:2
**acute** 19:10 38:8
38:9,15,21,24
39:1,1,6,9
41:13 42:6,20
43:18 113:23
**addition** 57:4
174:16 186:20
192:7 196:16
214:19
**additional** 71:4
79:24 80:2
81:6 91:13
150:21 154:11
161:6 164:13
164:21 165:9
168:24 169:21
171:20 176:8
178:15 179:3
179:18,21
180:2,7 186:6
186:19 188:3
190:18 191:20
210:5,5
**address** 51:15
84:22 142:10
158:19
**addressed** 62:8
**addressing**
135:12

**adds** 169:21
**adequate** 165:18
166:5
**administering**
2:15
**administrative**
31:7 111:24
**adverse** 90:21
91:9 92:18
167:23 168:3,6
173:14,18
180:22 181:1,6
181:8 182:22
**Advisory** 160:24
163:3,6,8,12
163:16,23
164:19 205:10
**afraid** 106:15
**afternoon**
138:11 177:11
216:17,18,21
**agencies** 75:2,4
211:6,12,24
**Agency** 63:4
186:5,9,20
187:14 188:15
189:17 190:24
192:3 198:12
198:19 208:23
209:3
**agent** 135:17
136:6,22
**agent's** 135:8
136:2 137:5
**agents** 135:11
**aggregate** 169:5
169:6
**ago** 32:13 47:14
228:10,23
**agree** 61:2,6
81:15,17 99:17
99:19 113:22
133:21 134:16
134:23 136:14
159:10 187:8
200:13,22
201:8 206:6

207:20
**agreement**
36:20 78:4
183:22 208:15
**agreements** 37:1
**agricultural**
34:15 65:4
194:13
**ahead** 10:16
11:21 25:21
27:7,8 30:16
67:16 155:9
166:14 188:8
**AHS** 198:21
**aim** 109:14,18
**airport** 141:19
142:5
**Alan** 140:9
**Alaska** 3:6
**allow** 40:17
41:20 62:2
**allowed** 114:20
115:21 116:19
**amend** 19:5
**amended** 76:20
167:9
**amending**
123:17
**amendment**
62:13
**amount** 141:14
142:15,19
**analysis** 65:4
186:2,4 189:14
190:17 194:12
**analyzed** 64:21
80:6 194:5
206:10
**and/or** 144:7,11
164:3,21
198:13 201:6
234:23
**Andrus** 3:5 6:17
6:20
**animal** 64:18
65:5 66:8
125:1,1 131:12

165:2 166:5,9
194:1,14 203:2
203:5,6,16
204:1 205:2
223:8,18,19
225:20,20,23
226:6 227:8
**Anne** 2:12
**answer** 8:13 9:3
14:18 27:7
30:15 44:8
61:19,23 65:14
69:24 88:18
90:13 91:20
103:5 104:9
106:15 118:20
155:9 160:13
230:3 231:10
231:18
**answered** 26:20
32:5,20 43:21
55:11 59:1
65:19 96:1
99:1 104:2,17
106:8 111:15
116:14 117:8
118:2 128:3
154:20 156:2
156:11,23
157:18 159:21
162:22 180:4
200:18 202:4
204:6,17
208:11 231:6
232:8
**answering** 55:15
**answers** 8:8
237:5
**antibacterial**
34:13
**anticipate** 71:3
**anticipation**
49:19
**antimicrobial**
33:15,18 34:9
34:13,21 35:2
120:12

Confidential - Connie B. Welch, DMin

antimicrobials 33:9 172:15
anybody 45:18 45:22 54:24 55:2,6,18 143:18,22 144:1,5,10
apart 48:7,17 75:11 162:17 195:11 196:3
apologies 25:10
appear 13:2 52:16
appearances 6:14
appeared 200:8
applicable 154:13 157:20
applicant 15:19 23:4 31:5 42:13 111:23 116:19 123:16 133:8,9 157:8 157:10
applicants 19:4 39:4 86:8 87:5
application 31:7 39:16 40:3 42:5 86:9 111:24 122:2 147:12 153:10 153:17 154:17 156:9,18 157:9 175:16 219:2
applied 76:3 77:3,9,12 98:10 144:24 145:7,15,20 147:17 148:1 151:24 152:6,9 155:10 232:3
applies 87:2
apply 28:23 108:22 110:20 150:23 216:23 234:21
applying 19:4

29:2 31:1 39:4 40:2 109:24 111:22
approach 97:17 97:21 98:19 99:2 110:16
approached 17:23
appropriate 29:20,22 100:3 110:14 130:7 149:8,13 151:2 151:5 235:4
approval 16:23 23:20 70:15 76:4 115:1 117:23 226:8
approvals 13:13 62:20 145:3,3 145:24,24
approve 23:17 23:18,24 40:9 91:12 111:8,10 117:20
approved 22:23 39:20 90:2,10 112:3,4 114:19 115:20 116:21 117:2 118:7 170:6
approves 88:6 114:21 115:22 116:7,18
approving 21:20 25:12,18 77:18
approximately 17:12 28:5 50:22 139:16 189:19 220:15
areas 29:23 98:17
argumentative 66:16 78:14 133:24 134:19 156:1
arguments 149:8

Arnold 3:19 7:1 53:21
article 56:6
articles 52:20,24 53:2,7,8,11 54:15,23 55:3 55:5,18,24 57:12,15 144:2
ascribe 108:7
ascribed 108:3
aside 74:15 143:18
asked 18:1,3 31:24 32:1,5 32:19 36:10 46:7 55:10 57:12 58:3 65:18 95:24 104:2,17 106:7 111:15 115:13 116:13 117:7 118:2 128:2 154:19 156:2 156:10,23 157:17 159:20 162:21 180:3 200:18 202:3,6 204:5,16 206:8 208:11 217:4 217:13 220:5
asking 32:11 37:11 43:9 44:10 45:15,22 48:15 49:13 57:23 73:8 100:6 109:17 115:8 116:15 118:3 136:6,21 151:3 161:23 184:10 197:4 199:23 202:1 204:23 205:1 216:24 228:22 229:4 231:13 231:14
asks 93:20,21
aspects 30:4

assays 79:20
assessed 210:14
assessment 60:24 61:3,12 61:15 83:2 86:12,23 87:23 90:8 92:8 93:4 93:16 94:4,23 95:14,22 98:14 98:16 100:16 108:11 169:3,5 169:23 171:23 179:24 180:19 180:20 181:12 181:21 182:5 183:11 185:14 186:24 192:18 220:10
assessments 62:21,22 69:17 74:21 75:5 82:1 89:22 98:22,24 105:23 110:9 125:8 132:12 158:24 170:5,8 181:18 211:7,8 211:14 215:17 218:16
assessors 35:4 185:12 220:24
assist 40:4 41:2 41:6
Assist/represent 16:20
assisted 17:16
assisting 18:10 39:23
Associates 17:9 17:14,22 18:13
association 198:17 199:7 201:17
associations 198:14
assume 59:15
assumes 131:15

assurance 129:6
attached 4:7 5:2 235:10 237:8
attachment 12:13
attempting 31:13
attempts 98:20
attention 31:8 58:1
attorney 6:16 235:12
attorneys 54:2 54:17 143:19 144:5,10
August 98:5 139:22 140:22 140:24
authorities 74:1 74:19 81:23 82:8,10 132:13
authority 91:13 111:8,10 116:7 118:6 149:14 149:15 150:11 150:18 152:22 153:2 154:4 155:15 156:5 156:12,13 157:12,19 171:5,20 176:5 176:11 179:19
available 91:4 174:19 186:6 198:19,22 199:9 201:10 207:13 210:16
avoided 19:24
awards 119:24 120:2
aware 20:21 36:4 45:24 83:13 96:12,16 116:2 124:24 125:3 186:5 188:14 191:3 196:5 204:1

Confidential - Connie B. Welch, DMin

| **B** | ban 83:15 | basis 70:9 | 142:15,19 | 72:22 84:16 |
|---|---|---|---|---|
| **B** 1:14 2:1 4:2,6 | banned 83:11,14 | 161:10 164:18 | bioassays 44:2 | bring 11:16 |

**B** 1:14 2:1 4:2,6
  4:11,14,16,17
  5:1 6:13 7:6
  19:19,20
  233:10 237:11
**B.1** 150:1 158:6
**bacillus** 120:14
**back** 9:12 11:2
  12:22 16:3
  21:24 22:14,17
  24:11 30:24
  32:12 34:11,22
  37:15,23 48:22
  48:22 50:3
  51:6,11 52:3
  55:14 57:22
  58:5 63:14
  73:10 76:12
  79:8 81:21
  83:21,24 85:3
  86:3 87:24
  89:17,18 90:16
  94:11 97:5
  99:7 101:17
  102:8 112:14
  120:18 121:7
  121:10 122:13
  122:17 124:16
  126:8 127:1
  131:9 132:21
  138:7 142:5
  144:14 152:23
  153:22 157:4
  177:19 184:15
  188:2,20
  191:24 201:3
  202:22 204:12
  205:5 210:13
  216:2 218:10
  219:12 227:6
  229:3
**background**
  44:23 146:10
**bacteria** 120:14
**balances** 148:6

**ban** 83:15
**banned** 83:11,14
**base** 150:23
  170:7 196:1
  217:21
**based** 60:8,11
  60:16,19,23
  61:11,17 62:12
  65:21 66:11
  67:1,11 69:15
  69:18 70:8
  71:23 72:8,10
  77:13,14,23
  79:18 81:7
  82:24 84:11
  85:2 86:24
  87:22 88:8
  89:1,2,15,15
  90:5,6 98:7
  122:15,16
  127:2 144:23
  145:19,21
  146:3 147:3
  150:23,24
  153:3,4 154:10
  165:13,17,22
  166:4 170:7,8
  183:11 186:3
  196:22 198:11
  198:19 199:9
  201:4,10 206:2
  206:3 207:14
  207:17 208:12
  210:2,9,15
  217:24 218:24
  219:7 221:12
  221:23 222:2
  223:5,21
  227:14 228:12
  228:18,18,24
  229:7,17,18
  230:17 231:11
  231:14,18
  232:7,10,15
**BASF** 36:7,17
**basic** 207:4
**basically** 224:20

**basis** 70:9
  161:10 164:18
  192:24 193:2
  195:23 196:6
  197:8,9 217:21
**Bayer** 144:7,11
**began** 218:12
**beginning** 20:16
  20:17 21:6
  69:9 86:4
  119:23
**begins** 52:4
  75:23 97:6
  110:3 138:8
  177:20
**behalf** 3:2,10
  6:22,24 43:19
**belief** 79:5
  161:15 193:15
  200:3 208:5,12
**believe** 10:9
  46:8 50:5 51:7
  52:10 69:3
  84:14 88:17
  142:24 143:2
  146:18 149:18
  161:18 166:19
  178:18 181:1
  182:20 183:20
  193:11 196:18
  199:12,14
  201:20 203:11
  209:12,21
  210:1,3,8
  223:10 228:14
**Benbrook** 84:22
  85:9
**Benbrook's**
  84:15
**benefits** 92:8
  93:4,16 94:5
  94:24 95:14,23
**beyond** 88:15
  89:13
**bias** 198:12,13
  201:6
**billed** 141:14

142:15,19
**bioassays** 44:2
  44:13 66:8
  125:1,2 131:13
  203:16 205:2
**bit** 8:19 20:2
  70:4 208:4
  212:5,17
**block** 80:5
  185:21
**blocks** 79:24
**board-certified**
  43:16
**bodies** 72:20
  74:10,15 75:11
  75:14 82:13,19
  82:20 83:6,11
  200:3,7,10
  211:17 223:12
  223:23
**bodies'** 72:14,16
**body** 72:24
  73:21 224:21
**boiling** 19:22
  20:11,12
**bottom** 62:7
  140:11 158:5
  177:24 192:14
  193:20,20
**branch** 16:14
  21:23 33:3,7,8
  33:12,13,18,22
  34:1,10 35:6
  67:13 77:16
  79:14,18,23
  80:6,12,23
  81:18 109:3
  160:10,19,20
  172:14 218:7
  230:19 232:13
**branches** 185:2
**break** 8:24 9:4
  9:12 12:18
  20:1 40:21
  51:20,22 96:22
  137:24 177:12
**briefly** 18:19

72:22 84:16
**bring** 11:16
**brings** 118:24
**broad** 25:3
  155:5
**broadly** 94:21
**brought** 119:13
  221:21
**bullet** 16:18
  33:24
**byproduct**
  226:20

| **C** |
|---|

**C** 1:12 3:1 4:1
  5:1 6:1 79:17
  80:13,24 81:19
  160:1 168:17
  168:17
**C-A-R-C** 220:6
**calendar** 50:4
**Calhoun** 139:24
**California** 1:2
  6:12
**call** 87:2 91:13
  113:13 139:24
  148:6 163:16
  169:3,21 171:6
  171:8,10,10
  176:5,11,14
  177:3 182:1,2
  215:9 222:23
**call-in** 171:11,13
  171:14,17
  178:16,22
**called** 13:6 17:9
  19:19 20:23
  36:7,17 38:24
  41:21 76:18
  108:9 148:10
  171:11,13,14
  171:15,16,17
  178:16,18
  181:23 219:11
  220:6 225:13
  225:15
**calling** 171:12

Golkow Litigation Services - 877.370.DEPS

Confidential - Connie B. Welch, DMin

**calls** 163:3 169:6
**Canada** 211:10
  211:11,16,20
**cancer** 44:2
  88:20 108:15
  109:5 110:11
  110:18 114:4
  130:14 135:7
  181:20 182:5
  182:19 185:14
  203:16 208:24
  209:4 220:10
**capacity** 33:21
  37:17 43:24
  44:11,17 114:1
  119:21
**CARC** 181:23
  181:24 182:1,2
  182:3,5,11,17
  182:19,22
  183:3,7,15,20
  183:24 184:13
  184:19 185:5
  185:14 186:1
  187:3 188:13
  189:1,5,10,13
  190:5,15
  196:10 199:20
  200:8 220:6,9
  220:10,13,15
  221:6,8,12,14
  221:14,21
**CARC's** 183:22
  184:6,23
**carcino-** 225:20
**carcinogen**
  65:23 78:8
  79:7 189:11
  195:3 199:21
  200:5 206:7
  227:20
**Carcinogen'**
  65:9 194:18
**Carcinogen,'**
  66:2
**carcinogenetic**
  227:20

**carcinogenic** 5:5
  60:15,22 61:4
  61:9,17 63:7
  64:16 65:12
  66:9 78:19
  82:1 83:7
  130:17 135:11
  135:12,20
  136:5 164:1
  182:16,18
  184:22 185:19
  189:6,8 192:17
  192:19 193:14
  193:18,23
  194:20 195:5
  195:15 196:7
  196:19 199:17
  200:5 201:23
  202:9,14,21
  210:14 222:12
**carcinogenicity**
  44:13 59:23
  60:7 61:24
  63:4,24 64:10
  64:18 65:5
  66:4 81:8,9
  106:17,22
  107:7,12,19
  108:2,8 131:2
  165:14,15,23
  165:24 166:17
  194:1,14 203:8
  204:2,20
  209:13,22
  221:8 223:9,13
  223:18,19
  225:21,23
  226:6 227:8
**carcinogens**
  205:2
**career** 46:8
  211:19 212:2
**carefully** 235:2
**case** 1:6,8,9,10
  7:17 35:23
  52:21 57:9
  58:22 98:23

133:21 144:5
  144:10 169:22
  178:23 179:1,5
**catch** 83:23
**categories** 24:5
  24:9 92:10,12
  100:10 101:20
  102:20 105:13
  105:13,14,24
  106:11,14
  107:24 108:8
**category** 25:3
  79:17 80:13,24
  81:19 100:17
  107:6 108:2
  158:5 160:1
  192:18
**caught** 44:7
**cause** 65:17 91:8
  170:11
**caused** 88:20
  89:9
**caution** 36:11
  98:21 113:6
**CBW** 140:1,5,12
**cents** 142:16
**certain** 38:12
  92:16 98:13
  129:4 152:19
  153:3 155:22
  157:5,20
  163:11,20
  165:4 167:14
  170:10,20
  179:23 204:18
**certainly** 148:18
  148:20 230:17
**certainty** 87:1
  87:14,18 90:6
  98:9 170:1,21
  171:2 219:7
  228:8,17
  229:13,22
  230:6,9,14
  231:4,15 232:2
  232:7
**certificate** 234:1

234:13,19
**certification**
  234:20
**Certified** 234:1
  234:2
**certify** 234:3
  237:3
**certifying**
  234:24
**cetera** 48:18
**CFR** 29:5 92:22
  93:18 95:11,19
**chance** 12:2,17
  148:19 198:12
  198:12 201:6
  218:17 225:19
**change** 122:2,15
  122:19,20
  123:17 236:4
**changed** 168:3
  172:12
**changes** 122:5
  235:8 237:6
**characteristics**
  20:14
**characterizati...**
  128:12 155:8
  175:24
**characterize**
  26:12 27:2
  143:12 224:24
**characterized**
  129:20,21
**charge** 140:20
**charged** 142:22
**Charles** 215:7
**checks** 148:6
**chemical** 13:15
  13:16 16:20
  20:14 22:2,6
  33:13 37:4,19
  39:19 44:12
  83:3,4 91:12
  135:8,21 136:2
  136:10,12,13
  136:13,24
  137:1,5 150:23

150:24 179:5
  207:3,10
  219:16 221:16
  221:23
**chemicals** 14:4
  34:10,14,21
  136:16 167:12
  167:15
**chemist** 19:2
  21:17 26:18
  67:12 77:16
  109:3 207:19
  218:7 230:19
  232:11
**chemistry** 16:10
  19:2,6,8,10,12
  19:14,15,19,20
  19:21 21:1,2
  21:19 25:24,24
  26:1,16,19
  27:18,18 28:11
  28:16,17,20
  30:4 44:23
**chemistry-rel...**
  20:7
**chemists** 35:4
  185:11
**ChemReg** 18:6
  18:8 35:18
  37:18
**Chicago** 3:21
**chief** 21:23 33:3
  33:7,8,18,22
  34:1 35:7
  67:13 77:16
  109:3 172:14
  218:7 230:19
  232:13
**children** 98:12
  169:14
**chose** 164:16
**circumstances**
  83:14
**citations** 203:2
**cite** 15:12
**cited** 201:15
**clarification**

48:9 129:17
166:13
**clarifies** 27:13
**clarify** 27:9
164:4 181:14
217:1
**classification**
79:18 82:3
159:14,18
182:15,16,18
183:23 189:10
221:23
**classified** 62:15
79:16 80:23
81:10 165:17
166:2 189:5
206:1
**classify** 80:13
81:18
**clean** 10:16
48:13 68:2
69:22
**clear** 34:18 51:5
51:11 52:13
53:13 54:3,22
55:14 102:19
104:9 136:11
160:10 214:12
220:8 223:11
224:17 226:18
**clearly** 92:23
94:2 96:15
101:23 103:10
**clerical** 34:3
35:5
**client** 40:7,10,24
41:1,5
**clients** 13:12,14
13:15,16,21
15:1,7 17:17
18:10,10 36:18
38:17 40:4,18
41:2 43:19
**close** 16:22
57:24 135:10
166:4
**clusters** 196:12

196:23
**cohort** 65:5
194:13
**colleagues**
211:12
**Colorado** 3:7
**Columbia** 2:14
**column** 150:4
**combination**
57:6
**come** 18:1,3
24:3 29:17,21
31:8 40:7,10
63:16 78:3
83:5,10 147:18
148:2 163:18
**comes** 41:13
123:16 147:11
148:7 182:7
221:15
**comfort** 49:1
**comfortable**
197:24
**comment**
218:17
**commission**
237:17
**committee**
79:15 80:12,23
110:19 160:21
165:15,24
181:21 182:6
182:12 185:15
220:11,13,13
221:1
**committees**
73:18 109:5,7
155:14
**common** 46:12
**communicatio...**
31:12,17,20
32:2,7,17,22
36:11 161:20
**companies**
13:15,16,18,20
14:13 19:13
20:4 22:2,6

