# EXHIBIT 37

Message

| | |
|---|---|
| **From**: | HEYDENS, WILLIAM F [AG/1000] [/o=Monsanto/ou=NA-1000-01/cn=Recipients/cn=230737] |
| on behalf of | HEYDENS, WILLIAM F [AG/1000] |
| **Sent**: | 11/6/2015 8:21:30 PM |
| **To**: | 'John Acquavella' [@gmail.com] |
| **CC**: | FARMER, DONNA R [AG/1000] [/o=Monsanto/ou=NA-1000-01/cn=Recipients/cn=180070] |
| **Subject**: | RE: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting |

Hi John,

As we discussed on the phone, we are really sorry about the huge misunderstanding around authorship. Again, Donna and I don't know how this happened -- after we spoke on Wednesday, I checked with Ashley Roberts and Larry Kier, and it was clear to them that you and Larry would not be considered panelists and thus not authors.

But the important thing is that we have all now come to the same understanding. As we said, upon reflecting on how the scope of your involvement evolved and expanded over those 3 months, we understand your position on having you as an author on the poster and subsequent publication. Larry's involvement and workload also grew to a much higher level than initially anticipated, so I am going to contact him to explain your position and encourage him to similarly be an author on the poster and publication as well. He is a little wary of being 'out there' these days, but Donna and I think he will agree that his work on this project warrants authorship.

Anyway, we're really glad we got this misunderstanding resolved satisfactorily for all - have a great weekend!

Bill

p.s. Congratulations again on becoming Full Professor!

**From:** John Acquavella [@gmail.com]
**Sent:** Wednesday, November 04, 2015 10:57 AM
**To:** HEYDENS, WILLIAM F [AG/1000]
**Cc:** FARMER, DONNA R [AG/1000]
**Subject:** Re: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

Confidential - Produced Subject to Protective Order                                                                                                      MONGLY01030787

Hi Bill/Donna:

The time is fine for me. It is 11:30 AZ time (AZ is on mountain time in the fall/winter and Pacific time in spring/summer).

You guys know me. I can't be a part of deceptive authorship on a presentation or publication. Please note the ICJME guidelines below that everyone goes by to determine what is honest/ethical regarding authorship.

Regards,

John

928█████

The International Committee of Medical Journal Editors (ICJME) Recommendations for the Conduct, Reporting, Editing and Publication of Scholarly Work in Medical Journals, states:

- Authorship credit should be based on (1) substantial contributions to conception and design, acquisition of data, or analysis and interpretation of data; (2) drafting the article or revising it critically for important intellectual content; (3) final approval of the version to be published and (4) agreement to be accountable for all aspects of the work in ensuring that questions related to the accuracy or integrity of any part of the work are appropriately investigated and resolved.  Authors should meet conditions 1, 2, and 3 and 4.

- When a large, multicenter group has conducted the work, the group should identify the individuals who accept direct responsibility for the manuscript.  These individuals should fully meet the criteria for authorship defined above.

- Acquisition of funding, collection of data, or general supervision of the research group, alone, does not justify authorship.

- **All persons designated as authors should qualify for authorship, and all those who qualify should be listed**.

- Each author should have participated sufficiently in the work to take public responsibility for appropriate portions of the content.

**From:** "HEYDENS, WILLIAM F [AG/1000]" <█████@monsanto.com>
**Date:** Wednesday, November 4, 2015 at 9:25 AM
**To:** John Acquavella <█████@gmail.com>

Confidential - Produced Subject to Protective Order
MONGLY01030788

**Cc:** "FARMER, DONNA R [AG/1000]" <██████@monsanto.com>
**Subject:** RE: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

Hi John,

Any chance that Donna & I could call you at 1:30 PM today our time?

If that doesn't work, how about 1 PM or even 12:30 PM our time?

Thanks,

Bill

**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Tuesday, November 03, 2015 3:34 PM
**To:** 'John Acquavella'
**Subject:** RE: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

John,
We will have to pick this up tomorrow. Sorry.
Bill

-----Original Message-----
**From:** John Acquavella [██████@gmail.com]
**Sent:** Tuesday, November 03, 2015 02:55 PM Central Standard Time
**To:** HEYDENS, WILLIAM F [AG/1000]
**Subject:** Re: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

I didn't realize that Bill. Also, I don't think that will be okay with my panelists. We call that ghost writing and it is unethical.

Regards,

John

Confidential - Produced Subject to Protective Order                                                                                                          MONGLY01030789

**From:** "HEYDENS, WILLIAM F [AG/1000]" <███████s@monsanto.com>
**Date:** Tuesday, November 3, 2015 at 1:49 PM
**To:** John Acquavella <███████@gmail.com>
**Subject:** RE: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

John,

I thought we discussed previously that it was decided by our management that we would not be able to use you or Larry as Panelists/authors because of your prior employment at Monsanto – was that not your understanding? I'm really sorry if there is any confusion on that...

Bill

**From:** John Acquavella [███████@gmail.com]
**Sent:** Tuesday, November 03, 2015 2:33 PM
**To:** HEYDENS, WILLIAM F [AG/1000]
**Subject:** Re: John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

Bill:

The plan sounds fine. I don't see my name in the author list. I should be where Tom Sorahan is and he should be later in the alphabetical order.

Regards,

John

**From:** "HEYDENS, WILLIAM F [AG/1000]" <███████@monsanto.com>
**Date:** Tuesday, November 3, 2015 at 1:09 PM
**To:** John Acquavella <███████@gmail.com>, Larry Kier <███r@q.com>
**Subject:** John,Glyphosate Expert Panel Poster at 2015 SRA Annual Meeting

Confidential - Produced Subject to Protective Order                                                                                                  MONGLY01030790

John, Larry,

I have touched base with Ashley to discuss what the Author list should/could look like for the poster.

Our thoughts:

- Gary Williams as first author as agreed previously
- then those who lead the 4 sub-groups (in the same order as IARC: Exposure, Animal Bioassay, Epidemiology, Genetox/MOA)

  and/or contributed at a higher level in the 4 groups (Greim)

- followed by all the other panelists in alphabetical order
- then Ashley is the final author as being the facilitator and having overall oversight responsibilities

So it would look like this:

## Expert Panel Review of the Carcinogenic Potential of the Herbicide Glyphosate

Gary Williams, Keith Solomon, Sir Colin Berry, Tom Sorahan, David Brusick, Helmut Greim, Marilyn Aardema, Michele M. Burns,

Joao Lauro Viana de Camargo, David Garabrant, David J. Kirkland, Gary Marsh, Douglas Weed, and Ashley Roberts.

Intertek Scientific & Regulatory Consultancy Services, Mississauga, Ontario Canada.

See any problems from your perspectives?

Thanks,

Bill

Confidential - Produced Subject to Protective Order
MONGLY01030791

This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled

to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and

all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its

subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".

Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying

this e-mail or any attachment.

The information contained in this email may be subject to the export control laws and regulations of the United States, potentially

including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of

Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information you are obligated to comply with all

applicable U.S. export laws and regulations.

This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

Confidential - Produced Subject to Protective Order	MONGLY01030792

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information you are obligated to comply with all
applicable U.S. export laws and regulations.




This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information you are obligated to comply with all
applicable U.S. export laws and regulations.

Confidential - Produced Subject to Protective Order                                                                         MONGLY01030793