# EXHIBIT 40

Message

| | |
|---|---|
| **From**: | HEYDENS, WILLIAM F [AG/1000] [/o=Monsanto/ou=NA-1000-01/cn=Recipients/cn=230737] |
| on behalf of | HEYDENS, WILLIAM F [AG/1000] |
| **Sent**: | 5/11/2015 12:43:25 PM |
| **To**: | KOCH, MICHAEL S [AG/1000] [/O=Monsanto/OU=NA-1000-01/cn=Recipients/cn=MSKOCH]; FARMER, DONNA R [AG/1000] [/o=Monsanto/ou=NA-1000-01/cn=Recipients/cn=180070]; HODGE-BELL, KIMBERLY C [AG/1000] [/O=Monsanto/OU=NA-1000-01/cn=Recipients/cn=KCHODG]; SALTMIRAS, DAVID A [AG/1000] [/O=Monsanto/OU=NA-1000-01/cn=Recipients/cn=DASALT] |
| **Subject**: | RE: Post-IARC Activities to Support Glyphosate |
| **Attachments**: | Post-IARC Meeting Science Proposals.pptx |

All,

See attached, which reflects the results of conversations Donna & I had with various stakeholders (e.g., Law, CE, RPSA). This will be the basis of our discussion today. Thanks.



-----Original Appointment-----
**From:** KOCH, MICHAEL S [AG/1000]
**Sent:** Friday, May 08, 2015 11:07 AM
**To:** KOCH, MICHAEL S [AG/1000]; HEYDENS, WILLIAM F [AG/1000]; FARMER, DONNA R [AG/1000]; HODGE-BELL, KIMBERLY C [AG/1000]; SALTMIRAS, DAVID A [AG/1000]
**Subject:** Post-IARC Activities to Support Glyphosate
**When:** Monday, May 11, 2015 1:00 PM-2:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Grow Room in D Building

A couple of you will need to leave at 1:50 to make a 2:00 pm meeting in C on Monday.   This will be a weekly meeting; they were to be re-occurring but because everyone's calendar is almost full, I will probably have to make them separate days and times each week.

Chris on behalf of Mike Koch

Confidential - Produced Subject to Protective Order