# EXHIBIT 41

Message

| | |
|---|---|
| **From**: | HEYDENS, WILLIAM F [AG/1000] [/o=Monsanto/ou=NA-1000-01/cn=Recipients/cn=230737] |
| on behalf of | HEYDENS, WILLIAM F [AG/1000] |
| **Sent**: | 1/6/2016 10:46:07 PM |
| **To**: | 'Ashley Roberts Intertek' [█████████@intertek.com] |
| **Subject**: | RE: Glyphosate Expert Panel Manuscripts |

Great – I will call you tomorrow AM – thanks!

**From:** Ashley Roberts Intertek [█████████████@intertek.com]
**Sent:** Wednesday, January 06, 2016 4:22 PM
**To:** HEYDENS, WILLIAM F [AG/1000]
**Subject:** RE: Glyphosate Expert Panel Manuscripts

Hi Bill,

I am free tomorrow morning so give me a call anytime.

I am just going through the summary so hope to have this to you by COB on Friday. We can discuss the other aspects/questions tomorrow.

Best Wishes

Ashley

**Ashley Roberts, Ph.D.**
Senior Vice President
Food & Nutrition Group
Intertek Scientific & Regulatory Consultancy
Tel: ████████████
Fax: +████████████
E-mail: █████████@intertek.com

2233 Argentia Road, Suite 201
Mississauga, Ontario  Canada L5N 2X7


**From:** HEYDENS, WILLIAM F [AG/1000] [███████████@monsanto.com]
**Sent:** January-06-16 5:08 PM
**To:** Ashley Roberts Intertek
**Subject:** Glyphosate Expert Panel Manuscripts


Hi Ashley,


Thanks for the updates on the Animal Bioassay and Summary chapters -- I am not surprised at the challenges with the Summary chapter!


I wanted to update you on what I/we have been doing on our end.


Back in mid-December, I forwarded the final Epidemiology & Genotoxicity manuscripts from John & Larry to our resident expert report/manuscript preparation person here at Monsanto to put them in the format (including references) specified by *Critical Reviews in Toxicology*.  The re-formatting was done and a number of questions came up (mostly on references), which I have sent back to Larry & John to resolve (John says he will be done tomorrow -- no surprise).


During re-formatting of Epi & Genetox sections, the question came up about needing an Abstract for each chapter (currently none have Abstracts written).  That makes sense for a single stand-alone publication, but I don't know if *CRT* will require an Abstract for each chapter when they publish a multi-chapter stand-alone Supplement?  Or could we get by with 1 overall Abstract that goes with either the Introduction chapter or the Summary chapter?  Do you have thoughts on that?  Should we ask Roger McClellan?


I had already written a draft Introduction chapter back in October/November, but I want to go back and re-read it to see if it could benefit from any 're-freshing' based on things that have transpired over the last 10-12 weeks.  I will do that in the next few days.  Then I was thinking I would run it by you for your comments/edits.  And then comes the question of who should be the ultimate author -- you or Gary?  I was thinking you for the Introduction chapter and Gary for the Summary chapter, but I am totally open to your suggestions.


Confidential - Produced Subject to Protective Order                                                                                    MONGLY00999488

That leaves the Exposure chapter from Keith -- I am not totally sure where that stands -- I vaguely recall that he was still going to make a few changes? I think you and I should talk about how that chapter gets completed, as it is not exactly what I was expecting. Do you have any time Thursday AM? I have a meeting 7:30-8:00 AM and 9:00-10:00 my time, but I could call you before/between/after those meetings. Alternatively, bright & early Friday morning? Let me know what works.

Thanks much,

Bill

This e-mail message may contain privileged and/or confidential information, and is
intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the
sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-
mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and
archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the
presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any
such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and
regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions
regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC). As a recipient of this information
you are obligated to comply with all
applicable U.S. export laws and regulations.

Valued Quality. Delivered.

CONFIDENTIALITY NOTICE

This email may contain confidential or privileged information, if you are not the intended recipient, or the person responsible for delivering the message

to the intended recipient then please notify us by return email immediately. Should you have received this email in error then you should not copy this for any purpose nor disclose its contents to any other person.

http://www.intertek.com

Confidential - Produced Subject to Protective Order                                                                                                                    MONGLY00999490