# EXHIBIT 44

# SURFACTANT TOXICOLOGY

## Mark A. Martens

### Toxicology, Europe/Africa

MONGLY06253165

# SURFACTANT TOXICOLOGY

## Outline

- **Toxicity related to surfactant action**
- **Specific cases of toxicity**
  - **Genotoxicity**
  - **Oestrogenicity**

# SURFACTANT TOXICOLOGY
## Toxicity related to surfactant action

| Skin | • **Corrosion (tissue destruction)**<br>• **Irritation (inflammation)**<br>• **Sensitisation (allergy)**<br>• **Irritative dermatitis** |
|---|---|
| Eyes | • **Corrosion (tissue destruction)**<br>• **Irreversible corneal lesions (blindness)**<br>• **Irritation (inflammation eye lids)** |
| Intestines | • **Necrosis**<br>• **Inflammation**<br>• **Water retention → hypovolemic shock** |
| Kinetics | • **Poor skin absorption**<br>• **Poor intestinal absorption**<br>• **Enhancement of skin absorption of other chemicals** |

# SURFACTANT TOXICOLOGY
## Toxicity related to surfactant action

### *Common toxicologic mechanism:*

**Disturbance of cell membrane integrity**

# SURFACTANT TOXICOLOGY

## Toxicity related to surfactant action



# SURFACTANT TOXICOLOGY
## Toxicity related to surfactant action



# SURFACTANT TOXICOLOGY
## Poly-ethoxylated fatty amines



# SURFACTANT TOXICOLOGY

## Sphingolipids of the cell membrane



*Sphingosine*

*Ceramide*

*Sphingomyelin*

# SURFACTANT TOXICOLOGY
## Toxicity related to surfactant action



*cell membrane or*
*organelle membranes*

# SURFACTANT TOXICOLOGY



# SURFACTANT TOXICOLOGY



# SURFACTANT TOXICOLOGY



# SURFACTANT TOXICOLOGY

| Surfact. | Type | Cyto-toxicity (EC50, ug/mL) | Eye irritation (EU class) | Fish toxicity (LC50, mg/L) |
|---|---|---|---|---|
| HOE T 3329 | N | 28 | Xi, R41 | 0.1-1 |
| MON 0818 | N | 26 | Xi, R41 | 1.3 |
| Dodigen 4022 | N+ | 233 | < Xi | > 500 |
| Tween 20 | O | 695 | 0 | 216 |
| G3 mix | Dodigen 4022 + Tween 20 | 2068 | < Xi | 500-1000 |

# SURFACTANT TOXICOLOGY
## Toxicity related to surfactant action



# SURFACTANT TOXICOLOGY
## Specific toxicity cases: DNA adducts

**Peluso et al., 1998:**

**Increase of DNA adducts in liver and kidneys of mice after intraperitoneal injection (I.p.) of Italian Roundup (MON 35050, not anymore commercial) dissolved in DMSO/olive oil**



**This in-vivo genotoxicity finding was cause of concern to regulatory authorities**

# SURFACTANT TOXICOLOGY
## Specific toxicity cases: DNA adducts

*To better understand the significance of these findings Monsanto undertook research to examine the role of:*

- *The route of administration (I.p. vs oral)*

- *The vehicle (DMSO/olive oil vs saline)*

- *The surfactant (MON 35050 with and without glyphosate)*

# SURFACTANT TOXICOLOGY

## Specific toxicity cases: DNA adducts

### Liver toxicity in the CD-1 mouse:
### influence of surfactant and vehicle after I.P. administration



# SURFACTANT TOXICOLOGY
## Specific toxicity cases: DNA adducts

### Liver toxicity in the CD-1 mouse: influence of route of administration



Liver enzyme activity

# SURFACTANT TOXICOLOGY
## Specific toxicity cases: DNA adducts
### Mechanism



# SURFACTANT TOXICOLOGY

## Specific toxicity cases: DNA adducts

## Conclusions of MON 35050 case

- *The I.P. route is an inappropriate route of administration*

- *The vehicle (DMSO/olive oil) produces precipitates onto the peritoneal membrane with very high local concentrations of surfactant as a consequence $\rightarrow$ inflammation in underlying organs!*

- *The surfactant (alkyl sulphate) is the cause of the oxidative damage of DNA in liver and kidneys and not glyphosate*

- *The observation of the EU/BBA on the Peluso et al. paper was: "…some indications of DNA damage have been observed…rather due to cytotoxic properties of the formulation …"*

# SURFACTANT TOXICOLOGY

## Specific toxicity cases: Oestrogenicity



**Surfactant**

**Oestrogen**

**Activation through biodegradation in discharge water treatment stations**

# SURFACTANT TOXICOLOGY

## Specific toxicity cases: Oestrogenicity

**17β-oestradiol**                    **4-nonyl phenol**



*Oestrogen receptor*

# SURFACTANT TOXICOLOGY

## Specific toxicity cases: Oestrogenicity



*Vitellogenin production in trout*
*Feminisation of male trout*

ERE

# SURFACTANT TOXICOLOGY

## Specific toxicity cases: Oestrogenicity

| | In-vitro | | | In-vivo | | |
|---|---|---|---|---|---|---|
| | Recept. binding | Prolifer. | Transcript. | Uterotr. | Hersh-berger | Reprotox. 2-gen |
| BBP | ER | ER | ER | | Peripu-bertal | |
| DBP | ER | ER | ER | | | Sem. Ves. Penis (F1) |
| NP | ER | ER | ER | | | Vaginal opening |
| BPA | ER | ER | ER | | Peripu-bertal | |

# SURFACTANT TOXICOLOGY

## Specific toxicity cases: Oestrogenicity

## Conclusions of the case the polyethoxylated nonyl phenol surfactants (1)

- *Polyethoxylated nonyl phenol (and octyl phenol, decyl phenol, undeceyl phenol, dodecyl phenol) surfactants biodegrade to form oestrogenic chemicals (mimic female hormones).*

- *Nonyl phenol has been shown to be oestrogenic in mammals in-vitro and in-vivo, however, the potency is approx 1,000-10,000 times lower than that of natural oestradiol.*

- *Nonyl phenol has been shown in-vitro, in vivo and in the field that it can feminise fish at environmentally relevant concentrations*

# SURFACTANT TOXICOLOGY

## Specific toxicity cases: Oestrogenicity

**Conclusions of the case the polyethoxylated nonyl phenol surfactants (2)**

- *An effort will have to be done by the pesticide industry to avoid using these surfactants in new formulations and whenever practically possible to replace them in existing formulations*

- *Monsanto Europe successfully undertook research to find a suitable replacement for polyethoxylated  nonyl phenols.  The new surfactant mix has similar technical properties and does not biodegrade into oestrogenic molecular species.  It has already been proposed to replace surfactants in triallate formulations.*

# SURFACTANT TOXICOLOGY
## General conclusions

- *Surfactants are biologically not "inert", they can be toxic and this must be addressed*

- *Part of the toxicity of surfactants is related to the surfactant action which destabilises cell membranes*

- *Part of the toxicity of surfactants can be specific (skin sensitisation, oestrogenicity)*

- *The toxicity of surfactants depends of their concentration in the formulation*

- *The high added value of herbicide formulations containing surfactants resides in the optimal compromise between efficacy and safety for man and the environment*