# EXHIBIT 47

Message

**From:** ROSS, JIM [▉▉▉▉▉@HORIZONONLINE.COM]
**Sent:** 9/9/2015 3:51:18 PM
**To:** GOULD, STEVEN D [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=116457]
**Subject:** RE: CA and Glyphosate

OK to the extent we can assist in communicating a rational message to the industry let me know. We would of course rely on Monsanto as the subject matter experts and follow your guidance on the communication.

Jim Ross
President
Horizon Distributors, Inc.
www.horizononline.com

---

**From:** GOULD, STEVEN D [AG/1000] [mailto:▉▉▉▉▉@monsanto.com]
**Sent:** Wednesday, September 9, 2015 11:45 AM
**To:** ROSS, JIM
**Subject:** RE: CA and Glyphosate

We are all over it! More resources than I have seen in my career!
I will update when I get legal approval probably today I will send out an update.

**Steve Gould**

*Steven D. Gould*
Monsanto IT&O
Account Manager
▉▉▉▉▉ office
▉▉▉▉▉ mobile
monsantoITO.com

---

**From:** ROSS, JIM [▉▉▉▉▉@HORIZONONLINE.COM]
**Sent:** Wednesday, September 09, 2015 8:22 AM
**To:** GOULD, STEVEN D [AG/1000]
**Subject:** CA and Glyphosate

Steve:

Presume that you and your folks are aware of this. Unfortunately it appears the European insanity has made it to CA where I fear the same "damn the facts" mentality has been historically rampant.

http://ecowatch.com/2015/09/08/california-becomes-first-state-to-label-monsantos-roundup-as-a-carcinogen/

Let me know how we can help.

Thanks

JR

Jim Ross
President
Horizon Distributors, Inc.

Confidential - Produced Subject to Protective Order                                                                       MONGLY07107482

www.horizononline.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

```
This e-mail message may contain privileged and/or confidential information, and is
intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the
sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-
mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and
archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the
presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any
such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and
regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions
regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information
you are obligated to comply with all
applicable U.S. export laws and regulations.
```

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Confidential - Produced Subject to Protective Order                                                                                                                   MONGLY07107483