EXHIBIT 52

Confidential

Page 1

1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                   FOR THE COUNTY OF SAN FRANCISCO

3    _____

4    DEWAYNE JOHNSON,

5              Plaintiff,

6

          -vs-                        Case No. CGC-16-550128

7

8    MONSANTO COMPANY,

9              Defendant.

     _____

10

11

12              CONFIDENTIAL VIDEOTAPED DEPOSITION OF

13                   DR. CHARLES M. BENBROOK

14                    9:04 a.m. to 7:45 p.m.

15                      February 8, 2018

16                      Orange, Virginia

17

18

19

20

21

22

23

24   Job No. 137478

25              REPORTED BY:  Rhonda D. Tuck, RPR, CRR

Confidential

## Page 2

1  Confidential Videotaped Deposition of
2  DR. CHARLES M. BENBROOK, taken and transcribed on
3  behalf of the Defendant, by and before Rhonda D.
4  Tuck, RPR, CRR, Notary Public in and for the
5  Commonwealth of Virginia at large, pursuant to the
6  Rules of Civil Procedures for the State of
7  California, and by Notice to Take Depositions;
8  commencing at 9:04 a.m., February 8, 2018, at The
9  Round Hill Inn, 750 Round Hill Drive, Orange,
10  Virginia.
11
12  APPEARANCES OF COUNSEL:
13
14  THE MILLER FIRM
15  The Sherman Building
16  108 Railroad Avenue
17  Orange, Virginia 22960
18  BY:  TIMOTHY LITZENBURG, ESQUIRE
19  JEFFREY TRAVERS, ESQUIRE
20  Counsel for the Plaintiff
21
22
23
24
25

## Page 3

1  APPEARANCES OF COUNSEL CONT'D:
2
3  ANDRUS WAGSTAFF
4  19 Belmont Street
5  South Easton, Massachusetts 02375
6  BY:  KATHRYN FORGIE, ESQUIRE
7  Counsel for the Plaintiff
8
9
10
11
12  HOLLINGSWORTH
13  1350 I Street, N.W.
14  Washington, DC 20005
15  BY:  WILLIAM COPLE, III, ESQUIRE
16  GRANT HOLLINGSWORTH, ESQUIRE
17  Counsel for the Defendant
18
19
20
21
22
23
24
25

## Page 4

1  APPEARANCES OF COUNSEL CONT'D:
2
3  WINSTON & STRAWN
4  35 W. Wacker Drive
5  Chicago, Illinois 60601
6  BY:  SARAH KRAJEWSKI, ESQUIRE
7  Counsel for the Defendant
8
9
10
11
12
13  ALSO PRESENT:
14  Matthew Henry - Videographer
15
16
17
18
19
20
21
22
23
24
25

## Page 5

1  I N D E X
2
WITNESS:  DR. CHARLES M. BENBROOK
3
Examination by Mr. Cople.............................10
4
Examination by Mr. Litzenburg.....................573
5
6
7  E X H I B I T S
8  Benbrook Exhibit Number 1...........................11
"Time Spent on Miller Glyphosate Case"
9
10  Benbrook Exhibit Number 2...........................66
"Supplemental Reliance List: Dr. Benbrook"
11  Benbrook Exhibit Number 3...........................81
"Resume for Charles M. Benbrook"
12
13  Benbrook Exhibit Number 4...........................83
"Expert Report of Charles Benbrook"
14  Benbrook Exhibit Number 5...........................99
"Defendant Monsanto Company's Notice of Videotaped
15  Deposition of Charles M. Benbrook Via Deposition
Subpoena"
16
Benbrook Exhibit Number 6..........................103
17  Title 40 Code of Federal Regulation, Section 158.500
18  Benbrook Exhibit Number 7..........................143
"Revised Glyphosate Issue Paper: Evaluation of
19  Carcinogenic Potential, EPA's Office of Pesticide
Programs, December 12th, 2017"
20
Benbrook Exhibit Number 8..........................150
21  U.S. EPA Memorandum, 12/12/17, Subject: Glyphosate
Draft Human Health Risk Assessment in Support of
22  Registration Review
23  Benbrook Exhibit Number 9..........................198
Testimony of Anna B. Lowit before House Committee on
24  Science, Space and Technology, 2/6/18
25

Confidential

## Page 6

E X H I B I T S

1
2  Benbrook Exhibit Number 10...........................202
      U.S. EPA Memorandum, 3/4/85, Subject: Consensus Review
3    of Glyphosate Caswell No. 661A
4  Benbrook Exhibit Number 11...........................231
      "Guidance for the reregistration of pesticide products
5    containing glyphosate as the active ingredient"
6  Benbrook Exhibit Number 12...........................267
      Verbatim transcript of 2/11/86 SAP meeting
7
8  Benbrook Exhibit Number 13...........................269
      U.S. EPA Memorandum, 2/24/86, Subject: Transmittal of
      the Final FIFRA Scientific Advisory Panel Reports on
9    the February 11-12, 1986 Meeting
10 Benbrook Exhibit Number 14...........................286
      U.S. EPA Memorandum, 6/19/89, Subject: Glyphosate -
11   EPA Registration Nos. 524-318 and 524-333 - Historical
      Control Data for Mouse Kidney Tumors
12
13 Benbrook Exhibit Number 15...........................310
      U.S. EPA Memorandum, 10/30/91, Subject: Second Peer
      Review of Glyphosate
14
15 Benbrook Exhibit Number 16...........................321
      EPA Reregistration Eligibility Decision for Glyphosate
16 Benbrook Exhibit Number 17...........................367
      EPA Label Review Manual
17
18 Benbrook Exhibit Number 18...........................411
      EPA Final Rule on Glyphosate; Pesticide Tolerances
      Federal Register, 9/27/02
19
20 Benbrook Exhibit Number 19...........................456
      Letter to Dr. Martens from Dr. Parry, 2/11/99
21 Benbrook Exhibit Number 20...........................467
      40 CFR 152.44 - Application for amended registration
22
23 Benbrook Exhibit Number 21...........................467
      40 CFR 152.46 - Application for amended registration
24
25

## Page 7

E X H I B I T S

1
2  Benbrook Exhibit Number 22...........................479
      Emails, beginning from Daniel Jenkins,
3    Subject: RE: glyphosate: bibliography follow
      up--second list of studies
4
      Benbrook Exhibit Number 23...........................481
5    U.S. EPA Memorandum, 4/3/09, Subject: Alkyl Amine
      Polyalkoxylates (ITF CST 4 Inert Ingredients)
6
      Benbrook Exhibit Number 24...........................485
7    TNO Report: "In vitro percutaneous absorption study
      with [14C] glyphosate in viable rat skin membranes"
8
      Benbrook Exhibit Number 25...........................491
9    Part of the EPA regulations providing details in the
      implementation of FIFRA
10
      Benbrook Exhibit Number 26...........................491
11   EPA Federal Register Final Rule Publication, 9/19/97
12   Benbrook Exhibit Number 27...........................495
      EPA 1996 Food Quality Protection Act Implementation Plan
13
      Benbrook Exhibit Number 28...........................502
14   EPA Final Rule on Glyphosate; Pesticide Tolerances
      Federal Register, 4/11/97
15
      Benbrook Exhibit Number 29...........................516
16   "A Case-Control Study of Non-Hodgkin Lymphoma and
      Exposure to Pesticides," Hardell and Eriksson
17
      Benbrook Exhibit Number 30...........................530
18   "Non-Hodgkin's Lymphoma and Specific Pesticide
      Exposures in Men: Cross-Canada Study of Pesticides
19   and Health," McDuffie, Pahwa, McLaughlin, Spinelli,
      Fincham, Dosman, Robson, Skinnider, Choi
20
      Benbrook Exhibit Number 31...........................540
21   "Glyphosate Use and Cancer Incidence in the
      Agricultural Health Study," Andreotti, Koutros, Hofmann,
22   Sandler, Lubin, Lynch, Lerro, De Roos, Parks, Alavanja,
      Silverman, Beane Freeman
23
      Benbrook Exhibit Number 32...........................553
24   U.S. EPA Memorandum, 12/12/17, Subject: Summary Review
      of Recent Analysis of Glyphosate Use and Cancer
25   Incidence in the Agricultural Health Study

## Page 8

E X H I B I T S

1
2  Benbrook Exhibit Number 33...........................570
      "Claims of Organic Food's Nutritional Superiority:
3    A Critical Review By Dr. Joseph D. Rosen"
4  Benbrook Exhibit Number 34...........................573
      "Exposure to Pesticides as Risk Factor for Non-Hodgkin's
5    Lymphoma and Hairy Cell Leukemia: Pooled Analysis of
      Two Swedish Case-control Studies," Hardell, Eriksson,
6    Nordstrom
7  Benbrook Exhibit Number 35...........................578
      Surfactant Issue Analysis
8
      Benbrook Exhibit Number 36...........................578
9    Operator exposure assessment for MON 2139 - UK - Case
10
11                 * * * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 9

1        (9:04 a.m., February 8, 2018)
2
09:03  3        THE VIDEOGRAPHER:  This is the start of
09:03  4   Media Label Number 1 of the video-recorded
09:03  5   deposition of Dr. Charles Benbrook, in the
09:03  6   matter of Dewayne Johnson versus Monsanto
09:03  7   Company, in the Superior Court of the State of
09:04  8   California, for the County of San Francisco,
09:04  9   Case Number CGC-16-550128.
09:04 10       This deposition is being held at
09:04 11   750 Round Hill Road, Orange, Virginia, on
09:04 12   February 8, 2018, at approximately 9:04 a.m.
09:04 13       My name is Matthew Henry, legal video
09:04 14   specialist with TSG Reporting.  The court
09:04 15   reporter is Rhonda Tuck, in association with TSG
09:04 16   Reporting.
09:04 17       Counsel, please introduce yourselves.
09:04 18       MR. LITZENBURG:  Timothy Litzenburg and
09:04 19   Jeff Travers, for The Miller Firm, for the
09:04 20   plaintiff.
09:04 21       MS. FORGIE:  Kathryn Forgie, Andrus
09:04 22   Wagstaff, for the plaintiff.
09:04 23       MR. COPLE:  William Cople and Grant
09:04 24   Hollingsworth, both of Hollingsworth LLP, for
09:04 25   Monsanto Company.

Confidential

Page 10

```
09:04   1          MS. KRAJEWSKI:  Sarah Krajewski, for
09:04   2   Monsanto Company.
09:04   3          THE VIDEOGRAPHER:  Will the court
09:04   4   reporter please swear in the witness.
09:05   5
09:05   6          DR. CHARLES M. BENBROOK
09:05   7   was first duly sworn and testified as follows:
09:05   8      E X A M I N A T I O N
09:05   9   BY MR. COPLE:
09:05  10      Q.   Good morning, Dr. Benbrook.
09:05  11      A.   Good morning, Mr. Cople.
09:05  12      Q.   We haven't met before, have we?
09:05  13      A.   I don't think so.
09:05  14      Q.   I don't think so either.  We'll spend a
09:05  15   good amount of time today talking and probably a
09:05  16   good amount of time tomorrow, as well.  We have your
09:05  17   expert report in the Dewayne Johnson case, and our
09:05  18   understanding is that you've been retained to be an
09:05  19   expert on his behalf in that lawsuit.  Correct?
09:05  20      A.   Yes.
09:05  21      Q.   We have your expert report, which is, as
09:05  22   I recall, 207 pages and 1,096 individual numbered
09:05  23   paragraphs.  Does that sound about right?
09:05  24      A.   About right, yes.
09:05  25          MR. COPLE:  All right.  We also have what
```

Page 11

```
09:05   1   was handed to me just at the outset of this
09:06   2   deposition.  Let's mark this as an exhibit for
09:06   3   the deposition, Exhibit 1.  We'll do it as a
09:06   4   single deposition.
09:06   5          (Benbrook Exhibit Number 1 is marked for
09:06   6   identification.)
09:06   7   BY MR. COPLE:
09:06   8      Q.   Just for identification, I have what
09:06   9   looks like a time sheet or time spent by yourself,
09:06  10   Dr. Benbrook, on various aspects of a glyphosate
09:06  11   case from The Miller Law Firm, and I'll ask you in a
09:06  12   moment to explain what this is, but I've got one,
09:06  13   two, three, four, five, six, seven separate pages.
09:06  14          Are these all time sheets for your work
09:06  15   spent?
09:07  16      A.   Yes, sir.
09:07  17      Q.   How many hours does it take you to
09:07  18   research and write and edit what ends up to be your
09:07  19   final expert report, which we haven't marked yet,
09:07  20   but we will a little later, your expert report in
09:07  21   this case?
09:07  22      A.   It would be the majority of the hours
09:07  23   listed for October, November, and December in the
09:07  24   billing records.  That's when I was actively
09:07  25   writing.
```

Page 12

```
09:07   1      Q.   Can you give us an approximate number for
09:07   2   those months?
09:07   3      A.   Yeah, sure.  Between 320 and 350.
09:07   4      Q.   Okay.  Between 320 and 350 hours that you
09:08   5   spent just researching information and writing your
09:08   6   expert report.  Is that right?
09:08   7      A.   Those hours were predominantly writing
09:08   8   the report.  I had done significant research prior
09:08   9   to that.
09:08  10      Q.   Also to support the writing of the
09:08  11   report?
09:08  12      A.   Well, I suppose any effort I made to read
09:08  13   EPA documents, scientific literature on
09:08  14   glyphosate-based herbicides could and probably did
09:08  15   feed into my knowledge that I brought to the task of
09:08  16   writing the report, which I -- as I said, I started
09:08  17   actually creating a file that became the report in
09:08  18   October.
09:08  19      Q.   What's the hourly rate that you charge
09:08  20   The Miller Firm for your work for Mr. Johnson's
09:08  21   case?
09:08  22      A.   About $300 an hour.
09:08  23      Q.   Is that the same rate for testifying
09:08  24   today at the deposition?
09:08  25      A.   Yes, sir.
```

Page 13

```
09:08   1      Q.   Is it the same rate as for testifying at
09:08   2   trial?
09:08   3      A.   Yes, sir.
09:08   4      Q.   So $300 an hour times 320 to 350 hours
09:09   5   spent researching and writing the report would
09:09   6   reflect the amount of compensation you received for
09:09   7   preparing your expert report, right?
09:09   8      A.   Yes.
09:09   9      Q.   Were there additional hours beyond the
09:09  10   320 to 350 hours you just described?
09:09  11      A.   No.
09:09  12      Q.   So that's the total figure for the amount
09:09  13   of time you spent on the case?
09:09  14      A.   No.  That is the time that I spent on the
09:09  15   case from October, when I started actively writing
09:09  16   the report, until, what -- it was filed
09:09  17   December 23rd or early -- a few days before
09:09  18   Christmas.
09:09  19      Q.   When did -- when did you start working on
09:09  20   this case?
09:09  21      A.   I was contacted by Mr. Litzenburg in late
09:09  22   September of 2016, by phone.  A few days later, it
09:10  23   so happened I was in Baltimore.  I had been in some
09:10  24   meetings at Johns Hopkins University, and I had to
09:10  25   go to National Airport.  And Mr. Litzenburg was
```

Confidential

## Page 14

09:10 1   driving through Baltimore to D.C., and we met -- met
09:10 2   at the hotel I stayed at, and he gave me a ride to
09:10 3   National Airport. That was the first time I met him
09:10 4   in person, and we discussed the case then. Sometime
09:10 5   in the next week or so, we formally agreed that I
09:10 6   would work on the case.
09:10 7       Q.  And what month was this?
09:10 8       A.  September. Late September.
09:10 9       Q.  2017?
09:10 10      A.  2016. Did you know Mr. Litzenburg before
09:10 11  he called you?
09:10 12      A.  No.
09:10 13      Q.  Did you know anybody at The Miller Firm
09:10 14  before he called you?
09:10 15      A.  No, sir.
09:10 16      Q.  Did you know any of the lawyers involved
09:10 17  in litigation filed against Monsanto regarding
09:11 18  glyphosate before Mr. Litzenburg called you?
09:11 19      A.  Oh, jeez, I don't know all the lawyers
09:11 20  that have been involved in litigation involving
09:11 21  Monsanto.
09:11 22      Q.  Do you know how Mr. Litzenburg came to
09:11 23  contact you or reach out to you?
09:11 24      A.  Let's see if I can remember. I don't. I
09:11 25

## Page 15

09:11 1   don't recall.
09:11 2       Q.  You've been deposed a great many times;
09:11 3   is that right?
09:11 4       A.  Well, I've been deposed 15 --
09:11 5   approximately 15 times.
09:11 6       Q.  And you've given trial testimony a number
09:11 7   of times too, right?
09:11 8       A.  Twice.
09:11 9       Q.  So twice in a courtroom in front of a
09:11 10  jury?
09:11 11      A.  Yes, sir.
09:11 12      Q.  And 15 or up to as many as 20
09:11 13  depositions?
09:11 14      A.  I don't think 20, no, but around 15. My
09:11 15  litigation history is in my resume, and I'm sure
09:12 16  you'll go over it, so we'll get the right number.
09:12 17      Q.  Everything in your resume is current and
09:12 18  up to date; is that correct?
09:12 19      A.  The only thing I didn't add is I've had a
09:12 20  new peer-reviewed paper accepted just a few days
09:12 21  ago. It's not published yet, but it will be. It's
09:12 22  on the nutritional value of different types of milk.
09:12 23  I didn't feel it was necessary for me to update it
09:12 24  as accepted. It's not published yet. But that's
09:12 25  the only thing I would add.

## Page 16

09:12 1       Q.  Does it have anything to do with
09:12 2   glyphosate?
09:12 3       A.  No.
09:12 4       Q.  Does it have anything to do with
09:12 5   Monsanto?
09:12 6       A.  Not a thing.
09:12 7       Q.  Does it have anything to do with EPA
09:12 8   regulations?
09:12 9       A.  No, sir.
09:12 10      Q.  The report, your final expert report in
09:12 11  this case, which, as I said, we have, does that
09:12 12  represent all of the opinions that you have formed
09:12 13  and are intending to give in this -- in this lawsuit
09:12 14  for Mr. Johnson?
09:12 15      MR. LITZENBURG:  Objection to form.
09:13 16  You can answer.
09:13 17      THE WITNESS:  Certainly all of the
09:13 18  opinions that I hold at this time.
09:13 19  BY MR. COPLE:
09:13 20      Q.  You intend to do additional work where
09:13 21  you might form additional opinions?
09:13 22      MR. LITZENBURG:  Objection to form.
09:13 23      THE WITNESS:  Well, I -- I will continue
09:13 24  to read the literature that comes out on
09:13 25  glyphosate. I really don't think anything

## Page 17

09:13 1   that -- anything new that's published will be
09:13 2   material to this case, given the facts of the
09:13 3   case, but I'm not going to stop thinking or
09:13 4   reading or tracking developments involving
09:13 5   glyphosate-based herbicides.
09:13 6   BY MR. COPLE:
09:13 7       Q.  Sitting here right now, you expect that
09:13 8   the opinions that you would give at a trial of
09:13 9   Mr. Johnson's case would all be included in the
09:13 10  current version of your expert report; is that
09:13 11  right?
09:13 12      A.  I would suspect so, yes.
09:13 13      Q.  And if you form additional opinions,
09:13 14  you're going to let us know?
09:13 15      A.  Sure.
09:13 16      MR. LITZENBURG:  Form.
09:13 17  BY MR. COPLE:
09:13 18      Q.  That's great. Now, you're an economist
09:14 19  by education and training, aren't you?
09:14 20      A.  My degree was in economics, correct.
09:14 21      Q.  And you -- as I understand, when I say
09:14 22  Dr. Benbrook, I'm referring to a Ph.D. you have in
09:14 23  agricultural economics, correct?
09:14 24      A.  Right.
09:14 25      Q.  So that's also training and education as

Confidential

Page 18

09:14 1 an economist, correct?
09:14 2     A.   Correct.
09:14 3     Q.   Economics is a social science?
09:14 4     A.   Correct.
09:14 5     Q.   You're not a scientist by education or
09:14 6 training, right?
09:14 7     A.   Well, that would depend whether you are
09:14 8 among the people that feel that field of study such
09:14 9 as economics is a science or whether it's something
09:14 10 else; but in general and in all academic
09:14 11 institutions, degrees awarded in the field of
09:14 12 economics are granted a doctor of philosophy degree.
09:14 13     Q.   You are not educated or trained in any
09:14 14 field of medicine, right?
09:14 15     A.   Correct.
09:14 16     Q.   And that would include oncology or
09:14 17 anything pertaining to the diagnosis or treatment of
09:15 18 cancer?
09:15 19     A.   Correct.
09:15 20     Q.   You have no education or educational
09:15 21 degree recognizing you as an epidemiologist, right?
09:15 22     A.   Correct.
09:15 23     Q.   And how about toxicology?  Do you have
09:15 24 education in toxicology that's granted you a degree?
09:15 25     A.   No, sir.

Page 19

09:15 1     Q.   Chemistry?
09:15 2     A.   No, sir.
09:15 3     Q.   Is there any physical science in which
09:15 4 you have received education that has recognized you
09:15 5 with a degree?
09:15 6     A.   No.
09:15 7     Q.   What about the field of regulation,
09:15 8 specifically the U.S. Environmental Protection
09:15 9 Agency?  Are you trained and certified by any
09:15 10 organization as someone who has expertise in EPA
09:15 11 regulations?
09:15 12         MR. LITZENBURG:  Form.
09:16 13         THE WITNESS:  I don't know of any
09:16 14     organization that does that.  If one had
09:16 15     existed, I perhaps might seek such
09:16 16     certification, since my -- throughout my entire
09:16 17     career I've worked on federal pesticide
09:16 18     legislation, regulation issues, but I don't know
09:16 19     of any such certification.
09:16 20 BY MR. COPLE:
09:16 21     Q.   Well, let's just --
09:16 22     A.   So I have none.
09:16 23     Q.   Well, let's just talk about what you just
09:16 24 said for a brief moment:  Throughout your career
09:16 25 that you've worked on pesticide legislation and

Page 20

09:16 1 regulation.
09:16 2         When you say "legislation," are you
09:16 3 referring to the job you had back in 1981 through
09:16 4 1983 with the committee -- subcommittee of the House
09:16 5 Agricultural Committee?
09:16 6     A.   That was my first significant
09:16 7 introduction to the Federal Insecticide, Fungicide,
09:16 8 Rodenticide Act, otherwise known as FIFRA, which is
09:17 9 the primary federal statute governing the use of
09:17 10 regulation of pesticides in the United States.
09:17 11         The subcommittee on which I served as the
09:17 12 staff director was named Subcommittee on Department
09:17 13 Operations Research and Foreign Agriculture.  And
09:17 14 within that subcommittee's jurisdiction in the House
09:17 15 of Representatives fell this federal pesticide law,
09:17 16 or FIFRA, and hearings and legislative activity
09:17 17 involving FIFRA was, as it turned out, the issue
09:17 18 that commanded the largest percent of time in the
09:17 19 subcommittee for the three years that I served as
09:17 20 the staff director.  So it was -- it was a full body
09:17 21 immersion in the law and regulations and issues at
09:17 22 that time, and I have remained active and involved
09:18 23 with legislation impacting the regulation of
09:18 24 pesticides since that time.
09:18 25     Q.   When you say you've served on the

Page 21

09:18 1 committee or on the subcommittee, you mean you've
09:18 2 served for the subcommittee, correct?
09:18 3     A.   Yes, I served on the subcommittee staff.
09:18 4     Q.   You were not a member of the
09:18 5 subcommittee?
09:18 6     A.   I was not an elected member of Congress,
09:18 7 no, sir.
09:18 8     Q.   And you were the staff director, as I
09:18 9 recall from your resume, right?
09:18 10     A.   Correct.
09:18 11     Q.   And so that would suggest that there were
09:18 12 staffers other than yourself for the subcommittee,
09:18 13 right?
09:18 14     A.   There were some interns from time to
09:18 15 time, but I was the sole professional staff member,
09:18 16 and I was hired into a job for which there was a job
09:18 17 title before I took it, and the job title was staff
09:18 18 director.
09:18 19     Q.   Not to be glib, Doctor, but are you
09:18 20 saying you were a staff director without a formal
09:18 21 staff?
09:18 22     A.   Yes, sir.
09:19 23     Q.   All right.  As the staff director, you
09:19 24 were not asked to investigate scientific questions
09:19 25 regarding, for example, toxicity of pesticides,

Confidential

---

Page 22

09:19 1  right?
09:19 2      A.   Yes, I was.
09:19 3      Q.   As a scientist?
09:19 4      A.   As the staff director of that
09:19 5  subcommittee, when the members of the subcommittee
09:19 6  felt there were issues pertaining to the regulation
09:19 7  of pesticides, the risk of pesticides, the quality
09:19 8  of data supporting pesticide regulations, the risk
09:19 9  of cancer from use of and exposure to pesticides --
09:19 10  when members had concerns about issues of that
09:19 11  nature, as is the case with all congressional
09:19 12  subcommittees and committees, they work with the
09:19 13  staff to request information from federal agencies,
09:19 14  from other impacted parties, from stakeholders.
09:20 15  They request assistance from the staff in setting up
09:20 16  hearings, identifying knowledgeable people who can
09:20 17  speak to the issues of concern, to members of the
09:20 18  subcommittee or their constituents.  And throughout
09:20 19  the time I served as the staff director of the DORFA
09:20 20  subcommittee, pesticide risks and, in particular,
09:20 21  cancer issues were of primary concern.
09:20 22      Q.   So you organized hearings, right?
09:20 23      A.   Correct.
09:20 24      Q.   And you identified individuals that were
09:20 25  knowledgeable about different scientific or

---

Page 23

09:20 1  regulatory aspects of pesticides, correct?
09:20 2      A.   Yes, sir.
09:20 3      Q.   And you reached out to different federal
09:20 4  agencies that had legal responsibility for the
09:20 5  regulation of pesticides, correct?
09:20 6      A.   Yes.
09:20 7      Q.   My question to you was, did you conduct
09:20 8  scientific investigations of toxicity of pesticides?
09:21 9      A.   Define "scientific investigation."
09:21 10      Q.   Did you do scientific research?  Did you
09:21 11  do bench experiments with rodents?  Did you do
09:21 12  epidemiology reviews of study of disease and human
09:21 13  populations?  Did you do anything that a scientist
09:21 14  does?
09:21 15      A.   No.  I did not have a lab.  I did not
09:21 16  conduct any animal experiments.  I did not collect
09:21 17  any original data supporting an epidemiological
09:21 18  assessment.  No, I didn't do any of those
09:21 19  activities.
09:21 20      Q.   You worked for Congressman George Brown;
09:21 21  is that right?
09:21 22      A.   Correct.  He was the chairman of the
09:21 23  subcommittee.
09:21 24      Q.   That's former Congressman Brown from
09:21 25  California; is that right?

---

Page 24

09:21 1      A.   Yes, sir.
09:21 2      Q.   Is there anyone else you've worked for as
09:21 3  staff director besides Congressman Brown?
09:21 4      A.   Well, I really worked for the full
09:21 5  committee, the full subcommittee.  This was back at
09:21 6  a time when the Congress still functioned in a
09:22 7  largely bipartisan basis.  There was a high degree
09:22 8  of cooperation between both the majority and
09:22 9  minority members of the subcommittee and the staff.
09:22 10      I worked very closely with William
09:22 11  Wampler, the ranking Republican on the subcommittee,
09:22 12  a very distinguished congressman from the great
09:22 13  state of Virginia.  After Mr. Wampler left the
09:22 14  Congress, Pat Roberts from Kansas became the ranking
09:22 15  minority member.  I worked very close with
09:22 16  Mr. Roberts.  I think everyone on the subcommittee
09:22 17  was pleased and proud that we worked in such a
09:22 18  collegial and collaborative way.
09:22 19      Q.   You worked closely with Congressman
09:22 20  Wampler of Virginia, Congressman Roberts of Kansas,
09:22 21  Congressman Brown, and maybe others to do the things
09:22 22  you just described: organize hearings, identify
09:22 23  knowledgeable individuals, and reach out to federal
09:22 24  agencies, correct?
09:22 25      A.   Yes, sir.

---

Page 25

09:23 1      Q.   Now, the federal agencies that you
09:23 2  reached out to, which ones were they?
09:23 3      A.   The Environmental Protection Agency, the
09:23 4  U.S. Department of Agriculture, the Food and Drug
09:23 5  Administration, the Department of Health and Human
09:23 6  Services, the National Cancer Institute, various,
09:23 7  various subagencies within -- USDA, of course.
09:23 8  Those were the primary federal agencies that we
09:23 9  interacted with.  We also had substantial
09:23 10  interaction with some state agencies.
09:23 11      Q.   And each of those agencies that you
09:23 12  reached out to have had responsibility or still have
09:23 13  responsibility, direct or indirect, for regulation
09:23 14  of pesticides in the United States, correct?
09:23 15      A.   No, not all of them.  The National Cancer
09:23 16  Institute, for example, has no direct responsibility
09:24 17  in conducting and acting upon regulatory proposals
09:24 18  or petitions to establish tolerances or set
09:24 19  acceptable levels of exposure.  The National Cancer
09:24 20  Institute is, as you know, a science agency that
09:24 21  conducts studies of factors impacting human health.
09:24 22      So the National Cancer Institute did not
09:24 23  have a direct role in the regulation of pesticides,
09:24 24  but clearly did have an important role in
09:24 25  contributing to the body of scientific knowledge

Confidential

### Page 26

09:24 1 that the EPA and other federal agencies and the
09:24 2 Congress, for that matter, drew upon in making
09:24 3 decisions about -- about pesticide regulation and
09:24 4 use.
09:24 5    Q.    You never worked for the National Cancer
09:25 6 Institute, correct?
09:25 7    A.    Correct.
09:25 8    Q.    You're not a scientist, so there would
09:25 9 not have been an appropriate place for you to work
09:25 10 there, right?
09:25 11    A.    I am a scientist.  I have a doctor of
09:25 12 philosophy in economics.  I publish in scientific
09:25 13 journals.  I publish on a wide range of issues that
09:25 14 arise in the regulation and use of pesticides from
09:25 15 agronomic, integrated pest management impacts, to
09:25 16 human health impacts, to drift and damage to crops.
09:25 17 Gaining expertise in these various aspects of the
09:25 18 use, risk and benefits of pesticides, is -- it's
09:25 19 necessary for people that become heavily involved in
09:25 20 the regulation of pesticides.
09:25 21    Q.    You have no degree in any physical
09:26 22 science, correct?
09:26 23    A.    Sir, you already asked me that question.
09:26 24    Q.    Well, you said you're a scientist.  I
09:26 25 want to be clear that you have no degree in any

### Page 27

09:26 1 physical science.
09:26 2    MR. LITZENBURG:  Asked and answered.
09:26 3    THE WITNESS:  Correct.
09:26 4 BY MR. COPLE:
09:26 5    Q.    And you have no formal training in any
09:26 6 physical science, right?
09:26 7    MR. LITZENBURG:  Asked and answered.
09:26 8    THE WITNESS:  Correct.
09:26 9 BY MR. COPLE:
09:26 10    Q.    Now, these other agencies -- you
09:26 11 distinguished NCI as not a regulator, and these
09:26 12 other agencies that you would reach out to, did they
09:26 13 all -- did they have direct or indirect
09:26 14 responsibility for pesticide regulation in the
09:26 15 United States?
09:26 16    A.    The Environmental Protection Agency is
09:26 17 the primary and lead agency with primary
09:26 18 responsibility over most aspects of pesticide
09:26 19 regulation.  The statutory authority for EPA's
09:26 20 regulatory actions arise from two different
09:27 21 statutes.  The Federal Insecticide, Fungicide, and
09:27 22 Rodenticide Act, which was passed in the '50s and
09:27 23 has been significantly amended perhaps four or five
09:27 24 times since its initial passage, directs most
09:27 25 provisions to the Environmental Protection Agency.

### Page 28

09:27 1    However, a critical part of the
09:27 2 regulation and use of all agricultural pesticides
09:27 3 applied on food crops is the setting of tolerances
09:27 4 governing legal levels of pesticides -- and often
09:27 5 there are breakdown products -- in food at the time
09:27 6 the food is harvested and moves off of the field
09:27 7 where it was produced.
09:28 8    The authority for setting such tolerance
09:28 9 levels is contained in the Food, Drug, and Cosmetic
09:28 10 Act, which is the primary authorizing statute for
09:28 11 the food, drug -- for the Food and Drug
09:28 12 Administration, the FDA.
09:28 13    Prior to the formation of the EPA in
09:28 14 1972, the FDA was the agency with primary
09:28 15 responsibility over setting tolerances and assessing
09:28 16 pesticide residues in food.  The FDA's role and
09:28 17 responsibility in setting tolerances under Sections
09:28 18 408 and 409 of the Food, Drug, and Cosmetic Act were
09:28 19 transferred to the EPA in 1972 upon the formation of
09:28 20 that agency by then President Nixon.
09:28 21    As part of that transfer, the underlying
09:29 22 statutory authority in the Food, Drug, and Cosmetic
09:29 23 Act in effect shifted to governing the actions of
09:29 24 the EPA in reviewing petitions from pesticide
09:29 25 manufacturers for the establishment of tolerances

### Page 29

09:29 1 under these two operative sections of the Food,
09:29 2 Drug, and Cosmetic Act.
09:29 3    Since 1972, FDA's role in pesticide
09:29 4 regulation has been minimal.  They do conduct
09:29 5 ongoing annual assessments of pesticide residues in
09:29 6 the food supply through what's called the Total Diet
09:29 7 Study, and they become involved in pesticide
09:29 8 regulatory issues from time to time, especially when
09:29 9 the heart of the issue arises from some conflict
09:29 10 between provisions in the Food, Drug, and Cosmetic
09:29 11 Act and operating regulations thereto, compared to
09:30 12 provisions in the FIFRA statute and regulations that
09:30 13 have been promulgated in response to the provisions
09:30 14 of that law.
09:30 15    So that's the EPA/FDA interface.
09:30 16    The U.S. Department of Agriculture has no
09:30 17 direct authority but is in pesticide regulation, but
09:30 18 it is often consulted.  And there are varying
09:30 19 degrees of formal advisory roles that the U.S.
09:30 20 Department of Agriculture has played over the last
09:30 21 40 years with often the EPA and the FDA in various
09:30 22 interagency committees and councils, et cetera, to
09:30 23 try to assure that the different federal agencies
09:30 24 with some responsibility or some role in
09:31 25 interactions with impacted stakeholder groups remain

Confidential

## Page 30

| | | |
|---|---|---|
| 09:31 | 1 | more or less on the same page relative to policy |
| 09:31 | 2 | issues, the need for new legislation, budget issues, |
| 09:31 | 3 | responding to various crisis, et cetera. |
| 09:31 | 4 | The Department of Agriculture's important |
| 09:31 | 5 | direct roles in pesticide regulatory program at this |
| 09:31 | 6 | time arise out of the activities in the agriculture |
| 09:31 | 7 | marketing service, which administers the pesticide |
| 09:31 | 8 | data program, which is a congressionally authorized |
| 09:31 | 9 | and funded pesticide residue testing program carried |
| 09:31 | 10 | out on an annual basis, through which between 15 and |
| 09:31 | 11 | 25,000 samples of foods that play an important role |
| 09:31 | 12 | in the diets of infants and children are tested for |
| 09:31 | 13 | the presence and levels of several hundred |
| 09:32 | 14 | pesticides and their isomers and metabolites so that |
| 09:32 | 15 | the data, the data on actual residues in food as |
| 09:32 | 16 | eaten, can be provided on an annual basis to the |
| 09:32 | 17 | Environmental Protection Agency for incorporation in |
| 09:32 | 18 | its dietary risk assessments. |
| 09:32 | 19 | Congress established that program in 1990 |
| 09:32 | 20 | and has funded it ever since in the interest of |
| 09:32 | 21 | assuring that EPA pesticide dietary risk assessments |
| 09:32 | 22 | are based on real-world, accurate, and up-to-date |
| 09:32 | 23 | data, particularly for those foods that play a |
| 09:32 | 24 | significant role in the diets of infants and |
| 09:32 | 25 | children. |

## Page 31

| | | |
|---|---|---|
| 09:32 | 1 | The Department of Agriculture also has a |
| 09:32 | 2 | pest management office, which works on the impacts |
| 09:32 | 3 | of a broad spectrum of USDA programs on agricultural |
| 09:33 | 4 | practices and, in particular, an approach to pest |
| 09:33 | 5 | management called "integrative pest management," |
| 09:33 | 6 | which is universally regarded as the most |
| 09:33 | 7 | sustainable and safest way for farmers on an ongoing |
| 09:33 | 8 | basis to deal with pests.  And that office of pest |
| 09:33 | 9 | management within USDA plays a number of different |
| 09:33 | 10 | roles in the pesticide regulatory process.  Although |
| 09:33 | 11 | ultimately, at the end of the day, the major |
| 09:33 | 12 | decisions remain with EPA. |
| 09:33 | 13 | Q.    So your answer is yes? |
| 09:33 | 14 | MR. LITZENBURG:  Objection.  That was the |
| 09:33 | 15 | answer. |
| 09:33 | 16 | THE WITNESS:  I -- my -- I just gave you |
| 09:33 | 17 | my answer.  You asked for the role of different |
| 09:33 | 18 | federal agencies. |
| 09:33 | 19 | BY MR. COPLE: |
| 09:33 | 20 | Q.    No, I didn't.  I asked you if any of the |
| 09:33 | 21 | three agencies, other than NCI, that you reached out |
| 09:34 | 22 | to had direct or indirect responsibility for |
| 09:34 | 23 | regulation of pesticides in the United States.  So |
| 09:34 | 24 | your answer is yes, correct? |
| 09:34 | 25 | A.    That is not a question that can be |

## Page 32

| | | |
|---|---|---|
| 09:34 | 1 | answered with a yes-or-no answer, sir.  Sorry. |
| 09:34 | 2 | Q.    So you don't know the answer? |
| 09:34 | 3 | A.    I just gave you the answer. |
| 09:34 | 4 | MR. LITZENBURG:  Just gave you a lengthy |
| 09:34 | 5 | answer. |
| 09:34 | 6 | BY MR. COPLE: |
| 09:34 | 7 | Q.    Now, you've never worked for -- you've |
| 09:34 | 8 | been employed by EPA, correct? |
| 09:34 | 9 | A.    No, I've never been a full-time employee |
| 09:34 | 10 | of the EPA. |
| 09:34 | 11 | Q.    You've never been employed by FDA, |
| 09:34 | 12 | correct? |
| 09:34 | 13 | A.    Correct. |
| 09:34 | 14 | Q.    Never been employed by USDA, correct? |
| 09:34 | 15 | A.    Correct. |
| 09:34 | 16 | Q.    And those are the agencies you just gave |
| 09:34 | 17 | that long answer describing their responsibilities, |
| 09:34 | 18 | correct? |
| 09:34 | 19 | A.    Correct. |
| 09:34 | 20 | Q.    All right.  When we received your expert |
| 09:34 | 21 | report, we also received subsequent to it a |
| 09:35 | 22 | supplemental reliance list for you, Dr. Benbrook, |
| 09:35 | 23 | with a list of documents.  Are you familiar with the |
| 09:35 | 24 | supplemental reliance list?  Do you know what that |
| 09:35 | 25 | is? |

## Page 33

| | | |
|---|---|---|
| 09:35 | 1 | A.    No.  I haven't seen it. |
| 09:35 | 2 | Q.    You didn't prepare it? |
| 09:35 | 3 | A.    No, I didn't. |
| 09:35 | 4 | Q.    Did you prepare in your report the -- |
| 09:35 | 5 | Dr. Benbrook's -- there's another supplemental |
| 09:35 | 6 | reliances.  Did you prepare that, as well? |
| 09:35 | 7 | A.    I'd need to see what you're talking |
| 09:35 | 8 | about. |
| 09:35 | 9 | Q.    You don't know what that is without |
| 09:35 | 10 | having a document in front of you, a supplemental |
| 09:35 | 11 | reliance? |
| 09:35 | 12 | A.    I can't read your mind, sir. |
| 09:35 | 13 | Q.    My question was, you don't know what that |
| 09:35 | 14 | is without having a document in front of you, |
| 09:35 | 15 | correct? |
| 09:35 | 16 | A.    Correct. |
| 09:35 | 17 | Q.    All right.  Now, according to the |
| 09:35 | 18 | supplemental reliance list, you reviewed what looks |
| 09:35 | 19 | like around 257 items that are identified with a |
| 09:36 | 20 | prefix of MONGLY, M-O-N-G-L-Y, followed by a series |
| 09:36 | 21 | of numbers. |
| 09:36 | 22 | Do you know what those signify? |
| 09:36 | 23 | A.    Yes. |
| 09:36 | 24 | Q.    What? |
| 09:36 | 25 | A.    Pardon me? |

Confidential

---

Page 34

09:36 1    Q.    What?
09:36 2    A.    They're Bates numbers assigned to
09:36 3    documents provided by Monsanto's part of the
09:36 4    discovery in this case.
09:36 5    Q.    All right.  So you reviewed, according to
09:36 6    the supplemental reliance list that we have for you,
09:36 7    about 257 individual documents that were, according
09:36 8    to you, given -- produced by the company; is that
09:36 9    right?
09:36 10   A.    No, that's not right.
09:36 11   Q.    That's not right?  You didn't review
09:36 12   them?
09:36 13   A.    I reviewed more than 257 documents.  The
09:36 14   ones that I directly relied on are referenced in my
09:36 15   expert report by number, but there were many other
09:37 16   documents that I reviewed as part of preparing my
09:37 17   expert report.  And in addition, there were many
09:37 18   documents that I already had, that I had read and
09:37 19   reviewed prior to becoming involved in this case
09:37 20   that also appear among the documents in the
09:37 21   discovery file.  The exact number of documents that
09:37 22   I reviewed and played a role in forming my opinions
09:37 23   is substantially higher than the number of
09:37 24   Bates-numbered documents that I was provided by
09:37 25   counsel over the several months that I worked on the

---

Page 35

09:37 1    case.
09:37 2    Q.    So we don't have a complete list of all
09:37 3    of the MONGLY Bates-numbered documents that you
09:37 4    reviewed and relied on in forming your opinions; is
09:37 5    that right?
09:37 6    A.    I'd have to look at your list and compare
09:38 7    it to what I have.
09:38 8    Q.    All right.  These MONGLY Bates-numbered
09:38 9    documents -- you seem to have some familiarity with
09:38 10   the Bates numbering system.  You're not a lawyer,
09:38 11   are you?
09:38 12   A.    No, sir.
09:38 13   Q.    You're not trained in the law, right?
09:38 14   A.    Correct.
09:38 15   Q.    You're not trained in the legal
09:38 16   interpretation or enforcement of regulations as part
09:38 17   of the law, right?
09:38 18   A.    No.  I don't have a college or advanced
09:38 19   degree in that field.
09:38 20   Q.    Now, these MONGLY documents, according to
09:38 21   these Bates numbers, these were internal documents
09:38 22   of Monsanto that you reviewed, right?
09:38 23   A.    Certainly, for the most part, yes.
09:38 24   Q.    These were emails between company
09:38 25   officials or scientists or various persons employed

---

Page 36

09:38 1    by the company, correct?
09:38 2    A.    Certainly many of them were, yes.
09:38 3    Q.    And they were documents relating to
09:38 4    information provided or asked for, received by EPA
09:38 5    as the U.S. pesticide regulator, correct?
09:39 6    A.    Some of them were.
09:39 7    Q.    And your methodology in coming to your
09:39 8    opinions as an expert consisted of reviewing these
09:39 9    documents, trying to understand what they say and
09:39 10   mean to you, and then telling us in your expert
09:39 11   report what your interpretation of these documents
09:39 12   is; is that correct?
09:39 13        MR. LITZENBURG:  Objection to form.
09:39 14        THE WITNESS:  That was part of my
09:39 15   methodology.
09:39 16   BY MR. COPLE:
09:39 17   Q.    What else is there -- regarding the
09:39 18   company's documents, what else is there?
09:39 19   A.    Regarding my review of Bates-numbered
09:39 20   documents received from counsel, that was the sole
09:39 21   purpose I used those for, was to try to better
09:39 22   inform my understanding of the actions of Monsanto
09:39 23   Company over the years that glyphosate and
09:40 24   glyphosate-based herbicides were moving through the
09:40 25   EPA registration process, as well as other

---

Page 37

09:40 1    documents, reports, peer-reviewed literature that
09:40 2    address the issues that I felt were central to the
09:40 3    case.
09:40 4    Q.    So you reviewed these corporate documents
09:40 5    with the MONGLY Bates-numbering in order to inform
09:40 6    yourself what they say and to tell us in your
09:40 7    expert report what they mean to you, correct?
09:40 8    A.    Yes, sir.
09:40 9    Q.    And when you do that, you also, in your
09:40 10   expert report in many places, characterize what you
09:40 11   believe in your personal opinion is the conduct of
09:40 12   Monsanto or its employees or its consultants and
09:40 13   whether you in your personal opinion believe the
09:41 14   conduct is acceptable or not in some way, correct?
09:41 15        MR. LITZENBURG:  Objection to form.
09:41 16        THE WITNESS:  Sure.  Correct.
09:41 17   BY MR. COPLE:
09:41 18   Q.    And when you do that, did you inform
09:41 19   yourself with respect to any of the individuals that
09:41 20   were on these various internal company
09:41 21   communications by meeting with them or talking with
09:41 22   them or finding out if there were other
09:41 23   communications beyond those you had looked at?
09:41 24   A.    I did not make an effort to contact any
09:41 25   of the Monsanto employees whose name appears in one

---

Confidential

Page 38

09:41 1   or more of those documents.  No, I did not.
09:41 2      Q.    Your expert report comments or provides
09:41 3   your personal opinion on what you believe to be the
09:41 4   ethical or not ethical conduct of the company based
09:42 5   on your looking at these various company documents,
09:42 6   correct?
09:42 7      A.    My report contains several opinions
09:42 8   relative to the actions taken by Monsanto Company
09:42 9   relative to what a responsible company in the
09:42 10  pesticide manufacturing industry would do in
09:42 11  circumstances like those that arose over the history
09:42 12  of discovery, registration, regulation, and use of
09:42 13  Roundup and other glyphosate-based herbicides.
09:42 14     Q.    And you've compared Monsanto's actions
09:42 15  based upon your review of these company documents
09:42 16  that are listed for you in comparison to what other
09:43 17  companies?
09:43 18     MR. LITZENBURG:  I object to form.
09:43 19     THE WITNESS:  Not really.  This case
09:43 20  is -- it's quite clear what brand of glyphosate
09:43 21  herbicides were used in this case.  That's where
09:43 22  I placed my focus, and all -- you know, my
09:43 23  opinions as expressed in the report really
09:43 24  reflect what a company like Monsanto, who has
09:43 25  made many statements and representations over

Page 39

09:43 1   the years about the safety and properties and
09:43 2   efficacy of glyphosate-based herbicides, and in
09:43 3   particular its brands of glyphosate-based
09:43 4   herbicides -- I contrast those sorts of
09:43 5   statements and what any science-driven,
09:43 6   supposedly science-driven company, would do
09:44 7   relative to any of its products, whether they're
09:44 8   a major product like Roundup or a less widely
09:44 9   sold product relative to the information that
09:44 10  users of the product should be provided,
09:44 11  information that the regulatory agencies should
09:44 12  be provided, as well as the information from the
09:44 13  company that's made available through the
09:44 14  peer-reviewed scientific literature.
09:44 15  BY MR. COPLE:
09:44 16     Q.    So all of this information leading up to
09:44 17  your opinions about Monsanto's conduct based on your
09:44 18  review of these corporate emails and other documents
09:44 19  was in comparison by you to a hypothetical
09:44 20  responsible company; is that right?
09:44 21     A.    No.  It was in comparison to Monsanto's
09:44 22  responsibility as a company, not a hypothetical
09:44 23  company.
09:44 24     Q.    So there was no standard you compared
09:45 25  Monsanto to by virtue of how other companies are

Page 40

09:45 1   expected to conduct themselves before EPA, correct?
09:45 2     MR. LITZENBURG:  I object to form.  The
09:45 3   report speaks for itself.
09:45 4     THE WITNESS:  You know, I would think
09:45 5  that while I did not do a comparison of
09:45 6  Monsanto's stewardship of Roundup-based
09:45 7  herbicides to other companies specifically for
09:45 8  my work on this case, because this case involves
09:45 9  only Monsanto brand glyphosate-based herbicides,
09:45 10  as someone who has worked in this field for many
09:45 11  years and has worked on the registration
09:45 12  activities of many companies on many different
09:45 13  products, there are norms and standards in the
09:45 14  industry that Monsanto pledges that it adheres
09:46 15  to, as do most of the other major companies, as
09:46 16  well as statements that Monsanto has made over
09:46 17  many years about the safety and properties of
09:46 18  Roundup herbicides and their commitment to doing
09:46 19  everything possible to assure that they are as
09:46 20  effective and as safe as possible.  That's the
09:46 21  standard to which Monsanto and all pesticide
09:46 22  companies ultimately are held in questions and
09:46 23  matters such as this one.
09:46 24  BY MR. COPLE:
09:46 25     Q.    So this is your standard; is that right?

Page 41

09:46 1     A.    No.
09:46 2     MR. LITZENBURG:  Objection to form.
09:46 3     THE WITNESS:  It's the standard that
09:46 4  anyone active and experienced in this field is
09:46 5  aware that all companies aspire to.
09:46 6  BY MR. COPLE:
09:46 7     Q.    Where do we look up this standard?  Where
09:46 8  is it published so that anyone who wants to know
09:46 9  what the standard is can review it?
09:47 10     MR. LITZENBURG:  I object to form.
09:47 11     THE WITNESS:  I'm not aware of a single
09:47 12  place where the standard is articulated.
09:47 13  BY MR. COPLE:
09:47 14     Q.    What about this idea of corporate ethics
09:47 15  for a company like Monsanto or any company?  Do you
09:47 16  have a degree in corporate ethics from an
09:47 17  educational institution?
09:47 18     MR. LITZENBURG:  Asked and answered.
09:47 19     THE WITNESS:  No.
09:47 20  BY MR. COPLE:
09:47 21     Q.    What about the issue of what a
09:47 22  responsible company should do with respect to
09:47 23  activities in the registration or reregistration of
09:47 24  a pesticide?  Do you have training in that
09:47 25  specifically?

Confidential

Page 42

09:47 1   A.   There is no such training available in
09:47 2   that. I have a lot of on-the-job training.
09:47 3   Q.   So you're self-taught?
09:47 4   A.   Sure, I'll say that characterization.
09:47 5   Q.   Now, on this course of registration and
09:47 6   review of a pesticide in the United States, you've
09:48 7   never done a registration review for EPA for a
09:48 8   pesticide, right?
09:48 9   A.   Correct.
09:48 10  Q.   You've never done a reregistration review
09:48 11  for a pesticide, correct?
09:48 12  A.   Yes. Correct.
09:48 13  Q.   And you've never -- you've never done an
09:48 14  enforcement review for EPA on the EPA regarding
09:48 15  pesticide registrants and clients with FIFRA
09:48 16  requirements, right?
09:48 17  A.   Correct.
09:48 18  Q.   The list of materials that is the second
09:48 19  supplemental list for you, it says, for example, on
09:48 20  that list, IARC Monograph 112.
09:48 21       Now, was this a piece of information you
09:49 22  reviewed after you had come to your conclusions in
09:49 23  your expert report?
09:49 24  A.   No.
09:49 25  Q.   You reviewed that previously?

Page 43

09:49 1   A.   That's a public document that came out
09:49 2   in -- sometime in 2016. It's the full report of the
09:49 3   IARC working group that classified glyphosate-based
09:49 4   herbicides as probable human carcinogen.
09:49 5   Q.   But it was left off the list that we
09:49 6   originally received. Do you know why?
09:49 7   A.   Well, it's talked about multiple times in
09:49 8   my expert report.
09:49 9   Q.   Well, let's talk about the March 2017
09:49 10  minutes of the glyphosate SAP panel. Was that
09:49 11  talked about multiple times in your report?
09:49 12  A.   What year?
09:49 13  Q.   March 2017.
09:49 14  A.   What year? 2017?
09:49 15  Q.   March 2017.
09:49 16  A.   No, I did not review in detail that SAP
09:50 17  meeting, nor talk about it in the report, because it
09:50 18  occurred after the use of Roundup-brand herbicides
09:50 19  by Dewayne Johnson in this case. I really didn't
09:50 20  focus on any new information after 2016.
09:50 21  Q.   Well, what about the revised glyphosate
09:50 22  issue paper, "Evaluation of Carcinogenic Potential,
09:50 23  EPA's Office of Pesticide Programs," dated
09:50 24  December 12th, 2017? Did you review that?
09:50 25  A.   I've reviewed it, but I did not -- I

Page 44

09:50 1   haven't done a thorough review. I haven't compared
09:50 2   it to the draft version that was posted for a few
09:50 3   days about a year before. No, I didn't spend a lot
09:50 4   of time on that.
09:50 5   Q.   What about the glyphosate issue paper,
09:50 6   "Evaluation of Carcinogenic Potential, EPA's Office
09:50 7   of Pesticide Programs," dated September 12th, 2016,
09:51 8   did you review that?
09:51 9   A.   Yes.
09:51 10  Q.   That's mentioned in your report?
09:51 11  A.   I don't think so.
09:51 12  Q.   So you didn't rely upon that in coming to
09:51 13  any of your conclusions, correct?
09:51 14       MR. LITZENBURG: Objection to form.
09:51 15       THE WITNESS: No, I did not.
09:51 16  BY MR. COPLE:
09:51 17  Q.   And you also didn't rely, even though you
09:51 18  say you reviewed it -- we'll take your word for
09:51 19  that, but you say you reviewed the December 2017
09:51 20  paper. That's not mentioned, so you didn't rely on
09:51 21  that in coming to your conclusions, right?
09:51 22       MR. LITZENBURG: Objection to form.
09:51 23       THE WITNESS: Correct.
09:51 24  BY MR. COPLE:
09:51 25  Q.   Have you talked to Mr. Johnson?

Page 45

09:51 1   A.   No.
09:51 2   Q.   Have you asked to talk to Mr. Johnson?
09:51 3   A.   No.
09:51 4   Q.   Have you read Mr. Johnson's deposition?
09:51 5   A.   No.
09:51 6   Q.   Have you read anybody's depositions?
09:51 7   A.   I've read a few, yes.
09:51 8   Q.   Who did you read?
09:51 9   A.   Let's see. I read some of the early
09:51 10  ones. Let's see here. I usually wrote them down.
09:52 11  Dodson and Ozimkiewicz. I read fairly quickly
09:52 12  Canessa's deposition. I read parts of Donna
09:52 13  Farmer's deposition, not carefully. I just --
09:52 14  didn't have time to read everything that I would
09:52 15  have liked to. And really, none of the other more
09:52 16  recent depositions that I know of have been carried
09:52 17  out, so I -- I don't think I cited a single
09:52 18  deposition in my expert report. So while I made an
09:52 19  attempt to read some of them, I certainly did not
09:52 20  have time to fully digest them.
09:53 21  Q.   Did you ask for these particular ones
09:53 22  that you said you looked at but maybe not in any
09:53 23  deep degree?
09:53 24  A.   I'm not sure I asked for them
09:53 25  specifically, but I asked for any depositions in the

Confidential

Page 46

09:53  1    case that were relevant or might be relevant to the
09:53  2    issues that I've been asked to opine on.
09:53  3        Q.   And those depositions you just mentioned
09:53  4    are the ones that were given to you by counsel in
09:53  5    response to your request?
09:53  6        A.   They were among those that were given to
09:53  7    me.
09:53  8        Q.   Oh, so there were others, as well?
09:53  9        A.   I think, yeah.  I have a box of them.
09:53  10       Q.   You can't recall, sitting here, what the
09:53  11   names of any other persons were who were deposed?
09:53  12       A.   Not all of them, no.  Sorry.
09:53  13       Q.   And you did not cite and we assume
09:53  14   therefore did not rely on any deposition for
09:53  15   supporting your expert report; is that right?
09:54  16            MR. LITZENBURG:  Objection to form.
09:54  17            THE WITNESS:  That's correct.
09:54  18   BY MR. COPLE:
09:54  19       Q.   And you're concluding that the deposition
09:54  20   of Mr. Dewayne Johnson would not be relevant,
09:54  21   because you did not ask for that one, correct?
09:54  22            MR. LITZENBURG:  Objection to form.
09:54  23            Cited in the report.
09:54  24            THE WITNESS:  To the extent that I needed
09:54  25       to know and understand Mr. Johnson's use of the

Page 47

09:54  1    herbicide products that he sprayed, that's what
09:54  2    I felt was -- that was important, and I think
09:54  3    there's a number of items in the record that
09:54  4    talk about Mr. Johnson's use of Roundup
09:54  5    herbicides, including the record of his call to
09:54  6    the poison control center.  I reviewed a lot of
09:54  7    different documents that spoke to Mr. Johnson's
09:54  8    specific uses of Roundup herbicides, and
09:54  9    probably that was a part of his deposition that
09:55  10   I -- that I paid attention to when I -- when I
09:55  11   read it, skimmed it.
09:55  12   BY MR. COPLE:
09:55  13       Q.   You did review Mr. Johnson's deposition?
09:55  14       A.   Yeah, I'm sure I looked through it.
09:55  15       Q.   Did you review all three days of his
09:55  16   deposition?
09:55  17       A.   I only had -- my understanding is, my
09:55  18   memory is I only had a record of one of the times
09:55  19   that he was deposed.
09:55  20       Q.   So you have an understanding from
09:55  21   Mr. Johnson's sworn testimony as to his own
09:55  22   activities as a pesticide applicator and his
09:55  23   exposure, as he claims, to glyphosate and his
09:55  24   personal protective equipment that he wore, correct?
09:55  25       A.   Yes.  Certainly in general, yes.

Page 48

09:55  1        Q.   In general, or specifically as to what he
09:55  2    said?
09:55  3        A.   The only information I have about
09:55  4    Mr. Johnson's use of pesticides is, and in this case
09:56  5    of course, the Roundup herbicides that he applied,
09:56  6    is -- is from the records that I cite in my report
09:56  7    and -- and were provided to me as part of my
09:56  8    background work in forming opinions in this case.
09:56  9        Q.   What about the 14 long-term animal
09:56  10   carcinogenicity studies of the active ingredient
09:56  11   glyphosate that have been reviewed by EPA and other
09:56  12   regulators in the world?  Did you review those?
09:56  13            MR. LITZENBURG:  I object to the
09:56  14       testimony by counsel.
09:56  15            THE WITNESS:  I spent considerable time
09:56  16   in my review of the records in this case on the
09:56  17   1983 BioDynamics mouse study, which I knew,
09:56  18   before this case came along, was really the
09:56  19   central controversy between Monsanto and the EPA
09:57  20   over the oncogenicity of glyphosate.
09:57  21            I had studied and been aware of that, the
09:57  22   controversy over the interpretation of that
09:57  23   particular study, for years.  And actually, in
09:57  24   this approximate six months before
09:57  25   Mr. Litzenburg contacted me to seek my help in

Page 49

09:57  1    this case, I had been doing substantial research
09:57  2    on the regulatory history of glyphosate, 2,4-D
09:57  3    and dicamba for another project that I was
09:57  4    involved with.  And I had obtained maybe 1,000
09:57  5    pages of documents from the EPA specifically on
09:57  6    glyphosate, on the regulatory history of
09:58  7    glyphosate, all pertinent tolerance actions
09:58  8    involving tolerance levels on glyphosate, which
09:58  9    I used in the research and writing and work that
09:58  10   I was doing for other projects, and that -- all
09:58  11   that work was done and completed before I became
09:58  12   involved in this case, before I got any of the
09:58  13   documents with a Bates number on them from the
09:58  14   EPA, which I think there may have been one or
09:58  15   two documents, EPA documents, with a Bates
09:58  16   number that I hadn't already received and read.
09:58  17            So none of the EPA side of the record in
09:58  18   this case was new to me.
09:58  19   BY MR. COPLE:
09:58  20       Q.   Is your answer you did not review the 14
09:58  21   long-term animal carcinogenicity studies that the
09:58  22   EPA and other regulators have reviewed?
09:58  23       A.   I did not review all 14 of them, no.
09:58  24       Q.   How many of them did you review?
09:58  25       A.   I reviewed the full report submitted by

Confidential

09:59 1 BioDynamics to EPA that is a part of the record of
09:59 2 this case. I certainly didn't get all the
09:59 3 appendices with the detailed information on
09:59 4 documentation of how the study was conducted.
09:59 5 So I didn't conduct a full assessment of
09:59 6 all of the documentation of any of the long-term
09:59 7 chronic feeding studies, but have reviewed the
09:59 8 summary reports, the EPA evaluations, the discussion
09:59 9 of all of the studies in the IARC monograph and
09:59 10 discussion of all the studies in various
09:59 11 Monsanto-generated peer-reviewed papers, and in the
10:00 12 many other places and venues where the oncogenicity
10:00 13 database on glyphosate is discussed.
10:00 14 Q. So you only reviewed the 1983 long-term
10:00 15 chronic toxicity study on mice, correct?
10:00 16 MR. LITZENBURG: Objection to form.
10:00 17 THE WITNESS: No, that's not correct.
10:00 18 BY MR. COPLE:
10:00 19 Q. Well, then which ones did you review out
10:00 20 of the 14, other than the 1983 BioDynamics mouse
10:00 21 study?
10:00 22 A. I -- I have read a number of reports both
10:00 23 by the EPA and IARC and scientists publishing in the
10:00 24 peer-reviewed literature that discuss and review the
10:00 25 results of several of the now 14 long-term chronic

10:00 1 feeding studies done on glyphosate.
10:00 2 I have not read or reviewed any of the
10:00 3 original reports, the full 1,000-plus-page reports
10:01 4 that are done routinely and submitted to the
10:01 5 regulatory agencies, because for one thing, they're
10:01 6 not publicly available; but I am aware of and have
10:01 7 reviewed the reported results of certainly most, if
10:01 8 not all, of those studies.
10:01 9 Q. Are you aware that the 14 long-term
10:01 10 animal carcinogenicity studies on glyphosate safety
10:01 11 active ingredients are now available to be reviewed?
10:01 12 MR. LITZENBURG: I object to the
10:01 13 continued testimony, Counsel.
10:01 14 If you can answer these questions with
10:01 15 these assumptions, fine. If you need to parse
10:01 16 them apart, go ahead.
10:01 17 MR. COPLE: I'm going to object to the
10:01 18 speaking objection.
10:01 19 Go ahead, Doctor.
10:01 20 THE WITNESS: Repeat the question,
10:01 21 please.
10:01 22 BY MR. COPLE:
10:01 23 Q. Are you aware that the 14 long-term
10:01 24 animal carcinogenicity studies on glyphosate are now
10:01 25 available, have been made available for review?

10:01 1 MR. LITZENBURG: Same objection.
10:01 2 THE WITNESS: I am not aware that the
10:02 3 full studies and all the supporting information
10:02 4 is publicly available. No, I'm not aware of
10:02 5 that.
10:02 6 BY MR. COPLE:
10:02 7 Q. Did you ask to see them?
10:02 8 A. No.
10:02 9 Q. What about the genotoxicity studies on
10:02 10 glyphosate that were reviewed by EPA and other
10:02 11 regulators around the world? Have you reviewed all
10:02 12 of those genotoxicity studies?
10:02 13 MR. LITZENBURG: I object to the
10:02 14 testimony. Form.
10:02 15 THE WITNESS: I'm quite certain I have
10:02 16 not reviewed all of them, because certainly a
10:02 17 significant number of them are -- were conducted
10:02 18 by registrants and submitted to the agencies and
10:02 19 have not been publicly disclosed. So for that
10:02 20 part of the genotoxicity database, the -- my
10:02 21 knowledge of the studies come from, for example,
10:02 22 Dr. Parry's review of studies conducted by
10:03 23 Monsanto and provided to Dr. Parry as part of
10:03 24 his review of the then current genotoxicity
10:03 25 database.

10:03 1 BY MR. COPLE:
10:03 2 Q. You're talking about company documents,
10:03 3 Monsanto referring to Dr. Parry, correct?
10:03 4 A. Correct.
10:03 5 Q. Now, these company documents, whether
10:03 6 it's the 250 or so -- and I don't want to represent
10:03 7 to you, Dr. Benbrook, that it's 257, but my rough
10:03 8 count puts it at about 250 or a little bit above of
10:03 9 that. But however many you reviewed, did you select
10:03 10 these documents among a greater repository of
10:03 11 company documents for your specific review?
10:03 12 MR. LITZENBURG: Form.
10:03 13 THE WITNESS: It's my understanding that
10:03 14 the full discovery record in this case is some
10:03 15 millions of documents. I unfortunately didn't
10:03 16 have time to read them all, so as I carried out
10:03 17 my work, I asked counsel to send me documents in
10:04 18 certain areas that I felt were germane to the
10:04 19 assessment.
10:04 20 And so documents came in sort of waves,
10:04 21 and I reviewed them as I got them. And where I
10:04 22 felt that there likely was additional
10:04 23 information somewhere in the record, I would
10:04 24 send an email or do a phone call with either
10:04 25 Mr. Litzenburg or Mr. Travers and say, "Can you

Confidential

Page 54

10:04  1    send me more information on the worker health
10:04  2    provisions in the 1986 registration standard?"
10:04  3    or "Can you send me more information on the back
10:04  4    and forth between Monsanto and the editor of the
10:04  5    critical reviews in toxicology special issue on
10:04  6    the IARC monograph?" or whatever specific issue
10:04  7    I felt I needed a deeper understanding of what
10:04  8    Monsanto had done or not done relative to
10:04  9    understanding the risk associated with the use
10:05  10   of glyphosate-based herbicides and informing the
10:05  11   user public, the people that buy and apply
10:05  12   Roundup-based herbicides about the potential
10:05  13   dangers associated with such uses.
10:05  14   BY MR. COPLE:
10:05  15       Q.   So when you made these requests to
10:05  16   Mr. Travers and Mr. Litzenburg, they would give you
10:05  17   even more company documents for you to look at,
10:05  18   right?
10:05  19       A.   Correct.
10:05  20       Q.   And none of these company documents were
10:05  21   specifically selected by you, correct?
10:05  22       A.   Some were, yes.
10:05  23       Q.   How did you go about selecting them?
10:05  24       A.   Because in one of the documents that I
10:05  25   received and reviewed, there would be reference to a

Page 55

10:05  1    PowerPoint or reference to a paper or reference to a
10:05  2    meeting or discussion about the position some
10:05  3    scientist took on a matter or a strategy that
10:05  4    Monsanto invited guests at an SAP meeting would
10:06  5    pursue in trying to influence the members of the
10:06  6    committee.
10:06  7            When I saw and felt that there had to be
10:06  8    further discussion or action or meeting notes or
10:06  9    some kind of follow-up or also preparatory material
10:06  10   for something, I would ask for them to conduct a
10:06  11   search or however they were -- dealt with this
10:06  12   massive record to try to find other pertinent
10:06  13   information.  Sometimes it was very specific what I
10:06  14   asked for, and other times I described in general
10:06  15   what I felt I needed more information on.
10:06  16       Q.   And this more information you needed was
10:06  17   additional company documents that you reviewed to
10:06  18   inform yourself and come to your own personal
10:06  19   opinions set forth in your report about what you
10:06  20   think these documents mean, correct?
10:06  21       A.   Correct.
10:06  22       Q.   Now, did you review the agricultural
10:07  23   health study in its most recent publication in
10:07  24   collaboration with the National Cancer Institute?
10:07  25       A.   Please describe what you refer to as the

Page 56

10:07  1    most recent.
10:07  2        Q.   The one that was published in December of
10:07  3    2017 or early 2018.
10:07  4        A.   Yes.  I think I know what you're talking
10:07  5    about, and yes, I read that.
10:07  6        Q.   And that's not mentioned in your expert
10:07  7    report, correct?
10:07  8        A.   No, it's not.
10:07  9        Q.   So you didn't rely upon any of the
10:07  10   methodology or findings or conclusions of the study
10:07  11   authors in that report; is that right?
10:07  12       A.   No, I did not.
10:07  13       Q.   What about the earlier 2014 draft
10:07  14   manuscript of the agricultural health study
10:07  15   follow-up, did you read that?
10:07  16       A.   Yes, I did review that.
10:07  17       Q.   And that's not mentioned either in your
10:08  18   report, correct?
10:08  19       A.   Well, in my discussion of the
10:08  20   epidemiology database, it's one of the documents,
10:08  21   one of the studies that played a role in that.  It
10:08  22   was one of the studies included in various
10:08  23   metanalyses that had been done on the epidemiology
10:08  24   database.  So it was one of the several epidemiology
10:08  25   studies that I reviewed and relied upon in coming to

Page 57

10:08  1    my overall conclusion about what the epidemiological
10:08  2    data suggests, and also in understanding the
10:08  3    conclusion that other scientists have reached and
10:08  4    expressed in various form.
10:08  5        Q.   Did you review all the epidemiology
10:08  6    studies that EPA and other regulators of the world
10:08  7    have reviewed regarding glyphosate and its
10:08  8    formulated product Roundup and other names?
10:09  9        A.   I would imagine that there are some
10:09  10   epidemiological studies that I did not review.  For
10:09  11   example, epidemiological studies that were done in a
10:09  12   foreign language and published in a journal that
10:09  13   does not have an English version of the journal.
10:09  14   There has to have been some other studies done in
10:09  15   Japan or China or other countries.  But I have read
10:09  16   and reviewed certainly the majority of the
10:09  17   peer-reviewed, properly designed epidemiological
10:09  18   studies that have shown up in the open scientific
10:09  19   literature and which are at the heart of the ongoing
10:09  20   consideration of the body of epidemiological studies
10:10  21   on the impact of use and exposure to
10:10  22   glyphosate-based herbicides and various adverse
10:10  23   health outcomes.
10:10  24       Q.   How many epidemiological studies did you
10:10  25   review?

Confidential

Page 58

10:10 1    A.   Well, let's see. Two Hardell and
10:10 2    Eriksson, two McDuffies, two or three De Rooses, an
10:10 3    Agricultural Health Study mix of authors, a couple
10:10 4    by -- one or two by teams from Asia -- I don't
10:10 5    remember their names -- and two or three, in effect,
10:10 6    metanalyses of the existing published studies. So
10:10 7    maybe eight or ten, something like that.
10:10 8    Q.   Do you know how many peer-reviewed
10:10 9    epidemiology studies on glyphosate-based
10:11 10   formulations are available in the scientific
10:11 11   literature right now?
10:11 12          MR. LITZENBURG:   Objection to form.
10:11 13          THE WITNESS:   Well, are you talking about
10:11 14   primary studies? Metanalyses? Review articles?
10:11 15   Commentaries? What category are you speaking
10:11 16   about?
10:11 17   BY MR. COPLE:
10:11 18   Q.   Right now I'm talking about any of the
10:11 19   peer-reviewed, published studies in the literature,
10:11 20   how ever many there are, regarding epidemiology and
10:11 21   non-Hodgkin's lymphoma and exposure to
10:11 22   glyphosate-based formulations.
10:11 23   A.   Well, I think the relevant question, what
10:11 24   you're probably asking for is how many primary
10:11 25   studies are there reporting the results of an

Page 59

10:11 1    epidemiology study involving a new cohort of exposed
10:11 2    people compared to a similar cohort of nonexposed or
10:11 3    less exposed people. I think there's -- I am aware
10:12 4    of seven or eight, maybe nine of those in English
10:12 5    language, peer-reviewed journals. There are
10:12 6    probably at least -- there's perhaps a half dozen
10:12 7    metanalyses that are either on pesticides in general
10:12 8    or herbicides in general and sometimes specifically
10:12 9    glyphosate-based herbicides, on cancer, of which
10:12 10   non-Hodgkin's lymphoma or other forms of lymphatic
10:12 11   cancers are among the endpoints considered. And
10:12 12   then there's a number of review articles that talk
10:12 13   about the database and what's known about the
10:13 14   potential of glyphosate-based herbicides to pose
10:13 15   health risks including cancer, and those review
10:13 16   articles, to varying degrees of detail, go over this
10:13 17   set of original epidemiological studies in the open
10:13 18   scientific literature.
10:13 19   Q.   So your testimony is that as it pertains
10:13 20   to primary studies regarding NHL and exposure to
10:13 21   glyphosate-based formulations, there are 10 to 12
10:13 22   peer-reviewed published studies; is that correct?
10:13 23          MR. LITZENBURG:   I object to form. His
10:13 24   testimony is on the record.
10:13 25          THE WITNESS:   I am aware of seven or

Page 60

10:13 1    eight studies that -- in the peer-reviewed
10:13 2    literature that involve unique populations of
10:14 3    people that reported a use of -- various levels
10:14 4    of use of glyphosate-based herbicides or other
10:14 5    herbicides compared to a -- similar population
10:14 6    cohort group that did not report use. Some of
10:14 7    them are focused solely on the linkage between
10:14 8    use of glyphosate-based herbicides and
10:14 9    non-Hodgkin's lymphoma. There are two or three
10:14 10   specifically focused on just that, but the
10:14 11   larger number are focused on either pesticide
10:14 12   use or herbicide use and cancers in general.
10:14 13   And in that group of studies, another half dozen
10:14 14   of them report results for non-Hodgkin's
10:14 15   lymphoma.
10:14 16   BY MR. COPLE:
10:14 17   Q.   How many of those studies in total,
10:14 18   primary studies published peer-reviewed literature,
10:14 19   deal specifically with glyphosate and non-Hodgkin's
10:15 20   lymphoma?
10:15 21   A.   Relatively -- when you say
10:15 22   "specifically," do you mean "exclusively"?
10:15 23   Q.   I don't know exclusively. I mean
10:15 24   specifically evaluate non-Hodgkin's lymphoma.
10:15 25   A.   As an endpoint. Well, I've already

Page 61

10:15 1    answered that question.
10:15 2    Q.   So it's now seven to eight.
10:15 3    A.   There are -- I am aware of seven or eight
10:15 4    studies in the open, peer-reviewed literature that
10:15 5    report results, odds ratios for glyphosate-based
10:15 6    herbicide use and non-Hodgkin's lymphoma, among
10:15 7    other results.
10:15 8    Q.   Now, you did not review the NAPP study,
10:15 9    correct?
10:15 10   A.   What does NAPP stand for?
10:15 11   Q.   You did not review the North American
10:15 12   Pooled Project published study, correct?
10:15 13   A.   Could you put it in front of me?
10:15 14   Q.   If you don't remember, you don't
10:15 15   remember. Do you not remember?
10:16 16   A.   I'm not sure whether I did or not. I
10:16 17   would need to see the paper.
10:16 18   Q.   Okay. You did not mention the NAPP study
10:16 19   in your expert report, correct?
10:16 20   A.   I don't know to what study that acronym
10:16 21   refers. So I can't answer your question.
10:16 22   Q.   Well, it refers to the North American
10:16 23   Pooled Project study. It's the name of the study.
10:16 24   But if you don't remember, that's fine.
10:16 25          Now, on these cohorts, you agree that the

Confidential

---

Page 62

10:16  1  Hardell study that you mentioned out of Sweden is

10:16  2  not a prospective cohort study, correct?

10:16  3     A.  Well, first of all, there's two of them,

10:16  4  and if we're going to speak about them, can you pull

10:16  5  it out and let me refresh my memory?

10:16  6     Q.  Well, either one.  Either of the Hardell

10:16  7  studies that you reviewed for your expert report --

10:16  8  neither one is a prospective cohort epidemiologic

10:16  9  study, correct?

10:16 10       MR. LITZENBURG:  Objection as to the

10:16 11  answer.

10:16 12       THE WITNESS:  I think that that would be

10:17 13  a fair characterization of them.  They've looked

10:17 14  at two cohorts of individuals that some of whom

10:17 15  reported use of glyphosate-based herbicides and

10:17 16  another group didn't and statistically analyzed

10:17 17  the difference in the risk of contracting the

10:17 18  disease.

10:17 19  BY MR. COPLE:

10:17 20     Q.  In your expert opinion, sitting here

10:17 21  today, is that the Hardell studies out of Sweden,

10:17 22  both of them, were both prospective cohort

10:17 23  epidemiological studies?

10:17 24       MR. LITZENBURG:  Objection.  Asked and

10:17 25  answered.  Third, fourth time.

---

Page 63

10:17  1       THE WITNESS:  I just described to you the

10:17  2  base of methodology.  I -- I wouldn't -- I'm not

10:17  3  exactly sure how epidemiologists would

10:17  4  characterize the methodological design, but I

10:17  5  certainly recall very clearly that that was

10:17  6  how -- as I described them, that was how they

10:17  7  were designed and carried out.

10:17  8  BY MR. COPLE:

10:18  9     Q.  Do you know what a case control study is?

10:18 10     A.  Yes.

10:18 11     Q.  Do you know the difference between a case

10:18 12  control study retrospectively and a prospective

10:18 13  cohort study?

10:18 14     A.  Well, a retrospective case control study

10:18 15  would be where individuals, as I -- as I said, two

10:18 16  populations -- a population of people that share

10:18 17  many demographic characteristics, to eliminate

10:18 18  confounding factors based on their past use of a

10:18 19  pesticide or a chemical or a drug, are -- that

10:18 20  population is analyzed to see if there is a

10:18 21  difference in the frequency or sometimes the

10:18 22  severity of a given disease outcome in that

10:18 23  population group based on earlier exposures to the

10:18 24  chemical of interest.  So those are -- those would

10:18 25  be called a retrospective study.  They look

---

Page 64

10:19  1  backwards.

10:19  2     Q.  And your testimony is that the Hardell

10:19  3  studies, both of them, are not retrospective case

10:19  4  control studies?

10:19  5     A.  They looked -- they looked -- they looked

10:19  6  at -- backwards in time at people that had reported

10:19  7  use of glyphosate-based herbicides, and then they

10:19  8  tracked the records in the cancer registry of Sweden

10:19  9  on which of those people had contracted either

10:19 10  cancer, non-Hodgkin's lymphoma, or whatever -- what

10:19 11  other disease endpoints they were interested in.

10:19 12     Q.  If the Hardell studies, both of them, out

10:19 13  of Sweden, are retrospective case control studies,

10:19 14  then they're not by definition prospective cohort

10:19 15  studies, right?

10:19 16       MR. LITZENBURG:  Objection.  Asked and

10:19 17  answered, four or five times.

10:19 18       You can keep answering if you have

10:19 19  different answers.  Otherwise, you have

10:20 20  answered.

10:20 21       THE WITNESS:  The two Hardell studies

10:20 22  looked retrospectively at populations of Sweden

10:20 23  that had reported use of various pesticides,

10:20 24  including Roundup, and assessed the impact on

10:20 25  the frequency of various cancers, including

---

Page 65

10:20  1  non-Hodgkin's lymphoma.  So yeah, that's what

10:20  2  they did.

10:20  3  BY MR. COPLE:

10:20  4     Q.  And you agree that a prospective cohort

10:20  5  study is preferred by epidemiologists over a

10:20  6  retrospective case control study, correct?

10:20  7       MR. LITZENBURG:  Object to form.

10:20  8       THE WITNESS:  I -- there are a number of

10:20  9  different designs of epidemiological studies,

10:20 10  some of which are regarded as more sensitive and

10:20 11  reliable in certain applications than others.

10:20 12  The best type of study to use at a given

10:20 13  instance is situation specific.  And it's also,

10:21 14  of course, driven by what kind of data is

10:21 15  available.

10:21 16  BY MR. COPLE:

10:21 17     Q.  "Situation specific" means prospective

10:21 18  cohort?

10:21 19     A.  Well, in the case of the two Hardell

10:21 20  studies, the data was collected on a specific

10:21 21  individual.  For certainly the positive controls,

10:21 22  they searched the Swedish registry for individuals

10:21 23  that had reported contracting non-Hodgkin's lymphoma

10:21 24  and selected a set of those people, and then, based

10:21 25  on the demographics of those people, they aspired to

---

Confidential

Page 66

10:21  1    pick other people in the population that were as
10:21  2    similar as possible to the individuals that were
10:22  3    identified in the disease registry.  And that's how
10:22  4    they -- that's how they and other people conducting
10:22  5    this kind of retrospective study -- that's how in
10:22  6    general they're done.
10:22  7        MR. LITZENBURG:  Hang on.  When you're
10:22  8    done asking identical questions about Hardell, I
10:22  9    need a break.
10:22 10        MR. COPLE:  I'm going to object to that
10:22 11    testimony by counsel, but a break is fine.
10:22 12        THE WITNESS:  I could use some water.
10:22 13        THE VIDEOGRAPHER:  The time is now 10:22.
10:22 14    We are off the record.
10:22 15        (Break in proceedings.)
10:22 16        (Benbrook Exhibit Number 2 is marked for
10:22 17    identification.)
10:34 18        THE VIDEOGRAPHER:  The time is 10:34.  We
10:34 19    are on the record.
10:34 20    BY MR. COPLE:
10:34 21    Q.    Dr. Benbrook, you're aware that the
10:34 22    Agricultural Health Study that we referenced once or
10:34 23    twice already is the largest prospective cohort
10:35 24    study of pesticide applicators exposed to glyphosate
10:35 25    that's ever been done, correct?

Page 67

10:35  1        MR. LITZENBURG:  I object to form.
10:35  2        THE WITNESS:  It's certainly, I think,
10:35  3    one of the largest ones in the United States.
10:35  4    I'd have to compare the populations in all of
10:35  5    them to say it's the absolute largest ever, but
10:35  6    it's certainly regarded as one of the most
10:35  7    significant studies of pesticide applicators
10:35  8    ever conducted in the U.S., yes.
10:35  9    BY MR. COPLE:
10:35 10    Q.    And you know -- you think you know that
10:35 11    the most recent updated publication evaluating the
10:35 12    Agricultural Health Study was published in
10:35 13    collaboration with NCI, correct?
10:35 14    A.    Correct.
10:35 15    Q.    Now, do you know approximately how many
10:35 16    pesticide applicators were originally enrolled in
10:35 17    the AHS study?
10:35 18    A.    If we're going to talk about the details
10:36 19    of the study, could you please provide me with a
10:36 20    copy of the most recent paper?  I know in the
10:36 21    methodology section, the exact numbers are there,
10:36 22    and I won't have to rely on --
10:36 23    Q.    If I have specific questions, we'll
10:36 24    certainly do that, Doctor.  I just want to know if
10:36 25    you recall approximate number.

Page 68

10:36  1    A.    80,000.
10:36  2    Q.    And your recollection is there might be a
10:36  3    larger prospective cohort study of pesticide
10:36  4    applicators, larger than 80,000 or so, whatever the
10:36  5    number you think it might be, outside the United
10:36  6    States?
10:36  7        MR. LITZENBURG:  Asked and answered.
10:36  8        THE WITNESS:  I'd have to pull out my
10:36  9    file and go through them and check the total
10:36 10    number of people, but I'm pretty sure that the
10:36 11    Agricultural Health Study is -- it's certainly
10:36 12    one of the largest ever conducted.
10:36 13    BY MR. COPLE:
10:36 14    Q.    And the most well respected by
10:36 15    epidemiologists, correct?
10:36 16        MR. LITZENBURG:  I object to form.
10:37 17        THE WITNESS:  I guess it depends on who
10:37 18    you talk to.  Scientists have a lot of different
10:37 19    opinions about studies.  But I think in general
10:37 20    the Agricultural Health Study is regarded as one
10:37 21    of the more rigorously designed and conducted in
10:37 22    the United States.
10:37 23    BY MR. COPLE:
10:37 24    Q.    And done in collaboration with NCI,
10:37 25    correct?

Page 69

10:37  1    A.    Yes.  It's an NCI study.
10:37  2    Q.    Have you ever designed an epidemiology
10:37  3    study?
10:37  4    A.    No.
10:37  5    Q.    Have you ever conducted one that somebody
10:37  6    else has designed?
10:37  7    A.    No.
10:37  8    Q.    Have you ever been trained in
10:37  9    epidemiology?
10:37 10    A.    No.
10:37 11    Q.    You mentioned earlier that you were never
10:37 12    a full-time employee of EPA, suggesting maybe that
10:38 13    at some point you were a part-time employee of EPA.
10:38 14    Were you?
10:38 15    A.    I did a -- I did a project for the Office
10:38 16    of Inspector General of the EPA, under contract with
10:38 17    member consulting services.
10:38 18    Q.    You were a contractor?
10:38 19    A.    Correct.
10:38 20    Q.    You were not a part-time employee?
10:38 21    A.    Correct.
10:38 22    Q.    You also mentioned previously that you,
10:38 23    at some point and maybe today, have been dealing
10:38 24    with maybe 1,000 or more documents relating to
10:38 25    dicamba and glyphosate; is that correct?

Confidential

## Page 70

10:38  1      A.   I don't remember saying anything about
10:38  2  dicamba, sir.
10:38  3      Q.   Is there a project that you were dealing
10:38  4  with more than 1,000 or 1,000 documents dealing with
10:38  5  glyphosate?
10:38  6      A.   Well, yes.  I have -- I am part of the
10:38  7  science team on a project by the Children's
10:39  8  Environmental Health Network assessing the impact of
10:39  9  rising herbicide use in the Midwest, which would
10:39 10  include, of course, glyphosate-based herbicides,
10:39 11  2,4-D and dicamba, on reproductive problems and
10:39 12  birth defects in the Midwest.
10:39 13      Q.   So it does involve dicamba?
10:39 14      A.   Dicamba is part of that project's
10:39 15  purview, yes, of course.
10:39 16      Q.   But you're not working on dicamba?
10:39 17      A.   Dicamba, the use of dicamba, the
10:39 18  regulation of dicamba, the possible health risks of
10:39 19  dicamba are among the issues being addressed by that
10:39 20  project, yes.
10:39 21      Q.   Are you involved in that aspect of the
10:39 22  project?
10:39 23      A.   Yes, I am.
10:39 24      Q.   Are you involved in the glyphosate aspect
10:39 25  of the project?

## Page 71

10:39  1      A.   Yes, I am.
10:39  2      Q.   Who hired you to do that?
10:39  3      A.   Who hired me to do that.  Well, I guess
10:40  4  the project is -- it's a Children's Environmental
10:40  5  Health Network project, which is a small
10:40  6  nongovernmental organization based in Washington,
10:40  7  D.C. that is focused on environmental health risks
10:40  8  and other aspects of childhood development and the
10:40  9  health of children, and that's -- they are -- that
10:40 10  is the organization that I work for in carrying out
10:40 11  the work on that project.
10:40 12      Q.   Who hired you to do that work, who
10:40 13  specifically?  Is there a person?
10:40 14      A.   Nsedu Witherspoon, the executive director
10:40 15  of the Children's Environmental Health Network.
10:40 16      Q.   Anyone else besides that person?
10:40 17      A.   No.  She's the executive director of
10:40 18  the -- of that organization.
10:40 19      Q.   When were you hired?
10:41 20      A.   Let's see.  October -- October, November
10:41 21  of 2016, something like that.
10:41 22      Q.   What have you been doing as part of the
10:41 23  science team, as you described it?
10:41 24      A.   Conducting research and contributing to
10:41 25  the project's website, developing some timelines and

## Page 72

10:41  1  presentations on the key herbicides, the use of
10:41  2  which is rising in the Midwest, tracking and writing
10:41  3  about new literature, appearing in peer-reviewed
10:41  4  journals about the use of and exposure to these
10:41  5  herbicides.
10:41  6      Q.   Are you conducting, yourself, original
10:41  7  scientific research?
10:41  8      A.   Let's see.  Yes, to the extent that I am
10:42  9  largely responsible for analytical work on trends in
10:42 10  the use -- use of and reliance on various herbicides
10:42 11  in predominantly corn -- corn, soybean production in
10:42 12  the principal Midwestern states.
10:42 13           I download raw data from the
10:42 14  pesticide-use surveys conducted by the National
10:42 15  Agricultural Statistics Service, which is an agency
10:42 16  of the USDA.  I develop original methodologies for
10:42 17  analyzing that data across space and time.  I
10:42 18  conduct original scientific assessments of trends in
10:43 19  the use of these products as well as factors
10:43 20  contributing to changes in reliance to a specific
10:43 21  product or all herbicides together.
10:43 22           So yes, I conduct original scientific
10:43 23  research on pesticide-use trends and what drives
10:43 24  them.
10:43 25      Q.   You yourself are investigating through

## Page 73

10:43  1  scientific experiment toxicity of pesticides?
10:43  2      A.   No, sir.
10:43  3      Q.   Are you yourself investigating
10:43  4  carcinogenicity of pesticides?
10:43  5      A.   I don't conduct the laboratory studies.
10:43  6  Generating original data on the toxicity of an
10:43  7  original chemical, agent, pesticide to a given
10:43  8  organism -- I don't do that part of the scientific
10:44  9  assessment of pesticide risk.  I do use the results
10:44 10  of those studies as reported in the open scientific
10:44 11  literature and as reported in EPA documents in
10:44 12  original research on trends in the level of risk
10:44 13  arising from use of pesticides in agriculture.
10:44 14      Q.   So you study literature published by
10:44 15  other scientists and evaluate it to come up with
10:44 16  your own opinions?
10:44 17      A.   Yes.
10:44 18      Q.   Now, these thousand or so documents that
10:44 19  you have that involve glyphosate in this project --
10:44 20  where did you get those documents from?
10:44 21      A.   From the -- predominantly from the
10:44 22  internet.  All of the documents and all of the raw
10:44 23  data on pesticide use comes from the USDA through
10:45 24  their Quick Stats Program.  All of the data on
10:45 25  pesticide residue levels in food which I use in my

Confidential

Page 74

10:45  1    research and scientific work on pesticide dietary
10:45  2    risk levels comes from the agricultural marketing
10:45  3    service via their pesticide data program.  Each year
10:45  4    they release their raw data through a series of very
10:45  5    large files.
10:45  6        Most of the information that I have on
10:45  7    regulatory actions and decisions impacting
10:45  8    glyphosate-based herbicides are documents downloaded
10:45  9    from various parts of the EPA website.  As I'm sure
10:45  10   you know, there is a -- there is a section of the
10:45  11   EPA website that includes previously screened and
10:45  12   released documents on glyphosate-based herbicides
10:45  13   and EPA actions relative to glyphosate herbicides.
10:46  14       There's, I'm going to guess, something on
10:46  15   the order of 200 documents in that prescreened and
10:46  16   publicly released file.  I would say essentially all
10:46  17   of the critical EPA documents that I reference in my
10:46  18   expert report, sometimes saying from my files and
10:46  19   other times given the Bates number that's attached
10:46  20   to the document, that's where I -- that's where I
10:46  21   located and downloaded the majority of those
10:46  22   documents.  Although, some of them I had even from
10:46  23   work many years ago.
10:46  24       I have a very substantial file on all of
10:46  25   the tolerance actions involving glyphosate-based

Page 75

10:46  1    herbicides and glyphosate active ingredient and its
10:47  2    principal metabolite, AMPA.  As you know, I'm sure,
10:47  3    there have been several dozen specific tolerance
10:47  4    actions involving glyphosate, going back to the mid
10:47  5    to late '70s.  I have a reasonably comprehensive
10:47  6    file of all of those actions and -- as published in
10:47  7    the Federal Register, as well as many EPA documents
10:47  8    discussing the residue chemistry branch and hazard
10:47  9    evaluation division, or toxicology branch in earlier
10:47  10   days, reviews of those tolerance petitions.
10:47  11       So that -- those are sort of the core
10:47  12   documents that anyone who conducts in-depth original
10:47  13   research on glyphosate use and risks would
10:48  14   originally retain and refer to.
10:48  15       Q.   Are any of these documents Monsanto
10:48  16   Company documents?
10:48  17       A.   I would say every single one of the EPA
10:48  18   reviews, the EPA registration standard, the RED,
10:48  19   most of the tolerance petitions probably are in the
10:48  20   record, the discovery record of this case; but as I
10:48  21   said earlier, I have not had the opportunity to
10:48  22   review all 6 million documents at this time.
10:48  23       Q.   I'm talking about the thousand or so
10:48  24   glyphosate documents you just described that you had
10:48  25   obtained largely through your own research and

Page 76

10:48  1    downloading.  Are any of those Monsanto Company
10:48  2    documents?
10:48  3        A.   They were generated by Monsanto Company.
10:48  4    They were generated by one of these government
10:49  5    agencies.
10:49  6        Q.   Are they internal emails of the company,
10:49  7    memos of the company, PowerPoint presentations of
10:49  8    the company, or anything that is not generated for
10:49  9    an EPA submission?
10:49  10       A.   I include no such documents in this
10:49  11   general figure of a thousand documents involving
10:49  12   glyphosate that I have in my possession and have
10:49  13   reviewed and worked with.
10:49  14       Q.   Are you supplementing your work on that
10:49  15   glyphosate project with documents that you have
10:49  16   received and reviewed in Mr. Johnson's lawsuit?
10:49  17       A.   No.
10:49  18       Q.   Did you sign a confidentiality agreement
10:49  19   with Mr. Johnson's counsel not to disclose company
10:49  20   documents that have been provided to you for review?
10:49  21       A.   I was provided a copy of the protective
10:49  22   order, and I don't remember if I sent back a signed
10:50  23   document, a signed version of it.  If I was asked to
10:50  24   do that, I'm sure I did.
10:50  25       Q.   Have you ever worked as a commercial

Page 77

10:50  1    pesticide operator?
10:50  2        A.   No, sir.
10:50  3        Q.   You never received training in it?
10:50  4        A.   No, sir.
10:50  5        Q.   Do you have expertise as an industrial
10:50  6    hygienist?
10:50  7        A.   No, sir.
10:50  8        Q.   Do you have expertise with Tyvek suits?
10:50  9        A.   No.
10:50  10       Q.   Have you ever peer-reviewed a scientific
10:50  11   publication on carcinogenicity studies, long term,
10:50  12   of glyphosate in rodents?
10:50  13       A.   I have never peer-reviewed an original
10:50  14   article reporting the results of a long-term cancer
10:50  15   study on glyphosate or glyphosate-based herbicides.
10:50  16   No, I've never done that.
10:50  17       Q.   And you've never been part of conducting
10:50  18   such a study, correct?
10:51  19       A.   No, sir.  You asked that earlier, and I
10:51  20   answered it earlier.
10:51  21       Q.   You have no expertise on skin disorders,
10:51  22   correct?
10:51  23       A.   I don't have an advanced degree in that.
10:51  24   It wasn't part of my education, and I haven't
10:51  25   conducted any laboratory experiments on skin

Confidential

Page 78

10:51 1   diseases.
10:51 2       Q.   That would include by definition mycosis
10:51 3   fungoides?
10:51 4       A.   Correct.
10:51 5       Q.   What about eye irritation?  Do you have
10:51 6   expertise on that?
10:51 7       A.   No, sir.
10:51 8       Q.   In these depositions that you've given --
10:51 9   and I apologize if I can't remember the number.  I
10:51 10  think you said around 15; maybe it was a little more
10:51 11  than 15 -- in how many cases have you testified for
10:51 12  the plaintiff?
10:52 13      A.   I believe all of them.
10:52 14      Q.   You've never testified in anyone's
10:52 15  defense or any company's defense in any of those
10:52 16  depositions?
10:52 17      A.   I -- I participated in a case that
10:52 18  involved two chemical companies against each other,
10:52 19  and in that case, I suppose it might be difficult to
10:52 20  characterize which was the plaintiff and which was
10:52 21  the defendant; but I did work for the chemical
10:52 22  company that brought the case, so they would -- they
10:52 23  would be regarded as the plaintiff in that case.
10:52 24      Q.   Well, was the client, your client?
10:52 25      A.   It was a me-too manufacturer of

Page 79

10:52 1   chlorpyrifos home-use insecticide products, and the
10:52 2   case was brought against Dow, Dow AgroSciences.  It
10:53 3   was several years ago.  It's -- the exact name of
10:53 4   the case -- it's in my -- it's in my resume.
10:53 5       Q.   And how about trial?  You said you
10:53 6   testified in two trials.  Were they both for the
10:53 7   plaintiffs?
10:53 8       A.   Yes, sir.
10:53 9       Q.   What percentage of your income is derived
10:53 10  from testifying as an expert witness or providing
10:53 11  consulting services for litigating?
10:53 12      A.   It's highly variable over time.  It has
10:53 13  varied from zero percent for months at a time to a
10:53 14  significant portion.
10:53 15      Q.   What about 2017?  Approximately how much
10:53 16  were you compensated from all sources for expert
10:53 17  testimony or litigation?
10:53 18      A.   2017.  Probably close to half of total,
10:54 19  Benbrook Consulting Services income.
10:54 20      Q.   Approximately how much was the
10:54 21  compensation total?
10:54 22      A.   A lot of my projects entail, in fact,
10:54 23  pass-through funds, where I have other people that
10:54 24  work for me.  So on a gross basis when I file my
10:54 25  taxes this year, my gross income will be somewhere

Page 80

10:54 1   on the order of $250,000, and my net income will be
10:54 2   well under -- well under $200,000.
10:54 3       Q.   This is all from litigation consulting or
10:54 4   expert?
10:54 5       A.   No.  No.  As I said, about half.
10:54 6       Q.   Half.  Half of that total?
10:54 7       A.   Yes.
10:54 8       Q.   Let's mark -- this is Exhibit 2.  It's
10:54 9   already marked for the deposition.  Let me show you.
10:54 10  We talked about some questions earlier.  This is
10:54 11  titled as a supplemental reliance list.
10:54 12      MR. LITZENBURG:  Do you have a copy?
10:55 13      MR. COPLE:  Is it there?  Hold on.
10:55 14  BY MR. COPLE:
10:55 15      Q.   Have you seen this document before?
10:55 16      A.   No.
10:55 17      Q.   Did you have anything to do with the
10:55 18  preparation of this document?
10:55 19      A.   No.
10:55 20      Q.   Did you know the document had been
10:55 21  prepared?
10:55 22      A.   When I met with Mr. Litzenburg and
10:55 23  Mr. Travers yesterday, they said it would be
10:55 24  appropriate to provide you with a list of any other
10:55 25  documents that I had been provided by them since the

Page 81

10:55 1   expert report was filed or any other documents that
10:55 2   either I flagged to them as important, whether I
10:55 3   received it as part of the earlier emails from them
10:56 4   or had obtained it in my own right.  For example,
10:56 5   IARC Monograph 112.  I had that.  I downloaded it
10:56 6   off the internet soon after it became available, but
10:56 7   they felt it was appropriate to put it on the list.
10:56 8       Q.   And this list, now that you have it in
10:56 9   front of you, because you had asked before about
10:56 10  this list, are they all of these documents that you
10:56 11  have reviewed in coming to your opinions in this
10:56 12  case?
10:56 13      A.   I don't specifically remember, for
10:56 14  example, what MONGLY07480802 is.  I don't remember
10:56 15  what that document is.  Or, for that matter, I don't
10:56 16  have memorized the documents associated with any of
10:56 17  the MONGLY numbers.  So to speak specifically to
10:57 18  whether I relied on it, whether it was important in
10:57 19  my opinion, you'd need to put the document in front
10:57 20  of me.
10:57 21      (Benbrook Exhibit Number 3 is marked for
10:57 22  identification.)
10:57 23  BY MR. COPLE:
10:57 24      Q.   I'm showing you what's marked as Exhibit
10:57 25  3. Is this your current CV?

Confidential

Page 82

10:57 1     A.   You're handing me this. It's not
10:57 2  attached to my expert report. Is this the one taken
10:57 3  from my expert report?
10:58 4     Q.   I represent to you that it is.
10:58 5     A.   Yes. This will be my current resume,
10:58 6  with the exception, as I said, there's one
10:58 7  additional paper that I've had accepted.
10:58 8     Q.   Noted.
10:58 9        Go to the second page where you
10:58 10 describe --
10:58 11    A.   No, this is not my current resume. It's
10:58 12 got my old email. Maybe I've -- maybe I've had my
10:58 13 wrong email on my resume for years. Could we just
10:58 14 take a peek? It's right on the first page.
10:58 15    Q.   What is your email?
10:58 16    A.   ████████@Gmail.com.
10:58 17    Q.   That's what we have here.
10:58 18    A.   This is not my current resume.
10:58 19    Q.   All right. We'll set this aside.
10:58 20    A.   You know, it kind of bothers me that you
10:58 21 would represent it as it is.
10:58 22    Q.   Well, this is a resume that we received
10:58 23 from counsel that you are working for. So if it's
10:59 24 not current and it's not the same as --
10:59 25    A.   I don't believe you.

Page 83

10:59 1     Q.   You don't believe me?
10:59 2     A.   Yeah. I never provided that resume to
10:59 3  counsel I'm working for.
10:59 4        MR. COPLE:  Okay. Let's go off the
10:59 5  record.
10:59 6        THE VIDEOGRAPHER:  The time is now 10:59.
10:59 7  We are off the record.
10:59 8        (Break in proceedings.)
11:00 9        (Benbrook Exhibit Number 4 is marked for
11:00 10 identification.)
11:00 11       THE VIDEOGRAPHER:  The time is now 11:00.
11:00 12 We are on the record.
11:00 13 BY MR. COPLE:
11:00 14    Q.   We went off the record, Dr. Benbrook, and
11:00 15 we have cleared up my confusion about your resume,
11:00 16 and Exhibit 3 that I had shown you is not the
11:00 17 resume, as you pointed out, attached to your expert
11:00 18 report, which we have now marked as Exhibit 4.
11:00 19       Can you confirm whether or not Exhibit 3
11:00 20 is a resume of yours, even if it's not the current
11:01 21 one right now?
11:01 22    A.   I suspect it was, but it's maybe a decade
11:01 23 old.
11:01 24    Q.   And we can set that aside, since that's
11:01 25 obviously not relevant to your expert opinions here.

Page 84

11:01 1     A.   I assume we're going to talk about the
11:01 2  resume now?
11:01 3     Q.   We are going to talk about it.
11:01 4     A.   Okay. I am going to detach it from the
11:01 5  rest of the report.
11:01 6     Q.   Now, if you go to -- well, let's first be
11:01 7  sure we're all on the same page.
11:01 8        This is your current resume, is that
11:01 9  right?
11:01 10    A.   Yes, sir.
11:01 11    Q.   And again, that was my confusion, sir.
11:01 12       Go to the second page, and there's a
11:01 13 description on the second page of your
11:01 14 responsibilities. Back when you were at the
11:02 15 Subcommittee on Department Operations Research and
11:02 16 Foreign Agriculture -- I believe you called that
11:02 17 DORFA previously, correct?
11:02 18    A.   Correct.
11:02 19    Q.   And this shows that you were staff
11:02 20 director from April '81 to January '84. That's
11:02 21 correct?
11:02 22    A.   Yes, sir.
11:02 23    Q.   In the responsibilities, the first one
11:02 24 that you list among three responsibilities, to
11:02 25 prepare and analyze legislation, that's within the

Page 85

11:02 1  jurisdiction of the subcommittee, correct?
11:02 2     A.   Correct.
11:02 3     Q.   Now, the legislation that you're
11:02 4  referring to here, as I think you previously
11:02 5  testified, has some bearing on your relationship to
11:02 6  pesticide regulation; is that right?
11:02 7     A.   A significant component of it did, yes,
11:02 8  sir.
11:02 9     Q.   Your responsibilities did not include the
11:02 10 direct regulation of pesticides itself, right?
11:02 11    A.   Correct.
11:02 12    Q.   And the second thing that you -- that you
11:02 13 point to is organizing subcommittee hearings and
11:02 14 business meetings. And this is in the capacity as a
11:03 15 staff director to support the members of the
11:03 16 subcommittee, right?
11:03 17    A.   Correct.
11:03 18    Q.   And that's not pesticide regulation,
11:03 19 right?
11:03 20    A.   No, it's not.
11:03 21    Q.   And the third one is to brief members and
11:03 22 staff on legislation and oversight activities. I
11:03 23 believe you previously testified that some of that
11:03 24 also had a bearing or relationship to pesticides or
11:03 25 pesticide regulation, correct?

Confidential

Page 86

11:03 1    A.    Yes, sir.
11:03 2    Q.    And that also was not direct regulation
11:03 3  of pesticides itself, right?
11:03 4    A.    Correct.
11:03 5    Q.    You are familiar, I think according to
11:03 6  your report, with the activities and organization of
11:03 7  EPA's OPP; is that correct?
11:03 8    A.    Yes.
11:03 9    Q.    And what is OPP?
11:03 10   A.    Office of Pesticide Programs.
11:04 11   Q.    Are you familiar with the information
11:04 12 that is submitted to OPP as part of the registration
11:04 13 process by applicants of registration for pesticides
11:04 14 on the FIFRA?
11:04 15   A.    Yes, I am.
11:04 16   Q.    Do you know what that information
11:04 17 consists of?
11:04 18   A.    Certainly the primary data requirements,
11:04 19 yes.
11:04 20   Q.    And have you been involved with any
11:04 21 submission of information to EPA's OPP as part of a
11:04 22 registration application?
11:04 23   A.    Yes, I have.
11:04 24   Q.    For whom?
11:04 25   A.    Appropriate Technology Limited.

Page 87

11:04 1    Q.    What was the pesticide?
11:04 2    A.    The company had two
11:04 3  bioinsecticides/bionematicides, Sincocin and -- I
11:04 4  can't remember the name of the other one, but there
11:05 5  were two, two insecticide/nematicides that were
11:05 6  registered by the EPA, and I assisted the company in
11:05 7  developing the registration packages in interactions
11:05 8  with EPA for maybe four or five years.
11:05 9    Q.    Did you generate the scientific data that
11:05 10 was part of the registration packet submission?
11:05 11   A.    No.
11:05 12   Q.    There were scientists that were retained
11:05 13 by that company directly or indirectly that did
11:05 14 that; is that correct?
11:05 15   A.    Correct.
11:05 16   Q.    Have you been involved with the review of
11:05 17 surfactants as part of a pesticide formulation --
11:05 18 part of the pesticide formulation that's submitted
11:05 19 as the part of registration application to EPA?
11:06 20   A.    Yes.
11:06 21   Q.    For which company was that?
11:06 22   A.    The surfactants and other inert
11:06 23 ingredients in the ATL products were part of the --
11:06 24 the registration package.
11:06 25   Q.    These products you're talking about,

Page 88

11:06 1  these were not herbicides, correct?
11:06 2    A.    Correct.
11:06 3    Q.    I think you said insecticides?
11:06 4    A.    Insecticides and nematicides.
11:06 5    Q.    And so by definition, they did not
11:06 6  involve glyphosate, correct?
11:06 7    A.    Correct.
11:06 8    Q.    You indicated in your expert report that
11:06 9  you had been in contact with Dr. Aaron Blair,
11:07 10 correct?
11:07 11   A.    Correct.
11:07 12   Q.    And you said that you considered him to
11:07 13 be a colleague of yours; is that right?
11:07 14   A.    Correct.
11:07 15   Q.    How is Dr. Blair a colleague of yours?
11:07 16   A.    When we were conducting oversight in the
11:07 17 Subcommittee on Department of Operations Research
11:07 18 and Foreign Agriculture on a variety of pesticide
11:07 19 issues -- back in that era, as you may remember, it
11:07 20 was the first term of the new Reagan presidency.
11:07 21 The new political appointees in EPA included a
11:07 22 gentleman named Dr. John Todhunter, who was
11:07 23 advocating some substantial changes in EPA pesticide
11:07 24 regulatory policy and risk assessment standards
11:07 25 applicable to the pesticide controversies of the

Page 89

11:08 1  day.
11:08 2        As a result of that, the subcommittee --
11:08 3  in several of the hearings that we designed and
11:08 4  carried out on pesticides, there was one or more
11:08 5  witnesses that were invited to address issues of --
11:08 6  issues arising from the potential oncogenic risks
11:08 7  posed by pesticides to the American population.
11:08 8        In one of those hearings, the
11:08 9  subcommittee asked for testimony from the National
11:08 10 Cancer Institute.  I called up the National Cancer
11:08 11 Institute and asked them who they would be able and
11:08 12 willing to designate to come and testify before the
11:08 13 subcommittee on the program and roles of the
11:08 14 National Cancer Institute relative to understanding
11:08 15 the cancer use associated with use of and exposure
11:09 16 to pesticides.  The NCI designated Dr. Aaron Blair.
11:09 17       So he came to the subcommittee, presented
11:09 18 testimony.  There was some follow-up questions that
11:09 19 I had to submit to him on behalf of the
11:09 20 subcommittee, that he answered.  And I stayed in
11:09 21 touch with Dr. Blair ever since.  I only met with
11:09 22 him, over the whole span of time, maybe two or three
11:09 23 times, but I talked with him many more times or
11:09 24 exchanged emails with him.
11:09 25       So he was one of the people that I had a

Confidential

## Page 90

11:09 1 high regard for, and I knew he was very
11:09 2 knowledgeable on the activities of the National
11:09 3 Cancer Institute relative to pesticides. So over
11:09 4 the years, if some issue came up about an NCI study
11:09 5 on pesticides, I'd just call him up or email him,
11:09 6 and he'd answer my question. That's why I consider
11:10 7 him a professional colleague.
11:10 8     Q.   So you called him -- you called Dr. Blair
11:10 9 with respect to the expert report you were preparing
11:10 10 on behalf of Mr. Johnson, right?
11:10 11     A.   No. No.  I -- I -- when I read the news
11:10 12 about the classification of glyphosate and
11:10 14 glyphosate-based herbicides as a probable human
11:10 14 carcinogen by IARC in March of 2015, as I explain in
11:10 15 my report, that was as -- even more surprising to me
11:10 16 than apparently it was to Monsanto.
11:10 17        And so I downloaded the Lancet story,
11:10 18 which was where the results were originally
11:10 19 released, and looked at the membership of the
11:10 20 working group and saw that Aaron was the chair of
11:10 21 it. So I sent him an email and said, "Can I talk to
11:11 22 you about this? This is just really surprising,
11:11 23 shocking news."
11:11 24        I think I sent that email on the Friday
11:11 25 after the release. I think the release was on a

## Page 91

11:11 1 Thursday. I don't remember exactly the day of the
11:11 2 week, but he said that I could call him on Sunday at
11:11 3 his house. And so I did. And I had a conversation
11:11 4 about the basis for the working group classifying
11:11 5 glyphosate as a probable carcinogen.
11:11 6     Q.   You're aware that the working group
11:11 7 classified glyphosate, the active ingredient, as a
11:11 8 probable human carcinogen, not glyphosate-based
11:11 9 formulations, correct?
11:11 10     A.   No, I'm not aware of that. That's a
11:11 11 nonaccurate characterization of what an IARC review
11:11 12 is. They look at all of the published data on the
11:11 13 active ingredient by itself as well as any published
11:12 14 data on the use of glyphosate-based herbicides.
11:12 15        If you read their monograph, you will see
11:12 16 extensive discussion of the epidemiological
11:12 17 literature and data, which of course is exclusively
11:12 18 on glyphosate-based herbicides, because no one has
11:12 19 ever to my knowledge sprayed straight glyphosate in
11:12 20 an agricultural setting.
11:12 21        And also the working group placed
11:12 22 considerable weight on the several genotoxicity
11:12 23 studies collected with glyphosate-based herbicides.
11:12 24     Q.   So as an expert for Mr. Johnson, sitting
11:12 25 here today, your expert opinion is that the IARC

## Page 92

11:12 1 Monograph 112 classified glyphosate-based herbicides
11:12 2 as probably carcinogenic; is that your opinion?
11:12 3        MR. LITZENBURG: Objection to form.
11:12 4        THE WITNESS: Yes. That's my opinion.
11:12 5 The -- it's very clear that the classification
11:12 6 by IARC of all of the pesticides that they
11:13 7 reviewed then and all of the ones that they have
11:13 8 done historically refer to the active ingredient
11:13 9 as well as the formulated products in which the
11:13 10 active ingredient is actually sprayed.
11:13 11        From the perspective of IARC, their
11:13 12 responsibility is to assess the potential cancer
11:13 13 risk for the use of formulated, ready-to-use
11:13 14 herbicides, but of course they have to rely on
11:13 15 many of the studies done just on the active
11:13 16 ingredient. So it's really -- it's not accurate
11:13 17 or appropriate to say that IARC's classification
11:13 18 was solely in reference to 100 percent pure
11:13 19 glyphosate active ingredient.
11:13 20 BY MR. COPLE:
11:13 21     Q.   Did Dr. Blair tell you in your
11:14 22 conversations with him in 2015 about Monograph 112
11:14 23 that IARC had concluded that glyphosate-based
11:14 24 herbicides were probably human carcinogens?
11:14 25     A.   Well, at the time, they were still

## Page 93

11:14 1 working on the monograph, which as you know, it's a
11:14 2 much longer document that came out many months after
11:14 3 the release of the actual classification decision
11:14 4 and the short paper and the Lancet oncology journal.
11:14 5 And it wasn't necessary for Dr. Blair to explain
11:14 6 that aspect of their review to me. That is common
11:14 7 knowledge among anyone that assesses or follows the
11:14 8 scientific literature or, for that matter,
11:14 9 regulatory decision making. People understand the
11:14 10 difference between the study conducted on a pure
11:14 11 pesticide active ingredient relative to a study
11:15 12 conducted on a formulated product. That's -- that's
11:15 13 just part of what is done, and people understand the
11:15 14 distinction.
11:15 15     Q.   How much time did you spend reviewing
11:15 16 IARC Monograph 112?
11:15 17     A.   I think I've read it twice, three or four
11:15 18 hours total.
11:15 19     Q.   When was the last time you read it?
11:15 20     A.   Probably in early December, so three
11:15 21 months ago.
11:15 22     Q.   So just to be clear, your testimony is
11:15 23 that the monograph itself states that IARC has
11:15 24 classified as a probable human carcinogen, not only
11:15 25 glyphosate the ingredient, but also glyphosate-based

Confidential

11:15 1 herbicides?

11:15 2 MR. LITZENBURG: Objection to form. The

11:15 3 document speaks for itself.

11:16 4 THE WITNESS: IARC monographs classified

11:16 5 certain chemicals relative to available evidence

11:16 6 on their potential to cause cancer in humans.

11:16 7 They report those results by naming the

11:16 8 chemical -- benzene, glyphosate, diazinon,

11:16 9 2,4-D, acrylamide. They don't -- they don't

11:16 10 refer to brand-name products. They don't refer

11:16 11 to the form that the active ingredient or the

11:16 12 chemical of interest is actually introduced into

11:16 13 commerce or used in the real world.

11:16 14 It is common knowledge that if IARC

11:16 15 classifies glyphosate active ingredient as a

11:16 16 probable human carcinogen, that it has also

11:16 17 classified glyphosate-based herbicides as an

11:17 18 active ingredient -- as a probable human

11:17 19 carcinogen. And as I said earlier, some of the

11:17 20 scientific data that the working group relied on

11:17 21 was -- reflected the impacts of use of and

11:17 22 exposure to glyphosate-based herbicides.

11:17 23 BY MR. COPLE:

11:17 24 Q. Does the monograph say that?

11:17 25 A. Yeah. Yes.

11:17 1 Q. What is this common knowledge based on?

11:17 2 What do you base the common knowledge on that when

11:17 3 IARC classifies an active ingredient as probably a

11:17 4 human carcinogen, that it also is classifying

11:17 5 glyphosate-based herbicides as probably human

11:17 6 carcinogens?

11:17 7 MR. LITZENBURG: Objection to form.

11:17 8 THE WITNESS: If I remember correctly, I

11:17 9 actually think that issue came up in our hearing

11:17 10 in 1981 or 1982 with Dr. Blair. This is -- this

11:18 11 is an aspect of pesticide use and risk and risk

11:18 12 assessment that it's just -- it's just common

11:18 13 knowledge that what -- what ultimately is

11:18 14 important is the chemical to which people are

11:18 15 exposed, and so there -- there -- it's a -- it's

11:18 16 a -- it's really a -- to try to separate them in

11:18 17 the -- in the IARC classification or review

11:18 18 is -- is not appropriate.

11:18 19 BY MR. COPLE:

11:18 20 Q. What about the EPA classification and

11:18 21 review of active ingredients? Does EPA do the same

11:18 22 thing, in your opinion?

11:18 23 A. No. The EPA -- the EPA data

11:18 24 requirements, the vast majority of them are based on

11:19 25 studies using the pure active ingredient. All of

11:19 1 the long-term cancer studies, the vast majority of

11:19 2 the genotox studies, the vast majority of the

11:19 3 toxicological database that's relevant to this case

11:19 4 has been done using the pure active ingredient

11:19 5 glyphosate.

11:19 6 This is one of the major reasons why

11:19 7 scientists around the world are much more concerned

11:19 8 about real-world exposures and risks, because people

11:19 9 in the real world apply a formulated

11:19 10 glyphosate-based herbicide which is -- behaves

11:19 11 different in the environment and is more toxic than

11:19 12 pure glyphosate.

11:19 13 So the EPA does very limited testing on

11:20 14 formulated products and is well aware that many

11:20 15 scientific bodies, scientists are encouraging it to

11:20 16 expand its testing, particularly in a case like

11:20 17 glyphosate-based herbicides where there's

11:20 18 substantial data in the open, peer-reviewed

11:20 19 literature showing increased toxicity, more serious

11:20 20 adverse effects when an organism is exposed to the

11:20 21 formulated product compared to the active

11:20 22 ingredient.

11:20 23 Q. IARC does not itself test active

11:20 24 ingredients to determine whether there is a

11:20 25 carcinogenicity hazard, correct?

11:20 1 A. Correct.

11:20 2 MR. LITZENBURG: Objection to form.

11:20 3 BY MR. COPLE:

11:20 4 Q. And IARC conducts its review to determine

11:20 5 whether there is a hazard involving a potential

11:20 6 carcinogenic property of a chemical, correct?

11:21 7 A. Correct.

11:21 8 Q. And IARC, in making its determination of

11:21 9 a hazard assessment, does not do, as you put it, a

11:21 10 real-world risk assessment, correct?

11:21 11 MR. LITZENBURG: Objection to form.

11:21 12 THE WITNESS: Correct.

11:21 13 BY MR. COPLE:

11:21 14 Q. Did you keep the email you sent to

11:21 15 Dr. Blair in 2015?

11:21 16 A. No.

11:21 17 Q. Did Dr. Blair respond to you after you

11:21 18 emailed him?

11:21 19 A. Yeah. He sent me a one- or two-line

11:21 20 email, said have time to talk to you midday on

11:21 21 Sunday, and gave me his phone number.

11:21 22 Q. Since that exchange of emails, have you

11:21 23 continued to communicate by email with Dr. Blair?

11:21 24 A. Once.

11:21 25 Q. When did that happen?

## Page 98

11:21  1         A.    About -- it would be mid-December, before

11:21  2    I filed my expert report.  I had read in some of the

11:22  3    voluminous media coverage and scientific debate

11:22  4    about the IARC decision that IARC had released an

11:22  5    updated version of Monograph 112.  I wondered if the

11:22  6    updated version included new data or changed

11:22  7    anything in particular that I should know about.

11:22  8         So I emailed Dr. Blair and asked him if I

11:22  9    could give him a call, and we set up a time.  And I

11:22  10   called him, and he told me that the changes that had

11:22  11   been made in the IARC Monograph 112 were formatting,

11:22  12   typos, and some corrections in some of the

11:22  13   references, but there was no substantive change in

11:22  14   the monograph.

11:22  15        Q.    Did you talk about anything else with

11:22  16   Dr. Blair on that call?

11:22  17        A.    I think I asked him how he was holding up

11:23  18   to the criticism that he had been getting, and he

11:23  19   said that they -- he and IARC were weathering the

11:23  20   storm.

11:23  21        Q.    How long was the conversation?

11:23  22        A.    Twelve minutes, 15 minutes, something

11:23  23   like that.

11:23  24        Q.    Did you discuss the Agricultural Health

11:23  25   Study that was released in December, 2017, with

## Page 99

11:23  1    Dr. Blair?

11:23  2         A.    No.

11:23  3         Q.    Did Dr. Blair email you back in December

11:23  4    when you contacted him?

11:23  5         A.    Just to set up the time to call.

11:23  6         Q.    Did you keep the email that you sent to

11:23  7    Dr. Blair?

11:23  8         A.    I don't -- I don't think so.  I'll be

11:23  9    glad to look in my computer and see if I can find

11:23  10   it.

11:24  11        MR. COPLE:  Let's mark this as Exhibit --

11:24  12   I think we're up to 5.

11:24  13        (Benbrook Exhibit Number 5 is marked for

11:24  14   identification.)

11:24  15   BY MR. COPLE:

11:24  16        Q.    I'm handing you, Dr. Benbrook, what's

11:24  17   been marked Exhibit 5 for the deposition.  It says

11:24  18   it's Defendant Monsanto's Notice of Videotaped

11:24  19   Deposition of Dr. Benbrook Via Deposition Subpoena.

11:24  20        Have you seen this document before?

11:24  21        A.    Yes.  Well, I received a version -- I

11:24  22   received a document that looks like this.  I haven't

11:24  23   had a chance to read it.

11:24  24        MR. LITZENBURG:  Objection.  Defense

11:24  25   counsel specifically asked us to accept the

## Page 100

11:24  1    subpoena on behalf of Dr. Benbrook, and we have

11:24  2    filed responses to it.

11:24  3    BY MR. COPLE:

11:24  4         Q.    If you go to the top of 3 on Exhibit 5.

11:25  5         A.    In this?

11:25  6         Q.    Yes, sir.  About four or five pages in.

11:25  7         A.    What paragraph number?

11:25  8         Q.    There's a list of numbered paragraphs.

11:25  9         A.    Yes, I have it.

11:25  10        Q.    The first question I have, have you seen

11:25  11   any of these paragraphs in any form, either this

11:25  12   document or something similar, given to you by

11:25  13   counsel for Mr. Johnson?

11:25  14        A.    I think -- I believe it was Mr. Travers

11:25  15   sent me a document that I haven't compared to see if

11:25  16   there's any changes, but, yeah, this was sent to me.

11:25  17        Q.    Did you review all of these different

11:25  18   paragraphs that were in the whatever the similar

11:25  19   document was that Mr. Travers sent you?

11:25  20        A.    Yes, Yes, I did.

11:25  21        Q.    Did you confirm whether you had documents

11:25  22   that matched up with any of these categories?

11:25  23        MR. LITZENBURG:  The same objection.

11:25  24   Responding formally to subpoena.

11:25  25        THE WITNESS:  I read through this, and I

## Page 101

11:26  1    made an effort to locate documents that I still

11:26  2    had in my possession that seemed responsive to

11:26  3    what was being requested, yes.

11:26  4    BY MR. COPLE:

11:26  5         Q.    And what did you do with those that you

11:26  6    found that you thought were responsive?

11:26  7         A.    I found a declaration that I wrote, and I

11:26  8    provided it to the counsel.

11:26  9         Q.    Did you find any communications, either

11:26  10   to or from any of the various individuals that are

11:26  11   listed in some of the numbered paragraphs,

11:26  12   specifically Paragraph 9 and Paragraph 10,

11:26  13   Paragraph 11, Paragraph 12, Paragraph 13?  There's a

11:26  14   lot of people.

11:26  15        A.    A lot of people.  None that are

11:26  16   responsive to what was being asked about, which is

11:26  17   obviously this case, glyphosate.

11:26  18        Q.    Did you have any -- did you find

11:26  19   documents representing any communications by you to

11:26  20   or from any of these individuals?

11:26  21        MR. LITZENBURG:  The same as original,

11:26  22   aware of formal responses and objections to this

11:27  23   attachment.

11:27  24        THE WITNESS:  I didn't locate any.

11:27  25   BY MR. COPLE:

Confidential

Page 102

11:27 1    Q.    Does that include Dr. Blair?
11:27 2    A.    Correct.
11:27 3    Q.    You looked for email communication
between you and him in December?
11:27 5    A.    I did, and I could not find any.
11:27 6    Q.    Have you ever done a label review for a
pesticide?
11:27 8    A.    Yes.
11:27 9    Q.    For who?
11:27 10   A.    For many purposes, many projects, many
clients.
11:27 12   Q.    Have you done a label review for EPA, for
a pesticide?
11:27 14   A.    At the request of EPA and being paid by
EPA?  Is that what you're asking?
11:27 16   Q.    Yes, sir.
11:27 17   A.    No.
11:27 18   Q.    So you have not been involved working
with OPP as it would carry out a label review for a
registered or pending registration for a pesticide?
11:28 21   A.    At their request?
11:28 22   Q.    Yes.  Either with them or for them.
11:28 23   A.    I have not.
11:28 24   Q.    In connection with preparing your expert
report, have you reviewed Title 40 Code of Federal

Page 103

11:28 1    Regulation Section 158.500?
11:28 2    A.    Please put it in front of me, and I'll
let you know.
11:29 4          MR. COPLE:  Let's mark this.
11:29 5          (Benbrook Exhibit Number 6 is marked for
identification.)
11:29 7    BY MR. COPLE:
11:29 8    Q.    All right, Dr. Benbrook.  Exhibit 6 is
the Code of Federal Regulation part that I just
referenced to you.  My question is, did you review
it in connection with your work in compiling your
expert report for Mr. Johnson?
11:29 13   A.    This is the Standard Part 158 data
requirements, and yes, this was among the documents
that I reviewed and have worked with for 30 years.
11:29 16   Q.    All right.  Now, this outlines a number
of testing, and the first thing is the acute
testing, correct?
11:30 19   A.    Yes, sir.
11:30 20   Q.    There are also columns on the table on
the right side that talk about whether testing is
conducted on technical grade active ingredient or
end use of the product or both; is that right?
11:30 24   A.    Correct.
11:30 25   Q.    What's the difference between technical

Page 104

11:30 1    grade AI and end-use product?
11:30 2    A.    Technical grade AI is what we've been
referring to as a hundred percent pure glyphosate or
just glyphosate, and end-use product is a formulated
herbicide as sold to farmers, applicators, the
general public, which would include various
surfactants and adjuvants.
11:30 8    Q.    So for a registered pesticide active
ingredient, under this table, there would be eight
different types of acute toxicity tests done on an
AI, correct?
11:30 12   A.    Well, let's count them.  Correct.
11:31 13   Q.    For the end-use product, there would be
six different types of acute toxicity tests that are
covered on that, on the formulated product, correct?
11:31 16   A.    Yes, sir.
11:31 17   Q.    And this would be done in terms of
testing for acute toxicity on every glyphosate-based
herbicide formulation that is reviewed and approved
by EPA, right?
11:31 21   A.    Well, there are many very modest changes
in some labels, and I am aware that Monsanto and
other companies request a waiver of conducting a
fresh set of acute toxicity studies when there's a
very minor change in a formulation.  So I don't

Page 105

11:32 1    believe every single Monsanto, Roundup, or other
brand-name herbicide, has had these six different
acute toxicity tests done, but I would suspect a
significant number of them would have them done.
11:32 5    Q.    Are you aware that Ranger Pro had six
different acute toxicity tests conducted on it?
11:32 7          MR. LITZENBURG:  Object to form.
11:32 8          THE WITNESS:  I didn't look at that
specific aspect of the Ranger Pro database.  No.
I just don't know.
11:32 11   BY MR. COPLE:
11:32 12   Q.    Do you know what the acute toxicity
six-pack is?
11:32 14   A.    It's these studies.
11:32 15   Q.    And you're not aware as part of your work
in coming up with your expert opinions whether the
six-pack tests were required and done for Ranger
Pro?
11:33 19   A.    I fully expect that they were done either
on Ranger Pro or another brand-name product that had
such a similar formulation, similar surfactants and
adjuvants, that EPA agreed with Monsanto in a
request to waive the six-pack for a minor change in
a -- in a formulation or a label.
11:33 25   Q.    Are you saying that your review of the

Confidential

---

Page 106

11:33 1    registration record showed that Monsanto had
11:33 2    requested a waiver of the six-pack for Ranger Pro?
11:33 3        A.    No.  That's not what I testified.
11:33 4        Q.    Okay.  Did you review the registration
11:33 5    file for Ranger Pro?
11:33 6        A.    No.
11:33 7        Q.    Now, the six-pack testing that is
11:33 8    required for a herbicide formulation like Ranger Pro
11:33 9    tests acute toxicity on oral route of exposure,
11:34 10   right?
11:34 11       A.    Among others, yes.
11:34 12       Q.    And dermal?
11:34 13       A.    Yes.
11:34 14       Q.    Inhalation?
11:34 15       A.    Correct.
11:34 16       Q.    Skin?
11:34 17       A.    Yes.
11:34 18       Q.    Eye irritation?
11:34 19       A.    Correct.
11:34 20       Q.    Skin sensitization?
11:34 21       A.    Yes.
11:34 22       Q.    This would be required for any herbicide
11:34 23   that is being reviewed for registration or renewal
11:34 24   purposes by OPP, correct?
11:34 25       A.    As I said, certainly any significant

---

Page 107

11:34 1    change in a formulation; but as I testified earlier,
11:34 2    it wouldn't surprise me if a thorough review of the
11:34 3    registration file of the 50-plus, brand-name,
11:34 4    glyphosate-containing herbicides registered by
11:34 5    Monsanto, if a few of them did not have a fresh set
11:34 6    of six-pack data associated with them because of
11:34 7    relatively minor and insignificant changes in the
11:34 8    formulation.
11:35 9        Q.    But you have no information on whether
11:35 10   there was any waiver involved with Ranger Pro?
11:35 11       A.    I didn't -- I didn't conduct a
11:35 12   comprehensive assessment of the six-pack study
11:35 13   requirements across the 50-plus glyphosate herbicide
11:35 14   labels, all of which have been changed on a fairly
11:35 15   regular basis, certainly every other year or two or
11:35 16   three times a decade.  That would be an enormous
11:35 17   number of changes.
11:35 18       Q.    These acute toxicity tests the EPA
11:35 19   requires for herbicide registration are done over
11:35 20   various timeframes in order to mimic different
11:35 21   exposure conditions that might result to humans
11:35 22   during different types of uses, correct?
11:35 23           MR. LITZENBURG:  Objection to form.
11:35 24           THE WITNESS:  I don't understand the
11:35 25   question.

---

Page 108

11:35 1    BY MR. COPLE:
11:35 2        Q.    The tests are carried out under different
11:36 3    timeframes in order to try and mimic those
11:36 4    real-world conditions in which humans might be
11:36 5    exposed?
11:36 6        A.    You're referring to the exposure time
11:36 7    period?
11:36 8        Q.    Yes.
11:36 9        A.    Yes.  Correct.
11:36 10       Q.    And acute toxicity studies are used to
11:36 11   determine the warning information that's listed on
11:36 12   the product label with respect to each formulated
11:36 13   product, right?
11:36 14       A.    Correct.
11:36 15       Q.    The acute toxicity studies also are used
11:36 16   by EPA to determine what the personal protective
11:36 17   equipment is that should be listed on the product
11:36 18   label, correct?
11:36 19           MR. LITZENBURG:  Form.
11:36 20           THE WITNESS:  It's certainly one of the
11:36 21   components of the overall toxicology
11:36 22   exposure-related database that EPA will take
11:36 23   into account in making those judgments.  It's
11:36 24   not the sole -- it's not the sole basis for PPE
11:37 25   decisions.

---

Page 109

11:37 1    BY MR. COPLE:
11:37 2        Q.    What else is in the regulations of EPA
11:37 3    that says there are other factors besides the acute
11:37 4    toxicity testing?
11:37 5        A.    Well, they would look at the method of
11:37 6    application, the equipment used, the volumes used,
11:37 7    the concentration of the active ingredient, the
11:37 8    subacute toxicity, evidence of any reproductive
11:37 9    effects.  There would be a number of factors that
11:37 10   EPA would take into account in determining the
11:37 11   personal protective equipment that is required on
11:37 12   any given label.
11:37 13       Q.    And it's EPA that makes this
11:37 14   determination as to what PPE, personal protective
11:37 15   equipment, must be on the label based on the facts
11:38 16   you just mentioned, right?
11:38 17       A.    Well, when a pesticide manufacturer like
11:38 18   Monsanto submits an application for a new
11:38 19   registration of a pesticide like glyphosate, let's
11:38 20   say, Ranger Pro, for example, purposes -- is that
11:38 21   acceptable?  We talked about Ranger Pro as an
11:38 22   example?
11:38 23       Q.    We can talk about Ranger Pro, but my
11:38 24   question is more general.  EPA makes the
11:38 25   determination as what goes on the label about PPE,

---

Confidential

Page 110

11:38  1    correct?
11:38  2        A.    Not entirely.  The companies, in their
11:38  3    proposed label or amendments to the label, will
11:38  4    place in that proposal, in that application to EPA
11:38  5    the PPE that they feel is necessary.  Sometimes the
11:38  6    EPA will accept those judgments and not require any
11:39  7    additional PPE; and in other cases EPA, will engage
11:39  8    in a dialogue with the company about the potential
11:39  9    need for additional PPE, which is often one of the
11:39  10   many issues that require a lot of interaction back
11:39  11   and forth between a pesticide registrant and the
11:39  12   EPA.  But at the end of the day -- at the end of the
11:39  13   day, the EPA certainly has the authority to require
11:39  14   additional PPE if it feels that such additional
11:39  15   protective equipment is necessary.
11:39  16       Q.    EPA has the final say, correct?
11:39  17           MR. LITZENBURG:  Object to form.
11:39  18           THE WITNESS:  Correct.
11:39  19   BY MR. COPLE:
11:39  20       Q.    And EPA has the enforcement authority on
11:39  21   the FIFRA to enforce the label requirements for any
11:39  22   registered manufacturer of herbicide, correct?
11:39  23       A.    Well, of course EPA delegates the
11:40  24   authority to the states and Indian tribes, but
11:40  25   ultimately, the authority initially rests with the

Page 111

11:40  1    EPA, yes.
11:40  2        Q.    There is also subchronic testing required
11:40  3    by EPA for each of the active ingredients for a
11:40  4    pesticide, right?
11:40  5        A.    Correct.
11:40  6        Q.    What does that consist of?
11:40  7        A.    I assume we're going to -- are we going
11:40  8    to work through this?  Does this document --
11:40  9        Q.    You can refer to the document, or you can
11:40  10   just tell me what your understanding is.
11:40  11       A.    Well, subchronic -- there are a variety
11:40  12   of subchronic tests that assess the reproductive,
11:40  13   metabolic, physiological, developmental effects of
11:40  14   pesticides.  There are certainly -- I think there's
11:40  15   substantially more than six, and certainly in
11:40  16   current data requirements -- there were fewer back
11:40  17   in the day when glyphosate was first registered by
11:41  18   EPA in the mid to the late '70s, but, yeah, there
11:41  19   are a number of subchronic testing requirements.
11:41  20       Q.    And "subchronic" means what?
11:41  21       A.    Typically, seven -- exposures that might
11:41  22   be expected to last from several days to a few
11:41  23   weeks.
11:41  24       Q.    Up to 90 days, in some cases?
11:41  25       A.    Yes.  A lot of subchronic studies are 90

Page 112

11:41  1    days.
11:41  2        Q.    It could be 21 days, could be 28 days,
11:41  3    could be up to 90 days?
11:41  4        A.    Correct.
11:41  5        Q.    And subchronic testing would have been
11:41  6    done for glyphosate-based formulations by EPA's
11:41  7    requirement, correct?
11:41  8        A.    Most of the subchronic testing was almost
11:41  9    certainly done on the active ingredient.  There are
11:41  10   probably a few subchronic tests that have been
11:41  11   conducted on formulated product, but it would be
11:41  12   a -- it would be a small fraction of the total
11:42  13   subchronic database.
11:42  14       Q.    But all subchronic testing would be
11:42  15   prescribed by EPA, would be able to determine what
11:42  16   subchronic testing it wants from the registrant,
11:42  17   correct?
11:42  18       A.    Correct.
11:42  19       Q.    In forming your opinions for your expert
11:42  20   report, you do not have any information that
11:42  21   Monsanto did not conduct all the necessary
11:42  22   subchronic testing that EPA required, right?
11:42  23       A.    No.  I mean, that was not a factor, a
11:42  24   significant factor in my report, other than just
11:42  25   acknowledging that most of the initial subchronic

Page 113

11:42  1    studies were conducted by IBT and were later judged
11:42  2    to be either invalid or fraudulent and had to be
11:42  3    repeated.  That was in the early history of
11:42  4    glyphosate.
11:42  5        Q.    You're talking about the IBT laboratory
11:42  6    fraudulent activity, correct?
11:43  7        A.    Correct.
11:43  8        Q.    That was fraud, or alleged fraud, that
11:43  9    was committed by a laboratory that many
11:43  10   manufacturers and EPA itself used, correct?
11:43  11       A.    Many, many different manufacturers used
11:43  12   the IBT laboratory.  Correct.
11:43  13       Q.    This occurred to me at the last break --
11:43  14   if you need a break, Doctor --
11:43  15       A.    I just want to get more water.  I don't
11:43  16   want to slow things down.  We've got 14 hours to get
11:43  17   through.
11:43  18       Q.    I'm just reminding you, if you need a
11:43  19   break at any time, that's fine.
11:43  20           Let me go back, to be sure the record is
11:43  21   clear about what your views are with respect to
11:43  22   subchronic testing.
11:43  23           You have no information suggesting to you
11:44  24   that the subchronic testing for glyphosate or
11:44  25   glyphosate formulation wasn't complied with by

Confidential

## Page 114

11:44 1    Monsanto as dictated by EPA, right?
11:44 2        MR. LITZENBURG:  Object to form.
11:44 3        THE WITNESS:  Correct.  And in
11:44 4    particular, after they replaced the early batch
11:44 5    of studies done by IBT.
11:44 6    BY MR. COPLE:
11:44 7        Q.    Which all manufacturers or federal
11:44 8    agencies that have used IBT were required to do for
11:44 9    their particular registrations, right?
11:44 10       A.    That is correct.
11:44 11       Q.    There's also chronic testing that's
11:44 12   required by OPP for pesticide registration, correct?
11:44 13       A.    Correct.
11:44 14       Q.    And chronic testing is not just a
11:44 15   different nomenclature from subchronic.  It's an
11:44 16   actual different type of test that's required,
11:44 17   right?
11:44 18       A.    Correct.
11:44 19       Q.    And EPA requires oral chronic testing in
11:45 20   two types of rodents, right?
11:45 21       A.    Correct.
11:45 22       Q.    And rats and mice are the typical
11:45 23   preferred animal models?
11:45 24       A.    Correct.
11:45 25       Q.    Part of the chronic toxicity testing in

## Page 115

11:45 1    the two animal models, rats and mice, that EPA
11:45 2    requires is to evaluate long-term carcinogenicity
11:45 3    with respect to the active ingredient, correct?
11:45 4        A.    Correct.
11:45 5        Q.    And those tests were required by EPA for
11:45 6    glyphosate, and they were done for glyphosate,
11:45 7    correct?
11:45 8        A.    Yes.
11:45 9        Q.    EPA, according to its regulations and
11:45 10   guidance, does not require chronic animal
11:46 11   carcinogenicity animal bioassay testing to be done
11:46 12   on formulated products, right?
11:46 13       MR. LITZENBURG:  Object to form.
11:46 14       THE WITNESS:  No, it does not.
11:46 15   BY MR. COPLE:
11:46 16       Q.    So that would be the case for Ranger Pro
11:46 17   or for Roundup, as well; EPA would not have required
11:46 18   long-term carcinogenicity testing on formulated
11:46 19   product, right?
11:46 20       A.    It certainly wouldn't typically require
11:46 21   them, and I'm not aware that they ever did require
11:46 22   them.
11:46 23       Q.    There are two long-term animal bioassays
11:46 24   required by EPA to evaluate carcinogenicity of the
11:46 25   active ingredient glyphosate, right?

## Page 116

11:46 1        A.    Yes.
11:46 2        Q.    Do you know sitting here today how many
11:46 3    long-term carcinogenicity tests in animal models
11:47 4    have been done by registrants and submitted to EPA?
11:47 5        A.    I think it's -- it's pushing ten now.
11:47 6    There's a -- yeah, there's a substantial number
11:47 7    beyond the ones that were conducted and submitted by
11:47 8    Monsanto.
11:47 9        Q.    Would you agree it's 14?
11:47 10       MR. LITZENBURG:  Object to form.
11:47 11       THE WITNESS:  I -- I can definitely look
11:47 12   up and find that number.  I have no reason to
11:47 13   argue with you if you represent that is the
11:47 14   correct number.
11:47 15   BY MR. COPLE:
11:47 16       Q.    Are you aware that out of the 14, or
11:47 17   whatever the number is -- and you agree it's at
11:47 18   least ten -- but you're aware that out of the ten to
11:47 19   14 long-term carcinogenicity tests in animal models
11:47 20   that only three were conducted by Monsanto?
11:48 21       A.    The original IBT, the '93 BioDynamic, and
11:48 22   the new rat study, so three, yep.
11:48 23       Q.    So the majority of registrant testing of
11:48 24   glyphosate for long-term carcinogenicity in animal
11:48 25   models has been done by companies other than

## Page 117

11:48 1    Monsanto, right?
11:48 2        A.    Correct.
11:48 3        Q.    You talked at some length in your expert
11:48 4    report about the 1983 oncogenicity study in mice for
11:48 5    glyphosate, correct?
11:48 6        A.    Yes.
11:48 7        Q.    And that study is one of the three that
11:48 8    was done by Monsanto, right?
11:49 9        A.    Correct.
11:49 10       Q.    And that study is one of the maybe ten or
11:49 11   perhaps as many as 14 that were done by all
11:49 12   registrants combined, correct?
11:49 13       A.    Yes, sir.
11:49 14       Q.    EPA also requires developmental and
11:49 15   reproductive testing to be done on active
11:49 16   ingredients, right?
11:49 17       A.    Yes, sir.
11:49 18       Q.    And that testing was done with respect to
11:49 19   glyphosate?
11:49 20       A.    Over the years, yes, sir.
11:49 21       Q.    Are you aware of what the three tests are
11:49 22   that EPA requires for developmental and reproductive
11:49 23   testing of active ingredients in pesticides?
11:49 24       A.    I don't remember the methodological
11:49 25   details, no, but I know where to find them.

Confidential

## Page 118

11:50  1    Q.    You would have heard of the bacterial
11:50  2  reverse-mutation assay?  Do you recall that?
11:50  3    A.    You're speaking about the mutagenicity
11:50  4  aspect?
11:50  5    Q.    Yes, I am.
11:50  6    A.    Okay.  Yeah, that would be one of them.
11:50  7    Q.    And it would include the in vitro
11:50  8  mammalian cell assay?
11:50  9    A.    Like I said, I would want to go and refer
11:50 10  to the table and make sure that you're accurately
11:50 11  identifying the test organisms and the names.  I
11:50 12  don't have that memorized.
11:50 13    Q.    Okay.  Do you recall if it would require
11:50 14  in vivo cytogenetics testing?
11:50 15    A.    Certainly tests that would fall in that
11:50 16  category, yes.
11:50 17    Q.    So all of these category of testing,
11:50 18  assuming that I am describing them to you correctly,
11:50 19  Dr. Benbrook, would have been required by EPA for
11:50 20  glyphosate as a condition of approving the
11:50 21  registration, right?
11:51 22    A.    Correct.  And those study requirements
11:51 23  and the methodologies used have evolved with the
11:51 24  science over the years.
11:51 25    Q.    Are you aware that over the years, that

## Page 119

11:51  1  146 cell testing studies were done by registrants in
11:51  2  order to comply with EPA registration, review, and
11:51  3  approval?
11:51  4          MR. LITZENBURG:  Object to form.
11:51  5          THE WITNESS:  No, I'm not aware of that
11:51  6  total number, but glad to know it.
11:51  7  BY MR. COPLE:
11:51  8    Q.    You wouldn't be aware that Monsanto
11:51  9  conducted around 33 or 34 of those 140 or so cell
11:51 10  tests?
11:51 11          MR. LITZENBURG:  I object to all this
11:51 12  testimony.
11:51 13          THE WITNESS:  I wouldn't -- I wouldn't
11:51 14  have been able to identify the exact number, but
11:51 15  I would have guessed about that many.
11:51 16  BY MR. COPLE:
11:51 17    Q.    Are you an expert on acute toxicity
11:51 18  testing?
11:51 19    A.    No, sir.
11:51 20    Q.    How about subchronic testing?
11:51 21    A.    No.
11:51 22    Q.    How about chronic toxicity?
11:51 23    A.    No.
11:51 24    Q.    And that would include long-term
11:52 25  carcinogenicity?

## Page 120

11:52  1    A.    Correct.
11:52  2    Q.    EPA also requires testing for active
11:52  3  ingredients on metabolism and pharmacokinetics; is
11:52  4  that right?
11:52  5    A.    Yes, sir.
11:52  6    Q.    Do you have expertise on metabolism or
11:52  7  pharmacokinetics or what I think is referred to in
11:52  8  your report as "ADME"?
11:52  9    A.    I have never conducted those types of
11:52 10  laboratory studies, no, sir.
11:52 11    Q.    And ADME would be absorption and
11:52 12  distribution and metabolism and excretion?
11:52 13    A.    Correct.
11:52 14    Q.    That's not an area of your expertise?
11:52 15    A.    Well, as I have said before, I don't
11:52 16  conduct the studies in the laboratory, but I
11:52 17  certainly am qualified to read the results of
11:52 18  studies and understand the interpretation of them as
11:52 19  explained in various regulatory documents, and to
11:53 20  the extent that they play -- results from ADME
11:53 21  studies play a role in the risk assessment process
11:53 22  and regulatory decisions, I'm -- I'm very
11:53 23  comfortable and familiar with the science at that
11:53 24  level.
11:53 25    Q.    Is this one of the areas regarding

## Page 121

11:53  1  science that you previously described as
11:53  2  self-taught?
11:53  3    A.    Sure, I'll accept that characterization.
11:53  4    Q.    And dermal penetration is also a testing
11:53  5  that's required for active ingredient to pesticides
11:53  6  by EPA, right?
11:53  7    A.    I -- I didn't review any thermal
11:53  8  penetration.
11:53  9    Q.    Dermal.
11:53 10    A.    Oh, dermal.  Oh, yes, of course.
11:53 11    Q.    I actually think I said "dermal."
11:53 12    A.    I misheard you.  My apologies.  So
11:54 13  restate the question.
11:54 14    Q.    Yes.  EPA also required dermal
11:54 15  penetration studies for active ingredients in
11:54 16  pesticides?
11:54 17    A.    Yes, they do.
11:54 18    Q.    So that would also have been required and
11:54 19  done by Monsanto to EPA's satisfaction?
11:54 20    A.    Correct.
11:54 21    Q.    There's also special testing which might
11:54 22  include such things as immunotoxicity testing; is
11:54 23  that right?
11:54 24    A.    Yes.  There's a number of other often
11:54 25  more specialized or targeted studies that EPA ends

Confidential

Page 122

11:54 1   up requesting pesticide registrants to conduct.
11:54 2       Q.   And if EPA requests immunotoxicity
11:54 3   testing, for example, on glyphosate, any registrant
11:54 4   wanting glyphosate to be approved as an active
11:55 5   ingredient in pesticide would have to do that to
11:55 6   EPA's satisfaction, right?
11:55 7       A.   Well, if EPA insisted on it and expressed
11:55 8   to the company that in the absence of the study,
11:55 9   they would either not grant a new registration or
11:55 10  cancel a registration because of a data gap.
11:55 11  There's many times that EPA asks a company for
11:55 12  studies when the company disagrees and ends up not
11:55 13  doing the study.  So it's not necessarily just
11:55 14  because EPA asks that the study gets done.  There's
11:55 15  certainly examples of that in the record of this
11:55 16  case.
11:55 17      Q.   Under FIFRA, in order to meet the
11:55 18  standard for EPA to approve a registration for a
11:55 19  pesticide, there is a specific language standard
11:56 20  that's used.  Are you familiar with that?
11:56 21      A.   Yes.
11:56 22      Q.   What is that?
11:56 23      A.   Unreasonable adverse effect on man or the
11:56 24  environment is the standard, the basic standard in
11:56 25  FIFRA, and the newly established standard for

Page 123

11:56 1   pesticide residues in food or in the tolerance
11:56 2   setting process established by the Food Quality
11:56 3   Protection Act in 1996 is a reasonable certainty of
11:56 4   no harm.
11:56 5       Q.   And that takes into account, in addition
11:56 6   to the various testing that you've been talking
11:56 7   about right now under this regulation, other aspects
11:56 8   of the use of a pesticide, in terms of economics, in
11:56 9   terms of the use and the benefit of the pesticide,
11:56 10  correct?
11:56 11      A.   The FIFRA standard, unreasonable adverse
11:56 12  effects on man and the environment, does; but the
11:57 13  reasonable certainty of no harm standard is
11:57 14  generally referred to as health-based standard that
11:57 15  does not include a balancing of risk and benefit.
11:57 16  So in the first case, the answer to your question is
11:57 17  yes; but in reference to the Food quality Protection
11:57 18  Act, the answer is no.
11:57 19      Q.   EPA may want testing on how well -- how
11:57 20  efficacious a pesticide is, correct?
11:57 21      A.   EPA, in the early days, did require
11:57 22  companies to submit efficacy data, but that data
11:57 23  requirement for new registrations or label
11:57 24  amendments was dropped many years ago, and EPA does
11:57 25  not routinely carry out a use and benefits

Page 124

11:57 1   assessment for either new registrations or label
11:57 2   amendments for existing registered products.
11:57 3       Q.   Any EPA required product performance
11:58 4   testing would have to have been done by a registrant
11:58 5   to EPA's satisfaction in order to be approved for
11:58 6   registration or reregistration, right?
11:58 7       A.   Well, back in the day when they required
11:58 8   the studies, yes.
11:58 9       Q.   And EPA requires testing on potential
11:58 10  hazards to nontarget organisms, correct?
11:58 11      A.   Yes.
11:58 12      Q.   What's a nontarget organism?
11:58 13      A.   It's any organism other than the pest
11:58 14  organism for which the manufacturers develops and
11:58 15  markets the pesticide and for which a farmer or a
11:58 16  pest control operator applies the pesticide.  So in
11:58 17  the case of glyphosate-based herbicides, nontarget
11:58 18  organisms are anything that's alive that's not a
11:58 19  growing weed.
11:58 20      Q.   So EPA would take into account, for
11:58 21  example, the potential exposure of pesticide
11:59 22  applicators for other persons that might be exposed
11:59 23  to a pesticide?
11:59 24      A.   Correct.
11:59 25      Q.   Any testing EPA requires for such

Page 125

11:59 1   exposures would have to be conducted to EPA's
11:59 2   satisfaction by a registrant as a condition of
11:59 3   registration or reregistration approval by EPA,
11:59 4   right?
11:59 5       A.   That would certainly be EPA's hope.
11:59 6       Q.   There's also environmental fate studies;
11:59 7   is that right?
11:59 8       A.   Yes, sir.
11:59 9       Q.   What are those?
11:59 10      A.   They're studies that are required to
11:59 11  establish the physiochemical properties, the
11:59 12  environmental fate of the pesticide once it's
12:00 13  applied in the environment.  These studies would
12:00 14  include such things as the soil half-life, the
12:00 15  half-life on plant tissue, which would get at the
12:00 16  persistence of the pesticide and, hence, how long
12:00 17  residues might remain on food or in a cropping
12:00 18  system where farmworkers that are harvesting a crop,
12:00 19  for example, might be exposed to it.
12:00 20          They entail a number of physical and
12:00 21  chemical properties that are required to apply
12:00 22  standard EPA models for estimating the risk of
12:00 23  groundwater, leaching into groundwater and
12:00 24  groundwater contamination, which is, of course, an
12:00 25  important part of the overall risk assessment of the

Confidential

Page 126

12:00  1    pesticide, because EPA -- especially in the case of
12:00  2    herbicides, one of the primary routes of exposure to
12:00  3    human beings is through drinking water.
12:00  4            So there is a quite substantial list of
12:00  5    these physical and chemical properties that need to
12:01  6    be established in order to run the risk assessment
12:01  7    models that EPA uses to establish expected levels in
12:01  8    surface and groundwater, potential risk to aquatic
12:01  9    organisms, amphibians, fish, birds, and people.
12:01  10   Q.   So EPA would require studies,
12:01  11   environmental fate studies on degradation?
12:01  12   A.   Yes, sir.
12:01  13   Q.   And on metabolism?
12:01  14   A.   Yes.
12:01  15   Q.   And on mobility?
12:01  16   A.   Yes.
12:01  17   Q.   And on dissipation?
12:01  18   A.   Correct.
12:01  19   Q.   And as you said specifically groundwater
12:01  20   monitoring, right?
12:01  21   A.   An important -- important role of the
12:01  22   agency, yes, sir.
12:01  23   Q.   And also EPA would require testing
12:01  24   regarding residue chemistry, correct?
12:01  25   A.   Correct.

Page 127

12:01  1    Q.   What is that?
12:02  2    A.   That is the assessment of the fate of a
12:02  3    pesticide when applied on a food crop, an agronomic
12:02  4    crop from which something is being harvested that's
12:02  5    going either directly into the human food supply or
12:02  6    into the livestock sector by virtue of feeding to a
12:02  7    pig, a cow, a chicken.
12:02  8            The residue chemistry dataset that all
12:02  9    companies are required to submit prior to the EPA
12:02  10   approving a tolerance petition entails the
12:02  11   information that the EPA needs to attract, not just
12:02  12   the level of the pesticide active ingredient that is
12:02  13   likely to remain in or on the harvested food stuff,
12:02  14   but also the -- any breakdown products that would be
12:03  15   expected to be in or on the crop that might
12:03  16   contribute to the toxicological profile or risk
12:03  17   profile from use of the pesticide.
12:03  18   Q.   In addition to crop residue testing and
12:03  19   evaluation, EPA also requires pesticide testing on
12:03  20   spray drift, correct?
12:03  21   A.   Yes, to a -- I mean, pesticide drift,
12:03  22   it's received -- it receives some focus.  It's not a
12:03  23   -- not a -- it hasn't traditionally been a major
12:03  24   area of EPA evaluation.
12:03  25           However, in the case of herbicides like

Page 128

12:03  1    dicamba, for example, that have had a long history
12:03  2    of drift and triggering nontarget crop damage, the
12:03  3    EPA definitely requires studies to try to help the
12:04  4    agency and the registrants and farmers get a better
12:04  5    handle on what the risks are and whether there's
12:04  6    some way to mitigate the risks by altering the
12:04  7    formulation, altering the application methods,
12:04  8    eliminating aerial application, or various other
12:04  9    proven and practical ways to reduce the risk of
12:04  10   off-target movement of a herbicide.
12:04  11   Q.   EPA requires spray drift testing to
12:04  12   characterize the droplet size or the spectrum of
12:04  13   droplet size of potential spray drift, right?
12:04  14   A.   For some pesticides, yes.
12:04  15   Q.   And EPA requires this testing so that an
12:04  16   evaluation can be made in terms of whether a
12:04  17   potential detrimental effect on a nontarget organism
12:04  18   would be exceeded?
12:05  19   A.   That's a primary reason for them
12:05  20   requiring such data, correct.
12:05  21   Q.   In the case of all of these tests that
12:05  22   are required by EPA regulation that you have been
12:05  23   telling us about, in each instance, Monsanto and the
12:05  24   other registrants did the testing that EPA -- all of
12:05  25   the testing that EPA required for glyphosate, right?

Page 129

12:05  1    A.   Well, Monsanto responded to and did
12:05  2    testing over the years that was required by the
12:05  3    agency to receive an answer on either registration
12:05  4    applications or tolerance petitions.  It's an --
12:05  5    it's an ongoing, iterative process that leads to the
12:05  6    regulatory agency recognizing some additional
12:06  7    concern or question, which might then trigger an
12:06  8    additional data request or study, which sometimes
12:06  9    the registrants will just do and submit to EPA, and
12:06  10   other times there's a dialogue among agency
12:06  11   scientists and registrant scientists to try to
12:06  12   figure out the best way to fill what the agency
12:06  13   feels is a data gap.
12:06  14           So it's a -- certainly the standard data
12:06  15   requirements have to be fulfilled, but often that's
12:06  16   not the end of the requirements placed on
12:06  17   registrants to answer additional questions that
12:06  18   agency scientists have that they feel must be
12:06  19   answered prior to then completing a risk assessment
12:06  20   and reaching a determination that there are in fact
12:06  21   no unreasonable adverse effects on man or
12:06  22   environment associated with either an existing or
12:07  23   proposed use of a pesticide, or in the case of a
12:07  24   tolerance petition, to establish a new tolerance or
12:07  25   increase an existing tolerance, whether now under

## Page 130

12:07 1 the new standard of the Food quality Protection Act
12:07 2 there's a reasonable certainty of no harm.
12:07 3     Q.   Once this dialogue that you just
12:07 4 described occurs between EPA and any registrant
12:07 5 about testing or data requirements, EPA ultimately
12:07 6 decides what the agency wants the registrant to do
12:07 7 by way of additional testing as a condition of
12:07 8 receiving ultimately registration approval by the
12:07 9 agency, right?
12:07 10     A.   Well, certainly the EPA will communicate
12:07 11 and impose additional data requirements on the
12:07 12 registrant as the agency feels necessary, but the
12:07 13 registrant also has an ongoing obligation to submit
12:07 14 any new information that becomes available to the
12:08 15 registrant, irrespective and independent of any data
12:08 16 requirement from the agency through the Section
12:08 17 6(a)(2)(B) process.
12:08 18     Q.   And EPA Section 6(a)(2) process is a
12:08 19 process that gives EPA the enforcement authority
12:08 20 over the continuing submission of new information,
12:08 21 correct?
12:08 22     A.   Not really.  It's a -- it's a requirement
12:08 23 on any registrant of a pesticide to submit to the
12:08 24 agency in a timely way, and I think it's 90 days,
12:08 25 any new information that the registrant comes in the

## Page 131

12:08 1 possession of that would assist or inform the EPA's
12:08 2 assessment of the risk associated with a given,
12:08 3 already registered pesticide.
12:08 4     Q.   EPA enforces Section 6(a)(2)
12:09 5 requirements, right?
12:09 6     A.   Yes, they do.
12:09 7     Q.   Have you been involved in advising EPA in
12:09 8 its enforcement of 6(a)(2)?
12:09 9     A.   No.
12:09 10     Q.   Have you been involved in assessing for
12:09 11 EPA whether 6(a)(2) submission requirements have
12:09 12 been met?
12:09 13     A.   No.
12:09 14     Q.   Now, IARC is part of the World Health
12:09 15 Organization; is that right?
12:09 16     A.   Yes, sir.
12:09 17     Q.   And the World Health Organization is an
12:09 18 international body, but it is not a foreign
12:09 19 regulator of pesticides or active ingredients in
12:09 20 pesticides, right?
12:09 21     A.   I would agree with that characterization.
12:09 22     Q.   So that would be by definition correct
12:09 23 for IARC.  IARC is not a regulator, either in the
12:09 24 U.S. or anywhere where else in the world, right?
12:09 25     A.   Correct.

## Page 132

12:10 1     Q.   The current EPA determination on
12:10 2 glyphosate and carcinogenicity is that glyphosate,
12:10 3 according to EPA's judgment, is not a carcinogen,
12:10 4 right?
12:10 5     A.   Correct.
12:10 6     Q.   Are you familiar with the regulatory
12:10 7 reviews and determinations made by foreign
12:10 8 regulators on the same question that EPA has
12:10 9 decided, as to whether glyphosate is a human
12:11 10 carcinogen?
12:11 11     A.   Well, some of them, yes.
12:11 12     Q.   Did you review them for purposes of
12:11 13 formulating your opinions in your expert report,
12:11 14 which is now -- I think it's 4?
12:11 15     A.   Exhibit 4.  I didn't review the European
12:11 16 reviews as part -- specifically part of this case.
12:11 17         As you know, glyphosate and Roundup-based
12:11 18 herbicides have been progressing through a European
12:11 19 Union reregistration process roughly comparable to
12:11 20 the reregistration review that's been going on in
12:11 21 EPA since, what, 2008 now?  Several years, in any
12:11 22 event.  And I have kept up with and read a number of
12:11 23 documents and reports about the status and the
12:11 24 issues and the consideration of the same cancer risk
12:12 25 assessment controversies that are at the heart of

## Page 133

12:12 1 this case as a course of my normal tracking of
12:12 2 developments.
12:12 3         And as a matter of fact, I peer-reviewed
12:12 4 a paper submitted to a scientific journal on the
12:12 5 plane coming here that is specifically about the
12:12 6 procedural aspects of the overall European review of
12:12 7 glyphosate-based herbicides.  In fact, I've
12:12 8 peer-reviewed three different papers now.  It's
12:12 9 something that a lot of people are writing about in
12:12 10 the scientific community.
12:12 11     Q.   Did you review the Canadian Pest
12:12 12 Management Regulatory Agency review in determination
12:12 13 of glyphosate and carcinogenicity?
12:12 14     A.   No.
12:12 15     Q.   Are you familiar with Canada's review and
12:12 16 determination?
12:12 17     A.   No, I'm not.
12:12 18     Q.   You're not aware that Canada has reviewed
12:13 19 glyphosate and carcinogenicity and determined that
12:13 20 it is not a human carcinogen?
12:13 21         MR. LITZENBURG:  I object to testimony,
12:13 22 Counsel.
12:13 23         THE WITNESS:  I just -- I already said I
12:13 24 was not -- I -- I am not aware of the most
12:13 25 recent action of the Canadian government on

Confidential

## Page 134

12:13 1    glyphosate, so no, I don't know what they did.
12:13 2    I didn't look at it as part of this case.
12:13 3    BY MR. COPLE:
12:13 4        Q.   Do you know what the Federal Institute
12:13 5    for Risk Assessment is?
12:13 6        A.   Pardon me?
12:13 7        Q.   Do you know what the Federal Institute
12:13 8    for Risk Assessment is?
12:13 9        A.   I believe that would be English
12:13 10   translation for the German regulatory authority that
12:13 11   was the rapporteur country for the EU review.
12:13 12       Q.   Are you familiar with that agency's
12:13 13   review of glyphosate and potential carcinogenicity?
12:13 14       A.   Well, not all 40,000 pages of it, but
12:13 15   certainly I've tracked the evolution of that review.
12:13 16   I've look at some of the technical documents from
12:14 17   it, and I'm certainly generally aware of the process
12:14 18   and the data that the German regulatory authority
12:14 19   relied upon and, ultimately, the judgments that they
12:14 20   made.
12:14 21       Q.   And so if you're aware of the judgments,
12:14 22   you're aware that that German regulatory institute
12:14 23   has determined that glyphosate is noncarcinogenic,
12:14 24   right?
12:14 25            MR. LITZENBURG:  Objection to form.

## Page 135

12:14 1            THE WITNESS:  That's not precisely what
12:14 2    the German institute concluded.  They concluded
12:14 3    that it's unlikely that glyphosate-based
12:14 4    herbicides and glyphosate active ingredient
12:14 5    itself poses a significant cancer risk based on
12:14 6    the expected levels of exposure through the
12:14 7    diet.
12:14 8    BY MR. COPLE:
12:14 9        Q.   You're aware that the German institute
12:14 10   took into account the IARC Monograph 112 in doing
12:15 11   its review, correct?
12:15 12       A.   I'm sure that -- that -- I don't recall
12:15 13   exactly the status of the German review as of
12:15 14   March 2015.  I don't believe it was done, and
12:15 15   certainly I am aware that not only the German
12:15 16   regulatory authority by virtue of its role as the
12:15 17   rapporteur country for the EU, but all of the
12:15 18   relevant and scientific bodies and other health
12:15 19   bodies that played a role in the EU review debated
12:15 20   at great length the IARC classification and what it
12:15 21   meant relative to the decisions that the European
12:15 22   Union faced relative to the reregistration of
12:15 23   Roundup and glyphosate-based herbicides.
12:16 24       Q.   And are you aware that IARC is the only
12:16 25   organization in the world that to date has

## Page 136

12:16 1    determined that glyphosate is probably a carcinogen
12:16 2    to humans?
12:16 3            MR. LITZENBURG:  I object to gross
12:16 4    misrepresentation.
12:16 5            THE WITNESS:  I'm not -- I didn't do a
12:16 6    comprehensive assessment of the regulatory
12:16 7    position of agencies around the world.  I --
12:16 8    I -- so I can't really answer that question.
12:16 9    BY MR. COPLE:
12:16 10       Q.   Well, if you didn't do a comprehensive
12:16 11   look, did you look at Australia?
12:16 12       A.   No.
12:16 13       Q.   New Zealand?
12:16 14       A.   No.
12:16 15       Q.   EFSA?
12:16 16       A.   EFSA is one of the primary agencies in
12:17 17   Europe that played a central role in the overall
12:17 18   evaluation of glyphosate and glyphosate-based
12:17 19   herbicides.  And, yes, I've tracked and I'm aware of
12:17 20   the judgment ultimately that EFSA made.
12:17 21       Q.   That judgment was?
12:17 22       A.   Essentially the same as the German
12:17 23   regulatory authority; that they did not feel that
12:17 24   use of and exposure to glyphosate-based herbicides
12:17 25   posed a significant increased risk of cancer based

## Page 137

12:17 1    on the routine or expected levels of exposure
12:17 2    through the diet, which would include drinking
12:17 3    water.
12:17 4        Q.   And do you know what the JMPR is?
12:17 5        A.   It's the -- it's the operational
12:17 6    committee of the WHO that sets and reviews the codex
12:17 7    internationally applicable pesticide tolerance
12:18 8    levels.  MRLs is what they call them.
12:18 9        Q.   What does JMPR stand for?
12:18 10       A.   Joint pesticide management?  I don't
12:18 11   remember the acronym.
12:18 12       Q.   And you're aware that JMPR also concluded
12:18 13   that exposure to glyphosate is unlikely to be a
12:18 14   carcinogenic risk to humans?
12:18 15       A.   Based on typical expected levels of
12:18 16   exposure through the diet.  All -- all of the
12:18 17   European agencies predicated their judgment on a
12:18 18   phrase to that effect.
12:18 19       Q.   Did you review the CARC report?
12:18 20       A.   I don't know what report you're referring
12:18 21   to.  Could you put it in front of me, and I'll tell
12:18 22   you?
12:19 23            MR. HOLLINGSWORTH:  Counselor, do you
12:19 24   need a copy of the CARC report?
12:19 25            MR. LITZENBURG:  Yes.

Confidential

## Page 138

12:19  1          THE WITNESS:  Oh, you said CARC, not
12:19  2   Clark.
12:19  3          MR. COPLE:  Yes, I'm sorry.
12:19  4          THE WITNESS:  I thought you said Clark,
12:19  5   C-L-A-R-K.
12:19  6   BY MR. COPLE:
12:19  7      Q.    Let's talk about the CARC report, then.
12:19  8      A.    Which year?
12:19  9      Q.    2015.
12:19 10      A.    Yes, I'm familiar with that.
12:19 11      Q.    And you reviewed it as part of forming
12:19 12   your expert opinions; is that right?
12:19 13      A.    I did.
12:19 14      Q.    And you reviewed the entire report; is
12:20 15   that right?
12:20 16      A.    Again, with all EPA reports, there are
12:20 17   often multiple addendums and attachments, which
12:20 18   often are not included in either the version of the
12:20 19   document that I obtained through this EPA website or
12:20 20   the version of the CARC report that is
12:20 21   Bates-numbered; but I believe the version of the
12:20 22   CARC report that you're referring to, the copy that
12:20 23   I reviewed spans maybe 30 pages, something like
12:20 24   that.
12:20 25          MR. COPLE:  Let's just go off the record

## Page 139

12:20  1   for a second.
12:20  2          THE VIDEOGRAPHER:  The time is now 12:20.
12:20  3   We are off the record.
01:06  4          (Break in proceedings.)
01:06  5          THE VIDEOGRAPHER:  The time is now 1:06.
01:06  6   We are on the record.
01:06  7   BY MR. COPLE:
01:06  8      Q.    Dr. Benbrook, before we broke, we were
01:06  9   starting to talk a little bit about the CARC report,
01:06 10   which you heard me say "Clark," and I'll try to
01:06 11   speak more clearly.
01:06 12      A.    We're on the same page now.
01:07 13      Q.    Okay.  Good.  Can you tell us what the
01:07 14   CARC report is?
01:07 15      A.    The one you're referring to as a -- why
01:07 16   don't you -- since we're going to talk about it,
01:07 17   give me a copy.
01:07 18      Q.    I just have a few questions.  We may go
01:07 19   through it in detail later.  I just want to see what
01:07 20   you remember.  You mentioned it in your report.
01:07 21      A.    It's a meeting of the group of EPA
01:07 22   scientists that is responsible for making judgments
01:07 23   about the classification of pesticides with respect
01:07 24   to oncogenic potential, and this was a report
01:07 25   articulating the determination of that committee

## Page 140

01:07  1   after their assessment or reassessment of the
01:07  2   database on glyphosate.
01:07  3      Q.    There were multiple scientists on that
01:07  4   CARC, correct?
01:07  5      A.    Correct.
01:07  6      Q.    Are you familiar with the CARC process?
01:08  7   Is that something you know about?
01:08  8      A.    Yes.
01:08  9      Q.    All right.  So this is not the first CARC
01:08 10   report you've seen come out of EPA?
01:08 11      A.    Nor is it the only one on glyphosate.
01:08 12      Q.    Do you recall that there were 11
01:08 13   long-term, chronic toxicity studies concerning
01:08 14   carcinogenicity in animal models that that CARC
01:08 15   committee looked at?
01:08 16      A.    I believe that's the correct number.
01:08 17      Q.    All right.  Do you also recall that there
01:08 18   were somewhere around 50 or 55 genotoxic studies
01:08 19   that that CARC also looked at?
01:08 20      A.    I don't recall the exact number.  If you
01:08 21   share the report with me, I'll refresh my memory.
01:08 22      Q.    Do you recall that the conclusion that
01:08 23   the CARC committee reached in that case was that
01:08 24   based on weight of the evidence, glyphosate should
01:08 25   be classified as not likely to be carcinogenic to

## Page 141

01:09  1   humans?  Do you remember that?
01:09  2      A.    Yes.
01:09  3      Q.    What is the weight of the evidence that
01:09  4   CARC is referring to?  Do you know?
01:09  5      A.    Yes.
01:09  6      Q.    What is that?
01:09  7      A.    It's a term of art that describes the
01:09  8   body of evidence that regulatory agencies,
01:09  9   scientific institutes, individual experts assess and
01:09 10   draw upon in reaching a judgment about an issue like
01:09 11   the classification of glyphosate and
01:09 12   glyphosate-based herbicides relative to oncogenic
01:09 13   risk.
01:09 14      Q.    That's exactly what the CARC committee
01:09 15   report said, correct?
01:09 16      A.    Yes.
01:09 17      Q.    There was a subsequent EPA review after
01:10 18   the CARC report in 2015 that was done in September
01:10 19   of 2016.  You took that into account in forming your
01:10 20   opinions?
01:10 21      A.    Again, there's a lot of EPA memos on
01:10 22   oncogenicity of glyphosate.  I'd like to have what
01:10 23   you're referring to in front of me to place it into
01:10 24   context and accurately describe it.
01:10 25      Q.    Offhand, you don't recall the 2016 issues

Confidential

Page 142

01:10  1    paper that OPP put out?
01:10  2          MR. LITZENBURG:  Asked and answered.
01:10  3    It's a reasonable request.  You're welcome to
01:10  4    stand on it.
01:10  5          THE WITNESS:  Again, I'm sure I read it,
01:10  6    and I -- if I -- if you provide me a copy and
01:10  7    let me refresh my memory, I'll tell you the
01:10  8    extent to which I relied on it in reaching my
01:10  9    opinions.
01:10  10   BY MR. COPLE:
01:10  11   Q.    Well, let me just ask you this question.
01:10  12   Do you recall that the 2016 review by OPP made the
01:10  13   same conclusion as the 2015 CARC report, which was
01:10  14   glyphosate is not likely to be carcinogenic to
01:10  15   humans?  Do you remember that they ended up with
01:11  16   that conclusion?
01:11  17   A.    I'd have to read the report to describe
01:11  18   their conclusion.  It was kind of a moving target.
01:11  19   Q.    What was a moving target?
01:11  20   A.    EPA's judgment and determination on the
01:11  21   carcinogenicity of glyphosate.
01:11  22   Q.    Do you recall that the 2016 report was
01:11  23   different in its conclusion than the 2015 report?
01:11  24   A.    Again, I'd be glad to talk about the
01:11  25   differences when I have them in front of me.

Page 143

01:11  1          MR. COPLE:  Mark this as an exhibit.
01:12  2          (Benbrook Exhibit Number 7 is marked for
01:12  3    identification.)
01:12  4    BY MR. COPLE:
01:12  5    Q.    We've marked as Exhibit 7 for the
01:12  6    deposition, Dr. Benbrook, what's called "Revised
01:12  7    Glyphosate Issue Paper: Evaluation of Carcinogenic
01:12  8    Potential," by the EPA's OPP, dated December 12th,
01:12  9    2017.
01:12  10         You reviewed this OPP report?
01:12  11   A.    As I believe I testified earlier, I read
01:12  12   it very quickly.  I didn't do a thorough review.  It
01:12  13   came out three years after the use of Roundup
01:12  14   herbicides by Mr. Johnson in this case.  And I -- I
01:12  15   didn't feel it was as germane to the applicable
01:12  16   record that should legitimately form my opinions
01:12  17   about this particular case.
01:13  18   Q.    You don't think, as an expert in this
01:13  19   case, that it's germane regarding EPA's conclusion
01:13  20   in December of 2017, whether glyphosate is
01:13  21   carcinogenic to humans?
01:13  22         MR. LITZENBURG:  Asked and answered.
01:13  23         THE WITNESS:  The EPA has issued a number
01:13  24   of reports addressing the oncogenicity of
01:13  25   glyphosate.

Page 144

01:13  1          From approximately 1983 until 1990 or
01:13  2    early 1991, the EPA regarded glyphosate as a
01:13  3    possible human carcinogen based primarily on the
01:13  4    renal tubular adenomas in the BioDynamic mouse
01:13  5    study, as I discuss in great length in my
01:13  6    report, between the CARC report of 1985, the
01:13  7    consensus report signed by -- I think at that
01:13  8    time it was seven EPA scientists, and the 1990
01:14  9    or '91 meeting, where they changed the
01:14  10   classification.  There had been a series of
01:14  11   negotiations, exchanges of data and debates, and
01:14  12   I'm aware of the evolution of EPA's position on
01:14  13   glyphosate oncogenicity.
01:14  14         So the December 12, 2017, report is the
01:14  15   most recent articulation of the agency's
01:14  16   judgment.
01:14  17   BY MR. COPLE:
01:14  18   Q.    You don't think that's germane, as an
01:14  19   expert in this case?
01:14  20   A.    Well, this case is about the label
01:14  21   provisions and warnings associated with Ranger Pro
01:14  22   and Roundup Concentrated Pro herbicides in 2012 to
01:14  23   2014.  That was what my opinion -- my opinions as
01:15  24   expressed in my expert report are based on my
01:15  25   understanding of the record and the actions of

Page 145

01:15  1    Monsanto as a responsible steward of this chemical
01:15  2    up into and including the 2012 to 2014 period,
01:15  3    recognizing that the fundamental issue of EPA's
01:15  4    classification of glyphosate was, you know, still in
01:15  5    play, if you will, or still under debate within the
01:15  6    agency, and obviously, the debate broadened after
01:15  7    March 2015, when the IARC classification came out.
01:15  8    Q.    You don't think that the -- as an expert
01:15  9    in this case, you don't think the germane issue is
01:15  10   whether EPA has concluded that exposure to
01:15  11   glyphosate is a human carcinogen?
01:15  12         MR. LITZENBURG:  Objection.  Asked and
01:16  13   answered.  Same question.
01:16  14         THE WITNESS:  All of the CARC reports and
01:16  15   all of the judgments rendered by EPA and about
01:16  16   which this case focuses on, and the debate
01:16  17   around the world, has on glyphosate
01:16  18   oncogenicity, is focused on the potential cancer
01:16  19   risks to the general population, typically from
01:16  20   dietary and/or drinking water exposures.
01:16  21         The vast majority of the focus of the
01:16  22   risk assessments in the public debates have been
01:16  23   on this general population, under general
01:16  24   conditions of use, generally expected exposures
01:16  25   to the average person.  That has been the focus

Confidential

## Page 146

01:17  1    and the -- the meaning of these versus cancer
01:17  2    classifications reached by -- by EPA, frankly,
01:17  3    other -- other regulatory authorities around the
01:17  4    world.
01:17  5  BY MR. COPLE:
01:17  6    Q.   You agree that between 2012 and 2014,
01:17  7  that EPA classified glyphosate as not having -- as
01:17  8  no evidence of human carcinogenicity, correct?
01:17  9         MR. LITZENBURG:  Asked and answered.
01:17 10         THE WITNESS:  As I said before, that was
01:17 11    their position relative to expected typical
01:17 12    levels of exposure through the diet, drinking
01:17 13    water; yes, that was their conclusion.
01:17 14  BY MR. COPLE:
01:17 15    Q.   And EPA has not changed that conclusion
01:17 16  that exposure to glyphosate is not a human
01:17 17  carcinogen, right?
01:17 18    A.   Not -- not to my knowledge.
01:17 19    Q.   All right.  Now, in this Exhibit 7, if
01:17 20  you go to Page 13 of the document, it says that in
01:18 21  December of 2016, the FIFRA SAP -- SAP, was convened
01:18 22  to evaluate the agency's issue paper regarding human
01:18 23  carcinogenic potential of glyphosate.
01:18 24         First of all, what is SAP under FIFRA?
01:18 25    A.   Scientific advisory panel.

## Page 147

01:18  1    Q.   What does a scientific advisory panel
01:18  2  consist of?
01:18  3    A.   It's a set of invited experts in the
01:18  4  relative scientific disciplines that the office of
01:18  5  pesticide program -- programs presents a set of
01:18  6  questions to, to help the agency resolve complex
01:18  7  issues of risk assessment, data collection,
01:18  8  modeling, or other technical issues that arise in
01:18  9  the course of regulating pesticides.
01:19 10    Q.   And an SAP is comprised of scientists in
01:19 11  the relative disciplines who are independent or
01:19 12  supposed to be independent of EPA itself, right?
01:19 13    A.   Correct.
01:19 14    Q.   And in December 2016, according to this
01:19 15  document, on Page 13, EPA convened this SAP in order
01:19 16  to evaluate EPA's issue paper on human
01:19 17  carcinogenicity and glyphosate as set forth in its
01:19 18  September 2016 issue paper, right?
01:19 19    A.   That's what it says, yes, sir.
01:19 20    Q.   Now, is that 2016 issue paper the one
01:19 21  that you said you saw but you didn't spend much time
01:19 22  with?
01:19 23    A.   I didn't spend much time with that one.
01:19 24         Are you speaking about the one that was
01:19 25  posted prematurely on the EPA website and then taken

## Page 148

01:20  1  down?  Is that what you're referring to, or a
01:20  2  subsequent one?
01:20  3    Q.   I don't know what premature posting is,
01:20  4  but I'm talking about the one that was published by
01:20  5  EPA's OPP formally in 2016, as is referenced in this
01:20  6  document.
01:20  7    A.   Again, put it in front of me, and it will
01:20  8  trigger my --
01:20  9    Q.   You have -- you have the --
01:20 10    A.   This is 2017 document.
01:20 11    Q.   Correct.  And it says right on Page 13 of
01:20 12  the document that it asks for an SAP to evaluate the
01:20 13  2016 issue paper.  The CARC was in 2015.
01:20 14    A.   Right.  Okay.
01:20 15    Q.   If you go to Page 143 of Exhibit 7,
01:20 16  you'll see there's a subheading called 6.7, Proposed
01:21 17  Conclusions Regarding Carcinogenic Potential of
01:21 18  Glyphosate.  And if you go right above that, there's
01:21 19  a paragraph, and the last sentence of the paragraph
01:21 20  says, "The strongest support is for not likely to be
01:21 21  carcinogenic to humans."
01:21 22         Do you see that?
01:21 23    A.   Yes, I do.
01:21 24    Q.   So this was the conclusion as of
01:21 25  December 12, 2017, by OPP, correct?

## Page 149

01:21  1    A.   Correct.
01:21  2    Q.   That conclusion goes all the way back to
01:21  3  1991, in terms of what the cancer assessment peer
01:21  4  review committee decided about the classification of
01:22  5  glyphosate and carcinogenicity risk, right?
01:22  6    A.   That's correct.
01:22  7    Q.   Do you know what a cancer assessment peer
01:22  8  review committee is?
01:22  9    A.   Yes.
01:22 10    Q.   What is that?
01:22 11    A.   It's the committee that OPP convenes to
01:22 12  render final judgments at their -- sort of typically
01:22 13  among the toxicologist, statisticians, pathologists,
01:22 14  the cancer experts within OPP.  That committee is
01:22 15  convened periodically when it comes time for OPP as
01:22 16  an institution to render a final judgment about
01:22 17  where a particular active ingredient should be
01:22 18  classified relative to EPA's classification system
01:22 19  for oncogenicity.
01:22 20    Q.   So in 1991, the cancer assessment peer
01:22 21  review committee looked at carcinogenicity and
01:23 22  exposure to glyphosate and concluded that the proper
01:23 23  classification was Category E under the cancer risk
01:23 24  guidelines, right?
01:23 25    A.   Correct.

Confidential

## Page 150

01:23 1  Q.   And Cancer Risk E means that there is

01:23 2  evidence of noncarcinogenicity in humans, right?

01:23 3  A.   Correct.

01:23 4  Q.   And for 26 years, right up until

01:23 5  December 12, 19 -- I'm sorry.  December 12, 2017,

01:23 6  EPA's OPP responsible for the review of long-term

01:23 7  carcinogenicity of pesticides remained the same on

01:23 8  its conclusion about no carcinogenic risk for

01:23 9  exposure to glyphosate, right?

01:23 10        MR. LITZENBURG:  Objection to form.

01:23 11  Compound testimony.  Asked and answered.

01:23 12        THE WITNESS:  Yes.  I would agree with

01:23 13  that.

01:23 14        MR. COPLE:  All right.  Let's pull up the

01:23 15  next document.  Let's mark this as Exhibit 8.

01:24 16        (Benbrook Exhibit Number 8 is marked for

01:24 17  identification.)

01:24 18  BY MR. COPLE:

01:24 19  Q.   Let me go back.  Before we talk about

01:24 20  Exhibit 8, go back to Exhibit 7 for a moment.  We're

01:24 21  on the same page that we were just talking about,

01:24 22  143 of Exhibit 7.  We had just talked about the

01:25 23  sentence above the Subheading 6.7.

01:25 24        Below that, below that subheading, in the

01:25 25  second full paragraph, is a statement by OPP, and

## Page 151

01:25 1  again this is December 12th, 2017.

01:25 2        It starts out, Dr. Benbrook, by saying

01:25 3  that "Since its registration in 1974, numerous human

01:25 4  and environmental health analyses have been

01:25 5  completed for glyphosate, which consider all

01:25 6  anticipated exposure pathways."

01:25 7        Did I read that correctly?

01:25 8  A.   Yes.

01:25 9  Q.   Since 1974, according to OPP, the agency

01:25 10  has been conducting numerous human health

01:25 11  assessments, including carcinogenicity for

01:25 12  glyphosate, which has taken into account all

01:25 13  anticipated exposure pathways being exposed to

01:25 14  glyphosate, right?

01:25 15        MR. LITZENBURG:  Form.

01:25 16        THE WITNESS:  That's what it says.

01:26 17  BY MR. COPLE:

01:26 18  Q.   It goes on to say that "Glyphosate is

01:26 19  currently undergoing registration review."

01:26 20        Do you see that?

01:26 21  A.   Yes.

01:26 22  Q.   Did you know that?

01:26 23  A.   Yes.

01:26 24  Q.   All right.  When did the registration

01:26 25  review start?

## Page 152

01:26 1  A.   It was 2008.  It might have been 2007.

01:26 2  Q.   Or maybe 2009, somewhere in that

01:26 3  timeframe?

01:26 4  A.   Around there.

01:26 5  Q.   And that registration review is ongoing?

01:26 6  A.   Yes, sir.

01:26 7  Q.   So this document issued by OPP in

01:26 8  December of the most recent year that's ended, 2017,

01:26 9  is part of the registration or the process at EPA,

01:26 10  correct?

01:26 11  A.   Yes.

01:26 12  Q.   In fact, the next sentence in this

01:26 13  paragraph goes on to say that "As part of this

01:26 14  process," meaning registration review, "the hazard

01:26 15  and exposure of glyphosate are reevaluated to

01:26 16  determine its potential risk to human and

01:26 17  environmental health using current practices and

01:27 18  policies," right?

01:27 19  A.   Correct.

01:27 20  Q.   And current practices and policies at

01:27 21  EPA's office of pesticide programs would include the

01:27 22  current, most up-to-date cancer risk guidelines that

01:27 23  EPA uses, right?

01:27 24  A.   Yes.

01:27 25  Q.   It goes on to say in the next sentence

## Page 153

01:27 1  that "The human carcinogenic potential of glyphosate

01:27 2  has been evaluated by the agency several times."

01:27 3        And you've testified that you're aware --

01:27 4  that you've reviewed these various reviews, right?

01:27 5  A.   Correct.

01:27 6  Q.   And it goes on to say that "As part of

01:27 7  the current evaluation for registration review" --

01:27 8  this is for glyphosate -- "the agency has performed

01:27 9  a comprehensive analysis of available data from

01:27 10  submitted guideline studies and the open

01:27 11  literature," right?

01:27 12  A.   That's what it says.

01:27 13  Q.   So EPA has taken into account, according

01:27 14  to its own words in this Exhibit 7, all of the

01:27 15  available information, data that's submitted from

01:28 16  the guideline studies as well as from the open

01:28 17  literature, right?

01:28 18  A.   That's what it says.

01:28 19  Q.   All right.  When you say "that's what it

01:28 20  says," do you have a basis to disagree with EPA's

01:28 21  own assessment of its registration review?

01:28 22        MR. LITZENBURG:  Form.

01:28 23        THE WITNESS:  There are a wide array of

01:28 24  opinions about the degree to which OPP utilized

01:28 25  and relied upon data published in the open

Confidential

---

**Page 154**

01:28  1  scientific literature in reaching its judgment,
01:28  2  not just on glyphosate, but all pesticides.
01:28  3  It's an issue that's very much under active
01:28  4  discussion.  It comes up in most scientific
01:28  5  advisory panel meetings.
01:28  6       There is the criticisms of EPA's current
01:28  7  judgment and position regarding the oncogenicity
01:28  8  of glyphosate, which is diametrically opposed or
01:28  9  in opposition to that of IARC.  The reasons for
01:29  10  that have been discussed and debated in great
01:29  11  detail in a number of fora and peer-reviewed
01:29  12  articles and letters to the editor, et cetera,
01:29  13  and there is a widely shared view in the
01:29  14  scientific community that in general EPA places
01:29  15  inadequate weight on peer-reviewed published
01:29  16  pesticide safety studies that utilize more
01:29  17  current and modern scientific methods than
01:29  18  embodied in the Section 40 Part 128 pesticide
01:29  19  testing guidelines, which really,
01:29  20  methodologically, are -- always go back 30 years or so.
01:29  21       So there is a very lively debate.  It's
01:29  22  been a debate between crop life in Monsanto and
01:29  23  the agency, as you know, with a particular focus
01:30  24  on how the agency uses epidemiological data.
01:30  25       So it is among the issues that are

---

**Page 155**

01:30  1  typically raised by experts in the field in
01:30  2  explaining why EPA reached the judgment that it
01:30  3  did relative to the reasons that IARC cited in
01:30  4  its report for classifying glyphosate and
01:30  5  glyphosate-based herbicides as probable human
01:30  6  carcinogens.
01:30  7  BY MR. COPLE:
01:30  8       Q.   You're not part of this registration
01:30  9  review that's been going on since 2009 or 2008 of
01:30  10  glyphosate at EPA, right?
01:30  11       A.   No, I'm not.
01:30  12       Q.   And you have not discussed with the
01:30  13  scientists at OPP their registration review of
01:30  14  glyphosate, right?
01:30  15       A.   No, I have not.
01:30  16       Q.   And you're not an expert here today, or
01:30  17  at any other time, on the long-term carcinogenicity
01:30  18  scientific studies in different animals, right?
01:31  19       MR. LITZENBURG:  Objection to form.
01:31  20       THE WITNESS:  As we discussed earlier,
01:31  21  I'm not trained in the relevant scientific
01:31  22  fields.  I have never conducted a study, but I
01:31  23  have been reading government reports about
01:31  24  oncogenicity.  I've conducted scientific
01:31  25  research on the levels and patterns of

---

**Page 156**

01:31  1  oncogenic risk in the diet.  I was the staff
01:31  2  leader of two reports put out by the National
01:31  3  Academy of Sciences focused on the oncogenicity
01:31  4  of pesticides.
01:31  5       I am very aware and familiar with the
01:31  6  criteria and guidelines in EPA for evaluating
01:31  7  oncogenicity studies and making these
01:31  8  classification decisions.  I'm equally very
01:31  9  aware and understand the classification system
01:31  10  used by IARC in reaching its judgments, and I
01:31  11  understand why there is this mammoth debate that
01:32  12  is ongoing about how to classify glyphosate and
01:32  13  glyphosate-based herbicides.
01:32  14       It's just -- I do not accept the notion
01:32  15  that this particular report or any report by EPA
01:32  16  or any regulatory authority is necessarily the
01:32  17  last word on this -- this question.
01:32  18       Yes, I can read the words in this report,
01:32  19  and I will agree with you if they're read
01:32  20  correctly, but this is a very complex issue that
01:32  21  has been assessed, and there's many places in
01:32  22  the record where scientists that have spent a
01:32  23  lot of time looking at all the studies say
01:32  24  it's -- it's a -- it's a difficult call; the
01:32  25  evidence is not compelling in one way or the

---

**Page 157**

01:32  1  other.
01:32  2       So that's my -- that's my sense of the
01:32  3  state of play and how this particular EPA
01:33  4  document, which is part of a series of EPA
01:33  5  documents, how it sort of -- what it adds and
01:33  6  how it fits in.
01:33  7  BY MR. COPLE:
01:33  8       Q.   So you're self-taught on this complex
01:33  9  issue of long-term carcinogenicity and glyphosate
01:33  10  exposure, right?
01:33  11       A.   Correct.
01:33  12       Q.   By self-taught, you mean that you find
01:33  13  research materials online or hard copy or wherever
01:33  14  you get it; you review it, and you form your own
01:33  15  personal opinion about it; is that right?
01:33  16       MR. LITZENBURG:  Objection to form.
01:33  17       THE WITNESS:  And I interact with other
01:33  18  scientists that have more technical expertise in
01:33  19  the field.  I remember multiple meetings with
01:33  20  Reto Engler, Lois Rossi, Adrian Gross, Bert Litt
01:33  21  and -- and some of the other scientists in OPP
01:33  22  in the mid-1980s that made the judgment that
01:33  23  glyphosate was a possible human carcinogen.
01:34  24       Yeah, I've talked to them.
        25

---

Confidential

Page 158

BY MR. COPLE:

01:34  Q.   Which of the scientists that you've
talked to in the 1980s are involved right now for
OPP's registration review of glyphosate?

01:34  A.   I don't think any of them now.  I don't
think any of the signatories on the 85 consensus
statement memo -- I don't believe any of them are
still working at the agency, '85.

01:34  Q.   So you base your research and your
activities, which you have self-taught yourself
about long-term carcinogenicity in glyphosate, based
on whatever you found to read, plus conversations
with OPP individuals from 35 years ago?

01:34  MR. LITZENBURG:  Objection to form.

01:34  THE WITNESS:  And other -- my
conversations with OPP staff scientists in the
1980s and subsequently -- although I had less
interaction with them later -- are among the
many conversations and interactions that I have
with other scientists who have played some role
or another or have varying levels of expertise
in pesticide risk assessment and specifically
cancer risk assessment.

01:35  I've worked with and had the privilege to
interact with many people that have helped me in

Page 159

01:35  my self-education and understanding of the
design of cancer studies, issues that come up in
them, use of historical controls,
histopathology, statistical analysis of the
tumor data, interpretation of the studies, and
ultimately, making a weight of the evidence
judgment about the potential of the chemical to
pose cancer risks using either the IARC
classification system or the EPA classification
system or, for that matter, the European
classification system, which is fairly similar
to both U.S. EPA and IARC.

BY MR. COPLE:

01:36  Q.   And in each of those fields you just
mentioned, you're self-taught by your reading and
personal opinions and talking with OPP individuals
from the 1980s; is that right?

01:36  A.   Correct.

01:36  Q.   Now, this finishes up and says in the
last sentence by OPP that this includes, meaning
this comprehensive analysis that the agency has
done, performed, this includes epidemiological,
animal carcinogenicity, and genotoxicity studies.

01:36  And for each of these areas,
epidemiology, animal carcinogenicity and

Page 160

01:36  genotoxicity, you're not an expert in any of those
areas, right?

01:36  MR. LITZENBURG:  Object.

01:37  THE WITNESS:  I have not been trained in
the art of conducting such studies, nor have I
ever carried out such studies.

BY MR. COPLE:

01:37  Q.   So you're not an expert in those areas?

01:37  MR. LITZENBURG:  Asked and answered.

01:37  THE WITNESS:  I will give the same answer
if you want to keep asking me.

BY MR. COPLE:

01:37  Q.   Have you ever testified as an expert on
epidemiology?

01:37  A.   No.

01:37  Q.   What about animal carcinogenicity?

01:37  A.   Nope.

01:37  Q.   How about genotoxicity?

01:37  A.   No.

01:37  Q.   What about the SAP that was conducted --
convened and conducted by EPA to take an independent
look at the conclusions on carcinogenicity and
glyphosate?  Did you go to the SAP hearing?

01:37  A.   Which one are you talking about?

01:37  Q.   The SAP hearing that was held on the

Page 161

01:37  September 2016 OPP issues paper.

01:37  A.   No, I didn't attend it.

01:38  Q.   Did you know about it?

01:38  A.   Yes.

01:38  Q.   You just chose not to go?

01:38  A.   It's a long trip.

01:38  Q.   Did you obtain the transcript and review
it?

01:38  A.   No.  I did not obtain the transcript of
that meeting, because it occurred, again, after the
events of this case, use of Ranger Pro and
glyphosate concentrated herbicide by Dewayne
Johnson.

01:38  I did, however, pay particular attention
to the transcript of the SAP meeting in 1986 that
was convened to address and resolve issues related
to the -- what EPA at the time considered a
statistically significant increase in renal tubular
adenomas in the 1983 BioDynamic mouse study.

01:38  That SAP meeting was clearly relevant to
the judgments of the EPA on glyphosate oncogenicity
and led to the classification on eight, nine years
that has a Group (2)(B) or possible human
carcinogen.

01:39  Q.   So you pay particular attention to the

Confidential

Page 162

01:39  1    FIFRA SAP hearing in 1986 on oncogenicity and
01:39  2    glyphosate, but you ignore the SAP hearing held in
01:39  3    2016 on the same subject; is that right?
01:39  4        MR. LITZENBURG:  Objection.  Asked and
01:39  5    answered.
01:39  6        THE WITNESS:  No.  I didn't ignore the
01:39  7    latter SAP meeting, but I was asked to conduct
01:39  8    as thorough review as I could in a given amount
01:39  9    of time in a case with a record.  And, sir, I
01:39  10   wouldn't suspect you've read all 6 million
01:39  11   documents either.
01:39  12       And I made some judgments about which
01:40  13   were the most important documents that should
01:40  14   have informed Monsanto as a responsible company
01:40  15   in its labeling, education material, outreach to
01:40  16   the user community about the risks associated
01:40  17   with use and exposure of then-marketed,
01:40  18   Roundup-based, glyphosate-based herbicides,
01:40  19   including the products that Dewayne Johnson
01:40  20   applied in the 2012 to 2014 period.
01:40  21       I felt that was the most important part
01:40  22   of the record for me to focus on, and there are
01:40  23   many parts of this record that I would have
01:40  24   liked to have had time to review in more depth,
01:40  25   because it would, I am sure, more sharply focus

Page 163

01:40  1    and inform my opinions.  But I did the best with
01:40  2    the amount of time that I had.
01:40  3    BY MR. COPLE:
01:40  4        Q.    So you're the professional witness in
01:40  5    this case for Mr. Johnson, and you chose what you
01:40  6    thought was important to look at, right?
01:40  7        MR. LITZENBURG:  Objection.  Asked and
01:40  8    answered.  Argumentative.
01:41  9        THE WITNESS:  Yes.  I -- I tried to
01:41  10   understand the underlying issues in the case.  I
01:41  11   tried to understand why Mr. Johnson might have
01:41  12   been exposed to -- to glyphosate-based
01:41  13   herbicides in a way that placed him at risk of
01:41  14   health problems; in the case of Mr. Johnson,
01:41  15   non-Hodgkin's lymphoma.  And knowing, based on
01:41  16   my 30-plus years of experience in how the
01:41  17   pesticide regulatory process and program,
01:41  18   regulations and the law are supposed to work in
01:41  19   keeping people safe, I drew upon my
01:41  20   understanding of what a responsible company
01:41  21   would do working with a science-driven
01:41  22   regulatory agency to assure that people like
01:42  23   Dewayne Johnson would not get sick.  That's what
01:42  24   I focused on.
       25

Page 164

01:42  1    BY MR. COPLE:
01:42  2        Q.    But you didn't review Mr. Johnson's three
01:42  3    days of deposition transcripts, right?
01:42  4        MR. LITZENBURG:  Asked and answered.
01:42  5        THE WITNESS:  I -- no, I did not.  I did
01:42  6    not review three days of deposition transcripts.
01:42  7    BY MR. COPLE:
01:42  8        Q.    So as -- as the professional witness
01:42  9    testifying for Mr. Johnson, you made the
01:42  10   determination of what to review and what not to review,
01:42  11   right?
01:42  12       MR. LITZENBURG:  Objection.  Asked and
01:42  13   answered.  Argumentative.
01:42  14       You can choose whether to answer these
01:42  15   for 14 hours or not.
01:42  16       THE WITNESS:  We've talked about it.
01:42  17       MR. COPLE:  Are you instructing the
01:42  18   witness not to answer the question?
01:42  19       MR. LITZENBURG:  Not instructing
01:42  20   anything.
01:42  21       THE WITNESS:  I already did.
01:42  22       MR. LITZENBURG:  Not what I said.
01:42  23   BY MR. COPLE:
01:42  24       Q.    You're declining to answer?
01:42  25       A.    No.  I'm not declining to answer.  I'm

Page 165

01:42  1    declining to repeat my answer.
01:42  2        MR. LITZENBURG:  He just answered it
01:42  3    several times.  The record I think is pretty
01:42  4    clear.
01:42  5    BY MR. COPLE:
01:42  6        Q.    All right.  Now, you keep repeating what
01:42  7    a responsible company would do.
01:42  8        Are you certified by any organization to
01:42  9    speak to the question of whether what a company does
01:43  10   is consistent with what a responsible company would
01:43  11   do in any circumstance?
01:43  12       A.    There is no one to my knowledge in the
01:43  13   world that carries such a certification because none
01:43  14   is granted by any organization I'm aware of.
01:43  15       So no, I do not have such a
01:43  16   certification.
01:43  17       Q.    Do you have an educational degree in what
01:43  18   a responsible company is required to do under any
01:43  19   circumstance?
01:43  20       A.    No, I do not.
01:43  21       Q.    So your understanding of what a
01:43  22   responsible company should do in a particular
01:43  23   circumstance is also self-taught by you, based on
01:43  24   your reading and your reading of what is in the
01:43  25   literature, plus documents of the company that you

Confidential

01:43  1    were given; is that right?
01:43  2        A.   That's certainly among the information
01:43  3    that I would draw upon.
01:43  4        Q.   All right.  Let's go now to -- I think I
01:44  5    marked this other document, this one; it's Number 8.
01:44  6            We've marked as Exhibit 8 to the
01:44  7    deposition, Dr. Benbrook, a document which is also
01:44  8    dated, coincidentally, December 12, 2017, which is
01:44  9    an EPA Draft Human Health Risk Assessment in Support
01:44  10   of Registration Review.
01:44  11           You've reviewed this EPA document in
01:44  12   forming your opinions in this case?
01:44  13       A.   I was aware of it.  I looked briefly at
01:44  14   it to see if there was any reason why it would play
01:44  15   a role in my opinions, and I didn't see any.
01:44  16           Again, it came out in December of 2017, a
01:44  17   couple months ago, after the events in this case.
01:44  18   I -- I knew in general what it was.  It's the
01:45  19   updated human health risk assessment as part of the
01:45  20   registration review process for glyphosate.
01:45  21       Q.   What's the HED?
01:45  22       A.   Hazard evaluation division.
01:45  23       Q.   And they have responsible -- it says,
01:45  24   health effects division.
01:45  25       A.   Well, the health effects division is the

01:45  1    part of HED -- now, OPP divisions and departments,
01:45  2    they've gone by a lot of different names over the
01:45  3    years, but the hazard evaluation division or health
01:45  4    division has two major branches; one that looks at
01:45  5    the toxicological database; and the other is the
01:45  6    residue chemistry branch.  And they look at all the
01:45  7    environmental fate and the science relative to the
01:45  8    evaluation of pesticide tolerance levels and whether
01:45  9    they're detectable and whether the breakdown
01:46  10   products are adequately understood.  And that kind
01:46  11   of basic structure in OPP has remained in place over
01:46  12   the years of this case.
01:46  13       Q.   So this is the health effects division,
01:46  14   correct?
01:46  15       A.   Correct.
01:46  16       Q.   Not the hazard evaluation division?
01:46  17       A.   Correct.
01:46  18       Q.   In fact, the document is called a "Draft
01:46  19   Human Health Risk Assessment in Support of
01:46  20   Registration."  Not a hazard evaluation, right?
01:46  21       A.   Correct.
01:46  22       Q.   If you go down -- and before we go down
01:46  23   to any of the discussion by the health effects
01:46  24   division, there's a listing here of individuals in
01:46  25   the "from" line.  There's a Dr. Perron, or Perron,

01:46  1    toxicologist; Dr. Dunbar, pharmacologist; Mr. Bloem,
01:46  2    a chemist; a Mr. or a Ms. Venkateshwara -- I don't
01:47  3    know if I pronounced that correct, my apologies to
01:47  4    that individual -- a chemist.
01:47  5            Do you know any of those individuals?
01:47  6        A.   No, I do not.
01:47  7        Q.   Did you speak to any of them in the
01:47  8    context of this document or forming your opinions in
01:47  9    this case?
01:47  10       A.   No, I did not.
01:47  11       Q.   And their particular views are forwarded
01:47  12   through the branch chief, Christine Olinger, as well
01:47  13   as the senior chemist, Dr. Kramer.  Do you know
01:47  14   those folks?
01:47  15       A.   No, I don't.
01:47  16       Q.   You didn't talk to them in connection
01:47  17   with your expert opinions?
01:47  18       A.   No, I didn't.
01:47  19       Q.   And the same question about the ultimate
01:47  20   recipients, the chemical review manager,
01:47  21   Ms. Newcamp, as well as the branch chief,
01:47  22   Mr. Anderson.  Do you know those folks?
01:47  23       A.   No, I don't.
01:47  24       Q.   And I assume you didn't talk to them
01:47  25   either?

01:47  1        A.   I did not.
01:47  2        Q.   All right.  Did you ignore the discussion
01:47  3    in this document as part of your review?
01:47  4            MR. LITZENBURG:  Objection.  Form.  Asked
01:47  5    and answered.
01:47  6            THE WITNESS:  As I said, when I became
01:48  7    aware that the document had come out, I actually
01:48  8    think when I got a copy of this I had already
01:48  9    filed my expert report.  I knew this was coming.
01:48  10   I had a pretty good idea of what it would cover.
01:48  11   And because of the time that this came out and
01:48  12   the date of this analysis, it had no bearing or
01:48  13   no impact on the worker safety provisions or use
01:48  14   directions or PPE requirements on the Ranger Pro
01:48  15   or Roundup Concentrated Pro herbicides that
01:48  16   Dewayne Johnson applied.  So I -- I didn't
01:48  17   conduct an in-depth review of it for those
01:48  18   reasons.
01:48  19   BY MR. COPLE:
01:48  20       Q.   Is your testimony that nothing that EPA
01:48  21   has done after the period of time that Mr. Johnson
01:49  22   has testified he was exposed to glyphosate in Ranger
01:49  23   Pro would be relevant to your opinions?
01:49  24           MR. LITZENBURG:  Objection.  Asked and
01:49  25   answered.

Confidential

Page 170

01:49  1      THE WITNESS:  No.  If there was -- if,
01:49  2  for example, Monsanto had conducted the
01:49  3  cancer -- the two-year mouse cancer study
01:49  4  requested by EPA in 1986 to clear up the
01:49  5  unresolved questions about the renal tubular
01:49  6  adenomas, this cancer study requested by OPP in
01:49  7  a memorandum from Bert Litt, which it's cited in
01:49  8  my expert report, requested that Monsanto
01:49  9  conduct a two-year mouse study with 200 animals
01:49 10  per group, only in males, because it's the male
01:50 11  rats were the ones that displayed the clearly
01:50 12  statistically significant increase in renal
01:50 13  tubular adenomas, and that -- not only that, EPA
01:50 14  instructed Monsanto to include two different
01:50 15  dose levels to more accurately characterize the
01:50 16  dose response curve, which presumably would have
01:50 17  clarified some of the statistical issues that
01:50 18  remained difficult to resolve, under debate
01:50 19  between the agency and Monsanto, and in
01:50 20  addition, the request from OPP to Monsanto for
01:50 21  the conduct of the study said that Monsanto
01:50 22  could do a tiered histopathological assessment
01:50 23  of the results focused first on the liver and
01:50 24  kidney tumors or impacts or histopathology, and
01:50 25  if that aspect of the histopathology was clean,

Page 171

01:51  1  the agency would not require Monsanto to do any
01:51  2  further histopathology on the results from that
01:51  3  study.
01:51  4      A responsible company who truly felt that
01:51  5  the results of the BioDynamic study were not
01:51  6  treatment-related would have conducted that
01:51  7  study as requested by OPP; and if it was clean
01:51  8  and showed no adverse effects, that would have
01:51  9  settled the issue, and life would have gone on
01:51 10  without the lingering questions about the
01:51 11  results of that important and early mouse
01:51 12  oncogenicity study.
01:51 13  BY MR. COPLE:
01:51 14      Q.    And that issue was settled for EPA in
01:51 15  1991, when their cancer assessment peer review panel
01:51 16  concluded Category E was the appropriate
01:51 17  classification for glyphosate, right?
01:51 18      A.    That was the action that they took at the
01:52 19  time, as codified in that memorandum, but, you know,
01:52 20  I -- I -- it is my professional opinion that there
01:52 21  still were at that time questions in the minds of
01:52 22  some EPA scientists about the renal tubular adenomas
01:52 23  in the BioDynamic mouse study.
01:52 24      And I think that -- I think it's very
01:52 25  unfortunate that the replacement study that first

Page 172

01:52  1  OPP recommended and then required as part of the
01:52  2  registration standard that was issued in 1986 --
01:52  3  it's a shame that they weren't done, because if
01:52  4  Monsanto had done those studies as requested by
01:52  5  OPP -- and I think a responsible company who did not
01:52  6  -- who wanted to rule out any chance that a product
01:53  7  which by then was, if not the most widely used
01:53  8  herbicide in the world, it was getting pretty close
01:53  9  by the mid-'80s, they should have done the
01:53 10  additional testing, and they never did, and still
01:53 11  have not to this day.
01:53 12      Q.    This is your self-taught expertise on
01:53 13  what a responsible company is supposed to do under
01:53 14  any particular circumstance?
01:53 15          MR. LITZENBURG:  Objection.  Asked and
01:53 16  answered.  Harassing.  Argumentative.
01:53 17          You can answer.
01:53 18          THE WITNESS:  When the EPA identifies a
01:53 19  set of scientific issues that are central to a
01:53 20  critical human health issue, like whether use of
01:53 21  and exposure to glyphosate-based herbicides pose
01:53 22  a cancer risk to people, yes, I would regard
01:53 23  that as an important matter and a relevant
01:53 24  matter.
01:53 25      When the agency requests better, more

Page 173

01:53  1  sophisticated, more accurate science from a
01:53  2  company who has pledged in multiple forms and
01:54  3  multiple ways that it always bases its actions,
01:54  4  its products on the best possible science, they
01:54  5  should have done -- they should have done
01:54  6  studies, period.
01:54  7  BY MR. COPLE:
01:54  8      Q.    And since 1991, EPA has in fact received
01:54  9  and reviewed better and more accurate scientific
01:54 10  data on animal carcinogenicity studies on
01:54 11  epidemiology and on genotoxicity, correct?
01:54 12          MR. LITZENBURG:  Objection in terms of
01:54 13  testimony.  Asked and answered.  Argumentative.
01:54 14          THE WITNESS:  Did you tick off
01:54 15  oncogenicity, genotox, and epidemiology, or just
01:54 16  the last two?  I didn't hear you.
01:54 17  BY MR. COPLE:
01:54 18      Q.    I ticked off exactly what EPA says on
01:54 19  Exhibit 7, which was animal carcinogenicity,
01:54 20  studies, epidemiology, genotoxicity, in which the
01:54 21  agency -- we just looked at it -- the agency said
01:54 22  they did a comprehensive analysis.
01:54 23      A.    By the way, you'll find a very similar
01:55 24  sentence to that in the IARC monograph, as well.
01:55 25      But the EPA required in the 1986

Confidential

---

## Page 174

01:55  1    glyphosate registration document a repeat mouse and
01:55  2    a repeat rat oncogenicity study.  Fairly soon after
01:55  3    the issuance of the -- this registration document,
01:55  4    registration standard document, Monsanto agreed to
01:55  5    conduct a replacement rat oncogenicity study, which
01:55  6    was done, and I don't remember the exact year it was
01:55  7    submitted to the agency, but I think maybe '88, '89,
01:55  8    maybe '90, but they refused to do any additional
01:55  9    long-term chronic feeding studies, oncogenicity
01:55  10   studies in the mouse.
01:55  11       Q.   And today, EPA has 14 of those long-term
01:56  12   chronic toxicity and carcinogenicity studies in
01:56  13   animal models from both Monsanto as well as other
01:56  14   registrants, right?
01:56  15            MR. LITZENBURG:  Asked and answered.
01:56  16            THE WITNESS:  I believe that number is
01:56  17       roughly accurate, and that would include the rat
01:56  18       studies and the mouse studies.
01:56  19   BY MR. COPLE:
01:56  20       Q.   Now, in the text of this Exhibit 8, it
01:56  21   starts off by saying that OPP HED, the health
01:56  22   effects division, assesses the risk exposed to
01:56  23   humans from exposure pesticide chemicals.
01:56  24            And it goes on to say in the second
01:56  25   sentence, "The PRD of OPP asked HED to evaluate

## Page 175

01:56  1    hazard and exposure data and conduct dietary,
01:56  2    occupational, residential, and aggregate exposure
01:56  3    assessments as needed to estimate the risk to human
01:56  4    health that would result from all registered uses of
01:56  5    glyphosate -- " and then there's the chemical
01:56  6    description of glyphosate -- "in support
01:57  7    registration review."
01:57  8            Q.   What is a PRD?
01:57  9       A.   It's the pesticide reevaluation division.
01:57  10   It's the part of OPP that manages the registration
01:57  11   review process, the RED process, the reregistration
01:57  12   process.  It's been called a lot of things over the
01:57  13   years, but it's basically the part of OPP that
01:57  14   updates and reevaluates pesticide uses in this.
01:57  15            I'm sorry, I should have turned this off.
01:57  16   My apologies.
01:57  17       Q.   So PRD asks the health effects division
01:57  18   to evaluate both hazard and exposure data from all
01:57  19   sources in order to do an aggregate exposure
01:57  20   assessment for human health risks from glyphosate
01:57  21   exposure, correct?
01:57  22       A.   Yes.  That's what it says.
01:57  23       Q.   And this is the most recent human health
01:57  24   risk assessment board of registration review
01:58  25   regarding glyphosate that has come out of EPA's OPP,

## Page 176

01:58  1    right?
01:58  2       A.   Correct.
01:58  3       Q.   All right.  On Page 3 of 41 -- this is a
01:58  4    41-page document, but on Page 3 of Exhibit 8, under
01:58  5    Hazard Characterization -- this is the executive
01:58  6    summary; it's a 1.0 Executive Summary.  The
01:58  7    subheading is Hazard Characterization.  It says,
01:58  8    "Glyphosate exhibits low toxicity across species,
01:58  9    durations, life stages, and routes of exposure."
01:58  10            Correct?
01:58  11       A.   Correct.
01:58  12            MR. LITZENBURG:  Objection.
01:58  13   BY MR. COPLE:
01:58  14       Q.   It goes on, if you skip the next full
01:58  15   paragraph, and go to the third paragraph below
01:58  16   Hazard Characterization, it says, "Glyphosate is
01:58  17   categorized as having low acute toxicity for the
01:59  18   oral, dermal, and inhalation routes."
01:59  19            That's the routes of exposure, correct?
01:59  20       A.   Correct.
01:59  21       Q.   And it goes on to the next paragraph, and
01:59  22   in the last sentence, it says, "As a result, there
01:59  23   was no impact on hazard characterization or draft
01:59  24   human health risk assessment for glyphosate from
01:59  25   open literature studies."

## Page 177

01:59  1            Is that correct too?
01:59  2       A.   You lost me on the jump from the end of
01:59  3    the paragraph beginning "glyphosate is categorized."
01:59  4    Where did you go then?
01:59  5       Q.   Yeah.  I just went to the next full
01:59  6    paragraph.  The last sentence says, basically, that
01:59  7    there was no impact on the risk assessment or the
01:59  8    hazard characterization from open literature review.
01:59  9       A.   Hang on, let me read it.
02:00  10            Okay.  What did you want to ask me about
02:00  11   this?
02:00  12       Q.   I just wanted to know if you agree what
02:00  13   the agency is saying is that the open literature
02:00  14   studies had no impact on the EPA's assessment of
02:00  15   hazard or human risk.
02:00  16       A.   Yeah.  That's unfortunately probably
02:00  17   true, because the agency really didn't place much
02:00  18   weight on the significant number of genotoxicity
02:00  19   studies on formulated glyphosate-based herbicides
02:00  20   that show concern about damage to DNA, damage to
02:00  21   cells through at least two different mechanisms of
02:00  22   action.
02:00  23            Again, this is one of the reasons that
02:00  24   EPA's current assessment of risk associated with the
02:01  25   use of glyphosate-based herbicides is criticized by

Confidential

## Page 178

the scientific community, and it's one of the most important and fundamental differences between review undertaken by IARC and the judgments reached by that group of scientists in contrast to the judgment reached by EPA scientists and this EPA risk assessment process, which is focused predominantly on studies and toxicological data from laboratory work focused on pure glyphosate and not formulated glyphosate herbicides.

Q.    And you're aware that EPA's OPP reviewed 54 genotoxicity studies in assessing human health risk of glyphosate, right?

A.    There may be a sentence in this report that says that that's how many they reviewed at this time. The number is rapidly changing. Another one I read about today.

So particularly in the last few years, the number of published, peer-reviewed genotoxicity studies using often glyphosate and glyphosate-based herbicides has gone up very substantially, and it is certainly not true that most scientists, including myself, agree that EPA has thoroughly assessed those and given them adequate weight in their overall judgment.

Q.    You're aware that EPA's OPP actually

## Page 179

reviewed the open literature where a formulated product involving glyphosate was the subject of various published studies. You're aware of that, right?

A.    They make that claim in various of these documents, that they are aware of or reviewed the open public literature. Yes, I know that they make that claim.

Q.    And you're not part of this registration review, and you haven't talked to anybody who is part of it, right?

A.    That's correct.

Q.    The scientific community that you say is critical of EPA -- are you in personal communication with the scientific community on this?

A.    Yeah. I call them up all the time.

Q.    Who are these people you call up all the time who are critical of EPA?

A.    There are a number of scientists that take a different view of the genotoxicity data, which is what we've been talking about, and certainly, I placed the most weight in forming my opinion in the IARC review of the genotoxicity data as well as my read of many of the underlying original genotox studies and the very clear, and I

## Page 180

felt compelling, report by Dr. William Parry, commissioned by Monsanto in 1999, when several senior officials in Monsanto became aware that they had serious issues and concerns about questions.

Regulators around the world, but in particular in Europe, were asking about recently published data on the genotoxicity of either glyphosate or glyphosate-based herbicides.

Monsanto knew from its own internal studies, the vast majority of which had been conducted in the late '70s or 1980s, when the tools of mutagenic-- study mutagenicity, the so-called Ames test, the technical methodologies available for assessing genotoxic risk were crude and not nearly as sensitive as the testing methodologies, the validated testing methodologies, that are available today.

So I think that for over 20 years, the -- there's been clear evidence that the capacity of glyphosate-based herbicides, certainly, and to a lesser extent pure, 100 percent glyphosate, to trigger genotoxic changes in a vast array of test systems and organisms.

And as I said, Monsanto was aware of concerns being raised. They were aware of positive

## Page 181

studies in the literature, and they commissioned an in-depth review of published studies at the time as well as all of the studies from their internal work that were not in the open literature that they felt appropriate to share with Dr. Parry.

I don't know if they shared all of their mutagenicity and genotox studies with Dr. Parry or not. They certainly shared a number of them, but they were older and cruder, and I suspect he placed less weight on them, because he was one of the scientists developing some of the new systems.

Q.    Today, EPA's OPP and certainly the health effects division, according to this memo, has the most up-to-date scientific information on animal carcinogenicity, epidemiology, and genotoxicity regarding glyphosate exposure, correct?

MR. LITZENBURG:  Form.

THE WITNESS:  In all of the regulatory documents that I have reviewed from EPA on glyphosate from the late '70s, the very beginning, through to today, the vast majority and studies and data on which EPA's evaluation is based are company-submitted studies done in compliance with GLPs, or good laboratory practices, and deploying study designs that

Confidential

Page 182

02:07 1  adhere to the study guidelines put forth in EPA
02:07 2  regulations.
02:07 3      And over the years, EPA has placed and
02:07 4  continues to place very low weight on other
02:08 5  studies done predominantly in academic labs
02:08 6  using more modern and often sensitive
02:08 7  methodologies.
02:08 8      This is a longstanding issue, challenge,
02:08 9  concern that has faced EPA, the SAP, the
02:08 10 regulatory community, registrants, and it's a --
02:08 11 it's a challenge that has yet to be resolved.
02:08 12     It is my opinion that this and earlier
02:08 13 risk assessments issued by the -- by OPP have
02:08 14 almost exclusively been based on studies on the
02:08 15 pure active ingredient.  They have ignored
02:08 16 published studies showing that formulated
02:08 17 product is substantially more toxic and leads to
02:09 18 additional -- could lead to additional adverse
02:09 19 effects, and that -- that is a concern and a
02:09 20 criticism that remains to this day.
02:09 21 BY MR. COPLE:
02:09 22     Q.   You're not an expert on genotoxicity,
02:09 23 right?
02:09 24     A.   I believe I answered that question.
02:09 25     Q.   I'll take that as you're not.

Page 183

02:09 1  MR. LITZENBURG:  I object to form.
02:09 2  BY MR. COPLE:
02:09 3      Q.   Now, back to the questions I asked,
02:09 4  Doctor, which is I asked you who you're in personal
02:09 5  communication with in the scientific community that
02:09 6  you've referred to that's critical of EPA, and the
02:09 7  name you gave us was Dr. Parry.
02:09 8      So you're in communication with
02:09 9  Dr. Parry?
02:09 10     A.   Dr. Parry is dead.
02:09 11     Q.   Well, then why did you bring him up?
02:09 12     A.   Because Dr. Parry prepared a very
02:09 13 in-depth and I think professional and scholarly
02:10 14 assessment of the genotoxicity database on
02:10 15 glyphosate, pure glyphosate and glyphosate-based
02:10 16 herbicides in 1999, under -- as a consultant to
02:10 17 Monsanto, as part of Monsanto's effort to gauge the
02:10 18 opinions and attitudes among experts in the field,
02:10 19 recognized experts in the field, given that there
02:10 20 was starting to be peer-reviewed papers published in
02:10 21 respected journals reporting the capacity of
02:10 22 glyphosate-based herbicides and, in some cases,
02:10 23 glyphosate alone, to damage DNA, trigger cellular
02:10 24 changes, and increase oxidative damage, which are
02:10 25 two of the important mechanisms that can lead to

Page 184

02:10 1  cancer.
02:10 2      This evidence of the genotoxicity of
02:11 3  glyphosate-based herbicides, it was very important
02:11 4  and very threatening to the regulatory position
02:11 5  taken by EPA and other regulators around the world,
02:11 6  and Monsanto was fully aware of it.  And their
02:11 7  statements to that effect are -- there's probably
02:11 8  five or six of them cited in my report, and if I had
02:11 9  time to review the full record, I'm sure there will
02:11 10 be many more than five or six.
02:11 11     Q.   And your knowledge of all of this,
02:11 12 Dr. Benbrook, is by reading the Monsanto internal
02:11 13 documents that counsel gave you and telling us your
02:11 14 opinion as to what the company did or did not do,
02:11 15 right?
02:11 16     MR. LITZENBURG:  Objection.  Asked and
02:11 17 answered.  Argumentative.
02:11 18     THE WITNESS:  My understanding and
02:11 19 opinions about the testing of glyphosate and
02:11 20 glyphosate-based herbicides genotoxicity and the
02:11 21 role of Monsanto in investigating genotoxicity,
02:12 22 in reporting results to the agency, and in
02:12 23 assuring that labels for their products and any
02:12 24 instructions for use reflected current
02:12 25 scientific understanding have been informed by

Page 185

02:12 1  the documents that were provided to me by
02:12 2  Mr. Litzenburg and Mr. Travers, as well as my
02:12 3  reading of most of the frequently discussed and
02:12 4  debated genotoxicity studies that began
02:12 5  appearing -- really, the first one I believe was
02:12 6  in 1998; there were three or four in '99; there
02:12 7  were another three or four by 2002; and since
02:12 8  2002 there are -- and certainly up to now, now
02:12 9  there are literally dozens.
02:12 10     I haven't read all of them, but I've read
02:13 11 a significant number of them, and I've read a
02:13 12 number of reviews of them done by experts in the
02:13 13 field.  I have talked to some of those experts,
02:13 14 and if you want me to go through my memory to
02:13 15 name some of them, I'd be glad to.
02:13 16 BY MR. COPLE:
02:13 17     Q.   This is your self-taught expertise by
02:13 18 doing your reading of documents, right?
02:13 19     MR. LITZENBURG:  Counselor, if you want
02:13 20 to ask him that question 400 times, I would save
02:13 21 it until tomorrow or risk us walking out.  I
02:13 22 would ask him questions that you need the answer
02:13 23 to, or we'll get the judge on the phone or walk
02:13 24 out.  If you want to save those to the end,
02:13 25 that's my advice.

Confidential

Page 186

BY MR. COPLE:

Q. I'll ask it a different way.

A. Okay.

Q. This is based upon -- is your knowledge of this information based upon anything other than reading corporate documents or doing your own research?

MR. LITZENBURG: Asked and answered.

THE WITNESS: I don't know what you mean by my own research. My own research entails reading scientific literature, reading regulatory documents, going to scientific meetings and speaking with scientists, or reading posters, or running into scientists in other venues, or calling them up if I have a specific question about something, or any other opportunity that I happen to have to broaden and deepen my understanding of these complex questions.

From the very beginning of my career, I have been a bit of a sponge for expert information, and I've been very blessed to have had an opportunity to talk to and learn from many very talented scientists. So that's -- if that's what you mean by research, then the

Page 187

answer to your question is yes.

BY MR. COPLE:

Q. Well, obviously you were not in communication with the deceased Dr. Parry as one of the persons in the scientific community that you have been regularly in touch with.

So I ask again, who are the scientists that you have been in touch with in the scientific community that are critical of EPA's review and determination of glyphosate?

A. Bruce Lanphear, Phil Grandjean, Paul Winchester, Routt Reigart, Richard Jackson, Melissa Parry, Jennifer Sass.

I assume you want to restrict it to the tox side of things and not the ag side of things. Let's see. I spent a lot of time talking to Theo Colburn before she passed away. Let's see, who else. Those would be the people that in the last four or five years I have had one or more conversations with about this.

Q. You've had one or more of these conversations in the last four or five years, including since the time that you were hired as a professional expert witness for Mr. Johnson?

A. All of the people that I just mentioned I

Page 188

met and began discussing pesticide regulatory and risk issues with well before my assignment in this case, and for many of those people, 30 years before.

Q. So you've been having these -- you said four or five years, but now it goes back 30 years?

A. I don't -- I don't trust my memory much more than four years ago, and it's not even that good four years ago. So no, I'm not going to testify to you, sir, that I can remember everybody that I talked to about cancer risk.

For example, during the two National Academy of Science studies that I was the staff overseer, we had three or four cancer risk assessment specialists -- and if I pulled out the reports and looked at the committee, I would remember -- Bernie Weiss and other cancer specialists that served on those committees.

You know, I -- if counsel, my counsel, says be responsive to you, I have to go back and compile a list of all the experts that I've talked to in the last 30 years that are knowledgeable about pesticide cancer risk, I will do that, but it will take some time.

Q. I can narrow this down for you, Dr. Benbrook. In the last four or five years, the

Page 189

individuals that you just mentioned in your testimony, have you been discussing with them their criticism of EPA's specific review and determination that exposure to glyphosate is not a human carcinogen?

A. Absolutely. The debate between IARC and EPA and FSA and other -- and the German regulatory authority, it's the hottest topic in the world of pesticides globally right now. Anybody that's involved is talking about it.

Q. And you've been talking to these individuals since the time you were retained as an expert here?

A. Some of them since the time. All of them well before.

Q. And you exchanged emails with them about this issue of glyphosate and carcinogenicity and EPA's review?

A. Probably not. Most of my -- most of my interactions with these people are on conference calls or when we have meetings. Some of them I've coauthored papers with, served on panels with, and none of them -- none of the conversations were specifically about the issues in this case or addressed any information that I became privy to

Confidential

---

Page 190

02:19 1 because of my access to the Bates documents in this
02:19 2 case. All of my conversations have been part of an
02:19 3 ongoing discussion that's been underway very
02:19 4 actively since March of 2015 and no doubt will
02:19 5 continue for a long time to come.
02:19 6     Q.   Since you were retained to be an expert
02:19 7 in this case, Dr. Benbrook, have you deleted any
02:19 8 emails that you exchanged with any of the
02:19 9 individuals you mentioned today?
02:19 10     A.   The way my system works is I get a couple
02:19 11 hundred emails a day. After I've read it, I click
02:19 12 delete. It goes in the trash, and every 90 days, my
02:19 13 trash is emptied. At any one point in time, I would
02:19 14 have emails from approximately the last 90 days in
02:20 15 my system. And I don't remember the last time I --
02:20 16 once in a while I'll empty trash. When I bought a
02:20 17 new computer, anything that was resident in the
02:20 18 computer would be deleted.
02:20 19     Q.   So you may have deleted emails from these
02:20 20 individuals that you sent or received since the time
02:20 21 you were hired?
02:20 22     A.   I'm sure my computer did every 90 months;
02:20 23 it's programmed to do that.
02:20 24     Q.   Will you agree today not to delete emails
02:20 25 you send or receive to any of these individuals

---

Page 191

02:20 1 between now and trial?
02:20 2     A.   I know that this matter of what parts of
02:20 3 my communications have to be provided to you is
02:20 4 something counsel is --
02:20 5     MR. LITZENBURG:   We'll take care of it.
02:20 6     THE WITNESS:   -- actively in discussion
02:20 7 with, and when Mr. Litzenburg tells me that
02:20 8 based on the outcome of your discussion of what
02:21 9 I'm required to do, I'll be glad to do it.
02:21 10     MR. LITZENBURG:   We all have had motions
02:21 11 denied by Judge Chhabria on this. Just move on
02:21 12 from the document production. We're not going
02:21 13 to let him answer any more.
02:21 14     MR. COPLE:   You're directing him again
02:21 15 not to --
02:21 16     MR. LITZENBURG:   I'm not going to have
02:21 17 him answer any more questions about the document
02:21 18 production, litigation holds, stuff like that,
02:21 19 so move on to stuff --
02:21 20     MR. COPLE:   I haven't asked a single
02:21 21 question about that.
02:21 22     MR. LITZENBURG:   You just asked him to
02:21 23 make agreement to preserve things for
02:21 24 litigation. You didn't say that?
02:21 25     MR. COPLE:   I asked Dr. Benbrook if he

---

Page 192

02:21 1 would agree --
02:21 2     MR. LITZENBURG:   "Will you agree today
02:21 3 not to delete emails you send or receive between
02:21 4 these individuals between now and trial" -- do
02:21 5 you think that's a proper thing to ask opposing
02:21 6 expert at deposition?
02:21 7     MR. COPLE:   I just asked him.
02:21 8     MR. LITZENBURG:   Then you said you
02:21 9 didn't. Go on. Ask him questions that are
02:21 10 permissible so we can leave at the end.
02:21 11 BY MR. COPLE:
02:21 12     Q.   Let's go to Page 3.
02:21 13     A.   Of what?
02:21 14     Q.   Of Exhibit 8. Additionally -- I'm on the
02:21 15 last paragraph, Page 3, Exhibit 8.
02:21 16     A.   Yep.
02:21 17     Q.   It says, "Additionally, the agency
02:22 18 reevaluated the human carcinogenic potential of
02:22 19 glyphosate, which included weight of the evidence,
02:22 20 evaluation of data from animal toxicity,
02:22 21 genotoxicity, and epidemiological studies."
02:22 22     It goes on to say that that evaluation is
02:22 23 presented to the FIFRA SAP. Now, the last
02:22 24 sentence -- I read all that correctly, Doctor?
02:22 25     A.   Yes, sir.

---

Page 193

02:22 1     Q.   The last sentence says, "The agency
02:22 2 concluded that glyphosate should be classified as
02:22 3 not likely to be carcinogenic to humans."
02:22 4     Do you see that?
02:22 5     A.   Yes, I do.
02:22 6     Q.   Is this the current position of EPA with
02:22 7 respect to carcinogenicity and human exposure to
02:22 8 glyphosate?
02:22 9     A.   Yes. Glyphosate active ingredient.
02:22 10 That's correct.
02:22 11     Q.   There is nothing in this particular
02:23 12 assessment by the health effects division of OPP
02:23 13 that limits the opinions or conclusions about
02:23 14 carcinogenicity and exposure to glyphosate to just
02:23 15 the route of exposure through diet, correct?
02:23 16     A.   Well, certainly the aspect of the overall
02:23 17 risk assessment by EPA and other regulatory
02:23 18 authorities is general population risk primarily
02:23 19 through the diet and drinking water, in the case of
02:23 20 pesticides that are known to be found in water
02:23 21 resources. That's the major risk concern that
02:23 22 receives by far the most in-depth scientific
02:24 23 treatment.
02:24 24     Q.   It doesn't say this in this document by
02:24 25 HED, does it?

---

Confidential

## Page 194

02:24  1    A.    It's obvious, if you read it.
02:24  2    Q.    It's obvious?
02:24  3    A.    Yeah.
02:24  4    Q.    Is it obvious that on Page 1, in the
02:24  5    second sentence, it says that "The PRD asked HED to
02:24  6    evaluate hazard and exposure data and conduct
02:24  7    dietary, occupational, residential, and aggregate
02:24  8    exposure assessments, as needed, to estimate the
02:24  9    risk to human health that will result from all
02:24 10    registered uses for glyphosate in support of
02:24 11    registration review."
02:24 12          MR. LITZENBURG:  Objection.  It says what
02:24 13    it says.  Do you want us to stipulate that
02:24 14    written things say what they want to say -- say
02:24 15    what they say?  We'll stipulate that every
02:24 16    document that you hand him is in the English
02:24 17    language and says what it purports to say.
02:24 18          You need to ask him questions about the
02:24 19    things you're reading or having him read into
02:24 20    the record, because I will shut that down if
02:24 21    you're just having him read things verbatim.
02:24 22    That's not a question.
02:24 23          MR. COPLE:  Another direction to the
02:24 24    witness not to answer.
02:24 25    BY MR. COPLE:

## Page 195

02:24  1    Q.    Are you refusing to answer that question?
02:24  2          MR. LITZENBURG:  There's not a direction
02:25  3    or refusal.  We have a stenographer, which is
02:25  4    the great thing about this.
02:25  5          THE WITNESS:  Would you like me to answer
02:25  6    again?
02:25  7    BY MR. COPLE:
02:25  8    Q.    You can answer it again, sure.
02:25  9    A.    The vast majority of the science reviewed
02:25 10    by EPA relative to the human health risks of
02:25 11    glyphosate-based herbicides, glyphosate active
02:25 12    ingredient, were done in the course of assessing
02:25 13    tolerances, which would be allowable levels in food
02:25 14    and estimating dietary exposure to glyphosate from
02:25 15    residues in food and drinking water and other
02:25 16    beverages.  That -- so -- you know, and no, I cannot
02:25 17    imagine you could find an expert anywhere in the
02:25 18    world that would claim that risks other than general
02:25 19    population, dietary and drinking water exposures at
02:25 20    risk are the aspect of pesticide regulatory
02:25 21    assessments and decision making that receives more
02:25 22    attention than any other area, such as environmental
02:25 23    effects or mixer/loader exposures and risks or
02:25 24    applicator risks.
02:26 25          I'm just stating a fact that most of the

## Page 196

02:26  1    science generated through this, the regulatory
02:26  2    process, most of the science that EPA is reviewing
02:26  3    and summarizing in this latest 2017 document is
02:26  4    focused on and based on their dietary risk
02:26  5    assessment for levels of exposure expected in the
02:26  6    U.S. population.
02:26  7    Q.    EPA, you would agree, took into account
02:26  8    all routes of exposure in doing its assessment,
02:26  9    right?
02:26 10          MR. LITZENBURG:  Asked and answered.
02:27 11          THE WITNESS:  No, I don't think they
02:27 12    really take into account some of the unusual
02:27 13    routes of exposure.
02:27 14          They take into account certainly the
02:27 15    major routes of exposure, two of which I have
02:27 16    been emphasizing for the last five or so minutes
02:27 17    with you, which would be exposures through food
02:27 18    on a day-to-day basis, that essentially no
02:27 19    American can avoid unless they buy organic food,
02:27 20    as well as exposures through drinking water,
02:27 21    which are a considerable and increasing concern
02:27 22    in the case of glyphosate-based herbicides and
02:27 23    Roundup because of how ubiquitous this herbicide
02:27 24    has become in water resources in the United
02:27 25    States in recent years.

## Page 197

02:27  1    BY MR. COPLE:
02:27  2    Q.    You would agree that EPA in its
02:27  3    assessment took into account all of the animal
02:27  4    carcinogenicity, genotoxicity, and epidemiology that
02:27  5    was available, right?
02:28  6    A.    They certainly paid attention to and
02:28  7    listed the studies that had been submitted to
02:28  8    them -- to them by registrants, of which I think
02:28  9    we've agreed there's 14 of them.  So those studies
02:28 10    were evaluated, but it is certainly not clear to me
02:28 11    that the EPA considered other studies published in
02:28 12    the open scientific literature that other scientific
02:28 13    bodies including, of course, as I said before, the
02:28 14    IARC working group felt were germane and relevant in
02:28 15    their overall assessment.
02:28 16    Q.    EPA's position today, as we sit here,
02:28 17    Dr. Benbrook, is that based on its weight of the
02:28 18    evidence reviewed, EPA has concluded glyphosate is
02:28 19    classified as not likely to be carcinogenic to
02:28 20    humans.  That's the position right now, correct?
02:29 21    A.    Correct.
02:29 22    Q.    And that position has not changed since
02:29 23    1991, correct?
02:29 24          MR. LITZENBURG:  Asked and answered.
02:29 25          THE WITNESS:  Yeah.  You've asked that

Confidential

## Page 198

02:29  1    several times now, sir.

02:29  2        MR. COPLE:  Let's go to...

02:29  3        THE VIDEOGRAPHER:  Counsel, I just want

02:29  4    to let you know we have about 15 minutes left on

02:29  5    this tape.

02:29  6        MR. COPLE:  Mark this as Exhibit 9.

02:29  7        (Benbrook Exhibit Number 9 is marked for

02:29  8    identification.)

02:30  9    BY MR. COPLE:

02:30  10       Q.    We've marked as Exhibit 9 for the

02:30  11   deposition a prepared statement called "Testimony of

02:30  12   Anna B. Lowit, Science Advisor, OPP, EPA, before the

02:30  13   House Committee on Science, Space, and Technology."

02:30  14   This document is dated February 6th, 2018.

02:30  15           Is that all correct, Doctor?

02:30  16       A.    Yes, sir.

02:30  17       Q.    Do you know who Anna Lowit is?

02:30  18       A.    No, I don't.

02:30  19       Q.    Have you ever come across the name?

02:30  20       A.    No.

02:30  21       Q.    Do you know what the House Committee on

02:30  22   Science, Space, and Technology is?

02:30  23       A.    Yes.

02:30  24       Q.    What is it?

02:30  25       A.    It's the House Committee on Science,

## Page 199

02:30  1    Space, and Technology in the U.S. House of

02:30  2    Representatives chaired by Lamar Smith.  His

02:30  3    testimony was deliberated in a hearing, what, two

02:30  4    days ago on IARC, I would assume.

02:30  5        Q.    And this is a prepared statement of what

02:30  6    would be the spokesperson for EPA with respect to

02:30  7    whatever this hearing was called for, right?

02:31  8        A.    I would be surprised if EPA sent more

02:31  9    than one person, so if you represent to me that this

02:31  10   was the only person that testified on behalf of the

02:31  11   EPA, I'll take your word for it.

02:31  12       Q.    Let's go to Page 7 of the prepared

02:31  13   statement by Anna Lowit.

02:31  14       A.    Yes.

02:31  15       Q.    And there is a long second, full

02:31  16   paragraph.  It starts out by referencing that "In

02:31  17   2015, IARC released its final conclusions that

02:31  18   glyphosate is probably carcinogenic to humans."

02:31  19           And it says Group 2A.  That's the IARC

02:31  20   classification of probably carcinogenic to humans,

02:31  21   right?

02:31  22       A.    That's correct.

02:31  23       Q.    Right after that, "In 2016," according to

02:31  24   Anna Lowit, she says that "the EPA conducted a

02:31  25   comprehensive analysis of all the available

## Page 200

02:31  1    laboratory animal carcinogenicity, mutagenicity, and

02:31  2    epidemiological data to inform the human

02:32  3    carcinogenic potential of glyphosate."

02:32  4            Do you see that?

02:32  5        A.    Yes.

02:32  6        Q.    And this is an official statement before

02:32  7    a committee of the House of Representatives by Anna

02:32  8    Lowit from EPA, right?

02:32  9        MR. LITZENBURG:  Counsel, at the break,

02:32  10   let's call the court and read some of these

02:32  11   questions back.  I understand he's going to have

02:32  12   to change the tape out.  You all went to the

02:32  13   court last week and argued you need an

02:32  14   additional day to depose this witness.  And you

02:32  15   just asked him again if the piece of paper he's

02:32  16   never seen reads in the way that you read it.

02:32  17           Is that the what the question was?  Was

02:32  18   there a question at the end of that?

02:32  19   BY MR. COPLE:

02:32  20       Q.    Do you agree that's EPA's position?

02:32  21       A.    Yes.

02:32  22       Q.    All right.  And it goes on, a couple of

02:32  23   sentences down, it says that "Based on the

02:32  24   comprehensive analysis, EPA concludes that

02:32  25   glyphosate is not likely to be carcinogenic to

## Page 201

02:32  1    humans."

02:32  2            Would you agree that's EPA's position

02:32  3    right now?

02:32  4        A.    That is their position.

02:32  5        Q.    Let's go to -- let's go to Farber.

02:33  6        MS. FORGIE:  Is that an exhibit?

02:33  7        MR. COPLE:  It should be 9.

02:33  8        THE WITNESS:  The statement before the

02:33  9    committee was 9.

02:33  10       MS. FORGIE:  Thank you.

02:33  11       THE VIDEOGRAPHER:  The time is now 2:33.

02:33  12   We are off the record.

02:45  13       (Break in proceedings.)

02:45  14       THE VIDEOGRAPHER:  The time is now 2:45.

02:45  15   We are on the record.

02:45  16       MR. LITZENBURG:  I just want to note for

02:45  17   the record that defense counsel represented to

02:45  18   the court last week that it needed two days to

02:45  19   ask questions because of the length of

02:45  20   Dr. Benbrook's report, and four and a half hours

02:45  21   in, we have yet to have a single question about

02:45  22   his expert report.

02:45  23       MR. COPLE:  Counsel is testifying.  We

02:45  24   don't agree.

02:46  25           All right.  Let's mark as Exhibit 10 to

Confidential

Page 202

02:46  1    the deposition.
02:46  2        (Benbrook Exhibit Number 10 is marked for
02:46  3    identification.)
02:46  4    BY MR. COPLE:
02:46  5        Q.    We've marked as Exhibit 10 to the
02:46  6    deposition, Dr. Benbrook, a March 4, 1985 document
02:46  7    with the subject line "Consensus Review of
02:46  8    Glyphosate."
02:46  9        Are you familiar with this document?
02:46 10        A.    Yes.
02:46 11        Q.    When did you first become familiar with
02:46 12    this document?
02:46 13        A.    Twenty years ago.  I don't know, a long
02:46 14    time ago.
02:47 15        Q.    So you've known about this consensus
02:47 16    document for two decades; is that correct?
02:47 17        A.    Approximately.
02:47 18        Q.    And this is a document that's discussing
02:47 19    the 1983 mouse study that you've referenced a number
02:47 20    of times in your expert report, correct?
02:47 21        A.    Yes, sir.
02:47 22        Q.    Before we talk about this particular
02:47 23    document, did you review the complaint that was
02:47 24    filed on behalf of Mr. Dewayne Johnson against
02:47 25    Monsanto?

Page 203

02:47  1        A.    Complaint?
02:47  2        Q.    Yes.
02:47  3        A.    Oh, you mean the legal --
02:47  4        Q.    Yes.
02:47  5        A.    No.  Certainly not in any detail.  I
02:47  6    think I saw it.  I might have skimmed it, but it's
02:47  7    pretty lengthy.  I didn't study it in detail.
02:47  8        Q.    But you think you've looked at it?
02:47  9        A.    Yes.
02:47 10        Q.    All right.  Do you recall or are you
02:47 11    aware that in his complaint, Mr. Johnson does not
02:47 12    allege exposure to glyphosate through a route of
02:48 13    exposure involving his diet or drinking water?
02:48 14        MR. LITZENBURG:  I object to the
02:48 15    characterization.
02:48 16        THE WITNESS:  I don't know if he said
02:48 17    that or not.
02:48 18    BY MR. COPLE:
02:48 19        Q.    Did you look for that in his complaint?
02:48 20        A.    No.
02:48 21        Q.    With respect to the exposures that
02:48 22    Mr. Johnson alleged, you said you looked at at least
02:48 23    one of his deposition transcripts; is that right?
02:48 24        A.    Correct.
02:48 25        Q.    Do you know what Mr. Johnson was wearing

Page 204

02:48  1    when he did his job applying glyphosate as a
02:48  2    constituent of Ranger Pro?
02:48  3        A.    Let's see.  I think he had some sort of a
02:48  4    Tyvek suit.  I think he had boots on, and he had
02:48  5    some kind of a face shield.
02:48  6        Q.    So you know that he had a full-body, at
02:49  7    least up to the neck, Tyvek suit?
02:49  8        A.    Yeah.  That's -- that's I believe how it
02:49  9    was described.
02:49 10        Q.    And you know that he wore
02:49 11    chemical-resistant boots that were provided to him
02:49 12    by his employer?
02:49 13        A.    I knew he had -- I knew he wore boots.  I
02:49 14    didn't know if they were his or provided by his
02:49 15    employer.
02:49 16        Q.    Did you know that he wore gloves that
02:49 17    were about the thickness or perhaps a little bit
02:49 18    thicker than the type of gloves you might wear that
02:49 19    are rubberized for washing dishes?
02:49 20        A.    I do recall that he reported wearing
02:49 21    gloves, yes, sir.
02:49 22        Q.    And that the gloves were disposable and
02:49 23    were not to be worn twice?
02:49 24        A.    I don't recall that detail, but if that's
02:49 25    in his deposition, I would accept that as true.

Page 205

02:49  1        Q.    Do you recall that his Tyvek suit was
02:49  2    also disposable and not to be worn twice?
02:50  3        A.    I don't recall that detail.
02:50  4        Q.    Were you aware that in addition to a face
02:50  5    shield of some sort that he would wear, that he had
02:50  6    a cotton hoodie he would use to pull up over his
02:50  7    head and pull the drawstring as tight as would allow
02:50  8    him to continue to work?
02:50  9        A.    I don't recall that.
02:50 10        Q.    Were you aware that Mr. Johnson wore
02:50 11    goggles each time that he applied glyphosate
02:50 12    formulated Ranger Pro?
02:50 13        A.    I guess I don't know exactly whether the
02:50 14    goggles were part of the face shield, but he had
02:50 15    some eye and face protection.  I am aware of that.
02:50 16        Q.    Are you aware he said he read the label
02:50 17    for Ranger Pro each time that he would go out and
02:50 18    apply the Ranger Pro pesticide?
02:50 19        A.    I don't recall him saying that, and I'd
02:50 20    be surprised if he read the whole label.  It's
02:50 21    pretty long.
02:50 22        Q.    Well, I'm not suggesting to you that's
02:50 23    what he said, but he said that he read the label.
02:51 24        A.    Okay.
02:51 25        MR. LITZENBURG:  Form.

Confidential

Page 206

BY MR. COPLE:

02:51 2    Q.    Now, were you aware that Mr. Johnson has
02:51 3    said in his deposition that he would not spray
02:51 4    Ranger Pro on windy days?
02:51 5         MR. LITZENBURG:  I object to
02:51 6    mischaracterization.
02:51 7         THE WITNESS:  I don't recall reading
02:51 8    that, no.
02:51 9    BY MR. COPLE:
02:51 10   Q.    Do you recall that he had said in his
02:51 11   deposition that he would not apply Ranger Pro during
02:51 12   rain or for a period preceding or following a period
02:51 13   of rain?
02:51 14        MR. LITZENBURG:  I object to the
02:51 15   characterization.  We have a transcript of his
02:51 16   precise testimony.
02:51 17        THE WITNESS:  I don't recall what he had
02:51 18   to say about rainy days, but I think from what I
02:51 19   did read and other documents in the case, he
02:51 20   seemed to be quite diligent in trying to protect
02:52 21   himself and apply the product in a way that
02:52 22   reduced his chance of exposure to the full
02:52 23   extent possible.
02:52 24   BY MR. COPLE:
02:52 25   Q.    Including wearing personal protective

Page 207

02:52 1    equipment?
02:52 2    A.    That wasn't required on the label, yes.
02:52 3    Q.    But he wore it?
02:52 4    A.    He wore it.
02:52 5    Q.    In this 1985 document dated March 4,
02:52 6    which we've marked Exhibit 10, can you tell us
02:52 7    generally what this document is?
02:52 8    A.    It's the final assessment by the EPA's
02:52 9    toxicology branch, the appropriate scientific
02:52 10   experts who were involved in the initial review of
02:53 11   the BioDynamic mouse study starting in 1983, and the
02:53 12   ongoing debate and back and forth with Monsanto over
02:53 13   the interpretation of the results of that study.
02:53 14        It provides their evaluation of the
02:53 15   26-month -- or 24-month mouse study.  It reviews the
02:53 16   dosage ranges, the number of renal tubular adenomas
02:53 17   that were observed:  Zero in the control group; zero
02:53 18   in the low-dose group; one in the midrange, or 5,000
02:53 19   ppm group; and three in the 30,000 ppm treatment
02:53 20   group.
02:53 21        It goes on to talk about the statistical
02:53 22   analysis.  There are some other considerations,
02:54 23   including assessment of whether the MTV or maximum
02:54 24   quality of dose was exceeded, and there's some
02:54 25   assessment of the exposure levels, blah, blah -- in

Page 208

02:54 1    residues and water.  And then they issue their final
02:54 2    classification of glyphosate in accordance with EPA
02:54 3    proposed guidelines, paren, federal registered
02:54 4    notice of November 23rd, 1984.  The panel has
02:54 5    classified glyphosate as a Category C oncogen, in
02:54 6    normal parlance means a possible human or animal
02:54 7    carcinogen.
02:54 8    Q.    You're referring to the language under
02:54 9    Paragraph E classification of glyphosate in this
02:54 10   memo, correct?
02:55 11   A.    Yes, sir.
02:55 12   Q.    And that Category C oncogen, that's not
02:55 13   the classification that the EPA uses today, right?
02:55 14   A.    Well, the -- yeah, the numbering system
02:55 15   has changed, but they're basically the same.
02:55 16   There's a probable class and a possible class.
02:55 17   Q.    Let me ask it a different way.  I'm not
02:55 18   focusing on the nomenclature of the categories.  You
02:55 19   described it means it's a possible carcinogen,
02:55 20   right?
02:55 21   A.    Yes.
02:55 22   Q.    And today's EPA classification is not
02:55 23   that it's a possible carcinogen, correct?
02:55 24   A.    Oh, I see what you mean.  Correct.
02:55 25   That's correct.  Classified as Group E.

Page 209

02:55 1    Q.    And after the date of this memo,
02:55 2    subsequently, it was determined in OPP to change the
02:55 3    Category C possible carcinogen to Category D,
02:55 4    correct?
02:55 5    A.    I'm sorry.  I didn't catch your question.
02:55 6    Q.    Yes.  Subsequent to this memo, as events
02:55 7    unfolded, Category C became Category D, correct?
02:56 8    A.    It was -- the reclassification that we
02:56 9    already talked about, the CARC meeting in 1990 and
02:56 10   '91, when they changed the classification, so it was
02:56 11   approximately eight years later.
02:56 12   Q.    Eight years later, it was Category E,
02:56 13   right?
02:56 14   A.    Correct.
02:56 15   Q.    And between eight years later and the
02:56 16   date of this memo, 1985, there was an interim change
02:56 17   to Category D, correct?
02:56 18   A.    Well, there were a number of discussions
02:56 19   about changes in classification, and it's a bit of
02:56 20   an art form to determine exactly when EPA officially
02:56 21   changed its classification of glyphosate or any
02:56 22   other pesticide.  You know, it's not always entirely
02:56 23   clear when there's been a formal agency decision or
02:56 24   an OPP decision or a hazard evaluation division
02:56 25   decision.  So, you know, it's -- it's difficult

Confidential

## Page 210

02:57 1   to -- it's -- between these seminal meetings where
02:57 2   it's very clear what the classification is, it can
02:57 3   be difficult to tell exactly what it is.
02:57 4       Q.   Now, this Category C in this document for
02:57 5   possible oncogen was issued by the toxicology
02:57 6   branch, right?
02:57 7       A.   The memo was, yeah, issued by the
02:57 8   toxicology branch to Robert Taylor, then head of the
02:57 9   herbicide and fungicide branch within the
02:57 10   registration division.
02:57 11      Q.   This document does not mean it was an OPP
02:57 12   determination, right?
02:57 13      A.   Correct.
02:57 14      Q.   It doesn't mean it was an agency-wide
02:57 15   determination, right?
02:57 16      A.   I think that's a fair characterization of
02:57 17   it, yes.
02:57 18      And this determination of Category C was
02:57 19   not the final determination by EPA, right?
02:57 20      A.   It was the final as of this time.
02:58 21      Q.   It was the final by the toxicology branch
02:58 22   as of this time, right?
02:58 23      A.   Right.   And the toxicology branch was the
02:58 24   only part of EPA that rendered a judgment on
02:58 25   glyphosate oncogenicity at this time.

## Page 211

02:58 1       Q.   In your export report on Page 23, I think
02:58 2   it's Paragraph 105, it's Exhibit 4, as I recall,
02:58 3   which should be in front of you.
02:58 4       A.   Paragraph 105?
02:58 5       Q.   Paragraph 105, I believe it's on Page 23.
02:58 6       A.   Okay.
02:58 7       Q.   Your report talks about an oncogen.   That
02:58 8   would refer to a chemical that might cause benign or
02:58 9   malignant tumors in animals or in humans, right?
02:58 10      A.   Correct.
02:58 11      Q.   That's different, meaning an oncogen is
02:59 12   different than a carcinogen, right?
02:59 13      A.   There's a -- there are differences in how
02:59 14   different individuals, institutions, agencies use
02:59 15   the term "carcinogen" versus "oncogen."
02:59 16      Q.   Carcinogen --
02:59 17      A.   I -- I talk about earlier in the
02:59 18   report -- actually, it's in Paragraph 104.
02:59 19      Q.   So you agree that an oncogen is different
02:59 20   that a carcinogen?
02:59 21      A.   There are some chemicals that have been
02:59 22   determined to be an oncogen that do not, in some
02:59 23   classification schemes, warrant classification as a
02:59 24   carcinogen, which typically are carcinogens in
02:59 25   several classification schemes; over time have been

## Page 212

02:59 1   a chemical that causes a malignant tumors, as
03:00 2   opposed to nonmalignant or benign.
03:00 3       Q.   In this particular classification of a
03:00 4   category of Group C, it was specifically listed as
03:00 5   an oncogen, right?
03:00 6       A.   Yes.
03:00 7       Q.   These were eight EPA scientists had
03:00 8   reached this consensus at least as of March 4, 1985;
03:00 9   is that right?
03:00 10      A.   I think it's eight -- seven or -- yeah,
03:00 11   eight.
03:00 12      Q.   We can count them.
03:00 13      A.   I'm looking over your shoulder.   It's
03:00 14   eight.
03:00 15      Q.   There's about eight.
03:00 16      Let's look Point Number 3, which I think
03:00 17   it's on the second page.
03:00 18      A.   We're back into the EPA?
03:00 19      Q.   Yeah, we're still in that same document,
03:00 20   Exhibit 10, I believe.
03:00 21      A.   We're doing a little bit of jumping
03:01 22   around here.
03:01 23      Q.   We're looking at the tox branch.
03:01 24      A.   It's underneath here.   Sorry.
03:01 25      MR. LITZENBURG:   What's the number?

## Page 213

03:01 1       MR. HOLLINGSWORTH:   Still on 10.
03:01 2       THE WITNESS:   It's Exhibit 10.
03:01 3   BY MR. COPLE:
03:01 4       Q.   Under 3, under Point 3 of this particular
03:01 5   evaluation, it starts out with C at the top,
03:01 6   Subsection C, "Evaluation of the Facts."   And under
03:01 7   C, it says -- it talks about the chronic mouse study
03:01 8   carried out by BioDynamics.   That's the 1983 mouse
03:01 9   study that you referred to in your report, right?
03:01 10      A.   Correct.
03:01 11      Q.   It says in Point 3 that in the chronic
03:01 12   mouse study done by BioDynamics, renal tubular
03:01 13   adenomas were observed in the male mice, right?
03:02 14      A.   Correct.
03:02 15      Q.   So renal tubular adenomas would be benign
03:02 16   growths, correct?
03:02 17      A.   Correct.
03:02 18      Q.   They would not be carcinomas, or
03:02 19   otherwise the report would have said that, correct?
03:02 20      A.   I would assume so, yes.
03:02 21      Q.   So this classification that was done by
03:02 22   the toxicology branch, as Category C, possible
03:02 23   carcinogen, was done based upon adenomas being
03:02 24   observed in male mice, not based on any carcinomas;
03:02 25   is that right?

Confidential

Page 214

03:02 1    A.   Right.  Characterized by EPA as a rare
03:02 2  tumor even in Charles River CD1 male mice.
03:02 3    Q.   Now, under D, if we flip over to the next
03:02 4  page, in Number D, there is a discussion of other
03:03 5  considerations by the toxicology branch regarding
03:03 6  this 1983 BioDynamics mouse study, right?
03:03 7    A.   Correct.
03:03 8    Q.   And in Subsection D, it talks about, in
03:03 9  the third sentence, that "The panel believes that
03:03 10  additional sectioning of new blocks of male kidneys
03:03 11  might help in the interpretation of the study
03:03 12  results," right?
03:03 13    A.   Correct.
03:03 14    Q.   So these considerations are being flagged
03:03 15  under the toxicology branch as part of its consensus
03:03 16  statement in 1985 about a possible oncogen, that if
03:03 17  they had additional sectioning of new blocks of the
03:03 18  male kidneys in the mice, that that might further
03:03 19  assist the toxicology branch in interpreting what
03:03 20  these -- what these adenomas might mean.  Is that
03:03 21  right?
03:04 22    A.   Yeah.  That's what the memo says.
03:04 23    Q.   So as of this point, which is March 4th,
03:04 24  1985, this particular toxicology branch group of
03:04 25  scientists is actually suggesting that additional

Page 215

03:04 1  data based upon resectioning of new blocks of the
03:04 2  mice kidneys would be helpful to them, right?
03:04 3    A.   Right.
03:04 4    Q.   It goes on to say -- it says, "The kidney
03:04 5  tumors as reported were unilateral."  Then it goes
03:04 6  on in parenthesis, it looks like "personal
03:04 7  communication by Dr. Dykstra after the panel
03:04 8  meeting," correct?
03:04 9    A.   Correct.
03:04 10    Q.   Do you know Dr. Dykstra?
03:04 11    A.   I did meet him, but I believe I met with
03:04 12  him only once or twice, and certainly -- I didn't
03:04 13  stay in touch with him afterwards, so I don't know.
03:04 14  I never knew him well.
03:04 15    Q.   Well, this memo starts out on the first
03:04 16  page saying that on February 11, 1985, that this
03:04 17  particular group of scientists in the toxicology
03:05 18  branch met to evaluate and discuss the data on
03:05 19  glyphosate and potential oncogen response, and the
03:05 20  reference to Dr. Dykstra is that he's communicating
03:05 21  additional information after that meeting was held.
03:05 22       Is that -- am I reading that right?
03:05 23    A.   Yes.  Dykstra was the original reviewer
03:05 24  of the study.
03:05 25    Q.   So he didn't bring that up during the

Page 216

03:05 1  panel meeting; he communicated it to somebody
03:05 2  afterwards?
03:05 3    A.   I think that's a reasonable reading of
03:05 4  the memo.
03:05 5    Q.   It goes on to say with respect to the
03:05 6  communication from Dr. Dykstra that "Additional
03:05 7  histopathology could resolve the issue of whether
03:05 8  this is a valid observation or due to not finding,"
03:05 9  in quotes, "finding the tumors in the particular
03:06 10  block analyzed."
03:06 11       First of all, what's histopathology?
03:06 12    A.   That's the microscopic examination of
03:06 13  tissues from various organs to see whether there are
03:06 14  any cell masses or growths or tumors that can be
03:06 15  identified as a -- as a known benign or malignant
03:06 16  tumor.
03:06 17    Q.   You're not an expert in histopathology,
03:06 18  right?
03:06 19    A.   No, sir.
03:06 20    Q.   That typically requires a pathologist,
03:06 21  right?
03:06 22    A.   Correct.
03:06 23    Q.   And was there a pathologist on this
03:06 24  particular --
03:06 25    A.   Yeah.  Dr. Kasza was the leading

Page 217

03:06 1  pathologist at the time in OPP.
03:06 2    Q.   Okay.  And this language about additional
03:06 3  histopathology could resolve this issue of whether
03:06 4  this is a valid observation and not finding a tumor
03:06 5  in the particular lot analyzed suggests that the
03:07 6  branch or someone in this group or the entire group
03:07 7  were not sure what they were seeing in the path
03:07 8  slides.  Is that right?
03:07 9    A.   No, I don't believe that's a fair
03:07 10  characterization.  This is a very common sentence to
03:07 11  see in an EPA review document of a given study.
03:07 12  They're simply saying that there may have been
03:07 13  tumorous growths in part of the kidney that was not
03:07 14  included in the section slice of the kidney that was
03:07 15  done.
03:07 16       So one way to deepen the information base
03:07 17  available for rendering judgment on a given study
03:07 18  like this one would be to do additional sections of
03:07 19  the kidney that would provide additional information
03:07 20  about whether perhaps a tumor was missed in a
03:08 21  treatment group, perhaps a tumor was missed in the
03:08 22  control group.
03:08 23       If they -- if they looked at the kidney
03:08 24  slide from an animal for which there had been no
03:08 25  tumors reported by the pathologist who did the

Confidential

Page 218

03:08  1    initial read of the slides for BioDynamics -- if the
03:08  2    kidneys were resliced and, upon examination of the
03:08  3    new slice, a kidney tumor were observed, that would
03:08  4    alter the results of the study and trigger a
03:08  5    reassessment of the statistical analysis of the
03:08  6    result.
03:08  7         So it's a very -- it's a common and
03:08  8    typical next step in the event of controversy or
03:08  9    uncertainty about the histopathology in a study of
03:08  10   this nature.
03:08  11        Q.    So the tox branch consensus group of
03:08  12   scientists was anticipating a possible next step due
03:09  13   to either controversy or uncertainty, right?
03:09  14        A.    I think they were well aware that
03:09  15   Monsanto would push for resectioning in the slides
03:09  16   or rereading of the slides until they got the answer
03:09  17   that they wanted.
03:09  18        Q.    The consensus group of scientists in this
03:09  19   document themselves said that the panel believes
03:09  20   that additional sectioning might help in
03:09  21   interpreting the study results.  The panel said
03:09  22   that, right?
03:09  23        A.    Where are you seeing that?
03:09  24        Q.    I'm in the same paragraph, sir.  It says,
03:09  25   at the beginning -- we talked a little bit about it.

Page 219

03:09  1    I'm just asking you again because you said the panel
03:09  2    thought Monsanto might want resectioning.
03:09  3         But in this sentence, the panel itself is
03:09  4    saying that "The panel believes that additional
03:09  5    sectioning of new slides of male kidneys might help
03:09  6    in the interpretation of the study."
03:09  7         A.    Sure.  And that sentence would apply to
03:09  8    slides of any organ in any study.  It's a -- it's
03:10  9    a -- something that often came up in discussions
03:10  10   between OPP scientists and registrant scientists
03:10  11   when there was a disagreement over the
03:10  12   interpretation or analysis of the results of a
03:10  13   particular study.  It always -- it's always an
03:10  14   option to either reread the existing slides or do a
03:10  15   new sectioning to have a look at another part of the
03:10  16   kidney.  And as you know -- and I'm sure you're
03:10  17   going to ask me about in the case of glyphosate and
03:10  18   these tumors -- both of those additional steps were
03:10  19   carried out.
03:10  20        Q.    So the panel kept their options open to
03:10  21   take additional steps and have more data provided to
03:10  22   them, right?
03:10  23        A.    I suppose you could characterize it that
03:10  24   way, yeah.
03:10  25        Q.    All right.  Let's go to -- this list of

Page 220

03:10  1    scientists that have formed the consensus -- this
03:11  2    was on the first page.
03:11  3         A.    Yes.
03:11  4         Q.    You had mentioned earlier that there were
03:11  5    a number of EPA scientists you had been in
03:11  6    communication with during the 1980s.  Which of these
03:11  7    scientists on this census panel were you in
03:11  8    communication with?
03:11  9         A.    I met several times, probably not more
03:11  10   than six, with Bert Litt and Reto Engler, probably a
03:11  11   few more times with Reto than Bert.  And I met a
03:11  12   time or two with Ted Farber.
03:11  13        Q.    What was your -- what was your job at the
03:11  14   time that you were meeting with those individuals
03:11  15   who were serving as scientists for the
03:11  16   toxicology branch?
03:11  17        A.    I was the staff director of the
03:11  18   congressional subcommittee with oversight
03:11  19   responsibilities for implementation of the Federal
03:11  20   Insecticide, Fungicide, and Rodenticide Act.  And
03:11  21   our subcommittee was assessing EPA policies and
03:12  22   procedures relative to cancer-causing pesticides and
03:12  23   the evaluation of the potential of pesticide
03:12  24   exposures to cause cancer.
03:12  25        Q.    You were staff director for that

Page 221

03:12  1    subcommittee in March of 1985?
03:12  2         A.    Yes, sir.  No, not in 1985.  This was --
03:12  3    my work in -- in OPP was predominantly in 1982 and
03:12  4    1983.
03:12  5         Q.    You said "predominantly."  After 1983,
03:12  6    you were no longer staff director for that
03:12  7    subcommittee?
03:12  8         A.    Correct.
03:12  9         Q.    This particular occasion, February 11,
03:12  10   1985, meeting of this group of scientists occurred
03:12  11   after you had already left your position, right?
03:12  12        A.    Oh, sure.  Yes.  That's correct.
03:12  13        Q.    So any conversations that you might have
03:12  14   had during this timeframe were not in your capacity
03:12  15   as staff director?
03:12  16        A.    Correct.
03:13  17        Q.    What was the reason that you were having
03:13  18   conversations with -- I think you said Dr. Engler
03:13  19   and Dr. Litt, Bertram Litt?
03:13  20        A.    Bert Litt and Reto Engler were two of the
03:13  21   senior scientists.  They had both been with the
03:13  22   agency for a number of years at that point.  They
03:13  23   were two of the scientists that then director of
03:13  24   OPP, Ed Johnson, assigned to work with me to compile
03:13  25   information that the subcommittee felt it wanted to

Confidential

## Page 222

03:13  1   have an opportunity to review.
03:13  2        We were doing, as I said, a routine
03:13  3   congressional subcommittee investigative report on
03:13  4   the activities and impacts and issues arising around
03:13  5   the regulation of pesticides by EPA/OPP, and at the
03:14  6   time, a number of cancer-causing pesticides, such as
03:14  7   EDB, a fumigant; alachlor, a herbicide; atrazine,
03:14  8   another herbicide; benomyl, a fungicide were in the
03:14  9   news, being debated in the scientific community,
03:14  10  discussed in the media.
03:14  11       And so we, among the things that we
03:14  12  looked at -- I remember permethrin was very much in
03:14  13  play at the time.  I was given the opportunity by Ed
03:14  14  Johnson to sit down with a number of OPP staff
03:14  15  scientists to let them explain to me the process by
03:14  16  which they make evaluations of pesticide risk, how
03:15  17  they get their data, what concerns they have with
03:15  18  the data that they have to rely on, what their
03:15  19  concerns were relative to ambiguity in the law or
03:15  20  the regulations, what concerns and issues they had
03:15  21  with the way the registrants were able to interact
03:15  22  with them and influence their decisions.
03:15  23       We also met multiple times with
03:15  24  representatives of registrants.  As I say in the
03:15  25  report, I had a very cordial and professional

## Page 223

03:15  1   relationship with Dr. Chester Dickerson, a Monsanto
03:15  2   employee who was based out of the Monsanto
03:15  3   Washington office, and he was -- he was one of the
03:15  4   many Washington reps of major pesticide companies
03:15  5   that took it upon themselves to educate the new
03:15  6   staff director of the subcommittee with jurisdiction
03:15  7   over pesticides that had at the time I started
03:15  8   essentially no knowledge or professional experience
03:16  9   in the federal law or the art of pesticide risk
03:16  10  assessment.
03:16  11       Q.   Did you meet with Monsanto's
03:16  12  representative about this February 11, 1985, meeting
03:16  13  of the toxicology branch scientists?
03:16  14       A.   No.
03:16  15       Q.   Did you meet with any of these toxicology
03:16  16  branch scientists about their February 11, 1985,
03:16  17  memo?
03:16  18       A.   I doubt it.  My opportunity to sit down
03:16  19  and have those kinds of in-depth discussions with
03:16  20  the senior EPA scientist ended at the time of my
03:16  21  leaving the subcommittee.
03:16  22       However, I went -- my next job, which I
03:16  23  started immediately after my tour of duty in the
03:16  24  Congress, was serving as the executive director of
03:17  25  the Board on Agriculture in the National Academy of

## Page 224

03:17  1   Sciences.  One of the first major projects that the
03:17  2   Board on Agriculture was given the opportunity to do
03:17  3   was sponsored by Jack Moore, who was the assistant
03:17  4   administrator for pesticides and toxic substances at
03:17  5   the time.
03:17  6        Jack Moore had, towards the end of my --
03:17  7   I don't -- so he must have come in -- so Jack must
03:17  8   have come in right at -- when -- at the end of
03:17  9   the -- the two terms of President Reagan.  And so we
03:17  10  started in -- oh, what was -- it's in my -- it's in
03:17  11  my -- report.
03:17  12       I believe we got the request from EPA to
03:17  13  do the paradox report in 1984, towards the end of
03:18  14  1984, the work on that project, which was focused
03:18  15  largely on cancer-causing pesticides and risk and
03:18  16  the impact of the standard in the FIFRA statute
03:18  17  relative to the standard in the Food, Drug, and
03:18  18  Cosmetic Act, which were actually in conflict, as I
03:18  19  explain in the expert report.
03:18  20       This was a major issue for registrants
03:18  21  for the EPA that arose in the oversight that we did
03:18  22  and was addressed in the community -- the
03:18  23  subcommittee report that was issued in 1983, before
03:18  24  I left.  I was recruited into the job at the
03:18  25  National Academy of Sciences at the end of 1983, and

## Page 225

03:18  1   our subcommittee report had come out earlier that
03:18  2   fall or summer.  I don't remember the exact date
03:19  3   that it was issued.
03:19  4        But after I went and took my new job at
03:19  5   the National Academy of Sciences, I knew there was
03:19  6   this acknowledged conflict in two federal statutes
03:19  7   that was tying EPA up in knots and also posing major
03:19  8   concerns for registrants, including Monsanto.  And I
03:19  9   definitely spoke with Chester Dickerson many times
03:19  10  about this conflict in the two federal statutes.
03:19  11  And so I don't -- I don't remember how the first
03:19  12  conversation with EPA happened in '84, but basically
03:19  13  I said to the people that I had worked with
03:19  14  previously, in my capacity as the staff director of
03:19  15  DORFA -- I said, Well, I'm working now at the Board
03:19  16  of Agriculture in the National Academy of Sciences,
03:19  17  that you, EPA, could commission the National Academy
03:19  18  of Sciences to figure out how to resolve this
03:20  19  conflict between the two federal statutes that were
03:20  20  in some cases telling EPA to jump -- the FIFRA
03:20  21  statute would say jump to the left, and the Food,
03:20  22  Drug, and Cosmetic Act statute would say jump to the
03:20  23  right.  They couldn't make a decision on some
03:20  24  tolerance petitions without violating one or the
03:20  25  other statute.

Confidential

## Page 226

03:20 1     So this is kind of a classic scenario for
03:20 2  a federal agency to ask the National Academy of
03:20 3  Sciences to sort of analyze the statutory,
03:20 4  regulatory, scientific issues relating to the
03:20 5  regulation of cancer-causing pesticides.
03:20 6     So the EPA agreed that such a National
03:20 7  Academy of Science report would be very helpful to
03:20 8  them. A contract was let. I don't remember -- it
03:20 9  was $400,000 or something on that -- in that
03:20 10  magnitude.
03:20 11     The Board on Agriculture, for which I
03:21 12  served as executive director, we recruited a
03:21 13  committee of experts, about 12 or 13 individuals
03:21 14  that joined the committee on -- I don't remember
03:21 15  exactly what we called the committee.
03:21 16     The final report is effectually known as
03:21 17  the Delaney Paradox Report. It came out in 1986 or
03:21 18  1987 and was very well received by all of the
03:21 19  constituencies and by the agency, because we really
03:21 20  explained in detail very clearly what is it -- it's
03:21 21  a very complicated problem embedded in statutes that
03:21 22  evolved over a 30-year period, and we explained the
03:21 23  statutory basis of the problem and recommended
03:21 24  changes in law that would harmonize the regulatory
03:22 25  standard that would apply to EPA decision making on

## Page 227

03:22 1  cancer-causing pesticides.
03:22 2     And during the course of the first
03:22 3  Delaney Paradox Report, we did some original
03:22 4  scientific research and analysis of dietary
03:22 5  exposure, general population exposure to 53
03:22 6  cancer-causing pesticides. We did the first ever
03:22 7  what is now known as cumulative risk assessment ever
03:22 8  done by anybody. It's in that report. It was done
03:22 9  under contract by a guy named Dr. John Wargo,
03:22 10  scientist at Yale that worked in the risk assessment
03:22 11  arena.
03:22 12     And because that report was being done
03:22 13  under contract to the EPA and specifically focused
03:22 14  on cancer causing pesticides, that was why I
03:22 15  continued to interact with various EPA scientists to
03:22 16  get the latest Q stars, which are the cancer potency
03:23 17  factor, and the latest OPP assessments of
03:23 18  cancer-causing pesticides.
03:23 19     So the work on -- the work on the Delaney
03:23 20  Paradox Report, most of it occurred in 1985, 1986,
03:23 21  into 1987; and in 1988, the Board on Agriculture was
03:23 22  asked to do a follow-up study on pesticides in the
03:23 23  diets of infants and children. That basically was
03:23 24  recommended in the Delaney Paradox Report to EPA
03:23 25  that they take a fresh and deep look at the unique

## Page 228

03:23 1  risks of pesticide exposures for pregnant women,
03:23 2  infants, and children. So that led to the also
03:23 3  quite important and influential 1993 report,
03:24 4  "Pesticides in the Diets of Infants and Children."
03:24 5     I helped the Board on Agriculture and the
03:24 6  academy recruit and begin that study. I left that
03:24 7  academy at the end of 1990. The Pesticides in the
03:24 8  Diets of Infants and Children Committee had
03:24 9  approximately two years of work under its belt, and
03:24 10  it was another three years before its report came
03:24 11  out.
03:24 12     So by virtue of continuing to work on
03:24 13  understanding and analyzing pesticide dietary risk
03:24 14  including cancer risk, I remained in contact with a
03:24 15  number of these individuals in OPP.
03:24 16     Q.   None of your communications that you just
03:24 17  described or the work you just described had
03:24 18  anything to do with this toxicology branch group of
03:24 19  scientists in March of 1985, right?
03:24 20     A.   Well, yes. Some of the meetings I had
03:24 21  with Bert Litt and Reto Engler were in this period
03:25 22  of time, but none of them were specific to the
03:25 23  agency's assessment of glyphosate herbicides,
03:25 24  because at the time, there was essentially no
03:25 25  evidence of glyphosate being in food. There was not

## Page 229

03:25 1  much concern in the agency. There wasn't much
03:25 2  concern in the general scientific community about
03:25 3  exposures to glyphosate through the diet. There was
03:25 4  a little bit of concern, you know, through drinking
03:25 5  water, and it was beginning in the mid-'80s, but
03:25 6  glyphosate cancer risks were not among those that
03:25 7  received a lot of attention, a lot of analytical
03:25 8  work in the '80s and '90s.
03:25 9     Q.   You didn't discuss with Dr. Engler or
03:25 10  with Mr. Litt the issues they had under review as
03:25 11  part of the February 11, 1985, meeting?
03:25 12     A.   No, I did not.
03:26 13     Q.   That's the same for Chester Dickerson;
03:26 14  you never discussed these issues with him either?
03:26 15     A.   Not -- no, I didn't discuss the issues
03:26 16  addressed in the March 4, 1985, consensus review of
03:26 17  glyphosate.
03:26 18     Q.   If you go to under, again, C, Evaluation
03:26 19  of the Facts, there's a Subsection 2 called
03:26 20  "Mutagenicity Assays." The first thing it says in
03:26 21  that paragraph under that subheading is "Glyphosate
03:26 22  was tested for mutagenic activity."
03:26 23     That's part of what they did as part of
03:26 24  this evaluation, right?
03:26 25     A.   Correct.

Confidential

Page 230

03:26  1        Q.    In the middle of that paragraph, there's
03:26  2   a statement by the consensus group that all of these
03:26  3   tests, meaning the mutagenicity assays, "All these
03:26  4   tests were negative, Tests 1-3 are fairly well
03:26  5   predictive of oncogenic response, while 4-6 are less
03:26  6   appropriate."
03:26  7        But all of them are negative, correct?
03:27  8        A.    Yes.  These are the genotox studies
03:27  9   conducted by Monsanto that had been submitted in
03:27 10   response to the standard OPP data requirements.
03:27 11        Q.    And the conclusion, the consensus
03:27 12   conclusion of these eight scientists in the tox
03:27 13   branch in 1985 is -- regarding mutagenicity assays,
03:27 14   is in the final sentence.
03:27 15        It says, "In summary, several appropriate
03:27 16   and scientific acceptable tests are supportive of
03:27 17   nononcogenic potential of glyphosate," right?
03:27 18        A.    That's correct.  That's what it says.
03:27 19        Q.    So from a mutagenicity assay standpoint,
03:27 20   this consensus group found supportive evidence of
03:27 21   nononcogenic characterization or activity for
03:27 22   glyphosate, right?
03:27 23        A.    Well, what they -- what they found was
03:27 24   from the set of studies that the registrant Monsanto
03:27 25   was required to do, there was no evidence of

Page 231

03:27  1   mutagenic or genotoxic activity.  And that was their
03:28  2   judgment at this time.  And it's, you know -- that's
03:28  3   what they're reporting in this memo.
03:28  4        MR. COPLE:  Let's mark this next as
03:28  5   Exhibit 11 to the deposition.
03:28  6        (Benbrook Exhibit Number 11 is marked for
03:28  7   identification.)
03:28  8   BY MR. COPLE:
03:28  9        Q.    You rely on the 1986 EPA registration
03:28 10   standard document for glyphosate for your expert
03:28 11   opinions in your report, right?
03:28 12        A.    Yes, sir.
03:28 13        Q.    And this particular document says it's
03:28 14   "Guidance for the reregistration of pesticide
03:28 15   products containing glyphosate as the active
03:29 16   ingredient."
03:29 17        What is this document?
03:29 18        A.    It's the registration standard document
03:29 19   issued in June of 1986 providing guidance and
03:29 20   instructions to registrants of glyphosate-based
03:29 21   herbicides regarding the additional studies that
03:29 22   they would need to do to fulfill any existing data
03:29 23   gaps to assist the EPA in sharpening up its
03:29 24   assessment of exposures through water or residues in
03:29 25   food.

Page 232

03:29  1        It addresses any required changes in the
03:29  2   label, warnings or cautions.
03:29  3        It addresses any necessary changes in the
03:29  4   worker safety provisions, the requirements for
03:29  5   personal protective equipment.
03:29  6        It addresses a number of issues relative
03:30  7   to how the crops that are included on different
03:30  8   labels, crops and crop groupings and rates of
03:30  9   applications and total number of applications and
03:30 10   total amount of ingredient allowed per year, and in
03:30 11   general discusses all of the steps that registrants
03:30 12   must take in order to maintain existing
03:30 13   registrations for glyphosate-based herbicides or
03:30 14   successfully petition or apply the EPA to obtain new
03:30 15   registrations.
03:30 16        Q.    This document was issued by the OPP
03:30 17   registration division for pesticide registration,
03:30 18   right?
03:30 19        A.    Correct.
03:30 20        Q.    And the document was issued by the OPP
03:30 21   registration division on behalf of the agency,
03:31 22   meaning on behalf of EPA, right?
03:31 23        A.    Correct.
03:31 24        Q.    And go to Page 1 on the top, on this
03:31 25   particular registration standard document.

Page 233

03:31  1        A.    Okay.  The introduction?
03:31  2        Q.    Yes, the introduction.
03:31  3        If you go to the second full paragraph,
03:31  4   it starts out with a statement that "The
03:31  5   registration standards program involves a thorough
03:31  6   review of scientific database underlying a
03:31  7   pesticide's registration."
03:31  8        It goes on to say that "The purpose of
03:31  9   the agency's review is to reassess potential hazards
03:31 10   arising from the currently registered uses of the
03:31 11   pesticide to determine the need for additional data
03:31 12   on health and environmental effects; and to
03:31 13   determine whether the pesticide meets the no
03:31 14   unreasonable adverse effects criteria FIFRA."
03:31 15        This is what the registration document's
03:32 16   purpose in part is, right?
03:32 17        A.    Correct.
03:32 18        Q.    Now, this -- this is issued in 1986,
03:32 19   June 1986, according to the coversheet.
03:32 20        A.    The official release date was August 11,
03:32 21   1986, according to Rick Tinsworth.
03:32 22        Q.    After the February 11, 1985, meeting and
03:32 23   the March 4, 1985, memo of the toxicology branch and
03:32 24   the Category C oncogen classification for
03:32 25   glyphosate, this is the review that the registration

Confidential

## Page 234

03:32 1  division is undertaking for the agency at this
03:32 2  point, right?
03:32 3     A.   Well, it's the outcome of the review.
03:32 4     Q.   So they're reassessing the potential
03:32 5  hazard, right?
03:32 6     A.   Yeah, they have reassessed what is known
03:32 7  about the hazards and has a number of -- makes a
03:32 8  number of requests to registrants for further
03:32 9  information and changes in the labels.
03:32 10     Q.   If you go to Page 6 of the registration
03:33 11  standard document --
03:33 12     A.   Okay.
03:33 13     Q.   -- that first full long paragraph talks
03:33 14  about the chronic feeding oncogenicity study in mice
03:33 15  tested at dosages --
03:33 16     A.   BioDynamics study, correct.
03:33 17     Q.   -- 1,000, 5,000, and 30,000 parts per
03:33 18  million.
03:33 19          You're getting ahead of me, sir.  That's
03:33 20  my question.  This is the BioDynamic study, right?
03:33 21     A.   Yes.
03:33 22     Q.   It goes on to say as part of this that
03:33 23  "Glyphosate produced an equivocal oncogenic response
03:33 24  in the mouse, causing a slight increase in the
03:33 25  incidence of renal tubular adenomas (a benign tumor

## Page 235

03:33 1  of the kidney) in males at the highest dose tested
03:33 2  at 30,000 parts per million."
03:33 3          So this reflects in August 1986, the
03:34 4  release date as you said for the registration
03:34 5  statement document, that it was being viewed -- the
03:34 6  BioDynamic 1983 study was being reviewed as an
03:34 7  equivocal oncogenic response, correct?
03:34 8     A.   I'm sorry.  I was -- I was trying to get
03:34 9  my mind around that paragraph.
03:34 10     Q.   That's fine.
03:34 11     A.   Reask the question.  I'm sorry.
03:34 12     Q.   I'll refocus my question.  This is
03:34 13  actually pretty simple.
03:34 14          At this point, August 1986, when this
03:34 15  document has been released by the registration
03:34 16  division, the registration division is
03:34 17  characterizing the results or the interpretation of
03:34 18  the BioDynamic '83 mouse study as producing an
03:34 19  equivocal oncogenic response, right?
03:34 20     A.   That's correct.
03:34 21     Q.   So equivocal, meaning not certain, not
03:34 22  clear?
03:34 23     A.   Correct.
03:34 24     Q.   All right.
03:34 25     A.   Subject to interpretation.

## Page 236

03:34 1     A.   Subject to interpretation.  And it
03:34 2  repeats what was observed by the consensus -- the
03:35 3  consensus toxicology group of scientists in the tox
03:35 4  branch from February 11, 1985, which is that it
03:35 5  showed a slight increase -- that the BioDynamics '83
03:35 6  mouse study showed a slight increase in the
03:35 7  incidence of renal tubular adenomas and specifically
03:35 8  says a benign tumor.  So no -- no carcinomas were
03:35 9  observed here, correct?
03:35 10     A.   Correct.
03:35 11     Q.   This goes on to say in this document by
03:35 12  the registration division, which is again, according
03:35 13  to Page 1, which we looked at that paragraph, is
03:35 14  announcing the reassessment for the agency itself.
03:35 15          On Page 6, it goes on to say that "The
03:35 16  studies were reexamined by a consultant pathologist,
03:35 17  and data were submitted indicating that an
03:36 18  additional kidney tumor had been found in control
03:36 19  males," correct?
03:36 20     A.   Correct.
03:36 21     Q.   So there's more data now that's
03:36 22  available, according to this registration standard
03:36 23  document, right?
03:36 24     A.   Well, they're referring to the -- both
03:36 25  the rereading and the resectioning of the slides

## Page 237

03:36 1  that had been carried out by this time.
03:36 2     Q.   Which was suggested in 1985 by the
03:36 3  consensus group in the tox branch, right?
03:36 4     A.   Well, it was one of the further steps
03:36 5  that the tox branch personnel noted that could be
03:36 6  undertaken to try to resolve the disagreement
03:36 7  between the EPA pathologists and the Monsanto
03:36 8  pathologists.
03:36 9     Q.   As another consideration, right?
03:36 10     A.   Well, a next step to take to get some --
03:36 11  shine some new light, if you will, on the underlying
03:36 12  scientific issues that were not in agreement between
03:37 13  Monsanto and the EPA.
03:37 14     Q.   The sentence before this reexamination of
03:37 15  resections by consulting pathologist says, "The
03:37 16  toxicology branch ad hoc oncogenicity committee
03:37 17  tentatively classified glyphosate as a Class C
03:37 18  oncogen."
03:37 19          That means that according to the
03:37 20  registration division, what the consensus group out
03:37 21  of the tox branch did in 1985 was a tentative
03:37 22  classification, right?
03:37 23     A.   I don't think they used that word in
03:37 24  their memo.  We can -- it's right here.
03:37 25     Q.   Well, I'm not suggesting to you, sir,

Confidential

## Page 238

03:37  1   that that word was used. I'm talking only about how
03:37  2   it's being characterized by the registration
03:37  3   division here in this document.
03:37  4          MR. LITZENBURG: You asked what it means,
03:37  5   and he answered you.
03:37  6          THE WITNESS: So March 4th, 1985, under
03:37  7   E, classification of glyphosate, the memo reads,
03:37  8   "In accordance with EPA proposed guidelines (FR
03:38  9   of November 23, 1984) the panel has classified
03:38 10   glyphosate as a Category C oncogen."
03:38 11          The word "tentative" does not appear in
03:38 12   the sentence.
03:38 13   BY MR. COPLE:
03:38 14      Q.   And on Page 6 of the registration
03:38 15   division's announcement of the registration standard
03:38 16   review, the registration division characterizes that
03:38 17   same classification as being tentative, right?
03:38 18      A.   Show me where you are with that word.
03:38 19      Q.   It's right in the middle of that
03:38 20   paragraph. It's right after -- if you follow right
03:38 21   after the second time 30,000 ppm is mentioned.
03:38 22      A.   Okay. I see it now. Give me a second.
03:38 23      A.   Sure.
03:38 24      A.   I have reviewed this material in great
03:38 25   depth. I just want to make sure where we're at in

## Page 239

03:38  1   the evolution of EPA's understanding of the results
03:38  2   of the BioDynamic mouse study.
03:39  3          Okay. I've read that paragraph now. I'm
03:39  4   ready to talk about it.
03:39  5      Q.   Okay. My question was just simply,
03:39  6   according to the registration division, that
03:39  7   division characterized the '85 consensus document of
03:39  8   oncogen Class C as being a tentative classification?
03:39  9      A.   That's the word used in this paragraph,
03:39 10   yes.
03:39 11      Q.   Have you talked to anyone -- you said a
03:40 12   number of times you communicated with individuals in
03:40 13   OPP during the 1980s. Did you talk to anyone at OPP
03:40 14   about this registration standard document?
03:40 15      A.   No.
03:40 16      Q.   Did you know this registration standard
03:40 17   document had been issued at the time?
03:40 18      A.   Yes.
03:40 19      Q.   Had you read it at the time?
03:40 20      A.   I don't remember when I first read it,
03:40 21   but was almost certainly within a year or two of
03:40 22   its release.
03:40 23      Q.   It goes on in the next sentence, well,
03:40 24   the very next sentence, the one that says that
03:40 25   consulting pathologist found a control group tumor,

## Page 240

03:40  1   but in parenthesis it says that "no renal tumors
03:40  2   were found in controls in the original examination."
03:40  3          So there's a difference being observed
03:40  4   here from the original assessment from 1985 by the
03:40  5   tox branch, right?
03:40  6      A.   Yes. Monsanto hired Dr. Kuschner to read
03:41  7   the slides. He was not involved in the original
03:41  8   reading of the slides by BioDynamics, and he
03:41  9   reported observing the one additional renal tumor
03:41 10   adenoma in Control Mouse 1028.
03:41 11      Q.   Do you know Dr. Kuschner?
03:41 12      A.   No, never met the man.
03:41 13      Q.   Do you know who he is?
03:41 14      A.   Yes.
03:41 15      Q.   Do you know he's a pathologist from Stony
03:41 16   Brook University -- was at the time from Stony Brook
03:41 17   University?
03:41 18      A.   Correct. He's passed away.
03:41 19      Q.   Now, you've never discussed
03:41 20   Dr. Kuschner's work in terms of being a consulting
03:41 21   pathologist on this issue, right?
03:41 22      A.   Discussed?
03:41 23      Q.   Yes. Talked to him, communicated with
03:41 24   him.
03:41 25      A.   No, I never -- never spoken with the man.

## Page 241

03:41  1      Q.   And as a consulting pathologist,
03:41  2   Dr. Kuschner was not an employee of Monsanto, right?
03:41  3      A.   No.
03:41  4      Q.   He was being paid for his professional
03:41  5   advice and opinion, right?
03:41  6      A.   Correct.
03:41  7      Q.   Just like you are today, correct?
03:41  8      A.   No. I'm not going to go there.
03:42  9      Q.   You're not being paid for your
03:42 10   professional opinions?
03:42 11      A.   I am being -- well, I will agree that I
03:42 12   am being paid for my work on this case, yes.
03:42 13      Q.   And Dr. Kuschner was paid for his work as
03:42 14   a consulting pathologist, right?
03:42 15          MR. LITZENBURG: Form.
03:42 16          THE WITNESS: Would you like to get into
03:42 17   the details of Dr. Kuschner's assessment of the
03:42 18   slides? I'm more than prepared to talk about
03:42 19   them in detail.
03:42 20   BY MR. COPLE:
03:42 21      Q.   So you don't know the answer that. You
03:42 22   don't know what Dr. Kuschner's arrangement was as a
03:42 23   consultant; is that correct?
03:42 24      A.   Actually, I think I've seen his invoice.
03:42 25   It's in the documents. I know that Monsanto was

Confidential

Page 242

03:42 1  already talking about the results of Dr. Kuschner's
03:42 2  review of the slides two days before he received the
03:42 3  slides.
03:42 4      Q.   This is based on your review of corporate
03:42 5  documents --
03:42 6      A.   Correct.
03:42 7      Q.   -- that you reviewed and have formed your
03:42 8  own personal opinion about what they mean, right?
03:42 9      A.   It's quite clear to me there was very
03:42 10 little uncertainty on Monsanto's part about what the
03:42 11 results of Dr. Kuschner's review would be, because
03:43 12 they openly talked about what they expected.
03:43 13     Q.   Did Monsanto tell you that at some point?
03:43 14     A.   No.  It's in their -- they didn't tell me
03:43 15 that.  They wrote it in emails to other people in --
03:43 16 inside the company.
03:43 17     Q.   Did you have communications at any point
03:43 18 with Monsanto before or after your work on this case
03:43 19 regarding what Monsanto's intent was at the time in
03:43 20 retaining Dr. Kuschner?
03:43 21         MR. LITZENBURG:  Form.
03:43 22         THE WITNESS:  No.
03:43 23 BY MR. COPLE:
03:43 24     Q.   Now, if you go to the next paragraph, and
03:43 25 it continues the registration division's --

Page 243

03:43 1      A.   You're talking about the last paragraph
03:43 2  on Page 6?
03:43 3      Q.   Actually, the middle paragraph, much
03:43 4  shorter paragraph.  And it says that, "However, the
03:43 5  apparent oncogen response was a marginal response at
03:44 6  best.  The doses tested were quite high, 3 percent
03:44 7  of the diet, and there was no corresponding increase
03:44 8  in the incidence of preneoplastic changes, such as
03:44 9  hypoplasia or dysplasia in the target tissues."
03:44 10         Now, is this an objection that was made
03:44 11 by the consensus group that convened on February 11,
03:44 12 1985?
03:44 13         MR. LITZENBURG:  Form.  Speaks for
03:44 14 itself.
03:44 15         THE WITNESS:  This paragraph is a short
03:44 16 summary of a set of issues about the
03:44 17 interpretation and design of the BioDynamics
03:44 18 mouse study that had been debated in great
03:44 19 detail through multiple rounds between OPP and
03:44 20 Monsanto and also placed -- these were the core
03:45 21 issues, in addition to the historical control
03:45 22 issue, that were put before the scientific
03:45 23 advisory panel to get further guidance on.
03:45 24         So these -- these were -- these were the
03:45 25 difficult questions about this particular study

Page 244

03:45 1  that kept it a matter of ongoing discussion and
03:45 2  debate between EPA and Monsanto from 1983 to --
03:45 3  I'm not even sure the debate is completely
03:45 4  resolved at this point.
03:45 5  BY MR. COPLE:
03:45 6      Q.   And you recognize that in your report on
03:45 7  Page 72, numbered paragraph 375, right?
03:45 8      A.   I'll get there.
03:45 9      Q.   Back and forth here.
03:45 10     A.   What's the page number?
03:45 11     Q.   Page 72.
03:46 12     A.   Paragraph what?
03:46 13     Q.   375.
03:46 14     A.   Okay.
03:46 15     Q.   You talk in your report about "A
03:46 16 February 22nd, 1985, memo from Dr. Gingerich to
03:46 17 Monsanto colleagues characterized the meeting" -- it
03:46 18 talks about "relaxed, informal, and open.  The memo
03:46 19 states that Dr. Farber" -- from EPA, correct,
03:46 20 Dr. Farber?
03:46 21     A.   Yes.
03:46 22     Q.   "Dr. Farber called the February 11, 1985,
03:46 23 decision by OPP to classify glyphosate as a possible
03:46 24 oncogen," as, quote, "an extremely close call and
03:46 25 that EPA remains open to any new information that

Page 245

03:46 1  would make their decision easier," with a closed
03:46 2  quote.
03:46 3          This is all correct in terms of recounted
03:46 4  by Dr. Gingerich, right?
03:46 5      A.   Yep.
03:46 6      Q.   Did you ever talk to Dr. Farber about his
03:46 7  view of "an extremely close call" for the
03:46 8  February 11, 1985, decision?
03:46 9      A.   No.
03:47 10     Q.   Have you ever talked to Dr. Gingerich
03:47 11 about his conversation with Dr. Farber?
03:47 12     A.   No.
03:47 13     Q.   Do you know Dr. Farber?
03:47 14     A.   I've met him a time or two.
03:47 15     Q.   Did you ever talk to Dr. Farber about the
03:47 16 consensus group memo and review that was done in
03:47 17 February 1985?
03:47 18     A.   As I said to you in response to similar
03:47 19 questions, at the time, in the '80s, issues around
03:47 20 glyphosate oncogenicity, while very important to
03:47 21 Monsanto and also important to EPA, they weren't --
03:47 22 they weren't on the radar screen of most people
03:47 23 following developments in OPP related to potential
03:47 24 cancer risks and exposure to pesticides, because
03:47 25 there were other pesticides that were involved in

Confidential

Page 246

03:47 1 those discussions, and there was -- at this time,
03:48 2 there was little evidence of significant dietary or
03:48 3 drinking water exposures to glyphosate. So it -- it
03:48 4 wasn't an issue that we specifically assessed or
03:48 5 addressed in either of the two National Academy of
03:48 6 Science reports that we did in the 1980s on the
03:48 7 topic of cancer and pesticides.
03:48 8    Q.    On Page 6 of the registration division
03:48 9 standard document on glyphosate, in that middle
03:48 10 paragraph, the registration division is calling or
03:48 11 characterizing, at least on Page 6, the oncogen
03:48 12 Class C characterization by the toxicology branch as
03:48 13 an apparent oncogenic response, right?
03:48 14    A.    Yes.
03:48 15    Q.    So the registration division is not
03:48 16 confident that this is a real response, right?
03:49 17    A.    Well, it would come as no great surprise
03:49 18 that there were differences of opinion even within
03:49 19 the agency about the interpretation of the study.
03:49 20    So some of the scientists felt fairly
03:49 21 strongly that it was a clear oncogenic response and,
03:49 22 I think, maintained that position throughout the
03:49 23 assessment, and others adopted a different view in
03:49 24 response to Monsanto's determination to keep
03:49 25 bringing up new data, new arguments, resection of

Page 247

03:49 1 the slides.
03:49 2    As we're going to get to, the final
03:49 3 position of EPA in this reregistration standard was
03:49 4 to follow the advice of the scientific advisory
03:49 5 panel and require Monsanto to do a new mouse study
03:50 6 and a new rat study. And then, of course, as I
03:50 7 testified earlier, OPP provided Monsanto with a very
03:50 8 detailed explanation of a rigorous protocol for a
03:50 9 new male mouse feeding study designed to
03:50 10 specifically resolve the apparent tentative,
03:50 11 equivocal issues related to whether the
03:50 12 statistically increased incidence of renal tubular
03:50 13 adenomas in this study were treatment related.
03:50 14    That's the -- that was the underlying
03:50 15 controversy, and the identification of this -- what
03:50 16 I call it, a magic tumor in the Male Mouse
03:50 17 Number 1028 was -- if that had not occurred and if
03:51 18 we -- there wouldn't have been a reassessment of
03:51 19 this study.
03:51 20    It was really Monsanto's ability to
03:51 21 interject Dr. Kuschner's assessment of the slides
03:51 22 that kept the debate opened, kept requiring the EPA
03:51 23 to spend staff and scientific resources in
03:51 24 responding to Monsanto's ongoing submissions,
03:51 25 arguments, information data on the question.

Page 248

03:51 1    So that's -- that would have -- that was
03:51 2 the appropriate and proper way for this underlying
03:51 3 uncertainty to be resolved. It's what EPA put in
03:51 4 the registration standard document, which is the
03:51 5 appropriate place for such a request or requirement
03:52 6 to be imposed on the registrant.
03:52 7    In my opinion, a responsible company, a
03:52 8 company that really wanted to be sure that the most
03:52 9 heavily used and widely sold herbicide in the world
03:52 10 surely did not contribute to increased cancer risk,
03:52 11 they would have done the study as EPA had requested
03:52 12 and required.
03:52 13    Q.    And EPA has resolved the uncertainty
03:52 14 today by concluding that glyphosate is not a human
03:52 15 carcinogen, correct?
03:52 16    MR. LITZENBURG:  I object to form.
03:52 17    THE WITNESS:  The EPA changed the
03:52 18 classification of glyphosate because they --
03:52 19 they didn't -- were unable to convince Monsanto
03:52 20 to do the requested additional studies, and the
03:53 21 agency felt that it was time to move on to other
03:53 22 things. And it just -- they didn't -- they
03:53 23 didn't want to continue the assessment of that
03:53 24 particular cancer study.
03:53 25    I -- it is my opinion that some of the

Page 249

03:53 1 EPA scientists that signed the document in March
03:53 2 of 1985 still felt when this registration
03:53 3 standard came out that the BioDynamic mouse
03:53 4 study caused a treatment-related, statistically
03:53 5 significant increase in renal tubular adenomas.
03:53 6 That's my opinion.
03:53 7 BY MR. COPLE:
03:53 8    Q.    Your opinion about some of the scientists
03:53 9 still felt that there was oncogen in 1985, as a
03:54 10 statistically significant level, was based upon you
03:54 11 speaking with specific members of that review group?
03:54 12    A.    No. It was from reading the EPA
03:54 13 documents that have been part of the record for a
03:54 14 number of years.
03:54 15    Q.    Well, there's eight scientists listed on
03:54 16 that memo.
03:54 17    A.    Correct.
03:54 18    Q.    Which of the ones still felt that way,
03:54 19 based on your personal opinion?
03:54 20    A.    Well, I place a lot of weight on the
03:54 21 transcript of the SAP meeting that Lacayo
03:54 22 participated in, Kasza participated in, and
03:54 23 Dr. Farber. Those were the only three members of
03:54 24 the OPP scientific staff that attended the meeting,
03:54 25 but it's clear from my reading of the resume -- of

Confidential

Page 250

03:54 1    the transcript of that SAP meeting that the -- the
03:55 2    EPA pathologists had not changed their view on
03:55 3    whether Control Mouse 1028 had a renal tubular
03:55 4    adenoma.
03:55 5        They did not agree with Dr. Kasza's --
03:55 6    with Dr. Kuschner's observation, nor did they agree
03:55 7    with the other 11 or 12 pathologists that Monsanto
03:55 8    hired and brought to the meeting to back up their
03:55 9    position.
03:55 10       Q.   EPA has changed the classification that
03:55 11   it stands by today based on the 14 animal
03:55 12   carcinogenicity studies that it has, right?
03:55 13       MR. LITZENBURG:  I object to form.
03:55 14       THE WITNESS:  You're asking me if they
03:55 15   have done that?
03:55 16   BY MR. COPLE:
03:55 17       Q.   Well, they have done that, and it's based
03:55 18   on the 14 animal carcinogenicity studies.  That's
03:55 19   now their database, correct?
03:56 20       MR. LITZENBURG:  I object to testimony by
03:56 21   counsel.
03:56 22       THE WITNESS:  Certainly, the 14 animal
03:56 23   feeding studies on glyphosate active ingredient
03:56 24   were an important part of EPA's more
03:56 25   contemporary review of glyphosate oncogenicity,

Page 251

03:56 1    yes.
03:56 2    BY MR. COPLE:
03:56 3        Q.   As well as the 54 genotoxicity studies
03:56 4    the EPA has reviewed, right?
03:56 5        A.   Throughout the record of review of
03:56 6    glyphosate oncogenicity, the genotoxicity or
03:56 7    mutagenicity data has been very important.  If
03:56 8    the -- if the modern assays that have been used to
03:56 9    confirm the genotoxicity of glyphosate and
03:56 10   glyphosate-based herbicides -- had they been
03:56 11   available and applied to glyphosate and
03:56 12   glyphosate-based herbicides in the '80s as opposed
03:57 13   to 20 years later, the EPA would have been aware of
03:57 14   genotoxicity data, and I think it quite likely would
03:57 15   have altered the -- altered the course, the
03:57 16   regulatory course of glyphosate going forward.
03:57 17       Q.   You never discussed that issue with
03:57 18   anyone at EPA at the time?
03:57 19       A.   Not at the time, no.
03:57 20       Q.   And EPA's current position is also based
03:57 21   upon its review of all available epidemiology
03:57 22   including the published Agricultural Health Study,
03:57 23   right?
03:57 24       A.   We've already talked about that.
03:57 25       Q.   All right.  And Page 6 of this

Page 252

03:57 1    registration, we're still in the middle paragraph,
03:57 2    and one of the concerns raised by the registration
03:57 3    division that somehow contributed to an apparent
03:57 4    oncogenic response which -- regarding glyphosate was
03:57 5    the quite high doses that were tested; is that
03:57 6    right?
03:57 7        A.   Of pure glyphosate, correct.
03:57 8        Q.   Yes.  And that includes a high-dose group
03:58 9    of 30,000 parts, right?
03:58 10       A.   That was the high-dose group, correct.
03:58 11       Q.   And that's an appropriate reason for the
03:58 12   registration division to be concerned about a
03:58 13   marginal response at best, correct?
03:58 14       A.   Well, the EPA guidelines applicable
03:58 15   pretty much over this whole period required
03:58 16   registrants to design studies so that the high-end
03:58 17   treatment group approached the maximum tolerated
03:58 18   dose, and there is substantial discussion of whether
03:58 19   the 30,000 ppm treatment group of mice in the
03:58 20   BioDynamic study exceeded that level.
03:58 21       Again, Monsanto felt that it had EPA
03:58 22   scientists, and certainly a number of the members of
03:58 23   the various SAPs that looked at it felt that it
03:58 24   hadn't, because actually, the survival was higher in
03:59 25   the maximum control group than in the -- in the

Page 253

03:59 1    maximum treatment group than in the control group.
03:59 2        The hallmark of the maximum tolerated
03:59 3    dose being exceeded in the chronic feeding study is
03:59 4    lower survival in the maximum or high level
03:59 5    treatment group, and that didn't happen in this
03:59 6    study.  So, you know, that's why there's been
03:59 7    ongoing debate about whether the top-level dosage
03:59 8    group in this particular study was excessive or not.
03:59 9        Q.   The OPP registration division was
03:59 10   specifically concerned that the doses tested were
03:59 11   quite high?
03:59 12       A.   Well, they acknowledged that they were
03:59 13   quite high.  Yes, they were high.
03:59 14       Q.   They were also concerned in the
03:59 15   registration division that they didn't see
03:59 16   corresponding increase in the incidence of
03:59 17   preneoplastic changes such as hyperplasia or
03:59 18   dysplasia, right?
04:00 19       A.   Correct.  That's noted in the report.
04:00 20       Q.   What's hyperplasia?
04:00 21       A.   Undifferentiated cell mass.  It would
04:00 22   be -- a pathologist would consider it as a possible
04:00 23   evidence of cells progressing towards a tumor.
04:00 24       Q.   And what is dysplasia?
04:00 25       A.   Gosh, I can't give you the technical

Confidential

Page 254

04:00  1    definition.
04:00  2        Q.    You're not an expert on preneoplastic
04:00  3    changes?
04:00  4        A.    No.
04:00  5        Q.    And preneoplastic changes are an
04:00  6    important consideration in evaluating whether there
04:00  7    is an oncogenic response to exposure to a chemical,
04:00  8    right?
04:00  9        A.    It's discussed specifically in the case
04:00  10   of these glyphosate chronic feeding -- it's
04:00  11   discussed as among a range of other issues.
04:00  12       Q.    And the registration division, in the
04:00  13   last sentence of this middle paragraph, repeated the
04:00  14   observation that the consensus group made in the tox
04:01  15   branch, which is that glyphosate was negative in a
04:01  16   number of acceptable mutagenicity studies;
04:01  17   therefore, the compound, meaning glyphosate, is not
04:01  18   known to be genotoxic, right?
04:01  19       A.    That's what it says.
04:01  20       Q.    And nothing has changed EPA's viewpoint
04:01  21   about that conclusion in all of the ensuing years
04:01  22   since August 1986; it still concludes that
04:01  23   glyphosate is not genotoxic, right?
04:01  24            MR. LITZENBURG:  Form.  Asked and
04:01  25   answered.

Page 255

04:01  1            THE WITNESS:  I'm -- I'm not prepared to
04:01  2    agree with that until I do a detailed review of
04:01  3    their final reregistration document.  That's
04:01  4    when they're going to articulate their final
04:01  5    judgments.  They're about to put this
04:01  6    December 2017 human health risk assessment out
04:01  7    for public review and comment.  It's subject to
04:01  8    ongoing technical reviews within the agency.
04:01  9    It's not their final position.
04:01  10           And I can assure you that there will be a
04:01  11   number of comments submitted by scientists
04:01  12   outside the agency in reference to the growing
04:02  13   body of scientific evidence showing that
04:02  14   glyphosate and glyphosate-based herbicides are
04:02  15   in fact genotoxic.
04:02  16   BY MR. COPLE:
04:02  17       Q.    So after you review the document put out
04:02  18   for public comment, will you have new opinions that
04:02  19   you'll form about glyphosate and carcinogenicity?
04:02  20       A.    I -- I don't know.  I doubt it, but I
04:02  21   need to do that -- to do that review.  There's many
04:02  22   aspects about the regulatory view and actions taken
04:02  23   by EPA about glyphosate and glyphosate-based
04:02  24   herbicides that are important, that I've either
04:02  25   studied or have opinions on.  By virtue of the

Page 256

04:03  1    assignment that I agreed to take on, on behalf of
04:03  2    plaintiff's attorneys in this case, I spent a lot of
04:03  3    time reading the full record of back and forth
04:03  4    between Monsanto and EPA on the interpretation of
04:03  5    this particular BioDynamic mouse studies, and it's
04:03  6    my professional opinion that if the agency had
04:03  7    access to and been aware of the results of modern
04:03  8    contemporary genotoxicity assays, that they most
04:03  9    likely would not have changed the classification of
04:03  10   glyphosate from the then applicable possible human
04:03  11   carcinogen classification.
04:03  12           So the question of genotoxicity was in
04:04  13   fact very important in the history of this
04:04  14   assessment, and given that, by the end of 1999,
04:04  15   Monsanto was fully aware of the positive evidence in
04:04  16   the open scientific literature.  They were fully
04:04  17   aware and very concerned about the heightened
04:04  18   toxicity of glyphosate-based herbicides, herbicides
04:04  19   with the surfactants that altered the toxicity,
04:04  20   altered the ability of glyphosate to inner cell
04:04  21   membranes.
04:04  22           They knew they had a serious regulatory
04:04  23   problem.  That's why they commissioned Dr. Parry to
04:04  24   do the assessment.  They were hoping they could
04:04  25   cultivate him as a glyphosate-friendly scientist,

Page 257

04:04  1    and they were very disappointed, obviously, that
04:05  2    Dr. Parry's assessment of the genotoxicity database
04:05  3    as of late 1999 led him to feel that there was in
04:05  4    fact evidence of genotoxicity through two different
04:05  5    modes of action.
04:05  6            Furthermore, Dr. Parry provided to
04:05  7    Monsanto a detailed memorandum of the additional
04:05  8    genotoxicity studies that he felt were justified and
04:05  9    needed to clear up any ambiguity about the results
04:05  10   of existing and then published peer-reviewed
04:05  11   genotoxicity studies.  He outlined the recommended
04:05  12   studies in considerable detail and made it quite
04:05  13   clear to Monsanto that he was prepared to conduct,
04:05  14   certainly, some of them, because he actually had
04:05  15   developed some of these new modern studies.
04:05  16           But unfortunately, Monsanto at the time
04:05  17   decided that they were not going to accept and act
04:05  18   on Dr. Parry's recommendations, and in fact, they
04:06  19   basically over a period of about six months ended
04:06  20   their association with Dr. Parry, because they
04:06  21   didn't like the answers they got from him.
04:06  22       Q.    You never discussed Dr. Parry's opinions
04:06  23   with him, did you?
04:06  24       A.    No.  I just read them.
04:06  25       Q.    You read them in the company documents?

Confidential

Page 258

04:06 1  A.   Correct.
04:06 2  Q.   And have formed a personal opinion about
04:06 3  what those documents mean, right?
04:06 4  MR. LITZENBURG:  Form.
04:06 5  THE WITNESS:  I read Dr. Parry's detailed
04:06 6  analysis of the existing published genotoxic
04:06 7  studies as well as all of the genotox studies --
04:06 8  proprietary genotox studies that Monsanto
04:06 9  decided to share with him.  I do not know -- and
04:06 10  I am fairly certain that Dr. Parry was not
04:07 11  provided all of them.  I think he was provided
04:07 12  several of them, but I can't answer the question
04:07 13  of which ones and what percent of the Ames test,
04:07 14  mutagenicity assays, genotox studies that
04:07 15  Monsanto had submitted to EPA from 1974 to 1999
04:07 16  that Dr. Parry was asked to review.
04:07 17  But I do know what Dr. Parry said in his
04:07 18  report.  It's a very straightforward report.  He
04:07 19  went through each study and said whether he felt
04:07 20  that there was evidence of a genotoxic impact of
04:07 21  either exposure to glyphosate or
04:07 22  glyphosate-based herbicides.  Some of the
04:07 23  studies looked at and assessed the response to
04:07 24  both.
04:07 25  Dr. Parry highlighted, as most scientists

Page 259

04:07 1  that looked at this same body of literature,
04:07 2  that there was a much more frequent and more
04:08 3  serious and worrisome genotoxic response to
04:08 4  exposures to glyphosate-based herbicides as
04:08 5  opposed to pure glyphosate; and because of that,
04:08 6  Dr. Parry suggested a number of genotox studies
04:08 7  and advanced new tests that were coming out at
04:08 8  the time of both glyphosate-based herbicides and
04:08 9  the pure active ingredient to get a quantitative
04:08 10  handle on how much higher the genotox risks were
04:08 11  actually in the real world where people applied
04:08 12  formulated glyphosate-based herbicides, because
04:08 13  nobody applies straight glyphosate.
04:08 14  BY MR. COPLE:
04:08 15  Q.   So you read Dr. Parry's communications in
04:08 16  the company documents, and you formed your personal
04:08 17  opinion about what it means, right?
04:08 18  MR. LITZENBURG:  Objection.  Asked and
04:08 19  answered.
04:09 20  THE WITNESS:  In the list of documents --
04:09 21  BY MR. COPLE:
04:09 22  Q.   That's a yes-or-no question.  Did you do
04:09 23  that or not?
04:09 24  A.   No.  No.
04:09 25  MR. LITZENBURG:  He's answering the

Page 260

04:09 1  question.
04:09 2  THE WITNESS:  I heard your question, sir.
04:09 3  There are many communications between Dr. Parry
04:09 4  and Monsanto.  I know I read some of them.  I'm
04:09 5  quite certain I didn't see them all.
04:09 6  BY MR. COPLE:
04:09 7  Q.   Whatever you read, you read in the
04:09 8  company documents and then you formed your personal
04:09 9  opinion about what they mean, right?
04:09 10  MR. LITZENBURG:  Asked and answered.
04:09 11  THE WITNESS:  I didn't form a personal
04:09 12  opinion.  I read Dr. Parry's opinion.
04:09 13  BY MR. COPLE:
04:09 14  Q.   So you have no personal opinion?
04:09 15  MR. LITZENBURG:  I object to form.
04:09 16  THE WITNESS:  My understanding --
04:09 17  BY MR. COPLE:
04:09 18  Q.   I don't need the answer to that question.
04:09 19  A.   May I answer, sir?  You asked the
04:09 20  question.
04:09 21  MR. LITZENBURG:  Don't interrupt.  All
04:09 22  right.  Wait for the question.
04:09 23  MR. COPLE:  I'll withdraw the question.
04:09 24  MR. LITZENBURG:  Don't answer the
04:09 25  question.

Page 261

04:09 1  BY MR. COPLE:
04:09 2  Q.   These modern methods of genotoxicity that
04:09 3  you're referring to with Dr. Parry, you're not an
04:09 4  expert who has expertise to judge the utility or the
04:09 5  modernity of those methods, right?
04:10 6  A.   I don't present myself as an expert in
04:10 7  genotoxicity testing methodologies.  I don't have an
04:10 8  advanced degree in the relevant scientific
04:10 9  disciplines, and I've never worked in a lab
04:10 10  conducting such studies.
04:10 11  However, I have read many of the studies,
04:10 12  and I have an understanding of how they're carried
04:10 13  out, how they're interpreted, and I have a fairly --
04:10 14  I'm fairly confident of my understanding of the
04:10 15  genotoxic database and genotoxicity of glyphosate
04:10 16  and glyphosate-based herbicides over time as that
04:10 17  area of scientific assessment evolved.
04:10 18  Q.   And that would include that in 1986, in
04:10 19  August, the registration division concluded that
04:10 20  glyphosate is not known to be genotoxic, right?
04:10 21  A.   That's -- that was part of the
04:10 22  registration standard document, correct.
04:11 23  Q.   And today, in 2018, EPA's position is
04:11 24  unchanged and has concluded that glyphosate is not
04:11 25  genotoxic, correct?

Confidential

Page 262

04:11 1    MR. LITZENBURG:  Asked and answered.
04:11 2    THE WITNESS:  As I said, I and many other
04:11 3    people are waiting for the final glyphosate
04:11 4    reregistration document to come out.  It's still
04:11 5    in the, hopefully, final stages of the process.
04:11 6    It's been almost ten years now.  And I am quite
04:11 7    certain that the discussion of genotoxicity in
04:11 8    the final glyphosate reregistration document
04:11 9    that comes out later this year, maybe next year,
04:11 10   will be quite different from the discussion in
04:11 11   the 1986 registration standard.
04:11 12   The science has moved on.  There are
04:11 13   dozens of additional studies, and one of the --
04:11 14   one of the components of the final document that
04:11 15   would be looked at in considerable detail by a
04:12 16   number of people that are concerned about the
04:12 17   health risks associated with glyphosate-based
04:12 18   herbicides will be the interpretation and weight
04:12 19   placed on peer-reviewed published studies
04:12 20   documenting clear genotoxic effects from
04:12 21   exposure to glyphosate-based herbicides.
04:12 22   That will be one of the issues of
04:12 23   considerable concern and no doubt controversy
04:12 24   once that final reregistration document is
04:12 25   issued.

Page 263

04:12 1    BY MR. COPLE:
04:12 2    Q.   EPA has already discussed its views on
04:12 3    genotoxicity and glyphosate, concluded there is none
04:12 4    in its 2017 update of the OPP issues paper, right?
04:12 5    A.   Right.  That draft, human health risk
04:12 6    assessment, will be the document published in the
04:12 7    Federal Register and for which public comments will
04:12 8    be solicited.
04:13 9    I don't believe they've taken that step
04:13 10   yet, and it is almost inevitable that there will be
04:13 11   a number of comments addressing some of the -- well,
04:13 12   many of the peer-reviewed published genotoxicity
04:13 13   studies that report adverse -- adverse impacts from
04:13 14   primarily glyphosate-based herbicides, but some of
04:13 15   the studies also report genotoxicity from pure
04:13 16   glyphosate.  And I -- I think it will -- it will be
04:13 17   incumbent upon EPA given that this is probably one
04:13 18   of the -- there's really three -- there's three
04:13 19   primary reasons that explain the difference between
04:13 20   the IARC classification of glyphosate and
04:13 21   glyphosate-based herbicides and EPA's, and one of
04:14 22   the three is the interpretation of the public -- the
04:14 23   published scientific literature on genotoxicity,
04:14 24   which, according to IARC, provides strong evidence
04:14 25   of two mechanisms of action that are indicative of

Page 264

04:14 1    and can lead to cancer.
04:14 2    Q.   The EPA disagrees with IARC on that
04:14 3    point, and IARC is not a regulator, right?
04:14 4    A.   IARC is not a regulator.  I would agree.
04:14 5    And I look forward to, as do many people, EPA's
04:14 6    final assessment and how much weight they put on the
04:14 7    peer-reviewed literature showing genotoxic effects
04:14 8    of glyphosate-based herbicides.
04:14 9    Q.   Now, in 1986, the registration division
04:14 10   concluded that after reviewing all the available
04:14 11   evidence, the scientific advisory panel proposed
04:14 12   that glyphosate be classified as Class D, or having,
04:15 13   quote, "inadequate animal evidence of
04:15 14   carcinogenicity."
04:15 15   That's what the registration division
04:15 16   concluded, right?
04:15 17   A.   Well, they are simply reporting what the
04:15 18   SAP said in its report, and the SAP also said that
04:15 19   EPA should require Monsanto to redo the mouse and
04:15 20   rat oncogenicity studies to provide a firmer
04:15 21   scientific basis to resolve the tentative equivocal
04:15 22   uncertain interpretation of the BioDynamic mouse
04:15 23   study.
04:15 24   Q.   Which EPA now has 14 of those studies on
04:15 25   carcinogenicity on animal models?

Page 265

04:15 1    A.   The EPA has 14 studies conducted on
04:15 2    100 percent pure glyphosate that include dosage
04:15 3    ranges from clearly well below the MTD and others
04:16 4    that are certainly up in the range of the MTD.  Yes.
04:16 5    There's 14 of those studies on pure 100 percent
04:16 6    glyphosate.  None on, by the way, on formulated
04:16 7    glyphosate-based herbicides, which is really what
04:16 8    needs to be done and what a responsible company
04:16 9    would have done to resolve once and for all this
04:16 10   ongoing controversy about the potential of
04:16 11   glyphosate-based herbicides to cause cancer.
04:16 12   Q.   The SAP determined that the oncogenic
04:16 13   potential of glyphosate could not be determined from
04:16 14   existing data in 1986 and proposed that the study be
04:16 15   repeated in order to clarify the equivocal findings,
04:16 16   right?
04:16 17   A.   Correct.
04:16 18   Q.   And all these years later, decades later,
04:16 19   what EPA has to make its determination are the 14
04:17 20   studies you just referenced, right?
04:17 21   A.   I'm sorry, I missed the last part of your
04:17 22   question.  Could you restate it?
04:17 23   Q.   Yes.  As the SAP said in 1986, that there
04:17 24   was insufficient data to determine oncogenicity
04:17 25   based on the existing data, and decades later now,

Confidential

Page 266

04:17  1   as we sit here today, EPA has the 14 carcinogenicity
04:17  2   studies which it uses to reach its determination of
04:17  3   not carcinogenic to humans?
04:17  4       MR. LITZENBURG:  Form.  Asked and
04:17  5   answered.
04:17  6       THE WITNESS:  That is a -- that correctly
04:17  7   states the current stated EPA position.  And
04:17  8   it's a scientific judgment that the EPA has made
04:17  9   based on a set of data that differs dramatically
04:17  10  from the scientific judgment reached by IARC
04:17  11  after the review of a different set of studies
04:18  12  that did not include the old, mostly old and
04:18  13  outdated industry-submitted studies that are not
04:18  14  published, for the most part didn't include
04:18  15  them, but did include published studies that had
04:18  16  been done and have come out; and that's
04:18  17  really -- as I said, there's three -- three
04:18  18  scientific explanations for the difference in
04:18  19  the judgment reached by the IARC working group
04:18  20  and the EPA relative to the potential of
04:18  21  glyphosate-based herbicides to cause cancer.
04:19  22      THE VIDEOGRAPHER:  Excuse me, Counselor.
04:19  23  Can we take a short break?
04:19  24      MR. COPLE:  Why don't we take five
04:19  25  minutes.

Page 267

04:19  1       THE VIDEOGRAPHER:  The time is 4:19, and
04:19  2   we are off the record.
04:26  3       (Break in proceedings.)
04:26  4       (Benbrook Exhibit Number 12 is marked for
04:26  5   identification.)
04:27  6       THE VIDEOGRAPHER:  The time is now 4:27,
04:27  7   we are on the record.
04:27  8   BY MR. COPLE:
04:27  9   Q.   Dr. Benbrook, we've marked as Exhibit 12
04:27  10  to the deposition the verbatim glyphosate SAP
04:27  11  transcript, which is dated April 3, 1986.
04:27  12      Have you seen this document before?
04:27  13  A.   Yes.
04:27  14  Q.   Have you read it?
04:27  15  A.   Yes.
04:27  16  Q.   You read it in forming your opinions?
04:27  17  A.   Yes, I did.
04:27  18  Q.   Now, on the second full page after the
04:27  19  coverage page, there's a list of the panel members.
04:27  20      Do you see that?
04:27  21  A.   Yes, sir.
04:27  22  Q.   It's got a Dr. Kilgore; executive
04:27  23  secretary is Mr. Johnson; Dr. Bergman; Dr. Clarkson;
04:28  24  Dr. Grisham; Dr. Lech; Dr. von Rumker; and
04:28  25  Dr. Swenberg.

Page 268

04:28  1       Do you know any of these individuals?
04:28  2   A.   No.
04:28  3   Q.   Have you heard of any of these
04:28  4   individuals?
04:28  5   A.   Dr. Kilgore was on multiple SAPs.  Some
04:28  6   of these other folks were on some others.  They were
04:28  7   some of the outside scientists that EPA asked to
04:28  8   serve on the SAP.  I knew Steve Johnson quite well.
04:28  9   He was one of the senior managers in OPP that I
04:28  10  interacted with quite a bit in the '80s and on into
04:28  11  the '90s.
04:28  12  Q.   So you do know Steve Johnson as the
04:28  13  executive secretary?
04:28  14  A.   Yeah.  He wasn't a member of the SAP.
04:28  15  He's the executive secretary.  He's an EPA employee.
04:28  16  Q.   All right.  All of these members of the
04:28  17  SAP are selected by EPA; is that correct?
04:28  18  A.   Yes.
04:28  19  Q.   And these members are not or would not
04:29  20  have been affiliated with Monsanto, right?
04:29  21  A.   I don't have any detailed information on
04:29  22  whether they consulted with Monsanto in the past or
04:29  23  had any involvement with the company.  I didn't -- I
04:29  24  have no information on that.  I can't say whether
04:29  25  they did or did not.

Page 269

04:29  1   Q.   The EPA would have selected these eight
04:29  2   individuals in order to provide independent review
04:29  3   and advice to the agency on glyphosate and
04:29  4   carcinogenicity, right?
04:29  5   A.   That's certainly the hope.
04:29  6   Q.   None of the employees would have been --
04:29  7   I'm sorry.  None of the members of the SAP as listed
04:29  8   here would have been employees of EPA at the time,
04:29  9   right?
04:29  10  A.   Of EPA, no, they would not have been.
04:29  11  Q.   So this is an independent panel, like
04:29  12  other SAPs are, and back in 1986, established or
04:29  13  assembled by EPA so we could get an independent
04:30  14  evaluation of the issues that were before the
04:30  15  registration division; is that correct?
04:30  16  A.   As I said, that's certainly what EPA
04:30  17  strives for in deciding upon the composition of an
04:30  18  SAP panel.
04:30  19      MR. COPLE:  Let's mark this document as
04:30  20  Exhibit 13 for the deposition.
04:30  21      (Benbrook Exhibit Number 13 is marked for
04:30  22  identification.)
04:30  23  BY MR. COPLE:
04:31  24  Q.   Have you seen this document previously?
04:31  25  A.   Yes.

Confidential

## Page 270

04:31  1     Q.   Did you review it as part of the work you
04:31  2 did in preparing your expert report?
04:31  3     A.   Yes.
04:31  4     Q.   This is a transmittal by EPA of the final
04:31  5 FIFRA scientific advisory panel reports from the
04:31  6 February 11 to 12, 1986, meeting, which included as
04:31  7 Number 1 a set of scientific issues being considered
04:31  8 by EPA as the agency in regard to the registration
04:31  9 standard for glyphosate.
04:31  10     We're in agreement about that, right?
04:31  11     A.   Yes, sir.
04:31  12     Q.   All right.  If you could go to the -- not
04:31  13 counting the cover page of the EPA-archived
04:32  14 document, if you go to the second page, there's a cc
04:32  15 list, and the first one, it says the "Panel
04:32  16 Members."  That would be the SAP members, correct?
04:32  17     A.   Correct.
04:32  18     Q.   Then there's a series of individuals:
04:32  19 Moore, Lamb, Heier, Sherman, Melone, Campt.
04:32  20     Do you know any of those individuals?
04:32  21     A.   I know John or Jack Moore.  I know Jim
04:32  22 Lamb.  I knew Susan Sherman.  I know John Melone,
04:32  23 and I know Doug Campt.  I don't know who the EPA
04:32  24 participants were.
04:32  25     Q.   Did you discuss back in this timeframe

## Page 271

04:32  1 the SAP panel review of glyphosate as part of the
04:32  2 registration standard that occurred February 11 to
04:32  3 12, 1986?
04:32  4     A.   I certainly don't have any recollection
04:32  5 of doing so.  I doubt that I did.
04:32  6     Q.   Have you discussed your work on this case
04:32  7 since the time of this SAP meeting -- SAP hearing?
04:33  8     A.   Discussed?
04:33  9     Q.   With these individuals.
04:33  10     A.   No, sir.
04:33  11     Q.   The ones that you said that you know.
04:33  12     This is a unanimous panel report
04:33  13 according to the next -- if you turn to the next
04:33  14 page, after the signature page by Mr. Johnson.
04:33  15     I think you said you know Mr. Johnson
04:33  16 somewhat well.
04:33  17     A.   Yep.
04:33  18     Q.   But he was not a member.  He was just the
04:33  19 executive secretary.
04:33  20     A.   Right.
04:33  21     Q.   On the next page after that, it says --
04:33  22 in the last full paragraph above the heading that
04:33  23 says "Report of SAP Recommendations," it says, "In
04:33  24 consideration of all matters brought out during the
04:33  25 meeting and careful review of all documents

## Page 272

04:33  1 presented by the agency," meaning EPA, "the panel
04:33  2 unanimously submits the following report."
04:33  3     And if you go onto the following -- the
04:34  4 following page, there is a continuation of issues
04:34  5 being described by the panel.  This is in the
04:34  6 unanimous report.
04:34  7     Now, first of all, at the top, there are
04:34  8 two numbered paragraphs, and what do these
04:34  9 paragraphs represent?
04:34  10     A.   Those were the two specific scientific
04:34  11 questions or clusters of issues that EPA asked the
04:34  12 scientific advisory panel to review and comment on
04:34  13 and help the agency work through.
04:34  14     Q.   So these are sometimes called the "charge
04:34  15 questions," is that right?
04:34  16     A.   Sure.  Yeah.
04:34  17     Q.   This is what the panel was asked by EPA
04:34  18 to take a look at and hear evidence on, correct?
04:34  19     A.   Correct.
04:34  20     Q.   And the first one was the "Based on the
04:34  21 agency's weight of the evidence assessment with
04:34  22 emphasis on the mouse kidney tumors, the agency has
04:35  23 classified glyphosate as Class C (possible human)
04:35  24 carcinogen."
04:35  25     Do you see where it says that?

## Page 273

04:35  1     A.   Yes, sir.
04:35  2     Q.   All right.  And it goes on to say, "The
04:35  3 agency specifically requests any comment from the
04:35  4 panel that the panel may wish to present regarding
04:35  5 its assessment of the weight of evidence and
04:35  6 subsequent determination of carcinogenicity
04:35  7 according to the agency's cancer guidelines."
04:35  8     All of this is based upon that 1983
04:35  9 BioDynamic mouse study, right?
04:35  10     A.   And the renal tubular adenomas, yes, sir.
04:35  11     Q.   Yes.  And it also involves the -- what
04:35  12 was found to be, by independent pathologists that
04:35  13 were obtained by Monsanto -- to have an additional
04:35  14 tumor in the control group for the mice tested in
04:35  15 that study, right?
04:35  16     A.   I'm not comfortable with the
04:35  17 characterization of Dr. Kuschner as an independent
04:36  18 pathologist.  He was a pathologist hired and paid
04:36  19 for by Monsanto, who I think fully understood what
04:36  20 the expectation was in his review.  I don't believe
04:36  21 that -- necessarily that it was a truly independent
04:36  22 review.
04:36  23     Q.   This charge question was to look at all
04:36  24 aspects of the weight of the evidence in that
04:36  25 BioDynamics mouse study, right?

Confidential

## Page 274

04:36 1    A.    Okay.

04:36 2    Q.    And that includes the tumor that was

04:36 3    identified in the control group, right?

04:36 4    A.    The additional magic tumor in Control

04:36 5    Mouse 1028, yes.

04:36 6    Q.    You used the term "magic tumor," not only

04:36 7    in your testimony today, but in a number of places

04:36 8    in your report.  Is that a term that EPA has used to

04:36 9    describe the control group tumor?

04:36 10   A.    No.

04:36 11   Q.    Is that a term that is used in the

04:36 12   scientific evaluation of pathology slides, "magic

04:37 13   tumor"?

04:37 14   A.    I haven't encountered it.

04:37 15   Q.    So you came up with that phrase?

04:37 16   A.    Yeah.  I came up with it.

04:37 17   Q.    It has no scientific significance or

04:37 18   relevance, right?

04:37 19   A.    I think the -- my discussion of the --

04:37 20   process that led to the identification of an

04:37 21   additional tumor in this control animal is spelled

04:37 22   out in considerable detail in my report, and my

04:37 23   opinions about it are also spelled out.

04:37 24        In short, and basically, the EPA

04:37 25   pathologists that looked at the same slides as the

## Page 275

04:37 1    Monsanto-hired or BioDynamic-hired pathologists did

04:37 2    not see and did not agree that there was an

04:37 3    additional tumor in that control mouse; but

04:37 4    surprisingly, perhaps, all of the pathologists that

04:37 5    were hired by Monsanto to look at the original

04:38 6    slides or the resection slides did see the tumor.

04:38 7    Q.    And this was convincing to the

04:38 8    independent SAP that convened on February 11 and 12,

04:38 9    1986, right?

04:38 10   A.    Well, as Dr. Gingerich noted in one of

04:38 11   his emails to Monsanto colleagues there, Monsanto

04:38 12   had observed, over a series of scientific advisory

04:38 13   panel meetings, a tendency to kind of count the

04:38 14   votes of the scientists present.  And Monsanto --

04:38 15   part of their strategy for influencing the outcome

04:38 16   of the scientific advisory panel meeting was to hire

04:38 17   a number of scientists with expertise in the area to

04:38 18   bring to the meeting to voice their opinion about

04:39 19   the study and reinforce and support Monsanto's

04:39 20   position on the findings in the BioDynamic mouse

04:39 21   study.

04:39 22   Q.    Are you contending that the eight

04:39 23   independent scientists that sat on the SAP for the

04:39 24   glyphosate review were not competent enough to

04:39 25   evaluate the various submissions and testimony of

## Page 276

04:39 1    the pathologist?

04:39 2    A.    I wasn't referring to them in my response

04:39 3    to your question.  I was referring to the scientists

04:39 4    invited to attend the SAP meeting and paid for to

04:39 5    attend the SAP meeting by Monsanto, that were in the

04:39 6    audience.  I'm not talking about the panel members.

04:39 7    I'm talking about people who were invited by

04:39 8    Monsanto and allowed by EPA to present their views

04:40 9    on the slides in this particular mouse study.

04:40 10   Q.    This was not a decision that was made by

04:40 11   those pathologists that testified before the SAP; it

04:40 12   was a decision made by the SAP as a recommendation

04:40 13   of the EPA, right?

04:40 14   A.    Correct.

04:40 15   Q.    So whatever testimony and whatever

04:40 16   submissions were made by the pathologists, all of

04:40 17   them, to the SAP, it was the job of the SAP

04:40 18   scientists, all eight of them, to evaluate that

04:40 19   information, correct?

04:40 20   A.    Correct.

04:40 21   Q.    The second charge question also said --

04:40 22   also requested that the SAP consider what weight

04:40 23   should be given to this marginal increase in kidney

04:40 24   tumors, the importance of this type of tumor in the

04:40 25   assessment of carcinogenicity in glyphosate, and the

## Page 277

04:40 1    weight placed on historical and current controls for

04:41 2    this type of evaluation.

04:41 3        This is a second, though in some ways

04:41 4    related, charge question to the first one, correct?

04:41 5    A.    Correct.

04:41 6    Q.    All right.  The panel responded to the

04:41 7    charge question in a lengthy -- not a lengthy but a

04:41 8    large paragraph on this particular page, and it

04:41 9    starts out by saying that "with respect to

04:41 10   glyphosate, the SAP concurs that the data of renal

04:41 11   tumors in male mice are equivocal."

04:41 12       So the panel agreed with the registration

04:41 13   division?

04:41 14   A.    No.  Well, the registration division

04:41 15   doesn't render an opinion on the oncogenicity on

04:41 16   glyphosate or any other herbicide.  It's, of course,

04:41 17   the hazard evaluation division of the toxicology

04:41 18   branch, that part of OPP that at this point in time

04:42 19   classified -- tentatively classified, to use a word

04:42 20   in the registration standard document, that

04:42 21   glyphosate is a Group C, possible human carcinogen.

04:42 22   That was the position of the EPA going into the SAP

04:42 23   meeting.

04:42 24       The justification for EPA reaching that

04:42 25   judgment was explained during the SAP meeting in

Confidential

Page 278

04:42  1    some detail by Dr. Farber, and I think a couple of
04:42  2    the other EPA scientists added some commentary
04:42  3    during the actual SAP meetings.  So that was the --
04:42  4    so that was the conclusion, the existing conclusion
04:42  5    and judgment of the EPA scientists at the beginning
04:42  6    of the meeting.
04:42  7        Q.    So who was the panel concurring with
04:42  8    about the data on renal tumors in male mice being
04:42  9    equivocal?
04:43 10        A.    Who were they concurring with?
04:43 11        Q.    Yes.
04:43 12        A.    Well, they were concurring with the 10 or
04:43 13    12 scientists that were brought to the meeting by
04:43 14    Monsanto, hired as consultants by Monsanto, and I
04:43 15    guess they were acknowledging that Dr. Kuschner had
04:43 16    identified this additional tumor in the one control
04:43 17    mouse.
04:43 18        I think there's considerable discussion
04:43 19    among the SAP in the transcript about that
04:43 20    particular tumor, and as the SAP said very clearly
04:43 21    in its report, the interpretation of that one tumor
04:43 22    is equivocal.  Some pathologists saw it; other
04:43 23    pathologists didn't see it.  It just so happened
04:43 24    that all of the pathologists that saw the tumor and
04:44 25    felt it were it were paid for by Monsanto and

Page 279

04:44  1    brought to the meeting by Monsanto or were Monsanto
04:44  2    employees or had worked for BioDynamics.
04:44  3        Dr. McConnell, the principal pathologist
04:44  4    for BioDynamics, did not report a renal tubular
04:44  5    adenoma in Control Mouse 1028 when he did the
04:44  6    original -- his original reading of the slides and
04:44  7    reported the results of the study to Monsanto.  The
04:44  8    BioDynamic study, as submitted to Monsanto, reported
04:44  9    zero renal tubular adenomas in the control group
04:44 10    based on his read of the freshly sectioned slides.
04:44 11        Upon reassessment, Dr. McConnell changed
04:44 12    his finding and agreed with Dr. Kuschner that there
04:44 13    was one renal tubular adenoma in that one control
04:45 14    mouse.
04:45 15        All of the pathologists that were trained
04:45 16    and read the slides, that worked for EPA -- and I
04:45 17    actually only know of the two of them -- they --
04:45 18    it's my understanding from the record, and I read it
04:45 19    very carefully, that they did -- they did not
04:45 20    agree -- at the end of this scientific advisory
04:45 21    panel, their views were not changed.  They did not
04:45 22    believe that any new information had been brought to
04:45 23    bear that changed their interpretation of that study
04:45 24    of zero tumors in the control, zero in the low-dose
04:45 25    group, one in the mid-dose group, and three in the

Page 280

04:45  1    high-dose group.
04:45  2        And had that interpretation of the study
04:45  3    remained the position of OPP, glyphosate would have
04:46  4    remained, in my opinion, classified as a possible
04:46  5    human carcinogen until additional data came forward.
04:46  6        Q.    The eight scientists that were appointed
04:46  7    and served on the independent SAP panel were
04:46  8    persuaded by the testimony and the submissions made
04:46  9    by the pathologist about a tumor in the control
04:46 10    group, correct?
04:46 11        MR. LITZENBURG:  I object to form.  Asked
04:46 12    and answered.
04:46 13        THE WITNESS:  They were persuaded that
04:46 14    the results were equivocal; that there was no
04:46 15    solid basis or evidence to agree with the EPA
04:46 16    pathologists; that felt that there was no tumor
04:46 17    in Mouse 1028, or evidence to agree with all of
04:46 18    the Monsanto-commissioned or paid-for
04:46 19    pathologists, all of which saw and reported
04:47 20    agreement that there was a single control mouse
04:47 21    with a renal tubular adenoma.
04:47 22    BY MR. COPLE:
04:47 23        Q.    The panel found that first it was
04:47 24    important to them that only small numbers of tumors
04:47 25    were found in any of the dose groups, right,

Page 281

04:47  1    including those at the highest dose, right?
04:47  2        A.    That's a factor that's brought up again
04:47  3    throughout the record in the interpretation of the
04:47  4    study.
04:47  5        Q.    And that was also important to the
04:47  6    independent panel, because at the highest dose, it
04:47  7    appeared to the panel to have exceeded the maximum
04:47  8    tolerated dose?
04:47  9        A.    There's a lengthy discussion by the panel
04:47 10    involving questions directed to the EPA scientists,
04:47 11    questions directed to the Monsanto scientists about
04:47 12    that very question of whether the maximum tolerated
04:48 13    dose was exceeded.
04:48 14        Had there been lower survival in the
04:48 15    high-dose group, I think it would have been a fairly
04:48 16    straightforward call, and I think there would have
04:48 17    been concurrence between the agency and Monsanto
04:48 18    that the maximum tolerated dose was exceeded; but
04:48 19    the fact that the survival rate in the high-dose
04:48 20    group was actually higher than the control group was
04:48 21    regarded by several of the scientists as strong
04:48 22    contradictory data to a judgment that the MTD had
04:48 23    been exceeded.  That's what the reports say.
04:48 24        Q.    The higher survival was in the maximal
04:48 25    dose levels, 30,000 parts per million.  Is that what

Confidential

## Page 282

04:48 1 you're saying?

04:49 2     A.   Correct, in the males.

04:49 3     Q.   And the panel was concerned about the

04:49 4 small numbers of tumors overall that were found in

04:49 5 any group, right?

04:49 6     A.   That point was made, yes.

04:49 7     Q.   And the tumors being referred to by all

04:49 8 who reviewed this are adenomas, not carcinomas,

04:49 9 right?

04:49 10    A.   Correct.

04:49 11    Q.   The panel goes on to say that "The

04:49 12 majority of the pathologists who examined the

04:49 13 proliferative lesion in the male control animal

04:49 14 agreed that the lesion represented a renal adenoma."

04:49 15        So the panel was observing that the

04:49 16 majority of those pathologists that looked at it

04:49 17 concluded that there was a tumor, an adenoma tumor,

04:49 18 in the control group, right?

04:49 19    A.   Yes.  And this was because Monsanto had

04:49 20 brought -- I don't remember the exact number; it's

04:49 21 in my report -- I think there were ten consulting

04:50 22 pathologists and three Monsanto pathologists,

04:50 23 something like 13 in total.  That -- that's what --

04:50 24 that's what the panel members were referring to when

04:50 25 they speak about the majority of pathologists that

## Page 283

04:50 1 voiced an opinion on whether that additional tumor

04:50 2 was in the control mouse.  That's what they are

04:50 3 noting in their report.

04:50 4     Q.   And it's the independent eight scientists

04:50 5 on the SAP who decide which of the pathologists'

04:50 6 views on existence or the nonexistence of tumors in

04:50 7 the control group that the panel is going to listen

04:50 8 to and be persuaded by, right?

04:50 9     A.   Right.  And as is clear in their report,

04:50 10 they were not persuaded by either side; felt that

04:50 11 the unresolved issues were important and

04:50 12 significant, and recommended to EPA to change the

04:51 13 classification to Group D and require Monsanto to

04:51 14 conduct a new mouse oncogenicity study and a new rat

04:51 15 oncogenicity study following the, you know, best

04:51 16 possible study designed to resolve these equivocal

04:51 17 issues that were discussed by the panel.

04:51 18    Q.   Right after the panel observes in its

04:51 19 report, in its response to the charge questions that

04:51 20 the majority of pathologists who examined the lesion

04:51 21 in the male control animal agreed that it

04:51 22 represented a renal adenoma, the panel said

04:51 23 immediately, "Therefore, statistical analysis of the

04:51 24 data should utilize this datum," right?

04:51 25    A.   Correct.  That's what it says.

## Page 284

04:51 1     Q.   So the panel decided that based upon the

04:51 2 views of the majority of pathologists, that the

04:52 3 existence of an observed adenoma in the control

04:52 4 group for the mice should be taken into account in

04:52 5 doing the statistical analysis, right?

04:52 6     A.   Correct.  That's what it says.

04:52 7     Q.   So the panel did not dismiss it?  They

04:52 8 urged EPA to take it into account, right?

04:52 9     A.   That's what it says, yes.

04:52 10    Q.   The panel goes on to say that when the

04:52 11 statistical analysis is age adjusted, that "no

04:52 12 oncogenic effect of glyphosate is demonstrated using

04:52 13 concurrent controls."

04:52 14        This was the next observation of the

04:52 15 panel, right?

04:52 16    A.   Right.  Which is why the debate over this

04:52 17 one tumor in Male Mouse 1028 really -- the debate

04:52 18 over it held in balance the likely regulatory

04:52 19 history and future sales of glyphosate-based

04:53 20 herbicides.  If -- if EPA were convinced that one

04:53 21 tumor was in the control group, it turned a positive

04:53 22 study for oncogenicity into a negative study.  It's

04:53 23 just that simple.

04:53 24    Q.   The debate in front of the SAP panel was

04:53 25 decided and resolved by the independent scientists

## Page 285

04:53 1 on the panel, not by the testifying pathologists,

04:53 2 correct?

04:53 3     A.   This is a -- yeah.  This is a report

04:53 4 developed by and concurred with by the seven members

04:53 5 of the panel.

04:53 6     Q.   Ultimately, the panel concluded that it

04:53 7 did not believe that it was possible to categorize

04:53 8 glyphosate clearly as a possible human carcinogen

04:53 9 under Group C or Group E, no evidence of

04:53 10 carcinogenicity, correct?

04:53 11    A.   Correct.

04:53 12    Q.   And the panel proposed that glyphosate be

04:54 13 categorized as Group D, not classified at all?

04:54 14    A.   Correct.

04:54 15    Q.   Therefore, to do a Data Call-In for

04:54 16 further studies in rats and/or mice to clarify

04:54 17 unresolved questions, right?

04:54 18    A.   Right.

04:54 19    Q.   So the panel's -- from the panel's

04:54 20 standpoint, additional Data Call-In for studies

04:54 21 could be in rats, or they could be in mice, or they

04:54 22 could be in both, and that was up to EPA, right?

04:54 23    A.   Certainly, it would ultimately be EPA's

04:54 24 call on what studies to require and the design of

04:54 25 those studies.  We've already discussed in some

Confidential

Page 286

04:54  1    detail what EPA requested Monsanto conduct and carry
04:54  2    out and submit to the agency.
04:54  3        Q.    As far as the SAP was concerned, the
04:54  4    follow-up studies could be done in rats, or they
04:55  5    could be done in mice, or if --
04:55  6        A.    Or both.
04:55  7        Q.    -- if EPA decided, they could be done in
04:55  8    both, right?
04:55  9        A.    Correct.
04:55  10       Q.    And 25 years later, almost 35 years
04:55  11   later, EPA has looked at all of the existing data
04:55  12   and concluded that there is no evidence of human
04:55  13   carcinogenicity from exposure to glyphosate, right?
04:55  14       A.    That's their current classification.
04:55  15   Correct.
04:56  16       Q.    Let me go to these other documents first.
04:56  17   Let me go to the '89 now.
04:56  18         Let's mark as Exhibit 14.
04:56  19         (Benbrook Exhibit Number 14 is marked for
04:56  20   identification.)
04:56  21   BY MR. COPLE:
04:56  22       Q.    Have you seen this document before,
04:56  23   Dr. Benbrook?
04:57  24       A.    Yes.
04:57  25       Q.    Did you review it in connection with

Page 287

04:57  1    preparing your opinions and expert report in this
04:57  2    case?
04:57  3        A.    Yes, I did.
04:57  4        Q.    Can you tell us what it is?
04:57  5        A.    It's one of a series of EPA memoranda
04:57  6    addressing the issue of use of and interpretation of
04:57  7    this historical control data on the incidence of
04:57  8    tumors in male mice that respond to and evaluate
04:57  9    historical control data submitted to the agency by
04:57  10   Monsanto, along with Monsanto's interpretation of
04:57  11   the significance and relevance of that data to the
04:57  12   agency's assessment of the results of BioDynamic
04:57  13   mouse study.
04:57  14       Q.    All right.  Now, this is from a reviewer,
04:57  15   William Dykstra.  I think you said you know --
04:58  16       A.    I've met him.
04:58  17       Q.    You wouldn't say you know him?
04:58  18       A.    No.
04:58  19       Q.    But you didn't talk to William Dykstra at
04:58  20   the time of this memo being written by him, right?
04:58  21       A.    No, I did not.
04:58  22       Q.    Okay.  This goes to Robert Taylor, PM25.
04:58  23   Do you know what PM25 is?
04:58  24       A.    It's the mail stop in the registration
04:58  25   division, Pesticide Manager 25.

Page 288

04:58  1        Q.    Taylor is the herbicide branch chief --
04:58  2        A.    Right.
04:58  3        Q.    -- in the registration division?
04:58  4          And it goes through the acting branch
04:58  5    chief of toxicology or branch -- Toxicology Branch
04:58  6    I, Edwin Budd.
04:58  7          Do you know either Mr. Taylor or
04:58  8    Mr. Budd?
04:58  9        A.    I met Mr. Taylor three or four times.  I
04:58  10   never met Edwin Budd.
04:58  11       Q.    And it also went through William Berm,
04:58  12   deputy director of the HED, health effects division.
04:58  13         Do you know him?
04:58  14       A.    Yes, I know him.
04:59  15       Q.    All right.  Did you discuss this
04:59  16   particular June 19, 1989, memo prepared by
04:59  17   Mr. Dykstra with Mr. Berm or with Mr. Taylor?
04:59  18       A.    No, I did not.
04:59  19       Q.    If you go to Page 2 of this memo, and
04:59  20   under the -- there's three-quarters of the page says
04:59  21   Conclusions and Recommendations.
04:59  22       A.    Where?  Conclusions, Recommendations?
04:59  23       Q.    I'm on Page 2, Page Number 2.
04:59  24       A.    Oh, okay.
04:59  25       Q.    It says Conclusions and Recommendations.

Page 289

04:59  1        A.    Gotcha, top of the page.
04:59  2        Q.    Top of the page.
04:59  3          Now, there is a -- there is in the second
04:59  4    to last paragraph, that starts with a statement that
04:59  5    "Monsanto cites these data as showing an incidence
04:59  6    of 0 to 6 percent in the control or treating
05:00  7    groups," and it goes on to say, "the occurrences of
05:00  8    renal tubular tumors in treated groups were not
05:00  9    considered compound-related, which matches the upper
05:00  10   incidence of 6 percent in glyphosate study."  And it
05:00  11   concludes that "TB," the toxicology branch, "does
05:00  12   not consider these random data as convincing."
05:00  13         It goes on to say, "However, based on a
05:00  14   meeting held June 7, 1989, between Mr. Dykstra and
05:00  15   Mr. Budd and Mr. Berm, the toxicology branch
05:00  16   concludes that a repeated mouse oncogenicity study
05:00  17   is not required at this time," with the words "at
05:00  18   this time" underlined.
05:00  19         Do you see that?
05:00  20       A.    I do.
05:00  21       Q.    Do you know what this meeting was June 7,
05:00  22   1989?
05:00  23       A.    It was a meeting of these individuals in
05:00  24   the toxicology branch.
05:00  25       Q.    You have personal knowledge of the

Confidential

## Page 290

05:00  1  meeting?

05:00  2      A.   I may have read a memo on the meeting.

05:01  3      Q.   You never spoke to anyone about what this

05:01  4  meeting was?

05:01  5      A.   No, sir.

05:01  6      Q.   It says, based on that meeting, Dykstra,

05:01  7  Budd and Berm, who were all employees of EPA in the

05:01  8  Toxicology Branch I.   Correct?

05:01  9      A.   Yes.

05:01  10     Q.   All right.   That they concluded,

05:01  11 presumably together, that the mouse oncogenicity

05:01  12 study is not required at this time.

05:01  13          This is the 1983 study, correct?

05:01  14     A.   What they're saying is that they're not

05:01  15 going to require or repeat the mouse study at this

05:01  16 time and that they're going to wait for the results

05:01  17 of the two-year rat study, which was well along at

05:01  18 this point in time.

05:01  19     Q.   In fact, the concluding sentence says, by

05:01  20 Mr. Dykstra, "After the results of the new two-year

05:01  21 rat chronic toxicity and oncogenicity study are

05:01  22 reviewed, the toxicology branch will reconsider

05:02  23 whether the repeat of the mouse oncogenicity study

05:02  24 is required."   Right?

05:02  25     A.   That's what it says.

## Page 291

05:02  1      Q.   So at this point in time, it's June 1989,

05:02  2  and it's a little more than three years after the

05:02  3  SAP of February 11 and 12, 1986, had happened, and

05:02  4  three years on, the toxicology branch that had done

05:02  5  the initial review of the 1983 mouse study, is

05:02  6  considering whether to reconsider the repeating of

05:02  7  the mouse study and whether that's required, right?

05:02  8      A.   Yeah, that's what this memo is stating.

05:02  9      Q.   So this group of scientists had changed

05:02  10 their mind at EPA in terms of whether that repeat of

05:02  11 the oncology -- oncogenicity study of the 1983 mice

05:03  12 done by BioDynamics needed to be repeated or not,

05:03  13 right?

05:03  14     A.   Well, as it says, they're deferring their

05:03  15 final decision on it and waiting for the opportunity

05:03  16 to review the results of the rat study at this

05:03  17 particular point in time in the evolution of this

05:03  18 issue.

05:03  19     Q.   The two-year rat study -- the new

05:03  20 two-year rat study of chronic toxicity and

05:03  21 oncogenicity that's being referred to in this

05:03  22 paragraph by Mr. Dykstra, that -- that's the rat

05:03  23 study to be conducted -- that was being conducted on

05:03  24 behalf of Monsanto, correct?

05:03  25     A.   In response to the registration of

## Page 292

05:03  1  standard document in 1986.   Correct.

05:03  2      Q.   And as envisioned by the recommendation

05:03  3  that the SAP independent scientists had made in 1986

05:04  4  after the SAP hearing, correct?

05:04  5      A.   Correct.

05:04  6      Q.   So this was the culmination as of

05:04  7  June 1989 of the SAP panel that heard the majority

05:04  8  of pathologists tell them that there was an adenoma

05:04  9  tumor that was found in the mice control group for

05:04  10 the 1983 study, right?

05:04  11     A.   I don't believe that this memo

05:04  12 represented the final end word.   It wasn't the

05:04  13 culmination of that.   This memo reflects the

05:04  14 position of the toxicology branch as of the date on

05:04  15 it -- was it June 1989?

05:04  16          There had been multiple letters,

05:04  17 meetings, transmission of data between Monsanto and

05:05  18 the Office of Pesticide Programs on a -- on a steady

05:05  19 basis from 1983 until this point in time.   It was --

05:05  20 it was apparent and clear to the Office of Pesticide

05:05  21 Program personnel that Monsanto was determined to

05:05  22 convince the agency to change its position on this

05:05  23 particular mouse study and would do whatever was

05:05  24 required to achieve that goal, short of redoing the

05:05  25 mouse study, which would have been what a

## Page 293

05:05  1  responsible company would do given that EPA took the

05:05  2  time to develop and provide to Monsanto the

05:06  3  protocols for a highly sensitive, very rigorous

05:06  4  repeat mouse study, which I think most scientists

05:06  5  that are skilled at reviewing study designs would

05:06  6  say was much more powerful statistically than the

05:06  7  original '93 BioDynamic study.

05:06  8          And you never can predict what a new

05:06  9  study might show, but certainly EPA's hope and

05:06  10 expectation was that when Monsanto conducted that

05:06  11 new study following that EPA recommended protocol,

05:06  12 that it would have a solid, strong scientific basis

05:06  13 to turn the equivocal interpretation of the '83

05:06  14 study into one that was widely embraced both within

05:07  15 EPA and in Monsanto and by future SAPs.

05:07  16     Q.   At the time of this June 7, 1989, meeting

05:07  17 that was held between Mr. Dykstra, Mr. Budd, and

05:07  18 Mr. Berm and this document of June 19, 1989,

05:07  19 prepared by Mr. Dykstra, the classification for

05:07  20 oncogenicity for glyphosate was no longer in Group

05:07  21 or Category C, right?

05:07  22     A.   Well, that classification was -- it was

05:07  23 in play.   I don't recall seeing an official EPA

05:07  24 memorandum that said that the agency had officially

05:07  25 changed the classification as of this date.   I'm not

Confidential

Page 294

05:07 1  aware of that.

05:07 2  Q.    The SAP, however, three years earlier,

05:07 3  had recommended, based on the evidence they heard

05:08 4  from the majority of pathologists that they had

05:08 5  heard, that the classification be changed from C to

05:08 6  D, meaning not classifiable, right?

05:08 7  A.    That is correct.  That was the SAP

05:08 8  recommendation.

05:08 9  Q.    All right.  Let's go back to the SAP

05:08 10  verbatim transcript.  I don't have marked down the

05:08 11  number.  You have it in front of you.

05:08 12  A.    It's 12.

05:08 13  Q.    Twelve.  Exhibit 12.  Now, do you recall

05:08 14  who Dr. Swenberg was?

05:08 15  A.    Yes.

05:08 16  Q.    Who was he?

05:08 17  A.    A member of the panel.

05:08 18  Q.    Dr. Grisham?

05:08 19  A.    Yes.  He was a member of the panel too,

05:09 20  as well.

05:09 21  Q.    And Dr. Kilgore was the chairman,

05:09 22  correct?

05:09 23  A.    Correct.

05:09 24  Q.    All right.  Now, you have no reason to

05:09 25  doubt the independence of any of these scientists

Page 295

05:09 1  that were appointed to serve and did serve on the

05:09 2  EPA scientific advisory panel for glyphosate in '86,

05:09 3  right?

05:09 4  A.    I made no effort to try to track down

05:09 5  whether they might have any preconceived ideas,

05:09 6  financial conflicts of interest.  I didn't have the

05:09 7  time or opportunity to do that, so I can't speak to

05:09 8  it.

05:09 9  Q.    So you have no information sitting here

05:09 10  to suggest that they wouldn't be anything other than

05:09 11  independent, right?

05:09 12  A.    One way or another, no information.

05:09 13  Q.    All right.  If you go to Page 56 of the

05:09 14  hearing manuscript.

05:09 15  A.    Okay.

05:10 16  Q.    Chairman Kilgore turns to Dr. Swenberg.

05:10 17  It's about two-thirds --

05:10 18  A.    Just --

05:10 19  Q.    Sure.

05:10 20  A.    Let me get a sense of is this after EPA

05:10 21  and Monsanto had made their presentations and the

05:10 22  open discussion had started?

05:10 23  Q.    Well, I'm just going to ask questions

05:10 24  about Dr. Swenberg.

05:10 25  A.    Okay.  Go ahead.

Page 296

05:10 1  Q.    All right.  Chairman Kilgore turns to

05:10 2  Dr. Swenberg, and Dr. Swenberg starts by saying,

05:10 3  "This is not an easy issue," and he thinks that

05:10 4  everybody involved can agree on that, that it's not

05:10 5  an easy issue.

05:10 6  Then he talks about the 1013 versus 0013

05:10 7  as "something that we need to deal with." He says,

05:10 8  "I know Dr. Grisham and I have now had a chance to

05:11 9  look at that questionable tumor, and I think it's

05:11 10  very understandable why there is some disagreement

05:11 11  about it."

05:11 12  Now, you would agree that Dr. Swenberg

05:11 13  was talking about the adenoma that was observed by

05:11 14  the majority of pathologists testifying in the

05:11 15  control group for the '83 BioDynamics study?

05:11 16  MR. LITZENBURG:  Form.

05:11 17  THE WITNESS:  I think Dr. Swenberg is

05:11 18  indicating in this passage that he's not

05:11 19  convinced that the interpretation of the

05:11 20  Monsanto pathologist brought to the meeting is

05:11 21  correct.  If he felt that it was correct, he

05:11 22  wouldn't have said that it's such a difficult

05:11 23  issue.

05:11 24  BY MR. COPLE:

05:11 25  Q.    Well, he goes on to say, "It's a very

Page 297

05:11 1  small lesion but by classic definition, which in

05:11 2  differentiating a hyperplastic lesion from a

05:11 3  neoplastic lesion that's been used by the National

05:12 4  Toxicology Program at least, is if it exceeds the

05:12 5  width of -- the diameter of two tubules, this

05:12 6  particular lesion in the slide that -- that is

05:12 7  here, it's approximately 5 diameters of the tubule."

05:12 8  That's what Dr. Swenberg was now

05:12 9  observing, right?

05:12 10  A.    That's what it says here, yes.

05:12 11  Q.    And he concludes based on that, that "So

05:12 12  on that basis, it would fall into the adenoma

05:12 13  category where there's going to be a strict

05:12 14  classification person," right?

05:12 15  A.    I kind of don't understand what he means

05:12 16  by "where there is going to be a strict

05:12 17  classification person." I don't understand that.

05:12 18  Q.    Dr. Swenberg is now concluding that based

05:12 19  upon the diameter of the adenoma, or the lesion that

05:12 20  was seen in the slide for the control group, that he

05:12 21  sees this falling into the adenoma category, right?

05:12 22  A.    Well, as he says, he's making reference

05:12 23  to an NTP guideline, I assume, for histopathological

05:13 24  assessment of tumors.  And I'm not aware of that,

05:13 25  that particular provision, but this is -- yeah, this

Confidential

Page 298

05:13  1    is what he says.
05:13  2        Q.   You have no expertise on this, correct?
05:13  3        A.   No.  I would not present myself as an
05:13  4    expert pathologist.
05:13  5        Q.   According to this transcript on Pages 56
05:13  6    and 57, Dr. Swenberg is saying that he sees, based
05:13  7    on the diameter of the tubules for the lesions seen
05:13  8    on the control group slide, that it's now in the
05:13  9    adenoma category?
05:13  10       A.   It's his explanation of one criteria, one
05:13  11   test that another government agency, the National
05:13  12   Toxicology Program, apparently uses.  He said, if
05:13  13   one follows that, believes that, then in his
05:14  14   judgment, the tumor, the cell mass observed in 1028
05:14  15   -- Mouse 1028 would be an adenoma.  Yeah, that's
05:14  16   what it says.
05:14  17       Q.   All right.  So Dr. Swenberg continues in
05:14  18   his conversation with Chairman Kilgore, or in open
05:14  19   session -- he says, "In addition, something which
05:14  20   hasn't been mentioned is that one of the control
05:14  21   animals also had tubular hyperplasia, and frequently
05:14  22   when we're reviewing the NTP studies," National
05:14  23   Toxicology Program studies, "we look at a composite
05:14  24   of hyperplasia, benign adenomas, and carcinomas."
05:14  25           He says that as part of his explanation,

Page 299

05:14  1    that there may be a second tumor in the control
05:14  2    group, right?
05:14  3        A.   Correct.
05:14  4        Q.   Because he says specifically, "This then
05:15  5    brings us up to a numerator of 2 in the control
05:15  6    groups, which puts even additional question, I
05:15  7    think" -- he thinks -- "on the statistical validity
05:15  8    of whether or not we have a positive result,"
05:15  9    meaning a positive oncogenicity, right?
05:15  10       A.   That's what he is saying.  Correct.
05:15  11       Q.   So Dr. Swenberg is laying out his
05:15  12   criteria and his basis for concluding that based
05:15  13   upon everything he's seen, everything he's heard at
05:15  14   this hearing on February 11 and February 12, 1986,
05:15  15   that he now sees that there's not only a -- a lesion
05:15  16   that's an adenoma in the control group, but even the
05:15  17   possibility of a second one, correct?
05:15  18       A.   That's what he's addressing here.  Yes.
05:15  19       Q.   And the existence of even a single
05:16  20   adenoma in the control group may compromise the
05:16  21   outcome and evaluation of the 1983 study by the
05:16  22   toxicology branch concluding that there was
05:16  23   oncogenicity, right?
05:16  24       A.   That is correct.
05:16  25       Q.   And here, Dr. Swenberg is saying there's

Page 300

05:16  1    a possibility of two bases for a compromise of that
05:16  2    conclusion from June 1985, by the -- I'm sorry,
05:16  3    February 1985, by the toxicology branch?
05:16  4        A.   Right.  He speaks about the possibility
05:16  5    that the interpretation of the slides is correct.
05:16  6    But he also says it's a difficult to equivocal call.
05:16  7        Q.   And you have no -- no basis to disagree
05:16  8    with Dr. Swenberg's observations, correct?
05:16  9        A.   No.
05:16  10       Q.   Now, in your report, you discuss the fact
05:17  11   that some of the independent SAP scientists had
05:17  12   believed there was a tumor in the control group?  In
05:17  13   your expert report, did you discuss that?
05:17  14       A.   What paragraph are we talking about?
05:17  15       Q.   I'm asking you if you did discuss --
05:17  16       A.   Yeah.  I -- there's a lengthy section on
05:17  17   this scientific advisory panel meeting and
05:17  18   presentations and data discussed.
05:17  19       Q.   Well, which members of the independent
05:17  20   SAP did you identify in your report as concluding
05:17  21   that there was a tumor in the control group?
05:17  22           MR. LITZENBURG:  Form.
05:17  23           THE WITNESS:  I don't recall if I
05:17  24   specifically named any of the individual members
05:17  25   of the SAP panel.  I did name the consulting

Page 301

05:17  1    pathologist brought to the meeting by Monsanto.
05:17  2    I quoted -- I quoted their kind of summary
05:17  3    take-home message as recorded in the transcript,
05:18  4    but I don't think I attributed any individual
05:18  5    discussion item to a single member of the SAP.
05:18  6    I don't believe I did, but it's been a while
05:18  7    since I read it.
05:18  8    BY MR. COPLE:
05:18  9        Q.   So you don't think that you made any
05:18  10   comment identifying that an independent scientist
05:18  11   serving on the SAP itself in 1986 had come to the
05:18  12   conclusion like Dr. Swenberg did, that there was a
05:18  13   tumor in the control group, right?
05:18  14       A.   I'll have to go back and read the
05:18  15   section.
05:18  16       Q.   Well, we can go to page --
05:18  17       A.   You've got it.
05:18  18       Q.   We can go to Page 87 of your report.
05:18  19       A.   Okay.
05:18  20       Q.   And on Page 87, in numbered paragraph
05:19  21   456, 456, you talk about the three individuals at
05:19  22   the SAP meeting that supported the conclusion of no
05:19  23   tumor in Control Animal 1028, and that there were
05:19  24   EPA scientists, Farber -- it says Farber, Kasza, and
05:19  25   Lacayo, correct?

Confidential

Page 302

05:19   1     A.    Correct.
05:19   2     Q.    And that the 14 yes votes were the
05:19   3  pathologists retained by Monsanto to provide their
05:19   4  professional opinions, right?
05:19   5     A.    Correct.
05:19   6     Q.    And where do you claim -- where do you
05:19   7  identify that a member of the SAP independent
05:19   8  scientist group on the panel had also reached the
05:19   9  same conclusion as the majority of pathologists?
05:19  10           MR. LITZENBURG:  Form.
05:19  11           THE WITNESS:  I -- I don't believe I made
05:19  12     that statement, but in Paragraph 457, I write,
05:19  13     "Taking into account the uncertainty over the
05:19  14     number of renal tubular adenomas, the use of
05:20  15     historical controls and the statistical methods
05:20  16     used to judge whether the observed tumors were
05:20  17     treatment-related, the SAP's final judgment was
05:20  18     equivocal," and then I quote the primary summary
05:20  19     statement that we talked about earlier.
05:20  20  BY MR. COPLE:
05:20  21     Q.    It was equivocal because the panel had
05:20  22  suggested or recommended the EPA, in its final
05:20  23  report, that oncogen, a possible oncogen, Category C
05:20  24  be changed by the EPA to Group D, not classified,
05:20  25  right?

Page 303

05:20   1     A.    No, that's not right.
05:20   2     Q.    That's not right?  That's not what they
05:20   3  did?
05:20   4     A.    No.  The way you framed the question -- I
05:20   5  don't agree with the insertion embedded in your
05:20   6  question.
05:20   7     Q.    Let me try it again.
05:20   8     A.    Okay.
05:20   9     Q.    You said that the panel's recommendation
05:20  10  was equivocal regarding the continued classification
05:21  11  of glyphosate as Category C; is that correct?
05:21  12     A.    Correct.
05:21  13     Q.    And it was equivocal -- I'm asking, was
05:21  14  it equivocal because what the panel recommended was
05:21  15  that the classification be moved to D, which is not
05:21  16  classified at all?
05:21  17     A.    No.  It was equivocal because there was
05:21  18  remaining uncertainty about the additional renal
05:21  19  tubular adenoma possibly in Control Animal 1028.
05:21  20  There was ongoing uncertainty about whether the
05:21  21  maximum tolerated dose had been approached or
05:21  22  exceeded or whether that affected the results of the
05:21  23  study.
05:21  24           There was ongoing disagreement between
05:21  25  EPA and Monsanto over the appropriate use of

Page 304

05:21   1  historical control data in evaluating the specific
05:22   2  results of this 1983 BioDynamic mouse study,
05:22   3  despite, at this point, over three years of detailed
05:22   4  review and assessment and debate about the results
05:22   5  of this particular study, the -- I think the clear
05:22   6  conclusion of the SAP was that there simply was not
05:22   7  clear and convincing and consistent data to reach a
05:22   8  final conclusion about whether that particular study
05:22   9  was positive for this rare and worrisome kidney
05:22  10  tumor; and for that reason, they recommended that
05:22  11  additional studies, better data be collected through
05:22  12  a Data Call-In, and that in the interim, they change
05:22  13  the classification from Group C to Group D.
05:23  14     Q.    And three years later, Mr. Dykstra, who
05:23  15  was part of the original toxicology branch review in
05:23  16  1985, the 1983 mouse study, had been part of a
05:23  17  three-person meeting that concluded that they should
05:23  18  wait for the rat study to come in and then consider
05:23  19  whether the mouse, second mouse study was required
05:23  20  or not, right?
05:23  21     A.    Correct.
05:23  22     Q.    All right.  Now, in 456, on Page 87, the
05:23  23  Number 456 --
05:23  24     A.    Yep.
05:23  25     Q.    -- you comment that "The three

Page 305

05:23   1  individuals at the SAP meeting supporting the
05:23   2  conclusion that there was no tumor in Control Animal
05:23   3  1028 were the EPA scientists," as we talked about.
05:23   4           You go on to say that "All 14 yes votes
05:23   5  were expressed by individuals working for or hired
05:23   6  by Monsanto."
05:23   7           Well, Dr. Swenberg wasn't working for or
05:23   8  hired by Monsanto in any way, right?
05:23   9           MR. LITZENBURG:  Form.
05:23  10           THE WITNESS:  I'm not aware that he was
05:23  11     at the time.
05:23  12  BY MR. COPLE:
05:23  13     Q.    And Dr. Swenberg had the clear
05:24  14  conclusion, according to Pages 56 and 57 of the
05:24  15  transcript, that there was not only a control group
05:24  16  tumor identified based on the lesion characteristics
05:24  17  and the criteria used by NTP, but he also saw the
05:24  18  possibility of a second tumor in the control group
05:24  19  for the '83 study, right?
05:24  20           MR. LITZENBURG:  Form.
05:24  21           THE WITNESS:  Correct.  We've gone over
05:24  22     that, and he had other comments to make about
05:24  23     the difficulty of interpreting the particular
05:24  24     study.  And at the end of the day, I based -- I
05:24  25     based my review and assessment in a way that

Confidential

---

### Page 306

05:24 1    this SAP meeting affects my opinion about the
05:24 2    underlying issues on what the panel concluded
05:24 3    after all of its deliberations and taking into
05:24 4    account the differing views around the table.
05:25 5    To me, that was the important take-home message.
05:25 6       As Dr. Swenberg I think makes pretty
05:25 7    clear, the histopathological diagnostic criteria
05:25 8    that he was talking about were used by some
05:25 9    pathologists that worked for the NTP, and I
05:25 10   think Dr. Swenberg was one of those
05:25 11   pathologists, and he was bringing to the panel
05:25 12   that this is one set of criteria used by a
05:25 13   pathologist to address this difficult type of
05:25 14   question about, you know, whether a particular
05:25 15   cell mass is rightfully diagnosed as a renal
05:25 16   tubular adenoma or hypoplasia or a carcinoma.
05:26 17       I don't think, and I certainly did not
05:26 18   read from his comments before the SAP, that he
05:26 19   felt that that was the definitive and final
05:26 20   assessment of the issue. He was reporting the
05:26 21   useful information to the panel, which the panel
05:26 22   took into account no doubt in its final
05:26 23   judgment.
05:26 24   BY MR. COPLE:
05:26 25      Q.   Well, you just said you took into account

---

### Page 307

05:26 1   in preparing -- coming to your opinions and
05:26 2   preparing your report all of the varying -- all the
05:26 3   various viewpoints that were expressed at the SAP
05:26 4   hearing on the '83 mouse study that was held in
05:26 5   1986, on February 11 and 12.
05:26 6       There's nothing in your expert report
05:26 7   that identifies Dr. Swenberg's view of there being
05:26 8   not only one adenoma control group, adenoma
05:26 9   identified in the resectioning of the kidney, the
05:27 10   kidney slides, but a possibility of a second one.
05:27 11   You don't identify that in your report.
05:27 12      A.   And I don't identify any of the other
05:27 13   views expressed by other individual members of the
05:27 14   committee. I instead focused on the statement of
05:27 15   the committee at the end of its deliberations as
05:27 16   articulated in its final report.
05:27 17      Q.   Were there other members among the eight
05:27 18   scientists on the review panel, the independent
05:27 19   scientists who are members of the review panel, that
05:27 20   agreed with Dr. Swenberg's view that there was not
05:27 21   only one adenoma in the control group but possibly
05:27 22   two?
05:27 23      A.   I was not privy to whatever further
05:27 24   dialogues the committee had after the public
05:27 25   meeting. It's not part of the transcript. They

---

### Page 308

05:27 1   spend a certain amount of time in writing their
05:28 2   report. There's some ongoing dialogue, probably
05:28 3   some further interaction with the EPA scientists,
05:28 4   possibly some further interaction with some of the
05:28 5   consulting pathologists that Monsanto brought to the
05:28 6   meeting.
05:28 7       I, nor I think anyone in the public, has
05:28 8   no way of knowing any further details on why the
05:28 9   committee came out with the decision that they did.
05:28 10       If all of the members of the committee
05:28 11   had agreed or been persuaded that there were two
05:28 12   positives in the control group, as Dr. Swenberg laid
05:28 13   out a set of criteria that might lead to that
05:28 14   judgment -- if they had all been persuaded of that,
05:28 15   it's very clear to me that they would not have said
05:28 16   in their final report that it would be -- that the
05:28 17   panel feels that the data is inadequate to classify
05:29 18   glyphosate based on that one study. They would have
05:29 19   said it's a negative study. I mean, if there were
05:29 20   two positive tumors in the control group, zero in
05:29 21   the low treatment group, one in three, there's
05:29 22   nobody -- wouldn't need any fancy statistics to say
05:29 23   that that's not a positive study. So that is --
05:29 24   that's quite clear.
05:29 25       There had to have been some members of

---

### Page 309

05:29 1   the panel that were not convinced that there were
05:29 2   two renal tubular adenomas in the control group of
05:29 3   male mice. And I will venture a guess -- I will
05:29 4   venture a guess that Dr. Swenberg wasn't certain of
05:29 5   that either.
05:29 6      Q.   You had no basis to know one way or the
05:29 7   other what Dr. Swenberg was certain of, other than
05:29 8   looking at his actual testimony transcript, right?
05:30 9      A.   That is an absolutely true statement,
05:30 10   sir.
05:30 11      Q.   Who is Mr. Harness, can you tell me?
05:30 12      A.   Pardon me.
05:30 13      Q.   Mr. Harness?
05:30 14      A.   He's a Monsanto employee.
05:30 15      Q.   Did you talk to Mr. Harness about the
05:30 16   views of Monsanto regarding the 1983 mouse study?
05:30 17      A.   No, I can't imagine I ever did. I met
05:30 18   him a time or two, but I can't imagine this would
05:30 19   have come up.
05:30 20      Q.   And you never spoke to Dr. Swenberg about
05:30 21   the views he expressed on the record verbatim?
05:30 22      A.   I'll answer the same way I answered the
05:30 23   last time you asked me. No, I did not.
05:31 24       MR. COPLE: Let's mark this. Let's mark
05:31 25   this document Exhibit 15.

---

Confidential

## Page 310

05:31 1     THE VIDEOGRAPHER: Counsel, I want to let
05:31 2 you know we are at the seven hours.
05:31 3     THE WITNESS: What did you say?
05:31 4     THE VIDEOGRAPHER: We hit the seven
05:31 5 hours.
05:31 6     MR. COPLE: Let's go off the record for a
05:31 7 second.
05:31 8     THE VIDEOGRAPHER: The time is 5:31 p.m.
05:31 9 We are off the record.
05:31 10     (Benbrook Exhibit Number 15 is marked for
05:31 11 identification.)
05:31 12     (Discussion off the record.)
05:31 13     THE VIDEOGRAPHER: The time is now 5:32.
05:31 14 We are on the record.
05:32 15 BY MR. COPLE:
05:32 16     Q.   I've marked as Exhibit 15 for the
05:32 17 deposition, Dr. Benbrook, a document dated
05:32 18 October 30th, 1991, from EPA, and it's called the
05:32 19 "Second peer-review of glyphosate."
05:32 20     Have you seen this document before?
05:32 21     A.   Yes.
05:32 22     Q.   Have you considered it in connection with
05:32 23 your expert report in forming your opinions in this
05:32 24 case?
05:32 25     A.   Yes.

## Page 311

05:32 1     Q.   All right.  This is also from Dr. Dykstra
05:32 2 in Tox Branch I in the health effects division,
05:32 3 correct?
05:32 4     A.   Correct.
05:32 5     Q.   And it's also from a Dr. Ghali.  Do you
05:32 6 know Dr. Ghali?
05:32 7     A.   No.  I've never met him.
05:32 8     Q.   And you did say you know Mr. Taylor,
05:32 9 correct?
05:32 10     A.   Yes.
05:32 11     Q.   And there's a Lois Rossi as chief of
05:32 12 reregistration branch.  Do you know Ms. Rossi?
05:32 13     A.   Yes.  I've had several meetings with Lois
05:32 14 Rossi.
05:32 15     Q.   Had several meetings with her about this
05:32 16 document?
05:32 17     A.   No.
05:32 18     Q.   About unrelated matters?
05:33 19     A.   Correct.
05:33 20     Q.   There are signatures on the next page,
05:33 21 next to the individuals in attention -- in
05:33 22 attendance for the peer review committee.  It lists
05:33 23 Fenner-Crisp; Burnam; it looks like Baetcke;
05:33 24 Van Gemert; Rinde; Pettigrew; Copley; Brennecke; and
05:33 25 Ghali.

## Page 312

05:33 1     Do you know any of these individuals?
05:33 2     A.   I know Penny Fenner-Crisp, Bill Burnam.
05:33 3 I met Marcia Van Gemert a time or two.  And none of
05:33 4 the others in that first list.
05:33 5     Q.   Okay.  And as indicated in the
05:33 6 parentheses next to peer review committee, it says
05:34 7 the signature indicates concurrence with the peer
05:34 8 review report and findings unless otherwise stated,
05:34 9 correct?
05:34 10     A.   Correct.
05:34 11     Q.   And there's also, in the second category,
05:34 12 peer review members that were in absentia, because
05:34 13 they were unable to attend discussion, but they can
05:34 14 indicate concurrence by signature, right?
05:34 15     A.   Correct.
05:34 16     Q.   So there's -- Engler, you indicated you
05:34 17 know, right?
05:34 18     A.   Yes.
05:34 19     Q.   And Quest, Dearfield, Woo, Sette,
05:34 20 Beliles?
05:34 21     A.   I met Jean Parker once.
05:34 22     Q.   Okay.
05:34 23     A.   I remember her very vaguely.  I don't
05:34 24 remember any of the others in the Point Number 2
05:34 25 list.

## Page 313

05:34 1     Q.   Okay.  And then Beliles and Du.  The only
05:34 2 name I see on here that does not concur is Robert
05:34 3 Beliles, correct?
05:34 4     A.   And Jean Parker.
05:34 5     Q.   And Jean Parker.  Two nonconcurs, right?
05:35 6     A.   Right.
05:35 7     Q.   On the scientific group reviewers were
05:35 8 Dr. Dykstra and Roger Gardner, right?
05:35 9     A.   Correct.
05:35 10     Q.   They did the data presentation.  Do you
05:35 11 know Roger Gardner?
05:35 12     A.   No.
05:35 13     Q.   If you go to Page 4 of this, and before
05:35 14 we go to Page 4, are you familiar with what a peer
05:35 15 review is in the health effects -- in the toxicology
05:35 16 branch of the health effects division in OPP?
05:35 17     A.   Yes, certainly in general.
05:35 18     Q.   What is peer review?
05:35 19     A.   Well, this is one of them.  It's an
05:35 20 assessment by a group of scientists of the technical
05:35 21 basis for a judgment that the agency is making about
05:35 22 the interpretation of a given study or weight of the
05:35 23 evidence evaluation based on several studies or a
05:35 24 review of the technical basis for some aspect of the
05:36 25 risk assessment process.

Confidential

Page 314

05:36  1      Q.    All right.  Now, on Page 4, it starts in
05:36  2   the first full paragraph, it says, "The SAP
05:36  3   determined that the carcinogenic potential of
05:36  4   glyphosate could not be determined."
05:36  5      A.    Where are we, sir?
05:36  6      Q.    I'm on Page 4 --
05:36  7      A.    Page 4.
05:36  8      Q.    -- of this document.  Page numbers are at
05:36  9   the top.
05:36 10      A.    I see it.
05:36 11      Q.    The first full paragraph starts with "The
05:36 12   SAP."  Do you see that?
05:36 13      A.    Uh-huh.
05:36 14      Q.    It says, "The SAP determined that the
05:36 15   carcinogenic potential of glyphosate could not be
05:36 16   determined from existing data and proposed that rat
05:36 17   and/or mouse studies be repeated in order to clarify
05:36 18   these equivocal findings."  Right?
05:36 19      A.    Correct.
05:36 20      Q.    So this is a reference back to the 1986
05:36 21   hearing that the SAP determined, correct?
05:36 22      A.    And intervening meetings.
05:36 23      Q.    Is there a different SAP that was
05:37 24   involved besides that?
05:37 25      A.    No.

Page 315

05:37  1      Q.    So it was --
05:37  2      A.    We talked about the June 1989 memo
05:37  3   already, which was -- addressed this same set of
05:37  4   issues.
05:37  5      Q.    I understand that you have talked about
05:37  6   that, but this particular paragraph is only talking
05:37  7   about the SAP itself, right?
05:37  8      A.    Correct.
05:37  9      Q.    So that would have been the February 11
05:37 10   and 12, 1986, hearing that SAP had, right?
05:37 11      A.    Correct.
05:37 12      Q.    And that would have been the same hearing
05:37 13   in 1986 that we just talked about on the verbatim
05:37 14   transcript with Dr. Swenberg's views as an
05:37 15   independent scientist on the panel, right?
05:37 16      A.    Correct.
05:37 17      Q.    In the next paragraph, it says, "HED
05:37 18   deferred" -- and HED, that's health effects
05:37 19   division?
05:37 20      A.    Correct.
05:37 21      Q.    "HED deferred a decision on the repeat of
05:37 22   an additional mouse carcinogenicity study until the
05:37 23   1990 rat feeding study had been evaluated by the
05:37 24   peer review committee."  Right?
05:37 25      A.    That's what it says, yes.

Page 316

05:37  1      Q.    All right.  Is that a reference to the
05:37  2   earlier deferral of the decision by the three
05:38  3   persons involved, Mr. Dykstra, Mr. Berm, and there
05:38  4   was a third person?
05:38  5      A.    Yes, it is.
05:38  6      Q.    On the first page.  This peer review
05:39  7   committee reviewed all the data that was available
05:39  8   to the EPA in the health effects division up until
05:39  9   the point of this peer review, right?
05:39 10           MR. LITZENBURG:  Form.
05:39 11           THE WITNESS:  I sincerely doubt all the
05:39 12   data.  No.  I would imagine that if I read the
05:39 13   document, it would be clear what studies they
05:39 14   primarily focused on.  I'm sure the underlying
05:39 15   issues addressed at the SAP meeting were the
05:39 16   most important ones considered, but this was --
05:39 17   I'm quite sure this committee didn't do a
05:39 18   de novo review of all the relevant studies on
05:39 19   glyphosate.
05:39 20   BY MR. COPLE:
05:39 21      Q.    You have no basis to say that other than
05:39 22   looking at this document; is that correct?
05:40 23      A.    Well, just, you know, it would be
05:40 24   unimaginable to me that the Office of Pesticide
05:40 25   Programs would ask 12 or 14 of its senior scientists

Page 317

05:40  1   to drop all of its other work to reassess 14 or
05:40  2   however many of the 14 chronic feeding studies had
05:40  3   been submitted at that time on glyphosate plus the
05:40  4   several dozen genotox studies and all the other
05:40  5   information that was available to the agency.  They
05:40  6   wouldn't have reassessed the entire database.
05:40  7      Q.    If you go to the classification section,
05:40  8   which is on Page 19 of the peer review committee
05:40  9   report.  It's under subsection -- or Paragraph
05:41 10   Section G.
05:41 11      A.    Okay.
05:41 12      Q.    In the first paragraph below the
05:41 13   subheading "Classification," it says, "Considering
05:41 14   criteria contained in the EPA guidelines for
05:41 15   classifying a carcinogen."
05:41 16           First, are you familiar with the EPA
05:41 17   guidelines?
05:41 18      A.    Yes.
05:41 19      Q.    These are the 1986 guidelines, correct?
05:41 20      A.    Yes.
05:41 21      Q.    They've been updated since 1986?
05:41 22      A.    Yes.
05:41 23      Q.    So currently, EPA uses an updated set of
05:41 24   the same carcinogenicity guidelines for classifying
05:41 25   chemicals, right?

Confidential

Page 318

05:41 1   A.   Correct.

05:41 2   Q.   At this time the applicable guideline was

05:41 3   based on the 1986 version, even though this 1991,

05:41 4   correct?

05:41 5   A.   Correct.

05:41 6   Q.   The peer review committee concluded that

05:41 7   glyphosate should be classified as a Group E,

05:41 8   evidence of noncarcinogenicity for humans.

05:41 9        It goes on to say, "based on lack of

05:41 10  convincing carcinogenicity evidence in adequate

05:41 11  studies in two animal species," correct?

05:42 12  A.   Correct.

05:42 13  Q.   So at this point in time, October 30,

05:42 14  1991, all of the members of the peer review

05:42 15  committee except for the two nonconcurring members,

05:42 16  neither of whom were in attendance at the

05:42 17  discussion, had concluded that the appropriate

05:42 18  classification for glyphosate was Category or

05:42 19  Group E, right?

05:42 20       MR. LITZENBURG:  Form.

05:42 21       THE WITNESS:  Yes.  Their signature

05:42 22  indicates concurrence with the results of the

05:42 23  peer review committee.

05:42 24  BY MR. COPLE:

05:42 25  Q.   And this is based on the convincing

Page 319

05:42 1   carcinogenicity evidence in adequate studies in two

05:42 2   animal models, right?

05:42 3   A.   That's the criteria that's specifically

05:42 4   mentioned in this report.

05:42 5   Q.   Now, it goes on in the last paragraph,

05:42 6   Dr. Benbrook, to say that "It should be emphasized,

05:43 7   however, that designation of an agent in Group E is

05:43 8   based on the available evidence at the time of

05:43 9   evaluation and should not be interpreted as a

05:43 10  definitive conclusion that the agent will not be a

05:43 11  carcinogen under any circumstances."  Correct?

05:43 12  A.   That's what it says.

05:43 13  Q.   And here we are in 2018, and the

05:43 14  evaluation that is reached by EPA based on the most

05:43 15  recent OPP document, based upon the testimony of

05:43 16  Anna Lowit two days ago in front of the House

05:43 17  Committee is that there's no basis to conclude that

05:43 18  glyphosate is a human carcinogen.  Right?

05:43 19       MR. LITZENBURG:  Form.

05:43 20       THE WITNESS:  Well, no.  I think that the

05:43 21  EPA's basic conclusion is essentially the same

05:43 22  as this; that based on the available evidence at

05:43 23  the time, the time being 2018 now, the agency

05:44 24  does not consider that there is definitive

05:44 25  evidence to judge that glyphosate is a

Page 320

05:44 1   carcinogen.  And certainly, they, you know --

05:44 2   they would continue to add the caveat of under

05:44 3   any circumstances, as any scientific

05:44 4   organization would.

05:44 5   BY MR. COPLE:

05:44 6   Q.   As of now, in 2018, the agency's position

05:44 7   is based upon all available evidence that glyphosate

05:44 8   is not a human carcinogen, correct?

05:44 9   A.   Correct.

05:44 10       MR. LITZENBURG:  Form.

05:44 11  BY MR. COPLE:

05:44 12  Q.   The Category E classification that was

05:44 13  reached in October, October 30, 1991, by the second

05:44 14  peer review committee, has remained in effect since

05:44 15  1991.  No evidence or evidence of noncarcinogenicity

05:44 16  in humans.  Right?

05:44 17  A.   That's my understanding of the position

05:45 18  within the EPA.  Yes.

05:46 19  Q.   Since 1991's determination by the

05:46 20  carcinogenicity peer review committee, any change in

05:46 21  labeling would have to -- in the label for

05:46 22  glyphosate-based formulations would have to be

05:46 23  approved by EPA, correct?

05:46 24       MR. LITZENBURG:  Form.

05:46 25       THE WITNESS:  Yes.

Page 321

05:47 1        MR. COPLE:  Let's mark this document as

05:47 2   Exhibit 16 to the deposition.

05:47 3        (Benbrook Exhibit Number 16 is marked for

05:47 4   identification.)

05:47 5   BY MR. COPLE:

05:47 6   Q.   This is a document called the

05:47 7   "Reregistration Eligibility Decision," or the RED,

05:47 8   RED, issued by the EPA for Glyphosate.  Are you

05:47 9   familiar with this document?

05:47 10  A.   Yes.

05:48 11  Q.   Have you reviewed this document in

05:48 12  connection with forming your opinions and preparing

05:48 13  your expert report?

05:48 14  A.   Yes.

05:48 15  Q.   And what is the reregistration of a

05:48 16  pesticide like glyphosate?

05:48 17  A.   It's a periodic review of the scientific

05:48 18  database available to the agency to quantify the

05:48 19  risks stemming from the use of a pesticide for human

05:48 20  beings, for fish, aquatic organisms, other nontarget

05:48 21  organisms.

05:48 22       The issuance of a RED reflects an update

05:48 23  of the agency's review of the -- really the entire

05:48 24  database and knowledge base about the toxicity of a

05:48 25  pesticide, the use of a pesticide, exposure levels

Confidential

## Page 322

05:49  1    to the pesticide, the acceptability of estimated
05:49  2    risk levels stemming from currently labeled uses,
05:49  3    any required refinements or improvements in the
05:49  4    label directions that are included on specific
05:49  5    end-use product labels, and a restatement of the
05:49  6    basis for EPA's judgment that the currently labeled
05:49  7    uses of a pesticide do not pose unreasonable adverse
05:49  8    effects on man or the environment, and any dietary
05:49  9    and water-based exposures of the pesticide comply
05:50  10   with the existing standard applicable to the
05:50  11   assessment of general population exposures.
05:50  12        Q.   The 1988 changes to FIFRA gave the EPA
05:50  13   the authority to do comprehensive pesticide
05:50  14   reregistration reviews to completely review the
05:50  15   human health and environmental effects of any
05:50  16   pesticide that the agency first registered before
05:50  17   November 1984, right?
05:50  18        A.   Correct.
05:50  19        Q.   So under the reregistration review
05:50  20   process, the RED, the EPA would hold pesticide
05:50  21   registered before November 1984 to updated review
05:50  22   and approval standards, correct?
05:50  23        A.   Correct.
05:50  24        Q.   The RED was completed for glyphosate in
05:51  25   1993, right?

## Page 323

05:51  1         A.   Yeah.  It was probably completed early in
05:51  2    the year, and it's got a release date of September
05:51  3    of 1993 on it.
05:51  4         Q.   So the RED was approved for glyphosate
05:51  5    after the time that the classification was changed
05:51  6    to Category E by the second peer review committee
05:51  7    for glyphosate, right?
05:51  8         A.   This came out after that.  Correct.
05:52  9         Q.   The RED is a determination by the agency
05:52  10   itself and not one of the divisions that a pesticide
05:52  11   like glyphosate meets reregistration standards,
05:52  12   right?
05:52  13        MR. LITZENBURG:  Form.
05:52  14        THE WITNESS:  It's a -- yes, it's a
05:52  15   document put out on behalf of the entire EPA by
05:52  16   the Office of Prevention Pesticides and Toxic
05:52  17   Substances of which the Office of Pesticide
05:52  18   Programs is one of the operating divisions or
05:52  19   programs.
05:52  20   BY MR. COPLE:
05:52  21        Q.   So the RED is not a recommendation from a
05:52  22   particular division within EPA like the toxicology
05:53  23   branch or even by OPP, correct?
05:53  24        A.   Correct.
05:53  25        Q.   Go to the Executive Summary, which starts

## Page 324

05:53  1    on page, lower case, Roman numeral viii.
05:53  2         A.   I don't actually see those Roman numeral
05:53  3    numbers.
05:53  4         Q.   I'm sorry?
05:53  5         A.   I don't see that.  Is it farther in?
05:53  6         Q.   Yes, it's farther in.  It's under
05:53  7    Executive Summary, after the Table of Contents.
05:53  8         A.   I'm sorry.  Got it.
05:53  9         Q.   In the second full paragraph, it says,
05:53  10   "In June 1986, the agency issued the document
05:53  11   Registration Standard for Pesticide Products
05:53  12   Containing Glyphosate as the Active Ingredient."
05:53  13        Were you aware of that?
05:54  14        A.   Yes.  We've talked about it extensively.
05:54  15        Q.   And the last sentence of that second
05:54  16   paragraph says that "After completing its review for
05:54  17   reregistration, the agency now concludes that the
05:54  18   database on glyphosate is substantially complete."
05:54  19   Correct?
05:54  20        A.   That's what it says, yes.
05:54  21        Q.   So as of this time in September 1993,
05:54  22   under the RED, proof of glyphosate by the agency,
05:54  23   the agency concluded it was working from a
05:54  24   substantially complete database of information to
05:54  25   support glyphosate registration, right?

## Page 325

05:54  1         A.   That's what it says.
05:54  2         Q.   All right.  And the next sentence says
05:54  3    that "Based on the results of its reregistration
05:54  4    review, EPA has concluded that all registered uses
05:54  5    of glyphosate are eligible for reregistration."
05:54  6         Do you see that?
05:54  7         A.   Yes.
05:54  8         Q.   What does that mean that all of them are
05:54  9    eligible for reregistration?
05:54  10        A.   It means that the existing labels for
05:54  11   glyphosate-based herbicides are eligible to be
05:55  12   continued, to be reregistered until the next
05:55  13   periodic review.
05:55  14        Q.   The next sentence under this paragraph
05:55  15   says that "The agency has classified glyphosate as a
05:55  16   Group E carcinogen (signifies evidence of
05:55  17   noncarcinogenicity in humans)."  Correct?
05:55  18        A.   Correct.
05:55  19        Q.   So in September 1993, the entire agency
05:55  20   adopted the position that with respect to glyphosate
05:55  21   and human exposure, it was properly classified as
05:55  22   Group E, meaning evidence of noncarcinogenicity in
05:55  23   humans exposed to that active ingredient, right?
05:55  24        A.   That's what the document says, yes.
05:55  25        Q.   So any recommendation or suggestion as of

Confidential

<table>
<tr><td valign="top" width="50%">

Page 326

05:55 1  that time for labeling changes coming out of a
05:56 2  subset of EPA, a division of EPA, would have been
05:56 3  subject to this agency-wide classification of
05:56 4  glyphosate as having evidence of noncarcinogenicity
05:56 5  in humans, correct?
05:56 6       MR. LITZENBURG:  I object to form.
05:56 7       THE WITNESS:  I don't really understand
05:56 8  the question.  I'm sorry.  Could you rephrase
05:56 9  it?
05:56 10  BY MR. COPLE:
05:56 11    Q.   Yes.  If there is a review being done,
05:56 12  for example, by toxicology branch or by health
05:56 13  effects division or by OPP itself, it would, at
05:56 14  least as of September 1993, be subject to the
05:56 15  agency-wide conclusion that the proper
05:56 16  classification of glyphosate is Group E?
05:56 17       MR. LITZENBURG:  I object to form.
05:56 18       THE WITNESS:  It -- I -- it is certainly
05:56 19  my understanding that this registration
05:56 20  document, this RED, reflects the current
05:56 21  judgment and determinations of OPP and its
05:57 22  respective branches relative to the oncogenicity
05:57 23  and use and risks of glyphosate-based
05:57 24  herbicides.  Yes, I would -- I would expect that
05:57 25  to be the case.

</td><td valign="top" width="50%">

Page 327

05:57 1  BY MR. COPLE:
05:57 2    Q.   So nothing recommended by the toxicology
05:57 3  branch regarding glyphosate in 1985 would have
05:57 4  superseded the 1993 RED determination by the entire
05:57 5  agency that glyphosate is noncarcinogenic for
05:57 6  humans, right?
05:57 7       MR. LITZENBURG:  Object to the form.
05:57 8       THE WITNESS:  I'm not sure I understand
05:57 9  your question.  Are you asking if a position or
05:57 10  judgment of the agency in 1985 would take
05:57 11  precedence over something in this document?
05:57 12  BY MR. COPLE:
05:57 13    Q.   No.  The reverse; that a position taken
05:58 14  by toxicology branch, for example, the 1983 mouse
05:58 15  study, would not take precedence over the agency's
05:58 16  RED decision --
05:58 17    A.   Correct.
05:58 18    Q.   -- of Group E classification.
05:58 19    A.   Correct.
05:58 20    Q.   And the Group E classification has
05:58 21  remained in effect since September 1993 unchanged by
05:58 22  EPA, correct?
05:58 23    A.   Correct.
05:58 24    Q.   An RED that was issued by EPA
05:59 25  establishing Group E classification in

</td></tr>
<tr><td valign="top" width="50%">

Page 328

05:59 1  September 1993 would have been based on EPA's review
06:00 2  of the entire database of available evidence on
06:00 3  carcinogenicity for glyphosate, right?
06:00 4       MR. LITZENBURG:  Form.
06:00 5       THE WITNESS:  One would presume so, yes.
06:00 6  BY MR. COPLE:
06:00 7    Q.   You have no reason sitting here today to
06:00 8  believe that it was not, right?
06:00 9    A.   Correct.
06:00 10    Q.   Let's go back to I think it was marked as
06:00 11  Exhibit 7, the revised paper, December 12, 2017.
06:01 12    I'm doing a proper job of getting them in
06:01 13  order now.  Must be in this pile, I guess.
06:01 14    Q.   This is what we're looking for,
06:01 15  Dr. Benbrook.
06:02 16    A.   I know.  I just can't find my version of
06:02 17  it.  Do you think it's in there?
06:02 18       MR. HOLLINGSWORTH:  I think I see
06:02 19  something clipped.
06:02 20       THE WITNESS:  There you go.  You got it.
06:02 21  Okay.  Sorry.
06:02 22  BY MR. COPLE:
06:02 23    Q.   Now, let's -- again, I think you had told
06:02 24  us this is a document you looked at and considered
06:02 25  in reaching your opinions in the expert report,

</td><td valign="top" width="50%">

Page 329

06:02 1  right?
06:02 2    A.   Right.  We've already discussed that.
06:02 3    Q.   All right.  On Page 13, at the bottom,
06:02 4  there's a paragraph.
06:02 5    A.   Okay.
06:02 6    Q.   And it says in the second sentence that
06:02 7  the panel's report was published in March 2017, and
06:02 8  the current document incorporates revisions based on
06:02 9  the panel's report.  That's your understanding,
06:02 10  right, that this was the most current document
06:03 11  reflecting the OPP review of glyphosate
06:03 12  carcinogenicity?
06:03 13    A.   That's my understanding.
06:03 14    Q.   It also goes on to say in the last
06:03 15  sentence on paragraph -- I'm sorry -- on Page 13
06:03 16  that "Additionally, information from a recently
06:03 17  published analysis of glyphosate use and cancer
06:03 18  incidence in the Agricultural Health Study cohort
06:03 19  (Andreotti) with a longer follow-up than the
06:03 20  previously published data (De Roos et al., 2005) has
06:03 21  been considered in this evaluation."
06:03 22    A.   That's what it says, yes.
06:03 23    Q.   All right.  You took into account in your
06:03 24  formulation of opinions and expert report the
06:03 25  Andreotti publication of 2017?

</td></tr>
</table>

Confidential

---

Page 330

06:03  1          A.   I was aware of it, but as I testified
06:03  2    earlier, it's a piece of evidence that came out
06:03  3    after the use of Ranger Pro and Roundup Pro
06:04  4    concentrate by Mr. Johnson in this case.  It -- the
06:04  5    updated assessment of the Agriculture Health Study
06:04  6    data could not inform the EPA's or Monsanto's or the
06:04  7    Agricultural Health Study's assessment of glyphosate
06:04  8    oncogenetic risk, you know, back in -- when the
06:04  9    Ranger Pro and Roundup Pro concentrate herbicides
06:04  10   were manufactured and sold and applied by
06:04  11   Mr. Johnson.
06:04  12         Q.   Is it your testimony that none of your
06:04  13   expert opinions, either in the report or as you're
06:04  14   testifying here today, take into account information
06:04  15   that has been made available or published since the
06:04  16   period of time that Mr. Johnson says he was exposed
06:04  17   to Ranger Pro?
06:04  18         MR. LITZENBURG:  Form.
06:05  19         THE WITNESS:  As I've -- as I've said
06:05  20   before, there is an enormous record in this
06:05  21   case, many, many documents, many complex issues.
06:05  22   I tried to focus on those that I felt were most
06:05  23   germane and relevant to the decisions made by
06:05  24   Monsanto about what studies it conducted, what
06:05  25   label provisions it incorporated into the Ranger

---

Page 331

06:05  1    Pro and Roundup Pro concentrate labels and, in
06:05  2    effect, the extent to which Monsanto fully and
06:05  3    accurately provided warnings and guidance about
06:05  4    the potential risks associated with the use of
06:05  5    those -- of those branded herbicide products
06:05  6    based on what was known at the time.
06:05  7          The Andreotti study on glyphosate,
06:06  8    published in 2017, is one of at least two dozen
06:06  9    new studies that have been published in 2017.  I
06:06  10   have tried to keep track of most of them.  I'm
06:06  11   certain that I have missed some of them, but as
06:06  12   I said, the available database in the open,
06:06  13   peer-reviewed scientific literature on
06:06  14   glyphosate and glyphosate-based herbicides is
06:06  15   rapidly expanding.  Some studies point to new
06:06  16   and/or higher risks than reflected in EPA's
06:06  17   current evaluation, and some studies suggest
06:06  18   that the risks may be about what EPA considers,
06:06  19   and others, no doubt, could be used to argue
06:06  20   that the risks are lower.
06:07  21         Because there is such a mammoth dataset
06:07  22   on glyphosate-based herbicides and their use,
06:07  23   exposures and risks, it's very unlikely that any
06:07  24   one study is going to definitively settle some
06:07  25   of the ongoing scientific questions.

---

Page 332

06:07  1          But I would say, in my opinion, the
06:07  2    peer-reviewed studies as a whole published in
06:07  3    2017 or since 2017 or since the release of the
06:07  4    IARC March 2015 working group study, on a weight
06:07  5    of evidence basis, point to higher risks from
06:07  6    exposure use of glyphosate-based herbicides than
06:07  7    are reflected in the EPA analysis.
06:08  8    BY MR. COPLE:
06:08  9          Q.   What are the names of those studies?
06:08  10         A.   Pardon me?
06:08  11         Q.   What are the names of those studies that
06:08  12   have been published?
06:08  13         MR. LITZENBURG:  Were you finished with
06:08  14   your answer?
06:08  15         THE WITNESS:  Yes, I was finished with my
06:08  16   answer.
06:08  17   BY MR. COPLE:
06:08  18         Q.   What are the names of those studies?
06:08  19         A.   Well, there's a lot of them.  You know, I
06:08  20   don't have them memorized.  I'm not going to try to
06:08  21   sit here and recount all of the published studies
06:08  22   that I've read either in part or in full.  There
06:08  23   have been, I would say, in the last -- well, let's
06:08  24   just say since IARC came out, there have been
06:08  25   probably ten genotox studies on glyphosate and

---

Page 333

06:08  1    glyphosate-based herbicides.  Several of them
06:08  2    designed to answer the question:  Are
06:08  3    glyphosate-based herbicides more toxic to humans
06:08  4    than the pure 100 percent active ingredient?
06:09  5          Like in all areas of science, as
06:09  6    additional studies are done, the methodologies that
06:09  7    are used, the types of measurements made typically
06:09  8    are regarded as more sensitive and more accurate,
06:09  9    and the general consensus of people that have looked
06:09  10   at this body of research, I suppose beginning with
06:09  11   Dr. Parry in 1998, 1999, is that yes, indeed,
06:09  12   glyphosate-based herbicides, the products that are
06:09  13   actually used, the chemical mixture of chemicals
06:09  14   that people have actually exposed to -- and in fact,
06:09  15   the reason why we're concerned about use of Roundup
06:09  16   herbicides potentially causing non-Hodgkin's
06:09  17   lymphoma in human beings, it's from use of and
06:09  18   exposure to the formulated product and not the pure
06:09  19   active ingredient, the subject of all 14 chronic
06:10  20   two-year rat and mouse cancer studies.
06:10  21         In fact, one of the principal reasons the
06:10  22   IARC working group reached a diametrically opposed
06:10  23   judgment regarding the possibility that exposure to
06:10  24   glyphosate-based herbicides could cause cancer is
06:10  25   because of their careful and thorough assessment of

---

## Page 334

06:10  1    the entire database available to them at that time.
06:10  2         And I am aware that several studies have
06:10  3    come out since March 2015 that not only reinforce
06:10  4    the judgments and concerns expressed by the working
06:10  5    group relative to the genotoxicity of glyphosate,
06:10  6    but there have been new studies that have raised
06:10  7    entirely new concerns through application of
06:11  8    cutting-edge toxicological tools and assessment
06:11  9    methods, including proteomics and metabolic studies,
06:11  10   the work of Michael Antoniou, for example.
06:11  11        There have been two different studies
06:11  12   published by Michael Antoniou and his team
06:11  13   suggesting the possibility that exposure to
06:11  14   glyphosate-based herbicides triggers adverse effects
06:11  15   on the liver at levels far below, far below the
06:11  16   chronic reference dose, for example, applicable to
06:11  17   glyphosate-based herbicides.  These are -- the
06:11  18   methodologies that Dr. Antoniou has used are
06:11  19   admittedly very new.  There's many questions which
06:11  20   Dr. Antoniou is the first to admit to about the
06:11  21   interpretation of some of their results.
06:11  22        But it's my opinion that as more and more
06:12  23   independent scientists find and receive funding and
06:12  24   have the courage to publish their results in this
06:12  25   highly contentious area of science, that the general

## Page 335

06:12  1    body of published research is heightening my concern
06:12  2    about ongoing exposures to glyphosate-based
06:12  3    herbicides.
06:12  4         Q.   These new studies you're talking about
06:12  5    include the AHS and the study by Andreotti in 2017,
06:12  6    right?
06:12  7         MR. LITZENBURG:  Objection to form.
06:12  8         THE WITNESS:  That is one of the -- the
06:12  9    Andreotti study is one of the important new
06:12  10   pieces of evidence that was published in 2017.
06:12  11   Correct.
06:12  12   BY MR. COPLE:
06:12  13        Q.   And that study, which is the largest
06:12  14   study of pesticide applicator exposure to glyphosate
06:12  15   that's ever been done, was done by independent
06:13  16   scientists having no affiliation with Monsanto,
06:13  17   right?
06:13  18        MR. LITZENBURG:  Form.
06:13  19        THE WITNESS:  To my knowledge, none of
06:13  20   the scientists working for the NCI on the
06:13  21   Agriculture Health Study were also working for
06:13  22   Monsanto, but perhaps you have better
06:13  23   information than I do.
06:13  24   BY MR. COPLE:
06:13  25        Q.   And the scientists that published that

## Page 336

06:13  1    study under the lead author of Andreotti have
06:13  2    concluded that there is no human carcinogenicity
06:13  3    shown in that study with respect to exposure of
06:13  4    glyphosate, right?
06:13  5         A.   Well, as you are well aware, the studies,
06:13  6    reports suggest that evidence just under the -- the
06:13  7    standard statistical test for significance that is
06:13  8    used in Agricultural Health Studies for another type
06:13  9    of cancer -- if you put the study in front of me,
06:13  10   I'll -- it's getting late in the day, and I don't
06:13  11   want to mispronounce -- it's a myeloma, another form
06:14  12   of blood cancer, where there was suggested evidence
06:14  13   that the team writing the study says warrants
06:14  14   continuing to follow the cohort and further
06:14  15   research.  So it wasn't a completely negative study.
06:14  16        Q.   In the study, Andreotti concluded that
06:14  17   there was no statistical significance between
06:14  18   exposure to glyphosate and the incidence reported
06:14  19   among the pesticide applicators of NHL, right?
06:14  20        MR. LITZENBURG:  Objection to form.  He's
06:14  21   asked repeatedly to see it.
06:14  22   BY MR. COPLE:
06:14  23        Q.   Are you aware of that?
06:14  24        A.   I'd like to have a copy of the study.
06:14  25        Q.   You can't say one way or the other?

## Page 337

06:14  1         A.   I would prefer --
06:14  2         MR. LITZENBURG:  Form.
06:14  3         THE WITNESS:  -- to have the study in
06:14  4    front of me so that I can accurately and
06:14  5    succinctly summarize the results for you.
06:14  6    BY MR. COPLE:
06:14  7         Q.   EPA has in its database all of the
06:14  8    available carcinogenicity studies done in animal
06:14  9    models on glyphosate, all of the epidemiology
06:15  10   studies that have been done on glyphosate, and all
06:15  11   the genotoxicity studies, correct?
06:15  12        MR. LITZENBURG:  Form.
06:15  13        THE WITNESS:  No.  I'm quite sure they're
06:15  14   missing one.
06:15  15   BY MR. COPLE:
06:15  16        Q.   And you know this by talking to the EPA?
06:15  17        A.   No.  I never asked EPA about it.
06:15  18        Q.   All right.  Go to Page 144.
06:15  19        A.   Are we in this same document?
06:15  20        Q.   In the same Exhibit 7.  Go to the top of
06:15  21   the page on 144.
06:15  22        A.   Okay.
06:15  23        Q.   It starts out by saying, "An extensive
06:15  24   database exists for evaluating the carcinogenic
06:15  25   potential of glyphosate."

Confidential

---

Page 338

06:15 1    A.    I'm sorry. I was on 114.
06:16 2    Q.    144.
06:16 3    A.    Okay. 144.
06:16 4    Q.    At the top, it says that "An extensive
06:16 5    database exists for evaluating the carcinogenic
06:16 6    potential of glyphosate including 63 epidemiological
06:16 7    studies, 14 animal carcinogenicity studies, and
06:16 8    nearly 90 genotoxicity studies for the active
06:16 9    ingredient glyphosate."
06:16 10        Do you see that?
06:16 11   A.    Yes, I do.
06:16 12   Q.    And two sentences or three sentences
06:16 13   below that, "EPA says in this most recent report of
06:16 14   its evaluation of glyphosate," quote, "the available
06:16 15   data at this time do not support a carcinogenic
06:16 16   process for glyphosate," closed quote.
06:16 17        Do you see that?
06:16 18   A.    No, I don't.
06:16 19        MR. LITZENBURG:  Form.
06:16 20        THE WITNESS:  Sorry.  I just -- how
06:16 21   many -- I see the sentence, "these studies were
06:16 22   evaluated for quality, and results were
06:16 23   analyzed."
06:16 24   BY MR. COPLE:
06:16 25   Q.    Right.

---

Page 339

06:16 1    A.    Where do I go from there?
06:17 2    Q.    Then there's another sentence that
06:17 3    follows, says, "the modified Bradford Hill
06:17 4    criteria."
06:17 5    A.    Right.
06:17 6    Q.    Then there's a sentence right after that.
06:17 7    A.    Okay.  "Available data at this time do
06:17 8    not support a carcinogenic process for glyphosate."
06:17 9    Yes, I see that.
06:17 10   Q.    So that's the same position the EPA has
06:17 11   had since 1991, June 1991, correct?
06:17 12   A.    Correct.  The EPA's evaluation of the
06:17 13   genotoxicity of glyphosate that's been based on the
06:17 14   pure active ingredient.  The vast majority of the
06:17 15   industry conducted and submitted studies have
06:17 16   focused on the pure active ingredient.  The vast
06:17 17   majority of the positive genotoxicity studies in the
06:17 18   open scientific literature are based on
06:17 19   glyphosate-based herbicides that include the
06:17 20   co-formulants or the surfactants that it's quite
06:17 21   clear are associated with heightened toxicity from
06:17 22   the use of glyphosate-based herbicides.
06:17 23   Q.    And the conclusion of the agency is that
06:17 24   the available data at this time do not support
06:18 25   carcinogenicity for glyphosate, right?

---

Page 340

06:18 1    A.    For pure glyphosate.
06:18 2    Q.    Now, if you go down, there's a smaller
06:18 3    paragraph afterwards.  It starts with the phrase
06:18 4    "for cancer descriptors."
06:18 5    A.    I see it.
06:18 6    Q.    And last sentence of that says, "the
06:18 7    strongest support is for," quote, "not likely to be
06:18 8    carcinogenic to humans," closed quote.
06:18 9        Do you see that?
06:18 10   A.    Yes.
06:18 11   Q.    That's EPA's determination about
06:18 12   carcinogenicity and glyphosate exposure as we sit
06:18 13   here right now?
06:18 14   A.    That is -- that is the EPA's judgment for
06:18 15   the carcinogenicity of pure glyphosate technical
06:18 16   ingredient.  Yes.
06:18 17   Q.    All right.  If you go to Page 94.
06:19 18   A.    Back to Page 94?
06:19 19   Q.    Yes, please.
06:19 20   A.    Okay.
06:19 21   Q.    And it says in the first sentence,
06:19 22   "Glyphosate has been extensively tested in rodents
06:19 23   to evaluate its carcinogenic potential."  Right?
06:19 24   A.    Yes.
06:19 25   Q.    And so there were 14 rodent

---

Page 341

06:19 1    carcinogenicity studies that were considered to be
06:19 2    adequate for the analysis, right?
06:19 3    A.    That's what it says.
06:19 4    Q.    And eight conducted in the rat and six
06:19 5    conducted in the mouse, right?
06:19 6    A.    That's what it says.
06:19 7    Q.    So other glyphosate registrants besides
06:19 8    Monsanto have conducted these animal model
06:19 9    carcinogenicity studies, right?
06:19 10   A.    I think approximately 11 of them.
06:19 11   Q.    So Monsanto has done three, and other
06:19 12   registrants have done 11, ending at 14?
06:19 13   A.    I think that's how it works.
06:19 14   Q.    And on genotoxicity, the current
06:19 15   conclusion of EPA is that glyphosate is not
06:19 16   genotoxic, right?
06:20 17   A.    Pure glyphosate.
06:20 18   Q.    All of these new studies that you are
06:20 19   saying have come out about genotoxicity since
06:20 20   March 2015, you've identified all these in your
06:20 21   expert report?
06:20 22   A.    No.
06:20 23        MR. LITZENBURG:  Form.
06:20 24   BY MR. COPLE:
06:20 25   Q.    You have not?

Confidential

Page 342

06:20 1          MR. LITZENBURG:  Form.
06:20 2          THE WITNESS:  No.
06:20 3    BY MR. COPLE:
06:20 4      Q.    Why not?
06:20 5      A.    As I said, given the scope of the record
06:20 6    and the mammoth database, both of EPA documents and
06:20 7    risk assessments and scientific reviews, coupled
06:20 8    with the open, peer-reviewed scientific literature
06:20 9    including multiple studies written or ghostwritten
06:20 10   by EPA employees, I felt it most important to focus
06:20 11   on the scientific documents, the EPA evaluations
06:20 12   that governed what was on the Ranger Pro and Roundup
06:21 13   Pro concentrate labels from 2012 to 2014, which is
06:21 14   the time period during which Dewayne Johnson applied
06:21 15   glyphosate-based herbicides as part of his job for
06:21 16   the school district that he worked for.
06:21 17     Q.    So again, any information that's come out
06:21 18   since the time that Mr. Johnson says he was exposed
06:21 19   to glyphosate formulations in his job would not be
06:21 20   part of the basis of your opinions in this case; is
06:21 21   that right?
06:21 22          MR. LITZENBURG:  Form.
06:21 23          THE WITNESS:  I believe that a weight of
06:21 24   the evidence assessment of peer-reviewed
06:22 25   published literature on glyphosate-based

Page 343

06:22 1    herbicides actually strengthens the case and the
06:22 2    conclusions reached, for example, by the IARC
06:22 3    working group as articulated in their March 2015
06:22 4    judgment.
06:22 5          In fact, I unfortunately am concerned
06:22 6    that there may in fact be some substantially
06:22 7    greater risks than has ever been recognized or
06:22 8    assessed by the EPA or Monsanto, because both
06:22 9    the agency and Monsanto and other
06:22 10   glyphosate-based herbicides registrants, who
06:23 11   have conducted their own studies, have continued
06:23 12   to predominantly rely on the older, outmoded,
06:23 13   often very insensitive testing methodologies
06:23 14   that make up the vast majority of the toxicology
06:23 15   database that was available to EPA and has been
06:23 16   continuously reviewed and analyzed by the EPA
06:23 17   and forms the basis for EPA's judgments.
06:23 18          And I continue to feel and feel stronger
06:23 19   today than I did when I -- when I -- well, when
06:23 20   I finished my report -- there's been a half
06:23 21   dozen studies that have come out since December
06:23 22   of last year.  But certainly in the time period
06:24 23   since Dewayne Johnson applied the Roundup
06:24 24   herbicides as part of his job, there's a
06:24 25   significant body of new science that has come

Page 344

06:24 1    out; and in my judgment, based on the weight of
06:24 2    the evidence, it heightens concerns that have
06:24 3    lingered for many years and been at the heart of
06:24 4    what's really been a, you know -- a 10-, 15-year
06:24 5    debate about this one BioDynamic study.
06:24 6          That's, to the extent that I follow the
06:24 7    science, yes, it -- the more recent studies have
06:24 8    informed and helped sharpen by concerns, my
06:24 9    conclusions.  There's substantial new data in
06:25 10   just the last few years on levels of glyphosate
06:25 11   in human urine, in blood.  There's much --
06:25 12   considerable new data on dietary exposures,
06:25 13   which are clearly not fully reflected in the --
06:25 14   you know, I will look with great interest at any
06:25 15   new residue and dietary exposure data that is
06:25 16   contained in the final reregistration document
06:25 17   when it's issued, but my suspicion is that there
06:25 18   is not substantial new pesticide residue data on
06:25 19   glyphosate in soybeans, in corn, in sugar beets,
06:25 20   in many of the other crops that it's used on,
06:26 21   and in particular the small grain crops where
06:26 22   glyphosate is used as preharvest desiccant,
06:26 23   where data from the U.K. showed very clearly
06:26 24   that residues for glyphosate are both common and
06:26 25   at a significant level.

Page 345

06:26 1          So yes, there's all this additional
06:26 2    information that I'm aware of, that I am
06:26 3    tracking, I'm trying to understand and integrate
06:26 4    into the body of knowledge that I have been
06:26 5    exposed to and tried to simulate on the risk
06:26 6    from this herbicide.
06:26 7    BY MR. COPLE:
06:26 8      Q.    And you've identified all this new
06:26 9    information in your written report for this case?
06:26 10          MR. LITZENBURG:  Form.
06:26 11          THE WITNESS:  No.
06:26 12          MR. LITZENBURG:  Can we take a quick
06:26 13   bathroom break when you get to stopping point?
06:26 14          MR. COPLE:  Sure.
06:26 15          THE WITNESS:  I'm close to needing that.
06:26 16          THE VIDEOGRAPHER:  The time is now 6:26.
06:26 17   We are off the record.
06:26 18          (Break in proceedings.)
06:36 19          THE VIDEOGRAPHER:  The time is 6:36.  We
06:36 20   are on the record.
06:36 21   BY MR. COPLE:
06:36 22      Q.    We were talking at least in part,
06:36 23   Dr. Benbrook, about Exhibit 7.  If you'll turn to
06:36 24   Page 97.
06:36 25      A.    In the same document?

Confidential

## Page 346

06:36  1    Q.    In the same document.

06:36  2    A.    Okay.  Got it.

06:37  3    Q.    The last paragraph on Page 97 is a

06:37  4  discussion of the agency's weight of evidence

06:37  5  evaluations and what the agency has concluded.

06:37  6        It goes on to say it's concluded that

06:37  7  "none of the tumors evaluated in individual rat and

06:37  8  mouse carcinogenicity studies are treatment-related

06:37  9  due to lack of pairwise statistical significance."

06:37 10        Are you familiar with "pairwise

06:37 11  statistical significance"?

06:37 12    A.    Yes.

06:37 13    Q.    So you understand why EPA came to that

06:37 14  conclusion based on the absence of that, correct?

06:37 15    A.    It's part of their guidelines.

06:37 16    Q.    And that guideline supports their

06:37 17  conclusion that none of the tumors that were

06:38 18  observed in either the rat or mouse studies are

06:38 19  treatment-related, meaning related to the compound

06:38 20  of glyphosate, right?

06:38 21    A.    That's -- that's what -- they're

06:38 22  certainly reporting as a summary statement here on

06:38 23  Page 97 in this document, but, you know, there were

06:38 24  a number of different tumors across the 14 mouse and

06:38 25  rat studies for which there were tumors evaluated,

## Page 347

06:38  1  and detailed scientific issues that came up in

06:38  2  interpretation of those, although clearly the renal

06:38  3  tubular adenomas in the BioDynamic study received

06:38  4  more attention than any of the other possibly

06:38  5  treatment-related tumors assessed in the other 13

06:39  6  carcinogenicity studies.

06:39  7    Q.    Whatever was observed by the toxicology

06:39  8  branch in terms of tumors in the 1983 BioDynamic

06:39  9  study was subsequently resolved to EPA's

06:39 10  satisfaction when it issued its 1993 RED finding,

06:39 11  Category E for glyphosate, right?

06:39 12    A.    EPA changed its classification of

06:39 13  glyphosate in the 1991, as a result of the second

06:39 14  peer review that we talked about, in 1991, and that

06:39 15  decision carried over into and was rearticulated in

06:39 16  the '93 RED and in this document.

06:39 17    Q.    So if there was any lingering concern by

06:39 18  EPA at the agency level regarding the significance

06:40 19  of tumors observed by the toxicology branch in the

06:40 20  1983 mouse study, that was superseded by its

06:40 21  classification of Category E in '91 and '93, right?

06:40 22    A.    I think that there probably were

06:40 23  lingering concerns in the toxicology branch of EPA

06:40 24  about the interpretation of that particular study

06:40 25  and, no doubt, perhaps about the interpretation of

## Page 348

06:40  1  some of the other tumors, among some of the

06:40  2  scientists that looked at those studies.  I mean,

06:40  3  after all, two of the scientists that participated

06:40  4  in the second peer review did not concur, and one

06:40  5  didn't concur or not concur.  So there was clearly

06:40  6  some level of disagreement among EPA staff.

06:40  7        And as I testified before, based on my

06:40  8  reading of the SAP transcript from 1986, the EPA

06:41  9  pathologist, the senior EPA pathologist, did not

06:41 10  change his view regarding the presence of a renal

06:41 11  tubular adenoma in that one control male mouse.

06:41 12    Q.    EPA's peer review, second peer review in

06:41 13  1991, determined that there were no remaining issues

06:41 14  and therefore was Category E for glyphosate, right?

06:41 15    A.    No.  I don't think it's a fair reading to

06:41 16  say that there were no remaining issues.  I think

06:41 17  what they say and how EPA makes these decisions is

06:41 18  that they base their ultimate judgment on a

06:41 19  weight-of-the-evidence basis, taking into account

06:42 20  all of the studies that are available to them, and

06:42 21  that they have analyzed, and that as an agency

06:42 22  reflecting a consensus view of a majority of the

06:42 23  scientists that are asked to render an opinion about

06:42 24  controversial, difficult scientific judgments like

06:42 25  those associated with the interpretation of this

## Page 349

06:42  1  mouse study, they reach a judgment; but that doesn't

06:42  2  mean that all of the issues and concerns raised in

06:42  3  the assessment and discussion and debate about that

06:42  4  particular study have been resolved.

06:42  5    Q.    The consensus today, as of this document,

06:42  6  Exhibit 7, December 12, 2017, at EPA is that

06:42  7  glyphosate is not carcinogenic, right?

06:43  8    A.    Well, that's -- it's not exactly the

06:43  9  precise language that EPA uses to describe Group E,

06:43 10  but it's certainly close.

06:43 11    Q.    EPA concludes today that there is no

06:43 12  evidence that glyphosate is carcinogenic, right?

06:43 13        MR. LITZENBURG:  Asked and answered.

06:43 14        THE WITNESS:  Correct.

06:43 15  BY MR. COPLE:

06:43 16    Q.    All right.  Now, back to Page 97.  We

06:43 17  were just talking about the pairwise statistical

06:43 18  significance and EPA's observation that that was not

06:43 19  found in the rat or mouse studies.  EPA goes on to

06:43 20  say also that there was a lack of monotonic dose

06:43 21  response.  Do you know what that is?

06:43 22    A.    Yes.

06:43 23    Q.    What is monotonic dose response?

06:43 24    A.    It's a linear, uniform dose response as a

06:44 25  function of the dose level.  In other words, the

Confidential

## Page 350

increasing frequency of tumors as the dose goes up. The dose response curve sort of goes in one direction.

Q. And EPA's conclusion, based on weight of the evidence, was that there was no monotonic dose response in the rat and mouse carcinogenicity long-term studies, right?

A. Well, based on their original evaluation of the infamous '93 mouse study, there was a monotonic dose response based on the original reading of the slides by BioDynamic. That was a -- and it so reported by Dykstra and the other EPA scientist at the time that there was a dose response pattern in the tumor.

Q. That was --

A. But as we talked about, EPA was presented with additional data, additional arguments; were compelled to convene a scientific advisory panel meeting in 1986 to try to resolve the underlying issues; and anyway, we've already talked about the events that followed from that decision.

Q. EPA also found, still on Page 97, same paragraph, that there was an absence of preneoplastic or related non-neoplastic lesions.

Do you know what that is?

## Page 351

A. Yes.

Q. What is that?

A. It's, again, what we talked about earlier. And these are -- these are summary statements by EPA based on its review of all 14 studies and all of the tumors that were observed in either the males or the females in all of those 14 studies.

I -- I'm not prepared to testify to the number of tumors that were reported in these studies and that were investigated by the EPA, which have been reviewed in various independent assessments, which were reviewed and remarked upon by IARC; but there were a number of tumors observed in the studies that the agency evaluated and took into account, but in -- remarkably, in the event of every one of them, one or more of these reasons have been cited by the agency for reaching the judgment that the increased incidence of the tumors in the control group -- in the treatment groups are not quote/unquote treatment-related. And these are the most common technical reasons. These are the most common criteria for evaluating tumor response data in chronic feeding studies that are mentioned or noted in the evaluation of each one of those 14

## Page 352

studies and each of the tumors that were observed and reported in those studies.

Q. That includes no tumor progression in those 14 studies, right?

A. There -- there were -- I guess perhaps I would feel comfortable saying that in the EPA's judgment, based on these studies involving pure, 100 percent glyphosate, there was -- there was no tumor where there was pairwise statistical significance, a clear monotonic dose response, either the presence or absence of preneoplastic lesions.

If there were preneoplastic lesions in a positive study, they would determine there was more in the treatment group than the control group. That evidence of progression of tumors, which would be more preneoplastic tumors in the treatment group as well as more frank tumors and no -- no confounding information from historical controls -- if there had been a tumor in one of the studies that met those criteria, the EPA would have likely judged such a study to be positive.

But based on this document and documents in the recent past, and really every document since 1991, where EPA has addressed the oncogenicity of glyphosate, it has found one reason or another to

## Page 353

explain away evidence of tumors in this growing body of studies, which now totals 14.

Q. Have you talked to anybody at EPA that has said they're explaining away evidence of tumors in making its carcinogenicity findings about glyphosate?

MR. LITZENBURG: Form.

THE WITNESS: No. I haven't spoken with any of the EPA scientists that conducted these studies and wrote their reports and explained in their reports, as they do in this one, why they feel that tumors that were observed in these studies were treatment-related.

BY MR. COPLE:

Q. The EPA goes on to say in the last sentence of Page 97, "Tumors seen in individual rat and mouse studies were also not reproduced in other studies, including those conducted in the same animal species and strain at similar or higher doses."

Do you understand the point that EPA is making there?

A. Yes.

Q. Do you agree that that's an important consideration in determining whether a compound is

Confidential

<table>
<tr><td colspan="2">Page 354</td></tr>
</table>

Page 354

06:50  1    related to the observation of the tumors?
06:50  2        A.   Certainly, the consistency of results
06:50  3    across similarly designed studies would be a factor
06:50  4    in evaluating the database.
06:50  5        Q.   And EPA did not find that amongst the 14
06:50  6    studies, right?
06:50  7        A.   That's what they're stating here.
06:50  8        Q.   You have no basis to disagree with what
06:50  9    EPA's conclusion is, correct?
06:50  10       A.   Well, I am aware that other scientists
06:50  11   that have looked at these same studies have reached
06:50  12   different conclusions.
06:50  13       Q.   Who are the other scientists?
06:51  14       A.   Certainly the IARC working group, other
06:51  15   scientists that have published reviews.  Many of the
06:51  16   scientists that published responses or commentaries
06:51  17   or reviews of the IARC decision, other experts in
06:51  18   this case, working in this case, and other people
06:51  19   that have had occasion to review, you know, one or
06:51  20   more of the 14 studies or the many review studies
06:51  21   that -- and metanalyses that try to -- try to come
06:51  22   up with some kind of a solid empirical basis to
06:51  23   reach the weight of the evidence conclusion --
06:51  24       Q.   Have you --
06:51  25       A.   -- about this body of work.

Page 355

06:51  1        Q.   Have you talked to any of those
06:51  2    scientists who you say disagree with EPA's
06:51  3    interpretation?
06:51  4        A.   I didn't -- I didn't have an opportunity
06:52  5    to call any of those scientists as I did my work
06:52  6    over the last few months in preparation of my
06:52  7    report.  No.
06:52  8        Q.   So your comment is just based upon your
06:52  9    review of the IARC working group monograph?
06:52  10       A.   No.  No.  My comment is based on my
06:52  11   review of the IARC monograph, my review of multiple
06:52  12   letters, analyses, reports, debates, other agency --
06:52  13   the views of other regulatory agencies, including
06:52  14   those in Europe.  There's been, as you are well
06:52  15   aware, very robust in-depth debate about the
06:52  16   oncogenicity database on glyphosate, and there are a
06:52  17   range of opinions about what that database shows.
06:53  18       Q.   Have you talked to these European
06:53  19   scientists who disagree with EPA?
06:53  20       A.   Some of them.
06:53  21       Q.   Who did you talk to?
06:53  22       A.   I've talked to Robin Mesnage.  I've
06:53  23   talked to Michael Antoniou.  Let's see, any other
06:53  24   Europeans I've talked to.  Very briefly with Philip
06:53  25   Grandjean.  I think he would be regarded as a

Page 356

06:53  1    European.  That's all I can remember right now.
06:53  2        Q.   You spoke with each of these individuals
06:53  3    about their disagreement with the EPA interpretation
06:53  4    and conclusions in Exhibit 7?
06:53  5        A.   Oh.  I've talked certainly with
06:53  6    Dr. Antoniou and Dr. Mesnage.  I've talked with them
06:53  7    about their studies.  Dr. Mesnage, longstanding work
06:54  8    on formulated glyphosate herbicide genotoxicity
06:54  9    compared to glyphosate toxicity, about their new --
06:54  10   newly published work, two papers on kidney and
06:54  11   liver -- adverse kidney and liver effects from
06:54  12   exposure to glyphosate-based herbicides.
06:54  13           I've talked with them about, in general,
06:54  14   about the IARC review and the EFSA review and the
06:54  15   trying to understand the technical basis for the
06:54  16   range of views that exist on oncogenicity of
06:54  17   glyphosate-based herbicides.
06:54  18       Q.   Did you speak with any of these European
06:54  19   scientists that you identify about their
06:54  20   disagreement with EPA's conclusions or
06:54  21   interpretation in Exhibit 7?
06:55  22       A.   I haven't talked to any of them about
06:55  23   this document, for example, because I've really --
06:55  24   it just came out a month ago.  It's -- so I haven't
06:55  25   talked with them about this most recent iteration of

Page 357

06:55  1    EPA's assessment of the science.
06:55  2        Q.   Have you talked to any of these European
06:55  3    scientists about their evaluation of glyphosate in
06:55  4    connection with your work on your opinions for
06:55  5    Mr. Johnson or report for Mr. Johnson?
06:55  6        A.   No, not specifically.
06:55  7        Q.   Have you talked to them since the time
06:55  8    you were retained to prepare this expert report?
06:55  9        A.   Let's see.  I think I had one call with
06:55  10   Robin six weeks ago, something like that.
06:55  11       Q.   What did you call him about?
06:55  12       A.   Robin Mesnage.
06:55  13       Q.   What did you call him about?
06:55  14       A.   His recently published work on the
06:55  15   co-formulants in glyphosate-based herbicides.  He
06:56  16   and other scientists -- I don't remember who his --
06:56  17   the other coauthors are published a paper in
06:56  18   Frontiers, a quite good paper, up-to-date paper
06:56  19   about what is known about the differential toxicity
06:56  20   of formulated glyphosate-based herbicides and
06:56  21   specifically glyphosate-based herbicides formulated
06:56  22   with POEA, the predominant surfactant utilized by
06:56  23   Monsanto in most of its most widely selling
06:56  24   glyphosate-based herbicides in the United States and
06:56  25   in Europe up until a certain point in time.

Confidential

Page 358

06:56  1          I wanted to talk with Robin about some of
06:57  2   the details of how they did that work, and that was
06:57  3   the focus of the conversation.
06:57  4          Q.    None of those conversations you just
06:57  5   described had anything to do with your opinions that
06:57  6   you formed in this case or the report you prepared,
06:57  7   right?
06:57  8          MR. LITZENBURG:  Form.  Asked and
06:57  9   answered.
06:57  10         THE WITNESS:  No.  That's not correct.
06:57  11  Dr. Mesnage -- there's probably no scientist --
06:57  12  certainly no scientist that I know of that has
06:57  13  conducted as many peer-reviewed, high-quality,
06:57  14  carefully designed studies of the differential
06:57  15  toxicity of glyphosate pure active ingredient
06:57  16  compared to glyphosate-based herbicides, which
06:57  17  as I've testified earlier was a primary issue of
06:58  18  concern from the late '90s inside Monsanto, in
06:58  19  discussions between Monsanto and various
06:58  20  regulatory authorities, particularly some in
06:58  21  Europe.
06:58  22         And I have tried to remain current with
06:58  23  my understanding of what is known about how the
06:58  24  co-formulants in glyphosate-based herbicides
06:58  25  alter and in some cases potentiate or increase

Page 359

06:58  1   the toxicity.  And I called Robin.
06:58  2          One of the questions that I wanted to
06:58  3   specifically ask him and I did specifically ask
06:58  4   him was did he know when Monsanto in Europe
06:58  5   switched out the knowingly high-risk, hazardous
06:58  6   surfactant polyethoxylated tallow amine, or
06:59  7   POEA, characterized by Monsanto scientists as a
06:59  8   hazardous herbicide in one of the documents that
06:59  9   I reviewed -- and I'll be glad to find it if you
06:59  10  would like me to do so -- as opposed to
06:59  11  formulating glyphosate-based herbicides
06:59  12  surfactants or other adjuvants that were less
06:59  13  toxic and did not potentiate the human health
06:59  14  risks associated with the use of
06:59  15  glyphosate-based herbicides.
06:59  16         So in Robin's paper published in the
06:59  17  journal, he has a table and discusses several of
06:59  18  the co-formulants that have been included in
06:59  19  various glyphosate-based herbicides formulations
06:59  20  sold by multiple companies around the world, but
06:59  21  I called him to see if he also knew which of
07:00  22  those Monsanto had incorporated in
07:00  23  glyphosate-based herbicides formulations
07:00  24  manufactured for and sold in Europe and assessed
07:00  25  and often changed -- the formulations changed in

Page 360

07:00  1   response to requirements from European
07:00  2   regulatory authorities.
07:00  3          I feel that that's an important factor in
07:00  4   this case, an important factor that informed my
07:00  5   opinion that as I don't feel that a responsible
07:00  6   company would acknowledge internally that it was
07:00  7   selling a hazardous formulation of
07:00  8   glyphosate-based herbicides and could switch to
07:00  9   a co-formulant that clearly posed lessened risk
07:00  10  and would do so in Europe in several of the
07:00  11  European countries, sometimes under the order of
07:01  12  a regulatory authority and in other cases in
07:01  13  anticipation of such an order, and not make the
07:01  14  same changes in the glyphosate-based herbicides
07:01  15  sold in the United States or sold in Brazil or
07:01  16  sold anywhere else in the world.
07:01  17         That is one of the reasons that I reached
07:01  18  the opinion in my expert report that Monsanto
07:01  19  did not do what a responsible company determined
07:01  20  to assure that its products were as safe as
07:01  21  possible would have done.
07:01  22  BY MR. COPLE:
07:01  23         Q.    You relied upon this conversation with
07:01  24  this individual in formulating your opinions for
07:01  25  Mr. Johnson's case?

Page 361

07:01  1          MR. LITZENBURG:  Asked and answered.
07:01  2          THE WITNESS:  I -- well, certainly, as I
07:01  3   sit here today, that is information that I -- I
07:02  4   actually didn't -- he did not have answers to my
07:02  5   questions.  I had read the paper before I
07:02  6   finished my report.  It came out, you know,
07:02  7   perhaps -- I don't know if it was in November.
07:02  8   I can certainly get you the paper, and it will
07:02  9   say the publication date.
07:02  10         And yes, I read that paper, and it
07:02  11  confirmed the findings of earlier experiments
07:02  12  that Robin and his team and others have done
07:02  13  with a variety of formulated glyphosate-based
07:02  14  herbicides.
07:02  15         It added some new information,
07:02  16  particularly in terms of identifying some of the
07:02  17  alternatives to POEA, including some of the
07:02  18  alternatives that Monsanto had developed and had
07:02  19  used.  For example, the co-formulant they call
07:03  20  G3, which is what Monsanto had considered for --
07:03  21  they were -- there's been discussion both in
07:03  22  Europe and in the U.S. of coming out with an
07:03  23  ecologically friendly or a green version of
07:03  24  glyphosate that would contain one of these lower
07:03  25  risk co-formulants, and I felt that I needed to

Confidential

Page 362

07:03  1    understand what Monsanto had done in other parts
07:03  2    of the world to reduce the risk in
07:03  3    glyphosate-based herbicides that arose from the
07:03  4    co-formulants so that I could compare what
07:03  5    Monsanto has done in other parts of the world
07:03  6    with what they have done to date in the United
07:03  7    States.
07:03  8    BY MR. COPLE:
07:03  9        Q.    Did you talk to anyone at Monsanto about
07:03 10    this?
07:04 11        A.    No.
07:04 12        Q.    Did you talk to anyone at EPA about this?
07:04 13        A.    No.
07:04 14        Q.    Did you talk to anyone at a foreign
07:04 15    regulatory authority about this?
07:04 16        A.    No.
07:04 17        Q.    This publication that you reference that
07:04 18    you read and relied upon, what's the name of it?
07:04 19        A.    I'll bring you a copy tomorrow.  Would
07:04 20    that be okay?
07:04 21        Q.    That's fine.  Do you discuss it in your
07:04 22    expert report?
07:04 23        A.    I don't -- I don't think so.  I don't
07:04 24    think I discuss the newest one.
07:04 25        Q.    Is it listed in your list of materials

Page 363

07:04  1    that you looked at and relied on?
07:04  2        A.    I'll have to look.
07:04  3        Q.    You can't say one way or the other?
07:04  4        A.    No.  It's one of the papers that came out
07:04  5    very -- certainly within a month of when I filed my
07:04  6    expert report.
07:04  7        Q.    So this would have been since the time
07:04  8    you filed your expert report?
07:04  9        A.    As I said, sir, I don't remember the
07:04 10    exact date that it came out.  It sort of gets
07:05 11    complicated, because I'm not sure I reviewed that
07:05 12    one.  I've reviewed some of his papers, but probably
07:05 13    not that one.
07:05 14            But it's -- its most recent paper in
07:05 15    Frontiers that I'm speaking about, about which I
07:05 16    arranged for a Skype call with Robin, it came out,
07:05 17    as I said, certainly within the last couple of
07:05 18    months.
07:05 19        Q.    Robin, is that the same person --
07:05 20        A.    R-O-B-I-N.  He's a French man.  The way
07:05 21    he and his friends pronounce his name is "Roban."
07:05 22        Q.    So your conversation was by Skype?
07:05 23        A.    The most recent one.
07:05 24        Q.    And he did not give you information that
07:05 25    you were looking for; is that right?

Page 364

07:05  1        A.    He didn't -- he didn't know.  He said
07:05  2    that it's his general sense that Monsanto Roundup
07:05  3    products sold in Europe -- Monsanto started to
07:06  4    change and shift away from POEA surfactants possibly
07:06  5    as many as ten years ago, the first products that
07:06  6    were changed; but that certainly in recent years,
07:06  7    the pace of change in replacing POE -- POEA
07:06  8    surfactants in brand name Roundup products in Europe
07:06  9    accelerated.
07:06 10            And I believe -- there's documents in the
07:06 11    record -- MONGLY documents that said that there were
07:06 12    no more Roundup products sold in Europe after 2012
07:06 13    containing POEA.  These are Monsanto documents.
07:06 14    However, I'm aware that EFSA as a regulatory matter
07:07 15    banned or ended the ongoing use of POEA surfactants
07:07 16    in any glyphosate-based herbicides manufactured by
07:07 17    companies other than Monsanto as of 2015.
07:07 18        Q.    Did you have any other communications
07:07 19    with Robin in some other form, like email?
07:07 20        A.    Well, yeah.  So Robin is the -- he's
07:07 21    the -- he was the assigned editor for a
07:07 22    peer-reviewed paper that I submitted to one of the
07:07 23    Frontiers journals that went through peer review,
07:08 24    and I had some email back and forth with him over my
07:08 25    responses to the peer-reviewed comments.

Page 365

07:08  1        Q.    Did any of that relate to a discussion
07:08  2    about Monsanto or its formulation?
07:08  3        A.    No.
07:08  4        Q.    Do you have a certification or formal
07:08  5    training in the preparation of herbicide labels for
07:08  6    EPA review?
07:08  7        A.    No.
07:08  8        Q.    Have you prepared herbicide labels for
07:08  9    EPA review under FIFRA?
07:08 10        A.    No, I have not.
07:08 11        Q.    Do you have any knowledge of labeling
07:08 12    requirements under FIFRA as interpreted by the EPA?
07:08 13        A.    Yes.
07:08 14        Q.    And that's based on your self-taught
07:08 15    research; is that right?
07:09 16        MR. LITZENBURG:  Form.
07:09 17        THE WITNESS:  It's based on the fact that
07:09 18    over the last 35 years, I've worked in the area
07:09 19    of pesticide use, risk assessment, public health
07:09 20    and environmental impacts.
07:09 21            One of the essential documents in any
07:09 22    specific case involving any pesticide is the
07:09 23    label, because as is often said in EPA circles
07:09 24    and industry circles, the label is the law.  And
07:09 25    so it is always a necessary part of any in-depth

Page 366

07:09  1   assessment of a pesticide use of risk issue to
07:09  2   know what is on the label and what the label
07:09  3   requires, because the EPA's evaluation of risks
07:09  4   and EPA's judgment about a particular risk not
07:09  5   posing an unreasonable adverse effect on man and
07:10  6   the environment is conditioned upon the
07:10  7   assumption that a particular pesticide product
07:10  8   will be used in a manner consistent with
07:10  9   labeling.
07:10  10      So it is very important to understand
07:10  11  what is on the label. It's also very important
07:10  12  to understand what is on the label in any case
07:10  13  involving an adverse effect of a pesticide on
07:10  14  either human health, as in the case of -- as in
07:10  15  this case, or on economic property like another
07:10  16  farmer's crop pesticide drift.
07:10  17      The provisions and use directions that
07:10  18  are on a label are essential pieces of
07:10  19  information in assessing whether a company has
07:10  20  exercised prudent judgment and adequately warned
07:11  21  users of their pesticide product about potential
07:11  22  risks and potential harms that either might be
07:11  23  experienced by the person mixing and applying
07:11  24  the pesticide or by people living in a vicinity
07:11  25  near where the pesticide is applied or the

Page 367

07:11  1   general public through residues in food or
07:11  2   drinking water. So the provisions on a label
07:11  3   are integral to any serious assessment of most
07:11  4   pesticide issues.
07:11  5   BY MR. COPLE:
07:11  6      Q.   So your knowledge of labeling
07:11  7   requirements for herbicides under FIFRA that you've
07:11  8   gained over the last, I think you said 35 years,
07:11  9   that's all self-taught, right?
07:11  10      MR. LITZENBURG:  Form.  Asked and
07:11  11  answered.
07:11  12      THE WITNESS:  I've never attended a class
07:12  13  called "EPA labeling," no.  So self-learned,
07:12  14  yes.  A fair characterization.
07:12  15  BY MR. COPLE:
07:12  16      Q.   Have you published in a peer-reviewed
07:12  17  journal any work authored by you on labeling
07:12  18  requirements for herbicides under FIFRA?
07:12  19      A.   Not specifically on labeling
07:12  20  requirements, no.
07:13  21      MR. COPLE:  Let's mark 17.
07:13  22      (Benbrook Exhibit Number 17 is marked for
07:13  23  identification.)
07:13  24  BY MR. COPLE:
07:13  25      Q.   Are you familiar with this document,

Page 368

07:14  1   Doctor?
07:14  2      A.   Yeah, I know what it is.  I haven't seen
07:14  3   this particular rendition of it.  This is the EPA's
07:14  4   label review manual, which has continuously evolved,
07:14  5   really, over the last 35 years.  Look at the second
07:14  6   page, the revision date of the various chapters is
07:14  7   listed, and this would only be the last revision
07:14  8   date.  It's one of the kind of living documents, if
07:14  9   you will, that govern what has to go on a label.
07:14  10     Q.   This is EPA's public or published
07:14  11  guidance to registrants, or anyone else who's
07:14  12  interested, about the labeling requirements under
07:14  13  FIFRA, right?
07:14  14     A.   Right.
07:14  15     Q.   Did you review this document in
07:14  16  connection with your -- preparing your opinions in
07:14  17  this case?
07:14  18     A.   No.
07:14  19     Q.   Have you reviewed it in the past?
07:14  20     A.   Yes.  Well, I haven't reviewed this
07:15  21  version of it, but the entire history of my work on
07:15  22  pesticides, there was a document that served the
07:15  23  same function as this one.  It wasn't always named
07:15  24  the Label Review Manual, but there was a document
07:15  25  that communicated to registrants what was required

Page 369

07:15  1   on labels.  And over the years that I've worked on
07:15  2   pesticide issues, I -- it's been important to
07:15  3   understand what is in that document.
07:15  4      Q.   When did that prior version of whatever
07:15  5   it was called, prior version of the Label Review
07:15  6   Manual, come into effect or was issued by EPA?
07:15  7      A.   Well, as I said, if you look at the
07:15  8   second page, there's a list of the chapters, and it
07:15  9   reports in the second column the latest revision
07:15  10  date of the 18 chapters.  This gives you a sense
07:16  11  they had not updated or changed.  For example,
07:16  12  Chapter 14 on identification numbers since November
07:16  13  of 2012, but that there was an August 27 update of
07:16  14  Chapter 15 on company name and address.
07:16  15     Q.   All right.  So on that page that you're
07:16  16  referencing, the earliest, the most long ago
07:16  17  revision would have been in 2011, correct?
07:16  18     A.   That's the -- that is the oldest most
07:16  19  recent revision.
07:16  20     Q.   That's what I'm saying.
07:16  21     A.   But I'm sure that every one of these
07:16  22  chapters has gone through many revisions over the
07:16  23  last 35 years.
07:16  24     Q.   Let's turn to Page 1-2.
07:16  25     A.   Okay.

Confidential

## Page 370

07:16  1      Q.    And the Background, it says as an
07:17  2  introduction that "Pesticide product labels provide
07:17  3  critical information about how to safely and legally
07:17  4  handle and apply pesticides."
07:17  5      It goes on to say that "Unlike other
07:17  6  types of product labels, pesticide labels are
07:17  7  enforceable and must include the statement, 'It is a
07:17  8  violation of federal law to use this product in a
07:17  9  manner inconsistent with its labeling.'"  And it's
07:17 10  got a citation to the code of federal regulations.
07:17 11      And I think you said in your testimony
07:17 12  today, in other words, the label is the law; it's
07:17 13  something that you've said, right?
07:17 14      A.    Correct.
07:17 15      Q.    All right.  This is a provision that
07:17 16  Monsanto complied with, with respect to its
07:17 17  registered and approved herbicides including
07:17 18  glyphosate, right?  Glyphosate formulation?
07:17 19      A.    Well, Monsanto presents labels, proposed
07:17 20  labels, to the agency when it's seeking a new
07:17 21  registration, and on a fairly frequent basis it
07:18 22  requests label amendments for existing
07:18 23  registrations; most of the time which are approved
07:18 24  without change by the EPA.
07:18 25      Now, if you're asking me when Monsanto --

## Page 371

07:18  1  when an employee of Monsanto uses one of Monsanto's
07:18  2  herbicides do they follow the label, I would presume
07:18  3  that they would be inclined to do so.
07:18  4      Q.    All right.  Could you review the Ranger
07:18  5  Pro label as approved by EPA?
07:18  6      A.    Yes.
07:18  7      Q.    And the necessary statement indicated in
07:18  8  the background, that's included on that label,
07:18  9  correct?
07:18 10      A.    What -- I don't know what you're talking
07:18 11  about.
07:18 12      Q.    It says that "Unlike other types of
07:18 13  product labels, pesticide labels are enforceable and
07:18 14  must include the statement, 'It is a violation of
07:18 15  federal law to use this product in a manner
07:18 16  inconsistent with its labeling.'"
07:18 17      A.    I would be -- I'm quite certain that in
07:18 18  all of the versions of the Ranger Pro label and the
07:19 19  Roundup Pro concentrate label, you will find that
07:19 20  precise quote.
07:19 21      Q.    And all of the information that's on a
07:19 22  label for a herbicide must be approved by EPA as
07:19 23  part of registration review or other review in order
07:19 24  to not be misbranded, correct?
07:19 25      A.    The way this system works, registrants

## Page 372

07:19  1  are primarily responsible for composing their
07:19  2  labels.  There are certain requirements for
07:19  3  provisions that have to be on the label.
07:19  4      In some cases, the EPA specifies what has
07:19  5  to be on the front part of the label and specifies
07:19  6  the fonts, et cetera, but the actual content of the
07:20  7  label -- the use directions, the application rates,
07:20  8  the types of nozzles to use, whether to apply when
07:20  9  the wind is blowing at 3 miles an hour and not over
07:20 10  13 miles an hour, the worker safety provisions, the
07:20 11  required PPE -- the technical details that go into
07:20 12  the label, those are written by, composed by the
07:20 13  registrants, and EPA reviews them for compliance
07:20 14  with any requirement in the Label Review Manual that
07:20 15  typically addresses what has to be where on a label,
07:20 16  what kind of information has to be included.  But
07:20 17  for the most part, as long as the content of a label
07:21 18  doesn't violate something in the Label Review
07:21 19  Manual, the EPA generally accepts what the
07:21 20  registrants propose as needed to assure that
07:21 21  applications of a pesticide consistent with the
07:21 22  provisions on the label will not lead to
07:21 23  unreasonable adverse effects on man and the
07:21 24  environment.
07:21 25      That's -- it's the registrant's job to

## Page 373

07:21  1  figure out how a pesticide can be used in a safe and
07:21  2  efficacious manner that doesn't cause human health
07:21  3  risks and doesn't harm economic property, and when
07:21  4  EPA feels that a label -- when EPA feels that based
07:21  5  on its risk assessments or 682 reports or any other
07:21  6  source of information that a legally registered use
07:21  7  of a pesticide has in fact caused problems, then EPA
07:21  8  will assess the label language; will usually engage
07:22  9  the company on what's going on with the, for
07:22 10  example, with the surprisingly high incidence of eye
07:22 11  and skin irritation problems from use of
07:22 12  glyphosate-based herbicides, Roundup herbicides in
07:22 13  the early '80s in California, which led to a
07:22 14  communication from the State of California to the
07:22 15  EPA and to Monsanto.
07:22 16      When that sort of thing comes up, it
07:22 17  directs the attention of the regulators and the
07:22 18  registrants to the label instructions, the
07:22 19  restrictions, the safety precautions, the worker
07:22 20  safety provisions in the PPE that's embedded in the
07:22 21  label to see if it can be enhanced or improved to
07:22 22  reduce the frequency of exposure episodes that harm
07:22 23  people.
07:23 24      Q.    FIFRA requires and EPA's own labeling
07:23 25  regulation requires that all of the words,

Confidential

## Page 374

07:23  1    statements, graphic representations, designs, or
07:23  2    other information that's required to be on the label
07:23  3    must be approved by EPA, right?
07:23  4        A.   Correct.
07:23  5        Q.   And one of those aspects is talked about
07:23  6    in -- if you start on Page 3-1 of this exhibit, 17,
07:23  7    3-1.
07:23  8        A.   Got it.
07:23  9        Q.   3-1, there's a subsection that says,
07:23 10    "Container Label Contents When Booklets Are Used."
07:23 11        Do you see that?
07:23 12        A.   Yes.
07:23 13        Q.   There's a bunch of arrows at the bottom
07:23 14    pointing to the different labeling information, and
07:23 15    if you go to the top of the next page, 3-2, it says
07:24 16    specifically, "Precautionary statements, including
07:24 17    hazards to humans and domestic animals," correct?
07:24 18        A.   Yes.  That's what it says.
07:24 19        Q.   That's information that would constitute
07:24 20    words or any symbols or graphic representations, if
07:24 21    that's what it is, that EPA would have to approve,
07:24 22    specifically whatever it is the registrant composes
07:24 23    for the label, right?
07:24 24        A.   Correct.
07:24 25        Q.   And if the label -- if you continue down,

## Page 375

07:24  1    there's a break between these arrows, the same page,
07:24  2    3-2.
07:24  3        It says, "Other parts of the label may be
07:24  4    placed in a booklet or other pull-off type
07:24  5    labeling."  It goes on to say, "At a minimum, the
07:24  6    booklet or pull-off labeling should include the
07:24  7    following."  And you'll see the third arrow from the
07:24  8    last one, it says, "Precautionary statements,
07:24  9    including hazards to humans and domestic animals."
07:24 10        So EPA would have to approve all of that
07:25 11    specific words and language, as well, right?
07:25 12        A.   Correct.
07:25 13        Q.   What is collateral labeling?
07:25 14        A.   Collateral labeling?
07:25 15        Q.   Yes.
07:25 16        A.   I suspect it refers to the booklets that
07:25 17    often can be 50, 60, 70 pages for a pesticide that's
07:25 18    registered for use in a lot of -- in a wide variety
07:25 19    of crops.
07:25 20        Sometimes labels have state-specific
07:25 21    requirements that would be authorized through a 24C
07:25 22    or 24A label, which would have additional or
07:25 23    collateral labeling.  So there's a variety of
07:25 24    different mechanisms the EPA can use to approve a
07:26 25    use of a pesticide, ranging from an experimental use

## Page 376

07:26  1    permit at the very beginning of the process, to a
07:26  2    Section 18, to a 24C or 24A, which is a
07:26  3    state-specific label, to a full Section 3 federal
07:26  4    label that sanctions use of a pesticide throughout
07:26  5    the country.
07:26  6        Q.   You suspect that that's what collateral
07:26  7    labeling is, but you don't specifically know or
07:26  8    recall, sitting here?
07:26  9        A.   Collateral labels are described in full
07:27 10    in Section C and include the bulletins, leaflets,
07:27 11    brochures, fliers, other information about the
07:27 12    registered and legal uses of the pesticide; often
07:27 13    will address particularly materials designed for the
07:27 14    farming community to highlight the pests that the
07:27 15    pesticide is particularly good at controlling.
07:27 16    Sometimes there's information alerting farmers to
07:27 17    the pests that have become resistant to the
07:27 18    pesticide and doesn't work.
07:27 19        So it's a -- it's an encompassing term
07:27 20    for a range of methods that pesticide registrants
07:27 21    provide useful information to people using their
07:27 22    products.
07:27 23        Q.   Which is what EPA calls "collateral
07:27 24    labeling"?
07:27 25        A.   Correct.

## Page 377

07:27  1        Q.   For collateral labeling, under Page 3-2,
07:27  2    as you say, Section C which describes it, "EPA's
07:27  3    requirement in implementing FIFRA is that such
07:27  4    labeling may not bear any claim or representation
07:27  5    that substantially differs from those that are
07:27  6    accepted in connection with the registration of the
07:27  7    product," right?
07:27  8        A.   Correct.
07:27  9        Q.   So anything that is collateral labeling
07:27 10    EPA also has to approve whatever is proposed or, as
07:27 11    you say, composed by the registrant, right?
07:28 12        A.   Correct.
07:28 13        Q.   And that would be the case, for example,
07:28 14    with respect to Ranger Pro, that EPA would approve
07:28 15    all of the label and collateral labeling for Ranger
07:28 16    Pro?
07:28 17        A.   Correct.
07:28 18        Q.   If there was an issue in the mind of EPA
07:28 19    about whether labeling complied with those
07:28 20    requirements, EPA would require additional
07:28 21    information or possibly bring in important steps,
07:28 22    right?
07:28 23        A.   Yes.  It's certainly possible that they
07:28 24    would do so.
07:28 25        Q.   And that's not happened with respect to

Page 378

07:28   1   Ranger Pro, correct?
07:28   2       A.   I don't know if it has or not.
07:28   3       Q.   You didn't see that in any of the
07:28   4   documents that you were provided, correct?
07:28   5       A.   No.  I didn't see any discussion of such
07:29   6   episodes.
07:29   7       Q.   If you go to 12-12.
07:29   8       A.   Other than there was a couple of episodes
07:29   9   where EPA challenged advertising that had been done
07:29  10   for some Roundup herbicides, where EPA felt that
07:29  11   some of the claims and assertions in the
07:29  12   advertisement were not consistent with what was on
07:29  13   the label, and that the individuals shown in the
07:29  14   advertisement were applying the pesticide in a way
07:29  15   that was not consistent with the requirements on the
07:29  16   label.
07:29  17       Q.   This -- this was --
07:29  18       A.   One episode that I remember in the
07:29  19   record.
07:29  20       Q.   This was before or prior to the time that
07:29  21   Mr. Johnson used Ranger Pro as a pesticide
07:29  22   applicator, correct?
07:29  23       A.   Correct.  I don't remember the -- Rick
07:29  24   Tinsworth was the senior official in EPA that was
07:30  25   involved in this, so given that, he was probably

Page 379

07:30   1   mid-'90s era.
07:30   2       Q.   So a good number of years before
07:30   3   Mr. Johnson -- at the period of time he says he
07:30   4   applied Ranger Pro, right?
07:30   5       A.   Correct.
07:30   6       Q.   And to your knowledge, the issue would
07:30   7   have been resolved to the satisfaction of EPA,
07:30   8   right?
07:30   9       A.   I believe it was -- it arose from a
07:30  10   Midwestern and Iowa-based advertising campaign, not
07:30  11   one in California.
07:30  12       Q.   Now, in the Label Review Manual for
07:30  13   pesticide programs on page 12-12, there is a
07:30  14   section -- and actually a section -- look back at
07:31  15   the beginning of Chapter 12 for a moment.  I asked
07:31  16   you about 12-12.  If you go to the coversheet on
07:31  17   Chapter 12, which is the page before 12-1.  You see
07:31  18   it's a nice picture of all different vegetation and
07:31  19   circumstances, and it's entitled "Labeling Claims,"
07:31  20   right?
07:31  21       A.   Yes, sir.
07:31  22       Q.   What's a labeling claim?
07:31  23       A.   It's a representation on a pesticide
07:31  24   label of a target pest that the product is
07:31  25   determined to be effective in controlling.  Those

Page 380

07:31   1   would certainly be some of the important label
07:31   2   claims.  The labels also set forth a variety of
07:32   3   technical details about the way that a pesticide
07:32   4   should be applied, the equipment that should be
07:32   5   used, and the circumstances under which it should be
07:32   6   applied.
07:32   7           It also -- it also relates to any claims
07:32   8   of safety or biodegradability or environmental
07:32   9   friendliness or poses no harm to pets or other
07:32  10   aspects of the impact or environmental fate of the
07:32  11   pesticide when applied according to the label.
07:32  12       Q.   Including precautionary statements on
07:32  13   potential hazards to humans or domestic animals,
07:32  14   correct?
07:32  15       A.   Yes.  I would consider those part of,
07:32  16   certainly, the labeling and, certainly, claims, I
07:32  17   guess.  The claim would be that a pesticide user
07:32  18   that adheres to the precautionary provisions on a
07:33  19   label would have a reasonable expectation of not
07:33  20   suffering any unreasonable adverse effect from a
07:33  21   lawful and legal application of the pesticide in
07:33  22   accord with the directions on the label.
07:33  23       Q.   And right now EPA's take on
07:33  24   glyphosate-based herbicides is that there's no
07:33  25   evidence it's a human carcinogen, correct?

Page 381

07:33   1       A.   Yes.  That's what we've discussed for
07:33   2   several hours now.
07:33   3       Q.   And it's been that case at least since
07:33   4   the second peer review committee determination in
07:33   5   1991, right?
07:33   6       A.   Correct.
07:33   7       Q.   Now, advertising would also be covered
07:33   8   under EPA's regulation of a registrant's labeling
07:33   9   claim, right?
07:33  10       A.   Correct, as set forth on 12-12.
07:33  11       Q.   That would include advertising,
07:33  12   collateral literature, and verbal claims for the
07:33  13   product, right?
07:34  14       A.   Correct.
07:34  15       Q.   And all of that cannot substantially
07:34  16   differ -- all of that, all of such claims if made by
07:34  17   a registrant cannot substantially differ from the
07:34  18   claims made on the label or labeling that EPA has
07:34  19   approved as part of registration, right?
07:34  20       A.   Correct.
07:34  21       Q.   And EPA can require a registrant to
07:34  22   submit advertising that's used in the marketing of
07:34  23   an approved registered herbicide to be submitted for
07:34  24   review in order to be in compliance, correct?
07:34  25       A.   It has the authority to do so, yes.

Confidential

## Page 382

07:34  1        Q.    Do you have experience of any type with
07:34  2    EPA's review of advertising and collateral
07:34  3    literature or verbal claims of labeling claims?
07:35  4        A.    In the record of this case, as I
07:35  5    mentioned, there are, I think, three specific
07:35  6    assertions made in advertising materials, I believe
07:35  7    both on the television and in print media that were
07:35  8    part of a Midwestern advertising campaign for
07:35  9    Roundup brand herbicides, that an individual in Iowa
07:35  10   with knowledge about pesticides contacted the EPA
07:35  11   and said that he felt that the content of the
07:35  12   advertisement was inconsistent with the requirements
07:35  13   on the label relative to the clothing that the
07:35  14   individual depicted in the ads using Roundup
07:35  15   herbicide was using.
07:36  16        In addition, in this particular episode,
07:36  17   which is in the record that I reviewed -- I don't
07:36  18   think I put anything in my expert report about it,
07:36  19   because it happened many years before Mr. Johnson
07:36  20   used the materials and it involved an advertising
07:36  21   campaign that was clearly identified in the record
07:36  22   as Midwestern based, so I didn't think it was -- I
07:36  23   didn't think it had any way to influence
07:36  24   Mr. Johnson's use of the product.
07:36  25        But in that, EPA objected to the use of

## Page 383

07:36  1    the word "safe."  It object to the use of the word
07:36  2    "biodegradable," and there was a third -- there were
07:36  3    three specific terms, if my memory serves me
07:37  4    correctly, that EPA directed Monsanto to remove from
07:37  5    that set of advertising.  I think they gave them 60
07:37  6    days to do that or something on that order.
07:37  7        Q.    Were you involved yourself personally and
07:37  8    professionally in any of these events?
07:37  9        A.    No.
07:37  10       Q.    Back to my question, do you have any
07:37  11   experience or expertise yourself in dealing with
07:37  12   EPA's regulation of labeling claims in herbicide
07:37  13   labels?
07:37  14       A.    Yes, I do.
07:37  15       Q.    What's that based on?
07:37  16       A.    Let's see.  I would say off the top of my
07:37  17   head, probably four or five of the expert witness
07:37  18   cases that I've been involved in over the years,
07:37  19   certainly one of the major ones that I was heavily
07:37  20   involved in for almost three years involved movement
07:37  21   of herbicides post application and damage to other
07:38  22   agronomic crops.  And one of the essential core
07:38  23   issues in the case was the adequacy of the label
07:38  24   directions incorporated on the herbicide product
07:38  25   applied in this case and whether those label

## Page 384

07:38  1    directions truthfully and fully reflected the
07:38  2    manufacturer's own understanding of the potential
07:38  3    risks posed by that herbicide when applied in the
07:38  4    conditions that it was applied in this particular
07:38  5    case.
07:38  6        Q.    What were the labeling claims that were
07:38  7    involved?
07:38  8        THE WITNESS:  Can we go off the record
07:38  9    for a minute?
07:38  10       MR. COPLE:  Sure.
07:38  11       THE VIDEOGRAPHER:  The time is now 7:39.
07:38  12   We are off the record.
07:42  13       (Break in proceedings.)
07:43  14       THE VIDEOGRAPHER:  The time is now 7:43.
07:43  15   We're on the record.
07:43  16       MR. COPLE:  Read back the question.
07:43  17       (The court reporter read the record as
07:43  18   requested.)
07:43  19       THE WITNESS:  In my past expert witness
07:43  20   work, correct?
07:43  21   BY MR. COPLE:
07:43  22       Q.    Yes.
07:43  23       A.    That was the question as I understood it.
07:43  24       Q.    Yes.
07:43  25       A.    Three of the cases that I participated in

## Page 385

07:43  1    as an expert witness involved intensive assessment
07:43  2    of the provisions on pesticide product labels,
07:43  3    in-depth analysis of the data developed by the
07:43  4    manufacturers and submitted to the EPA; the
07:43  5    completeness of the label directions and whether
07:44  6    provisions on the labels were justified.
07:44  7        The three cases involved: sethoxydim
07:44  8    herbicide, or Oust, a DuPont product; quinclorac,
07:44  9    which is a rice herbicide -- I don't remember the
07:44  10   company manufacturing that; and a herbicide called
07:44  11   Poast, sethoxydim.
07:44  12       Assessment -- detailed assessment of what
07:44  13   was on the labels were integral to those cases, and
07:44  14   I'm not -- I don't feel comfortable saying anything
07:44  15   more about them, because in the case of all three, I
07:44  16   signed and agreed to abide by a protective order,
07:44  17   the details of which I don't remember.
07:44  18       Q.    We're not going to ask you questions that
07:44  19   might put you at any risk, Dr. Benbrook.  I just
07:44  20   have one final question about this one before we
07:44  21   adjourn for just today.
07:44  22       Those -- those cases in which you have
07:44  23   that experience with labeling claims, all of those
07:44  24   cases were involved with your work as an expert
07:45  25   witness in litigation, correct?

Confidential

## Page 386

07:45 1    A.   Correct.

07:45 2    MR. COPLE:  We can adjourn until tomorrow

07:45 3  morning.

07:45 4    THE VIDEOGRAPHER:  The time is now 7:45.

07:45 5  We are off the record.

07:45 6

07:45 7    (Deposition adjourned at 7:45 p.m.)

07:45 8

07:45 9    (Signature reserved)

07:45 10

07:45 11

07:45 12    * * * * *

13

14

15

16

17

18

19

20

21

22

23

24

25

## Page 387

07:45 1    DEPOSITION ERRATA SHEET

07:45 2  Job No. 35932/193468

07:45 3  Case Caption:  DEWAYNE JOHNSON -vs- MONSANTO COMPANY

07:45 4  Deposition Date:  February 8, 2018

07:45 5

07:45 6    DECLARATION UNDER PENALTY OF PERJURY

07:45 6    I declare under penalty of perjury that I have read

07:45 7  the entire transcript of my Deposition taken in the

07:45 8  captioned matter or the same has been read to me, and the

07:45 9  same is true and accurate, save and except for changes

07:45 10  and/or corrections, if any, as indicated by me on the

07:45 11  DEPOSITION ERRATA SHEET, hereof, with the understanding

07:45 12  that I offer these changes as if still under oath.

07:45 13  Signed on the __ day of ____, 20__.

07:45 14

07:45 15

07:45 16  _____

07:45 17    DR. CHARLES M. BENBROOK

07:45 18

07:45 19  Subscribed to and sworn before me this ___ day of _____,

07:45 20  20__, in _____.

07:45 21

07:45 22

07:45 23  _____

07:45 23  Notary Public

07:45 24  My commission expires: _____, 20__

07:45 25  Notary Public Registration No. _____

## Page 388

07:45 1    DEPOSITION ERRATA SHEET

07:45 2

07:45 3  Page No._____ Line No._____ Change to:_____

07:45 4  _____

07:45 5  Reason for change: _____

07:45 6  Page No._____ Line No._____ Change to:_____

07:45 7  _____

07:45 8  Reason for change: _____

07:45 9  Page No._____ Line No._____ Change to:_____

07:45 10  _____

07:45 11  Reason for change: _____

07:45 12  Page No._____ Line No._____ Change to:_____

07:45 13  _____

07:45 14  Reason for change: _____

07:45 15  Page No._____ Line No._____ Change to:_____

07:45 16  _____

07:45 17  Reason for change: _____

07:45 18  Page No._____ Line No._____ Change to:_____

07:45 19  _____

07:45 20  Reason for change: _____

07:45 21  Page No._____ Line No._____ Change to:_____

07:45 22  _____

07:45 23  Reason for change: _____

07:45 24  SIGNATURE:_____DATE:_____

07:45 25    DR. CHARLES M. BENBROOK

## Page 389

07:45 1    DEPOSITION ERRATA SHEET

07:45 2

07:45 3  Page No._____ Line No._____ Change to:_____

07:45 4  _____

07:45 5  Reason for change: _____

07:45 6  Page No._____ Line No._____ Change to:_____

07:45 7  _____

07:45 8  Reason for change: _____

07:45 9  Page No._____ Line No._____ Change to:_____

07:45 10  _____

07:45 11  Reason for change: _____

07:45 12  Page No._____ Line No._____ Change to:_____

07:45 13  _____

07:45 14  Reason for change: _____

07:45 15  Page No._____ Line No._____ Change to:_____

07:45 16  _____

07:45 17  Reason for change: _____

07:45 18  Page No._____ Line No._____ Change to:_____

07:45 19  _____

07:45 20  Reason for change: _____

07:45 21  Page No._____ Line No._____ Change to:_____

07:45 22  _____

07:45 23  Reason for change: _____

07:45 24  SIGNATURE:_____DATE:_____

07:45 25    DR. CHARLES M. BENBROOK

Confidential

Page 390

| | |
|---|---|
| 07:45 1 | COMMONWEALTH OF VIRGINIA AT LARGE, to wit: |
| 07:45 2 | I, Rhonda D. Tuck, RPR, CRR, Notary Public in and |
| 07:45 3 | for the Commonwealth of Virginia at Large, and whose |
| 07:45 4 | commission expires on May 31, 2020, do certify that the |
| 07:45 5 | aforementioned appeared before me, was sworn by me, and |
| 07:45 6 | was thereupon examined by counsel; and that the foregoing |
| 07:45 7 | is a true, correct, and full transcript of the testimony |
| 07:45 8 | adduced. |
| 07:45 9 | I further certify that I am neither related to nor |
| 07:45 10 | associated with any counsel or party to this proceeding, |
| 07:45 11 | nor otherwise interested in the event thereof. |
| 07:45 12 | Given under my hand and notarial seal at |
| 07:45 13 | Charlottesville, Virginia, this 12th day of February, |
| 07:45 14 | 2018. |
| 07:45 15 | |
| 07:45 16 | |
| 07:45 17 | |
| 07:45 18 | |
| 07:45 19 | Rhonda D. Tuck, RPR, CRR |
| 07:45 20 | Notary Public Registration No. 224847 |
| 07:45 21 | Commonwealth of Virginia at Large |
| 07:45 22 | |
| 07:45 23 | |
| 07:45 24 | |
| 07:45 25 | |

Confidential

**A**

**$200,000 (1)**
80:2
**$250,000 (1)**
80:1
**$300 (2)**
12:22 13:4
**$400,000 (1)**
226:9
**a.m (4)**
1:14 2:8 9:1,12
**Aaron (3)**
88:9 89:16 90:20
**abide (1)**
385:16
**ability (2)**
247:20 256:20
**able (4)**
89:11 112:15 119:14
222:21
**absence (4)**
122:8 346:14 350:23
352:11
**absentia (1)**
312:12
**absolute (1)**
67:5
**absolutely (2)**
189:6 309:9
**absorption (2)**
7:7 120:11
**academic (2)**
18:10 182:5
**academy (4)**
156:3 188:12 223:25
224:25 225:5,16,17
226:2,7 228:6,7
246:5
**accelerated (1)**
364:9
**accept (6)**
99:25 110:6 121:3
156:14 204:25
257:17
**acceptability (1)**
322:1
**acceptable (5)**
25:19 37:14 109:21
230:16 254:16
**accepted (4)**
15:20,24 82:7 377:6
**accepts (1)**
372:19
**access (2)**

190:1 256:7
**accord (1)**
380:22
**account (22)**
108:23 109:10 123:5
124:20 135:10
141:19 151:12
153:13 196:7,12,14
197:3 284:4,8
302:13 306:4,22,25
329:23 330:14
348:19 351:16
**accurate (7)**
30:22 92:16 173:1,9
174:17 333:8 387:9
**accurately (5)**
118:10 141:24 170:15
331:3 337:4
**achieve (1)**
292:24
**acknowledge (1)**
360:6
**acknowledged (2)**
225:6 253:12
**acknowledging (2)**
112:25 278:15
**acronym (2)**
61:20 137:11
**acrylamide (1)**
94:9
**act (15)**
7:12 20:8 27:22 28:10
28:18,23 29:2,11
123:3,18 130:1
220:20 224:18
225:22 257:17
**acting (2)**
25:17 288:4
**action (6)**
55:8 133:25 171:18
177:22 257:5
263:25
**actions (14)**
27:20 28:23 36:22
38:8,14 49:7 74:7
74:13,25 75:4,6
144:25 173:3
255:22
**active (54)**
6:5 20:22 41:4 48:10
51:11 75:1 91:7,13
92:8,10,15,19 93:11
94:11,15,18 95:3,21
95:25 96:4,21,23

103:22 104:8 109:7
111:3 112:9 115:3
115:25 117:15,23
120:2 121:5,15
122:4 127:12
131:19 135:4
149:17 154:3
182:15 193:9
195:11 231:15
250:23 259:9
324:12 325:23
333:4,19 338:8
339:14,16 358:15
**actively (4)**
11:24 13:15 190:4
191:6
**activities (10)**
23:19 30:6 40:12
41:23 47:22 85:22
86:6 90:2 158:10
222:4
**activity (5)**
20:16 113:6 229:22
230:21 231:1
**actual (6)**
30:15 93:3 114:16
278:3 309:8 372:6
**acute (15)**
103:17 104:10,14,18
104:24 105:3,6,12
106:9 107:18
108:10,15 109:3
119:17 176:17
**ad (1)**
237:16
**add (3)**
15:19,25 320:2
**added (2)**
278:2 361:15
**addendums (1)**
138:17
**addition (8)**
34:17 123:5 127:18
170:20 265:4
243:21 298:19
382:16
**additional (58)**
13:9 16:20,21 17:13
53:22 55:17 82:7
110:7,9,14,14 129:6
129:8,17 130:7,11
172:10 174:8
182:18,18 200:14
214:10,17,25

215:21 216:6 217:2
217:18,19 218:20
219:4,18,21 231:21
233:11 236:18
240:9 248:20 257:7
262:13 273:13
274:4,21 275:3
278:16 280:5 283:1
285:20 299:6
303:18 304:11
315:22 333:6 345:1
350:17,17 375:22
377:20
**Additionally (3)**
192:14,17 329:16
**address (6)**
37:2 89:5 161:16
306:13 369:14
376:13
**addressed (8)**
70:19 189:25 224:22
229:16 246:5 315:3
316:15 352:24
**addresses (4)**
232:1,3,6 372:15
**addressing (4)**
143:24 263:11 287:6
299:18
**adds (1)**
157:5
**adduced (1)**
390:8
**adenoma (24)**
240:10 250:4 279:5
279:13 280:21
282:14,17 283:22
284:3 292:8 296:13
297:12,19,21 298:9
298:15 299:16,20
303:19 306:16
307:8,8,21 348:11
**adenomas (21)**
144:4 161:19 170:6
170:13 171:22
207:16 213:13,15
213:23 214:20
234:25 236:7
247:13 249:5
273:10 279:9 282:8
298:24 302:14
309:2 347:3
**adequacy (1)**
383:23
**adequate (4)**

178:23 318:10 319:1
341:2
**adequately (2)**
167:10 366:20
**adhere (1)**
182:1
**adheres (2)**
40:14 380:18
**adjourn (2)**
385:21 386:2
**adjourned (1)**
386:7
**adjusted (1)**
284:11
**adjuvants (3)**
104:7 105:22 359:12
**ADME (3)**
120:8,11,20
**administers (1)**
30:7
**Administration (2)**
25:5 28:12
**administrator (1)**
224:4
**admit (1)**
334:20
**admittedly (1)**
334:19
**adopted (2)**
246:23 325:20
**Adrian (1)**
157:20
**ads (1)**
382:14
**advanced (4)**
35:18 77:23 259:7
261:8
**adverse (17)**
57:22 96:20 122:23
123:11 129:21
171:8 182:18
233:14 263:13,13
322:7 334:14
356:11 366:5,13
372:23 380:20
**advertisement (3)**
378:12,14 382:12
**advertising (10)**
378:9 379:10 381:7
381:11,22 382:2,6,8
382:20 383:5
**advice (4)**
185:25 241:5 247:4
269:3

**advising (1)**
131:7
**Advisor (1)**
198:12
**advisory (16)**
6:8 29:19 146:25
147:1 154:5 243:23
247:4 264:11 270:5
272:12 275:12,16
279:20 295:2
300:17 350:18
**advocating (1)**
88:23
**aerial (1)**
128:8
**affiliated (1)**
268:20
**affiliation (1)**
335:16
**aforementioned (1)**
390:5
**ag (1)**
187:15
**age (1)**
284:11
**agencies (25)**
22:13 23:4 24:24 25:1
25:8,10,11 26:1
27:10,12 29:23
31:18,21 32:16
39:11 51:5 52:18
76:5 114:8 136:7,16
137:17 141:8
211:14 355:13
**agency (92)**
19:9 25:3,20 27:16,17
27:25 28:14,20
30:17 72:15 126:22
128:4 129:3,6,10,12
129:18 130:6,9,12
130:16,24 133:12
145:6 147:6 151:9
153:2,8 154:23,24
158:8 159:21
163:22 170:19
171:1 172:25
173:21,21 174:7
177:13,17 184:22
192:17 193:1
209:23 221:22
226:2,19 229:1
232:21 234:1
236:14 246:19
248:21 255:8,12

256:6 269:3 270:8
272:1,13,22 273:3
281:17 286:2 287:9
292:22 293:24
298:11 313:21
317:5 319:23
321:18 322:16
323:9 324:10,17,22
324:23 325:15,19
327:5,10 339:23
343:9 346:5 347:18
348:21 351:15,18
355:12 370:20
**agency's (12)**
134:12 144:15 146:22
228:23 233:9
272:21 273:7
287:12 320:6
321:23 327:15
346:4
**agency-wide (3)**
210:14 326:3,15
**agent (3)**
73:7 319:7,10
**aggregate (3)**
175:2,19 194:7
**ago (17)**
15:21 74:23 79:3
93:21 123:24
158:13 166:17
188:7,8 199:4
202:13,14 319:16
356:24 357:10
364:5 369:16
**agree (32)**
61:25 65:4 116:9,17
131:21 146:6
150:12 156:19
177:12 178:22
190:24 192:1,2
196:7 197:2 200:20
201:2,24 211:19
241:11 250:5,6
255:2 264:4 275:2
279:20 280:15,17
296:4,12 303:5
353:24
**agreed (13)**
14:5 105:22 174:4
197:9 226:6 256:1
277:12 279:12
282:14 283:21
307:20 308:11
385:16

**agreement (5)**
76:18 191:23 237:12
270:10 280:20
**agricultural (21)**
7:21,25 17:23 20:5
28:2 31:3 55:22
56:14 58:3 66:22
67:12 68:11,20
72:15 74:2 91:20
98:24 251:22
329:18 330:7 336:8
**agriculture (17)**
20:13 25:4 29:16,20
30:6 31:1 73:13
84:16 88:18 223:25
224:2 225:16
226:11 227:21
228:5 330:5 335:21
**Agriculture's (1)**
30:4
**agronomic (3)**
26:15 127:3 383:22
**AgroSciences (1)**
79:2
**ahead (4)**
51:16,19 234:19
295:25
**AHS (1)**
67:17 335:5
**AI (3)**
104:1,2,11
**Airport (2)**
13:25 14:3
**al (1)**
329:20
**alachlor (1)**
222:7
**Alavanja (1)**
7:22
**alerting (1)**
376:16
**alive (1)**
124:18
**Alkyl (1)**
7:5
**allege (1)**
203:12
**alleged (2)**
113:8 203:22
**allow (1)**
205:7
**allowable (1)**
195:13
**allowed (2)**

232:10 276:8
**alter (2)**
218:4 358:25
**altered (4)**
251:15,15 256:19,20
**altering (2)**
128:6,7
**alternatives (2)**
361:17,18
**ambiguity (2)**
222:19 257:9
**amended (3)**
6:21,23 27:23
**amendments (4)**
110:3 123:24 124:2
370:22
**American (4)**
61:11,22 89:7 196:19
**Ames (2)**
180:13 258:13
**amine (2)**
7:5 359:6
**amount (8)**
10:15,16 13:6,12
162:8 163:2 232:10
308:1
**AMPA (1)**
75:2
**amphibians (1)**
126:9
**analyses (2)**
151:4 355:12
**analysis (22)**
7:24 8:5,7 153:9
159:4,21 169:12
173:22 199:25
200:24 207:22
218:5 219:12 227:4
258:6 283:23 284:5
284:11 329:17
332:7 341:2 385:3
**analytical (2)**
72:9 229:7
**analyze (2)**
84:25 226:3
**analyzed (7)**
62:16 63:20 216:10
217:5 338:23
343:16 348:21
**analyzing (2)**
72:17 228:13
**and/or (5)**
145:20 285:16 314:17
331:16 387:10

**Anderson (1)**
168:22
**Andreotti (8)**
7:21 329:19,25 331:7
335:5,9 336:1,16
**Andrus (2)**
3:3 9:21
**animal (43)**
23:16 48:9 49:21
51:10,24 114:23
115:1,10,11,23
116:3,19,24 140:14
159:23,25 160:16
173:10,19 174:13
181:14 192:20
197:3 200:1 208:6
217:24 250:11,18
250:22 264:13,25
274:21 282:13
303:19 305:2
318:11 319:2 337:8
338:7 341:8 353:19
**animals (7)**
155:18 170:9 211:9
298:21 374:17
375:9 380:13
**Anna (7)**
5:23 198:12,17
199:13,24 200:7
319:16
**announcement (1)**
238:15
**announcing (1)**
236:14
**annual (3)**
29:5 30:10,16
**answer (45)**
16:16 31:13,15,17,24
32:1,2,3,5,17 49:20
51:14 61:21 62:11
90:6 123:16,18
129:3,17 136:8
160:10 164:14,18
164:24,25 165:1
172:17 185:22
187:1 191:13,17
194:24 195:1,5,8
218:16 241:21
258:12 260:18,19
260:24 309:22
332:14,16 333:2
**answered (45)**
27:2,7 32:1 41:18

Confidential

61:1 62:25 64:17,20
68:7 77:20 89:20
129:19 142:2
143:22 145:13
146:9 150:11 160:9
162:5 163:8 164:4
164:13 165:2 169:5
169:25 172:16
173:13 174:15
182:24 184:17
186:8 196:10
197:24 238:5
254:25 259:19
260:10 262:1 266:5
280:12 309:22
349:13 358:9 361:1
367:11
**answering (2)**
64:18 259:25
**answers (3)**
64:19 257:21 361:4
**anticipated (2)**
151:6,13
**anticipating (1)**
218:12
**anticipation (1)**
360:13
**Antoniou (2)**
334:10,12,18,20
355:23 356:6
**anybody (5)**
14:14 179:10 189:9
227:8 353:3
**anybody's (1)**
45:6
**anyone's (1)**
78:14
**apart (1)**
51:16
**apologies (3)**
121:12 168:3 175:16
**apologize (1)**
78:9
**apparent (5)**
243:5 246:13 247:10
252:3 292:20
**apparently (2)**
90:16 298:12
**appear (2)**
34:20 238:11
**APPEARANCES (3)**
2:12 3:1 4:1
**appeared (2)**
281:7 390:5

**appearing (2)**
72:3 185:5
**appears (1)**
37:25
**appendices (1)**
50:3
**applicable (8)**
88:25 137:7 143:15
252:14 256:10
318:2 322:10
334:16
**applicants (1)**
86:13
**application (13)**
6:21,23 86:22 87:19
109:6,18 110:4
128:7,8 334:7 372:7
380:21 383:21
**applications (5)**
65:11 129:4 232:9,9
372:21
**applicator (4)**
47:22 195:24 335:14
378:22
**applicators (7)**
66:24 67:7,16 68:4
104:5 124:22
336:19
**applied (20)**
28:3 48:5 125:13
127:3 162:20
169:16 205:11
251:11 259:11
330:10 342:14
343:23 366:25
379:4 380:4,6,11
383:25 384:3,4
**applies (2)**
124:16 259:13
**apply (11)**
54:11 96:9 125:21
205:18 206:11,21
219:7 226:25
232:14 370:4 372:8
**applying (3)**
204:1 366:23 378:14
**appointed (2)**
280:6 295:1
**appointees (1)**
88:21
**approach (1)**
31:4
**approached (2)**
252:17 303:21

**appropriate (16)**
26:9 80:24 81:7 86:25
92:17 95:18 171:16
181:5 207:9 230:6
230:15 248:2,5
252:11 303:25
318:17
**approval (4)**
119:3 125:3 130:8
322:22
**approve (6)**
122:18 374:21 375:10
375:24 377:10,14
**approved (12)**
104:19 122:4 124:5
320:23 323:4
370:17,23 371:5,22
374:3 381:19,23
**approving (2)**
118:20 127:10
**approximate (3)**
12:1 48:24 67:25
**approximately (12)**
9:12 15:5 67:15 79:15
79:20 144:1 190:14
202:17 209:11
228:9 297:7 341:10
**April (2)**
84:20 267:11
**aquatic (2)**
126:8 321:20
**area (7)**
120:14 127:24 195:22
261:17 275:17
334:25 365:18
**areas (6)**
53:18 120:25 159:24
160:2,8 333:5
**arena (1)**
227:11
**argue (2)**
116:13 331:19
**argued (1)**
200:13
**Argumentative (5)**
163:8 164:13 172:16
173:13 184:17
**arguments (3)**
246:25 247:25 350:17
**arises (1)**
29:9
**arising (4)**
73:13 89:6 222:4
233:10

**arose (4)**
38:11 224:21 362:3
379:9
**arranged (1)**
363:16
**arrangement (1)**
241:22
**array (2)**
153:23 180:22
**arrow (1)**
375:7
**arrows (2)**
374:13 375:1
**art (4)**
141:7 160:5 209:20
223:9
**article (1)**
77:14
**articles (4)**
58:14 59:12,16
154:12
**articulate (1)**
255:4
**articulated (3)**
41:12 307:16 343:3
**articulating (1)**
139:25
**articulation (1)**
144:15
**Asia (1)**
58:4
**aside (2)**
82:19 83:24
**asked (78)**
21:24 26:23 27:2,7
31:17,20 36:4 41:18
45:2,24,25 46:2
53:17 55:14 62:24
64:16 68:7 76:23
77:19 81:9 89:9,11
98:8,17 99:25
101:16 142:2
143:22 145:12
146:9 150:11 160:9
162:4,7 163:7 164:4
164:12 169:4,24
172:15 173:13
174:15,25 183:3,4
184:16 186:8
191:20,22,25 192:7
194:5 196:10
197:24,25 200:15
227:22 238:4
254:24 258:16

259:18 260:10,19
262:1 266:4 268:7
272:11,17 280:11
309:23 336:21
337:17 348:23
349:13 358:8 361:1
367:10 379:15
**asking (11)**
58:24 66:8 102:15
160:11 180:6 219:1
250:14 300:15
303:13 327:9
370:25
**asks (4)**
122:11,14 148:12
175:17
**aspect (10)**
70:21,24 93:6 95:11
105:9 118:4 170:25
193:16 195:20
313:24
**aspects (11)**
11:10 23:1 26:17
27:18 71:8 123:7
133:6 255:22
273:24 374:5
380:10
**aspire (1)**
41:5
**aspired (1)**
65:25
**assay (3)**
118:2,8 230:19
**assays (6)**
229:20 230:3,13
251:8 256:8 258:14
**assembled (1)**
269:13
**assertions (2)**
378:11 382:6
**assess (4)**
92:12 111:12 141:9
373:8
**assessed (8)**
64:24 156:21 178:22
246:4 258:23 343:8
347:5 359:24
**assesses (2)**
93:7 174:22
**assessing (8)**
28:15 70:8 131:10
178:11 180:14
195:12 220:21
366:19

Confidential

**assessment (94)**
5:21 8:9 23:18 50:5
53:19 73:9 88:24
95:12 97:9,10
107:12 120:21
124:1 125:25 126:6
127:2 129:19 131:2
132:25 134:5,8
136:6 140:1 147:7
149:3,7,20 153:21
158:22,23 166:9,19
167:19 170:22
171:15 175:20,24
176:24 177:7,14,24
178:6 183:14
188:14 193:12,17
196:5,8 197:3,15
207:8,23,25 223:10
227:7,10 228:23
231:24 240:4
241:17 246:23
247:21 248:23
255:6 256:14,24
257:2 261:17 263:6
264:6 272:21 273:5
276:25 287:12
297:24 304:4
305:25 306:20
313:20,25 322:11
330:5,7 333:25
334:8 342:24 349:3
357:1 365:19 366:1
367:3 385:1,12,12
**assessments (14)**
29:5 30:18,21 72:18
145:22 151:11
175:3 182:13 194:8
195:21 227:17
342:7 351:12 373:5
**assigned (3)**
34:2 221:24 364:21
**assignment (2)**
188:2 256:1
**assist (3)**
131:1 214:19 231:23
**assistance (1)**
22:15
**assistant (1)**
224:3
**assisted (1)**
87:6
**associated (16)**
54:9,13 81:16 89:15
107:6 129:22 131:2

144:21 162:16
177:24 262:17
331:4 339:21
348:25 359:14
390:10
**association (2)**
9:15 257:20
**assume (8)**
46:13 84:1 111:7
168:24 187:14
199:4 213:20
297:23
**assuming (1)**
118:18
**assumption (1)**
366:7
**assumptions (1)**
51:15
**assure (6)**
29:23 40:19 163:22
255:10 360:20
372:20
**assuring (2)**
30:21 184:23
**ATL (1)**
87:23
**atrazine (1)**
222:7
**attached (3)**
74:19 82:2 83:17
**attachment (1)**
101:23
**attachments (1)**
138:17
**attempt (1)**
45:19
**attend (4)**
161:2 276:4,5 312:13
**attendance (2)**
311:22 318:16
**attended (2)**
249:24 367:12
**attention (9)**
47:10 161:14,25
195:22 197:6 229:7
311:21 347:4
373:17
**attitudes (1)**
183:18
**attorneys (1)**
256:2
**attract (1)**
127:11
**attributed (1)**

301:4
**audience (1)**
276:6
**August (6)**
233:20 235:3,14
254:22 261:19
369:13
**Australia (1)**
136:11
**author (1)**
336:1
**authored (1)**
367:17
**authorities (4)**
146:3 193:18 358:20
360:2
**authority (19)**
27:19 28:8,22 29:17
110:13,20,24,25
130:19 134:10,18
135:16 136:23
156:16 189:8
322:13 360:12
362:15 381:25
**authorized (2)**
30:8 375:21
**authorizing (1)**
28:10
**authors (2)**
56:11 58:3
**available (39)**
39:13 42:1 51:6,11,25
51:25 52:4 58:10
65:15 81:6 94:5
130:14 153:9,15
180:13,16 197:5
199:25 217:17
236:22 251:11,21
264:10 316:7 317:5
319:8,22 320:7
321:18 328:2
330:15 331:12
334:1 337:8 338:14
339:7,24 343:15
348:20
**Avenue (1)**
2:16
**average (1)**
145:25
**avoid (1)**
196:19
**awarded (1)**
18:11
**aware (74)**

41:5,11 48:21 51:6,9
51:23 52:2,4 59:3
59:25 61:3 66:21
91:6,10 96:14
101:22 104:22
105:5,15 115:21
116:16,18 117:21
118:25 119:5,8
133:18,24 134:17
134:21,22 135:9,15
135:24 136:19
137:12 144:12
153:3 156:5,9
165:14 166:13
169:7 178:10,25
179:3,6 180:3,24,25
184:6 203:11 205:4
205:10,15,16 206:2
218:14 251:13
256:7,15,17 294:1
297:24 305:10
324:13 330:1 334:2
336:5,23 345:2
354:10 355:15
364:14

---

**B**

**B (7)**
5:7,23 6:1 7:1 8:1
161:23 198:12
**back (38)**
20:3 24:5 54:3 75:4
76:22 84:14 88:19
99:3 110:10 111:16
113:20 124:7 149:2
150:19,20 154:20
183:3 188:5,19
200:11 207:12
212:18 244:9 250:8
256:3 269:12
270:25 294:9
301:14 314:20
328:10 330:8
340:18 349:16
364:24 379:14
383:10 384:16
**background (3)**
48:8 370:1 371:8
**backwards (2)**
64:1,6
**bacterial (1)**
118:1
**Baetcke (1)**
311:23

**balance (1)**
284:18
**balancing (1)**
123:15
**Baltimore (2)**
13:23 14:1
**banned (1)**
364:15
**base (6)**
63:2 95:2 158:9
217:16 321:24
348:18
**based (86)**
30:22 38:4,15 39:17
63:18,23 65:24 71:6
95:1,24 109:15
135:5 136:25
137:15 140:24
144:3,24 158:11
163:15 165:23
181:23 182:14
186:4,5 191:8 196:4
197:17 200:23
213:23,24 215:1
223:2 242:4 249:10
249:19 250:11,17
251:20 265:25
266:9 272:20 273:8
279:10 284:1
289:13 290:6 294:3
297:11,18 298:6
299:12 305:16,24
305:25 308:18
313:23 318:3,9,25
319:8,14,15,22
320:7 325:3 328:1
329:8 331:6 339:13
339:18 344:1
346:14 348:7 350:4
350:8,10 351:5
352:7,22 355:8,10
365:14,17 373:4
382:22 383:15
**bases (2)**
173:3 300:1
**basic (3)**
122:24 167:11 319:21
**basically (7)**
175:13 177:6 208:15
225:12 227:23
257:19 274:24
**basis (2)**
24:7 30:10,16 31:8
79:24 91:4 107:15

Confidential

108:24 153:20
196:18 226:23
264:21 280:15
292:19 293:12
297:12 299:12
300:7 309:6 313:21
313:24 316:21
319:17 322:6 332:5
342:20 343:17
348:19 354:8,22
356:15 370:21
**batch (1)**
114:4
**Bates (7)**
34:2 35:10,21 49:13
49:15 74:19 190:1
**Bates-numbered (5)**
34:24 35:3,8 36:19
138:21
**Bates-numbering (1)**
37:5
**bathroom (1)**
345:13
**Beane (1)**
7:22
**bear (2)**
279:23 377:4
**bearing (3)**
85:5,24 169:12
**becoming (1)**
34:19
**beets (1)**
344:19
**began (2)**
185:4 188:1
**beginning (10)**
7:2 177:3 181:21
186:20 218:25
229:5 278:5 333:10
376:1 379:15
**behalf (12)**
2:3 10:19 89:19 90:10
100:1 199:10
202:24 232:21,22
256:1 291:24
323:15
**behaves (1)**
96:10
**beings (3)**
126:3 321:20 333:17
**believe (37)**
37:11,13 38:3 78:13
82:25 83:1 84:16
85:23 100:14 105:1

134:9 135:14
138:21 140:16
143:11 158:7
174:16 182:24
185:5 204:8 211:5
212:20 215:11
217:9 224:12 263:9
273:20 279:22
285:7 292:11 301:6
302:11 328:8
342:23 364:10
379:9 382:6
**believed (1)**
300:12
**believes (4)**
214:9 218:19 219:4
298:13
**Beliles (3)**
312:20 313:1,3
**Belmont (1)**
3:4
**belt (1)**
228:9
**Benbrook (95)**
1:13 2:2 5:2,8,9,10,11
5:11,12,13,14,15,16
5:18,20,23 6:2,4,6,7
6:10,12,14,16,17,19
6:21,22 7:2,4,6,8,10
7:12,13,15,17,20,23
8:2,4,7,8 9:5 10:6
10:10 11:5,10 17:22
32:22 53:7 66:16,21
79:19 81:21 83:9,14
99:13,16,19 100:1
103:5,8 118:19
139:8 143:2,6
150:16 151:2 166:7
184:12 188:25
190:7 191:25
197:17 198:7 202:2
202:6 231:6 267:4,9
269:21 286:19,23
310:10,17 319:6
321:3 328:15
345:23 367:22
385:19 387:17
388:25 389:25
**Benbrook's (2)**
33:5 201:20
**bench (1)**
23:11
**benefit (2)**
123:9,15

**benefits (2)**
26:18 123:25
**benign (7)**
211:8 212:2 213:15
216:15 234:25
236:8 298:24
**benomyl (1)**
222:8
**benzene (1)**
94:8
**Bergman (1)**
267:23
**Berm (6)**
288:11,17 289:15
290:7 293:18 316:3
**Bernie (1)**
188:16
**Bert (5)**
157:20 170:7 220:10
220:11 221:20
228:21
**Bertram (1)**
221:19
**best (7)**
65:12 129:12 163:1
173:4 243:6 252:13
283:15
**better (6)**
36:21 128:4 172:25
173:9 304:11
335:22
**beverages (1)**
195:16
**beyond (3)**
13:9 37:23 116:7
**bibliography (1)**
7:3
**Bill (1)**
312:2
**billing (1)**
11:24
**bioassay (1)**
115:11
**bioassays (1)**
115:23
**biodegradability (1)**
380:8
**biodegradable (1)**
383:2
**BioDynamic (24)**
116:21 144:4 161:19
171:5,23 207:11
234:20 235:6,18
239:2 249:3 252:20

256:5 264:22 273:9
275:20 279:8
287:12 293:7 304:2
344:5 347:3,8
350:11
**BioDynamic-hired ...**
275:1
**BioDynamics (16)**
48:17 50:1,20 213:8
213:12 214:6 218:1
234:16 236:5 240:8
243:17 273:25
279:2,4 291:12
296:15
**bioinsecticides/bion...**
87:3
**bipartisan (1)**
24:7
**birds (1)**
126:9
**birth (1)**
70:12
**bit (9)**
53:8 139:9 186:21
204:17 209:19
212:21 218:25
229:4 268:10
**blah (2)**
207:25,25
**Blair (17)**
88:9,15 89:16,21 90:8
92:21 93:5 95:10
97:15,17,23 98:8,16
99:1,3,7 102:1
**blessed (1)**
186:22
**block (1)**
216:10
**blocks (3)**
214:10,17 215:1
**Bloem (1)**
168:1
**blood (2)**
336:12 344:11
**blowing (1)**
372:9
**board (7)**
175:24 223:25 224:2
225:15 226:11
227:21 228:5
**bodies (4)**
96:15 135:18,19
197:13
**body (13)**

20:20 25:25 57:20
131:18 141:8
255:13 259:1
333:10 335:1
343:25 345:4 353:1
354:25
**booklet (2)**
375:4,6
**booklets (2)**
374:10 375:16
**boots (3)**
204:4,11,13
**bothers (1)**
82:20
**bottom (2)**
329:3 374:13
**bought (1)**
190:16
**box (1)**
46:9
**Bradford (1)**
339:3
**branch (59)**
75:8,9 167:6 168:12
168:21 207:9 210:6
210:8,9,21,23
212:23 213:22
214:5,15,19,24
215:18 217:6
218:11 220:16
223:13,16 228:18
230:13 233:23
236:4 237:3,5,16,21
240:5 246:12
254:15 277:18
288:1,4,5,5 289:11
289:15,24 290:8,22
291:4 292:14
299:22 300:3
304:15 311:2,12
313:16 323:23
326:12 327:3,14
347:8,19,23
**branches (2)**
167:4 326:22
**brand (4)**
38:20 40:9 364:8
382:9
**brand-name (4)**
94:10 105:2,20 107:3
**branded (1)**
331:5
**brands (1)**
39:3

**Brazil (1)**
360:15
**break (16)**
66:9,11,15 83:8
113:13,14,19 139:4
200:9 201:13
266:23 267:3
345:13,18 375:1
384:13
**breakdown (3)**
28:5 127:14 167:9
**Brennecke (1)**
311:24
**brief (2)**
19:24 85:21
**briefly (2)**
166:13 355:24
**bring (5)**
183:11 215:25 275:18
362:19 377:21
**bringing (2)**
246:25 306:11
**brings (1)**
299:5
**broad (1)**
31:3
**broaden (1)**
186:17
**broadened (1)**
145:6
**brochures (1)**
376:11
**broke (1)**
139:8
**Brook (2)**
240:16,16
**brought (13)**
12:15 78:22 79:2
250:8 271:24
278:13 279:1,22
281:2 282:20
296:20 301:1 308:5
**Brown (4)**
23:20,24 24:3,21
**Bruce (1)**
187:11
**Budd (6)**
288:6,8,10 289:15
290:7 293:17
**budget (1)**
30:2
**Building (1)**
2:15
**bulletins (1)**

376:10
**bunch (1)**
374:13
**Burnam (2)**
311:23 312:2
**business (1)**
85:14
**buy (2)**
54:11 196:19

_____
**C**
**C (27)**
208:5,12 209:3,7
210:4,18 212:4
213:5,6,7,22 229:18
233:24 237:17
238:10 239:8
246:12 272:23
277:21 285:9
293:21 294:5
302:23 303:11
304:13 376:10
377:2
**C-L-A-R-K (1)**
138:5
**California (7)**
1:1 2:7 9:8 23:25
373:13,14 379:11
**call (24)**
47:5 53:24 90:5 91:2
98:9,16 99:5 137:8
156:24 179:16,17
200:10 244:24
245:7 247:16
281:16 285:24
300:6 355:5 357:9
357:11,13 361:19
363:16
**Call-In (1)**
285:15,20 304:12
**called (28)**
14:12,15,19 29:6 31:5
63:25 84:16 89:10
90:8,8 98:10 143:6
148:16 167:18
175:12 198:11
199:7 226:15
229:19 244:22
272:14 310:18
321:6 359:1,21
367:13 369:5
385:10
**calling (2)**
186:15 246:10

**calls (2)**
189:21 376:23
**campaign (3)**
379:10 382:8,21
**Campt (2)**
270:19,23
**Canada (1)**
133:18
**Canada's (1)**
133:15
**Canadian (2)**
133:11,25
**cancel (1)**
122:10
**cancer (68)**
7:21,24 18:18 22:9,21
25:6,15,19,22 26:5
55:24 59:9,15 64:8
64:10 77:14 89:10
89:10,14,15 90:3
92:12 94:6 96:1
132:24 135:5
136:25 145:18
146:1 149:3,7,14,20
149:23 150:1
152:22 158:23
159:2,8 170:3,3,6
171:15 172:22
184:1 188:10,13,16
188:22 220:24
227:14,16 228:14
229:6 245:24 246:7
248:10,24 264:1
265:11 266:21
273:7 329:17
333:20,24 336:9,12
340:4
**cancer-causing (7)**
220:22 222:6 224:15
226:5 227:1,6,18
**cancers (3)**
59:11 60:12 64:25
**Canessa's (1)**
45:12
**capacity (5)**
85:14 180:19 183:21
221:14 225:14
**Caption (1)**
387:2
**captioned (1)**
387:8
**CARC (2)**
137:19,24 138:1,7,20
138:22 139:9,14

140:4,6,9,14,19,23
141:4,14,18 142:13
144:6 145:14
148:13 209:9
**carcinogen (41)**
43:4 90:14 91:5,8
93:24 94:16,19 95:4
132:3,10 133:20
136:1 144:3 145:11
146:17 157:23
161:24 189:5 208:7
208:19,23 209:3
211:12,15,16,20,24
213:23 248:15
256:11 272:24
277:21 280:5 285:8
317:15 319:11,18
320:1,8 325:16
380:25
**carcinogenic (33)**
5:19 43:22 44:6 92:2
97:6 137:14 140:25
142:14 143:7,21
146:23 148:17,21
150:8 153:1 192:18
193:3 197:19
199:18,20 200:3,25
266:3 314:3,15
337:24 338:5,15
339:8 340:8,23
349:7,12
**carcinogenicity (73)**
48:10 49:21 51:10,24
73:4 77:11 96:25
115:2,11,18,24
116:3,19,24 119:25
132:2 133:13,19
134:13 140:14
142:21 146:8
147:17 149:5,21
150:7 151:11
155:17 157:9
158:11 159:23,25
160:16,22 173:10
173:19 174:12
181:15 189:17
193:7,14 197:4
200:1 250:12,18
255:19 264:14,25
266:1 269:4 273:6
276:25 285:10
286:13 315:22
317:24 318:10
319:1 320:20 328:3

329:12 336:2 337:8
338:7 339:25
340:12,15 341:1,9
346:8 347:6 350:6
353:5
**carcinogens (4)**
92:24 95:6 155:6
211:24
**carcinoma (1)**
306:16
**carcinomas (5)**
213:18,24 236:8
282:8 298:24
**care (1)**
191:5
**career (3)**
19:17,24 186:20
**careful (2)**
271:25 333:25
**carefully (3)**
45:13 279:19 358:14
**carried (12)**
30:9 45:16 53:16 63:7
89:4 108:2 160:6
213:8 219:19 237:1
261:12 347:15
**carries (1)**
165:13
**carry (3)**
102:19 123:25 286:1
**carrying (1)**
71:10
**case (123)**
1:6 5:8 8:9 9:9 10:17
11:11,21 12:21
13:13,15,20 14:4,6
16:11 17:2,3,9
22:11 34:4,19 35:1
37:3 38:19,21 40:8
40:8 43:19 46:1
48:4,8,16,18 49:1
49:12,18 50:2 53:14
63:9,11,14 64:3,13
65:6,19 75:20 78:17
78:19,22,23 79:2,4
81:12 96:3,16
101:17 115:16
122:16 123:16
124:17 126:1
127:25 128:21
129:23 132:16
133:1 134:2 140:23
143:14,17,19
144:19,20 145:9,16

161:11 162:9 163:5
163:10,14 166:12
166:17 167:12
168:9 188:3 189:24
190:2,7 193:19
196:22 206:19
219:17 241:12
242:18 254:9 256:2
271:6 287:2 310:24
324:1 326:25 330:4
330:21 342:20
343:1 345:9 354:18
354:18 358:6 360:4
360:25 365:22
366:12,14,15
368:17 377:13
381:3 382:4 383:23
383:25 384:5
385:15 387:2
**Case-Control (2)**
7:16 8:5
**cases (14)**
78:11 110:7 111:24
183:22 225:20
358:25 360:12
372:4 383:18
384:25 385:7,13,22
385:24
**Caswell (1)**
6:3
**catch (1)**
209:5
**categories (2)**
100:22 208:18
**categorize (1)**
285:7
**categorized (3)**
176:17 177:3 285:13
**category (32)**
58:15 118:16,17
149:23 171:16
208:5,12 209:3,3,7
209:7,12,17 210:4
210:18 212:4
213:22 233:24
238:10 293:21
297:13,21 298:9
302:23 303:11
312:11 318:18
320:12 323:6
347:11,21 348:14
**cause (7)**
94:6 211:8 220:24
265:11 266:21

333:24 373:2
**caused (2)**
249:4 373:7
**causes (1)**
212:1
**causing (3)**
227:14 234:24 333:16
**cautions (1)**
232:2
**caveat (1)**
320:2
**cc (1)**
270:14
**CD1 (1)**
214:2
**cell (9)**
8:5 118:8 119:1,9
216:14 253:21
256:20 298:14
306:15
**cells (2)**
177:21 253:23
**cellular (1)**
183:23
**census (1)**
220:7
**center (1)**
47:6
**central (4)**
37:2 48:19 136:17
172:19
**certain (15)**
52:15 53:18 65:11
94:5 235:21 258:10
260:5 262:7 308:1
309:4,7 331:11
357:25 371:17
372:2
**certainly (77)**
16:17 35:23 36:2
45:19 47:25 50:2
51:7 52:16 57:16
63:5 65:21 67:2,6
67:24 68:11 86:18
106:25 107:15
108:20 110:13
111:14,15 112:9
115:20 118:15
120:17 122:15
125:5 129:14
130:10 134:15,17
135:15 166:2
178:21 179:22
180:20 181:8,12

185:8 193:16
196:14 197:6,10
203:5 215:12
239:21 250:22
252:22 257:14
265:4 269:5,16
271:4 285:23 293:9
306:17 313:17
320:1 326:18
343:22 346:22
349:10 354:2,14
356:5 358:12 361:2
361:8 363:5,17
364:6 377:23 380:1
380:16,16 383:19
**certainty (3)**
123:3,13 130:2
**certification (1)**
19:16,19 165:13,16
365:4
**certified (2)**
19:9 165:8
**certify (2)**
390:4,9
**cetera (4)**
29:22 30:3 154:12
372:6
**CFR (2)**
6:21,23
**CGC-16-550128 (2)**
1:6 9:9
**chair (1)**
90:20
**chaired (1)**
199:2
**chairman (5)**
23:22 294:21 295:16
296:1 298:18
**challenge (2)**
182:8,11
**challenged (1)**
378:9
**chance (4)**
99:23 172:6 206:22
296:8
**change (43)**
98:13 104:25 105:23
107:1 200:12 209:2
209:16 283:12
292:22 304:12
320:20 348:10
364:4,7 370:24
388:3,5,6,8,9,11,12
388:14,15,17,18,20

388:21,23 389:3,5,6
389:8,9,11,12,14,15
389:17,18,20,21,23
**changed (26)**
98:6 107:14 144:9
146:15 197:22
208:15 209:10,21
248:17 250:2,10
254:20 256:9
279:11,21,23 291:9
293:25 294:5
302:24 323:5
347:12 359:25,25
364:6 369:11
**changes (23)**
72:20 88:23 98:10
100:16 104:21
107:7,17 180:22
183:24 209:19
226:24 232:1,3
234:9 243:8 253:17
254:3,5 322:12
326:1 360:14 387:9
387:12
**changing (1)**
178:15
**Chapter (4)**
369:12,14 379:15,17
**chapters (4)**
368:6 369:8,10,22
**characteristics (2)**
63:17 305:16
**characterization (18)**
42:4 62:13 91:11
121:3 131:21 176:5
176:7,16,23 177:8
203:15 206:15
210:16 217:10
230:21 246:12
273:17 367:14
**characterize (6)**
37:10 63:4 78:20
128:12 170:15
219:23
**characterized (5)**
214:1 238:2 239:7
244:17 359:7
**characterizes (1)**
238:16
**characterizing (2)**
235:17 246:11
**charge (7)**
12:19 272:14 273:23
276:21 277:4,7

283:19
**Charles (12)**
1:13 2:2 5:2,11,13,15
9:5 10:6 214:2
387:17 388:25
389:25
**CharlesBenbrook...**
82:16
**Charlottesville (1)**
390:13
**check (1)**
68:9
**chemical (19)**
63:19,24 73:7 78:18
78:21 94:8,12 95:14
97:6 125:21 126:5
145:1 159:7 168:20
175:5 211:8 212:1
254:7 333:13
**chemical-resistant (...**
204:11
**chemicals (5)**
94:5 174:23 211:21
317:25 333:13
**chemist (3)**
168:2,4,13
**chemistry (5)**
19:1 75:8 126:24
127:8 167:6
**Chester (3)**
223:1 225:9 229:13
**Chhabria (1)**
191:11
**Chicago (1)**
4:5
**chicken (1)**
127:7
**chief (5)**
168:12,21 288:1,5
311:11
**childhood (1)**
71:8
**children (7)**
30:12,25 71:9 227:23
228:2,4,8
**Children's (3)**
70:7 71:4,15
**China (1)**
57:15
**chlorpyrifos (1)**
79:1
**Choi (1)**
7:19
**choose (1)**

164:14
chose (2)
161:5 163:5
Christine (1)
168:12
Christmas (1)
13:18
chronic (23)
50:7,15,25 114:11,14
114:19,25 115:10
119:22 140:13
174:9,12 213:7,11
234:14 253:3
254:10 290:21
291:20 317:2
333:19 334:16
351:24
circles (2)
365:23,24
circumstance (4)
165:11,19,23 172:14
circumstances (5)
38:11 319:11 320:3
379:19 380:5
citation (1)
370:10
cite (2)
46:13 48:6
cited (6)
45:17 46:23 155:3
170:7 184:8 351:18
cites (1)
289:5
Civil (1)
2:6
claim (8)
179:5,8 195:18 302:6
377:4 379:22
380:17 381:9
claims (15)
8:2 47:23 378:11
379:19 380:2,7,16
381:12,16,18 382:3
382:3 383:12 384:6
385:23
clarified (1)
170:17
clarify (3)
265:15 285:16 314:17
Clark (3)
138:2,4 139:10
Clarkson (1)
267:23
class (8)

208:16,16 237:17
239:8 246:12
264:12 272:23
367:12
classic (2)
226:1 297:1
classifiable (1)
294:6
classification (69)
90:12 92:5,17 93:3
95:17,20 135:20
139:23 141:11
144:10 145:4,7
149:4,18,23 156:8,9
159:9,9,11 161:22
171:17 199:20
208:2,9,13,22
209:10,19,21 210:2
211:23,23,25 212:3
213:21 233:24
237:22 238:7,17
239:8 248:18
250:10 256:9,11
263:20 283:13
286:14 293:19,22
293:25 294:5
297:14,17 303:10
303:15 304:13
317:7,13 318:18
320:12 323:5 326:3
326:16 327:18,20
327:25 347:12,21
classifications (1)
146:2
classified (26)
43:3 91:7 92:1 93:24
94:4,17 140:25
146:7 149:18 193:2
197:19 208:5,25
237:17 238:9
264:12 272:23
277:19,19 280:4
285:13 302:24
303:16 318:7
325:15,21
classifies (2)
94:15 95:3
classify (3)
156:12 244:23 308:17
classifying (5)
91:4 95:4 155:4
317:15,24
clean (2)
170:25 171:7

clear (30)
26:25 38:20 92:5
93:22 113:21 165:4
170:4 179:25
180:19 197:10
209:23 210:2
235:22 242:9
246:21 249:25
257:9,13 262:20
283:9 292:20 304:5
304:7 305:13 306:7
308:15,24 316:13
339:21 352:10
cleared (1)
83:15
clearly (15)
25:24 63:5 139:11
161:20 170:11
226:20 265:3
278:20 285:8
344:13,23 347:2
348:5 360:9 382:21
click (1)
190:11
client (2)
78:24,24
clients (2)
42:15 102:11
clipped (1)
328:19
close (7)
24:15 79:18 172:8
244:24 245:7
345:15 349:10
closed (3)
245:1 338:16 340:8
closely (2)
24:10,19
clothing (1)
382:13
clusters (1)
272:11
co-formulant (2)
360:9 361:19
co-formulants (6)
339:20 357:15 358:24
359:18 361:25
362:4
coauthored (1)
189:22
coauthors (1)
357:17
code (4)
5:17 102:25 103:9

370:10
codex (1)
137:6
codified (1)
171:19
cohort (14)
59:1,2 60:6 62:2,8,22
63:13 64:14 65:4,18
66:23 68:3 329:18
336:14
cohorts (2)
61:25 62:14
coincidentally (1)
166:8
Colburn (1)
187:17
collaboration (3)
55:24 67:13 68:24
collaborative (1)
24:18
collateral (11)
375:13,14,23 376:6,9
376:23 377:1,9,15
381:12 382:2
colleague (3)
88:13,15 90:7
colleagues (2)
244:17 275:11
collect (1)
23:16
collected (3)
65:20 91:23 304:11
collection (1)
147:7
college (1)
35:18
collegial (1)
24:18
column (1)
369:9
columns (1)
103:20
combined (1)
117:12
come (27)
42:22 52:21 55:18
73:15 89:12 140:10
159:2 169:7 175:25
190:5 198:19 224:7
224:8 225:1 246:17
262:4 266:16
301:11 304:18
309:19 334:3
341:19 342:17

343:21,25 354:21
369:6
comes (8)
16:24 73:23 74:2
130:25 149:15
154:4 262:9 373:16
comfortable (4)
120:23 273:16 352:6
385:14
coming (12)
36:7 44:12,21 56:25
81:11 105:16 133:5
169:9 259:7 307:1
326:1 361:22
commanded (1)
20:18
commencing (1)
2:8
comment (8)
255:7,18 272:12
273:3 301:10
304:25 355:8,10
commentaries (2)
58:15 354:16
commentary (1)
278:2
comments (7)
38:2 255:11 263:7,11
305:22 306:18
364:25
commerce (1)
94:13
commercial (1)
76:25
commission (3)
225:17 387:24 390:4
commissioned (3)
180:2 181:1 256:23
commitment (1)
40:18
committed (1)
113:9
committee (46)
5:23 20:4,5 21:1 24:5
55:6 137:6 139:25
140:15,23 141:14
149:4,8,11,14,21
188:15 198:13,21
198:25 200:7 201:9
226:13,14,15 228:8
237:16 307:14,15
307:24 308:9,10
311:22 312:6
315:24 316:7,17

317:8 318:6,15,23
319:17 320:14,20
323:6 381:4
**committees (3)**
22:12 29:22 188:17
**common (10)**
93:6 94:14 95:1,2,12
217:10 218:7
344:24 351:22,23
**Commonwealth (4)**
2:5 390:1,3,21
**communicate (2)**
97:23 130:10
**communicated (4)**
216:1 229:12 240:23
368:25
**communicating (1)**
215:20
**communication (10)**
102:3 179:14 183:5,8
187:4 215:7 216:6
220:6,8 373:14
**communications (10)**
37:21,23 101:9,19
191:3 228:16
242:17 259:15
260:3 364:18
**community (14)**
133:10 154:14 162:16
178:1 179:13,15
182:10 183:5 187:5
187:9 222:9 224:22
229:2 376:14
**companies (16)**
38:17 39:25 40:7,12
40:15,22 41:5 78:18
104:23 110:2
116:25 123:22
127:9 223:4 359:20
364:17
**company (74)**
1:8 9:7,25 10:2 34:8
35:24 36:1,23 37:20
38:4,5,8,9,15,24
39:6,13,20,22,23
41:15,15,22 53:2,5
53:11 54:17,20
55:17 75:16 76:1,3
76:6,7,8,19 78:22
87:2,6,13,21 110:8
122:8,11,12 162:14
163:20 165:7,9,10
165:18,22,25 171:4
172:5,13 173:2

184:14 242:16
248:7,8 257:25
259:16 260:8 265:8
268:23 293:1 360:6
360:19 366:19
369:14 373:9
385:10 387:2
**company's (3)**
5:14 36:18 78:15
**company-submitte...**
181:23
**comparable (1)**
132:19
**compare (3)**
35:6 67:4 362:4
**compared (10)**
29:11 38:14 39:24
44:1 59:2 60:5
96:21 100:15 356:9
358:16
**comparison (4)**
38:16 39:19,21 40:5
**compelled (1)**
350:18
**compelling (2)**
156:25 180:1
**compensated (1)**
79:16
**compensation (2)**
13:6 79:21
**competent (1)**
275:24
**compile (2)**
188:20 221:24
**compiling (1)**
103:11
**complaint (4)**
202:23 203:1,11,19
**complete (3)**
35:2 324:18,24
**completed (4)**
49:11 151:5 322:24
323:1
**completely (3)**
244:3 322:14 336:15
**completeness (1)**
385:5
**completing (2)**
129:19 324:16
**complex (5)**
147:6 156:20 157:8
186:18 330:21
**compliance (3)**
181:24 372:13 381:24

**complicated (2)**
226:21 363:11
**complied (3)**
113:25 370:16 377:19
**comply (2)**
119:2 322:9
**component (1)**
85:7
**components (2)**
108:21 262:14
**composed (2)**
372:12 377:11
**composes (1)**
374:22
**composing (1)**
372:1
**composite (1)**
298:23
**composition (1)**
269:17
**compound (4)**
150:11 254:17 346:19
353:25
**compound-related (...**
289:9
**comprehensive (10)**
75:5 107:12 136:6,10
153:9 159:21
173:22 199:25
200:24 322:13
**comprised (1)**
147:10
**compromise (2)**
299:20 300:1
**computer (4)**
99:9 190:17,18,22
**concentrate (5)**
330:4,9 331:1 342:13
371:19
**concentrated (3)**
144:22 161:12 169:15
**concentration (1)**
109:7
**concern (15)**
22:17,21 129:7
177:20 182:9,19
193:21 196:21
229:1,2,4 262:23
335:1 347:17
358:18
**concerned (10)**
96:7 252:12 253:10
253:14 256:17
262:16 282:3 286:3

333:15 343:5
**concerning (1)**
140:13
**concerns (14)**
22:10 180:4,25
222:17,19,20 225:8
252:2 334:4,7 344:2
344:8 347:23 349:2
**conclude (1)**
319:17
**concluded (28)**
92:23 135:2,2 137:12
145:10 149:22
171:16 193:2
197:18 261:19,24
263:3 264:10,16
282:17 285:6
286:12 290:10
304:17 306:2 318:6
318:17 324:23
325:4 336:2,16
346:5,6
**concludes (7)**
200:24 254:22 289:11
289:16 297:11
324:17 349:11
**concluding (7)**
46:19 248:14 290:19
297:18 299:12,22
300:20
**conclusion (36)**
57:1,3 140:22 142:13
142:16,18,23
143:19 146:13,15
148:24 149:2 150:8
230:11,12 254:21
278:4,4 300:2
301:12,22 302:9
304:6,8 305:2,14
319:10,21 326:15
339:23 341:15
346:14,17 350:4
354:9,23
**conclusions (16)**
42:22 44:13,21 56:10
148:17 160:22
193:13 199:17
288:21,22,25 343:2
344:9 354:12 356:4
356:20
**concur (4)**
313:2 348:4,5,5
**concurred (1)**
285:4

**concurrence (4)**
281:17 312:7,14
318:22
**concurrent (1)**
284:13
**concurring (3)**
278:7,10,12
**concurs (1)**
277:10
**condition (2)**
118:20 125:2 130:7
**conditioned (1)**
366:6
**conditions (4)**
107:21 108:4 145:24
384:4
**conduct (27)**
23:7,16 29:4 37:11,14
38:4 39:17 40:1
50:5 55:10 72:18,22
73:5 107:11 112:21
120:16 122:1 162:7
169:17 170:9,21
174:5 175:1 194:6
257:13 283:14
286:1
**conducted (42)**
50:4 52:17,22 67:8
68:12,21 69:5 72:14
77:25 93:10,12
103:22 105:6
112:11 113:1 116:7
116:20 119:9 120:9
125:1 155:22,24
160:20,21 170:2
171:6 180:11
199:24 230:9 265:1
291:23,23 293:10
330:24 339:15
341:4,5,8 343:11
353:9,18 358:13
**conducting (10)**
25:17 66:4 71:24 72:6
77:17 88:16 104:23
151:10 160:5
261:10
**conducts (3)**
25:21 75:12 97:4
**conference (1)**
189:20
**confident (2)**
246:16 261:14
**Confidential (2)**
1:12 2:1

Confidential

**confidentiality (1)**
76:18
**confirm (3)**
83:19 100:21 251:9
**confirmed (1)**
361:11
**conflict (5)**
29:9 224:18 225:6,10
225:19
**conflicts (1)**
295:6
**confounding (2)**
63:18 352:11
**confusion (2)**
83:15 84:11
**Congress (6)**
21:6 24:6,14 26:2
30:19 223:24
**congressional (3)**
22:11 220:18 222:3
**congressionally (1)**
30:8
**congressman (7)**
23:20,24 24:3,12,19
24:20,21
**connection (9)**
102:24 103:11 168:16
286:25 310:22
321:12 357:4
368:16 377:6
**consensus (25)**
6:2 144:7 158:6 202:7
202:15 212:8
214:15 218:11,18
220:1 229:16 230:2
230:11,20 236:2,3
237:3,20 239:7
243:11 245:16
254:14 333:9
348:22 349:5
**consider (8)**
90:6 151:5 253:22
276:22 289:12
304:18 319:24
380:15
**considerable (9)**
48:15 91:22 196:21
257:12 262:15,23
274:22 278:18
344:12
**consideration (6)**
57:20 132:24 237:9
254:6 271:24
353:25

**considerations (3)**
207:22 214:5,14
**considered (12)**
59:11 88:12 161:17
197:11 270:7 289:9
310:22 316:16
328:24 329:21
341:1 361:20
**considering (2)**
291:6 317:13
**considers (1)**
331:18
**consist (2)**
111:6 147:2
**consisted (1)**
36:8
**consistency (1)**
354:2
**consistent (6)**
165:10 304:7 366:8
372:21 378:12,15
**consists (1)**
86:17
**constituencies (1)**
226:19
**constituent (1)**
204:2
**constituents (1)**
22:18
**constitute (1)**
374:19
**consultant (3)**
183:16 236:16 241:23
**consultants (2)**
37:12 278:14
**consulted (2)**
29:18 268:22
**consulting (12)**
69:17 79:11,19 80:3
237:15 239:25
240:20 241:1,14
282:21 300:25
308:5
**CONT'D (2)**
3:1 4:1
**contact (4)**
14:24 37:24 88:9
228:14
**contacted (4)**
13:21 48:25 99:4
382:10
**contain (1)**
361:24
**contained (3)**

28:9 317:14 344:16
**Container (1)**
374:10
**containing (4)**
6:5 231:15 324:12
364:13
**contains (1)**
38:7
**contamination (1)**
125:24
**contemporary (2)**
250:25 256:8
**contending (1)**
275:22
**content (3)**
372:6,17 382:11
**contentious (1)**
334:25
**Contents (2)**
324:7 374:10
**context (2)**
141:24 168:8
**continuation (1)**
272:4
**continue (7)**
16:23 190:5 205:8
248:23 320:2
343:18 374:25
**continued (6)**
51:13 97:23 227:15
303:10 325:12
343:11
**continues (3)**
182:4 242:25 298:17
**continuing (3)**
130:20 228:12 336:14
**continuously (2)**
343:16 368:4
**contract (4)**
69:16 226:8 227:9,13
**contracted (1)**
64:9
**contracting (2)**
62:17 65:23
**contractor (1)**
69:18
**contradictory (1)**
281:22
**contrast (2)**
39:4 178:4
**contribute (2)**
127:16 248:10
**contributed (1)**
252:3

**contributing (3)**
25:25 71:24 72:20
**control (68)**
6:11 47:6 63:9,12,14
64:4,13 65:6 124:16
207:17 217:22
236:18 239:25
240:10 243:21
250:3 252:25 253:1
273:14 274:3,4,9,21
275:3 278:16 279:5
279:9,13,24 280:9
280:20 281:20
282:13,18 283:2,7
283:21 284:3,21
287:7,9 289:6 292:9
296:15 297:20
298:8,20 299:1,5,16
299:20 300:12,21
301:13,23 303:19
304:1 305:2,15,18
307:8,21 308:12,20
309:2 348:11
351:19 352:14
**controlling (2)**
376:15 379:25
**controls (7)**
65:21 159:3 240:2
277:1 284:13
302:15 352:18
**controversial (1)**
348:24
**controversies (2)**
88:25 132:25
**controversy (7)**
48:19,22 218:8,13
247:15 262:23
265:10
**convene (1)**
350:18
**convened (7)**
146:21 147:15 149:15
160:21 161:16
243:11 275:8
**convenes (1)**
149:11
**conversation (8)**
91:3 98:21 225:12
245:11 298:18
358:3 360:23
363:22
**conversations (11)**
92:22 158:12,16,19
187:20,22 189:23

190:2 221:13,18
358:4
**convince (2)**
248:19 292:22
**convinced (3)**
284:20 296:19 309:1
**convincing (5)**
275:7 289:12 304:7
318:10,25
**cooperation (1)**
24:8
**Cople (200)**
3:15 5:3 9:23,23 10:9
10:11,25 11:7 16:19
17:6,17 19:20 27:4
27:9 31:19 32:6
36:16 37:17 39:15
40:24 41:6,13,20
44:16,24 46:18
47:12 49:19 50:18
51:17,22 52:6 53:1
54:14 58:17 60:16
62:19 63:8 65:3,16
66:10,20 67:9 68:13
68:23 80:13,14
81:23 83:4,13 92:20
94:23 95:19 97:3,13
99:11,15 100:3
101:4,25 103:4,7
105:11 108:1 109:1
110:19 114:6
115:15 116:15
119:7,16 134:3
135:8 136:9 138:3,6
138:25 139:7
142:10 143:1,4
144:17 146:5,14
150:14,18 151:17
155:7 157:7 158:1
159:13 160:7,12
163:3 164:1,7,17,23
165:5 169:19
171:13 173:7,17
174:19 176:13
182:21 183:2
185:16 186:1 187:2
191:14,20,25 192:7
192:11 194:23,25
195:7 197:1 198:2,6
198:9 200:19 201:7
201:23 202:4
203:18 206:1,9,24
213:3 231:4,8
238:13 241:20

Confidential

242:23 244:5 249:7
250:16 251:2
255:16 259:14,21
260:6,13,17,23
261:1 263:1 266:24
267:8 269:19,23
280:22 286:21
296:24 301:8
302:20 305:12
306:24 309:24
310:6,15 316:20
318:24 320:5,11
321:1,5 323:20
326:10 327:1,12
328:6,22 332:8,17
335:12,24 336:22
337:6,15 338:24
341:24 342:3 345:7
345:14,21 349:15
353:14 360:22
362:8 367:5,15,21
367:24 384:10,16
384:21 386:2
**Copley (1)**
311:24
**copy (11)**
67:20 76:21 80:12
137:24 138:22
139:17 142:6
157:13 169:8
336:24 362:19
**cordial (1)**
222:25
**core (3)**
75:11 243:20 383:22
**corn (3)**
72:11,11 344:19
**corporate (6)**
37:4 39:18 41:14,16
186:6 242:4
**correct (384)**
10:19 15:18 17:20,23
18:1,2,4,15,19,22
21:2,10 22:23 23:1
23:5,22 24:24 25:14
26:6,7,22 27:3,8
31:24 32:8,12,13,14
32:15,18,19 33:15
33:16 35:14 36:1,5
36:12 37:7,14,16
38:6 40:1 42:9,11
42:12,17 44:13,23
46:17,21 47:24
50:15,17 53:3,4

54:19,21 55:20,21
56:7,18 59:22 61:9
61:12,19 62:2,9
65:6 66:25 67:13,14
68:15,25 69:19,21
69:25 77:18,22 78:4
84:17,18,21 85:1,2
85:11,17,25 86:4,7
87:14,15 88:1,2,6,7
88:10,11,14 91:9
96:25 97:1,6,7,10
97:12 102:2 103:18
103:24 104:11,12
104:15 106:15,19
106:24 107:22
108:9,14,18 110:1
110:16,18,22 111:5
112:4,7,17,18 113:6
113:7,10,12 114:3
114:10,12,13,18,21
114:24 115:3,4,7
116:14 117:2,5,9,12
118:22 120:1,13
121:20 123:10,20
124:10,24 126:18
126:24,25 128:20
130:21 131:22,25
132:5 135:11 140:4
140:5,16 141:15
146:8 147:13
148:11,25 149:1,6
149:25 150:3
152:10,19 153:5
157:11 159:18
167:14,15,17,21
168:3 173:11
175:21 176:2,10,11
176:19,20 177:1
179:12 181:16
193:10,15 197:20
197:21,23 198:15
199:22 202:16,20
203:24 208:10,23
208:24,25 209:4,7
209:14,17 210:13
211:10 213:10,14
213:16,17,19 214:7
214:13 215:8,9
216:22 221:8,12,16
229:25 230:7,18
232:19,23 233:17
234:16 235:7,20,23
236:9,10,19,20
240:18 241:6,7,23

242:6 244:19 245:3
248:15 249:17
250:19 252:7,10,13
253:19 258:1
261:22,25 265:17
268:17 269:15
270:16,17 272:18
272:19 276:14,19
276:20 277:4,5
280:10 282:2,10
283:25 284:6 285:2
285:10,11,14 286:9
286:15 290:8,13
291:24 292:1,4,5
294:7,22,23 296:21
296:21 298:2 299:3
299:10,17,24 300:5
300:8 301:25 302:1
302:5 303:11,12
304:21 305:21
311:3,4,9,19 312:9
312:10,15 313:3,9
314:19,21 315:8,11
315:16,20 316:22
317:19 318:1,4,5,11
318:12 319:11
320:8,9,23 322:18
322:22,23 323:8,23
323:24 324:19
325:17,18 326:5
327:17,19,22,23
328:9 335:11
337:11 339:11,12
346:14 349:14
354:9 358:10
369:17 370:14
371:9,24 374:4,17
374:24 375:12
376:25 377:8,12,17
378:1,4,22,23 379:5
380:14,25 381:6,10
381:14,20,24
384:20 385:25
386:1 390:7
**corrections (2)**
98:12 387:10
**correctly (7)**
95:8 118:18 151:7
156:20 192:24
266:6 383:4
**corresponding (2)**
243:7 253:16
**Cosmetic (7)**
28:9,18,22 29:2,10

224:18 225:22
**cotton (1)**
205:6
**councils (1)**
29:22
**counsel (34)**
2:12,20 3:1,7,17 4:1,7
9:17 34:25 36:20
46:4 48:14 51:13
53:17 66:11 76:19
82:23 83:3 99:25
100:13 101:8
133:22 184:13
188:18,18 191:4
198:3 200:9 201:17
201:23 250:21
310:1 390:6,10
**Counselor (3)**
137:23 185:19 266:22
**count (4)**
53:8 104:12 212:12
275:13
**counting (1)**
270:13
**countries (2)**
57:15 360:11
**country (3)**
134:11 135:17 376:5
**County (2)**
1:2 9:8
**couple (7)**
58:3 166:17 190:10
200:22 278:1
363:17 378:8
**coupled (1)**
342:7
**courage (1)**
334:24
**course (19)**
25:7 48:5 65:14 70:10
70:15 91:17 92:14
110:23 121:10
125:24 133:1 147:9
195:12 197:13
227:2 247:6 251:15
251:16 277:16
**court (8)**
1:1 9:7,14 10:3
200:10,13 201:18
384:17
**courtroom (1)**
15:9
**cover (2)**
169:10 270:13

**coverage (2)**
98:3 267:19
**covered (2)**
104:15 381:7
**coversheet (2)**
233:19 379:16
**cow (1)**
127:7
**creating (1)**
12:17
**crisis (1)**
30:3
**criteria (13)**
156:6 233:14 298:10
299:12 305:17
306:7,12 308:13
317:14 319:3 339:4
351:23 352:20
**critical (10)**
8:3 28:1 54:5 74:17
172:20 179:14,18
183:6 187:9 370:3
**criticism (3)**
98:18 182:20 189:3
**criticisms (1)**
154:6
**criticized (1)**
177:25
**crop (9)**
125:18 127:3,4,15,18
128:2 154:22 232:8
366:16
**cropping (1)**
125:17
**crops (8)**
26:16 28:3 232:7,8
344:20,21 375:19
383:22
**Cross-Canada (1)**
7:18
**CRR (4)**
1:25 2:4 390:2,19
**crude (1)**
180:14
**cruder (1)**
181:9
**CST (1)**
7:5
**culmination (2)**
292:6,13
**cultivate (1)**
256:25
**cumulative (1)**
227:7

current (31)
15:17 17:10 52:24
81:25 82:5,11,18,24
83:20 84:8 111:16
132:1 152:17,20,22
153:7 154:6,17
177:24 184:24
193:6 251:20 266:7
277:1 286:14
326:20 329:8,10
331:17 341:14
358:22
currently (5)
151:19 233:10 317:23
322:2,6
curve (2)
170:16 350:2
cutting-edge (1)
334:8
CV (1)
81:25
cytogenetics (1)
118:14

D

D (19)
1:25 2:3 5:1 8:3 209:3
209:7,17 214:3,4,8
264:12 283:13
285:13 294:6
302:24 303:15
304:13 390:2,19
D.C (2)
14:1 71:7
damage (7)
26:16 128:2 177:20
177:20 183:23,24
383:21
dangers (1)
54:13
Daniel (1)
7:2
data (113)
6:11 22:8 23:17 30:8
30:15,15,23 57:2
65:14,20 72:13,17
73:6,23,24 74:3,4
86:18 87:9 91:12,14
91:17 94:20 95:23
96:18 98:6 103:13
107:6 111:16
122:10 123:22,22
128:20 129:8,13,14
130:5,11,15 134:18

144:11 147:7 153:9
153:15,25 154:24
159:5 173:10 175:1
175:18 178:7
179:20,23 180:7
181:22 192:20
194:6 200:2 215:1
215:18 219:21
222:17,18 230:10
231:22 233:11
236:17,21 246:25
247:25 251:7,14
265:14,24,25 266:9
277:10 278:8 280:5
281:22 283:24
285:15,20 286:11
287:7,9,11 289:5,12
292:17 300:18
304:1,7,11,12
308:17 313:10
314:16 316:7,12
329:20 330:6
338:15 339:7,24
344:9,12,15,18,23
350:17 351:23
385:3
database (33)
50:13 52:20,25 56:20
56:24 59:13 96:3
105:9 108:22
112:13 140:2 167:5
183:14 233:6
250:19 257:2
261:15 317:6
321:18,24 324:18
324:24 328:2
331:12 334:1 337:7
337:24 338:5 342:6
343:15 354:4
355:16,17
dataset (2)
127:8 331:21
date (20)
15:18 135:25 169:12
209:1,16 225:2
233:20 235:4
292:14 293:25
323:2 361:9 362:6
363:10 368:6,8
369:10 387:3
388:24 389:24
dated (8)
43:23 44:7 143:8
166:8 198:14 207:5

267:11 310:17
datum (1)
283:24
day (16)
31:11 89:1 91:1
110:12,13 111:17
124:7 172:11
182:20 190:11
200:14 305:24
336:10 387:13,19
390:13
day-to-day (1)
196:18
days (25)
13:17,22 15:20 44:3
47:15 75:10 111:22
111:24 112:1,2,2,3
123:21 130:24
164:3,6 190:12,14
199:4 201:18 206:4
206:18 242:2
319:16 383:6
DC (1)
3:14
de (4)
7:22 58:2 316:18
329:20
dead (1)
183:10
deal (3)
31:8 60:19 296:7
dealing (4)
69:23 70:3,4 383:11
dealt (1)
55:11
Dearfield (1)
312:19
debate (21)
98:3 145:5,6,16
154:21,22 156:11
170:18 189:6
207:12 244:2,3
247:22 253:7
284:16,17,24 304:4
344:5 349:3 355:15
debated (5)
135:19 154:10 185:4
222:9 243:18
debates (3)
144:11 145:22 355:12
decade (2)
83:22 107:16
decades (3)
202:16 265:18,25

deceased (1)
187:4
December (26)
5:19 11:23 13:17
43:24 44:19 56:2
93:20 98:25 99:3
102:4 143:8,20
144:14 146:21
147:14 148:25
150:5,5 151:1 152:8
166:8,16 255:6
328:11 343:21
349:6
decide (1)
283:5
decided (7)
132:9 149:4 257:17
258:9 284:1,25
286:7
decides (1)
130:6
deciding (1)
269:17
decision (24)
6:15 93:3,9 98:4
195:21 209:23,24
209:25 225:23
226:25 244:23
245:1,8 276:10,12
291:15 308:9
315:21 316:2 321:7
327:16 347:15
350:21 354:17
decisions (10)
26:3 31:12 74:7
108:25 120:22
135:21 156:8
222:22 330:23
348:17
declaration (2)
101:7 387:5
declare (1)
387:6
declining (3)
164:24,25 165:1
deep (2)
45:23 227:25
deepen (2)
186:18 217:16
deeper (1)
54:7
defects (1)
70:12
defendant (7)

1:9 2:3 3:17 4:7 5:14
78:21 99:18
defense (4)
78:15,15 99:24
201:17
deferral (1)
316:2
deferred (2)
315:18,21
deferring (1)
291:14
Define (1)
23:9
definitely (3)
116:11 128:3 225:9
definition (6)
64:14 78:2 88:5
131:22 254:1 297:1
definitive (3)
306:19 319:10,24
definitively (1)
331:24
degradation (1)
126:11
degree (15)
17:20 18:12,21,24
19:5 24:7 26:21,25
35:19 41:16 45:23
77:23 153:24
165:17 261:8
degrees (3)
18:11 29:19 59:16
Delaney (4)
226:17 227:3,19,24
delegates (1)
110:23
delete (3)
190:10,24 192:3
deleted (3)
190:7,18,19
deliberated (1)
199:3
deliberations (2)
306:3 307:15
demographic (1)
63:17
demographics (1)
65:25
demonstrated (1)
284:12
denied (1)
191:11
Department (9)
20:12 25:4,5 29:16,20

30:4 31:1 84:15
88:17
**departments (1)**
167:1
**depend (1)**
18:7
**depends (1)**
68:17
**depicted (1)**
382:14
**deploying (1)**
181:25
**depose (1)**
200:14
**deposed (4)**
15:2,4 46:11 47:19
**deposition (47)**
1:12 2:1 5:15,15 9:5
  9:10 11:2,3,4 12:24
  45:4,12,13,18 46:14
  46:19 47:9,13,16
  80:9 99:17,19,19
  143:6 164:3,6 166:7
  192:6 198:11 202:1
  202:6 203:23
  204:25 206:3,11
  231:5 267:10
  269:20 310:17
  321:2 386:7 387:1,3
  387:7,11 388:1
  389:1
**depositions (8)**
2:7 15:13 45:6,16,25
  46:3 78:8,16
**depth (2)**
162:24 238:25
**deputy (1)**
288:12
**derived (1)**
79:9
**dermal (7)**
106:12 121:4,9,10,11
  121:14 176:18
**describe (6)**
55:25 82:10 141:24
  142:17 274:9 349:9
**described (16)**
13:10 24:22 55:14
  63:1,6 71:23 75:24
  121:1 130:4 204:9
  208:19 228:17,17
  272:5 358:5 376:9
**describes (2)**
141:7 377:2

**describing (2)**
32:17 118:18
**description (2)**
84:13 175:6
**descriptors (1)**
340:4
**desiccant (1)**
344:22
**design (5)**
63:4 159:2 243:17
  252:16 285:24
**designate (1)**
89:12
**designated (1)**
89:16
**designation (1)**
319:7
**designed (12)**
57:17 63:7 68:21 69:2
  69:6 89:3 247:9
  283:16 333:2 354:3
  358:14 376:13
**designs (4)**
65:9 181:25 293:5
  374:1
**despite (1)**
304:3
**detach (1)**
84:4
**detail (16)**
43:16 59:16 139:19
  154:11 203:5,7
  204:24 205:3
  226:20 241:19
  243:19 257:12
  262:15 274:22
  278:1 286:1
**detailed (9)**
50:3 247:8 255:2
  257:7 258:5 268:21
  304:3 347:1 385:12
**details (9)**
7:9 67:18 117:25
  241:17 308:8 358:2
  372:11 380:3
  385:17
**detectable (1)**
167:9
**determination (25)**
97:8 109:14,25
  129:20 132:1
  133:12,16 139:25
  142:20 164:10
  187:10 189:3

210:12,15,18,19
  246:24 265:19
  266:2 273:6 320:19
  323:9 327:4 340:11
  381:4
**determinations (2)**
132:7 326:21
**determine (11)**
96:24 97:4 108:11,16
  112:15 152:16
  209:20 233:11,13
  265:24 352:13
**determined (16)**
133:19 134:23 136:1
  209:2 211:22
  265:12,13 292:21
  314:3,4,14,16,21
  348:13 360:19
  379:25
**determining (2)**
109:10 353:25
**detrimental (1)**
128:17
**develop (2)**
72:16 293:2
**developed (4)**
257:15 285:4 361:18
  385:3
**developing (3)**
71:25 87:7 181:11
**development (1)**
71:8
**developmental (3)**
111:13 117:14,22
**developments (3)**
17:4 133:2 245:23
**develops (1)**
124:14
**Dewayne (13)**
1:4 9:6 10:17 43:19
  46:20 161:12
  162:19 163:23
  169:16 202:24
  342:14 343:23
  387:2
**diagnosed (1)**
306:15
**diagnosis (1)**
18:17
**diagnostic (1)**
306:7
**dialogue (4)**
110:8 129:10 130:3
  308:2

**dialogues (1)**
307:24
**diameter (3)**
297:5,19 298:7
**diameters (1)**
297:7
**diametrically (2)**
154:8 333:22
**diazinon (1)**
94:8
**dicamba (12)**
49:3 69:25 70:2,11,13
  70:14,16,17,17,18
  70:19 128:1
**Dickerson (3)**
223:1 225:9 229:13
**dictated (1)**
114:1
**diet (11)**
29:6 135:7 137:2,16
  146:12 156:1
  193:15,19 203:13
  229:3 243:7
**dietary (15)**
30:18,21 74:1 145:20
  175:1 194:7 195:14
  195:19 196:4 227:4
  228:13 246:2 322:8
  344:12,15
**diets (5)**
30:12,24 227:23
  228:4,8
**differ (2)**
381:16,17
**difference (8)**
62:17 63:11,21 93:10
  103:25 240:3
  263:19 266:18
**differences (4)**
142:25 178:2 211:13
  246:18
**different (49)**
15:22 22:25 23:3
  27:20 29:23 31:9,17
  40:12 47:7 64:19
  65:9 68:18 96:11
  100:17 104:10,14
  105:2,6 107:20,22
  108:2 113:11
  114:15,16 133:8
  142:23 155:18
  167:2 170:14
  177:21 179:20
  186:2 208:17

211:11,12,14,19
  232:7 246:23 257:4
  262:10 266:11
  314:23 334:11
  346:24 354:12
  374:14 375:24
  379:18
**differential (2)**
357:19 358:14
**differentiating (1)**
297:2
**differing (1)**
306:4
**differs (2)**
266:9 377:5
**difficult (10)**
78:19 156:24 170:18
  209:25 210:3
  243:25 296:22
  300:6 306:13
  348:24
**difficulty (1)**
305:23
**digest (1)**
45:20
**diligent (1)**
206:20
**direct (9)**
25:13,16,23 27:13
  29:17 30:5 31:22
  85:10 86:2
**directed (3)**
281:10,11 383:4
**directing (1)**
191:14
**direction (3)**
194:23 195:2 350:3
**directions (8)**
169:14 322:4 366:17
  372:7 380:22
  383:24 384:1 385:5
**directly (3)**
34:14 87:13 127:5
**director (23)**
20:12,20 21:8,18,20
  21:23 22:4,19 24:3
  71:14,17 84:20
  85:15 220:17,25
  221:6,15,23 223:6
  223:24 225:14
  226:12 288:12
**directs (2)**
27:24 373:17
**disagree (5)**

Confidential

153:20 300:7 354:8
355:2,19
**disagreement (7)**
219:11 237:6 296:10
303:24 348:6 356:3
356:20
**disagrees (2)**
122:12 264:2
**disappointed (1)**
257:1
**disciplines (3)**
147:4,11 261:9
**disclose (1)**
76:19
**disclosed (1)**
52:19
**discovery (5)**
34:4,21 38:12 53:14
75:20
**discuss (13)**
50:24 98:24 144:5
215:18 229:9,15
270:25 288:15
300:10,13,15
362:21,24
**discussed (22)**
14:4 50:13 154:10
155:12,20 185:3
222:10 229:14
240:19,22 251:17
254:9,11 257:22
263:2 271:6,8
283:17 285:25
300:18 329:2 381:1
**discusses (2)**
232:11 359:17
**discussing (4)**
75:8 188:1 189:2
202:18
**discussion (30)**
50:8,10 55:2,8 56:19
91:16 154:4 167:23
169:2 190:3 191:6,8
214:4 244:1 252:18
262:7,10 274:19
278:18 281:9
295:22 301:5
310:12 312:13
318:17 346:4 349:3
361:21 365:1 378:5
**discussions (5)**
209:18 219:9 223:19
246:1 358:19
**disease (5)**

23:12 62:18 63:22
64:11 66:3
**diseases (1)**
78:1
**dishes (1)**
204:19
**dismiss (1)**
284:7
**disorders (1)**
77:21
**displayed (1)**
170:11
**disposable (2)**
204:22 205:2
**dissipation (1)**
126:17
**distinction (1)**
93:14
**distinguished (2)**
24:12 27:11
**distribution (1)**
120:12
**district (1)**
342:16
**division (52)**
75:9 166:22,24,25
167:3,4,13,16,24
174:22 175:9,17
181:13 193:12
209:24 210:10
232:17,21 234:1
235:16,16 236:12
237:20 238:3,16
239:6,7 246:8,10,15
252:3,12 253:9,15
254:12 261:19
264:9,15 269:15
277:13,14,17
287:25 288:3,12
311:2 313:16
315:19 316:8
323:22 326:2,13
**division's (2)**
238:15 242:25
**divisions (3)**
167:1 323:10,18
**DNA (2)**
177:20 183:23
**doctor (10)**
18:12 21:19 26:11
51:19 67:24 113:14
183:4 192:24
198:15 368:1
**document (128)**

33:10,14 43:1 74:20
76:23 80:15,18,20
81:15,19 93:2 94:3
99:20,22 100:12,15
100:19 111:8,9
138:19 146:20
147:15 148:6,10,12
150:15 152:7 157:4
166:5,7,11 167:18
168:8 169:3,7 174:1
174:3,4 176:4
191:12,17 193:24
194:16 196:3
198:14 202:6,9,12
202:16,18,23 207:5
207:7 210:4,11
212:19 217:11
218:19 231:10,13
231:17,18 232:16
232:20,25 234:11
235:5,15 236:11,23
238:3 239:7,14,17
246:9 248:4 249:1
255:3,17 261:22
262:4,8,14,24 263:6
267:12 269:19,24
270:14 277:20
286:22 292:1
293:18 309:25
310:17,20 311:16
314:8 316:13,22
319:15 321:1,6,9,11
323:15 324:10
325:24 326:20
327:11 328:24
329:8,10 337:19
344:16 345:25
346:1,23 347:16
349:5 352:22,23
356:23 367:25
368:15,22,24 369:3
**document's (1)**
233:15
**documentation (2)**
50:4,6
**documenting (1)**
262:20
**documents (110)**
12:13 32:23 34:3,7,13
34:16,18,20,21,24
35:3,9,20,21 36:3,9
36:11,18,20 37:1,4
38:1,5,15 39:18
47:7 49:5,13,15,15

53:2,5,10,11,15,17
53:20 54:17,20,24
55:17,20 56:20
69:24 70:4 73:11,18
73:20,22 74:8,12,15
74:17,22 75:7,12,15
75:16,22,24 76:2,10
76:11,15,20 80:25
81:1,10,16 100:21
101:1,19 103:14
120:19 132:23
134:16 157:5
162:11,13 165:25
179:6 181:19
184:13 185:1,18
186:6,12 190:1
206:19 241:25
242:5 249:13
257:25 258:3
259:16,20 260:8
271:25 286:16
330:21 342:6,11
352:22 359:8
364:10,11,13
365:21 368:8 378:4
**Dodson (1)**
45:11
**doing (14)**
40:18 49:1,10 71:22
122:13 135:10
185:18 186:6 196:8
212:21 222:2 271:5
284:5 328:12
**domestic (3)**
374:17 375:9 380:13
**Donna (1)**
45:12
**DORFA (3)**
22:19 84:17 225:15
**dosage (3)**
207:16 253:7 265:2
**dosages (1)**
234:15
**dose (25)**
170:15,16 207:24
235:1 252:18 253:3
280:25 281:1,6,8,13
281:18,25 303:21
334:16 349:20,23
349:24,25 350:1,2,5
350:10,13 352:10
**doses (4)**
243:6 252:5 253:10
353:20

**Dosman (1)**
7:19
**doubt (10)**
190:4 223:18 255:20
262:23 271:5
294:25 306:22
316:11 331:19
347:25
**Doug (1)**
270:23
**Dow (2)**
79:2,2
**download (1)**
72:13
**downloaded (4)**
74:8,21 81:5 90:17
**downloading (1)**
76:1
**dozen (6)**
59:6 60:13 75:3 317:4
331:8 343:21
**dozens (2)**
185:9 262:13
**Dr (180)**
1:13 2:2 5:2,10 6:20
6:20 8:3 9:5 10:6,10
11:10 17:22 32:22
33:5 52:22,23 53:3
53:7 66:21 83:14
88:9,15,22 89:16,21
90:8 92:21 93:5
95:10 97:15,17,23
98:8,16 99:1,3,7,16
99:19 100:1 102:1
103:8 118:19 139:8
143:6 151:2 166:7
167:25 168:1,13
180:1 181:5,7 183:7
183:9,10,12 184:12
187:4 188:25 190:7
191:25 197:17
201:20 202:6 215:7
215:10,20 216:6,25
221:18,19 223:1
227:9 229:9 240:6
240:11,20 241:2,13
241:17,22 242:1,11
242:20 244:16,19
244:20,22 245:4,6
245:10,11,13,15
247:21 249:23
250:5,6 256:23
257:2,6,18,20,22
258:5,10,16,17,25

Confidential

259:6,15 260:3,12
261:3 267:9,22,23
267:23,24,24,24,25
268:5 273:17
275:10 278:1,15
279:3,11,12 286:23
294:14,18,21
295:16,24 296:2,2,8
296:12,17 297:8,18
298:6,17 299:11,25
300:8 301:12 305:7
305:13 306:6,10
307:7,20 308:12
309:4,7,20 310:17
311:1,5,6 313:8
315:14 319:6
328:15 333:11
334:18,20 345:23
356:6,6,7 358:11
385:19 387:17
388:25 389:25
**draft (7)**
5:21 44:2 56:13 166:9
167:18 176:23
263:5
**dramatically (1)**
266:9
**draw (2)**
141:10 166:3
**drawstring (1)**
205:7
**drew (2)**
26:2 163:19
**drift (7)**
26:16 127:20,21
128:2,11,13 366:16
**drinking (12)**
126:3 137:2 145:20
146:12 193:19
195:15,19 196:20
203:13 229:4 246:3
367:2
**Drive (2)**
2:9 4:4
**driven (1)**
65:14
**drives (1)**
72:23
**driving (1)**
14:1
**drop (1)**
317:1
**droplet (2)**
128:12,13

**dropped (1)**
123:24
**drug (11)**
25:4 28:9,11,11,18,22
29:2,10 63:19
224:17 225:22
**Du (1)**
313:1
**due (3)**
216:8 218:12 346:9
**duly (1)**
10:7
**Dunbar (1)**
168:1
**DuPont (1)**
385:8
**durations (1)**
176:9
**duty (1)**
223:23
**Dykstra (19)**
215:7,10,20,23 216:6
287:15,19 288:17
289:14 290:6,20
291:22 293:17,19
304:14 311:1 313:8
316:3 350:12
**dysplasia (3)**
243:9 253:18,24

_____
**E**
**E (29)**
5:1,7 6:1 7:1 8:1 10:8
149:23 150:1
171:16 208:9,25
209:12 238:7 285:9
318:7,19 319:7
320:12 323:6
325:16,22 326:16
327:18,20,25
347:11,21 348:14
349:9
**earlier (25)**
56:13 63:23 69:11
75:9,21 77:19,20
80:10 81:3 94:19
107:1 143:11
155:20 182:12
211:17 220:4 225:1
247:7 294:2 302:19
316:2 330:2 351:4
358:17 361:11
**earliest (1)**
369:16

**early (11)**
13:17 45:9 56:3 93:20
113:3 114:4 123:21
144:2 171:11 323:1
373:13
**easier (1)**
245:1
**Easton (1)**
3:5
**easy (2)**
296:3,5
**eaten (1)**
30:16
**ecologically (1)**
361:23
**economic (2)**
366:15 373:3
**economics (7)**
17:20,23 18:3,9,12
26:12 123:8
**economist (2)**
17:18 18:1
**Ed (2)**
221:24 222:13
**EDB (1)**
222:7
**edit (1)**
11:18
**editor (3)**
54:4 154:12 364:21
**educate (1)**
223:5
**educated (1)**
18:13
**education (8)**
17:19,25 18:5,20,24
19:4 77:24 162:15
**educational (3)**
18:20 41:17 165:17
**Edwin (2)**
288:6,10
**effect (14)**
28:23 58:5 122:23
128:17 137:18
184:7 284:12
320:14 327:21
331:2 366:5,13
369:6 380:20
**effective (2)**
40:20 379:25
**effects (32)**
96:20 109:9 111:13
123:12 129:21
166:24,25 167:13

167:23 171:8
174:22 175:17
181:13 182:19
193:12 195:23
233:12,14 262:20
264:7 288:12 311:2
313:15,16 315:18
316:8 322:8,15
326:13 334:14
356:11 372:23
**effectually (1)**
226:16
**efficacious (2)**
123:20 373:2
**efficacy (2)**
39:2 123:22
**effort (5)**
12:12 37:24 101:1
183:17 295:4
**EFSA (5)**
136:15,16,20 356:14
364:14
**eight (24)**
58:7 59:4 60:1 61:2,3
104:9 161:22
209:11,12,15 212:7
212:10,11,14,15
230:12 249:15
269:1 275:22
276:18 280:6 283:4
307:17 341:4
**either (41)**
10:14 53:24 56:17
59:7 60:11 62:6,6
64:9 81:2 100:11
101:9 102:22
105:19 113:2 122:9
124:1 127:5 129:3
129:22 131:23
138:18 159:8
162:11 168:25
180:7 218:13
219:14 229:14
246:5 255:24
258:21 283:10
288:7 309:5 330:13
332:22 346:18
351:7 352:10
366:14,22
**elected (1)**
21:6
**Eligibility (2)**
6:15 321:7
**eligible (3)**

325:5,9,11
**eliminate (1)**
63:17
**eliminating (1)**
128:8
**email (15)**
53:24 82:12,13,15
90:5,21,24 97:14,20
97:23 99:3,6 102:3
364:19,24
**emailed (2)**
97:18 98:8
**emails (16)**
7:2 35:24 39:18 76:6
81:3 89:24 97:22
189:16 190:8,11,14
190:19,24 192:3
242:15 275:11
**embedded (3)**
226:21 303:5 373:20
**embodied (1)**
154:18
**embraced (1)**
293:14
**emphasis (1)**
272:22
**emphasized (1)**
319:6
**emphasizing (1)**
196:16
**empirical (1)**
354:22
**employed (4)**
32:8,11,14 35:25
**employee (9)**
32:9 69:12,13,20
223:2 241:2 268:15
309:14 371:1
**employees (7)**
37:12,25 269:6,8
279:2 290:7 342:10
**employer (2)**
204:12,15
**emptied (1)**
190:13
**empty (1)**
190:16
**encompassing (1)**
376:19
**encountered (1)**
274:14
**encouraging (1)**
96:15
**end-use (4)**

Confidential

104:1,4,13 322:5
**ended (5)**
142:15 152:8 223:20
257:19 364:15
**endpoint (1)**
60:25
**endpoints (2)**
59:11 64:11
**ends (3)**
11:18 121:25 122:12
**enforce (1)**
110:21
**enforceable (2)**
370:7 371:13
**enforcement (5)**
35:16 42:14 110:20
130:19 131:8
**enforces (1)**
131:4
**engage (2)**
110:7 373:8
**Engler (7)**
157:20 220:10 221:18
221:20 228:11
229:9 312:16
**English (4)**
57:13 59:4 134:9
194:16
**enhanced (1)**
373:21
**enormous (2)**
107:16 330:20
**enrolled (1)**
67:16
**ensuing (1)**
254:21
**entail (2)**
79:22 125:20
**entails (2)**
127:10 186:10
**entire (12)**
19:16 138:14 217:6
317:6 321:23
323:15 325:19
327:4 328:2 334:1
368:21 387:7
**entirely (3)**
110:2 209:22 334:7
**entitled (1)**
379:19
**environment (8)**
96:11 122:24 123:12
125:13 129:22
322:8 366:6 372:24

**environmental (21)**
19:8 25:3 27:16,25
30:17 70:8 71:4,7
71:15 125:6,12
126:11 151:4
152:17 167:7
195:22 233:12
322:15 365:20
380:8,10
**envisioned (1)**
292:2
**EPA (425)**
5:21 6:2,8,10,11,13
6:15,16,18 7:5,9,11
7:12,14,24 12:13
16:7 19:10 26:1
28:13,19,24 29:21
30:21 31:12 32:8,10
36:4,25 40:1 42:7
42:14 48:11,19 49:5
49:14,15,17,22 50:1
50:8,23 52:10 57:6
69:12,13,16 73:11
74:9,11,13,17 75:7
75:17,18 76:9 87:6
87:8,19 88:21,23
95:20,21,23,23
96:13 102:12,14,15
104:20 105:22
107:18 108:16,22
109:2,10,13,24
110:4,6,7,12,13,16
110:20,23 111:1,3
111:18 112:15,22
113:10 114:1,19
115:1,5,9,17,24
116:4 117:14,22
118:19 119:2 120:2
121:6,14,25 122:2,7
122:11,14,18
123:19,21,24 124:3
124:9,20,25 125:3
125:22 126:1,7,10
126:23 127:9,11,19
127:24 128:3,11,15
128:22,24,25 129:9
130:4,5,10,18,19
131:4,7,11 132:1,8
132:21 138:16,19
139:21 140:10
141:17,21 143:23
144:2,8 145:10,15
146:2,7,15 147:12
147:15,25 152:9,23

153:13 154:14
155:2,10 156:6,15
157:3,4 159:9,12
160:21 161:17,21
166:9,11 169:20
170:4,13 171:14,22
172:18 173:8,18,25
174:11 178:5,5,22
179:14,18 181:19
182:1,3,9 183:6
184:5 189:7 193:6
193:17 195:10
196:2,7 197:2,11,18
198:12 199:6,8,11
199:24 200:8,24
208:2,13,22 209:20
210:19,24 212:7,18
214:1 217:11 220:5
220:21 223:20
224:12,21 225:7,12
225:17,20 226:6,25
227:13,15,24 231:9
231:23 232:14,22
237:7,13 238:8
244:2,19,25 245:21
247:3,22 248:3,11
248:13,17 249:1,12
250:2,10 251:4,13
251:18 252:14,21
255:23 256:4
258:15 263:2,17
264:2,19,24 265:1
265:19 266:1,7,8,20
268:7,15,17 269:1,8
269:10,13,16 270:4
270:8,23 272:1,11
272:17 274:8,24
276:8,13 277:22,24
278:2,5 279:16
280:15 281:10
283:12 284:8,20
285:22 286:1,7,11
287:5 290:7 291:10
293:1,11,15,23
295:2,20 301:24
302:22,24 303:25
304:12 305:3 308:3
310:18 316:8
317:14,16,23
319:14 320:18,23
321:8 322:12,20
323:15,22 325:4
326:2,2 327:22,24
331:18 332:7 337:7

337:16,17 338:13
339:10 341:15
342:6,10,11 343:8
343:15,16 346:13
347:12,18,23 348:6
348:8,9,17 349:6,9
349:11,19 350:12
350:16,22 351:5,11
352:20,24 353:3,9
353:15,21 354:5
355:19 356:3
362:12 365:6,9,12
365:23 367:13
369:6 370:24 371:5
371:22 372:4,13,19
373:4,4,7,15 374:3
374:21 375:10,24
376:23 377:10,14
377:18,20 378:9,10
378:24 379:7
381:18,21 382:10
382:25 383:4 385:4
**EPA's (77)**
5:19 27:19 43:23 44:6
86:7,21 112:6
121:19 122:6 124:5
125:1,5 131:1 132:3
142:20 143:8,19
144:12 145:3
147:16 148:5
149:18 150:6
152:21 153:20
154:6 175:25
177:14,24 178:10
178:25 181:12,22
187:9 189:3,18
197:16 200:20
201:2 207:8 239:1
250:24 251:20
254:20 261:23
263:21 264:5
285:23 293:9
319:21 322:6 328:1
330:6 331:16
339:12 340:11,14
343:17 347:9
348:12 349:18
350:4 352:6 354:9
355:2 356:20 357:1
366:3,4 368:3,10
373:24 377:2
380:23 381:8 382:2
383:12
**EPA-archived (1)**

270:13
**EPA/FDA (1)**
29:15
**EPA/OPP (1)**
222:5
**epidemiologic (2)**
62:8,23
**epidemiological (15)**
23:17 57:1,10,11,17
57:20,24 59:17 65:9
91:16 154:24
159:22 192:21
200:2 338:6
**epidemiologist (1)**
18:21
**epidemiologists (3)**
63:3 65:5 68:15
**epidemiology (19)**
23:12 56:20,23,24
57:5 58:9,20 59:1
69:2,9 159:25
160:14 173:11,15
173:20 181:15
197:4 251:21 337:9
**episode (2)**
378:18 382:16
**episodes (3)**
373:22 378:6,8
**equally (1)**
156:8
**equipment (9)**
47:24 108:17 109:6
109:11,15 110:15
207:1 232:5 380:4
**equivocal (21)**
234:23 235:7,19,21
247:11 264:21
265:15 277:11
278:9,22 280:14
283:16 293:13
300:6 302:18,21
303:10,13,14,17
314:18
**era (2)**
88:19 379:1
**Eriksson (3)**
7:16 8:5 58:2
**ERRATA (4)**
387:1,11 388:1 389:1
**especially (2)**
29:8 126:1
**ESQUIRE (6)**
2:18,19 3:6,15,16 4:6
**essential (3)**

Confidential

**essential (3)**
365:21 366:18 383:22
**essentially (6)**
74:16 136:22 196:18
223:8 228:24
319:21
**establish (4)**
25:18 125:11 126:7
129:24
**established (5)**
30:19 122:25 123:2
126:6 269:12
**establishing (1)**
327:25
**establishment (1)**
28:25
**estimate (2)**
175:3 194:8
**estimated (1)**
322:1
**estimating (2)**
125:22 195:14
**et (5)**
29:22 30:3 154:12
329:20 372:6
**ethical (2)**
38:4,4
**ethics (2)**
41:14,16
**EU (3)**
134:11 135:17,19
**Europe (12)**
136:17 180:6 355:14
357:25 358:21
359:4,24 360:10
361:22 364:3,8,12
**European (12)**
132:15,18 133:6
135:21 137:17
159:10 355:18
356:1,18 357:2
360:1,11
**Europeans (1)**
355:24
**evaluate (15)**
60:24 73:15 115:2,24
146:22 147:16
148:12 174:25
175:18 194:6
215:18 275:25
276:18 287:8
340:23
**evaluated (7)**
153:2 197:10 315:23

338:22 346:7,25
351:15
**evaluating (8)**
67:11 156:6 254:6
304:1 337:24 338:5
351:23 354:4
**evaluation (41)**
5:18 43:22 44:6 75:9
127:19,24 128:16
136:18 143:7 153:7
166:22 167:3,8,16
167:20 181:22
192:20,22 207:14
209:24 213:5,6
220:23 229:18,24
269:14 274:12
277:2,17 299:21
313:23 319:9,14
329:21 331:17
338:14 339:12
350:8 351:25 357:3
366:3
**evaluations (4)**
50:8 222:16 342:11
346:5
**event (4)**
132:22 218:8 351:16
390:11
**events (5)**
161:11 166:17 209:6
350:21 383:8
**everybody (2)**
188:9 296:4
**evidence (63)**
94:5 109:8 140:24
141:3,8 146:8 150:2
156:25 159:6
180:19 184:2
192:19 197:18
228:25 230:20,25
246:2 253:23
255:13 256:15
257:4 258:20
263:24 264:11,13
272:18,21 273:5,24
280:15,17 285:9
286:12 294:3
313:23 318:8,10
319:1,8,22,25 320:7
320:15,15 325:16
325:22 326:4 328:2
330:2 332:5 335:10
336:6,12 342:24
344:2 346:4 349:12

350:5 352:15 353:1
353:4 354:23
380:25
**evolution (4)**
134:15 144:12 239:1
291:17
**evolved (4)**
118:23 226:22 261:17
368:4
**exact (9)**
34:21 67:21 79:3
119:14 140:20
174:6 225:2 282:20
363:10
**exactly (10)**
63:3 91:1 135:13
141:14 173:18
205:13 209:20
210:3 226:15 349:8
**examination (5)**
5:3,4 216:12 218:2
240:2
**examined (3)**
282:12 283:20 390:6
**example (25)**
21:25 25:16 42:19
52:21 57:11 81:4,14
109:20,22 122:3
124:21 125:19
128:1 170:2 188:11
326:12 327:14
334:10,16 343:2
356:23 361:19
369:11 373:10
377:13
**examples (1)**
122:15
**exceeded (9)**
128:18 207:24 252:20
253:3 281:7,13,18
281:23 303:22
**exceeds (1)**
297:4
**exception (1)**
82:6
**excessive (1)**
253:8
**exchange (1)**
97:22
**exchanged (3)**
89:24 189:16 190:8
**exchanges (1)**
144:11
**exclusively (4)**

60:22,23 91:17
182:14
**excretion (1)**
120:12
**Excuse (1)**
266:22
**executive (12)**
71:14,17 176:5,6
223:24 226:12
267:22 268:13,15
271:19 323:25
324:7
**exercised (1)**
366:20
**exhibit (104)**
5:8,9,11,12,14,16,18
5:20,23 6:2,4,6,7,10
6:12,14,16,17,19,21
6:22 7:2,4,6,8,10,12
7:13,15,17,20,23
8:2,4,7,8 11:2,3,5
66:16 80:8 81:21,24
83:9,16,18,19 99:11
99:13,17 100:4
103:5,8 132:15
143:1,2,5 146:19
148:15 150:15,16
150:20,20,22
153:14 166:6
173:19 174:20
176:4 192:14,15
198:6,7,10 201:6,25
202:2,5 207:6 211:2
212:20 213:2 231:5
231:6 267:4,9
269:20,21 286:18
286:19 294:13
309:25 310:10,16
321:2,3 328:11
337:20 345:23
349:6 356:4,21
367:22 374:6
**exhibits (1)**
176:8
**exist (3)**
356:16
**existed (1)**
19:15
**existence (3)**
283:6 284:3 299:19
**existing (17)**
58:6 124:2 129:22,25
219:14 231:22
232:12 257:10

258:6 265:14,25
278:4 286:11
314:16 322:10
325:10 370:22
**exists (2)**
337:24 338:5
**expand (1)**
96:16
**expanding (1)**
331:15
**expect (3)**
17:7 105:19 326:24
**expectation (3)**
273:20 293:10 380:19
**expected (11)**
40:1 111:22 126:7
127:15 135:6 137:1
137:15 145:24
146:11 196:5
242:12
**experience (5)**
163:16 223:8 382:1
383:11 385:23
**experienced (2)**
41:4 366:23
**experiment (1)**
73:1
**experimental (1)**
375:25
**experiments (4)**
23:11,16 77:25
361:11
**expert (95)**
5:13 10:17,19,21
11:19,20 12:6 13:7
16:10 17:10 32:20
34:15,17 36:8,10
37:7,10 38:2 42:23
43:8 45:18 46:15
56:6 61:19 62:7,20
74:18 79:10,16 80:4
81:1 82:2,3 83:17
83:25 88:8 90:9
91:24,25 98:2
102:24 103:12
105:16 112:19
117:3 119:17
132:13 138:12
143:18 144:19,24
145:8 155:16 160:1
160:8,13 168:17
169:9 170:8 182:22
186:21 187:24
189:13 190:6 192:6

Confidential

195:17 201:22
202:20 216:17
224:19 231:10
254:2 261:4,6 270:2
287:1 298:4 300:13
307:6 310:23
321:13 328:25
329:24 330:13
341:21 357:8
360:18 362:22
363:6,8 382:18
383:17 384:19
385:1,24
**expertise (16)**
19:10 26:17 77:5,8,21
78:6 120:6,14
157:18 158:21
172:12 185:17
261:4 275:17 298:2
383:11
**experts (12)**
141:9 147:3 149:14
155:1 183:18,19
185:12,13 188:20
207:10 226:13
354:17
**expires (2)**
387:24 390:4
**explain (7)**
11:12 90:14 93:5
222:15 224:19
263:19 353:1
**explained (5)**
120:19 226:20,22
277:25 353:10
**explaining (2)**
155:2 353:4
**explanation (3)**
247:8 298:10,25
**explanations (1)**
266:18
**export (1)**
211:1
**exposed (17)**
59:1,3 66:24 95:15
96:20 108:5 124:22
125:19 151:13
163:12 169:22
174:22 325:23
330:16 333:14
342:18 345:5
**exposure (77)**
7:16 8:4,9 22:9 25:19
47:23 57:21 58:21

59:20 72:4 89:15
94:22 106:9 107:21
108:6 124:21 126:2
135:6 136:24 137:1
137:13,16 145:10
146:12,16 149:22
150:9 151:6,13
152:15 157:10
162:17 172:21
174:23 175:1,2,18
175:19,21 176:9,19
181:16 189:4 193:7
193:14,15 194:6,8
195:14 196:5,8,13
196:15 203:12,13
206:22 207:25
227:5,5 245:24
254:7 258:21
262:21 286:13
321:25 325:21
332:6 333:18,23
334:13 335:14
336:3,18 340:12
344:15 356:12
373:22
**exposure-related (1)**
108:22
**exposures (23)**
7:18 63:23 96:8
111:21 125:1
145:20,24 195:19
195:23 196:17,20
203:21 220:24
228:1 229:3 231:24
246:3 259:4 322:9
322:11 331:23
335:2 344:12
**expressed (9)**
38:23 57:4 122:7
144:24 305:5 307:3
307:13 309:21
334:4
**extensive (4)**
91:16 227:3 337:23
338:4
**extensively (2)**
324:14 340:22
**extent (8)**
46:24 72:8 120:20
142:8 180:21
206:23 331:2 344:6
**extremely (2)**
244:24 245:7
**eye (4)**

78:5 106:18 205:15
373:10

———— F ————

**face (4)**
204:5 205:4,14,15
**faced (2)**
135:22 182:9
**fact (21)**
79:22 129:20 133:3,7
152:12 167:18
173:8 195:25
255:15 256:13
257:4,18 281:19
290:19 300:10
333:14,21 343:5,6
365:17 373:7
**factor (8)**
8:4 112:23,24 227:17
281:2 354:3 360:3,4
**factors (5)**
25:21 63:18 72:19
109:3,9
**facts (4)**
17:2 109:15 213:6
229:19
**fair (5)**
62:13 210:16 217:9
348:15 367:14
**fairly (11)**
45:11 107:14 159:11
174:2 230:4 246:20
258:10 261:13,14
281:15 370:21
**fall (3)**
118:15 225:2 297:12
**falling (1)**
297:21
**familiar (18)**
32:23 86:5,11 120:23
122:20 132:6
133:15 134:12
138:10 140:6 156:5
202:9,11 313:14
317:16 321:9
346:10 367:25
**familiarity (1)**
35:9
**fancy (1)**
308:22
**far (4)**
193:22 286:3 334:15
334:15
**Farber (13)**

201:5 220:12 244:19
244:20,22 245:6,11
245:13,15 249:23
278:1 301:24,24
**farmer (1)**
124:15
**farmer's (2)**
45:13 366:16
**farmers (4)**
31:7 104:5 128:4
376:16
**farming (1)**
376:14
**farmworkers (1)**
125:18
**farther (2)**
324:5,6
**fate (2)**
125:6,12 126:11
127:2 167:7 380:10
**FDA (4)**
28:12,14 29:21 32:11
**FDA's (2)**
28:16 29:3
**February (29)**
1:15 2:8 6:9 9:1,12
198:14 215:16
221:9 223:12,16
229:11 233:22
236:4 243:11
244:16,22 245:8,17
270:6 271:2 275:8
291:3 299:14,14
300:3 307:5 315:9
387:3 390:13
**federal (35)**
5:17 6:18 7:11,14
19:17 20:7,9,15
22:13 23:3 24:23
25:1,8 26:1 27:21
29:23 31:18 75:7
102:25 103:9 114:7
134:4,7 208:3
220:19 223:9 225:6
225:10,19 226:2
263:7 370:8,10
371:15 376:3
**feed (1)**
12:15
**feeding (12)**
50:7 51:1 127:6 174:9
234:14 247:9
250:23 253:3
254:10 315:23

317:2 351:24
**feel (14)**
15:23 18:8 110:5
129:18 136:23
143:15 257:3
343:18,18 352:6
353:12 360:3,5
385:14
**feels (6)**
110:14 129:13 130:12
308:17 373:4,4
**fell (1)**
20:15
**felt (34)**
22:6 37:2 47:2 53:18
53:22 54:7 55:7,15
81:7 162:21 171:4
180:1 181:4 197:14
221:25 246:20
248:21 249:2,9,18
252:21,23 257:8
258:19 278:25
280:16 283:10
296:21 306:19
330:22 342:10
361:25 378:10
382:11
**females (1)**
351:7
**Fenner-Crisp (2)**
311:23 312:2
**fewer (1)**
111:16
**field (13)**
18:8,11,14 19:7 28:6
35:19 40:10 41:4
155:1 157:19
183:18,19 185:13
**fields (2)**
155:22 159:14
**FIFRA (29)**
6:8 7:9 20:8,16,17
29:12 42:14,15
86:14 110:21
122:17,25 123:11
146:21,24 162:1
192:23 224:16
225:20 233:14
270:5 322:12 365:9
365:12 367:7,18
368:13 373:24
377:3
**figure (5)**
13:12 76:11 129:12

Confidential

225:18 373:1
**file (9)**
12:17 34:21 68:9
74:16,24 75:6 79:24
106:5 107:3
**filed (9)**
13:16 14:18 81:1 98:2
100:2 169:9 202:24
363:5,8
**files (2)**
74:5,18
**fill (1)**
129:12
**final (39)**
6:8,18 7:11,14 11:19
16:10 110:16
149:12,16 199:17
207:8 208:1 210:19
210:20,21 226:16
230:14 247:2 255:3
255:4,9 262:3,5,8
262:14,24 264:6
270:4 291:15
292:12 302:17,22
304:8 306:19,22
307:16 308:16
344:16 385:20
**financial (1)**
295:6
**Fincham (1)**
7:19
**find (15)**
55:12 99:9 101:9,18
102:5 116:12
117:25 157:12
173:23 195:17
328:16 334:23
354:5 359:9 371:19
**finding (6)**
37:22 216:8,9 217:4
279:12 347:10
**findings (7)**
56:10 265:15 275:20
312:8 314:18 353:5
361:11
**fine (6)**
51:15 61:24 66:11
113:19 235:10
362:21
**finished (4)**
332:13,15 343:20
361:6
**finishes (1)**
159:19

**Firm (5)**
2:14 9:19 11:11 12:20
14:14
**firmer (1)**
264:20
**first (44)**
10:7 14:3 20:6 62:3
82:14 84:6,23 88:20
100:10 103:17
111:17 123:16
140:9 146:24
170:23 171:25
185:5 202:11
215:15 216:11
220:2 224:1 225:11
227:2,6 229:20
234:13 239:20
270:15 272:7,20
277:4 280:23
286:16 312:4 314:2
314:11 316:6
317:12,16 322:16
334:20 340:21
364:5
**fish (2)**
126:9 321:20
**fits (1)**
157:6
**five (14)**
11:13 27:23 64:17
87:8 100:6 184:8,10
187:19,22 188:5,25
196:16 266:24
383:17
**flagged (2)**
81:2 214:14
**fliers (1)**
376:11
**flip (1)**
214:3
**focus (11)**
38:22 43:20 127:22
145:21,25 154:23
162:22,25 330:22
342:10 358:3
**focused (16)**
60:7,10,11 71:7
145:18 156:3
163:24 170:23
178:6,8 196:4
224:14 227:13
307:14 316:14
339:16
**focuses (1)**

145:16
**focusing (1)**
208:18
**folks (3)**
168:14,22 268:6
**follow (6)**
7:3 238:20 247:4
336:14 344:6 371:2
**follow-up (6)**
55:9 56:15 89:18
227:22 286:4
329:19
**followed (2)**
33:20 350:21
**following (8)**
206:12 245:23 272:2
272:3,4 283:15
293:11 375:7
**follows (4)**
10:7 93:7 298:13
339:3
**fonts (1)**
372:6
**food (33)**
7:12 25:4 28:3,5,6,9
28:11,11,16,18,22
29:1,6,10 30:15
73:25 123:1,2,17
125:17 127:3,5,13
130:1 195:13,15
196:17,19 224:17
225:21 228:25
231:25 367:1
**Food's (1)**
8:2
**foods (2)**
30:11,23
**fora (1)**
154:11
**foregoing (1)**
390:6
**foreign (7)**
20:13 57:12 84:16
88:18 131:18 132:7
362:14
**Forgie (5)**
3:6 9:21,21 201:6,10
**form (98)**
16:15,21,22 17:13,16
19:12 36:13 37:15
38:18 40:2 41:2,10
44:14,22 46:16,22
50:16 52:14 53:12
57:4 58:12 59:23

65:7 67:1 68:16
92:3 94:2,11 95:7
97:2,11 100:11
105:7 107:23
108:19 110:17
114:2 115:13
116:10 119:4
134:25 143:16
150:10 151:15
153:22 155:19
157:14,16 158:14
169:4 181:17 183:1
205:25 209:20
241:15 242:21
243:13 248:16
250:13 254:24
255:19 258:4
260:11,15 266:4
280:11 296:16
300:22 302:10
305:9,20 316:10
318:20 319:19
320:10,24 323:13
326:6,17 327:7
328:4 330:18 335:7
335:18 336:11,20
337:2,12 338:19
341:23 342:1,22
345:10 353:7 358:8
364:19 365:16
367:10
**formal (6)**
21:20 27:5 29:19
101:22 209:23
365:4
**formally (3)**
14:5 100:24 148:5
**formation (2)**
28:13,19
**formatting (1)**
98:11
**formed (7)**
16:12 220:1 242:7
258:2 259:16 260:8
358:6
**former (1)**
23:24
**forming (12)**
34:22 35:4 48:8
112:19 138:11
141:19 166:12
168:8 179:22
267:16 310:23
321:12

**forms (3)**
59:10 173:2 343:17
**formulated (25)**
57:8 92:9,13 93:12
96:9,14,21 104:4,15
108:12 112:11
115:12,18 177:19
178:8 179:1 182:16
205:12 259:12
265:6 333:18 356:8
357:20,21 361:13
**formulating (3)**
132:13 359:11 360:24
**formulation (15)**
87:17,18 104:19,25
105:21,24 106:8
107:1,8 113:25
128:7 329:24 360:7
365:2 370:18
**formulations (10)**
58:10,22 59:21 91:9
112:6 320:22
342:19 359:19,23
359:25
**forth (11)**
54:4 55:19 110:11
147:17 182:1
207:12 244:9 256:3
364:24 380:2
381:10
**forward (3)**
251:16 264:5 280:5
**forwarded (1)**
168:11
**found (17)**
101:6,7 158:12
193:20 230:20,23
236:18 239:25
240:2 273:12
280:23,25 282:4
292:9 349:19
350:22 352:25
**four (18)**
11:13 27:23 64:17
87:8 93:17 100:6
185:6,7 187:19,22
188:5,7,8,13,25
201:20 288:9
383:17
**fourth (1)**
62:25
**FR (1)**
238:8
**fraction (1)**

Confidential

112:12
**framed (1)**
303:4
**Francisco (2)**
1:2 9:8
**frank (1)**
352:17
**frankly (1)**
146:2
**fraud (2)**
113:8,8
**fraudulent (2)**
113:2,6
**Freeman (1)**
7:22
**French (1)**
363:20
**frequency (4)**
63:21 64:25 350:1
373:22
**frequent (2)**
259:2 370:21
**frequently (2)**
185:3 298:21
**fresh (3)**
104:24 107:5 227:25
**freshly (1)**
279:10
**Friday (1)**
90:24
**friendliness (1)**
380:9
**friendly (1)**
361:23
**friends (1)**
363:21
**front (18)**
15:9 33:10,14 61:13
81:9,19 103:2
137:21 141:23
142:25 148:7 211:3
284:24 294:11
319:16 336:9 337:4
372:5
**Frontiers (3)**
357:18 363:15 364:23
**FSA (1)**
189:7
**fulfill (1)**
231:22
**fulfilled (1)**
129:15
**full (27)**
20:20 24:4,5 43:2

49:25 50:5 51:3
52:3 53:14 150:25
176:14 177:5 184:9
199:15 206:22
233:3 234:13 256:3
267:18 271:22
314:2,11 324:9
332:22 376:3,9
390:7
**full-body (1)**
204:6
**full-time (2)**
32:9 69:12
**fully (9)**
45:20 105:19 184:6
256:15,16 273:19
331:2 344:13 384:1
**fumigant (1)**
222:7
**function (2)**
349:25 368:23
**functioned (1)**
24:6
**fundamental (2)**
145:3 178:2
**funded (2)**
30:9,20
**funding (1)**
334:23
**funds (1)**
79:23
**fungicide (5)**
20:7 27:21 210:9
220:20 222:8
**fungoides (1)**
78:3
**further (13)**
55:8 171:2 214:18
234:8 237:4 243:23
285:16 307:23
308:3,4,8 336:14
390:9
**Furthermore (1)**
257:6
**future (2)**
284:19 293:15

_____
G
_____

**G (1)**
317:10
**G3 (1)**
361:20
**gained (2)**
367:8

**Gaining (1)**
26:17
**gap (2)**
122:10 129:13
**gaps (1)**
231:23
**Gardner (2)**
313:8,11
**gauge (1)**
183:17
**Gemert (2)**
311:24 312:3
**general (30)**
18:10 47:25 48:1
55:14 59:7,8 60:12
66:6 68:19 69:16
76:11 104:6 109:24
145:19,23,23
154:14 166:18
193:18 195:18
227:5 229:2 232:11
313:17 322:11
333:9 334:25
356:13 364:2 367:1
**generally (5)**
123:14 134:17 145:24
207:7 372:19
**generate (1)**
87:9
**generated (4)**
76:3,4,8 196:1
**Generating (1)**
73:6
**genotox (12)**
96:2 173:15 179:25
181:7 230:8 258:7,8
258:14 259:6,10
317:4 332:25
**genotoxic (16)**
140:18 180:14,22
231:1 254:18,23
255:15 258:6,20
259:3 261:15,20,25
262:20 264:7
341:16
**genotoxicity (51)**
52:9,12,20,24 91:22
159:23 160:1,18
173:11,20 177:18
178:11,18 179:20
179:23 180:7
181:15 182:22
183:14 184:2,20,21
185:4 192:21 197:4

251:3,6,9,14 256:8
256:12 257:2,4,8,11
261:2,7,15 262:7
263:3,12,15,23
334:5 337:11 338:8
339:13,17 341:14
341:19 356:8
**gentleman (1)**
88:22
**George (1)**
23:20
**German (9)**
134:10,18,22 135:2,9
135:13,15 136:22
189:7
**germane (7)**
53:18 143:15,19
144:18 145:9
197:14 330:23
**getting (5)**
98:18 172:8 234:19
328:12 336:10
**Ghali (3)**
311:5,6,25
**ghostwritten (1)**
342:9
**Gingerich (4)**
244:16 245:4,10
275:10
**give (10)**
12:1 16:13 17:8 54:16
98:9 139:17 160:10
238:22 253:25
363:24
**given (29)**
15:6 17:2 34:8 46:4,6
63:22 65:12 73:7
74:19 78:8 100:12
109:12 131:2 162:8
166:1 178:23
183:19 217:11,17
222:13 224:2
256:14 263:17
276:23 293:1
313:22 342:5
378:25 390:12
**gives (2)**
130:19 369:10
**glad (6)**
99:9 119:6 142:24
185:15 191:9 359:9
**glib (1)**
21:19
**globally (1)**

189:9
**gloves (4)**
204:16,18,21,22
**GLPs (1)**
181:24
**glyphosate (339)**
5:8,18,21 6:3,5,10,13
6:15,18 7:3,7,14,21
7:24 11:10 14:19
16:2,25 36:23 38:20
43:10,21 44:5 47:23
48:11,20 49:2,6,7,8
50:13 51:1,10,24
52:10 57:7 60:19
66:24 69:25 70:5,24
73:19 74:13 75:1,4
75:13,24 76:12,15
77:12,15 88:9 90:12
91:5,7,19 92:19
93:25 94:8,15 96:5
96:12 101:17 104:3
104:4 107:13
109:19 111:17
113:4,24,25 115:6,6
115:25 116:24
117:5,19 118:20
122:3,4 128:25
132:2,2,9,17 133:13
133:19 134:1,13,23
135:4 136:1,18
137:13 140:2,11,24
141:11,22 142:14
142:21 143:7,20,25
144:2,13 145:4,11
145:17 146:7,16,23
147:17 148:18
149:5,22 150:9
151:5,12,14,18
152:15 153:1,8
154:2,8 155:4,10,14
156:12 157:9,23
158:4,11 160:23
161:12,21 162:2
166:20 169:22
171:17 174:1 175:5
175:6,20,25 176:8
176:16,24 177:3
178:8,9,12,19 179:2
180:8,21 181:16,20
183:15,15,23
184:19 187:10
189:4,17 192:19
193:2,8,9,14 194:10
195:11,14 197:18

Confidential

199:18 200:3,25
202:8 203:12 204:1
205:11 208:2,5,9
209:21 210:25
215:19 219:17
228:23,25 229:3,6
229:17,21 230:17
230:22 231:10,15
233:25 234:23
237:17 238:7,10
244:23 245:20
246:3,9 248:14,18
250:23,25 251:6,9
251:11,16 252:4,7
254:10,15,17,23
255:14,19,23
256:10,20 258:21
259:5,13 261:15,20
261:24 262:3,8
263:3,16,20 264:12
265:2,6,13 267:10
269:3 270:9 271:1
272:23 275:24
276:25 277:10,16
277:21 280:3
284:12 285:8,12
286:13 289:10
293:20 295:2
303:11 308:18
310:19 314:4,15
316:19 317:3 318:7
318:18 319:18,25
320:7 321:8,16
322:24 323:4,7,11
324:12,18,22,25
325:5,15,20 326:4
326:16 327:3,5
328:3 329:11,17
330:7 331:7,14
332:25 334:5
335:14 336:4,18
337:9,10,25 338:6,9
338:14,16 339:8,13
339:25 340:1,12,15
340:22 341:7,15,17
342:19 344:10,19
344:22,24 346:20
347:11,13 348:14
349:7,12 352:8,25
353:6 355:16 356:8
356:9 357:3 358:15
361:24 370:18,18
**glyphosate-based (1...**
12:14 17:5 36:24

38:13 39:2,3 40:9
43:3 54:10 57:22
58:9,22 59:9,14,21
60:4,8 61:5 62:15
64:7 70:10 74:8,12
74:25 77:15 90:13
91:8,14,18,23 92:1
92:23 93:25 94:17
94:22 95:5 96:10,17
104:18 112:6
124:17 133:7 135:3
135:23 136:18,24
141:12 155:5
156:13 162:18
163:12 172:21
177:19,25 178:19
180:8,20 183:15,22
184:3,20 195:11
196:22 231:20
232:13 251:10,12
255:14,23 256:18
258:22 259:4,8,12
261:16 262:17,21
263:14,21 264:8
265:7,11 266:21
284:19 320:22
325:11 326:23
331:14,22 332:6
333:1,3,12,24
334:14,17 335:2
339:19,22 342:15
342:25 343:10
356:12,17 357:15
357:20,21,24
358:16,24 359:11
359:15,19,23 360:8
360:14 361:13
362:3 364:16
373:12 380:24
**glyphosate-containin...**
107:4
**glyphosate-friendly...**
256:25
**go (76)**
13:25 15:16 51:16,19
54:23 59:16 68:9
82:9 83:4 84:6,12
100:4 113:20 118:9
138:25 139:18
146:20 148:15,18
150:19,20 154:20
160:23 161:5 166:4
167:22,22 176:15
177:4 185:14

188:19 192:9,12
198:2 199:12 201:5
201:5 205:17
219:25 229:18
232:24 233:3
234:10 241:8
242:24 270:12,14
272:3 286:16,17
288:19 294:9
295:13,25 301:14
301:16,18 305:4
310:6 313:13,14
317:7 323:25
328:10,20 337:18
337:20 339:1 340:2
340:17 368:9
372:11 374:15
378:7 379:16 384:8
**goal (1)**
292:24
**goes (40)**
109:25 149:2 151:18
152:13,25 153:6
174:24 176:14,21
188:5 190:12
192:22 200:22
207:21 215:4,5
216:5 233:8 234:22
236:11,15 239:23
273:2 282:11
284:10 287:22
288:4 289:7,13
296:25 318:9 319:5
329:14 346:6
349:19 350:1,2
353:15 370:5 375:5
**goggles (2)**
205:11,14
**going (39)**
17:3,14 51:17 62:4
66:10 67:18 74:14
75:4 84:1,3,4 111:7
111:7 127:5 132:20
139:16 155:9
186:12 188:8
191:12,16 200:11
219:17 241:8 247:2
251:16 255:4
257:17 277:22
283:7 290:15,16
295:23 297:13,16
331:24 332:20
373:9 385:18
**good (11)**

10:10,11,15,16
139:13 169:10
181:24 188:8
357:18 376:15
379:2
**Gosh (1)**
253:25
**Gotcha (1)**
289:1
**govern (1)**
368:9
**governed (1)**
342:12
**governing (3)**
20:9 28:4,23
**government (4)**
76:4 133:25 155:23
298:11
**grade (3)**
103:22 104:1,2
**grain (1)**
344:21
**Grandjean (2)**
187:11 355:25
**grant (3)**
3:16 9:23 122:9
**granted (3)**
18:12,24 165:14
**graphic (2)**
374:1,20
**great (11)**
15:2 17:18 24:12
135:20 144:5
154:10 195:4
238:24 243:18
246:17 344:14
**greater (2)**
53:10 343:7
**green (1)**
361:23
**Grisham (3)**
267:24 294:18 296:8
**gross (4)**
79:24,25 136:3
157:20
**groundwater (5)**
125:23,23,24 126:8
126:19
**group (119)**
43:3 60:6,13 62:16
63:23 90:20 91:4,6
91:21 94:20 139:21
161:23 170:10
178:4 197:14

199:19 207:17,18
207:19,20 208:25
212:4 214:24
215:17 217:6,6,21
217:22 218:11,18
221:10 228:18
230:2,20 236:3
237:3,20 239:25
243:11 245:16
249:11 252:8,10,17
252:19,25 253:1,1,5
253:8 254:14
266:19 273:14
274:3,9 277:21
279:9,25,25 280:1
280:10 281:15,20
281:20 282:5,18
283:7,13 284:4,21
285:9,9,13 291:9
292:9 293:20
296:15 297:20
298:8 299:2,16,20
300:12,21 301:13
302:8,24 304:13,13
305:15,18 307:8,21
308:12,20,21 309:2
313:7,20 318:7,19
319:7 325:16,22
326:16 327:18,20
327:25 332:4
333:22 334:5 343:3
349:9 351:20
352:14,14,16
354:14 355:9
**groupings (1)**
232:8
**groups (6)**
29:25 280:25 289:7,8
299:6 351:20
**growing (3)**
124:19 255:12 353:1
**growths (3)**
213:16 216:14 217:13
**guess (10)**
68:17 71:3 74:14
205:13 278:15
309:3,4 328:13
352:5 380:17
**guessed (1)**
119:15
**guests (1)**
55:4
**guidance (7)**
6:4 115:10 231:14,19

Confidential

243:23 331:3
368:11
**guideline (5)**
153:10,16 297:23
318:2 346:16
**guidelines (14)**
149:24 152:22 154:19
156:6 182:1 208:3
238:8 252:14 273:7
317:14,17,19,24
346:15
**guy (1)**
227:9

_____

**H**

**H (4)**
5:7 6:1 7:1 8:1
**Hairy (1)**
8:5
**half (8)**
59:6 60:13 79:18 80:5
80:6,6 201:20
343:20
**half-life (2)**
125:14,15
**hallmark (1)**
253:2
**hand (2)**
194:16 390:12
**handed (1)**
11:1
**handing (2)**
82:1 99:16
**handle (3)**
128:5 259:10 370:4
**Hang (2)**
66:7 177:9
**happen (3)**
97:25 186:17 253:5
**happened (6)**
13:23 225:12 278:23
291:3 377:25
382:19
**Harassing (1)**
172:16
**hard (1)**
157:13
**Hardell (11)**
7:16 8:5 58:1 62:1,6
62:21 64:2,12,21
65:19 66:8
**harm (6)**
123:4,13 130:2 373:3
373:22 380:9

**harmonize (1)**
226:24
**harms (1)**
366:22
**Harness (3)**
309:11,13,15
**harvested (3)**
28:6 127:4,13
**harvesting (1)**
125:18
**hazard (21)**
75:8 96:25 97:5,9
152:14 166:22
167:3,16,20 175:1
175:18 176:5,7,16
176:23 177:8,15
194:6 209:24 234:5
277:17
**hazardous (3)**
359:5,8 360:7
**hazards (6)**
124:10 233:9 234:7
374:17 375:9
380:13
**head (3)**
205:7 210:8 383:17
**heading (1)**
271:22
**health (73)**
5:21 7:19,21,25 25:5
25:21 26:16 54:1
55:23 56:14 57:23
58:3 59:15 66:22
67:12 68:11,20 70:8
70:18 71:5,7,9,15
98:24 131:14,17
135:18 151:4,10
152:17 163:14
166:9,19,24,25
167:3,13,19,23
172:20 174:21
175:4,17,20,23
176:24 178:11
181:12 193:12
194:9 195:10
233:12 251:22
255:6 262:17 263:5
288:12 311:2
313:15,16 315:18
316:8 322:15
326:12 329:18
330:5,7 335:21
336:8 359:13
365:19 366:14

373:2
**health-based (1)**
123:14
**hear (2)**
173:16 272:18
**heard (8)**
118:1 139:10 260:2
268:3 292:7 294:3,5
299:13
**hearing (15)**
95:9 160:23,25 162:1
162:2 199:3,7 271:7
292:4 295:14
299:14 307:4
314:21 315:10,12
**hearings (7)**
20:16 22:16,22 24:22
85:13 89:3,8
**heart (4)**
29:9 57:19 132:25
344:3
**heavily (3)**
26:19 248:9 383:19
**HED (10)**
166:21 167:1 174:21
174:25 193:25
194:5 288:12
315:17,18,21
**Heier (1)**
270:19
**heightened (2)**
256:17 339:21
**heightening (1)**
335:1
**heightens (1)**
344:2
**held (9)**
9:10 40:22 160:25
162:2 215:21
284:18 289:14
293:17 307:4
**help (7)**
48:25 128:3 147:6
214:11 218:20
219:5 272:13
**helped (3)**
158:25 228:5 344:8
**helpful (2)**
215:2 226:7
**Henry (2)**
4:14 9:13
**herbicide (38)**
47:1 60:12 61:6 70:9
96:10 104:5,19

105:2 106:8,22
107:13,19 110:22
128:10 161:12
172:8 196:23 210:9
222:7,8 248:9
277:16 288:1 331:5
345:6 356:8 359:8
365:5,8 371:22
381:23 382:15
383:12,24 384:3
385:8,9,10
**herbicides (150)**
12:14 17:5 36:24
38:13,21 39:2,4
40:7,9,18 43:4,18
47:5,8 48:5 54:10
54:12 57:22 59:8,9
59:14 60:4,5,8
62:15 64:7 70:10
72:1,5,10,21 74:8
74:12,13 75:1 77:15
88:1 90:13 91:14,18
91:23 92:1,14,24
94:1,17,22 95:5
96:17 107:4 124:17
126:2 127:25
132:18 133:7 135:4
135:23 136:19,24
141:12 143:14
144:22 155:5
156:13 162:18
163:13 169:15
172:21 177:19,25
178:9,20 180:8,20
183:16,22 184:3,20
195:11 196:22
228:23 231:21
232:13 251:10,12
255:14,24 256:18
256:18 258:22
259:4,8,12 261:16
262:18,21 263:14
263:21 264:8 265:7
265:11 266:21
284:20 325:11
326:24 330:9
331:14,22 332:6
333:1,3,12,16,24
334:14,17 335:3
339:19,22 342:15
343:1,10,24 356:12
356:17 357:15,20
357:21,24 358:16
358:24 359:11,15

359:19,23 360:8,14
361:14 362:3
364:16 367:7,18
370:17 371:2
373:12,12 378:10
380:24 382:9
383:21
**hereof (1)**
387:11
**high (9)**
24:7 90:1 243:6 252:5
253:4,11,13,13
373:10
**high-dose (5)**
252:8,10 280:1
281:15,19
**high-end (1)**
252:16
**high-quality (1)**
358:13
**high-risk (1)**
359:5
**higher (8)**
34:23 252:24 259:10
281:20,24 331:16
332:5 353:19
**highest (3)**
235:1 281:1,6
**highlight (1)**
376:14
**highlighted (1)**
258:25
**highly (3)**
79:12 293:3 334:25
**Hill (4)**
2:9,9 9:11 339:3
**hire (1)**
275:16
**hired (14)**
21:16 71:2,3,12,19
187:23 190:21
240:6 250:8 273:18
275:5 278:14 305:5
305:8
**histopathological (3)**
170:22 297:23 306:7
**histopathology (9)**
159:4 170:24,25
171:2 216:7,11,17
217:3 218:9
**historical (9)**
6:11 159:3 243:21
277:1 287:7,9
302:15 304:1

Confidential

352:18
**historically (1)**
92:8
**history (9)**
15:15 38:11 49:2,6
  113:3 128:1 256:13
  284:19 368:21
**hit (1)**
310:4
**hoc (1)**
237:16
**Hofmann (1)**
7:21
**hold (3)**
16:18 80:13 322:20
**holding (1)**
98:17
**holds (1)**
191:18
**Hollingsworth (7)**
3:12,16 9:24,24
  137:23 213:1
  328:18
**home-use (1)**
79:1
**hoodie (1)**
205:6
**hope (3)**
125:5 269:5 293:9
**hopefully (1)**
262:5
**hoping (1)**
256:24
**Hopkins (1)**
13:24
**hotel (1)**
14:2
**hottest (1)**
189:8
**hour (4)**
12:22 13:4 372:9,10
**hourly (1)**
12:19
**hours (14)**
11:17,22 12:4,7 13:4
  13:9,10 93:18
  113:16 164:15
  201:20 310:2,5
  381:2
**house (10)**
5:23 20:4,14 91:3
  198:13,21,25 199:1
  200:7 319:16
**human (69)**

5:21 23:12 25:5,21
26:16 43:4 90:13
91:8 92:24 93:24
94:16,18 95:4,5
126:3 127:5 132:9
133:20 144:3
145:11 146:8,16,22
147:16 151:3,10
152:16 153:1 155:5
157:23 161:23
166:9,19 167:19
172:20 175:3,20,23
176:24 177:15
178:11 189:4
192:18 193:7 194:9
195:10 200:2 208:6
248:14 255:6
256:10 263:5
272:23 277:21
280:5 285:8 286:12
319:18 320:8
321:19 322:15
325:21 333:17
336:2 344:11
359:13 366:14
373:2 380:25
**humans (29)**
94:6 107:21 108:4
136:2 137:14 141:1
142:15 143:21
148:21 150:2
174:23 193:3
197:20 199:18,20
201:1 211:9 266:3
318:8 320:16
325:17,23 326:5
327:6 333:3 340:8
374:17 375:9
380:13
**hundred (3)**
30:13 104:3 190:11
**hygienist (1)**
77:6
**hyperplasia (4)**
253:17,20 298:21,24
**hyperplastic (1)**
297:2
**hypoplasia (2)**
243:9 306:16
**hypothetical (2)**
39:19,22

————— **I** —————

**IARC (62)**

42:20 43:3 50:9,23
54:6 81:5 90:14
91:11,25 92:6,11,23
93:16,23 94:4,14
95:3,17 96:23 97:4
97:8 98:4,4,11,19
131:14,23,23
135:10,20,24 145:7
154:9 155:3 156:10
159:8,12 173:24
178:3 179:23 189:6
197:14 199:4,17,19
263:20,24 264:2,3,4
266:10,19 332:4,24
333:22 343:2
351:13 354:14,17
355:9,11 356:14
**IARC's (1)**
92:17
**IBT (6)**
113:1,5,12 114:5,8
  116:21
**idea (2)**
41:14 169:10
**ideas (1)**
295:5
**identical (1)**
66:8
**identification (21)**
11:6,8 66:17 81:22
  83:10 99:14 103:6
  143:3 150:17 198:8
  202:3 231:7 247:15
  267:5 269:22
  274:20 286:20
  310:11 321:4
  367:23 369:12
**identified (11)**
22:24 33:19 66:3
  216:15 274:3
  278:16 305:16
  307:9 341:20 345:8
  382:21
**identifies (2)**
172:18 307:7
**identify (7)**
24:22 119:14 300:20
  302:7 307:11,12
  356:19
**identifying (4)**
22:16 118:11 301:10
  361:16
**ignore (3)**
162:2,6 169:2

**ignored (1)**
182:15
**III (1)**
3:15
**Illinois (1)**
4:5
**imagine (5)**
57:9 195:17 309:17
  309:18 316:12
**immediately (2)**
223:23 283:23
**immersion (1)**
20:21
**immunotoxicity (2)**
121:22 122:2
**impact (10)**
57:21 64:24 70:8
  169:13 176:23
  177:7,14 224:16
  258:20 380:10
**impacted (2)**
22:14 29:25
**impacting (3)**
20:23 25:21 74:7
**impacts (8)**
26:15,16 31:2 94:21
  170:24 222:4
  263:13 365:20
**implementation (3)**
7:9,12 220:19
**implementing (1)**
377:3
**importance (1)**
276:24
**important (41)**
25:24 30:4,11 47:2
  81:2,18 95:14
  125:25 126:21,21
  162:13,21 163:6
  171:11 172:23
  178:2 183:25 184:3
  228:3 245:20,21
  250:24 251:7 254:6
  255:24 256:13
  280:24 281:5
  283:11 306:5
  316:16 335:9
  342:10 353:24
  360:3,4 366:10,11
  369:2 377:21 380:1
**impose (1)**
130:11
**imposed (1)**
248:6

**improved (1)**
373:21
**improvements (1)**
322:3
**in-depth (9)**
75:12 169:17 181:2
  183:13 193:22
  223:19 355:15
  365:25 385:3
**inadequate (3)**
154:15 264:13 308:17
**incidence (14)**
7:21,25 234:25 236:7
  243:8 247:12
  253:16 287:7 289:5
  289:10 329:18
  336:18 351:19
  373:10
**inclined (1)**
371:3
**include (28)**
18:16 70:10 76:10
  78:2 85:9 102:1
  104:6 118:7 119:24
  121:22 123:15
  125:14 137:2
  152:21 170:14
  174:17 261:18
  265:2 266:12,14,15
  335:5 339:19 370:7
  371:14 375:6
  376:10 381:11
**included (13)**
17:9 56:22 88:21 98:6
  138:18 192:19
  217:14 232:7 270:6
  322:4 359:18 371:8
  372:16
**includes (6)**
74:11 159:20,22
  252:8 274:2 352:3
**including (26)**
47:5 59:15 64:24,25
  145:2 151:11
  162:19 178:21
  187:23 197:13
  206:25 207:23
  225:8 228:14
  251:22 281:1 334:9
  338:6 342:9 353:18
  355:13 361:17
  370:17 374:16
  375:9 380:12
**income (4)**

Confidential

79:9,19,25 80:1
**inconsistent (3)**
370:9 371:16 382:12
**incorporated (3)**
330:25 359:22 383:24
**incorporates (1)**
329:8
**incorporation (1)**
30:17
**increase (12)**
129:25 161:18 170:12
   183:24 234:24
   236:5,6 243:7 249:5
   253:16 276:23
   358:25
**increased (5)**
96:19 136:25 247:12
   248:10 351:19
**increasing (2)**
196:21 350:1
**incumbent (1)**
263:17
**independence (1)**
294:25
**independent (27)**
130:15 147:11,12
   160:21 269:2,11,13
   273:12,17,21 275:8
   275:23 280:7 281:6
   283:4 284:25 292:3
   295:11 300:11,19
   301:10 302:7
   307:18 315:15
   334:23 335:15
   351:12
**Indian (1)**
110:24
**indicate (1)**
312:14
**indicated (5)**
88:8 312:5,16 371:7
   387:10
**indicates (2)**
312:7 318:22
**indicating (2)**
236:17 296:18
**indicative (1)**
263:25
**indirect (3)**
25:13 27:13 31:22
**indirectly (1)**
87:13
**individual (13)**
10:22 34:7 65:21

141:9 168:4 300:24
301:4 307:13 346:7
353:16 360:24
382:9,14
**individuals (38)**
22:24 24:23 37:19
   62:14 63:15 65:22
   66:2 101:10,20
   158:13 159:16
   167:24 168:5 189:1
   189:12 190:9,20,25
   192:4 211:14
   220:14 226:13
   228:15 239:12
   268:1,4 269:2
   270:18,20 271:9
   289:23 301:21
   305:1,5 311:21
   312:1 356:2 378:13
**industrial (1)**
77:5
**industry (4)**
38:10 40:14 339:15
   365:24
**industry-submitted...**
266:13
**inert (2)**
7:5 87:22
**inevitable (1)**
263:10
**infamous (1)**
350:9
**infants (6)**
30:12,24 227:23
   228:2,4,8
**influence (3)**
55:5 222:22 382:23
**influencing (1)**
275:15
**influential (1)**
228:3
**inform (8)**
36:22 37:5,18 55:18
   131:1 163:1 200:2
   330:6
**informal (1)**
244:18
**information (74)**
12:5 22:13 36:4 39:9
   39:11,12,16 42:21
   43:20 48:3 50:3
   52:3 53:23 54:1,3
   55:13,15,16 74:6
   86:11,16,21 107:9

108:11 112:20
113:23 127:11
130:14,20,25
153:15 166:2
181:14 186:5,22
189:25 215:21
217:16,19 221:25
234:9 244:25
247:25 268:21,24
276:19 279:22
295:9,12 306:21
317:5 324:24
329:16 330:14
335:23 342:17
345:2,9 352:18
361:3,15 363:24
366:19 370:3
371:21 372:16
373:6 374:2,14,19
376:11,16,21
377:21
**informed (4)**
162:14 184:25 344:8
   360:4
**informing (1)**
54:10
**ingredient (45)**
6:5 48:10 75:1 91:7
   91:13 92:8,10,16,19
   93:11,25 94:11,15
   94:18 95:3,25 96:4
   96:22 103:22 104:9
   107:9 112:9 115:3
   115:25 121:5 122:5
   127:12 135:4
   149:17 182:15
   193:9 195:12
   231:16 232:10
   250:23 259:9
   324:12 325:23
   333:4,19 338:9
   339:14,16 340:16
   358:15
**ingredients (11)**
7:5 51:11 87:23 95:21
   96:24 111:3 117:16
   117:23 120:3
   121:15 131:19
**inhalation (2)**
106:14 176:18
**initial (5)**
27:24 112:25 207:10
   218:1 291:5
**initially (1)**

110:25
**Inn (1)**
2:9
**inner (2)**
256:20
**insecticide (4)**
20:7 27:21 79:1
   220:20
**insecticide/nematici...**
87:5
**insecticides (2)**
88:3,4
**insensitive (1)**
343:13
**insertion (1)**
303:5
**inside (2)**
242:16 358:18
**insignificant (1)**
107:7
**insisted (1)**
122:7
**Inspector (1)**
69:16
**instance (2)**
65:13 128:23
**institute (15)**
25:6,16,20,22 26:6
   55:24 89:10,11,14
   90:3 134:4,7,22
   135:2,9
**institutes (1)**
141:9
**institution (2)**
41:17 149:16
**institutions (2)**
18:11 211:14
**instructed (1)**
170:14
**instructing (2)**
164:17,19
**instructions (3)**
184:24 231:20 373:18
**insufficient (1)**
265:24
**integral (2)**
367:3 385:13
**integrate (1)**
345:3
**integrated (1)**
26:15
**integrative (1)**
31:5
**intend (1)**

16:20
**intending (1)**
16:13
**intensive (1)**
385:1
**intent (1)**
242:19
**interact (4)**
157:17 158:25 222:21
   227:15
**interacted (2)**
25:9 268:10
**interaction (5)**
25:10 110:10 158:18
   308:3,4
**interactions (4)**
29:25 87:7 158:19
   189:20
**interagency (1)**
29:22
**interest (5)**
30:20 63:24 94:12
   295:6 344:14
**interested (3)**
64:11 368:12 390:11
**interface (1)**
29:15
**interim (2)**
209:16 304:12
**interject (1)**
247:21
**internal (6)**
35:21 37:20 76:6
   180:9 181:3 184:12
**internally (1)**
360:6
**international (1)**
131:18
**internationally (1)**
137:7
**internet (2)**
73:22 81:6
**interns (1)**
21:14
**interpretation (36)**
35:16 36:11 48:22
   120:18 159:5
   207:13 214:11
   219:6,12 235:17,25
   236:1 243:17
   246:19 256:4
   262:18 263:22
   264:22 278:21
   279:23 280:2 281:3

279:23 280:2 281:3
287:6,10 293:13
296:19 300:5
313:22 334:21
347:2,24,25 348:25
355:3 356:3,21
**interpreted (3)**
261:13 319:9 365:12
**interpreting (3)**
214:19 218:21 305:23
**interrupt (1)**
260:21
**intervening (1)**
314:22
**introduce (1)**
9:17
**introduced (1)**
94:12
**introduction (4)**
20:7 233:1,2 370:2
**invalid (1)**
113:2
**investigate (1)**
21:24
**investigated (1)**
351:11
**investigating (3)**
72:25 73:3 184:21
**investigation (1)**
23:9
**investigations (1)**
23:8
**investigative (1)**
222:3
**invited (5)**
55:4 89:5 147:3 276:4
276:7
**invoice (1)**
241:24
**involve (4)**
60:2 70:13 73:19 88:6
**involved (35)**
14:17,21 20:22 26:19
29:7 34:19 49:4,12
70:21,24 78:18
86:20 87:16 102:18
107:10 131:7,10
158:3 189:10
207:10 240:7
245:25 296:4
314:24 316:3
378:25 382:2
383:7,18,20,20
384:7 385:1,7,24

**involvement (1)**
268:23
**involves (3)**
40:8 233:5 273:11
**involving (15)**
14:21 17:4 20:17 49:8
59:1 74:25 75:4
76:11 97:5 179:2
203:13 281:10
352:7 365:22
366:13
**Iowa (1)**
382:9
**Iowa-based (1)**
379:10
**irrespective (1)**
130:15
**irritation (3)**
78:5 106:18 373:11
**isomers (1)**
30:14
**issuance (2)**
174:3 321:22
**issue (47)**
5:18 8:7 20:17 29:9
41:21 42:5 43:22
44:5 54:5,6 90:4
95:9 141:10 143:7
145:3,9 146:22
147:16,18,20
148:13 154:3
156:20 157:9 171:9
171:14 172:20
182:8 189:17 208:1
216:7 217:3 224:20
240:21 243:22
246:4 251:17 287:6
291:18 296:3,5,23
306:20 358:17
366:1 377:18 379:6
**issued (20)**
143:23 152:7 172:2
182:13 210:5,7
224:23 225:3
231:19 232:16,20
233:18 239:17
262:25 321:8
324:10 327:24
344:17 347:10
369:6
**issues (64)**
19:18 20:21 22:6,10
22:17,21 26:13 29:8
30:2,2 37:2 46:2

70:19 88:19 89:5,6
110:10 132:24
141:25 147:7,8
154:25 159:2 161:1
161:16 163:10
170:17 172:19
180:4 188:2 189:24
222:4,20 226:4
229:10,14,15 232:6
237:12 243:16,21
245:19 247:11
254:11 262:22
263:4 269:14 270:7
272:4,11 283:11,17
306:2 315:4 316:15
330:21 347:1
348:13,16 349:2
350:20 367:4 369:2
383:23
**item (1)**
301:5
**items (2)**
33:19 47:3
**iteration (1)**
356:25
**iterative (1)**
129:5

_____

**J**

**Jack (4)**
224:3,6,7 270:21
**Jackson (1)**
187:12
**January (1)**
84:20
**Japan (1)**
57:15
**Jean (3)**
312:21 313:4,5
**jeez (1)**
14:20
**Jeff (1)**
9:19
**JEFFREY (1)**
2:19
**Jenkins (1)**
7:2
**Jennifer (1)**
187:13
**Jim (1)**
270:21
**JITF (1)**
7:5
**JMPR (3)**

137:4,9,12
**job (17)**
1:24 20:3 21:16,16,17
204:1 220:13
223:22 224:24
225:4 276:17
328:12 342:15,19
343:24 372:25
387:2
**John (4)**
88:22 227:9 270:21
270:22
**Johns (1)**
13:24
**Johnson (48)**
1:4 9:6 10:17 16:14
43:19 44:25 45:2
46:20 90:10 91:24
100:13 103:12
143:14 161:13
162:19 163:5,11,14
163:23 164:9
169:16,21 187:24
202:24 203:11,22
203:25 205:10
206:2 221:24
222:14 267:23
268:8,12 271:14,15
330:4,11,16 342:14
342:18 343:23
357:5,5 378:21
379:3 382:19 387:2
**Johnson's (14)**
12:20 17:9 45:4 46:25
47:4,7,13,21 48:4
76:16,19 164:2
360:25 382:24
**joined (1)**
226:14
**Joint (1)**
137:10
**Joseph (1)**
8:3
**journal (6)**
57:12,13 93:4 133:4
359:17 367:17
**journals (5)**
26:13 59:5 72:4
183:21 364:23
**judge (5)**
185:23 191:11 261:4
302:16 319:25
**judged (2)**
113:1 352:20

**judgment (42)**
132:3 136:20,21
137:17 141:10
142:20 144:16
149:16 154:1,7
155:2 157:22 159:7
178:4,24 210:24
217:17 231:2 266:8
266:10,19 277:25
278:5 281:22
298:14 302:17
306:23 308:14
313:21 322:6
326:21 327:10
333:23 340:14
343:4 344:1 348:18
349:1 351:18 352:7
366:4,20
**judgments (15)**
108:23 110:6 134:19
134:21 139:22
145:15 149:12
156:10 161:21
162:12 178:3 255:5
334:4 343:17
348:24
**jump (4)**
177:2 225:20,21,22
**jumping (1)**
212:21
**June (14)**
231:19 233:19 288:16
289:14,21 291:1
292:7,15 293:16,18
300:2 315:2 324:10
339:11
**jurisdiction (3)**
20:14 85:1 223:6
**jury (1)**
15:10
**justification (1)**
277:24
**justified (2)**
257:8 385:6

_____

**K**

**Kansas (2)**
24:14,20
**Kasza (3)**
216:25 249:22 301:24
**Kasza's (1)**
250:5
**Kathryn (2)**
3:6 9:21

**keep (7)**
64:18 97:14 99:6
160:11 165:6
246:24 331:10
**keeping (1)**
163:19
**kept (5)**
132:22 219:20 244:1
247:22,22
**key (1)**
72:1
**kidney (18)**
6:11 170:24 215:4
217:13,14,19,23
218:3 219:16 235:1
236:18 272:22
276:23 304:9 307:9
307:10 356:10,11
**kidneys (5)**
214:10,18 215:2
218:2 219:5
**Kilgore (6)**
267:22 268:5 294:21
295:16 296:1
298:18
**kind (14)**
55:9 65:14 66:5 82:20
142:18 167:10
204:5 226:1 275:13
297:15 301:2
354:22 368:8
372:16
**kinds (1)**
223:19
**knew (13)**
48:17 90:1 166:18
169:9 180:9 204:13
204:13 215:14
225:5 256:22 268:8
270:22 359:21
**knots (1)**
225:7
**know (153)**
14:11,14,17,20,23
17:14 19:13,18
25:20 32:2,24 33:9
33:13,22 38:22 40:4
41:8 43:6 45:16
46:25 56:4 58:8
60:23 61:20 63:9,11
67:10,10,15,20,24
74:10 75:2 80:20
82:20 86:16 93:1
98:7 103:3 105:10

105:12 116:2
117:25 119:6
132:17 134:1,4,7
137:4,20 140:7
141:4 145:4 148:3
149:7 151:22
154:23 161:3 168:3
168:5,13,22 171:19
177:12 179:7 181:6
186:9 188:18 191:2
195:16 198:4,17,21
202:13 203:16,25
204:6,10,14,16
205:13 209:22,25
215:10,13 219:16
229:4 231:2 239:16
240:11,13,15
241:21,22,25
245:13 253:6
255:20 258:9,17
260:4 268:1,12
270:20,21,21,22,23
270:23 271:11,15
279:17 283:15
287:15,17,23 288:7
288:13,14 289:21
296:8 306:14 309:6
310:2 311:6,8,12
312:1,2,17 313:11
316:23 320:1
328:16 330:8
332:19 337:16
344:4,14 346:23
349:21 350:25
354:19 358:12
359:4 361:6,7 364:1
366:2 368:2 371:10
376:7 378:2
**knowing (2)**
163:15 308:8
**knowingly (1)**
359:5
**knowledge (22)**
12:15 25:25 52:21
91:19 93:7 94:14
95:1,2,13 146:18
165:12 184:11
186:4 223:8 289:25
321:24 335:19
345:4 365:11 367:6
379:6 382:10
**knowledgeable (5)**
22:16,25 24:23 90:2
188:21

**known (13)**
20:8 59:13 193:20
202:15 216:15
226:16 227:7 234:6
254:18 261:20
331:6 357:19
358:23
**Koutros (1)**
7:21
**Krajewski (3)**
4:6 10:1,1
**Kramer (1)**
168:13
**Kuschner (8)**
240:6,11 241:2,13
242:20 273:17
278:15 279:12
**Kuschner's (7)**
240:20 241:17,22
242:1,11 247:21
250:6

_____

**L**
_____

**lab (2)**
23:15 261:9
**label (80)**
6:16 9:4 102:6,12,19
105:24 108:12,18
109:12,15,25 110:3
110:3,21 123:23
124:1 144:20
205:16,20,23 207:2
232:2 320:21 322:4
330:25 365:23,24
366:2,2,11,12,18
367:2 368:4,9,24
369:5 370:12,22
371:2,5,8,18,19,22
372:3,5,7,12,14,15
372:17,18,22 373:4
373:8,18,21 374:2
374:10,23,25 375:3
375:22 376:3,4
377:15 378:13,16
379:12,24 380:1,11
380:19,22 381:18
382:13 383:23,25
385:5
**labeled (2)**
322:2,6
**labeling (35)**
162:15 320:21 326:1
365:11 366:9 367:6
367:13,17,19

368:12 370:9
371:16 373:24
374:14 375:5,6,13
375:14,23 376:7,24
377:1,4,9,15,19
379:19,22 380:16
381:8,18 382:3
383:12 384:6
385:23
**labels (27)**
104:22 107:14 184:23
232:8 234:9 322:5
325:10 331:1
342:13 365:5,8
369:1 370:2,6,6,19
370:20 371:13,13
372:2 375:20 376:9
380:2 383:13 385:2
385:6,13
**laboratory (10)**
73:5 77:25 113:5,9,12
120:10,16 178:7
181:24 200:1
**labs (1)**
182:5
**Lacayo (2)**
249:21 301:25
**lack (3)**
318:9 346:9 349:20
**laid (1)**
308:12
**Lamar (1)**
199:2
**Lamb (2)**
270:19,22
**Lancet (2)**
90:17 93:4
**language (9)**
57:12 59:5 122:19
194:17 208:8 217:2
349:9 373:8 375:11
**Lanphear (1)**
187:11
**large (6)**
2:5 74:5 277:8 390:1
390:3,21
**largely (4)**
24:7 72:9 75:25
224:15
**larger (3)**
60:11 68:3,4
**largest (6)**
20:18 66:23 67:3,5
68:12 335:13

**late (9)**
13:21 14:8 75:5
111:18 180:11
181:20 257:3
336:10 358:18
**latest (4)**
196:3 227:16,17
369:9
**law (14)**
11:11 20:15,21 29:14
35:13,17 163:18
222:19 223:9
226:24 365:24
370:8,12 371:15
**lawful (1)**
380:21
**lawsuit (3)**
10:19 16:13 76:16
**lawyer (1)**
35:10
**lawyers (2)**
14:17,20
**laying (1)**
299:11
**leaching (1)**
125:23
**lead (7)**
27:17 182:18 183:25
264:1 308:13 336:1
372:22
**leader (1)**
156:2
**leading (2)**
39:16 216:25
**leads (2)**
129:5 182:17
**leaflets (1)**
376:10
**learn (1)**
186:23
**leave (1)**
192:10
**leaving (1)**
223:21
**Lech (1)**
267:24
**led (5)**
161:22 228:2 257:3
274:20 373:13
**left (7)**
24:13 43:5 198:4
221:11 224:24
225:21 228:6
**legal (7)**

Confidential

9:13 23:4 28:4
35:15 203:3 376:12
380:21
**legally (2)**
370:3 373:6
**legislation (8)**
19:18,25 20:2,23 30:2
84:25 85:3,22
**legislative (1)**
20:16
**legitimately (1)**
143:16
**length (4)**
117:3 135:20 144:5
201:19
**lengthy (6)**
32:4 203:7 277:7,7
281:9 300:16
**Lerro (1)**
7:22
**lesion (10)**
282:13,14 283:20
297:1,2,3,6,19
299:15 305:16
**lesions (4)**
298:7 350:24 352:11
352:12
**lessened (1)**
360:9
**lesser (1)**
180:21
**let's (50)**
11:2 14:25 19:21,23
43:9 45:9,10 58:1
71:20 72:8 80:8
83:4 84:6 99:11
103:4 104:12
109:19 138:7,25
150:14,15 166:4
187:16,17 192:12
198:2 199:12
200:10 201:5,5,25
204:3 212:16
219:25 231:4
269:19 286:18
294:9 309:24,24
310:6 321:1 328:10
328:23 332:23
355:23 357:9
367:21 369:24
383:16
**Letter (1)**
6:20
**letters (3)**

154:12 292:16 355:12
**Leukemia (1)**
8:5
**level (10)**
73:12 120:24 127:12
249:10 252:20
253:4 344:25
347:18 348:6
349:25
**levels (26)**
25:19 28:4,9 30:13
49:8 60:3 73:25
74:2 126:7 135:6
137:1,8,15 146:12
155:25 158:21
167:8 170:15
195:13 196:5
207:25 281:25
321:25 322:2
334:15 344:10
**life (3)**
154:22 171:9 176:9
**light (1)**
237:11
**liked (2)**
45:15 162:24
**limited (2)**
86:25 96:13
**limits (1)**
193:13
**line (16)**
167:25 202:7 388:3,6
388:9,12,15,18,21
389:3,6,9,12,15,18
389:21
**linear (1)**
349:24
**lingered (1)**
344:3
**lingering (3)**
171:10 347:17,23
**linkage (1)**
60:7
**list (30)**
5:10 7:3 32:22,23,24
33:18 34:6 35:2,6
42:18,19,20 43:5
80:11,24 81:7,8,10
84:24 100:8 126:4
188:20 219:25
259:20 267:19
270:15 312:4,25
362:25 369:8
**listed (11)**

11:23 38:16 101:11
108:11,17 197:7
212:4 249:15 269:7
362:25 368:7
**listen (1)**
283:7
**listing (1)**
167:24
**lists (1)**
311:22
**literally (1)**
185:9
**literature (41)**
12:13 16:24 37:1
39:14 50:24 57:19
58:11,19 59:18 60:2
60:18 61:4 72:3
73:11,14 91:17 93:8
96:19 153:11,17
154:1 165:25
176:25 177:8,13
179:1,7 181:1,4
186:11 197:12
256:16 259:1
263:23 264:7
331:13 339:18
342:8,25 381:12
382:3
**litigating (1)**
79:11
**litigation (8)**
14:18,21 15:15 79:17
80:3 191:18,24
385:25
**Litt (8)**
157:20 170:7 220:10
221:19,19,20
228:21 229:10
**little (11)**
11:20 53:8 78:10
139:9 204:17
212:21 218:25
229:4 242:10 246:2
291:2
**Litzenburg (171)**
2:18 5:4 9:18,18
13:21,25 14:11,19
14:23 16:15,22
17:16 19:12 27:2,7
31:14 32:4 36:13
37:15 38:18 40:2
41:2,10,18 44:14,22
46:16,22 48:13,25
50:16 51:12 52:1,13

53:12,25 54:16
58:12 59:23 62:10
62:24 64:16 65:7
66:7 67:1 68:7,16
80:12,22 92:3 94:2
95:7 97:2,11 99:24
100:23 101:21
105:7 107:23
108:19 110:17
114:2 115:13
116:10 119:4,11
133:21 134:25
136:3 137:25 142:2
143:22 145:12
146:9 150:10
151:15 153:22
155:19 157:16
158:14 160:3,9
162:4 163:7 164:4
164:12,19,22 165:2
169:4,24 172:15
173:12 174:15
176:12 181:17
183:1 184:16 185:2
185:19 186:8 191:5
191:7,10,16,22
192:2,8 194:12
195:2 196:10
197:24 200:9
201:16 203:14
205:25 206:5,14
212:25 238:4
241:15 242:21
243:13 248:16
250:13,20 254:24
258:4 259:18,25
260:10,15,21,24
262:1 266:4 280:11
296:16 300:22
302:10 305:9,20
316:10 318:20
319:19 320:10,24
323:13 326:6,17
327:7 328:4 330:18
332:13 335:7,18
336:20 337:2,12
338:19 341:23
342:1,22 345:10,12
349:13 353:7 358:8
361:1 365:16
367:10
**lively (1)**
154:21
**liver (4)**

170:23 334:15 356:11
356:11
**livestock (1)**
127:6
**living (2)**
366:24 368:8
**LLP (1)**
9:24
**locate (2)**
101:1,24
**located (1)**
74:21
**Lois (3)**
157:20 311:11,13
**long (13)**
32:17 77:11 98:21
125:16 128:1 161:6
190:5 199:15
202:13 205:21
234:13 369:16
372:17
**long-term (24)**
48:9 49:21 50:6,14,25
51:9,23 77:14 96:1
115:2,18,23 116:3
116:19,24 119:24
140:13 150:6
155:17 157:9
158:11 174:9,11
350:7
**longer (4)**
93:2 221:6 293:20
329:19
**longstanding (2)**
182:8 356:7
**look (31)**
35:6 41:7 54:17 63:25
91:12 99:9 105:8
109:5 116:11 134:2
134:16 136:11,11
160:22 163:6 167:6
203:19 212:16
219:15 227:25
264:5 272:18
273:23 275:5 296:9
298:23 344:14
363:2 368:5 369:7
379:14
**looked (33)**
37:23 45:22 47:14
62:13 64:5,5,5,22
90:19 102:3 140:15
140:19 149:21
166:13 173:21

Confidential

188:15 203:8,22
217:23 222:12
236:13 252:23
258:23 259:1
262:15 274:25
282:16 286:11
328:24 333:9 348:2
354:11 363:1
**looking (8)**
38:5 156:23 212:13
212:23 309:8
316:22 328:14
363:25
**looks (6)**
11:9 33:18 99:22
167:4 215:6 311:23
**lost (1)**
177:2
**lot (22)**
42:2 44:3 47:6 68:18
79:22 101:14,15
110:10 111:25
133:9 141:21
156:23 167:2
175:12 187:16
217:5 229:7,7
249:20 256:2
332:19 375:18
**low (4)**
176:8,17 182:4
308:21
**low-dose (2)**
207:18 279:24
**lower (5)**
253:4 281:14 324:1
331:20 361:24
**Lowit (7)**
5:23 198:12,17
199:13,24 200:8
319:16
**Lubin (1)**
7:22
**lymphatic (1)**
59:10
**lymphoma (15)**
7:16,18 8:5 58:21
59:10 60:9,15,20,24
61:6 64:10 65:1,23
163:15 333:17
**Lynch (1)**
7:22

—————————
**M**

**M (10)**

1:13 2:2 5:2,11,15
10:6,8 387:17
388:25 389:25
**M-O-N-G-L-Y (1)**
33:20
**magic (4)**
247:16 274:4,6,12
**magnitude (1)**
226:10
**mail (1)**
287:24
**maintain (1)**
232:12
**maintained (1)**
246:22
**major (13)**
31:11 39:8 40:15 96:6
127:23 167:4
193:21 196:15
223:4 224:1,20
225:7 383:19
**majority (25)**
11:22 24:8 57:16
74:21 95:24 96:1,2
116:23 145:21
180:10 181:21
195:9 282:12,16,25
283:20 284:2 292:7
294:4 296:14 302:9
339:14,17 343:14
348:22
**making (13)**
26:2 93:9 97:8 108:23
139:22 156:7 159:6
195:21 226:25
297:22 313:21
353:5,22
**male (17)**
170:10 213:13,24
214:2,10,18 219:5
247:9,16 277:11
278:8 282:13
283:21 284:17
287:8 309:3 348:11
**males (5)**
170:10 235:1 236:19
282:2 351:7
**malignant (3)**
211:9 212:1 216:15
**mammalian (1)**
118:8
**mammoth (3)**
156:11 331:21 342:6
**man (9)**

122:23 123:12 129:21
240:12,25 322:8
363:20 366:5
372:23
**management (7)**
26:15 31:2,5,5,9
133:12 137:10
**manager (2)**
168:20 287:25
**managers (1)**
268:9
**manages (1)**
175:10
**manner (4)**
366:8 370:9 371:15
373:2
**manual (7)**
6:16 368:4,24 369:6
372:14,19 379:12
**manufactured (3)**
330:10 359:24 364:16
**manufacturer (3)**
78:25 109:17 110:22
**manufacturer's (1)**
384:2
**manufacturers (6)**
28:25 113:10,11
114:7 124:14 385:4
**manufacturing (2)**
38:10 385:10
**manuscript (1)**
56:14
**March (22)**
43:9,13,15 90:14
135:14 145:7 190:4
202:6 207:5 212:8
214:23 221:1
228:19 229:16
233:23 238:6 249:1
329:7 332:4 334:3
341:20 343:3
**Marcia (1)**
312:3
**marginal (3)**
243:5 252:13 276:23
**mark (15)**
11:2 80:8 99:11 103:4
143:1 150:15 198:6
201:25 231:4
269:19 286:18
309:24,24 321:1
367:21
**marked (32)**
11:5,19 66:16 80:9

81:21,24 83:9,18
99:13,17 103:5
143:2,5 150:16
166:5,6 198:7,10
202:2,5 207:6 231:6
267:4,9 269:21
286:19 294:10
310:10,16 321:3
328:10 367:22
**marketing (3)**
30:7 74:2 381:22
**markets (1)**
124:15
**Martens (1)**
6:20
**mass (3)**
253:21 298:14 306:15
**Massachusetts (1)**
3:5
**masses (1)**
216:14
**massive (1)**
55:12
**matched (1)**
100:22
**matches (1)**
289:9
**material (4)**
17:2 55:9 162:15
238:24
**materials (6)**
42:18 157:13 362:25
376:13 382:6,20
**matter (13)**
9:6 26:2 55:3 81:15
93:8 133:3 159:10
172:23,24 191:2
244:1 364:14 387:8
**matters (3)**
40:23 271:24 311:18
**Matthew (2)**
4:14 9:13
**maximal (1)**
281:24
**maximum (10)**
207:23 252:17,25
253:1,2,4 281:7,12
281:18 303:21
**McConnell (2)**
279:3,11
**McDuffie (1)**
7:19
**McDuffies (1)**
58:2

**McLaughlin (1)**
7:19
**me-too (1)**
78:25
**mean (23)**
21:1 36:10 37:7 55:20
60:22,23 112:23
127:21 157:12
186:9,25 203:3
208:24 210:11,14
214:20 242:8 258:3
260:9 308:19 325:8
348:2 349:2
**meaning (13)**
146:1 152:14 159:20
211:11 230:3
232:22 235:21
254:17 272:1 294:6
299:9 325:22
346:19
**means (10)**
65:17 111:20 150:1
208:6,19 237:19
238:4 259:17
297:15 325:10
**meant (1)**
135:21
**measurements (1)**
333:7
**mechanisms (4)**
177:21 183:25 263:25
375:24
**media (4)**
9:4 98:3 222:10 382:7
**medicine (1)**
18:14
**meet (4)**
122:17 215:11 223:11
223:15
**meeting (58)**
6:6,9 37:21 43:17
55:2,4,8 139:21
144:9 161:10,15,20
162:7 209:9 215:8
215:21 216:1
220:14 221:10
223:12 229:11
233:22 244:17
249:21,24 250:1,8
270:6 271:7,25
275:16,18 276:4,5
277:23,25 278:6,13
279:1 289:14,21,23
290:1,2,4,6 293:16

Confidential

296:20 300:17
301:1,22 304:17
305:1 306:1 307:25
308:6 316:15
350:19
**meetings (14)**
13:24 85:14 154:5
157:19 186:13
189:21 210:1
228:20 275:13
278:3 292:17
311:13,15 314:22
**meets (2)**
233:13 323:11
**Melissa (1)**
187:12
**Melone (2)**
270:19,22
**member (11)**
21:4,6,15 24:15 69:17
268:14 271:18
294:17,19 301:5
302:7
**members (29)**
22:5,10,17 24:9 55:5
85:15,21 249:11,23
252:22 267:19
268:16,19 269:7
270:16,16 276:6
282:24 285:4
300:19,24 307:13
307:17,19 308:10
308:25 312:12
318:14,15
**membership (1)**
90:19
**membranes (2)**
7:7 256:21
**memo (27)**
158:7 181:13 208:10
209:1,6,16 210:7
214:22 215:15
216:4 223:17 231:3
233:23 237:24
238:7 244:16,18
245:16 249:16
287:20 288:16,19
290:2 291:8 292:11
292:13 315:2
**memoranda (1)**
287:5
**memorandum (11)**
5:21 6:2,8,10,13 7:5
7:24 170:7 171:19

257:7 293:24
**memorized (3)**
81:16 118:12 332:20
**memory (7)**
47:18 62:5 140:21
142:7 185:14 188:6
383:3
**memos (2)**
76:7 141:21
**Men (1)**
7:18
**mention (1)**
61:18
**mentioned (20)**
44:10,20 46:3 56:6,17
62:1 69:11,22
109:16 139:20
159:15 187:25
189:1 190:9 220:4
238:21 298:20
319:4 351:24 382:5
**Mesnage (5)**
355:22 356:6,7
357:12 358:11
**message (2)**
301:3 306:5
**met (23)**
10:12 14:1,1,3 80:22
89:21 131:12 188:1
215:11,18 220:9,11
222:23 240:12
245:14 287:16
288:9,10 309:17
311:7 312:3,21
352:19
**metabolic (2)**
111:13 334:9
**metabolism (4)**
120:3,6,12 126:13
**metabolite (1)**
75:2
**metabolites (1)**
30:14
**metanalyses (5)**
56:23 58:6,14 59:7
354:21
**method (1)**
109:5
**methodological (2)**
63:4 117:24
**methodologically (1)**
154:20
**methodologies (10)**
72:16 118:23 180:13

180:15,16 182:7
261:7 333:6 334:18
343:13
**methodology (5)**
36:7,15 56:10 63:2
67:21
**methods (7)**
128:7 154:17 261:2,5
302:15 334:9
376:20
**mice (22)**
50:15 114:22 115:1
117:4 213:13,24
214:2,18 215:2
234:14 252:19
273:14 277:11
278:8 284:4 285:16
285:21 286:5 287:8
291:11 292:9 309:3
**Michael (3)**
334:10,12 355:23
**microscopic (1)**
216:12
**mid (5)**
75:4 111:18 172:9
229:5 379:1
**mid-1980s (1)**
157:22
**mid-December (1)**
98:1
**mid-dose (1)**
279:25
**midday (1)**
97:20
**middle (6)**
230:1 238:19 243:3
246:9 252:1 254:13
**midrange (1)**
207:18
**Midwest (3)**
70:9,12 72:2
**Midwestern (4)**
72:12 379:10 382:8
382:22
**miles (2)**
372:9,10
**milk (1)**
15:22
**Miller (6)**
2:14 5:8 9:19 11:11
12:20 14:14
**million (5)**
75:22 162:10 234:18
235:2 281:25

**millions (1)**
53:15
**mimic (2)**
107:20 108:3
**mind (4)**
33:12 235:9 291:10
377:18
**minds (1)**
171:21
**minimal (1)**
29:4
**minimum (1)**
375:5
**minor (3)**
104:25 105:23 107:7
**minority (2)**
24:9,15
**minute (1)**
384:9
**minutes (6)**
43:10 98:22,22
196:16 198:4
266:25
**misbranded (1)**
371:24
**mischaracterizatio...**
206:6
**misheard (1)**
121:12
**mispronounce (1)**
336:11
**misrepresentation (1)**
136:4
**missed (4)**
217:20,21 265:21
331:11
**missing (1)**
337:14
**mitigate (1)**
128:6
**mix (1)**
58:3
**mixer/loader (1)**
195:23
**mixing (1)**
366:23
**mixture (1)**
333:13
**mobility (1)**
126:15
**model (1)**
341:8
**modeling (1)**
147:8

**models (12)**
114:23 115:1 116:3
116:19,25 125:22
126:7 140:14
174:13 264:25
319:2 337:9
**modern (6)**
154:17 182:6 251:8
256:7 257:15 261:2
**modernity (1)**
261:5
**modes (1)**
257:5
**modest (1)**
104:21
**modified (1)**
339:3
**moment (4)**
11:12 19:24 150:20
379:15
**MON (1)**
8:9
**MONGLY (7)**
33:20 35:3,8,20 37:5
81:17 364:11
**MONGLY0748080...**
81:14
**monitoring (1)**
126:20
**monograph (18)**
42:20 50:9 54:6 81:5
91:15 92:1,22 93:1
93:16,23 94:24 98:5
98:11,14 135:10
173:24 355:9,11
**monographs (1)**
94:4
**monotonic (5)**
349:20,23 350:5,10
352:10
**Monsanto (174)**
1:8 5:14 9:6,25 10:2
14:18,22 16:5 35:22
36:22 37:12,25 38:8
38:24 39:25 40:9,14
40:16,21 41:15
48:19 52:23 53:3
54:4,8 55:4 75:15
76:1,3 90:16 104:22
105:1,22 106:1
107:5 109:18
112:21 114:1 116:8
116:20 117:1,8
119:8 121:19

Confidential

128:23 129:1 145:1
154:22 162:14
170:2,8,14,19,20,21
171:1 172:4 174:4
174:13 180:2,3,9,24
183:17 184:6,12,21
202:25 207:12
218:15 219:2 223:1
223:2 225:8 230:9
230:24 237:7,13
240:6 241:2,25
242:13,18 243:20
244:2,17 245:21
247:5,7 248:19
250:7 252:21 256:4
256:15 257:7,13,16
258:8,15 260:4
264:19 268:20,22
273:13,19 275:5,11
275:11,14 276:5,8
278:14,14,25 279:1
279:1,7,8 281:11,17
282:19,22 283:13
286:1 287:10 289:5
291:24 292:17,21
293:2,10,15 295:21
296:20 301:1 302:3
303:25 305:6,8
308:5 309:14,16
330:24 331:2
335:16,22 341:8,11
343:8,9 357:23
358:18,19 359:4,7
359:22 360:18
361:18,20 362:1,5,9
364:2,3,13,17 365:2
370:16,19,25 371:1
373:15 383:4 387:2
**Monsanto's (17)**
34:3 38:14 39:17,21
40:6 99:18 183:17
223:11 242:10,19
246:24 247:20,24
275:19 287:10
330:6 371:1
**month (3)**
14:7 356:24 363:5
**months (11)**

12:2 34:25 48:24
79:13 93:2,21
166:17 190:22
257:19 355:6
363:18
**Moore (4)**
224:3,6 270:19,21
**morning (3)**
10:10,11 386:3
**motions (1)**
191:10
**mouse (80)**
6:11 48:17 50:20
144:4 161:19 170:3
170:9 171:11,23
174:1,10,18 202:19
207:11,15 213:7,8
213:12 214:6
234:24 235:18
236:6 239:2 240:10
243:18 247:5,9,16
249:3 250:3 256:5
264:19,22 272:22
273:9,25 274:5
275:3,20 276:9
278:17 279:5,14
280:17,20 283:2,14
284:17 287:13
289:16 290:11,15
290:23 291:5,7
292:23,25 293:4
298:15 304:2,16,19
304:19 307:4
309:16 314:17
315:22 327:14
333:20 341:5 346:8
346:18,24 347:20
348:11 349:1,19
350:6,9 353:17
**move (3)**
191:11,19 248:21
**moved (2)**
262:12 303:15
**movement (2)**
128:10 383:20
**moves (1)**
28:6
**moving (3)**
36:24 142:18,19
**MRLs (1)**
137:8
**MTD (3)**
265:3,4 281:22
**MTV (1)**

207:23
**multiple (14)**
43:7,11 138:17 140:3
157:19 173:2,3
222:23 243:19
268:5 292:16 342:9
355:11 359:20
**mutagenic (3)**
180:12 229:22 231:1
**mutagenicity (11)**
118:3 180:12 181:7
200:1 229:20 230:3
230:13,19 251:7
254:16 258:14
**mycosis (1)**
78:2
**myeloma (1)**
336:11

_____
### N
**N (3)**
5:1 10:8,8
**N.W (1)**
3:13
**name (14)**
9:13 37:25 61:23 79:3
87:4 183:7 185:15
198:19 300:25
313:2 362:18
363:21 364:8
369:14
**named (5)**
20:12 88:22 227:9
300:24 368:23
**names (8)**
46:11 57:8 58:5
118:11 167:2 332:9
332:11,18
**naming (1)**
94:7
**NAPP (3)**
61:8,10,18
**narrow (1)**
188:24
**National (26)**
13:25 14:3 25:6,15,19
25:22 26:5 55:24
72:14 89:9,10,14
90:2 156:2 188:11
223:25 224:25
225:5,16,17 226:2,6
246:5 297:3 298:11
298:22
**nature (2)**

22:11 218:10
**NCI (8)**
27:11 31:21 67:13
68:24 69:1 89:16
90:4 335:20
**near (1)**
366:25
**nearly (2)**
180:14 338:8
**necessarily (3)**
122:13 156:16 273:21
**necessary (10)**
15:23 26:19 93:5
110:5,15 112:21
130:12 232:3
365:25 371:7
**neck (1)**
204:7
**need (20)**
30:2 33:7 51:15 61:17
66:9 81:19 110:9
113:14,18 126:5
137:24 185:22
194:18 200:13
231:22 233:11
255:21 260:18
296:7 308:22
**needed (11)**
46:24 54:7 55:15,16
175:3 194:8 201:18
257:9 291:12
361:25 372:20
**needing (1)**
345:15
**needs (2)**
127:11 265:8
**negative (6)**
230:4,7 254:15
284:22 308:19
336:15
**negotiations (1)**
144:11
**neither (3)**
62:8 318:16 390:9
**nematicides (1)**
88:4
**neoplastic (1)**
297:3
**net (1)**
80:1
**Network (3)**
70:8 71:5,15
**never (36)**
26:5 32:7,9,11,14

42:7,10,13,13 69:11
77:3,13,16,17 78:14
83:2 120:9 155:22
172:10 200:16
215:14 229:14
240:12,19,25,25
251:17 257:22
261:9 288:10 290:3
293:8 309:20 311:7
337:17 367:12
**new (66)**
15:20 17:1 30:2 43:20
49:18 59:1 72:3
88:20,21 98:6
109:18 116:22
122:9 123:23 124:1
129:24 130:1,14,20
130:25 136:13
181:11 190:17
214:10,17 215:1
218:3 219:5,15
223:5 225:4 232:14
237:11 244:25
246:25,25 247:5,6,9
255:18 257:15
259:7 279:22
283:14,14 290:20
291:19 293:8,11
331:9,15 334:6,7,19
335:4,9 341:18
343:25 344:9,12,15
344:18 345:8 356:9
361:15 370:20
**Newcamp (1)**
168:21
**newest (1)**
362:24
**newly (2)**
122:25 356:10
**news (3)**
90:11,23 222:9
**NHL (2)**
59:20 336:19
**nice (1)**
379:18
**nine (2)**
59:4 161:22
**Nixon (1)**
28:20
**nomenclature (2)**
114:15 208:18
**Non-Hodgkin (1)**
7:16
**Non-Hodgkin's (14)**

Confidential

7:18 8:4 58:21
59:10 60:9,14,19,24
61:6 64:10 65:1,23
163:15 333:16
**non-neoplastic (1)**
350:24
**nonaccurate (1)**
91:11
**noncarcinogenic (2)**
134:23 327:5
**noncarcinogenicity ...**
150:2 318:8 320:15
325:17,22 326:4
**nonconcurring (1)**
318:15
**nonconcurs (1)**
313:5
**nonexistence (1)**
283:6
**nonexposed (1)**
59:2
**nongovernmental (1)**
71:6
**nonmalignant (1)**
212:2
**nononcogenic (2)**
230:17,21
**nontarget (6)**
124:10,12,17 128:2
128:17 321:20
**Nope (1)**
160:17
**Nordstrom (1)**
8:6
**normal (2)**
133:1 208:6
**norms (1)**
40:13
**North (2)**
61:11,22
**Nos (1)**
6:11
**notarial (1)**
390:12
**Notary (5)**
2:4 387:23,25 390:2
390:20
**note (1)**
201:16
**noted (5)**
82:8 237:5 253:19
275:10 351:25
**notes (1)**
55:8

**notice (4)**
2:7 5:14 99:18 208:4
**noting (1)**
283:3
**notion (1)**
156:14
**November (8)**
11:23 71:20 208:4
238:9 322:17,21
361:7 369:12
**novo (1)**
316:18
**nozzles (1)**
372:8
**Nsedu (1)**
71:14
**NTP (4)**
297:23 298:22 305:17
306:9
**number (142)**
5:8,9,11,12,14,16,18
5:20,23 6:2,4,6,7,10
6:12,14,16,17,19,21
6:22 7:2,4,6,8,10,12
7:13,15,17,20,23
8:2,4,7,8 9:4,9 11:5
12:1 15:6,16 31:9
34:15,21,23 47:3
49:13,16 50:22
52:17 59:12 60:11
65:8 66:16 67:25
68:5,10 74:19 78:9
81:21 83:9 97:21
99:13 100:7 103:5
103:16 105:4
107:17 109:9
111:19 116:6,12,14
116:17 119:6,14
121:24 125:20
132:22 140:16,20
143:2,23 150:16
154:11 166:5
174:16 177:18
178:15,18 179:19
181:8 185:11,12
198:7 202:2,19
207:16 209:18
212:16,25 214:4
220:5 221:22 222:6
222:14 228:15
231:6 232:6,9 234:7
234:8 239:12
244:10 247:17
249:14 252:22

254:16 255:11
259:6 262:16
263:11 267:4
269:21 270:7 274:7
275:17 282:20
286:19 288:23
294:11 302:14
304:23 310:10
312:24 321:3
346:24 351:10,14
367:22 379:2
**numbered (6)**
10:22 100:8 101:11
244:7 272:8 301:20
**numbering (2)**
35:10 208:14
**numbers (10)**
33:21 34:2 35:21
67:21 81:17 280:24
282:4 314:8 324:3
369:12
**numeral (2)**
324:1,2
**numerator (1)**
299:5
**numerous (2)**
151:3,10
**nutritional (2)**
8:2 15:22

**O**

**O (1)**
10:8
**oath (1)**
387:12
**object (35)**
38:18 40:2 41:10
48:13 51:12,17
52:13 59:23 65:7
66:10 67:1 68:16
105:7 110:17 114:2
115:13 116:10
119:4,11 133:21
136:3 160:3 183:1
203:14 206:5,14
248:16 250:13,20
260:15 280:11
326:6,17 327:7
383:1
**objected (1)**
382:25
**objection (45)**
16:15,22 31:14 36:13
37:15 41:2 44:14,22

46:16,22 50:16
51:18 52:1 58:12
62:10,24 64:16 92:3
94:2 95:7 97:2,11
99:24 100:23
107:23 134:25
145:12 150:10
155:19 157:16
158:14 162:4 163:7
164:12 169:4,24
172:15 173:12
176:12 184:16
194:12 243:10
259:18 335:7
336:20
**objections (1)**
101:22
**obligation (1)**
130:13
**observation (7)**
216:8 217:4 250:6
254:14 284:14
349:18 354:1
**observations (1)**
300:8
**observed (19)**
207:17 213:13,24
218:3 236:2,9 240:3
275:12 284:3
296:13 298:14
302:16 346:18
347:7,19 351:6,14
352:1 353:12
**observes (1)**
283:18
**observing (3)**
240:9 282:15 297:9
**obtain (3)**
161:7,9 232:14
**obtained (5)**
49:4 75:25 81:4
138:19 273:13
**obvious (3)**
194:1,2,4
**obviously (5)**
83:25 101:17 145:6
187:3 257:1
**occasion (2)**
221:9 354:19
**occupational (2)**
175:2 194:7
**occurred (7)**
43:18 113:13 161:10
221:10 227:20

247:17 271:2
**occurrences (1)**
289:7
**occurs (1)**
130:4
**October (9)**
11:23 12:18 13:15
71:20,20 310:18
318:13 320:13,13
**odds (1)**
61:5
**off-target (1)**
128:10
**offer (1)**
387:12
**Offhand (1)**
141:25
**office (15)**
5:19 31:2,8 43:23
44:6 69:15 86:10
147:4 152:21 223:3
292:18,20 316:24
323:16,17
**official (4)**
200:6 233:20 293:23
378:24
**officially (2)**
209:20 293:24
**officials (2)**
35:25 180:3
**oh (11)**
14:20 46:8 121:10,10
138:1 203:3 208:24
221:12 224:10
288:24 356:5
**okay (40)**
12:4 61:18 83:4 84:4
106:4 118:6,13
139:13 148:14
177:10 186:3
205:24 211:6 217:2
233:1 234:12
238:22 239:3,5
244:14 274:1
287:22 288:24
295:15,25 301:19
303:8 312:5,22
313:1 317:11
328:21 329:5
337:22 338:3 339:7
340:20 346:2
362:20 369:25
**old (4)**
82:12 83:23 266:12

Confidential

266:12
older (2)
181:9 343:12
oldest (1)
369:18
Olinger (1)
168:12
on-the-job (1)
42:2
once (9)
66:22 97:24 125:12
130:3 190:16
215:12 262:24
265:9 312:21
oncogen (21)
208:5,12 210:5 211:7
211:11,15,19,22
212:5 214:16
215:19 233:24
237:18 238:10
239:8 243:5 244:24
246:11 249:9
302:23,23
oncogenetic (4)
139:24 141:12 156:1
330:8
oncogenic (11)
89:6 230:5 234:23
235:7,19 246:13,21
252:4 254:7 265:12
284:12
oncogenicity (44)
48:20 50:12 117:4
141:22 143:24
144:13 145:18
149:19 154:7
155:24 156:3,7
161:21 162:1
171:12 173:15
174:2,5,9 210:25
234:14 237:16
245:20 250:25
251:6 264:20
265:24 277:15
283:14,15 284:22
289:16 290:11,21
290:23 291:11,21
293:20 299:9,23
326:22 352:24
355:16 356:16
oncology (3)
18:16 93:4 291:11
ones (15)
25:2 34:14 45:10,21

46:4 50:19 67:3
92:7 116:7 170:11
249:18 258:13
271:11 316:16
383:19
ongoing (20)
29:5 31:7 57:19 129:5
130:13 152:5
156:12 190:3
207:12 244:1
247:24 253:7 255:8
265:10 303:20,24
308:2 331:25 335:2
364:15
online (1)
157:13
open (24)
57:18 59:17 61:4
73:10 96:18 153:10
153:16,25 176:25
177:8,13 179:1,7
181:4 197:12
219:20 244:18,25
256:16 295:22
298:18 331:12
339:18 342:8
opened (1)
247:22
openly (1)
242:12
operating (2)
29:11 323:18
operational (1)
137:5
Operations (3)
20:13 84:15 88:17
operative (1)
29:1
operator (3)
8:9 77:1 124:16
opine (1)
46:2
opinion (40)
37:11,13 38:3 62:20
81:19 91:25 92:2,4
95:22 144:23
157:15 171:20
179:23 182:12
184:14 241:5 242:8
246:18 248:7,25
249:6,8,19 256:6
258:2 259:17 260:9
260:12,12,14
275:18 277:15

280:4 283:1 306:1
332:1 334:22
348:23 360:5,18
opinions (57)
16:12,18,21 17:8,13
34:22 35:4 36:8
38:7,23 39:17 48:8
55:19 68:19 73:16
81:11 83:25 105:16
112:19 132:13
138:12 141:20
142:9 143:16
144:23 153:24
159:16 163:1
166:12,15 168:8,17
169:23 183:18
184:19 193:13
231:11 241:10
255:18,25 257:22
267:16 274:23
287:1 302:4 307:1
310:23 321:12
328:25 329:24
330:13 342:20
355:17 357:4 358:5
360:24 368:16
OPP (77)
86:7,9,12,21 102:19
106:24 114:12
142:1,12 143:8,10
148:5,25 149:11,14
149:15 150:6,25
151:9 152:7 153:24
155:13 157:21
158:13,16 159:16
159:20 161:1 167:1
167:11 170:6,20
171:7 172:1,5
174:21,25 175:10
175:13,25 178:10
178:25 181:12
182:13 193:12
198:12 209:2,24
210:11 217:1
219:10 221:3,24
222:14 227:17
228:15 230:10
232:16,20 239:13
239:13 243:19
244:23 245:23
247:7 249:24 253:9
263:4 268:9 277:18
280:3 313:16
319:15 323:23

326:13,21 329:11
OPP's (1)
158:4
opportunity (10)
75:21 186:17,23
222:1,13 223:18
224:2 291:15 295:7
355:4
opposed (6)
154:8 212:2 251:12
259:5 333:22
359:10
opposing (1)
192:5
opposition (1)
154:9
option (1)
219:14
options (1)
219:20
oral (3)
106:9 114:19 176:18
Orange (4)
1:16 2:9,17 9:11
order (23)
37:5 74:15 76:22 80:1
107:20 108:3 119:2
122:17 124:5 126:6
147:15 175:19
232:12 265:15
269:2 314:17
328:13 360:11,13
371:23 381:24
383:6 385:16
organ (1)
219:8
organic (2)
8:2 196:19
organism (6)
73:8 96:20 124:12,13
124:14 128:17
organisms (7)
118:11 124:10,18
126:9 180:23
321:20,21
organization (12)
19:10,14 71:6,10,18
86:6 131:15,17
135:25 165:8,14
320:4
organize (1)
24:22
organized (1)
22:22

organizing (1)
85:13
organs (1)
216:13
original (27)
23:17 51:3 59:17 72:6
72:16,18,22 73:6,7
73:12 75:12 77:13
101:21 116:21
179:25 215:23
227:3 240:2,4,7
275:5 279:6,6 293:7
304:15 350:8,10
originally (4)
43:6 67:16 75:14
90:18
Oust (1)
385:8
outcome (5)
63:22 191:8 234:3
275:15 299:21
outcomes (1)
57:23
outdated (1)
266:13
outlined (1)
257:11
outlines (1)
103:16
outmoded (1)
343:12
outreach (1)
162:15
outset (1)
11:1
outside (3)
68:5 255:12 268:7
overall (9)
57:1 108:21 125:25
133:6 136:17
178:23 193:16
197:15 282:4
overseer (1)
188:13
oversight (4)
85:22 88:16 220:18
224:21
oxidative (1)
183:24
Ozimkiewicz (1)
45:11

_____
P
_____

p.m (3)

Confidential

1:14 310:8 386:7
**pace (1)**
364:7
**package (1)**
87:24
**packages (1)**
87:7
**packet (1)**
87:10
**page (102)**
30:1 82:9,14 84:7,12
146:20 147:15
148:11,15 150:21
176:3,4 192:12,15
194:4 199:12 211:1
211:5 212:17 214:4
215:16 220:2
232:24 234:10
236:13,15 238:14
243:2 244:7,10,11
246:8,11 251:25
267:18,19 270:13
270:14 271:14,14
271:21 272:4 277:8
288:19,20,23,23
289:1,2 295:13
301:16,18,20
304:22 311:20
313:13,14 314:1,6,7
314:8 316:6 317:8
324:1 329:3,15
337:18,21 340:17
340:18 345:24
346:3,23 349:16
350:22 353:16
368:6 369:8,15,24
374:6,15 375:1
377:1 379:13,17
388:3,6,9,12,15,18
388:21 389:3,6,9,12
389:15,18,21
**pages (9)**
10:22 11:13 49:5
100:6 134:14
138:23 298:5
305:14 375:17
**Pahwa (1)**
7:19
**paid (10)**
47:10 102:14 197:6
241:4,9,12,13
273:18 276:4
278:25

**paid-for (1)**
280:18
**pairwise (4)**
346:9,10 349:17
352:9
**panel (82)**
6:8 43:10 146:25
147:1 154:5 171:15
208:4 214:9 215:7
216:1 218:19,21
219:1,3,4,20 220:7
238:9 243:23 247:5
264:11 267:19
269:11,18 270:5,15
271:1,12 272:1,5,12
272:17 273:4,4
275:13,16 276:6
277:6,12 278:7
279:21 280:7,23
281:6,7,9 282:3,11
282:15,24 283:7,17
283:18,22 284:1,7
284:10,15,24 285:1
285:5,6,12 292:7
294:17,19 295:2
300:17,25 302:8,21
303:14 306:2,11,21
306:21 307:18,19
308:17 309:1
315:15 350:18
**panel's (5)**
285:19,19 303:9
329:7,9
**panels (1)**
189:22
**paper (31)**
5:18 15:20 43:22 44:5
44:20 55:1 61:17
67:20 82:7 93:4
133:4 142:1 143:7
146:22 147:16,18
147:20 148:13
161:1 200:15 263:4
328:11 357:17,18
357:18 359:16
361:5,8,10 363:14
364:22
**papers (7)**
50:11 133:8 183:20
189:22 356:10
363:4,12
**paradox (5)**
224:13 226:17 227:3
227:20,24

**paragraph (64)**
100:7 101:12,12,13
101:13,13 148:19
148:19 150:25
152:13 176:15,15
176:21 177:3,6
192:15 199:16
208:9 211:2,4,5,18
218:24 229:21
230:1 233:3 234:13
235:9 236:13
238:20 239:3,9
242:24 243:1,3,4,15
244:7,12 246:10
252:1 254:13
271:22 277:8 289:4
291:22 300:14
301:20 302:12
314:2,11 315:6,17
317:9,12 319:5
324:9,16 325:14
329:4,15 340:3
346:3 350:23
**paragraphs (7)**
10:23 100:8,11,18
101:11 272:8,9
**Pardon (4)**
33:25 134:6 309:12
332:10
**paren (1)**
208:3
**parentheses (1)**
312:6
**parenthesis (2)**
215:6 240:1
**Parker (3)**
312:21 313:4,5
**Parks (1)**
7:22
**parlance (1)**
208:6
**Parry (23)**
6:20 52:23 53:3 180:1
181:5,7 183:7,9,10
183:12 187:4,13
256:23 257:6,20
258:10,16,17,25
259:6 260:3 261:3
333:11
**Parry's (7)**
52:22 257:2,18,22
258:5 259:15
260:12
**parse (1)**

51:15
**part (92)**
7:9 28:1,21 34:3,16
35:16,23 36:14 47:9
48:7 50:1 52:20,23
70:6,14 71:22 73:8
77:17,24 81:3 86:12
86:21 87:10,17,18
87:19,23 93:13
103:9,13 105:15
114:25 125:25
131:14 132:16,16
134:2 138:11 152:9
152:13 153:6
154:18 155:8 157:4
162:21 166:19
167:1 169:3 172:1
175:10,13 179:9,11
183:17 190:2
205:14 210:24
214:15 217:13
219:15 229:11,23
229:23 233:16
234:22 242:10
249:13 250:24
261:21 265:21
266:14 270:1 271:1
275:15 277:18
298:25 304:15,16
307:25 332:22
342:15,20 343:24
345:22 346:15
365:25 371:23
372:5,17 380:15
381:19 382:8
**part-time (2)**
69:13,20
**participants (1)**
270:24
**participated (5)**
78:17 249:22,22
348:3 384:25
**particular (58)**
22:20 31:4 39:3 45:21
48:23 98:7 114:4,9
143:17 149:17
154:23 156:15
157:3 161:14,25
165:22 168:11
172:14 180:6
193:11 202:22
212:3 213:4 214:24
215:17 216:9,24
217:5 219:13 221:9

231:13 232:25
243:25 248:24
253:8 256:5 276:9
277:8 278:20
288:16 291:17
292:23 297:6,25
304:5,8 305:23
306:14 315:6
323:22 344:21
347:24 349:4 366:4
366:7 368:3 382:16
384:4
**particularly (7)**
30:23 96:16 178:17
358:20 361:16
376:13,15
**parties (1)**
22:14
**parts (11)**
45:12 74:9 162:23
191:2 234:17 235:2
252:9 281:25 362:1
362:5 375:3
**party (1)**
390:10
**pass-through (1)**
79:23
**passage (2)**
27:24 296:18
**passed (3)**
27:22 187:17 240:18
**Pat (1)**
24:14
**path (1)**
217:7
**pathologist (23)**
216:20,23 217:1,25
236:16 237:15
239:25 240:15,21
241:1,14 253:22
273:18,18 276:1
279:3 280:9 296:20
298:4 301:1 306:13
348:9,9
**pathologists (34)**
149:13 237:7,8 250:2
250:7 273:12
274:25 275:1,4
276:11,16 278:22
278:23,24 279:15
280:16,19 282:12
282:16,22,22,25
283:5,20 284:2
285:1 292:8 294:4

Confidential

296:14 302:3,9
306:9,11 308:5
**pathology (1)**
274:12
**pathways (2)**
151:6,13
**pattern (1)**
350:14
**patterns (1)**
155:25
**Paul (1)**
187:11
**pay (2)**
161:14,25
**peek (1)**
82:14
**peer (27)**
6:13 149:3,7,20
171:15 311:22
312:6,7,12 313:14
313:18 315:24
316:6,9 317:8 318:6
318:14,23 320:14
320:20 323:6
347:14 348:4,12,12
364:23 381:4
**peer-review (1)**
310:19
**peer-reviewed (35)**
15:20 37:1 39:14
50:11,24 57:17 58:8
58:19 59:5,22 60:1
60:18 61:4 72:3
77:10,13 96:18
133:3,8 154:11,15
178:18 183:20
257:10 262:19
263:12 264:7
331:13 332:2 342:8
342:24 358:13
364:22,25 367:16
**penalty (2)**
387:5,6
**pending (1)**
102:20
**penetration (3)**
121:4,8,15
**Penny (1)**
312:2
**people (48)**
18:8 22:16 26:19
54:11 59:2,3 60:3
63:16 64:6,9 65:24
65:25 66:1,4 68:10

79:23 89:25 93:9,13
95:14 96:8 101:14
101:15 126:9 133:9
158:25 163:19,22
172:22 179:17
187:18,25 188:3
189:20 225:13
242:15 245:22
259:11 262:3,16
264:5 276:7 333:9
333:14 354:18
366:24 373:23
376:21
**percent (13)**
20:18 79:13 92:18
104:3 180:21 243:6
258:13 265:2,5
289:6,10 333:4
352:8
**percentage (1)**
79:9
**percutaneous (1)**
7:7
**performance (1)**
124:3
**performed (2)**
153:8 159:22
**period (15)**
108:7 145:2 162:20
169:21 173:6
206:12,12 226:22
228:21 252:15
257:19 330:16
342:14 343:22
379:3
**periodic (2)**
321:17 325:13
**periodically (1)**
149:15
**perjury (2)**
387:5,6
**permethrin (1)**
222:12
**permissible (1)**
192:10
**permit (1)**
376:1
**Perron (2)**
167:25,25
**persistence (1)**
125:16
**person (11)**
14:4 71:13,16 145:25
199:9,10 297:14,17

316:4 363:19
366:23
**personal (23)**
37:11,13 38:3 47:24
55:18 108:16
109:11,14 157:15
159:16 179:14
183:4 206:25 215:6
232:5 242:8 249:19
258:2 259:16 260:8
260:11,14 289:25
**personally (1)**
383:7
**personnel (2)**
237:5 292:21
**persons (5)**
35:25 46:11 124:22
187:5 316:3
**perspective (1)**
92:11
**persuaded (6)**
280:8,13 283:8,10
308:11,14
**pertaining (2)**
18:17 22:6
**pertains (1)**
59:19
**pertinent (2)**
49:7 55:12
**pest (9)**
26:15 31:2,4,5,8
124:13,16 133:11
379:24
**pesticide (171)**
5:19 6:4,18 7:14,18
19:17,25 20:15 22:8
22:20 26:3 27:14,18
28:16,24 29:3,5,7
29:17 30:5,7,9,21
31:10 36:5 38:10
40:21 41:24 42:6,8
42:11,15 43:23 44:7
47:22 60:11 63:19
66:24 67:7,16 68:3
73:7,9,23,25 74:1,3
77:1 85:6,18,25
86:10 87:1,17,18
88:18,23,25 93:11
95:11 102:7,13,20
104:8 109:17,19
110:11 111:4
114:12 122:1,5,19
123:1,8,9,20 124:15
124:16,21,23

125:12,16 126:1
127:3,12,17,19,21
129:23 130:23
131:3 137:7,10
147:5 152:21
154:16,18 158:22
163:17 167:8
174:23 175:9,14
188:1,22 195:20
205:18 209:22
220:23 222:16
223:4,9 228:1,13
231:14 232:17
233:11,13 287:25
292:18,20 316:24
321:16,19,25,25
322:1,7,9,13,16,20
323:10,17 324:11
335:14 336:19
344:18 365:19,22
366:1,7,13,16,21,24
366:25 367:4 369:2
370:2,6 371:13
372:21 373:1,7
375:17,25 376:4,12
376:15,18,20
378:14,21 379:13
379:23 380:3,11,17
380:21 385:2
**pesticide's (1)**
233:7
**pesticide-use (2)**
72:14,23
**pesticides (72)**
7:16,18 8:4 20:10,24
21:25 22:7,7,9 23:1
23:5,8 25:14,23
26:14,18,20 28:2,4
30:14 31:23 48:4
59:7 64:23 73:1,4
73:13 85:10,24 86:3
86:13 89:4,7,16
90:3,5 92:6 111:14
117:23 121:5,16
128:14 131:19,20
139:23 147:9 150:7
154:2 156:4 189:9
193:20 220:22
222:5,6 223:7 224:4
224:15 226:5 227:1
227:6,14,18,22
228:4,7 245:24,25
246:7 323:16
368:22 370:4

382:10
**pests (3)**
31:8 376:14,17
**petition (3)**
127:10 129:24 232:14
**petitions (6)**
25:18 28:24 75:10,19
129:4 225:24
**pets (1)**
380:9
**Pettigrew (1)**
311:24
**Ph.D (1)**
17:22
**pharmacokinetics (2)**
120:3,7
**pharmacologist (1)**
168:1
**Phil (1)**
187:11
**Philip (1)**
355:24
**philosophy (2)**
18:12 26:12
**phone (4)**
13:22 53:24 97:21
185:23
**phrase (3)**
137:18 274:15 340:3
**physical (6)**
19:3 26:21 27:1,6
125:20 126:5
**physiochemical (1)**
125:11
**physiological (1)**
111:13
**pick (1)**
66:1
**picture (1)**
379:18
**piece (3)**
42:21 200:15 330:2
**pieces (2)**
335:10 366:18
**pig (1)**
127:7
**pile (1)**
328:13
**place (9)**
26:9 41:12 110:4
141:23 167:11
177:17 182:4 248:5
249:20
**placed (11)**

Confidential

38:22 91:21 129:16
163:13 179:22
181:9 182:3 243:20
262:19 277:1 375:4
**places (5)**
37:10 50:12 154:14
156:21 274:7
**plaintiff (8)**
1:5 2:20 3:7 9:20,22
78:12,20,23
**plaintiff's (1)**
256:2
**plaintiffs (1)**
79:7
**Plan (1)**
7:12
**plane (1)**
133:5
**plant (1)**
125:15
**play (9)**
30:11,23 120:20,21
145:5 157:3 166:14
222:13 293:23
**played (6)**
29:20 34:22 56:21
135:19 136:17
158:20
**plays (1)**
31:9
**please (7)**
9:17 10:4 51:21 55:25
67:19 103:2 340:19
**pleased (1)**
24:17
**pledged (1)**
173:2
**pledges (1)**
40:14
**plus (3)**
158:12 165:25 317:3
**PM25 (2)**
287:22,23
**Poast (1)**
385:11
**POE (1)**
364:7
**POEA (7)**
357:22 359:7 361:17
364:4,7,13,15
**point (30)**
69:13,23 85:13
190:13 212:16
213:4,11 214:23

221:22 234:2
235:14 242:13,17
244:4 264:3 277:18
282:6 290:18 291:1
291:17 292:19
304:3 312:24 316:9
318:13 331:15
332:5 345:13
353:21 357:25
**pointed (1)**
83:17
**pointing (1)**
374:14
**poison (1)**
47:6
**policies (3)**
152:18,20 220:21
**policy (2)**
30:1 88:24
**political (1)**
88:21
**Polyalkoxylates (1)**
7:5
**polyethoxylated (1)**
359:6
**Pooled (3)**
8:5 61:12,23
**population (13)**
60:5 63:16,20,23 66:1
89:7 145:19,23
193:18 195:19
196:6 227:5 322:11
**populations (5)**
23:13 60:2 63:16
64:22 67:4
**portion (1)**
79:14
**pose (4)**
59:14 159:8 172:21
322:7
**posed (4)**
89:7 136:25 360:9
384:3
**poses (2)**
135:5 380:9
**posing (2)**
225:7 366:5
**position (32)**
55:2 136:7 144:12
146:11 154:7 184:4
193:6 197:16,20,22
200:20 201:2,4
221:11 246:22
247:3 250:9 251:20

255:9 261:23 266:7
275:20 277:22
280:3 292:14,22
320:6,17 325:20
327:9,13 339:10
**positive (12)**
65:21 180:25 256:15
284:21 299:8,9
304:9 308:20,23
339:17 352:13,21
**positives (1)**
308:12
**possession (3)**
76:12 101:2 131:1
**possibility (7)**
299:17 300:1,4
305:18 307:10
333:23 334:13
**possible (30)**
40:19,20 66:2 70:18
144:3 157:23
161:23 173:4
206:23 208:6,16,19
208:23 209:3 210:5
213:22 214:16
218:12 244:23
253:22 256:10
272:23 277:21
280:4 283:16 285:7
285:8 302:23
360:21 377:23
**possibly (6)**
303:19 307:21 308:4
347:4 364:4 377:21
**post (1)**
383:21
**posted (2)**
44:2 147:25
**posters (1)**
186:14
**posting (1)**
148:3
**potency (1)**
227:16
**potential (45)**
5:19 43:22 44:6 54:12
59:14 89:6 92:12
94:6 97:5 110:8
124:9,21 126:8
128:13,17 134:13
139:24 143:8
145:18 146:23
148:17 152:16
153:1 159:7 192:18

200:3 215:19
220:23 230:17
233:9 234:4 245:23
265:10,13 266:20
314:3,15 331:4
337:25 338:6
340:23 366:21,22
380:13 384:2
**potentially (1)**
333:16
**potentiate (2)**
358:25 359:13
**powerful (1)**
293:6
**PowerPoint (2)**
55:1 76:7
**PPE (10)**
108:24 109:14,25
110:5,7,9,14 169:14
372:11 373:20
**ppm (4)**
207:19,19 238:21
252:19
**practical (1)**
128:9
**practices (4)**
31:4 152:17,20
181:25
**PRD (4)**
174:25 175:8,17
194:5
**precautionary (4)**
374:16 375:8 380:12
380:18
**precautions (1)**
373:19
**precedence (2)**
327:11,15
**preceding (1)**
206:12
**precise (3)**
206:16 349:9 371:20
**precisely (1)**
135:1
**preconceived (1)**
295:5
**predicated (1)**
137:17
**predict (1)**
293:8
**predictive (1)**
230:5
**predominant (1)**
357:22

**predominantly (8)**
12:7 72:11 73:21
178:6 182:5 221:3,5
343:12
**prefer (1)**
337:1
**preferred (2)**
65:5 114:23
**prefix (1)**
33:20
**pregnant (1)**
228:1
**preharvest (1)**
344:22
**premature (1)**
148:3
**prematurely (1)**
147:25
**preneoplastic (8)**
243:8 253:17 254:2,5
350:24 352:11,12
352:16
**preparation (3)**
80:18 355:6 365:5
**preparatory (1)**
55:9
**prepare (5)**
33:2,4,6 84:25 357:8
**prepared (13)**
80:21 183:12 198:11
199:5,12 241:18
255:1 257:13
288:16 293:19
351:9 358:6 365:8
**preparing (10)**
13:7 34:16 90:9
102:24 270:2 287:1
307:1,2 321:12
368:16
**prescreened (1)**
74:15
**prescribed (1)**
112:15
**presence (3)**
30:13 348:10 352:10
**present (6)**
4:13 261:6 273:4
275:14 276:8 298:3
**presentation (1)**
313:10
**presentations (4)**
72:1 76:7 295:21
300:18
**presented (4)**

Confidential

89:17 192:23 272:1
350:16
**presents (2)**
147:5 370:19
**preserve (1)**
191:23
**presidency (1)**
88:20
**President (2)**
28:20 224:9
**presumably (2)**
170:16 290:11
**presume (2)**
328:5 371:2
**pretty (9)**
68:10 165:3 169:10
172:8 203:7 205:21
235:13 252:15
306:6
**Prevention (1)**
323:16
**previously (10)**
42:25 69:22 74:11
84:17 85:4,23 121:1
225:14 269:24
329:20
**primarily (5)**
144:3 193:18 263:14
316:14 372:1
**primary (18)**
20:9 22:21 25:8 27:17
27:17 28:10,14
58:14,24 59:20
60:18 86:18 126:2
128:19 136:16
263:19 302:18
358:17
**principal (4)**
72:12 75:2 279:3
333:21
**print (1)**
382:7
**prior (8)**
12:8 28:13 34:19
127:9 129:19 369:4
369:5 378:20
**privilege (1)**
158:24
**privy (2)**
189:25 307:23
**Pro (41)**
105:5,9,18,20 106:2,5
106:8 107:10
109:20,21,23

115:16 144:21,22
161:11 169:14,15
169:23 204:2
205:12,17,18 206:4
206:11 330:3,3,9,9
330:17 331:1,1
342:12,13 371:5,18
371:19 377:14,16
378:1,21 379:4
**probable (8)**
43:4 90:13 91:5,8
93:24 94:16,18
155:5 208:16
**probably (30)**
10:15 12:14 47:9
58:24 59:6 75:19
79:18 92:2,24 93:20
95:3,5 112:10 136:1
177:16 184:7
189:19 199:18,20
220:9,10 263:17
308:2 323:1 332:25
347:22 358:11
363:12 378:25
383:17
**problem (3)**
226:21,23 256:23
**problems (4)**
70:11 163:14 373:7
373:11
**procedural (1)**
133:6
**procedures (2)**
2:6 220:22
**proceeding (1)**
390:10
**proceedings (7)**
66:15 83:8 139:4
201:13 267:3
345:18 384:13
**process (29)**
31:10 36:25 86:13
120:21 123:2 129:5
130:17,18,19
132:19 134:17
140:6 152:9,14
163:17 166:20
175:11,11,12 178:6
196:2 222:15 262:5
274:20 313:25
322:20 338:16
339:8 376:1
**produced (3)**
28:7 34:8 234:23

**producing (1)**
235:18
**product (39)**
39:8,9,10 57:8 72:21
93:12 96:21 103:23
104:1,4,13,15
105:20 108:12,13
108:17 112:11
115:19 124:3 172:6
179:2 182:17
206:21 322:5
333:18 366:7,21
370:2,6,8 371:13,15
377:7 379:24
381:13 382:24
383:24 385:2,8
**production (3)**
72:11 191:12,18
**products (29)**
6:4 28:5 39:7 40:13
47:1 72:19 79:1
87:23,25 92:9 94:10
96:14 115:12 124:2
127:14 162:19
167:10 173:4
184:23 231:15
324:11 331:5
333:12 360:20
364:3,5,8,12 376:22
**professional (13)**
21:15 90:7 163:4
164:8 171:20
183:13 187:24
222:25 223:8 241:4
241:10 256:6 302:4
**professionally (1)**
383:8
**profile (2)**
127:16,17
**program (14)**
30:5,8,9,19 73:24
74:3 89:13 147:5
163:17 233:5
292:21 297:4
298:12,23
**programmed (1)**
190:23
**programs (12)**
5:19 31:3 43:23 44:7
86:10 147:5 152:21
292:18 316:25
323:18,19 379:13
**progressing (2)**
132:18 253:23

**progression (2)**
352:3,15
**project (15)**
49:3 61:12,23 69:15
70:3,7,20,22,25
71:4,5,11 73:19
76:15 224:14
**project's (2)**
70:14 71:25
**projects (4)**
49:10 79:22 102:10
224:1
**proliferative (1)**
282:13
**promulgated (1)**
29:13
**pronounce (1)**
363:21
**pronounced (1)**
168:3
**proof (1)**
324:22
**proper (5)**
149:22 192:5 248:2
326:15 328:12
**properly (2)**
57:17 325:21
**properties (5)**
39:1 40:17 125:11,21
126:5
**property (3)**
97:6 366:15 373:3
**proposal (1)**
110:4
**proposals (1)**
25:17
**propose (1)**
372:20
**proposed (11)**
110:3 129:23 148:16
208:3 238:8 264:11
265:14 285:12
314:16 370:19
377:10
**proprietary (1)**
258:8
**prospective (9)**
62:2,8,22 63:12 64:14
65:4,17 66:23 68:3
**protect (1)**
206:20
**protection (10)**
7:12 19:8 25:3 27:16
27:25 30:17 123:3

123:17 130:1
205:15
**protective (9)**
47:24 76:21 108:16
109:11,14 110:15
206:25 232:5
385:16
**proteomics (1)**
334:9
**protocol (2)**
247:8 293:11
**protocols (1)**
293:3
**proud (1)**
24:17
**proven (1)**
128:9
**provide (10)**
67:19 80:24 142:6
217:19 264:20
269:2 293:2 302:3
370:2 376:21
**provided (24)**
30:16 34:3,24 36:4
39:10,12 48:7 52:23
76:20,21 80:25 83:2
101:8 185:1 191:3
204:11,14 219:21
247:7 257:6 258:11
258:11 331:3 378:4
**provides (5)**
38:2 207:14 263:24
**providing (3)**
7:9 79:10 231:19
**provision (2)**
297:25 370:15
**provisions (18)**
27:25 29:10,12,13
54:2 144:21 169:13
232:4 330:25
366:17 367:2 372:3
372:10,22 373:20
380:18 385:2,6
**prudent (1)**
366:20
**public (19)**
2:4 43:1 54:11 104:6
145:22 179:7 255:7
255:18 263:7,22
307:24 308:7
365:19 367:1
368:10 387:23,25
390:2,20
**publication (7)**

7:11 55:23 67:11
77:11 329:25 361:9
362:17
**publicly (4)**
51:6 52:4,19 74:16
**publish (3)**
26:12,13 334:24
**published (57)**
15:21,24 17:1 41:8
56:2 57:12 58:6,19
59:22 60:18 61:12
67:12 73:14 75:6
91:12,13 148:4
153:25 154:15
178:18 179:3 180:7
181:2 182:16
183:20 197:11
251:22 257:10
258:6 262:19 263:6
263:12,23 266:14
266:15 329:7,17,20
330:15 331:8,9
332:2,12,21 334:12
335:1,10,25 342:25
354:15,16 356:10
357:14,17 359:16
367:16 368:10
**publishing (1)**
50:23
**pull (5)**
62:4 68:8 150:14
205:6,7
**pull-off (2)**
375:4,6
**pulled (1)**
188:14
**pure (25)**
92:18 93:10 95:25
96:4,12 104:3 178:8
180:21 182:15
183:15 252:7 259:5
259:9 263:15 265:2
265:5 333:4,18
339:14,16 340:1,15
341:17 352:7
358:15
**purports (1)**
194:17
**purpose (3)**
36:21 233:8,16
**purposes (4)**
102:10 106:24 109:20
132:12
**pursuant (1)**

2:5
**pursue (1)**
55:5
**purview (1)**
70:15
**push (1)**
218:15
**pushing (1)**
116:5
**put (19)**
61:13 81:7,19 97:9
103:2 137:21 142:1
148:7 156:2 182:1
243:22 248:3 255:5
255:17 264:6
323:15 336:9
382:18 385:19
**puts (2)**
53:8 299:6

———————
**Q**
**qualified (1)**
120:17
**quality (7)**
7:12 22:7 123:2,17
130:1 207:24
338:22
**quantify (1)**
321:18
**quantitative (1)**
259:9
**Quest (1)**
312:19
**question (68)**
23:7 26:23 31:25
33:13 51:20 58:23
61:1,21 90:6 100:10
103:10 107:25
109:24 121:13
123:16 129:7 132:8
136:8 142:11
145:13 156:17
164:18 165:9
168:19 182:24
185:20 186:16
187:1 191:21
194:22 195:1
200:17,18 201:21
209:5 234:20
235:11,12 239:5
247:25 256:12
258:12 259:22
260:1,2,18,20,22,23
260:25 265:22

273:23 276:3,21
277:4,7 281:12
299:6 303:4,6
306:14 326:8 327:9
333:2 383:10
384:16,23 385:20
**questionable (1)**
296:9
**questions (36)**
21:24 40:22 51:14
66:8 67:23 80:10
89:18 129:17
139:18 147:6 170:5
171:10,21 180:4
183:3 185:22
186:19 191:17
192:9 194:18
200:11 201:19
243:25 245:19
272:11,15 281:10
281:11 283:19
285:17 295:23
331:25 334:19
359:2 361:5 385:18
**quick (2)**
73:24 345:12
**quickly (2)**
45:11 143:12
**quinclorac (1)**
385:8
**quite (23)**
38:20 52:15 126:4
206:20 228:3 242:9
243:6 251:14 252:5
253:11,13 257:12
260:5 262:6,10
268:8,10 308:24
316:17 337:13
339:20 357:18
371:17
**quote (9)**
244:24 245:2 264:13
302:18 338:14,16
340:7,8 371:20
**quote/unquote (1)**
351:21
**quoted (2)**
301:2,2
**quotes (1)**
216:9

———————
**R**
**R-O-B-I-N (1)**
363:20

**radar (1)**
245:22
**Railroad (1)**
2:16
**rain (2)**
206:12,13
**rainy (1)**
206:18
**raised (5)**
155:1 180:25 252:2
334:6 349:2
**random (1)**
289:12
**range (6)**
26:13 254:11 265:4
355:17 356:16
376:20
**Ranger (34)**
105:5,9,17,20 106:2,5
106:8 107:10
109:20,21,23
115:16 144:21
161:11 169:14,22
204:2 205:12,17,18
206:4,11 330:3,9,17
330:25 342:12
371:4,18 377:14,15
378:1,21 379:4
**ranges (2)**
207:16 265:3
**ranging (1)**
375:25
**ranking (2)**
24:11,14
**rapidly (2)**
178:15 331:15
**rapporteur (2)**
134:11 135:17
**rare (2)**
214:1 304:9
**rat (25)**
7:7 116:22 174:2,5,17
247:6 264:20
283:14 290:17,21
291:16,19,20,22
304:18 314:16
315:23 333:20
341:4 346:7,18,25
349:19 350:6
353:16
**rate (4)**
12:19,23 13:1 281:19
**rates (2)**
232:8 372:7

**ratios (1)**
61:5
**rats (6)**
114:22 115:1 170:11
285:16,21 286:4
**raw (3)**
72:13 73:22 74:4
**reach (7)**
14:24 24:23 27:12
266:2 304:7 349:1
354:23
**reached (20)**
23:3 25:2,12 31:21
57:3 140:23 146:2
155:2 178:3,5 212:8
266:10,19 302:8
319:14 320:13
333:22 343:2
354:11 360:17
**reaching (8)**
129:20 141:10 142:8
154:1 156:10
277:24 328:25
351:18
**read (87)**
12:12 16:24 33:12
34:18 45:4,6,7,8,9
45:11,12,14,19
47:11 49:16 50:22
51:2 53:16 56:5,15
57:15 90:11 91:15
93:17,19 98:2 99:23
100:25 120:17
132:22 142:5,17
143:11 151:7
156:18,19 158:12
162:10 177:9
178:16 179:24
185:10,10,11
190:11 192:24
194:1,19,21 200:10
200:16 205:16,20
205:23 206:19
218:1 239:3,19,20
240:6 257:24,25
258:5 259:15 260:4
260:7,7,12 261:11
267:14,16 279:10
279:16,18 290:2
301:7,14 306:18
316:12 332:22
361:5,10 362:18
384:16,17 387:6,8
**reading (24)**

Confidential

17:4 155:23 159:15
165:24,24 184:12
185:3,18 186:6,11
186:11,14 194:19
206:7 215:22 216:3
240:8 249:12,25
256:3 279:6 348:8
348:15 350:11
**reads (2)**
200:16 238:7
**ready (1)**
239:4
**ready-to-use (1)**
92:13
**Reagan (2)**
88:20 224:9
**real (4)**
94:13 96:9 246:16
259:11
**real-world (4)**
30:22 96:8 97:10
108:4
**really (29)**
16:25 24:4 38:19,23
43:19 45:15 48:18
90:22 92:16 95:16
130:22 136:8
154:19 177:17
185:5 196:12
226:19 247:20
248:8 263:18 265:7
266:17 284:17
321:23 326:7 344:4
352:23 356:23
368:5
**rearticulated (1)**
347:15
**Reask (1)**
235:11
**reason (24)**
116:12 128:19 166:14
221:17 252:11
294:24 304:10
328:7 333:15
352:25 388:5,8,11
388:14,17,20,23
389:5,8,11,14,17,20
389:23
**reasonable (6)**
123:3,13 130:2 142:3
216:3 380:19
**reasonably (1)**
75:5
**reasons (10)**

96:6 154:9 155:3
169:18 177:23
263:19 333:21
351:17,22 360:17
**reassess (2)**
233:9 317:1
**reassessed (2)**
234:6 317:6
**reassessing (1)**
234:4
**reassessment (5)**
140:1 218:5 236:14
247:18 279:11
**recall (31)**
10:22 15:1 21:9 46:10
63:5 67:25 118:2,13
135:12 140:12,17
140:20,22 141:25
142:12,22 203:10
204:20,24 205:1,3,9
205:19 206:7,10,17
211:2 293:23
294:13 300:23
376:8
**receive (4)**
129:3 190:25 192:3
334:23
**received (22)**
13:6 19:4 32:20,21
36:4,20 43:6 49:16
54:25 76:16 77:3
81:3 82:22 99:21,22
127:22 173:8
190:20 226:18
229:7 242:2 347:3
**receives (3)**
127:22 193:22 195:21
**receiving (1)**
130:8
**recipients (1)**
168:20
**reclassification (1)**
209:8
**recognize (1)**
244:6
**recognized (3)**
19:4 183:19 343:7
**recognizing (3)**
18:21 129:6 145:3
**recollection (2)**
68:2 271:4
**recommendation (6)**
276:12 292:2 294:8
303:9 323:21

325:25
**recommendations (5)**
257:18 271:23 288:21
288:22,25
**recommended (11)**
172:1 226:23 227:24
257:11 283:12
293:11 294:3
302:22 303:14
304:10 327:2
**reconsider (2)**
290:22 291:6
**record (61)**
47:3,5,18 49:17 50:1
53:14,23 55:12
59:24 66:14,19
75:20,20 83:5,7,12
83:14 106:1 113:20
122:15 138:25
139:3,6 143:16
144:25 156:22
162:9,22,23 165:3
184:9 194:20
201:12,15,17
249:13 251:5 256:3
267:2,7 279:18
281:3 309:21 310:6
310:9,12,14 330:20
342:5 345:17,20
364:11 378:19
382:4,17,21 384:8
384:12,15,17 386:5
**recorded (1)**
301:3
**records (4)**
11:24 48:6,16 64:8
**recount (1)**
332:21
**recounted (1)**
245:3
**recruit (1)**
228:6
**recruited (2)**
224:24 226:12
**RED (17)**
75:18 175:11 321:7,8
321:22 322:20,24
323:4,9,21 324:22
326:20 327:4,16,24
347:10,16
**redo (1)**
264:19
**redoing (1)**
292:24

**reduce (3)**
128:9 362:2 373:22
**reduced (1)**
206:22
**reevaluated (2)**
152:15 192:18
**reevaluates (1)**
175:14
**reevaluation (1)**
175:9
**reexamination (1)**
237:14
**reexamined (1)**
236:16
**refer (8)**
55:25 75:14 92:8
94:10,10 111:9
118:9 211:8
**reference (13)**
54:25 55:1,1 74:17
92:18 123:17
215:20 255:12
297:22 314:20
316:1 334:16
362:17
**referenced (6)**
34:14 66:22 103:10
148:5 202:19
265:20
**references (1)**
98:13
**referencing (2)**
199:16 369:16
**referred (6)**
120:7 123:14 183:6
213:9 282:7 291:21
**referring (18)**
17:22 20:3 53:3 85:4
104:3 108:6 137:20
138:22 139:15
141:4,23 148:1
208:8 236:24 261:3
276:2,3 282:24
**refers (3)**
61:21,22 375:16
**refinements (1)**
322:3
**reflect (2)**
13:6 38:24
**reflected (6)**
94:21 184:24 331:16
332:7 344:13 384:1
**reflecting (2)**
329:11 348:22

**reflects (4)**
235:3 292:13 321:22
326:20
**refocus (1)**
235:12
**refresh (3)**
62:5 140:21 142:7
**refusal (1)**
195:3
**refused (1)**
174:8
**refusing (1)**
195:1
**regard (3)**
90:1 172:22 270:8
**regarded (9)**
31:6 65:10 67:6 68:20
78:23 144:2 281:21
333:8 355:25
**regarding (28)**
14:18 21:25 36:17,19
42:14 57:7 58:20
59:20 120:25
126:24 143:19
146:22 148:17
154:7 175:25
181:16 214:5
230:13 231:21
242:19 252:4 273:4
303:10 309:16
327:3 333:23
347:18 348:10
**Register (5)**
6:18 7:11,14 75:7
263:7
**registered (20)**
87:6 102:20 104:8
107:4 110:22
111:17 124:2 131:3
175:4 194:10 208:3
233:10 322:16,21
325:4 370:17 373:6
375:18 376:12
381:23
**registrant (21)**
110:11 112:16 116:23
122:3 124:4 125:2
129:11 130:4,6,12
130:13,15,23,25
219:10 230:24
248:6 374:22
377:11 381:17,21
**registrant's (2)**
372:25 381:8

Confidential

**registrants (31)**
42:15 52:18 116:4
117:12 119:1 122:1
128:4,24 129:9,17
174:14 182:10
197:8 222:21,24
224:20 225:8
231:20 232:11
234:8 252:16 341:7
341:12 343:10
368:11,25 371:25
372:13,20 373:18
376:20
**registration (119)**
5:22 6:11,21,23 36:25
38:12 40:11 41:23
42:5,7 54:2 75:18
86:12,13,22 87:7,10
87:19,24 102:20
106:1,4,23 107:3,19
109:19 114:12
118:21 119:2 122:9
122:10,18 124:6
125:3 129:3 130:8
151:3,19,24 152:5,9
152:14 153:7,21
155:8,13 158:4
166:10,20 167:20
172:2 174:1,3,4
175:7,10,24 179:9
194:11 210:10
231:9,18 232:17,17
232:21,25 233:5,7
233:15,25 234:10
235:4,15,16 236:12
236:22 237:20
238:2,14,15,16
239:6,14,16 242:25
246:8,10,15 248:4
249:2 252:1,2,12
253:9,15 254:12
261:19,22 262:11
264:9,15 269:15
270:8 271:2 277:12
277:14,20 287:24
288:3 291:25
324:11,25 326:19
370:21 371:23
377:6 381:19
387:25 390:20
**registrations (6)**
114:9 123:23 124:1
232:13,15 370:23
**registry (3)**

64:8 65:22 66:3
**regular (1)**
107:15
**regularly (1)**
187:6
**regulating (1)**
147:9
**regulation (35)**
5:17 19:7,18 20:1,10
20:23 22:6 23:5
25:13,23 26:3,14,20
27:14,19 28:2 29:4
29:17 31:23 38:12
70:18 85:6,10,18,25
86:2 103:1,9 123:7
128:22 222:5 226:5
373:25 381:8
383:12
**regulations (14)**
7:9 16:8 19:11 20:21
22:8 29:11,12 35:16
109:2 115:9 163:18
182:2 222:20
370:10
**regulator (6)**
27:11 36:5 131:19,23
264:3,4
**regulators (8)**
48:12 49:22 52:11
57:6 132:8 180:5
184:5 373:17
**regulatory (50)**
23:1 25:17 27:20 29:8
30:5 31:10 39:11
49:2,6 51:5 74:7
88:24 93:9 120:19
120:22 129:6 132:6
133:12 134:10,18
134:22 135:16
136:6,23 141:8
146:3 156:16
163:17,22 181:18
182:10 184:4
186:12 188:1 189:7
193:17 195:20
196:1 226:4,24
251:16 255:22
256:22 284:18
355:13 358:20
360:2,12 362:15
364:14
**Reigart (1)**
187:12
**reinforce (2)**

275:19 334:3
**relate (1)**
365:1
**related (9)**
161:16 245:23 247:11
247:13 277:4
346:19 350:24
354:1 390:9
**relates (1)**
380:7
**relating (3)**
36:3 69:24 226:4
**relationship (3)**
85:5,24 223:1
**relative (29)**
30:1 38:8,9 39:7,9
54:8 74:13 89:14
90:3 93:11 94:5
135:21,22 141:12
146:11 147:4,11
149:18 155:3 167:7
195:10 220:22
222:19 224:17
232:6 266:20
326:22 334:5
382:13
**relatively (2)**
60:21 107:7
**relaxed (1)**
244:18
**release (9)**
74:4 90:25,25 93:3
233:20 235:4
239:22 323:2 332:3
**released (7)**
74:12,16 90:19 98:4
98:25 199:17
235:15
**relevance (2)**
274:18 287:11
**relevant (15)**
46:1,1,20 58:23 83:25
96:3 135:18 155:21
161:20 169:23
172:23 197:14
261:8 316:18
330:23
**reliable (1)**
65:11
**reliance (9)**
5:10 32:22,24 33:11
33:18 34:6 72:10,20
80:11
**reliances (1)**

33:6
**relied (11)**
34:14 35:4 56:25
81:18 94:20 134:19
142:8 153:25
360:23 362:18
363:1
**rely (10)**
44:12,17,20 46:14
56:9 67:22 92:14
222:18 231:9
343:12
**remain (5)**
29:25 31:12 125:17
127:13 358:22
**remained (9)**
20:22 150:7 167:11
170:18 228:14
280:3,4 320:14
327:21
**remaining (3)**
303:18 348:13,16
**remains (2)**
182:20 244:25
**remarkably (1)**
351:16
**remarked (1)**
351:13
**remember (41)**
14:25 58:5 61:14,15
61:15,24 70:1 76:22
78:9 81:13,14 87:4
88:19 91:1 95:8
117:24 137:11
139:20 141:1
142:15 157:19
174:6 188:9,16
190:15 222:12
225:2,11 226:8,14
239:20 282:20
312:23,24 356:1
357:16 363:9
378:18,23 385:9,17
**reminding (1)**
113:18
**remove (1)**
383:4
**renal (31)**
144:4 161:18 170:5
170:12 171:22
207:16 213:12,15
234:25 236:7 240:1
240:9 247:12 249:5
250:3 273:10

277:10 278:8 279:4
279:9,13 280:21
282:14 283:22
289:8 302:14
303:18 306:15
309:2 347:2 348:10
**render (4)**
149:12,16 277:15
348:23
**rendered (2)**
145:15 210:24
**rendering (1)**
217:17
**rendition (1)**
368:3
**renewal (1)**
106:23
**repeat (9)**
51:20 165:1 174:1,2
290:15,23 291:10
293:4 315:21
**repeated (6)**
113:3 254:13 265:15
289:16 291:12
314:17
**repeatedly (1)**
336:21
**repeating (2)**
165:6 291:6
**repeats (1)**
236:2
**rephrase (1)**
326:8
**replaced (1)**
114:4
**replacement (2)**
171:25 174:5
**replacing (1)**
364:7
**report (185)**
5:13 7:7 10:17,21
11:19,20 12:6,8,11
12:16,17 13:5,7,16
16:10,10 17:10
32:21 33:4 34:15,17
36:11 37:7,10 38:2
38:7,23 40:3 42:23
43:2,8,11,17 44:10
45:18 46:15,23 48:6
49:25 55:19 56:7,11
56:18 60:6,14 61:5
61:19 62:7 74:18
81:1 82:2,3 83:18
84:5 86:6 88:8 90:9

Confidential

90:15 94:7 98:2
102:25 103:12
112:20,24 117:4
120:8 132:13
137:19,20,24 138:7
138:14,20,22 139:9
139:14,20,24
140:10,21 141:15
141:18 142:13,17
142:22,23 143:10
144:6,6,7,14,24
155:4 156:15,15,18
169:9 170:8 178:13
180:1 184:8 201:20
201:22 202:20
211:1,7,18 213:9,19
222:3,25 224:11,13
224:19,23 225:1
226:7,16,17 227:3,8
227:12,20,24 228:3
228:10 231:11
244:6,15 253:19
258:18,18 263:13
263:15 264:18
270:2 271:12,23
272:2,6 274:8,22
278:21 279:4
282:21 283:3,9,19
285:3 287:1 300:10
300:13,20 301:18
302:23 307:2,6,11
307:16 308:2,16
310:23 312:8 317:9
319:4 321:13
328:25 329:7,9,24
330:13 338:13
341:21 343:20
345:9 355:7 357:5,8
358:6 360:18 361:6
362:22 363:6,8
382:18
**reported (20)**
1:25 51:7 60:3 62:15
64:6,23 65:23 73:10
73:11 204:20 215:5
217:25 240:9 279:7
279:8 280:19
336:18 350:12
351:10 352:2
**reporter (3)**
9:15 10:4 384:17
**reporting (10)**
9:14,16 58:25 77:14
183:21 184:22

231:3 264:17
306:20 346:22
**reports (22)**
6:8 37:1 50:8,22 51:3
51:3 132:23 138:16
143:24 145:14
155:23 156:2
188:15 246:6 270:5
281:23 336:6
353:10,11 355:12
369:9 373:5
**repository (1)**
53:10
**represent (7)**
16:12 53:6 82:4,21
116:13 199:9 272:9
**representation (2)**
377:4 379:23
**representations (3)**
38:25 374:1,20
**representative (1)**
223:12
**representatives (4)**
20:15 199:2 200:7
222:24
**represented (4)**
201:17 282:14 283:22
292:12
**representing (1)**
101:19
**reproduced (1)**
353:17
**reproductive (5)**
70:11 109:8 111:12
117:15,22
**reps (1)**
223:4
**Republican (1)**
24:11
**request (12)**
22:13,15 46:5 102:14
102:21 104:23
105:23 129:8 142:3
170:20 224:12
248:5
**requested (12)**
101:3 106:2 170:4,6,8
171:7 172:4 248:11
248:20 276:22
286:1 384:18
**requesting (1)**
122:1
**requests (6)**
54:15 122:2 172:25

234:8 273:3 370:22
**require (18)**
110:6,10,13 115:10
115:20,21 118:13
123:21 126:10,23
171:1 247:5 264:19
283:13 285:24
290:15 377:20
381:21
**required (43)**
105:17 106:8,22
109:11 111:2
112:22 114:8,12,16
115:5,17,24 118:19
121:5,14,18 124:3,7
125:10,21 127:9
128:22,25 129:2
165:18 172:1
173:25 191:9 207:2
230:25 232:1
248:12 252:15
289:17 290:12,24
291:7 292:24
304:19 322:3
368:25 372:11
374:2
**requirement (7)**
112:7 123:23 130:16
130:22 248:5
372:14 377:3
**requirements (29)**
42:16 86:18 95:24
103:14 107:13
110:21 111:16,19
118:22 129:15,16
130:5,11 131:5,11
169:14 230:10
232:4 360:1 365:12
367:7,18,20 368:12
372:2 375:21
377:20 378:15
382:12
**requires (16)**
107:19 114:19 115:2
117:14,22 120:2
124:9,25 127:19
128:3,11,15 216:20
366:3 373:24,25
**requiring (2)**
128:20 247:22
**reread (1)**
219:14
**rereading (2)**
218:16 236:25

**reregistered (1)**
325:12
**reregistration (27)**
6:4,15 41:23 42:10
124:6 125:3 132:19
132:20 135:22
175:11 231:14
247:3 255:3 262:4,8
262:24 311:12
321:7,15 322:14,19
323:11 324:17
325:3,5,9 344:16
**research (27)**
11:18 12:8 20:13
23:10 49:1,9 71:24
72:7,23 73:12 74:1
75:13,25 84:15
88:17 155:25
157:13 158:9 186:7
186:10,10,25 227:4
333:10 335:1
336:15 365:15
**researching (2)**
12:5 13:5
**resection (2)**
246:25 275:6
**resectioning (5)**
215:1 218:15 219:2
236:25 307:9
**resections (1)**
237:15
**reserved (1)**
386:9
**resident (1)**
190:17
**residential (2)**
175:2 194:7
**residue (9)**
30:9 73:25 75:8
126:24 127:8,18
167:6 344:15,18
**residues (10)**
28:16 29:5 30:15
123:1 125:17
195:15 208:1
231:24 344:24
367:1
**resistant (1)**
376:17
**resliced (1)**
218:2
**resolve (12)**
147:6 161:16 170:18
216:7 217:3 225:18

237:6 247:10
264:21 265:9
283:16 350:19
**resolved (8)**
182:11 244:4 248:3
248:13 284:25
347:9 349:4 379:7
**resources (3)**
193:21 196:24 247:23
**respect (18)**
37:19 41:22 90:9
108:12 113:21
115:3 117:18
139:23 193:7 199:6
203:21 216:5 277:9
325:20 336:3
370:16 377:14,25
**respected (2)**
68:14 183:21
**respective (1)**
326:22
**respond (2)**
97:17 287:8
**responded (2)**
129:1 277:6
**responding (3)**
30:3 100:24 247:24
**response (34)**
29:13 46:5 170:16
215:19 230:5,10
234:23 235:7,19
243:5,5 245:18
246:13,16,21,24
252:4,13 254:7
258:23 259:3 276:2
283:19 291:25
349:21,23,24 350:2
350:6,10,13 351:23
352:10 360:1
**responses (4)**
100:2 101:22 354:16
364:25
**responsibilities (6)**
32:17 84:14,23,24
85:9 220:19
**responsibility (12)**
23:4 25:12,13,16
27:14,18 28:15,17
29:24 31:22 39:22
92:12
**responsible (23)**
38:9 39:20 41:22 72:9
139:22 145:1 150:6
162:14 163:20

Confidential

165:7,10,18,22
166:23 171:4 172:5
172:13 248:7 265:8
293:1 360:5,19
372:1
**responsive (4)**
101:2,6,16 188:19
**rest (2)**
84:5
**restate (2)**
121:13 265:22
**restatement (1)**
322:5
**restrict (1)**
187:14
**restrictions (1)**
373:19
**rests (1)**
110:25
**result (8)**
89:2 107:21 175:4
176:22 194:9 218:6
299:8 347:13
**results (44)**
50:25 51:7 58:25
60:14 61:5,7 73:9
77:14 90:18 94:7
120:17,20 170:23
171:2,5,11 184:22
207:13 214:12
218:4,21 219:12
235:17 239:1 242:1
242:11 256:7 257:9
279:7 280:14
287:12 290:16,20
291:16 303:22
304:2,4 318:22
325:3 334:21,24
337:5 338:22 354:2
**resume (17)**
5:11 15:15,17 21:9
79:4 82:5,11,13,18
82:22 83:2,15,17,20
84:2,8 249:25
**retain (1)**
75:14
**retained (6)**
10:18 87:12 189:12
190:6 302:3 357:8
**retaining (1)**
242:20
**Reto (5)**
157:20 220:10,11
221:20 228:21

**retrospective (6)**
63:14,25 64:3,13 65:6
66:5
**retrospectively (2)**
63:12 64:22
**reverse (1)**
327:13
**reverse-mutation (1)**
118:2
**review (217)**
5:22 6:2,13,16 7:24
8:3 34:11 36:19
38:15 39:18 41:9
42:6,7,10,14 43:16
43:24 44:1,8 47:13
47:15 48:12,16
49:20,23,24 50:19
50:24 51:25 52:22
52:24 53:11 55:22
56:16 57:5,10,25
58:14 59:12,15 61:8
61:11 75:22 76:20
87:16 91:11 93:6
95:17,21 97:4
100:17 102:6,12,19
103:10 105:25
106:4 107:2 119:2
121:7 132:12,15,20
133:6,11,12,15
134:11,13,15
135:11,13,19
137:19 141:17
142:12 143:12
149:4,8,21 150:6
151:19,25 152:5,14
153:7,21 155:9,13
157:14 158:4 161:7
162:8,24 164:2,6,10
164:10 166:10,20
168:20 169:3,17
171:15 175:7,11,24
177:8 178:2 179:10
179:23 181:2 184:9
187:9 189:3,18
194:11 202:7,23
207:10 217:11
222:1 229:10,16
233:6,9,25 234:3
238:16 242:2,4,11
245:16 249:11
250:25 251:5,21
255:2,7,17,21
258:16 266:11
269:2 270:1 271:1

271:25 272:12
273:20,22 275:24
286:25 291:5,16
304:4,15 305:25
307:18,19,20
311:22 312:6,8,12
313:15,18,24
315:24 316:6,9,18
317:8 318:6,14,23
320:14,20 321:17
321:23 322:14,19
322:21 323:6
324:16 325:4,13
326:11 328:1
329:11 347:14
348:4,12,12 351:5
354:19,20 355:9,11
355:11 356:14,14
364:23 365:6,9
368:4,15,24 369:5
371:4,23,23 372:14
372:18 379:12
381:4,24 382:2
**reviewed (74)**
33:18 34:5,13,16,19
34:22 35:4,22 37:4
42:22,25 43:25
44:18,19 47:6 48:11
49:22,25 50:7,14
51:2,7,11 52:10,11
52:16 53:9,21 54:25
55:17 56:25 57:7,16
62:7 76:13,16 81:11
92:7 102:25 103:15
104:19 106:23
133:18 138:11,14
138:23 143:10
153:4 166:11 173:9
178:10,14 179:1,6
181:19 195:9
197:18 235:6
238:24 242:7 251:4
282:8 290:22 316:7
321:11 343:16
351:12,13 359:9
363:11,12 368:19
368:20 382:17
**reviewer (2)**
215:23 287:14
**reviewers (1)**
313:7
**reviewing (7)**
28:24 36:8 93:15
196:2 264:10 293:5

298:22
**reviews (16)**
23:12 54:5 75:10,18
132:7,16 137:6
153:4 185:12
207:15 255:8
322:14 342:7
354:15,17 372:13
**revised (4)**
5:18 43:21 143:6
328:11
**revision (5)**
368:6,7 369:9,17,19
**revisions (2)**
329:8 369:22
**Rhonda (5)**
1:25 2:3 9:15 390:2
390:19
**rice (1)**
385:9
**Richard (1)**
187:12
**Rick (2)**
233:21 378:23
**ride (1)**
14:2
**right (406)**
10:23,24,25 12:6 13:7
15:3,7,16 17:7,11
17:24 18:6,14,21
21:9,13,23 22:1,22
23:21,25 26:10 27:6
32:20 33:17 34:5,9
34:10,11 35:5,8,13
35:17,22 39:20
40:25 42:8,16 44:21
46:15 54:18 56:11
58:11,18 64:15 81:4
82:14,19 83:21 84:9
85:6,10,16,19 86:3
88:13 90:10 103:8
103:16,21,23
104:20 106:10
108:13 109:16
111:4 112:22 114:1
114:9,17,20 115:12
115:19,25 117:1,8
117:16 118:21
120:4 121:6,23
122:6 123:7 124:6
125:4,7 126:20
127:20 128:13,25
130:9 131:5,15,20
131:24 132:4

134:24 138:12,15
140:9,17 146:17,19
147:12,18 148:11
148:14,18 149:5,24
150:2,4,9,14 151:14
151:24 152:18,23
153:4,11,17,19
155:10,14,18
157:10,15 158:3
159:17 160:2 162:3
163:6 164:3,11
165:6 166:1,4
167:20 169:2
171:17 174:14
176:1,3 178:12
179:4,11 182:23
184:15 185:18
189:9 196:9 197:5
197:20 199:7,21,23
200:8,22 201:3,25
203:10,23 208:13
208:20 209:13
210:6,12,15,19,22
210:23 211:9,12
212:5,9 213:9,13,25
214:1,6,12,21 215:2
215:3,22 216:18,21
217:8 218:13,22
219:22,25 221:11
224:8 225:23
228:19 229:24
230:17,22 231:11
232:18,22 233:16
234:2,5,20 235:19
235:24 236:23
237:3,9,22,24
238:17,19,20,20
240:5,21 241:2,5,14
242:8 244:7 245:4
246:13,16 250:12
251:4,23,25 252:6,9
253:18 254:8,18,23
258:3 259:17 260:9
260:22 261:5,20
263:4,5 264:3,16
265:16,20 268:16
268:20 269:4,9
270:10,12 271:20
272:15 273:2,9,15
273:25 274:3,18
275:9 276:13 277:6
280:25 281:1 282:5
282:9,18 283:8,9,18
283:24 284:5,8,15

Confidential

284:16 285:17,18
285:22 286:8,13
287:14,20 288:2,15
290:10,24 291:7,13
292:10 293:21
294:6,9,24 295:3,11
295:13 296:1 297:9
297:14,21 298:17
299:2,9,23 300:4
301:13 302:4,25
303:1,2 304:20,22
305:8,19 309:8
311:1 312:14,17
313:5,6,8 314:1,18
315:7,10,15,24
316:1,9 317:25
318:19 319:2,18
320:16 322:17,25
323:7,12 324:25
325:2,23 327:6
328:3,8 329:1,2,3
329:10,23 335:6,17
336:4,19 337:18
338:25 339:5,6,25
340:13,17,23 341:2
341:5,9,16 342:21
346:20 347:11,21
348:14 349:7,12,16
350:7 352:4 354:6
356:1 358:7 363:25
365:15 367:9
368:13,14 369:15
370:13,15,18 371:4
374:3,23 375:11
377:7,11,22 379:4,8
379:20 380:23
381:5,9,13,19
**rightfully (1)**
306:15
**rigorous (2)**
247:8 293:3
**rigorously (1)**
68:21
**Rinde (1)**
311:24
**rising (2)**
70:9 72:2
**risk (95)**
5:21 8:4 22:7,8 26:18
30:18,21 54:9 62:17
73:9,12 74:2 88:24
92:13 95:11,11
97:10 120:21
123:15 125:22,25

126:6,8 127:16
128:9 129:19 131:2
132:24 134:5,8
135:5 136:25
137:14 141:13
145:22 147:7 149:5
149:23 150:1,8
152:16,22 156:1
158:22,23 163:13
166:9,19 167:19
172:22 174:22
175:3,24 176:24
177:7,15,24 178:5
178:12 180:14
182:13 185:21
188:2,10,13,22
193:17,18,21 194:9
195:20 196:4
222:16 223:9
224:15 227:7,10
228:13,14 248:10
255:6 263:5 313:25
322:2 330:8 342:7
345:5 360:9 361:25
362:2 365:19 366:1
366:4 373:5 385:19
**risks (36)**
22:20 59:15 70:18
71:7 75:13 89:6
96:8 128:5,6 145:19
159:8 162:16
175:20 195:10,18
195:23,24 228:1
229:6 245:24
259:10 262:17
321:19 326:23
331:4,16,18,20,23
332:5 343:7 359:14
366:3,22 373:3
384:3
**River (1)**
214:2
**Road (1)**
9:11
**Roban (1)**
363:21
**Robert (3)**
210:8 287:22 313:2
**Roberts (3)**
24:14,16,20
**Robin (10)**
355:22 357:10,12
358:1 359:1 361:12
363:16,19 364:19

364:20
**Robin's (1)**
359:16
**Robson (1)**
7:19
**robust (1)**
355:15
**rodent (1)**
340:25
**Rodenticide (3)**
20:8 27:22 220:20
**rodents (4)**
23:11 77:12 114:20
340:22
**Roger (2)**
313:8,11
**role (18)**
25:23,24 28:16 29:3
29:24 30:11,24
31:17 34:22 56:21
120:21 126:21
135:16,19 136:17
158:20 166:15
184:21
**roles (4)**
29:19 30:5 31:10
89:13
**Roman (2)**
324:1,2
**Roos (2)**
7:22 329:20
**Rooses (1)**
58:2
**Rosen (1)**
8:3
**Rossi (4)**
157:20 311:11,12,14
**rough (1)**
53:7
**roughly (2)**
132:19 174:17
**Round (3)**
2:9,9 9:11
**rounds (1)**
243:19
**Roundup (29)**
38:13 39:8 40:18 47:4
47:8 48:5 57:8
64:24 105:1 115:17
135:23 143:13
144:22 169:15
196:23 330:3,9
331:1 333:15
342:12 343:23

364:2,8,12 371:19
373:12 378:10
382:9,14
**Roundup-based (4)**
40:6 54:12 132:17
162:18
**Roundup-brand (1)**
43:18
**route (3)**
106:9 193:15 203:12
**routes (7)**
126:2 176:9,18,19
196:8,13,15
**routine (2)**
137:1 222:2
**routinely (2)**
51:4 123:25
**Routt (1)**
187:12
**RPR (4)**
1:25 2:4 390:2,19
**rubberized (1)**
204:19
**rule (4)**
6:18 7:11,14 172:6
**Rules (1)**
2:6
**Rumker (1)**
267:24
**run (1)**
126:6
**running (1)**
186:14

─────── **S** ───────

**S (4)**
5:7 6:1 7:1 8:1
**safe (5)**
40:20 163:19 360:20
373:1 383:1
**safely (1)**
370:3
**safest (1)**
31:7
**safety (10)**
39:1 40:17 51:10
154:16 169:13
232:4 372:10
373:19,20 380:8
**sales (1)**
284:19
**samples (1)**
30:11
**San (2)**

1:2 9:8
**sanctions (1)**
376:4
**Sandler (1)**
7:22
**SAP (84)**
6:6 43:10,16 55:4
146:21,21,24
147:10,15 148:12
160:20,23,25
161:15,20 162:1,2,7
182:9 192:23
249:21 250:1
264:18,18 265:12
265:23 267:10
268:8,14,17 269:7
269:18 270:16
271:1,7,7,23 275:8
275:23 276:4,5,11
276:12,17,17,22
277:10,22,25 278:3
278:19,20 280:7
283:5 284:24 286:3
291:3 292:3,4,7
294:2,7,9 300:11,20
300:25 301:5,11,22
302:7 304:6 305:1
306:1,18 307:3
314:2,12,14,21,23
315:7,10 316:15
348:8
**SAP's (1)**
302:17
**SAPs (4)**
252:23 268:5 269:12
293:15
**Sarah (2)**
4:6 10:1
**Sass (1)**
187:13
**sat (1)**
275:23
**satisfaction (6)**
121:19 122:6 124:5
125:2 347:10 379:7
**save (3)**
185:20,24 387:9
**saw (8)**
55:7 90:20 147:21
203:6 278:22,24
280:19 305:17
**saying (23)**
21:20 70:1 74:18
105:25 151:2

Confidential

174:21 177:13
205:19 215:16
217:12 219:4 277:9
282:1 290:14 296:2
298:6 299:10,25
337:23 341:19
352:6 369:20
385:14
**says (103)**
42:19 99:17 109:3
146:20 147:19
148:11,20 151:16
153:12,18,20
159:19 166:23
173:18 175:22
176:7,16,22 177:6
178:14 188:19
192:17 193:1 194:5
194:12,13,17
199:19,24 200:23
213:7,11 214:22
215:4 218:24
229:20 230:15,18
231:13 236:8
237:15 239:24
240:1 243:4 254:19
270:15 271:21,23
271:23 272:25
283:25 284:6,9
288:20,25 290:6,19
290:25 291:14
296:7 297:10,22
298:1,16,19,25
299:4 300:6 301:24
312:6 314:2,14
315:17,25 317:13
319:12 324:9,16,20
325:1,2,15,24 329:6
329:22 330:16
336:13 338:4,13
339:3 340:6,21
341:3,6 342:18
370:1 371:12 374:9
374:15,18 375:3,8
379:3
**scenario (1)**
226:1
**schemes (2)**
211:23,25
**scholarly (1)**
183:13
**school (1)**
342:16
**science (32)**

5:24 18:3,9 19:3
25:20 26:22 27:1,6
70:7 71:23 118:24
120:23 121:1 167:7
173:1,4 188:12
195:9 196:1,2
198:12,13,22,25
226:7 246:6 262:12
333:5 334:25
343:25 344:7 357:1
**science-driven (3)**
39:5,6 163:21
**Sciences (7)**
156:3 224:1,25 225:5
225:16,18 226:3
**scientific (101)**
6:8 12:13 21:24 22:25
23:8,9,10 25:25
26:12 39:14 57:18
58:10 59:18 72:7,18
72:22 73:1,8,10
74:1 77:10 87:9
93:8 94:20 96:15
98:3 133:4,10
135:18 141:9
146:25 147:1,4
154:1,4,14,17
155:18,21,24
172:19 173:9 178:1
179:13,15 181:14
183:5 184:25
186:11,12 187:5,8
193:22 197:12,12
207:9 222:9 226:4
227:4 229:2 230:16
233:6 237:12
243:22 247:4,23
249:24 255:13
256:16 261:8,17
263:23 264:11,21
266:8,10,18 270:5,7
272:10,12 274:12
274:17 275:12,16
279:20 293:12
295:2 300:17 313:7
320:3 321:17
331:13,25 339:18
342:7,8,11 347:1
348:24 350:18
**scientist (16)**
18:5 22:3 23:13 26:8
26:11,24 55:3
223:20 227:10
256:25 301:10

302:8 315:15
350:13 358:11,12
**scientists (106)**
35:25 50:23 57:3
68:18 73:15 87:12
96:7,15 129:11,11
129:18 139:22
140:3 144:8 147:10
155:13 156:22
157:18,21 158:2,16
158:20 171:22
178:4,5,21 179:19
181:11 186:13,14
186:24 187:7 212:7
214:25 215:17
218:12,18 219:10
219:10 220:1,5,7,15
221:10,21,23
222:15 223:13,16
227:15 228:19
230:12 236:3
246:20 249:1,8,15
252:22 255:11
258:25 268:7
275:14,17,23 276:3
276:18 278:2,5,13
280:6 281:10,11,21
283:4 284:25 291:9
292:3 293:4 294:25
300:11 301:24
305:3 307:18,19
308:3 313:20
316:25 334:23
335:16,20,25 348:2
348:3,23 353:9
354:10,13,15,16
355:2,5,19 356:19
357:3,16 359:7
**scope (1)**
342:5
**screen (1)**
245:22
**screened (1)**
74:11
**seal (1)**
390:12
**search (1)**
55:11
**searched (1)**
65:22
**second (41)**
6:13 7:3 42:18 82:9
84:12,13 85:12
139:1 150:25

174:24 194:5
199:15 212:17
233:3 238:21,22
267:18 270:14
276:21 277:3 289:3
299:1,17 304:19
305:18 307:10
310:7,19 312:11
320:13 323:6 324:9
324:15 329:6
347:13 348:4,12
368:5 369:8,9 381:4
**secretary (4)**
267:23 268:13,15
271:19
**section (19)**
5:17 67:21 74:10
103:1 130:16,18
131:4 154:18
217:14 300:16
301:15 317:7,10
376:2,3,10 377:2
379:14,14
**sectioned (1)**
279:10
**sectioning (5)**
214:10,17 218:20
219:5,15
**sections (3)**
28:17 29:1 217:18
**sector (1)**
127:6
**see (60)**
14:25 33:7 45:9,10
52:7 58:1 61:17
63:20 71:20 72:8
91:15 99:9 100:15
139:19 148:16,22
151:20 166:14,15
187:16,17 193:4
200:4 204:3 208:24
216:13 217:11
238:22 253:15
260:5 267:20
272:25 275:2,6
278:23 289:19
313:2 314:10,12
324:2,5 325:6
328:18 336:21
338:10,17,21 339:9
340:5,9 355:23
357:9 359:21
373:21 374:11
375:7 378:3,5

379:17 383:16
**seeing (3)**
217:7 218:23 293:23
**seek (2)**
19:15 48:25
**seeking (1)**
370:20
**seen (16)**
33:1 80:15 99:20
100:10 140:10
200:16 241:24
267:12 269:24
286:22 297:20
298:7 299:13
310:20 353:16
368:2
**sees (3)**
297:21 298:6 299:15
**select (1)**
53:9
**selected (4)**
54:21 65:24 268:17
269:1
**selecting (1)**
54:23
**self-education (1)**
159:1
**self-learned (1)**
367:13
**self-taught (11)**
42:3 121:2 157:8,12
158:10 159:15
165:23 172:12
185:17 365:14
367:9
**selling (2)**
357:23 360:7
**seminal (1)**
210:1
**send (6)**
53:17,24 54:1,3
190:25 192:3
**senior (8)**
168:13 180:3 221:21
223:20 268:9
316:25 348:9
378:24
**sense (4)**
157:2 295:20 364:2
369:10
**sensitive (5)**
65:10 180:15 182:6
293:3 333:8
**sensitization (1)**

Confidential

106:20
sent (11)
76:22 90:21,24 97:14
97:19 99:6 100:15
100:16,19 190:20
199:8
sentence (35)
148:19 150:23 152:12
152:25 159:20
173:24 174:25
176:22 177:6
178:13 192:24
193:1 194:5 214:9
217:10 219:3,7
230:14 237:14
238:12 239:23,24
254:13 290:19
324:15 325:2,14
329:6,15 338:21
339:2,6 340:6,21
353:16
sentences (3)
200:23 338:12,12
separate (2)
11:13 95:16
September (13)
13:22 14:8,8 44:7
141:18 147:18
161:1 323:2 324:21
325:19 326:14
327:21 328:1
series (7)
33:20 74:4 144:10
157:4 270:18
275:12 287:5
serious (5)
96:19 180:4 256:22
259:3 367:3
serve (3)
268:8 295:1,1
served (11)
20:11,19,25 21:2,3
22:19 188:17
189:22 226:12
280:7 368:22
serves (1)
383:3
service (3)
30:7 72:15 74:3
services (4)
25:6 69:17 79:11,19
serving (3)
220:15 223:24 301:11
session (1)

298:19
set (26)
25:18 55:19 59:17
65:24 82:19 83:24
98:9 99:5 104:24
107:5 147:3,5,17
172:19 230:24
243:16 266:9,11
270:7 306:12
308:13 315:3
317:23 380:2
381:10 383:5
sethoxydim (2)
385:7,11
sets (1)
137:6
Sette (1)
312:19
setting (7)
22:15 28:3,8,15,17
91:20 123:2
settle (1)
331:24
settled (2)
171:9,14
seven (11)
11:13 59:4,25 61:2,3
111:21 144:8
212:10 285:4 310:2
310:4
severity (1)
63:22
shame (1)
172:3
share (4)
63:16 140:21 181:5
258:9
shared (3)
154:13 181:6,8
sharpen (1)
344:8
sharpening (1)
231:23
sharply (1)
162:25
sheet (5)
11:9 387:1,11 388:1
389:1
sheets (1)
11:14
Sherman (3)
2:15 270:19,22
shield (3)
204:5 205:5,14

shift (1)
364:4
shifted (1)
28:23
shine (1)
237:11
shocking (1)
90:23
short (5)
93:4 243:15 266:23
274:24 292:24
shorter (1)
243:4
shoulder (1)
212:13
show (4)
80:9 177:20 238:18
293:9
showed (5)
106:1 171:8 236:5,6
344:23
showing (6)
81:24 96:19 182:16
255:13 264:7 289:5
shown (4)
57:18 83:16 336:3
378:13
shows (2)
84:19 355:17
shut (1)
194:20
sick (1)
163:23
side (5)
49:17 103:21 187:15
187:15 283:10
sign (1)
76:18
signatories (1)
158:6
signature (7)
271:14 312:7,14
318:21 386:9
388:24 389:24
signatures (1)
311:20
signed (6)
76:22,23 144:7 249:1
385:16 387:13
significance (9)
274:17 287:11 336:7
336:17 346:9,11
347:18 349:18
352:9

significant (22)
12:8 20:6 30:24 52:17
67:7 79:14 85:7
105:4 106:25
112:24 135:5
136:25 161:18
170:12 177:18
185:11 246:2 249:5
249:10 283:12
343:25 344:25
significantly (1)
27:23
signifies (1)
325:16
signify (1)
33:22
Silverman (1)
7:22
similar (11)
59:2 60:5 66:2 100:12
100:18 105:21,21
159:11 173:23
245:18 353:19
similarly (1)
354:3
simple (2)
235:13 284:23
simply (4)
217:12 239:5 264:17
304:6
simulate (1)
345:5
sincerely (1)
316:11
Sincocin (1)
87:3
single (10)
11:4 41:11 45:17
75:17 105:1 191:20
201:21 280:20
299:19 301:5
sir (73)
11:16 12:25 13:3
14:16 15:11 16:9
18:25 19:2 21:7,22
23:2 24:1,25 26:23
32:1 33:12 35:12
37:8 70:2 73:2 77:2
77:4,7,19 78:7 79:8
84:10,11,22 85:8
86:1 100:6 102:16
103:19 104:16
117:13,17,20
119:19 120:5,10

125:8 126:12,22
131:16 147:19
152:6 162:9 188:9
192:25 198:1,16
202:21 204:21
208:11 216:19
218:24 221:2
231:12 234:19
237:25 260:2,19
267:21 270:11
271:10 273:1,10
290:5 309:10 314:5
363:9 379:21
sit (7)
197:16 222:14 223:18
266:1 332:21
340:12 361:3
sitting (8)
17:7 46:10 62:20
91:24 116:2 295:9
328:7 376:8
situation (2)
65:13,17
six (12)
11:13 48:24 104:14
105:2,5 111:15
184:8,10 220:10
257:19 341:4
357:10
six-pack (7)
105:13,17,23 106:2,7
107:6,12
size (2)
128:12,13
skilled (1)
293:5
skimmed (2)
47:11 203:6
skin (6)
7:7 77:21,25 106:16
106:20 373:11
Skinnider (1)
7:19
skip (1)
176:14
Skype (2)
363:16,22
slice (2)
217:14 218:3
slide (4)
217:24 297:6,20
298:8
slides (26)
217:8 218:1,15,16

Confidential

219:5,8,14 236:25
240:7,8 241:18
242:2,3 247:1,21
274:12,25 275:6,6
276:9 279:6,10,16
300:5 307:10
350:11
**slight (3)**
234:24 236:5,6
**slow (1)**
113:16
**small (6)**
71:5 112:12 280:24
282:4 297:1 344:21
**smaller (1)**
340:2
**Smith (1)**
199:2
**so-called (1)**
180:12
**social (1)**
18:3
**soil (1)**
125:14
**sold (11)**
39:9 104:5 248:9
330:10 359:20,24
360:15,15,16 364:3
364:12
**sole (4)**
21:15 36:20 108:24
108:24
**solely (2)**
60:7 92:18
**solicited (1)**
263:8
**solid (3)**
280:15 293:12 354:22
**somebody (2)**
69:5 216:1
**somewhat (1)**
271:16
**soon (2)**
81:6 174:2
**sophisticated (1)**
173:1
**sorry (19)**
32:1 46:12 138:3
150:5 175:15 209:5
212:24 235:8,11
265:21 269:7 300:2
324:4,8 326:8
328:21 329:15
338:1,20

**sort (10)**
53:20 75:11 149:12
157:5 204:3 205:5
226:3 350:2 363:10
373:16
**sorts (1)**
39:4
**sound (1)**
10:23
**source (1)**
373:6
**sources (2)**
79:16 175:19
**South (1)**
3:5
**soybean (1)**
72:11
**soybeans (1)**
344:19
**space (5)**
5:24 72:17 198:13,22
199:1
**span (1)**
89:22
**spans (1)**
138:23
**speak (9)**
22:17 62:4 81:17
139:11 165:9 168:7
282:25 295:7
356:18
**speaking (7)**
51:18 58:15 118:3
147:24 186:13
249:11 363:15
**speaks (4)**
40:3 94:3 243:13
300:4
**special (2)**
54:5 121:21
**specialist (1)**
9:14
**specialists (2)**
188:14,17
**specialized (1)**
121:25
**species (3)**
176:8 318:11 353:19
**specific (24)**
7:18 47:8 53:11 54:6
55:13 65:13,17,20
67:23 72:20 75:3
105:9 122:19
186:16 189:3

228:22 249:11
272:10 304:1 322:4
365:22 375:11
382:5 383:3
**specifically (41)**
19:8 40:7 41:25 45:25
48:1 49:5 54:21
59:8 60:10,19,22,24
71:13 81:13,17
99:25 101:12
126:19 132:16
133:5 158:22
189:24 212:4
227:13 236:7 246:4
247:10 253:10
254:9 273:3 299:4
300:24 319:3 357:6
357:21 359:3,3
367:19 374:16,22
376:7
**specifies (2)**
372:4,5
**spectrum (2)**
31:3 128:12
**spelled (2)**
274:21,23
**spend (7)**
10:14 44:3 93:15
147:21,23 247:23
308:1
**spent (11)**
5:8 11:9,15 12:5 13:5
13:13,14 48:15
156:22 187:16
256:2
**Spinelli (1)**
7:19
**spoke (5)**
47:7 225:9 290:3
309:20 356:2
**spoken (2)**
240:25 353:8
**spokesperson (1)**
199:6
**sponge (1)**
186:21
**sponsored (1)**
224:3
**spray (4)**
127:20 128:11,13
206:3
**sprayed (3)**
47:1 91:19 92:10
**staff (31)**

20:12,20 21:3,8,15,17
21:20,21,23 22:4,13
22:15,19 24:3,9
84:19 85:15,22
156:1 158:16
188:12 220:17,25
221:6,15 222:14
223:6 225:14
247:23 249:24
348:6
**staffers (1)**
21:12
**stages (2)**
176:9 262:5
**stakeholder (1)**
29:25
**stakeholders (1)**
22:14
**stand (3)**
61:10 137:9 142:4
**standard (48)**
39:24 40:21,25 41:3,7
41:9,12 54:2 75:18
103:13 122:18,19
122:24,24,25
123:11,13,14
125:22 129:14
130:1 172:2 174:4
224:16,17 226:25
230:10 231:10,18
232:25 234:11
236:22 238:15
239:14,16 246:9
247:3 248:4 249:3
261:22 262:11
270:9 271:2 277:20
292:1 322:10
324:11 336:7
**standards (5)**
40:13 88:24 233:5
322:22 323:11
**standpoint (2)**
230:19 285:20
**stands (1)**
250:11
**stars (1)**
227:16
**start (4)**
9:3 13:19 151:25
374:6
**started (7)**
12:16 13:15 223:7,23
224:10 295:22
364:3

**starting (3)**
139:9 183:20 207:11
**starts (14)**
151:2 174:21 199:16
213:5 215:15 233:4
277:9 289:4 296:2
314:1,11 323:25
337:23 340:3
**state (7)**
1:1 2:6 9:7 24:13
25:10 157:3 373:14
**state-specific (2)**
375:20 376:3
**stated (2)**
266:7 312:8
**statement (20)**
150:25 158:7 198:11
199:5,13 200:6
201:8 214:16 230:2
233:4 235:5 289:4
302:12,19 307:14
309:9 346:22 370:7
371:7,14
**statements (9)**
38:25 39:5 40:16
184:7 351:5 374:1
374:16 375:8
380:12
**states (17)**
20:10 25:14 27:15
31:23 42:6 67:3
68:6,22 72:12 93:23
110:24 196:25
244:19 266:7
357:24 360:15
362:7
**stating (3)**
195:25 291:8 354:7
**statistical (15)**
159:4 170:17 207:21
218:5 283:23 284:5
284:11 299:7
302:15 336:7,17
346:9,11 349:17
352:9
**statistically (7)**
62:16 161:18 170:12
247:12 249:4,10
293:6
**statisticians (1)**
149:13
**statistics (2)**
72:15 308:22
**Stats (1)**

Confidential

73:24
**status (2)**
132:23 135:13
**statute (7)**
20:9 28:10 29:12
224:16 225:21,22
225:25
**statutes (5)**
27:21 225:6,10,19
226:21
**statutory (4)**
27:19 28:22 226:3,23
**stay (1)**
215:13
**stayed (2)**
14:2 89:20
**steady (1)**
292:18
**stemming (2)**
321:19 322:2
**stenographer (1)**
195:3
**step (4)**
218:8,12 237:10
263:9
**steps (5)**
219:18,21 232:11
237:4 377:21
**Steve (2)**
268:8,12
**steward (1)**
145:1
**stewardship (1)**
40:6
**stipulate (2)**
194:13,15
**Stony (2)**
240:15,16
**stop (2)**
17:3 287:24
**stopping (1)**
345:13
**storm (1)**
98:20
**story (1)**
90:17
**straight (2)**
91:19 259:13
**straightforward (2)**
258:18 281:16
**strain (1)**
353:19
**strategy (2)**
55:3 275:15

**STRAWN (1)**
4:3
**Street (2)**
3:4,13
**strengthens (1)**
343:1
**strict (2)**
297:13,16
**strives (1)**
269:17
**strong (3)**
263:24 281:21 293:12
**stronger (1)**
343:18
**strongest (1)**
148:20 340:7
**strongly (1)**
246:21
**structure (1)**
167:11
**studied (2)**
48:21 255:25
**studies (247)**
7:3 8:5 25:21 48:10
49:21 50:7,9,10
51:1,8,10,24 52:3,9
52:12,21,22 56:21
56:22,25 57:6,10,11
57:14,18,20,24 58:6
58:9,14,19,25 59:17
59:20,22 60:1,13,17
60:18 61:4 62:7,21
62:23 64:3,4,12,13
64:15,21 65:9,20
67:7 68:19 73:5,10
77:11 91:23 92:15
95:25 96:1,2 104:24
105:14 108:10,15
111:25 113:1 114:5
119:1 120:10,16,18
120:21 121:15,25
122:12 124:8 125:6
125:10,13 126:10
126:11 128:3
140:13,18 153:10
153:16 154:16
155:18 156:7,23
159:2,5,23 160:5,6
172:4 173:6,10,20
174:9,10,12,18,18
176:25 177:14,19
178:7,11,19 179:3
179:25 180:10
181:1,2,3,7,22,23

182:5,14,16 185:4
188:12 192:21
197:7,9,11 230:8,24
231:21 236:16
248:20 250:12,18
250:23 251:3
252:16 254:16
256:5 257:8,11,12
257:15 258:7,7,8,14
258:23 259:6
261:10,11 262:13
262:19 263:13,15
264:20,24 265:1,5
265:20 266:2,11,13
266:15 285:16,20
285:24,25 286:4
298:22,23 304:11
313:23 314:17
316:13,18 317:2,4
318:11 319:1
330:24 331:9,15,17
332:2,9,11,18,21,25
333:6,20 334:2,6,9
334:11 335:4 336:5
336:8 337:8,10,11
338:7,7,8,21 339:15
339:17 341:1,9,18
342:9 343:11,21
344:7 346:8,18,25
347:6 348:2,20
349:19 350:7 351:6
351:8,10,15,24
352:1,2,4,7,19
353:2,10,13,17,18
354:3,6,11,20,20
356:7 358:14
**study (217)**
7:7,16,18,21,25 18:8
23:12 29:7 48:17,23
50:4,15,21 55:23
56:10,14 58:3 59:1
61:8,12,18,20,23,23
62:1,2,9 63:9,12,13
63:14,25 65:5,6,12
66:5,22,24 67:12,17
67:19 68:3,11,20
69:1,3 73:14 77:15
77:18 90:4 93:10,11
98:25 107:12
116:22 117:4,7,10
118:22 122:8,13,14
129:8 144:5 155:22
161:19 170:3,6,9,21
171:3,5,7,12,23,25

174:2,5 180:12
181:25 182:1
202:19 203:7
207:11,13,15 213:7
213:9,12 214:6,11
215:24 217:11,17
218:4,9,21 219:6,8
219:13 227:22
228:6 234:14,16,20
235:6,18 236:6
239:2 243:18,25
246:19 247:5,6,9,13
247:19 248:11,24
249:4 251:22
252:20 253:3,6,8
258:19 264:23
265:14 273:9,15,25
275:19,21 276:9
279:7,8,23 280:2
281:4 283:14,15,16
284:22,22 287:13
289:10,16 290:12
290:13,15,17,21,23
291:5,7,11,16,19,20
291:23 292:10,23
292:25 293:4,5,7,9
293:11,14 296:15
299:21 303:23
304:2,5,8,16,18,19
305:19,24 307:4
308:18,19,23
309:16 313:22
315:22,23 327:15
329:18 330:5 331:7
331:24 332:4 335:5
335:9,13,14,21
336:1,3,9,13,15,16
336:24 337:3 344:5
347:3,9,20,24 349:1
349:4 350:9 352:13
352:21
**Study's (1)**
330:7
**stuff (3)**
127:13 191:18,19
**subacute (1)**
109:8
**subagencies (1)**
25:7
**subchronic (18)**
111:2,11,12,19,20,25
112:5,8,10,13,14,16
112:22,25 113:22
113:24 114:15

119:20
**subcommittee (38)**
20:4,11,12,19 21:1,2
21:3,5,12 22:5,5,18
22:20 23:23 24:5,9
24:11,16 84:15 85:1
85:13,16 88:17 89:2
89:9,13,17,20
220:18,21 221:1,7
221:25 222:3 223:6
223:21 224:23
225:1
**subcommittee's (1)**
20:14
**subcommittees (1)**
22:12
**subheading (6)**
148:16 150:23,24
176:7 229:21
317:13
**subject (17)**
5:21 6:2,8,10,13 7:3,5
7:24 162:3 179:2
202:7 235:25 236:1
255:7 326:3,14
333:19
**submission (5)**
76:9 86:21 87:10
130:20 131:11
**submissions (4)**
247:24 275:25 276:16
280:8
**submit (8)**
89:19 123:22 127:9
129:9 130:13,23
286:2 381:22
**submits (2)**
109:18 272:2
**submitted (23)**
49:25 51:4 52:18
86:12 87:18 116:4,7
133:4 153:10,15
174:7 197:7 230:9
236:17 255:11
258:15 279:8 287:9
317:3 339:15
364:22 381:23
385:4
**subpoena (4)**
5:15 99:19 100:1,24
**Subscribed (1)**
387:19
**subsection (5)**
213:6 214:8 229:19

Confidential

317:9 374:9
**subsequent (5)**
32:21 141:17 148:2
209:6 273:6
**subsequently (3)**
158:17 209:2 347:9
**subset (1)**
326:2
**substances (2)**
224:4 323:17
**substantial (10)**
25:9 49:1 74:24 88:23
96:18 116:6 126:4
252:18 344:9,18
**substantially (10)**
34:23 111:15 178:20
182:17 324:18,24
343:6 377:5 381:15
381:17
**substantive (1)**
98:13
**successfully (1)**
232:14
**succinctly (1)**
337:5
**suffering (1)**
380:20
**sugar (1)**
344:19
**suggest (4)**
21:11 295:10 331:17
336:6
**suggested (4)**
237:2 259:6 302:22
336:12
**suggesting (6)**
69:12 113:23 205:22
214:25 237:25
334:13
**suggestion (1)**
325:25
**suggests (2)**
57:2 217:5
**suit (2)**
204:4,7 205:1
**suits (1)**
77:8
**summarize (1)**
337:5
**summarizing (1)**
196:3
**summary (12)**
7:24 50:8 176:6,6
230:15 243:16

301:2 302:18
323:25 324:7
346:22 351:4
**summer (1)**
225:2
**Sunday (2)**
91:2 97:21
**Superior (2)**
1:1 9:7
**Superiority (1)**
8:2
**superseded (2)**
327:4 347:20
**supplemental (9)**
5:10 32:22,24 33:5,10
33:18 34:6 42:19
80:11
**supplementing (1)**
76:14
**supply (2)**
29:6 127:5
**support (14)**
5:21 12:10 85:15
148:20 166:9
167:19 175:6
194:10 275:19
324:25 338:15
339:8,24 340:7
**supported (1)**
301:22
**supporting (5)**
22:8 23:17 46:15 52:3
305:1
**supportive (2)**
230:16,20
**supports (1)**
346:16
**suppose (4)**
12:12 78:19 219:23
333:10
**supposed (3)**
147:12 163:18 172:13
**supposedly (1)**
39:6
**sure (41)**
12:3 15:15 17:15
37:16 42:4 45:24
47:14 61:16 63:3
68:10 74:9 75:2
76:24 84:7 113:20
118:10 121:3
135:12 142:5
162:25 184:9
190:22 195:8 217:7

219:7,16 221:12
238:23,25 244:3
248:8 272:16
295:19 316:14,17
327:8 337:13
345:14 363:11
369:21 384:10
**surely (1)**
248:10
**surface (1)**
126:8
**surfactant (3)**
8:7 357:22 359:6
**surfactants (10)**
87:17,22 104:7
105:21 256:19
339:20 359:12
364:4,8,15
**surprise (2)**
107:2 246:17
**surprised (2)**
199:8 205:20
**surprising (2)**
90:15,22
**surprisingly (2)**
275:4 373:10
**surveys (1)**
72:14
**survival (5)**
252:24 253:4 281:14
281:19,24
**Susan (1)**
270:22
**suspect (7)**
17:12 83:22 105:3
162:10 181:9
375:16 376:6
**suspicion (1)**
344:17
**sustainable (1)**
31:7
**swear (1)**
10:4
**Sweden (5)**
62:1,21 64:8,13,22
**Swedish (2)**
8:5 65:22
**Swenberg (23)**
267:25 294:14 295:16
295:24 296:2,2,12
296:17 297:8,18
298:6,17 299:11,25
301:12 305:7,13
306:6,10 308:12

309:4,7,20
**Swenberg's (4)**
300:8 307:7,20
315:14
**switch (1)**
360:8
**switched (1)**
359:5
**sworn (4)**
10:7 47:21 387:19
390:5
**symbols (1)**
374:20
**system (11)**
35:10 125:18 149:18
156:9 159:9,10,11
190:10,15 208:14
371:25
**systems (2)**
180:23 181:11

**T**

**T (5)**
5:7 6:1 7:1 8:1 10:8
**table (6)**
103:20 104:9 118:10
306:4 324:7 359:17
**take (29)**
2:7 11:17 44:18 82:14
108:22 109:10
124:20 160:21
179:20 182:25
188:23 191:5
196:12,14 199:11
219:21 227:25
232:12 237:10
256:1 266:23,24
272:18 284:8
327:10,15 330:14
345:12 380:23
**take-home (2)**
301:3 306:5
**taken (12)**
2:2 38:8 82:2 147:25
151:12 153:13
184:5 255:22 263:9
284:4 327:13 387:7
**takes (1)**
123:5
**talented (1)**
186:24
**talk (40)**
19:23 43:9,17 45:2
47:4 59:12 67:18

68:18 84:1,3 90:21
97:20 98:15 103:21
109:23 138:7 139:9
139:16 142:24
150:19 168:16,24
186:23 202:22
207:21 211:17
239:4,13 241:18
244:15 245:6,15
287:19 301:21
309:15 355:21
358:1 362:9,12,14
**talked (46)**
43:7,11 44:25 80:10
89:23 109:21 117:3
150:22 157:24
158:3 164:16
179:10 185:13
188:10,20 209:9
218:25 239:11
240:23 242:12
245:10 251:24
302:19 305:3 315:2
315:5,13 324:14
347:14 350:16,20
351:3 353:3 355:1
355:18,22,23,24
356:5,6,13,22,25
357:2,7 374:5
**talking (33)**
10:15 33:7 37:21 53:2
56:4 58:13,18 75:23
87:25 113:5 123:6
148:4 150:21
159:16 160:24
179:21 187:16
189:10,11 238:1
242:1 243:1 276:6,7
296:13 300:14
306:8 315:6 335:4
337:16 345:22
349:17 371:10
**talks (6)**
211:7 213:7 214:8
234:13 244:18
296:6
**tallow (1)**
359:6
**tape (2)**
198:5 200:12
**target (4)**
142:18,19 243:9
379:24
**targeted (1)**

Confidential

121:25

**task (1)**
12:15

**taxes (1)**
79:25

**Taylor (7)**
210:8 287:22 288:1,7
288:9,17 311:8

**TB (1)**
289:11

**team (5)**
70:7 71:23 334:12
336:13 361:12

**teams (1)**
58:4

**technical (16)**
103:22,25 104:2
134:16 147:8
157:18 180:13
253:25 255:8
313:20,24 340:15
351:22 356:15
372:11 380:3

**Technology (5)**
5:24 86:25 198:13,22
199:1

**Ted (1)**
220:12

**television (1)**
382:7

**tell (13)**
37:6 92:21 111:10
137:21 139:13
142:7 207:6 210:3
242:13,14 287:4
292:8 309:11

**telling (4)**
36:10 128:23 184:13
225:20

**tells (1)**
191:7

**ten (9)**
58:7 116:5,18,18
117:10 262:6
282:21 332:25
364:5

**tendency (1)**
275:13

**tentative (6)**
237:21 238:11,17
239:8 247:10
264:21

**tentatively (2)**
237:17 277:19

**term (8)**
77:11 88:20 141:7
211:15 274:6,8,11
376:19

**terms (13)**
104:17 123:8,9
128:16 149:3
173:12 224:9
240:20 245:3
291:10 347:8
361:16 383:3

**test (8)**
96:23 114:16 118:11
180:13,22 258:13
298:11 336:7

**tested (9)**
30:12 229:22 234:15
235:1 243:6 252:5
253:10 273:14
340:22

**testified (18)**
10:7 78:11,14 79:6
85:5,23 106:3 107:1
143:11 153:3
160:13 169:22
199:10 247:7
276:11 330:1 348:7
358:17

**testify (3)**
89:12 188:9 351:9

**testifying (8)**
12:23 13:1 79:10
164:9 201:23 285:1
296:14 330:14

**testimony (33)**
5:23 15:6 47:21 48:14
51:13 52:14 59:19
59:24 64:2 66:11
79:17 89:9,18 93:22
119:12 133:21
150:11 169:20
173:13 189:2
198:11 199:3
206:16 250:20
274:7 275:25
276:15 280:8 309:8
319:15 330:12
370:11 390:7

**testing (60)**
30:9 96:13,16 103:17
103:18,21 104:18
106:7 109:4 111:2
111:19 112:5,8,14
112:16,22 113:22

113:24 114:11,14
114:19,25 115:11
115:18 116:23
117:15,18,23
118:14,17 119:1,18
119:20 120:2 121:4
121:21,22 122:3
123:6,19 124:4,9,25
126:23 127:18,19
128:11,15,24,25
129:2 130:5,7
154:19 172:10
180:15,16 184:19
261:7 343:13

**tests (22)**
104:10,14 105:3,6,17
106:9 107:18 108:2
111:12 112:10
115:5 116:3,19
117:21 118:15
119:10 128:21
230:3,4,4,16 259:7

**text (1)**
174:20

**Thank (1)**
201:10

**then-marketed (1)**
162:17

**Theo (1)**
187:16

**thereof (1)**
390:11

**thereto (1)**
29:11

**thermal (1)**
121:7

**thicker (1)**
204:18

**thickness (1)**
204:17

**thing (11)**
15:19,25 16:6 51:5
85:12 95:22 103:17
192:5 195:4 229:20
373:16

**things (13)**
24:21 113:16 121:22
125:14 175:12
187:15,15 191:23
194:14,19,21
222:11 248:22

**think (116)**
10:13,14 15:14 16:25
24:16 40:4 44:11

45:17 46:9 47:2
49:14 55:20 56:4
58:23 59:3 62:12
67:2,10 68:5,19
78:10 85:4 86:5
88:3 90:24,25 93:17
95:9 98:17 99:8,12
100:14 111:14
116:5 120:7 121:11
130:24 132:14
143:18 144:7,18
145:8,9 158:5,6
165:3 166:4 169:8
171:24,24 172:5
174:7 180:18
183:13 192:5
196:11 197:8 203:6
203:8 204:3,4
206:18 210:16
211:1 212:10,16
216:3 218:14
221:18 237:23
241:24 246:22
251:14 258:11
263:16 271:15
273:19 274:19
278:1,18 281:15,16
282:21 287:15
293:4 296:9,17
299:7 301:4,9 304:5
306:6,10,17 308:7
319:20 328:10,17
328:18,23 341:10
341:13 347:22
348:15,16 355:25
357:9 362:23,24
367:8 370:11 382:5
382:18,22,23 383:5

**thinking (1)**
17:3

**thinks (2)**
296:3 299:7

**third (7)**
62:25 85:21 176:15
214:9 316:4 375:7
383:2

**thorough (6)**
44:1 107:2 143:12
162:8 233:5 333:25

**thoroughly (1)**
178:22

**thought (4)**
101:6 138:4 163:6
219:2

**thousand (3)**
73:18 75:23 76:11

**threatening (1)**
184:4

**three (51)**
11:13 20:19 31:21
47:15 58:2,5 60:9
84:24 89:22 93:17
93:20 107:16
116:20,22 117:7,21
133:8 143:13 164:2
164:6 185:6,7
188:13 207:19
228:10 249:23
263:18,18,22
266:17,17 279:25
282:22 288:9 291:2
291:4 294:2 301:21
304:3,14,25 308:21
316:2 338:12
341:11 382:5 383:3
383:20 384:25
385:7,15

**three-person (1)**
304:17

**three-quarters (1)**
288:20

**Thursday (1)**
91:1

**tick (1)**
173:14

**ticked (1)**
173:18

**tiered (1)**
170:22

**tight (1)**
205:7

**time (165)**
5:8 10:15,16 11:9,9
11:14 13:13,14 14:3
16:18 20:18,22,24
21:14,15 22:19 24:6
28:5 29:8,8 30:6
44:4 45:14,20 48:15
53:16 62:25 64:6
66:13,18 72:17
75:22 79:12,13 83:6
83:11 89:22 92:25
93:15,19 97:20 98:9
99:5 108:6 113:19
139:2,5 144:8
147:21,23 149:15
155:17 156:23
161:7 162:9,24

Confidential

163:2 169:11,21
171:19,21 178:15
179:16,18 181:2
184:9 187:16,23
188:23 189:12,14
190:5,13,15,20
201:11,14 202:14
205:11,17 210:20
210:22,25 211:25
217:1 220:12,14
222:6,13 223:7,20
224:5 228:22,24
231:2 237:1 238:21
239:17,19 240:16
242:19 245:14,19
246:1 248:21
251:18,19 256:3
257:16 259:8
261:16 267:1,6
269:8 271:7 277:18
287:20 289:17,18
290:12,16,18 291:1
291:17 292:19
293:2,16 295:7
305:11 308:1
309:18,23 310:8,13
312:3 317:3 318:2
318:13 319:8,23,23
323:5 324:21 326:1
330:16 331:6 334:1
338:15 339:7,24
342:14,18 343:22
345:16,19 350:13
357:7,25 363:7
370:23 378:20
379:3 384:11,14
386:4
**timeframe (3)**
152:3 221:14 270:25
**timeframes (2)**
107:20 108:3
**timelines (1)**
71:25
**timely (1)**
130:24
**times (27)**
13:4 15:2,5,7 27:24
43:7,11 47:18 55:14
64:17 74:19 89:23
89:23 107:16
122:11 129:10
153:2 165:3 185:20
198:1 202:20 220:9
220:11 222:23

225:9 239:12 288:9
**Timothy (2)**
2:18 9:18
**Tinsworth (2)**
233:21 378:24
**tissue (1)**
125:15
**tissues (2)**
216:13 243:9
**title (4)**
5:17 21:17,17 102:25
**titled (1)**
80:11
**TNO (1)**
7:7
**today (31)**
10:15 12:24 62:21
69:23 91:25 116:2
155:16 174:11
178:16 180:17
181:12,21 190:9,24
192:2 197:16
208:13 241:7
248:14 250:11
261:23 266:1 274:7
328:7 330:14
343:19 349:5,11
361:3 370:12
385:21
**today's (1)**
208:22
**Todhunter (1)**
88:22
**told (2)**
98:10 328:23
**tolerance (16)**
28:8 49:7,8 74:25
75:3,10,19 123:1
127:10 129:4,24,24
129:25 137:7 167:8
225:24
**tolerances (8)**
6:18 7:14 25:18 28:3
28:15,17,25 195:13
**tolerated (6)**
252:17 253:2 281:8
281:12,18 303:21
**tomorrow (4)**
10:16 185:21 362:19
386:2
**tools (2)**
180:11 334:8
**top (11)**
100:4 213:5 232:24

272:7 289:1,2 314:9
337:20 338:4
374:15 383:16
**top-level (1)**
253:7
**topic (2)**
189:8 246:7
**total (13)**
13:12 29:6 60:17 68:9
79:18,21 80:6 93:18
112:12 119:6 232:9
232:10 282:23
**totals (1)**
353:2
**touch (4)**
89:21 187:6,8 215:13
**tour (1)**
223:23
**tox (11)**
187:15 212:23 218:11
230:12 236:3 237:3
237:5,21 240:5
254:14 311:2
**toxic (6)**
96:11 182:17 224:4
323:16 333:3
359:13
**toxicity (37)**
21:25 23:8 50:15 73:1
73:6 96:19 104:10
104:14,18,24 105:3
105:6,12 106:9
107:18 108:10,15
109:4,8 114:25
119:17,22 140:13
174:12 176:8,17
192:20 256:18,19
290:21 291:20
321:24 339:21
356:9 357:19
358:15 359:1
**toxicological (5)**
96:3 127:16 167:5
178:7 334:8
**toxicologist (2)**
149:13 168:1
**toxicology (49)**
18:23,24 54:5 75:9
108:21 207:9 210:5
210:8,21,23 213:22
214:5,15,19,24
215:17 220:16
223:13,15 228:18
233:23 236:3

237:16 246:12
277:17 288:5,5
289:11,15,24 290:8
290:22 291:4
292:14 297:4
298:12,23 299:22
300:3 304:15
313:15 323:22
326:12 327:2,14
343:14 347:7,19,23
**track (2)**
295:4 331:10
**tracked (3)**
64:8 134:15 136:19
**tracking (4)**
17:4 72:2 133:1 345:3
**traditionally (1)**
127:23
**trained (8)**
18:13 19:9 35:13,15
69:8 155:21 160:4
279:15
**training (9)**
17:19,25 18:6 27:5
41:24 42:1,2 77:3
365:5
**transcribed (1)**
2:2
**transcript (20)**
6:6 161:7,9,15 206:15
249:21 250:1
267:11 278:19
294:10 295:14
298:5 301:3 305:15
307:25 309:8
315:14 348:8 387:7
390:7
**transcripts (3)**
164:3,6 203:23
**transfer (1)**
28:21
**transferred (1)**
28:19
**translation (1)**
134:10
**transmission (1)**
292:17
**transmittal (2)**
6:8 270:4
**trash (3)**
190:12,13,16
**Travers (8)**
2:19 9:19 53:25 54:16
80:23 100:14,19

185:2
**treated (1)**
289:8
**treating (1)**
289:6
**treatment (13)**
18:17 193:23 207:19
217:21 247:13
252:17,19 253:1,5
308:21 351:20
352:14,16
**treatment-related (8)**
171:6 249:4 302:17
346:8,19 347:5
351:21 353:13
**trends (4)**
72:9,18,23 73:12
**trial (6)**
13:2 15:6 17:8 79:5
191:1 192:4
**trials (1)**
79:6
**tribes (1)**
110:24
**tried (6)**
163:9,11 330:22
331:10 345:5
358:22
**trigger (5)**
129:7 148:8 180:22
183:23 218:4
**triggering (1)**
128:2
**triggers (1)**
334:14
**trip (1)**
161:6
**true (6)**
177:17 178:21 204:25
309:9 387:9 390:7
**truly (2)**
171:4 273:21
**trust (1)**
188:6
**truthfully (1)**
384:1
**try (15)**
29:23 36:21 55:12
95:16 108:3 128:3
129:11 139:10
237:6 295:4 303:7
332:20 350:19
354:21,21
**trying (6)**

36:9 55:5 206:20
235:8 345:3 356:15
**TSG (2)**
9:14,15
**tubular (26)**
144:4 161:18 170:5
170:13 171:22
207:16 213:12,15
234:25 236:7
247:12 249:5 250:3
273:10 279:4,9,13
280:21 289:8
298:21 302:14
303:19 306:16
309:2 347:3 348:11
**tubule (1)**
297:7
**tubules (2)**
297:5 298:7
**Tuck (5)**
1:25 2:4 9:15 390:2
390:19
**tumor (52)**
159:5 214:2 216:16
217:4,20,21 218:3
234:25 236:8,18
239:25 240:9
247:16 253:23
273:14 274:2,4,6,9
274:13,21 275:3,6
276:24 278:16,20
278:21,24 280:9,16
282:17,17 283:1
284:17,21 292:9
296:9 298:14 299:1
300:12,21 301:13
301:23 304:10
305:2,16,18 350:14
351:23 352:3,8,19
**tumorous (1)**
217:13
**tumors (46)**
6:11 170:24 211:9
212:1 215:5 216:9
216:14 217:25
219:18 240:1
272:22 276:24
277:11 278:8
279:24 280:24
282:4,7 283:6 287:8
289:8 297:24
302:16 308:20
346:7,17,24,25
347:5,8,19 348:1

350:1 351:6,10,14
351:19 352:1,15,16
352:17 353:1,4,12
353:16 354:1
**turn (4)**
271:13 293:13 345:23
369:24
**turned (3)**
20:17 175:15 284:21
**turns (2)**
295:16 296:1
**Twelve (2)**
98:22 294:13
**Twenty (1)**
202:13
**twice (7)**
15:8,9 66:23 93:17
204:23 205:2
215:12
**two (72)**
8:5 11:13 27:20 29:1
49:15 58:1,2,2,4,5
60:9 62:3,14 63:15
64:21 65:19 78:18
79:6 87:2,5,5 89:22
107:15 114:20
115:1,23 156:2
167:4 170:14
173:16 177:21
183:25 188:11
196:15 199:3
201:18 202:16
220:12 221:20,23
224:9 225:6,10,19
228:9 239:21 242:2
245:14 246:5 257:4
263:25 272:8,10
279:17 297:5 300:1
307:22 308:11,20
309:2,18 312:3
313:5 318:11,15
319:1,16 331:8
334:11 338:12
348:3 356:10
**two-line (1)**
97:19
**two-thirds (1)**
295:17
**two-year (7)**
170:3,9 290:17,20
291:19,20 333:20
**tying (1)**
225:7
**type (9)**

65:12 114:16 204:18
276:24 277:2
306:13 336:8 375:4
382:1
**types (10)**
15:22 104:10,14
107:22 114:20
120:9 333:7 370:6
371:12 372:8
**typical (4)**
114:22 137:15 146:11
218:8
**typically (9)**
111:21 115:20 145:19
149:12 155:1
211:24 216:20
333:7 372:15
**typos (1)**
98:12
**Tyvek (4)**
77:8 204:4,7 205:1

**U**

**U.K (1)**
344:23
**U.S (18)**
5:21 6:2,8,10,13 7:5
7:24 19:8 25:4
29:16,19 36:5 67:8
131:24 159:12
196:6 199:1 361:22
**ubiquitous (1)**
196:23
**Uh-huh (1)**
314:13
**UK (1)**
8:9
**ultimate (2)**
168:19 348:18
**ultimately (11)**
31:11 40:22 95:13
110:25 130:5,8
134:19 136:20
159:6 285:6,23
**unable (2)**
248:19 312:13
**unanimous (2)**
271:12 272:6
**unanimously (1)**
272:2
**uncertain (1)**
264:22
**uncertainty (8)**
218:9,13 242:10

248:3,13 302:13
303:18,20
**unchanged (2)**
261:24 327:21
**undergoing (1)**
151:19
**underlined (1)**
289:18
**underlying (10)**
28:21 163:10 179:24
233:6 237:11
247:14 248:2 306:2
316:14 350:19
**underneath (1)**
212:24
**understand (25)**
17:21 36:9 46:25 93:9
93:13 107:24
120:18 156:9,11
163:10,11 200:11
297:15,17 315:5
326:7 327:8 345:3
346:13 353:21
356:15 362:1
366:10,12 369:3
**understandable (1)**
296:10
**understanding (30)**
10:18 36:22 47:17,20
53:13 54:7,9 57:2
89:14 111:10
144:25 159:1
163:20 165:21
184:18,25 186:18
228:13 239:1
260:16 261:12,14
279:18 320:17
326:19 329:9,13
358:23 384:2
387:11
**understood (3)**
167:10 273:19 384:23
**undertaken (2)**
178:3 237:6
**undertaking (1)**
234:1
**underway (1)**
190:3
**Undifferentiated (1)**
253:21
**unfolded (1)**
209:7
**unfortunate (1)**
171:25

**unfortunately (4)**
53:15 177:16 257:16
343:5
**uniform (1)**
349:24
**unilateral (1)**
215:5
**unimaginable (1)**
316:24
**Union (2)**
132:19 135:22
**unique (2)**
60:2 227:25
**United (12)**
20:10 25:14 27:15
31:23 42:6 67:3
68:5,22 196:24
357:24 360:15
362:6
**universally (1)**
31:6
**University (3)**
13:24 240:16,17
**unreasonable (8)**
122:23 123:11 129:21
233:14 322:7 366:5
372:23 380:20
**unrelated (1)**
311:18
**unresolved (3)**
170:5 283:11 285:17
**unusual (1)**
196:12
**up-to-date (4)**
30:22 152:22 181:14
357:18
**update (4)**
15:23 263:4 321:22
369:13
**updated (9)**
67:11 98:5,6 166:19
317:21,23 322:21
330:5 369:11
**updates (1)**
175:14
**upper (1)**
289:9
**urged (1)**
284:8
**urine (1)**
344:11
**USDA (6)**
25:7 31:3,9 32:14
72:16 73:23

Confidential

**use (98)**
7:21,24 20:9 22:9
   26:4,14,18 28:2
   38:12 43:18 46:25
   47:4 48:4 54:9
   57:21 60:3,4,6,8,12
   60:12 61:6 62:15
   63:18 64:7,23 65:12
   66:12 70:9,17 72:1
   72:4,10,10,19 73:9
   73:13,23,25 75:13
   89:15,15 91:14
   92:13 94:21 95:11
   103:23 123:8,9,25
   127:17 129:23
   136:24 143:13
   145:24 159:3
   161:11 162:17
   169:13 172:20
   177:25 184:24
   205:6 211:14
   277:19 287:6
   302:14 303:25
   321:19,25 326:23
   329:17 330:3 331:4
   331:22 332:6
   333:15,17 339:22
   359:14 364:15
   365:19 366:1,17
   370:8 371:15 372:7
   372:8 373:6,11
   375:18,24,25,25
   376:4 382:24,25
   383:1
**useful (2)**
306:21 376:21
**user (3)**
54:11 162:16 380:17
**users (2)**
39:10 366:21
**uses (20)**
47:8 54:13 107:22
   126:7 152:23
   154:24 175:4,14
   194:10 208:13
   233:10 266:2
   298:12 317:23
   322:2,7 325:4 349:9
   371:1 376:12
**usually (2)**
45:10 373:8
**utility (1)**
261:4
**utilize (2)**

154:16 283:24
**utilized (2)**
153:24 357:22

_____
**V**

**vaguely (1)**
312:23
**valid (2)**
216:8 217:4
**validated (1)**
180:16
**validity (1)**
299:7
**value (1)**
15:22
**Van (2)**
311:24 312:3
**variable (1)**
79:12
**varied (1)**
79:13
**variety (6)**
88:18 111:11 361:13
   375:18,23 380:2
**various (36)**
11:10 25:6,7 26:17
   29:21 30:3 35:25
   37:20 38:5 50:10
   56:22 57:4,22 60:3
   64:23,25 72:10 74:9
   101:10 104:6
   107:20 120:19
   123:6 128:8 153:4
   179:3,5 216:13
   227:15 252:23
   275:25 307:3
   351:12 358:19
   359:19 368:6
**varying (4)**
29:18 59:16 158:21
   307:2
**vast (11)**
95:24 96:1,2 145:21
   180:10,22 181:21
   195:9 339:14,16
   343:14
**vegetation (1)**
379:18
**Venkateshwara (1)**
168:2
**venture (2)**
309:3,4
**venues (2)**
50:12 186:15

**verbal (2)**
381:12 382:3
**verbatim (6)**
6:6 194:21 267:10
   294:10 309:21
   315:13
**version (16)**
17:10 44:2 57:13
   76:23 98:5,6 99:21
   138:18,20,21 318:3
   328:16 361:23
   368:21 369:4,5
**versions (1)**
371:18
**versus (4)**
9:6 146:1 211:15
   296:6
**viable (1)**
7:7
**vicinity (1)**
366:24
**video (1)**
9:13
**video-recorded (1)**
9:4
**Videographer (24)**
4:14 9:3 10:6 66:13
   66:18 83:6,11 139:2
   139:5 198:3 201:11
   201:14 266:22
   267:1,6 310:1,4,8
   310:13 345:16,19
   384:11,14 386:4
**Videotaped (4)**
1:12 2:1 5:14 99:18
**view (9)**
154:13 179:20 245:7
   246:23 250:2
   255:22 307:7
   348:10,22
**viewed (1)**
235:5
**viewpoint (1)**
254:20
**viewpoints (1)**
307:3
**views (14)**
113:21 168:11 263:2
   276:8 279:21 283:6
   284:2 306:4 307:13
   309:16,21 315:14
   355:13 356:16
**viii (1)**
324:1

**violate (1)**
372:18
**violating (1)**
225:24
**violation (2)**
370:8 371:14
**Virginia (11)**
1:16 2:5,10,17 9:11
   24:13,20 390:1,3,13
   390:21
**virtue (5)**
39:25 127:6 135:16
   228:12 255:25
**vitro (2)**
7:7 118:7
**vivo (1)**
118:14
**voice (1)**
275:18
**voiced (1)**
283:1
**volumes (1)**
109:6
**voluminous (1)**
98:3
**von (1)**
267:24
**votes (3)**
275:14 302:2 305:4
**vs (2)**
1:6 387:2

_____
**W**

**W (1)**
4:4
**Wacker (1)**
4:4
**Wagstaff (2)**
3:3 9:22
**wait (3)**
260:22 290:16 304:18
**waiting (2)**
262:3 291:15
**waive (1)**
105:23
**waiver (3)**
104:23 106:2 107:10
**walk (1)**
185:23
**walking (1)**
185:21
**Wampler (3)**
24:11,13,20
**want (23)**

26:25 53:6 67:24
   113:15,16 118:9
   123:19 139:19
   160:11 177:10
   185:14,19,24
   187:14 194:13,14
   198:3 201:16 219:2
   238:25 248:23
   310:1 336:11
**wanted (7)**
172:6 177:12 218:17
   221:25 248:8 358:1
   359:2
**wanting (1)**
122:4
**wants (3)**
41:8 112:16 130:6
**Wargo (1)**
227:9
**warned (1)**
366:20
**warning (1)**
108:11
**warnings (3)**
144:21 232:2 331:3
**warrant (1)**
211:23
**warrants (1)**
336:13
**washing (1)**
204:19
**Washington (4)**
3:14 71:6 223:3,4
**wasn't (13)**
77:24 93:5 113:25
   207:2 229:1 246:4
   268:14 276:2
   292:12 305:7 309:4
   336:15 368:23
**water (18)**
66:12 113:15 126:3
   137:3 145:20
   146:13 193:19,20
   195:15,19 196:20
   196:24 203:13
   208:1 229:5 231:24
   246:3 367:2
**water-based (1)**
322:9
**waves (1)**
53:20
**way (36)**
24:13 31:7 37:14
   128:6 129:12 130:7

Confidential

130:24 149:2
156:25 163:13
173:23 186:2
190:10 200:16
206:21 208:17
217:16 219:24
222:21 248:2
249:18 265:6
295:12 303:4 305:8
305:25 308:8 309:6
309:22 336:25
363:3,20 371:25
378:14 380:3
382:23
**ways (3)**
128:9 173:3 277:3
**we'll (9)**
10:14 11:3 15:16
44:18 67:23 82:19
185:23 191:5
194:15
**we're (23)**
62:4 67:18 84:1,7
99:12 111:7 139:12
139:16 150:20
191:12 212:18,19
212:21,23 238:25
247:2 252:1 270:10
298:22 328:14
333:15 384:15
385:18
**we've (18)**
104:2 113:16 143:5
164:16 166:6
179:21 197:9
198:10 202:5 207:6
251:24 267:9
285:25 305:21
324:14 329:2
350:20 381:1
**wear (2)**
204:18 205:5
**wearing (3)**
203:25 204:20 206:25
**weathering (1)**
98:19
**website (5)**
71:25 74:9,11 138:19
147:25
**weed (1)**
124:19
**week (4)**
14:5 91:2 200:13
201:18

**weeks (2)**
111:23 357:10
**weight (27)**
91:22 140:24 141:3
154:15 159:6
177:18 178:23
179:22 181:10
182:4 192:19
197:17 249:20
262:18 264:6
272:21 273:5,24
276:22 277:1
313:22 332:4
342:23 344:1 346:4
350:4 354:23
**weight-of-the-evide...**
348:19
**Weiss (1)**
188:16
**welcome (1)**
142:3
**went (8)**
83:14 177:5 200:12
223:22 225:4
258:19 288:11
364:23
**weren't (3)**
172:3 245:21,22
**wide (3)**
26:13 153:23 375:18
**widely (6)**
39:8 154:13 172:7
248:9 293:14
357:23
**width (1)**
297:5
**William (7)**
3:15 9:23 24:10 180:1
287:15,19 288:11
**willing (1)**
89:12
**Winchester (1)**
187:12
**wind (2)**
184:20 221:18
**wind (2)**
372:9
**windy (1)**
206:4
**WINSTON (1)**
4:3
**wish (1)**
273:4
**wit (1)**
390:1
**withdraw (1)**

260:23
**Witherspoon (1)**
71:14
**witness (151)**
5:2 10:4 16:17,23
19:13 27:3,8 31:16
36:14 37:16 38:19
40:4 41:3,11,19
44:15,23 46:17,24
48:15 50:17 51:20
52:2,15 53:13 58:13
59:25 62:12 63:1
64:21 65:8 66:12
67:2 68:8,17 79:10
92:4 94:4 95:8
97:12 100:25
101:24 105:8
107:24 108:20
110:18 114:3
115:14 116:11
119:5,13 133:23
135:1 136:5 138:1,4
142:5 143:23
145:14 146:10
150:12 151:16
153:23 155:20
157:17 158:15
160:4,10 162:6
163:4,9 164:5,8,16
164:18,21 169:6
170:1 172:18
173:14 174:16
181:18 184:18
186:9 187:24 191:6
194:24 195:5
196:11 197:25
200:14 201:8
203:16 206:7,17
213:2 238:6 241:16
242:22 243:15
248:17 250:14,22
255:1 258:5 259:20
260:2,11,16 262:2
266:6 280:13
296:17 300:23
302:11 305:10,21
310:3 316:11
318:21 319:20
320:25 323:14
326:7,18 327:8
328:5,20 330:19
332:15 335:8,19
337:3,13 338:20
342:2,23 345:11,15

349:14 353:8
358:10 361:2
365:17 367:12
383:17 384:8,19,19
385:1,25
**witnesses (1)**
89:5
**women (1)**
228:1
**wondered (1)**
98:5
**Woo (1)**
312:19
**word (12)**
44:18 156:17 199:11
237:23 238:1,11,18
239:9 277:19
292:12 383:1,1
**words (8)**
153:14 156:18 289:17
349:25 370:12
373:25 374:20
375:11
**wore (7)**
47:24 204:10,13,16
205:10 207:3,4
**work (57)**
11:14 12:20 14:6
16:20 22:12 26:9
40:8 48:8 49:9,11
53:17 71:10,11,12
72:9 74:1,23 76:14
78:21 79:24 103:11
105:15 111:8
163:18 178:8 181:3
205:8 221:3,24
224:14 227:19,19
228:9,12,17 229:8
240:20 241:12,13
242:18 270:1 271:6
272:13 317:1
334:10 354:25
355:5 356:7,10
357:4,14 358:2
367:17 368:21
376:18 384:20
385:24
**worked (27)**
19:17,25 23:20 24:2,4
24:10,15,17,19 26:5
32:7 34:25 40:10,11
76:13,25 103:15
158:24 225:13
227:10 261:9 279:2

279:16 306:9
342:16 365:18
369:1
**worker (5)**
54:1 169:13 232:4
372:10 373:19
**working (29)**
13:19 43:7 70:16
82:23 83:3 90:20
91:4,6,21 93:1
94:20 102:18 158:8
163:21 197:14
225:15 266:19
305:5,7 324:23
332:4 333:22 334:4
335:20,21 343:3
354:14,18 355:9
**works (4)**
31:2 190:10 341:13
371:25
**world (25)**
48:12 52:11 57:6
94:13 96:7,9 131:14
131:17,24 135:25
136:7 145:17 146:4
165:13 172:8 180:5
184:5 189:8 195:18
248:9 259:11
359:20 360:16
362:2,5
**worn (2)**
204:23 205:2
**worrisome (2)**
259:3 304:9
**wouldn't (13)**
63:2 107:2 115:20
119:8,13,13 162:10
247:18 287:17
295:10 296:22
308:22 317:6
**write (2)**
11:18 302:12
**writing (12)**
11:25 12:5,7,10,16
13:5,15 49:9 72:2
133:9 308:1 336:13
**written (5)**
194:14 287:20 342:9
345:9 372:12
**wrong (1)**
82:13
**wrote (4)**
45:10 101:7 242:15
353:10

Confidential

**X**

**X (6)**
5:1,7 6:1 7:1 8:1 10:8

**Y**

**Yale (1)**
227:10
**yeah (37)**
12:3 46:9 47:14 65:1
83:2 94:25 97:19
100:16 111:18
116:6 118:6 157:24
177:5,16 179:16
194:3 197:25 204:8
208:14 210:7
212:10,19 214:22
216:25 219:24
234:6 268:14
272:16 274:16
285:3 291:8 297:25
298:15 300:16
323:1 364:20 368:2
**year (15)**
43:12,14 44:3 74:3
79:25 107:15 138:8
152:8 174:6 232:10
239:21 262:9,9
323:2 343:22
**years (73)**
20:19 29:21 36:23
39:1 40:11,17 48:23
74:23 79:3 82:13
87:8 90:4 103:15
117:20 118:24,25
123:24 129:2
132:21 143:13
150:4 154:20
158:13 161:22
163:16 167:3,12
175:13 178:17
180:18 182:3
187:19,22 188:3,5,5
188:7,8,21,25
196:25 202:13
209:11,12,15
221:22 228:9,10
249:14 251:13
254:21 262:6
265:18 286:10,10
291:2,4 294:2 304:3
304:14 344:3,10
364:5,6 365:18
367:8 368:5 369:1
369:23 379:2

382:19 383:18,20
**yep (5)**
116:22 192:16 245:5
271:17 304:24
**yes-or-no (2)**
32:1 259:22
**yesterday (1)**
80:23

**Z**

**Zealand (1)**
136:13
**zero (7)**
79:13 207:17,17
279:9,24,24 308:20

**0**

**0 (1)**
289:6
**0013 (1)**
296:6
**02375 (1)**
3:5

**1**

**1 (8)**
5:8 9:4 11:3,5 194:4
232:24 236:13
270:7
**1-2 (1)**
369:24
**1-3 (1)**
230:4
**1,000 (5)**
49:4 69:24 70:4,4
234:17
**1,000-plus-page (1)**
51:3
**1,096 (1)**
10:22
**1.0 (1)**
176:6
**1:06 (1)**
139:5
**10 (13)**
5:3 6:2 59:21 101:12
201:25 202:2,5
207:6 212:20 213:1
213:2 278:12 344:4
**10/30/91 (1)**
6:13
**10:22 (1)**
66:13
**10:34 (1)**

66:18
**10:59 (1)**
83:6
**100 (6)**
92:18 180:21 265:2,5
333:4 352:7
**1013 (1)**
296:6
**1028 (12)**
240:10 247:17 250:3
274:5 279:5 280:17
284:17 298:14,15
301:23 303:19
305:3
**103 (1)**
5:16
**104 (1)**
211:18
**105 (3)**
211:2,4,5
**108 (1)**
2:16
**11 (27)**
5:8 6:4 101:13 140:12
215:16 221:9
223:12,16 229:11
231:5,6 233:20,22
236:4 243:11
244:22 245:8 250:7
270:6 271:2 275:8
291:3 299:14 307:5
315:9 341:10,12
**11-12 (1)**
6:9
**11:00 (1)**
83:11
**112 (8)**
42:20 81:5 92:1,22
93:16 98:5,11
135:10
**114 (1)**
338:1
**12 (27)**
6:6 59:21 101:13
144:14 148:25
150:5,5 166:8
226:13 250:7 267:4
267:9 270:6 271:3
275:8 278:13 291:3
294:12,13 299:14
307:5 315:10
316:25 328:11
349:6 379:15,17
**12-1 (1)**

379:17
**12-12 (4)**
378:7 379:13,16
381:10
**12/12/17 (2)**
5:21 7:24
**12:20 (1)**
139:2
**128 (1)**
154:18
**12th (6)**
5:19 43:24 44:7 143:8
151:1 390:13
**13 (13)**
6:7 101:13 146:20
147:15 148:11
226:13 269:20,21
282:23 329:3,15
347:5 372:10
**1350 (1)**
3:13
**137478 (1)**
1:24
**14 (44)**
6:10 48:9 49:20,23
50:20,25 51:9,23
113:16 116:9,16,19
117:11 164:15
174:11 197:9
250:11,18,22
264:24 265:1,5,19
266:1 286:18,19
302:2 305:4 316:25
317:1,2 333:19
338:7 340:25
341:12 346:24
351:5,7,25 352:4
353:2 354:5,20
369:12
**140 (1)**
119:9
**143 (3)**
5:18 148:15 150:22
**144 (4)**
337:18,21 338:2,3
**146 (1)**
119:1
**14C (1)**
7:7
**15 (14)**
6:12 15:4,5,12,14
30:10 78:10,11
98:22 198:4 309:25
310:10,16 369:14

**15-year (1)**
344:4
**150 (1)**
5:20
**152.44 (1)**
6:21
**152.46 (1)**
6:23
**158 (1)**
103:13
**158.500 (2)**
5:17 103:1
**16 (3)**
6:14 321:2,3
**17 (4)**
6:16 367:21,22 374:6
**18 (3)**
6:17 369:10 376:2
**19 (6)**
3:4 6:19 150:5 288:16
293:18 317:8
**1972 (3)**
28:14,19 29:3
**1974 (3)**
151:3,9 258:15
**198 (1)**
5:23
**1980s (7)**
158:3,17 159:17
180:11 220:6
239:13 246:6
**1981 (2)**
20:3 95:10
**1982 (2)**
95:10 221:3
**1983 (30)**
20:4 48:17 50:14,20
117:4 144:1 161:19
202:19 207:11
213:8 214:6 221:4,5
224:23,25 235:6
244:2 273:8 290:13
291:5,11 292:10,19
299:21 304:2,16
309:16 327:14
347:8,20
**1984 (6)**
208:4 224:13,14
238:9 322:17,21
**1985 (37)**
144:6 202:6 207:5
209:16 212:8
214:16,24 215:16
221:1,2,10 223:12

Confidential

223:16 227:20
228:19 229:11,16
230:13 233:22,23
236:4 237:2,21
238:6 240:4 243:12
244:16,22 245:8,17
249:2,9 300:2,3
304:16 327:3,10
**1986 (42)**
6:9 54:2 161:15 162:1
170:4 172:2 173:25
226:17 227:20
231:9,19 233:18,19
233:21 235:3,14
254:22 261:18
262:11 264:9
265:14,23 267:11
269:12 270:6 271:3
275:9 291:3 292:1,3
299:14 301:11
307:5 314:20
315:10,13 317:19
317:21 318:3
324:10 348:8
350:19
**1987 (2)**
226:18 227:21
**1988 (2)**
227:21 322:12
**1989 (9)**
288:16 289:14,22
291:1 292:7,15
293:16,18 315:2
**1990 (6)**
30:19 144:1,8 209:9
228:7 315:23
**1991 (18)**
144:2 149:3,20
171:15 173:8
197:23 310:18
318:3,14 320:13,15
339:11,11 347:13
347:14 348:13
352:24 381:5
**1991's (1)**
320:19
**1993 (10)**
228:3 322:25 323:3
324:21 325:19
326:14 327:4,21
328:1 347:10
**1996 (2)**
7:12 123:3
**1998 (2)**

185:6 333:11
**1999 (6)**
180:2 183:16 256:14
257:3 258:15
333:11

---

**2**

**2 (10)**
5:9 66:16 80:8 161:23
229:19 288:19,23
288:23 299:5
312:24
**2,4-D (3)**
49:2 70:11 94:9
**2/11/86 (1)**
6:6
**2/11/99 (1)**
6:20
**2/24/86 (1)**
6:8
**2/6/18 (1)**
5:24
**2:33 (1)**
201:11
**2:45 (1)**
201:14
**20 (8)**
6:21 15:12,14 180:18
251:13 387:13,20
387:24
**200 (2)**
74:15 170:9
**20005 (1)**
3:14
**2002 (2)**
185:7,8
**2005 (1)**
329:20
**2007 (1)**
152:1
**2008 (3)**
132:21 152:1 155:9
**2009 (2)**
152:2 155:9
**2011 (1)**
369:17
**2012 (7)**
144:22 145:2 146:6
162:20 342:13
364:12 369:13
**2014 (6)**
56:13 144:23 145:2
146:6 162:20
342:13

**2015 (17)**
90:14 92:22 97:15
135:14 138:9
141:18 142:13,23
145:7 148:13 190:4
199:17 332:4 334:3
341:20 343:3
364:17
**2016 (20)**
13:22 14:10,11 43:2
43:20 44:7 71:21
141:19,25 142:12
142:22 146:21
147:14,18,20 148:5
148:13 161:1 162:3
199:23
**2017 (35)**
5:19 14:9 43:9,13,14
43:15,24 44:19 56:3
79:15,18 98:25
143:9,20 144:14
148:10,25 150:5
151:1 152:8 166:8
166:16 196:3 255:6
263:4 328:11 329:7
329:25 331:8,9
332:3,3 335:5,10
349:6
**2018 (12)**
1:15 2:8 9:1,12 56:3
198:14 261:23
319:13,23 320:6
387:3 390:14
**202 (1)**
6:2
**2020 (1)**
390:4
**207 (1)**
10:22
**21 (2)**
6:22 112:2
**2139 (1)**
8:9
**22 (1)**
7:2
**224847 (1)**
390:20
**22960 (1)**
2:17
**22nd (1)**
244:16
**23 (4)**
7:4 211:1,5 238:9
**231 (1)**

6:4
**23rd (2)**
13:17 208:4
**24 (1)**
7:6
**24-month (1)**
207:15
**24A (2)**
375:22 376:2
**24C (2)**
375:21 376:2
**25 (3)**
7:8 286:10 287:25
**25,000 (1)**
30:11
**250 (2)**
53:6,8
**257 (4)**
33:19 34:7,13 53:7
**26 (2)**
7:10 150:4
**26-month (1)**
207:15
**267 (1)**
6:6
**269 (1)**
6:7
**27 (2)**
7:12 369:13
**28 (2)**
7:13 112:2
**286 (1)**
6:10
**29 (1)**
7:15
**2A (1)**
199:19

---

**3**

**3 (18)**
5:11 81:21,25 83:16
83:19 100:4 176:3,4
192:12,15 212:16
213:4,4,11 243:6
267:11 372:9 376:3
**3-1 (3)**
374:6,7,9
**3-2 (3)**
374:15 375:2 377:1
**3/4/85 (1)**
6:2
**30 (9)**
7:17 103:15 138:23
154:20 188:3,5,21

318:13 320:13
**30-plus (1)**
163:16
**30-year (1)**
226:22
**30,000 (7)**
207:19 234:17 235:2
238:21 252:9,19
281:25
**30th (1)**
310:18
**31 (2)**
7:20 390:4
**310 (1)**
6:12
**32 (1)**
7:23
**320 (4)**
12:3,4 13:4,10
**321 (1)**
6:14
**33 (2)**
8:2 119:9
**34 (2)**
8:4 119:9
**35 (8)**
4:4 8:7 158:13 286:10
365:18 367:8 368:5
369:23
**350 (4)**
12:3,4 13:4,10
**35932/193468 (1)**
387:2
**36 (1)**
8:8
**367 (1)**
6:16
**375 (2)**
244:7,13

---

**4**

**4 (17)**
5:12 7:5 83:9,18
132:14,15 202:6
207:5 211:2 212:8
229:16 233:23
313:13,14 314:1,6,7
**4-6 (1)**
230:5
**4/11/97 (1)**
7:14
**4/3/09 (1)**
7:5
**4:19 (1)**

Confidential

267:1
**4:27 (1)**
267:6
**40 (6)**
5:17 6:21,23 29:21
102:25 154:18
**40,000 (1)**
134:14
**400 (1)**
185:20
**408 (1)**
28:18
**409 (1)**
28:18
**41 (1)**
176:3
**41-page (1)**
176:4
**411 (1)**
6:17
**456 (5)**
6:19 301:21,21
304:22,23
**457 (1)**
302:12
**467 (2)**
6:21,22
**479 (1)**
7:2
**481 (1)**
7:4
**485 (1)**
7:6
**491 (2)**
7:8,10
**495 (1)**
7:12
**4th (2)**
214:23 238:6

_____
**5**
**5 (6)**
5:14 99:12,13,17
100:4 297:7
**5,000 (2)**
207:18 234:17
**5:31 (1)**
310:8
**5:32 (1)**
310:13
**50 (2)**
140:18 375:17
**50-plus (2)**
107:3,13

**502 (1)**
7:13
**50s (1)**
27:22
**516 (1)**
7:15
**524-318 (1)**
6:11
**524-333 (1)**
6:11
**53 (1)**
227:5
**530 (1)**
7:17
**54 (2)**
178:11 251:3
**540 (1)**
7:20
**55 (1)**
140:18
**553 (1)**
7:23
**56 (3)**
295:13 298:5 305:14
**57 (2)**
298:6 305:14
**570 (1)**
8:2
**573 (2)**
5:4 8:4
**578 (2)**
8:7,8

_____
**6**
**6 (14)**
5:16 75:22 103:5,8
162:10 234:10
236:15 238:14
243:2 246:8,11
251:25 289:6,10
**6(a)(2) (4)**
130:18 131:4,8,11
**6(a)(2)(B) (1)**
130:17
**6.7 (2)**
148:16 150:23
**6/19/89 (1)**
6:10
**6:26 (1)**
345:16
**6:36 (1)**
345:19
**60 (2)**
375:17 383:5

**60601 (1)**
4:5
**63 (1)**
338:6
**66 (1)**
5:9
**661A (1)**
6:3
**682 (1)**
373:5
**6th (1)**
198:14

_____
**7**
**7 (19)**
5:18 143:2,5 146:19
148:15 150:20,22
153:14 173:19
199:12 289:14,21
293:16 328:11
337:20 345:23
349:6 356:4,21
**7:39 (1)**
384:11
**7:43 (1)**
384:14
**7:45 (3)**
1:14 386:4,7
**70 (1)**
375:17
**70s (4)**
75:5 111:18 180:11
181:20
**72 (2)**
244:7,11
**750 (2)**
2:9 9:11

_____
**8**
**8 (15)**
1:15 2:8 5:20 9:1,12
150:15,16,20 166:5
166:6 174:20 176:4
192:14,15 387:3
**80,000 (1)**
68:1,4
**80s (7)**
172:9 229:5,8 245:19
251:12 268:10
373:13
**81 (2)**
5:11 84:20
**83 (7)**
5:12 235:18 236:5

293:13 296:15
305:19 307:4
**84 (2)**
84:20 225:12
**85 (3)**
158:6,8 239:7
**86 (1)**
295:2
**87 (3)**
301:18,20 304:22
**88 (1)**
174:7
**89 (2)**
174:7 286:17

_____
**9**
**9 (7)**
5:23 101:12 198:6,7
198:10 201:7,9
**9/19/97 (1)**
7:11
**9/27/02 (1)**
6:18
**9:04 (4)**
1:14 2:8 9:1,12
**90 (9)**
111:24,25 112:3
130:24 174:8
190:12,14,22 338:8
**90s (4)**
229:8 268:11 358:18
379:1
**91 (3)**
144:9 209:10 347:21
**93 (5)**
116:21 293:7 347:16
347:21 350:9
**94 (2)**
340:17,18
**97 (6)**
345:24 346:3,23
349:16 350:22
353:16
**99 (2)**
5:14 185:6