# EXHIBIT 53

INFORMATION TO SUPPORT
THE CONCLUSION THAT GLYPHOSATE
IS NOT A CLASS C ONCOGEN

SCIENCE ADVISORY PANEL MEETING
February 11, 1986

MONGLY00233235

# Monsanto

Monsanto Company
1101 17th Street, N.W.
Washington, D.C. 20036
Phone: (202) 452-8880

January 23, 1986

Mr. Steven Johnson
U. S. Environmental Protection Agency
1921 Jefferson Davis Highway
Crystal Mall #2
Arlington, Virginia 22202

Subject:  SAP Meeting
February 11, 1986
Glyphosate Comments

Dear Mr. Johnson:

According to the January 17, 1986 Federal Register (page 2568) notice,
the Scientific Advisory Panel (SAP) will review, among other topics,
a set of scientific issues related to "apparent oncogenicity" being
considered by the Agency in connection with the preparation of a
Registration Standard for glyphosate.

Monsanto firmly believes that glyphosate is not an oncogen, and we
therefore do not agree with this position taken by the Agency.  The
Agency is in error in reaching this conclusion, since all of the data
on file with the Agency clearly show that glyphosate does not exhibit
any treatment related oncogenic effects.

The EPA Proposed Guidelines for Carcinogen Risk Assessment published
in the November 23, 1984 Federal Register list criteria that must be
met for an agent to be classified as a Group C - possible human car-
cinogen.  The EPA's conclusion on the chronic mouse study is not
supported by their own criteria (see attachment to this letter).
In fact, the evidence is that glyphosate is not a possible human
carcinogen.

Monsanto has compiled information that totally supports its position
on glyphosate.  In addition to Monsanto's own evaluation, this matter
has been reviewed by five independent experts.  The unanimous conclusion
reached by these scientists is that there is no treatment-related
oncogenic effect from glyphosate in the chronic mouse study as questioned
by EPA.  The enclosed document contains an overview of glyphosate,
glyphosate toxicology, chronic mouse study, consultant reports, and other
supporting information that demonstrate that glyphosate is not an
oncogen and, therefore, should not be so classified.

MONGLY00233236

Mr. Steven Johnson
U. S. Environmental Protection Agency
January 23, 1986
Page 2

The critical importance of this decision should not be underestimated
by the Agency.  Herbicides containing glyphosate are widely used by
public and private applicators.  An erroneous ruling by the Agency that
glyphosate is a Class C possible human oncogen will undoubtedly cause
adverse and unwarranted actions such as the following:

- Litigation brought under the National Environmental Policy Act
  to prevent applications;

- Pressure could be brought against state, municipal and federal
  governments to halt or restrict spray programs using
  glyphosate, leaving in many cases no suitable alternative
  product.  In particular, aerial applications to forestry,
  aquatics, roadsides and rights-of-way may be reduced or
  eliminated;

- Beneficial uses of the product could be limited because
  necessary tolerances may not be obtainable;

- Many if not all applications to aquatics could be elim-
  inated.  (We note that this is presently the only product
  approved for broad spectrum emerged weed and brush control
  in aquatic sites.)

- IR-4 tolerances may not be obtained for many minor use
  crops.

In conclusion, glyphosate is one of the most thoroughly tested pesticides
registered today, and the complete and contemporary data base clearly
demonstrates that glyphosate does not fall in the category of a "possible
human carcinogen."  The product is widely used by public and private
applicators in many agricultural and non-agricultural sites, and state
and federal programs.  To incorrectly classify this product as a
"possible human carcinogen" would not only be a breach of good science,
it would also cause undue concern by the public and seriously jeopardize
key state and federal programs.  Careful consideration of the extensive
amount of available information can only lead to the conclusion that the
product should be placed in Group E, no evidence of carcinogenicity for
humans.

MONGLY00233237

Mr. Steven Johnson
U. S. Environmental Protection Agency
January 23, 1986
Page 3


We further believe that it is important not to dilute the signifi-cance of the classification "oncogen" by the inclusion of compounds which are clearly not oncogenic.  Such dilution is a disservice to the public and undermines the credibility of the Agency.

Should you have any questions concerning this response, please feel free to contact us.

Sincerely,

Thomas F. Armstrong
Registration Manager

/pt

cc:  L. L. Gingerich

MONGLY00233238

MONSANTO RESPONSE TO QUESTIONS POSED BY EPA TO SAP

Question 1:

*Does the panel agree with the weight of evidence developed by the HED toxicology peer review group that classifies glyphosate as a Class C oncogen according to the EPA cancer assessment guidelines?*

Response:

The EPA Proposed Guidelines for Carcinogen Risk Assessment published in the November 23, 1984 Federal Register state that one of the following criteria must be met for an agent to be classified as a Group C - possible human carcinogen.

(a) *definitive malignant tumor response in a single well-conducted experiment:*

In the chronic mouse study, only benign kidney tumors were reported. The overall kidney tumor incidence observed (1/49, 0/49, 1/50, 3/50) cannot be considered a "definitive" tumor response because there was no statistically significant difference between treated and control groups and there was no statistically significant trend. To the contrary, there is no evidence of oncogenicity at all in this study.

(b) *marginal tumor response in studies having inadequate design or reporting:*

Both the design and reporting of the mouse study were adequate according to current EPA testing guidelines.

(c) *benign but not malignant tumors with an agent showing no response in a variety of short-term tests for mutagenicity:*

Glyphosate has shown no evidence of mutagenic effects in a battery of over eight studies addressing the three end points for genotoxicity, gene mutation, chromosomal aberration, and DNA repair. However, there is no evidence of a treatment-related increase in tumors; therefore, the Category C criteria are not met.

(d) *marginal responses in a tissue known to have a high and variable background rate:*

While the background rate of renal tubular tumors is variable it cannot be considered high. Thus, based upon the foregoing arguments, we can find no justification for placing glyphosate into Group C.

If one reviews further the EPA definition of a Group C oncogen ("... agents with limited evidence of carcinogenicity in animals in the absence of human

1

data"), it is apparent that the evidence of carcinogenicity for glyphosate cannot even be considered limited.  To be considered limited, the EPA states that one of the following criteria must be met:

(a)  *the studies involve a single species, strain, or experiment:*

Monsanto has submitted an EPA acceptable lifetime feeding study with rats which was also negative for carcinogenicity.  Therefore, two valid studies in different species support the negative carcinogenic potential of glyphosate.

(b)  *the experiments are restricted by inadequate dosage levels, inadequate duration of exposure to the agent, inadequate period of follow-up, poor survival, too few animals, or inadequate reporting:*

None of these restrictions were present in the mouse study.

(c)  *an increase in the incidence of benign tumors only:*

Although only benign tumors were reported there is no evidence of a statistically significant increased incidence of renal tumors or a dose response trend in the mouse study.

Finally, and most importantly, there is no weight of evidence that glyphosate is a possible human carcinogen.  The EPA's conclusion on the chronic mouse study is not supported by their own criteria.  The other animal evidence is clearly negative by EPAs admission.  The short term test evidence is negative and there is no human evidence.  Clearly the weight of evidence is that glyphosate is not an animal oncogen, much less a human oncogen.  Based upon all of the available scientific evidence, Monsanto contends that glyphosate is not a Group C possible human carcinogen, but should more appropriately be placed in Group E - no evidence of carcinogenicity for humans.

Question 2:

*What is the appropriate use of historical control data when evaluating rare tumors?  More specifically, should one use the highest rate ever observed or the overall historical mean rate?*

Response:

Monsanto disagrees with the basic premise that the use of historical control data in evaluating the renal tumor incidences in this study is even warranted. As is pointed out by Haseman of the NIEHS in a discussion of statistical issues in the interpretation of carcinogenicity studies, "The concurrent control group is always the most important control group used in the decision making process."[1]  Since there was no significant difference between the tumor incidence rates of concurrent control and treated groups, and there was no significant dose-response trend, there appears to be little justification for looking at historical controls.  The Agency contends that renal tubular adenomas are rare tumors in mice, as justification for comparison with

MONGLY00233240

historical control data.  Monsanto, and several of its consultants disagree that this is a rare tumor.  According to the Office of Science and Technology Policy (OSTP), a rare tumor is defined as one with a spontaneous rate of occurrence of 1% or less.[2]  While the overall mean historical control incidence of this lesion may be less than 1%, (because this tumor is not seen in control groups of all studies) this tumor has been reported in some mouse studies at incidence rates as high as 3-7%.  Thus, although not commonly observed, this tumor would not be considered rare.  Finally, it is inappropriate to use for comparison historical control studies in which the customary one tissue section per kidney was evaluated when four tissue sections per kidney were evaluated in the present study.  If four sections per kidney had been evaluated in each of the historical control studies, it is possible that the historical control incidences of renal tubular adenomas would have been higher.  Thus, since the studies are not comparable in terms of opportunity for detection of tumors, statistical comparisons between historical controls and the current study groups were not justified.

If, however, one were to accept as justifiable the Agency's decision to use historical control data, the method in which they used this data for evaluation is contrary to currently accepted scientific practice.  As discussed in detail by Orville Paynter of the EPA in a SAP reviewed document on the evaluation of long term rodent studies, when resorting to comparisons with historical control data,

> "It is highly desirable to obtain data from individual groups of control animals, in order to establish a range of values, [emphasis added] rather than from combined groups of animals yielding only a single mean value."[3]

Continuing along this line of reasoning, the Task Force of Past Presidents of the Society of Toxicology state that

> "Statistical procedures can be used to relate this overall incidence to the incidence in a specific study.  However, this leaves much to be desired since the incidence of tumors can vary considerably between groups of animals ... This type of variation is not apparent if the incidence in combined control animals is used."[4]

As an example, the Task Force of Past Presidents cites a historical control database consisting of 1100 control male rats.  The overall mean incidence of pheochromocytomas was 2%, but the individual study range was 0-28%.  Therefore, in the current study with glyphosate, the appropriate comparison would be between the observed incidences of renal tubular adenomas and the range of historical control incidences for this tumor.  When this is done using data supplied to the Agency which showed that the range of historical control incidences was 0-7%, one may note that all of the treated group incidences were within this range.  To use the overall mean historical control incidence for statistical comparison, as the Agency did, is inappropriate.

MONGLY00233241

As pointed out by the OSTP, it is important to remember that

> "... the final judgement regarding a compound's carcinogenicity is rarely based upon a single finding of statistical significance. One must be assured that the effects observed are biologically significant as well. Other factors that must be taken into account include: (1) the reproducibility of the effect in other doses and/or in other sexes or species; (2) the historical incidence of the tumor in question; (3) the survival histories of dosed and control animals; and (4) evidence of hyperplasia, metaplasia, or other signs of an ongoing carcinogenic process."[2]

When one considers these other factors in the glyphosate mouse study: (1) There was no significant difference between control and treated groups at any dose level. The effect was not seen in any female mice who received a 21% higher dosage on a mg/kg/day basis. The effect was not observed in rats. (2) The observed incidences were within the range of historical controls. (3) Since high dose animals had less mortality than controls, the high dose group would have been expected to have a higher spontaneous tumor incidence than controls. (4) No evidence of hyperplasia or any other indications of preneoplastic kidney lesions were observed.

Clearly, there is no weight of scientific evidence to support the EPA position.

Timothy J. Long
Senior Product Toxicologist
January 23, 1986

## References

1. Haseman, J.K. (1984) Statistical issues in the design, analysis, and interpretation of animal carcinogenicity studies. _Environ. Health Perspec._ 58:385-392.

2. Office of Science and Technology Policy (1985) Chemical Carcinogens; A review of the science and its associated principles. _Federal Register_, March 14, 1985, pp. 10372-10442.

3. Paynter, O.E. (1984) Oncogenic potential: Guidance for analysis and evaluation of long term rodent studies. Office of Pesticides and Toxic Substances, Environmental Protection Agency.

4. Task Force of Past Presidents (1982) Animal data in hazard evaluation: Paths and pitfalls. _Fundl Applied Toxicol._ 2:101-107.

4

MONGLY00233242

[OPP-00221 FRL-2957-9]

**FIFRA Scientific Advisory Panel; Open Meeting**

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice.

**SUMMARY:** There will be a 2-day meeting of the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel (SAP) for review of a set of scientific issues in connection with the preparation of a Registration Standard for glyphosate; a final regulatory action on the non-wood uses of pentachlorophenol; review of a set of scientific issues being considered in connection with the Registration Standards for oryzalin, amitraz, and acephate; and the Agency's proposed Pesticide Assessment Guidelines for Applicator Exposure Monitoring, Subdivision U.

**DATES:** Tuesday and Wednesday, February 11 and 12, 1986, from 8:30 a.m. to 5 p.m. each day.

**ADDRESS:** The meeting will be held at: Environmental Protection Agency, Rm. 1112, Crystal Mall, Building No. 2, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703–557–7678).

**FOR FURTHER INFORMATION CONTACT:**
By mail:

Stephen L. Johnson, Executive Secretary, FIFRA Scientific Advisory Panel, Office of Pesticide Programs (TS-766C), 401 M St., SW., Washington, DC 20460.

Office location and telephone number: Rm. 1121, Crystal Mall Building No. 2, Arlington, VA 22202, (703–557–7695).

**SUPPLEMENTARY INFORMATION:** The agenda for the meeting is: 1. Review of a set of scientific issues related to apparent oncogenicity being considered by the Agency in connection with the preparation of a Registration Standard for glyphosate

2. A final regulatory action on the non-wood uses of pentachlorophenol as set forth in the Agency's Position Document 4. Although the SAP reviewed certain scientific issues connected with the non-wood uses of pentachlorophenol at its July 1985 meeting, since that time the Agency has decided to cancel additional registrations for these uses based on new information received in public comments on the Position Document 2/3.

3. A set of scientific issues related to apparent oncogenicity being considered by the Agency in connection with the Registration Standards for the following pesticide compounds: oryzalin, amitraz and acephate.

4. The Agency's proposed Pesticide Assessment Guidelines for Applicator Exposure Monitoring, Subdivision U.

5. Completion of any unfinished business from previous Panel meetings.

6. In addition, the Agency may present status reports on other ongoing programs of the Office of Pesticide Programs.

Copies of documents relating to the pesticides glyphosate and oryzalin referenced in item 1 and item 3 above may be obtained by contacting:

By mail:
Robert Taylor, Registration Division (TS-767C), Office of Pesticide Programs, Environmental Protection Agency, 401 M St., SW., Washington, DC 20460.

Office location and telephone number: Rm. 245, Crystal Mall No. 2, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703–557–1800).

Copies of documents relating to item 2 above may be obtained by contacting:

By mail:
Spencer Duffy, Registration Division (TS-767C), Office of Pesticide Progams, Environmental Protection Agency, 401 M St., SW., Washington, DC 20460.

Office location and telephone number: Rm. 711B, Crystal Mall No. 2, Arlington, VA 22202, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703–557–7421).

Copies of documents relating to the pesticide amitraz referenced in item 3 above may be obtained by contacting:

By mail:
Jay Ellenberger, Registration Divison (TS-767C), Office of Pesticide Programs, Environmental Protection Agency, 401 M St.; SW., Washington, DC 20460.

Office location and telephone number: Rm. 202, Crystal Mall No. 2, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703–557–2386).

Copies of documents relating to the pesticide acephate referenced in item 3 above may be obtained by contacting:

By mail:
William Miller, Registration Division (TS-767C), Office of Pesticide Programs, Environmental Protection Agency, 401 M St., SW., Washington, DC 20460.

Office location and telephone number: Rm. 211, Crystal Mall No. 2, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703–557–2600).

Copies of documents relating to item 4 above may be obtained by contacting:

By mail:
Allen P. Nielson, Hazard Evaluation Division (TS-769C), Office of Pesticide

Programs, Environmental Protection Agency, 401 M St., SW., Washington. DC 20460.

Office location and telephone number: Rm. 809A, Crystal Mall No. 2, 1921 Jefferson Davis Highway, Arlington, VA 22202, (703–557–0267).

Any member of the public wishing to submit written comments should contact Stephen L. Johnson at the address or phone listed above to be sure that the meeting is still scheduled and to confirm the Panel's agenda. Interested persons are permitted to file such statements before the meeting, and may, upon advance notice to the Executive Secretary, present oral statements to the extent that time permits. All statements will be made part of the record and will be taken into consideration by the Panel. Persons wishing to make oral and/or written statements should notify the Executive Secretary and submit 10 copies of written comments and oral written testimony no later than February 3, 1986, in order to ensure appropriate consideration by the Panel.

Dated: January 14, 1986.

John A. Moore,

*Assistant Administrator for Pesticides and Toxic Substances.*

[FR Doc. 86–1216 Filed 1–16–86; 8:45 am]

**BILLING CODE 6560-50-M**

[OPTS-59748; FRL-2956-4]

**Acetal Copolymer; Premanufacture Notices**

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice.

**SUMMARY:** Section 5(a)(1) of the Toxic Substances Control Act (TSCA) requires any person who intends to manufacture or import a new chemical substance to submit a premanufacture notice (PMN) to EPA at least 90 days before manufacture or import commences. Statutory requirements for section 5(a)(1) premanufacture notices are discussed in EPA statements of the final rule published in the **Federal Register** of May 13, 1983 (48 FR 21722). In the **Federal Register** of November 11, 1984 (49 FR 46066) (40 CFR 723.250). EPA published a rule which granted a limited exemption from certain PMN requirements for certain types of polymers. PMNs for such polymers are reviewed by EPA within 21 days of receipt. This notice announces receipt of one such PMN and provides a summary.

**DATES:** Close of Review Period: Y 86–53, January 28, 1986.

INFORMATION TO SUPPORT
THE CONCLUSION THAT GLYPHOSATE
IS NOT A CLASS C ONCOGEN

SCIENCE ADVISORY PANEL MEETING
February 11, 1986

Report Compiled by:
T. F. Armstrong

MONSANTO AGRICULTURAL PRODUCTS COMPANY
800 NORTH LINDBERGH BOULEVARD • ST. LOUIS • MISSOURI • 63167

MONGLY00233244

INDEX

| TOPIC | Section |
|-------|---------|
| • Glyphosate General Information | A |
| • Toxicology Overview | B |
| • Summary of Glyphosate Chronic Mouse Study | C |
| • Summary of Glyphosate Mouse Kidney Tumor Issues | D |
| • Historical Control Data | E |
| • Monsanto Letter to Mr. Douglas D. Campt | F |
| • Dr. Kuschner Addendum Report | G |
| • Monsanto Addendum Report on Additional Histopathology Results | H |
| • Consultant Conclusions: | I |
|    • Dr. Robert Squire     Part A | |
|    • Dr. Robert Olson     Part B | |
|    • Dr. Klaus Stemmer     Part C | |
|    • Dr. Marvin Kuschner     Part D | |
|    • Pathco Inc.     Part E | |

MONGLY00233245

SECTION A

MONGLY00233246

GLYPHOSATE
GENERAL INFORMATION

Glyphosate (N-phosphonomethylglycine) is the active ingredient in Roundup, Rodeo and several other herbicide products.  It is a broad spectrum, foliar applied herbicide which once absorbed by the plant is rapidly translocated throughout the plant killing the entire plant including the roots.  This product has been shown to be highly effective against perennial and woody brush species of plants as well as annuals.

One of glyphosate's most unique features is that it effectively controls most species of plants without leaving undesirable residues in the soil. Thus, not only can tough weeds be controlled, but essentially any crop can be planted almost immediately after application without any potential for injury to that crop.  Hence, this product allows the grower greater flexibility than ever before.

In addition to agronomic crops, the toxicological and environmental characteristics of glyphosate are of such a nature so as to allow use of this product in sensitive areas such as aquatics, forestry, public areas such as home lawns and parks, and other industrial right-of-way areas.

Glyphosate is formulated as the isopropylamine salt.  These herbicide formulations are water based and all contain a nonionic surfactant except Rodeo.  The surfactant is required to enhance plant uptake, and it is added separately to the spray solution in the case of Rodeo.  The formulations are non-volatile and, hence, will not damage any plants not contacted during application.

Metabolism in Crops and Soil

Metabolism and uptake studies of glyphosate were conducted on soybeans, wheat, cotton, corn, sugar beets, potatoes, and other vegetable crops, sugarcane, grapes, coffee, citrus, pome fruit, pasture crops and others. The major objectives were to determine the extent of uptake under different application modes and the metabolic fate of incorporated parent molecule and its metabolites.

In all studies, uptake of the parent molecule glyphosate and only major metabolite aminomethylphosphonic acid (AMPA) was <0.1% of the amount applied.  A high degree of soil inactivation was observed for both the glyphosate and AMPA.  Four week hydroponic experiments were conducted in an effort to obtain a higher level of uptake by the plants.  Results of these experiments indicate that the parent material taken up by these plants is metabolized to AMPA, and natural products such as $CO_2$, Amino Acids, Carbohydrates and other natural acids.  The AMPA is likewise metabolized to natural products.

MONGLY00233247

GLYPHOSATE
GENERAL INFORMATION

Glyphosate (N-phosphonomethylglycine) is the active ingredient in Roundup, Rodeo and several other herbicide products. It is a broad spectrum, foliar applied herbicide which once absorbed by the plant is rapidly translocated throughout the plant killing the entire plant including the roots. This product has been shown to be highly effective against perennial and woody brush species of plants as well as annuals.

One of glyphosate's most unique features is that it effectively controls most species of plants without leaving undesirable residues in the soil. Thus, not only can tough weeds be controlled, but essentially any crop can be planted almost immediately after application without any potential for injury to that crop. Hence, this product allows the grower greater flexibility than ever before.

In addition to agronomic crops, the toxicological and environmental characteristics of glyphosate are of such a nature so as to allow use of this product in sensitive areas such as aquatics, forestry, public areas such as home lawns and parks, and other industrial right-of-way areas.

Glyphosate is formulated as the isopropylamine salt. These herbicide formulations are water based and all contain a nonionic surfactant except Rodeo. The surfactant is required to enhance plant uptake, and it is added separately to the spray solution in the case of Rodeo. The formulations are non-volatile and, hence, will not damage any plants not contacted during application.

Metabolism in Crops and Soil

Metabolism and uptake studies of glyphosate were conducted on soybeans, wheat, cotton, corn, sugar beets, potatoes, and other vegetable crops, sugarcane, grapes, coffee, citrus, pome fruit, pasture crops and others. The major objectives were to determine the extent of uptake under different application modes and the metabolic fate of incorporated parent molecule and its metabolites.

In all studies, uptake of the parent molecule glyphosate and only major metabolite aminomethylphosphonic acid (AMPA) was <0.1% of the amount applied. A high degree of soil inactivation was observed for both the glyphosate and AMPA. Four week hydroponic experiments were conducted in an effort to obtain a higher level of uptake by the plants. Results of these experiments indicate that the parent material taken up by these plants is metabolized to AMPA, and natural products such as $CO_2$, Amino Acids, Carbohydrates and other natural acids. The AMPA is likewise metabolized to natural products.

MONGLY00233248

-2-

Glyphosate is degraded readily by soil microflora to aminomethylphos-
phonic acid (AMPA) and to $CO_2$ and other natural products as above.
This occurs in spite of soil binding of both compounds which markedly
reduces plant uptake and which is sufficient to inactivate glyphosate.

The only major unnatural metabolite found is aminomethylphosphonic
acid (AMPA) and this degrades almost as readily in soil and plants as
does glyphosate.  Low uptake from soil and degradation by plants com-
bined show that residues will not accumulate in crop plants to signifi-
cant degree via plant exposure to treated soil.

Residues in Crops

Since glyphosate is nonselective, most crop use occurs as a preplant
application to the weeds before the crop is planted.  The other
major application method is a directed spray to the base of perennial
crops such as vines or trees.  In both cases, residues are barely to
nondetectable and many tolerances are established for glyphosate and
AMPA at 0.1 and 0.2 ppm.

Technology exists which allows applications to be made over some
growing crops (cotton and soybeans) without contacting or injuring
the crop.  This is done using wiper or recirculating sprayer appli-
cators.  Tolerances are established on these crops at 6 ppm to cover
any accidental contact such as splashing or mist.  A limited amount
of this product is used preharvest over cotton and a tolerance is
established at 15 ppm.

As previously noted, applications can be made over potable water to
control emerged aquatic weeds.  An action level of 0.5 ppm has been
established to cover any residues remaining in water after applica-
tion.  Finally, the product can be applied as a spot treatment to .
growing crops to control undesirable vegetation.  The crop contacted
is killed, however, tolerances of 200 ppm have been established in
forage grasses and legumes to cover any residues which domestic
animals may be exposed to.

Hence, the exposure to the public of residues in food crops of this
product will be extremely low.

Residues in Animals

Residue studies were conducted in dairy cattle, hogs and chickens to
determine if animals fed crops containing residues of glyphosate would
be expected to have residues in edible tissues or products.  Assays
of products and tissues of animals fed exaggerated levels of a 3:1
mixture of glyphosate and AMPA at 10, 30 and 100 ppm show that there
is no reasonable expectation that finite residues will be found in
animals consuming feed crop components containing glyphosate residues.

MONGLY00233249

-3-

Residues were not detected in milk, eggs, fat and muscle tissues of animals fed the highest level of glyphosate and AMPA. Residues in liver and kidneys were found in animals at very low (0.1 to 0.6 ppm) levels. These levels dissipated to nondetectable after a 30 day depuration period.

