# EXHIBIT 55

Message

| | |
|---|---|
| From: | GOLDSTEIN, DANIEL A [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=527246] |
| Sent: | 8/12/1999 8:15:40 PM |
| To: | ACQUAVELLA, JOHN F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=145465]; DRAKE, LISA M [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=26780]; JAFFE, DANIEL M [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=181865]; CARRATO, J THOMAS [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=49246]; SARDELLA, ANTONIO M [FND/1000] [/O=MONSANTO/OU=GLB-STL/CN=LEGACY ADDRESSES/CN=97962] |
| CC: | COWELL, JOHN E [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=146747]; FARMER, DONNA R [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070]; CARROLL, MICHAEL J [FND/8050] [/O=MONSANTO/OU=EA-8050-01/CN=RECIPIENTS/CN=14038] |
| Subject: | RE: glyphosate scientific outreach - comments needed by COB today! |

John A / Donna / John C

John- I agree with your approach 100%. The panel is fabulous. I hope we can engage some or all of them on Biotech in the future!!!  (read- ASAP !!)

These look excellent. They are a good, brief intro to the subject. There may be technical questions, but I know that Donna and John C both know all of these studies cold- so I have no concerns about content.

I would note that, as much as I like the look of John Cowell's slides, the text is VERY HARD TO READ. The use of black on brown gives very little contrast, and even the use of a bold font gave little improvement in readability.   I would strongly recommend a change in background. (This can easily be done globally in powerpoint without a slide-by-slide revision).

Thanks-   Dan


-----Original Message-----
From:       ACQUAVELLA, JOHN F [FND/1000]
Sent:       Thursday, August 12, 1999 8:04 AM
To:         DRAKE, LISA M [FND/1000]; JAFFE, DANIEL M [FND/1000]; CARRATO, J THOMAS [FND/1000]; GOLDSTEIN, DANIEL A [FND/1000]; SARDELLA, ANTONIO M [FND/1000]
Cc:         COWELL, JOHN E [FND/1000]; FARMER, DONNA R [FND/1000]; CARROLL, MICHAEL J [FND/8050]
Subject:    glyphosate scientific outreach - comments needed by COB today!
Importance: High


```
August 13, 1999

Lisa/Tom/Dan J./Tony/Dan G.:

If possible, we need your thoughts by the close of business today on the
attachments we plan to use in our first glyphosate scientific outreach
meeting (see attached). Some brief background follows.

Earlier this year a Swedish study was published that found an
association between glyphosate and non-Hodgkin's lymphoma. The
association was weak, the exposure assessment was cursory, and the
authors made mistakes in citing "supporting" toxicologic research.
Nonetheless, the finding was rapidly picked up in the popular press and
became the basis for allegations against the safety of Roundup and
Roundup tolerant crops.
```

Confidential - Produced Subject to Protective Order

We had not expected to have to deal with (spurious) epidemiologic findings for glyphosate until the year 2000, given the schedule of publications from the Agricultural Health Study (AHS). So, the Swedish study was a wake up call to us to accelerate our preparations. It was also a reminder that issues may be raised by epidemiologic studies other than the AHS.

Perhaps the central element of our strategy for dealing with epidemiologic findings is to enlist credible independent experts who could be called on to address inquiries, when necessary. So, we developed a proposal for a glyphosate scientific outreach program in Europe and the U.S. The program was approved and funded after extensive internal discussions.

The basic premise of our outreach program is that the biomedical data base for glyphosate speaks for itself in terms of the safety of formulated glyphosate products. We feel that by making the information known to prestigious epidemiologists - IN A VERY NEUTRAL WAY - that:

1. we will be able to call on them for assistance when glyphosate findings appear; and

2. there will be a trickle down of information to others in the epidemiologic community which will "raise the bar" for scientists who try to push shoddy research findings related to glyphosate.

We've scheduled our initial scientific outreach meeting for Tuesday, August 17 in Oxford, England. We've started in England because:

1. the UK is the most influential center of epidemiology in Europe

2. Europe has been a focal point for dissemination of the findings of the Swedish study (and for the related GMO debate)

3. we have had excellent relationships with many prestigious British epidemiologists for almost 20 years.

Those who have committed to attend the meeting include:

- Sir Richard Doll (widely recognized as the world's most prestigious epidemiologist) Sir Richard has been a peer reviewer for us for about 15 years.

- Professor Malcolm Harrington (Director - Institute of Occupational Health, University of Birmingham)

- Dr. Tom Sorahan (professor, Institute of Occupational Health, University of Birmingham). Dr. Sorahan coordinated the meeting arrangements for us.

- Dr. Leo Kinlen (Director of the UK's primary Cancer Epidemiology Research Center)

- Dr. Lars Jarup (Dr. Kinlen's colleague, originally from Sweden)

We've established the following goals for the meeting:

1. to share what we know about glyphosate toxicology & exposure assessment; [most epidemiologists know little or nothing about

Confidential - Produced Subject to Protective Order                                    MONGLY01825808

glyphosate]

2. to get expert opinion about the 4 published epidemiologic studies that associate glyphosate with various health effects (2 cancer studies, 2 reproductive effects studies); and

3. to discuss data gaps and possible industry supported research options.

The results of this meeting will guide our future meetings in continental Europe and the U.S. These meetings are currently being organized.

John Cowell, Donna Farmer, and I will represent Monsanto on scientific issues and Mike Carroll will attend as a representative of the UK business team. The agenda for the meeting is as follows:

1. Introduction (Acquavella)

2. Glyphosate exposure (Cowell)

3. Glyphosate toxicology    (Farmer)

4. Appraisal of the published epidemiology (Dr. Sorahan -moderator)

5. Research options (Dr. Sorahan - moderator)

6. Conclusions (all)

The guiding principle for our presentations (see attached) is to be very factual and to AVOID ANY ADVOCACY. We've found in contacts with outside experts that they are outraged by the type of shoddy science typified by the Swedish study and that we work best in that environment by being neutral. Since our ultimate goal is to develop a long term relationship with at least some of the experts, we feel it is very important for them to see us primarily as scientists, not advocates.

I've attached John Cowell's exposure assessment presentation and Donna Farmer's toxicology presentation. We'd be interested in your comments on these presentations. My introductory remarks will be largely extemporaneous. But I will mention our interest in the developing area of agricultural epidemiology as it concerns glyphosate, the goals of the meeting, and use examples of the media coverage that the Swedish study has received to show that shoddy science can indeed become a major issue for Monsanto.

Thank you for your help. Again, I remind you that we need your comments by close of business today if we are to make any changes before we leave for the UK on Sunday.

John


<< File: donna f.ppt >>  << File: john c.ppt >>