# EXHIBIT 57

Message

| | |
|---|---|
| **From:** | John Acquavella [▮▮▮@gmail.com] |
| **Sent:** | 7/7/2015 3:59:31 PM |
| **To:** | FARMER, DONNA R [AG/1000] [▮▮▮@monsanto.com] |
| **Subject:** | Re: AHS Collaborative Investigation |

Wow, that's very positive. Definitely worth the effort (to go in through the front door). One question not addressed by Michael is whether they have plans for a glyphosate update.

Assuming they are not planning a glyphosate update, I could collaborate with Tom and perhaps Tim on an abstract and lay out our agreed guidelines (assuming Monsanto has agreed to the guidelines I suggested previously). Let me know and I'll get started.

Regards,

John

On 7/7/15, 8:39 AM, "FARMER, DONNA R [AG/1000]"
▮▮▮@monsanto.com> wrote:

>See Michael's response.
>
>-----Original Message-----
>From: Alavanja, Michael (NIH/NCI) [E] [mailto:▮▮▮@exchange.nih.gov]
>Sent: Tuesday, July 07, 2015 10:32 AM
>To: FARMER, DONNA R [AG/1000]
>Subject: RE: AHS Collaborative Investigation
>
>Hi Donna,
>
>Hope all is well with you.
>
>As you are aware, collaborative projects are always welcome by AHS if
>they 1)do not duplicate ongoing/work in progress and 2) that all parties
>to the proposed research agree to the terms of confidentiality, conflicts
>of interest etc., stipulated in our guidelines.
>
>It might be a time saver if an abstract of the proposal was sent to me.
>I will share it with the Executive Committee of the AHS and we can review
>it more quickly.
>
>Best wishes,
>
>Michael
>
>
>
>Michael C.R. Alavanja, Dr.P.H.
>Senior Investigator,
>USPHS Captain (retired).
>Division of Cancer Epidemiology and Genetics, National Cancer Institute,
>9609 Medical Center Drive, Rm 6E602
>Rockville, Maryland 20892, USA
>▮▮▮@mail.nih.gov
>▮▮▮ (Telephone)
>
>
>-----Original Message-----
>From: FARMER, DONNA R [AG/1000] [mailto:▮▮▮@monsanto.com]
>Sent: Tuesday, July 07, 2015 11:07 AM
>To: Alavanja, Michael (NIH/NCI) [E]
>Subject: AHS Colloborartive Investigation
>
>Michael,
>
>I hope this finds you well and enjoying summer activities with your new

Confidential - Produced Subject to Protective Order                                MONGLY02836502

>knees.
>
>I wanted to follow up with your regarding glyphosate.
>
>I don't know if you know but John Acquavella has retired from Amgen and
>is working as a consultant for us. One of the suggestions John had
>regarding glyphosate was to contact you to discuss a collaborative
>investigation as outlined on the AHS website. The project would be to
>update and publish the AHS data on glyphosate.  The proposal would come
>from Tom Sorahan, Tim Lash and John Acquavella who would work on this
>project.
>
>I would like to set up a time to discuss this with you at your
>convenience.
>
>Warmest regards,
>
>Donna
>
>-----Original Message-----
>From: Alavanja, Michael (NIH/NCI) [E] [mailto:█████@exchange.nih.gov]
>Sent: Tuesday, February 24, 2015 12:58 PM
>To: FARMER, DONNA R [AG/1000]
>Subject: RE: AHS Publications
>
>Hi Donna,
>
>I hope all is well with your hip.  I was an avid runner most of my life
>and had to stop because of knee problems and eventually had both knees
>replaced.  I am not back to running but I am hiking long distances,
>riding a bike and swimming a lot---all with no pain!  I count my
>blessings, the knee surgery was a tremendous improvement.
>
>Hope all continues to go well for you.
>
>Michael
>
>Michael C.R. Alavanja, Dr.P.H.
>Senior Investigator,
>Division of Cancer Epidemiology and Genetics, National Cancer Institute,
>9609 Medical Center Drive, Rm 6E602
>Rockville, Maryland 20892, USA
>█████@mail.nih.gov
>█████ (Telephone)
>
>
>-----Original Message-----
>From: FARMER, DONNA R [AG/1000] [mailto:█████@monsanto.com]
>Sent: Friday, February 20, 2015 4:24 PM
>To: Alavanja, Michael (NIH/NCI) [E]
>Subject: RE: AHS Publications
>
>Michael,
>
>Thank you so much for your prompt reply.
>
>Everything is going well. My biggest issue was a total left hip
>replacement on Dec 8th. I should have had the surgery sooner!
>
>Thanks again.
>
>Regards,
>
>Donna
>
>-----Original Message-----
>From: Alavanja, Michael (NIH/NCI) [E] [mailto:█████@exchange.nih.gov]
>Sent: Friday, February 20, 2015 3:07 PM
>To: FARMER, DONNA R [AG/1000]
>Subject: RE: AHS Publications
>
>Hi Donna,
>

