# EXHIBIT 58

Message

| | |
|---|---|
| **From:** | MURPHEY, SAMUEL [AG/1000] [/O=MONSANTO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SMURP] |
| **Sent:** | 4/27/2017 4:52:37 PM |
| **To:** | RANDS, TODD [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=RECIPIENTS/cn=645915] |
| **Subject:** | FW: Your voicemail |
| **Attachments:** | Summary.pdf |

---

**From:** MURPHEY, SAMUEL [AG/1000]
**Sent:** Thursday, April 27, 2017 9:48 AM
**To:** ▮▮▮▮▮@thomsonreuters.com
**Subject:** RE: Your voicemail

Kate –

As we discussed, I am passing along a background summary deck; the deposition (sworn witness testimony) of the IARC Chair, Dr. Aaron Blair, and a number of additional documents will follow. We are sending these exclusively to you for your review. The deposition and other documents clearly show that Dr. Blair concealed information from the IARC working group that showed no link between glyphosate and cancer. This concealed data undermines IARC's conclusion.

Please treat the summary deck as background information – but the quote from our VP of Strategy, Scott Partridge, is on the record. If it would be helpful to speak with Scott on the record as you're developing a story, I can arrange that as well.

I'll be sending the documents in a three separate emails because some of the files are quite large. Please confirm that you do receive all three additional emails.

Let's plan to talk again later today or tomorrow to see if you have questions or need additional information. I would just ask that once you've reviewed the documents, you please let me know if you'll be pursuing this story. We think this is vitally important information that needs to be reported.

Thank you, Kate.

Sam
Mobile ▮▮▮▮▮▮▮▮▮▮

Confidential - Produced Subject to Protective Order                                                                                                                                  MONGLY07575511

# Summary

Confidential - Produced Subject to Protective Order                                                                                                         MONGLY07575512

# IARC chair concealed crucial data.

- **The IARC chair recently testified under oath that he concealed crucial scientific data that showed no link between glyphosate and cancer.**
- **The IARC chair also testified that the concealed data undermines IARC's conclusion.**
- **IARC's conclusion is the lone outlier in decades of research and the conclusions of every regulatory agency around the world.**

- IARC has been trying to hide the truth by **blocking access to key evidence** – even going so far as directing U.S. government agencies and other public institutions **not to comply with open-records requests**.
- Plaintiffs' attorneys have been going to great lengths to **block access to key witnesses and documents** relating to IARC but were recently overruled by a federal judge. They have even **hired IARC members to participate in their legal cases** – and tried to use that as a basis to block access to key evidence.
- Meanwhile, those involved in the IARC process have been actively lobbying government institutions to **undermine and discredit regulatory bodies** that disagree with the IARC conclusion.

Confidential - Produced Subject to Protective Order                                                                                          MONGLY07575513

# Timeline.

## Timeline

**1993**
U.S. Agricultural Health Study (AHS) launches.

**2005**
DeRoos publishes initial AHS study on glyphosate

**2013**
Aaron Blair **reviews drafts of a four-times-larger AHS study of glyphosate**. Determines not to publish it. Study found no link between glyphosate and cancer.

**2014**
IARC announces plans to review glyphosate. Aaron Blair named IARC working group chair.

**2014**
AHS data on other pesticides and cancer publishes in October – **glyphosate data not included**.

**2015**
IARC working group meets for one week. Concludes limited evidence of carcinogenicity in humans based on 2005 DeRoos study and other data.

**Note**: IARC panel does not have access to 2013 data because Blair has concealed it.

**2016**
IARC issues instructions to working group members not to respond to open-records requests or subpoenas.

**2016**
IARC invited specialist Christopher Portier actively lobbies against glyphosate renewal in EU, citing IARC's flawed classification.

**2017**
Blair deposed; **admits that he concealed 2013 publication** from IARC working group.

**2017**
Plaintiffs attorneys trying to block discovery, hiring IARC members – Judge orders additional discovery

## Supporting Documents

**89,000 farmers and spouses**.
Dr. Aaron Blair is member of Executive Committee.
See AHS website.

Found no link between glyphosate and cancer.
Blair Deposition, P. 157 & 171

**Key Deposition Quote:**
"Q. So this 2013 cohort study finds no association – no evidence of association between exposure to glyphosate and non-Hodgkin lymphoma, correct?
A. Correct."
Blair Deposition, P. 172

See IARC website.

