# EXHIBIT 60

Message

| | |
|---|---|
| From: | LINK, KIMBERLY KAY [AG/1000] [/O=MONSANTO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KKLINK582] |
| Sent: | 2/27/2015 10:19:18 PM |
| To: | Dobson, JD [JD.Dobson@fleishman.com] |
| CC: | CLAUSS, KELLY J [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=43202] |
| Subject: | IARC materials |
| Attachments: | IARC Plan (FH v3) KKL.docx; DRAFT_2015 IARC Rating Internal Communications Plan_2.26.15.docx; Resources for FAQ -Does glyphosate cause cancer or NHL - ready for legal.docx |

JD,

I just spoke with Kelly – here's our final draft plan. I'm also attaching a redline of your awesome draft to help incorporate the employee communications plan to your draft (if you agree with their recommendations that is). Plus a copy of the original employee comms plan. I asked about how the third party web page would be constructed. Attached is the proposed webpage content for now. My suggestion was to create a sidebar/ right frame that would house all of the third-party and Monsanto IARC content once it becomes available. This may be different than two stand-alone pages. I'm interested in your preferred approach (and page title suggestions). Thank you. I'm going to be on and offline all weekend so just call my mobile ▮▮▮▮▮▮▮▮ since I'll be at soccer fields, tennis courts, etc. Reachable but not always online for the duration.

Kim

Confidential - Produced Subject to Protective Order

MONGLY04773726

**Monsanto response plan to IARC decision**

**Overall approach**

On mainstream media, social media and employee communications, we recommend an approach that seeks to include Monsanto's voice in the conversation about IARC and glyphosate but – as much as possible – defer to other positive voices, from industry, academia, and elsewhere. Best-case scenario is that these other voices take on the bulk of the communication about IARC and glyphosate. If they do not, then it will be appropriate for Monsanto to take a more active role. And even then, wherever possible Monsanto should refer to third party voices and resources, rather than expect people to take Monsanto's word on the safety of its own product.

This document refers to these two scenarios as Scenario A (in which Monsanto is the primary voice on behalf of glyphosate) and Scenario B (Monsanto is one of several voices, and avoids being viewed as the primary voice).

**Media**

Media outreach and planning should include both ag and mainstream media, given the likelihood of mainstream media coverage.

While IARC's history suggests that a 2a or 2b ruling is the most likely outcome, Monsanto should be prepared with reactive statements responding to a 3 finding ("Not classifiable as to its carcinogenicity to humans," by far the most common IARC ruling at 506 out of 978 agents categorized[1]) and a 4 finding ("Probably not carcinogenic to humans"), although the latter is an especially unlikely outcome given IARC's history.

In the event of a 1 finding ("carcinogenic to humans"), the existing statement should suffice after being tweaked slightly to reflect other category 1 substances rather than 2a or 2b substances.

Scenario A

- Proactively email key media contacts who are likely to cover the IARC announcement as soon as Monsanto has access to the official information and an approved statement and blog post to share. The focus of the email should be on supplying background information and a list of third-parties who they can talk to about the safety of glyphosate and IARC's review process. Reporters to contact include:
    o Kate Kelland
       *Reuters*, Fat to blame for half a million cancers a year  WHO agency says
       Air pollution a leading cause of cancer - U.N. agency
    o Maria Cheng
       *Associated Press*, WHO agency: Air pollution causes cancer
    o Mark Koba

---

[1] http://monographs.iarc.fr/ENG/Classification/

Freelancer, *NBC News*, 'Superweeds' Sprout Farmland Controversy Over GMOs

- Proactively reach out to Monsanto beat reporters, including mainstream business, agriculture, vegetable and sustainability trades, providing the Monsanto blog post, Monsanto statement and a list of third-parties who they can talk to about the safety of glyphosate. Beat business reporters include:
    - Matt Perrone, *Associated Press*
    - Jack Kaskey, *Bloomberg*
    - Christopher Doering, *Gannett*
    - Allison Aubrey, *NPR*
    - P.J. Huffstutter, *Reuters*
    - Amy Harmon, *The New York Times*
    - Jacob Bunge, *The Wall Street Journal*

    Beat sustainability reporters include:
    - Nathanael Johnson, *Grist*
    - Nick Aston, *Triple Pundit*
    - Marc Gunther, *The Guardian*

Scenario B

- Provide the link to the Monsanto blog post, Monsanto statement and a list of third-parties to reporters reactively who request comment from Monsanto.
- Monitor media coverage on the announcement, reach out to provide a statement as needed.

**Social/Digital**

Social and digital media tactics should follow the Scenario A & B approach. Ideally, Monsanto's voice will be included in the conversation on social, but others will perform the bulk of communicating about glyphosate and the IARC decision. That said, as noted previously, it will be better for Monsanto to speak on behalf of glyphosate and attempt to balance conversations on social media than for no one to do so.

