Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:   (415) 986-1474

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360
Facsimile:   (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**GROUP 1 PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br><br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br><br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | |

     Group 1 Plaintiffs respectfully request that an order be granted to remove Docket Nos. 2789-6, 2789-15, and 2789-30 from the docket. Docket Nos. 2789-6, 2789-15, and 2789-30 contain information sought to be sealed by Defendant Monsanto Company ("Monsanto"). Pursuant to the Court's

instructions at the *Daubert* hearings and Pretrial Conference for Group 1 Plaintiffs held in January and February, 2019, Plaintiffs filed these documents with amended redactions; however, portions of these documents contain information that Monsanto seeks to remain under seal. *Compare* Docket Nos. 2791-30 and 2791-31 *with* Docket Nos. 2789-15 and 2789-30. Monsanto will file an amended version of Docket No. 2789-6 with its redactions.

On February 21, 2019, Plaintiffs e-filed three exhibits to Docket No. 2789 with limited or no redactions. On February 22, 2019, Monsanto contacted Plaintiffs to explain that it believes additional redactions are appropriate, and to request that Plaintiffs remove those three exhibits and allow Monsanto to refile them with additional redactions. Plaintiffs immediately contacted the ECF Helpdesk and the documents were locked. Because a portion of the exhibits were filed publicly on the ECF system, but Monsanto believes should have been further redacted, Plaintiffs respectfully request that Docket Nos. 2789-6, 2789-15, and 2789-30 be permanently deleted from the docket.

Respectfully Submitted,

Dated: February 22, 2019

/s/ Leland H. Belew
Leland H. Belew

Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474

*Liaison Counsel for Plaintiffs in MDL No. 2741*

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone:  (303) 376-6360

-2-   Case No. 3:16-md-02741-VC
GROUP 1 PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

Facsimile: (303) 376-6361

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

-3-　　　　　Case No. 3:16-md-02741-VC
GROUP 1 PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS