UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br><br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br><br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

Before this Court is Group 1 Plaintiffs' Motion to Remove Incorrectly Filed Documents. Having considered the papers, the Court hereby **GRANTS** Plaintiffs' request to permanently remove Docket Nos. 2789-6, 2789-15, and 2789-30 on the grounds that portions of those documents should have maintained redactions or sealings pursuant to the Court's instructions at the *Daubert* hearings and Pretrial Conference for Group 1 Plaintiffs held in January and February, 2019.

**IT IS SO ORDERED**

DATE: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

Case No. 3:16-md-02741-VC
[PROPOSED] ORDER GRANTING GROUP 1 PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS