UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) ) ) **AMENDED DEPOSITION** |
| This document relates to: | ) **DESIGNATIONS FOR CERTAIN** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | ) **PHASE 1 WITNESSES** ) ) ) ) |

The parties jointly submit the following amended deposition designations in page:line format, including all objections, responses, counter-designations, and counter-counter designations for the following witnesses whom the parties anticipate will testify in Phase 1:

1. Dr. Roger Turk, attached as Ex. 1
2. Dr. Richard Turley, attached as Ex. 2
3. Dr. Jeffrey Ye, attached as Ex. 3

The parties have met and conferred in an effort to reduce the areas of disagreement and the attached list includes all presently remaining objections on which the parties seek a ruling from the Court. Given Plaintiffs' intent to call Mr. Hardeman live in Phase 1, Monsanto withdraws its prior designations of his deposition testimony (*see* Dkt. 2782-1), and the parties agree that the Court need not rule on any objections thereto.

The parties reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations. Without waiving any objections, the parties also reserve the right to introduce into evidence any deposition testimony designated by the other party. In

1  addition, the parties reserve the right to use any deposition testimony at trial as necessary for
2  impeachment and/or rebuttal.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: February 22, 2019 | Respectfully submitted, |
| 2 | | /s/ Brian L. Stekloff |
| | | Brian L. Stekloff (*pro hac vice*) |
| 3 | | (bstekloff@wilkinsonwalsh.com) |
| | | Rakesh Kilaru (*pro hac vice*) |
| 4 | | (rkilaru@wilkinsonwalsh.com) |
| 5 | | WILKINSON WALSH + ESKOVITZ LLP |
| | | 2001 M St. NW |
| 6 | | 10th Floor |
| | | Washington, DC 20036 |
| 7 | | Tel:     202-847-4030 |
| | | Fax:    202-847-4005 |
| 8 | | |
| 9 | | /s/ Pamela Yates |
| | | Pamela Yates (CA Bar No. 137440) |
| 10 | | (Pamela.Yates@arnoldporter.com) |
| | | ARNOLD & PORTER KAYE SCHOLER LLP |
| 11 | | 777 South Figueroa St., 44th Floor |
| | | Los Angeles, CA 90017 |
| 12 | | Tel: 213-243-4178 |
| | | Fax: 213-243-4199 |
| 13 | | |
| 14 | | /s/ Joe G. Hollingsworth |
| | | Joe G. Hollingsworth (*pro hac vice*) |
| 15 | | (jhollingsworth@hollingsworthllp.com) |
| | | Eric G. Lasker (*pro hac vice*) |
| 16 | | (elasker@hollingsworthllp.com) |
| | | HOLLINGSWORTH LLP |
| 17 | | 1350 I Street, N.W. |
| 18 | | Washington, DC  20005 |
| | | Telephone:  (202) 898-5800 |
| 19 | | |
| 20 | | Attorneys for Defendant |
| | | MONSANTO COMPANY |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1   DATED: February 22, 2019 | Respectfully submitted, |

<pre>
                                        /s/ Aimee Wagstaff
                                        Aimee Wagstaff
                                        aimee.wagstaff@andruswagstaff.com
                                        Andrus Wagstaff, P.C.
                                        7171 West Alaska Drive
                                        Lakewood CO 80226
                                        P: 303-376-6360

                                        /s/ Robin Greenwald
                                        Robin Greenwald
                                        rgreenwald@weitzlux.com
                                        Weitz & Luxenberg
                                        700 Broadway
                                        New York NY 10003
                                        P: 212-558-5500

                                        /s/   Mike Miller
                                        Michael Miller
                                        mmiller@millerfirmllc.com
                                        The Miller Firm LLC
                                        108 Railroad Ave
                                        Orange VA 22960
                                        P: 540 672 4224

                                        Co-Lead Counsel for Plaintiffs
</pre>

- 5 -

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 22nd day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                    /s/ Brian L. Stekloff_____