# EXHIBIT 1

**Monsanto's Affirmatives**

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| Turk 10/31/2018 | | | | | | | | | |
| 7:8-16 | 1 | | | | | | | | |
| 16:24-18:2 | 1 | | | | | | | | |
| 19:8-14 | 1 | | 19:15-16 | | | | | | |
| 21:19-22:6 | 1 | | | | | | | | |
| 23:3-25:9 | 1 | | | | | | | | |
| 26:13-14 | 1 | | | | | | | | |
| 26:22-23 | 1 | | | | | | | | |
| 29:12-15 | 1 | | | | | | | | |
| 30:5-17 | 1 | | | | | | | | |
| 32:11-17 | 1 | | | | | | | | |
| 33:5-14 | 1 | | | | | | | | |
| 35:6-17 | 1 | 35:12-17 Plaintiff objects. FRE 401, 403; not televeant, waste of time. | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |

**Monsanto's Affirmatives**

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| Turk 10/31/2018 | | | | | | | | | |
| 78:11-20 | 1 | | | | | | | | |
| 80:16-81:3 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 81:9-12 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. If Defendant's designations re melanoma are permitted, Plaintiff counters with 81:09-81:12. | If Defendant's designations re: melanoma are permitted, Plaintiff counters with 81:09-81:12 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 82:2-8 | 1 | | | | | | | | |
| 82:9-13 | 1 | | | | | | | | |
| 85:15-17 | 1 | | | | | | | | |
| 86:4-11 | 1 | | | | | | | | |
| 86:25-87:9 | 1 | | | | | | | | |
| 87:11-89:19 | 1 | | | | | | | | |
| 89:21 | 1 | | | | | | | | |

**Monsanto's Affirmatives**

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| **Turk 10/31/2018** | | | | | | | | | |
| 90:6-24 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 91:8-92:4 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 92:6-93:9 | 1 | 92:6-15 Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 93:11-16 | 1 | | | | | | | | |
| 93:22-94:10 | | | | | | | | | |
| 95:2-5 | 1 | | | | | | | | |
| 95:8-9 | 1 | | | | | | | | |
| 95:12-18 | 1 | | | | | | | | |
| 95:20-24 | 1 | | | | | | | | |
| 96:2-4 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 96:6-25 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 97:2-3 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 98:2-20 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

**Monsanto's Affirmatives**

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| **Turk 10/31/2018** | | | | | | | | | |
| 99:3-9 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 99:12-100:6 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 100:9-10 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 102:5-103:4 | 1 | | | | | | | | |
| 103:20-105:5 | 1 | | | | | | | | |
| 105:10-107:3 | 1 | | | | | | | | |
| 109:5-11 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 109:14-18 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 109:20-110:7 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 110:9-20 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 110:23-25 | 1 | Plaintiff objects. FRE 401, 403; not relevant, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 117:16-25 | 1 | | | | | | | | |

| Monsanto's Affirmatives | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
| **Turk 10/31/2018** | | | | | | | | | |
| 118:3-9 | 1 | 118:6-9 Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 118:12-16 | 1 | | | | | | | | |
| 118:19-119:2 | 1 | | | | | | | | |
| 119:12-15 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time. | | Factors in 403 do not outweigh probative value of testimony | | | | | |
| 119:17-120:9 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 121:3-11 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. If Defendant is permitted to play its designations re basil cell carcinoma, Plaintiff counters with this designation of 121:03-121:11. | If Defendant is permitted to play its designation re: basil cell carcinoma, Plaintiff counters with this designation of 121:03-121:11 | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 126:25-127:9 | 1 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | 127:16-20 (Plaintiff counters to the extent Defendant is permitted to include designations re: basil cell carcinoma.) | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

## Plaintiffs' Affirmative Designations

| Plaintiffs' Affirmatives | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| **Turk 10/31/2018** | | | | | | | | | | |
| 12:05-13:24 | 1 | | | | | | | | | |
| 16:24-18:02 | 1 | 2 | | | | | | | | |
| 21:19-24:04 | 1 | | | | | | | | | |
| 24:09-16 | 1 | | | | | | | | | |
| 25:12-18 | 1 | | | | | | | | | |
| 26:13-14 | 1 | | | | | | | | | |
| 26:22-23 | 1 | | | | | | | | | |
| 29:12-16 | 1 | | | | | | | | | |
| 30:05-31:11 | 1 | | Lacks foundation, calls for speculation, attorney testifying (31:6-11) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 31:13 | 1 | | Lacks foundation, calls for speculation, attorney testifying | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 31:16-31:21 (except phrase "that objection") | 1 | | | | | | | | | |
| 32:11-17 | 1 | | | | | | | | | |
| 33:05-19 | 1 | | | | | | | | | |
| 33:24-34:04 | 1 | | | 34:5-7 | | | | | | |
| 34:08-23 | 1 | | | | | | | | | |
| 34:25 | 1 | | | | | | | | | |
| 35:06-11 | 1 | | | | | | | | | |
| 51:18-21 | 1 | | | | | | | | | |
| 52:16-21 | 1 | | | | | | | | | |
| 53:04-06 | 1 | | Lacks foundation, vague, calls for speculation, hearsay (53:04-06) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 53:09-14 | 1 | | | | | | | | | |
| 53:25-54:03 | 1 | | | | | | | | | |
| 54:15-55:02 | 1 | | | | | | | | | |
| 55:06-07 | 1 | | | | | | | | | |
| 55:13-17 | 1 | 7 | | | | | | | | |
| 56:02-19 | 1 | | | | | | | | | |
| 57:08-12 | 1 | | | | | | | | | |
| 57:16-59:02 | 1 | 8 | | | | | | | | |
| 60:20-61:14 | 1 | 9 | Lacks foundation, hearsay (60:20-23) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | | |
| 63:13-21 | 1 | | | | | | | | | |
| 64:04-65:03 | 1 | | | | | | | | | |
| 65:07-66:06 (except phrase "and Epstein-Barr; is that correct?" at 65:13, "HIV, and Epstein-Barr virus" at 65:25, "So it indicated positive IgG antibodies for Epstein-Barr virus." at 66:03-66:04, and "And" at 66:06. | 1 | | | 65:25 (full line), 66:3-4 | | FRE 401 & 403, not relevant, jury confusion, waste of time; | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 67:16-23 | 1 | | Lacks foundation, calls for speculation (67:20-23) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 71:21-72:06 | 1 | | | | | | | | | |
| 72:11-14 | 1 | | | | | | | | | |
| 72:23-73:21 | 1 | 11 | | | | | | | | |
| 73:23 | 1 | | | | | | | | | |
| 76:10-14 | 1 | | | 75:25-76:4, 76:6-9 | | FRE 403 - waste of time, cumulative, calls for speculation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying based on personal knowledge | | |
| 76:17-21 | 1 | | | | | | | | | |
| 76:23-24 | 1 | | | | | | | | | |
| 77:02-06 | 1 | | | | | | | | | |
| 77:08-13 | 1 | | | | | | | | | |
| 77:17-20 | 1 | | | | | | | | | |
| 77:24-78:01 | 1 | | | | | | | | | |
| | | | | | | | 100:12-13 100:14-18 | | | |