# EXHIBIT 2

| Monsanto's Affirmatives | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
| **Turley 10/29/2018** | | | | | | | | | |
| 7:15-16 | 1 | | | | | | | | |
| 12:17-13:1 | 1 | | | | | | | | |
| 13:22-14:9 | 1 | | | | | | | | |
| 14:19-22 | 1 | | | | | | | | |
| 17:24-18:25 | 1 | | | | | | | | |
| 19:1-10 | 1 | | | | | | | | |
| 20:1 | 1 | | | | | | | | |
| 20:2-6 | 1 | | | | | | | | |
| 20:17-21:16 | 1 | | | | | | | | |
| 30:9-31:2 | 1 | | | | | | | | |
| 32:2-4 | 1 | | | | | | | | |
| 32:6-10 | 1 | | | | | | | | |
| 36:2-12 | 1 | | | | | | | | |
| 36:13-20 | 1 | | | | | | | | |
| 36:22 | 1 | | | | | | | | |
| 37:3-6 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion. | | Relevant and factors in 403 do not outweigh probative value of testimony | | | | | |
| 37:12-38:11 | 1 | Plaintiff objects. FRE 401, 403; Incomplete hypothetical, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Out of his area of expertise. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 38:14-16 | 1 | Plaintiff objects. FRE 401, 403; Incomplete hypothethical, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Out of his area of expertise. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 38:22-25 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 39:3-7 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. Out of his area of expertise. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 39:9-17 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

| Monsanto's Affirmatives | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
| **Turley 10/29/2018** | | | | | | | | | |
| 40:7-16 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. Out of his area of expertise. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 40:18-19 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. Out of his area of expertise. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 40:21-41:2 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 41:3-6 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 41:15-18 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. Duplicative of question before this. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

| Plaintiff's Affirmatives | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| **Turley 10/29/2018** | | | | | | | | | | |
| 07:15-19 | 1 | | | | | | | | | |
| 11:15-14:09 (begins at "And Exhibit 2 is your" | 1 | 2 | | | | | | | | |
| 14:16-22 | 1 | | | 15:16-16:02 | | | | | | |
| 14:25-15:15 | 1 | | | 15:16-16:02 | | | | | | |
| 17:24-18:22 | 1 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 20:17-21:21 | 1 | | | 20:9-16 | | | | | | |
| 22:22-23:12 | 1 | | | | | | | | | |
| 23:14-25:09 | 1 | | | | | | | | | |
| 25:14-27:05 | 1 | | | | | | | | | |
| 27:12-28:06 | 1 | 4, 5 | | | | | | | | |
| 28:12-29:20 | 1 | 7 | | 29:21-30:2 | | | | | | |
| 30:03-06 | 1 | | Vague, misstates the record (30:03-06) | 29:21-30:2; 39:18-40:6 | Improper objection; Does not misstate. | 29:21-30:2 & 39:9-40:9 - FRE 403 - waste of time, cumulative, calls for speculation; | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| 30:09-32:01 | 1 | | | | | | | | | |