# EXHIBIT 3

**Monsanto's Affirmatives**

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| Ye 10/30/2018 | | | | | | | | | |
| 9:12-15 | 1 | | | | | | | | |
| 13:18-24 | 1 | | | | | | | | |
| 14:3-20 | 1 | | | | | | | | |
| 18:2-19 | 1 | | | | | | | | |
| 18:21-19:19 | 1 | | | | | | | | |
| 19:20-25 | 1 | 19:23-25 Plaintiff objects. FRE 401, 403; Calls for speculation, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | 19:20-22 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 20:2-10 | 1 | Plaintiff objects. FRE 401, 403; Calls for speculation, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 20:11-14 | 1 | Plaintiff objects. FRE 401, 403; Calls for speculation, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 20:16-18 | 1 | Plaintiff objects. FRE 401, 403; Calls for speculation, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 21:2-20 | 1 | Plaintiff objects. FRE 401, 403; Calls for speculation, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 21:22-22:1 | 1 | Plaintiff objects. FRE 401, 403; Calls for speculation, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 40:1-15 | 1 | | | | | | | | |
| 62:3-63:20 | 1 | | | | | | | | |
| 65:21-66:24 | 1 | | | | | | | | |
| 77:19-25 | 1 | | | | | | | | |

**Monsanto's Affirmatives**

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| Ye 10/30/2018 | | | | | | | | | |
| 107:4-108:5 | 1 | | | | | | | | |
| 109:21-23 | 1 | | | | | | | | |
| 109:25-110:23 | 1 | 110:10-23 Plaintiff objects. FRE 403; calls for speculation, cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 111:16-20 | 1 | | | | | | | | |
| 113:5-114:6 | 1 | Plaintiff objects. FRE 403; Calls for speculation, waste of time, cumulative, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 115:3-24 | 1 | | | | | | | | |
| 115:25-116:9 | 1 | | | | | | | | |
| 116:10-16 | 1 | | | | | | | | |
| 116:17-117:22 | 1 | | | | | | | | |
| 117:23-118:4 | 1 | | | | | | | | |
| 118:5-119:22 | 1 | | | | | | | | |
| 119:23-121:9 | 1 | | | | | | | | |
| 121:10-24 | 1 | | | | | | | | |
| 121:25-122:3 | 1 | | | | | | | | |
| 122:5-12 | 1 | | | | | | | | |
| 122:13-16 | 1 | | | | | | | | |
| 122:17-22 | 1 | | | | | | | | |
| 125:8-15 | 1 | | | | | | | | |
| 125:18-126:9 | 1 | | | | | | | | |
| 126:11-14 | 1 | | | | | | | | |
| 128:5-13 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 128:25-129:20 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, waste of time, cumulative, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 132:2-13 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | 132:14-20 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | Lacks personal knowledge | 132:21-22; 132:25 | | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| 133:13-23 | 1 | | | | | | | | |
| 133:25-134:7 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 135:4-136:15 | 1 | | | | | | | | |
| 136:16-22 | 1 | | | | | | | | |
| 136:23-137:8 | 1 | | | | | | | | |
| 137:18-138:9 | 1 | | | | | | | | |
| 138:10-19 | 1 | | | | | | | | |
| 138:20-139:5 | 1 | | | | | | | | |
| 139:6-140:10 | 1 | | | | | | | | |
| 140:13-141:1 | 1 | | | | | | | | |

| Monsanto's Affirmatives | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
| Ye 10/30/2018 | | | | | | | | | |
| 141:18-142:4 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 142:5-11 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 142:12-16 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 142:18-22 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 142:25-143:4 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | 143:19-144:3<br>144:5-13<br>146:20-23<br>147:6-10 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 147:21-148:18 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |
| 149:18-150:1 | 1 | Plaintiff objects. FRE 401, 403; Not relevant, cumulative, waste of time, jury confusion, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | | | |

