UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **MONSANTO'S DEPOSITION DESIGNATIONS FOR CERTAIN JANUARY 2019 DEPOSITIONS** |
| *Hardeman v. Monsanto Co., et al.,* 3:16-cv-0525-VC | |

Pursuant to the parties' December 28, 2018 Joint Case Management Statement (Dkt. 2386 at 9), Monsanto submits the following deposition designations in page:line format, including Plaintiffs' objections thereto for the following witnesses:

1. Donna Farmer (January 2019 transcript), attached as Ex. 1

The parties intend to continue to meet and confer regarding the designations below in an effort to further streamline them and reduce the number of objections and areas of disagreement. Monsanto reserves the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations.  Without waiving any objections, Monsanto also reserves the right to introduce into evidence any deposition testimony designated by Plaintiffs.  In addition, Monsanto reserves the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

**Plaintiffs' Statement**

Plaintiffs object to Monsanto's affirmative deposition designations of Donna Farmer as improper under the Federal Rules of Civil Procedure. Dr. Farmer is a Monsanto employee and within the control of the Defendant to bring as a live witness. Plaintiffs object to Defendant

MONSANTO'S DEPOSITION DESIGNATIONS FOR CERTAIN JANUARY 2019 DEPOSITIONS
3:16-md-02741-VC

- 2 -

1   attempting to use her deposition in lieu of live testimony. Additionally, Defendant's questioning

2   and exhibits repeatedly called for expert opinions and hearsay testimony regarding regulatory

3   documents including foreign regulatory documents. Plaintiffs object to this line of questioning

4   and testimony in its entirety. Without waiving this objection, Plaintiffs refer to the attached excel

5   sheets for specific objections.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: February 22, 2019

Respectfully submitted,

/s/ Brian L. Stekloff
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005


/s/ Pamela Yates
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800


Attorneys for Defendant
MONSANTO COMPANY

MONSANTO'S DEPOSITION DESIGNATIONS FOR CERTAIN JANUARY 2019 DEPOSITIONS
3:16-md-02741-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff

MONSANTO'S DEPOSITION DESIGNATIONS FOR CERTAIN JANUARY 2019 DEPOSITIONS
3:16-md-02741-VC