# EXHIBIT 1

**Monsanto's Affirmative Designations**
Farmer 01/24/2019*

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Objection Cite | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter | Monsanto's Counter-Counters |
|---|---|---|---|---|---|---|---|
| 550:5-24 | 1 (conditional); 2 | No objection | | | | | |
| 557:16-22 | 1 (conditional); 2 | No objection | | | | | |
| 558:1-22 | 1 (conditional); 2 | Objection - relevance, waste of time | | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 558:24 | 1 (conditional); 2 | Objection - relevance, prejudice, confusion | | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 559:17-562:2 | 1 (conditional); 2 | Objection - relevance, waste of time; relevance, waste of time, confusion; relevance, waste of time, see Plaintiff's MIL 3; calls for expert opinion | 559:17-24; 560:01-16; 561:11-23; 562:1-2 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; does not violate PTO 81 | | |
| 562:6-9 | 1 (conditional); 2 | Objection - calls for expert opinion | | | Witness testifying pursuant to FRE 701 | | |
| 562:12-565:4 | 1 (conditional); 2 | Objection - relevance, waste of time; waste of time, juror confusion; waste of time; leading; asked and answered | 562:12-23; 563:1-21; 563:22-564:17; 564:18-20; 564:21-23 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| 565:7 | 1 (conditional); 2 | No objection | | | | | |
| 565:15-578:2 | 1 (conditional); 2 | Objection - waste of time; relevance, confusion, waste of time, prejudice; lack of foundation, relevance, waste of time; relevance; relevance; relevance, waste of time, confusion; lack of foundation, calls for expert opinion; lack of foundation, calls for expert opinion; lack of foundation, calls for expert opinion | 568:8-10; 569:4-15; 570:2-11; 573:17-24; 574:1-4; 574:5-10; 575:16-23; 576:1-577:11; 577:23-578:2 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge | | |
| 578:11-580:14 | 1 (conditional); 2 | Objection - lack of foundation, calls for expert opinon | 578:11-15 | | Witness testifying pursuant to FRE 701 and personal knowledge | | |
| 581:9-21 | 1 (conditional); 2 | Objection - lack of foundation | | | Witness testifying pursuant to FRE 701 and personal knowledge | | |
| 581:23-585:3 | 1 (conditional); 2 | Objection - leading; lack of foundation; relevance, confusion, waste of time | 582:7-10; 584:15-18; 584:22-24 | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| 585:12-590:19 | 1 (conditional); 2 | Objection - waste of time, relevance; hearsay, lack of foundation, calls for expert opinion; lack of foundation, hearsay, calls for expert opinion | 587:11-14; 588:6-23; 589:1-590:19 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes and proper under FRE 1006 | | |
| 590:22-594:6 | 1 (conditional); 2 | Objection - lack of foundation, hearsay, calls for expert opinion; lawyer testifying; lack of foundation, hearsay, calls for expert testimony; lack of foundation, hearsay | 590:22-591:20; 591:21-592:2; 593:3-20; 593:21-594:6 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes and proper under FRE 1006 | | |
| 594:11-597:14 | 1 (conditional); 2 | Objection - lack of foundation; hearsay, lack of foundation; lack of foundation, hearsay, calls for expert opinion | 594:15-22; 596:6-24; 597:1-14 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes and proper under FRE 1006 | | |
| 598:15-599:22 | 1 (conditional); 2 | Objection - leading; calls for expert opinion | 599:10-18; 599:19-22 | | Witness testifying pursuant to FRE 701 | | |
| 600:1-604:22 | 1 (conditional); 2 | Objection - calls for expert opinion; lack of foundation, hearsay, calls for speculation; calls for expert opinion; lack of foundation, calls for expert opinion; lack of foundation, calls for expert opinion; lack of foundation, calls for expert opinion | 600:1-6; 601:2-8; 601:9-17; 602:1-24; 602:7-23; 603:1-9 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 614:5-616:2 | 1 (conditional); 2 | Objection - hearsay, lack of foundation; lack of foundation, prejudice | 614:5-24; 616:2 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 616:11-19 | 1 (conditional); 2 | Objection - hearsay, lack of foundation | | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 617:21-618:10 | 1 (conditional); 2 | Objection - hearsay, lack of foundation | 617:21-24 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 618:14-620:9 | 1 (conditional); 2 | Objection - hearsay, lack of foundation; hearsay; lack of foundation; lack of foundation, hearsay | 618:14-24; 619:1-9; 619:10-21; 619:22-620:9 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 620:24-623:22 | 1 (conditional); 2 | Objection - hearsay; leading, hearsay; hearsay; hearsay | 620:24; 621:1-23; 622:4-21; 623:1-22 | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |

