**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 S. 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

*Co-counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DEPOSITION DESIGNATIONS FOR CERTAIN PHASE 1 WITNESSES** |
| *Hardeman v. Monsanto Co., et al.,* 3:16-cv-0525-VC | |

Plaintiff submits the following deposition designations in page:line format, including all objections, responses, counter-designations, and counter-counter designations for the following witnesses whom the parties anticipate will testify in Phase 1: William Reeves (January 2019 transcript), attached as Ex. 1

The parties intend to continue to meet and confer regarding the designations below in an effort to further streamline them and reduce the number of objections and areas of disagreement.

Plaintiff reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations.  Without waiving any objections, Monsanto also reserves the right to introduce into evidence any deposition testimony designated by Plaintiffs.  In addition, Monsanto reserves the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

Dated: February 23, 2019                    **ANDRUS WAGSTAFF, PC**

                                             By:      /s/ Aimee H. Wagstaff
                                                   Aimee H. Wagstaff (SBN 278480)
                                                   Aimee.wagstaff@andruswagstff.com
                                                   David J. Wool (SBN 324124)
                                                   David.Wool@andruswagstaff.com
                                                   7171 W. Alaska Drive
                                                   Lakewood, CO  80226
                                                   Telephone: 303-376-6360

                                                   **MOORE LAW GROUP, PLLC**
                                                   Jennifer A. Moore (SBN 206779)
                                                   Jennifer@moorelawgroup.com
                                                   1473 South 4th Street
                                                   Louisville, KY  40208
                                                   Telephone: 502-717-4080

                                                   *Co-counsel for Plaintiff*

DEPOSITION DESIGNATIONS FOR CERTAIN PHASE 1 WITNESSES
3:16-md-02741-VC

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff_____