UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 84:**<br>**RULING ON DEPOSITION OBJECTIONS**<br>**FOR DRS. TURK, TURLEY, AND YE**<br><br>Re: Dkt. No. 2794 |

The following are the Court's rulings on objections for the depositions of Drs. Turk, Turley, and Ye. If an objection is sustained, this renders any corresponding counter-designation inadmissible. *See, e.g.*, Turk Depo., p. 127.

   Dr. Turk

| Page Where Objection Appears | Ruling |
|---|---|
| 35 | Sustained |
| 60 | Sustained |
| 66 | Sustained |
| 67 | Sustained |
| 90 | Overruled |
| 91 | Overruled |
| 92 | Overruled |
| 96 | Both Overruled |
| 97 | Overruled |
| 98 | Overruled |
| 99 | Both Overruled |

| 100 | Overruled |
| 109 | Both Overruled |
| 110 | Both Overruled |
| 118 | Sustained |
| 119 | Both Sustained |
| 121 | Overruled |
| 127 | Sustained |

*Dr. Turley*

| Page Where Objection Appears | Ruling |
|---|---|
| 37 | First Overruled, Second Sustained |
| 38 | Both Sustained |
| 39 | First Sustained, Next Two Overruled |
| 40 | First Sustained as to Lines 13-16 only |
|    | Second Sustained, Third Overruled |
| 41 | First Sustained as to Lines 3-6 only |
|    | Second Sustained (duplicative) |

*Dr. Ye*

| Page Where Objection Appears | Ruling |
|---|---|
| 19 | Overruled |
| 20 | All Three Overruled |
| 21 | Both Overruled |
| 40 | Sustained |
| 48 | Sustained |
| 110 | Overruled |
| 113 | Sustained Except 114:4-6 |
| 128 | Sustained |
| 129 | Sustained |
| 132 | All Three Sustained |
| 133 | Overruled |
| 141 | Overruled |
| 142 | Both Overruled |

| | |
|---|---|
| 143 | Sustained as to Lines 3-4 |
| 147 | Sustained as to 148: 4-10 and 13-18 |
| 149 | Overruled |

**IT IS SO ORDERED.**

Date: February 23, 2019

_____

Honorable Vince Chhabria
United States District Court