UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 86:**<br>**REMAINING SUMMARY JUDGMENT**<br>**ARGUMENTS** |

Other than Monsanto's argument that Mr. Gebeyehou's claims are barred by the statute of limitations, Monsanto's non-*Daubert* bases for moving for summary judgment will be denied. The Court will issue an order explaining its reasoning during Phase 1 of the trial.

The Court will address Monsanto's statute-of-limitations argument after the parties have submitted their supplemental briefing. Mr. Gebeyehou's brief is due by March 1, 2019, and Monsanto's response is due by March 8, 2019. The matter will then be deemed under submission unless the Court specifies otherwise.

**IT IS SO ORDERED.**

Date:   February 24, 2019

_____
Honorable Vince Chhabria
United States District Court