UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 87: ORDER TO SHOW CAUSE RE: SANCTIONS** |

Ms. Wagstaff is ordered to show cause why she should not be sanctioned under Rule 11 and/or the Court's inherent authority for willfully and repeatedly violating the limitations on the subject matter that could be discussed in her opening statement. A written response to the order to show cause is due by 8:00 p.m. today.

**IT IS SO ORDERED.**

Date:   February 25, 2019

_____
Honorable Vince Chhabria
United States District Court