**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 S. 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*HARDEMAN v. MONSANTO COMPANY*<br>*Case No: 3:16-cv-00525-VC* | ) MDL No. 2741<br>) Case No. 16-md-02741-VV<br>)<br>) **AMENDED DEPOSITION**<br>) **DESIGNATIONS FOR**<br>) **PHASE 1 WITNESS -**<br>) **DR. MATTHEW ROSS**<br>)<br>) |

Plaintiffs submit Dr. Matthew Ross' amended deposition designations as Exhibit 1 in page:line format, including all objections, responses, counter-designations, and counter-counter designations.

Monsanto objects to the admission of Dr. Ross's testimony in Phase 1 as irrelevant and contrary to the Court's ruling on Monsanto's MIL No. 1 and the Court's guidance that IARC "process" evidence is inadmissible in Phase 1, *see* 2/13/19 Hr'g Tr. at 103:19-21.  However, should the Court disagree, the parties have met and conferred in an effort to reduce the areas of disagreement and the attached list includes all presently remaining objections on which the parties seek a ruling from the Court.

The parties reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations.  Without waiving any objections, the parties also reserve the right to

introduce into evidence any deposition testimony designated by the other party.  In addition, the parties reserve the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

Dated:  February 25, 2019

**MOORE LAW GROUP, PLLC**

By:  /s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
Jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

*Co-counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff

AMENDED DEPOSITION DESIGNATIONS
FOR PHASE 1 WITNESS – DR. MATTHEW ROSS

Case No: 16-md-02741-VC