# EXHIBIT 1

| Plaintiffs' Affirmative Designations | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| **Ross 05/03/2017** | | | | | | | | | | |
| 8:16-23 | 1 | | | | | | | | | |
| 12:02-03 | 1 | | | | | | | | | |
| 12:08-13:8 | 1 | | | 17:5-9 | No objection as long as Plaintiff's counter-counter is played; otherwise, Plaintiff objects per FRE 403, confusion | | 17:10-13; 19:18-21 | | No objection to 17:10-13; Objection to 19:18-21: irrelevant, prejudicial, excluded pursuant to PTO 81 | Relevant as he is an IARC participant |
| 29:19-30:4 | 1 | | untimely designated by Plaintiffs for first time on 2/23/19 (30:2-4) | | Continuation of Dr. Blair's answer from 29:24-30:1 | | | | | |
| 38:7-15 | 1 | | untimely designated by Plaintiffs for first time on 2/23/19 | | Parties have had ongoing meet and confers regarding these designations and this is added to provide context to the deposition as background information of a non-retained expert. | | | | | |
| 249:22-250:15 | 1 | | untimely designated by Plaintiffs for first time on 2/23/19 | | Parties have had ongoing meet and confers regarding these designations and this is added to provide context to the deposition as background information of a non-retained expert. | | | | | |
| 253:10-12 | 1 | | cumulative; waste of time; untimely designated by Plaintiffs for first time on 2/23/19 | | Parties have had ongoing meet and confers regarding these designations and this is added to provide context to the deposition as background information of a non-retained expert. | | | | | |
| 254:25-255-23 | 1 | | cumulative; waste of time; untimely designated by Plaintiffs for first time on 2/23/19 | | Parties have had ongoing meet and confers regarding these designations and this is added to provide context to the deposition as background information of a non-retained expert. | | | | | |
| 257:20-258:10 | 1 | | cumulative; waste of time; untimely designated by Plaintiffs for first time on 2/23/19 | | Parties have had ongoing meet and confers regarding these designations and this is added to provide context to the deposition as background information of a non-retained expert. | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 259:14-260:1 | 1 | | | | | | | | |
| 262:9-20 | 1 | | misstates the record (262:21-263:4, | 79:17-21, 81:15-82:1, 82:4-15, 82:17-21, 105:11-12, 105:14-19, 106:3-11, 263:6-264:1 | N/A | 79:17-21, 81:15-82:1, 82:4-15, 82:17-21 - FRE 401 - not relevant to phase 1; FRE 403 - calls for speculation, misstates conclusion of IARC as this is discussing preliminary discussions of IARC and/or possible drafts and these have been excluded per the Court's MIL Order<br><br>105:11-12, 105:14-19, 106:3-11 - lacks foundation, jury confusion<br><br>263:6-264:1 - FRE 403, cumulative, waste of time, jury confusion, and Defendant originally objected to it | 79:22-25, 80:2-11, 80:15-16, 105:20-22, 106:12-16, 106:19-20 | Counters are relevant to plaintiffs' affirmatively designated testimony as that goes to IARC's methodology and details of the conclusion, if affirmative designation is admitted, Monsanto counters for context, factors in FRE 403 do not outweigh probative value | 79:22-25, 80:2-11.80:15-16: confusing, cumulative, misstates witnesses later testimony 105:20-22: witness instructed not to answer, no answer to question and thus question is confusing and unnecessary; 106:12-16, 106:19:20: cumulative, waste of time | 79:22-25, 80:2-11, 80:15-16 - Relevant to respond to Defendant's isolated counter of 79:17-21; provides complete testimony if counter permitted; 105:20-22 - withdrawn; 106:12-16, 106:19-20 - provides complete testimony |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 264:2-9<br>264:12-267:25<br>268:3<br>268:10-14<br>268:19-:269:14<br>269:19-270:9<br>270:14-271:12<br>271:21-272:1<br>272:5-273:16<br>273:17-22 (dedeisgnated for phase 1)<br>273:23-274:6<br>274:17-20<br>274:22-275:11<br>275:19-276:23 | 1 | | contrary to Court's ruling on Monsanto's MIL 1; contrary to court's ruling that IARC "process" evidence not admissible in Phase 1; misstates the record (264:2-92, 275:8-19), hearsay (267:21-268:3, 269:19-23, 270:8-271:2, 271:9-272:15) | 274:7-16 | relevant phase 1, deponent was a participant in IARC working group; deponent has personal knowledge; deponent was disclosed as non-retained expert for Plaintiff; not hearsay because based on first-hand knowledge | 274:7-15 - no objection<br>274:16 - object, attorney colloquey | | |
| 297:17 (starting with "why")-299:3<br>299:10-15<br>299:21-300:3 | 1 | | misstates the record (299:11-23); improper expert testimony (299:11-15); hearsay | | relevant phase 1, deponent was a participant in IARC working group; deponent has personal knowledge; deponent was disclosed as non-retained expert for Plaintiff; not hearsay because based on first-hand knowledge | | | |
| | | | **\*Monsanto objects to any admission of Dr. Ross's testimony in Phase 1 as irrelevant and contrary to the Court's rulings.** | | | | | |