**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 S. 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

*Co-counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DEPOSITION DESIGNATIONS FOR CERTAIN PHASE 1 WITNESSES** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | |

Pursuant to paragraph 39 of the Court's Civil Trial Standing Order, Plaintiff submits the following deposition designations in page:line format, including all objections, responses, counter-designations, and counter-counter designations for Daniel Goldstein (November 2017 transcript), attached as Exhibit 1.

|   |   |
|---|---|
| 1 | Monsanto objects to the designated testimony as untimely.  Monsanto's position:  Under the schedule agreed to by the parties in their December 28, 2018 Joint Case Management Statement and as ordered by the Court, deposition designations for Phase 1 witnesses were due to be filed on Tuesday, February 19, 2019 and Plaintiff did not file designations for Dr. Goldstein.  Plaintiff's position:  Plaintiff timely notified Monsanto that they intended to play the November 2017 deposition of Dr. Goldstein at trial and the parties exchanged affirmative designations, objections, and responses to objections on February 4, 2019 and February 12, 2019, respectively.  The parties then met and conferred regarding narrowing the list of depositions to be played at Phase 1 and agreed upon a list of witnesses for Phase 1 and agreed to file such designations of Phase 1 witnesses on Tuesday, February 19th.  Plaintiff did not include Dr. Goldstein on this list as he understood that there was a dispute.  Nonetheless, the parties continued to meet and confer.  There is no unfair surprise or prejudice to Monsanto.  Further, the parties have met and conferred in an effort to reduce the areas of disagreement and the attached list includes all presently remaining objections on which the parties seek a ruling from the Court. |

      The parties reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations.  Without waiving any objections, the parties also reserve the right to introduce into evidence any deposition testimony designated by the other party.  In addition, the parties reserve the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

Dated: February 25, 2019                    **MOORE LAW GROUP, PLLC**

                                          By:    /s/ Jennifer A. Moore
                                                     Jennifer A. Moore (SBN 206779)
                                                     Jennifer@moorelawgroup.com
                                                     1473 South 4th Street
                                                     Louisville, KY  40208
                                                     Telephone: 502-717-4080

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: 303-376-6360

*Co-counsel for Plaintiffs*

- 4 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Jennifer A. Moore
Jennifer A. Moore
*Counsel for Plaintiff*