# EXHIBIT 1

| Plaintiffs' Affirmative Designations | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| **Goldstein 11/16/2017** | | | | | | | | | | |
| 09:24-10:01 | 1 | | Incomplete designation | | | | | | | |
| 11:04-12:05 | 1 | | | | | | | | | |
| 12:19-13:10 | 1 | | Irrelevant to phase 1 | 337:19-338:6; 338:9-11; 339:13-25 | | vague, lacks foundation, prejudice, waste of time | 259:13-14, 259:18 | Relevant to affirmatively designated testimony and factors in FRE 403 do not outweigh probative value | Calls for expert opinion; irrelevant; prejudicial | witness is testifying as a corporate representative and coproration is held to standard of expert in the field; any prejudice outweighed by probative value |
| 13:18-14:01 | 1 | | | | | | | | | |
| 240:01-05 | 1 | | Beyond the scope of the areas designated for testimony; lacks foundation; assumes facts not in evidence | | Goldstein has knowledge, epidemiological studies are relevant and likely in evidence by time depo will be played | | | | | |
| 240:11-19 | 1 | | Beyond the scope of the areas designated for testimony; lacks foundation; assumes facts not in evidence. | | Goldstein has knowledge, epidemiological studies are relevant and likely in evidence by time depo will be played | | | | | |
| 242:14-18 (except phrase "mind," | 1 | | Irrelevant and excluded under PTO 67 (other than use for impeachment, pursuant to PTO 67); lacks foundation, hearsay, calls for speculation; irrelevant to phase 1; excluded pursuant to PTO 81 | | non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purpose | | | | | |
| 242:24-243:05 | 1 | | Irrelevant and excluded under PTO 67 (other than use for impeachment, pursuant to PTO 67); lacks foundation, hearsay, calls for speculation; irrelevant to phase 1; excluded pursuant to PTO 81 | | non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purpose | | | | | |
| 243:24-244:09 | 1 | | Calls for expert opinion | | | | | | | |
| 244:12-18 | 1 | | Calls for expert opinion; references to Acquavella and AHS memo excluded pursuant to PTO 81 | 337:19-338:6; 338:9-11; 339:13-25 | | vague, lacks foundation, prejudice, waste of time | 259:13-14, 259:18 | Relevant to affirmatively designated testimony and factors in FRE 403 do not outweigh probative value | Calls for expert opinion; irrelevant; prejudicial | witness is testifying as a corporate representative and corporation is held to standard of expert in the field; any prejudice outweighed by probative value |
| 244:21-22 | 1 | | | 337:19-338:6; 338:9-11; 339:13-25 | designation only omits improper speaking objection | vague, lacks foundation, prejudice, waste of time | 259:13-14, 259:18 | Relevant to affirmatively designated testimony and factors in FRE 403 do not outweigh probative value | Calls for expert opinion; irrelevant; prejudicial | witness is testifying as a corporate representative and corporation is held to standard of expert in the field; any prejudice outweighed by probative value |
| 244:24 | 1 | | | 337:19-338:6; 338:9-11; 339:13-25 | | vague, lacks foundation, prejudice, waste of time | 259:13-14, 259:18 | Relevant to affirmatively designated testimony and factors in FRE 403 do not outweigh probative value | Calls for expert opinion; irrelevant; prejudicial | witness is testifying as a corporate representative and corporation is held to standard of expert in the field; any prejudice outweighed by probative value |
| **Goldstein 11/17/2017** | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 269:06-21 | 1 | 16 | hearsay, lacks foundation (exhibit 16); irrelevant to phase 1; irrelevant; prejudicial; excluded pursuant to PTO 81 | | non-hearsay falls within exception in FRE 803 and/or admissible for non-hearsay purpose, question is whether Goldstein knows Dr. Acquavella | | | | |
| 270:19-271:10 | 1 | 16 | Irrelevant; irrelevant to phase 1 | | relevant to establish acquavella's credentials, importance of his statements | | | | |
| 271:16-272:03 | 1 | 16 | Irrelevant; irrelevant to phase 1, prejudicial | | relevant and any prejudice outweighed by probative value | | | | |
| 276:22-277:18 | 1 | 16 | Irrelevant (other than use for impeachment, pursuant to PTO 67); hearsay (exhibit 16); irrelevant to phase 1; excluded pursuant to PTO 81 | | relevant for impeachment, phase 2 | | | | |
| 278:1-9 | 1 | 16 | Irrelevant to phase 1 (other than use for impeachment, pursuant to PTO 67); hearsay (exhibit 16); excluded pursuant to PTO 81 | | AHS is relevant to phase 1, Monsanto agents commentary on AHS relevant | | | | |
| 278:13-19 | 1 | 16 | Irrelevant to phase 1 (other than use for impeachment, pursuant to PTO 67); hearsay (exhibit 16); excluded pursuant to PTO 81 | | AHS testimony relevant to phase 1, Monsanto agents commentary on AHS relevant | | | | |
| 278:21-22 | 1 | 16 | Irrelevant to phase 1, calls for speculation; excluded pursuant to PTO 81 | | Relevant to AHS | | | | |
| 279:01-280:15 | 1 | 16 | Irrelevant to phase 1, calls for speculation; argumentative (280:12-15); excluded pursuant to PTO 81; calls for expert opinion; prejudicial | 337:19-338:6; 338:9-11; 339:13-25 | Relevant to AHS | vague, lacks foundation, prejudice, waste of time | 259:13-14, 259:18 | Relevant to affirmatively designated testimony and factors in FRE 403 do not outweight probative value | Calls for expert opinion; irrelevant; prejudicial | witness is testifying as a corporate representative and corporation is held to standard of expert in the field; any prejudice outweighed by probative value |
| 280:18-19 | 1 | 16 | irrelevant answer; irrelevant to phase 1 | | | | | | |
| 281:2-11 | 1 | 16 | Irrelevant to phase 1; misstates the testimony (281:2-11); irrelevant, prejudicial; vague; excluded pursuant to PTO 81 | | | | | | |
| 281:15-24 | 1 | 16 | Irrelevant to phase 1; irrelevant, prejudicial; argumentative | | relevant to AHS/epidemiology, phase 2, non-prejudicial and/or prejudice outweighed by probative value | | | | |
| 282:04-11 | 1 | 16 | Irrelevant to phase 1; irrelevant; prejudicial | | | | | | |
| 284:4-13 | 1 | 16 | Irrelevant to phase 1 (other than use for impeachment, pursuant to PTO 67); hearsay (exhibit 16); excluded pursuant to PTO 81 | 337:19-338:6; 338:9-11; 339:13-25 | relevant to epidemiology, non-hearsay and/or hearsay exception, relevant phase 2 | vague, lacks foundation, prejudice, waste of time | 259:13-14, 259:18 | Relevant to affirmatively designated testimony and factors in FRE 403 do not outweight probative value | Calls for expert opinion; irrelevant; prejudicial | witness is testifying as a corporate representative and corporation is held to standard of expert in the field; any prejudice outweighed by probative value |
| 284:17 | 1 | 16 | Irrelevant to phase 1; irrelevant | | | | | | |