UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 88: DEPOSITION DESIGNATIONS FOR DR. MATTHEW ROSS** |
| | Re: Dkt. No. 2808 |

As made clear in the Court's ruling on Monsanto's Motion in Limine No. 1, the parties are precluded from presenting evidence of IARC's process or analysis during Phase 1. The only exceptions to this ruling are that the plaintiff's experts may testify to the fact of the IARC classification, and they may reference IARC's independent meta-analysis. The portions of the deposition testimony designated by both sides are, aside from the background information about Dr. Ross's training and experience, almost exclusively related to IARC's process and analysis. Therefore, his deposition testimony is not admissible during Phase 1. Having reviewed the designations and counter-designations, the Court is tentatively of the view that all of them, or virtually all of them, would be admissible in Phase 2, but the Court will await a new submission from the parties about any deposition testimony they wish to designate from Dr. Ross in Phase 1.

IT IS SO ORDERED.

Date:  February 25, 2019

_____
Honorable Vince Chhabria
United States District Court