1 | **ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
2 | Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
3 | David.Wool@andruswagstaff.com
7171 W. Alaska Drive
4 | Lakewood, CO  80226
Telephone: 303-376-6360
5 |
**MOORE LAW GROUP, PLLC**
6 | Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
7 | 1473 S. 4th Street
Louisville, KY  40208
8 | Telephone: 502-717-4080

9

10 |                 **UNITED STATES DISTRICT COURT**

11 |                 **NORTHERN DISTRICT OF CALIFORNIA**

12 | IN RE: ROUNDUP PRODUCTS          ) MDL No. 2741
LIABILITY LITIGATION             ) Case No. 16-md-02741-VV
13 |                                  )
THIS DOCUMENT RELATES TO:        ) **AMENDED DEPOSITION**
14 |                                  ) **DESIGNATIONS FOR**
                                 ) **PHASE 1 WITNESS -**
15 | *HARDEMAN v. MONSANTO  COMPANY*  ) **DR. AARON BLAIR**
*Case No: 3:16-cv-00525-VC*       )
16 | _____  )

17 |        Plaintiffs submit Dr. Aaron Blair's amended deposition designations as Exhibit 1 in page:line

18 | format, including all objections, responses, counter-designations, and counter-counter designations.

19 |        Monsanto objects to the admission of Dr. Blair's testimony in Phase 1 as irrelevant and

20 |

21 | contrary to the Court's ruling on Monsanto's MIL No. 1 and the Court's guidance that IARC "process"

22 | evidence is inadmissible in Phase 1, *see* 2/13/19 Hr'g Tr. at 103:19-21.  However, should the Court

23 | disagree, the parties have met and conferred in an effort to reduce the areas of disagreement and the

24 | attached list includes all presently remaining objections on which the parties seek a ruling from the

25 | Court.

26 |        The parties reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise

27 | amend these designations.  Without waiving any objections, the parties also reserve the right to

28 |

AMENDED DEPOSITION DESIGNATIONS                          Case No: 16-md-02741-VC
FOR PHASE 1 WITNESS – DR. AARON
BLAIR

1  introduce into evidence any deposition testimony designated by the other party.  In addition, the parties

2  reserve the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

3

4       Dated:  February 26, 2019                **MOORE LAW GROUP, PLLC**

5

6                                   By:     /s/ Jennifer A. Moore
                                           Jennifer A. Moore (SBN 206779)
7                                          Jennifer@moorelawgroup.com
                                           1473 South 4th Street
8                                          Louisville, KY  40208
                                           Telephone: 502-717-4080

9                                          **ANDRUS WAGSTAFF, PC**
                                           Aimee H. Wagstaff (SBN 278480)
10                                         Aimee.wagstaff@andruswagstff.com
                                           David J. Wool (SBN 324124)
11                                         David.Wool@andruswagstaff.com
                                           7171 W. Alaska Drive
12                                         Lakewood, CO  80226
                                           Telephone: 303-376-6360
13

14                                         *Co-counsel for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED DEPOSITION DESIGNATIONS                          Case No: 16-md-02741-VC
FOR PHASE 1 WITNESS – DR. MATTHEW
ROSS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Jennifer A. Moore

AMENDED DEPOSITION DESIGNATIONS
FOR PHASE 1 WITNESS – DR. MATTHEW
ROSS

Case No: 16-md-02741-VC