# Exhibit 1

**Plaintiff's Affirmatives**

| Plaintiff's Affirmatives | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 12:25-14:8 | 1 | | | | | | | | | |
| 14:18-24 | 1 | | | | | | | | | |
| 16:2-10 | 1 | | | | | | | | | |
| 16:15-20 | 1 | | | | | | | | | |
| 16:23-17:11 | 1 | | | 17:12-21 | | | 17:12-18 - no objection; 17:19-21 -Object - FRE 403, incomplete hypothetical, calls for speculation, waste of time | | | |
| 17:22-18:3 | 1 | | | | | | | | | |
| 18:7-11 | 1 | 1 | | | | | | | | |
| 18:18-19 | 1 | 1 | | | | | | | | |
| 19:18-20:5 | 1 | 1 | | | | | | | | |
| 20:14-15 | 1 | 1 | | | | | | | | |
| 20:21-24 | 1 | 1 | | | | | | | | |
| 21:3-22:19 | 1 | 1 | | | | | | | | |
| 23:2-5 | 1 | 1 | | | | | | | | |
| 23:12-16 | 1 | 1 | | | | | | | | |
| 24:5-7 | 1 | 2 | hearsay; contrary to Court's ruling on Monsanto's MIL 1 | | Plaintiff will not publish Exhibit 2 but is permitted under PTO 81 to ask a witness who participated in the IARC workgroup about the Monograph | | | | | |
| 25:6-16 | 1 | 2 | hearsay (25:11-16); contrary to Court's ruling on Monsanto's MIL 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | | |
| 26:2-17 | 1 | 2 | hearsay (26:2-13); contrary to Court's ruling on Monsanto's MIL 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | | |
| 27:13-21 | 1 | 2 | hearsay (27:13-17); calls for speculation (27:18-21); contrary to Court's ruling on Monsanto's MIL 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | | |
| 27:25-29:11 | 1 | 2 | calls for speculation (27:25-28:1); hearsay (28:12-20); contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | | |
| 30:11-16 | 1 | 2 | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Plaintiff will not publish Exhibit 2 | | | | | |
| 30:21-25 | 1 | 2 | | 30:17-20 | | | | | | |
| 31:12-32:4 | 1 | 2 | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Plaintiff will not publish Exhibit 2 | | | | | |
| 32:9-19 | 1 | 2 | hearsay (32:16-19); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | | |
| 32:23-34:9 34:11-21 | 1 | 2 | hearsay (32:23-11); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | | |
| 35:3-14 | 1 | 2 | lacks foundation (35:12-14) | | 35:12-14 - Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | | |
| 35:18-21 | 1 | 2 | lacks foundation (35:18); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | | |
| 35:24-25 | 1 | 2 | | | | | | | | |
| 36:1 | 1 | 2 | | | | | | | | |
| 36:3-7 | 1 | 2 | | | | | | | | |
| 37:3-38:2 | 1 | | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Plaintiff will not publish Exhibit 2 | | | | | |
| 38:4 | 1 | | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Plaintiff will not publish Exhibit 2 | | | | | |
| 38:8-17 | 1 | | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Plaintiff will not publish Exhibit 2 | | | | | |

| Designation | Phase | Phase | Objection | Counter | Response |
|---|---|---|---|---|---|
| 39:11-17 | 1 | | misstates the record (39:14-17); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 39:19 | 1 | | misstates the record; Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 43:1-11 | 1 | | lacks foundation (43:9-11); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 43:13-16 | 1 | | lacks foundation; Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 43:21-25 (dedesignated for phase 1) | 1 | | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | N/A |
| 44:14-19 | 1 | | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 44:21-25 | 1 | | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 45:3-5 | 1 | | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 45:18-23 | 1 | 4 | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 46:2-4 | 1 | 4 | Hearsay; Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 |
| 46:10-16 | 1 | 4 | | | |
| 47:15-18 | 1 | 4 | misstates the record; vague | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| 48:13-16 | 1 | 4 | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | 48:17-18 | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 49:16 | 1 | 4 | | | |
| 49:23-50:6 | 1 | 4 | hearsay (49:23-50:6, 50:10-11, 50:19-25, 51:2), improper opinion (50:5-6); lacks foundation (50:5-6); Contrary to Court's ruling on Monsanto's MIL 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 |
| 50:10-14 | 1 | 4 | improper opinion (50:10-11); lacks foundation (50:10-11); Contrary to Court's ruling on Monsanto's MIL 1; hearsay | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 |
| 50:19-25 | 1 | 4 | Contrary to Court's ruling on Monsanto's MIL 1; hearsay | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 |
| 51:2 | 1 | 4 | Contrary to Court's ruling on Monsanto's MIL 1; hearsay | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 |

| Designation | Col2 | Col3 | Objection | Col5 | Response |
|---|---|---|---|---|---|
