**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstaff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
401 W. Main St. Suite 1810
Louisville, KY  40208
Telephone: 502-657-7111

*Co-counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **FOURTH AMENDED DEPOSITION DESIGNATIONS FOR CERTAIN PHASE 1 WITNESSES** |
| *Hardeman v. Monsanto Co., et al.,* 3:16-cv-0525-VC | |

Plaintiff submits the following second amended deposition designations in page:line format, including all objections, responses, counter-designations, and counter-counter designations for the following witnesses whom the parties anticipate will testify in Phase 1:

William Reeves (January 2019 transcript), attached as Ex. 1

Plaintiff reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations. Without waiving any objections, Monsanto also reserves the right to introduce into evidence any deposition testimony designated by Plaintiffs. In addition, Monsanto reserves the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

Dated: February 26, 2019                                **ANDRUS WAGSTAFF, PC**

                                                By:    /s/ Aimee H. Wagstaff
                                                       Aimee H. Wagstaff (SBN 278480)
                                                       Aimee.wagstaff@andruswagstaff.com
                                                       David J. Wool (SBN 324124)
                                                       David.Wool@andruswagstaff.com
                                                       7171 W. Alaska Drive
                                                       Lakewood, CO  80226
                                                       Telephone: 303-376-6360

                                                       **MOORE LAW GROUP, PLLC**
                                                       Jennifer A. Moore (SBN 206779)
                                                       jennifer@moorelawgroup.com
                                                       401 W. Main St. Suite 1810
                                                       Louisville, KY  40208
                                                       Telephone: 502-657-7111

                                                       *Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff