# Exhibit 1

| Monsanto's Affirmatives | | | |
|---|---|---|---|
| **Monsanto's Affirmatives** | **Phase** | **Plaintiffs' Objections** | **Monsanto's Responses to Objections** |
| 738:22-740:3 | 1 (conditional); 2 | Objection - Relevance | Relevant |
| 742:15-744:12 | 1 (conditional); 2 | Objection - relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| 742:15-744:12 | 1 (conditional); 2 | Objection - relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| 744:16-750:24 | 1 (conditional); 2 | No objection | |
| 751:3-751:4 | 1 (conditional); 2 | No objection | |
| 752:16-754:14 | 1 (conditional); 2 | Objection - relevance, waste of time; see MIL 3 | Relevant and factors in 403 do not outweigh probative value of testimony; Monsanto withdraws 755:19-756:8 pursuant to PTO 81 |
| 759:16-760:16 | 1 (conditional); 2 | Objection - relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| 764:11-768:16 | 1 (conditional); 2 | Objection - relevance, waste of time; relevance, see Plaintiff's MIL No. 3; relevance, confusion; relevance, see Plaintiff's MIL No. 3, waste of time; relevance, see Plaintiff's MIL No. 3, waste of time; calls for speculation, see Plaintiff's MIL No. 3, undue prejudice/confusion | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 |
| 768:20-769:10 | 1 (conditional); 2 | Objection - lacks foundation, see Plaintiff's MIL No. 3, Relevance | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 |
| 776:-7-12 | 1 (conditional); 2 | Objection - see Plaintiff's MIL No. 3, Relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| 776:15-778:10 | 1 (conditional); 2 | Objection - see Plaintiff's MIL No. 3, Relevance, waste of time; see Plaintiff's MIL No. 3, relevance, waste of time; see Plaintiff's MIL No. 3, relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| 823:21-824:15 | 1 (conditional); 2 | No objection | |

| | | | |
|---|---|---|---|
| 825:1-836:10 | 1 (conditional); 2 | Objection - hearsay; foundation, confusion, prejudice; hearsay; mischaracterizes the evidence, juror confusion; calls for speculation, lacks foundation, mischaracterizes the evidence, confusion; mischaracterizes the evidence, hearsay, prejudice, confusion; hearsay; hearsay, relevance, lacks foundation; hearsay, relevance, prejudice, juror confusion; lacks foundation, confusion, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| | | | |
| *At this time, Monsanto maintains the provisional confidentiality designation over all portions of these depositions. | | | |

**Plaintiffs' Affirmative Designations**

| Plaintiffs' Affirmatives | Phase | Exhibits | Monsanto's Objections | Objection Cite | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| Reeves 01/23/2019 | | | | | | | | | |
| 10:11-21 | | | | | | | | | |
| 12:12-20 | | | | | | | | | |
| 15:20-16:2 | | | | | | | | | |
| 16:8-16 | | | | | | | | | |
| 21:12-17 | | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background. | | | |
| 22:4-12 | | | Irrelevant to phase 1<br>Irrelevant | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background. | | | |
| 23:2-20 | | 2 | Irrelevant to phase 1<br>Attorney testifying | 23:2-20<br>23:2-9 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; attorney is not testifying, he is explaining to the witness what he is doing. | | | |
| 23:24-24:21 | | | Irrelevant to phase 1<br>Attorney testifying | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background; attorney is not testifying, he is explaining to the witness what he is doing. | | | |
| 25:16-23 | | | Irrelevant to phase 1<br>Attorney testifying | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; attorney is not testifying, he is explaining to the witness what he is doing. | | | |
| 28:7-23 | | 4 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background. | | | |
| 29:19-30:6 | | | Irrelevant to phase 1<br>Attorney testifying, argumentative | 29:19-30:6<br>30:3-4 (from So the to argumentative) | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background; question is not argumentative. | | | |
| 30:8-10 | | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background. | | | |
| 31:1-12 | | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background as it directly discusses the types of studies performed and excluded by Defendant. | | | |
| 32:4-9 | | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background as it directly discusses the types of studies performed and excluded by Defendant; | | | |
| 33:15-20 | | | | | | | | | |
| 35:3-8 | | | Irrelevant to phase 1 | | | Relevant to foundation, background as it directly discusses the types of studies performed and excluded by Defendant; Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1. | | | |
| 35:19-20 | | | Irrelevant to phase 1<br>Irrelevant, prejudicial | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background as it directly discusses the types of studies performed and excluded by Defendant; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | | | |
