UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 90: RULING ON DEPOSITION OBJECTIONS FOR DR. GOLDSTEIN** |
| | Re: Dkt. No. 2809 |

The following are the Court's rulings on objections for Dr. Daniel Goldstein's deposition.

| Page Where Objection Appears | Ruling |
|---|---|
| 13 | Sustained as unopposed |
| 241 | Both overruled |
| 243 | Both overruled |
| 245 | Both sustained |
| 271 | Overruled |
| 272 | Overruled |
| 273 | Overruled |
| 279 | Overruled |
| 280 | First two overruled; third sustained |
| 281 | Sustained |
| 282 | Sustained |
| 283 | Both sustained |
| 284 | Sustained |

**IT IS SO ORDERED.**

Date: February 26, 2019

_____

Honorable Vince Chhabria
United States District Court