UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al*, 3:16-cv-0525-VC | ) ) [~~PROPOSED~~] **ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR TRIAL** |

In connection with the trial of this matter, the parties are permitted to bring the following equipment into the courthouse on Tuesday, February 26, 2019 or Wednesday, February 27, 2019:

- One flat screen television; and
- One table.

Dated: February __26__, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT