

Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

# Fwd: Roundup MDL - Group 3 PFS Extension
2 messages

**Amy Goggans** <amy.goggans@andruswagstaff.com>  Tue, Feb 12, 2019 at 3:43 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---------- Forwarded message ----------
From: **Joseph Riegerix** <joseph.riegerix@andruswagstaff.com>
Date: Wednesday, January 23, 2019
Subject: Roundup MDL - Group 3 PFS Extension
To: "Light, Barbara R. (SHB)" <blight@shb.com>
Cc: David Wool <david.wool@andruswagstaff.com>, "Aimee H. Wagstaff" <aimee.wagstaff@andruswagstaff.com>

Thank you, Barbara. This is much appreciated.

-Joseph
314.691.6545

On Jan 23, 2019, at 2:59 PM, Light, Barbara R. (SHB) <blight@shb.com> wrote:

> Hi Joe,
>
> That is fine. In addition to the 72 *Acosta* plaintiffs, Monsanto grants the 34 plaintiffs in your previous email a 30-day extension. The new deadline for PFS is Friday, February 22, 2019.
>
> Thank you,
>
> **Barbara R. Light**
> *Associate*
> blight@shb.com | x64011
>
> **From:** Joseph Riegerix <joseph.riegerix@andruswagstaff.com>
> **Sent:** Wednesday, January 23, 2019 3:52 PM
> **To:** Light, Barbara R. (SHB) <blight@shb.com>
> **Cc:** David Wool <david.wool@andruswagstaff.com>; Aimee H. Wagstaff <aimee.wagstaff@andruswagstaff.com>
> **Subject:** Re: Roundup MDL - Group 3 PFS Extension
>
> Barbara,
>
> There are 34 total plaintiffs we are requesting an extension for. They are all on the attached list. There is only one Andrus Wagstaff client in each of these cases.

**Joseph Ryan Riegerix, Esq.**

Attorney at Law

Andrus Wagstaff, PC

7171 West Alaska Drive

Lakewood, CO 80226

Direct: 720-208-9404

Office: 303-376-6360

Fax: 303-376-6361

joseph.riegerix@andruswagstaff.com

www.andruswagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or **protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.**

On Wed, Jan 23, 2019 at 12:57 PM Light, Barbara R. (SHB) <blight@shb.com> wrote:

> Good afternoon Joe,
>
> I received a request for a 30-day extension for the 72 Andrus Wagstaff plaintiffs in *Acosta*, which was granted. To better assess you request, could you provide the number of plaintiffs you are seeking an extension for, as well as the cases associated with those plaintiffs?
>
> Thank you,
>
> **Barbara R. Light**
> *Associate*
> blight@shb.com | x64011
>
> **From:** Joseph Riegerix <joseph.riegerix@andruswagstaff.com>
> **Sent:** Wednesday, January 23, 2019 2:49 PM
> **To:** Light, Barbara R. (SHB) <blight@shb.com>
> **Cc:** David Wool <david.wool@andruswagstaff.com>; Aimee H. Wagstaff <aimee.wagstaff@andruswagstaff.com>
> **Subject:** Roundup MDL - Group 3 PFS Extension
>
> Barbara,

We previously requested a 30-day extension concerning service of Group 3 MDL Plaintiff Fact Sheets due today for Andrus Wagstaff clients. Martin Calhoun conveyed that this extension was agreed to. However, it has come to my attention that the agreement was ambiguous as to whether this agreed extension applied to *all* of Andrus Wagstaff's clients with PFS's due today.

Please advise whether this agreement did indeed apply to all of these clients. If it did not, can you agree to grant a 30-day extension for service of all of these PFSs due today?

Best,

Joe

**Joseph Ryan Riegerix, Esq.**

Attorney at Law

Andrus Wagstaff, PC

7171 West Alaska Drive

Lakewood, CO 80226

Direct: 720-208-9404

Office: 303-376-6360

Fax: 303-376-6361

joseph.riegerix@andruswagstaff.com

www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or* **protected by the** *attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

Mail Gate made the following annotations on Wed Jan 23 2019 14:57:16

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Wed Jan 23 2019 16:59:05

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--
Thank you,