**Cristen Mendoza <cristen.mendoza@andruswagstaff.com>**

## Service of MDL 2741 PFS's
1 message

**Cristen Mendoza** <cristen.mendoza@andruswagstaff.com>      Tue, Feb 12, 2019 at 4:22 PM
To: MCalhoun@hollingsworthllp.com, splatt@pmcos.com
Cc: Aimee Wagstaff <aimee.wagstaff@andruswagstaff.com>, Vance Andrus <vance.andrus@andruswagstaff.com>, David Wool <david.wool@andruswagstaff.com>, Amy Goggans <amy.goggans@andruswagstaff.com>

Hello,

The link below contains PFS, authorizations and other relevant documents for the following Plaintiffs with regard to the above-captioned matter:

- Brian Anderson
- Philip Dean
- Mary DiBenneditto
- Carolyn Doty
- Michael Fair
- Marvin Ford
- Beverly Coons
- Kevin McNew
- Virginia Platt
- Steven Rochman
- Billy Rouse
- Johnny Tanner

https://andruswagstaff.sharefile.com/d-s1e690891db44a548

Should there be any issues accessing these documents, please do not hesitate to contact me.

Sincerely,
Cristen Mendoza

--
Cristen M. Mendoza

Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Office: 303-376-6360
Fax: 303-376-6361
cristen.mendoza@andruswagstaff.com
www.andruswagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.