

**Joseph R. Riegerix Esq.**
Joseph.Riegerix@AndrusWagstaff.com

**Andrus Wagstaff, PC**
7171 W Alaska Drive
Lakewood, Colorado 80226
Office: (303) 376-6360
Fax: (303) 376-6361
Website: www.AndrusWagstaff.com

February 13, 2019

<u>Sent via Electronic Mail</u>
Martin C. Calhoun, Esq.
Hollingsworth, LLP
1350 I Street, NW
Washington, DC 20005

      RE:    **MDL No. 2741 Motion to Dismiss for Failure to File Plaintiff Fact Sheets**

Mr. Calhoun:

      On February 12, 2019, we received notice of Defendant Monsanto's Motion to Dismiss the following Plaintiffs' cases:

- Phillip Dean
- Mary DiBenneditto
- Carolyn Doty
- Michael Fair
- Marvin Ford

- Beverly Coons
- Kevin McNew
- Virginia Platt
- Steven Rochman
- Billy Rouse

      Please be advised that the reasons cited for dismissal of these Plaintiffs' cases stem from a misunderstanding. Per our prior correspondence, we believed a mutual understanding and agreement existed whereby the above Plaintiffs received a 30-day extension for service of their Plaintiff Fact Sheets ("PFS"). Our understanding was that Defendant Monsanto granted our request for a 30-day extension to serve PFSs originally due on January 23, 2019, and that this applied to all MDL Group 3 Plaintiffs. We believed this extension applied to all Plaintiffs in *Acosta* and MDL Group 3, specifically including the above Plaintiffs. Regretfully, it now appears these above Plaintiffs were inadvertently excluded from the Plaintiffs to whom Monsanto granted an extension for PFS service.

      On February 12, 2019, we promptly served the PFSs at issue via electronic mail shortly after we received notice of the Motion to Dismiss. Monsanto now possesses the relevant information as to each Plaintiff and there is no apparent reason why these Plaintiffs' cases ought to be dismissed.

      We submit to you our firm belief that this brief delay in service of the relevant PFSs did not cause Monsanto to suffer any prejudice. This unintentional delay in service of only ten (10) PFSs occurred solely due to the misunderstanding described above. These Plaintiffs' cases are not set for trial, nor are they anticipated to receive a trial setting in the near future. Therefore, we



**Joseph R. Riegerix Esq.**
Joseph.Riegerix@AndrusWagstaff.com

**Andrus Wagstaff, PC**
7171 W Alaska Drive
Lakewood, Colorado 80226
Office: (303) 376-6360
Fax: (303) 376-6361
Website: www.AndrusWagstaff.com

respectfully request that Monsanto's pending Motion to Dismiss be withdrawn, specifically as it seeks dismissal with prejudice as to the above Plaintiffs.

     Thank you for your time and consideration of this matter. Please inform us of your response at your earliest possible convenience.

                              Sincerely,

                              Joseph R. Riegerix, Esq.

cc:     Barbara R. Light, Esq. (via email: blight@shb.com)
          Steven Platt, Esq. (via email: splatt@pmcos.com)