

Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---

## Fwd: New Plaintiff Fact Sheet – Roundup
12 messages

---

**Amy Goggans** <amy.goggans@andruswagstaff.com>     Mon, Feb 25, 2019 at 12:57 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 9:17 AM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| | **Roundup Products Liability LitigationFact Sheet Filing** | | | |
|---|---|---|---|---|
| | Plaintiff ID | Name | Law Firm | Date Filed |
| 1. | 1868 | DIBENNEDITTO, MARY | Andrus Wagstaff | 2/19/2019 |

The table below shows new documents produced by plaintiffs' counsel.

| | **Roundup Products Liability LitigationDocuments Produced** | | | | |
|---|---|---|---|---|---|
| | Plaintiff ID | Name | Document Name | Document ID | Date Produced |
| 1. | 1868 | DIBENNEDITTO, MARY | Death Certificate | 5538 | 2/19/2019 |
| 2. | 1868 | DIBENNEDITTO, MARY | Plaintiff Verification of PFS | 5540 | 2/19/2019 |
| 3. | 1868 | DIBENNEDITTO, MARY | Medical Records | 5541 | 2/19/2019 |

Thank you,

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

**Amy Goggans** <amy.goggans@andruswagstaff.com>     Mon, Feb 25, 2019 at 12:57 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 9:22 AM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| | Roundup Products Liability LitigationFact Sheet Filing | | | |
|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
| 1. | 1869 | WOOLERY, PHILIP DEAN | Andrus Wagstaff | 2/19/2019 |

Thank you,

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

**Amy Goggans** <amy.goggans@andruswagstaff.com>     Mon, Feb 25, 2019 at 12:57 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 9:25 AM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| Roundup Products Liability LitigationFact Sheet Filing |
|---|

| | Plaintiff ID | Name | Law Firm | Date Filed |
|---|---|---|---|---|
| 1. | 1870 | DOTY, CAROLYN | Andrus Wagstaff | 2/19/2019 |

Thank you,

MDL Centrality Administrator
**BROWNGREER** PLC
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---

**Amy Goggans** <amy.goggans@andruswagstaff.com>         Mon, Feb 25, 2019 at 12:57 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>


---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 9:33 AM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>


This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| | colspan="4" | Roundup Products Liability LitigationFact Sheet Filing |
|---|---|---|---|---|
| | Plaintiff ID | Name | Law Firm | Date Filed |
| 1. | 1872 | FAIR, MICHAEL | Andrus Wagstaff | 2/19/2019 |

The table below shows new documents produced by plaintiffs' counsel.

| | Plaintiff ID | Name | Document Name | Document ID | Date Produced |
|---|---|---|---|---|---|
| | colspan="5" | Roundup Products Liability LitigationDocuments Produced |
| 1. | 1872 | FAIR, MICHAEL | Medical Records | 5550 | 2/19/2019 |
| 2. | 1872 | FAIR, MICHAEL | Medical Records | 5551 | 2/19/2019 |

Thank you,

MDL Centrality Administrator
**B**ROWN**G**REER **PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---

**Amy Goggans** <amy.goggans@andruswagstaff.com>  **Mon, Feb 25, 2019 at 12:57 PM**
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 9:38 AM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| | **Roundup Products Liability LitigationFact Sheet Filing** | | | |
|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
| 1. | 1873 | ROUSE, BILLY G | Andrus Wagstaff | 2/19/2019 |

Thank you,
MDL Centrality Administrator
**B**ROWN**G**REER **PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive

Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

---

**Amy Goggans** <amy.goggans@andruswagstaff.com>  Mon, Feb 25, 2019 at 12:57 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 9:42 AM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| | Roundup Products Liability Litigation Fact Sheet Filing | | | |
|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
| 1. | 1874 | FORD, MARVIN | Andrus Wagstaff | 2/19/2019 |

The table below shows new documents produced by plaintiffs' counsel.

| | Roundup Products Liability Litigation Documents Produced | | | | |
|---|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **Document Name** | **Document ID** | **Date Produced** |
| 1. | 1874 | FORD, MARVIN | Plaintiff Verification of PFS | 5555 | 2/19/2019 |
| 2. | 1874 | FORD, MARVIN | Medical Records | 5556 | 2/19/2019 |

Thank you,

MDL Centrality Administrator
**B**ROWN**G**REER **PLC**

250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

---

**Amy Goggans** <amy.goggans@andruswagstaff.com>  Mon, Feb 25, 2019 at 12:57 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 11:15 AM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| | Roundup Products Liability Litigation Fact Sheet Filing | | | |
|---|---|---|---|---|
| | Plaintiff ID | Name | Law Firm | Date Filed |
| 1. | 1875 | KOONS, BEVERLY | Andrus Wagstaff | 2/19/2019 |

The table below shows new documents produced by plaintiffs' counsel.

| | Roundup Products Liability Litigation Documents Produced | | | | |
|---|---|---|---|---|---|
| | Plaintiff ID | Name | Document Name | Document ID | Date Produced |
| 1. | 1875 | KOONS, BEVERLY | Plaintiff Verification of PFS | 5557 | 2/19/2019 |
| 2. | 1875 | KOONS, BEVERLY | Medical Records | 5558 | 2/19/2019 |
| 3. | 1875 | KOONS, BEVERLY | Medical Records | 5559 | 2/19/2019 |

Thank you,

MDL Centrality Administrator
**BROWNGREER** PLC
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

---

**Amy Goggans** <amy.goggans@andruswagstaff.com>  Mon, Feb 25, 2019 at 12:58 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>


