UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL JURY TRIAL MINUTES**

| **Date:** February 20, 2019 | **Time:** 5 hours 8 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman v. Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff, Jennifer Moore, Mark Burton, and David Wool
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen          **Court Reporter:** Jo Ann Bryce

**Voir Dire:** February 20, 2019

**Further Trial:** February 25, 2019

PROCEEDINGS:

Jury Selection, Day 2 - held.

RULINGS AND ORDERS:

See Log for details from proceedings.