UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - SELECTION DAY 2**

| JUDGE: <br> Vince Chhabria | PLAINTIFF ATTORNEY: <br> Aimee Wagstaff, Jennifer Moore, Mark Burton | DEFENSE ATTORNEY: <br> Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru |
|---|---|---|
| TRIAL DATE: <br> February 20, 2019 | REPORTER: <br> Jo Ann Bryce | CLERK: <br> Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:01 a.m. | | | Court and counsels on the record, outside the presence of the juror, discussing how to proceed with the jurors who have knowledge of the *Johnson* state court trial. Time limits re Phase 1 discussed. | |
| | 8:27 a.m. | | | Break. | |
| | 8:43 a.m. | | | Prospective jurors enter the courtroom. Jurors 44 and 52 were excused for hardship prior to the jurors being brought in to the courtroom. | |
| | 8:50 a.m. | | | Back on the record with Court, counsels, and jurors. Opening remarks to jurors from the Court. Jurors are sworn in by the clerk. | |
| | 9:08 a.m. | | | Sidebar re hardships. | |
| | 9:09 a.m. | | | Back on the record with the following jurors excused for hardship: 9, 25, 45, 70. | |
| | 9:10 a.m. | | | Continue with voir dire of remaining jurors. | |
| | 10:02 a.m. | | | Break. | |
| | 10:12 a.m. | | | Back on the record with voir dire of select jurors. | |
| | 10:34 a.m. | | | Break. | |
| | 10:48 a.m. | | | Sidebar. | |
| | 10:49 a.m. | | | Back on the record. Court examines jurors. | |
| | 11:05 a.m. | | | Voir dire of jurors conducted by J. Moore on behalf of plaintiff. | |
| | 11:42 a.m. | | | Voir dire of jurors conducted by B. Stekloff on behalf of defendant. | |
| | 12:10 p.m. | | | Court addressed jurors re privacy concerns. | |
| | 12:13 p.m. | | | Sidebar. | |
| | 12:14 p.m. | | | Back on the record. Court excused jurors: 78, 77, 76, 74, 68, 65, 64, 62, 61, and 60. | |
| | 12:17 p.m. | | | Break for all jurors except jurors who needed to speak with the Court privately. | |

|  | | | | |
|---|---|---|---|---|
|  | 12:25 p.m. | | Court and counsel back on the record in private with select jurors. | |
|  | 1:29 p.m. | | Court and counsels and jurors present in court and on the record. Court announced the Jury. The remaining jurors who were not sworn were excused. | |
|  | 1:33 p.m. | | The Jury is sworn. Court gave jurors preliminary instructions. | |
|  | 1:55 p.m. | | Jury retired for the day while Court and counsel remained on the record. | |
|  | 2:04 p.m. | | Court is adjourned. Jury Trial Day 1 will be on Monday, February 25, 2019. | |