# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL JURY TRIAL MINUTES

| **Date:** February 25, 2019 | **Time:** 6 hours 6 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman  v.  Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

| **Deputy Clerk:** Kristen Melen | **Court Reporter:** Jo Ann Bryce and Marla Knox |
|---|---|

**Voir Dire:** February 20, 2019

**Trial Start Date:** February 25, 2019

**Further Trial:** February 26, 2019

## PROCEEDINGS:

Jury Trial, Day 1 - held.

## RULINGS AND ORDERS:

The parties are ordered to turn over their slides to the Court that will be used during their closing arguments.

**Witnesses examined today:**
- Dr. Beate Ritz

See Log for details from proceedings.

**Admitted Exhibits:**
N/A today.