UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 1**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| February 25, 2019 | Jo Ann Bryce and Marla Knox | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:08 a.m. | | | Case called on the record, outside the presence of the jury. Court and counsel discussed deposition designations and exhibits to be used during opening statements. | |
| | 8:28 a.m. | | | Break. | |
| | 8:38 a.m. | | | Court and counsels on the record. | |
| | 8:40 a.m. | | | Jury entered the courtroom. Court addressed the jury. | |
| | 8:42 a.m. | | | Plaintiff's opening statement conducted by A. Wagstaff. | |
| | 8:45 a.m. | | | Sidebar. | |
| | 8:46 a.m. | | | Resumed on the record with plaintiff's opening. | |
| | 9:12 a.m. | | | Sidebar. | |
| | 9:15 a.m. | | | Back on the record; Court admonished the jury re opening statements. | |
| | 9:16 a.m. | | | Plaintiff's opening resumed. | |
| | 9:32 a.m. | | | Sidebar. | |
| | 9:34 a.m. | | | Plaintiff's opening resumed. | |
| | 9:58 a.m. | | | Jury excused for a break. Court and counsels remained on the record. | |
| | 9:59 a.m. | | | Break. | |
| | 10:10 a.m. | | | Back on the record, outside the presence of the jury, the Court discussed plaintiff's opening statement. | |
| | 10:14 a.m. | | | The jury entered the courtroom and opening statement resumed. | |
| | 10:26 a.m. | | | Plaintiff's opening statement concluded. Defendant's opening statement conducted by B. Steklofff. | |
| | 11:15 a.m. | | | Defendant's opening statement concluded. The jury is excused for a break. Court and counsel remained | |

1

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | on the record re how to handle experts and witnesses. |  |
|  | 11:18 a.m. |  |  | Break. |  |
|  | 11:24 a.m. |  |  | The plaintiff called to testify on his behalf **Dr. Beate Ritz.** Dr. Ritz is sworn by the clerk. Direct examination of Dr. Ritz conducted by A. Wagstaff. |  |
|  | 11:55 a.m. |  |  | The jury is excused for lunch. Court and counsels remained on the record to discuss slides used by the parties during opening statements, and discussed dose response. |  |
|  | 12:10 p.m. |  |  | Lunch break. |  |
|  | 12:48 p.m. |  |  | On the record outside the presence of the jury re exhibits, and expert compensation. |  |
|  | 12:56 p.m. |  |  | Jury entered the courtroom. Direct examination of Dr. Ritz continued. |  |
| 892 |  | X |  |  | PLTF |
| 908 |  | X |  |  | PLTF |
| 912 |  | X |  |  | PLTF |
| 904 |  | X |  |  | PLTF |
| 443 |  | X |  |  | PLTF |
| 499 |  | X |  |  | PLTF |
| 447 |  | X |  |  | PLTF |
|  | 1:50 p.m. |  |  | Break. |  |
|  | 1:59 p.m. |  |  | Back on the record with continued direct examination of Dr. Ritz. |  |
| 451 |  | X |  |  | PLTF |
| 898 |  | X |  |  | PLTF |
| 899 |  | X |  |  | PLTF |
| 900 |  | X |  |  | PLTF |
|  | 2:45 p.m. |  |  | Jury is retired for the evening. Court remained on the record with counsel re correction to exhibit 914 and the next day's witnesses. |  |
|  | 2:54 p.m. |  |  | Break. |  |
|  | 2:57 p.m. |  |  | Back on the record with Court, counsel, and Juror 7. Juror 7 is excused for hardship. |  |
|  | 2:58 p.m. |  |  | Court and counsel on the record outside the presence of the jury to discuss depositions. |  |
|  | 3:31 p.m. |  |  | Court is adjourned for the evening. Trial will resume on Tuesday, February 26, 2019, at 8:00 a.m. |  |