Michael Joseph Miller
The Miller Firm LLC
108 Railroad Avenue,
Orange, Virginia 22960
Telephone: (540) 672 – 4224
*Attorney for Plaintiff Daryl Ogden*

E. James Shepherd
SHOOK HARDY & BACON L.L.P.
JP Morgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: (713) 227 – 8008
*Attorney for Defendant Monsanto Company*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Daryl Ogden, Cause No. 3:17-cv-02142-VC (N.D. Cal.) | |

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)A)(ii)

Pursuant to F.R.C.P 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Daryl Ogden, and Defendant Monsanto Company hereby give notice that the above captioned action is dismissed with prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPLUATED AND AGREED by and between counsel for Plaintiff Daryl Ogden and counsel for Defendant Monsanto Company that the above captioned Complaint is hereby dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.

Dated: February 26, 2019

/s/ Michael Joseph Miller
Michael Joseph Miller
The Miller Firm LLC
108 Railroad Avenue,
Orange, Virginia 22960
Telephone: (540) 672 – 4224
*Attorney for Plaintiff Daryl Ogden*

/s/ E. James Shepherd
E. James Shepherd
SHOOK HARDY & BACON L.L.P.
JP Morgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: (713) 227 – 8008
*Attorney for Defendant Monsanto Company*

714073 v1

## **CERTIFICATE OF SERVICE**

      I, E. James Shepherd, hereby certify that on February 26, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ E. James Shepherd  
E. James Shepherd

714073 v1