UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 92: EVIDENTIARY RULINGS ON DR. PORTIER'S DIRECT TESTIMONY** |

     The following are the Court's evidentiary rulings regarding Dr. Portier's direct testimony, which are subject to change depending on what is designated for cross. The parties are reminded that the designations for Dr. Portier's testimony should be filed on the docket once they are complete.

| Page Where Objection Appears | Ruling |
|---|---|
| 6 | Overruled |
| 17 | Sustained as to 18:04-06; otherwise overruled |
| 23 | Overruled |
| 25 | Sustained |
| 26 | Sustained |
| 27 | Sustained, but the plaintiff may elicit brief testimony from Dr. Weisenburger about who Dr. Blair is. |
| 30 | Sustained |
| 35 | Overruled |
| 39 | Overruled (This ruling is particularly tentative and will depend on what is proposed for cross-examination testimony.) |
| 45 | Sustained |

| | |
|---|---|
| 80 | Sustained in part; if plaintiff wishes, he may use this testimony after removing reference to the fact that they are the EPA's guidelines. |
| 152 | Sustained |
| 172 | Overruled |
| 246 | Sustained as to 247:20 – 248:01; otherwise overruled |

**IT IS SO ORDERED.**

Date: February 26, 2019

Honorable Vince Chhabria
United States District Court