UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 94:<br>ORDER REGARDING<br>OPENING STATEMENT SLIDES** |

By February 28, 2019, both parties are ordered to file their slides from opening statements on the docket. The parties do not need to include slides that they removed prior to opening statements.

**IT IS SO ORDERED.**

Date: February 26, 2019

                                                  Honorable Vince Chhabria
                                                  United States District Court