# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Ralph Applegate, Cause No. 3:18-cv-03363 (N.D. Cal.)<br><br>Samuel Bloechel, Cause No. 3:18-cv-01695 (N.D. Cal.)<br><br>Rosette Boblitz, Cause No. 3:18-cv-00993 (N.D. Cal.)<br><br>Ronald Brook, Cause No. 3:17-cv-06902 (N.D. Cal.)<br><br>Deanna Gelder, Cause No.3:18-cv-00815 (N.D. Cal.)<br><br>Jonathan Giles, Cause No.3:18-cv-00815 (N.D. Cal.)<br><br>William Ginger, Cause No.3:18-cv-04552 (N.D. Cal.)<br><br>Mark Hanson, Cause No. 3:18-cv-00815 (N.D. Cal.)<br><br>Howard Harmon, Cause No. 3:18-cv-00815 (N.D. Cal.)<br><br>Robert Koehn, Cause No. 3:17-cv-05161 (N.D. Cal.)<br><br>Derek Liddell, Cause No.3:18-cv-00815 (N.D. Cal.) | |

698667 v1

Ronald Matheny, Cause No. 3:17-cv-02142
(N.D. Cal.)

Allan Mehrens, Cause No. 3:18-cv-01151
(N.D. Cal.)

Sara Partee, Cause No. 3:17-cv-07365
(N.D. Cal.)

Joseph Ruffin, Cause No.3:18-cv-01085
(N.D. Cal.)

Ricky Sharp, Cause No. 3:18-cv-02172
(N.D. Cal.)

William Stone, Cause No. 3:18-cv-01089
(N.D. Cal.)

Michael Tevis, Cause No. 3:18-cv-03278
(N.D. Cal.)

Patricia Wiseman, Cause No. 3:18-cv-05495
(N.D. Cal.)

**PROPOSED ORDER ON MONSANTO'S
AMENDED MOTION TO DISMISS WITH PREJUDICE**

THIS MATTER having been brought before the Court by defendant Monsanto, Co. ("Defendant"), for an Order dismissing Plaintiffs' Complaints for failure to provide a Plaintiff Fact Sheet pursuant to Pretrial Order No. 50; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

IT IS, on this _____ day of _____, 2019;

ORDERED that the Complaints of the Plaintiffs listed on the attached Exhibit A are hereby dismissed with prejudice.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

698667 v1

**EXHIBIT A**

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Applegate, Ralph | 3:18-cv-03363-VC | January 23, 2019 | January 29, 2019 |
| Bloechel, Samuel | 3:18-cv-01695-VC | January 23, 2019 | January 29, 2019 |
| Boblitz, Rosetta | 3:18-cv-00993-VC | January 23, 2019 | January 29, 2019 |
| Brook, Ronald | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |
| Gelder, Deanna L | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Giles, Jonathan | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Ginger, William | 3:18-cv-04552-VC | January 23, 2019 | January 29, 2019 |
| Hanson, Mark | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Harmon, Howard | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Koehn, Robert | 3:17-cv-05161-VC | January 23, 2019 | January 29, 2019 |
| Liddell, Derek | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Matheny, Ronald | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |

698658 v1

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Mehrens, Allan | 3:18-cv-01151-VC | January 23, 2019 | January 29, 2019 |
| Partee, Sara | 3:17-cv-07365-VC | January 23, 2019 | January 29, 2019 |
| Ruffin, Joseph | 3:18-cv-01085-VC | January 23, 2019 | January 29, 2019 |
| Sharp, Ricky | 3:18-cv-02172-VC | January 23, 2019 | January 29, 2019 |
| Stone, William | 3:18-cv-01089-VC | January 23, 2019 | January 29, 2019 |
| Tevis, Michael | 3:18-cv-03278-VC | January 23, 2019 | January 29, 2019 |
| Wiseman, Patricia | 3:18-cv-05495-VC | January 23, 2019 | January 29, 2019 |