UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 95: RULING ON DEPOSITION OBJECTIONS FOR DR. BLAIR**<br><br>Dkt. No. 2815 |

  The plaintiff has disclosed Dr. Aaron Blair, who was chair of the IARC working group on glyphosate, as a fact witness who would testify by deposition about IARC's conclusion that glyphosate is a probable carcinogen. As the Court has ruled, testimony about IARC's process or analysis is not admissible at Phase 1, subject to the very limited exceptions that have been previously described. The deposition testimony designated by the plaintiff from Dr. Blair goes almost exclusively to IARC's process and analysis (or to Dr. Blair's education, experience, and credentials). This testimony is therefore inadmissible at Phase 1. However, as previously ruled, the plaintiff may elicit brief testimony from Dr. Weisenburger about who Dr. Blair is.

  Significant portions of Dr. Blair's testimony appear admissible during Phase 2, but the Court assumes that the plaintiff would wish to present much less of that testimony during Phase 2. Therefore, the parties will be required to provide new Phase 2 designations of Dr. Blair's testimony.

  **IT IS SO ORDERED.**

Date: February 27, 2019

                                             Honorable Vince Chhabria
                                             United States District Court