UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 96: EVIDENTIARY RULINGS ON DR. PORTIER'S TESTIMONY ON CROSS-EXAMINATION** |

The following are the Court's evidentiary rulings on Dr. Portier's testimony on cross-examination. It appears, based on the amount and type of testimony excluded from cross-examination, that much of the testimony designated from redirect will now be beyond the scope of cross. Therefore, the Court is assuming that it will receive a new transcript of designations of Dr. Portier's redirect, and the parties should provide it by 10:00 a.m. on Thursday to ensure review by 2:00 p.m. the same day.

| Page Where Objection Appears | Ruling |
|---|---|
| 295 | Overruled |
| 296 | Overruled |
| 299 | Overruled |
| 312-313 | Sustained, but presumably fair game for Dr. Weisenburger |
| 324-325 | Overruled |
| 325-326 | Overruled |
| 328 | Sustained |
| 343 | Sustained as to 6-11; otherwise overruled |
| 344 | Overruled until the middle of line 18 |

| | |
|---|---|
| 345 | Sustained |
| 349-351 | Sustained |
| 351-353 | Sustained |
| 356 | Sustained |
| 358 | Sustained; remove reference to the Obama Administration |
| 387 | Overruled |
| 395 | Overruled |
| 408 | Overruled |
| 409 | Overruled |
| 411 | Overruled |
| 431-432 | Sustained |
| 432-435 | Sustained |
| 436-437 | Sustained |
| 439 | Sustained |
| 442-443 | Sustained |
| 449-451 | Sustained |
| 451 | Sustained |
| 455 | Sustained |
| 456-457 | Sustained |
| 469-470 | Overruled |
| 492 | Sustained |
| 497 | Overruled |
| 522 | Overruled |
| 542-543 | Overruled |
| 544-545 | Overruled |

**IT IS SO ORDERED.**

Date: February 27, 2019

_____

Honorable Vince Chhabria
United States District Court