Michael Joseph Miller
The Miller Firm LLC
108 Railroad Avenue,
Orange, Virginia 22960
Telephone: (540) 672 – 4224
*Attorney for Plaintiff Jonathan Giles*

E. James Shepherd
SHOOK HARDY & BACON L.L.P.
JP Morgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: (713) 227 – 8008
*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Jonathan Giles, Cause No. 3:18-cv-00815-VC (N.D. Cal.) | |

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)A)(ii)

Pursuant to F.R.C.P 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Jonathan Giles, and Defendant Monsanto Company hereby give notice that the above captioned action is dismissed with prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPLUATED AND AGREED by and between counsel for Plaintiff Jonathan Giles and counsel for Defendant Monsanto Company that the above captioned Complaint is hereby dismissed with prejudice.

713958 v1

Each party agrees to bear its own costs and attorneys' fees.

Dated: February 28, 2019

| | |
|---|---|
| <u>/s/ Michael Joseph Miller</u> | <u>/s/ E. James Shepherd</u> |
| Michael Joseph Miller | E. James Shepherd |
| The Miller Firm LLC | SHOOK HARDY & BACON L.L.P. |
| 108 Railroad Avenue, | JP Morgan Chase Tower |
| Orange, Virginia 22960 | 600 Travis St., Suite 3400 |
| Telephone: (540) 672 – 4224 | Houston, Texas 77002 |
| *Attorney for Plaintiff Jonathan Giles* | Telephone: (713) 227 – 8008 |
| | *Attorney for Defendant Monsanto Company* |

713958 v1

## **CERTIFICATE OF SERVICE**

I, E. James Shepherd, hereby certify that on February 28, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ E. James Shepherd
E. James Shepherd

713958 v1