## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Jonathan Giles, Cause No. 3:18-cv-00815-VC (N.D. Cal.) | |

## **PROPOSED ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal with Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal with Prejudice as to Plaintiff Jonathan Giles;

**IT IS SO ORDERED.**

Dated:  February __, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

698667 v1