United States District Court
Northern District of California

| | |
|---|---|
| **In Re: Roundup Products Liability Litigation** | **MDL No. 2741** |
| | **Case No 3:16-cv-5887** |
| **This document relates to:** | |
| | **Reply to Motion to Dismiss** |
| Larry E. Domina, Frank Pollard, Robert L. Dickey, and Royce D. Janzen, | |
| **Plaintiffs,** | |

1. Plaintiffs mailed the hard original documents to MDL Centraility in November of 2018.

2. Plaintiffs were unaware of the required filing fee at the time of submittal.

3. The filing fees have been paid and the Plaintiff's fact sheets are complete.

February 28, 2019.

**Domina Law Group pc llo**

s/ David A. Domina
David A Domina # 11043
 ddomina@dominalaw.com
Domina Law Group pc llo
2425 S 144th St.,
Omaha NE 68144-3267
Tel: 402 493 41200
Fax: 4023 493 9782

*Plaintiffs' Lawyers*

**Certificate of Service**

      I certify that on February 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

                                                                                       s/David A. Domina