Barbara R. Light
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: 713.227.8008
Facsimile: 713.227.9508
blight@shb.com

*Attorney for Defendant*
MONSANTO COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Applegate v. Monsanto,* 3:18-cv-03363-VC (N.D. Cal.) | |

### NOTICE OF APPEARANCE ON BEHALF OF

### <u>DEFENDANT MONSANTO COMPANY</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Barbara R. Light of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter.

February 28, 2019                                                    Respectfully Submitted,

By: */s/ Barbara R. Light*
    Barbara R. Light
    Texas Bar No. 24109472
    600 Travis, Suite 3400
    Houston, Texas 77002-2926
    Telephone: 713-227-8008
    Fax: 713-227-9508
    blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY