Barbara R. Light
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: 713.227.8008
Facsimile: 713.227.9508
blight@shb.com

*Attorney for Defendant*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-2741-VC |
| This document relates to:<br>*Smith et al. v. Monsanto,* 3:17-cv-02142-VC (N.D. Cal.) | |

## NOTICE OF APPEARANCE ON BEHALF OF

## <u>DEFENDANT MONSANTO COMPANY</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Barbara R. Light of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter.

February 28, 2019                                           Respectfully Submitted,

                                                            By: */s/ Barbara R. Light*
                                                                 Barbara R. Light
                                                                 Texas Bar No. 24109472
                                                                 600 Travis, Suite 3400
                                                                 Houston, Texas 77002-2926
                                                                 Telephone: 713-227-8008
                                                                 Fax: 713-227-9508
                                                                 blight@shb.com

                                                                 *Attorney for Defendant,*
                                                                 MONSANTO COMPANY

9142871 v2