UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 97: EVIDENTIARY RULINGS ON DR. PORTIER'S RE-DIRECT AND RE-CROSS TESTIMONY** |

The following are the Court's evidentiary rulings on the parties' designations for Dr. Portier's re-direct and re-cross deposition designations.

| Page Where Objection Appears | Ruling |
|---|---|
| 599-60 | Overruled |
| 573 | Overruled |
| 582-84 | Overruled until 583:08; sustained as to the remainder. |
| 585-86 | Sustained |
| 586-87 | Overruled |
| 587-88 and 588-90 | If Monsanto wishes to use this statement from Dr. Portier's cross, he must be permitted to explain it on redirect. Therefore, the objection is largely overruled. However, regardless of whether Monsanto uses the statement from cross, the objection to 590:13-22 is sustained. |
| 590-91 | Sustained |
| 601-02 | Overruled |
| 602-06 | The argumentative objection is overruled; the colloquy objection is sustained. |
| 613-15 | Overruled (assuming Monsanto continues to use the statement from cross, which would bring in the redirect testimony, which would then bring in this testimony). |

| | |
|---|---|
| Remaining objections | Overruled. In light of the unusual posture of Dr. Portier's testimony and the difficulties involved in taking it, the designations from re-re-direct and re-re-cross will be admitted. |

**IT IS SO ORDERED.**

Date: February 28, 2019

_____

Honorable Vince Chhabria
United States District Court