**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to: *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | ) **MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPENING STATEMENT SLIDE DECK** ) ) ) ) ) |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and

1

1  Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order")
2  at ¶ 18, Defendant Monsanto Company ("Monsanto") hereby submits this Administrative Motion
3  to Seal.  Monsanto hereby notifies the Court that it has conditionally filed under seal four slides of
4  its opening statement slide deck, Slides 13-15 and Slide 21.

5  Pretrial Order ("PTO") No. 94 requires the parties to submit opening statement slide decks
6  by February 28.  The Court asked Monsanto to take down Slide 13 during its opening statement,
7  *see* 2/25/19 Trial Tr. at 380:19-22, and in an abundance of caution, Monsanto also seeks to file
8  Slides 14-15 and 21 under seal, all of which include personal identifying information (in the
9  background images on the slides but not in the callouts) that the Court stated at the February 13,
10 2019 hearing could be kept under seal.  *See* 2/13/19 Hr'g Tr. at 222:8-14.

11 Accordingly, Monsanto has redacted these from its slide deck and will file a redacted
12 version of the slide deck in its public notice of filing.  Monsanto has informed Mr. Hardeman's
13 counsel of this motion and counsel does not object.

14 Monsanto respectfully requests that the Court grant its Administrative Motion to File
15 Under Seal.  To the extent the Court determines that the redactions of plaintiff's medical
16 information exceed the scope of the Court's February 13 sealing ruling, Monsanto requests that
17 plaintiff be afforded an opportunity to provide any required further support for sealing.

DATED: February 28, 2019                    Respectfully submitted,

/s/ Eric G. Lasker

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY

3

MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
OPENING STATEMENT SLIDE DECK
3:16-cv-0525-VC; 3:16-md-02741-VC