**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) Case No. 3:16-md-02741-VC ) |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*,<br>3:16-cv-0525-VC | ) **DECLARATION OF ERIC G. LASKER**<br>) **IN SUPPORT OF MONSANTO**<br>) **COMPANY'S ADMINISTRATIVE**<br>) **MOTION TO FILE UNDER SEAL**<br>) **OPENING STATEMENT SLIDE DECK**<br>)<br>)<br>) |

I, Eric G. Lasker, declare and state as follows:

1.  I am an attorney duly admitted to practice before this Court. I am a partner with Hollingsworth LLP, attorneys of record for Monsanto Company ("Monsanto"). I submit this Declaration in support of Monsanto's Administrative Motion to File Under Seal Its Opening Statement Slide Deck pursuant to Pretrial Order 94.

2.  Pretrial Order 94 requires the parties to submit opening statement slide decks by February 28, 2019. The Court asked Monsanto to take down Slide 13 during its opening statement, *see* 2/25/19 Trial Tr. at 380:19-22, and in an abundance of caution, Monsanto also seeks to file Slides 14-15 and 21 under seal, all of which include personal identifying information (in the background images on the slides but not in the callouts) that the Court stated at the February 13, 2019 hearing could be kept under seal. *See* 2/13/19 Hr'g Tr. at 222:8-14.

3.  Monsanto has informed Mr. Hardeman's counsel of this motion and counsel does not object. Monsanto's redactions are intended to comply with the Court's February 13 ruling and afford plaintiff an opportunity to seek further protection to the extent that the Court's February 13 ruling is deemed not to apply to the redacted material.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 28, 2019

Respectfully submitted,

/s/ Eric G. Lasker

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)

2

ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY

3

DECLARATION OF ERIC G. LASKER ISO MOTION TO FILE UNDER SEAL
OPENING STATEMENT SLIDE DECK
3:16-cv-0525-VC; 3:16-md-02741-VC