UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br>*Hardeman v. Monsanto Co., et al.*,<br>3:16-cv-0525-VC | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPENING STATEMENT SLIDE DECK** |

Upon consideration of Monsanto Company's Administrative Motion to File Under Seal Its Opening Statement Slide Deck, IT IS HEREBY ORDERED THAT the motion is GRANTED; and it is hereby FURTHER ORDERED that the following portions of the slide deck shall be maintained under seal until further order of the Court:

| **Exhibit/Document Description** | **Portions to Remain Redacted** | **Order** |
|---|---|---|
| Slide 13 | Entire Slide | |
| Slide 14 | Entire Slide | |
| Slide 15 | Entire Slide | |
| Slide 21 | Entire Slide | |

Date: _____, 2019      _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT COURT