# EXHIBIT 1

# What Plaintiff Has To Prove

# Did Roundup cause Mr. Hardeman's cancer?

# What Is Not In Dispute

- ▶ **NHL is a common cancer**

- ▶ **Cause is unknown for vast majority of NHL**

- ▶ **Most NHL patients never used Roundup**

- ▶ **There is no test to determine if Roundup caused a person's NHL**

# What is Non-Hodgkin's Lymphoma?





▷ **Cancer of the immune system**

▷ **70,000+ new cases per year**

▷ **60+ types of NHL**

▷ **DLBCL is most common type**

3

# Doctors Who Will Discuss Mr. Hardeman

## Plaintiff's Experts



**Dr. Dennis Weisenburger**
Pathology Expert



**Dr. Chadi Nabhan**
Oncology Expert

## Mr. Hardeman's Doctors



**Dr. Jeffrey Ye**
Oncologist



**Dr. Roger Turk**
General Practitioner



**Dr. Richard Turley**
Otolaryngologist

## Monsanto's Experts



**Dr. Alexandra Levine**
Oncology and Hematology Expert



**Dr. Daniel Arber**
Pathology Expert

# Who Tells Patients Roundup Causes Cancer?



# Mr. Edwin Hardeman



**Edwin Hardeman**

▷ **Age:** 70 years old

▷ **Diagnosis:** non-Hodgkin's lymphoma in 2015 (66 years old)

▷ **Risk factors:** hepatitis C, hepatitis B, age, weight/BMI

▷ **Today:** in remission for nearly 4 years

# Mr. Hardeman's NHL



**Edwin Hardeman**

▶ **His doctors don't say Roundup causes cancer**

▶ **His doctors don't say Roundup caused his cancer**

▶ **His medical records don't say Roundup**

7

# Dr. Ye: Mr. Hardeman's Oncologist



**Dr. Jeffrey Ye**
Mr. Hardeman's
Oncologist

  

▶ **Oncologist & hematologist**

▶ **Educated & trained at NYU School of Medicine**

▶ **Fellowship at National Institutes of Health**

▶ **Treats 50+ cancer patients a week**

▶ **Still treats Mr. Hardeman**

# Dr. Ye On Determining Cause



**Dr. Jeffrey Ye**
Mr. Hardeman's
Oncologist

Q. And as part of your care and treatment of your patients, **if you could determine the cause of their cancer, you would want to do so**, right?

A. **Yes**.

# Dr. Ye on Determining Roundup Exposure

October 30, 2018



**Dr. Jeffrey Ye**
Mr. Hardeman's
Oncologist

Q. And you've **never determined** -- tried to determine **whether any of them were exposed to glyphosate**, correct?

A. **No, I don't**.

# Dr. Ye on Mr. Hardeman's Medical Records

**October 30, 2018**



**Dr. Jeffrey Ye**
Mr. Hardeman's
Oncologist

Q. Now, we looked at a -- a number of medical records regarding your care and treatment of Mr. Hardeman. And we can agree that **nowhere did you ever write down glyphosate or Roundup in his medical records**, correct?

A. **I don't believe I would have**.

# What is Hepatitis C?



▷ **Viral infection**

▷ Can lead to liver **cirrhosis**

▷ Can cause **genetic mutations**

▷ <u>Known cause of NHL</u>

# Hepatitis C Caused His Cirrhosis



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. Is it your opinion that the cirrhosis of his liver was a result of his hep C infection?

A. **Yes**.

# Mr. Hardeman's Hepatitis C



Ex. 1023

# Plaintiff's Experts:
# Hepatitis C Is A Risk Factor



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert

Q.  You agree that **hepatitis C is a risk factor** for non-Hodgkin's lymphoma; correct?

A.  **Yes**.

Q.  And it's also a risk factor for **diffuse large B-cell lymphoma**; correct?

A.  **Yes**.

Q.  Do you agree that **hepatitis C is a risk factor** for non-Hodgkin lymphoma?

A.  **I do**.

Q.  Do you agree that **hepatitis C can cause non-Hodgkin lymphoma** in some individuals?

A.  **I do**.

18

# Plaintiff's Experts:
## Hepatitis C Causes Mutations



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert

Q. You can't rule out the fact that **the chronic HCV infection** that he had for 25 to 40 years caused **mutations** in Mr. Hardeman; right?

