**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | **MONSANTO COMPANY'S NOTICE OF FILING IN RESPONSE TO PTO 94** |

Please take notice that Monsanto Company ("Monsanto") hereby submits as **Exhibit 1**, per the Court's Pretrial Order No. 94, a redacted version of its opening statement slide deck. Monsanto has filed an accompanying administrative motion to seal explaining the rationale for redactions on Slide 13, Slides 14-15, and Slide 21.

- 1 -

1
2  DATED: February 28, 2019           /s/ *Eric G. Lasker*

3                                     Brian L. Stekloff (*pro hac vice*)
                                      (bstekloff@wilkinsonwalsh.com)
4                                     Rakesh Kilaru (*pro hac vice*)
                                      (rkilaru@wilkinsonwalsh.com)
5                                     WILKINSON WALSH + ESKOVITZ LLP
                                      2001 M St. NW
6                                     10th Floor
                                      Washington, DC 20036
7                                     Tel:     202-847-4030
8                                     Fax:     202-847-4005

9                                     Pamela Yates (CA Bar No. 137440)
                                      (Pamela.Yates@arnoldporter.com)
10                                    ARNOLD & PORTER KAYE SCHOLER
                                      777 South Figueroa St., 44th Floor
11                                    Los Angeles, CA 90017
                                      Tel: 213-243-4178
12                                    Fax: 213-243-4199
13
                                      Eric G. Lasker (*pro hac vice*)
14                                    (elasker@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP
15                                    1350 I St. NW
16                                    Washington, DC 20005
                                      Tel: 202-898-5843
17                                    Fax: 202-682-1639

18                                    Michael X. Imbroscio (*pro hac vice*)
                                      (mimbroscio@cov.com)
19                                    COVINGTON & BURLING LLP
20                                    One City Center
                                      850 10th St. NW
21                                    Washington, DC 20001
                                      Tel: 202-662-6000
22
                                      *Attorneys for Defendant*
23                                    *MONSANTO COMPANY*

24
25
26
27
28

- 2 -
MONSANTO COMPANY'S NOTICE OF FILING IN RESPONSE TO PTO 94
3:16-cv-0525-VC & 3:16-md-02741-VC