# EXHIBIT 1

# What Plaintiff Has To Prove

## Did Roundup cause Mr. Hardeman's cancer?

# What Is Not in Dispute

▶ **NHL is a common cancer**

▶ **Cause is unknown for vast majority of NHL**

▶ **Most NHL patients never used Roundup**

▶ **There is no test to determine if Roundup caused a person's NHL**

# What is Non-Hodgkin's Lymphoma?





▶ **Cancer of the <u>immune system</u>**

▶ **<u>70,000+</u> new cases per year**

▶ **<u>60+ types</u> of NHL**

▶ **<u>DLBCL</u> is most common type**

3

# Doctors Who Will Discuss Mr. Hardeman

## Plaintiff's Experts



**Dr. Dennis Weisenburger**
Pathology Expert



**Dr. Chadi Nabhan**
Oncology Expert

## Mr. Hardeman's Doctors



**Dr. Jeffrey Ye**
Oncologist



**Dr. Roger Turk**
General Practitioner



**Dr. Richard Turley**
Otolaryngologist

## Monsanto's Experts



**Dr. Alexandra Levine**
Oncology and
Hematology Expert



**Dr. Daniel Arber**
Pathology Expert

# Who Tells Patients Roundup Causes Cancer?



# Mr. Edwin Hardeman



**Edwin Hardeman**

▶ **Age:** 70 years old

▶ **Diagnosis:** non-Hodgkin's lymphoma in 2015 (66 years old)

▶ **Risk factors:** hepatitis C, hepatitis B, age, weight/BMI

▶ **Today:** in remission for nearly 4 years

6

# Mr. Hardeman's NHL



**Edwin Hardeman**

> **His doctors don't say Roundup causes cancer**

> **His doctors don't say Roundup caused his cancer**

> **His medical records don't say Roundup**

7

# Dr. Ye: Mr. Hardeman's Oncologist



**Dr. Jeffrey Ye**
Mr. Hardeman's
Oncologist

  

▶ **Oncologist & hematologist**

▶ **Educated & trained at NYU School of Medicine**

▶ **Fellowship at National Institutes of Health**

▶ **Treats 50+ cancer patients a week**

▶ <u>**Still treats Mr. Hardeman**</u>

# Dr. Ye On Determining Cause

**October 30, 2018**



**Dr. Jeffrey Ye**
Mr. Hardeman's
Oncologist

Q. And as part of your care and treatment of your patients, **if you could determine the cause of their cancer, you would want to do so**, right?

A. **Yes**.

# Dr. Ye on Determining Roundup Exposure

October 30, 2018



**Dr. Jeffrey Ye**
Mr. Hardeman's
Oncologist

Q. And you've **never determined** -- tried to determine **whether any of them were exposed to glyphosate**, correct?

A. **No, I don't**.

# Dr. Ye on Mr. Hardeman's Medical Records



**Dr. Jeffrey Ye**
Mr. Hardeman's
Oncologist

Q.  Now, we looked at a -- a number of medical records regarding your care and treatment of Mr. Hardeman. And we can agree that **nowhere did you ever write down glyphosate or Roundup in his medical records**, correct?

A.  **I don't believe I would have**.

# What is Hepatitis C?



▷ **Viral infection**

▷ Can lead to liver **cirrhosis**

▷ Can cause **genetic mutations**

▷ <u>**Known cause of NHL**</u>

# Hepatitis C Caused His Cirrhosis



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. Is it your opinion that the cirrhosis of his liver was a result of his hep C infection?

A. **Yes**.

# Mr. Hardeman's Hepatitis C



# Plaintiff's Experts:
# Hepatitis C Is A Risk Factor



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert

Q. You agree that **hepatitis C is a risk factor** for non-Hodgkin's lymphoma; correct?

A. **Yes**.

Q. And it's also a risk factor for **diffuse large B-cell lymphoma**; correct?

A. **Yes**.

Q. Do you agree that **hepatitis C is a risk factor** for non-Hodgkin lymphoma?

A. **I do**.

Q. Do you agree that **hepatitis C can cause non-Hodgkin lymphoma** in some individuals?

A. **I do**.

# Plaintiff's Experts:
# Hepatitis C Causes Mutations



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert

Q. You can't rule out the fact that **the chronic HCV infection** that he had for 25 to 40 years caused **mutations** in Mr. Hardeman; right?

A. **I can't rule that out**.

Q. You agree that regardless of the exact mechanism, **hepatitis C can cause genetic mutations** that become **cancerous**; correct?

