1

2

3   **ANDRUS WAGSTAFF, PC**
    Aimee H. Wagstaff (SBN 278480)
4   Aimee.wagstaff@andruswagstaff.com
    David J. Wool (SBN 324124)
5   David.Wool@andruswagstaff.com
6   7171 W. Alaska Drive
    Lakewood, CO  80226
7   Telephone: 303-376-6360

8   **MOORE LAW GROUP, PLLC**
9   Jennifer A. Moore (SBN 206779)
    jennifer@moorelawgroup.com
10  401 W. Main St. Suite 1810
    Louisville, KY  40208
11  Telephone: 502-657-7111

12  *Co-counsel for Plaintiff*

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16                                            )
17  IN RE: ROUNDUP PRODUCTS                   )   MDL No. 2741
    LIABILITY LITIGATION                      )
18                                            )   Case No. 3:16-md-02741-VC
    _____          )
19                                            )
    This document relates to:                 )   **AMENDED DEPOSITION**
20                                            )   **DESIGNATIONS FOR WILLIAM**
    *Hardeman v. Monsanto Co., et al.,*       )   **REEVES**
21  3:16-cv-0525-VC                           )
                                              )
22                                            )
                                              )
23  _____          )

24          Plaintiff submits the following amended deposition designations in page:line format,

25  including all objections, responses, counter-designations, and counter-counter designations for

26  the following witnesses whom the parties anticipate will testify in Phase 1: William Reeves

27  (January 2019 transcript), attached as Ex. 1

28

Plaintiff reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations.  Without waiving any objections, Monsanto also reserves the right to introduce into evidence any deposition testimony designated by Plaintiffs.  In addition, Monsanto reserves the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

Dated: February 28, 2019

**ANDRUS WAGSTAFF, PC**

By:   <u>/s/ Aimee H. Wagstaff</u>
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstaff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
401 W. Main St. Suite 1810
Louisville, KY  40208
Telephone: 502-657-7111

*Co-counsel for Plaintiff*

AMENDED DEPOSITION DESIGNATIONS FOR CERTAIN PHASE 1 WITNESSES
3:16-md-02741-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 28th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff

AMENDED DEPOSITION DESIGNATIONS FOR CERTAIN PHASE 1 WITNESSES
3:16-md-02741-VC