# Exhibit 1

**Plaintiffs' Affirmative Designations**

| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Objection Cite | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|
| **Reeves 01/23/2019** | | | | | | | | |
| 10:11-21 | | | | | | | | |
| 12:12-20 | | | | | | | | |
| 15:20-16:2 | | | | | | | | |
| 16:8-16 | | | | | | | | |
| 21:12-17 | | Irrelevant to phase 1 | | | Relevant to foundation, background. | | | |
| 22:4-12 | | Irrelevant to phase 1 Irrelevant | | | Relevant to foundation, background. | | | |
| 23:2-20 | 2 | Irrelevant to phase 1 Attorney testifying | 23:2-20 23:2-9 | | attorney is not testifying, he is explaining to the witness what he is doing. | | | |
| 23:24-24:21 | | Irrelevant to phase 1 Attorney testifying | | | Directly relevant to phase 1 with respect to "whether or not Roundup causes cancer," "causation" and ensuing discussion. | | | |
| 25:16-23 | | Irrelevant to phase 1 Attorney testifying | | | relevant to causation and phase 1. | | | |
| 33:15-20 | | Irrelevant to phase 1 | | | relevant to toxicology background | | | |
| 35:3-8 | | Irrelevant to phase 1 | | | Relevant to foundation, background as it directly discusses the types of studies performed and excluded by Defendant; | | | |
| 43:14-44:8 | 8 | Irrelevant to phase 1 Cumulative | | | Hardell and Eriksson relevant to epidemiology. Monsanto's view of epidemiology is relevant | | | |
| 101:15-18 | | Irrelevant to phase 1 | | | relevant to epidemiology, relevant to counter Monsanto's reliance upon Dr. Ye's testimony that there was no known cause of Mr. Hardeman's NHL | | | |
| 101:21-102:5 | | Irrelevant to phase 1 Excluded pursuant to PTO 81 | | | Monsanto employee views and statements on scientific studies and evidence is relevant to phase 1 and weight jury should afford scientific evidence. | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 102:10-103:7 | | Irrelevant to phase 1<br>Calls for speculation<br>Mistates the record<br>Excluded pursuant to PTO 81 | 103:5-7<br>103:5-7 | | Monsanto employee internal discussion and thoughts pertaining to a relevant epidemiological study are relevant and being offered for non-hearsay purpose and/or hearsay exception. Monsanto opened the door through opening with evidence that Dr. Ye. Monsanto's conduct with respect is necessary to rebut failure to by Hardeman treating physicians to link his NHL to Roundup | | | |
| 104:11-19 | | Irrelevant to phase 1<br>Calls for speculation<br>Excluded pursuant to PTO 81 | | | Monsanto's employees' views of evidence relevant to phase 1. Monsanto opened door with presentation relating to Hardeman treating physicians not linking NHLto Roundup | | | |
| 104:22-105:9 | | Irrelevant to phase 1<br>Calls for speculation<br>Excluded pursuant to PTO 81 | | | Monsanto's employees' views of evidence relevant to phase 1. Monsanto opened door with presentation relating to Hardeman treating physicians not linking NHLto Roundup; offered as non-hearsay and/or exception to hearsay | | | |
| 152:9-153:1 | | Irrelevant to phase 1 | | | Relevant to epidemiology | | | |
| 153:9-154:22 | | Irrelevant to phase 1 | | | Monsanto's views of evidence relevant to phase 1. Monsanto opened door to questioning on AHS in opening | | | |
| 155:12-19 | | Irrelevant to phase 1<br>Vague | 155:17-19 | | Monsanto's views of evidence relevant to phase 1. Monsanto opened door in opening to testimony pertaining to AHS | | | |
| 155:21-156:14 | | Irrelevant to phase 1<br>Vague | 156:13-14 | | Testimony concerns Monsanto's views of evidence relevant to phase 1. Monsanto opened door in opening to testimony on AHS | | | |
| 156:16-17 | | Irrelevant to phase 1 | | | Testimony related to Monsanto's views on AHS relevant to phase 1. Monsanto opened door in opening. | | | |
| 156:24-157:5 | | Irrelevant to phase 1<br>Vague | 157:4-5 | | Monsanto's views of evidence relevant to phase 1. Monsanto opened door in opening. | | | |
| 157:8-11 | 20 | Irrelevant to phase 1<br>Exhibit cannot be used in plaintiffs' case in chief, see PTO 67<br>Cumulative | | | Monsanto's views of evidence relevant to phase 1. Monsanto opened door in opening. | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 157:16-158:14 | | Irrelevant to phase 1<br>Vague<br>Exhibit cannot be used in plaintiffs' case in chief, see PTO 67<br>Cumulative | | Conditional counter: 817:5-823:15 | Monsanto's views of evidence relevant to phase 1. Monsanto opened door in opening. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony , provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 159:11-15 | | Irrelevant to phase 1<br>Exhibit cannot be used in plaintiffs' case in chief, see PTO 67<br>Cumulative | | Conditional counter: 817:5-823:15 | Monsanto's views of evidence relevant to phase 1. Monsanto opened door in opening. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony , provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 160:14-161:22 | | Irrelevant to phase 1<br>Exhibit cannot be used in plaintiffs' case in chief, see PTO 67<br>Cumulative | | Conditional counter: 817:5-823:15 | Monsanto's views of evidence relevant to phase 1. Monsanto opened door in opening. Non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes;  PTO 67 does not preclude exhibit. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony , provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 163:13-16 | 21 | Irrelevant to phase 1 | | | Monsanto's views of evidence relevant to phase 1. | | | |
