

**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado and California*
Aimee.Wagstaff@AndrusWagstaff.com

7171 W. Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-63614
Website: www.AndrusWagstaff.com

February 28, 2019

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court,
Northern District of California

RE: PTO #94 - *Hardeman v. Monsanto*, Case No: 3:16-md-00525-VC

To the Honorable Vince Chhabria:

Pursuant to PTO No. 94, ECF 2831, attached as **Exhibit A** is a draft of Mr. Hardeman's Opening Statement slide deck. By complying with this Court's PTO No. 94, Plaintiff is not waiving any attorney work product and/or attorney-client communication privileges. Further, **Exhibit A** is not the final version of the slide deck displayed to the jury.

Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.


Enclosure: Draft Opening Statement slide deck