**<u>PTO No. 94 Production</u>**: Mr. Hardeman's draft Opening Statement slide deck.

By complying with this Court's PTO No. 94, Plaintiff is not waiving any attorney work product and/or attorney-client communication privileges.  Further, this is not the final version of the slide deck displayed to the jury.

## Overview of this case:

 

# Ed Hardeman v. Monsanto Corporation

DRAFT VERSION - NOT PUBLISHED TO
JURY

# Ed Hardeman's cancerous tumors



DRAFT VERSION - NOT PUBLISHED TO JURY

# The Whole Puzzle



DRAFT VERSION - NOT PUBLISHED TO JURY

## How the trial works:

### Phase 1

Was Mr. Hardeman's exposure to Roundup a substantial factor in causing his NHL?

### Phase 2

- What did Monsanto know, and when?

- Monsanto's conduct.

- Mr. Hardeman's damages.

- Should Monsanto be punished for its behavior?

DRAFT VERSION - NOT PUBLISHED TO JURY

## How the Phase 1 trial works:

Opening statements

Plaintiff's case

Monsanto's case

Closing arguments

DRAFT VERSION - NOT PUBLISHED TO JURY

## How the Phase 1 trial works:

Opening statements

Plaintiff's case

Monsanto's case

Closing arguments



**Decide whether Mr. Hardeman's exposure to Roundup concentrate was a substantial factor in causing his non-Hodgkin's lymphoma.**

DRAFT VERSION - NOT PUBLISHED TO JURY

# Monsanto's current & former employees





**Dr. William Reeves**

**Dr. Daniel Goldstein**

**Monsanto's designated spokespeople**







**Dr. Donna Farmer**
Lead Product Protections

**Any Live Witnesses?**

**Dr. David Saltmiras**
Toxicology Director

DRAFT — WILL NOT BE PRESENTED TO JURY

## Opening Statement Roadmap Phase 1:

1. What is Roundup?

2. Can Roundup cause cancer?

3. Was Roundup exposure a substantial factor in causing Mr. Hardeman's cancer?

DRAFT VERSION - NOT PUBLISHED TO JURY

## Opening Statement Roadmap Phase 1:

1.  What is Roundup?

2.  Can Roundup cause cancer?

3.  Was Roundup exposure a substantial factor in causing Mr. Hardeman's cancer?

DRAFT VERSION - NOT PUBLISHED TO
JURY

## 1.  What is Roundup?

 

DRAFT VERSION - NOT PUBLISHED TO JURY

## 1. What is Roundup?

# Glyphosate

 

DRAFT VERSION - NOT PUBLISHED TO JURY

## 1.  What is Roundup?

# Surfactant

ACTIVE INGREDIENT:
*Glyphosate, N-(phosphonomethyl)glycine,
  in the form of its isopropylamine salt.......................... ...........
OTHER INGREDIENTS (including surfactant): ...............
                                                                                    100.0%

## POlyEthoxylated tallow Amine (POEA)

DRAFT VERSION - NOT PUBLISHED TO JURY



# The Whole Puzzle

# The Whole Puzzle



DRAFT VERSION - NOT PUBLISHED TO JURY

## Opening Statement Roadmap Phase 1:

1. What is Roundup?

2. Can Roundup cause cancer?

3. Was Roundup exposure a substantial factor
   in causing Mr. Hardeman's cancer?

DRAFT VERSION - NOT PUBLISHED TO
JURY

2.  Can Roundup cause cancer?

# Three Pillars of Cancer Science

Epidemiology studies

Animal studies

Cell data studies

DRAFT VERSION - NOT PUBLISHED TO JURY

# Plaintiff's Experts: Beate Ritz, MD, Ph.D.



Professor, Departments of Epidemiology, Environmental Health, School of Public Health, and Neurology, School of Medicine, UCLA at University of California Los Angeles; Chairman of Epidemiology Department 2012-2015



- President of the International Society of Environmental Epidemiology (ISEE)
- MD after 6 years of medical school in Germany (1977-1983); M.P.H. in Epidemiology (1993) from UCLA; Ph.D. in Epidemiology (1995) from UCLA
- Chair (since 2005) and Member (since 2001) of the external advisory committee for the NCI/NIEHS Agricultural Cohort Study

DRAFT VERSION - NOT PUBLISHED TO JURY

# Plaintiff's Experts: Christopher Portier, Ph.D.



Ph.D. in Biostatistics, University of North Carolina School of Public Health (1981). Thesis addressed the best way to design a two-year rodent study to assess the ability of a chemical to cause cancer.



