UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 98: INITIAL RULINGS ON DEPOSITION DESIGNATIONS FOR DR. REEVES** |

The following are the Court's initial evidentiary rulings on the parties' designations for Dr. Reeves.

| Page Where Objection Appears | Ruling |
|---|---|
| 21 | Sustained |
| 22 | Sustained |
| 23 | Sustained as to Phase 1; objection re: attorney argument overruled |
| 25 | Same |
| 33 | Overruled (tentative; argument needed) |
| 35 | Overruled (tentative; argument needed) |
| 43 | Sustained |
| 101 | Both objections sustained as to Phase 1; overruled as to Phase 2 |
| 102 | Same |
| 104 | Same for both |
| 152-159 | Overruled |
| 160 | Sustained as to lines 14-15; remainder overruled |
| 164 | Overruled as to both (but speculation objection overruled; thus admissible in Phase 2) |
| 167 | Sustained as to Phase 1; overruled as to Phase 2 |
| 168 | Overruled |
| 215 | Sustained as to Phase 1; overruled as to Phase 2 |
| 216 | Sustained |
| 218-92 | Almost a full week into the trial, Monsanto has not proposed a |

|  |  |
|---|---|
|  | reasonable way of admitting evidence about its conduct with respect to the 1985 mouse study. Absent a more reasonable proposal for admission of this evidence that Monsanto sought to redo the study out of concerns about regulation, all of these designations will be admitted except for the designations on pages 233-240 and 246:13 – 248:02.  This ruling is tentative; argument is needed. |
| 543 | Sustained as to Phase 1; overruled as to Phase 2 |
| 544-546 | Argument needed |

**IT IS SO ORDERED.**

Date: March 1, 2019

_____
Honorable Vince Chhabria
United States District Court