UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL JURY TRIAL MINUTES

| **Date:** February 26, 2019 | **Time:** 5 hours 3 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman   v.  Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen                 **Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: February 27, 2019, at 8:00 a.m.**

PROCEEDINGS:

Jury Trial, Day 2 - held.

RULINGS AND ORDERS:

**Witnesses examined today:**
- Dr. Beate Ritz
- Dr. Daniel Goldstein (via video deposition)

See Log for details from proceedings.

**Admitted Exhibits:**
100, 1467