UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 2**

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Vince Chhabria | | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| **TRIAL DATE:** | | **REPORTER:** | **CLERK:** |
| February 26, 2019 | | Jo Ann Bryce and Marla Knox | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:13 a.m. | | | Court and counsel on the record outside the presence of the jury. Court sets the order to show cause hearing as to Ms. Wagstaff's opening statement for 3 p.m. today. Discussion held re curative instruction. | |
| | 8:26 a.m. | | | Break. | |
| | 8:31 a.m. | | | Back on the record. Jury entered and Court addressed jurors. Direct examination of **Dr. Beate ritz** continued. | |
| 907 | | X | | | PLTF |
| 906 | | X | | | PLTF |
| 911 | | X | | | PLTF |
| 910 | | X | | | PLTF |
| | 9:17 a.m. | | | Sidebar. | |
| | 9:17 a.m. | | | Resume in open court with continued direct exam of Dr. Ritz. | |
| | 9:29 a.m. | | | Sidebar. | |
| | 9:31 a.m. | | | Resume in open court with continued direct exam of Dr. Ritz. | |
| 1467 | | X | | | PLTF |
| 528 | | X | | | PLTF |
| | 9:55 a.m. | | | Jury excused for a break. Court remained on the record with counsel. | |
| | 9:56 a.m. | | | Break. | |
| | 10:07 a.m. | | | Back on the record with direct examination of Dr. Ritz. | |
| 550 | | X | | | PLTF |
| 914 | | X | | | PLTF |
| 915 | | X | | | PLTF |

| | | | | | |
|---|---|---|---|---|---|
| 554 | | X | | | PLTF |
| 905 | | X | | | PLTF |
| | 11:09 a.m. | | | Direct examination of Dr. Ritz concluded. Cross examination of Dr. Ritz conducted by T. Matthews Johnson on behalf of defendant. | |
| | 11:10 a.m. | | | Sidebar. | |
| | 11:11 a.m. | | | Resume cross examination of Dr. Ritz. | |
| | 11:38 a.m. | | | Lunch break. | |
| | 12:32 p.m. | | | Back on the record outside the presence of the jury to discuss deposition testimony. | |
| | 12:36 p.m. | | | Jury entered the courtroom. Cross examination of Dr. Rtiz resumed. | |
| 1032 | | X | | | DEFT |
| 1031 | | X | | | DEFT |
| 1089 | | X | | | DEFT |
| | 12:48 p.m. | | | Sidebar. | |
| | 12:50 p.m. | | | Resumed cross examination of Dr. Ritz. | |
| 1375 | | X | | | DEFT |
| 1051 | | X | | | DEFT |
| 1021 | | X | | | DEFT |
| | 1:20 p.m. | | | Break. | |
| | 1:29 p.m. | | | Back on the record with continued cross examination of Dr. Ritz. | |
| 1156 | | X | | | DEFT |
| 1112 | | X | | | DEFT |
| 1258 | | X | | | DEFT |
| | 1:51 p.m. | | | Cross examination of Dr. Ritz concluded. Redirect examination of Dr. Ritz conducted by A. Wagstaff on behalf of plaintiff. | |
| 1102 | | X | | | PLTF |
| | 1:57 p.m. | | | Sidebar. | |
| | 1:59 p.m. | | | Resumed with redirect of Dr. Ritz. | |
| 1611 | | X | | | PLTF |
| | 2:04 p.m. | | | The parties have no further questions of Dr. Ritz. Dr. Ritz is thanked and excused. The Court read a stipulation to the jury. | |
| | 2:06 p.m. | | | Plaintiff called via video deposition **Dr. Daniel Goldstein** to testify. | |
| 100 | | X | X | | PLTF |
| | 2:18 p.m. | | | Video deposition of Dr. Goldstein concluded. The jury retired for the evening. | |
| | 2:19 p.m. | | | Court and counsel remain on the record to discuss expert witnesses. The Court admonished the members | |

|  |  |  |  | of the gallery regarding being mindful of their conversations outside of the courtroom and possibly the presence of jurors. |  |
|---|---|---|---|---|---|
|  | 2:35 p.m. |  |  | Evidence portion of the trial is concluded for the day. Continued Jury Trial will take place on Friday, March 01, 2019, at 8:00 a.m. |  |