UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL JURY TRIAL MINUTES

| Date: February 27, 2019 | Time: 5 hours 16 minutes | Judge: VINCE CHHABRIA |
|---|---|---|
| Case No.: 16-md-02741-VC and 16-cv-00525-VC | Case Name: Hardeman v. Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, Rakesh Kilaru, and Cali Cope-Kasten

**Deputy Clerk:** Kristen Melen  **Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: March 1, 2019, at 8:00 a.m.**

PROCEEDINGS:

Jury Trial, Day 3 - held.

RULINGS AND ORDERS:

**Witnesses examined today:**
- Dr. Christopher Portier (by video)

See Log for details from proceedings.

**Admitted Exhibits:**
Counsel will advise the Court of the exhibits they wish to admit after meeting and conferring.