UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 3**

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Vince Chhabria | | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, Julie Rubenstein, and Cali Cope-Kasten |
| TRIAL DATE: | | REPORTER: | CLERK: |
| February 27, 2019 | | Jo Ann Bryce and Marla Knox | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:18 a.m. | | | On the record with Court and counsel at sidebar – proceedings will be under seal. | |
| | 8:25 a.m. | | | Break. | |
| | 8:31 a.m. | | | Back on the record with Court and counsel at sidebar – proceedings will be under seal. | |
| | 8:37 a.m. | | | Jury entered the courtroom. Juror 4 excused. | |
| | 8:39 a.m. | | | Plaintiff called to testify via video deposition **Dr. Christopher Portier.** | |
| | 9:45 a.m. | | | Jury is excused for a break. Court and counsel remain on the record. The Court addressed the gallery. The gallery is under order of the Court to remain in the courtroom each day for 5 minutes after the jury is excused for lunch breaks. | |
| | 9:48 a.m. | | | Break. | |
| | 9:54 a.m. | | | Back on the record with Court and counsel outside the presence of the jury to discuss portions of Dr. Portier's testimony. | |
| | 10:00 a.m. | | | Jury entered the courtroom. Video deposition of Dr. Portier resumed. | |
| | 10:38 a.m. | | | Jury is excused for a break. Court and counsel remain on the record to discuss Dr. Portier's testimony. | |
| | 10:45 a.m. | | | Break. | |
| | 10:51 a.m. | | | Back on the record with Court, counsel, and jury present. Video deposition of Dr. Portier resumed. | |
| | 11:45 a.m. | | | Jury is excused for lunch. Court and counsel remained on the record to discuss Dr. Portier's testimony. | |
| | 12:13 p.m. | | | Lunch break. | |
| | 12:36 p.m. | | | Court and counsel back on the record at sidebar. | |
| | 12:37 p.m. | | | Jury entered the courtroom. Video deposition of Dr. | |

1

|  |  |  |  | Portier resumed. |  |
|--|--|--|--|--|--|
|  | 1:40 p.m. |  |  | Break. |  |
|  | 1:53 p.m. |  |  | Court and counsel on the record outside the presence of the jury re the order to show cause hearing that took place on February 26, 2019. |  |
|  | 1:55 p.m. |  |  | Jury entered the courtroom. Video deposition of Dr. Portier resumed. |  |
|  | 2:16 p.m. |  |  | Dr. Portier's testimony is concluded for the day. The jury retired for the evening. Court and counsel remained on the record to discuss exhibits and deposition designations. |  |
|  | 2:28 p.m. |  |  | Court is adjourned. Jury trial will resume on Friday, March 01, 2019, at 8:00 a.m. |  |