UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 99: ORDER RE DR. WEISENBURGER'S TESTIMONY** |

Before Dr. Weisenburger testifies on Monday, the plaintiffs must make him available for a discussion with the Court outside the presence of the jury regarding testimony about dose response.

**IT IS SO ORDERED.**

Date: March 2, 2019

_____
Honorable Vince Chhabria
United States District Court