# Exhibit 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto Co.,*<br>3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] STIPULATION REGARDING KNEZEVICH & HOGAN STUDY** |

The parties hereby stipulate as follows with respect to Knezevich & Hogan (1983):

1. Monsanto submitted the 1983 Knezevich & Hogan mouse study to the U.S. Environmental Protection Agency ("EPA") as part of the process for obtaining regulatory approval of glyphosate.

2. That study found that there were no kidney tumors in the control group, no kidney tumors in the low-dose group, one kidney tumor in the mid-dose group, and three tumors in the high-dose group.

3. Based on this study, the EPA's toxicology branch proposed to classify glyphosate as a possible human oncogen.

4. Based on concerns about these regulatory consequences, Monsanto hired Dr. Marvin Kushner to review the tumor slides from the study.

5. Dr. Kushner reviewed the slides and found that there was one tumor in the control group.

6. The EPA was unable to verify the existence of the control-group tumor in its own analysis.

7. In 1991, after Monsanto submitted a separate rat study, the EPA classified glyphosate as not likely to be carcinogenic.

8. The EPA has since reviewed additional scientific studies, which have been discussed by the experts in this case.

9. Today, glyphosate is still classified by the EPA as not likely to be carcinogenic.

Dated: March \_\_\_\_, 2019