**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstaff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
401 W. Main St. Suite 1810
Louisville, KY  40208
Telephone: 502-657-7111

*Co-counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Hardeman v. Monsanto Co., et al.,* <br> 3:16-cv-0525-VC | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **DEPOSITION DESIGNATIONS FOR PHASE 1 WITNESS MARK MARTENS** |

  Pursuant to paragraph 39 of the Court's Civil Trial Standing Order, the parties jointly submit the following deposition designations in page:line format, including all objections, responses, counter-designations, and counter-counter designations for the following witnesses whom the parties anticipate will testify in Phase 1: Mark Martens, attached as Exhibit 1.

The parties have met and conferred in an effort to reduce the areas of disagreement and the attached list includes all presently remaining objections on which the parties seek a ruling from the Court.

The parties reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations. Without waiving any objections, the parties also reserve the right to introduce into evidence any deposition testimony designated by the other party. In addition, the parties reserve the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

Dated: March 3, 2019                                **ANDRUS WAGSTAFF, PC**

                        By:     /s/ Aimee H. Wagstaff
                                Aimee H. Wagstaff (SBN 278480)
                                Aimee.wagstaff@andruswagstaff.com
                                David J. Wool (SBN 324124)
                                David.Wool@andruswagstaff.com
                                7171 W. Alaska Drive
                                Lakewood, CO  80226
                                Telephone: 303-376-6360

                                **MOORE LAW GROUP, PLLC**
                                Jennifer A. Moore (SBN 206779)
                                Jennifer@moorelawgroup.com
                                401 W. Main St. Suite 1810
                                Louisville, KY  40208
                                Telephone: 502-657-7111

                                *Co-counsel for Plaintiffs*

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff_____