| Mr. Hardeman's Designations re Parry Story | Monsanto's Objection | Monsanto's Counter | Mr. Hardeman Counter-Counter | Monsanto's Objection to Counter-Counters | Exhibits | Monsanto's Exhibit Objections |
|---|---|---|---|---|---|---|
| 10:18-11:05 | Irrelevant to Phase 1, 403 | | | | 149 | Irrelevant to Phase 1; 403; Calls for improper expert testimony; Monsanto reserves the right to redact any portions of the document not discussed in admitted testimony |
| 13:04-09 | Irrelevant to Phase 1, 403 | | | | 155 | Irrelevant to Phase 1; 403; Monsanto reserves the right to redact any portions of the document not discussed in admitted testimony |
| 14:19-15:11 | Irrelevant to Phase 1, 403 | | | | 156 | Irrelevant to Phase 1; 403; Monsanto reserves the right to redact any portions of the document not discussed in admitted testimony |
| 18:09-24 | Irrelevant to Phase 1, 403 | | | | 157 | Irrelevant to Phase 1; 403; Monsanto reserves the right to redact any portions of the document not discussed in admitted testimony |
| 25:16-22 | Irrelevant to Phase 1, 403 | | | | 158 | Irrelevant to Phase 1; 403; Monsanto reserves the right to redact any portions of the document not discussed in admitted testimony |
| 28:13-16 | Irrelevant to Phase 1, 403 | | | | 160 | Irrelevant to Phase 1; 403; Monsanto reserves the right to redact any portions of the document not discussed in admitted testimony |
| 29:03-15 | Irrelevant to Phase 1, 403 | | | | | |
| 30:12-31:07 | Irrelevant to Phase 1, 403 | | | | | |
| 31:17-20 | Irrelevant to Phase 1, 403 | | | | | |
| 32:17-20 | Irrelevant to Phase 1, 403 | | | | | |
| 33:20-22 | Irrelevant to Phase 1, 403 | | | | | |
| 35:04-15 | Irrelevant to Phase 1, 403 | | | | | |
| 36:05-08 | Irrelevant to Phase 1, 403 | | | | | |
| 38:1-24 | Irrelevant to Phase 1, 403 | | | | | |
| 41:12-16 | Irrelevant to Phase 1, 403 | | | | | |
| 41:18-19 | Irrelevant to Phase 1, 403 | | | | | |
| 41:24-42:02 | Irrelevant to Phase 1, 403 | | | | | |
| 43:02-03 | Irrelevant to Phase 1, 403 | | | | | |
| 45:08-19 | Irrelevant to Phase 1, 403 | | | | | |
| 47:19-23 | Irrelevant to Phase 1, 403 | | | | | |
| 49:07-20 | Irrelevant to Phase 1, 403 | | | | | |
| 49:24-25 | Irrelevant to Phase 1, 403 | | | | | |
| 50:07-13 | Irrelevant to Phase 1, 403 | | | | | |
| 51:19-52:12 | Irrelevant to Phase 1, 403 | | | | | |
| 55:12-13 | Irrelevant to Phase 1, 403 | | | | | |
| 55:15 - 55:15 | Irrelevant to Phase 1, 403 | | | | | |
| 57:04-57:04 | Irrelevant to Phase 1, 403 | | | | | |
| 57:12 - 58:22 | Irrelevant to Phase 1, 403 | | | | | |
| 60:06 - 60:22 | Irrelevant to Phase 1, 403 | | | | | |
| 61:06-18 | Irrelevant to Phase 1, 403 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 61:24 - 62:08 | Irrelevant to Phase 1, 403 | | | | |
| 62:13 - 16 | Irrelevant to Phase 1, 403 | | | | |
| 62:20-25 | Irrelevant to Phase 1, 403 | | | | |
| 63:15 - 17 | Irrelevant to Phase 1, 403 | 63:18-23 | | | |
| 64:07-10 | Irrelevant to Phase 1, 403 | | | | |
| 65:03-10 | Irrelevant to Phase 1, 403 | | | | |
| 65:20-66:21 | Irrelevant to Phase 1, 403 | | | | |
| 66:23- 67:23 | Irrelevant to Phase 1, 403 | | | | |
| 68:11 - 18 | Irrelevant to Phase 1, 403 | | | | |
| 68:21 - 69:15 | Irrelevant to Phase 1, 403 | | | | |
| 71:15-72:11 | Irrelevant to Phase 1, 403 | 73:09 - 24 | | | |
| 76:13 - 77:01 | Irrelevant to Phase 1, 403 | 77:09 - 24 | 77:03-08  (Needed to show why questioner said there is no question on the table) | Irrelevant; 403/waste of time | |
| 79:2-4 | Irrelevant to Phase 1, 403 | | | | |
| 80:03 - 20 | Irrelevant to Phase 1, 403 | | | | |
| 80:22- 80:22 | Irrelevant to Phase 1, 403 | | | | |
| 80:25 - 81:16 | Irrelevant to Phase 1, 403 | | | | |
| 82:15 - 82:21 | Irrelevant to Phase 1, 403 | | | | |
| 93:21 - 94:16 | Irrelevant to Phase 1, 403 | | | | |
| 96:21-23 | Irrelevant to Phase 1, 403 | | | | |
| 96:24-97:01 | Irrelevant to Phase 1, 403 | | | | |
| 97:02- 98:02 | Irrelevant to Phase 1, 403 | | | | |
| 98:12-16 | Irrelevant to Phase 1, 403 | | | | |
| 98:21 - 98:21 | Irrelevant to Phase 1, 403 | | | | |
| 100:24 - 101:04 | Irrelevant to Phase 1, 403 | | | | |
| 101:07 - 101:07 | Irrelevant to Phase 1, 403 | | | | |
| 103:14 - 104:09 | Irrelevant to Phase 1, 403 | | | | |
| 104:25 - 106:06 | Irrelevant to Phase 1, 403 | | | | |
| 106:09 - 106:15 | Irrelevant to Phase 1, 403 | | | | |
| 107:13-22 | Irrelevant to Phase 1, 403 | 107:23-25 | 108:01-08 | Irrelevant to Phase 1, 403 | |
| 117:06 - 22 | Irrelevant to Phase 1, 403 | | | | |
| 165:11 - 166:01 | Irrelevant to Phase 1, 403 | | | | |
| | | | | | |
| **Affirmative/Rebuttal Designations** | | | | | |
| 169:15-18 | Irrelevant to Phase 1, 403, Improper Expert Testimony (objections apply to exhibits as well) | | | | |
| 171:20-23 | Irrelevant to Phase 1, 403, Improper Expert Testimony | | | | |
| 172:05-22 | Irrelevant to Phase 1, 403, Improper Expert Testimony | | | | |
| 173:24 - 174:06 | Irrelevant to Phase 1, 403, Improper Expert Testimony | | | | |
| 174:23-25 | Irrelevant to Phase 1, 403, Improper Expert Testimony | | | | |
| 235:03-236:02 | Irrelevant to Phase 1, 403, Improper Expert Testimony | | | | |
| 236:19 - 238:17 | Irrelevant to Phase 1, 403, Improper Expert Testimony | | | | |