31:13 36:23
37:5 44:12
87:5 92:2
95:13,21 119:1
119:14 126:9
**companies'**
39:19
**company** 1:7,8,9
3:10 13:6 17:8
31:5,17,20
35:9,24 36:7
36:17 37:19
40:2 45:19,23
46:10 53:3,4
53:19 54:13,16
99:19 100:22
103:21 104:14
105:2,17
114:19 115:21
116:6,18
118:13,16,19
122:1,5,14,17
122:20 140:8
144:11 161:21
162:12 212:8
216:15
**Company's** 4:12
54:17
**compared** 53:14
135:10
**compiled** 62:24
**complete** 52:11
52:19 56:8
57:7 68:12,16
139:10
**completeness**
186:13
**complies** 43:2
**comply** 126:6,21
127:9,17,22,24
**components**
42:8 62:17
**comprised**
220:16
**concern** 100:15
100:20,22
101:11 103:15

104:13,24
105:22 159:1
227:4
**concerned** 160:9
**concerning** 14:3
93:1 94:3
102:1 103:11
104:22 219:1
222:20
**concerns** 100:1
100:19 102:14
102:16,22
103:22 105:4
**concluded** 63:6
65:22 78:7,18
79:6,22 81:9
161:6 165:15
165:24 192:15
193:16 210:12
222:11 233:11
**concludes**
199:16 202:19
**concluding** 65:8
65:24 194:17
195:2
**conclusion**
63:17 76:10
77:22 78:3,12
80:20 82:5
115:9 116:15
118:4 130:16
147:18 148:2
192:12,21
195:14 198:16
199:7 200:14
200:23 201:16
201:22 202:4
202:13,17
208:6 209:13
209:24
**conclusions**
64:12 72:8
74:2 205:20
210:2,9
**conditions** 100:3
**conduct** 72:19
91:2 131:12,19

131:22 133:10
133:20 134:15
164:17 178:2,8
**conducted** 39:3
43:11 62:8,21
72:13 81:6,24
90:3 125:14,16
125:17 126:14
126:15 127:5
128:5 129:8
135:1,2 164:13
165:5,9 180:10
186:20 203:16
207:9 212:7
214:1
**conducts** 132:18
**conference**
139:24 215:9
**confidence**
66:14,21
**confident** 147:9
**confidential**
7:19 20:20
36:11
**confidentiality**
7:16 36:20,24
**confirm** 68:1
**conglomeration**
136:15
**Congress** 98:3,5
**conjunction**
99:24 102:13
**connection**
62:22
**Connie** 1:14 2:1
4:2,11,14,16
4:20 6:13 7:6
17:9,14,21
18:13 233:10
237:11
**Consensus** 80:7
**conservative**
98:24
**consider** 74:14
128:17 130:9
130:20 136:1
168:10 227:7

227:17
**considerable**
111:12,19
**considered**
52:12,20 56:9
61:14 63:4
64:24 65:6
66:2,3,4 72:20
84:19 93:15
119:16 122:22
125:7,22
126:22 133:14
135:7 143:14
184:19 185:5
194:9,15
196:15 198:21
202:24 212:20
213:2,14 215:5
218:1,20
**considers**
108:10 130:23
130:24
**consist** 19:16
63:2
**consistent** 74:5
74:7 82:2
153:16 154:16
155:23 156:8
156:18
**consistently**
222:11
**consisting** 79:19
**consists** 136:18
220:1,15
**consultant**
35:24 36:6,16
37:4,18 38:16
43:24 44:11,22
112:7 114:1
**consulted**
118:13,16
**consulting** 13:11
18:9 36:24
**contact** 29:17
30:2 74:19
75:3,18 83:1
211:13,17

212:1,4
**contacted**
139:18 211:7
211:10
**contain** 68:16
113:3 115:4
139:10
**contained** 37:20
52:24 54:8
55:9 68:22
69:14 70:6,22
71:5 82:10,15
84:23 85:9
143:13,15
172:18 173:3
190:10 216:7
225:10 226:21
**contaminants**
92:17
**contaminated**
120:9,13
**context** 163:9
**continual** 147:8
**continue** 146:2
160:23 194:7
198:20 231:17
**continued** 77:17
100:1 104:13
105:5 149:9
178:3 191:17
**continues** 178:1
180:17
**continuing**
179:11 231:6
**contradictory**
198:15 199:5
201:15
**control** 17:6
161:7 234:23
**convening**
160:24
**conventional**
34:21
**conversation**
48:16
**convincing**
165:18 166:4

**coordinating**
27:19
**coordination**
26:9,16 27:16
copy 9:22 10:2
10:17,24 11:21
12:16 52:11,14
67:19 68:2,6
68:10 79:2
138:15 212:15
214:4 234:11
**correct** 9:9
18:17,21,22
24:6 29:13
30:4,12 33:3
35:14 39:11
40:24 46:23
47:10 49:20
54:17 55:1
56:1,12 57:16
57:17 59:16
63:10 72:15
73:13 74:6,11
75:22 77:22
78:10,13,19
79:1 83:19
84:3,15 85:14
85:21 91:23,24
96:6,7,9,10
99:5,6,14,22
100:4,10,19,23
101:13 102:11
104:15 105:6
106:18 109:1
111:6,13 113:3
114:9 115:7
117:18,21
119:1 120:22
124:11,19
127:8,16 128:1
130:22 131:6
131:13,23
132:4 133:16
134:12 135:22
140:20 141:2,3
141:11,12,15
141:16 142:16

142:17,23
143:3 146:22
149:4,21 150:6
152:3,8,14,19
156:22 159:11
159:14 162:24
164:9,14
167:24 168:1
170:1 172:2
173:15 178:24
180:23 183:7
183:12 185:19
187:10 188:4
189:21 191:8
196:21 197:12
197:19 200:6
200:11 201:1
203:10,17
205:11 206:18
208:24 209:4
210:23,24
212:9,21
213:10 214:1
217:15 221:9
222:12 226:3
234:11 237:4
**corrected**
148:20,21
**correction** 226:12
**corrections**
235:3,5 237:6
**correctly** 30:1
34:4 42:2
71:18 73:11
76:7 77:12
82:6 97:18
124:1,6 125:9
130:18 135:14
145:5,8,15
152:6 158:16
161:8,13 164:5
167:4 168:12
174:6 178:5
180:12,15
186:11 187:4
195:7 198:23
206:1,10

207:12 219:11
224:5
**Cosmetic** 14:7
**costs** 20:1
**counsel** 6:14 7:9
7:14 8:16
11:20 12:16
45:5 48:4,7
49:9,19,23
50:7,10,13,16
51:16 53:4,9
54:9,13 56:11
96:20 117:11
119:10 216:14
228:1
**Counselor** 232:4
**couple** 8:4 49:19
178:19
**course** 40:14
74:16 76:12
178:14
**court** 1:1 2:13
6:11,12 7:3 8:5
9:8 235:15
**criteria** 23:20,21
24:8 106:10
157:14 167:23
170:22,23
171:2,4 182:17
183:15
**CSR** 234:18
**current** 43:12
44:17 45:6,9
130:14 186:18
187:1 190:3,7
211:8,14
**currently** 13:5
45:18,23 83:3
160:22 221:3
**CV** 4:16 11:21
12:3 13:24
15:12

---

**D**

**D** 1:12 5:1 6:1
**D.C** 1:15 141:19
142:1

Confidential - Connie B. Welch, DMin

**Danger** 113:6,9
**Daniel** 3:18 7:1
**data** 17:18 19:3
19:6,8,8,12,14
19:15,23 20:7
20:16,22 21:1
21:2,3,10,19
21:21 22:2,7
22:19,22 23:1
23:3,10,14,21
24:3,4 25:24
26:7,16 27:18
27:19,21,21
28:12,17,17,20
29:4,17,20,21
31:2,6 38:5,6,7
38:8,9,22
39:13,14,24
41:13,14,17,22
43:2,18 76:13
76:14 81:8
86:7,10,11,12
87:6,6,8,9,10
87:21 88:7,24
89:1,15,23
90:23 91:10,11
91:13,14,15
93:10,22 107:9
108:10 110:4,8
110:13,22
112:1,1 113:15
113:15,23,23
122:15,16,18
123:20,20,24
124:5,9 125:19
130:24 131:2
132:8,14 133:4
133:7,8,14,15
133:17 145:9
145:16 146:13
146:20,24
147:11 148:7
148:11 149:3
149:15 150:20
152:13,16,24
153:3,5,12,13
153:15 154:4

154:11 155:22
156:5,7,13,17
157:1,5,8,11
157:12,15
158:13 163:15
164:2 165:14
165:23 168:11
170:4,7,9,23
170:24 171:6,7
171:8,10,11,12
171:13,14,15
171:17,17,21
174:19,23
175:8,12,13,14
175:15,22
176:5,8,12,15
176:17,23,23
176:24 177:3,6
178:12,15,16
178:21,22,24
179:10,19,21
180:2 182:7,9
183:19 186:2
186:24 189:14
191:12,15
192:7,8 195:16
196:5,8 198:19
199:9 200:3,7
200:10 201:10
202:9 203:19
206:4 207:13
207:16 208:7
210:18,19
211:23 219:15
221:15,16,18
222:16,17,20
222:22 223:4
223:16 227:8
227:17 229:9
229:15,18
230:20 231:20
232:12
**database** 63:1
64:15 79:19
123:19 131:1
134:2 154:6
173:11 174:1

174:10,13,19
178:11,13
179:2,22 180:6
191:15 193:23
198:14 206:4
219:13,15,19
219:23 220:1
**databases** 23:7
100:14 186:22
**dataset** 20:6
30:23 147:2
182:7 204:19
207:16 208:1
**datasets** 147:19
195:13,22
197:7
**date** 6:6 12:7
13:2 45:12
48:12 49:1
138:24 139:12
142:19 167:3
234:15 235:7
237:11
**dated** 139:22
141:13 142:14
**dates** 188:12
190:1
**David** 3:3 6:17
7:24
**day** 107:5 176:3
179:14 237:16
**days** 49:19
50:18,19 51:12
235:12
**DC** 2:7 3:15
**DCI** 171:11
178:2,16,18
179:4 180:11
**deal** 33:20
**deals** 99:8
**dealt** 213:24
**December** 1:16
5:7 6:6 50:2
142:14 143:6,9
202:19 234:15
**decided** 151:14
**decision** 67:3

82:19 91:12
130:8 153:6
154:15 210:3
221:8,12 222:2
222:3,3,6
**decision-maki...**
134:6
**decisions** 82:18
109:6 133:15
154:9 167:2
211:2
**dedication**
120:7
**deemed** 65:11
91:7 194:20
195:5 235:15
**deems** 150:19
154:11 163:19
171:21 176:7
**DEFENDANT**
216:15
**defending**
118:13,17,19
**definition** 54:3
168:2
**degradates**
92:17
**degree** 219:6
228:8,16
229:12,21
230:5,8,13
231:3,15 232:1
232:6
**depend** 15:8
**dependent** 69:1
113:14
**depending** 26:4
123:20
**depends** 15:9
157:23
**deponent** 6:13
237:1
**deposed** 8:3
9:15 48:12,18
49:5
**deposing** 235:12
**deposition** 1:14

2:1 4:8,10 5:3
6:8 7:18 9:23
12:3,13 47:9
47:13 48:2,6
48:16 49:20,23
50:8,11,14,17
50:24 52:14
152:2 233:8,9
234:4 235:2,10
235:13,14
**dermal** 39:1
42:21 158:4,13
158:17 159:2
212:6,7,21
213:10,20,24
215:7,12
**describe** 20:6
66:13 106:16
135:16,18
162:4 183:6
185:18
**described** 24:5
41:21 93:17
99:3 122:9
123:6 145:1,22
160:6,16
161:19 187:24
215:6 228:7
**describes**
135:19 159:13
**describing**
47:20
**description**
139:11,23
140:12 141:18
143:2
**designation**
81:13
**despite** 115:1
**detail** 99:4
**details** 94:18
**detection** 92:16
**determination**
23:16 41:11
60:21 61:6
73:19 81:23
86:10 88:9

Confidential - Connie B. Welch, DMin

89:1,3,15,16
90:9 107:16
110:16 122:7
128:24 134:6
150:21 151:1
151:12,16
154:12 160:21
162:16,17
170:17 171:7
179:2 180:7
195:17 208:16
229:18
**determinations**
25:14 26:13
27:3 63:6 74:5
81:5 87:22
109:4 110:17
110:24 130:7
210:22
**determine** 30:8
30:10,22 86:12
90:20 116:17
117:17 145:14
147:1 149:11
150:15 151:5
157:15 159:16
167:22 170:9
193:13,13
229:17
**determined**
122:18 164:2
179:8 196:12
198:18 199:9
201:9,18 227:2
**determines**
106:5 117:18
117:19 121:18
122:3 151:2,6
**determining**
30:3 53:6
106:21 107:7
129:14 135:20
136:4 152:13
155:21 165:1
170:5 227:18
**Development**
221:5

**developmental**
151:15
**dictates** 40:1
113:15
**differ** 28:14
29:14
**different** 24:2,8
24:10 31:24
32:10 37:4
42:8,12 45:9
70:4 136:16
151:4 184:11
185:2
**differently**
14:24 208:4
212:18
**direct** 31:12
35:8 144:17
148:23 212:1,4
213:1,5 234:23
**directed** 98:15
**directly** 31:20
212:4
**director** 129:7
**disapprove**
111:9,11
**disc** 177:17,20
**discipline** 29:23
**disciplines**
221:1
**disclose** 133:20
134:15
**discontinued**
92:13 94:1,19
**discretion** 105:2
120:21 121:22
152:18 153:7,8
153:8
**discretionary**
128:20,21
**discuss** 27:20
48:6 64:9 74:1
82:21 90:22
91:23 110:2
137:11 163:3
163:12 168:17
173:7 180:18

181:20 205:10
208:23 210:21
**discussed** 107:9
111:2 112:23
132:10,11
137:12 144:4,9
152:1 153:1,18
164:7 173:3
176:9 183:16
202:16 216:6
**discusses** 61:12
61:20 108:14
184:2 193:6
**discussing** 48:11
49:4 135:5
153:1 154:18
188:1 200:14
200:23 211:7
**discussion** 70:9
110:10 120:2
171:23
**discussions** 48:4
48:7
**dismantling**
234:12
**distinction** 54:5
**distribute**
110:13
**District** 1:1,2
2:14 6:11,12
**diverse** 34:2
**division** 18:21
19:1 21:15,18
24:21 25:13
26:24 28:3,5
29:6,10,11,12
32:3 33:9
167:13 172:15
182:13 185:10
185:10,16
220:21
**DMin** 1:14 2:1
4:2,11,16 7:6
233:10 237:11
**docket** 143:17
218:11,12,13
218:14,14,17

218:18,21
**doctor** 43:17
**document** 1:6
4:13,17 10:5
10:14 11:14,17
12:8 52:18
56:10 61:22
62:5 67:3
68:14 79:9
138:22 174:7
180:24 198:1
200:18 212:22
**documents** 31:8
47:18 57:7,18
60:17,20,24
61:11,13,20
67:6,14 69:18
71:24 72:6,8
72:19,22 75:4
75:17 78:1
82:21 89:22
108:16 158:21
158:24 174:3,4
181:15,18
195:17 196:9
201:24 207:15
213:6 215:17
218:2,3 225:22
225:22 232:17
**doing** 7:12 16:9
47:15 71:3
74:21 83:2
142:12 167:22
169:4 172:3
235:6
**domestic** 73:22
75:11
**door** 123:17
129:9 147:11
148:8 182:7
**doses** 192:17
**Dr** 4:14 7:11,23
10:5 25:19
52:9 68:5 84:6
84:15,22 85:9
97:9 138:11
177:23 216:5

216:17
**draft** 111:5
143:4,23
186:22
**drafting** 41:3,7
143:3,19
**drafts** 40:24
41:1,5
**drinking** 180:18
**Drive** 3:6
**Drug** 14:7
**dual** 34:20
**due** 36:24 80:4
142:18 198:14
199:2,5,11
201:14
**DuJardin** 4:15
4:21
**duly** 7:7 234:6
**duties** 18:23
**duty** 92:1,4,5,6
95:12,21

**E**
**E** 1:12 3:1,1 4:1
4:6 5:1,1 6:1,1
62:15 81:10
165:17 166:2
236:2
**e-mail** 215:6
**e-mails** 213:9,23
214:8,9,19,21
**earlier** 8:19 91:2
97:22 123:12
146:18 153:7
153:18 166:19
184:4 202:22
220:5,14
223:11
**early** 143:8
**easier** 8:9 58:13
**ecological** 92:13
93:8,21
**ecotoxicity**
178:18 180:13
**Edwin** 4:9
**effect** 42:22