Hence, the exposure of the public to residues of this product will be extremely low when also considering residues in animal tissues and products.

<u>Metabolism in Animals</u>

Metabolism studies were conducted in cows and rats. The results of these studies show that the absorption of either glyphosate or AMPA across gastro-intestinal membranes in animals is very low, with essentially all of the material fed being eliminated in the urine and feces within 24 to 48 hours. The animal system does not metabolize glyphosate to a significant degree, and there is no evidence that the material will bioaccumulate in the animal system.

<u>Wildlife</u>

Glyphosate is essentially nontoxic to both avian and fish species. Formulations of glyphosate are likewise considered to be essentially nontoxic to avian species; however, those formulations which contain a nonionic surfactant such as Roundup, have been shown to be somewhat toxic to fish. In order to ensure that fish will not be injured when glyphosate is used in aquatic sites, the Rodeo formulation (which does not contain a surfactant) is used. The material is also considered to be nontoxic to honey bees and <u>Daphnia</u>.

In separate tests with fish and quail using glyphosate-$^{14}$C, little or no storage of the $^{14}$C-labeled material was found in edible portions of these species, showing that bioconcentration does not occur and bioaccumulation will not occur in food chains.

Based upon the results of these studies, it can be concluded that glyphosate and formulations of glyphosate pose no hazard to wildlife in the environment.

<u>Environmental Chemistry</u>

Glyphosate does not undergo hydrolysis in water and is not photo-degraded in water, soil or air. The product is not volatile, thus will not vaporize and move from the site of application.

Glyphosate is almost totally degraded to natural products in the soil. This degradation occurs almost totally via microbial action. The major degradation product is $CO_2$ as each of the carbon portions in the molecule equally degrade. Of major importance is that soil microflora are not affected in a deleterious manner by the compound.

MONGLY00233250

-4-

Field soil residue studies have shown that the soil half-life was <2
months (average 1.3 mos.), and time required to dissipate or degrade
to about 10% of original concentration was <6 months.  The overall
assessment is that glyphosate does not pose "persistence" problems in
soil environs.  As noted in this summary, glyphosate degrades to $CO_2$
and one unnatural metabolite, AMPA, which in turn degrades to $CO_2$.
Neither compound is taken up by plants to any significant degree.
Each binds tightly to soil components and negligible or no transfer
to ground water occurs.

Dissipation and degradation of glyphosate in natural waters is by
dilution, biodegradation while suspended and when bound to bottom
sediments.

Glyphosate is a Class 1, immobile compound according to results of
the Helling and Turner TLC soil test method, therefore, it has neg-
ligible leaching tendency.  The low leachability of the chemical is
one measure of a relatively strong binding to soil particles.

Toxicology

A summary of the toxicology data supporting the registration of gly-
phosate is included in the next section of this report.

Conclusions

In summary, N-phosphonomethylglycine, formulated as the IPA-salt is
an outstandingly active herbicide for foliar application to extant
weeds.  Although relatively non-selective, it is inactive and immobile
in soil and is very susceptible to total biodegradation by microflora.
Soil uptake by plants is extremely low, and residues in crops treated
preemergence are in the negligible range.  Residues show no likelihood
of transfer to animal tissues.  Glyphosate is relatively nontoxic as
is the major metabolite AMPA.  Neither compound is metabolized by
animals, and both compounds are excreted at rates equal to intake rate.

With demonstrated low soil-to-plant uptake, and low animal toxicities,
the chances for adverse effects due to glyphosate in or on crops,
animals, soil or water are deemed vanishingly small.  Although one
unnatural metabolite, AMPA, forms in soil, it does not translocate
into plants; hence, separate tolerances in crops are unnecessary.

At observed residue levels in feed grain components (0.1-0.2 ppm negli-
gible residues) there is no likelihood of detectable residue carryover
to humans and other animals consuming components of these crops.

-5-

Environmental Chemistry studies show this herbicide to be quite safe in projected uses, and to be non-persistent.  Wildlife impact will be minimal.  Data in toto fully support requests for tolerances and label registration.

MONGLY00233252

SECTION B

MONGLY00233253

## TOXICOLOGY OVERVIEW

Extensive toxicology testing has established that Roundup formulation, the isopropylamine salt of glyphosate (IPA-G) and glyphosate, the active ingredient in Roundup Herbicide, have a low order of toxicity and do not produce any unusual toxicological effects. The lack of systemic toxicity exhibited by glyphosate in several mammalian species following subchronic testing is believed to be related to its low absorption across the gastrointestinal tract membrane. Glyphosate does not pose an acute toxicological hazard or bio-accumulate in a variety of mammalian, avian or aquatic species. Results of short-term mutagenicity assays indicate that glyphosate is not mutagenic. Glyphosate has not produced any consistent adverse reproductive effects in tests with mammalian and other vertebrate species. No teratogenicity has been observed in offspring from animals treated with glyphosate. Glyphosate does not cause any abnormal neurological effects following repeated exposures at elevated dose levels and does not inhibit acetylcholinesterase activity. Results of several feeding studies have demonstrated that glyphosate does not cause cancer.

## Acute Toxicity

The results of acute toxicity studies indicate that Roundup and glyphosate possess a low order of acute toxicity. Both Roundup and glyphosate are classified as practically non-toxic by single oral doses and dermal applications (oral and dermal LD50s all > 5,000 mg/kg). Results from standard eye irritation testing using rabbits indicate that both glyphosate and Roundup are slight eye irritants. Skin irritation tests with rabbits show that glyphosate is non-irritating and Roundup is moderately irritating (primary irritation score of 4.3 on a scale of 8.0). To determine the degree of skin irritation Roundup may elicit in humans, patch testing of 50 human volunteers was conducted with a typical use concentration (1 part Roundup: 45 parts water) and 5 times the expected use concentration (1 part Roundup: 9 parts water) of Roundup in 15 serial applications and again in subsequent challenge applications; no positive reactions resulted. Based on these studies, it was concluded that Roundup is not a primary skin irritant, a fatiguing agent, or a sensitizing agent.

An acute inhalation study in rats was conducted to assess potential hazards from short-term inhalation exposure to Roundup. The acute LC50 value for undiluted Roundup following a four-hour aerosol exposure was 3.18 mg/liter of air. This concentration is far in excess of that which may be encountered under normal use conditions or even adverse conditions of use. Thus, Roundup is considered to be slightly toxic by the inhalation route of exposure.

MONGLY00233254

## Subchronic Toxicity

Subchronic toxicity studies have been conducted on glyphosate and Roundup to identify potential target organ toxicity and to determine the appropriate range of test concentrations for the long-term (chronic) feeding and reproductive studies. The subchronic tests conducted on glyphosate produced no abnormal behavioral reactions or treatment-related effects in any species at the highest concentrations tested; these tests include 90-day rat, mouse, and dog feeding studies with the highest test concentrations being 12,500, 50,000, and 2000 ppm in the diet respectively.

The effects of prolonged exposure to 2x, 3x, and 5x, the normal use concentration for Roundup, have been examined in several 21-day dermal rabbit toxicity studies. No unreasonable adverse effects were observed following repeated contact with up to 3x the normal use concentration. At the 5x use level testicular effects (atrophy) were observed which were considered an indirect result of the stress of severe irritation and reduced food consumption.

In addition to the 21-day dermal studies with Roundup, a 21-day dermal study was conducted with glyphosate. The systemic toxicity no observable effect level was 5000 mg/kg/day, the highest dose tested.

In order to assess potential adverse effects from repeated inhalation exposure to Roundup, a 28-day rat study was conducted with the maximum field use concentration, a 33% use dilution (2 parts water, 1 part Roundup). The only effect observed was apparent nasal irritation, a response to the high aerosol concentrations utilized in the study. The NOEL for systemic toxicity was considered to be the high-dose concentration of 0.36 mg/l.

On the basis of these subchronic studies Roundup has no target organ or systemic toxicity of a degree to present an undue hazard.

## Chronic Toxicity

Chronic toxicity studies are conducted to determine if prolonged exposure will cause tumors, cancer, reproductive problems, or fetal abnormalities.

No significant long-term effects were observed in any of these studies, including 2-year chronic toxicity/oncogenicity studies in rats and mice, a three-generation reproduction study in rats, and teratology studies with both rabbits and rats. All of these studies have been conducted since 1978 and comply with current testing standards. The glyphosate toxicology data base still includes one major IBT study -- a two-year dog study. This study was initially ruled valid in 1978 but was re-rated unacceptable in support of registration in August 1982. A replacement study was submitted in 1985.

MONGLY00233255

## Hazards to Fish and Wildlife

Glyphosate and the Roundup formulation have a low order to toxicity to fish and other wildlife. They are classified as slightly to moderately toxic to most species of fish and aquatic invertebrates. Glyphosate is also practically non-toxic to birds and does not adversely affect their reproductive performance.

## Special Studies

Special studies to assess residue accumulation, distribution and elimination in lactating cows, quail, and rats have been conducted. Little gastrointestinal absorption of glyphosate was observed in these studies. The majority of the test was excreted unchanged with little indication of metabolic alteration, little to no 14-C labeled material was found in edible portions of quail or in tissues or milk from the lactating cow. Limited tissue retention also was noted in rodent studies. A rapid and virtually complete depletion of any remaining residues was observed in the withdrawal period of these studies. In summary, the lack of appreciable retention and the rapid elimination of glyphosate as shown in these studies, indicates that bioaccumulation in the food chain will not occur.

MONGLY00233256

SECTION C

MONGLY00233257



# Bio/dynamics Inc.

## Division of Biology and Safety Evaluation

PROJECT NO. 77-2061

(BDN-77-420)

A CHRONIC FEEDING STUDY

OF GLYPHOSATE (ROUNDUP® TECHNICAL) IN MICE

Final Report

VOLUME I OF VIII
(TOXICOLOGY/PATHOLOGY REPORT)

Submitted to:  Monsanto Company
St. Louis, Missouri 63166

Attn:  Dr. Richard Dirks

Date:  July 21, 1983

© MONSANTO COMPANY 1983
ALL RIGHTS RESERVED

**Study Title**: A Chronic Feeding Study of Glyphosate (Roundup® Technical) In Mice.

**Study No.**: BDN-77-420

**Project No.**: 77-2061

**Conducted by**: Bio/dynamics Inc., E. Millstone, NJ

**Date of Report**: July 21, 1983

**Study Director**: G. K. Hogan

SUMMARY

The accompanying report contains the results of the referenced study with glyphosate (ROUNDUP® technical). Quality assurance reviews were performed by Bio/dynamics, Inc. A review of the data and an evaluation of the conclusions presented in this report are summarized below.

METHODS

Glyphosate (Lot No. nbp 1782608; purity 99.7%) was fed ad libitum to four groups of 50 male and 50 female Charles River CD-1, COBS (ICR derived) mice for 24 months at dietary levels of 0, 1,000, 5,000 and 30,000 ppm. Diet analyses to confirm the stability of glyphosate, its homogeneity in the diet and the accuracy of the intended concentrations were performed by the Monsanto Agricultural Products Company-Research Division and are presented in a separate report (BD-77-420A; Job/Project No. 7163).

All animals were observed twice daily for mortality and clinical signs of toxicity. Body weights and food consumption were determined pretest, weekly through 14 weeks and every two weeks for the remainder of the study. Feed efficiencies were calculated once pretest and weekly through 14 weeks. Water consumption was measured for 10 animals/sex/group at month 12 and for 12 animals/sex/group at month 24.

Blood samples were taken from 10 animals/sex/group at months 12 and 18 for hematologic evaluations. At month

CONTAINS TRADE SECRET OR
OTHERWISE CONFIDENTIAL
INFORMATION OF
MONSANTO COMPANY

24, samples were taken from 12 males/group and from all
surviving females.  The parameters evaluated are listed
below.

| | |
|---|---|
| Hemoglobin | Total Leukocytes |
| Hematocrit | Differential Leukocytes |
| Erythrocytes | Erythrocyte Morphology |
| Platelets | |

Complete gross necropsy examinations were performed on
all animals which died, were killed in extremis or were
sacrificed at study termination.  The following tissues
were retained.

| | |
|---|---|
| Abdominal aorta | Lungs |
| Adrenals | Lymph nodes |
| Bone and bone marrow | Mammary gland |
| Bone marrow smear and blood | Mandibular salivary gland |
|   smear | Nerve |
| Brain | Pancreas |
| Esophagus | Pituitary |
| Eyes | Prostate |
| Harderian glands | Skeletal Muscle |
| Gall bladder | Skin |
| Gonads | Spinal cord |
| Head | Spleen |
| Heart | Stomach |
| Cecum | Thymus |
| Colon | Thyroid/parathyroid |
| Duodenum | Urinary bladder |
| Ileum | Uterus |
| Jejunum | Gross lesions |
| Kidneys | Tissue masses |
| Liver | |

The following organs were weighed for all survivors at
terminal sacrifice.

| | |
|---|---|
| Brain | Heart |
| Adrenals | Kidneys |
| Testes | Liver |
| Ovaries | Spleen |

CONTAINS TRADE SECRET OR
OTHERWISE CONFIDENTIAL
INFORMATION OF
MONSANTO COMPANY

## RESULTS

Analysis of treated diets demonstrated that glyphosate could be homogeneously mixed with rodent diet and that it remained stable in the diet for the one week feeding period used in this study.  Glyphosate test concentrations averaged approximately 95% of the target concentrations throughout the study.  Compound intake, expressed as mg glyphosate/kg body weight/day on a time-weighted average, was 157, 814 and 4841 mg/kg/day for males and 190, 955 and 5874 mg/kg/day for females at the low-, mid- and high-dosage levels, respectively.

The incidence of mortality in all groups was normal for this age and strain of mice.  No treatment-related effects were demonstrated.

### Cumulative Mortality

| DOSE | Males | | | Females | | |
|---|---|---|---|---|---|---|
| (ppm) | 12 Mo | 18 Mo | 24 Mo | 12 Mo | 18 Mo | 24 Mo |
| 0 | 9 | 12 | 30 | 3 | 15 | 30 |
| 1,000 | 9 | 19 | 34 | 4 | 16 | 38 |
| 5,000 | 7 | 14 | 33 | 1 | 8 | 23 |
| 30,000 | 4 | 11 | 24 | 5 | 13 | 27 |

There were no physical or behavioral signs of toxicity which were considered to be related to glyphosate administration.  Observations such as yellow staining of the ano-genital area, alopecia (hair loss) and lacrimation were noted with approximately equal frequency in both control and treated animals and are considered common for the CD-1 mouse under laboratory conditions.

Body weights for both males and females of the high-dose group were consistently less than controls throughout the study.  Although the decreases were slight (1% to 11%), several were statistically significant.  Other statistically significant decreases were also noted in the mid- and low-dose animals; however, these changes

CONTAINS TRADE SECRET OR
OTHERWISE CONFIDENTIAL
INFORMATION OF
MONSANTO COMPANY

were sporadic and did not reflect a dose-response relationship. Food consumption and feed efficiency values for all groups, including controls, were extremely variable. This is a common finding with mice. No consistent differences between treated animals and controls were demonstrated. Water consumption measurements also did not reveal effects attributable to glyphosate administration.

Several statistically significant differences from controls were observed for some of the hematology parameters examined. However, the changes were small in magnitude, inconsistent over time, and did not occur in a dose-related pattern. None were considered to be related to test-material administration.

There were no changes observed in the absolute or relative organ weights which were considered to be due to glyphosate administration. Several statistically significant changes in organ/body weight ratios were observed, but these were attributed to the statistically significant decreases in terminal (fasted) body weights rather than a specific organ effect. There were no dose-response relationships suggested or any correlatable gross or microscopic observations for any of the organs.

At terminal necropsy, frequent gross observations included ovarian and uterine cysts in females and such minor observations as scabbed and torn skin and truncated tails in both males and females. All these findings were observed with approximately equal frequency in all dose groups and controls. Other gross findings were low in incidence, considered to be typical for mice of this age and were unrelated to glyphosate administration.

The incidence of neoplastic and non-neoplastic lesions were analyzed by the Cochran-Armitage test for linear trend and the Chi-Square test (uncorrected for continuity) for treatment group differences from control. Before these tests were performed, a probability level (alpha) was selected with which statistical significance of incidence data was evaluated. Alpha is a statistical term representing the probability of obtaining a false-positive in any statistical test. In consideration of the large number of sites (neoplastic and non-neoplastic) to be evaluated, an alpha value of 0.01 was selected. Statistical analysis under these conditions should limit the false-positive rate to no greater than one percent.

CONTAINS TRADE SECRET OR
OTHERWISE CONFIDENTIAL
INFORMATION OF
MONSANTO COMPANY

MONGLY00233262

Statistically significant positive trends were observed for central lobular hepatocyte hypertrophy, central lobular hepatocyte necrosis and chronic interstitial nephritis in males, and for proximal tubule epithelial basophilia and hypertrophy in females. Statistically significant increases in the incidence of lesions in treatment groups vs. control were observed for central lobular hepatocyte necrosis in high-dose males and proximal tubule epithelial basophilia and hypertrophy in high-dose females. The lesions considered to be possibly related to glyphosate administration were hepatocyte hypertrophy, central lobular hepatocyte necrosis and chronic interstitial nephritis in high-dose males and proximal tubule epithelial basophilia and hypertrophy in high-dose females. All these findings, however, were of the type and severity common to long-term mouse studies. The incidence of these lesions is shown in Table 1.

There were no statistically significant increases in the incidence of neoplastic lesions in treatment groups vs. control. There were also no statistically significant positive trends observed. The bulk of the neoplastic findings were bronchiolar-alveolar tumors of the lung, hepatocellular neoplasms and tumors of the lymphoreticular system. The incidences of these tumors, however, were small and they are all of the type commonly encountered in mice. No treatment relationship was suspected. The incidence of renal tubule adenomas was 0/49, 0/49, 1/50 and 3/50, in control through high-dose males, respectively. This lesion, however, was not observed in any of the female treatment groups, and, as mentioned previously, this data was not statistically different from control. While not observed in control animals in this study, renal tubule adenomas have previously been observed in control male CD-1 mice of comparable age. The slightly increased incidence of adenomas in the high-dose males was considered spurious and unrelated to glyphosate administration.

The correlation of microscopic findings with gross necropsy observations did not reveal evidence of any treatment-related effects.

CONTAINS TRADE SECRET OR
OTHERWISE CONFIDENTIAL
INFORMATION OF
MONSANTO COMPANY

MONGLY00233263

CONCLUSION

The oral (dietary) administration of glyphosate to mice
at up to 30,000 ppm for 24 months resulted in slightly
reduced body weight gain in high-dose males and females
and several microscopic liver and kidney changes in
high-dose males and females possibly related to test
material administration.  No changes in food consump-
tion, clinical or gross necropsy observations and
clinical chemistry parameters were noted, and no
neoplasms considered to be related to glyphosate admini-
stration were observed.  The oncogenic no-effect level
was considered to be 30,000 ppm of glyphosate.

*Richard C. Dirks*

Richard C. Dirks, Ph.D.
Senior Product Toxicologist
Monsanto Company
Department of Medicine and
   Environmental Health

CONTAINS TRADE SECRET OR
OTHERWISE CONFIDENTIAL
INFORMATION OF
MONSANTO COMPANY

MONGLY00233264

CONTAINS TRADE SECRET OR OTHERWISE CONFIDENTIAL INFORMATION OF MONSANTO COMPANY

TABLE 1

Statistically Significant Microscopic Changes

| | Control | Low | Mid | High | Linear Trend |
|---|---|---|---|---|---|
| 1. Central lobular hepatocyte hypertrophy | | | | | |
| - males | 9/49 | 5/50 | 3/50 | 17/50 | b |
| - females | 3/49 | 5/50 | 1/49 | 1/49 | b |
| 2. Central lobular hepatocyte necrosis | | | | | |
| - males | 0/49 | 2/50 | 2/50 | 10/50[a] | b |
| - females | 2/49 | 1/50 | 4/49 | 2/49 | b |
| 3. Chronic interstitial nephritis | | | | | |
| - males | 5/49 | 2/49 | 7/50 | 12/50 | b |
| - females | 4/50 | 8/50 | 2/50 | 4/50 | b |
| 4. Proximal tubule epithelial basophilia and hypertrophy | | | | | |
| - males | 15/49 | 10/49 | 15/50 | 7/50 | b |
| - females | 0/50 | 2/50 | 4/50 | 9/50[a] | b |

[a] Statistically significant increase compared to control ($p \leq 0.01$) using the Chi-Square test (uncorrected for continuity)

[b] Statistically significant linear trend ($p \leq 0.01$) using the Cochran-Armitage test

MONGLY00233265

SECTION D

MONGLY00233266

SUMMARY OF GLYPHOSATE MOUSE
KIDNEY TUMOR ISSUES

The attached information is being supplied as a chronological review
of the pertinent data and comments submitted to the Environmental
Protection Agency concerning the issue of renal tubular adenomas
reported in a lifetime feeding study with glyphosate in mice.  An
overview of the toxicology of ROUNDUP Herbicide and glyphosate, the
active ingredient in ROUNDUP, is included as general background
information (Section B).

In August 1983, Monsanto Company submitted to the Agency the final
report of a chronic feeding study with glyphosate in mice.  A summary
of the methods, results, and conclusions from this study is included
as Section C.  Briefly, the results indicated that administration of
glyphosate to mice for 24 months at dietary concentrations up to
30,000 ppm (3% of the diet) resulted in slightly reduced body weight
gain and several non-neoplastic microscopic liver and kidney lesions
at the high-dose level.  All of these lesions were, however, of the
type and severity commonly observed in long-term mouse studies.  No
other signs of toxicity and no neoplasms considered to be treatment
related were observed.

Following an initial review of this study, the Agency expressed con-
cern over the reported incidence of renal tubular adenomas in the
male mice (0/49, 0/49, 1/50, 3/50 for the control through high dose
groups, respectively).  None of these incidences were statistically
different from the control group incidence, and the dose-response
trend was not significant at the p = 0.01 level of uncertainty.
However, the dose-response trend was statistically significant at
p = 0.05.  The Agency considered this to be a rare tumor, and as
such was concerned about the significant trend at p = 0.05.  Monsanto
Company, therefore, submitted historical control data from the labor-
atory that conducted the study and from two other contract testing
laboratories (Section E).  These data supported Monsanto's contention
that the observed frequencies of renal tubular adenomas were within
the range of reported historical control incidences for this tumor
type in the CD-1 mouse and that, although observed with low frequency,
this would not be considered a "rare" tumor.  Other information was
also submitted to reinforce Monsanto's position that these tumors
were not treatment-related (Section F).

Due to the Agency's continuing concern relative to these tumors,
Monsanto requested that Marvin Kuschner, M.D., Dean of the School of
Medicine, State University of New York (Stony Brook) reexamine all
of the kidney sections from the study.  Dr. Kuschner's report is
included as Section G.  The critical finding from this review was
that in addition to confirming the originally diagnosed tumors, an

MONGLY00233267

-2-

additional tubular adenoma was found in the control group.  Based upon
this finding, the group incidences (control through high-dose) were
now 1/49, 0/49, 1/50, 3/50 for the male mice.  No tumors were detected
in female mice.  When analyzed statistically, there was no significant
difference between treated and control group incidences, and no
significant dose-response trend (p > 0.05).

Following Agency review of this data and all of the original kidney
sections, Monsanto was required to conduct additional histopathologi-
cal analysis of the male kidneys.  A summary of the methods and results
of this additional work is included as Section H.  No evidence of
chemically-induced nephrotoxicity, and no new tumors were detected in
this thorough evaluation.  The study report and all new kidney sections
were submitted for the Agency's review.

Due to the continued concern of the Agency, Monsanto requested that
nine independent, noted experts in pathology and toxicology review all
of the kidney sections and/or original data from this study.  The
unanimous conclusion of all of these experts was that the reported
incidences of renal tubular tumors was incidental and not related to
exposure to glyphosate.  Thus, there is no basis for considering
glyphosate to be an animal oncogen or a possible human oncogen.  The
reports from these experts (Section I, Parts A through E) were sub-
mitted to the Agency in October, 1985.  At this time, Monsanto has
not received any further contact from the Agency in regard to this
additional information.

MONGLY00233268

SECTION E

MONGLY00233269

# Monsanto

Monsanto Company
1101 17th Street, N. W.
Washington, D. C. 20036
Phone: (202) 452-8860

March 20, 1984

Director
Registration Division (TS767C)
Office of Pesticide Programs
U. S. Environmental Protection Agency
1921 Jefferson Davis Highway
Crystal Mall #2, Room 716D
Arlington, Virginia 22202

Attention:  Mr. Robert J. Taylor
            Product Manager (25)

                    Subject:  Roundup® Herbicide
                              EPA Reg. No. 524-308
                              Additional Information Relating
                              to Chronic Mouse Study,
                              BD-77-420

Dear Sir:

On July 29, 1983, Monsanto submitted to the Agency an eight
volume report entitled "A Chronic Feeding Study of Glyphosate in
Mice," BD-77-420.  The accession numbers 251007-251014 were
assigned to this submission.