Confidential - Produced Subject to Protective Order                              MONGLY02836503

```
>I hope all is well with you.
>
>Nothing new on Glyphosate will emerge from AHS this calendar year.
>
>Best wishes,
>
>Michael
>
>Michael C.R. Alavanja, Dr.P.H.
>Senior Investigator,
>Division of Cancer Epidemiology and Genetics, National Cancer Institute,
>9609 Medical Center Drive, Rm 6E602
>Rockville, Maryland 20892, USA
>          @mail.nih.gov
>                   (Telephone)
>
>-----Original Message-----
>From: FARMER, DONNA R [AG/1000] [mailto:             @monsanto.com]
>Sent: Friday, February 20, 2015 3:40 PM
>To: Alavanja, Michael (NIH/NCI) [E]
>Subject: AHS Publications
>
>Michael,
>
>I hope this finds you doing well.
>
>I don't know if you remember me but I met you through John Acquavella a
>number of years ago when were participating in the symposium at Green
>College hosted by Sir Richard. John and I still keep in touch and he
>recently retired from Amgen and is enjoying life in Prescott Arizona.
>
>I still work for Monsanto and provide toxicology support for glyphosate
>and glyphosate-based products as well as some of our other products.
>
>I saw the recent AHS publication on acetochlor.  Glyphosate is being
>reviewed by IARC in March of this year and I was wondering if there are
>any new AHS publications coming out on glyphosate.
>
>Regards,
>
>Donna
>**************************************
>Donna R. Farmer, Ph.D.
>Product Protection and Nutrition Lead
>Toxicology and Nutrition Center
>Monsanto Company
>800 North Lindbergh Blvd.
>Mail Zone O2G
>St. Louis, Missouri 63167
>
>Work (314)
>Mobile (314)
>
>This e-mail message may contain privileged and/or confidential
>information, and is intended to be received only by persons entitled to
>receive such information. If you have received this e-mail in error,
>please notify the sender immediately. Please delete it and all
>attachments from any servers, hard drives or any other media. Other use
>of this e-mail by you is strictly prohibited.
>
>All e-mails and attachments sent and received are subject to monitoring,
>reading and archival by Monsanto, including its subsidiaries. The
>recipient of this e-mail is solely responsible for checking for the
>presence of "Viruses" or other "Malware".
>Monsanto, along with its subsidiaries, accepts no liability for any
>damage caused by any such code transmitted by or accompanying this e-mail
>or any attachment.
>
>
>The information contained in this email may be subject to the export
>control laws and regulations of the United States, potentially including
>but not limited to the Export Administration Regulations (EAR) and
>sanctions regulations issued by the U.S. Department of Treasury, Office
```

Confidential - Produced Subject to Protective Order                                    MONGLY02836504

```
>of Foreign Asset Controls (OFAC).  As a recipient of this information you
>are obligated to comply with all applicable U.S. export laws and
>regulations.
>This e-mail message may contain privileged and/or confidential
>information, and is intended to be received only by persons entitled to
>receive such information. If you have received this e-mail in error,
>please notify the sender immediately. Please delete it and all
>attachments from any servers, hard drives or any other media. Other use
>of this e-mail by you is strictly prohibited.
>
>All e-mails and attachments sent and received are subject to monitoring,
>reading and archival by Monsanto, including its subsidiaries. The
>recipient of this e-mail is solely responsible for checking for the
>presence of "Viruses" or other "Malware".
>Monsanto, along with its subsidiaries, accepts no liability for any
>damage caused by any such code transmitted by or accompanying this e-mail
>or any attachment.
>
>
>The information contained in this email may be subject to the export
>control laws and regulations of the United States, potentially including
>but not limited to the Export Administration Regulations (EAR) and
>sanctions regulations issued by the U.S. Department of Treasury, Office
>of Foreign Asset Controls (OFAC).  As a recipient of this information you
>are obligated to comply with all applicable U.S. export laws and
>regulations.
>This e-mail message may contain privileged and/or confidential
>information, and is intended to be received only by persons entitled to
>receive such information. If you have received this e-mail in error,
>please notify the sender immediately. Please delete it and all
>attachments from any servers, hard drives or any other media. Other use
>of this e-mail by you is strictly prohibited.
>
>All e-mails and attachments sent and received are subject to monitoring,
>reading and archival by Monsanto, including its subsidiaries. The
>recipient of this e-mail is solely responsible for checking for the
>presence of "Viruses" or other "Malware".
>Monsanto, along with its subsidiaries, accepts no liability for any
>damage caused by any such code transmitted by or accompanying this e-mail
>or any attachment.
>
>
>The information contained in this email may be subject to the export
>control laws and regulations of the United States, potentially including
>but not limited to the Export Administration Regulations (EAR) and
>sanctions regulations issued by the U.S. Department of Treasury, Office
>of Foreign Asset Controls (OFAC).  As a recipient of this information you
>are obligated to comply with all applicable U.S. export laws and
>regulations.
>This e-mail message may contain privileged and/or confidential
>information, and is intended to be received only by persons entitled
>to receive such information. If you have received this e-mail in error,
>please notify the sender immediately. Please delete it and
>all attachments from any servers, hard drives or any other media. Other
>use of this e-mail by you is strictly prohibited.
>
>All e-mails and attachments sent and received are subject to monitoring,
>reading and archival by Monsanto, including its
>subsidiaries. The recipient of this e-mail is solely responsible for
>checking for the presence of "Viruses" or other "Malware".
>Monsanto, along with its subsidiaries, accepts no liability for any
>damage caused by any such code transmitted by or accompanying
>this e-mail or any attachment.
>
>
>The information contained in this email may be subject to the export
>control laws and regulations of the United States, potentially
>including but not limited to the Export Administration Regulations (EAR)
>and sanctions regulations issued by the U.S. Department of
>Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of
>this information you are obligated to comply with all
>applicable U.S. export laws and regulations.
```

Confidential - Produced Subject to Protective Order                                                    MONGLY02836505

Confidential - Produced Subject to Protective Order                                                                                       MONGLY02836506