See IARC publication.

See attached emails from K. Guyton & memo from A. Santhiprechachit produced in litigation process.

See attached emails from C. Portier produced in litigation process.

**Key Deposition Quote:**
"Q. Right. And did you alert any of your fellow working group members or any of the other members of the subgroup on epidemiology at IARC about the fact that this much larger AHS cohort study with larger follow – a larger time of follow-up and higher levels of exposure had been conducted.
A. No."
Blair Deposition, P. 178

See P. 7 of attached letter to Judge in which plaintiffs object to additional discovery on basis that they have hired IARC members.

See attached order from Judge granting discovery.

> **The IARC review ignored multiple years of additional data from the largest and most comprehensive study on farmer exposure to pesticides and cancer because the IARC chair concealed this information.**

# Concealed data undermines IARC's conclusion.

**Dr. Blair's concealing of the data directly affected the conclusion of the IARC working group. By concealing the 2013 data set, Dr. Blair pushed the epidemiology subgroup to conclude that there was "limited" rather than "inadequate" evidence of carcinogenicity in humans.**

- IARC concluded there was "limited evidence of carcinogenicity in humans"[1] based on epidemiology data. This conclusion was based in part on a meta-analysis of different studies, including the smaller 2005 AHS study.[2]

- Dr. Blair admits that if IARC had used the larger 2013 AHS study, "The relative risk for the AHS study would have been lower."[3]

- Dr. Blair further admits that if IARC had used the 2013 AHS study, the meta-analysis would not have shown an increased risk of cancer with exposure to glyphosate:

  > "Q. So it's fair to say, given that IARC – your meta-analysis was just barely statistically significant at 1.03 in the lower bound, if IARC had had the data from the 2013 study, much more – a much larger study, much greater weight, lower relative risk – that would have driven the meta-relative risk downward, correct? A. Correct. Q. And the meta-relative risk with that 2013 data from the AHS study that you were aware of would have not been statistically significant, would it? A. I don't know, but probably not."[4]

1. IARC Monograph, 2. P. 181, 3. P. 182, 4. P. 183

Confidential - Produced Subject to Protective Order                                                MONGLY07575515

# Further admissions.

- **The IARC chair recently testified under oath that he concealed crucial scientific data that showed no link between glyphosate and cancer.**

    See Blair deposition P. 172 and P. 178.  See attached February and March 2013 drafts of AHS paper on glyphosate.

- **IARC's conclusion is the lone outlier in decades of research and the conclusions of every regulatory agency around the world.**

    See conclusions by U.S. EPA, European Food Safety Authority, European Chemicals Agency and other regulatory and scientific bodies here.

- **IARC has been trying to hide the truth by blocking access to key evidence – even going so far as directing U.S. government agencies and other public institutions not to comply with open-records requests.**

    See attached email correspondence from IARC staff members K. Guyton and memo from A. Santhiprechachit.  Documents produced in litigation.

- **Plaintiffs' attorneys have been going to great lengths to block access to key witnesses and documents relating to IARC but were recently overruled by a federal judge.  They have even hired IARC members to participate in their legal cases – and tried to use that as a basis to block access to key evidence.**

    See attached memorandum from counsel to Judge in federal cancer cases; note P. 7 for plaintiffs' objection.  See attached order from Judge.

- **Meanwhile, those involved in the IARC process have been actively lobbying government institutions to undermine and discredit regulatory bodies that disagree with the IARC conclusion.**

    See attached email correspondence from C. Portier. Documents produced in litigation.

Confidential - Produced Subject to Protective Order                                                                                                        MONGLY07575516

> *"IARC's flawed glyphosate conclusion is the lone outlier in the scientific community and contrary to all other relevant research. They cherry-picked the data to engineer that conclusion. There are serious questions about IARC's transparency, credibility and scientific process, and we will continue to seek answers to those questions."*
>
> — *Scott Partridge, Vice President of Strategy, Monsanto*

Confidential - Produced Subject to Protective Order                                                                                                                        MONGLY07575517