In addition, the extent to which social conversations are occurring outside the activist community should be considered. The more social conversations have expanded to mainstream media, blogs and audiences, the more active either Monsanto or its allies should be on social, and vice versa.

Monsanto – as a leading manufacturer of glyphosate and as a company with reputation challenges – will have very limited credibility when speaking on the topic of glyphosate safety. Wherever possible, blogs, tweets, Facebook posts, and responses to questions on GMO Answers and Discover.monsanto.com should link to third party resources rather than Monsanto-owned resources.

It is important for Monsanto to have online resources on monsanto.com providing information and addressing questions about glyphosate, because people may well go to monsanto.com in search of this information. But when we can direct someone to the link of our choice, we should direct them them to glyphosate.com (which redirects to glyphosate.org), a positive news article written in consumer-

accessible language, or a similar non-Monsanto and consumer-friendly online asset. Also, wherever possible, consumers should be directed to media coverage of a study or regulatory finding rather than the study or finding itself.

**Scenario A**

- **Blog Post.** A blog post on the IARC decision has already been drafted and approved. This post should be revised as necessary once the ruling is known, then published once IARC has issued the ruling.

- **Twitter.** A series of tweets regarding glyphosate have been pre-drafted.

  Generally speaking, it is not a best practice to send out multiple tweets on a negative topic simply because that topic is the subject of conversations on social media. Doing so is unlikely to convince any undecided audience and may serve to amplify the negative topic to people who would not have otherwise heard of it. This is particularly true on an issue like crop protection where most consumers are simply uncomfortable with chemicals being associated with food, and no amount of expert studies will change their emotions about this.

  That said, given the likelihood that the IARC finding will be the subject of broad conversations on social and in the news media, in this case we do recommend that Monsanto tweet links to comprehensible, accessible third-party content about glyphosate (such as glyphosate.com, or the expected Forbes piece) if two conditions are met: 1) allies are not taking this task on, and 2) conversation on social about the IARC ruling grows beyond activists to include mainstream media and blogs.

    - **Hashtag.** The volume of activists tweeting about the ruling will likely far exceed the number of allies tweeting about it, and so the hashtag most popular among activists will be the main hashtag used for the topic. Ideally, Monsanto will identify the main hashtag being used by activists to discuss the IARC finding and use the same one, so as to be part of the conversation and visible to reporters and others following to it.

      That said, it is possible that the activists will settle on a hashtag such as #glyphosatecausescancer which Monsanto would not want to tweet. In that case, we should quickly identify a more palatable hashtag being used to discuss the issue and adopt it for our own tweets.

- **Facebook.** If Monsanto is essentially the only allied voice defending glyphosate against IARC, and social conversations have gone beyond activists to include mainstream outlets and blogs, Monsanto should post a proactive Facebook post that links to the Beyond the Rows blog post. With respect to comments on posts, where possible links to accessible third-party content should be used in replies to those comments.

- **Video/audio response.** We recommend producing in advance a canned video response to the IARC ruling by a Monsanto spokesperson. This video could be used as appropriate in a variety of venues, including on social media, GMO Answers and discover.monsanto.com, and in response to broadcast media inquiries. It may be possible to capture appropriate footage at the March 2 media training, but if not we recommend scheduling a shoot with one of the spokespersons later that week.

- **GMO Answers and discover.monsanto.com.** Canned text responses should be developed in advance for responding to questions specifically about IARC's ruling.

- **Third Party Validation page.** Create a page, potentially on the Monsanto.com/glyphosate section of .com, where positive third party content and media coverage (if it exists) both past and pending is aggregated in one place. Amplify that page via Monsanto social channels, social squad and paid search (see below).

- **Paid Search.** Assuming Monsanto would not be competing with allies and bidding up the price of relevant keywords, conduct a paid search campaign. Ideally this campaign would direct users to the aforementioned "Third Party Validation" page, but a secondary option would be the Beyond the Rows blog post.

**Scenario B**

- **Blog Post.** No change from Scenario B approach.
- **Twitter.** No proactive tweets – allow others to push positive glyphosate messages on Twitter as necessary.
- **Facebook.** Reactive-only on Facebook. Approved language and links to third-party content if possible in response to selected comments on posts or ads.
- **Video response.** No change from Scenario A approach.
- **GMO Answers and discover.com.** No change from Scenario A approach.
- **Third Party validation page.** No change from Scenario A approach.
- **Paid Search.** Implement same approach as scenario A if no allies are undertaking paid search on key terms.

**Employee**

In contrast to media relations and social/digital media, we recommend an employee communications strategy that will be relatively consistent regardless of how many allied voices speak out about the IARC ruling.

- **Senior executive talking points.** Talking points on glyphosate, IARC glyphosate decision and IARC process generally for selected senior executives, likely GBOLT and MAC members. This document can be distributed in advance of the ruling.

- **Connection article on the IARC decision.** Drafted in advance, tailored to reflect the precise nature of the ruling, and posted as shortly as possible after the ruling is made public.