**Plaintiff's Affirmatives**

| Plaintiff's Affirmatives | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| Ye 10/30/2018 | | | | | | | | | | |
| 09:12-22 | 1 | | | | | | | | | |
| 13:14-15:25 | 1 | | | | | | | | | |
| 18:02-19:22 | 1 | | | | | | | | | |
| 22:02-23:04 | 1 | | | | | | | | | |
| 23:07-09 | 1 | | | | | | | | | |
| 23:14-24:06 | 1 | | | | | | | | | |
| 24:08-13 | 1 | | | | | | | | | |
| 24:15-16 | 1 | | | | | | | | | |
| 24:18-25:07 | 1 | | | | | | | | | |
| 39:15-41:15 | 1 | | calls for speculation (40:25-41:9) | 41:16-20 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 41:25-42:01 | 1 | | | | | | | | | |
| 42:10-24 | 1 | | | | | | | | | |
| 43:01-18 | 1 | | | | | | | | | |
| 44:03-48:02 | 1 | 7 and 8 | | | | | | | | |
| 48:05-07 | 1 | | calls for speculation, lacks foundation | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | | | | |
| 48:09-51:16 | 1 | 9 | | | | | | | | |
| 51:19-22 | 1 | 9 | | | | | | | | |
| 51:24-54:04 | 1 | 9 | | | | | | | | |
| 54:23-55:14 | 1 | | | 55:15-23, 55:25-56:11 | | | | | | |
| 56:17-22 | 1 | | | | | | | | | |
| 57:17-60:03 | 1 | 13 | | | | | | | | |
| 60:11-23 | 1 | 14 | | | | | | | | |
| 60:25-61:23 | 1 | 14 | | | | | | | | |
| 62:03-65:03 | 1 | | | | | | | | | |
| 65:07-18 | 1 | | | | | | | | | |
| 67:03-68:12 | 1 | | | | | | | | | |

**Plaintiff's Affirmatives**

| Plaintiff's Affirmatives | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| Ye 10/30/2018 | | | | | | | | | | |
| 68:20-69:18 | 1 | | | | | | | | | |
| 69:24-71:03 | 1 | | | | | | | | | |
| 71:06-71:09 | 1 | | | | | | | | | |
| 71:17-73:13 | 1 | 15 | | | | | | | | |
| 73:24-74:13 | 1 | 16 | | | | | | | | |
| 75:04-13 | 1 | | | | | | | | | |
| 76:02-77:13 | 1 | | | | | | | | | |
| 78:06-83:16 | 1 | 17 | | | | | | | | |
| 83:20-84:02 | 1 | | | | | | | | | |
| 84:23-86:22 | 1 | | | | | | | | | |
| 87:14-88:22 | 1 | 18 and 19 | | 89:5-90:15 | | | | | | |
| 90:18-91:18 | 1 | | | | | | | | | |
| 92:03-93:21 | 1 | 21 and 22 | | | | | | | | |
| 93:24-94:05 | 1 | | | | | | | | | |
| 94:12-96:12 | 1 | | | | | | | | | |
| 96:15-18 | 1 | | | | | | | | | |
| 96:20-99:06 | 1 | 24 and 25 | | 103:2-6 | | | | | | |
| 103:08-23 | 1 | 26 | | | | | | | | |
| 104:06 | 1 | | | | | | | | | |
| 104:09-105:15 | 1 | | | | | | | | | |
| 105:23-106:04 | 1 | | | | | | | | | |
| 107:04-108:09 | 1 | | | | | | | | | |
| 108:11-109:07 | 1 | | | | | | | | | |
| 109:21-23 | 1 | | | | | | | | | |
| 109:25-110:07 | 1 | | | | | | | | | |
| 110:24-111:20 | 1 | 28 | | | | | | | | |
| 112:12-17 | 1 | | | | | | | | | |
| 114:18-21 | 1 | 29 | | | | | | | | |
| | | | | | | 20:21-23 | | | | |