**Monsanto's Affirmative Designations**
Farmer 01/24/2019*

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Objection Cite | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter | Monsanto's Counter-Counters |
|---|---|---|---|---|---|---|---|
| 624:17-627:11 | 1 (conditional); 2 | Objection - hearsay; leading, hearsay; lack of foundation; lack of foundation, hearsay; lack of foundation, hearsay; hearsay | 624:17-23; 625:1-2; 625:3-8; 625:9-626:8; 627:2-6; 627:7-15 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 627:15 | 1 (conditional); 2 | Objection - hearsay | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 627:18-629:14 | 1 (conditional); 2 | Objection - calls for speculation, lack of foundation, hearsay; leading, hearsay; hearsay | 628:8-17; 628:18-23; 629:4-14 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 629:16-24 | 1 (conditional); 2 | Objection - leading; calls for expert opinion, hearsay | 629:16-23; 629:24 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 630:6-631:3 | 1 (conditional); 2 | Objection - hearsay, calls for expert opinion, lack of foundation; hearsay; hearsay | 630:6-9; 630:21-24; 631:3 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 631:5 | 1 (conditional); 2 | Objection - hearsay | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 631:14-633:22 | 1 (conditional); 2 | Objection - Relevance to phase 1; hearsay, relevance; relevance | 631:14-632:16; 633:2-15; 633:16-22 | | Relevant under FRE 401 and establishes foundation; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 634:5-18 | 1 (conditional); 2 | Objection - relevance | | | Relevant under FRE 401 | | |
| 634:24-637:24 | 1 (conditional); 2 | Objection - relevance, hearsay, lack of foundation | 635:1-637:24 | | Relevant under FRE 401 and establishes foundation; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 638:2-640:4 | 1 (conditional); 2 | Objection - hearsay, relevance; relevance; relevance to Phase 1; hearsay | 638:3-10; 638:11-15; 638:16-639:3; 639:4-19 | | Relevant under FRE 401 and establishes foundation; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 640:9-24 | 1 (conditional); 2 | Objection - hearsay | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 641:6-642:8 | 1 (conditional); 2 | Objection - hearsay; lack of foundation, hearsay; lack of foundation | 641:6-10; 641:11-20; 641:21-642:8 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 642:10-646:18 | 1 (conditional); 2 | Objection - relevance; hearsay; hearsay; hearsay, lack of foundation; hearsay; hearsay; hearsay, lack of foundation; hearsay | 642:13-23; 643:6-10; 643:15-644:4; 644:11-16; 644:17-22; 645:4-10; 646:6-10; 646:11-18 | | Relevant under FRE 401 and establishes foundation; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 646:20-647:7 | 1 (conditional); 2 | Objection - hearsay | 646:20 | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 648:2-650:12 | 1 (conditional); 2 | Objection - hearsay; relevance; lawyer testimony, hearsay | 648:2-7; 649:6-13; 650:5-12 | | Relevant under FRE 401 and establishes foundation; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 650:14-651:17 | 1 (conditional); 2 | Objection - hearsay; lack of foundation, hearsay; lack of foundation; leading, prejudice, lack of foundation, calls for speculation | 650:22-24; 651:1; 651:16-17 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 651:20-652:24 | 1 (conditional); 2 | Objection - leading, prejudice, lack of foundation, calls for speculation; hearsay | 651:20-24; 652:13-21 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 653:2-4 | 1 (conditional); 2 | No objection | | | | | |
| 653:15-659:1 | 1 (conditional); 2 | Objection - lack of foundation; relevance to phase 1; relevance to phase 1; hearsay; lack of foundation | 653:15-20; 655:2-23; 656:6-657:8; 658:11-19; 658:20-659:1 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 660:6-661:16 | 1 (conditional); 2 | Objection - lack of foundation, calls for speculation, lack of personal knowledge; lack of foundation, hearsay | 660:11-19; 661:1-15 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |

**Monsanto's Affirmative Designations**

Farmer 01/24/2019*

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Objection Cite | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter | Monsanto's Counter-Counters |
|---|---|---|---|---|---|---|---|
| 662:3-664:19 | 1 (conditional); 2 | Objection - lack of foundation, hearsay; hearsay, relevance; lack of foundation | 662:3-23; 663:1-24; 664:7-19 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 665:4-12 | 1 (conditional); 2 | No objection | | | | | |
| 665:23-668:15 | 1 (conditional); 2 | Objection - lack of foundation, hearsay; hearsay; hearsay, lack of foundation, calls for expert opinion | 666:3-667:11; 667:12-24; 668:1-7 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 669:1-672:15 | 1 (conditional); 2 | Objection - lack of foundation, hearsay, calls for expert opinion; relevance; hearsay; lack of foundation, hearsay; hearsay, foundation, calls for expert opinion; hearsay; hearsay, lack of foundation, calls for expert opinion | 669:1-20; 670:3-20; 670:21-24; 671:1-2; 671:3-6; 671:15-21; 672:7-15 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 673:2-677:15 | 1 (conditional); 2 | Objection - hearsay, lack of foundation, calls for expert testimony; hearsay, cumulative, calls for expert testimony; calls for expert testimony, lack of foundation, hearsay | 673:2-675:24; 676:1-16; 677:1-15 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 678:8-680:15 | 1 (conditional); 2 | Objection - hearsay, lack of foundation, calls for expert testimony; hearsay; lack of foundation, hearsay; lack of foundation, hearsay, calls for expert opinion | 678:8-22; 678:23-24; 679:1-24; 680:1-15 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 681:5-685:7 | 1 (conditional); 2 | Objection - hearsay, lack of foundation, relevance; hearsay, lack of foundation, calls for expert opinion | 681:1-24; 682:1-685:7 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 685:9-16 | 1 (conditional); 2 | No objection | | | | | |
| 685:23-689:23 | 1 (conditional); 2 | Objection - relevance, lack of foundation, calls for expert opinion, hearsay; hearsay; hearsay, lack of foundation, calls for expert opinion; relevance to phase 1 | 686:1-17; 686:18-24; 687:1-22; 689:3-23 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes and proper under FRE 1006 | | |
| 697:16-699:8 | 1 (conditional); 2 | Objection - hearsay, relevant, undue prejudice and juror confusion | | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 734:6-13 | 1 (conditional); 2 | No objection | | | | | |
| 734:15-19 | 1 (conditional); 2 | No objection | | | | | |

*At this time, Monsanto maintains the provisional confidentiality designation over all portions of these depositions.