| 52:5-11 | 1 | 4 | lacks foundation (52:10-11), lacks personal knowledge (52:10-11); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 52:13-20 | 1 | 4 | lacks foundation (52:13-14); lacks personal knowledge (52:13-14); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 53:22-25 | 1 | 4 | lacks foundation; hearsay | | Relevant and factors in 403 do not outweigh probative value; witness testifying as an IARC participant and non-retained expert witness; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 54:12-19 | 1 | 4 | lacks foundation; hearsay | | Relevant and factors in 403 do not outweigh probative value; witness testifying as an IARC participant and non-retained expert witness; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 54:21-25 | 1 | 4 | lacks foundation; hearsay | | Relevant and factors in 403 do not outweigh probative value; witness testifying as an IARC participant and non-retained expert witness; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 55:2-7 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value; witness testifying as an IARC participant and non-retained expert witness |
| 55:10-14 | 1 | 4 | | | |
| 56:4 | 1 | 4 | | | |
| 56:6-20 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value; witness testifying as an IARC participant and non-retained expert witness |
| 57:6-10 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value; witness testifying as an IARC participant and non-retained expert witness |
| 57:13-15 | 1 | 4 | lacks foundation; compound | | Relevant and factors in 403 do not outweigh probative value; witness testifying as an IARC participant and non-retained expert witness |
| 57:17-18 | 1 | 4 | lacks foundation; compound | | Relevant and factors in 403 do not outweigh probative value; witness testifying as an IARC participant and non-retained expert witness |
| 60:25-61:6 | 1 | 4 | lacks foundation; hearsay | | Relevant and factors in 403 do not outweigh probative value; witness testifying as an IARC participant and non-retained expert witness; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 61:8 | 1 | 4 | lacks foundation | | Relevant and factors in 403 do not outweigh probative value; witness testifying as an IARC participant and non-retained expert witness |
| 62:12-13 | 1 | 4 | | | |
| 62:17-63:2 | 1 | 4 | | | |
| 63:4-9 | 1 | 4 | | | |
| 63:11-22 | 1 | 4 | improper opinion (63:20-22); vague (63:20-22) | | Plaintiff properly disclosed Dr. Blair as a non-retained expert witness; also permitted under PTO 81; witness was an IARC participant; Relevant and factors in 403 do not outweigh probative value of testimony;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 |
| 63:25 | 1 | 4 | improper opinion; vague | | Plaintiff properly disclosed Dr. Blair as a non-retained expert witness; also permitted under PTO 81; witness was an IARC participant; Relevant and factors in 403 do not outweigh probative value of testimony;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 |
| 64:2-10 | 1 | 4 | hearsay (64:2-5); Contrary to Court's ruling on Monsanto's MIL 1; | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 |
| 64:13-21 | 1 | 4 | | | |
| 64:23 | 1 | 4 | | | |
| 65:1-9 | 1 | 4 | vague (65:7-9) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying as IARC participant and non-retained expert |
| 65:19-66:3 66:4-8 | | 4 | Untimely designated by Plaintiffs for first time on 2/23/19 (66:-8) | | Parties have had ongoing meet and confers regarding these designations and this is added to provide context to the deposition as background information of a non-retained expert. |
| 67:21-23 | 1 | | | | |
| 67:25 | 1 | | | | |
| 68:2-5 | 1 | | lacks foundation; vague;  Contrary to Court's ruling on Monsanto's MIL 1; | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2;  68:2-3:  This is a continuation of the question before |
| 68:11-12 | 1 | | lacks foundation; vague;  Contrary to Court's ruling on Monsanto's MIL 1; | | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 |
| 69:22-70:4 | 1 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 70:7-13 | 1 | | lacks foundation (70:10-13); vague (70:10-13); argumentative (70:10-13); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Plaintiff will not publish Exhibit 2 | | | | |
| 70:15-20 | 1 | | lacks foundation; vague (70:15); argumentative (70:15); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1; hearsay | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | |
| 70:25-71:4 | 1 | | lacks foundation; Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | |
| 85:14-23 | 1 | 9 | Hearsay; Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | |
| 86:3-24 | 1 | 9 | improper opinion (86:22-24); lacks foundation (86:22-24); vague (86:22-24); compound (86:22-24); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | Plaintiff properly disclosed Dr. Blair as a non-retained expert witness; also permitted under PTO 81; witness was an IARC participant; Relevant and factors in 403 do not outweigh probative value of testimony;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | |
| 87:4-11 | 1 | 9 | improper opinion (87:4-8); lacks foundation (87:4-8); vague (87:4-8); compound (87:4-8); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | Plaintiff properly disclosed Dr. Blair as a non-retained expert witness; also permitted under PTO 81; witness was an IARC participant; Relevant and factors in 403 do not outweigh probative value of testimony;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | |
| 87:14 | 1 | 9 | improper opinion (87:4-8); lacks foundation (87:4-8); vague (87:4-8); Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | Plaintiff properly disclosed Dr. Blair as a non-retained expert witness; also permitted under PTO 81; witness was an IARC participant; Relevant and factors in 403 do not outweigh probative value of testimony;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | |
| 87:17-19 | 1 | 9 | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony;  Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 | | | | |
| 265:7-25 | 1 | | Contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | | | | | |
| 266:2-4 (dedesignated for phase 1) | 1 | | calls for speculation; lacks personal knowledge; lacks foundation | N/A | | | | |
| 266:7-8 (dedesignated for phase 1) | 1 | | calls for speculation; lacks personal knowledge; lacks foundation | N/A | | | | |
| 266:14-22 (dedesignated for phase 1) | 1 | 36 | lacks foundation; hearsay as to exhibit | N/A | | | | |
| 266:23-267:3 (dedesignated for phase 1) | 1 | 36 | lacks foundation | | | | | |
| 267:9-12 (dedesignated for phase 1) | 1 | 36 | lacks foundation | | | | | |
| 269:8-12 (dedesignated for phase 1) | 1 | 36 | hearsay; lacks foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 269:15-16 (dedesignated for phase 1) | 1 | 36 | hearsay; lacks foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 269:18-24 (dedesignated for phase 1) | 1 | 36 | hearsay (269:18); argumentative | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 702; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 270:4-18 | 1 | 36 | argumentative; improper expert testimony | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |
| 271:14-20 | 1 | 36 | Improper expert testimony | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |
| 272:2-10 | 1 | 36 | Improper expert testimony | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |
| 274:3-4 | 1 | 37 | Improper expert testimony | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |
| 274:6-8 (dedesignated for phase 1) | 1 | 37 | Attorney testifying; argumentative | | | | | |
| 274:11-276:8 | 1 | 37 | Improper expert testimony | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |
| 276:21-277:1 | 1 | 37 | Improper expert testimony | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |
| 277:4-8 | 1 | 37 | Improper expert testimony; hearsay (277:5-8) | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |
| 277:17-278:1 | 1 | 37 | hearsay (277:17-23) | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |
| 278:8-279:1 | 1 | 37 | Improper expert testimony | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |
| 293:6-10 | 1 | | Improper expert testimony; irrelevant; argumentative | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |

| Designation | Count | Objection | Designation (alt) | Response/Basis | Plaintiff's Counter-Designation | Defendant's Objection to Counter | Defendant's Response | Plaintiff's Reply |
|---|---|---|---|---|---|---|---|---|
| 293:15 | 1 | Improper expert testimony; irrelevant; argumentative | | Witness testifying as non-retained expert; Plaintiff disclosed witness as a non-retained expert | | | | |
| | | | 89:20-97:3 | | 90:7-13 Incomplete hypothetical, improper expert testimony - not designated as an expert pursuant to FRCP 26<br><br>90:15-91:3 Incomplete hypothetical, calls for speculation, improper expert testimony-not disclosed as an expert witness pursuant to FRCP 26<br><br>91:12-92:4 Calls for speculation, incomplete hypothetical, improper expert testimony- not disclosed as an expert pursuant to FRCP 26.<br><br>95:2-22 Incomplete hypothetical, improper expert testimony - not designated as an expert pursuant to FRCP 26 | 90:7-13 Factual question does not contain hypothetical; witness testifying pursuant to FRE 701<br><br>90:15-91:3 Factual question does not contain hypothetical; witness testifying pursuant to FRE 701<br><br>91:12-92:4 Factual question does not contain hypothetical; witness testifying pursuant to FRE 701<br><br>95:2-22 Factual question does not contain hypothetical; witness testifying pursuant to FRE 701 | | | |
| | | | 119:13-25 | Incomplete | 120:1-19 | Designated testimony is complete question and answer | | |