| 35:22-36:8 | | | Irrelevant to phase 1<br>Irrelevant, prejudicial | 35:22-36:8<br>36:4-8 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background as it directly discusses the types of studies performed and excluded by Defendant; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | | | |
| 36:10-37:15 | | 5 | | | | | | | |
| 37:21-38:20 | | | | | | | | | |
| 43:14-44:8 | | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background | | | |
| 45:7-16 | | | Irrelevant to phase 1<br>Calls for speculation<br>Beyond the scope of the deposition | 45:7-16<br>45:14-16<br>45:14-16 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; does not call for speculation, information is within deponents knowledge; witness testifying pursuant to FRE 701. | | | |
| 45:20-46:8 | | | Irrelevant to phase 1<br>Misstates the testimony<br>Assumes facts not in evidence | 45:20-46:8<br>46:5-8<br>46:5-8 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; witness testifying pursuant to FRE 701; Does not assume facts not in evidence; Proper foundation has been provided; | | | |
| 46:11-47:18 | | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 47:22-48:11 | | 8 | Irrelevant to phase 1<br>Hearsay | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes. | | | |
| 48:24-50:1 | | | Irrelevant to phase 1<br>Irrelevant, prejudicial<br>Lacks foundation<br>Hearsay | 48:24-50:1<br>48:24-50:1<br>49:24-50:14<br>48:21-50:1 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. Proper foundation has been provided; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | | |
| 50:3-5 | | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 53:20-22 | | 9 | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54:2-55:3 | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; witness testifying pursuant to FRE 701; | | |
| 67:3-6 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 69:18-70:9 | 10, 11, 12 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 70:16-71:14 | | Irrelevant to phase 1<br>Hearsay | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes. | | |
| 71:16-17 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 71:22-72:16 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 73:18-74:2 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 81:23-82:18 | 12 | | | | | | |
| 82:24-83:11 | | | | | | | |
| 83:23-84:6 | | | | | | | |
| 101:15-18 | | | | | | | |
| 101:21-102:5 | | Irrelevant to phase 1<br>Hearsay | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | |
| 102:10-103:7 | | Irrelevant to phase 1<br>Hearsay<br>Calls for speculation<br>Mistates the record | 103:5-7<br>103:5-7 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; does not call for speculation, information is within deponents knowledge; accurately states the record. | | |
| 104:11-19 | | Irrelevant to phase 1<br>Hearsay<br>Calls for speculation | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; does not call for speculation, information is within deponents knowledge; | | |
| 104:22-105:9 | | Irrelevant to phase 1<br>Hearsay | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | |
| 106:19-21 | 15 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 107:3-8 | | Irrelevant to phase 1<br>Hearsay | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | |
| 107:16-108:18 | | Irrelevant to phase 1<br>Hearsay<br>Calls for speculation | 107:16-108:21<br>107:16-108:21<br>108:7-9, 108:19-21 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; does not call for speculation, information is within deponents knowledge; | | |
| 110:3-8 | | Irrelevant to phase 1<br>Beyond the scope of areas designated for testimony | 110:7-8 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not beyond the scope of areas designated for testimony. | | |
| 110:10-111:11 | | Irrelevant to phase 1<br>Hearsay<br>Calls for speculation | 111:5-11 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes;  does not call for speculation, information is within deponents knowledge; | | |
| 111:14-16 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1 | | |
| 112:3-21 | | Irrelevant to phase 1<br>Hearsay<br>Calls for speculation<br>Lacks foundation | 112:20-21<br>112:20-21 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes;  does not call for speculation, information is within deponents knowledge; Proper foundation has been provided; prior testimony establishes foundation. | | |
| 112:24-113:6 | | Irrelevant to phase 1<br>Calls for speculation<br>Lacks foundation | 113:3-6<br>113:3-6 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; does not call for speculation, information is within deponents knowledge; Proper foundation has been provided; prior testimony establishes foundation. | | |
| 113:9-17 | | Irrelevant to phase 1<br>Hearsay | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | |
| 117:23-118:14 | 16 | Irrelevant to phase 1; withdrawn except for 118:7-8 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 118:24-119:2 | | Irrelevant to phase 1<br>Vague | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not vague. | | |
| 119:5-120:4 | | Irrelevant to phase 1<br>Calls for expert opinion | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; information is within deponents knowledge; witness testifying pursuant to FRE 701; | | |