2/25/2019 Case 3:16-md-02741-VC Andrus Document 2819-4 Mail - Filed New 02/26/19 Plaintiff Fact Sheet Page – Roundup 7 of 11

---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 11:16 AM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| | **Roundup Products Liability LitigationFact Sheet Filing** | | | |
|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
| 1. | 1876 | MCNEW, KEVIN | Andrus Wagstaff | 2/19/2019 |

The table below shows new documents produced by plaintiffs' counsel.

| | **Roundup Products Liability LitigationDocuments Produced** | | | | |
|---|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **Document Name** | **Document ID** | **Date Produced** |
| 1. | 1876 | MCNEW, KEVIN | Medical Records | 5560 | 2/19/2019 |

Thank you,

MDL Centrality Administrator
**BROWNGREER PLC**

250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---

**Amy Goggans** <amy.goggans@andruswagstaff.com>  Mon, Feb 25, 2019 at 12:58 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 12:56 PM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new


https://mail.google.com/mail/u/0?ik=8603a42340&view=pt&search=all&permthid=thread-f%3A1626472087352257004&simpl=msg-f%3A1626472087352257004…   7/11

Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| Roundup Products Liability LitigationFact Sheet Filing | | | | |
|---|---|---|---|---|
| | Plaintiff ID | Name | Law Firm | Date Filed |
| 1. | 1878 | PLATT, VIRGINIA | Andrus Wagstaff | 2/19/2019 |

The table below shows new documents produced by plaintiffs' counsel.

| Roundup Products Liability LitigationDocuments Produced | | | | | |
|---|---|---|---|---|---|
| | Plaintiff ID | Name | Document Name | Document ID | Date Produced |
| 1. | 1878 | PLATT, VIRGINIA | Medical Records | 5564 | 2/19/2019 |
| 2. | 1878 | PLATT, VIRGINIA | Plaintiff Verification of PFS | 5565 | 2/19/2019 |

Thank you,

MDL Centrality Administrator
**BROWNGREER** PLC
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

---

**Amy Goggans** <amy.goggans@andruswagstaff.com>     Mon, Feb 25, 2019 at 12:58 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 12:56 PM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| Roundup Products Liability LitigationFact Sheet Filing | | | |
|---|---|---|---|
| Plaintiff ID | Name | Law Firm | Date Filed |


| | | | | |
|---|---|---|---|---|
| 1. | 1880 | ROCHMAN, STEVEN L | Andrus Wagstaff | 2/19/2019 |

The table below shows new documents produced by plaintiffs' counsel.

| Roundup Products Liability Litigation Documents Produced | | | | |
|---|---|---|---|---|
| | Plaintiff ID | Name | Document Name | Document ID | Date Produced |
| 1. | 1880 | ROCHMAN, STEVEN L | Plaintiff Verification of PFS | 5566 | 2/19/2019 |
| 2. | 1880 | ROCHMAN, STEVEN L | Medical Records | 5567 | 2/19/2019 |

Thank you,

MDL Centrality Administrator

**BROWNGREER PLC**

250 Ricketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---

**Amy Goggans** <amy.goggans@andruswagstaff.com>     Mon, Feb 25, 2019 at 12:58 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>

---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 1:26 PM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| Roundup Products Liability Litigation Fact Sheet Filing | | | | |
|---|---|---|---|---|
| | Plaintiff ID | Name | Law Firm | Date Filed |
| 1. | 1901 | TANNER, JOHNNY | Andrus Wagstaff | 2/19/2019 |

Thank you,

MDL Centrality Administrator

**B**ROWN**G**REER **PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

---

**Amy Goggans** <amy.goggans@andruswagstaff.com>  Mon, Feb 25, 2019 at 12:58 PM
To: Cristen Mendoza <cristen.mendoza@andruswagstaff.com>


---------- Forwarded message ---------
From: **MDL Centrality Administrator** <noreply@mdlcentrality.com>
Date: Tue, Feb 19, 2019 at 1:27 PM
Subject: New Plaintiff Fact Sheet – Roundup
To: <amy.goggans@andruswagstaff.com>


This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Roundup Products Liability Litigation. A new Plaintiff Fact Sheet has been filed for the Plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| | Roundup Products Liability LitigationFact Sheet Filing | | | |
|---|---|---|---|---|
| | Plaintiff ID | Name | Law Firm | Date Filed |
| 1. | 1902 | ANDERSON, BRIAN L | Andrus Wagstaff | 2/19/2019 |

The table below shows new documents produced by plaintiffs' counsel.

| | Roundup Products Liability LitigationDocuments Produced | | | | |
|---|---|---|---|---|---|
| | Plaintiff ID | Name | Document Name | Document ID | Date Produced |
| 1. | 1902 | ANDERSON, BRIAN L | Medical Records | 5783 | 2/19/2019 |
| 2. | 1902 | ANDERSON, BRIAN L | Plaintiff Verification of PFS | 5784 | 2/19/2019 |
| 3. | 1902 | ANDERSON, BRIAN L | Authorizations | 5785 | 2/19/2019 |
| 4. | 1902 | ANDERSON, BRIAN L | Authorizations | 5786 | 2/19/2019 |
| 5. | 1902 | ANDERSON, BRIAN L | Authorizations | 5787 | 2/19/2019 |
| 6. | 1902 | ANDERSON, BRIAN L | Other | 5788 | 2/19/2019 |

Thank you,

MDL Centrality Administrator
**B**ROWN**G**REER **PLC**
250 Rocketts Way
Richmond, Virginia 23231

Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.