A. **I can't rule that out**.

Q. You agree that regardless of the exact mechanism, **hepatitis C can cause genetic mutations** that become **cancerous**; correct?

A. **Yes**, it can.

# Mr. Hardeman's NHL Risk Factors



**Edwin Hardeman**

# Plaintiff's Expert:
# Hepatitis B Doubles Risk of NHL



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. You agree that **hepatitis B infection is also a risk factor for non-Hodgkin's lymphoma?**

A. **Yes**.

Q. And in your report, you note that the **hepatitis B virus increases the risk of non-Hodgkin's lymphoma by approximately twofold;** right?

A. **Right**.

# Mr. Hardeman's NHL Risk Factors



# Plaintiff's Experts:
## Age and Weight Are Risk Factors



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q.   And if we focus specifically on **non-Hodgkin lymphoma, a person's risk** of developing that condition, that **increases as they age**; correct?

A.   **Correct**.

A.   I don't really think he was obese. **He was overweight**.  But even **people who are overweight have an increased risk for NHL** and they have an **increased risk for large B-cell lymphoma**.

# Mr. Hardeman's NHL Risk Factors



# Who Monsanto Will Bring



**Dr. Alexandra Levine**
Oncologist / Hematologist



**Dr. Daniel Arber**
Pathologist



▶ **Chief Medical Officer** at City of Hope for 9 years

▶ **Chair of USC** Division of Hematology for 15 years

▶ **Published over 325** peer-reviewed articles

▶ **Active practice** treating **NHL** patients





▶ **Professor and Chair of Pathology**

▶ **Authored over 300** publications

▶ Chicago Magazine **Top Doctor** 2018

▶ **Stanford Medicine Teaching Excellence Award**

# Mr. Hardeman's Roundup Use



**Edwin Hardeman**



▶ **Used Roundup at home**

▶ **Mixed concentrate with water before spraying**

▶ **Mostly spot sprayed**

▶ **Stopped using Roundup in 2011 or 2012 before he developed cancer**

# What Does Roundup Do?



- Targets **specific enzyme** essential **to plant growth**

- **Does not enter** groundwater

- **Does not stay** in soil

# Glyphosate Has Been Studied For Decades



**40+** Years On Market

**800+** Scientific Studies

**70,000+** People Studied

# Plaintiff's Expert: Human Data Is Preferred



**Dr. Christopher Portier**
Plaintiff Biostatistics Expert



In the evaluation of human health risks, sound **human data, whenever available, are preferred to animal data.** Animal and in vitro studies provide support and are used mainly to supply evidence missing from human studies.

# What Plaintiff Focuses On



# Why Adjusting For Other Pesticides Is Important

| Study | | Adjusted |
|---|---|---|
| McDuffie (2001) | |  |
| Hardell (2002) | **Adjust For Pesticides** | No Increased Risk for NHL |
| De Roos (2003) | | No Increased Risk for NHL (most adjusted) |
| Eriksson (2008) | | No Increased Risk for NHL |

# What Plaintiff Dismisses



# The Agricultural Health Study









# AHS Continues To Be Updated



# Agricultural Health Study

  

▶ Supported by <u>National Cancer Institute</u>

▶ **Goal**: "Identify and quantify **cancer risks** among men and women as well as whites and minorities associated with **direct exposure to pesticides** and to other agricultural agents."

▶ **No funding** from Monsanto or industry

# What Did AHS Look At?

 

- **Two detailed questionnaires**
  - which pesticides?
  - how many years/days?
  - how sprayed?
  - protective gear?
- Followed participants **since the mid-1990s**
- Collected data from **state cancer registries**

# Who Were The AHS Participants?





- ▶ Used pesticides **on farms**, **at work**, and **around the home**

- ▶ Average pesticide use at enrollment: **15+ years**

- ▶ Sprayed in **many different ways**

- ▶ **Nearly 45,000 used glyphosate**

# Agricultural Health Study

**40+ Years of Data**







250+
Published
Studies

# Plaintiff's Expert Respects National Cancer Institute



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q.  Do you **respect the National Cancer Institute**?