A. **Yes**, it can.

# Mr. Hardeman's NHL Risk Factors



Edwin Hardeman

YES NO

Hepatitis C ✓ ☐

Hepatitis B ☐ ☐

Over Age 60 ☐ ☐

Weight / BMI ☐ ☐

# Plaintiff's Expert:
# Hepatitis B Doubles Risk of NHL



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. You agree that **hepatitis B infection is also a risk factor for non-Hodgkin's lymphoma?**

A. **Yes**.

Q. And in your report, you note that the **hepatitis B virus increases the risk of non-Hodgkin's lymphoma by approximately twofold;** right?

A. **Right**.

# Mr. Hardeman's NHL Risk Factors



# Plaintiff's Experts:
## Age and Weight Are Risk Factors



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q.     And if we focus specifically on **non-Hodgkin lymphoma, a person's risk** of developing that condition, that **increases as they age**; correct?

A.     **Correct**.

A.     I don't really think he was obese. **He was overweight**. But even **people who are overweight have an increased risk for NHL** and they have an **increased risk for large B-cell lymphoma**.

# Mr. Hardeman's NHL Risk Factors



# Who Monsanto Will Bring



**Dr. Alexandra Levine**
Oncologist / Hematologist



**Dr. Daniel Arber**
Pathologist



▶ **Chief Medical Officer** at City of Hope for 9 years

▶ **Chair of USC** Division of Hematology for 15 years

▶ **Published over 325** peer-reviewed articles

▶ **Active practice** treating **NHL** patients





▶ **Professor and Chair of Pathology**

▶ **Authored over 300** publications

▶ **Chicago Magazine Top Doctor** 2018

▶ **Stanford Medicine Teaching Excellence Award**

26

# Mr. Hardeman's Roundup Use



**Edwin Hardeman**



▶ **Used Roundup at home**

▶ **Mixed concentrate with water before spraying**

▶ **Mostly spot sprayed**

▶ **Stopped using Roundup in 2011 or 2012 before he developed cancer**

# What Does Roundup Do?



- Targets **specific enzyme** essential **to plant growth**

- **Does not enter** groundwater

- **Does not stay** in soil

# Glyphosate Has Been Studied For Decades



**40+** **Years On Market**

**800+** **Scientific Studies**

**70,000+** **People Studied**

# Plaintiff's Expert: Human Data Is Preferred

**2009**



**Dr. Christopher Portier**
Plaintiff Biostatistics Expert



In the evaluation of human health risks, sound **human data, whenever available, are preferred to animal data.** Animal and in vitro studies provide support and are used mainly to supply evidence missing from human studies.

# What Plaintiff Focuses On



# Why Adjusting For Other Pesticides Is Important

| Study | Adjusted |
|-------|----------|
| McDuffie (2001) |  |
| Hardell (2002) | No Increased Risk for NHL |
| De Roos (2003) | No Increased Risk for NHL (most adjusted) |
| Eriksson (2008) | No Increased Risk for NHL |

**Adjust For Pesticides**

# What Plaintiff Dismisses



# The Agricultural Health Study



    

# AHS Continues To Be Updated



Home > News & Findings > Study Updates

## Study Updates

The AHS Study Update provides participants, scientific collaborators, partners, and others with an overview of study activities and findings.



### 2018 Study Update

25th Anniversary Edition - who is the AHS research team, the past 25 years, key findings from the study, and looking to the future.

View 2018 Updates



### 2017 Study Update

Rheumatoid Arthritis, allergies linked to a lower risk of NHL, a possible link between pesticide use and thyroid disease, and information about ongoing studies and a new study.

View 2017 Updates

# Agricultural Health Study

  

▶ Supported by <u>National Cancer Institute</u>

▶ **Goal**: "Identify and quantify **cancer risks** among men and women as well as whites and minorities associated with **direct exposure to pesticides** and to other agricultural agents."

▶ **No funding** from Monsanto or industry

# What Did AHS Look At?

 

- ▸ **Two detailed questionnaires**
  - • which pesticides?
  - • how many years/days?
  - • how sprayed?
  - • protective gear?

- ▸ Followed participants **since the mid-1990s**

- ▸ Collected data from **state cancer registries**

# Who Were The AHS Participants?




- ▶ Used pesticides **on farms**, **at work**, and **around the home**

- ▶ Average pesticide use at enrollment: **15+ years**

- ▶ Sprayed in **many different ways**

- ▶ **Nearly 45,000 used glyphosate**

# Agricultural Health Study

**40+ Years of Data**







# 250+
## Published Studies

Ex. 1015

# Plaintiff's Expert Respects National Cancer Institute



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q.  Do you **respect the National Cancer Institute**?