| 164:1-17 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence is relevant to phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | | |
| 164:21-167:13 | | Irrelevant to phase 1<br>Calls for speculation | 167:10-13 | | Monsanto comments, positions, and statements related to evidence is relevant to phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | | |
| 167:16-168:2 | | Irrelevant to phase 1<br>Misstates the record | 168:1-2 | | Monsanto comments, positions, and statements related to evidence is relevant to phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 168:5-12 | | Irrelevant to phase 1<br>Calls for speculation | 168:9-12 | | Monsanto comments, positions, and statements related to evidence is relevant to phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Witness testifying on behalf of Monsanto company offering testimony about an employee acting within the scope of employement | | | |
| 168:15-17 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence is relevant to phase 1; | | | |
| 215:23-216:17 | 25 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Calls for speculation<br>Prejudicial | 216:15-17 | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; No statement directly relates to IBT | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 216:19-217:12 | | Irrelevant to phase 1<br>Calls for speculation<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 218:2-12 | 27 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 218:15-220:23 | | Irrelevant to phase 1<br>Irrelevant<br>Excluded pursuant to PTO 81<br>Prejudicial | 219:8-220:1 | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 222:4-5 | 28 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 222:13-223:23 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 224:18:226:9 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 227:3-228:2 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 228:11-14 | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation<br>Excluded pursuant to PTO 81 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; does not call for speculation, information is within deponents knowledge; | | | |
| 228:17-229:10 | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation<br>Misstates the record<br>Excluded pursuant to PTO 81 | 229:7-10<br>229:7-10 | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value.; information is within deponents knowledge; accurately states the record; relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 229:13-14 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Relevant to jury's ability to assess toxicological data | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 233:3-4 | 29 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | | | |
| 233:15-234:9 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 234:16-235:10 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 235:14-23 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. | | | |
| 237:19-239:13 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation<br>Misstates the record<br>Excluded pursuant to PTO 81 | 239:12-13<br>239:12-13 | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data, information is within deponents knowledge; accurately states the record | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |

| | | | | | | |
|---|---|---|---|---|---|---|
| 239:17-240:3 | Irrelevant to phase 1<br>Prejudicial<br>Misstates the record<br>Assumes matters not in evidence<br>Excluded pursuant to PTO 81 | 239:24-240:3<br>239:24-240:3 | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value. Does not assume facts not in evidence; Proper foundation has been provided; accurately states the record. | | |
| 240:7-20 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 241:7-242:1 | Irrelevant to phase 1<br>Calls for speculation<br>Assumes facts not in evidence<br>Prejudicial<br>Excluded pursuant to PTO 81 | 241:23-242:1<br>241:23-242:1 | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; information is within deponents knowledge. | | |
| 242:4-15 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | | |
| 242:18-24 | Irrelevant to phase 1<br>Irrelevant<br>Prejudicial<br>Excluded pursuant to PTO 81 | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | |
| 243:22-244:1 | Irrelevant to phase 1<br>Argumentative<br>Vague<br>Prejudicial<br>Excluded pursuant to PTO 81 | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 244:5-8 | Irrelevant to phase 1<br>Irrelevant<br>Argumentative<br>Vague<br>Excluded pursuant to PTO 81 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 244:10-13 | | Irrelevant to phase 1<br>Irrelevant<br>Argumentative<br>Vague<br>Excluded pursuant to PTO 81 | 244:10-13<br>244:10-13 | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | | | |
| 244:16-21 | | Irrelevant to phase 1<br>Irrelevant<br>Argumentative<br>Attorney testifying | 244:18-20<br>244:18-20 | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | | | |
| 246:3-15 | 30 | Irrelevant to phase 1<br>Argumentative<br>Assumes facts not in evidence<br>Prejudicial<br>Excluded pursuant to PTO 81 | 246:13-15<br>246:13-15 | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 246:18-247:14 | | Irrelevant to phase 1<br>Irrelevant<br>Argumentative<br>Vague<br>Prejudicial<br>Excluded pursuant to PTO 81 | 247:12-14<br>247:12-14 | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | | | |
| 247:17-248:6 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 248:11-249:4 | | Irrelevant to phase 1<br>Calls for speculation<br>Prejudicial<br>Excluded pursuant to PTO 81 | 249:1-4 | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 249:7-15 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation<br>Excluded pursuant to PTO 81 | 249:11-15 | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; Question concerns Monsanto's mental state and witness is testifying on behalf of Monsanto company | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 249:18-251:4 | 31 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; factors in FRE 403 do not outweigh probative value of testimony; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 251:14-21 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 251:24-252:7 | | Irrelevant to phase 1<br>Prejudicial<br>Assumes facts not in evidence<br>Calls for speculation<br>Excluded pursuant to PTO 81 | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 252:10-253:21 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter: 784:20-786:24 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 254:20-255:4 | 32 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | | |
| 255:7-256:6 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data | | |
| 256:12-15 | | Irrelevant to phase 1 | | | Relevant to assessing weight of Knezevich & Hogan 1983 study | | |
| 257:21-258:1 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Relevant to assessing weight of Knezevich & Hogan 1983 | | |
| 258:8-259:1 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation<br>Excluded pursuant to PTO 81 | 258:24-259:1 | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; relevant to Knezevich & Hogan | | |
| 259:4-8 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; factors in FRE 403 do not outweigh probative value of testimony; | | |
| 259:22-260:2 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation<br>Excluded pursuant to PTO 81 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; any prejudice outweighed by probative value; witness is testifying on behalf of Monsanto company | | |
| 260:5-7 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation<br>Excluded pursuant to PTO 81 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Relevant to assessment of toxicological data; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; witness is testifying on behalf of Monsanto about; | | |
| 263:1-264:6 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | relevant to evaluation of toxicology | | |
| 264:9-266:14 | 33 | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation<br>Excluded pursuant to PTO 81 | 266:12-14 | | ; Relevant to assessment of toxicological data | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 266:17-20 | | Irrelevant to phase 1<br>Prejudicial<br>Calls for speculation | | | Relevant to assessment of toxicological data | | | |
| 269:11-270:3 | 34 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Relevant to assessment of toxicological data | | | |
| 270:10-274:8 | | Irrelevant to phase 1<br>Prejudicial<br>Rule of completeness<br>Excluded pursuant to PTO 81 | | Conditional counter:<br>274:6-10<br>784:20-786:24 | Relevant to assessment of toxicological data | | | |
| 275:4-19 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Relevant to assessment of toxicological data; Relevant to background on EPA approval process so jury can put EPA decision in correct context | | | |
| 283:6-16 | 36 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Relevant to toxicology | | | |
| 285:4-288:4 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter:<br>288:10-17<br>787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793 | Relevant to assessment of toxicological data; Relevant to putting EPA decisions in correct context | | | |