- Former Associate Director of the National Toxicology Program (NTP)

- Former Associate Director of National Institutes of Health

- Former Director of the National Center for Environmental Health (NCEH) at the Centers for Disease Control and Prevention (CDC)

- Former Director of the Agency for Toxic Substances and Disease Registry (ATSDR)

DRAFT VERSION - NOT PUBLISHED TO JURY

# Plaintiff's Experts: Dr. Weisenburger, M.D.



**Professor and Chairman,** Department of Pathology, City of Hope Medical Center, Duarte, California



- Medical Pathologist with M.D. from University of Minnesota (1974)

- Current Notable Assignments, City of Hope Medical Center: Committee of Chairs, Medical Group Board of Directors; Cancer Center Leadership Council; Lymphoma Center Investigative Committee

- Published over 434 Peer Reviewed literature; over 613 published abstracts, and 37 book chapters

DRAFT – PRIVILEGED – DO NOT SHOW TO JURY

2.  Can Roundup cause cancer?

# Three Pillars of Cancer Science

Epidemiology studies

Animal studies

Cell data studies

DRAFT VERSION - NOT PUBLISHED TO
JURY

## 2.  Can Roundup cause cancer?

Epidemiology studies

# non-Hodgkin lymphoma (NHL):

A rare disease; a blood cancer

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?

## NHL Epidemiology studies

# NHL Epidemiology:

A method to study the risk of developing NHL in humans

DRAFT VERSION - NOT PUBLISHED TO JURY

## Human Epidemiological Studies

| Study | Type | Size | Findings | Exposed Cases |
|-------|------|------|----------|---------------|
| Swedish Case-Control Study (Hardell et al., 1999) | Population based case-control study | 404 case, 741 control (limited power) | | 4 NR |
| Cross-Canada (McDuffie et al, 2001) | Population-based case control study | 517 cases, 1506 controls | | 51 28 23 |
| Swedish Case-Control Study (Hardell et al., 2002) | Population-based case-control study | 515 cases, 1141 controls | | 8 8 |
| US Midwest (De Roos et al., 2003) | Pooled analysis 3 case-control studies | NHL: 650 cases, 1933 controls | | 36 36 |
| Swedish Case-Control Study (Eriksson et al., 2008) | Population-based case-control study | 910 cases, 1016 control | | 29 29 12 17 |
| France Case-Control (Orsi et al, 2009) | Hospital-based case-control study | 244 cases, 456 controls | | 12 |
| North American Pooled Project (Frequency, U – August 31, 2015 Sao Paulo, Brazil) (Frequency, A - June 3, 2015 Ontario, Canada) | Pooled analysis 2 case-control studies (De Roos, McDuffie) | 1690 cases, 5131 controls | | 113 |
| Agricultural Health Study (De Roos et al., 2005) | Cohort — licensed pesticide applicators | 52 395 (+32 347 spouses), 92 cases, 4-8 years follow up | | 73 |
| Agricultural Health Study Andreotti et al., 2018 | Cohort — licensed pesticide applicators | 54 251 applicators, 575 cases | | 440 |

A — adjusted for other pesticides as potential confounders

DRAFT VERSION - NOT PUBLISHED TO JURY

2. Can Roundup cause cancer?

Epidemiology studies

# DOSE RESPONSE
## The risk of getting NHL increases the more you use Roundup.

"The Dose Makes the Poison"

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?

# Epidemiology studies

## Plot Summary of NHL risk — dose response



## Epidemiology studies



# McDuffie
## Nov. 2001

Study shows
**212% increased risk**
of NHL when using Roundup
more than 2 days a year
**Dose Response**

## Epidemiology studies



# Eriksson
## July 2008

Eriksson study shows 202% increased risk of getting NHL when exposed to Roundup

Also shows 236% increased risk of NHL when used for more than 10 days a year

Dose Response

10 year after first exposure – 226% increase

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?