Confidential - Connie B. Welch, DMin

| | | | | |
|---|---|---|---|---|
| 90:21 92:18 | 122:23 | 60:20,20 61:1 | 114:2,19,21 | 159:16 160:4,8 |
| 173:14 | ensure 85:18 | 61:12,20 62:10 | 115:1,20,22 | 160:10,11,15 |
| effects 91:9 | 167:1 173:12 | 62:12,17,20,24 | 116:6,7,7,16 | 160:18,19,21 |
| 167:24 168:3,6 | 173:13 | 63:6,15 64:9 | 116:17,21 | 162:10,20 |
| 173:19 182:13 | entire 83:24 | 64:14,23 65:6 | 117:2,17,19,20 | 163:2,2,10,16 |
| 182:22 185:9 | 102:3 173:11 | 65:10,21,22 | 117:23 118:6,8 | 163:18,19 |
| 185:10,16 | 174:1,10,11,13 | 66:2,3,4,12 | 118:14,17,24 | 164:23 165:1,3 |
| 207:10 220:21 | 178:10 211:19 | 67:2,6,8 69:16 | 119:13,15,18 | 165:14,23 |
| efforts 39:20 | 226:24 227:6 | 72:1,9,15,24 | 120:4,21 | 167:6,7,11,21 |
| EFSA 186:5 | 227:15 | 73:11,14,16 | 121:18 122:2,4 | 168:10,13,24 |
| 190:18 191:19 | entirety 55:24 | 74:5,7,15,17 | 122:13,16 | 169:2,5,5 |
| 192:8 | entities 54:1 | 74:18,18,22 | 123:10,18,23 | 170:4,9,12 |
| either 40:4 41:4 | entitled 4:17 | 75:1,1,12,15 | 125:7,18 126:1 | 171:5,11,20 |
| 41:5 83:1 | enumerated | 75:17,18 76:2 | 126:7,13,14,21 | 172:3,6,8,10 |
| 112:6 119:14 | 100:9 102:20 | 76:12,13,16,17 | 127:1,3,5,6,9 | 173:21 174:19 |
| 135:13 144:5 | environment | 77:4,9,17,21 | 127:17,21,22 | 174:21 175:6,8 |
| eligibility 67:3 | 85:20,24 86:6 | 77:24 78:1,4,6 | 128:1,4,17,22 | 175:11,13,13 |
| emphasize | 86:19 87:13 | 78:18 79:5,8 | 129:1,3,5,12 | 175:19,21 |
| 130:14 134:11 | 88:1,3,13,22 | 79:12 80:6,12 | 130:8,20,23,23 | 176:4,10,22 |
| employ 76:9 | 89:11,18 90:5 | 81:2,3,8,12 | 131:5,12,16,17 | 177:3,4 178:10 |
| 211:1 | 91:9 98:1 | 82:4,24 83:3 | 131:18 132:2,3 | 178:20,23 |
| employed 35:17 | 115:6 121:20 | 85:13 86:7,22 | 132:8,10,17 | 179:2,8,16,20 |
| 45:18 | 173:15,19 | 87:7,8,9,20 | 133:3,8,14,20 | 179:22 180:2,5 |
| employees 24:21 | 182:23 | 88:5,24 89:14 | 133:21 134:1 | 181:15 182:1 |
| 45:2,7 46:12 | environmental | 90:2,7,20,24 | 134:15,16 | 182:14 183:2,4 |
| 185:15 | 14:3 16:23 | 90:24 91:3,5 | 135:2,5 137:1 | 183:16 185:3 |
| employment | EPA 13:13 | 91:10,11,13,14 | 144:24 145:7,9 | 186:7,7 187:10 |
| 120:3 | 15:19,21,22,23 | 93:20,21,23 | 145:14,17,20 | 187:12,15 |
| enacted 98:3,6 | 17:17 18:10,16 | 95:5 98:14,15 | 146:4,6,13,19 | 188:3,14 189:7 |
| 168:23 | 19:4,8,10,16 | 98:17,20,22 | 147:1,4,13,16 | 189:15,20 |
| encompassed | 20:5,15,19,21 | 99:17,22 | 147:17 148:1,2 | 190:11,22 |
| 30:3 | 20:23 22:19,19 | 100:12,15 | 148:5 149:6,14 | 191:2,7,11,13 |
| encountered | 22:22 23:7,23 | 101:11 102:5,6 | 149:20 150:11 | 191:14,18,24 |
| 113:17 | 24:21 25:19 | 102:11,14,16 | 150:17,18,24 | 192:4,8,18 |
| encounters | 27:11 29:17 | 102:22 103:15 | 151:1,4,6,11 | 193:11,22 |
| 147:8 | 31:1 35:7,14 | 104:13,15,19 | 151:14,24 | 194:8,15,18 |
| end-use 21:3 | 35:17,22 36:3 | 104:19,24 | 152:5,9,15,15 | 195:3,12 196:9 |
| 28:18,22 31:3 | 38:4,10 39:12 | 105:4,20,22 | 152:22,24 | 196:10 197:2 |
| 33:16 125:4 | 39:12,14,18,21 | 106:20 107:5,5 | 153:2,10,11,15 | 199:20 201:14 |
| 203:19 204:19 | 39:23,24 40:1 | 107:9,11,13,13 | 154:3,5,7,10 | 201:24 202:19 |
| 204:21 226:23 | 40:9,13,14,17 | 108:6,9,14,21 | 154:21 155:4 | 202:23 203:18 |
| ends 52:1 97:2 | 40:19 41:8,18 | 110:1,4 111:1 | 155:10,14,20 | 204:18 205:20 |
| 138:4 177:24 | 42:4 43:3,20 | 111:6,8,10,12 | 156:4,7,12,16 | 206:1,5,10 |
| 233:7 | 44:1,20,21 | 111:19 112:2,4 | 157:1,3,5,7,11 | 207:12,15 |
| enforcement | 45:20 46:8,12 | 112:4,6,8 | 157:14,22 | 208:6 210:3 |
| 119:16,19 | 46:19,23 47:18 | 113:10,10,18 | 158:1,8,12,14 | 211:6,9,13,21 |
| 120:16 122:9 | 52:15 60:9,17 | 113:20,23 | 158:19 159:10 | 215:17 218:2,3 |

218:6,7,12,15
218:21,24,24
219:13,15,15
219:18 220:22
221:17,20
222:8,16 223:6
223:8,12,16,18
223:22 225:22
226:2,3,5
227:2,7,17
228:13,13,18
229:7,14,19
230:18 231:12
231:19 232:11
232:17,18
**EPA's** 5:6 23:7
29:4 38:11,23
40:6 41:12,20
58:21 59:3
60:12,17,23,24
61:3,6,11,11
61:17 62:8,23
70:15 71:15,23
72:6 75:3,3
78:11,24 79:14
82:2,19 85:18
86:4 97:16,24
100:13 125:15
128:21 131:18
135:19 137:8
137:13 146:5
149:12,18
154:15 155:23
156:9 159:14
159:18 162:17
163:14 166:24
168:2 170:19
171:1 174:3,14
174:18 176:14
188:9 189:7
192:15 193:6
193:16 195:17
196:22 199:14
205:20 206:4,6
207:15,20
208:15 222:19
222:22 227:15

230:20,20,21
**EPA-approved**
114:22 116:11
**EPA-related**
70:13
**EPA/FDA** 16:22
**epidemi-** 124:5
**epidemio-** 206:9
**epidemiologic**
110:8
**epidemiological**
63:23 64:4,17
65:1,16 66:3
92:14 93:9
131:23 168:10
186:23 194:1
194:10 195:10
195:11 196:4
196:17,24
199:13,15
200:11,15,24
201:21 202:2,7
202:12,16
210:18 227:9
**epidemiologies**
225:4
**epidemiologists**
147:6 185:13
220:23
**epidemiology**
64:11 110:6
124:5 168:13
168:14 193:8
206:9 223:7,20
224:11,18,19
**equal** 198:16
199:6
**equivocal** 108:1
164:4
**err** 98:20
**errata** 235:4,6,9
235:11 237:8
**erroneous** 92:23
94:2 96:15
101:23 103:10
**especially** 98:11
**espoused** 99:3

**ESQUIRE** 3:3,4
3:11,12,18
**essence** 30:10
**established** 98:7
165:6
**et** 48:18
**eval-** 190:8
**evaluate** 79:15
91:7 184:6
195:13
**evaluated** 64:20
65:10 73:12
106:17 146:19
184:13 194:4
194:19 195:4
207:12
**evaluating**
63:24 64:16
65:12 74:14
75:10 160:5,16
193:23 194:20
195:5 209:8
211:2
**evaluation** 5:5
65:1 73:23
97:16 148:11
152:6 172:3
183:15,21
186:2,3,19
187:1,2 189:14
190:4,5,17
194:10 199:14
201:20 202:6,8
209:22
**evenly** 15:7
**event** 180:22
**everybody** 8:9
**evidence** 62:16
64:22 72:4,20
81:11 108:1,10
108:13,14,18
108:22 109:13
109:24 110:16
110:21 130:15
130:22 131:3,6
131:15 132:4
133:22 134:12

134:17 135:6
165:18 166:3,5
183:12,14
194:6 198:11
201:5 206:2
210:12 227:1
**exact** 37:13
147:15
**exactly** 8:11
140:17 143:10
**examination** 4:2
7:9 216:14
228:1 234:8
**examined** 7:8
**example** 42:20
44:1 84:6
88:11 107:19
107:20 113:9
146:16 151:14
182:22
**exception** 92:10
103:9,10,11,12
**exceptions**
92:21,21 93:2
93:17,19 96:9
96:12,17
101:22,23
102:16 103:14
104:7,10
105:14,24
106:11
**excess** 92:15
**exclude** 198:12
201:5
**exclusive** 78:11
**exclusively**
78:18 79:6
**excuse** 73:14
117:7 137:17
166:12 175:24
177:9 219:20
225:20
**exhibit** 4:17
9:22,24 10:16
10:19,23 11:12
11:13,22,23
12:6,11 13:2

13:24 52:6,10
52:17,19,24
53:7 54:9 55:9
56:7 57:1,4
67:17 68:3,9
68:16,22 70:6
70:22 138:15
138:17,20,23
139:4 197:15
197:18
**exhibits** 4:8 5:3
7:18 57:6
**existed** 186:8
187:9,13
188:14 189:16
190:23 192:2,5
**existing** 164:2
**exists** 64:15
193:23
**expeditiously**
120:16
**experience** 14:2
15:12 16:16
60:9,10 61:1
67:12 69:15
71:24 72:10
74:16,17,22
83:1 109:12
112:6 127:1
132:16 147:3,6
167:6 207:18
209:7,9,10
211:9 218:6,6
218:20 219:7
228:13,18,20
229:7 230:18
231:12 232:7
232:11,16
**expert** 4:20
35:23 45:1
48:5 57:13
58:22 59:6,16
59:20 67:17
68:10 69:14,19
71:5,11,15,21
72:23 73:9
74:14 75:21

Confidential - Connie B. Welch, DMin

82:11 83:12,16
84:12,15,23
85:10 99:4
137:12 139:19
143:3,5,8,19
143:23 144:14
146:11 172:19
173:4 182:13
208:22 209:7
211:3 215:14
215:16,16
216:7 229:10
**expertise** 25:23
27:23 70:12
74:24 75:10
146:4,8,9
147:9 170:18
213:20 228:13
**experts** 70:14
78:2 83:18
147:5 163:14
170:16,19
171:1
**experts'** 84:17
**expires** 237:17
**explain** 13:9
97:23 207:3
**explained** 14:16
64:15,23
193:22 194:8
**explains** 98:1
140:10
**explanation**
198:13
**exposed** 169:8
**exposure** 35:4
64:6 92:14
93:9 98:18
110:6 124:4
169:6,7 180:20
181:12 185:12
198:18 199:8
201:9 220:24
**expressed** 69:18
**extend** 192:21
**extends** 193:3
**extensive** 15:12

62:24 64:15
193:22 206:4
**extent** 36:9
37:10
**external** 148:16
163:15
**eye** 39:1

--- F ---

**F** 1:12
**fact** 119:22
153:4 229:1
**factor** 169:21
**factors** 87:3
98:10 169:3
**facts** 131:15
**fail** 235:14
**fails** 125:21
**failure** 92:18
**fair** 7:20 8:13
9:5 20:9 22:8
26:11 37:3,6
43:3 54:10
60:5 143:11
179:21 187:15
206:22,22
222:1 224:23
224:23
**fall** 100:17
102:15 103:13
103:14
**falls** 92:9 101:20
**familiar** 52:23
75:2,13,15
78:24 108:12
108:17,19
109:23 110:2
114:13 146:4,6
146:12,12
147:4 212:6
**familiarity**
72:10 208:13
**far** 49:17 69:16
75:2 89:4
100:16 102:3
108:15 112:9
131:17 147:10

**FDA** 13:13
76:24
**FDCA** 14:13
15:3
**Federal** 14:5,7
86:2 87:16
**feed** 92:15
**feel** 70:3
**feels** 178:15,20
179:18
**felt** 178:23
179:20,23
180:2
**FFDCA** 14:9
232:17
**field** 163:14
**fields** 78:2
**FIFRA** 14:6
15:3 76:20
86:3 90:7
91:23 114:24
167:9,24 168:5
176:10 183:1
207:19 208:14
231:20 232:14
232:16
**FIFRA's** 114:13
**figure** 126:4
**final** 91:3
107:15 116:7
213:13,14
**find** 12:20 74:20
173:23
**finding** 87:10
**finding'** 80:5
**findings** 65:3
72:15,17 82:21
135:8 136:1
163:4 164:4
184:24 194:12
206:6 207:20
229:17
**fine** 24:17 68:1
84:19 96:23
121:12 177:13
**finish** 8:7,17
**finished** 47:24

215:20
**firm** 13:11 18:9
45:16 53:22
54:19,24 57:11
58:17 71:14
144:6
**first** 7:7 13:23
15:11 16:18
29:16 30:2
40:22 47:9,12
48:6,15 49:23
62:10 76:13
77:6 79:12
87:15 90:11
97:15 121:2
123:23 126:23
139:15,18
152:2 157:3,7
159:10 165:8,8
201:4 221:17
221:18
**fiscal** 167:14
**fix** 45:12
**flip** 17:7 213:12
**Florida** 141:19
142:1,5,12
**focused** 218:2
218:13
**Folk** 4:18 52:16
**folks** 34:23
**follow** 41:20
160:4,15
**follow-up**
216:13 228:4
**followed** 73:15
73:22 74:10
76:2 77:17
82:4 155:4
158:14
**following** 64:24
77:20 114:2
150:2 167:19
194:9 227:8
**follows** 7:8
89:21
**food** 14:7 23:24
24:6,22 25:3,4

25:9 86:24
87:19 92:15
98:6,8 168:17
168:20,22
172:7
**food-use** 107:11
137:2
**footnote** 95:11
95:19 96:8,11
96:14
**footnotes** 82:11
82:15
**foregoing** 234:4
234:20 237:3
**foreign** 73:21
75:11 83:5
211:2,16,24
**forget** 141:5
**form** 14:15 22:9
25:17 30:13
31:7 32:4 38:9
39:10 42:15
43:4 44:4 45:3
46:14 58:24
59:7,24 72:3
73:3 88:14
94:6,15 95:3
101:3 103:24
104:16 106:24
109:16 111:14
112:10 122:16
124:12 127:11
131:14 132:5
133:1,23
134:18 145:10
147:20 151:9
151:18 152:20
154:1 155:24
161:22 174:24
175:24 176:18
187:18 188:6
188:17 190:13
191:9 195:23
196:1,5 197:7
199:18 200:17
201:12 206:12
206:19 208:10

Confidential - Connie B. Welch, DMin

209:15 215:15
217:11,23
219:24 222:4
224:2,15 237:7
**formal** 60:19
171:12
**formatted** 129:4
**formed** 69:17
164:18 197:9
**former** 93:1
94:3 102:1
103:11 104:22
**forming** 52:21
56:9 57:8,13
72:21 124:24
181:9,13
205:14 215:14
**forms** 112:1
**formula** 20:21
203:20 226:23
**formulas** 204:21
**formulated**
110:4 123:24
124:10,20
125:2,4 133:5
135:18,18
136:8,15,17
171:17 222:23
224:20,22
225:5,7,9,11
225:14 226:14
**formulation**
20:22 22:22
26:6 28:22
137:2
**formulations**
21:22 22:24
23:17,19 28:18
31:4 33:16
59:5,19 61:15
61:17,22 62:1
63:2 65:8
70:17 71:17
73:13 76:6
145:4 146:1
149:10 152:7
180:21 184:1,3

184:7,8,14
192:22 193:4,7
193:17 194:16
195:10,14
196:7,12,19
197:3,5 199:16
199:24 200:4
201:22 202:13
202:20 203:1
203:17 204:3
204:20 219:21
222:10 223:8
226:11 227:3
227:12,16,19
**forth** 19:11
73:18 92:22
95:10,18 96:8
106:11 108:20
109:3 146:14
147:6 218:16
234:5
**forward** 29:20
29:22 69:2
**found** 83:6
120:13
**foundation**
44:16 84:9
119:3 131:8
149:23 161:24
212:11 214:3
214:23
**four** 210:15
**FQPA** 89:18
99:3 169:24
176:10 178:14
183:2 207:18
208:15 218:14
231:20 232:13
232:16
**frame** 49:15,16
85:4
**framework**
70:15 73:15
76:4,11 77:4,9
85:14 101:21
110:7 123:11
134:3 137:9,13

145:1,8,15,21
145:22 147:14
147:17 148:1,7
152:1,6,9,12
153:17 154:17
155:11,15,23
156:9,19
158:15 160:5
160:15,23
163:11 176:11
176:23 186:23
**free** 70:3
**frequently**
167:7
**front** 68:7,13
129:9 213:2
**fulfill** 176:24
**fulfilled** 157:2
**fungicide** 14:5
15:17 16:6,13
86:2 87:17
**fungicides** 31:23
32:23
**further** 64:23
70:9 81:4 91:6
98:10 99:3
105:15 193:10
194:8 210:4
216:10 227:22
228:1

---

**G**

**g** 6:1 93:3,15
139:24
**Gary** 3:11 6:21
216:19
**GEBEYEHOU**
1:8
**general** 49:13
109:14 214:17
**generalization**
155:6,8
**generally** 13:10
98:23 219:1
**generic** 171:14
**genotox** 194:14
203:1 207:24

**genotoxic** 63:18
63:20 207:9
208:16
**genotoxicity**
63:13,15 64:11
64:19 65:6,7
66:5 193:8
194:2,15 195:9
195:12 196:3
196:16 197:1
202:24 207:5,8
223:6,20 224:6
227:9
**genotoxicologi...**
203:6 206:17
207:12 208:7
**genotoxity**
224:5
**genres** 42:13
**gentleman's**
141:5
**getting** 18:11
38:17 43:23
94:21 107:18
117:6,14 132:1
132:14 188:12
**give** 8:8,13,17
49:1 71:22
88:11 103:1
105:10 171:23
202:8 231:17
**given** 53:8
217:15,18
237:5
**gives** 41:6,19
101:19,19
105:14 106:10
106:10 135:24
135:24 166:15
203:2
**global** 37:17
**GLP** 126:15
129:8,10,11
130:8 153:9
**glyphosate** 5:4
47:19 58:18,21
59:13,19,23

60:7,13,15,19
60:21 61:3,12
61:16 62:9,11
62:12,15,18
63:1,6,13,17
63:20,24 64:6
64:17,20 65:8
65:13,17,22
66:1,8 67:4
70:16 71:16
73:2,12,23
76:5 77:5,5,6,7
77:10,12,19,22
78:7,12,19
79:6,13,16,16
80:13,23 81:10
81:13,18 82:2
82:3,22 83:6
83:11 133:13
145:4 146:1
149:4,6,10,20
150:14 152:7
152:11,14,16
155:16 156:16
156:17 158:4
158:16 159:7
159:11,14,19
165:16 166:1
166:24 167:19
167:22 178:2,4
179:6,17
180:22 181:5,8
181:16 183:21
184:23 185:19
186:3,22 189:5
189:9,11,14,21
191:15 193:6
193:14,24
194:3,17,21
195:2,6,24
197:2 198:17
199:8,21 201:8
201:17 203:10
203:12,13
205:11 206:1,6
207:13,16
208:8,16

Confidential - Connie B. Welch, DMin

Page 250

209:14,22
210:15,23
212:8 215:18
219:19 222:9
222:20 223:1,9
223:23 224:8
224:12 225:21
226:7 227:11
227:16,18
232:18
**glyphosate-ba...**
59:5,19 61:14
61:16,21 62:1
63:2 65:7
70:17 71:17
73:13 76:6
145:4 146:1
149:10 152:7
180:21 183:24
184:3,6,8,14
192:22 193:4,7
193:17 194:16
195:9,14 196:6
196:18 197:3,5
199:16,24
200:4 201:22
202:13,20
203:1,17 204:2
219:19,20
222:10 223:7
223:24 224:9
224:12 226:11
227:3,12,16,19
**go** 8:4,24 9:1,12
10:16 11:13,21
12:20,22 16:15
18:18 21:24
25:21 27:7,7
30:15 37:15
46:12 47:1,5
48:22 53:6
62:2 67:4,16
73:10 79:8
81:21 97:22
106:20 107:5
120:19 122:13
124:3 131:9

138:2 141:22
144:14 148:15
155:9,21
164:11 165:1
166:14 167:17
177:14 179:4
181:20 184:15
188:2,8 193:10
201:3 202:22
210:21 215:2
215:19 233:3
**goal** 85:18
130:21 167:15
**goes** 40:1 41:10
64:23 69:17
80:8 86:3
88:15 89:12,17
89:18 90:7
98:14 110:10
116:17 117:18
117:19 122:16
128:24 179:16
184:23
**going** 8:11 11:2
11:11 24:11
25:16 48:12,18
51:16,19,24
53:24 69:2,23
75:6 83:3 85:3
86:14 87:21
89:6 90:12,16
90:17,18 91:18
93:11 96:21
97:1,5 99:7
102:8 104:4
106:15 109:8
116:3,22 118:9
119:2 125:13
126:17,24
127:1 128:7
134:7 137:23
137:24 138:3,7
143:16 144:17
148:5,9,10,11
148:23 154:24
160:7 170:15
170:17 174:16