Several weeks ago the Agency requested verbally that we provide
historical data for the incidence of renal tubular adenomas in
control groups in comparable studies conducted by Bio/dynamics, Inc.

Enclosed with this letter are the requested historical control
data.  In addition, we have enclosed historical control data
from Hazleton Laboratories and International Research and
Development Corp.  In summary, the data show the following:

   a)   In the seven studies at Bio/dynamics, listed as studies
        A-G on the attached table, renal tubular adenomas were
        observed in the control group in two studies, A (1/54
        or 1.9%), and E (2/60 or 3.3%).  These studies were
        conducted during 1978-1981 timeframe.

MONGLY00233270

Registration Division (TS767C)
Environmental Protection Agency
March 20, 1984
Page 2

b)   The control group incidence in comparable studies
     conducted by International Research and Development was
     0-1.4%.

c)   The incidence in control group mice at Hazleton has
     been as high as 7.1% (1/14.)

As stated in Dr. Dirks's summary of the chronic mouse study with
glyphosate, we consider the slightly increased incidence of
adenomas in this study to be spurious and unrelated to treatment.
This position is based on the following points:

a)   The lesion was observed only in males.

b)   The incidence in either the high- or mid-dose groups
     was not statistically different from control and
     there was not a statistically significant dose-
     treatment relationship.

c)   Historical control data from Bio/dynamics and other
     laboratories indicate that these lesions do occur
     occasionally in comparable ranges.

We hope this information resolves any concern you may have had
relative to this issue.  If you should have any additional
questions, please feel free to contact me or our Washington office.

                    Sincerely,

                    Robert W. Street
                    Manager, Product Health
                    and Safety Information

RWS/jr

cc:  Mr. L. L. Gingerich

77-2061

Male Charles River CD-1 Mice
Bio/dynamics, Inc.

**K I D N E Y**

**C O N T R O L   D A T A**

| STUDY I.D. | A |  | B |  | C |  | D |  | E |  | F |  | G |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | * | ** | * | ** | * | ** | * | ** | * | ** | * | ** | * | ** |
| **Tissue/Finding** | | | | | | | | | | | | | | |
| Neoplasm | | | | | | | | | | | | | | |
| # Examined | 57 | 54 | 61 | 60 | 51 | 53 | 59 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| B - tubular adenoma |  | 01 |  |  |  |  |  |  |  | 02 |  |  |  |  |
| Start | 6/78 | | 12/77 | | 12/77 | | 10/78 | | 11/78 | | 11/77 | | 10/77 | |
| Terminate | 7/80 | | 4/80 | | 3/80 | | 4/81 | | 4/81 | | 4/80 | | 4/80 | |

* Control Group A
** Control Group B

MONGLY00233272

FEB 9 1984



**International Research
and Development Corporation**

February 6, 1984

Dr. Richard C. Dirks
Senior Product Toxicologist
Monsanto Company
800 North Lindbergh Blvd.
St. Louis, Missouri  63167

Dear Dr. Dirks:

Listed below is a summary of historical control data on kidney tumors in male Charles River CD-1 mice in studies conducted at IRDC.

| Data Base* | Total Male Animals Examined | Tumor Diagnosis | Total # of Animals with Tumors | Total % Incidence | Range of % Incidence in Studies |
|---|---|---|---|---|---|
| 6 Studies (18-months, 1971-1975) | 340 | No kidney tumors reported | | | |
| 7 Studies (20-22 months, 1973-1978) | 473 | Adenoma | 1 | 0.2 | 0-2.0 |
| 19 Studies (24-25 months, 1976-1978) | 1490 | Adenoma | 3 | 0.2 | 0-1.3 |
| | | Carcinoma | 4 | 0.3 | 0-1.7 |
| 14 Studies (2-year, 1977-1981) | 1360 | Adenoma, cortical | 2 | 0.15 | 0-1.0 |
| | | Adenoma, cortical cell | 1 | 0.07 | 0-1.7 |
| | | Tubular adenoma | 2 | 0.15 | 0-1.4 |
| | | Adenoma | 2 | 0.15 | 0-1.0 |
| | | Adenocarcinoma | 1 | 0.07 | 0-1.0 |

*Number of studies, average duration of studies, years during which studies were conducted.

Sincerely,

Dale E. Johnson, Pharm.D., Ph.D.
Associate Director, Toxicology Division

DEJ:bf

MONGLY00233273



**HAZLETON**
LABORATORIES AMERICA, INC.
9200 LEESBURG TURNPIKE VIENNA VIRGINIA 22180 U S A

## REPRESENTATIVE HISTORICAL CONTROL DATA

PART I:      RODENT LONGEVITY
PART II:     NEOPLASIA IN SPRAGUE-DAWLEY RATS
PART III:    NEOPLASIA IN UNTREATED B6C3F1 MICE
PART IV:     NEOPLASIA IN B6C3F1 CONTROL MICE TREATED WITH CORN OIL IN
             THE DIET
PART V:      NEOPLASIA IN B6C3F1 CONTROL MICE TREATED WITH CORN OIL
             ADMINISTERED BY GAVAGE
PART VI:     NEOPLASIA IN B6C3F1 CONTROL MICE TREATED WITH CARBOXYMETHYL-
             CELLULOSE ADMINISTERED BY GAVAGE
PART VII:    NEOPLASIA IN UNTREATED CD-1® MICE
PART VIII:   NEOPLASIA IN UNTREATED CD-1® F1 MICE
PART IX:     NEOPLASIA IN CD-1® CONTROL MICE TREATED WITH DISTILLED WATER
             ADMINISTERED BY GAVAGE
PART X:      NEOPLASIA IN CD-1® CONTROL MICE TREATED WITH 0.5% TRAGACANTH
             IN DISTILLED WATER ADMINISTERED BY GAVAGE
PART XI:     HEMATOLOGY REFERENCE RANGES
PART XII:    CLINICAL CHEMISTRY REFERENCE RANGES

Hazleton Laboratories America, Inc. : Representative historical
control data. Part VII : Neoplasia in untreated CD-1® mice,
pg 5. Part VIII : Neoplasia in untreated CD-1® F1
mice, pg 5. July 6, 1983.

NOTE:  Historical control data generated in-house at Hazleton Laboratories
       America, Inc.

updated 7/1/83

MONGLY00233274

```
-----------------------------------------------------------------
              HAZLETON LABORATORIES AMERICA, INC.
     SUMMARY OF NEOPLASIA IN UNTREATED CONTROL CD-1® F1 MICE
-----------------------------------------------------------------
```

THE FINDINGS PRESENTED IN THIS SUMMARY ARE FROM UNTREATED
F1 GENERATION CONTROL MICE SACRIFICED AFTER 91 TO 105 WEEKS.

THE TERM 'POSITIVE TOTALS' REPRESENTS THE TOTAL NUMBER OF
POSITIVE FINDINGS FROM STUDIES WHERE THERE WERE ONE OR
MORE OCCURRENCES OF THE INDICATED NEOPLASM IN EACH SEX.
THE DATA FROM THESE STUDIES, INCLUDING THE NUMBER OF
TISSUES EXAMINED, ARE PRESENTED.

THE TERM 'OVERALL TOTALS' REPEATS THE TOTAL NUMBER OF
POSITIVE FINDINGS AND ALSO PRESENTS THE TOTAL NUMBER OF
TISSUES OBSERVED FROM ALL QUALIFYING STUDIES, THAT IS,
THOSE STUDIES WITH POSITIVE AS WELL AS NEGATIVE FINDINGS.

WHEN POSITIVE FINDINGS ARE LISTED FOR TISSUE MASS, OTHER
LESIONS, MULTIPLE ORGANS, OR OTHER NON-PROTOCOL TISSUES,
THE TOTAL NUMBER OF TISSUES EXAMINED REPRESENTS THE
TOTAL NUMBER OF ANIMALS EXAMINED AT THAT INTERVAL OR THE
TOTAL NUMBER OF ANIMALS ON STUDY, AS APPROPRIATE.

WHERE INDIVIDUAL STUDY DATA ARE FOLLOWED BY THE SUPER-
SCRIPT 'A', THE NUMBER PRESENTED REPRESENTS THE
NUMBER OF ANIMALS SACRIFICED AT TERMINATION RATHER
THAN THE NUMBER OF TISSUES EXAMINED.

'OVERALL PERCENT' IS THEN CALCULATED USING THE
'OVERALL TOTALS' FIGURE.

THE COMPUTER ESTABLISHES 'RANGE OF PERCENTAGES' FROM THE
DATA COMPRISING 'POSITIVE TOTALS'.

MONGLY00233275

## NEOPLASIA IN CD-1® F1 MICE--UNTREATED CONTROLS

| FINDING | POSITIVE FINDINGS (MALES) | ANIMALS EXAMINED (MALES) | POSITIVE FINDINGS (FEMALES) | ANIMALS EXAMINED (FEMALES) |
|---|---|---|---|---|

### *** TISSUE NAME--KIDNEY ***

**TUBULAR CELL ADENOMA**

| | | | | |
|---|---|---|---|---|
| | 1 | 15 | 0 | 15 |
| | 1 | 14 | 0 | 26 |
| POSITIVE TOTALS-- | 2 | 29 | 0 | 41 |
| OVERALL TOTALS--- | 2 | 56 | 0 | 81 |
| OVERALL PERCENT-- | | 3.6 | | 0.0 |
| RANGE OF PERCENTAGES-- | 7 -- | 7 | 0 -- | 0 |

**TUBULAR CELL CARCINOMA**

| | | | | |
|---|---|---|---|---|
| | 1 | 15 | 0 | 15 |
| POSITIVE TOTALS-- | 1 | 15 | 0 | 15 |
| OVERALL TOTALS--- | 1 | 56 | 0 | 81 |
| OVERALL PERCENT-- | | 1.8 | | 0.0 |
| RANGE OF PERCENTAGES-- | 7 -- | 7 | 0 -- | 0 |

### *** TISSUE NAME--LIVER ***

**HEMANGIOSARCOMA**

| | | | | |
|---|---|---|---|---|
| | 0 | 15 | 2 | 15 |
| POSITIVE TOTALS-- | 0 | 15 | 2 | 15 |
| OVERALL TOTALS--- | 0 | 75 | 2 | 100 |
| OVERALL PERCENT-- | | 0.0 | | 2.0 |
| RANGE OF PERCENTAGES-- | 0 -- | 0 | 13 -- | 13 |

5                                    07/06/83

MONGLY00233276

SECTION F

MONGLY00233277

# Monsanto

Monsanto Company
1101 17th Street, N. W.
Washington, D. C. 20036
Phone: (202) 452-8860

March 13, 1985

Mr. Douglas D. Campt
Director, Registration Division
Office of Pesticide Programs
U.S. Environmental Protection Agency
1921 Jefferson Davis Highway
Arlington, Virginia  22702

Subject: Roundup® Herbicide
EPA Reg. Nos. 524-308,
524-330, 524-339, 524-332
524-343

Dear Mr. Campt:

As part of a program to replace IBT toxicology studies
Monsanto conducted a chronic feeding study with glyphosate
in mice.  Dietary levels of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
were used in this ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Even though
the highest feeding level was equivalent to 3% glyphosate
in the diet, no major chronic effects were observed nor were
there any treatment related oncogenic effects noted.  This
study was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Upon
completion of its review, the Agency indicated concern over
a very low incidence of microscopic renal adenomas observed
in high dose male mice.  The incidence data were 0, 0, 1, 3
for control, low-dose, mid-dose, and high dose levels,
respectively, and are not statistically significant at the
99% confidence level.

▓▓▓▓▓▓▓▓▓▓▓▓ in response to a request by the Agency, we
submitted historical control data from the laboratory which
performed the study as well as two other major contract
laboratories.  The data indicated that this lesion does
occur occasionally and in comparable ranges.

▓▓▓▓▓▓▓▓▓▓▓ 1985, Dr. Lyle Gingerich, Dr. Fred Johannsen
and I met with Drs. Farber and Burnam of the EPA.  We had a
full exchange of opinions at this meeting and appreciated the
opportunity to explore the EPA position on glyphosate with
them.

Mr. Campt
March 13, 1985
Page 2

In the course of our meeting, however, it became clear that
the ~~EPA considers the results of the mouse study to be posi-~~
~~tive and that glyphosate should be categorized as a "possible"~~
~~human carcinogen. They acknowledged that the weight of~~
~~the evidence for this conclusion is weak.~~

We continue to believe that the ~~results of the chronic mouse~~
~~study do not support the conclusion~~ of a ~~treatment-related~~
~~oncogenic effect.~~ The purpose of this letter is to summarize
the scientific basis for our position and to provide addition-
al interpretation and information for your consideration.

A.  Inconsistency With Treatment-Related Etiology

1.  Sex-specific Occurrence

Renal adenomas were only observed in male and not female
mice following 2 years of glyphosate treatment.
Significantly, and perhaps not considered by the EPA,
was the fact that female mice in the high-dose group
took in fully 20% more glyphosate on an mg/kg/day basis
than their male counterparts (4232-9859 mg/kg/day in
females vs. 3465-7220 mg/kg/day in males).  If this
lesion were treatment-related, one would have expected
a dose-dependent increase in tumor development.  This
obviously did not occur because no females on test
developed a renal adenoma.

2.  No Time Course to Tumor Development

The small incidence of renal tumors seen in male mice
possessed no normal time course to tumor development.
Lesions were only observed in terminally sacrificed
animals, while none were found in animals which died
before the end of the 24 month study period.  This
observation supports the ~~interpretation that these lesions~~
~~were age-related rather than treatment-related~~ because
a decreased time-to-tumor interval would have been
expected had the latter been the case.

3.  No Progression of Neoplastic Lesion

~~Only benign,~~ not malignant, ~~renal tumors were observed~~
~~in aged male mice.~~  Additionally, these ~~lesions were~~
~~found only unilaterally with no evidence of multiplicity~~
~~of form.~~  Had this effect been treatment related, a
progression towards carcinomas formation and a multipli-
city of sites would have been expected, especially in
senile mice.

MONGLY00233279

Mr. Campt
March 13, 1985
Page 3

4.  No Evidence to Support a Preneoplastic Effect

In contrast to thoughts expressed by the EPA at our
February 21 meeting, ~~no evidence of renal hyperplasia,
atrophy, tubular changes suggestive of a preneoplastic
effect was noted in male mice from this study.~~ In fact,
no such effects were observed in groups of mice fed
glyphosate at a dose level of 50,000 ppm for up to 3
months; report submitted in May 1980, accession number
242799. Similarly, evaluation in a broad range of
mutagenicity assays designed to assess point mutations,
DNA damage or chromosomal effects in mammalian and
bacterial cell systems uniformly resulted in a complete
lack of geno-toxicity.

5.  Specie Specificity

Results of a previously submitted 2-year rat study
clearly established that there were ~~no treatment-related
renal tumors in the rats at all.~~

A.  Consistency With Spontaneous Etiology

1.  Lack of Statistical Significance

The original analysis of multiple comparison of renal
tumors between control and treated groups was conducted
using the chi-square test for homogeneity. The
significance level, or p-value, obtained from this test
was 0.1241 (corrected) and 0.0408 (uncorrected). The
corrected chi-square is essentially the same test but
with a correction factor designed to improve the
approximation. More imprtantly, the more widely
accepted Fisher's Exact Test gives a p-value of 0.1249.
~~Thus, by either the Fisher's exact test or chi-square
homogeneity test, the tumor incidence data are not
significant at the p equals 0.05 level.~~

Analysis of the data by the ~~Cochran-Armitage test~~ for
linear dose-response trends gives a ~~p-value of 0.0633.~~
Theoretically, a finding of either one less tumor in the
high dose group or one tumor in the control or low-dose
group results in lack of statistical significance at the
p=0.05 level. See Table on page 4 of this letter. Most
importantly, ~~the lack of any complementary or confirming
evidence of a treatment relationship for this tumor, as
discussed previously with EPA and in this letter, casts
doubt on the likelihood of any dose-response relationship~~

Mr. Campt
March 13, 1985
Page 4

| | Number of Tumors at Dose | | | Cochran Armitage Test |
|---|---|---|---|---|
| 0 | 1000 ppm | 5000 ppm | 30,000 ppm | p-Value |
| 0 | 0 | 1 | 3 | 0.016  ̲.01 |
| 1 | 0 | 1 | 3 | 0.068 |
| 0 | 1 | 1 | 3 | 0.063 |
| 0 | 0 | 1 | 2 | 0.239 |

2. **Within Range (%) of Historical Values**

While the mean incidence of renal adenomas in large
groups of male mice is quite low, Monsanto has supplied
~~historical control data indicating a range of 0.0%-7.1%~~
~~in individual study populations.~~ Since the glyphosate
male control group did not contain an animal with a
renal tumor it obviously was at the low end of the
range.  The incidence of renal adenomas in high dose
male mice were within, albeit at the high end, of the
historical range of 7.1% for adenomas.  The fact that
no carcinomas were observed in any test group puts all
four groups at the lowest end (0.0%) of the historical
range for this tumor delineation.

3. **Spontaneously Occurring Tumors Appear to be Sex Specific**

Based on literature surveyed and historical control data
gathered, ~~████████████████████████████████████~~
~~██████████████████████████████~~ The fact
that the renal adenomas seen in this study were also
seen only in males, not females (even though females
consumed a higher total glyphosate intake in this study),
is consistent with the data available on the spontaneous
occurrence of this tumor type.

In summary, ~~████████████████████████████████████~~
~~████████████████████████████████████████████~~
~~███████████~~  This conclusion has been reached not only by
Monsanto scientists but by regulatory agencies worldwide.

As you know, Roundup is an extremely important herbicide to
agriculture in the U. S. and around the world.  Monsanto is
concerned that even the initiation of formal regulatory
action would have serious negative economic repercussions

Mr. Campt
March 13, 1985
Page 5

which we believe are not justified by the scientific evidence.
Therefore, ███████████████████████████████████████  Furthermore,
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████

Thank you for your consideration of our request.  Monsanto
places high priority on the satisfactory resolution of
this matter and we look forward to your response.

Should you have any questions, please contact Dr. Chester
Dickerson or Mr. Lyle Gingerich of our Washington office or
me.

Sincerely,

Frank Serdy

Frank S. Serdy
Manager, Federal and State
        Registration Affairs

/pt

cc:  Mr. Lyle L. Gingerich/Dr. Chester T. Dickerson, Jr.
     Dr. J. Akerman
     Dr. T. Farber
     Mr. R. J. Taylor



SECTION G

MONGLY00233283



CONTAINS TRADE SECRET OR
OTHERWISE CONFIDENTIAL
INFORMATION OF MONSANTO
COMPANY

# Monsanto

Monsanto Company
1101 17th Street, N.W
Washington, D.C. 20036
Phone: (202) 452-8880

May 21, 1985

Director
Registration Division (TS-767C)
Office of Pesticide Programs
U.S. Environmental Protection Agency
1921 Jefferson Davis Highway
Arlington, Virginia  22202

Subject: Roundup®
Herbicide EPA Reg Nos.
524-308, 524-330, 524-332,
524-339, 524-343.

Chronic Mouse Study with
Glyphosate.

Attn:  Mr. Robert J. Taylor
       Product Manager (25)

Dear Sir:

Due to the Agency's continuing concern relative to the incidence of
kidney tumors in the chronic mouse study with glyphosate, Monsanto
requested Marvin Kuschner, M.D., Dean of the School of Medicine,
State University of New York (Stoney Brook) to reexamine the kidney
sections from this study.  Dr. Kuschner has recently completed this
reexamination of all kidney sections from male and female mice in
the control, 1000, 5000, and 30,000 ppm dietary concentration
groups.  At this time, Monsanto is submitting as an Addendum to the
final report, RD #480, accession number 251007-251014, Dr. Kuschner's
findings as reported in a letter to Dr. Timothy Long of Monsanto.

In summary, Dr. Kuschner's review of the sections revealed the
following important new findings.

    1.   He confirmed the presence of one mid dose and three
        high dose tumors in the male mice.  In addition, he
        discovered a tumor in a control mouse which had not
        been previously reported.

Robert Taylor
May 21, 1985
Page 2

CONTAINS TRADE SECRET OR
OTHERWISE CONFIDENTIAL
INFORMATION OF MONSANTO
COMPANY

2.   He determined that there were no no pre-neoplastic
     lesions associated with the kidney tumors.

3.   He determined that other non-neoplastic kidney
     changes would not mask any pre-neoplastic changes.

4.   He provided additional histologic description of
     the kidney tumors.

Upon receipt of Dr. Kuschner's letter report, Monsanto performed a
statistical analysis of the data to include the newly discovered
control tumor.

The results of this analysis indicated that there was no statistically
significant difference (p>0.05) in the incidence of kidney tumors
between the concurrent control male mice and any of the treated
groups of male mice. Furthermore there was not a statistically
significant linear trend (p >0.05) in the tumor incidence.

Based on this new information which demonstrates that glyphosate
did not show a treatment-related oncogenic effect in this study,
Monsanto is hopeful that the Agency will reach the same conclusion.
In addition, we request that the review of all pending petitions may
now be completed.

                                        Sincerely,

                                        Frank Serdy/llg

                                        Frank S. Serdy
                                        Manager, Federal and State
                                            Registration Affairs

/ss

MONGLY00233285

MAY 1 6 1985

MARVIN KUSCHNER, M. D.
64 EAST GATE DRIVE
HUNTINGTON, N. Y. 11743
TELEPHONE ▮▮▮▮▮▮▮

May 11, 1985

Timothy J. Long, Ph.D.
Senior Product Toxicologist
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, Missouri  63167

Dear Doctor Long:

At your request I have examined the sections of mouse kidneys in
Project No. M-6 77-2061.  Individual slides were derived from animals
1001 through 4550 with the exception of animal 1016 which was noted
to be missing.

This first examination was undertaken to:  (1) attempt to illuminate the
morphogenesis of neoplasms by identifying pre-neoplastic changes;
(2) seek for evidence of cytotoxic effects that might suggest a pro-
moting action of the test material; (3) determine the presence or absence
of epithelial neoplasia.  The incidence of lymphomatous infiltration and
non-neoplastic changes such as amyloidosis, pyelonephritis, renal abs-
cesses, and multicystic change were not recorded by me although noted
to be of common occurrence in all groups.

Evidence of pre-neoplastic change and of cytotoxic effects were not
found.

The neoplasms noted were as follows:

     Group I M - Animal 1028

     Group III M - Animal 3023

     Group IV M - Animals 4029; 4032; 4041

These tumors were all of the renal cortical epithelial type.  In
animals 1028 and 4029 the tumors were minute (1mm or less) and were
apparently not observed grossly.  Tumors in the remaining 3 animals
were large and seen grossly.  The largest of these (#3023) showed most
evidence of atypicality.  There seems to be little point to classifying
this tumor as malignant and the others as benign since it would appear
that all these have the potential for enlargement, anaplasia, and
peripheral invasion.  No distinguishing histological characteristics of
malignancy have been identified.

MONGLY00233286

MARVIN KUSCHNER, M. D.
64 EAST GATE DRIVE
HUNTINGTON, N. Y. 11743

TELEPHONE ████████

Timothy J. Long, Ph.D.          -2-      Re:  Project No M-6 77-2061

The single tumor in the control animal (#1028) is of the so-called
"clear-cell" type.  All others are predominantly of the "dark-cell"
variety although one (#4032) has "clear-cell" components.  I know of
no biological distinction between these types.