    - Include with the Connection article a designed pdf version of the glyphosate postcard document that has been produced, so that interested employees can print it out. We do not recommend printing it out on postcards and distributing it to all employees, given the expense involved, the likelihood that most employees will discard it, and the fact that Monsanto typically does not communicate with employees this way and thus it may send the incorrect message that this issue is the most important one that has faced the company in years.

- **All-employee email from ~~Brett Begemann~~Jesus Madrazo.** The email should be drafted in advance and tailored to reflect the actual ruling, and link to the Connection article.

- **People Leader update.** Provide talking points to people leaders about the IARC rating to help address any questions they receive from their teams or employees.

- **Employee ambassador bundle.** A bundle of glyphosate/IARC materials and messaging sent to the more than 3,000 members of Monsanto's employee ambassador program. Ambassadors would be directed to use this material reactively in conversation and on social if/when asked about the IARC decision specifically or rumors that glyphosate causes cancer or is otherwise dangerous.

**Anticipated Timeline**

- Feb 27 (Approx) – Henry Miller Forbes piece is published, Monsanto amplifies via third-party channels
- March 2 – Communications training for three potential glyphosate spokespersons
- March 5 (Approx) – Potential early notice of IARC ruling
- March 5 (Approx) – Distribute senior executive talking points
- Post-early notice – update Monsanto.com/glyphosate but keep updated version dark until ruling
- Post-early notice – update blog draft
- Post-early notice – update reactive statement
- March 9/10 – IARC ruling – see below for day-of actions

**Day-Of-Ruling**

- **Monitoring and initial alert.** Typically, IARC has issued its rulings via press release, which are then tweeted multiple times via the @WHO twitter handle, at approximately 3 a.m. central time (Lyon is GMT +1, so at 3 a.m. CST it is 10 a.m. at IARC headquarters in Lyon, France.)

  The IARC website's media center at http://www.iarc.fr/en/media-centre/pr/2015/index.php and the @who handle should monitored constantly during business hours in Lyon starting on March 8 to ensure early notice that a ruling has been made. FH can assist with overnight monitoring from our offices in Europe if desired. Furthermore, the Tom Sorahan relationship owner should ask him to alert Kim Link as soon as possible once the ruling has been made or is expected imminently.

- **Update materials (if this has not yet happened).** Once ruling is known, update all materials including:

  - Monsanto.com/glyphosate
  - Connection article
  - Media statement
  - Blog post
  - Employee ambassador bundle
  - People Leader update
  - ~~Brett Begemann~~Jesus Madrazo email to employees
  - Update Third Party Validation page with op-eds/LTEs placed by Potomac Group and any other new third party content or coverage; updates should continue as an ongoing process as new content of coverage is identified through monitoring

- **Monitoring and scenario determination.** Either FH or Monsanto (at Monsanto's discretion) will produce real-time monitoring reports of traditional and social media conversations surrounding the announcement. Based on these reports, the Monsanto Issues Preparedness & Engagement team will determine whether to implement the Scenario A or Scenario B plans.

- **Third Party Content amplification.** Monitoring team flags new positive third party content. This content is amplified via the below as appropriate by content and scenario.

  - Third Party Validation page
  - @MonsantoCo twitter
  - Distribution by Eric Sachs to scientific community allies
  - Outbrain
  - Employee ambassadors
  - Responsively to media inquiries

- **Employee**

- Connection article goes live asap after the ruling, with pdf of glyphosate postcard
- Brett Begemann email sent to all employees asap after the ruling
- Special bundle on IARC decision distributed to ambassadors

- **Social/Digital**

  Scenario A
  - Blog post goes live asap after the ruling
  - Proactive Facebook post with link to blog post
  - Limited proactive tweets linking to third-party content
  - Revised version of Monsanto.com/glyphosate goes live
  - Monitoring team identifies any new positive coverage and flags for digital team; digital team adds to Third Party Validation page. **Commented [A1]:** Could you review the currently proposed content and give us a recommended page title please?
  - Paid search

  Scenario B
  - Blog post goes live asap after the ruling
  - Reactive replies to comments on Facebook posts – no proactive posts on IARC.
  - Revised version of Monsanto.com/glyphosate goes live
  - Monitoring team identifies any new positive coverage and flags for digital team; digital team adds to Third Party Validation page.
  - Paid search (if allies are not executive search campaign around the same terms)

**Media**

Day-of media outreach is as described in the media section above.

Under Scenario A, once the ruling is announced Monsanto conducts outreach to selected reporters to provide them with a statement, blog post link, and recommend third party experts.

Under Scenario B, the same information is provided but only reactively in response to inquiries.

- Third-party experts:
- Responsibility for fielding inquiries by region:
  - U.S./Canada – Charla Lord
  - Hawaii – Monica Ivey?
  - Europe – Brandon Mitchener
  - South America –

- o Asia –

> **Commented [A2]:** We've left blank as we're not clear on whether these names have already been identified.