| | | | 126:3-14 | Testimony based on hearsay evidence. | | Falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | | | 127:22-128:1 | Speculation | | Witness testifying pursuant to FRE 701 | | |
| | | | 128:4-19 | Continued line of question on Speculation | | | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | |
| | | | 139:13-21 | Hearsay. Lack of foundation. Irrelevant, confusing, and misleading. | 139:22-140:6 | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 |
| | | | 140:7-141:11 | 140:7-10 Hearsay. Lack of foundation. Irrelevant, confusing, and misleading.<br><br>140:19-141:9 Incomplete hypothetical. Improper expert testimony - not disclosed as an expert pursuant to FRCP 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes<br><br>Witness testifying pursuant to FRE 701 | | |
| | | | 142:3-144:2 | Testimony based on hearsay and document without foundation. Irrelevant, confusing, and misleading. | 144:3-14 | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | Contrary to Court's ruling on Monsanto's MIL 1; contrary to Court's ruling that IARC "process" evidence is inadmissible in Phase 1 | Permitted under PTO 81; witness was an IARC participant and testifying as a non-retained expert; Relevant and factors in 403 do not outweigh probative value of testimony; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Plaintiff will not publish Exhibit 2 |
| | | | 145:19-146:3 | Exhibit is hearsay | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | | | 146:13-148:18 | 147:10-17 Inappropriate counsel testimony. Incomplete hypothetical. Improper experet testimony, not disclosed as an expert pursuant to FRCP 26. Irrelevant, misleading, confusing. 403<br><br>147:18-148:18 Completeness | 148:19-22<br>149:4-15 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701<br><br><br><br>Designated testimony is complete question and answer | | |
| | | | 149:16-150:11 | | 150:12-151:8 | | | |
| | | | 154:13-157:21 | | | | | |
| | | | 160:10-161:13 | | | | | |
| | | | 164:17-165:8 | Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | 166:19-168:25 | Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay. | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | 169:22-170:4 | Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | 170:5-171:8 | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | 171:9-172:24 | 171:9-24 Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | 171:25-172:1<br>172:16-173:8 | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | 173:12-23 | Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | 175:20-177:6 | | 174:5-175:19 | | | |
| | | | 177:11-178:7 | Object to all testimony on the 2013 AHS draft because more prejudical than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | | Relevant and factors in 403 do not outweigh probative value of testimony | | |

| | | | | Designation | | Objection | Response | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 179:18-181:1 | | 180:24-181:1<br>Object to all testimony on the 2013 AHS draft because more prejudicial than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | | 181:23-184:2 | | 181:23-183:18<br>Calls for Speculation. Object to all testimony on the 2013 AHS draft because more prejudicial than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay<br><br>183:23-184:2<br>Object to all testimony on the 2013 AHS draft because more prejudicial than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. | Relevant and factors in 403 do not outweigh probative value of testimony | | |
| | | | | 185:17-21 | | | 186:16-187:8 | | |
| | | | | 188:15-189:8 | | 189:4-8<br>Speculation | Witness testifying pursuant to FRE 701 | | |
| | | | | 190:11-22 | | Calls for Speculation. Object to all testimony on the 2013 AHS draft because more prejudicial than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | | 191:15-197:15 | | Calls for Speculation. Object to all testimony on the 2013 AHS draft because more prejudicial than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | | 198:1-199:20 | | Calls for Speculation. Object to all testimony on the 2013 AHS draft because more prejudicial than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | | 199:21-200:8 | | Calls for Speculation. Object to all testimony on the 2013 AHS draft because more prejudicial than probative. This is a draft of a now published paper and Blair testified that he already knew of null finding because of DeRoos 2005 and that this would not have changed his mind. Further, no experts rely on 2013 draft. Confusion, duplicative, waste of time. Hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | |
| | | | | 201:19-202:21 | | Hearsay. Lacks foundation | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| | | | | 203:21-204:3 | | | | | |
| | | | *Monsanto objects to any admission of Dr. Ross's testimony in Phase 1 as irrelevant and contrary to the Court's rulings. | | | | | | |