| 121:23-122:1 | | Irrelevant to phase 1<br>Calls for expert opinion | | Conditional counter: 122:2-11; 122:24-7 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; information is within deponents knowledge; witness testifying pursuant to FRE 701; | | |
| 123:17-18 | | Irrelevant to phase 1<br>Calls for expert opinion | | Conditional counter: 122:2-11; 122:24-7 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; information is within deponents knowledge; witness testifying pursuant to FRE 701; | | |

| Designation | | Objection | Counter | | Response to Objection | Objection to Counter | Response to Objection to Counter |
|---|---|---|---|---|---|---|---|
| 127:20-128:17 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1 | | |
| 129:7-16 | | Irrelevant to phase 1; Vague; Calls for speculation  Withdrawn except for 129:14-16 | 129:14-16; 129:14-16 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not vague; does not call for speculation, information is within deponents knowledge; | | |
| 129:19-130:2 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 130:9-17 | 17 | Irrelevant to phase 1; Hearsay | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | |
| 131:8-132:20 | | Irrelevant to phase 1; Hearsay | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | |
| 134:5-7 | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 135:5-6 | 18 | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 135:14-136:12 | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 136:23-137:10 | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; information is within deponents knowledge; witness testifying pursuant to FRE 701; | | |
| 137:14-138:9 | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; information is within deponents knowledge; witness testifying pursuant to FRE 701; | | |
| 138:19-140:8 | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 152:9-153:1 | | | | | | | |
| 153:9-154:22 | | Irrelevant to phase 1, objection withdrawn except for 154:5-22 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 155:12-19 | | Irrelevant to phase 1; Vague | 155:17-19 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not vague. | | |
| 155:21-156:14 | | Irrelevant to phase 1; Vague | 156:13-14 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not vague. | | |
| 156:16-17 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question not vague. | | |
| 156:24-157:5 | | Irrelevant to phase 1; Vague | 157:4-5 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not vague. | | |
| 157:8-11 | 20 | Irrelevant to phase 1; Exhibit cannot be used in plaintiffs' case in chief, see PTO 67 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; PTO 67 does not preclude exhibit. | | |
| 157:16-158:14 | | Irrelevant to phase 1; Vague; Exhibit cannot be used in plaintiffs' case in chief, see PTO 67 | | 817:5-823:15 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not vague; PTO 67 does not preclude exhibit. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony , provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 159:11-15 | | Irrelevant to phase 1; Exhibit cannot be used in plaintiffs' case in chief, see PTO 67; Hearsay | | 817:5-823:15 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes;  PTO 67 does not preclude exhibit. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony , provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 160:14-161:22 | | Irrelevant to phase 1; Exhibit cannot be used in plaintiffs' case in chief, see PTO 67; Hearsay | | 817:5-823:15 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes;PTO 67 does not preclude exhibit. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony , provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 163:13-16 | 21 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1 | | |
| 164:1-17 | | Irrelevant to phase 1; Hearsay | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | |
| 164:21-167:13 | | Irrelevant to phase 1; Hearsay; Calls for speculation | 167:10-13 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; information is within deponents knowledge; does not call for speculation, information is within deponents knowledge; | | |
| 167:16-168:2 | | Irrelevant to phase 1; Hearsay; Misstates the record | 168:1-2 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; accurately states the record. | | |
| 168:5-12 | | Irrelevant to phase 1; Hearsay; Calls for speculation | 168:9-12 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes;  does not call for speculation, information is within deponents knowledge; | | |
| 168:15-17 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 175:10-22 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 179:3-8 | | Irrelevant to phase 1; Argumentative | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not argumentative. | | |
| 179:10-14 | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 179:22-24 | | | | | | | |
| 180:7-9 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 180:18-20 | | | | | | | | |
| 181:3-7 | | | | | | | | |