A.  Yes.

Q.  You believe that it's an **elite institute** in order to try and **address cancer**?

A.  Yes.

Case 3:16-md-02741-VC   Document 2862-3   Filed 02/28/19   Page 42 of 56



**Dr. Beate Ritz**
Plaintiff Epidemiology
Expert

"I think it's a **beautiful study**. **I really admire my colleagues for doing it**. And I think there's a very big amount of useful data that they produced. And, you know, **I congratulate them to this wonderful study**."

2005


Environmental Health Perspectives

Research | Article

**Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study**

Annaclaire J. De Roos,[1] Aaron Blair,[2] Jennifer A. Rusiecki,[2] Jane A. Hoppin,[3] Megan Svec,[1] Mustafa Dosemeci,[2] Dale P. Sandler,[3] and Michael C. Alavanja[2]

[1]Program in Epidemiology, Fred Hutchinson Cancer Research Center and the Department of Epidemiology, University of Washington, Seattle, Washington, USA; [2]Division of Cancer Epidemiology and Genetics, National Cancer Institute, National Institutes of Health, Department of Health and Human Services, Bethesda, Maryland, USA; [3]Epidemiology Program, National Institute of Environmental Health Sciences, National Institutes of Health, Department of Health and Human Services, Research Triangle Park, North Carolina, USA

There was **no association** between **glyphosate exposure and all cancer incidence** or most of the specific cancer subtypes we evaluated, **including NHL**, whether the exposure metric was ever used, cumulative exposure days, or intensity-weighted cumulative exposure days.

# AHS 2018: Same Conclusion



JOURNAL of the
NATIONAL CANCER INSTITUTE

ARTICLE

Glyphosate Use and Cancer Incidence in the
Agricultural Health Study

TRIAL EXHIBIT 1032

**No association** was apparent between glyphosate and any solid tumors or lymphoid malignancies overall, **including NHL and its subtypes**.

# NHL Rates



0.98%
NHL

# Glyphosate Use Increased, NHL Did Not



# Government Scientists Studied And Approved Roundup For Over 40 Years



- ▶ First **approved in 1975**

- ▶ Re-affirmed **before IARC**

- ▶ Re-affirmed **multiple times after IARC**

# Do Cancer Doctors...





**Dr. Chadi Nabhan**
Plaintiff Oncology Expert

Q. You **never told residents or fellows** that you thought glyphosate or Roundup caused non-Hodgkin lymphoma; correct?

A. **Correct**.

Q. You have **never told a fellow oncologist or pathologist** that he or she should – that you believe glyphosate or **Roundup is a cause a general cause of lymphoma**, correct?

A. I have never said that, **no**.

# Plaintiff's Expert: Outside The Courtroom



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. You have never gone to any oncologist at City of Hope and told him or her that you think he should **assess his or her patients' Roundup or glyphosate exposure** in trying to treat NHL, correct?

A. **I have not**.

# Plaintiff's Experts: Outside The Courtroom



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert

Q.    You've **never told a patient** that his or her non-Hodgkin lymphoma was caused by Roundup or glyphosate; correct?

A.    **I did not**.



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q.    You've **never written a note in a pathology report for a patient** that suggested that Roundup caused the patient's non-Hodgkin's lymphoma; correct?

A.    **Correct**.

# Plaintiff's Experts: Outside The Courtroom



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

 **YES**   **NO**

 **Told patients?** ☐   

 **Told colleagues?** ☐   

 **Taught medical students?** ☐   

 **Presented at conferences?** ☐   

# Did Roundup cause Mr. Hardeman's cancer?

# Glyphosate Does Not Increase NHL Rates



# Plaintiff's Experts:
# Same NHL Without Roundup Exposure



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert

Q. Do you agree that a patient with the same medical history as Mr. Hardeman but with **no exposure to Roundup could still have been diagnosed with non-Hodgkin's lymphoma?**

A. **Yes**.

Q. And it's certainly **possible** for individuals to **develop** the diffuse large B-cell **cancer that  Mr. Hardeman developed without being exposed to Roundup;** correct?

A. **Yes**.

# Does Roundup Matter to Dr. Ye?



**Dr. Jeffrey Ye**
Mr. Hardeman's
Oncologist

▷ Would **determine cause if possible**

▷ **Does not ask patients** about Roundup use

▷ **Never told a patient** Roundup caused his or her cancer

▷ **Did not tell Mr. Hardeman** Roundup caused his cancer

55