A.  Yes.

Q.  You believe that it's an **elite institute** in order to try and **address cancer**?

A.  Yes.

# Plaintiff's Expert: AHS a "Beautiful Study"



**Dr. Beate Ritz**
Plaintiff Epidemiology
Expert

"I think it's a **beautiful study**. **I really admire my colleagues for doing it**. And I think there's a very big amount of useful data that they produced. And, you know, **I congratulate them to this wonderful study**."

2005


Environmental Health Perspectives

Research | Article

Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study

*Annelaire J. De Roos,[1] Aaron Blair,[2] Jennifer A. Rusiecki,[2] Jane A. Hoppin,[3] Megan Svec,[1] Mustafa Dosemeci,[2] Dale P. Sandler,[3] and Michael C. Alavanja[2]*

[1]Program in Epidemiology, Fred Hutchinson Cancer Research Center and the Department of Epidemiology, University of Washington, Seattle, Washington, USA; [2]Division of Cancer Epidemiology and Genetics, National Cancer Institute, National Institutes of Health, Department of Health and Human Services, Bethesda, Maryland, USA; [3]Epidemiology Program, National Institute of Environmental Health Sciences, National Institutes of Health, Department of Health and Human Services, Research Triangle Park, North Carolina, USA

There was **no association** between **glyphosate exposure and all cancer incidence** or most of the specific cancer subtypes we evaluated, **including NHL**, whether the exposure metric was ever used, cumulative exposure days, or intensity-weighted cumulative exposure days.



**No association** **was apparent between glyphosate** and any solid tumors or lymphoid malignancies overall, **including NHL and its subtypes**.

# NHL Rates



0.98%
NHL

# Glyphosate Use Increased, NHL Did Not



# Government Scientists Studied And Approved Roundup For Over 40 Years



▶ First **approved in 1975**

▶ Re-affirmed **before IARC**

▶ Re-affirmed **multiple times after IARC**

# Do Cancer Doctors...



Case 3:16-md-02741-VC Document 2863-1 Filed 02/28/19 Page 49 of 56



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert

Q. You **never told residents or fellows** that you thought glyphosate or Roundup caused non-Hodgkin lymphoma; correct?

A. **Correct**.

Q. You have **never told a fellow oncologist or pathologist** that he or she should – that you believe glyphosate or **Roundup is a cause a general cause of lymphoma**, correct?

A. I have never said that, **no**.



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q.   You have never gone to any oncologist at City of Hope and told him or her that you think he should **assess his or her patients' Roundup or glyphosate exposure** in trying to treat NHL, correct?

A.   **I have not**.

# Plaintiff's Experts: Outside The Courtroom



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert

Q.    You've **never told a patient** that his or her non-Hodgkin lymphoma was caused by Roundup or glyphosate; correct?

A.    **I did not**.



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q.    You've **never written a note in a pathology report for a patient** that suggested that Roundup caused the patient's non-Hodgkin's lymphoma; correct?

A.    **Correct**.

# Plaintiff's Experts: Outside The Courtroom



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

 YES        NO

 **Told patients?**            

 **Told colleagues?**            

 **Taught medical students?**            

 **Presented at conferences?**            

51

# What Plaintiff Has To Prove

# Did Roundup cause Mr. Hardeman's cancer?

# Glyphosate Does Not Increase NHL Rates



# Plaintiff's Experts:
## Same NHL Without Roundup Exposure



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert



**Dr. Chadi Nabhan**
Plaintiff Oncology Expert

Q. Do you agree that a patient with the same medical history as Mr. Hardeman but with **no exposure to Roundup could still have been diagnosed with non-Hodgkin's lymphoma?**

A. **Yes**.

Q. And it's certainly **possible** for individuals to **develop** the diffuse large B-cell **cancer that Mr. Hardeman developed without being exposed to Roundup;** correct?

A. **Yes**.

# Does Roundup Matter to Dr. Ye?



**Dr. Jeffrey Ye**
Mr. Hardeman's
Oncologist

▶ Would **determine cause if possible**

▶ **Does not ask patients** about Roundup use

▶ **Never told a patient** Roundup caused his or her cancer

▶ **Did not tell Mr. Hardeman** Roundup caused his cancer