| 288:7-8 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter:<br>288:10-17 | Relevant to assessment of toxicological data | | | |
| 289:13-14 | 37 | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | | Relevant to assessment of toxicological data; Document/testimony provides circumstantial evidence of Roundup's carcinogenicity | | | |
| 289:20-291:17 | | Irrelevant to phase 1<br>Excluded pursuant to PTO 81<br>Prejudicial | | Conditional counter:<br>787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793 | Relevant to assessment of toxicological data; Document/testimony provides circumstantial evidence of Roundup's carcinogenicity | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 292:6-293:4 | | Irrelevant to phase 1 Excluded pursuant to PTO 81 Prejudicial | | Conditional counter: 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793 | Relevant to assessment of toxicological data; Document/testimony provides circumstantial evidence of Roundup's carcinogenicity | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| **Reeves 01/24/2019*** | | | | | | | | |
| 543:15-544:1 | | Irrelevant to phase 1 Beyond the scope of areas designated for testimony | 543:13-14 | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 544:14 | 71 | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 544:18-545:6 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 545:20-24 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 546:2-13 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 547:19-548:7 | | Irrelevant to phase 1 Vague | 548:2-5 | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 548:12 | 72 | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 548:16-549:3 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 549:6-16 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 550:3-5 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 550:10-13 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 550:24-551:12 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 551:21-552:20 | | Irrelevant to phase 1 | | Conditional counter: 552:22-553:17 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Circumstantial evidence that RU is not safe | | | |
| 553:1-3 | | Irrelevant to phase 1 | | Conditional counter: 552:22-553:17 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 553:22:24 | | Irrelevant to phase 1 | | Conditional counter: 552:22-553:17 | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Circumstantial evidence that RU is not safe | | | |
| 554:23-25 | 70 | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Circumstantial evidence that RU is not safe | | | |
| 555:5-16 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 557:17-558:1 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; | | | |
| 558:10-13 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Circumstantial evidence that RU is not safe | | | |
| 558:15-559:4 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Circumstantial evidence that RU is not safe | | | |
| 559:6-11 | | Irrelevant to phase 1 | | | Monsanto comments, positions, and statements related to evidence relevant to phase 1; Circumstantial evidence that RU is not safe | | | |

**Monsanto's Affirmatives**

| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Monsanto's Responses to Objections |
|---|---|---|---|
| 738:22-740:3 | 1 | Objection - Relevance | Relevant |
| 742:15-744:12 | 1 | Objection - relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| 744:16-750:24 | 1 | No objection | |
| 751:3-751:4 | 1 | No objection | |
| 752:16-754:14 | 1 | Objection - relevance, waste of time; see MIL 3 | Relevant and factors in 403 do not outweigh probative value of testimony; Monsanto withdraws 755:19-756:8 pursuant to PTO 81 |
| 759:16-760:16 | 1 | Objection - relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| 764:11-766:17; 766:23-768:4 | 1 | Objection - relevance, waste of time; relevance, see Plaintiff's MIL No. 3; relevance, confusion; relevance, see Plaintiff's MIL No. 3, waste of time; relevance, see Plaintiff's MIL No. 3, waste of time; calls for speculation, see Plaintiff's MIL No. 3, undue prejudice/confusion | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 |
| 769:2-10 | 1 | Objection - lacks foundation, see Plaintiff's MIL No. 3, Relevance | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 |
| 776:-7-12 | 1 | Objection - see Plaintiff's MIL No. 3, Relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| 776:15-778:10 | 1 | Objection - see Plaintiff's MIL No. 3, Relevance, waste of time; see Plaintiff's MIL No. 3, relevance, waste of time; see Plaintiff's MIL No. 3, relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| | | | |
| *At this time, Monsanto maintains the provisional confidentiality designation over all portions of these depositions. | | | |