## Epidemiology studies

## Plot Summary of NHL risk — dose response



2.  Can Roundup cause cancer?

Epidemiology studies

# The Agricultural Health Study (AHS)

- Only cohort study following pesticide applicators in North Carolina and Iowa

- Does not show any association for general NHL

- Two Relevant  AHS Papers: **De Roos 2005 & Andreotti 2018**

DRAFT VERSION - NOT PUBLISHED TO JURY

2.  Can Roundup cause cancer?

Epidemiology studies

# The Agricultural Health Study



*Deeply flawed study – Glyphosate*

- Many pesticides being studied

- Exposure misclassification

  - Quantity over Quality

- 37% of participants disappeared

- AHS failed to detect other known carcinogens

- Finds Roundup protects from cancer

DRAFT VERSION, NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?

## Epidemiology studies

# Plot Summary of NHL risk with ever/ never



DRAFT VERSION - NOT PUBLISHED TO JURY

## Epidemiology studies



**ELECTRONIC PAPER**

Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men

A J De Roos, S H Zahm, K P Cantor, D D Weisenburger, F F Holmes, L F Burmeister, A Blair

Occup Environ Med 2003;60:e11 (http://www.occenvmed.com/cgi/content/full/60/9/e11)

# DeRoos
## March 2003

Another study shows **210% (doubling) increased risk** of getting NHL when exposed to glyphosate formulations *Controlled for 47 other pesticides*

DRAFT VERSION - NOT PUBLISHED TO JURY

## Zhang L., *et. al.*  February 5, 2019:

"Overall, in accordance with evidence from experimental animal and mechanistic studies, our current meta-analysis of human epidemiological studies suggests *a compelling link* **between exposure to GBH [glyphosate-based herbicides] and increased risk for NHL.**" (emphasis added).

- Zhang L, *et. al.*, Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Mets-Analysis and Supporting Evidence. Mutation Research-Reviews in Mutation Research (2019).

DRAFT VERSION - NOT PUBLISHED TO JURY

# The Whole Puzzle



DRAFT VERSION - NOT PUBLISHED TO JURY

# The Whole Puzzle



DRAFT VERSION - NOT PUBLISHED TO JURY

2.  Can Roundup cause cancer?

# Three Pillars of Cancer Science

Epidemiology studies

**YES**

Animal studies

Cell data studies

DRAFT VERSION - NOT PUBLISHED TO JURY

# Rodent Studies

- Humans share 95% DNA with rodents
- Humans share similar pathways for toxin eradication
- Standard model for studying cancer
- Use specially bred mice and rats
- Mouse models are commonly used to develop drugs for lymphoma treatments



CD-1 Mouse

Wistar Rat

DRAFT VERSION - NOT PUBLISHED TO JURY

# Walkthrough of Typical Rodent (Mouse) Study



CD-1 Mouse

DRAFT VERSION - NOT PUBLISHED TO JURY

Mice are placed in groups where they are treated identically.
Each group usually contains 50 males and 50 females.



DRAFT VERSION - NOT PUBLISHED TO JURY

There are <u>4</u> treatment groups = typically <u>400</u> mice



Control

Low Dose     Mid Dose     High Dose

Feed with <u>no</u> glyphosate

Feed <u>with</u> glyphosate

DRAFT VERSION - NOT PUBLISHED TO JURY

# Highest dose is usually the Maximum Tolerated Dose (MTD)



Control

Feed with <u>no</u> glyphosate

Low Dose     Mid Dose     High Dose

Maximum Tolerated Dose (MTD) = The highest dose of glyphosate that does not cause toxic effects in the mice after 90 days of exposure

DRAFT VERSION - NOT PUBLISHED TO JURY

# Doses are set as fractions of the Maximum Tolerated Dose (MTD)



| Control | Low Dose | Mid Dose | High Dose |
|---------|----------|----------|-----------|
| Feed with <u>no</u> glyphosate | 1/10 of MTD | 1/3 of MTD | MTD |