174:20 177:7
177:10,16,19
182:8,11,14
191:23 195:18
203:21 207:21
211:8 215:23
216:2 228:24
229:14 230:23
231:5,22
232:20,21
233:6
**Golkow** 6:5
**good** 7:11,13,23
10:3 51:20,21
125:15,16
126:15 128:16
129:13 138:11
138:13,14
216:17,18
217:3 226:1
**grant** 3:12 6:23
150:18
**grants** 154:10
**gray** 67:18
**Greg** 46:4
**ground** 8:4
**group** 19:19,19
19:20 62:15
81:10 161:14
161:20 162:15
163:1,13
165:17 166:2
222:2,5
**guess** 14:23
26:23 37:11
47:20 94:21
117:9
**guidance** 41:19
105:11
**guide** 125:18
**guided** 17:18
**guideline** 89:24
90:1 91:6
126:1 135:2
**guidelines** 19:15
40:15 89:23,23
91:1,3 108:15

108:15 110:11
125:18,19,22
126:7,14,21
127:5,6,10,18
127:22 128:1,4
130:14 131:4
134:11,13
135:5,7,23
136:1,9 165:3
165:6 182:19
182:20 211:23
211:23
**guides** 55:7
**guys** 137:23

———————
**H**
———————
**H** 4:6 5:1
**half** 140:18
**hand** 9:21
**handed** 52:14
**handing** 10:23
52:9 68:9
138:14
**handling** 58:21
59:4
**hands** 68:6
**handy** 35:20
144:17
**Hang** 95:1
**happen** 121:22
**happens** 69:1
121:17 122:10
123:6
**happy** 9:1
**HARDEMAN**
1:7
**Hardeman's** 4:9
**harm** 87:2,14,18
90:6 170:1,11
170:21 171:3
**harm,'** 98:9
**head** 24:12
158:11 205:18
**health** 65:4
85:20,24 86:5
86:18 87:13
88:1,3,12,21

89:11,18 90:5
97:17,20,24
98:2,7,19 99:2
121:19 149:7
173:14,19
181:17 182:13
182:23 185:9
185:10,16
186:24 192:18
194:13 220:20
**health-based**
86:23
**Healy** 215:7
**heard** 119:7
**hearing** 205:17
**held** 2:1 6:8
18:19
**help** 13:12 29:24
40:18 80:1
143:19 185:1
**helped** 38:16
**helping** 15:1
40:4
**helps** 121:3
**herbicide** 16:14
**herbicide's**
62:10
**herbicides**
219:20 223:24
224:9,13
**Heydens** 215:7
**high'** 65:2
194:11
**hire** 133:10
**hired** 35:23
**histopathology**
80:3
**history** 47:17
67:7 218:5
**hold** 131:9 217:8
219:5 228:6,15
**holds** 232:5
**Hollingsworth**
2:5 3:12,13
4:22 6:9,21,23
6:23,24 12:20
45:16 53:17,21

54:18,19,21,24
57:11 58:17
71:14 144:6
**home** 141:19
**homeowner**
34:16
**hospitals** 34:16
**hour** 96:21
137:23 140:13
140:15,20
**hourly** 140:15
140:18,19
**hours** 51:1,2
140:13
**huge** 134:20
207:16
**human** 85:20,24
86:5,18 87:13
88:1,3,12,21
89:11,17 90:4
92:14 93:8
97:24 98:11
110:7,8 121:19
130:16 149:7
173:14,19
181:17 182:23
186:23 192:17
**humans** 81:11
115:5 166:3
193:18 196:20
199:17 200:5
201:23 202:14
202:21 210:12
225:1
**humans'** 62:16
192:17
**Humans.'** 63:7

———————

**I**
**IARC** 186:5
190:17 191:19
192:8 209:2,8
209:12 210:1,6
210:8,11,20
**IARC's** 209:21
210:3
**identical** 68:12

**identification**
10:1,20 11:24
52:7 57:2 68:4
138:18 197:16
**Illinois** 3:21
**immunotoxicity**
180:14
**imperative**
235:10
**implementation**
174:7 208:14
231:19
**implementing**
14:2 72:11
77:14 207:18
228:20 229:7
230:20 232:13
232:13
**implements**
67:9 146:6
**importance**
125:7 130:15
134:11
**important** 54:4
166:22
**impose** 113:24
**imposed** 168:24
**imposes** 92:1,6
100:22 101:11
**Improvement**
17:4
**impurities** 92:17
226:15,21
227:2
**impurity** 226:17
226:19 227:10
**in-house** 179:11
181:16 182:15
**incident** 110:8
181:2,6,9,17
186:24
**incidents** 92:18
**include** 53:7,20
92:23 113:11
124:20 224:5
224:11 225:15
226:10,14

**included** 112:8
114:4 139:4
186:4 190:16
**includes** 110:5
124:3 135:7
152:12
**including** 53:4
62:19 63:3
64:17 65:2
193:24 194:10
**incorporated**
169:2
**incorporates**
186:19 191:19
**incorporating**
110:7 134:3
186:23
**incorrect** 122:4
209:13,23
**increases** 64:6
**independent**
54:13 71:15,20
72:2 161:5,12
161:19 162:4,6
162:8,9,11,19
162:20 163:13
163:18 185:6
**independently**
174:22 175:7
175:20 176:16
**indicate** 74:4
**individual** 222:3
**industrial** 34:15
**industry** 16:21
**inert** 16:11
21:20,21,24
22:3,7,21,23
23:2,4,24 25:2
25:7,8,12,15
26:2,4,13 27:1
28:2,15 136:18
137:4 171:23
172:3,16 173:2
196:11,12,20
196:23 225:13
**inerts** 25:7 93:1
94:4 102:2

103:12 104:22
222:17 223:2
225:10
**infants** 98:12
**information**
23:6,15 30:21
36:9 42:13
54:4 74:20
92:2,6,23,24
93:1 94:3
99:20,22,23,24
100:9,12,23
101:10,13,19
101:23,24
102:1,4,11,12
102:13,21,23
103:8,9,10,11
103:15,21,22
104:12,15,18
104:22 105:4
105:19 134:4
150:20 179:3,8
186:7 187:12
187:16,23
188:4,14
189:16,19,23
190:10,22
191:3,5,6
192:1,4 196:14
221:24 222:16
228:12 229:9
**ingredient** 23:24
26:2,5 64:19
135:22 136:7
136:18,23
137:4 171:15
194:3 204:19
222:20 225:10
225:12 226:7
226:22
**ingredients**
16:11 20:21
21:2,20,21
22:1,3,7,21,21
22:23 23:3,5
25:2,8,12,15
26:14 27:1

28:2,6,9,10,14
28:15,18,22
31:3 33:16
35:2 133:5
136:19 137:3
171:24 172:4
172:17 173:2
196:11,21
225:13,13
**inhalation** 39:1
157:22
**initial** 79:12
112:23 113:2
113:10 148:14
159:6 186:1
188:13 189:1
189:13
**initially** 40:24
41:1 80:13
**initials** 140:6,9
**input** 111:12,19
**Insecticide** 14:5
86:2 87:16
**instance** 178:8
**instructions**
135:24 235:1
**insufficient** 91:7
121:19 122:8
**intend** 60:6,8,11
60:14,16 61:2
61:5,8,15
63:12,19,22
64:3 65:20
66:7,10,22
68:18,21 69:13
70:7,22 71:1
72:23 73:8,20
84:6,11,22
85:1,8 137:14
172:17 205:24
207:11,14
208:18 216:8
**intended** 173:12
**interactions**
35:8
**interdisciplin...**
34:24 220:17

220:18,22
**interfere** 69:21
**internal** 62:20
**International**
18:6,8 35:18
37:18 208:23
209:3
**interpose** 36:8
68:23 160:7
**interpretation**
80:1 190:21
**interpreting**
14:2
**interrupt** 7:15
51:6 96:21
177:10
**invalid** 125:22
126:3 209:23
**invoice** 139:13
139:15,22
140:23 141:1
141:10,13
142:14
**invoices** 4:22
12:12 51:15
138:15,24
139:3,6,10
**involved** 46:9
114:3 119:19
119:24
**involving** 37:20
125:2 204:2
213:9
**irritation** 39:2
**issue** 5:4 64:14
65:10 80:3
158:18 159:2
184:21,22
185:18 188:5
188:10 189:8
192:15 193:12
193:22 194:18
195:3 196:9
200:8 202:17
203:4
**issued** 179:4
189:8 190:1

**issues** 70:13
158:18 215:8
**items** 181:5
218:18

----
**J**
----
**J** 3:3
**JMPR** 186:5
190:18 191:19
192:8
**Joseph** 3:4 6:19
**judged** 65:2
194:11
**July** 4:18 52:15
139:16,23
**juncture** 34:7,8
**jurisdiction**
15:18 16:6
33:11 35:3
**jury** 60:7,8,14
60:16 61:2,5,9
61:10,16 63:12
63:19,22 64:4
65:15,21 66:23
69:13 70:7,23
71:1 205:24
207:11,14
208:19 216:8
217:20 224:17
225:7 226:18
**justification**
149:16

----
**K**
----
**Katz** 140:9
**keep** 35:20
137:24 154:5
171:19 191:23
216:22
**keeping** 97:23
178:12
**kept** 81:12
**kidney** 161:3,6
**kidneys** 80:1
**kind** 20:5,6
42:12 47:21
55:7 109:14

214:24
**knew** 46:22
59:15
**know** 8:11 9:1
12:6 19:16
22:20 24:13
26:17 27:17
28:23 34:14
38:5 39:12
40:11 43:19
44:7 45:1,17
45:17,22 46:1
46:3,5 47:4
48:17 51:13
55:7 59:13
61:24 67:4
75:18 83:14
84:24 99:21
102:7,10
103:21 104:12
105:12,13,19
127:20 130:5
134:2,22,24
137:23 150:11
158:8,10
164:16 175:11
179:7 181:15
184:16 190:1
191:2,12
193:13 216:19
230:8
**knowing** 94:17
158:12
**knowledge** 43:1
77:13,14
131:16,18,24
139:1 146:3
221:12
**knowledgeable**
67:8,9
**known** 23:22
87:7
**knows** 99:21
102:10,21

----
**L**
----
**L** 1:12

**lab** 133:10
**label** 37:21
38:10,14 40:1
40:3,5,8,12,13
40:16,17,17,19
40:24 41:1,3,6
41:7,8,12,17
41:18,20 111:6
111:9 112:2,2
112:3 113:4,9
113:14,16,18
113:21,24
114:4,19,20,22
114:24 115:3,6
115:20,22
116:6,8,11,17
116:20,20
117:2,18,19,21
117:24 118:6,8
121:18 122:6,8
122:19,21
123:18 145:3
145:24
**labeling** 41:13
112:24 113:1,2
113:22 122:2,3
123:17 173:12
**labels** 38:17
39:20 116:18
122:14
**laboratory**
125:15,17
126:16 128:17
129:14
**lack** 44:15 84:8
119:2 131:7
149:22 161:23
165:17 166:4
212:10 214:2
214:23
**lacked** 192:8
**laid** 105:15
**Lakewood** 3:7
**language** 38:10
**large** 65:10
194:19 195:4
219:23 220:13

**law** 9:8 45:16
53:21 54:19,24
57:11 58:17
71:14 169:19
182:24
**laws** 14:3 15:2
16:23
**lawyers** 53:20
**layman** 207:4
**layman's** 16:1
19:7 88:4,5
169:20
**lays** 72:7
**leader** 16:9
21:17 232:12
**leaving** 35:22
36:3 39:18
44:1,20
**led** 178:2 211:22
**left** 35:14,17
44:21 172:8,10
**leftover** 226:20
**legal** 115:9
116:15 118:3
**length** 152:2
**lengthy** 55:6
**Leslie** 1:24 2:12
7:4 234:18
**let's** 15:10 18:18
20:1 21:24
35:13 37:15
42:21 45:6
47:7 51:4,6
55:13,14 57:21
67:16 71:10
79:8 81:21
100:24 101:16
114:6 120:18
126:8 130:12
138:2 144:14
150:24 152:23
157:4 158:3
159:3 163:5
177:14 214:12
215:19 222:17
**letter** 4:18 52:15
**letting** 19:16

Confidential - Connie B. Welch, DMin

48:17
**level** 66:13,21
169:22 174:15
227:3
**levels** 92:15
148:13,20
**Liability** 1:5
6:10 8:2
**liaison** 15:18
**life** 122:13 154:8
**limit** 95:12,21
**limitations**
198:15 199:2,5
199:11 201:15
**limited** 33:18
79:19 207:24
210:12
**line** 64:22 194:5
221:18,19
236:4
**lines** 228:15
**list** 13:24 52:12
52:19 54:23
56:8 84:19
92:12,20
107:19 143:14
143:16 149:3
180:22 212:20
212:21 213:2
213:15 215:6
218:2,20
**listed** 100:10
104:11 107:21
142:10 174:8
179:22 211:6
214:20
**listing** 229:9
**lists** 181:5
**literature** 63:23
64:5 65:16
100:14 102:7
104:21 124:23
132:12 134:4
177:4 180:21
186:21 198:20
199:15 200:11
200:16 201:1

201:21 202:2,7
202:12 210:5
210:16,20
**litigation** 1:5 6:5
6:10 8:2 45:1
45:17 59:6
68:18 69:2
139:19 142:20
209:7
**little** 8:19 14:23
20:2 24:10
49:1 70:4
208:4 209:9
212:5,17
**live** 142:6
**LLC** 18:6
**LLP** 2:5 3:5,13
3:19 4:23 6:9
6:22,24 71:14
**located** 203:3
**logistic** 48:7
**logistics** 49:5
**long** 203:7
216:21
**long-** 203:15
**long-term** 81:7
125:1 161:4
164:8,13,22
165:10 204:1
204:20 205:2
**look** 10:12 12:5
13:23 26:4
41:7,12 48:24
50:4 56:17
64:13 67:23
68:11 69:8,21
75:20 84:18
87:8 105:17
107:14 114:6
120:5 129:5
139:21 150:1
177:23 193:19
197:21 207:9
213:6 215:4
225:20
**looked** 72:22
89:1 179:22

196:15 197:2
**looking** 12:9,10
64:5 102:3
131:2 136:10
137:1 142:9
159:6 175:13
179:1 189:24
224:20,24
**looks** 12:7 17:8
89:3 90:17
98:17 139:15
153:12 177:3
178:10,13
179:10 213:15
223:18
**lot** 8:9,10 46:23
47:1,5 133:17
217:14
**lots** 104:1
147:11
**lowest** 192:19
**lunch** 137:24
138:6,12
**lymphoma** 64:7
65:17 89:10

_____

**M**

**M** 139:24
**Madison** 3:20
**majority** 132:18
133:15
**making** 25:14
27:2 40:5,19
41:10 73:18,22
108:11 134:6
136:10 170:5
182:18 195:17
**male** 79:24
**males** 161:7
**man** 91:9 115:5
**managed** 33:12
**management**
16:11,12
182:10
**manager** 15:13
15:15 16:4,9
16:13 27:20

29:7,10,15,16
30:20,24 31:9
31:11,23 32:3
32:8,18 33:2
33:13 67:13
77:15 109:2
110:12 172:13
207:19 218:7
221:20 230:19
232:12
**managers** 33:12
34:2
**managing** 34:7
**mandate** 176:9
**manual** 40:18
41:18
**manufacturer**
21:11 43:11
132:3,17
174:22 175:7
175:21 176:16
176:21
**manufacturer's**
175:8,19 176:2
176:17
**manufacturers**
131:5 132:9
133:16,18
179:5
**manufacturing**
19:18 20:18
**March** 35:13
79:1 80:7
81:17 159:19
**mark** 7:17 10:16
11:22 56:18,20
67:16,22
197:14
**marked** 9:24
10:19 11:23
52:6,10 57:1
68:3 138:17
197:15
**market** 120:17
179:15 224:22
**marking** 9:21
11:3 138:14

**Martin** 3:24 6:4
**materials** 20:17
20:18 21:7,12
52:12,20,24
54:8 55:8
84:19 143:13
143:13,15
144:23 145:19
212:20 213:2
213:14 215:5
218:1,1,19
**matter** 6:9
119:22
**MCO** 174:8
**MDL** 1:5
**mean** 7:15 15:14
15:24 19:7
25:19 38:21
45:9 53:4,20
65:15 71:6,20
80:11 85:23
86:19 87:20
88:3 97:20
98:1 104:8
108:13 112:22
114:16 118:5
124:9 125:11
125:20 140:5
156:4 162:7,12
162:15 169:2
169:16 170:3
171:9 174:9
183:1 191:1
199:2,10 207:1
207:7 210:10
214:10,16
220:19 225:8
228:13 229:13
229:22 230:6
230:14 231:4
232:2
**meaning** 162:9
169:6,13,18
218:23 220:22
**meaningful**
28:14
**means** 15:18

Confidential - Connie B. Welch, DMin

72:2 76:24
87:13 88:5
98:19 99:2
114:18 115:13
115:19 162:20
173:20 191:2
209:3 229:14
230:9 231:15
234:22
**meant** 54:17
97:23 168:7
173:20
**measures** 39:7
**mechanism**
175:20 178:21
218:15
**mechanisms**
73:17 152:10
163:11 176:15
177:5,5
**mechanistic**
206:11,16,24
207:2
**Medaphene**
120:9
**media** 52:1,4
97:2,6 138:4,8
**medicine** 43:17
**meet** 49:23 50:7
50:10,13,16
163:19,20
171:2,3 176:9
**meeting** 142:3
178:14
**meetings** 49:4
**meets** 40:5,13
40:19 41:8
170:22,23
175:15 221:14
**melting** 19:21
20:12
**members** 27:17
221:22
**members'** 29:19
**memorandum**
52:15 80:6
**memory** 24:14

**mention** 16:8
148:17
**mentioned** 21:6
42:20 63:16
82:23 184:9,16
195:16,23
197:13
**mentions** 191:24
**met** 46:22 49:18
50:5 79:15
130:22 167:23
**metabolites**
92:16
**methodologies**
89:2,16 98:13
146:13
**methodology**
76:9 87:23
108:18,22
109:13,24
110:21 211:1,4
211:22
**methods** 136:3
**Meyers** 3:18 7:1
7:1
**middle** 102:9
185:23 187:7
187:24
**mind** 97:24
154:5 171:19
**mine** 67:18
**minor** 27:4
**minute** 9:20
22:1 32:12
37:16 55:13
57:21 131:10
137:18 163:6
188:2 215:20
**minutes** 51:17
177:11
**misbranded**
114:17,18,23
114:24 115:6
115:14,19
116:1,12 117:3
117:24
**misbranding**

114:14 118:14
118:17,24
119:7,13
120:11
**mischaracteri...**
229:1 231:8
**mischaracteri...**
80:16,19 103:3
105:7 132:6
134:20 152:21
175:1,10 176:2
230:1
**mischaracteri...**
176:19
**misread** 165:19
**missing** 74:8
**mission** 86:5
87:24 89:17
90:4 97:24
178:13
**misstated**
204:22
**misstates** 22:10
101:4
**mistake** 148:19
**mistaken** 50:6
120:14
**mm-hmm** 9:10
13:11 20:3
50:6 97:14
141:20 142:4
143:7 144:21
150:10 159:5
163:10 166:8
213:8
**moderate'** 65:3
194:11
**modes** 135:13
**moment** 8:17
10:11 71:6,7,8
103:2 138:20
228:10
**moments** 228:23
**Monday** 50:20
50:23 51:1,1,5
51:8,10
**monitor** 198:20

**monographs**
209:8
**Monsanto** 1:7,8
1:9 3:10 4:12
6:22,24 7:2
31:17,20 32:2
32:8,17,23
35:8,24 36:1
45:2,6,18,23
46:5,9 53:3,3
53:10,14,19
54:2,13,16,17
81:6 144:7,11
161:21 162:12
164:12,16,21
165:9 212:8
213:19 214:1
216:15,20
**Monsanto's**
10:17
**Montana** 36:3
**months** 47:14
**morning** 7:11,23
159:21 160:9
**mouse** 79:20,21
160:5,16 161:4
164:3,8,10,17
164:21 166:19
**move** 47:7 91:19
106:14 128:14
130:12 155:17
177:8 205:7
**multiple** 62:18
232:8
**mutagenicity**
79:20 107:20