Sincerely yours,

Marvin Kuschrer, M.D.
MK/kp

MONGLY00233287

CONTAINS TRADE SECRET OR
OTHERWISE CONFIDENTIAL
INFORMATION OF MONSANTO
COMPANY

Glyphosate Chronic Mouse Study
(B/d 77-2061, BDN 77-420)

## Statistical Treatment of Kidney Tumor Data

Analysis of Counted Data

### OBSERVED FREQUENCIES

|  | CONTROL | LOW | MID | HIGH |
|---|---|---|---|---|
| DOSE LEVEL | .0 | 1000.0 | 5000.0 | 30000. |
| Tumor | 1 | 0 | 1 | 3 |
| No Tumor | 48 | 49 | 49 | 47 |

### PERCENT RESPONDING

|  | CONTROL | LOW | MID | HIGH |
|---|---|---|---|---|
| DOSE LEVEL | .0 | 1000.0 | 5000.0 | 30000.0 |
| Tumor | 2.0 | 0.0 | 2.0 | 6.0 |
| No Tumor | 98.0 | 100.0 | 98.0 | 94.0 |

## RESULTS OF SIGNIFICANCE TESTS BASED ON ALL DOSE LEVELS
************************************************************

### RESULTS OF CHI-SQUARE CONTINGENCY-TABLE TEST USING ALL THE DATA

| | |
|---|---|
| Chi-Square Corrected for Continuity | 1.798 |
| Two-Sided Probability Level | 0.6154 |
| Chi-Square Uncorrected for Continuity | 3.825 |
| Two-Sided Probability Level | 0.2810 |

### RESULTS OF COCHRAN-ARMITAGE TEST FOR LINEAR TREND IN PROPORTIONS

| | |
|---|---|
| Chi-Square For Linear Trend | 3.333 |
| One-Sided Probability Level | 0.0679 |
| Chi-Square for Deviations from Trend | .4920 |
| Two-Sided Probability Level | 0.7819 |

## RESULTS OF SIGNIFICANCE TESTS BASED ON COMPARING EACH TREATMENT WITH CONTROL
************************************************************

MONGLY00233288

```
FISHER'S EXACT TEST FOR TREATMENT       LOW      VS.      CONTROL

One-Sided Probability Level             0.5000

Chi-Square Contingency Table Test
  for Treatment                         LOW      VS.      CONTROL

Chi-Square not Computed because one or more expected
values is less than one.


FISHER'S EXACT TEST FOR TREATMENT       MID      VS.      CONTROL

One-Sided Probability Level             0.7474

Chi-Square Contingency Table Test
for Treatment                           MID      VS.      CONTROL

Chi-Square not computed because one or more expected values
is less than one


FISHER'S EXACT TEST FOR TREATMENT       HIGH     VS.      CONTROL

One-Sided Probability Level             0.3162

Chi-Square Contingency Table             HIGH     VS.      CONTROL
Test For Treatment

Chi-Square Corrected For Continuity      .2399
One-Sided Probability Level              0.3121
Chi-Square UnCorrected For Continuity    1.001
One-Sided Probability Level              0.1586
```

CONTAINS TRADE SECRET OR
OTHERWISE CONFIDENTIAL
INFORMATION OF MONSANTO
COMPANY

MONGLY00233289

SECTION H

MONGLY00233290

# Monsanto

Monsanto Company
1101 17th Street, N.W.
Washington, D.C. 20036
Phone: (202) 452-8880
October 7, 1985

Director
Registration Division (TS767C)
Office of Pesticide Programs
U. S. Environmental Protection Agency
1921 Jefferson Davis Highway
Crystal Mall #2, Room 716D
Arlington, Virginia 22202

Attention:  Mr. Robert J. Taylor
            Product Manager (25)

                      Subject:  Roundup® Herbicide
                                EPA Reg. Nos.
                                524-308, 524-330, 524-332,
                                524-339, 524-343, 524-351
                                Addendum to Chronic Mouse
                                Study with Glyphosate.

Dear Sir:

Due to the Agency's continuing concern relative to the incidence of
kidney tumors in the chronic mouse study with glyphosate, the Agency
requested (in their July 29, 1985 letter) Monsanto to have the gly-
phosate chronic mouse study kidneys systematically and uniformly
recut to obtain further information on the presence or absence of
these kidney tumors.

To comply with the Agency's July 29, 1985 request, Monsanto is now
submitting a "Pathology Report on Additional Kidney Sections Adden-
dum to Final Report dated July 21, 1983" report (RD No. 635).
Please inform us of the petition and accession numbers assigned to
this submission.

In summary, the EPA requested review of the recut kidney sections
revealed the following:

    Confirmation of diagnosis for the original renal tubular
    adenomas was made, including concurrence with Dr. Marvin
    Kuschner on the presence of a lesion in the control group
    which represented a developing tumor.  No new tumors were
    found in any of the control or treated groups.  Thus, the

MONGLY00233291

Director
Registration Division (TS767C)
Office of Pesticide Programs
U. S. Environmental Protection Agency
October 7, 1985
Page 2

overall incidence of renal tubular adenomas in control, low, mid, and high dose groups was 1/49, 0/49, 1/50, 3/50, respectively. Statistical analysis of this data reveals no statistically significant difference between any of the treated and control groups, and no statistically significant trend.

In conclusion, a thorough evaluation of the kidneys of male mice exposed to dietary levels of glyphosate of 1,000, 5,000, and 30,000 ppm for 24 months revealed no evidence of chemically-induced nephrotoxicity. The renal tumors observed were considered to be incidental and not toxicologically significant.

Based on this information and the previously submitted information which demonstrated that glyphosate did not show a treatment-related oncogenic effect in this chronic mouse study, Monsanto is hopeful that the Agency will reach the same conclusion. In addition, we request that the review of all pending glyphosate petitions now be completed.

Sincerely,

Thomas F. Armstrong
Registration Manager

/pt
Enclosures

cc:  L. L. Gingerich

MONGLY00233292

ADDITIONAL INFORMATION TO
SUPPORT THE REGISTRATION OF
ROUNDUP® HERBICIDE, RODEO® HERBICIDE,
LANDMASTER® HERBICIDE, SHACKLE® HERBICIDE,
SHACKLE® C HERBICIDE, AND POLADO® PLANT GROWTH REGULATOR

EPA Reg. Nos. 524-308, 524-330, 524-351,
524-339, 524-332, 524-343

A CHRONIC FEEDING STUDY OF GLYPHOSATE

PATHOLOGY REPORT ON ADDITIONAL KIDNEY SECTIONS
ADDENDUM TO FINAL REPORT DATED JULY 21, 1983


R.D. No. 635


October 7, 1985


Report Compiled by:
T. F. Armstrong


MONSANTO AGRICULTURAL PRODUCTS COMPANY
800 NORTH LINDBERGH BOULEVARD • ST. LOUIS • MISSOURI • 63167

MONGLY00233293

DISTRIBUTION

1.   U.S. Environmental Protection Agency, Washington, D.C.

2.   U.S. Environmental Protection Agency, Washington, D.C.

3.   U.S. Environmental Protection Agency, Washington, D.C.

4.   St. Louis Registration Office

5.   St. Louis Registration Office

6.   L. L. Gingerich, Washington, D.C.

7.   G. B. Fuller, St. Louis, Missouri

8.   California Department of Food and Agriculture,
     Sacramento, California

MONGLY00233294

TABLE OF CONTENTS

Part 1            Summary Statement


Part 2            Pathology Report on Additional Kidney
                  Sections Addendum to Final Report dated
                  July 21, 1983.

MONGLY00233295

MONGLY00233296

**Study Title:**   Addendum to Chronic Feeding
                   Study with Glyphosate in Mice

**Study No.:**   BD-77-420

**Project No.:**   77-2061A

**Conducted by:**   Bio/dynamics Inc., E. Millstone, NJ

**Date of Report:**   September 26, 1985

## SUMMARY

The accompanying addendum to the final report for the referenced
glyphosate chronic mouse study summarizes the results of the
additional histopathology performed on the male kidneys. This
additional work was performed at the request of the U.S. EPA.
All additional slides were read by the same pathologist that
read the original study slides - R.F. McConnell, D.V.M.

## METHODS

Male and female Charles River CD-1, COBS (1CR derived) mice
were fed glyphosate (lot. no. nbp 1782608) for 24 months at
dietary concentrations of 1,000, 5,000 and 30,000 parts per
million (ppm). Initial group sizes were 50 mice/sex/group.
A control group of equal size received untreated diet.

Complete gross and microscopic evaluations of all major
tissues and organs were conducted in the original study.
Due to EPA concerns over the reported incidences of renal
tubular adenomas in treated male mice, additional section-
ing of male kidneys was performed according to the following
procedure which was developed in consultation with Dr. Louis
Kasza of the EPA Toxicology Branch.

Both kidneys of all control and glyphosate treated male mice
were examined. In the original study the tissue blocks each
contained one-half of an entire kidney. Therefore, it was
agreed that embedding of additional wet tissue would not be
necessary. From each existing block, three additional sec-
tions were cut at 150 micron intervals, mounted, and stained
with hematoxylin and eosin. Thus, counting the original kidney
slides, a total of four sections each separated by 150 microns
of tissue were prepared for each kidney of each male mouse.
Statistical analyses included the Fisher Exact test for de-
tecting differences between group incidences and the
Cochran-Armitage test for linear trend.

**CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY**

MONGLY00233297

BD-77-420 Summary Addendum
page -2-

## RESULTS

The evaluation of additional renal sections revealed a number
of spontaneous, non-neoplastic lesions which were not observed
in the original sections.  However, since the lesions seen
were of the type commonly observed in aged mice and since the
incidences in control and treated mice were considered to be
similar, they were considered to be of spontaneous origin and
unrelated to treatment with glyphosate.

Confirmation of diagnosis for the original renal tubular
adenomas was made, including concurrence with Dr. Marvin
Kuschner on the presence of a lesion in the control group
which represented a developing tumor.  No new tumors were
found in any of the control or treated groups.  Thus, the
overall incidence of renal tubular adenomas in control, low,
mid, and high dose groups was 1/49, 0/49, 1/50, 3/50,
respectively.  Statistical analysis of this data (see
attachment A) reveals no statistically significant differ-
ences between any of the treated and control groups, and
no statistically significant trend.

## CONCLUSION

A thorough evaluation of the kidneys of male mice exposed
to dietary levels of glyphosate of 1,000, 5,000, and 30,000
ppm for 24 months revealed no evidence of chemically-induced
nephrotoxicity.  The renal tumors observed were considered
to be incidental and not toxicologically significant.

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

Part 2

MONGLY00233299



# Bio/dynamics Inc.

### Division of Biology and Safety Evaluation

PROJECT NO. 77-2061A

A Chronic Feeding Study of Glyphosate
(Roundup® Technical in Mice)

PATHOLOGY REPORT ON ADDITIONAL KIDNEY SECTIONS
ADDENDUM TO FINAL REPORT DATED JULY 21, 1983

Submitted to: Monsanto Company
800 N. Lindbergh Blvd. -G2WD
St. Louis, MO 63167

Attn: Dr. Timothy J. Long

Date: September 26, 1985

MONGLY00233300

TEXT

MONGLY00233301

77-2061

A Chronic Feeding Study of Glyphosate
(Roundup® Technical in Mice)

PATHOLOGY REPORT ON ADDITIONAL KIDNEY SECTIONS
ADDENDUM TO FINAL REPORT DATED JULY 21, 1983

MONGLY00233302

77-2061A

A Chronic Feeding Study of Glyphosate
(Roundup® Technical in Mice)

PATHOLOGY REPORT ON ADDITIONAL KIDNEY SECTIONS
ADDENDUM TO FINAL REPORT DATED JULY 21, 1983

## TABLE OF CONTENTS

PAGES

RESULTS AND CONCLUSION.........................................3 - 4

TABLE I
    Summary Incidence of Microscopic Kidney Findings in Male
    Mice....................................................1 - 3

TABLE II
    Individual Microscopic Kidney Findings in Male Mice........1 - 48

MONGLY00233303

77-2061A

A Chronic Feeding Study of Glyphosate
(Roundup® Technical in Mice)

PATHOLOGY REPORT ON ADDITIONAL KIDNEY SECTIONS
ADDENDUM TO FINAL REPORT DATED JULY 21, 1983

RESULTS AND CONCLUSION

Six additional hematoxylin and eosin stained sections of kidney (three per kidney) were processed from all male mice in this study.

A duplicate file containing the original findings was labeled 77-2061A. Additional findings not present in the original renal sections were added to the duplicate file and are presented in Table II. A summary of the overall renal findings is presented in Table I.

The evaluation of additional renal sections revealed a number of spontaneous lesions which were not present in the original specimens. These were neither unexpected, due to their frequent occurrence in aging mice, nor unlike those previously noted. It is the opinion of this pathologist that these additional findings were spontaneous in nature and did not alter the pathological interpretations presented in the final pathology report.

The urinary bladder of mouse #2022, low dose, was incorporated in the original paraffin block with the kidneys. The original section of urinary bladder was within normal limits, however, recuts revealed a myosarcoma originating in the region of the subepithelial stroma. This was not considered to be a treatment related effect.

Marvin Kuschner, M.D., 64 East Gate Drive, Huntington, N.Y. independently evaluated all original renal sections. His evaluation of the renal sections verified the tubular epithelial tumors in 3 high dose male mice (4029, 4032, and

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

77-2061A

A Chronic Feeding Study of Glyphosate
(Roundup® Technical in Mice)

PATHOLOGY REPORT ON ADDITIONAL KIDNEY SECTIONS
ADDENDUM TO FINAL REPORT DATED JULY 21, 1983

RESULTS AND CONCLUSION CONTINUED

4041) and in one mid-dose male mouse #3023.  In addition, Dr. Kuschner

identified a small renal tubular epithelial tumor in  control male #1028 which

was not diagnosed as such in the original pathology report.  The lesion was not

present in the recut specimens from that animal.  The pathology staff at

Bio/dynamics and I reviewed the lesion and concur that it may be representative

of a developing tumor.

　　　The renal sections from treated mice in this study did not reveal evidence

of an ongoing chemically induced nephrotoxicity.  It is and has been the opinion

of this pathologist that the tumors were incidental and were not toxicologically

significant.  Data of spontaneous incidence of these tumors in mice and

statistical evaluations provided by the sponsor of the study, especially with

the neoplasm in one control mouse, would indicate no treatment relationship.

Robert F. McConnell, D.V.M.
Diplomate, American College
of Veterinary Pathologists

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233305

TABLE I

MONGLY00233306

77-2061A

TABLE I

A Chronic Feeding Study of Glyphosate
(Roundup® Technical in Mice)

PATHOLOGY REPORT ON ADDITIONAL KIDNEY SECTIONS
ADDENDUM TO FINAL REPORT DATED JULY 21, 1983

Summary Incidence of Microscopic Findings in Male Mice

MONGLY00233307

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

```
                        *** PATH/TOX SYSTEM OUTPUT ***
                           A CHRONIC FEEDING STUDY
                OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                            INCIDENCE SUMMARY
```

PRINTED: 19-SEP-85
PAGE: 2

STUDY NUMBER: 772061A

TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

CONTAINS TRADE SECRET OR OTHERWISE CONFIDENTIAL INFORMATION OF MONSANTO COMPANY

--- N U M B E R - O F - A N I M A L S - A F F E C T E D ---

| ORGAN AND FINDING DESCRIPTION | SEX: -----MALE------ | | | |
| | GROUP: -1- | -2- | -3- | -4- |
|---|---|---|---|---|
| NUMBER: | 50 | 50 | 50 | 50 |
| **KIDNEYS (KD)** — NUMBER EXAMINED: | 49 | 50 | 50 | 50 |
| -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES | 17 | 5 | 2 | 18 |
| -B/ DILATED CORTICAL TUBULES | 25 | 20 | 31 | 23 |
| -U/ DILATED CORTICAL TUBULES | 1 | 1 | 0 | 6 |
| -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY | 17 | 10 | 18 | 14 |
| -B/ INTERSTITIAL MONONUCLEAR INFILTRATES | 33 | 36 | 35 | 36 |
| -U/ INTERSTITIAL MONONUCLEAR INFILTRATES | 0 | 0 | 0 | 1 |
| -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES | 6 | 1 | 2 | 2 |
| -B/ MINERALIZED CONCRETIONS, CORTEX | 1 | 2 | 17 | 10 |
| -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS | 7 | 3 | 1 | 1 |
| -B/ CORTICAL DEPRESSED SCAR | 13 | 3 | 3 | 8 |
| -B/ CORTICAL CYST(S) | 6 | 1 | 7 | 4 |
| -U/ CORTICAL CYST(S) | 5 | 1 | 1 | 16 |
| -B/ CHRONIC INTERSTITIAL NEPHRITIS | 2 | 2 | 0 | 3 |
| -U/ CHRONIC INTERSTITIAL NEPHRITIS | 8 | 9 | 18 | 14 |
| -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES | 7 | 2 | 7 | 6 |
| -B/ MESANGIAL THICKENING | 0 | 0 | 0 | 1 |
| -B/ PIGMENT PROXIMAL TUBULE EPITHELIUM | 0 | 1 | 3 | 0 |
| -B/ INTERSTITIAL PIGMENT | 1 | 0 | 0 | 2 |
| -U/ HYDRONEPHROSIS | 1 | 0 | 0 | 0 |
| -U/ HYDRONEPHROSIS | 0 | 1 | 0 | 3 |
| -B- RENAL TUBULE ADENOMA | 0 | 0 | 0 | 1 |
| -U/ ARTERITIS, RENAL ARTERY | 0 | 2 | 0 | 0 |
| -B/ ARTERITIS, RENAL ARTERY | 0 | 0 | 1 | 0 |
| -B/ PERIRENAL FAT NECROSIS | 0 | 3 | 0 | 0 |
| -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS | 2 | 0 | 4 | 0 |
| -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES | 3 | 6 | 8 | 2 |
| -B/ ACUTE NEPHRITIS | 0 | 0 | 0 | 0 |
| -U/ ACUTE NEPHRITIS | 0 | 1 | 0 | 2 |
| -U/ TRAUMATIC HEMORRHAGE | 0 | 2 | 1 | 0 |
| -S- B/ HISTIOCYTIC SARCOMA | 0 | 0 | 0 | 0 |
| -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM | 1 | 0 | 0 | 0 |
| -S- B/ LEIOMYOSARCOMA | 0 | 0 | 0 | 0 |
| -S- B/ GRANULOCYTIC LEUKEMIA | 0 | 0 | 0 | 0 |
| -U/ FIBROSIS | 0 | 0 | 0 | 1 |
| -B/ GRANULOMA | 1 | 0 | 0 | 0 |
| -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM | 1 | 1 | 1 | 0 |
| -B/ ERYTHROCYTE CASTS | 1 | 1 | 0 | 0 |
| -B/ PYELITIS | 1 | 1 | 0 | 0 |

** CONTINUED ON NEXT PAGE **

MONGLY00233308

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ  08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INCIDENCE SUMMARY

PRINTED: 19-SEP-85
PAGE: 3

STUDY NUMBER: 772061A

---- N U M B E R · O F · A N I M A L S · A F F E C T E D ----

TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
  DEATH=ALL;FIND=ALL;SUBSET=T

| | SEX: | ------------MALE------------ | | |
| --- | --- | --- | --- | --- | --- |
| GROUP: | -1- | -2- | -3- | -4- |

ORGAN AND FINDING DESCRIPTION

| | NUMBER: | 50 | 50 | 50 | 50 |
| --- | --- | --- | --- | --- | --- |

** FROM PREVIOUS PAGE **

| KIDNEYS (KD) ........................ NUMBER EXAMINED: | 49 | 50 | 50 | 50 |
| --- | --- | --- | --- | --- |
| --B/ PERIARTERITIS | 0 | 0 | 0 | 0 |
| --B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM | 0 | 0 | 1 | 0 |
| --B/ PAPILLARY TIP NECROSIS | 0 | 1 | 0 | 0 |
| --S- B/ COMPOSITE LYMPHOSARCOMA | 1 | 0 | 1 | 1 |
| --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS | 1 | 3 | 2 | 2 |
| --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA | 2 | 2 | 0 | 0 |
| --U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES | 2 | 1 | 0 | 1 |
| --U/ INFARCT | 0 | 0 | 1 | 0 |
| --U/ THROMBOSIS OF RENAL ARTERY | 0 | 0 | 1 | 0 |
| --U/ PELVIS: NEMATODIASIS | 0 | 1 | 0 | 0 |

** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233309

TABLE II

MONGLY00233310

77-2061A

TABLE II

A Chronic Feeding Study of Glyphosate
(Roundup® Technical in Mice)

PATHOLOGY REPORT ON ADDITIONAL KIDNEY SECTIONS
ADDENDUM TO FINAL REPORT DATED JULY 21, 1983

Individual Microscopic Findings in Male Mice

MONGLY00233311

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 2
STUDY NUMBER: 772061A

THIS SHEET PRESENTS THE SYMBOLS, ABBREVIATIONS AND CODES USED IN THE "MICROSCOPIC EVALUATION OF TISSUES"
TABLES TO INDICATE WHICH ORGAN/TISSUE FINDINGS WERE OBSERVED AND TO ASSIST IN MORE FULLY DESCRIBING THEM.

***** DISTRIBUTION OF FINDINGS *****

" 4 " NO BRACKETS/QUOTES = NOT SPECIFIED

""4 " APOSTROPHE       = FOCAL

""4 " QUOTE            = MULTI-FOCAL

"]4[" INVERTED BRACKETS = DIFFUSE

***** GRADES FOR FINDING SEVERITY OR PRESENCE *****

" 1 " MINIMAL OR VERY SLIGHT DEGREE OR AMOUNT PRESENT

" 2 " SLIGHT DEGREE OR AMOUNT PRESENT

" 3 " MODERATE DEGREE OR AMOUNT PRESENT

" 4 " MODERATELY SEVERE DEGREE OR AMOUNT PRESENT

" 5 " SEVERE DEGREE OR LARGE AMOUNT PRESENT

***** ANIMAL DEATH CODES *****

" 1 " - " 6 " INTERIM SACRIFICES 1 THROUGH 6

" T " TERMINAL SACRIFICE

" P " POST-RECOVERY SACRIFICE #1

" Q " POST-RECOVERY SACRIFICE #2

" D " SPONTANEOUS DEATH

" A " ACCIDENTAL DEATH

" S " SACRIFICED MORIBUND

" O " OTHER TYPE OF DEATH

***** NEOPLASTIC FINDINGS *****

" B- " BENIGN NEOPLASM IN ORGAN/TISSUE

" M- " PRIMARY, MALIGNANT NEOPLASM IN ORGAN/TISSUE

" S- " METASTATIC NEOPLASM WITHIN ORGAN/TISSUE

" I- " NEOPLASM LOCALLY INVASIVE FROM NEARBY PRIMARY CANCER

" X- " OTHER NEOPLASM, EXPLAINED IN SPECIAL HISTO NOTE

" + " PRESENCE OF A NEOPLASTIC FINDING IN ORGAN/TISSUE

" *n " MORE THAN ONE NEOPLASM OF THE SAME TYPE PRESENT,
       WHERE 'n' EQUALS THE NUMBER PRESENT.

" *aa" SECONDARY NEOPLASM FROM ORGAN/TISSUE INDICATED
       BY THE ABBREVIATION, 'aa'. ('LI' = LIVER).

***** OTHER SYMBOLS AND NOTATIONS *****

" U " ORGAN/TISSUE NOT HISTOLOGICALLY REMARKABLE

" - " FINDING NOT PRESENT

" P " FINDING PRESENT (WHERE GRADING INAPPROPRIATE)

" Pn " MULTIPLE OCCURENCES OF FINDING PRESENT, WHERE 'n'
       EQUALS THE NUMBER PRESENT.