| 182:11-183:15 | | | | 182:11-18 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 184:4-7 | | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 184:9-10 | | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 184:21-23 | | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not vague. | | |
| 185:1-10 | | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 185:15-16 | | | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not vague. | | |
| 185:18-186:1 | | | | 185:22-24 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Proper foundation has been provided; prior testimony establishes foundation. | | |
| 215:23-216:17 | | 25 | Irrelevant to phase 1<br>References to IBT may be excluded pursuant to Monsanto's MIL 11.2<br>Calls for speculation | 216:15-17 | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; References to IBT are not excluded pursuant to Monsanto's MIL 11.2; information is within deponents knowledge; does not call for speculation, information is within deponents knowledge; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 216:19-217:12 | | | Irrelevant to phase 1<br>Calls for speculation | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 218:2-12 | | 27 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; information is within deponents knowledge; | | |
| 218:15-220:23 | | | Irrelevant to phase 1<br>Irrelevant | 219:8-220:1 | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Relevant to foundation, background; Relevant to foundation, background, evaluation of testimony and notice. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | |
| 222:4-5 | | 28 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 222:13-223:23 | | | Irrelevant to phase 1<br>Prejudicial | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 224:18-226:9 | | | Irrelevant to phase 1<br>Prejudicial | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 227:3-228:2 | | | Irrelevant to phase 1<br>Prejudicial | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 228:11-14 | | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; does not call for speculation, information is within deponents knowledge; | | |
| 228:17-229:10 | | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation<br>Misstates the record | 229:7-10<br>229:7-10 | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value.does not call for speculation, information is within deponents knowledge; accurately states the record | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 229:13-14 | | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 233:3-4 | | 29 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 233:15-234:9 | | | Irrelevant to phase 1 | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 234:16-235:10 | | | Irrelevant to phase 1 | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 235:14-23 | | | Irrelevant to phase 1<br>Prejudicial | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | | |
| 237:19-239:13 | | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation<br>Misstates the record | 239:12-13<br>239:12-13 | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; does not call for speculation, information is within deponents knowledge; accurately states the record | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 239:17-240:3 | | | Irrelevant to phase 1<br>Prejudicial<br>Misstates the record<br>Assumes matters not in evidence | 239:24-240:3<br>239:24-240:3 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value.Does not assume facts not in evidence; Proper foundation has been provided; accurately states the record. | | |

| Designation | Count | Objection | Counter | | Response | Reply | Reply to Counter |
|---|---|---|---|---|---|---|---|
| 240:7-20 | | Irrelevant to phase 1 | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 241:7-242:1 | | Irrelevant to phase 1<br>Calls for speculation<br>Assumes facts not in evidence | 241:23-242:1<br>241:23-242:1 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Does not assume facts not in evidence; Proper foundation has been provided; does not call for speculation, information is within deponents knowledge. | | |
| 242:4-15 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 242:18-24 | | Irrelevant to phase 1<br>Irrelevant | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;Relevant to foundation, background; Relevant to foundation, background, evaluation of testimony and notice. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | |
| 243:8-9 | | Irrelevant to phase 1<br>Irrelevant | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;Relevant to foundation, background; Relevant to foundation, background, evaluation of testimony and notice. | | |
| 243:12-14 | | Irrelevant to phase 1<br>Irrelevant | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;Relevant to foundation, background; Relevant to foundation, background, evaluation of testimony and notice. | | |
| 243:22-244:1 | | Irrelevant to phase 1<br>Argumentative<br>Vague | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question not argumentative; question not vague. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 244:5-8 | | Irrelevant to phase 1<br>Irrelevant | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;Relevant to foundation, background; Relevant to foundation, background, evaluation of testimony and notice. | | |