DRAFT VERSION - NOT PUBLISHED TO JURY

Mice are studied for entire lifetime = 6-weeks old to 2 years

Control

♂        ♀

Feed with
<u>no</u>
glyphosate

Low Dose

♂        ♀

1/10 of MTD

Mid Dose

♂        ♀

1/3 of MTD

High Dose

♂        ♀

MTD

At 6-weeks old, no tumors in mice

DRAFT VERSION - NOT PUBLISHED TO
JURY

Mice are studied for entire lifetime = 6-weeks old to 2 years



Control

Feed with <u>no</u> glyphosate

Low Dose

1/10 of MTD

Mid Dose

1/3 of MTD

High Dose

MTD

At 2 years, mice are examined for tumors

DRAFT VERSION - NOT PUBLISHED TO JURY



Real Example:  Malignant Lymphoma in Male CD-1 Mice *(Wood, 2009)*

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?

## Animal studies

 

## **<u>Animal Study Factors</u>**

- Significant increases in tumors
- Replication
- Dose response
- Cross-species
- Rare tumors

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?

# Animal studies



**Mice Studies – Tumor Chart**

| Knezevich & Hogan (1983) | Atkinson (1993) | Sugimoto (1997) | Wood (2009) | Kumar (2001) |
|---|---|---|---|---|
| Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas |
| Spleen composite lymphosarcoma | Hemangiosarcoma | Malignant lymphoma | Mul. malignant tumors or neoplasms | Malignant lymphoma |
| | | Hemangiosarcoma | Lung adenocarcinoma | Hemangioma |
| | | Hemangioma | | |
| | | Mul. malignant tumors or neoplasms | | |
| | | Harderian gland adenoma | | |

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?

# Animal studies



**Mice Studies – Tumor Chart**

| Knezevich & Hogan (1983) | Atkinson (1993) | Sugimoto (1997) | Wood (2009) | Kumar (2001) |
|---|---|---|---|---|
| Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas |
| Spleen composite lymphosarcoma | Hemangiosarcoma | Malignant lymphoma | Mul. malignant tumors or neoplasms | Malignant lymphoma |
| | | Hemangiosarcoma | Lung adenocarcinoma | Hemangioma |
| | | Hemangioma | | |
| | | Mul. malignant tumors or neoplasms | | |
| | | Harderian gland adenoma | | |

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?

# Animal studies



**Mice Studies – Tumor Chart**

| Knezevich & Hogan (1983) | Atkinson (1993) | Sugimoto (1997) | Wood (2009) | Kumar (2001) |
|---|---|---|---|---|
| Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas |
| Spleen composite lymphosarcoma | Hemangiosarcoma | Malignant lymphoma | Mul. malignant tumors or neoplasms | Malignant lymphoma |
| | | Hemangiosarcoma | Lung adenocarcinoma | Hemangioma |
| | | Hemangioma | | |
| | | Mul. malignant tumors or neoplasms | | |
| | | Harderian gland adenoma | | |

**Lymphoma**

**Lymphoma** found in *every* mouse Study



DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?

# Animal studies



**Mice Studies – Tumor Chart**

| Knezevich & Hogan (1983) | Atkinson (1993) | Sugimoto (1997) | Wood (2009) | Kumar (2001) |
|---|---|---|---|---|
| Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas |
| Spleen composite lymphosarcoma | Hemangiosarcoma | Malignant lymphoma | Mul. malignant tumors or neoplasms | Malignant lymphoma |
| | | Hemangiosarcoma | Lung adenocarcinoma | Hemangioma |
| | | Hemangioma | | |
| | | Mul. malignant tumors or neoplasms | | |
| | | Harderian gland adenoma | | |

**Lymphoma** found in *every* mouse Study

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?





- **February 1985:** Monsanto submits Knezevich & Hogan as its only support for EPA approval.
  - Finds that rare tumor in 0-0-1-3
  - EPA makes a unanimous decision that glyphosate has an oncogenic effect- **Category C**
  - **This is bad for Monsanto's glyphosate.**

- **Monsanto: "Short of a new study or finding tumors in control groups, what can we do to get this thing off Group C?"**

## Knezevich & Hogan (1983)

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?





### February 1985

- **EPA:** "…a prudent person would reject the Monsanto assumption that glyphosate dosing has no effect on kidney tumor production. Another way of saying this is that if glyphosate were truly unrelated to kidney production, we would expect to see four or more tumors in less than one out of 100 experiments of the type sponsored by Monsanto.  Thus, glyphosate is suspect."

## Knezevich & Hogan (1983)

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?





### February 1985:

- **EPA:** We disagree with the registrant's position…The registrant wishes to avoid false positives, while those concerned with the public health wish to avoid false negatives.  Hence, for this reason alone, Monsanto's argument is unacceptable…viewpoint is a key issue.  Our viewpoint is one of protecting the public health when we see suspicious data.  It is not our job to protect registrants from false positives…We sympathize with the registrant's problem, but they will have to demonstrate that this positive result is false.

## Knezevich & Hogan (1983)

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?





**April 3, 1985:**

**Monsanto:** Senior management at EPA is reviewing a proposal to classify glyphosate as a Class C possible human carcinogen because of kidney adenomas in male mice. Dr. Marvin Kuschner will review kidney sections and present his evaluation of them to EPA in an effort to persuade the agency that the observed tumors are not related to glyphosate.

Dr. Kuschner did not receive the slides until April 14, 1985

## Knezevich & Hogan (1983)

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?





**April 1985:**

- Dr. Kuschner finds a tumor in the control group

- EPA Disagrees, recuts slides – No Tumor

- EPA instructs Monsanto to re-do the mouse study.  Monsanto refuses and instead gives the EPA the Lankas rat study

## Knezevich & Hogan (1983)

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?

# Animal studies



### Mice Studies – Tumor Chart

| Knezevich & Hogan (1983) | Atkinson (1993) | Sugimoto (1997) | Wood (2009) | Kumar (2001) |
|---|---|---|---|---|
| Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas |
| Spleen composite lymphosarcoma | Hemangiosarcoma | Malignant lymphoma | Mul. malignant tumors or neoplasms | Malignant lymphoma |
| | | Hemangiosarcoma | Lung adenocarcinoma | Hemangioma |
| | | Hemangioma | | |
| | | Mul. malignant tumors or neoplasms | | |
| | | Harderian gland adenoma | | |

**1986**:  Mr. Hardeman
begins spraying Roundup

**Lymphoma** found in
***every*** mouse Study

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?

## Animal studies



### George Study (2010)

- Applied to skin 3 x week

- 40% of mice exposed to glyphosate had tumors in skin

- 0% of control group had tumors in skin

Particularly important when someone has been exposed to multiple risk factors.



Evidence that glyphosate is a tumor **promoter**

DRAFT VERSION

## 2.  Can Roundup cause cancer?

# Animal studies



**Rat Studies – Tumor Chart**

| Lankas (1981) | Stout & Ruecker (1990) | Atkinson (1993) | Enemoto (1997) | Suresh (1996) | Brammer (2001) | Wood (2009) |
|---|---|---|---|---|---|---|
| Testicular interstitial cell tumors | Thyroid C-Cell carcinomas or adenomas | Thyroid follicular carcinomas or adenomas | Kidney carcinomas or adenomas | | Hepatocellular carcinomas or adenomas | Skin kera-toacanthoma |
| Thyroid C-Cell carcinomas or adenomas | Pancreatic islet cell tumors | Skin kera-toacanthoma | Skin kera-toacanthoma | | | Mammary gland carcinomas or adenomas |
| Pancreatic islet cell tumors | Hepatocellular carcinomas or adenomas | | Basal cell tumors | | | Pituitary adenomas |
| | Adrenal cortical carcinomas | | | | | |
| | Skin kera-toacanthoma | | | | | |

Problem with control group

DRAFT VERSION - NOT PUBLISHED TO JURY

2. Can Roundup cause cancer?

# Animal studies



## Rat Studies – Tumor Chart

| Lankas (1981) | Stout & Ruecker (1990) | Atkinson (1993) | Enemoto (1997) | Suresh (1996) | Brammer (2001) | Wood (2009) |
|---|---|---|---|---|---|---|
| Testicular interstitial cell tumors | Thyroid C-Cell carcinomas or adenomas | Thyroid follicular carcinomas or adenomas | Kidney carcinomas or adenomas | | Hepatocellular carcinomas or adenomas | Skin kera-toacanthoma |
| Thyroid C-Cell carcinomas or adenomas | Pancreatic islet cell tumors | Skin kera-toacanthoma | Skin kera-toacanthoma | | | Mammary gland carcinomas or adenomas |
| Pancreatic islet cell tumors | Hepatocellular carcinomas or adenomas | | Basal cell tumors | | | Pituitary adenomas |
| | Adrenal cortical carcinomas | | | | | |
| | Skin kera-toacanthoma | | | | | |

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?

# Animal studies



### Rat Studies – Tumor Chart

| Lankas (1981) | Stout & Ruecker (1990) | Atkinson (1993) | Enemoto (1997) | Suresh (1996) | Brammer (2001) | Wood (2009) |
|---|---|---|---|---|---|---|
| Testicular interstitial cell tumors | Thyroid C-Cell carcinomas or adenomas | Thyroid follicular carcinomas or adenomas | Kidney carcinomas or adenomas | | Hepatocellular carcinomas or adenomas | Skin kera-toacanthoma |
| Thyroid C-Cell carcinomas or adenomas | Pancreatic islet cell tumors | Skin kera-toacanthoma | Skin kera-toacanthoma | | | Mammary gland carcinomas or adenomas |
| Pancreatic islet cell tumors | Hepatocellular carcinomas or adenomas | | Basal cell tumors | | | Pituitary adenomas |
| | Adrenal cortical carcinomas | | | | | |
| | Skin kera-toacanthoma | | | | | |

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?

## Animal studies

 

### **Animal Study Factors**

- Significant increases in tumors ✓
- Replication ✓
- Dose response ✓
- Cross-species ✓
- Rare tumors ✓



DRAFT VERSION - NOT PUBLISHED TO JURY

# The Whole Puzzle



DRAFT VERSION - NOT PUBLISHED TO JURY

# The Whole Puzzle



DRAFT VERSION - NOT PUBLISHED TO JURY

2.  Can Roundup cause cancer?

# Three Pillars of Cancer Science

Epidemiology studies 

Animal studies 

Cell data studies 

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?

## Cell data studies

Genotoxic: causes cell damage that lead to cancer.

Oxidative Stress:
Oxygen radicals bind to the wrong thing, like DNA, and cause problems that lead to cancer.

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2.  Can Roundup cause cancer?

## Cell data studies

# Cellular Data:
Refers to the way in which a substance can cause cancer.



DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?

# Cell data studies



DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?

## Cell data studies



Different methods of testing DNA damage
Over 100 different studies
- Both Roundup & glyphosate
- In humans (*vivo* & *vitro*)
- Non-human mammals (*vivo* & *vitro*) - Monkeys
- Non-mammals (*vivo* & *vitro*) – Fish, bacteria

> # In vivo:
> In a living organism.

> # In vitro:
> In a petri dish or test tube.

DRAFT VERSION - NOT PUBLISHED TO
JURY

# Human *In Vitro* Genotoxicity Data

| Study | Glyphosate | Formulation |
|---|---|---|
| Vigfusson and Vyse (1980) | ND | |
| Bolognesi (1997) | | |
| Lioi (1998) | | ND |
| Lueken (2004) | | ND |
| Monroy (2005)* | | ND |
| Gasnier (2009) | | |
| Manas (2009)* | | ND |
| Mladinic (2009) | | ND |
| Mladinic (2009) | | ND |
| Koller (2012) | | |
| Alvarez-Moya (2014) | | ND |

+  =  Positive
—  = Negative
ND = No Data

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT __875__

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
         Deputy Clerk

DRAFT VERSION - NOT PUBLISHED TO JURY

# Recent *In Vitro* Human Genotoxicity Data

| Study | Glyphosate | Formulation |
|---|---|---|
| Townsend (2017) | | ND |
| Luo (2017) | ND | |
| Kwiatkowska (2017) | | ND |
| Kasuba (2017) | | ND |
| Wozniak (2018) | | |
| Santovito (2018) | | ND |
| De Almeida (2018) | | |
| Anifandis (2018) | | ND |

**+ = Positive**
**— = Negative**
**ND = No Data**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT ___876___

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
        Deputy Clerk

DRAFT VERSION - NOT PUBLISHED TO JURY

# Human *In Vitro* Oxidative Stress Data

| Study | Glyphosate | Formulation |
|---|---|---|
| Gehin (2005) | | |
| Mladinic (2009) | | ND |
| Elie-Caille (2010) | | ND |
| George and Shukla (2013) | ND | |
| Chaufan (2014) | | |
| Coalova (2014) | ND | |
| Kwiatkowska (2014) | | ND |
| Luo (2017) | ND | |
| Kasuba (2017) | | ND |
| Wozniak (2018) | | |

**+ = Positive**
**— = Negative**
**ND = No Data**

DRAFT VERSION - NOT PUBLISHED TO JURY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT  877

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
Deputy Clerk

## 2.  Can Roundup cause cancer?

# Cell data studies



DRAFT VERSION - NOT PUBLISHED TO JURY

2. Can Roundup cause cancer?

# Three Pillars of Cancer Science

Epidemiology studies 

Animal studies 

Cell data studies 

DRAFT VERSION - NOT PUBLISHED TO JURY

# The Whole Puzzle



DRAFT VERSION - NOT PUBLISHED TO JURY

# The Whole Puzzle



DRAFT VERSION - NOT PUBLISHED TO
JURY

# The Whole Puzzle



DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?





DRAFT VERSION - NOT PUBLISHED TO JURY

2.  Can Roundup cause cancer?

## IARC's 2014-2015 Review of Glyphosate

- Leading world experts on cancer

- 17 scientists from the EPA, California EPA, and worldwide

- Monsanto sent observer and participated in program

- Over six months reviewing all peer-reviewed science on glyphosate

- Held a week-long meeting in France

- **Unanimous** vote – Class 2a

DRAFT VERSION - NOT PUBLISHED TO JURY

2. Can Roundup cause cancer?

# IARC's analysis of the same

## Three Pillars of Cancer Science

Epidemiology studies  **"Limited" evidence**  

Animal studies  **"Sufficient" evidence**  

Cell data studies  **"Strong" evidence**  

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?



IARC Monographs on the Carcinogenic Risk to Humans, Volume 112: Some Organophosphate Insecticides and Herbicides, IARC, Lyon, France, 3-10 March 2015

March 2015:
IARC **unanimously decides** to list glyphosate as a class 2A carcinogen – a probable human carcinogen.

DRAFT VERSION - NOT PUBLISHED TO JURY

## Monsanto's Position



**Dr. William Reeves**:
Monsanto's
Chosen Spokesperson

Q.  Monsanto's position, to be clear, is that there is no evidence to support Roundup causing cancer in people?

A.  It's that there is no evidence that glyphosate or glyphosate-based formulations cause cancer under the conditions that people are expose to.

- Transcript, 30:5-10.

**Monsanto's Position  on January 23, 2019**

DRAFT VERSION - NOT PUBLISHED TO JURY

2.  Can Roundup cause cancer?



# Glyphosate v. Roundup

## No one tests "Roundup"

DRAFT VERSION - NOT PUBLISHED TO JURY

## 2. Can Roundup cause cancer?



1.  The EPA does not test anything.

2.  Vulnerable to political shifts.

3.  EPA's "Scientific Advisory Panel" split.

4.  Divisions within EPA disagree.

DRAFT VERSION - NOT PUBLISHED TO JURY

## Opening Statement Roadmap Phase 1:

1. What is Roundup?

2. Can Roundup cause cancer? 

3. Was Roundup exposure a substantial factor in causing Mr. Hardeman's cancer?

DRAFT VERSION - NOT PUBLISHED TO
JURY

# Mr. Hardeman's Kaiser Treating Physicians

## Oncologists:




Dr. Turk



Dr. Turley



Dr. Ye

### February 14, 2015: Stage 3 Aggressive Cancer
6 rounds of CHEMO

DRAFT VERSION - NOT PUBLISHED TO
JURY

## Epidemiology studies

### Eriksson
2008

202% increased risk of getting NHL when exposed to Roundup
Also shows 236% increased risk of NHL when used for more than 10 days a year
Dose Response
10 year after first exposure – 226% increase

### McDuffie
2001

Study shows
**212% increased risk**
of NHL when using Roundup more than 2 days a year
**Dose Response**

DRAFT VERSION - NOT PUBLISHED TO JURY

# Differential for NHL

| Known Risk Factors for NHL | Mr. Hardeman's Risk Factors for NHL | Substantial Factor Causing Hardeman's NHL |
|---|---|---|
| Age | | |
| Sex | | |
| Race | | |
| Family history of hematologic malignancies | | |
| Pesticide use | | |
| Obesity | | |
| Viral infections | | |
| Bacterial infections | | |
| Immunodeficiency | | |
| Immunosuppression | | |
| Autoimmune diseases | | |
| Chronic inflammation | | |
| Solvent use | | |

DRAFT VERSION - NOT PUBLISHED TO JURY

# Differential for NHL

| Known Risk Factors for NHL | | Mr. Hardeman's Risk Factors for NHL | Substantial Factor Causing Hardeman's NHL |
|---|---|---|---|
| Age | NO | | |
| Sex | NO | | |
| Race | NO | | |
| Family history of hematopoietic malignancies | NO | | |
| Pesticide use | | Roundup | |
| Obesity | | Obesity | |
| Viral infections | | Hepatitis B Hepatitis C | |
| Bacterial infections | NO | | |
| Immunodeficiency | NO | | |
| Immunosuppression | NO | | |
| Autoimmune diseases | NO | | |
| Chronic inflammation | NO | | |
| Solvent use | NO | | |

DRAFT VERSION - NOT PUBLISHED TO JURY

# Differential for NHL

| Known Risk Factors for NHL | | Mr. Hardeman's Risk Factors for NHL | Substantial Factor Causing Hardeman's NHL |
|---|---|---|---|
| Age | NO | | |
| Sex | NO | | |
| Race | NO | | |
| Family history of hematologic malignancies | NO | | |
| Pesticide use | | Roundup | **Roundup** |
| Obesity | | Obesity NOT SUBSTANTIAL | |
| Viral infections | | Hepatitis B Hepatitis C NOT SUBSTANTIAL | |
| Bacterial infections | NO | | |
| Immunodeficiency | NO | | |
| Immunosuppression | NO | | |
| Autoimmune diseases | NO | | |
| Chronic inflammation | NO | DRAFT VERSION - NOT PUBLISHED TO JURY | |
| Solvent use | NO | | |

## Opening Statement Roadmap Phase 1:

1. What is Roundup?

2. Can Roundup cause cancer? 

3. Was Roundup exposure a substantial factor in causing Mr. Hardeman's cancer?

DRAFT VERSION - NOT PUBLISHED TO JURY

## Monsanto Admission

# Monsanto ADMISSION No. 13

## Monsanto admits that it has never warned any consumer that Roundup could cause cancer

DRAFT VERSION - NOT PUBLISHED TO JURY

# Roundup Exposure: 1986–2012 (approx. 26 yrs)



56 Acres

DRAFT WORK PRODUCT - NOT PUBLISHED TO JURY

# Mr. Hardeman's Roundup Exposure

- High dose spraying on 56 acres for 26 years: 1986-2012
  - Poison oak infestation
  - Hiking trials and road ways

- Mr. Hardeman read the labels, and complied with all warnings.

- Diagnosed with aggressive stage 3 cancer in 2015.

DRAFT VERSION - NOT PUBLISHED TO JURY



DRAFT VERSION - NOT PUBLISHED TO
JURY



DRAFT VERSION - NOT PUBLISHED TO JURY





DRAFT VERSION - NOT PUBLISHED TO JURY