_____
**N**
**N** 1:12,12 3:1
4:1,1 5:1,1 6:1
**N.W** 2:6 3:14
**name** 6:4 7:24
46:4 141:5
216:19 234:14
**navigate** 15:2
**nearly** 64:18
194:2

**necessarily**
32:15 124:9
127:24 162:12
**necessary** 31:7
88:7 115:5
150:22 171:21
176:8 235:3
**need** 8:23 41:14
42:24 57:24
84:18 113:11
119:14 122:5
145:9,16
154:11 157:22
178:7
**needed** 30:3,11
30:22 176:24
178:23 179:3,8
179:20,23
180:2,7
**needs** 122:19
129:11 148:19
153:5 176:8
178:15,21
179:18
**negatives** 104:1
**neurotoxicity**
180:14
**never** 186:9
187:13 188:15
189:17,20
190:24 192:2,6
**new** 79:24 98:8
98:15 100:23
101:10 105:20
178:3,8 215:8
**NHL** 198:18
199:8 201:9,17
**non-antimicro...**
33:21
**non-carcinoge...**
62:16 81:11
166:3
**non-food** 24:1,6
24:22 25:9
**non-GLP**
128:22 129:2
153:9

Confidential - Connie B. Welch, DMin

Page 255

**non-Hodgkin's**
64:7 65:17
89:9
**noncarcinoge...**
82:3 196:13
**nonresponsive**
70:1 75:7
86:15 89:7
90:12 91:19
93:12 109:9
116:23 118:10
126:18 128:8
134:8 155:1,18
177:8 195:19
203:22 207:22
230:24 231:23
232:21
**normal** 123:21
**Northern** 1:2
6:12
**Notary** 2:13
237:19
**note** 166:22
225:19
**noted** 79:23
163:24 235:9
237:7
**notes** 234:11
**notice** 2:12 4:9
9:22 10:18
11:1 12:13
**November**
62:14 139:14
141:14 143:8
**number** 37:4,13
37:13 52:1,5
62:7 64:9,14
81:5 97:3,7
98:4,5 138:5,9
163:17 167:14
177:17,21
193:21 215:4
**numerous** 62:8
62:19 122:12

———————
**O**

**O** 1:12 4:1 5:1

6:1
**oath** 2:15 9:8,13
**object** 8:16
14:14 25:16
45:3 53:24
69:24 75:6
86:15 89:6
90:12 91:18
93:11 94:15
95:3 109:8
116:22 118:9
119:2 126:17
128:7,11 133:1
134:7 154:24
155:17 166:12
177:7 188:7
195:18 203:21
207:21 228:24
229:23 230:23
231:22 232:20
**objection** 8:18
14:17 22:9
27:5 30:13
32:4,19 36:9
37:10 42:15
43:4 44:4,15
46:14 47:3
55:10 58:24
59:7,24 60:5
65:18 66:15,24
68:24 70:18
73:3 78:14,20
80:15 84:8
88:14,23 89:12
94:6 95:24
101:1,3,14
103:1,3,24
104:16 105:7
106:7,23
109:16 111:14
111:21 112:10
115:8 116:4,13
116:14 117:4,8
118:1,18,18
119:10 124:12
127:11 128:2
129:17 131:7

131:14 132:5
133:23 134:18
145:10 147:20
148:4 149:22
151:9,18
152:20 154:1
154:19 155:7
155:24 156:10
156:20 157:17
159:20 160:8
161:22 162:14
162:21 174:24
175:9,23
176:18 180:3
187:18 188:6
188:17 190:13
191:9 199:18
200:17 201:2
201:12 204:5
204:16 206:12
206:19 208:10
209:15 212:10
214:2 217:11
217:23 219:24
222:4 224:2,15
231:6,16 232:4
**objections** 10:17
10:24 11:4,8
118:2 234:7
**obligated**
104:14
**obligation** 4:12
100:23 101:12
102:22
**observation**
80:4
**observed** 198:13
**obtain** 19:9
**obtained** 149:6
**obtaining** 17:17
**obviously** 46:22
75:1,14 137:3
**occasion** 74:23
**occasions** 62:18
**occupational**
180:19 181:12
**occurs** 171:18

**October** 141:9
183:7,10
184:13 189:3,4
**OECD** 211:20
211:22
**offer** 60:6,8,11
61:8,10,15
63:12,19,22
64:3 66:7,11
66:22 68:18,21
69:13 70:7,23
71:1 72:23
73:9,20 74:9
83:17 85:8
137:14 208:18
216:8
**offered** 83:18
84:21
**office** 5:6 120:15
131:19 139:6
183:3 185:7,8
185:8 220:21
221:4
**offices** 2:2 23:6
131:18
**officiated** 2:14
**oh** 9:18 10:13
11:6,7 15:22
50:9,20 55:20
56:24 58:9
99:11 140:7
142:7 143:24
144:12 172:11
172:16 205:3
211:20 214:9
**okay** 8:15,22 9:6
9:15,18 10:3
10:10,13,23
11:2,7,9,11,20
12:5,8,24 13:9
13:23 15:6,10
15:24 16:2,12
16:15 17:5,7
18:5,18,23
19:24 20:9
21:5,24 22:5
23:9 24:5,8

25:1,10 26:20
27:12 28:1,8
29:9 31:24
34:22 35:13,19
36:13 38:4
39:6 40:21
41:4 42:7,11
43:21 44:24
46:22 47:7,12
47:15 49:14,16
49:16 51:23
52:18 54:7,15
54:22 55:22,23
56:3,13,22
57:11 58:2,4,6
58:11,12 59:1
65:14 67:16
68:16 70:8,18
70:24 71:3,10
74:8 75:13,20
76:1,15 78:5
78:24 81:21
83:16 88:9
90:11,16 91:22
92:1,4 93:2,6
93:11 94:1
96:5,8,11,18
96:24 97:15
98:4,14 99:17
100:18 101:19
101:24 102:19
104:7,21
106:14,16,20
107:22 113:2,5
113:8 115:3,13
115:24 117:17
117:20,23
118:24 120:18
120:20 121:11
123:22 124:8
128:14 130:3
130:12 132:1
133:13,19
134:14 135:4
136:13,20
137:7,22
138:22 139:9

Golkow Litigation Services - 877.370.DEPS

139:21 140:7
140:10,10,19
141:8 142:5,7
142:13,18,22
143:4,7,11
146:15,22
148:23 151:3
151:21 152:5
152:23 157:6
159:10,13,16
160:1,4 161:1
162:4,7,11
164:11 165:19
165:21 166:9
167:21 169:24
171:8 172:11
173:6 174:5,9
177:7,14
180:10 182:3
182:21 183:5
183:20 185:21
186:16 187:6
187:23 188:12
189:4,18 190:7
190:20 191:23
192:7,12
194:22 195:18
197:4,7,11
198:3,10 199:1
199:4,23 200:2
200:10,13
202:11 203:9
203:15,21
204:9 205:9
206:8,22 207:5
208:2,3 213:1
213:5,12,18
215:2,4,6,10
215:12,19,22
216:10,12
217:1,2,13,17
217:20 218:9
218:19 219:4
219:10,18,21
220:4,12,18
221:2,6,11
222:8,14,22

223:4,10,21
226:5,24 228:4
228:14 232:8
233:5,6
once 22:5
123:11 173:17
173:18 232:1
oncogen 79:17
80:14,24 81:2
81:19 160:2
oncogenic 79:15
79:22
ongoing 60:18
62:23 123:9
145:2,23 149:5
open 180:20
186:21 210:16
210:20
opening 218:12
opinion 58:20
59:3,22 60:6
60:11 61:8
63:13,20,23
64:3 66:7,11
66:14 67:11
71:15,21,22,23
72:3,23 73:9
73:11,14,20
74:9 76:2
77:11,17,20,23
82:4 83:17,18
85:8 144:23
145:19 146:16
146:19 151:23
152:5 155:3,6
172:17 196:6
196:22 197:8
197:10 206:10
208:18 213:18
215:16,16
217:7 222:8
228:7 229:10
232:10
opinions 52:21
56:9 57:8,13
66:22 67:1
68:17,21 69:1

69:5,12,17
70:5,9,10,12
70:21 71:4
72:21 75:21,23
83:12 84:10,21
85:2 124:24
137:11 173:2
181:9,13
205:14 215:14
216:6 217:4,8
217:9,15,18,21
217:24 219:4,6
228:11,16
230:16,17
231:2,11,13,19
232:3,5,15
OPP 62:8,17,21
63:10,11 65:10
80:6 131:17,22
184:20,21
185:7,16
187:10 188:10
190:9 192:15
193:3 194:19
195:4,12
197:11 199:15
200:13,22
201:8 202:8,19
OPP's 185:5,18
192:12 201:20
202:6
opportunities
148:18,21
154:8
opportunity
154:6
oral 4:10 38:24
ORD 221:2
order 7:17 23:23
145:7,14 164:3
organizations
82:23,24
original 234:12
235:11
outside 93:2,17
93:19 95:10,18
96:11,14,14

102:19,24
103:7 104:7,10
106:13 162:9
162:12 175:18
176:14 211:16
overall 27:11
54:3 142:22
183:17
overarching
155:3
oversight 15:16
33:10

_____
P
P 3:1,1 6:1
p.m 138:4,8
177:17,20
215:24 216:3
233:7,11
pack 38:24
41:22 42:1
package 43:20
page 4:2,8 5:3
11:13 13:23
15:11 17:7
38:20 62:6,7
64:13 71:10
74:1 75:20,23
79:10 80:21
81:5,21 85:12
85:15 86:22
90:17,18,18,22
90:22 91:22
92:7,20 97:10
98:1,4,5 110:3
110:10 119:24
120:1,18,23
125:5 129:6
142:11 144:18
144:19,20
159:3,4 160:24
161:1 168:16
173:6 177:24
178:1,1 180:16
180:17 192:14
193:10,19,21
194:7 198:4

200:15,24
202:23 208:21
213:12,14
215:5 236:4
pages 82:11,15
114:9 203:3
213:6 237:3
Panel 160:24
163:3,6,8,13
163:17,23
164:19 205:10
paper 5:4 64:14
65:10 132:10
184:21,22
185:18,22
188:5,10 189:8
192:15 193:5,6
193:12,16,22
194:18 195:3
203:4
papers 132:11
196:9 200:9
202:8,17
paragraph 62:6
69:21 70:4
71:11,13 76:1
76:7 78:5
79:12,13 81:22
81:22 85:12,16
86:4 90:16,17
91:22 96:5
97:11,15 99:4
99:7,11,12
100:7,10
101:19 102:8,9
102:20 104:11
106:16 110:3
114:6 120:1,19
120:24 121:1
123:22,23
125:6 126:23
127:24 129:23
130:12,13
134:10 135:4
136:21 137:10
137:10 144:18
144:20,22

148:24 151:24
159:13 160:6
160:17 161:1
163:9,24 164:7
164:12 165:7
165:11,12,22
166:21 171:22
172:18 173:7,9
180:17 183:6,8
185:17 193:20
195:1 198:10
200:14,23
205:9 208:22
**pardon** 181:4
**paren** 16:22
135:10
**parens** 166:4
**parentheses**
14:4,8 16:21
16:24 120:9
135:10 140:1
166:2
**part** 12:12 21:14
21:16 29:5
30:2 74:3
76:23 78:6
87:16,18
119:23 123:3,7
123:9 134:20
152:2 166:24
168:4 172:2
201:4 205:20
211:20 226:7
229:24
**participated**
211:21
**particular** 26:8
26:9 30:23
31:9 35:16
80:5 110:22
154:13
**particularly**
107:11 131:1
193:7
**party** 132:16,18
**pathologists**
161:5,11,18

**pathology**
161:14,20
**pay** 57:24
**peer** 62:20 73:17
81:9 109:5
110:18 155:13
163:15 165:15
165:24 166:17
182:12 185:24
189:13
**pending** 9:3
**penetration**
158:4,13
213:10 215:8
215:13
**people** 25:1,3,7
25:23 26:6
46:23 47:1,5
182:1
**perform** 182:9
**performance**
92:19
**performed**
58:17 139:12
142:20 147:1
186:1 189:13
203:9
**performing**
183:3
**period** 21:23
62:24 139:22
141:10,15
142:15
**person** 27:22
46:4 148:12
**personal** 109:12
**personally**
110:20
**personnel** 79:14
109:7
**pertain** 141:21
**pertained** 27:1
28:2,13 183:16
189:21 208:7
214:21
**pertaining**
28:15 58:20

61:21 137:13
173:2 200:15
205:11 210:22
212:8
**pertains** 64:4
73:1 78:12
82:14 121:2
137:7 149:20
150:13 158:3
163:22 168:9
172:16 200:24
210:17,19
231:2
**Peruses** 10:14
12:8 62:5
68:14 79:9
138:22 180:24
198:1 212:22
**pest** 133:17
**pesticide** 5:7
15:17 16:5
17:3,19 21:22
22:20,24 23:17
23:19 28:24
29:5,18 33:10
33:15 38:10,13
39:4,5,15 42:5
43:11 62:19
73:16 76:15
77:1 85:14,19
86:9 88:6,20
89:9 90:9 92:2
92:8,18 93:5
93:16 94:5,24
95:13,15,21,23
97:16 98:8
99:19 100:1,22
102:14 103:20
105:5 106:22
107:8,10,11
110:13,17,23
111:5 114:3,16
115:14 116:8
116:17,18
123:15,24
126:10 130:5
131:19 132:3

132:17,19
133:16,18
137:2,9,14
152:17 157:6
166:23 167:10
169:9 170:7
173:11 174:2
175:12 177:1
179:17 183:4
185:7,9 211:9
211:15 220:21
223:13,17
228:21 229:16
229:19,20
230:21
**pesticides** 14:4
38:6 62:13
70:16 92:15
106:17 120:22
130:17 167:7
210:15 219:2
**pharmaceutical**
13:18,20
**phrase** 14:23
86:18 126:22
208:4 229:12
231:3,14 232:2
**phrased** 25:11
26:21
**physical** 19:21
20:13 135:8
136:2 137:5
**picking** 229:24
**place** 23:2 73:16
89:21 116:20
147:10 177:5
234:5
**plaintiff** 4:9
70:13,14
**Plaintiff's** 4:13
**plaintiffs** 3:2
6:18,20 7:9 8:1
228:2
**plaintiffs'** 9:22
83:18 84:17
**planning** 79:3
**please** 14:18

22:14 58:5
69:21 94:12
101:1 103:1
112:15 124:16
132:22 138:21
153:22 188:21
204:13 216:24
230:4 235:2,6
**plus** 14:1 39:15
**PMRA** 211:11
**point** 12:21
16:18 19:21,22
20:11,12,12
21:10,18 29:17
30:2 31:16
33:24 127:20
174:5 179:12
214:16
**points** 20:7
87:24
**policies** 163:16
**policy** 163:20
**poorly** 26:22
**population** 87:4
**populations**
98:11
**Porter** 3:19 7:2
53:21
**Portier** 84:6
**portion** 186:10
**position** 18:24
24:20 26:9,12
71:23 72:7
231:19
**positions** 18:19
146:11 172:12
**possessed** 191:7
**possession**
174:14 191:4
219:16 221:16
**possibility**
100:21 101:10
**possible** 31:19
32:1,16 80:24
147:16,24
160:1
**possible'** 79:17

Confidential - Connie B. Welch, DMin

**potential** 5:6
64:16 65:12
79:16 82:1
91:8 130:17
135:12 164:1
184:22 185:19
189:9 192:20
193:14,24
194:21 195:6
202:9 210:14
**practically**
176:3
**practices** 125:15
125:17 126:16
128:17 129:14
**precautionary**
113:13 115:4
**precisely** 128:12
**predominant**
18:12
**predominantly**
15:16 17:15
24:19
**prefer** 125:16
**prepare** 47:13
47:16 48:1
50:8,11,14,17
**prepared**
138:16
**preparing** 50:23
**prescribe** 66:21
**prescribed** 38:5
38:12 41:16
153:12
**present** 3:23
107:5 207:17
226:22
**presently** 69:13
70:6 85:1,7
106:22
**president** 13:6
17:24 43:15
140:8 141:5
**presume** 49:18
**pretty** 17:16
55:5 215:20
**previously** 81:1

92:23 94:2
96:15 101:15
101:24 102:6
103:7,8 104:19
116:4,14 117:8
188:16 190:10
191:21 193:5
**PRIA** 17:1,3
**primarily** 15:3
**primary** 39:1,2
223:12
**principal** 17:8
**principle** 40:22
**printed** 67:18
68:10
**prior** 12:3 18:5
18:15 22:10
35:22 44:24
45:15 52:13
58:16,21 59:5
59:5,9,12,16
59:20 101:4
103:3 143:11
152:21 175:1
175:10 187:10
187:16 191:5
209:6
**private** 15:20
39:18 43:24
44:11 46:13
47:2
**probably** 8:3
11:11 12:17,22
186:14
**procedure** 155:5
163:20
**procedures**
74:11 76:3
77:21 82:5
167:1 228:20
**process** 19:18
20:18 59:4
60:10 61:2
67:9 70:16
72:11 76:18
77:9,11 98:17
122:10,22

123:1,3,7,8,10
123:21 135:19
146:12 152:11
178:10,20
179:10,16
205:20 208:14
**process-wise**
182:6
**processes** 73:15
73:22 74:11
77:5,15 122:12
135:12 147:10
148:17 154:23
167:1 171:12
**produce** 12:12
**product** 15:15
16:4,10,12,13
19:2,10,12,14
19:15,17,17
20:15,19,24
21:1,2,12,16
26:1,16 27:20
28:11,16,17,19
29:1,7,10,15
29:16,18 30:9
30:14,19,20,24
31:4,9,11,22
32:3,8,18 33:2
33:12 37:21
39:20 40:11
41:15 67:12,13
77:1,15,16
86:13 87:11
88:9 90:9 91:8
100:2,4 104:14
108:23 109:2
110:12,17
115:3 116:1,8
116:11 120:13
120:16 121:23
123:6,11,15
124:11 126:10
129:18 136:8
136:15,17
152:17 153:4
154:13 157:21
157:21 170:6

170:10,22,23
171:1,3,18
172:13 173:13
218:7 219:17
222:23 223:17
224:21,22
225:1,5,7,9,11
225:14 226:8
226:14,19
229:17,19,20
230:19,22
231:20 232:12
**product's** 30:4
**product-specific**
171:16
**products** 1:5
6:10 8:1 15:17
16:5,7 20:5
21:3 22:20
25:4 31:10,14
31:23 32:23
33:10,15,18,21
36:3 38:18
46:10 67:4
76:15,21 97:17
110:5 119:15
120:10 123:24
124:21 125:2,4
133:6 135:18
157:23 166:23
167:10 175:13
179:14,18
211:15 223:13
228:21 232:14
232:15
**Professional**
16:16
**program** 91:16
91:17
**programs** 5:7
131:19 183:4
185:7,8,9
220:22
**project** 15:12
16:8,11
**projects** 211:11
**proper** 147:2

150:15 151:8
151:17,19
153:16 154:16
155:5 156:8,18
**properly** 146:19
**properties** 135:9
136:2 137:5
**property** 150:24
**proposed** 40:3
40:12 111:6
112:1 113:18
114:4 164:2
**propounded**
237:6
**protect** 86:5
87:24 89:17
90:4 97:24
115:5 121:19
**protected** 87:4
**protection** 86:24
87:19 98:6,11
168:18,20,22
169:22 172:7
**protective** 7:17
97:17,20 98:2
98:19 99:2
169:4,10,12,16
169:16,18
**protocol** 90:1
**prove** 99:22
102:11
**provide** 21:11
22:6 53:10
55:2,6 57:12
70:11 71:15
98:10 131:6
132:3 172:17
**provided** 11:20
53:2 54:4,9,12
54:16,20,23
56:10 57:16,19
174:23 175:8
175:21 176:17
**provides** 187:2
190:4
**providing** 42:14
**public** 2:13 67:6

Confidential - Connie B. Welch, DMin

67:14 72:7
88:10 102:7
132:11 143:17
144:24 145:20
218:10,11,12
218:13,13,14
218:16,17,18
218:21 237:19
**publications**
92:24 94:3
96:16 102:1
103:9
**publish** 205:22
**published** 59:18
60:20 65:4
67:2 78:1 91:1
100:14 102:7
104:21 105:18
108:16 133:4
134:3 174:4,4
177:3 194:12
218:3
**publishes** 87:7
205:22
**purports** 149:2
**purpose** 18:12
173:10,24
182:3
**purposes** 126:8
126:13 127:3
182:11
**pursuant** 2:12
7:16 18:24
167:24 169:24
180:11
**purview** 31:5
**put** 35:19 43:20
56:23 58:14
114:20 115:21
116:6 144:13
167:13 218:16
**puts** 89:22

**Q**
**quality** 64:21
65:3 86:24
87:19 98:6

129:6 168:18
168:20,22
172:7 194:4,11
198:16 199:6
**question** 8:8,11
8:13,17 9:3,3
14:15,18,20
22:10,12,13
25:11,17,20
26:21 27:14
30:14,15,17
32:1,5,10,16
36:14 37:23
40:23 42:16,18
43:5,22 44:5
45:4 46:15,17
49:15 53:12
55:14 57:22
59:1,8 60:1,3
61:21 64:1
65:14 66:18
69:4,11,24
70:3,20 72:18
73:4,6 74:12
75:9 78:16
80:11 83:24
86:17 88:15
93:14 94:7,12
94:16 95:2,3
95:16 96:3
100:5 101:4,7
104:1,3,5,17
106:23,24
107:2 109:17
109:17,18
111:15,17
112:11,13,15
112:19 115:2
115:11,15
117:1,11,13,15
118:15,20,22
119:5 121:2,6
121:8 124:13
124:15 126:6
126:20 127:12
127:14 128:13
131:15 132:2,6

132:20,22
133:2,24
134:19 145:11
146:23 147:21
147:22 150:13
151:4,10,19
152:21 153:20
153:21 154:2
156:1,4 160:14
161:23 162:2
164:8 175:1,4
175:18 176:1
176:19 184:5
184:11 187:19
187:21 188:18
188:21 190:14
191:10 195:21
199:19 200:18
200:20 201:13
203:24 204:12
204:12 205:5
206:13,20
207:24 208:11
209:16,18
212:14,24
214:13 216:24
228:5,14 230:4
230:7,10 231:7
231:7 232:8
**questioning**
6:15 109:14
**questions** 49:5
49:13 97:11
216:10,13,22
217:14 227:22
232:23 237:5
**quick** 12:5 36:9
**quickly** 7:15
40:22
**quite** 218:4
**quotations**
100:7
**quote** 73:4 164:1
165:16 166:1,6
166:13,22
167:3 185:21
185:24 186:10

186:22 187:1
190:3,24

**R**
**R** 3:1 6:1 236:2
236:2
**raise** 100:15,19
100:20,22
101:11 102:21
103:15,19,22
104:23 105:4
105:22
**raised** 70:13
**raises** 102:16
**raising** 100:1
102:14
**rat** 81:7 164:3
164:13,17,21
164:22 166:18
**rate** 140:15,17
140:18,18,19
**reached** 221:8
**reaching** 76:10
82:5 83:12
130:16 133:14
**reaction** 226:20
**reacts** 207:4
**read** 22:13,16
34:4 37:23
38:2 48:3
51:11 55:14
57:21 58:5,8
69:16 71:18
76:7 77:24
80:22,24 82:6
83:21,24 84:2
84:14,18 94:11
94:14 95:1
97:18,22 98:15
100:7 112:14
112:17 121:7
121:10,14
124:1,6,16,18
125:9 130:18
132:21,24
135:14 145:5
153:21,24

158:19,20
161:8 164:5
166:7 167:4
178:5 184:3
186:10,14,15
187:4 188:20
188:23 193:5
195:1,7 198:23
201:4 202:22
204:12,15
205:5 229:2
232:17 233:1
235:2 237:3
**reading** 75:17
92:7 115:18
**reads** 62:7 135:6
165:22 194:8
198:11
**real** 225:1
**really** 26:15
40:21 117:15
136:10 185:22
218:13
**reapproving**
77:18
**reason** 12:19
35:16 67:18
83:4 90:1
136:24 139:2
235:4 236:6,8
236:10,12,14
236:16,18,20
236:22,24
**reasonable** 87:1
87:14,18 90:6
98:9 170:1,20
171:2 219:6
228:7,16
229:12,21
230:5,8,13
231:3,14 232:1
232:6
**reasonably**
99:21 102:10
103:21 104:12
170:10,20
**reasons** 113:20

158:1 163:17
**recall** 23:20
24:18 31:18,22
32:7,22 33:22
33:23 35:10
46:11 50:19,22
139:18 158:16
161:13 168:12
174:6 180:12
180:15 184:12
184:16 214:11
**receipt** 235:13
**received** 120:3,6
**receives** 91:10
175:14
**recess** 52:2 97:4
138:6 177:18
216:1
**reclassification**
166:22
**recognition**
120:6
**recognitions**
120:3
**recommendat...**
205:21
**record** 6:4,15
8:18 9:2,12
10:15 12:10,11
22:15 38:1
48:13 52:1,4
52:13 58:7
67:2 69:22
84:1 94:13
97:2,6 112:16
121:13 124:17
132:23 138:2,4
138:8 144:24
145:20 148:11
153:23 173:18
177:15,17,20
188:22 204:14
215:20,24
216:3 221:13
222:15 223:22
225:18 227:1,7
227:15 228:19

233:2,4,7
**recorded** 234:8
**reevaluate**
167:7,16
**reevaluation**
166:22
**reexamined**
161:5
**refer** 63:14 64:8
67:20 75:4
81:3 86:20
171:10
**reference** 130:4
143:13,15
166:16
**referenced**
61:23
**references**
213:13
**referred** 219:14
220:14
**referring** 27:6
61:22 63:9
82:9 136:22
166:10,18
184:19 188:24
203:6 206:17
221:6
**refers** 136:7
**reflect** 138:23
**regard** 99:23
102:12 105:3
129:1 232:18
**regarding** 61:24
64:10 77:22
94:18 104:13
105:5,22
147:18 148:3
153:7 198:17
199:7 209:13
211:14 223:18
228:21
**register** 20:5
28:24 31:13
40:11 119:14
119:14
**registered** 22:20

38:18 62:10,14
76:16,21 77:2
77:6 79:13
86:13 87:11
89:4 108:23
110:23 120:22
121:23 123:7
123:12 135:17
159:11 167:8
167:10 174:17
229:20
**registering**
107:10 111:4
232:14
**registrant** 15:19
30:9,20 99:21
101:12 102:10
102:21 104:11
111:2,4,13,20
111:23 112:8,9
112:21,23
116:19 123:16
133:8,19
134:14
**registrant's**
113:18
**registrants** 19:3
86:8 87:6
178:2,7 180:11
186:8 187:12
188:4 189:16
189:19 190:23
191:7 192:1,5
192:9
**registration**
17:3,20 18:20
19:1,10 21:15
21:18 24:21
25:13 26:24
28:3,4 29:5,6,9
29:11,12,18
31:1 32:3 34:9
34:13 38:7
39:5,16,23,24
40:2 42:5 59:4
60:10,18 61:1
62:23 67:3,5,5

76:5,18,19,23
76:24 77:8,10
85:14 86:9
90:24 91:16
92:9 95:7,8
100:2,3 104:14
105:5 110:14
111:23 114:3
121:24 122:11
122:13,24
123:3,8,10,14
123:18,21
126:9,11,11
127:2,3,7,21
128:6 129:18
130:6 132:19
133:5,6,9
134:21 137:9
137:14 145:1,2
145:22,23
146:7 147:12
148:16 149:5,9
152:11 153:10
154:6,8,9,22
155:13 157:3,7
157:9 159:7
168:10 170:13
171:19 173:7
173:10,24
175:2,12,16
176:6,7 177:1
177:2 178:4,9
179:10,13,13
191:14,16
203:19 206:5
218:3 219:1,2
226:8,10
227:11 229:8
229:16 230:22
231:21
**registration/**
16:22
**registrations**
13:12,13 17:17
18:11 19:5,5
73:16
**regular** 122:24

167:1
**regulation** 92:5
92:11
**regulations** 14:3
16:24 17:18
28:23 29:2,4
38:12,23 40:6
41:20 43:3
60:11 67:10
72:12 73:17
75:16 76:17
77:18,21 87:7
88:8 95:12,20
105:8,10,16,19
146:6,7 155:11
218:24 228:21
229:8 230:20
232:16
**regulators** 34:2
**regulatory** 15:2
33:2,6,8,10,17
33:22 34:1
35:4,6 37:18
44:22 47:17
67:2 70:15
71:16 72:14,16
72:20,24 73:21
74:1,5,10,15
74:19 75:10,14
76:3,11 77:4
81:23 82:8,10
82:13,19,20
83:6,10 85:13
126:13 137:8
137:13 144:24
145:8,15,20,21
146:5,10
147:13,17
148:1,7 152:1
152:9,12 153:6
153:17 154:17
155:11,15,23
156:9,19
158:14 160:4
160:15 163:11
176:11 210:22
211:2,17,24

218:4 219:7
222:15 223:22
225:18 227:1,7
228:8,16,19
229:22 230:6,9
230:14 231:4
231:15 232:2,6
**reject** 113:21
**rejected** 113:18
**relate** 70:14
**related** 16:15
59:18 93:10
**RELATES** 1:6
**relationships**
135:9 137:6
**release** 189:8
**released** 188:10
**relevant** 63:4
64:24 65:11
92:7 93:3,15
94:4,23 95:7
95:14,22 131:6
132:4,14 149:7
186:6 192:17
194:9,20 195:5
**relied** 81:3
221:7
**relies** 132:8,11
**rely** 21:10 23:6
131:5 132:2,12
132:13 218:9
226:5
**relying** 22:5
**remain** 179:14
**remember**
24:12,16 32:13
115:14 205:18
219:11 224:4
228:9,22
**remembers**
229:5
**Remind** 172:8
**repeat** 24:24
36:13 37:23
44:9 94:9
101:6 112:12
121:5 127:13

127:13 147:22
160:14 162:1
175:3 187:20
204:11 212:12
217:1
**repeated** 164:3
**repeatedly** 78:7
81:2,12 118:3
156:11,24
231:7
**rephrase** 42:18
212:17
**report** 4:20
47:21,23 48:3
48:5,20 49:1,3
49:24 50:1
61:13 62:3
63:10,11,14,16
64:8 67:17
68:10 69:3,6,9
69:14,19 70:8
70:11 71:2,5
71:11 72:17
73:24 75:21
79:1,2,8 80:8
80:22 81:3,20
82:11 83:17
84:12,15,23
85:2,10 86:21
88:15 89:13,20
91:1,5 92:1,6
95:13,21 99:4
99:20 100:23
101:12 102:23
104:15 110:3
119:22,23
129:23 137:8
137:12 143:3,5
143:8,20,23
144:14 148:17
159:23 160:6
160:17 166:13
172:19 173:4
176:6 181:2
183:7 184:2,6
184:9,13,15,17
184:18,19,20

185:5,6 187:3
187:10,17
188:13 189:1,3
189:5 190:9,15
192:13 197:12
199:15,21
201:11,18
202:19 208:22
211:3 216:7
217:5,8,9
218:5,19,24
221:6 229:10
**reportable**
100:17 102:17
103:16,23
104:24 106:1,3
106:4,6
**reported** 1:24
105:11
**reporter** 2:13
7:3 8:5 234:1,2
234:24
**reporter's**
234:13
**reporting** 96:6
96:13,19 99:8
100:8,11
101:18,21
102:4 103:16
103:18,20
**reports** 84:17
105:3 180:22
181:6,9,17
**represent** 7:24
67:20 216:20
**represented**
221:4
**represents**
144:6
**reproduction**
234:22
**request** 9:2
20:23 123:20
191:5
**requested** 22:15
38:1 58:7 84:1
94:13 112:16

121:13 124:17
132:23 153:23
186:7 187:12
188:3,22
189:15 190:22
191:3,24 192:4
204:14
**requests** 4:14
11:14,18
**require** 91:6
107:12 175:13
203:18
**required** 17:19
28:17,24 31:6
38:13 39:15
40:15,16 42:4
62:13 76:15
79:19 87:8
90:23 99:20
112:1 125:4
149:6 150:4,6
150:7 152:14
152:15 157:6
176:20 191:13
204:19
**requirement**
20:22 89:24
99:9 122:16
149:15 151:7
153:3,13,15
154:4,16 156:5
156:8,14
157:12,16
158:9,13
169:19 203:19
204:7,10,21
**requirements**
16:23 17:19
19:9,16,20,20
19:21 20:16
21:4 22:19,22
23:2,22 26:1
28:20 29:4
31:3 38:5,6,8,8
38:9,23 39:13
39:14,24 40:14
40:20 41:8,14

42:6 76:13,14
86:11 88:8
90:23 93:23
96:6,13 101:18
101:22 102:4
107:10 125:19
133:4,7 134:21
146:5,7 149:3
149:13,19,21
150:12,14
151:16 152:13
152:19,24
153:12 155:22
156:17 157:1,5
157:11 158:22
170:24 175:2
175:12,15
176:23,24
180:23 191:13
223:17 229:8
230:21,21
231:20
**requires** 23:23
38:10 95:6
191:11
**reregister**
167:16
**reregistered**
62:12,15 76:22
77:7 167:11
179:15
**reregistering**
232:14
**reregistration**
33:14 35:1
60:18 76:18,19
76:20 91:16
122:1,11
123:13 126:12
145:2,23
148:15 154:7
155:12 158:21
167:13,18
170:14 171:13
171:18 177:2
178:10 179:9
179:12 191:17

Confidential - Connie B. Welch, DMin

206:5 218:4
229:16 230:22
231:21
**rereviewed**
161:11
**research** 58:18
71:4 208:23
209:3 221:4
**resident** 145:24
**residential**
180:19 181:11
**residue** 35:4
62:19 145:3
185:11
**residues** 98:8
**resolve** 80:3
**resources**
160:22
**respect** 28:9,10
76:4 79:21
110:21 124:23
133:13 183:21
219:18 223:23
230:15
**respective** 107:6
**response** 11:17
12:12 70:12
79:23 205:22
**responses** 4:13
10:17,24
**responsibilities**
18:24 29:14
**responsibility**
19:11 29:19
**responsible**
15:16 16:5
19:22 28:11
33:9,14 34:8
34:23,24
**responsive**
128:12
**rest** 186:14,18
187:4
**restate** 22:12
30:17 43:7,7
46:16 60:2
64:1 66:17

73:5 74:12
78:15 104:5
107:1 111:16
124:14 153:19
153:20 200:20
209:17 230:4
**restrictions**
113:24
**restroom** 8:24
**result** 38:14
85:19 122:8
173:13 186:7
187:11 190:22
**resulted** 209:23
**results** 38:11
64:21 183:7
194:4 198:15
199:6 201:15
205:16,19
**results,'** 80:2
**resume** 34:12
37:16
**retained** 44:24
45:16 58:16,22
59:6,9,13,16
59:20 71:14,22
209:6
**retention** 35:22
**return** 235:11
**reveal** 36:10,18
**review** 12:2
19:12 23:3,13
23:15 24:3
25:4 26:6
29:21,23 30:3
30:11,22 33:13
40:13,18 41:18
42:11 43:1,17
47:18 60:9,12
60:12,17,19,23
61:11,18 62:23
63:5 65:21
67:2,5,8 70:3
70:16 71:16,24
72:6,14,19
73:2,18 76:4
76:19,23,24

77:5,8 78:2
79:15,21 80:7
80:12 81:7,9
82:2 86:7,8
87:10,21 88:24
91:16 107:14
109:5 110:18
120:21 121:17
121:21,24
122:11,12,17
123:14 126:11
129:12 138:20
143:4 144:23
145:2,9,16,19
145:23 146:9
147:2 148:9,13
148:14,16
149:5 150:17
154:6 155:13
155:13,16
159:1,7 160:20
163:15 165:13
165:15,22,24
166:17 167:2
170:15 171:19
173:7,10,24
174:15,20
176:7 177:2
178:11 179:13
180:5,6,20
181:8,12,21
182:4,6,8,9,10
182:12,14
183:24 184:2
185:15 186:1
186:21 189:13
190:5 191:18
193:6 196:10
196:11,23,23
196:24 197:1
202:1,11,15
205:13 206:3,4
207:15,17
214:20 215:15
218:21 220:10
221:13,18,18
221:19,24

222:9,14,19,23
223:21,22
225:18,23
226:5,24
227:11,14,15
228:12,19
229:8,14
**reviewed** 19:2
21:1,21 22:2
25:2,8 26:16
27:18,22 47:17
47:18 48:3
53:1 55:21
56:8 57:8
62:18 63:15
64:10 65:22
66:12 72:4,5,6
73:12 77:1
88:6 100:13
104:21 105:21
107:15 124:24
145:9,17
147:19 148:12
149:6 160:19
168:15 170:8
170:14 177:6
181:15,19
189:10 193:12
195:8 197:11
197:18 202:10
208:8,13 210:2
210:7,9,20
213:7,9,15,24
214:8,18
215:14 221:19
222:16 223:6,8
225:22 226:3
**reviewer** 107:13
148:10 221:17
**reviewing** 16:10
19:23 23:4,10
23:14 27:21
28:11,16 43:10
44:1,12 67:14
83:4 86:10
123:15 143:1
143:12,15

146:24 147:11
170:4 210:4
232:11
**reviews** 16:10
62:9,20 73:18
82:22 87:9
110:4 112:2
123:18,23
146:13 206:2
221:15 223:12
**revised** 5:4
64:14 65:10
184:22 193:12
193:21 194:18
195:3
**Riegerix** 3:4
6:19,19
**right** 8:6 9:10,16
9:18 13:5
24:13 31:2
32:14 33:1
36:21 37:2
38:7 39:6 41:9
42:9 45:11
46:20,21 52:9
53:16 54:11
55:6,17 56:2
58:14 69:7,11
69:23 70:5,21
70:24 71:1
72:18 73:1,4
74:3 77:24
80:9 81:15
85:3,5 88:2
98:3 100:13
104:23 105:18
107:20 112:22
112:24 113:6
115:17 131:22
136:12,16
137:19,20,21
142:3 149:17
150:9,18 152:4
153:1 158:3
159:3 160:2
162:5 163:5,22
165:7 167:17

Confidential - Connie B. Welch, DMin

171:22 175:18
183:11,21
185:1,17 187:7
187:15 189:7,9
192:3 203:13
210:21 212:5
214:14,14,14
218:2 227:23
230:11
**right-hand**
150:4
**rights** 221:22
**rigorous** 76:3
77:3 90:8,8
**risk** 62:20,22
64:6 74:21
75:5 81:24
83:2 85:19,24
86:18,23 87:13
87:22 88:3,12
88:21 89:2,10
89:22 90:8
98:16,22,24
100:16 105:23
110:8 125:8
132:12 158:24
169:3,4,6,23
170:5,8 179:24
181:17 186:24
192:18 198:18
199:8 201:9
211:7,14
218:16
**risks** 92:8 93:4
93:16 94:5,23
95:14,23
**robust** 167:2
**rodent** 44:2,12
107:19 151:15
**Rodenticide**
14:6 86:3
87:17
**Roger** 4:18
52:16
**role** 26:8,12,15
27:2,10,16,17
27:19,23 28:1

28:8,13,15,21
30:2,19,21
31:11 33:5,6
33:17 43:12
44:22 109:2
110:12 211:18
**roles** 36:3 44:19
45:10 108:21
**Roundup** 1:5
6:9 8:1 59:15
61:9 125:2
**routes** 98:17
169:7
**RPR** 234:18
**Rubin** 3:11 4:4
6:21,21 7:14
7:21 10:2,11
11:3,6,9 12:9
14:14 22:9
25:16 27:4,12
30:13 32:4,19
36:8 37:10,22
38:3 42:15
43:4 44:4,15
45:3,8,12
46:14 47:3
48:8,11,24
51:4,10,16,19
51:23 53:13,17
53:24 55:10,13
56:14,18,22
57:21,24 58:3
58:5,24 59:7
59:24 62:4
65:18 66:15,24
67:22 68:1,5
68:23 69:8,20
71:6 73:3
78:14,20 80:15
80:19 83:20,23
84:8 85:3
88:14,23 89:12
90:13 91:20
94:6,15 95:1
95:24 96:20,24
99:12 101:1,3
101:14 103:1

103:24 104:16
105:7 106:7,23
109:16,21
111:14,21
112:10 114:8
115:8 116:3,13
117:4,7,10,14
118:1,18 119:2
119:10 121:4,7
121:10 124:12
127:11 128:2
128:11 129:16
129:24 130:3
131:7,14 132:5
133:1,23
134:18 137:17
137:20 138:1
139:20,24
145:10 147:20
148:4 149:22
151:9,18
152:20 154:1
154:19 155:7
155:24 156:10
156:20,23
157:17 159:20
160:7 161:22
162:14,21
166:12 172:20
174:24 175:9
175:23 176:18
177:9,14 180:3
181:1 186:13
187:18 188:6
188:17 190:13
191:9 192:10
197:21,24
198:5,7 199:18
200:17 201:2
201:12 202:3
204:5,16,22
205:1,4 206:12
206:19 208:10
209:15 212:10
214:2,12,23
215:22 216:12
216:16,19

217:12 218:8
220:3 222:7
224:3,16
227:22 228:24
229:23 230:11
231:5,16 232:4
232:24 233:5
**rule** 96:19 102:3
103:16,18,20
105:12 106:1,6
106:9
**rules** 8:4 216:23

──────────
**S**
──────────
**S** 3:1 4:1,6 5:1
6:1
**safety** 25:14
26:13 27:2
87:2 169:3,21
**sale** 120:8
**samples** 20:23
20:24
**SAP** 81:4 163:24
164:20 205:16
205:23
**SAP's** 205:13,21
**Sarasota** 142:6
**SARS** 135:10
**satisfied** 86:11
**satisfy** 133:7
157:10
**saw** 143:2
**saying** 43:7 69:8
81:2 87:12
106:13 129:7
189:24 232:9
**says** 70:8,11
71:13 86:4
102:8 135:24
139:23 140:12
143:4 145:18
187:11 188:9
190:3 192:14
193:11 210:11
**scenario** 169:23
**scenarios** 98:23
**schedule** 167:12

167:12,15
**scheduling**
48:17
**science** 20:1
42:2 223:12,23
**scientific** 29:22
43:1,10 78:2
110:22 125:14
149:16 160:24
163:3,6,8,12
163:16,23
164:19 205:10
208:6 219:6
228:17 229:13
232:6
**scientifically**
125:14 126:2,5
126:7 167:3
209:23
**scientist** 148:12
182:8,9 221:20
**scientists** 24:2,3
29:20 30:6,11
34:2,6,24 87:9
87:9 110:14
111:1 160:19
161:16 162:16
163:2,14
170:15 182:13
220:16,17,20
221:1
**scope** 88:15
89:13
**second** 11:12
16:3 22:18
33:24 34:11
48:23 130:13
135:6 136:20
141:17,24
158:5 163:23
165:10,12,21
180:24 194:23
215:5
**secondarily**
107:15 221:19
**section** 14:1
15:11 26:19

85:13 91:23
92:22 93:18
95:11,19 137:7
137:12 151:24
159:6 167:18
168:17 187:7
**sectioning** 79:24
**sections** 24:23
143:23
**sector** 15:20
39:19 43:24
46:13 47:2
**see** 8:5 11:13,16
12:14 14:10
15:10 34:12
35:13 41:14
42:21 51:14
67:19 101:18
117:6 140:3
150:5 159:8
181:6 212:22
215:10,11
225:19 227:1
**seeking** 20:4
**seen** 10:5 222:15
222:19,22
**sends** 139:6
**senior** 148:12
182:9,10
221:19
**sense** 142:9
214:17
**sensitive** 169:13
**sensitization**
39:2 158:17
**sent** 27:21
**sentence** 71:21
78:6 97:16,21
120:6 121:3
123:23 125:12
126:23 130:13
135:6,14,16,19
136:7,21
141:17,22,24
146:2 162:13
163:23 165:8,8
165:10,12,21

177:24 185:23
187:24 190:2
190:21 191:6
191:23 194:24
199:1,4,10
**separate** 54:1
162:17
**series** 11:14
**served** 11:1
186:1 189:13
**Services** 6:6
**serving** 139:19
**set** 19:8 38:5
39:13,14 41:16
68:15 70:10
76:13 87:6
92:22 95:5,10
95:18 96:8
133:3 152:15
152:24 153:11
223:16 234:5
**sets** 106:11
**seven** 92:9,12
101:20 105:12
106:10
**severe** 113:11
**sharing** 211:11
**sheet** 235:5,6,9
235:11 237:8
**Sherrill** 3:24 6:4
**short** 51:20
177:12 216:22
**shorthand** 234:1
234:2,11
**shortly** 172:8
**show** 8:23 56:15
56:19 66:8
202:18
**showed** 79:22
221:7
**shows** 65:16
108:1 170:10
**side** 58:15 98:20
144:13 150:5
**sign** 233:1 235:6
**signature** 129:6
**signing** 235:8

**Similar** 207:8
**simply** 70:20
75:9 80:11
86:17 126:20
136:23 162:19
203:24
**single** 79:20
98:7
**sir** 101:2
**sit** 56:5,7 68:20
69:12 70:5,20
70:24 79:5
83:9 84:5
161:15 173:1
180:1 184:12
208:5 216:5
**sitting** 36:22
85:4,7 116:10
193:15
**situation** 112:7
113:8,17 123:5
134:16 150:16
179:7
**situations**
115:24
**six** 38:24 41:22
42:1,1,8
**skin** 39:2
**slides** 161:3
**slightly** 31:24
32:10 151:3
184:10
**sole** 111:8,10
118:6
**somebody** 19:24
155:20
**soon** 215:21
**sorry** 7:14 10:21
11:3 24:24
35:12 37:22
45:8 51:10
53:12 58:12
74:12 80:19
83:20 96:20
98:4 111:16
117:10,11
118:15 120:1

120:23 121:11
127:14 129:16
135:18 140:23
141:1 144:8
162:1 165:19
181:4 188:7
193:1 199:3
204:24 205:3,4
211:4 214:12
**sort** 8:22 15:2,8
15:24 20:10
24:22 25:2
29:24 37:15
43:23 47:7
99:1,7,8
109:11 122:18
126:4 155:4,5
185:1 187:7
**sound** 82:4
125:14 126:2,5
126:7 208:6
**sounds** 141:24
155:4
**source** 20:17
21:11
**sources** 132:14
**space** 235:4
**speak** 39:11
72:16 73:1
76:11 77:2
**speaking** 94:22
153:8,8 214:5
**speaks** 191:18
200:19 202:23
**specialist** 6:5
**species** 165:2,4
165:18 166:6,9
**specific** 19:15
20:16 27:22
57:8 83:17
85:8 94:18
105:13 125:18
150:23 157:8
165:4 178:17
182:21 205:19
**specifically**
27:11 64:5

80:2 184:5,9
**specified** 108:7
**speculation**
161:23
**spells** 131:3
**spent** 50:23
**split** 15:7 24:21
**SSURO** 120:9
**stability** 20:13
**staff** 34:3 35:5
43:15,16 147:8
**stand** 17:2 90:14
91:20 217:7,17
220:9
**standard** 76:2
86:23 87:1,3
89:20,20,21
98:7,9,15 99:3
100:8,11,18
108:12 169:1,4
169:11,12,16
169:24 178:14
182:21
**star** 8:22
**start** 47:12,15
76:12 165:20
196:1
**started** 18:20
19:1
**starting** 6:15
39:18 85:16
165:10 199:2
208:22
**starts** 62:6 137:9
190:21 193:20
**state** 6:14 8:18
14:20 16:20
72:13 76:1
78:6 81:22
84:11 89:19
90:24 92:21
95:16 116:5
118:5,15
121:22 123:22
124:3 125:6
130:13 132:20
134:10,13

Confidential - Connie B. Welch, DMin

144:22 145:7
145:12,18
151:23 156:3
161:3 163:24
164:12 166:21
173:9,17
188:19 210:11
235:3
**stated** 16:4
25:22 31:2
39:22 63:11
66:11 71:1
74:10 81:20
103:6 115:18
119:23 123:12
130:23 146:18
159:22 160:3
163:1 167:10
187:11 189:12
190:16 191:2
191:12,13,20
196:8 199:11
199:20 200:2
201:18
**statement** 20:20
68:17,24 81:1
82:14 114:18
115:4,20 122:3
129:7,10,13
161:10 173:24
175:2 193:1,3
195:23 196:18
210:17,19
**statements**
38:13,14 41:16
113:14,22
116:8 143:1
**states** 1:1 6:11
34:1 62:11
65:24 91:5
92:5 97:16
141:18 165:8
165:13 166:8
178:1 185:24
186:18 189:15
201:14,24
**stating** 201:4

**statute** 87:16
90:7 114:14
168:5,24
**statutes** 183:2
**statutory** 62:13
**stenographica...**
234:9
**step** 16:2 22:17
30:24 32:11
34:11 48:22
50:3 51:6
76:12 101:16
126:8 152:23
157:4 210:4,13
**stepping** 34:22
**STEVICK** 1:9
**sticker** 56:23
**stipulate** 128:4
**stop** 49:8 80:9
120:8
**storage** 20:13
**Street** 2:6 3:14
3:20
**strike** 13:19
24:19 30:8
33:5 39:8 41:4
42:17 56:6
57:5 73:9
81:16 83:9
99:18 103:19
107:23 108:3,5
111:3 114:23
123:4 140:23
146:16 149:19
151:21 159:17
161:16 164:23
165:11 183:5
188:1 190:8
192:9 193:1
194:23 195:24
199:13 206:15
212:23 213:19
**stringent** 89:19
98:10 169:1
**strongest** 192:16
**structure-acti...**
135:9 136:3

137:6
**studies** 38:11
39:15 42:4
43:10 52:20
63:1,3,3,15
64:9,17,18,19
64:20,21,24
65:1,2,5,6,7,11
66:3,4,5,12
78:3 91:6
92:13,14,15,19
93:7,8,9,20,21
93:21,22,24
95:6,13,22
106:19 107:12
107:12,14,14
107:16,19,20
107:22 108:8
124:10,20
125:7,8,11,13
125:16,17,20
126:12,14,14
126:15 127:2,4
127:19,20
131:20,23
132:18 135:11
149:7 150:5,7
161:4 164:3
166:5 168:13
168:14 178:3,8
178:19,20
179:23 180:6,8
180:10,13
186:4,6,8,19
187:9 190:17
190:18,23
191:20 192:1,5
193:8,9,11
194:1,2,2,3,5,9
194:10,11,14
194:15,16,19
195:4,9,10,12
195:12 196:3,4
196:14,17,17
196:20 197:1,2
198:16,20
199:6 201:16

202:16,24
203:2,5,6,8,9
203:11 204:2
206:11,16,18
207:1,2,3,6,8
210:5,16 212:7
212:21 213:10
213:16,21,24
214:20 215:8
215:13 220:2,4
223:6,7,9,19
224:5,6,12,19
224:19 225:21
225:24 226:6
227:8,9,9,10
**study** 52:11 65:5
79:20,21,22
80:2 81:7,8
90:1,3 94:1,18
94:23 106:21
125:21,23
126:2,3,5,6,10
126:21,22,24
127:8,16,23
128:5,16,18,22
129:2,3,7,8,13
129:20,22
130:6,9,9,10
130:21 133:10
133:20 134:15
134:22,24
135:1 146:10
148:10 150:22
153:9,11
154:12,22
157:20,23
158:1,4,5
160:5,16,18,19
164:8,8,10,13
164:17,18,21
164:22 165:2,4
165:13,23
166:18,19
180:14,14
182:8,14
194:13 198:14
199:2,5,11

204:21 215:2,3
**subheadings**
93:3,6,14
**subject** 92:10
235:8
**submission**
113:10
**submit** 30:9,20
31:6 43:20
87:6 111:3,5
112:21 157:8
**submits** 40:3
111:23 112:23
122:1 133:8
**Submittal** 20:23
**submitted** 19:3
19:13 21:21
22:2 23:4
43:18 47:24
86:7 90:2 91:7
92:24 94:2
96:15 101:24
102:6 103:8,8
104:19 107:13
110:22 116:21
126:12 127:3
129:3 130:6
132:9 138:16
138:24 139:4
140:22,24
141:10 153:9
160:18 164:22
166:19 170:13
186:9 187:9,13
188:15 189:17
189:19,20
190:11,24
191:16 192:2,6
221:17 229:15
229:18
**submitting** 26:1
30:14 48:5
126:9
**subpopulations**
169:14
**subscribed**
234:14 237:14

Confidential - Connie B. Welch, DMin

subsection
   168:17
Subsequent
   117:23
subsequently
   161:4
subset 42:3,6,8
   42:10,12
subspecialties
   42:1
substance 237:7
substances 17:6
   192:19
substantive
   48:16
subtilis 120:15
sufficient
   150:19 171:7
suggested
   164:20
Suite 3:20
summaries
   53:10 55:3,7
summarize
   55:18 75:21
   144:1
summarizing
   74:4 181:15
summary 14:1
   15:11 75:23
   207:15
Sunday 50:10
superior 120:7
Supervised 34:1
supervision
   234:24
support 29:18
   82:19 90:23
   126:10,24
   127:6,21 128:5
   130:5 133:9
   149:9 153:10
   157:2,9 170:13
   173:23 175:14
   175:15 178:3
   192:16 202:12
   229:15

supported
   127:21 195:13
   196:20 200:3
supporting
   231:20
supports 82:4
   201:21
sure 25:18 26:20
   30:19 34:17
   37:24 40:5,13
   40:19 41:8,15
   43:2 48:13
   56:3 64:2
   66:20 68:5,11
   74:13 87:3
   95:17 107:4
   138:1 189:22
   197:22 209:20
surfactants
   222:17 223:2
   225:16 227:10
swear 7:4
swift 120:8
switch 51:19
sworn 7:7 234:6
   237:14
systemic 180:20
   186:20

─────── T ───────

T 1:12 4:1,1,6
   5:1,1 236:2
table 149:2
   150:1 158:6
take 4:10 8:23
   9:4,11 10:11
   10:12 12:5
   16:2 26:3 41:7
   51:6,20 56:17
   62:4 67:23
   68:11 96:22
   107:13 110:15
   113:12 114:6
   138:20 169:7
   173:10 174:1
   177:12
taken 6:11 86:1

234:4
takes 87:8
   205:21
talk 96:5 110:6
   163:5
talked 28:1 51:5
   76:14 104:8
   219:5,10
   227:17
talking 27:10
   49:2 110:4
   129:17,19
   130:1 148:9
   160:8,11,11
   172:20 226:13
talks 137:4
Tampa 142:5
team 16:9,11
   21:17 24:1
   25:6,8,23 26:2
   29:19 34:2,23
   34:24 222:2
   232:12
tell 16:2 20:15
   20:18 36:23
   60:14,16 61:2
   61:5 65:20
   122:4 180:1
   205:24 207:11
   207:14 217:20
   225:7
telling 65:15
term 41:22 86:1
   119:7 129:22
   136:6 151:19
   163:6 176:1
   203:7,16 207:6
terminology
   87:15
terms 16:1 19:7
   88:4,5 100:3
   108:20 153:9
   169:20 207:4
test 24:14 39:1,2
   39:3 91:3
testified 7:8
   223:10 228:6

228:11 229:6
   232:5
testifying 105:9
   228:9 229:5
testimony 22:11
   101:4 103:4
   105:8 116:10
   123:2 132:7
   134:20 152:21
   160:9 175:10
   176:3,20 193:2
   228:23 229:2
   229:24 231:8
   234:7
testing 91:6
tests 38:15 39:3
thank 7:21 10:2
   11:9 24:15
   27:12,15 38:3
   96:24 198:7
   216:21 220:4
   226:1 227:24
thereof 234:11
   234:14
thing 168:7
   173:20 206:18
   206:21
things 8:9,19
   21:5 129:5
   167:21 180:18
   218:4
think 8:8 12:17
   12:18 22:10
   25:11 40:8,9
   41:21 42:21
   43:21 46:7
   54:2,4 79:3
   112:7 113:8
   137:22 139:2,5
   168:13 184:3
   186:13 197:23
   204:22 205:6,6
   206:8 214:10
   232:21,24
thinking 46:4
   227:6
third 132:17

thirty 14:1
   235:12
thorough 60:12
   72:14,19
   178:11 187:2
   190:4 191:14
three 50:18
   150:8,9 200:3
   200:7 223:11
   223:15,23
Thursday 50:21
time 6:7 8:15,15
   16:14 21:23
   23:1,5,23
   25:13 26:2,18
   26:23 29:3
   31:16,21 45:5
   45:13,20 46:23
   49:15,16,16
   50:23 51:20,22
   62:4,24 72:5
   74:19,19 85:4
   91:14,15
   119:18 141:4
   151:1 154:21
   154:23 156:7
   160:20 168:3
   168:11,12
   171:20 174:15
   186:3 189:15
   201:10 211:13
   211:13 234:5,6
   234:8
times 8:10 48:4
   50:16 74:17
   104:2 141:8
   154:5 232:9
Timewise 48:19
titled 85:13
   167:18
TNO 215:7,12
today 7:4,18
   8:23 9:8 11:17
   13:3 36:22
   56:5,7 68:20
   69:12 70:5
   79:5 84:5,24

Golkow Litigation Services - 877.370.DEPS

Confidential - Connie B. Welch, DMin

85:4,7 89:13
116:11 132:7
134:21 137:16
153:18 161:16
168:7 172:21
172:22,23
173:1,5 176:3
180:1 184:12
193:15 208:5
216:5,9 217:9
217:14,18
220:5,14
**today's** 6:6 12:3
47:13 48:1,6
49:20,23 50:8
50:11,14,17,24
52:14 233:7
**Todd** 1:24 2:12
7:4 234:18
**told** 49:12 112:8
**tolerance** 62:19
145:3,24
**top** 24:12 142:10
144:20 158:10
180:16 205:18
**topics** 215:8
**total** 141:10,14
142:15,18
**totaling** 140:23
141:1
**tox** 79:23 80:6
80:22 124:20
**toXcel** 4:22 13:7
13:8,10,11,21
17:22,24 18:2
43:15 141:6
142:10 143:22
**toxic** 14:4 17:6
92:17 124:4
**toxicity** 19:11
38:8,9,15,21
39:7,9,10
41:13 42:6,21
43:18 113:23
149:7 151:15
223:19
**toxicological**

92:13 93:8,20
94:22 95:6
108:20 124:10
146:20,24
149:3 152:13
152:16 155:22
165:2 178:19
186:21 227:4
**toxicologist** 26:3
109:5 146:8
148:8 170:15
**toxicologists**
35:3 43:16
110:18 111:1
147:5 185:11
220:23
**toxicology** 26:3
79:14,18 80:12
81:18 110:5
124:4,9 146:15
148:3,9 153:2
160:9,20
170:16 206:9
**training** 219:8
232:7
**transcribed** 8:7
234:10
**transcript** 4:7
5:2 115:19
205:13 234:10
234:12,21
235:13,14
**transcription**
237:4
**transparency**
218:15
**travel** 140:13,16
140:17,18
141:18,21
142:3
**traveling** 142:1
**tread** 49:9
**trial** 70:7 137:15
**true** 195:8
234:10
**trust** 147:13
**try** 208:3 216:22

**trying** 19:9
23:12 40:11
42:23 43:19
45:12 48:12
51:5 69:20
104:8 109:11
126:4 128:10
177:9 214:17
**TSCA** 17:5,6
**Tuesday** 1:16
50:20 51:3,7,8
**tumor** 135:8
136:1 161:7
**tumors** 80:5
**turn** 71:10 79:10
97:9 110:15
120:18 125:5
141:9,13
142:13 159:3
168:16 173:6
198:3 208:21
**two** 16:19 24:5
33:12 54:1
118:1 150:8
165:18,19
166:5,9 183:2
195:22 212:3
213:6,13
**type** 26:5,7
153:4 157:21
157:23 158:17
158:22 206:18
206:20
**types** 19:23 24:2
30:6 31:9 34:6
49:5,12 93:23
109:6
**typically** 111:3,5

_____ U _____

**U** 5:1
**U.S** 16:21
**umbrella** 123:15
**unanimously**
189:5
**unaware** 191:7
203:15

**uncommon** 47:5
166:24
**undefined**
151:20
**undergoing** 77:8
**undersigned**
234:2
**understand** 8:2
8:20 9:7,10,11
25:20 29:24
30:1 32:12
42:2 45:21
48:19 53:23
54:8 55:4 69:4
94:8 96:2
104:3 109:13
112:18 115:2
115:10 118:21
119:4 129:24
151:4 185:2
189:24 206:17
206:24 207:6
209:2 210:6
216:24 230:7
230:10
**understanding**
78:22 119:12
226:2
**understands**
109:18
**Understood**
139:8
**unit** 52:1,4 97:2
97:6 138:4,8
**United** 1:1 6:11
62:11
**universe** 57:7
**unreasonable**
85:19,23 86:18
87:12 88:2,12
88:21 89:10
90:21 91:8
167:23 168:3,6
173:14,18
**update** 98:16
186:2
**updates** 198:21

**upgrade** 98:16
98:16
**use** 23:17,19,20
24:1,1,6,6,22
24:22 25:3,4,9
25:9 34:16
53:14 62:10,11
68:2 83:11
88:6,10,10
98:23 120:8
125:12 126:22
127:23 146:14
151:19 165:2
170:6 173:13
176:1 182:17
**USEPA** 4:19
**uses** 34:15,20
86:23 87:3
98:14 108:9
134:1,5 136:4
157:14 173:12
182:19,22
192:19 218:15
**usually** 226:21
**utilize** 128:16
129:13
**utilized** 110:1
129:22,23
**utilizes** 110:7
183:2
**utilizing** 109:12
124:10
**utmost** 125:6

_____ V _____

**v** 1:7,8,9
**vague** 14:15
25:17 30:14
42:16 45:4
47:3 60:1
66:15 73:4
95:4 101:5
106:24 109:21
112:11 118:19
151:19 188:7
188:18 190:14
206:13,20

Confidential - Connie B. Welch, DMin

214:24
**valid** 80:4 125:8
  125:11,20
  126:13,22
  127:4,9,17,20
  127:23 129:20
  129:21 130:10
  130:21 135:1
**validated**
  189:10
**variety** 106:19
  110:5 112:21
  124:4,8
**various** 15:2
  20:6 24:1 36:2
  62:17 64:9
  73:17 108:21
  133:14 143:12
  206:1,11
  220:24
**verify** 174:22
  175:7,21
  176:16
**version** 68:12
**veterinary**
  43:17
**vice** 13:6 17:24
  43:15
**video** 6:5
**Videographer**
  3:24 6:3 7:3
  51:24 52:3
  97:1,5 138:3,7
  177:16,19
  215:23 216:2
  233:6
**Videotaped** 4:10
**viscosity** 19:22
  20:12
**vitro** 135:13
**vivo** 135:13
**void** 234:13
**volatilize** 157:22
**volume** 65:11
  194:19 195:4
**vote** 221:22
**voting** 221:22

**W**

**Wagstaff** 3:5
  6:18,20
**wait** 8:7,12
  55:13 57:21
  206:15
**waited** 72:3
**waive** 149:15
  150:12 151:7
  151:14 152:18
  153:3 154:4,15
  154:21 156:5
  156:13 157:12
  157:15 158:1
**waived** 149:8,20
  150:14 153:13
  156:16 158:8
  158:12
**waiver** 149:12
  149:18 150:15
  150:18 151:2,5
  151:7 153:16
  154:10 155:22
**waives** 153:15
  156:7
**want** 7:17 16:19
  34:17 35:20
  37:24 48:24
  49:8 51:11
  54:2 56:14,18
  64:8 69:21
  95:1 97:10
  121:7 137:23
  160:10 185:22
  187:6
**wanted** 7:15
  40:22 56:3
  146:2
**wanting** 133:6
**wants** 56:23
  163:19
**warning** 112:8,9
  113:5,12 114:4
  115:4 121:18
  122:8,14
**warnings** 37:20

112:22 113:3,4
  113:13
**Washington**
  1:15 2:7 3:15
**water** 92:16
  180:18
**Watson** 46:5
**way** 12:19 28:14
  45:20 108:6
  123:18 129:4
  158:23 163:15
**we'll** 27:20
  51:13,14
  120:19 215:2
**we're** 24:11
  38:20 43:19
  85:3 127:1
  129:17 148:8
  153:1 160:10
  160:11 220:8
  226:13 232:21
  232:24
**we've** 49:3 51:16
  96:21 104:8
  137:22 152:1
  154:17 176:9
  177:10 188:1
  211:10 219:5
**wealth** 42:24
**Wednesday**
  50:20 51:3,7,9
**week** 50:13,17
  50:23
**weigh** 133:22
**weighed** 108:2
**weighing** 106:21
  107:6 130:15
  130:21 131:3
  134:12,17
**weight** 108:7,9
  108:13,14,18
  108:22 109:12
  109:24 110:15
  110:21 183:12
  183:14 198:11
  201:5 206:2
**Welch** 1:14 2:1

4:2,8,11,16 5:3
  6:13 7:6,11,23
  9:24 10:5,19
  11:23 12:11
  17:9,14,21
  18:13 25:19
  52:6,9 57:1
  68:3,5 97:9
  138:11,17
  177:23 197:15
  216:5,17
  233:10 237:11
**Welch-** 4:14,20
**went** 29:7 33:2
  112:9 210:4
**West** 3:6,20
**William** 215:7
**witness** 2:15
  3:10 7:5 10:13
  10:21 12:10,24
  14:20 22:12,17
  25:22 27:15
  30:17 32:6,21
  36:13 37:11,12
  38:4 43:6
  44:17 46:16
  47:4 49:3 51:8
  55:12 56:24
  58:2,4,6,9 59:9
  60:2 62:5
  65:20 66:17
  67:1 69:5 71:8
  73:5 78:15,21
  80:21 84:3,10
  88:17,24 89:14
  94:9,17 95:5
  96:2 99:13,15
  101:2,6,16
  103:6 104:4,18
  105:10 106:9
  107:1 111:16
  111:22 112:12
  112:18 114:11
  115:9,10 116:5
  116:16 117:9
  118:5,21 119:4
  121:5,9,15

124:14,19
  127:13 128:4
  130:2,4 131:16
  132:8 133:3
  134:1,22
  137:21 143:5
  145:12 147:22
  148:5 151:11
  152:22 154:3
  154:21 155:10
  156:3,12 157:1
  157:19 159:22
  162:1,15
  166:15 172:23
  175:3,11 176:4
  176:22 180:5
  187:20 188:9
  188:19,24
  190:15 191:11
  197:23 198:1,8
  199:20 200:20
  201:3,14 204:7
  204:18,24
  205:3 208:12
  209:17 212:12
  212:14 214:4
  217:24 220:1
  222:5 229:6
  231:17 232:10
  233:1 234:6,7
  234:14 235:1
**witness's** 175:1
  175:10 176:3
  176:20
**wondering**
  142:11
**Wool** 3:3 4:3
  6:17,17 7:10
  7:20,22,24
  10:3,4,15,22
  11:5,8,10 12:1
  12:14,22 13:1
  14:22 22:13
  23:8 26:10
  27:9,13,24
  30:18 32:9,24
  36:15 37:14

Confidential - Connie B. Welch, DMin

| | | | | |
|---|---|---|---|---|
| 38:19 42:17,19 | 132:15,21 | **word** 53:14 | **X** | 81:22 159:4 |
| 43:8 44:6,18 | 133:12 134:7,9 | 175:19 176:2 | **x** 1:4,10 4:6 5:1 | **11:01** 97:2 |
| 45:6,11,14 | 135:3 137:19 | **words** 86:22 | | **11:15** 97:6 |
| 46:18 47:6 | 137:22 138:10 | **work** 14:12 15:3 | **Y** | **11th** 50:5 |
| 48:10,14 49:7 | 138:19 145:13 | 15:6 17:16 | **yeah** 11:8 24:15 | **12** 5:7 69:21 |
| 51:13,18,21 | 147:23 148:22 | 18:1,3,9 36:2 | 32:21 34:19 | 70:4 81:5 |
| 52:8 53:15,18 | 149:24 151:13 | 36:10,24 37:19 | 37:12 42:17 | 160:24 161:1 |
| 54:6 55:16 | 151:21,22 | 39:18 46:13 | 43:9,9 44:10 | 202:19 |
| 56:16,20 57:3 | 153:14,21 | 47:1 75:10 | 46:1,19 49:11 | **12:05** 138:4 |
| 57:23 58:10 | 154:14,24 | 114:2 139:11 | 51:1,18,21 | **12:47** 138:8 |
| 59:2,11 60:4 | 155:2,17,19 | 139:14 142:20 | 55:12 56:17,20 | **120** 39:14 |
| 63:8 66:6,19 | 156:6,15,21 | 143:12 144:4,9 | 79:3 84:10 | **120-plus** 42:4 |
| 67:15,24 68:8 | 157:13 158:2 | 169:19 183:3 | 88:17 96:22 | **13** 85:12,16 |
| 69:7,10,23 | 159:24 160:12 | 185:2 211:11 | 100:6 117:12 | 137:10 220:15 |
| 70:2,18,19 | 162:3,18,23 | 211:13 | 121:12 142:8 | **1350** 2:6 3:14 |
| 71:7,9 73:7 | 166:20 172:22 | **worked** 18:6 | 147:24 153:19 | **138** 4:23 |
| 75:6,8 78:17 | 172:24 175:5 | 24:18 25:7,22 | 192:10,10 | **14** 64:18 65:5 |
| 78:23 80:17 | 175:17 176:13 | 36:6,16 37:3 | 197:6 200:22 | 86:22 90:16,17 |
| 81:14 83:22 | 177:7,13,22 | 39:19 46:19 | 215:11 228:11 | 98:1,4,4 194:1 |
| 84:4,13 85:5,6 | 180:9 181:3 | 74:17 75:1,14 | 230:11 | 194:13 203:2 |
| 86:14,16 88:19 | 186:15,17 | 75:15,17 77:13 | **year** 167:14 | **14,000** 141:1 |
| 89:6,8 90:11 | 187:22 188:11 | 120:15 155:20 | **years** 14:1 24:11 | **14,033.37** 141:1 |
| 90:15 91:18,21 | 188:20 189:2 | **working** 21:19 | 46:20 60:9,24 | **14,981.56** |
| 93:11,13 94:11 | 190:19 191:22 | 21:20 25:13 | 62:9 77:2,10 | 141:15 |
| 94:20 95:9 | 192:11 195:18 | 26:24 28:6 | 147:7 174:18 | **1400** 140:23 |
| 96:4,22 97:8 | 195:20 197:14 | 67:7,12 72:11 | 191:16 218:6 | **15** 77:2 91:22 |
| 99:14,16 101:8 | 197:17 198:2,6 | 146:4 147:7 | 218:20 230:18 | 96:5 100:10 |
| 102:18 103:17 | 198:9 199:22 | 161:14,20 | 232:19 | 101:19 102:20 |
| 104:6 105:1 | 200:21 201:7 | **works** 45:23 | **yesterday** 50:7 | 104:11 174:18 |
| 106:2,12 107:3 | 201:19 202:5 | **workshops** | | 220:16 |
| 107:17 109:8 | 203:21,23 | 211:22 | **Z** | **158** 29:5 |
| 109:10,19,22 | 204:8,11 205:6 | **world** 81:24 | | **159.158(b)** |
| 111:18 112:5 | 205:8 206:14 | 225:2 | **0** | 92:22 93:18 |
| 112:14,20 | 206:22,23 | **worldwide** | | 95:11,20 |
| 114:9,12 | 207:21,23 | 210:22 | **1** | **15th** 141:9 |
| 115:12 116:9 | 208:17 209:19 | **worst** 98:23 | **1** 4:9 9:22,24 | **16** 99:7,12,13,14 |
| 116:22,24 | 212:13,16 | 169:22 | 11:13 52:1 | 100:7 102:8 |
| 117:5,12,16 | 214:7,14,15 | **wouldn't** 36:22 | **1:37** 177:17 | 173:6 177:24 |
| 118:9,11,23 | 215:1,19 216:4 | 94:22 145:16 | **1:45** 177:20 | 180:17 |
| 119:6,11 | 216:10 217:11 | **write** 47:21 | **10** 4:15 37:7 | **16-cv-05813-VC** |
| 121:12,16 | 217:14,23 | **writing** 47:23 | 62:7 78:5 | 1:9 |
| 124:16,22 | 219:24 221:7 | **written** 61:13 | 144:18,19 | **16-MD-02741...** |
| 126:17,19 | 222:4 224:2,15 | **wrong** 84:7 | **10:04** 52:4 | 1:7 |
| 127:15 128:7,9 | 228:3 229:4,11 | 147:18 148:2 | **100** 63:3 | **17** 46:20 60:9,24 |
| 128:14,15 | 230:2,12,23 | 188:13 | **10th** 50:5 | 97:11,15 147:7 |
| 129:19 130:11 | 231:1,9,22,24 | **wrote** 143:8 | **11** 4:16 62:6 | 180:16 218:6 |
| 131:9,11,21 | 232:20 233:3 | | 79:10 80:21 | 218:20 230:18 |

Confidential - Connie B. Welch, DMin

**17-year** 46:8
 67:7
**18** 1:16 106:16
 192:14
**18,582.42**
 141:11
**18th** 6:6
**19** 62:14 64:13
 114:6,8,9
 193:10,21
**197** 5:8
**197.50** 140:13
 140:15
**1974** 60:17
 62:11 72:9
 77:6 79:13
 159:11 207:17
**1984** 62:14
 76:21 123:13
 167:11 174:17
**1985** 79:1,14
 80:7,22 81:17
 159:14,19
**1986** 163:24
 164:18
**1988** 28:5
**1991** 81:9
 165:16 166:1
**1993** 62:12,17
 77:7 167:18,18
 168:7,9
**1994** 123:14
**1995** 32:2
 172:13
**1996** 4:18 52:15
 98:5 168:23
 172:8
**1997** 32:2 35:7
 172:14
**1998** 62:21
 167:9

---

**2**

**2** 4:12 10:16,19
 10:23 11:4,5,8
 11:13 12:11
 17:7 52:5

**71:**10 95:11,19
 96:8,11,14
 97:3 119:24
 120:1
**2.5** 140:12
**2:32** 215:24
**20** 37:9 120:19
 120:24 121:1
 190:12 193:19
 194:7 202:23
 214:5 237:16
**20005** 2:7 3:15
**2005** 35:7,14
 130:14 135:5,7
 136:1 172:10
 182:19 183:7
**2008** 17:11
**2012** 17:11
**2015** 62:21
 183:10 184:6
 184:13 187:2
 189:3,4,18,23
 190:5
**2016** 62:22
 185:18 187:10
 187:16 188:3,9
 189:7,18,23
 190:1,9,15
 192:13,15
 196:10
**2017** 5:8 62:22
 64:14 65:9
 184:9,16,18
 193:12,16,21
 194:18 195:3
 196:10 197:11
 202:19 203:3
**2018** 1:16
 139:16,22,23
 140:24 141:10
 141:14 142:14
 143:9 234:15
**202** 3:16
**208-9404** 3:8
**21** 74:1 82:11
 208:21 214:5
**216** 4:4

**22** 4:18 65:2
 82:15 110:3
 123:22 194:11
 214:6
**228** 4:3
**22nd** 52:15
**23** 65:1 82:11,16
 125:6 126:23
 127:24 129:23
 194:10
**24** 130:12,13
 134:10
**25** 135:4 136:21
**26,390.56**
 142:16
**27** 137:10
**2741** 1:5
**28** 144:18,20,22
 151:24 234:15
**29** 148:24

---

**3**

**3** 4:16 11:22,23
 12:6 13:2,24
 75:20,23 97:7
 120:1 138:5
 215:4
**3-16-cv-00525...**
 1:8
**3-16-cv-02341...**
 1:10
**3:01** 216:3
**3:21** 233:7,11
**30** 62:7 235:12
**31** 79:12
**312** 3:22
**32** 79:13 159:13
 160:6,17
**33** 161:1 164:7
**34** 163:24
**35** 81:5 164:12
 165:7,11,12,22
**36** 166:21
**39** 98:4,5 99:4
**395** 140:20
**3rd** 98:5

---

**4**

**4** 4:17 52:6,10
 52:17,19,24
 53:7 54:9 55:9
 56:7 57:6
 81:21 85:12,15
 90:17,18,22
 138:9 177:17
**4,200** 63:3 220:2
 220:4
**40** 29:5 92:22
 93:18 95:11,19
 232:19
**40-plus** 62:9
 77:10
**40-plus-year**
 227:15
**40-year** 222:9
**4200** 3:20
**43** 171:22
 172:18
**44** 173:7,9
**48** 183:6,8
**49** 185:17
**4th** 79:1 80:7
 81:17 142:14
 143:6,9 159:19

---

**5**

**5** 4:18 56:21
 57:1,4,6 71:11
 71:13 90:18,22
 91:22 92:7,20
 177:21
**50** 51:17 177:10
 205:9
**51** 205:9
**5129** 234:19
**52** 4:17
**53** 64:14 193:21
**55** 208:22
**57** 4:19
**58** 198:5
**583-2300** 3:22
**59** 142:16

---

**6**

**6** 4:20 68:3,9,16
 68:22 70:6
 97:10 114:9
**6(a)(2)** 91:23
**60602-4231** 3:21
**62** 65:6 194:15
 195:9 202:24
**63** 64:17 193:24
**64,482.93**
 142:23
**68** 4:21 198:4,5
 198:6,7 200:15
 200:24

---

**7**

**7** 4:3,22 110:3
 114:10 120:18
 120:23 138:15
 138:17,23
 139:4
**70** 3:20
**7171** 3:6
**720** 3:8
**7th** 141:14

---

**8**

**8** 5:4 110:10
 139:22 140:22
 197:15,18
**80226** 3:7
**84** 65:6 194:14
 203:1
**898-5800** 3:16
**8th** 140:24

---

**9**

**9** 4:11 76:1,7
**9:01** 1:17 6:7
**9:52** 52:1
**90** 64:18 194:2
**95** 28:5 32:17
**97** 32:18