" * " TISSUE NOT AVAILABLE FOR EXAMINATION (MISSING)

" A " TISSUE NOT READABLE - AUTOLYTIC

" R " RE-CUT OF TISSUE REQUIRED

" H " SPECIAL HISTOLOGICAL COMMENT PRESENT

" N " TISSUE INSUFFICIENT

" V " RECUT INSUFFICIENT

MONGLY00233312

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

```
BIO/DYNAMICS, INC.                    *** PATH/TOX SYSTEM OUTPUT ***                    PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                   A CHRONIC FEEDING STUDY                              PAGE: 3
EAST MILLSTONE, NJ  08873         OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                                    INDIVIDUAL HISTOPATHOLOGY FINDINGS                 STUDY NUMBER: 772061A

SD: 11   SEX: MALE   DOSE-GROUP: 1
TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL       SCREEN: <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1>
  DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION

** TOP OF LIST **                          DEATH CODES:  SH  SH  SH  SH  SH  SH  AH  DH  TH  TH  TH  SH  DH  DH  TH
KIDNEYS (KD)
--B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
--B/ DILATED CORTICAL TUBULES
--U/ DILATED CORTICAL TUBULES
--B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
--B/ INTERSTITIAL MONONUCLEAR INFILTRATES
--U/ INTERSTITIAL MONONUCLEAR INFILTRATES
--B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
--B/ MINERALIZED CONCRETIONS, CORTEX
--B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
--B/ CORTICAL DEPRESSED SCAR
--B/ CORTICAL CYST(S)
--U/ CORTICAL CYST(S)
--B/ CHRONIC INTERSTITIAL NEPHRITIS
--U/ CHRONIC INTERSTITIAL NEPHRITIS
--B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
--B/ MESANGIAL THICKENING
--B/ PIGMENT PROXIMAL TUBULE EPITHELIUM
--B/ INTERSTITIAL PIGMENT
--B/ HYDRONEPHROSIS
--U/ HYDRONEPHROSIS
--B- RENAL TUBULE ADENOMA
--U/ ARTERITIS, RENAL ARTERY
--B/ ARTERITIS, RENAL ARTERY
--B/ PERIRENAL FAT NECROSIS
--B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
--B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES
--B/ ACUTE NEPHRITIS
--U/ ACUTE NEPHRITIS
--U/ TRAUMATIC HEMORRHAGE
--S- B/ HISTIOCYTIC SARCOMA
--B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
--S- B/ LEIOMYOSARCOMA
--S- B/ GRANULOCYTIC LEUKEMIA
--U/ FIBROSIS
--B/ GRANULOMA
--B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
--B/ ERYTHROCYTE CASTS
--B/ PYELITIS

** CONTINUED ON NEXT PAGE **
```

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 4

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

STUDY NUMBER: 772061A

SD: 11   SEX: MALE   DOSE-GROUP: 1
TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
  DEATH=ALL;FIND=ALL;SUBSET=T

SCREEN: <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1>

ORGAN AND FINDING DESCRIPTION

** FROM PREVIOUS PAGE **

KIDNEYS (KD)    DEATH CODES: SH SH SH SH SH AH DH TH TH TH TH TH SH DH TH DH DH TH
                                                                          H            H   H
--B/ PERIARTERITIS
--B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
--B/ PAPILLARY TIP NECROSIS
--S- B/ COMPOSITE LYMPHOSARCOMA                                +LN
--S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS
--S- B/ LYMPHOBLASTIC LYMPHOSARCOMA
--U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES          *2
--U/ INFARCT
--U/ THROMBOSIS OF RENAL ARTERY
--U/ PELVIS: NEMATODIASIS

** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233314

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ  08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 5

STUDY NUMBER: 772061A

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
|-----|-----|-----|--------|-----------------------------------|
| --- | --- | --- | ------- | |
| 001008 | 111 | KD | KIDNEYS | LEFT KIDNEY: CLEAR CYSTS = DILATED CORTICAL TUBULES; RIGHT KIDNEY: ROUGH SURFACE = CHRONIC INTERSTITIAL NEPHRITIS |
| 001014 | 111 | KD | KIDNEYS | BOTH: LARGE = NMC |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233315

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 6
STUDY NUMBER: 772061A

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

SD: 11   SEX: MALE   DOSE-GROUP: 1
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

SCREEN: <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2>

ORGAN AND FINDING DESCRIPTION

** TOP OF LIST **

DEATH CODES:

KIDNEY (KD)
  -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
  -B/ DILATED CORTICAL TUBULES
  -U/ DILATED CORTICAL TUBULES
  -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
  -B/ INTERSTITIAL MONONUCLEAR INFILTRATES
  -U/ INTERSTITIAL MONONUCLEAR INFILTRATES
  -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
  -B/ MINERALIZED CONCRETIONS, CORTEX
  -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
  -B/ CORTICAL DEPRESSED SCAR
  -B/ CORTICAL CYST(S)
  -U/ CORTICAL CYST(S)
  -B/ CHRONIC INTERSTITIAL NEPHRITIS
  -U/ CHRONIC INTERSTITIAL NEPHRITIS
  -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
  -B/ MESANGIAL THICKENING
  -B/ PIGMENT PROXIMAL TUBULE EPITHELIUM
  -B/ INTERSTITIAL PIGMENT
  -B/ HYDRONEPHROSIS
  -U/ HYDRONEPHROSIS
  -B- RENAL TUBULE ADENOMA
  -U/ ARTERITIS, RENAL ARTERY
  -B/ ARTERITIS, RENAL ARTERY
  -B/ PERIRENAL FAT NECROSIS
  -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
  -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES
  -B/ ACUTE NEPHRITIS
  -U/ ACUTE NEPHRITIS
  -U/ TRAUMATIC HEMORRHAGE
  -S- B/ HISTIOCYTIC SARCOMA
  -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
  -S- B/ LEIOMYOSARCOMA
  -S- B/ GRANULOCYTIC LEUKEMIA
  -U/ FIBROSIS
  -B/ GRANULOMA
  -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
  -B/ ERYTHROCYTE CASTS
  -B/ PYELITIS

** CONTINUED ON NEXT PAGE **

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 7

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

STUDY NUMBER: 772061A

SD: 11    SEX: MALE    DOSE-GROUP: 1

TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

SCREEN: <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2>

ORGAN AND FINDING DESCRIPTION

DEATH CODES: A

** FROM PREVIOUS PAGE **
KIDNEYS (K0)
--B/ PERIARTERITIS
--R/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
--B/ PAPILLARY TIP NECROSIS
--S/ B/ COMP-SITE LYMPHOSARCOMA
--S/ B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS
--S/ B/ LYMPHOBLASTIC LYMPHOSARCOMA
--U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES
--U/ INFARCT
--U/ THROMBOSIS OF RENAL ARTERY
--U/ PELVIS: NEMATODIASIS

** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE INFORMATION
CONFIDENTIAL COMPANY
OF MONSANTO

MONGLY00233317

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 8

STUDY NUMBER: 772061A

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
| --- | --- | --- | --- | --- |
| 001018 | 112 | KD | KIDNEYS | RIGHT KIDNEY, CYST = CORTICAL CYST |
| 001019 | 112 | KD | KIDNEYS | IRREGULAR SURFACE = NMC |
| 001022 | 112 | KD | KIDNEYS | DISCOLORED = ACUTE NEPHRITIS |
| 001027 | 112 | KD | KIDNEYS | BOTH: DISCOLORED, IRREGULAR SURFACES = CORTICAL CYSTS |
| 001030 | 112 | KD | KIDNEYS | RIGHT: SURFACE IRREGULARITY = CORTICAL DEPRESSED SCAR |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233318

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 9
STUDY NUMBER: 772061A

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

SD: 11   SEX: MALE   DOSE-GROUP: 1
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION

** TOP OF LIST **
KIDNEYS (KD)

-B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
-B/ DILATED CORTICAL TUBULES
-U/ DILATED CORTICAL TUBULES
-B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
-B/ INTERSTITIAL MONONUCLEAR INFILTRATES
-U/ INTERSTITIAL MONONUCLEAR INFILTRATES
-B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
-B/ MINERALIZED CONCRETIONS, CORTEX
-B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
-B/ CORTICAL DEPRESSED SCAR
-B/ CORTICAL CYST(S)
-U/ CORTICAL CYST(S)
-B/ CHRONIC INTERSTITIAL NEPHRITIS
-U/ CHRONIC INTERSTITIAL NEPHRITIS
-B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
-B/ MESANGIAL THICKENING
-B/ PIGMENT PROXIMAL TUBULE EPITHELIUM
-B/ INTERSTITIAL FRAGMENT
-U/ HYDRONEPHROSIS
-B/ HYDRONEPHROSIS
-U/ HYDRONEPHROSIS
-B/ RENAL TUBULE ADENOMA
-U/ ARTERITIS, RENAL ARTERY
-B/ ARTERI.IS, RENAl ARTERY
-B/ PERIRENAL FAT NECROSIS
-B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
-B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES
-B/ ACUTE NEPHRITIS
-U/ ACUTE NEPHRITIS
-U/ TRAUMATIC HEMORRHAGE
-S- B/ HISTIOCYTIC SARCOMA
-B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
-S- B/ LEIOMYOSARCOMA
-S- B/ GRANULOCYTIC LEUKEMIA
-U/ FIBROSIS
-B/ GRANULOMA
-B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
-B/ ERYTHROCYTE CASTS
-B/ PYELITIS

** CONTINUED ON NEXT PAGE **

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 10
STUDY NUMBER: 772061A

SD: 11   SEX: MALE   DOSE-GROUP: 1

TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUP<<=T

SCREEN: <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3>

ORGAN AND FINDING DESCRIPTION

** FROM PREVIOUS PAGE **

DEATH CODES: DH  SH  SH  SH  SH  TH  SH  SH  SH  TH  TH  TH  TH  TH  TH  TH  TH  TH  DH  TH

KIDNEYS (KD)
-B/ PERIARTERITIS
-B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
-B/ PAPILLARY TIP NECROSIS
-S- B/ COMPOSITE LYMPHOSARCOMA
-S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS
-S- B/ LYMPHOBLASTIC LYMPHOSARCOMA
-U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES
-U/ INFARCT
-U/ THROMBOSIS OF RENAL ARTERY
-U/ PELVIS: NEMATODIASIS

** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE INFORMATION
CONFIDENTIAL COMPANY
OF MONSANTO

MONGLY00233320

PRINTED: 19-SEP-85
PAGE: 11

STUDY NUMBER: 772061A

```
*** PATH/TOX SYSTEM OUTPUT ***
         A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
     INDIVIDUAL HISTOPATHOLOGY FINDINGS
```

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ  08873

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
|-----|-----|-----|--------|-----------------------------------|
| 001034 | 113 | KD | KIDNEYS | BOTH: IRREGULAR SURFACE AND CYSTS = CHRONIC INTERSTITIAL NEPHRITIS |
| 001035 | 113 | KD | KIDNEYS | LEFT KIDNEY: CYST = NMC |
| 001041 | 113 | KD | KIDNEYS | DISCOLORED/SURFACE IRREGULARITIES = CHRONIC INTERSTITIAL NEPHRITIS |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233321

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 12
STUDY NUMBER: 772061A

SD: 11   SEX: MALE   DOSE-GROUP: 1
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION

SCREEN: <4> <4> <4> <4> <4> <4>

| | 1 | 1 | 1 | 1 | 1 | 1 |
| | 0 | 1 | 0 | 0 | 0 | 1 |
| | 4 | 0 | 4 | 4 | 0 | 5 |
| | 6 | 7 | 8 | 8 | 9 | 0 |
| DEATH CODES: | TH | DH | DH | DH | SH | AH |

** TOP OF LIST **

KIDNEYS (KD)

| Finding | | | | | | |
|---|---|---|---|---|---|---|
| -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES | *1 | | | | | |
| -B/ DILATED CORTICAL TUBULES | *2 | *1 | | | | |
| -U/ DILATED CORTICAL TUBULES | 1 | | | | | |
| -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY | *1 | | | | | |
| -B/ INTERSTITIAL MONONUCLEAR INFILTRATES | | *1 | | | *1 | |
| -U/ INTERSTITIAL MONONUCLEAR INFILTRATES | | | | | | |
| -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES | | | | | | |
| -B/ MINERALIZED CONCRETIONS, CORTEX | | | | | | |
| -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS | | | | | | |
| -B/ CORTICAL DEPRESSED SCAR | *2 | *2 | | | | |
| -B/ CORTICAL CYST(S) | P | | | | | |
| -U/ CORTICAL CYST(S) | | | | | | |
| -ɔ/ CHRONIC INTERSTITIAL NEPHRITIS | *1 | | | | | |
| -U/ CHRONIC INTERSTITIAL NEPHRITIS | | | | | *2 | |
| -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES | | | | | | |
| -B/ MESANGIAL THICKENING | | | | | | |
| -B/ PIGMENT PROXIMAL TUBULE EPITHELIUM | | | | | | |
| -B/ INTERSTITIAL PIGMENT | | | | | | |
| -B/ HYDRONEPHROSIS | | | | | | |
| -U/ HYDRONEPHROSIS | | | | | | |
| -B/ RENAL TUBULE ADENOMA | | | | | | |
| -U/ ARTERITIS, RENAL ARTERY | | | | | | |
| -B/ ARTERITIS, RENAL ARTERY | | | | | | |
| -B/ PERIRENAL FAT NECROSIS | | | | | | |
| -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS | | | | | | |
| -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES | | | | | | |
| -B/ ACUTE NEPHRITIS | | | | | | |
| -U/ ACUTE NEPHRITIS | | | | | | |
| -U/ TRAUMATIC HEMORRHAGE | | | | | | |
| -S- B/ HISTIOCYTIC SARCOMA | | | | | | |
| -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM | | | | | | |
| -S- B/ LEIOMYOSARCOMA | | | | | | |
| -S- B/ GRANULOCYTIC LEUKEMIA | | | | | | |
| -U/ FIBROSIS | | | | | | |
| -B/ GRANULOMA | | | | | | |
| -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM | | | | | | |
| -B/ ERYTHROCYTE CASTS | | | | | | |
| -B/ PYELITIS | | | | | | |

** CONTINUED ON NEXT PAGE **

CONTAINS TRADE SECRET OR OTHERWISE CONFIDENTIAL INFORMATION OF MONSANTO COMPANY

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 13

STUDY NUMBER: 772061A

```
                           *** PATH/TOX SYSTEM OUTPUT ***
                               A CHRONIC FEEDING STUDY
                     OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                          INDIVIDUAL HISTOPATHOLOGY FINDINGS
```

SD: 11   SEX: MALE   DOSE-GROUP: 1                         SCREEN: <4> <4> <4> <4> <4>
TABLE INCLUDES:
    SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL                            1  1  1  1  1
    DEATH=ALL;FIND=ALL;SUBSET=T                                     0  0  0  0  0
                                                                    4  4  4  5  5
                                                                    6  7  8  9  0
ORGAN AND FINDING DESCRIPTION                                       =  =  =  =  =
                                                  DEATH CODES:     TH DH DH SH AH
** FROM PREVIOUS PAGE **
KIDNEYS (KD)
  --B/ PERIARTERITIS                                                .  .  .  .  .
  --B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM                      .  .  .  .  .
  --B/ PAPILLARY TIP NECROSIS                                       .  .  .  .  .
  --S- B/ COMPOSITE LYMPHOSARCOMA                                   .  . +LN .  .
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS  .  .  .  .  .
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA                               .  .  .  .  .
  --U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES   .  .  .  .  .
  --U/ INFARCT                                                      .  .  .  .  .
  --U/ THROMBOSIS OF RENAL ARTERY                                   .  .  .  .  .
  --U/ PELVIS: NEMATODIASIS                                         .  .  .  .  .

** END OF LIST **
```

CONTAINS TRADE SECRET OR OTHERWISE CONFIDENTIAL INFORMATION OF MONSANTO COMPANY

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 14
STUDY NUMBER: 772061A

SD: 12   SEX: MALE   DOSE-GROUP: 2
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION

** TOP OF LIST **
KIDNEYS (KD)

- --,B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
- --,B/ DILATED CORTICAL TUBULES
- --,U/ DILATED CORTICAL TUBULES
- --,B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
- --,B/ INTERSTITIAL MONONUCLEAR INFILTRATES
- --,U/ INTERSTITIAL MONONUCLEAR INFILTRATES
- --,B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
- --,B/ MINERALIZED CONCRETIONS, CORTEX
- --,B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
- --,B/ CORTICAL DEPRESSED SCAR
- --,B/ CORTICAL CYST(S)
- --,U/ CORTICAL CYST(S)
- --,B/ CHRONIC INTERSTIIAL NEPHRITIS
- --,U/ CHRONIC INTERSTITIAL NEPHRITIS
- --,B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
- --,B/ MESANGIAL THICKENING
- --,B/ PIGMENT PROXIMAL TUBULE EPITHELIUM
- --,B/ INTERSTITIAL PIGMENT
- --,B/ HYDRONEPHROSIS
- --,U/ HYDRONEPHROSIS
- --,B- RENAL TUBULE ADENOMA
- --,U/ ARTERITIS, RENAL ARTERY
- --,B/ ARTERITIS, RENAL ARTERY
- --,B/ PERIRENAL FAT NECROSIS
- --,B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
- --,B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES
- --,B/ ACUTE NEPHRITIS
- --,U/ ACUTE NEPHRITIS
- --,U/ TRAUMATIC HEMORRHAGE
- --,S- B/ HISTIOCYTIC SARCOMA
- --,B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
- --,S- B/ LEIOMYOSARCOMA
- --,S- B/ GRANULOCYTIC LEUKEMIA
- --,U/ FIBROSIS
- --,B/ GRANULOMA
- --,B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
- --,B/ ERYTHROCYTE CASTS
- --,B/ PYELITIS

** CONTINUED ON NEXT PAGE **

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 15

STUDY NUMBER: 772061A

SD: 12   SEX: MALE   DOSE-GROUP: 2
TABLE INCLUDES:
   SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
   DEATH=ALL;FIND=ALL;SUBSET=T

SCREEN: <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1>

```
                                             2 2 2 2 2 2 2 2 2 2 2 2 2 2 2 2 2 2
                                             0 0 0 0 0 0 0 0 0 0 0 0 1 1 1 1 2 2
                                             1 2 3 4 5 6 7 8 9 0 1 2 1 3 4 5 0 1
                                                                       5
```

ORGAN AND FINDING DESCRIPTION

** FROM PREVIOUS PAGE **            DEATH CODES:  DH DH DH TH TH DH DH DH DH DH DH TH TH DH DH TH DH DH
                                                     H  H                   H  H                H     H
KIDNEYS (KD)
  --B/ PERIARTERITIS
  --B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
  --B/ PAPILLARY TIP NECROSIS
  --S- B/ COMPOSITE LYMPHOSARCOMA                       +LN
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS        +LN
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA
  --U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES
  --U/ INFARCT
  --U/ THROMBOSIS OF RENAL ARTERY
  --U/ PELVIS: NEMATODIASIS
** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233325

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 16

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

STUDY NUMBER: 772061A

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
|-----|-----|-----|--------|-----------------------------------|
| 002002 | 121 | KD | KIDNEYS | BOTH: LARGE, DISCOLORED, EDEMATOUS = NMC |
| 002003 | 121 | KD | KIDNEYS | AUTOLYSIS, SLIGHT, DIFFUSE |
| 002010 | 121 | KD | KIDNEYS | RIGHT: DISCOLORED = CHRONIC INTERSTITIAL NEPHRITIS |
| 002011 | 121 | KD | KIDNEYS | DILATED PELVIS = NMC |
| 002014 | 121 | KD | KIDNEYS | CYSTS = DILATED CORTICAL TUBULES |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233326

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 17
STUDY NUMBER: 772061A

SD: 12   SEX: MALE   DOSE-GROUP: 2
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION

** TOP OF LIST **
KIDNEYS (KD)

--B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
--B/ DILATED CORTICAL TUBULES
--U/ DILATED CORTICAL TUBULES
--B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
--B/ INTERSTITIAL MONONUCLEAR INFILTRATES
--U/ INTERSTITIAL MONONUCLEAR INFILTRATES
--B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
--B/ MINERALIZED CONCRETIONS, CORTEX
--B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
--B/ CORTICAL DEPRESSED SCAR
--B/ CORTICAL CYST(S)
--U/ CORTICAL CYST(S)
--B/ CHRONIC INTERSTITIAL NEPHRITIS
--U/ CHRONIC INTERSTITIAL NEPHRITIS
--B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
--B/ MESANGIAL THICKENING
--B/ PIGMENT PROXIMAL TUBULE EPITHELIUM
--B/ INTERSTITIAL PIGMENT
--U/ HYDRONEPHROSIS
--U/ HYDRONEPHROSIS
--B- RENAL TUBULE ADENOMA
--U/ ARTERITIS, RENAL ARTERY
--B/ ARTERITIS, RENAL ARTERY
--b/ PERIRENAL FAT NECROSIS
--B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
--B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES
--B/ ACUTE NEPHRITIS
--U/ ACUTE NEPHRITIS
--U/ TRAUMATIC HEMORRHAGE
--S- B/ HISTIOCYTIC SARCOMA
--B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
--S- B/ LEIOMYOSARCOMA
--S- B/ GRANULOCYTIC LEUKEMIA
--U/ FIBROSIS
--B/ GRANULOMA
--B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
--B/ ERYTHROCYTE CASTS
--B/ PYELITIS

** CONTINUED ON NEXT PAGE **

```
BIO/DYNAMICS, INC.                                                                           PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                                              PAGE: 18
EAST MILLSTONE, NJ  08873

                                       *** PATH/TOX SYSTEM OUTPUT ***
                                         A CHRONIC FEEDING STUDY
                                OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                                   INDIVIDUAL HISTOPATHOLOGY FINDINGS

                                                                                       STUDY NUMBER: 772061A
SD: 12   SEX: MALE    DOSE-GROUP: 2
TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL     SCREEN: <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2>
  DEATH=ALL;FIND=ALL;SUBSET=T                      2   2   2   2   2   2   2   2   2   2   2   2   2   2   2   2
                                                   0   0   0   0   0   0   0   0   0   0   0   0   0   0   0   0
ORGAN AND FINDING DESCRIPTION                      1   1   1   2   2   2   2   2   2   2   2   2   2   2   3   3
                                                   6   7   8   9   0   1   2   3   4   5   6   7   8   9   0   0
** FROM PREVIOUS PAGE **         DEATH CODES:  TH  SH  DH  DH  TH  DH  DH  DH  DH  TH  TH  DH  DH  DH  SH  AH
                                                                   H                                       H   H
KIDNEYS (KD)
--B/ PERIARTERITIS
--B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
--B/ PAPILLARY TIP NECROSIS
--S- B/ COMPOSITE LYMPHOSARCOMA
--S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS
--S- B/ LYMPHOBLASTIC LYMPHOSARCOMA
--U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES                         2
--U/ INFARCT
--U/ THROMBOSIS OF RENAL ARTERY
--U/ PELVIS: NEMATODIASIS
** END OF LIST **
```

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

```
BIO/DYNAMICS, INC.                                                          PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                          PAGE: 19
EAST MILLSTONE, NJ 08873                                              STUDY NUMBER: 772061A

                              *** PATH/TOX SYSTEM OUTPUT ***
                                  A CHRONIC FEEDING STUDY
                       OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                             INDIVIDUAL HISTOPATHOLOGY FINDINGS

HAN     SDS   ABR   TISSUE           SPECIAL HISTOPATHOLOGICAL COMMENT
-----   ---   ---   -------          --------------------------------

002019  122   KD    KIDNEYS          LEFT: IRREGULAR SURFACE = ACUTE NEPHRITIS

002021  122   KD    KIDNEYS          BOTH: DISCOLORED AND LARGE = NMC

002027  122   KD    KIDNEYS          RIGHT: DISTENDED = ACUTE NEPHRITIS

002029  122   KD    KIDNEYS          RIGHT: DISTENDED PELVIS = HYDRONEPHROSIS

002030  122   KD    KIDNEYS          LEFT KIDNEY DISFIGURED = RUPTURED KIDNEY DUE TO ACCIDENTAL DEATH
```

CONTAINS TRADE SECRET
OR OTHERWISE INFORMATION
CONFIDENTIAL COMPANY
OF MONSANTO

MONGLY00233329

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

```
BIO/DYNAMICS, INC.                                                                      PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                                        PAGE: 20
EAST MILLSTONE, NJ  08873

                                        *** PATH/TOX SYSTEM OUTPUT ***
                                          A CHRONIC FEEDING STUDY
                                 OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                                     INDIVIDUAL HISTOPATHOLOGY FINDINGS                    STUDY NUMBER: 772061A

SD: 12   SEX: MALE    DOSE-GROUP: 2            SCREEN: <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3>
TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL                 2  2  2  2  2  2  2  2  2  2  2  2  2  2  2
  DEATH=ALL;FIND=ALL;SUBSET=T                          0  0  0  0  0  0  0  0  0  0  0  0  0  0  0
                                                       3  3  3  3  3  3  3  3  3  3  4  4  4  4  4
ORGAN AND FINDING DESCRIPTION                          1  2  3  3  3  5  6  7  8  0  1  2  3  4  5
                                                                                              T
                                     DEATH CODES:   A  TH TH TH DH DH DH SH SH DH TH TH TH TH TH
KIDNEYS (KD)                                                 H  H  H     H        H     H  H  H
  -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
  -B/ DILATED CORTICAL TUBULES
  -U/ DILATED CORTICAL TUBULES
  -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY  "2 "2 "1              "2          "2          "2
  -B/ INTERSTITIAL MONONUCLEAR INFILTRATES                   "2 "2 "2 "2           "2 "1       "1 "2       "2
  -U/ INTERSTITIAL MONONUCLEAR INFILTRATES
  -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES               "1                     "2          "1
  -B/ MINERALIZED CONCRETIONS, CORTEX
  -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
  -B/ CORTICAL DEPRESSED SCAR                                      P              P  P
  -B/ CORTICAL CYST(S)
  -U/ CORTICAL CYST(S)
  -B/ CHRONIC INTERSTITIAL NEPHRITIS                         "2 P
  -U/ CHRONIC INTERSTITIAL NEPHRITIS                               "2 "2 "1 "2 "2 "1          "1
  -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES  "2 "2           "2          "2
  -B/ MESANGIAL THICKENING
  -B/ PIGMENT DEPOSITS, TUBULE EPITHELIUM
  -B/ INTERSTITIAL PIGMENT                                                          "2
  -B/ HYDRONEPHROSIS
  -U/ HYDRONEPHROSIS
  -B- RENAL TUBULE ADENOMA                                                                    +LN
  -U/ ARTERITIS, RENAL ARTERY
  -B/ ARTERITIS, RENAL ARTERY                                                          "2
  -B/ PERIRENAL FAT NECROSIS
  -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
  -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES                           "2
  -B/ ACUTE NEPHRITIS
  -U/ ACUTE NEPHRITIS
  -U/ TRAUMATIC HEMORRHAGE
  -S- B/ HISTIOCYTIC SARCOMA
  -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
  -S- B/ LEIOMYOSARCOMA
  -S- B/ GRANULOCYTIC LEUKEMIA
  -U/ FIBROSIS
  -B/ GRANULOMA
  -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
  -B/ ERYTHROCYTE CASTS
  -B/ PYELITIS

** TOP OF LIST **

** CONTINUED ON NEXT PAGE **
```

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 21

STUDY NUMBER: 772061A

SD: 12   SEX: MALE   DOSE-GROUP: 2
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

SCREEN: <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3>

ORGAN AND FINDING DESCRIPTION

** FROM PREVIOUS PAGE **                    DEATH CODES:  A  TH  TH  DH  SH  DH  DH  DH  DH  DH  DH  TH  DH  DH  DH  SH  TH  TH  TH
KIDNEYS (KD)

--B/ PERIARTERITIS
--B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
--B/ PAPILLARY TIP NECROSIS
--S- B/ COMPOSITE LYMPHOSARCOMA
--S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS
--S- B/ LYMPHOBLASTIC LYMPHOSARCOMA
--U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES
--U/ INFARCT
--U/ THROMBOSIS OF RENAL ARTERY
--U/ PELVIS: NEMATODIASIS

** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233331

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ  08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 22

STUDY NUMBER: 772061A

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
|-----|-----|-----|--------|-----------------------------------|
| 002033 | 123 | KD | KIDNEYS | LEFT: CYST = CORTICAL CYST |
| 002034 | 123 | KD | KIDNEYS | AUTOLYSIS, MARKED |
| 002035 | 123 | KD | KIDNEYS | BOTH: LARGE, DISCOLORED, DILATED PELVIS = NMC |
| 002043 | 123 | KD | KIDNEYS | LEFT: DILATED PELVIS, PITTED SURFACE = NMC |

CONTAINS TRADE SECRET
OR OTHERWISE INFORMATION
CONFIDENTIAL INFORMATION COMPANY
OF MONSANTO COMPANY

MONGLY00233332

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 23
STUDY NUMBER: 772061A

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

SD: 12    SEX: MALE    DOSE-GROUP: 2    SCREEN: <4> <4> <4> <4> <4> <4>
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION

| ORGAN AND FINDING DESCRIPTION | SH | DH | DH | DH | SH | DH |
|---|---|---|---|---|---|---|
| DEATH CODES: | | | | | | |
| **\*\* TOP OF LIST \*\*** | | | | | | |
| KIDNEYS  (KD) | | | | | | |
| --B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES | | | | | | |
| --B/ DILATED CORTICAL TUBULES | | | | | 2 | |
| --U/ DILATED CORTICAL TUBULES | | | | | | |
| --B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY | 2 | | | | 2 | |
| --B/ INTERSTITIAL MONONUCLEAR INFILTRATES | | | | | | |
| --U/ INTERSTITIAL MONONUCLEAR INFILTRATES | | | | | | |
| --B/ MINERALIZED CONCRETIONS, DISTAL TUBULES | | 1 | | 1 | | 1 |
| --B/ MINERALIZED CONCRETIONS, CORTEX | | | | | | |
| --B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS | | | | | | |
| --B/ CORTICAL DEPRESSED SCAR | | | 2 | | | |
| --B/ CORTICAL CYST(S) | | | | | | |
| --U/ CORTICAL CYST(S) | | | | | P | |
| --B/ CHRONIC INTERSTITIAL NEPHRITIS | | | | | | |
| --U/ CHRONIC INTERSTITIAL NEPHRITIS | | | | | | |
| --B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES | | | | | | |
| --B/ MESANGIAL THICKENING | | | | | | |
| --B/ PIGMENT PROXIMAL TUBULE EPITHELIUM | | | | | | |
| --B/ INTERSTITIAL PIGMENT | | | | | | |
| --B/ HYDRONEPHROSIS | | | | | | |
| --U/ HYDRONEPHROSIS | | | | | | |
| -B- RENAL TUBULE ADENOMA | | | | | | |
| --U/ ARTERITIS, RENAL ARTERY | | | | | 2 | |
| --B/ ARTERITIS, RENAL ARTERY | | | | | | |
| --B/ PERIRENAL FAT NECROSIS | | | | | | |
| --B/ GLOMERULAR AMYLOID-LIKE DEPOSITS | | | | | | |
| --B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES | | | 1 | | | |
| --B/ ACUTE NEPHRITIS | | | | | | |
| --U/ ACUTE NEPHRITIS | 4 | 3 | | | | |
| --U/ TRAUMATIC HEMORRHAGE | | | | | | |
| -S- B/ HISTIOCYTIC SARCOMA | | | | | | |
| --B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM | | | | | | |
| -S- B/ LEIOMYOSARCOMA | | | | | | |
| -S- B/ GRANULOCYTIC LEUKEMIA | | | | | | |
| --U/ FIBROSIS | | | | | | |
| --B/ GRANULOMA | | | | | | |
| --B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM | | | | | | |
| --B/ ERYTHROCYTE CASTS | | | | | | |
| --B/ PYELITIS | 4 | | | | | |

** CONTINUED ON NEXT PAGE **

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233333

```
BIO/DYNAMICS, INC.                                                         PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                         PAGE: 24
EAST MILLSTONE, NJ 08873                                             STUDY NUMBER: 772061A

                                *** PATH/TOX SYSTEM OUTPUT ***
                                  A CHRONIC FEEDING STUDY
                          OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                            INDIVIDUAL HISTOPATHOLOGY FINDINGS

SD: 12    SEX: MALE    DOSE-GROUP: 2                   SCREEN:  <4> <4> <4> <4> <4>
TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL                          2   2   2   2   2
  DEATH=ALL;FIND=ALL;SUBSET=T                                   0   0   0   0   5
                                                                4   4   6   9   0
ORGAN AND FINDING DESCRIPTION                                   6   7   8   9   0

** FROM PREVIOUS PAGE **                DEATH CODES:           SH  DH  DH  SH  DH
KIDNEYS  (KD)
  --B/ PERIARTERITIS                                            -   -   -   -   -
  --B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM                  -   -   -   -   -
  --B/ PAPILLARY TIP NECROSIS                                   -   4   -   -   -
  --S- B/ COMPOSITE LYMPHOSARCOMA                               -   -   -   -   -
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS  -  -  -  -  -
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA                           -   -   -   -   -
  --U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES  -  -  -  -  -
  --U/ INFARCT                                                  -   -   -   -   -
  --U/ THROMBOSIS OF RENAL ARTERY                               -   -   -   -   -
  --U/ PELVIS: NEMATODIASIS                                     -   -   -   -   -

** END OF LIST **
```

CONTAINS TRADE SECRET
OR OTHERWISE INFORMATION
OR CONFIDENTIAL COMPANY
OF MONSANTO

MONGLY00233334

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

```
BIO/DYNAMICS, INC.                                                              PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                         PAGE: 25
EAST MILLSTONE, NJ 08873                                                        STUDY NUMBER: 772061A

                              *** PATH/TOX SYSTEM OUTPUT ***
                               A CHRONIC FEEDING STUDY
                      OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                         INDIVIDUAL HISTOPATHOLOGY FINDINGS

SD: 13    SEX: MALE    DOSE-GROUP: 3
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T
```

ORGAN AND FINDING DESCRIPTION

** TOP OF LIST **
KIDNEYS (KD)
  -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
  -B/ DILATED CORTICAL TUBULES
  -U/ DILATED CORTICAL TUBULES
  -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
  -B/ INTERSTITIAL MONONUCLEAR INFILTRATES
  -U/ INTERSTITIAL MONONUCLEAR INFILTRATES
  -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
  -B/ MINERALIZED CONCRETIONS, CORTEX
  -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
  -B/ CORTICAL DEPRESSED SCAR
  -B/ CORTICAL CYST(S)
  -U/ CORTICAL CYST(S)
  -B/ CHRONIC INTERSTITIAL NEPHRITIS
  -U/ CHRONIC INTERSTITIAL NEPHRITIS
  -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
  -B/ MESANGIAL THICKENING
  -B/ PIGMENT PROXIMAL TUBULE EPITHELIUM
  -B/ INTERSTITIAL PIGMENT
  -B/ HYDRONEPHROSIS
  -U/ HYDRONEPHROSIS
  -B- RENAL TUBULE ADENOMA
  -U/ ARTERITIS, RENAL ARTERY
  -B/ ARTERITIS, RENAL ARTERY
  -B/ PERIRENAL FAT NECROSIS
  -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
  -R/ PROTEINACEOUS CASTS, PROXIMAL TUBULES
  -B/ ACUTE NEPHRITIS
  -U/ ACUTE NEPHRITIS
  -U/ TRAUMATIC HEMORRHAGE
  -S- B/ HISTIOCYTIC SARCOMA
  -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
  -S- B/ LEIOMYOSARCOMA
  -S- B/ GRANULOCYTIC LEUKEMIA
  -B/ FIBROSIS
  -B/ GRANULOMA
  -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
  -B/ ERYTHROCYTE CASTS
  -B/ PYELITIS

** CONTINUED ON NEXT PAGE **

MONGLY00233335

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 26
STUDY NUMBER: 772061A

SD: 13   SEX: MALE   DOSE GROUP: 3        SCREEN: <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1>

TABLE INCLUDS:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
  DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION

** FROM PREVIOUS PAGE **                 DEATH CODES:   DH  TH  DH  DH  DH  SH  DH  DH  AH  SH  DH  SH  SH  DH  DH  DH  TH  TH

KIDNEYS (KD)
  --B/ PERIARTERITIS
  --B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
  --B/ PAPILLARY TIP NECROSIS
  --S- B/ COMPOSITE LYMPHOSARCOMA
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA
  --U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES
  --U/ INFARCT
  --U/ THROMBOSIS OF RENAL ARTERY
  --U/ PELVIS: NEMATODIASIS
** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233336

```
BIO/DYNAMICS, INC.                                          PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                            PAGE: 27
EAST MILLSTONE, NJ 08873                                STUDY NUMBER: 772061A
```

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
|-----|-----|-----|--------|-----------------------------------|
| 003005 | 131 | KD | KIDNEYS | DISCOLORED = NMC |
| 003007 | 131 | KD | KIDNEYS | BOTH: DILATED RENAL PELVIS = HYDRONEPHROSIS; DISCOLORED = NMC |
| 003008 | 131 | KD | KIDNEYS | BOTH: CYSTS = CORTICAL CYSTS |
| 003010 | 131 | KD | KIDNEYS | DISCOLORED, CYSTS = GLOMERULAR AMYLOID-LIKE DEPOSITS AND CORTICAL CYSTS |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233337

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 28

STUDY NUMBER: 772061A

SD: 13   SEX: MALE   DOSE-GROUP: 3
TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
  DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION

** TOP OF LIST **
KIDNEYS (KD)
 -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
 -B/ DILATED CORTICAL TUBULES
 -U/ DILATED CORTICAL TUBULES
 -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
 -B/ INTERSTITIAL MONONUCLEAR INFILTRATES
 -U/ INTERSTITIAL MONONUCLEAR INFILTRATES
 -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
 -B/ MINERALIZED CONCRETIONS, CORTEX
 -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
 -B/ CORTICAL DEPRESSED SCAR
 -B/ CORTICAL CYST(S)
 -B/ CORTICAL CYST(S)
 -B/ CHRONIC INTERSTITIAL NEPHRITIS
 -U/ CHRONIC INTERSTITIAL NEPHRITIS
 -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
 -B/ MESANGIAL THICKENING
 -B/ PIGMENT PROXIMAL TUBULE EPITHELIUM
 -B/ INTERSTITIAL PIGMENT
 -U/ HYDRONEPHROSIS
 -U/ HYDRONEPHROSIS
 -B/ RENAL TUBULE ADENOMA
 -U/ ARTERITIS, RENAL ARTERY
 -B/ ARTERITIS, RENAL ARTERY
 -B/ PERIRENAL FAT NECROSIS
 -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
 -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES
 -B/ ACUTE NEPHRITIS
 -U/ ACUTE NEPHRITIS
 -U/ TRAUMATIC HEMORRHAGE
 -S- B/ HISTIOCYTIC SARCOMA
 -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
 -S- B/ LEIOMYOSARCOMA
 -S- B/ GRANULOCYTIC LEUKEMIA
 -U/ FIBROSIS
 -B/ GRANULOMA
 -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
 -B/ ERYTHROCYTE CASTS
 -B/ PYELITIS

** CONTINUED ON NEXT PAGE **

MONGLY00233338

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 29
STUDY NUMBER: 772061A

SD: 13   SEX: MALE   DOSE-GROUP: 3
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

SCREEN: <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2>

ORGAN AND FINDING DESCRIPTION

DEATH CODES: TH SH SH DH TH DH DH TH DH DH DH TH DH SH TH DH TH
H  H        H  H  H  H  H  H  H  H  H  H  H  H

** FROM PREVIOUS PAGE **
KIDNEYS (KD)
  -B/ PERIARTERITIS
  -B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
  -B/ PAPILLARY TIP NECROSIS
  -S- B/ COMPOSITE LYMPHOSARCOMA                                    +LN
  -S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS
  -S- B/ LYMPHOBLASTIC LYMPHOSARCOMA
  -U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES
  -U/ INFARCT                                              3
  -U/ THROMBOSIS OF RENAL ARTERY                           P
  -U/ PELVIS: NEMATODIASIS
** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233339

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 30

STUDY NUMBER: 772061A

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
| --- | --- | --- | --- | --- |
| 003016 | 132 | KD | KIDNEYS | LEFT: CYST = CORTICAL CYST |
| 003019 | 132 | KD | KIDNEYS | BOTH: IRREGULAR SURFACE, DILATED PELVIS, DISCOLORED = HYDRONEPH-ROSIS AND CHRONIC INTERSTITIAL NEPHRITIS |
| 003020 | 132 | KD | KIDNEYS | BOTH: PITTED SURFACES = CORTICAL CYST(S) |
| 003021 | 132 | KD | KIDNEYS | BOTH: MEDULLA, DISCOLORED, CORTEX, IRREGULAR = CORTICAL CYSTS |
| 003023 | 132 | KD | KIDNEYS | RIGHT: MASS AND DISTENDED ABDOMEN DUE TC MASS = RENAL TUBULE ADENOMA |
| 003024 | 132 | KD | KIDNEYS | BOTH: DISCOLORED, LARGE = GLOMERULAR AMYLOID-LIKE DEPOSITS |
| 003027 | 132 | KD | KIDNEYS | BOTH: CYSTIC, ENLARGED, DILATED PELVIS = HYDRONEPHROSIS |
| 003028 | 132 | KD | KIDNEYS | BOTH: PITTED SURFACE = CORTICAL CYST(S) |
| 003030 | 132 | KD | KIDNEYS | RIGHT: NODULE = CORTICAL CYST; DISTENDED PELVIS = NMC |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233340

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

```
BIO/DYNAMICS, INC.                                                      PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                          PAGE: 31
EAST MILLSTONE, NJ  08873

                              *** PATH/TOX SYSTEM OUTPUT ***
                                 A CHRONIC FEEDING STUDY
                     OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE         STUDY NUMBER: 772061A
                          INDIVIDUAL HISTOPATHOLOGY FINDINGS

SD: 13    SEX: MALE    DOSE-GROUP: 3
TABLE INCLUDES:
   SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL                    SCREEN: <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3>
   DEATH=ALL;FIND=ALL;SUBSET=T
```

** TOP OF LIST **
KIDNEYS (KD)

ORGAN AND FINDING DESCRIPTION

| DEATH CODES: | DH | TH | DH | SH | SH | SH | TH | DH | SH | TH | DH | SH | TH | TH | TH | TH | TH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES | *2 | *2 | *2 | *2 | | *2 | *2 | | *2 | *2 | *2 | *2 | *2 | *2 | | | -1 |
| -B/ DILATED CORTICAL TUBULES | | *2 | | | | | | | | | | | | *2 | *2 | | -1 |
| -U/ DILATED CORTICAL TUBULES | | | | | | | | | | | | | | | -1 | | -1 |
| -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY | *1 | *2 | *2 | *2 | *2 | *2 | *2 | | *2 | *2 | *2 | *2 | *2 | *2 | *2 | *2 | *1 |
| -B/ INTERSTITIAL MONONUCLEAR INFILTRATES | *1 | *2 | *2 | *2 | *2 | *2 | *2 | | *2 | *2 | *2 | *2 | *2 | *2 | *1 | *2 | *1 |
| -U/ INTERSTITIAL MONONUCLEAR INFILTRATES | | | | | | | | | | | | | | | | | |
| -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES | | | | | | | | | | | | | | | | | |
| -B/ MINERALIZED CONCRETIONS, CORTEX | *1 | | *1 | | *1 | | *1 | | | | *1 | | *2 | | | | |
| -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS | | | | | | | | | | | | | | | | | |
| -B/ CORTICAL DEPRESSED SCAR | | | | *2 | P | *2 | | | | | | P | | | | *2 | |
| -B/ CORTICAL CYST(S) | | | | P | P | | | | | | | | | | | | |
| -U/ CORTICAL CYST(S) | | | *2 | | | | | | | | | | | | | | |
| -B/ CHRONIC INTERSTITIAL NEPHRITIS | | | | | | | | | | | | | | | | | |
| -U/ CHRONIC INTERSTITIAL NEPHRITIS | | | | | | | | | | | | | | | | | |
| -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES | *2 | *2 | | *2 | | *2 | *2 | | *2 | | | | | | *1 | | *1 |
| -B/ MESANGIAL THICKENING | | | | | | | | | 13l | | | | | | | | |
| -B/ PIGMENT PROXIMAL TUBULE EPITHELIUM | | | | | | | | | | | | | | | | | |
| -B/ INTERSTITIAL PIGMENT | | | | | | | | | | | | | | | | | |
| -B/ HYDRONEPHROSIS | | | | | | | | | | | | | | | | | |
| -U/ HYDRONEPHROSIS | | | | | | | | | | | | | | | | | |
| -B- RENAL TUBULE ADENOMA | | | | | | | | | *2 | | | | | | | | |
| -U/ ARTERITIS, RENAL ARTERY | | | | | | | | | | | | | | | | | |
| -B/ ARTERITIS, RENAL ARTERY | | | | | | | | | | | | | | | | | |
| -B/ PERIRENAL FAT NECROSIS | *2 | | | *2 | | | *2 | | | | | | | | *1 | | |
| -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS | 14l | | | | | | | | | | | | | | | | |
| -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES | | | | | | | | | | | | | | | | | |
| -B/ ACUTE NEPHRITIS | | | | | | | | | | | | | | | | | |
| -U/ ACUTE NEPHRITIS | | | | | | | | | | | | | | | | | |
| -U/ TRAUMATIC HEMORRHAGE | | | | | | | | | | | | | | | | | |
| -S- B/ HISTIOCYTIC SARCOMA | | | | | | | | | | | | | | | | | |
| -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM | | | | | | | | | | | | | | | | | |
| -S- B/ LEIOMYOSARCOMA | | | | | | | | | | | | | | | | | |
| -S- B/ GRANULOCYTIC LEUKEMIA | | | | | | | | | | | | | | | | | |
| -U/ FIBROSIS | | | | | | | | | | | | | | | | | |
| -B/ GRANULOMA | | | | | | | | | | | | | | | | | |
| -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM | | | | | | | | | *2 | | | | | | *2 | | |
| -B/ ERYTHROCYTE CASTS | | | | | | | | | | | | | | | | | |
| -B/ PYELITIS | | | | | | | | | | | | | | | | | |

** CONTINUED ON NEXT PAGE **

MONGLY00233341

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 32
STUDY NUMBER: 772061A

SD: 13   SEX: MALE   DOSE-GROUP: 3

TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

SCREEN: <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3>

ORGAN AND FINDING DESCRIPTION

DEATH CODES: DH TH DH TH SH SH CH TH TH SH TH DH DH TH TH TH TH
                                       H              H             H

** FROM PREVIOUS PAGE **
KIDNEYS (KD)
--B/ PERIARTERITIS
--B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
--B/ PAPILLARY TIP NECROSIS
--S- B/ COMPOSITE LYMPHOSARCOMA
--S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS      +LN      +LN
--S- B/ LYMPHOBLASTIC LYMPHOSARCOMA
--U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES
--U/ INFARCT
--U/ THROMBOSIS OF RENAL ARTERY
--U/ PELVIS: NEMATODIASIS                                P

** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233342

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 33

STUDY NUMBER: 772061A

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
|-----|-----|-----|--------|-----------------------------------|
| 003031 | 133 | KD | KIDNEYS | BOTH: IRREGULAR SURFACE = GLOMERULAR AMYLOID-LIKE DEPOSITS |
| 003033 | 133 | KD | KIDNEYS | BOTH: IRREGULAR SURFACES, CYSTS = CORTICAL CYSTS |
| 003036 | 133 | KD | KIDNEYS | BOTH: CYSTS = CORTICAL CYSTS |
| 003039 | 133 | KD | KIDNEYS | DISCOLORED, IRREGULAR SURFACE = DILATED CORTICAL TUBULES |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233343

BIODYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 34

STUDY NUMBER: 772061A

SD: 13    SEX: MALE    DOSE-GROUP: 3
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION                                      SCREEN: <4> <4> <4> <4> <4>

** TOP OF LIST **
KIDNEYS (KD)                                          DEATH CODES: DH  TH  SH  TH  TH
                                                                        H       H   H

| ORGAN AND FINDING DESCRIPTION | | | | | |
|---|---|---|---|---|---|
| -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES | | | | | |
| -B/ DILATED CORTICAL TUBULES | | 2 | 2 | | 13 |
| -U/ DILATED CORTICAL TUBULES | 2 | | | | |
| -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY | | 1 | | | 2 |
| -B/ INTERSTITIAL MONONUCLEAR INFILTRATES | | 2 | 2 | | 1 |
| -U/ INTERSTITIAL MONONUCLEAR INFILTRATES | | | | | |
| -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES | | | | | |
| -B/ MINERALIZED CONCRETIONS, CORTEX | | 1 | | | 2 |
| -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS | | | | | |
| -B/ CORTICAL DEPRESSED SCAR | | | | | P |
| -U/ CORTICAL CYST(S) | | | | | |
| -U/ CORTICAL CYST(S) | | | | | |
| -B/ CHRONIC INTERSTITIAL NEPHRITIS | | 3 | | | 12 |
| -U/ CHRONIC INTERSTITIAL NEPHRITIS | | | | | |
| -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES | | 2 | | | 2 |
| -B/ MESANGIAL THICKENING | | | | | |
| -B/ PIGMENT PROXIMAL TUBULE EPITHELIUM | | | | | |
| -B/ INTERSTITIAL PIGMENT | | | | | |
| -B/ HYDRONEPHROSIS | | | | | |
| -U/ HYDRONEPHROSIS | | | | | |
| -B- RENAL TUBULE ADENOMA | | | | | |
| -U/ ARTERITIS, RENAL ARTERY | | | | | |
| -B/ ARTERITIS, RENAL ARTERY | | | | | |
| -B/ PERIRENAL FAT NECROSIS | | | | | |
| -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS | | | 15 | | |
| -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES | | | | | |
| -B/ ACUTE NEPHRITIS | | | | | |
| -U/ ACUTE NEPHRITIS | | | | | |
| -U/ TRAUMATIC HEMORRHAGE | | | | | |
| -S- B/ HISTIOCYTIC SARCOMA | | | | | |
| -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM | | | | | |
| -S- B/ LEIOMYOSARCOMA | | | | | |
| -S- B/ GRANULOCYTIC LEUKEMIA | | | | | |
| -U/ FIBROSIS | | | | | |
| -B/ GRANULOMA | | | | | |
| -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM | | | | | |
| -B/ ERYTHROCYTE CASTS | | | | | |
| -B/ PYELITIS | | | | | |

** CONTINUED ON NEXT PAGE **

CONTAINS TRADE SECRET OR OTHERWISE CONFIDENTIAL INFORMATION OF MONSANTO COMPANY

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

```
              *** PATH/TOX SYSTEM OUTPUT ***
                 A CHRONIC FEEDING STUDY
   OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
          INDIVIDUAL HISTOPATHOLOGY FINDINGS
```

PRINTED: 19-SEP-85
PAGE: 35

STUDY NUMBER: 772061A

SD: 13   SEX: MALE   DOSE-GROUP: 3

TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
  DEATH=ALL;FIND=ALL;SUBSET=T

| | SCREEN: | <4> | <4> | <4> | <4> | <4> | <4> |
|---|---|---|---|---|---|---|---|
| | | 3 | 3 | 3 | 3 | 3 | 3 |
| | | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 4 | 4 | 4 | 5 | 0 |
| | | 6 | 7 | 8 | 9 | 0 | 0 |
| | | = | = | = | = | = | = |

ORGAN AND FINDING DESCRIPTION

| | DEATH CODES: | DH | TH | SH | SH | TH | TH |
|---|---|---|---|---|---|---|---|
| | | | | | H | | H |

** FROM PREVIOUS PAGE **
KIDNEYS (KD)
  --B/ PERIARTERITIS
  --B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
  --B/ PAPILLARY TIP NECROSIS
  --S- B/ COMPOSITE LYMPHOSARCOMA
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA
  --U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES
  --U/ INFARCT
  --U/ THROMBOSIS OF RENAL ARTERY
  --U/ PELVIS: NEMATODIASIS
** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233345

```
BIO/DYNAMICS, INC.                                                                    PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                               PAGE: 36
EAST MILLSTONE, NJ  08873

                              *** PATH/TOX SYSTEM OUTPUT ***
                                A CHRONIC FEEDING STUDY
                         OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                            INDIVIDUAL HISTOPATHOLOGY FINDINGS                        STUDY NUMBER: 772061A

    HAN      SDS   ABR   TISSUE       SPECIAL HISTOPATHOLOGICAL COMMENT
    ---      ---   ---   ------       ----------------------------------

    003048   134   KD    KIDNEYS      BOTH: DISCOLORED, IRREGuLAR SURFACE = NMC

    003050   134   KD    KIDNEYS      BOTH: DISCOLORED, PITTED SURFACE, CYSTS = CHRONIC INTERSTITIAL
                                      NEPHRITIS
```

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 37
STUDY NUMBER: 772061A

SD: 14   SEX: MALE   DOSE-GROUP: 4

TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION

** TOP OF LIST **
KIDNEYS (KD)

- -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
- -B/ DILATED CORTICAL TUBULES
- -U/ DILATED CORTICAL TUBULES
- -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
- -B/ INTERSTITIAL MONONUCLEAR INFILTRATES
- -U/ INTERSTITIAL MONONUCLEAR INFILTRATES
- -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
- -B/ MINERALIZED CONCRETIONS, CORTEX
- -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
- -B/ CORTICAL DEPRESSED SCAR
- -B/ CORTICAL CYST(S)
- -U/ CORTICAL CYST(S)
- -B/ CHRONIC INTERSTITIAL NEPHRITIS
- -U/ CHRONIC INTERSTITIAL NEPHRITIS
- -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
- -B/ MESANGIAL THICKENING
- -B/ PIGMENT IN PROXIMAL TUBULE EPITHELIUM
- -B/ INTERSTITIAL PIGMENT
- -U/ HYDRONEPHROSIS
- -B/ HYDRONEPHROSIS
- -B/ RENAL TUBULE ADENOMA
- -U/ ARTERITIS, RENAL ARTERY
- -B/ ARTERITIS, RENAL ARTERY
- -B/ PERIRENAL FAT NECROSIS
- -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
- -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES
- -B/ ACUTE NEPHRITIS
- -U/ ACUTE NEPHRITIS
- -U/ TRAUMATIC HEMORRHAGE
- -S- B/ HISTIOCYTIC SARCOMA
- -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
- -S- B/ LEIOMYOSARCOMA
- -S- B/ GRANULOCYTIC LEUKEMIA
- -U/ FIBROSIS
- -B/ GRANULOMA
- -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
- -B/ ERYTHROCYTE CASTS
- -B/ PYELITIS

** CONTINUED ON NEXT PAGE **

```
BIO/DYNAMICS, INC.                                                                    PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                               PAGE: 38
EAST MILLSTONE, NJ 08873

                        *** PATH/TOX SYSTEM OUTPUT ***
                         A CHRONIC FEEDING STUDY
                 OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                    INDIVIDUAL HISTOPATHOLOGY FINDINGS                                STUDY NUMBER: 772061A
----------------------------------------------------------------------------------------------------------
SD: 14   SEX: MALE    DOSE-GROUP: 4       SCREEN: <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1> <1>
TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL            4   4   4   4   4   4   4   4   4   4   4   4   4   4   4
  DEATH=ALL;FIND=ALL;SUBSET=T                     0   0   0   0   0   0   0   0   0   0   0   0   0   0   0
                                                  0   0   0   0   0   0   0   0   0   1   1   1   1   0   1
ORGAN AND FINDING DESCRIPTION                     1   2   3   4   5   6   7   8   9   0   1   2   3   4   5
----------------------------------------------------------------------------------------------------------
                                  DEATH CODES:   TH  SH  TH  TH  TH  DI  SH  DH  TH  DH  SH  AH  TH  TH  DH
** FROM PREVIOUS PAGE **                                                      H               H           H
KIDNEYS  (KD)
  -B/ PERIARTERITIS                               .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  -B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM     .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  -B/ PAPILLARY TIP NECROSIS                      .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  -S- B/ COMPOSITE LYMPHOSARCOMA                  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  -S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS
                                                  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  -S- B/ LYMPHOBLASTIC LYMPHOSARCOMA             .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  -U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES
                                                  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  -U/ INFARCT                                     .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  -U/ THROMBOSIS OF RENAL ARTERY                  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  -U/ PELVIS: NEMATODIASIS                        .   .   .   .   .   .   .   .   .   .   .   .   .   .   .

** END OF LIST **
```

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ  08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 39

STUDY NUMBER: 772061A

| MAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
| --- | --- | --- | --- | --- |
| 004008 | 141 | KD | KIDNEYS | IRREGULAR SURFACE = CHRONIC INTERSTITIAL NEPHRITIS |
| 004011 | 141 | KD | KIDNEYS | LARGE WITH DILATED RENAL PELVIS = CHRONIC INTERSTITIAL NEPHRITIS AND HYDRONEPHROSIS |
| 004012 | 141 | KD | KIDNEYS | IRREGULAR SURFACE = NMC |
| 004015 | 141 | KD | KIDNEYS | RIGHT: DISCOLORED, SMALL = CHRONIC INTERSTITIAL NEPHRITIS AND FIBROSIS |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233349

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

```
BIO/DYNAMICS, INC.                                                    PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                 PAGE: 40
EAST MILLSTONE, NJ 08873                                        STUDY NUMBER: 772061A

SD: 14   SEX: MALE   DOSE-GROUP: 4
TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
  DEATH=ALL;FIND=ALL;SUBSET=T

            *** PATH/TOX SYSTEM OUTPUT ***
               A CHRONIC FEEDING STUDY
       OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
            INDIVIDUAL HISTOPATHOLOGY FINDINGS

ORGAN AND FINDING DESCRIPTION

** TOP OF LIST **
KIDNEYS (KD)
  -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
  -B/ DILATED CORTICAL TUBULES
  -U/ DILATED CORTICAL TUBULES
  -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
  -B/ INTERSTITIAL MONONUCLEAR INFILTRATES
  -U/ INTERSTITIAL MONONUCLEAR INFILTRATES
  -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
  -B/ MINERALIZED CONCRETIONS, CORTEX
  -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
  -B/ CORTICAL DEPRESSED SCAR
  -B/ CORTICAL CYST(S)
  -U/ CORTICAL CYST(S)
  -B/ CHRONIC INTERSTITIAL NEPHRITIS
  -U/ CHRONIC INTERSTITIAL NEPHRITIS
  -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
  -B/ MESANGIAL THICKENING
  -B/ PIGMENT PROXIMAL TUBULE EPITHELIUM
  -B/ INTERSTITIAL PIGMENT
  -B/ HYDRONEPHROSIS
  -U/ HYDRONEPHROSIS
  -B- RENAL TUBULE ADENOMA
  -U/ ARTERITIS, RENAL ARTERY
  -B/ ARTERITIS, RENAL ARTERY
  -B/ PERIRENAL FAT NECROSIS
  -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
  -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES
  -B/ ACUTE NEPHRITIS
  -U/ ACUTE NEPHRITIS
  -U/ TRAUMATIC HEMORRHAGE
  -S- B/ HISTIOCYTIC SARCOMA
  -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
  -S- B/ LEIOMYOSARCOMA
  -S- B/ GRANULOCYTIC LEUKEMIA
  -U/ FIBROSIS
  -B/ GRANULOMA
  -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
  -B/ ERYTHROCYTE CASTS
  -B/ PYELITIS

** CONTINUED ON NEXT PAGE **
```

```
BIO/DYNAMICS, INC.                                                                    PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                                      PAGE: 41
EAST MILLSTONE, NJ 08873

                              *** PATH/TOX SYSTEM OUTPUT ***
                                  A CHRONIC FEEDING STUDY
                       OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                            INDIVIDUAL HISTOPATHOLOGY FINDINGS
                                                                             STUDY NUMBER: 772061A

SD: 14   SEX: MALE   DOSE-GROUP: 4
TABLE INCLUDES:                              SCREEN:  <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2> <2>
 SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL                4   4   4   4   4   4   4   4   4   4   4   4   4   4   4
 DEATH=ALL;FIND=ALL;SUBSET=T                         0   0   0   0   0   0   0   0   0   0   0   0   0   0   0
                                                     1   1   1   2   2   2   2   2   2   2   2   2   3   3   3
ORGAN AND FINDING DESCRIPTION                        6   7   8   0   1   2   3   4   5   6   7   8   9   0   0
                                                     =   =   =   =   =   =   =   =   =   =   =   =   =   =   =
** FROM PREVIOUS PAGE **               DEATH CODES:  DH  DH  DH  SH  TH  TH  DH  TH  SH  TH  TH  TH  TH  TH  TH
KIDNEYS (KD)                                                     H   H       H           H       H   H   H
  --B/ PERIARTERITIS                                  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  --B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM        .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  --B/ PAPILLARY TIP NECROSIS                         .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  --S- B/ COMPOSITE LYMPHOSARCOMA                     .   .   .   .   .  +SP  .   .   .   .   .   .   .   .   .
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS  .   .   .   .   .   .   .   .   .   .   .
  --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA                 .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  --U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES   .   .   .   .   .   .   .   .   .   .   .
  --U/ INFARCT                                        .   .   .   .   .   .   .   .   .  *1   .   .   .   .   .
  --U/ THROMBOSIS OF RENAL ARTERY                     .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
  --U/ PELVIS, NEMATODIASIS                           .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
** END OF LIST **
```

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

PRINTED: 19-SEP-85
PAGE: 42

STUDY NUMBER: 772061A

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
| --- | --- | --- | --- | --- |
| 004018 | 142 | KD | KIDNEYS | DISCOLORED = NMC |
| 004020 | 142 | KD | KIDNEYS | RIGHT: DISCOLORED = CHRONIC INTERSTITIAL NEPHRITIS |
| 004022 | 142 | KD | KIDNEYS | AUTOLYSIS, MARKED, DIFFUSE |
| 004023 | 142 | KD | KIDNEYS | LEFT: CYST, DILATED PELVIS; RIGHT: INDENTATION = CHRONIC INTER-STITIAL NEPHRITIS |
| 004026 | 142 | KD | KIDNEYS | BOTH: DISCOLORED = NMC; RIGHT: DILATED PELVIS = HYDRONEPHROSIS |
| 004027 | 142 | KD | KIDNEYS | SMALL/NODULE = CORTICAL CYST |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233352

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

```
BIO/DYNAMICS, INC.                                                    PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                    PAGE: 43
EAST MILLSTONE, NJ  08873                                          STUDY NUMBER: 772061A

                        *** PATH/TOX SYSTEM OUTPUT ***
                           A CHRONIC FEEDING STUDY
                    OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                      INDIVIDUAL HISTOPATHOLOGY FINDINGS

SD: 14    SEX: MALE    DOSE-GROUP: 4
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

ORGAN AND FINDING DESCRIPTION

** TOP OF LIST **
KIDNEYS (KD)
 -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES
 -B/ DILATED CORTICAL TUBULES
 -U/ DILATED CORTICAL TUBULES
 -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
 -B/ INTERSTITIAL MONONUCLEAR INFILTRATES
 -U/ INTERSTITIAL MONONUCLEAR INFILTRATES
 -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
 -B/ MINERALIZED CONCRETIONS, CORTEX
 -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS
 -B/ CORTICAL DEPRESSED SCAR
 -B/ CORTICAL CYST(S)
 -U/ CORTICAL CYST(S)
 -B/ CHRONIC INTERSTITIAL NEPHRITIS
 -U/ CHRONIC INTERSTITIAL NEPHRITIS
 -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
 -B/ MESANGIAL THICKENING
 -B/ PIGMENT PROXIMAL TUBULE EPITHELIUM
 -B/ INTERSTITIAL PIGMENT
 -B/ HYDRONEPHROSIS
 -U/ HYDRONEPHROSIS
 -B- RENAL TUBULE ADENOMA
 -U/ ARTERITIS, RENAL ARTERY
 -B/ ARTERITIS, RENAL ARTERY
 -B/ PERIRENAL FAT NECROSIS
 -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
 -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES
 -B/ ACUTE NEPHRITIS
 -U/ ACUTE NEPHRITIS
 -U/ TRAUMATIC HEMORRHAGE
 -S- B/ HISTIOCYTIC SARCOMA
 -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
 -S- B/ LEIOMYOSARCOMA
 -S- B/ GRANULOCYTIC LEUKEMIA
 -U/ FIBROSIS
 -B/ GRANULOMA
 -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM
 -B/ ERYTHROCYTE CASTS
 -B/ PYELITIS

** CONTINUED ON NEXT PAGE **
```

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 44

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

STUDY NUMBER: 772061A

SD: 14   SEX: MALE   DOSE-GROUP: 4
TABLE INCLUDES:
    SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
    DEATH=ALL;FIND=ALL;SUBSET=T

SCREEN: <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3> <3>

ORGAN AND FINDING DESCRIPTION

** FROM PREVIOUS PAGE **
KIDNEYS (KD)

DEATH CODES: SH TH SH DH TH TH SH TH TH TH DH DH SH SH TH TH DH TH SH TH

--B/ PERIARTERITIS
--B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM
--B/ PAPILLARY TIP NECROSIS
--S- B/ COMPOSITE LYMPHOSARCOMA
--S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS     +LN
--S- B/ LYMPHOBLASTIC LYMPHOSARCOMA
--U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES
--U/ INFARCT
--U/ THROMBOSIS OF RENAL ARTERY
--U/ PELVIS: NEMATODIASIS

** END OF LIST **

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233354

BIO/DYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 45

STUDY NUMBER: 772061A

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
| --- | --- | --- | --- | --- |
| 004031 | 143 | Yn | KIDNEYS | NODULES = NNC |
| 004032 | 143 | KD | KIDNEYS | LEFT: MASS = RENAL TUBULE ADENOMA |
| 004033 | 143 | KD | KIDNEYS | BOTH: IRREGULAR SURFACE, DILATED PELVIS, DISCOLORED = CHRONIC INTERSTITIAL NEPHRITIS; NODULES = ACUTE NEPHRITIS |
| 004034 | 143 | KD | KIDNEYS | IRREGULAR SURFACE = CHRONIC INTERSTITIAL NEPHRITIS |
| 004035 | 143 | KD | KIDNEYS | LEFT: DILATED PELVIS = HYDRONEPHROSIS, UNILATERAL |
| 004041 | 143 | KD | KIDNEYS | LEFT: MASS = RENAL TUBULAR ADENOMA |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233355

```
BIO/DYNAMICS, INC.                      *** PATH/TOX SYSTEM OUTPUT ***           PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                    A CHRONIC FEEDING STUDY                       PAGE: 46
EAST MILLSTONE, NJ 08873          OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                                     INDIVIDUAL HISTOPATHOLOGY FINDINGS          STUDY NUMBER: 772061A
```

SD: 14    SEX: MALE    DOSE-GROUP: 4
TABLE INCLUDES:
SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL
DEATH=ALL;FIND=ALL;SUBSET=T

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

ORGAN AND FINDING DESCRIPTION                                SCREEN:  <4>  <4>  <4>  <4>  <4>  <4>  <4>  <4>

                                              DEATH CODES:    DH   DH   DH   DH   TH   TH   SH   TH
                                                               H                              H

** TOP OF LIST **
KIDNEYS   (KD)                                                  4    4    4    4    4    4    4    4
  -B/ PERIVASCULAR LYMPHOCYTIC INFILTRATES                      0    0    0    4    0    0    0    0
  -B/ DILATED CORTICAL TUBULES                                                "2        13t  "2             "2
  -U/ DILATED CORTICAL TUBULES
  -B/ PROXIMAL TUBULE EPITHELIAL BASOPHILIA AND HYPERTROPHY
  -B/ INTERSTITIAL MONONUCLEAR INFILTRATES                                   "2   "2   "2   "1        "2
  -U/ INTERSTITIAL MONONUCLEAR INFILTRATES
  -B/ MINERALIZED CONCRETIONS, DISTAL TUBULES
  -B/ MINERALIZED CONCRETIONS, CORTEX
  -B/ INTERSTITIAL AMYLOID-LIKE DEPOSITS                                                           "1
  -B/ CORTICAL DEPRESSED SCAR
  -B/ CORTICAL CYST(S)                                                        P
  -U/ CORTICAL CYST(S)
  -B/ CHRONIC INTERSTITIAL NEPHRITIS
  -U/ CHRONIC INTERSTITIAL NEPHRITIS
  -B/ THICKENING OF GLOMERULAR AND/OR TUBULAR BASEMENT MEMBRANES
  -B/ MESANGIAL THICKENING
  -B/ PIGMENT PROXIMAL TUBULE EPITHELIUM
  -B/ INTERSTITIAL PIGMENT
  -B/ HYDRONEPHROSIS
  -U/ HYDRONEPHROSIS
  -B/ RENAL TUBULE ADENOMA
  -B/ ARTERITIS, RENAL ARTERY                                                               "2
  -B/ ARTERITIS, RENAL ARTERY
  -B/ PERIRENAL FAT NECROSIS
  -B/ GLOMERULAR AMYLOID-LIKE DEPOSITS
  -B/ PROTEINACEOUS CASTS, PROXIMAL TUBULES                                   12t
  -B/ ACUTE NEPHRITIS
  -U/ ACUTE NEPHRITIS                                                   5
  -U/ TRAUMATIC HEMORRHAGE
  -S- B/ HISTIOCYTIC SARCOMA
  -B/ NECROSIS CONVOLUTED TUBULE EPITHELIUM
  -S- S/ LEIOMYOSARCOMA
  -S- B/ GRANULOCYTIC LEUKEMIA
  -U/ FIBROSIS
  -B/ GRANULOMA
  -B/ PROTEIN DROPLETS, PROXIMAL TUBULE EPITHELIUM                                            "2
  -B/ ERYTHROCYTE CASTS
  -B/ PYELITIS

** CONTINUED ON NEXT PAGE **

MONGLY00233356

```
BIO/DYNAMICS, INC.                                                              PRINTED: 19-SEP-85
DEPARTMENT OF PATHOLOGY                                                               PAGE: 47
EAST MILLSTONE, NJ  08873                                                    STUDY NUMBER: 772061A

                             *** PATH/TOX SYSTEM OUTPUT ***
                                 A CHRONIC FEEDING STUDY
                      OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
                          INDIVIDUAL HISTOPATHOLOGY FINDINGS
-------------------------------------------------------------------------------------------------
SD: 14   SEX: MALE   DOSE-GROUP: 4                 SCREEN: <4> <4> <4> <4> <4> <4>
TABLE INCLUDES:
  SEX=M;GROUP=ALL;SCREEN=ALL;WEEKS=ALL                      4   4   4   4   4   4
  DEATH=ALL;FIND=ALL;SUBSET=T                               0   0   0   0   0   0
                                                            0   0   4   4   5   0
ORGAN AND FINDING DESCRIPTION                               6   7   8   9   0   0
-------------------------------------------------------------------------------------------------
** FROM PREVIOUS PAGE **                    DEATH CODES:  DH  DH  DH  TH  SH  TH
KIDNEYS  (KD)                                             H           H
 --B/ PERIARTERITIS                                       -   -   -   -   -   -
 --B/ VACUOLATION, PROXIMAL TUBULE EPITHELIUM             -   -   -   -   -   -
 --B/ PAPILLARY TIP NECROSIS                              -   -   -   -   -   -
 --S- B/ COMPOSITE LYMPHOSARCOMA                          -   -   -   -   -   -
 --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA WITH LEUKEMIC MANIFESTATIONS  -  -  -  -  -  -
 --S- B/ LYMPHOBLASTIC LYMPHOSARCOMA                      -   -   -   -   -   -
 --U/ PAPILLARY EPITHELIAL HYPERPLASIA, DILATED CORTICAL TUBULES  -  -  -  -  -  -
 --U/ INFARCT                                             -   -   -   -   -   -
 --U/ THROMBOSIS OF RENAL ARTERY                          -   -   -   -   -   -
 --U/ PELVIS: NEMATODIASIS                                -   -   -   -   -   -
** END OF LIST **
```

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233357

BIODYNAMICS, INC.
DEPARTMENT OF PATHOLOGY
EAST MILLSTONE, NJ 08873

PRINTED: 19-SEP-85
PAGE: 48
STUDY NUMBER: 772061A

*** PATH/TOX SYSTEM OUTPUT ***
A CHRONIC FEEDING STUDY
OF GLYPHOSATE (ROUNDUP TECHNICAL) IN MICE
INDIVIDUAL HISTOPATHOLOGY FINDINGS

| HAN | SDS | ABR | TISSUE | SPECIAL HISTOPATHOLOGICAL COMMENT |
|-----|-----|-----|--------|-----------------------------------|
| 004046 | 144 | KD | KIDNEYS | RIGHT: IRREGULAR SHAPE AND SURFACE, DISCOLORED = ACUTE NEPHRITIS |
| 004049 | 144 | KD | KIDNEYS | DEPRESSIONS = GRANULOMA |

CONTAINS TRADE SECRET
OR OTHERWISE
CONFIDENTIAL INFORMATION
OF MONSANTO COMPANY

MONGLY00233358

SECTION 8

MONGLY00233359

# Monsanto

Monsanto Company
1101 17th Street, N W
Washington, D C 20036
Phone (202) 452-8880

October 28, 1985

Director
Registration Division (TS767C)
Office of Pesticide Programs
U. S. Environmental Protection Agency
1921 Jefferson Davis Highway
Crystal Mall #2, Room 716D
Arlington, Virginia 22202

Attention:  Mr. Robert J. Taylor
            Product Manager (25)

              Subject:  Roundup® Herbicide
                        EPA Reg. Nos.
                        524-308, 524-330, 524-332,
                        524-339, 524-343, 524-351
                        Addendum to Chronic Mouse
                        Study with Glyphosate
                        • Additional Evaluations

Dear Sir:

On July 21, 1983, Monsanto submitted a glyphosate chronic mouse
study entitled "A Chronic Feeding Study Of Glyphosate (Roundup®
Technical) In Mice (R.D. No. 480 and accession numbers 251007-
251014). Subsequently, on July 29, 1985, the Agency requested
Monsanto to recut the male mouse kidneys to obtain further in-
formation on the presence or absence of kidney tumors. This
additional work was completed and submitted on October 7, 1985
to the Agency (R.D. No. 635). It is important to note that
these additional data confirm Monsanto's initial position of no
treatment related oncogenic effects.

Due to the importance of this chronic mouse study to Monsanto,
we requested noted experts (4 individual experts and a consul-
tant panel) to also review these data. They were requested to
determine if the effects observed could be considered to be a
treatment related oncogenic effect. The conclusions reached by
these experts are now being submitted (R.D. No. 643) for Agency
information and file use.

MONGLY00233360

Director
Registration Division (TS767C)
Office of Pesticide Programs
U. S. Environmental Protection Agency
October 28, 1985
Page 2


The review results from the independent evaluations of the glyphosate chronic mouse study are the same.  Their conclusion is the data reveals no statistically significant difference between any of the treated and control groups, and no statistically significant trend is present.

Based on this information and the previously submitted information which demonstrated that glyphosate did not show a treatment-related oncogenic effect in this chronic mouse study, Monsanto is hopeful that the Agency will reach the same conclusion.  In addition, we request that the review of all pending glyphosate petitions now be completed as soon as possible.

Sincerely,

Thomas F. Armstrong
Registration Manager


/pt
Enclosures

cc:  L. L. Gingerich

MONGLY00233361

ADDITIONAL INFORMATION TO SUPPORT
THE REGISTRATION OF ROUNDUP® HERBICIDE,
RODEO® HERBICIDE, LANDMASTER® HERBICIDE,
SHACKLE® HERBICIDE, SHACKLE® C HERBICIDE,
AND POLADO® PLANT GROWTH REGULATOR

EPA Reg. Nos. 524-308, 524-330, 524-351,
524-339, 524-332, 524-343

## A CHRONIC FEEDING STUDY OF GLYPHOSATE

## ADDITIONAL HISTOPATHOLOGICAL EVALUATIONS

R.D. No. 643

October 28, 1985

Report Compiled by:
T. F. Armstrong

MONSANTO AGRICULTURAL PRODUCTS COMPANY
800 NORTH LINDBERGH BOULEVARD • ST. LOUIS • MISSOURI • 63167

MONGLY00233362

Part A

MONGLY00233363

OCT 8 1985

## ROBERT A. SQUIRE ASSOCIATES, INC.
### 1515 LABELLE AVENUE
### RUXTON, MARYLAND 21204

TELEPHONE

September 29, 1985

Timothy J. Long, Ph.D.
Senior Toxicologist
Monsanto Company
800 North Lindbergh Blvd.
St. Louis, Missouri  63167

Dear Dr. Long:

I have examined the chronic toxicity data on Glyphosate
in mice sent to me on September 19, 1985.  Since I have not
seen the tissue slides, my opinion is, of necessity, based upon
the data as presented and does not included any actual interpretation
of lesions.

The pathological endpoint in question is the presence of
renal tubular adenomas in male mice. The final overall incidences
were 1/49, 0/49, 1/50, and 3/50 for control, low, mid, and high
doses respectively.  In my opinion, these represent spontaneous
occurrences rather than compound-related effects.  This view
is based primarily upon the biological and pathological evidence
available, but it also supported by the lack of statistical
significance, either in comparing porportions of animals affected
or linear trend analyses.

The following observations suggest to me that the findings
in male mouse kidneys are incidental to treatment:

A. Historical control values in the three different laboratories
indicate that, although renal tubular neoplasms are relatively
rare in mice, they do occur sporadically and there is considerable
variation from group to group.  An analysis of these tumors
should combine the adenomas and carcinomas since they represent
a spectrum in development and the lesion classification is uncertain.
If one does this with the Hazelton Laboratory data, there is
an overall incidence of 5.4% tubular neoplasms which is essentially
the same as the high dose animals in your study.  The incidence
of tubular carcinomas is not listed for Biodynamics laboratory
and IRDC shows very low incidences.  However, it must be kept
in mind that the historical control data are derived from studies
in which there were the customary one or perhaps two kidneys
sections examined. If 4 sections had been taken from each kidney,
as in your study, it is likely that historical control incidences

MONGLY00233364

would have been even higher.

B.  Based upon Dr. Kuschner's histopathological evaluation of the kidney slides, no preneoplastic or cytotoxic changes were evident.  I know of no instance where a renal carcinogen was given at a dose sufficient to induce tumors without also inducing tubular toxicity and hyperplasia, not only in the tumor-bearing animals, but in many additional animals receiving the same exposure levels.  Carcinogenesis is multi-stage process beginning with hyperplasia, and when a population of animals is exposed to a tumorigenic dose, many develop early stages of neoplastic progression even though only a few may reach the final stage, i.e. tumors.  The absence of preneoplastic changes virtually precludes this being a compound-related effect.

C.  The largest and most atypical tumor in the study, according to Dr. Kuschner, was an animal in the mid-dose group (#3023).  This would be highly unlikely if the tumors were compound-related since one expects the most advanced tumors to be in animals receiving the highest dose of carcinogen.  Carcinogens increase not only the incidence, but the degree of neoplastic progression.  This is particularly true here since survival in the high dose males exceeded that of control animals.

In summary, I feel the weight of evidence strongly suggests that the renal adenomas in male mice were naturally-occurring and not treatment related.

If I may be of further assistance, please contact me.

Sincerely,

Robert A. Squire, D.V.M.,Ph.D.


RAS:pmh

MONGLY00233365

Part B

MONGLY00233366

OCT 1 0 1985

Department of Medicine
School of Medicine
Health Sciences Center
State University of New York at Stony Brook
Stony Brook, New York 11794-8160

**StonyBrook**

October 7, 1985
3LTR10850707.1

Timothy J. Long, Ph.D.
Senior Product Toxicologist
Department of Medicine &
   Environmental Health
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, MO 63167

Dear Dr. Long:

In response to your letter of September 16th asking me to evaluate the
glyphosate mouse kidney adenoma study, I am pleased to respond. Let me
begin by saying that the evidence for carcinogenicity of glyphosate in
mice is unconvincing. A few of renal adenomas were found in male but
not female mice given very large doses of the compound i.e., 5,000 and
30,000 ppm in the diet, corresponding to 0.5 and 3.0 percent of the
diet. The distribution of tumors in the three groups of male mice
studied were 1/49 in the control group, 0/49 in the group fed 1,000 ppm,
1/50 in the group fed 5,000 ppm, and 3/50 in the group fed 30,000 ppm.
There were no tumors in any of the female mice. These data suggest that
the appearance of these tumors is random and not dose-related.

I am further impressed by the fact that a restudy of kidneys from mice
in the study by Dr. Kuschner, a world-famous pathologist, has confirmed
the original findings and found no new tumors, despite the fact that
three additional sections per kidney, per mouse, spaced at 150 microns
intervals were evaluated. This indicates that the density of tumors in
both experimental and control groups is very low and supports the view
that these are spontaneously developing tumors at a very low frequency.

When one examines other control groups, one finds that the renal adenoma
is not a rare tumor in untreated mice of the same CD-1 strain and that
in seven studies by Biodynamics over the past several years, renal
adenomas have been observed in the control groups in two of these
studies—Study A (1/54 or 1.9 percent) and E (2/60 or 3.3 percent). The
control group incidence in comparable studies by International Research
and Development was 0 to 1.4 percent, and at Hazeltine, the control mice
exhibited this tumor at rates of 7.1 percent (1/14).

MONGLY00233367

Timothy J. Long, Ph.D.        -2-        October 7, 1985
                                                    3LTR10850707.1

In summary, it is my view that these findings do not support the view
that glyphosate is oncogenic in mice.  These results would not be
accepted by any peer-review journal as evidence of carcinogenicity.
To me, it represents a negative result, which would not be regarded by
any scientific group or reputable agency as evidence of carcinogenicity.

Very sincerely yours,

Robert E. Olson, M.D., Ph.D.
Professor of Medicine
Professor of Pharmacological Sciences

REO/am

PUROLATOR COURIER No. 790233561

MONGLY00233368

Part C

MONGLY00233369

OCT 2 1 1985

University of Cincinnati
Medical Center



Institute of Environmental Health

Kettering Laboratory (ML 56)
3223 Eden Avenue
Cincinnati, Ohio 45267-0056

October 17, 1985

Timothy J. Long, Ph.D.
Senior Product Toxicologist
**Monsanto Company**
800 N. Lindbergh Boulevard
St. Louis, Missouri 63167

Subject: Roundup $^{(R)}$
Chronic Mouse Study with
Glyphosate.

Dear Doctor Long:

In your letter of September 17, 1985, you requested an evaluation of the material, submitted with the letter, of the mouse kidney tumor data found in the chronic feeding study of glyphosate. In addition, I received the kidney sections of the male and female mice of this experiment.

I reviewed the kidney slides of the male mice and confirmed the findings of renal tubular neoplasms in the following five (5) animals: 1028, 3023, 4029, 4032, and 4041. These tumors were **cytologically** well differentiated. I could not verify any pre-malignant features in the renal tubular epithelium of any of the experimental mice. Intercurrent renal diseases, which were noticed, did not support any cytotoxic effect of the test material. Also, no histologic changes were present suggesting that the test material might enhence corcinogenesis.

MONGLY00233370

- 2 -

Glyphosate Mouse Study

The final report furnished by Bio/dynamics Inc. on July 21, 1983 does not enumerate any pathologic alterations in the kidneys of the male mice that could be interpreted as enhancement of the development of neoplasms (pages P1 - P17 of report). I am certain that the pathologists examined the kidneys for lesions of that nature since the did and reported them for the liver. The lack of finding such changes supports the statement in the previous paragraph and in the report of M. Kuschner, M.D..

The historical data on the incidence of renal tubular adenomas were reviewed. Bio/dynamics Inc. reported a percentage range from 0 to 3.3 %; International Research and Development Corporation found a percentage range from 1 to 2 %, and Hazelton had a range from 0 to 3.6 %. In the present chronic feeding study, the incidence in control male mice was 2 %. As is stated in the Hazelton report, the expected percentage incidence could be as high as 7 %. On the basis of these data, the occurrence of three renal tubular adenomas in the high dose group (6 %) would still fall into the general percentage range of male control CD-1 mice.

The data in appendices 17 A and 17 B strongly indicate that the CD-1 mouse has a high incidental occurrence of neoplasms in many different organs (report of Bio/dynamics Inc.). The incidence is: control 20 out of 50 mice, low dose 28 out of 50, medium dose 29 out of 50, and high dose 24 out of 50. In evaluating the potential tumorgenicity or carcinogenicity of the test compound one should take this into consideration. It might be that one can find a slight **statistical** significance in the "dose related" data, if one ignores the historical data (previous paragraph). Whether this has any **biological** significance is doubtfull. In the CD-1 mouse having a high occurrence of neoplasms, the "dose related" incidence of renal tubular adenomas is in all probability biologically by chance.

Sincerely yours,

*Klaus L. Stemmer*

Klaus L. Stemmer, M.D.

MONGLY00233371

Part D

MONGLY00233372



**STONYBROOK**

OFFICE OF THE DEAN
SCHOOL OF MEDICINE
HEALTH SCIENCES CENTER
STATE UNIVERSITY OF NEW YORK AT STONY BROOK
STONY BROOK, NEW YORK 11794-8430
TELEPHONE ███████

October 3, 1985

Timothy J. Long, Ph.D.
Senior Product Toxicologist
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, Missouri   63167

Dear Dr. Long:

This is in reply to your request for an evaluation of the significance of the findings in the experiment in which mice were exposed to glyphosate and kidney adenomas were found (BD-77-420).

I asked Dr. Andre Varma, Chairman of our department of Community and Preventive Medicine and a well-known biometrician, to examine the data. His report is enclosed. In essence, he does not find a significant treatment related response.

The historical data on CD-1 mice furnished by Hazelton Laboratories and by IRDC are of considerable interest. They establish the fact that renal cortical epithelial tumors have a background incidence in male mice of CD-1 strain. The renal tubular adenoma like mouse pulmonary adenoma may well be malignant ab initio given sufficient time to express itself. I, therefore, assume no biological difference in what some label as carcinoma as opposed to adenoma. A significant increase in a "spontaneously" occurring tumor following treatment has been defined as evidence of carcinogenicity of treatment. In this experiment, the statisticians see no significant increase. I see no reason, therefore, to assign carcinogenic potential to glyphosate.

Sincerely,

Marvin Kuschner, M.D.
Dean, School of Medicine

es

Enclosure

MONGLY00233373

Department of Community and Preventive Medicine
School of Medicine
Health Sciences Center
State University of New York at Stony Brook
Stony Brook, NY 11794
telephone: █████████

# StonyBrook

OCT 1 0 1985

To: M. Kuschner, M.D.

From: A. O. Varma, M.D. M.Sc.

Subject: Chronic Mouse Feeding Study

Date: October 1, 1984

I examined the data on the chronic mouse feeding of Glycophosate
(BD-77-420) to determine the effect on renal tumors.

You re-examined all tissue sections of the male and female mice
and found five (5) renal tumors in the male mice. One tumor was
found in the control males (1/49), none in the mice receiving
1000 ppm (0/50), one tumor in the mice receiving 5000 ppm (1/50)
and three tumors in the mice receiving 30,000 ppm (3/50).

## Statistical Analysis

A chi-square analysis of these data is not valid, because the
necessary assumption of an approximate normal distribution is not
valid with these small numbers. The exact Fisher's tests to
compare the mice fed Glycophosate with the control group is
valid, but does not allow one to study the possible dose-response
relation. A probit-type analysis is not appropriate with the low
responses. Furthermore, there is a baseline no-dose response of
one tumor in forty-nine (49) mice.

I have decided to use a randomization test to study the dose-
response. The experiment is treated as an occupancy problem. A
total of five (5) tumors were observed among the male mice. I
will assume that the chance of a tumor in each of the four groups
of mice is proportional to the number of mice in the group under
the null-hypothesis of no effect of the Glycophosate. Thus the
chance of a tumor in the control group and in the 1000 ppm group
is 1/49 and 1/50 in the 5000 and 30,000 ppm groups.

Table 1 list all the 56 possible distributions of the five tumors
in the four groups of mice and the associated probabilities. The
chance of observing the "1 0 1 3" configuration of tumors is
0.020127. The chance of of observing configurations as rare as
this one or with smaller probabilities, i.e. all configurations
with $p \leq 0.020127$ is 0.414134. The "1 0 1 3" configuration is,
therefore, not a rare event.

MONGLY00233374

I am using the following criteria to conclude that a configuration corresponds to a dose-response.

1) No response in the control group
2) No higher response rate at a lower dose
3) No lower response rate at a higher dose

Using these criteria the following configurations are considered to indicate an increasing dose-response to the preparation:

       0 0 1 4
       0 0 2 3
       0 1 2 2
       0 1 1 3

The sum of the corresponding probabilties of these four configurations is 0.065720. The 1 0 1 3 configuration is not considered to indicate a dose-response according the the criteria listed above. If its probabilty is added to the set, the total chance of dose-response permutations becomes 0.085847.

Based on the analyses outlined above there is no evidence of a statistically significant trend in the proportion of mice with renal tumors as a response to the dose of Glycophosate in their diet.

MONGLY00233375

**Table 1: All Possible Fifty-six Configurations of Five Tumors in Four Study Groups**

| Configuration | Probability | Configuration | Probability |
|---|---|---|---|
| 5 0 0 0 | .0009282275 | 2 2 1 0 | .0284151287 |
| 0 5 0 0 | .0009282275 | 2 2 0 1 | .0284151287 |
| 0 0 5 0 | .0010268903 | 2 0 2 1 | .0295867646 |
| 0 0 0 5 | .0010268903 | 0 2 2 1 | .0295867646 |
| 4 1 0 0 | .0046411377 | 2 1 2 0 | .0289950293 |
| 4 0 1 0 | .0047358548 | 2 1 0 2 | .0289950293 |
| 4 0 0 1 | .0047358548 | 2 0 1 2 | .0295867646 |
| 0 4 1 0 | .0047358548 | 0 2 1 2 | .0295867646 |
| 0 4 0 1 | .0047358548 | 1 2 2 0 | .0289950293 |
| 0 0 4 1 | .0051344517 | 1 2 0 2 | .0289950293 |
| 1 4 0 0 | .0046411377 | 1 0 2 2 | .0301905761 |
| 1 0 4 0 | .0050317627 | 0 1 2 2 | .0301905761 |
| 1 0 0 4 | .0050317627 | 1 1 3 0 | .0197245097 |
| 0 1 4 0 | .0050317627 | 1 1 0 3 | .0197245097 |
| 0 1 0 4 | .0050317627 | 1 0 1 3 | .0201270508 |
| 0 0 1 4 | .0051344517 | 0 1 1 3 | .0201270508 |
| 3 2 0 0 | .0092822754 | 1 3 1 0 | .0189434192 |
| 3 0 2 0 | .0096650098 | 1 3 0 1 | .0189434192 |
| 3 0 0 2 | .0096650098 | 1 0 3 1 | .0201270508 |
| 0 3 2 0 | .0096650098 | 0 1 3 1 | .0201270508 |
| 0 3 0 2 | .0096650098 | 3 1 1 0 | .0189434192 |
| 0 0 3 2 | .0102689034 | 3 1 0 1 | .0189434192 |
| 2 3 0 0 | .0092822754 | 3 0 1 1 | .0193300195 |
| 2 0 3 0 | .0098622549 | 0 3 1 1 | .0193300195 |
| 2 0 0 3 | .0098622549 | 2 1 1 1 | .0579900586 |
| 0 2 3 0 | .0098622549 | 1 1 1 2 | .0591735292 |
| 0 2 0 3 | .0098622549 | 1 1 2 1 | .0591735292 |
| 0 0 2 3 | .0102689034 | 1 2 1 1 | .0579900586 |

MONGLY00233376

MONGLY00233377

OCT 1 1 1995



PATHOLOGY WORKING GROUP

REPORT ON GLYPHOSATE

IN CD-1 MICE

# PATHCO INC.

*9200 Pavonia Court, Potomac, MD 20854*
*(301) 340-8714*

*P. O. Box 12796, Research Triangle Park, NC 27709*
*(919) 541-1607*

MONGLY00233378



PATHOLOGY WORKING GROUP

REPORT ON GLYPHOSATE

IN CD-1 MICE

Prepared By
Robert M. Sauer, V.M.D.
Pathology Working Group, Chairperson
Diplomate, American College of Veterinary Pathologists

PATHCO INC.
9200 Pavonia Court
Potomac, Maryland     20854

Submitted To
Monsanto Company
800 North Lindberg Boulevard
St. Louis, Missouri     63167

October 10, 1985

MONGLY00233379



## TABLE OF CONTENTS

Pathology Working Group Summary Sheet

Pathology Working Group Report

## APPENDICES

Appendix A - Chairperson's Working Document - Mice

Appendix B - Historical Control Data

MONGLY00233380



GLYPHOSATE

PATHOLOGY WORKING GROUP (PWG)

| | | |
|---|---|---|
| **SPECIES** | : | CD-1 Mice |
| **TYPE OF STUDY** | : | Chronic feeding study (2 year) |
| **TESTING LABORATORY** | : | Bio/dynamics, Inc. |
| **SPONSOR** | : | Monsanto Company |
| **ORIGINAL PATHOLOGIST** | : | Dr. R. F. McConnell, Consultant, Bio/dynamics, Inc. |
| **REVIEWING PATHOLOGIST** | : | Dr. M. Kuschner, School of Medicine, State University of New York (Stoney Brook) |
| **DATE OF PWG** | : | October 9, 1985 |
| **SITE OF PWG** | : | PATHCO, Inc., Potomac, Maryland  20854 |

**PWG PARTICIPANTS** :

Dr. R. M. Sauer
PATHCO, Inc. (Chairperson)

Dr. M. R. Anver
Clement Associates, Inc.

Dr. J. D. Strandberg
Division of Comparative Medicine
Johns Hopkins University

Dr. J. M. Ward
Consultant

Dr. D. G. Goodman
PATHCO, Inc. (Coordinator, Observer)

MONGLY00233381



PATHOLOGY WORKING GROUP

REPORT ON

GLYPHOSATE

## STUDY DESIGN

Glyphosate was administered to CD-1 mice in the diet at dose levels of 1000, 5000 and 30,000 parts per million for a period of twenty-four months.    Control   animals   received untreated diet. There were fifty animals per  sex  per  group at the start of the study.

## SUMMARY OF PATHOLOGY WORKING GROUP (PWG) REVIEW

Treatment of CD-1 mice with  Glyphosate  in the diet did not result in a compound  related  increase of renal tubular-cell tumors or renal  tubular-cell  hyperplasias.  Differences in incidences among groups  are  believed  to  reflect a normal biologic variation.

## CONDUCT OF THE PWG REVIEW

Prior to the PWG  review,  the  Chairperson reviewed the pathology incidence tables,  the  original  pathologist's (OP) narrative, pertinent individual animal  records  and all tissue sections of kidneys from male mice.  The latter included the original set of kidney sections which were read both by tne OP and Dr. Kuschner and a subsequently prepared  set of 3 step sections from

MONGLY00233382

each kidney block which had been read by the OP. The kidney was the designated target organ for the PWG review.

The PWG blindly examined coded slides without respect to treatment group of all cases of renal tubular-cell tumors and all discrepancies in diagnoses among the OP, Dr. Kuschner and the Chairperson of renal tubular-cell tumors and renal tubular-cell hyperplasias. The consensus viewpoint of the participants is recorded in Appendix A.

The PWG also reviewed all sections of kidneys from control and high dose males for incidence and severity of naturally occurring conditions and induced toxic lesions.

## COMMENTS AND RECOMMENDATIONS OF THE PWG

Microscopically, <u>tubular cell adenomas</u> are well circumscribed and compress the adjacent parenchyma. They are composed of variably sized cuboidal, columnar or polygonal cells which form solid lobules separated by delicate connective tissue septa. The cytoplasm may be basophilic but is usually eosinophilic and granular or vaculated and reticular. The nuclei are round and open faced. Mitoses are infrequent.

<u>Tubular-cell carcinomas</u> are usually larger and may invade the adjacent parenchyma. The cells are more pleomorphic than in the adenomas and often contain large bizarre nuclei. Mitoses, while not common, are more frequent than in adenomas. Necrosis, hemorrhage and cholesterol clefts are often present.

<u>Renal tubular-cell hyperplasia</u> consists of a small circumscribed lesion with or without increased basophilia and an in-

-2-

MONGLY00233383

creased number of nuclei piling up and filling the lumen. There is usually some expansion of the tubule and loss of tubular architecture but without compression of adjacent parenchyma. Typically the cells have poorly defined cytoplasmic borders, round open-faced nuclei and have a relatively high nuclear/cytoplasmic ratio.

The incidence of renal tubular-cell neoplasms as determined by the PWG is presented in Table I. Because differentiation between tubular-cell adenoma and tubular-cell carcinoma is not always clearly apparent and because both lesions are derived from the same cell type, it is appropriate to combine the incidences for purposes of evaluation and statistical analysis.

TABLE I

RENAL TUBULAR-CELL LESIONS

|  | Male Mice | | | |
|  | Control | Low Dose | Medium Dose | High Dose |
|---|---|---|---|---|
| Tubular-cell adenoma | 1 | 0 | 0 | 1 |
| Tubular-cell carcinoma | 0 | 0 | 1 | 2 |
| Combined incidence | 1 | 0 | 1 | 3 |

This PWG firmly believes and unanimously concurs with the original pathologist and reviewing pathologist that the incidences of renal tubular-cell neoplasms in this study are not compound related.

MONGLY00233384



The following points were taken into consideration in reaching this decision:

a) Renal tubular-cell tumors are spontaneous lesions for which there is a paucity of historical control data for this mouse stock. However, clustering can occur and the incidence in this study is comparable to the available historical control range from several laboratories (Appendix B). Since there were 3 treated groups and only 1 control group, there is a greater possibility of more variation from mean control incidences in the treated mice.

b) None of the treatment groups differed from the controls by the Fisher exact test at the 0.05 level of significance. Over all groups there was not evidence of a significant linear trend at the 0.05 level by a one-tailed Cochran-Armitage Test.

c) Multiple renal tumors were not found in any animal.

d) Compound related nephrotoxic lesions, including pre-neoplastic changes, were <u>not</u> present in this study. In addition, renal toxicity was not noted in the 3-month sub-chronic toxicity study reported in December 1979.

Spontaneous chronic renal disease is commonly seen in aged mice. It consists of a spectrum of lesions which may occur individually or in various combinations in any particular kidney. Individual lesions reported by the OP in this study and listed in his updated report may be components of this complex. Chronic interstitial nephritis, a term used by the OP, is a summary and

MONGLY00233385



redundant diagnosis which encompasses several of the individual components and should not be singled out for statistical analysis.

Many animals in this study had proliferative, cystic lesions of the parietal layer of Bowman's capsule and of the proximal convoluted tubules. These changes were apparently more severe in control than treated animals.

Based on the review of all high dose and control male kidneys, the PWG did not observe an increase in incidence or severity of non-neoplastic lesions in the kidney of high dose animals. The PWG concurs with the OP that there is no evidence that these lesions were compound induced or related.

MONGLY00233386

APPENDIX A

CHAIRPERSON'S WORKING DOCUMENT - MICE

MONGLY00233387

## PATHOLOGY WORKING GROUP CHAIRPERSON'S WORKSHEET

Chemical Name __Glyphosate__   Chemical Number _____

Species __CD-1 Mice__   Sex __Male__   Date __October 9, 1985__

| Dose Group Number | Animal Number | Histology Number | No. of Slides | Organ | Laboratory Diagnosis (A) | Quality Assessment (B) | Chairperson's Comments | Concur A B | PWG Comments |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1028 | 1 | Kidney | - | Tubular-Cell Adenoma | | | Carcinoma Focal Atypical Hyperpl N.O |
| | 2 | 3023 | 1 | Kidney | Tubular-Cell Adenoma | Tubular-Cell Adenoma | Tubular-Cell Carcinoma | X | Carcinoma N.O |
| | 3 | 4032 | 4 | Kidney | Tubular-Cell Adenoma | Tubular-Cell Adenoma | Tubular-Cell Carcinoma | | Carcinoma 3 Adenoma 1 |
| | 4 | 4029 | 1 | Kidney | Tubular-Cell Adenoma | Tubular-Cell Adenoma | Tubular-Cell Carcinoma | | Adenoma N.O |
| | 5 | 4041 | 1 | Kidney | Tubular-Cell Adenoma | Tubular-Cell Adenoma | Tubular-Cell Carcinoma | | Carcinoma N.O |
| | 6 | 4049 (3) | 1 | Kidney | - | | Tubular-Cell Hyperplasia | | Tubular-cell hyperplasia N.O |
| | | | | | | | | | |
| | 7 | 1018 (1) | 1 | Kidney | - | | Tubular-Cell Hyperplasia | | Tubular-cell hyperplasia N.O |
| | 8 | 3031 (1) | 1 | Kidney | - | | Tubular-Cell Hyperplasia | | Tubular-cell hyperplasia N.O |

__R.M. Sauer, V.M.D.__   Chairperson

Page __1__ of __2__

MONGLY00233388

## PATHOLOGY WORKING GROUP CHAIRPERSON'S WORKSHEET

Chemical Name __Glyphosate__  Chemical Number _____

Species __CD-1 Mice__  Sex __Male__  Date __October 9, 1985__

| Dose Group | Animal Number | Histology Number | No. of Slides | Organ | Laboratory Diagnosis (A) | Quality Assessment (B) | Chairperson's Comments | Concur A B | PWG Comments |
|---|---|---|---|---|---|---|---|---|---|
|  | 9 | 3039 | 1 | Kidney | - |  | Tubular-Cell Hyperplasia |  | Tubular-Cell Hyperplasia #10 |
|  | 10 | 4008 | 1 | Kidney | - | - | Tubular-Cell Hyperplasia |  | T-cell Hyperplasia 3 |
|  | 11 | 1008 (3) | 1 | Kidney | - |  | Intercurrent Papillary Hyperplasia |  | Hyperplasia 1 |
|  | 12 | 1041 (1) | 1 | Kidney | - |  | Intercurrent Papillary Hyperplasia |  | *(handwritten)* |
|  | 13 | 3008 (3) | 1 | Kidney | - |  | Intercurrent Papillary Hyperplasia |  |  |
|  | 14 | 3050 (3) | 1 | Kidney | - |  | Intercurrent Papillary Hyperplasia |  |  |

R. M. Sauer, V.M.D. _____  Chairperson

MONGLY00233389



**APPENDIX B**

MONGLY00233390



# APPENDIX B

## Male CD-1 Mice

### Historical Control Data (2 year studies)

#### Summary

**Bio/Dynamics**

Tubular cell adenoma

range        1/51  (1.9%) - 2/60 (3.3%)

mean         3/815 (0.3%)

Tubular cell carcinoma -      0

**IRDC**

Tubular cell neoplasms

mean         8/1360 (0.59%)

range

adenoma         0 - 1.7%

carcinoma       0 - 1.0%

**HLA**

Tubular cell adenoma

mean         2/56    (3.6%)

range        0-1/14 (7%)

Tubular cell carcinoma

mean         1/56    (1.8%)

range        0-1/15 (7%)

Combined incidence 3/56 (5.4%)

MONGLY00233391