| 244:10-13 | | Irrelevant to phase 1<br>Irrelevant<br>Argumentative<br>Vague | 244:10-13<br>244:10-13 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Question not argumentative; Question not vague;; Relevant to foundation, background; Relevant to foundation, background, evaluation of testimony and notice. | | |
| 244:16-21 | | Irrelevant to phase 1<br>Irrelevant<br>Argumentative<br>Attorney testifying | 244:18-20<br>244:18-20 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question not aruguementative; attorney is not testifying; Relevant to foundation, background; Relevant to foundation, background, evaluation of testimony and notice. | | |
| 246:3-15 | 30 | Irrelevant to phase 1<br>Argumentative<br>Assumes facts not in evidence | 246:13-15<br>246:13-15 | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not argumentative; Does not assume facts not in evidence; Proper foundation has been provided; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 246:18-247:14 | | Irrelevant to phase 1<br>Irrelevant<br>Argumentative<br>Vague | 247:12-14<br>247:12-14 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is not argumentative; question is not vague.; Relevant to foundation, background; Relevant to foundation, background, evaluation of testimony and notice. | | |
| 247:17-248:6 | | Irrelevant to phase 1<br>Prejudicial | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 248:11-249:4 | | Irrelevant to phase 1<br>Calls for speculation<br>Prejudicial | 249:1-4 | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. does not call for speculation, information is within deponents knowledge; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 249:7-15 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation | 249:11-15 | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. does not call for speculation, information is within deponents knowledge; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 249:18-251:4 | 31 | Irrelevant to phase 1<br>Prejudicial | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 251:14-21 | | Irrelevant to phase 1<br>Prejudicial | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 251:24-252:7 | | Irrelevant to phase 1<br>Prejudicial<br>Assumes facts not in evidence<br>Calls for speculation | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. Proper foundation has been provided. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 252:10-253:21 | | Irrelevant to phase 1<br>Prejudicial | | 784:20-786:24 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |

| | | | | | | |
|---|---|---|---|---|---|---|
| 254:20-255:4 | 32 | Irrelevant to phase 1<br>Prejudicial | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | |
| 255:7-256:6 | | Irrelevant to phase 1<br>Prejudicial | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | |
| 256:12-15 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | |
| 257:21-258:1 | | Irrelevant to phase 1<br>Prejudicial | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | |
| 258:8-259:1 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation | 258:24-259:1 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. does not call for speculation, information is within deponents knowledge; | |
| 259:4-8 | | Irrelevant to phase 1<br>Prejudicial | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; | |
| 259:22-260:2 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; does not call for speculation, information is within deponents knowledge; | |
| 260:5-7 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value;  does not call for speculation, information is within deponents knowledge; | |
| 262:1-2 | | Irrelevant to phase 1<br>Attorney testifying | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Attorney not testifying. | |
| 262:8-23 | | Irrelevant to phase 1<br>Attorney testifying<br>Argumentative<br>Vague | 262:8-16 (through straightforward)<br>262:16-29<br>262:16-19 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; attorney not testifying; question is not argumentative; question is not vague. | |
| 264:9-266:14 | 33 | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation | 266:12-14 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;  factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value;  does not call for speculation, information is within deponents knowledge; | |
| 266:17-20 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;  factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | |
| 266:23-24 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;  factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value;  does not call for speculation, information is within deponents knowledge; | |
| 269:11-270:3 | 34 | Irrelevant to phase 1<br>Prejudicial | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | |
| 270:10-274:8 | | Irrelevant to phase 1<br>Prejudicial<br>Rule of completeness | Conditional counter: 274:6-10<br>784:20-786:24 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | |
| 275:4-19 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | |
| 283:6-16 | 36 | Irrelevant to phase 1<br>Prejudicial | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;  factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | |
| 285:4-288:4 | | Irrelevant to phase 1<br>Prejudicial | Conditional counter: 288:10-17<br>787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;  factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | |
| 288:7-8 | | Irrelevant to phase 1<br>Prejudicial | Conditional counter: 288:10-17 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;  factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | |
| 289:13-14 | 37 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | |
| 289:20-291:17 | | Irrelevant to phase 1<br>Prejudicial | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;  factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 292:6-293:13 | | Irrelevant to phase 1<br>Prejudicial | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;  factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |

| Designation | # | Objection | Counter | Cross | Plaintiff Response | Defendant Reply | | Plaintiff Sur-Reply |
|---|---|---|---|---|---|---|---|---|
| 293:16-295:3 | | Irrelevant to phase 1; Prejudicial; Misstates the record | 293:23-294:2; 294:7-8 | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 295:5-11 | | Irrelevant to phase 1 | | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 306:4-6 | | Irrelevant to phase 1; Calls for speculation | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; does not call for speculation, information is within deponents knowledge; | | | |
| 310:8-17 | | Irrelevant to phase 1; Prejudicial | | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 310:23-311:22 | | Irrelevant to phase 1; Prejudicial; May be excluded pursuant to Monsanto's MIL 10 | 311:9-22 | 797:15-799:15; 799:24-802:6 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; Outside the scope of MIL 10 | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| **Reeves 01/24/2019*** | | | | | | | | |
| 454:14-455:4 | | | | | | | | |
| 456:5-16 | | | | | | | | |
| 456:20-458:5 | | | 457:1-5 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 461:13-23 | | Irrelevant to phase 1; Irrelevant | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1;Relevant to foundation, background; Relevant to foundation, background, evaluation of testimony and notice. | | | |
| 467:10-23 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1. | | | |
| 523:12-23 | 67 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 524:23-525:7 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 525:12-526:10 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 526:20-24 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 527:5-19 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 527:21-528:10 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 528:14-20 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 528:22 | | Irrelevant to phase 1; Rule of completeness | | Conditional counter: 528:22-25 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Does not violate rule of completeness. | | | |
| 543:15-544:1 | | Irrelevant to phase 1; Beyond the scope of areas designated for testimony | 543:13-14 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; question is within the scope of areas designated for testimony; | | | |
| 544:14 | 71 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 544:18-545:6 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 545:20-24 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 546:2-13 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 547:19-548:7 | | Irrelevant to phase 1; Vague | 548:2-5 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; Question not vague. | | | |
| 548:12 | 72 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 548:16-549:3 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 549:6-16 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 550:3-5 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 550:10-13 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 550:24-551:12 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 551:21-552:20 | | Irrelevant to phase 1 | | Conditional counter: 552:22-553:17 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 553:1-3 | | Irrelevant to phase 1 | | Conditional counter: 552:22-553:17 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 553:22:24 | | Irrelevant to phase 1 | | Conditional counter: 552:22-553:17 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 554:23-25 | 70 | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |
| 555:5-16 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 557:17-558:1 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 558:10-13 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 558:15-559:4 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 559:6-11 | | Irrelevant to phase 1 | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |