**Designation Run Report**

# Portier Day 2 DC  0228-1400 FINAL PLAYED

---

**PORTIER, CHRISTOPHER 2019-02-22_SS**
**PORTIER, CHRISTOPHER 2019-02-22_PIP**

---

**Monsanto Counters  01:37:38**

**Plaintiff Counter Counters  00:07:27**

**Total Time  01:45:05**



ID:M20

| Page/Line | Source | ID |
|---|---|---|
| 293:3 - 295:23 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:54)** | M20.1 |

293:3  Q. Doctor, good morning.  My name
293:4 is Paul Schmidt, and I represent Monsanto in
293:5 this case.
293:6 We met for the first time the
293:7 other day, correct?
293:8  A. Yes.
293:9  Q. We have some time constraints
293:10 today, so I'm going to do my best where I can
293:11 to be simple and direct in my questions, and
293:12 I'm going to ask you to help out by, where
293:13 you can, being simple and direct in your
293:14 answers.
293:15 Is that fair?
293:16  A. That's fair.
293:17  Q. Thank you.
293:18 Let me start off with just one
293:19 of those -- what I hope is a simple question,
293:20 simple yes/no question.
293:21 Do you recognize that there are
293:22 scientists who disagree with the views you've
293:23 offered in this case on glyphosate?
293:24  A. Yes.
293:25  Q. There are independent
294:1 scientists who disagree, correct?
294:2  A. I'm sorry, what was the word in
294:3 between?
294:4  Q. Independent.  There are
294:5 independent scientists who disagree with the
294:6 views you've offered in this case?
294:7  A. I don't know what independent
294:8 means.
294:9  Q. Okay.  But there are scientists
294:10 out there in the published literature who
294:11 have, correct?
294:12  A. In the published literature?
294:13  Q. And at regulatory agencies.
294:14  A. I would say yes.
294:15  Q. Okay.  Let me just cover a few
294:16 details about your background, and then I'll

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

294:17 go into some of your work on glyphosate and

294:18 your opinions on glyphosate, if that's okay.

294:19 I'd like to start with your

294:20 professional background.

294:21 As I understand it, you're a

294:22 biostatistician; is that correct?

294:23   A. My training and my Ph.D. is

294:24 biostatistics.

294:25   Q. You're not a medical doctor?

295:1   A. I am not a medical doctor.

295:2   Q. You've never diagnosed a

295:3 patient with NHL, for example?

295:4   A. No, I have not.

295:5   Q. You've never treated a patient

295:6 with NHL?

295:7   A. No, I have not.

295:8   Q. And you've never told a patient

295:9 the cause of their NHL?

295:10   A. No, I have not.

295:11   Q. And have you ever reviewed

295:12 individual patient's pathology slides to

295:13 determine whether they have NHL or something

295:14 else?

295:15   A. No.

295:16   Q. And last question in this area:

295:17 Because you're not a medical doctor, by

295:18 definition that means you're not an

295:19 oncologist?

295:20   A. Umm --

295:21   Q. Oncology being the field of

295:22 medicine that studies cancer.

295:23   A. Then by that definition, no.

| 296:15 - 296:24 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:17)** | **M20.2** |

296:15 You're not here to talk about

296:16 whether Roundup or glyphosate actually caused

296:17 the cancer of the plaintiff in this case; is

296:18 that fair?

296:19   A. I think that's fair.

296:20   Q. And you haven't reviewed the

296:21 plaintiff's medical records or reviewed the

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

296:22 medical testimony of doctors who have treated
296:23 the plaintiff in this case; is that correct?
296:24   A. That is correct.

**299:13 - 299:17   PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:10)**   **M20.3**

299:13   Q. Okay.  And you don't have any
299:14 knowledge on when the plaintiff did use
299:15 Roundup, how much they used at any one time?
299:16   A. I have no knowledge of the
299:17 plaintiff at all.

**300:7 - 300:10   PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:07)**   **M20.4**

300:7 Are you aware that NHL is one
300:8 of the most common cancers in the United
300:9 States?
300:10   A. Yes.

**302:24 - 303:5   PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:10)**   **M20.5**

302:24   Q. Okay.  Other than NHL and
302:25 things that might be forms of NHL, you've not
303:1 given an opinion that glyphosate causes other
303:2 forms of cancer at this time?
303:3   A. In humans.
303:4   Q. In humans.
303:5   A. That is correct.

**308:7 - 308:10   PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:06)**   **M20.6**

308:7 So my question is simply, with
308:8 your understanding and your impression, do
308:9 you agree or disagree that the cause of most
308:10 lymphomas is not known?

**308:13 - 308:19   PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:09)**   **M20.7**

308:13 THE WITNESS:  Again, I agree
308:14 with that statement --
308:15 QUESTIONS BY MR. SCHMIDT:
308:16   Q. Thank you, Doctor.
308:17   A. -- when the cause is genetic.
308:18   Q. Okay.  Is it true that getting
308:19 older is a strong risk factor for lymphoma?

**308:23 - 309:14   PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:26)**   **M20.8**

308:23 THE WITNESS:  Getting older, as
308:24 a general rule, is a risk factor for
308:25 most carcinomas, for most cancers.
309:1 QUESTIONS BY MR. SCHMIDT:

| Page/Line | Source | ID |
|---|---|---|

M20-Portier Day 2 DC  0228-1400 FINAL PLAYED

309:2  Q. Is it for NHL?
309:3  A. I'm not certain.
309:4  Q. Okay.  Do you know if most
309:5 cases of NHL occur with people in their 60s
309:6 or older?
309:7  A. I would not be surprised if
309:8 that were the case, but I have no direct
309:9 knowledge of it.
309:10  Q. Is gender a risk factor for
309:11 NHL?
309:12  A. I do understand that males have
309:13 a slightly higher incidence of NHL than
309:14 females.

**311:5 - 311:13    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:17)    M20.9**

311:5  Q. And so you would agree that
311:6 persistent immunosuppression presents a risk
311:7 of cancer, especially excess risk for
311:8 lymphoma?
311:9  A. I don't -- I don't -- I'm not
311:10 certain about the second half.
311:11  Q. Okay.
311:12  A. Immunosuppression is a known
311:13 risk factor for induction of cancers.

**311:14 - 311:15    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:04)    M20.10**
**1501.1**

311:14  Q. I've put in front of you Trial
311:15 Exhibit 1501.

**311:21 - 312:14    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:43)    M20.11**
**1501.1.1**

311:21  Q. This is an article you wrote,
311:22 correct?
311:23  A. I am a coauthor on the article,
311:24 yes.
311:25  Q. We have it up on the screen
312:1 now.  What I'd like to do is turn to page 716    **1501.4**
312:2 of the document where you're listing some of
312:3 the characteristics you've spoken about with    **1501.4.1**
312:4 us here today.
312:5 Do you see that?
312:6  A. Yes.
312:7  Q. And let me just cull out the
312:8 language I was reading to you.

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

312:9 Do you see where you write,

312:10 "Persistent immunosuppression presents a risk

312:11 of cancer, especially excess risk for

312:12 lymphoma"?

312:13 Did I read that correctly?

312:14   A. Yes, you did.

1501.4.2

313:16 - 314:16   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:47)**   M20.12

clear

313:16   Q. Okay.  I'd like to ask you

313:17 about some of your work that you talked about

313:18 earlier on glyphosate.

313:19 I think when you were speaking

313:20 yesterday with the plaintiff lawyer, you

313:21 talked about your years of experience at

313:22 groups like NTP and NIEHS, correct?

313:23   A. Correct.

313:24   Q. As I understand what you were

313:25 saying, you have about 35 years of experience

314:1 there before you retired?

314:2   A. And CDC, yes.

314:3   Q. Yes.

314:4 And I might have missed the

314:5 exact percentage, but I think you said

314:6 somewhere in the neighborhood of 80 to

314:7 90 percent of your work was on carcinogens;

314:8 is that correct?

314:9   A. Especially when I was at NIH

314:10 and NTP.

314:11   Q. During that time, that 35 years

314:12 of work and that 80 to 90 percent of the time

314:13 on carcinogens, you never came to the opinion

314:14 that glyphosate was a carcinogen during that

314:15 time, true?

314:16   A. Not that I'm aware of.

315:9 - 316:3   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:35)**   M20.13

315:9 My question is simply, prior to

315:10 the IARC review, you never even thought about

315:11 glyphosate, correct?

315:12   A. That's correct.

315:13   Q. And just so the jury

315:14 understands, when you talk about that service

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

315:15 that you have, NTP, NIH, NIEHS, CDC, you're
315:16 not here in court speaking for any of those
315:17 agencies, correct?
315:18  A. That is correct.
315:19  Q. You're offering your own
315:20 personal views?
315:21  A. That's correct.
315:22  Q. Now, when you were at NIEHS,
315:23 you had your own laboratory; is that true?
315:24  A. That is true.
315:25  Q. And you were able to do tests
316:1 on things of interest to you; is that
316:2 correct?
316:3  A. That is correct.

316:10 - 316:12   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:05)**   **M20.14**

316:10 You did not do any testing on
316:11 glyphosate at your laboratory at NIEHS?
316:12  A. No, I did not.

316:13 - 317:12   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:48)**   **M20.15**

316:13  Q. While you were at -- while you
316:14 were doing work with NTP, are you aware that
316:15 other scientists at NTP did do testing on
316:16 glyphosate?
316:17  A. No.
316:18 I am aware that NTP has a
316:19 document on glyphosate.
316:20  Q. And that dates from the time
316:21 when you were doing work with NTP, correct?
316:22  A. I don't recall.
316:23  Q. Were you doing work with NTP in
316:24 1992?
316:25  A. Yes.
317:1  Q. Okay.  And to be fair, you
317:2 didn't do work on this document I'm about to
317:3 show you --
317:4  A. No.
317:5  Q. -- correct?
317:6 But you have seen it before?
317:7  A. I've seen it since I've been
317:8 working -- since the IARC review.

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

317:9   Q. It's Trial Exhibit 1098.

317:10 And, sir, am I correct that you

317:11 recognize NTP as an authority?

317:12   A. Yes.

**1098.1**

**317:21 - 318:1    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:15)    M20.16**

**1098.1.1**

317:21   Q. If we look in the upper corner,

317:22 you see this is a National Toxicology Program

317:23 document?

317:24   A. You're not showing it on there,

317:25 but -- there you go.  Yes, I do see that it's

318:1 part of their toxicity report series.

**318:2 - 318:9    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:15)    M20.17**

318:2   Q. Okay.  And is that a regular

318:3 series that they would conduct, periodic

318:4 series?

318:5   A. Yes, it reports -- if you

318:6 remember yesterday I talked about 90-day

318:7 studies in order to set doses for -- this is

318:8 the reporting of findings from 90-day

318:9 studies.

**318:10 - 318:20    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:20)    M20.18**

318:10   Q. Part of their -- part of NTP's

318:11 periodic work?

318:12   A. Correct.

318:13   Q. As a government agency?

318:14   A. Correct.

318:15   Q. And do you see that this is

318:16 dated July 1992, when you were doing work

318:17 with NTP?

**1098.1.3**

318:18   A. Yes.

318:19   Q. I just want to show you a few

318:20 things from this document.

**319:19 - 319:23    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:16)    M20.19**

319:19 Do you see on numbered page 12

319:20 where they talk about a study that they

**1098.14.2**

319:21 conducted on rats and mice?

319:22   A. That is what it's talking

319:23 about, yes.

**320:7 - 320:23    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:53)    M20.20**

**1098.18.3**

320:7   Q. Do you see on page 16 they make

| | | |
|---|---|---|
| | **M20-Portier Day 2 DC  0228-1400 FINAL PLAYED** | |
| **Page/Line** | **Source** | **ID** |

320:8 reference to mutagenicity studies they've
320:9 conducted?
320:10  A. Yes.
320:11  Q. And if we stay on the same
320:12 page, below that, do you see that they make
320:13 reference to a micronucleus test that they                    **1098.18.4**
320:14 conducted?
320:15 And I'll put it up on the
320:16 screen, if that helps as well.
320:17  A. Yes.  No, that's a micronucleus
320:18 study, yes, correct.
320:19  Q. Specifically, they indicate                              **1098.18.5**
320:20 that 10,000 normochromatic erthrocytes from
320:21 each animal were scored for micronuclei.
320:22 Do you see that?
320:23  A. Correct.

**321:22 - 322:3**      **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:23)**         **M20.21**

321:22  Q. Do you mind looking at page 6
321:23 of the NTP study from 1992?                                   **1098.8**
321:24  A. I'm looking at it.
321:25  Q. And do you see where it says,                            **1098.8.2**
322:1 "Glyphosate was not mutagenic in salmonella
322:2 and did not introduce micronuclei in mice"?
322:3  A. I see where it says that, yes.

**322:7 - 322:8**      **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:08)**         **M20.22**

322:7  Q. On page 36 of this study, down                           **1098.38 -**
322:8 near the bottom, do you see where they say,                   **1098.38.2**

**322:9 - 323:21**     **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:02)**         **M20.23**

322:9 "There was no evidence of genetic or
322:10 reproductive toxicity of glyphosate"?
322:11 Do you see that?
322:12  A. No.
322:13  Q. It's up --
322:14  A. Oh.  I see.
322:15  Q. Do you see that?
322:16 Did I read that correctly?
322:17  A. Yes, you did read it correctly.                          **clear**
322:18  Q. Am I correct that you don't
322:19 disagree with the findings of this one study?
322:20  A. In Fischer rats and B63F1 mice,

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

322:21 I do not disagree with the findings of this

322:22 study.

322:23   Q. And you didn't recommend while

322:24 you were working with NTP that they do any

322:25 additional glyphosate testing, true?

323:1   A. I had nothing to do with this

323:2 or with glyphosate.

323:3   Q. There were studies that existed

323:4 on glyphosate when you were working at the

323:5 government, correct?

323:6   A. Probably.

323:7   Q. In fact --

323:8   A. Most certainly, actually.

323:9 Knowing the literature now, of course they

323:10 existed.

323:11   Q. Yeah.  And in fact, you

323:12 published talking about at least one of those

323:13 studies while you were working with

323:14 government, correct?

323:15   A. It's been pointed out to me

323:16 before, but I don't recall it --

323:17   Q. Okay.

323:18   A. -- to be honest.

323:19   Q. If I may, let me point it out

323:20 again.

323:21   A. Sure.

323:22 - 324:15 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:34)** | **M20.24**

323:22   Q. Doctor, I passed you an

323:23 exhibit, 1657.                                                    **1657.1**

323:24 Do you have that in front of

323:25 you?

324:1   A. Yes, I do.                                                 **1657.1.4**

324:2   Q. And do you recognize that this

324:3 is an article that you published along with

324:4 someone named David Resnik?

324:5   A. Yes, I do.

324:6   Q. And if you look at the                            **1657.1.5**

324:7 disclosure after the document, you list

324:8 yourself as being at the NTP at the time of

324:9 this document.

| Page/Line | Source | ID |
|---|---|---|
| | M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | |

324:10 Do you see that?
324:11 Just right up at the top after
324:12 your name, there's a 2, and then immediately
324:13 beneath it lists NTP.
324:14 Do you see that?
324:15  A. Yes.

**324:22 - 325:10  PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:35)**　　　　**M20.25**

324:22 And this is an article that you
324:23 wrote in 2005, correct?
324:24  A. Yes.
324:25  Q. If you look at page 3,
325:1 specifically in the bottom left-hand column,　　　**1657.3.2**
325:2 do you see that there is reference to a study
325:3 by McDuffie from 2001?  Do you see that?
325:4 It's also highlighted up on the
325:5 screen, if that helps.
325:6  A. Yes.
325:7  Q. And that's the study that
325:8 you've -- that's one of the studies that
325:9 you've discussed in this case, correct?　　　**clear**
325:10  A. Correct.

**325:18 - 328:1  PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:53)**　　　　**M20.26**

325:18  Q. Nowhere in this article citing
325:19 this study do you offer any conclusion about
325:20 glyphosate being carcinogenic, correct?
325:21  A. Correct.
325:22  Q. That's because you wrote this
325:23 article before you had come to any conclusion
325:24 about the carcinogenicity of glyphosate,
325:25 true?
326:1  A. Well, it wasn't the purpose of
326:2 this paper, to look at any specific
326:3 pesticide.  It was just raising an issue
326:4 about pesticides in general.
326:5  Q. Is it true that you wrote this
326:6 article before you had reached a conclusion
326:7 regarding the carcinogenicity of glyphosate?
326:8  A. Oh, absolutely.
326:9  Q. Thank you.
326:10 You mentioned something

| Page/Line | Source | ID |
|-----------|--------|-----|

M20-Portier Day 2 DC  0228-1400 FINAL PLAYED

326:11 yesterday called the Report on Carcinogens.
326:12 Do you remember mentioning
326:13 that?
326:14  A. Yes.
326:15  Q. And I think what you said is
326:16 that you were responsible for making final
326:17 recommendations about should -- what should
326:18 go in the Report on Carcinogens while you
326:19 were at NTP; is that right?
326:20  A. For six of the years, yes.
326:21  Q. And the Report on Carcinogens
326:22 identifies -- I'm going to get the
326:23 terminology wrong, but it identifies known or
326:24 potential carcinogens, correct?
326:25  A. Yeah, the terminology is "known
327:1 or reasonably anticipated to be
327:2 carcinogenic."
327:3  Q. Okay.  So let me see if I have
327:4 that right.
327:5 The purpose of the report on
327:6 the carcinogens is for our National
327:7 Toxicology Program to identify what is known
327:8 or reasonably anticipated to be carcinogenic,
327:9 correct?
327:10  A. Not exactly.  The purpose of
327:11 the Report on Carcinogens, as established by
327:12 law, is for the secretary of Health and Human
327:13 Services to maintain a list of what is known
327:14 or reasonably anticipated to be a human
327:15 carcinogen.  And she or he have designated
327:16 the NTP to provide them with advice on what
327:17 should be on that list, but they make the
327:18 final decision.
327:19  Q. Got it.
327:20 Did you ever recommend
327:21 glyphosate be on that list when you were at
327:22 NTP?
327:23  A. No.
327:24  Q. When you had that
327:25 responsibility you told us about yesterday?

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|
| | 328:1   A. No. | |
| 328:22 - 330:13 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:11)** | M20.27 |

328:22 You've offered an opinion today
328:23 that glyphosate can cause cancer; is that
328:24 right?
328:25   A. Yes.
329:1   Q. You've never carried out any
329:2 experiments on glyphosate, true?
329:3   A. True.
329:4   Q. You talked about the three legs
329:5 of the stool, Mr. Wisner's stool:  human
329:6 epidemiology studies, animal studies and
329:7 mechanistic studies.
329:8 Do you recall that?
329:9   A. Yes, I do.
329:10   Q. To this date, you've never
329:11 conducted a human epidemiological study on
329:12 glyphosate, true?
329:13   A. On glyphosate, that is true.
329:14   Q. To this date, you've never
329:15 conducted an animal study on glyphosate; is
329:16 that true?
329:17   A. That is true.
329:18   Q. To this date, you've never
329:19 personally conducted an in vitro genotoxicity
329:20 assay on glyphosate; is that true?
329:21   A. That is true.
329:22   Q. I'd like to talk with you for a
329:23 moment about how you became involved in this
329:24 lawsuit.
329:25 You talked yesterday about
330:1 doing work with the working group of IARC.
330:2 Do you remember that?
330:3   A. Yes.
330:4   Q. That was in March of 2015 that
330:5 that culminated, correct?
330:6   A. I believe it is, yes.
330:7   Q. And shortly after that the
330:8 IARC -- a summary of the IARC view on
330:9 glyphosate was published in a journal called

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

330:10 The Lancet.

330:11 Do you remember that?

330:12   A. Yes.  It was about two or three

330:13 weeks after the working group meeting.

330:22 - 330:25  **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:05)**   **M20.28**

330:22 Do you understand talking

330:23 yesterday about the exact rating that IARC

330:24 gave glyphosate?

330:25   A. Yes.

331:6 - 331:19  **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:29)**   **M20.29**

331:6   Q. And the rating for the human

331:7 evidence was that there was limited evidence

331:8 in humans for the carcinogenicity of

331:9 glyphosate, correct?

331:10   A. Correct.

331:11   Q. And limited evidence means that

331:12 a positive association has been observed

331:13 between exposure to the agent and cancer for

331:14 which a causal interpretation is considered

331:15 by the working group to be credible, but

331:16 chance, bias or confounding could not be

331:17 ruled out with reasonable confidence,

331:18 correct?

331:19   A. That is the definition.

331:24 - 332:11  **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:28)**   **M20.30**

331:24 Do you agree with that as a

331:25 correct description of the human data on

332:1 glyphosate?

332:2   A. That there is an association,

332:3 it is potentially causal, and that -- I'm not

332:4 so sure about bias, but confounding and

332:5 chance I can't really rule out, and so, yes,

332:6 I do disagree with the statement.

332:7   Q. And overall, you agree with the

332:8 overall designation that there's limited

332:9 evidence of human carcinogenicity, true?

332:10   A. If I applied that definition,

332:11 yes, it would be limited.

333:21 - 334:11  **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:26)**   **M20.31**

333:21   Q. We talked about that Lancet

| Page/Line | Source | ID |
|---|---|---|

M20-Portier Day 2 DC  0228-1400 FINAL PLAYED

333:22 publication.
333:23 Within a week or so of The
333:24 Lancet publication, you had had an agreement
333:25 with the plaintiff lawyers to consult with
334:1 them, correct?
334:2   A. It was a little longer than a
334:3 week after The Lancet publication, but, yes.
334:4   Q. I think it was about nine days,
334:5 right?
334:6   A. Yes.
334:7   Q. And those were lawyers you knew
334:8 from before, correct?
334:9   A. They were people who had called
334:10 me for my opinion, free of charge, on a
334:11 number of issues beforehand, yes.

**335:7 - 336:13     PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:00)     M20.32**

335:7   Q. Okay.  And then after The
335:8 Lancet publication on glyphosate, they called
335:9 you back; is that right?
335:10   A. Correct.
335:11   Q. And you signed a contract with
335:12 them?
335:13   A. Well, they asked me to provide
335:14 them with advice again on this issue, and I
335:15 suggested that maybe it was becoming to take
335:16 up a lot more of my time than I had planned,
335:17 and so we wrote a contract on it, that is
335:18 correct.
335:19   Q. And from that time forward, you
335:20 got paid for your work for plaintiff lawyers
335:21 on glyphosate, true?
335:22   A. That would be true.
335:23 On the work I did for the
335:24 lawyers on glyphosate, yes.
335:25   Q. Yes, that's what I was asking.
336:1 Now, let me move forward a few
336:2 months after you signed that contract.
336:3 You talked yesterday about
336:4 something called EFSA.
336:5 Do you remember talking about

| | M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

336:6 EFSA yesterday?

336:7   A. Yes, I do.

336:8   Q. And EFSA stands for the

336:9 European Food Safety Agency, correct?

336:10   A. I think so.  I get authority

336:11 and agency mixed up all the time, but --

336:12   Q. Fair enough.

336:13   A. It's one of the other.

**337:3 - 338:9**　　　**PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:01)**　　　**M20.33**

337:3   Q. You have presented your views

337:4 to the Europeans regarding what you think

337:5 EFSA is doing, correct?

337:6   A. I have presented my views in an

337:7 open letter that I'm absolutely certain EFSA

337:8 saw since they responded to it.  I've

337:9 presented my views on some aspects of it to

337:10 the European parliament, but again, to EFSA

337:11 directly, no.

337:12   Q. Okay.  Is this a copy of that　　　**1640.1**

337:13 letter that you were just referencing, what

337:14 I've marked as Exhibit 1640 --　　　**1640.1.4**

337:15   A. Yes.

337:16   Q. -- from November 27, 2015,

337:17 written by you to the Commissioner of Health

337:18 and Food Safety at European Commission?

337:19   A. It's written by me and my

337:20 colleagues to the Commissioner for Health and

337:21 Food Safety and the European Commission.

337:22   Q. Do you see that you've cc'd

337:23 various people?

337:24   A. Correct.

337:25   Q. And tell the jury who the third　　　**1640.1.2**

338:1 cc is on this letter.

338:2   A. Dr. Bernhard Url, who is the

338:3 executive director of EFSA.

338:4   Q. Okay.  So this did go to EFSA　　　**clear**

338:5 by your direction?

338:6   A. Correct.

338:7   Q. Thank you.

338:8   A. It wasn't directed to them, but

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

338:9 you're correct.  I stand corrected.

338:10 - 339:4    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:37)**    **M20.34**

338:10   Q. Now, EFSA had come to the view,

338:11 or had expressed the view, that glyphosate is

338:12 unlikely to pose a carcinogenic hazard to

338:13 humans, correct?

338:14   A. Some wording along those lines,

338:15 that's correct.

338:16   Q. And in fact, you quote that in

338:17 the first paragraph of your letter, about    **1640.1.5**

338:18 halfway or two-thirds of the way down.

338:19 Do you see that in your letter?

338:20   A. Yes, I do.

338:21   Q. EFSA's conclusion that

338:22 glyphosate is unlikely to pose a carcinogenic

338:23 hazard to humans?

338:24   A. That is correct.

338:25   Q. And you were obviously writing    **clear**

339:1 because you disagreed with that, right?

339:2   A. We disagreed with -- we

339:3 disagreed with the scientific way in which

339:4 they arrived at that decision.

339:5 - 339:10    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:07)**    **M20.35**

339:5   Q. You believed it should be

339:6 classified as a carcinogen, correct?

339:7   A. I believe they should have

339:8 followed their guidelines and done the

339:9 science the way they're supposed to have done

339:10 their job.

339:11 - 339:22    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:16)**    **M20.36**

339:11   Q. I'm going to ask you to focus

339:12 on my question.

339:13 Did you believe they should

339:14 have classified it as a carcinogen?

339:15   A. I believe they should have

339:16 classified it as 2B or 2A, absolutely, yes.

339:17   Q. Okay.

339:18   A. I don't know if we say that in

339:19 here.

339:20   Q. And they wrote back to you,

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

339:21 right?

339:22  A. They did write back to me.

341:2 - 341:25   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:48)**   **M20.37**

341:2  Q. Doctor, do you have in front of

341:3 you EFSA's letter to you dated January 13,

341:4 2016?   1639.1

341:5  A. Yes, I do.

341:6  Q. And we've put it up on the   1639.1.4

341:7 screen.

341:8 Do you see the EFSA logo in the

341:9 upper left corner?

341:10   A. Yes, I do.

341:11   Q. And if we look below that, you

341:12 can see the date, January 13, 2016.

341:13 Do you see that?

341:14   A. Yes, I do.

341:15   Q. And if you look below that,

341:16 they've written directly to you, "Dear

341:17 Professor Portier."   1639.1.5

341:18 Do you see that?

341:19   A. Yes, I do.

341:20   Q. I want to just focus on a

341:21 couple things in this letter.

341:22 First of all, do you see that

341:23 they have a letter and then they have an

341:24 annex with specific responses?   1639.4.2

341:25   A. Yes, I do.

342:1 - 342:16   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:45)**   **M20.38**

342:1   Q. And we see that up on the

342:2 screen, correct?

342:3   A. The annex, yes.

342:4   Q. Let's jump ahead to numbered

342:5 page 12 of the annex, which is up on the   1639.16

342:6 screen, which says "Summary," and tell me   1639.16.5

342:7 when you're there.

342:8   A. I'm there.

342:9   Q. Okay.  I just want to call out

342:10 this first paragraph.  Do you see where they   1639.16.6

342:11 say, "EFSA considers that the arguments

342:12 brought forward in the open letter do not

| Page/Line | Source | ID |
|---|---|---|
| | 342:13 have an impact on the EFSA conclusion on | |
| | 342:14 glyphosate"? | |
| | 342:15 Did I read that correctly? | |
| | 342:16  A. You read it correctly. | |
| 343:1 - 343:5 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:07)** | **M20.39** |
| | 343:1 QUESTIONS BY MR. SCHMIDT: | |
| | 343:2  Q. The open letter that they're | |
| | 343:3 referencing, that is your letter, correct? | |
| | 343:4  A. That is the letter from me and | |
| | 343:5 my colleagues. | |
| 343:12 - 343:13 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:06)** | **M20.40** |
| | 343:12  Q. They go on to say in the next | 1639.16.7 |
| | 343:13 paragraph, "As reported in the EFSA | |
| 343:14 - 343:20 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:25)** | **M20.41** |
| | 343:14 conclusion, there is very limited evidence | |
| | 343:15 for an association between glyphosate-based | |
| | 343:16 formulations and non-Hodgkin's lymphoma, and | |
| | 343:17 overall evidence is inconclusive for a causal | |
| | 343:18 or otherwise convincing associative | |
| | 343:19 relationship between glyphosate and cancer in | |
| | 343:20 human studies." | |
| 344:9 - 344:18 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:15)** | **M20.42** |
| | 344:9 Did I read that statement | |
| | 344:10 correctly? | |
| | 344:11  A. You read the statement | |
| | 344:12 correctly. | clear |
| | 344:13  Q. Okay.  Thank you, Doctor. | |
| | 344:14 And that actually anticipated | |
| | 344:15 my next question, which is, it's safe to say | |
| | 344:16 you disagreed with EFSA and they disagreed | |
| | 344:17 with you, correct?  Is that true? | |
| | 344:18  A. That is true. | |
| 345:22 - 346:2 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:10)** | **M20.43** |
| | 345:22  Q. And I'm just going to pass you | |
| | 345:23 a copy of this letter.  I'm not going to put | |
| | 345:24 it up on the screen, but just in fairness to | |
| | 345:25 you so you have it handy. | |
| | 346:1 Do you recognize that as | |
| | 346:2 Exhibit 1642? | |
| 346:3 - 346:3 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:01)** | **M20.44** |

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

346:3  A. Yes, I do.

| 346:4 - 346:9 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:09)** | **M20.45** |

346:4  Q. And if you look at your
346:5 signature line this time -- you talked about
346:6 how some colleagues joined you in your
346:7 earlier letter.  This time it's you alone,
346:8 correct?  You're the only signatory?
346:9  A. That is correct.

| 346:25 - 347:9 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:17)** | **M20.46** |

346:25  Q. My question, sir, simply:  At
347:1 this point you were commenting on both EFSA
347:2 and on a group called ECHA, the European
347:3 Chemical Agency; is it true?
347:4  A. That is correct.
347:5  Q. Both of them had issued views
347:6 on glyphosate that you disagreed with,
347:7 correct?
347:8  A. I disagreed with the way they
347:9 interpreted the scientific evidence.

| 347:21 - 348:14 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:32)** | **M20.47** |

347:21 They did reach a conclusion,
347:22 correct?
347:23  A. They did reach a conclusion.
347:24  Q. Did you agree or disagree with
347:25 it?
348:1  A. I disagree with their
348:2 conclusion.
348:3  Q. Thank you.
348:4 And their conclusion was, and
348:5 you quote it in the executive summary for
348:6 your letter, was that the evidence does not
348:7 support a classification for glyphosate; is
348:8 that correct?
348:9  A. That was ECHA's conclusion;
348:10 that is correct.
348:11  Q. ECHA's also -- is it a public
348:12 health agency or scientific agency in Europe?
348:13  A. ECHA is -- I guess it's a
348:14 science agency in Europe.

| 356:19 - 357:18 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:45)** | **M20.48** |

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
| --- | --- | --- |
| Page/Line | Source | ID |

356:19  Q. In addition to -- you spent
356:20 some time talking about EPA.
356:21 Do you recall that?
356:22  A. Yes, I do.
356:23  Q. And in addition to EFSA, you
356:24 also reached out to EPA, correct?
356:25  A. I sent public comments to an
357:1 EPA document.
357:2  Q. For example, if you look back
357:3 at that first letter you mentioned where you
357:4 copied EFSA, you also copied EPA on that
357:5 letter, correct?
357:6  A. That is correct.
357:7  Q. And then later you submitted
357:8 public comments to them again, correct?
357:9  A. When the time was correct for
357:10 its public comments, yes.
357:11  Q. And let's be precise.  You
357:12 understand that pesticides in the United
357:13 States periodically go through a review
357:14 process by EPA, correct?
357:15  A. That is correct.
357:16  Q. And that's happened for
357:17 glyphosate as well?
357:18  A. That is correct.

| 358:4 - 358:4 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:02)** | **M20.49** |

358:4 Do you understand that in 2016

| 358:5 - 358:15 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:16)** | **M20.50** |

358:5 EPA conducted
358:6 another review of glyphosate?
358:7  A. The EPA conducted a review of
358:8 glyphosate, that is correct.
358:9  Q. And the scientists at the EPA
358:10 categorized glyphosate as not likely to be
358:11 carcinogenic to humans, correct?
358:12  A. In their draft proposal.
358:13  Q. And it was that proposal that
358:14 you made comments on, correct?
358:15  A. That is correct.

| 359:2 - 359:22 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:41)** | **M20.51** |

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 359:2 There were three sets of | |
|  | 359:3 comments you made that went to the EPA? | |
|  | 359:4   A. That went to the record, yes. | |
|  | 359:5   Q. Okay.  That's what I was trying | |
|  | 359:6 to get at. | |
|  | 359:7 And among those comments was | |
|  | 359:8 your view that EPA should declare glyphosate | |
|  | 359:9 a probable human carcinogen, correct? | |
|  | 359:10   A. I don't remember saying that. | |
|  | 359:11   Q. You don't? | |
|  | 359:12   A. No, I don't. | |
|  | 359:13 My comments were towards the | |
|  | 359:14 science, again, the issues related to how | |
|  | 359:15 they evaluated the animal cancer data, how | |
|  | 359:16 they evaluated the epidemiology data, what | |
|  | 359:17 data was out there, et cetera. | |
|  | 359:18   Q. Sorry, I didn't mean to come | |
|  | 359:19 into your personal space. | |
|  | 359:20 Do you see Exhibit 1456 that I | 1456.1 |
|  | 359:21 put in front of you? | |
|  | 359:22   A. Yes. | |
| 360:1 - 360:9 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:19)** | **M20.52** |
|  | 360:1 Do you see that this is a | 1456.1.2 |
|  | 360:2 document titled "Comments of C. Portier on US | |
|  | 360:3 EPA"? | |
|  | 360:4   A. Yes, I do see it. | |
|  | 360:5   Q. And this is one of those sets | |
|  | 360:6 of comments that we're talking about, this | |
|  | 360:7 one from October 4, 2016. | |
|  | 360:8 Do you see that? | |
|  | 360:9   A. That -- I do see it. | |
| 361:11 - 362:5 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:37)** | **M20.53** |
|  | 361:11 Do you see on the bottom of | |
|  | 361:12 page 4 of your comments where it states in | 1456.4.2 |
|  | 361:13 bold language, "EPA should declare glyphosate | |
|  | 361:14 a probable human carcinogen"? | |
|  | 361:15 Do you see that language in | |
|  | 361:16 bold there? | |
|  | 361:17   A. "And go on to do a risk | |
|  | 361:18 assessment to determine if human exposure is | |

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 361:19 sufficient to warrant concern." | |
| | 361:20 That was my statement.  And | |
| | 361:21 there are 32 justified scientific reasons why | clear |
| | 361:22 I believe that to be the case. | |
| | 361:23  Q. Okay.  My question was simply: | |
| | 361:24 Did I read that language correctly, in bold? | |
| | 361:25  A. You did read it correctly. | |
| | 362:1  Q. Thank you. | |
| | 362:2 EPA subsequently issued a | |
| | 362:3 subsequent report on glyphosate; is that | |
| | 362:4 true? | |
| | 362:5  A. That is correct. | |
| 366:7 - 366:17 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:22)** | **M20.54** |
| | 366:7  Q. Do you recall that after you | |
| | 366:8 submitted those public comments, the EPA came | |
| | 366:9 to the judgment that for cancer descriptors, | |
| | 366:10 the available data and weight of evidence | |
| | 366:11 clearly do not support the descriptors | |
| | 366:12 "carcinogenic to humans," "likely to be | |
| | 366:13 carcinogenic to humans" or "inadequate | |
| | 366:14 information to assess carcinogenic | |
| | 366:15 potential"? | |
| | 366:16 Do you recall that? | |
| | 366:17  A. No. | |
| 367:7 - 367:14 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:24)** | **M20.55** |
| | 367:7  Q. Okay.  Did you read the EPA | |
| | 367:8 report dated December 12, 2017? | |
| | 367:9  A. Some of it. | |
| | 367:10  Q. Okay.  Let's look at that. | 1184.2 |
| | 367:11 It's -- sorry, I just mangled your document. | |
| | 367:12 It's Exhibit 1184. | |
| | 367:13 Do you see that? | |
| | 367:14  A. Yes. | |
| 371:8 - 371:11 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:07)** | **M20.56** |
| | 371:8  Q. Does that refresh your | 1184.2.1 |
| | 371:9 recollection that the EPA's ultimate | |
| | 371:10 conclusion was the strongest support is for | |
| | 371:11 not likely to be carcinogenic to humans? | |
| 371:13 - 371:20 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:14)** | **M20.57** |
| | 371:13 THE WITNESS:  I do not | |

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

371:14 recollect the strongest support for

371:15 it.

371:16 I do know -- I recollect that

371:17 in this document their final statement

371:18 was not likely to be carcinogenic to

371:19 humans, which I still firmly disagree

371:20 with.

clear

374:21 - 377:1 **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:57)**

M20.58

374:21   Q. Okay.  Let's talk about the

374:22 first branch of evidence you discussed,

374:23 animal studies.  And I want to talk generally

374:24 about some points and then go into some

374:25 specific points, if that's okay.

375:1   A. Okay.

375:2   Q. Do you agree with me that

375:3 animals models play an essential role in all

375:4 toxicology testing?

375:5   A. All toxicology testing?  I

375:6 would disagree.  It plays an essential role

375:7 in toxicology testing.

375:8   Q. Do you agree with me that they

375:9 do have some limitations due to differences

375:10 in genetics, anatomy and physiology between

375:11 humans and different animal species?

375:12   A. I would not agree with that

375:13 general statement.

375:14 I would agree with the general

375:15 statement that says for specific chemicals

375:16 there would be differences in physiology that

375:17 would make it -- that you would want to use

375:18 cautiously in interpreting the animal versus

375:19 the human:  physiology, pharmacology,

375:20 genetics, et cetera.  It's going to be

375:21 case-specific; it's not going to be a general

375:22 statement.

375:23   Q. Could we put -- do you have in

375:24 front of you Exhibit 1657?  This is the

1657.1

375:25 article that you published with Dr. Resnik in

1657.1.6

376:1 2005.

376:2 Do you have that in front of

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 376:3 you still?  And if you need help finding it, |  |
|  | 376:4 I can help you find it. |  |
|  | 376:5  A. Yep, I have it. |  |
|  | 376:6  Q. If you go to the second page of | 1657.2 |
|  | 376:7 this document -- this is your publication, |  |
|  | 376:8 correct? |  |
|  | 376:9  A. Yes, it is. |  |
|  | 376:10  Q. These are your words, correct? |  |
|  | 376:11  A. Yes, they are. |  |
|  | 376:12  Q. Let's look at your words in | 1657.2.1 |
|  | 376:13 this article.  I'm in the third column, down |  |
|  | 376:14 at the bottom, and I'm just going to read and |  |
|  | 376:15 ask you if I've read this correctly. |  |
|  | 376:16 "Although animal models play an |  |
|  | 376:17 essential role in all toxicology testing" -- |  |
|  | 376:18 Did I read that correctly, "all |  |
|  | 376:19 toxicology testing"? |  |
|  | 376:20  A. You did. |  |
|  | 376:21  Q. -- "they do have some |  |
|  | 376:22 limitations due to differences in genetics, |  |
|  | 376:23 anatomy and physiology between humans and |  |
|  | 376:24 different animal species." |  |
|  | 376:25 Did I read that correctly? |  |
|  | 377:1  A. You did. | clear |
| 377:19 - 378:1 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:19)** | **M20.59** |
|  | 377:19  Q. In order to determine whether |  |
|  | 377:20 or not glyphosate was causing NHL, we would |  |
|  | 377:21 really need to look at the human |  |
|  | 377:22 epidemiological evidence, right? |  |
|  | 377:23  A. In my opinion, it would be |  |
|  | 377:24 difficult to conclude that glyphosate is |  |
|  | 377:25 causing NHL in humans using only animal |  |
|  | 378:1 evidence. |  |
| 378:2 - 378:5 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:08)** | **M20.60** |
|  | 378:2  Q. So that's a yes? |  |
|  | 378:3  A. I'm not sure of the way you |  |
|  | 378:4 stated the question.  I'm trying to state an |  |
|  | 378:5 answer that I'm comfortable with. |  |
| 378:6 - 378:12 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:15)** | **M20.61** |
|  | 378:6  Q. You would need to look at the |  |

| | | |
|---|---|---|
| **M20-Portier Day 2 DC  0228-1400 FINAL PLAYED** | | |

| Page/Line | Source | ID |
|---|---|---|
| | 378:7 human data, correct? | |
| | 378:8   A. We would need human data in | |
| | 378:9 order to make that leap from animals to | |
| | 378:10 humans for a specific disease. | |
| | 378:11   Q. Including glyphosate and NHL? | |
| | 378:12   A. Including NHL and any agent. | |
| 379:4 - 379:13 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:19)** | **M20.62** |
| | 379:4   Q. When human data of high quality | |
| | 379:5 and adequate statistical power are available, | |
| | 379:6 they are generally preferable over animal | |
| | 379:7 data and should be given greater weight and | |
| | 379:8 hazard characterization and dose response | |
| | 379:9 assessment, although both can be used. | |
| | 379:10 Is that a correct statement in | |
| | 379:11 your view? | |
| | 379:12   A. Yeah, that would be a correct | |
| | 379:13 statement in my view. | |
| 383:12 - 383:18 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:13)** | **M20.63** |
| | 383:12   Q. You agree with the statement: | |
| | 383:13 In the evaluation of human health risks, | |
| | 383:14 sound human data, whenever available, are | |
| | 383:15 preferred to animal data in the context of | |
| | 383:16 risks? | |
| | 383:17   A. When sound -- sound is the bold | |
| | 383:18 word there.  Yes, I agree. | |
| 384:25 - 385:10 | **PORTIER, CHRISTOPHER 2019-02-22_PIP (00:00:20)** | **M20.64** |
| | 384:25 Do you recall presenting | |
| | 385:1 Exhibit 882 with five mouse studies? | |
| | 385:2   A. Okay.  So we're talking about | |
| | 385:3 the cancer studies in mice.  Yes, I remember | |
| | 385:4 presenting that. | |
| | 385:5   Q. And this is your handwriting on | |
| | 385:6 it, correct? | |
| | 385:7   A. Yes, it is. | |
| | 385:8   Q. And then you also presented | |
| | 385:9 seven rat studies, right? | |
| | 385:10   A. That is correct. | |
| 385:11 - 386:16 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:59)** | **M20.65** |
| | 385:11   Q. Am I correct in understanding | |
| | 385:12 from your testimony that it's not uncommon to | |

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

385:13 see tumors in rats and mice even when they're
385:14 not exposed to a potential carcinogen?
385:15   A. It depends on the tumor, but it
385:16 is --
385:17   Q. Okay.
385:18   A. There are some tumors which are
385:19 common and some are not.  It varies by
385:20 species, by strain, yes.
385:21   Q. But the simple fact of seeing a
385:22 tumor doesn't answer the question for you,
385:23 correct?
385:24   A. That is correct.
385:25   Q. Because you can see tumors of
386:1 specific types without even being exposed to
386:2 a carcinogenic study -- substance in rats and
386:3 mice, correct?
386:4   A. Depends on the tumor, depends
386:5 on the species, depends on the strain.  But
386:6 as a general rule, just seeing tumors is not
386:7 enough.
386:8   Q. Okay.  Just seeing tumors is
386:9 not enough as a general rule?
386:10   A. As a general rule.
386:11   Q. And in fact, you saw tumors in
386:12 some of the rats and mice in the glyphosate
386:13 studies who were in the control groups that
386:14 were never exposed to glyphosate, correct?
386:15   A. There were tumors in unexposed
386:16 animals, certainly.

**386:17 - 387:3**   **PORTIER, CHRISTOPHER 2019-02-22_PIP (00:00:33)**   M20.66

386:17   Q. All right.  So let's talk for a
386:18 moment about the rat studies.
386:19 Do you remember preparing this
386:20 chart of the rat studies, Exhibit 883, where
386:21 you circled specific findings?
386:22   A. Yes.
386:23   Q. Am I correct that none of the
386:24 tumors identified here are -- in the rats are
386:25 lymphomas?
387:1   A. In this chart, that is correct.

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|
| | 387:2  Q. As to the rats, correct? | |
| | 387:3  A. That is correct. | |
| 387:4 - 387:17 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:26)** | **M20.67** |
| | 387:4  Q. And you understand that this is | |
| | 387:5 a case involving non-Hodgkin's lymphoma, | |
| | 387:6 correct? | |
| | 387:7  A. Correct, but there is no | |
| | 387:8 evidence in the literature to suggest that | |
| | 387:9 you must see the same results in laboratory | |
| | 387:10 animals that you see in humans for there to | |
| | 387:11 be a prediction -- | |
| | 387:12  Q. My question -- | |
| | 387:13  A. -- from the animal to human. | |
| | 387:14 I know what your question was. | |
| | 387:15  Q. My question was simply -- I'm | |
| | 387:16 not -- let me just ask it again to make sure | |
| | 387:17 I understand your answer. | |
| 387:18 - 387:20 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:03)** | **M20.68** |
| | 387:18 You understand that this case | |
| | 387:19 involves non-Hodgkin's lymphoma, right? | |
| | 387:20  A. Yes, I do. | |
| 388:7 - 388:20 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:33)** | **M20.69** |
| | 388:7  Q. With the exception of growth | |
| | 388:8 and a few nonmalignant tumors, none of the | |
| | 388:9 rat studies showed any effect? | |
| | 388:10  A. No. | |
| | 388:11  Q. Okay. | |
| | 388:12  A. It's the nonmalignant tumors | |
| | 388:13 I'm disagreeing with. | |
| | 388:14  Q. Do you recall having a | |
| | 388:15 publication in a Swiss National Science | |
| | 388:16 Foundation called Horizons? | |
| | 388:17  A. Yes, I did.  It's a National | |
| | 388:18 Science Foundation magazine, yes. | |
| | 388:19  Q. And that was in 2016? | |
| | 388:20  A. Yes, it was. | |
| 390:3 - 390:6 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:06)** | **M20.70** |
| | 390:3 Do you recognize this as that | |
| | 390:4 article we've been discussing, what I've | |
| | 390:5 marked as Exhibit 1667? | 1667.1 |

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

390:6  A. Yes, I do.

391:2 - 391:7   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:12)**   **M20.71**

391:2   Q. Okay.  I want to look at a
391:3 specific statement you make in this
391:4 publication.  Look with me, if you would, at
391:5 the middle column.
391:6 Do you see that?
391:7   A. Yes, I do.

391:21 - 392:16   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:35)**   **M20.72**

391:21   Q. At the end of the paragraph --
391:22 I want to be complete in terms of the views
391:23 you express.
391:24 Do you see the end, the last
391:25 sentence of the paragraph?
392:1   A. I do see it, yes.
392:2   Q. You state, "The conclusion is
392:3 that glyphosate causes various tumors in
392:4 laboratory mice."
392:5 Do you see that?
392:6   A. I do see that.
392:7   Q. And that's the view you've
392:8 offered in this case, correct?
392:9   A. That is correct.
392:10   Q. Immediately above that you have
392:11 the sentence I read to you a few moments ago:   1667.1.10
392:12 "With the exception of growth in a few
392:13 nonmalignant tumors, none of the rat studies
392:14 showed any effect."
392:15 Did I read that correctly?   clear
392:16   A. You did read it correctly.

392:17 - 392:20   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:03)**   **M20.73**

392:17   Q. Do you stand behind that
392:18 statement?
392:19   A. No, I do not.
392:20   Q. Okay.

393:2 - 393:11   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:17)**   **M20.74**

393:2 Six of
393:3 them are in rats, so there are more tumors in
393:4 rats than I knew in 2016.  So that statement
393:5 in 2016 is no longer valid in 2019.

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

393:6   Q. Okay.  And that's my only
393:7 question, sir.
393:8 Do you stand behind this
393:9 statement that we've put up on the screen
393:10 from your 2016 publication?  *clear*
393:11   A. No.

| 393:12 - 393:14 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:06)** | **M20.75** |

393:12   Q. Let's move on to the mouse
393:13 studies.  And I want to ask you some
393:14 questions about mice, please.

| 393:21 - 394:4 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:17)** | **M20.76** |

393:21 Is it true that the genetic
393:22 alterations required for neoplastic
393:23 transformation sometimes differ for mice and
393:24 humans?
393:25   A. Yes.
394:1   Q. Is it true that there are
394:2 differences between the mouse and human
394:3 immune systems?
394:4   A. Yes.

| 394:5 - 395:2 | **PORTIER, CHRISTOPHER 2019-02-22_PIP (00:00:40)** | **M20.77** |

394:5   Q. I want to go to your mouse
394:6 chart and ask you a few questions about it.
394:7 It's Exhibit 882, and it's up on the screen.
394:8 Do you recognize that as the
394:9 chart you spent some time talking about in
394:10 your testimony with the plaintiff lawyer with
394:11 your handwriting on it?
394:12   A. Yes, I do.
394:13   Q. And I want to be clear I
394:14 understand it.  One of the tumors that you
394:15 list here in three different places is kidney
394:16 carcinomas or adenomas.
394:17 Do you see those three
394:18 listings?
394:19   A. Yes, I do.
394:20   Q. The plaintiff in this case is
394:21 not claiming that Roundup caused kidney
394:22 cancer.
394:23 You understand that, right?

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

394:24  A. I do understand that.

394:25  Q. And do you recognize the term

395:1 "renal" as a medical term for the kidneys?

395:2  A. Yes.

395:3 - 395:25 **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:57)**     **M20.78**

395:3  Q. You were not aware of any

395:4 published article that conducts an analysis

395:5 to test whether the development of renal

395:6 tumors in mice is predictive of NHL in

395:7 humans, true?

395:8  A. Do I know of any article?

395:9 I only know of one article that

395:10 looks at prediction from mice to humans by

395:11 tumor site, and I just don't know if it

395:12 covers that or doesn't.

395:13  Q. There's no article you can

395:14 point me to that conducts an analysis to test

395:15 whether the development of renal tumors in

395:16 mice is actually predictive of NHL in humans;

395:17 is that true?

395:18  A. I don't know.  I don't know of

395:19 any immediately.

395:20  Q. Let's focus on -- and there --

395:21 let's focus on lymphoma, please.

395:22  A. And to be fair, what I was

395:23 trying to say was I don't know of any article

395:24 for any tumor in mice, predictive of any

395:25 tumor in humans, except for one article.

396:1 - 397:5 **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:56)**     **M20.79**

396:1  Q. Okay.  You reported lymphoma in

396:2 five mouse studies, correct?

396:3  A. Four.

396:4  Q. Four.  Okay.

396:5 And actually, that is

396:6 important --

396:7  A. I evaluated all five for

396:8 lymphoma, but four were reported as positive

396:9 of some weight, shape or form.

396:10  Q. And I'm glad for that

396:11 precision, and I appreciate that, because I

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

396:12 want to ask you about that, Doctor.
396:13 It's hard to read -- well, it's
396:14 not hard to read.  These are the four
396:15 studies, Atkinson, Sugimoto, Wood and Kumar,
396:16 where you reported a difference in malignant
396:17 lymphomas.
396:18 Do you see that?
396:19   A. Yes.
396:20   Q. You did not report a difference
396:21 in malignant lymphomas for Knezevich,
396:22 correct?
396:23   A. That is correct.  That is
396:24 correct.
396:25   Q. You did report something, and
397:1 this is where I have trouble reading it,
397:2 something called -- can you read the deep
397:3 purple box for me?
397:4   A. Spleen composite
397:5 lymphosarcomas.

**397:6 - 397:16**   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:31)**   **M20.80**

397:6   Q. Okay.  Is that a type of
397:7 lymphoma?
397:8   A. That is a type of -- well, it's
397:9 a very old classification.  I had to do a lot
397:10 of history lesson to try to understand what
397:11 it was.
397:12 The best I can find as an
397:13 explanation of that is it's an old
397:14 classification for some subpart of the
397:15 malignant lymphoma classification.  But, yes,
397:16 it's some sort of lymphatic cancer.

**397:17 - 398:1**   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:17)**   **M20.81**

397:17   Q. This study did look at overall
397:18 lymphomas, correct?
397:19   A. Malignant lymphomas.
397:20   Q. Yes.
397:21   A. I think it did, yes.
397:22   Q. And it found no difference,
397:23 correct?
397:24   A. I'm not sure.  I'd have to look

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

397:25 at my documents on the individual study to be
398:1 able to answer that specifically.

399:16 - 400:1    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:29)**    M20.82

399:16   Q. Okay.  I want to come back to
399:17 something we were talking about a moment ago.
399:18 It is the case that you can see
399:19 lymphomas in mice that are not exposed to
399:20 Roundup, correct?
399:21   A. Depends on the mouse strain and
399:22 depends on the age of the mouse.  They're
399:23 fairly rare when you get to the 18-month
399:24 study in CD-1 mice.  It's about 2 percent or
399:25 something like that in controls.  So you may
400:1 or may not see it, but you can see it.

400:2 - 401:3    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:56)**    M20.83

400:2   Q. For example, if you look back
400:3 at your table, when it came to malignant
400:4 lymphomas in the Knezevich study, you saw as
400:5 many in the control group who had no Roundup
400:6 as you saw in the high dose group, correct?
400:7   A. I'm sorry, I put it away
400:8 already.
400:9   Q. Page 38, please, Doctor.
400:10   A. Yes.
400:11   Q. Okay.  And that's not
400:12 remarkable, is it?
400:13   A. No, it's not remarkable.
400:14   Q. To see as many in the control
400:15 group as you see in the high dose group?
400:16   A. Well, if truth were there were
400:17 no effect, then, yes, it would not be
400:18 remarkable to see the same.
400:19 Now, the two mid dose groups
400:20 there had substantial different numbers.
400:21   Q. Okay.  For that reason, some of
400:22 the tumors that you testified about were
400:23 probably false positives, correct?
400:24   A. You've introduced a new topic.
400:25 What do you mean by "false positives"?
401:1   Q. Is that a term you're familiar

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

401:2 with in your work?

401:3  A. Yes, I am.

407:2 - 408:14  **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:40)**  M20.84

407:2  Q. Okay.  Using that term, that

407:3 concept, as you define it, do you agree that

407:4 some of the findings that you discussed are

407:5 probably false positives, using that term as

407:6 you use it?

407:7  A. I'd still would like to define

407:8 the term.

407:9  Q. Why don't you define the term,

407:10 sir.

407:11  A. So false positive is a

407:12 situation where truth is there is no impact

407:13 of the chemical on the risk of getting

407:14 tumors, and you have decided, by whatever

407:15 means you've decided, that the -- there is

407:16 indeed a hazard.  That would be a false

407:17 positive decision.

407:18 And with that definition, if

407:19 you were to draw a decision that every one of

407:20 the tumors I've cited here is, in fact, due

407:21 to glyphosate as a cause, then my statement

407:22 would be that some of them are probably false

407:23 positive findings, if you made that

407:24 statement.

407:25  Q. Okay.  So you would agree with

408:1 me that some of the findings you talked about

408:2 with the jury, with the plaintiff lawyer, are

408:3 probably false positives, true?

408:4  A. Some of the findings on these

408:5 pages that outline statistical findings are

408:6 false positives.  I would agree with that

408:7 statement.

408:8  Q. And to be fair to you, I think

408:9 you think it's a rare chance, but there could

408:10 be zero compound-related effects, true?

408:11  A. I really don't believe that's

408:12 the case.  It would be so rare that I just

408:13 don't believe that's the case.

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|
| 408:15 - 408:18 | 408:14   Q. Do you recall giving testimony<br>**PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:08)**<br>408:15 in April of 2018?<br>408:16   A. April?<br>408:17   Q. Of 2018.<br>408:18   A. A deposition of some sort? | **M20.85** |
| 409:10 - 409:12 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:03)**<br>409:10   Q. One of my colleagues asked you<br>409:11 questions under oath, correct?<br>409:12   A. That is correct. | **M20.86** |
| 411:2 - 411:15 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:21)**<br>411:2 My question is, do you see on<br>411:3 page 404, line 6, you're asked the question:<br>411:4 "And there also could be zero<br>411:5 compound-related effects, right?"<br>411:6 Do you see that question?<br>411:7   A. Yes, I see that question.<br>411:8   Q. I'm going to read your answer.<br>411:9 "Answer:  That is correct, both<br>411:10 there are rare chances, but, yes."<br>411:11 Did I read that correctly?<br>411:12   A. You read that correctly.<br>411:13   Q. And were you testifying<br>411:14 truthfully at the time?<br>411:15   A. Yes, I was. | **M20.87** |
| 411:21 - 411:24 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:13)**<br>411:21   Q. Am I correct that many of the<br>411:22 tumors you talked about in the mouse studies<br>411:23 are seen at very high doses?<br>411:24   A. No. | **M20.88** |
| 412:10 - 413:10 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:44)**<br>412:10   Q. Do you see that the male mice<br>412:11 in the Knezevich study in the high dose group<br>412:12 were exposed to 4,841 milligrams per<br>412:13 kilograms per day?<br>412:14   A. Yes, I do see that.<br>412:15   Q. That's many, many fold higher<br>412:16 than humans are exposed to, correct?<br>412:17   A. Probably.<br>412:18   Q. Many hundreds or thousands of | **M20.89** |

| Page/Line | Source | ID |
|---|---|---|

M20-Portier Day 2 DC  0228-1400 FINAL PLAYED

412:19 fold higher, correct?

412:20   A. I really don't know.

412:21   Q. You've not done that

412:22 calculation?

412:23   A. I've not done that calculation.

412:24   Q. Do you take issue with it being

412:25 hundreds or thousands of times higher than

413:1 what humans are exposed to?

413:2   A. It's much higher, I'll give you

413:3 that.

413:4   Q. Okay.  Much higher.

413:5 The females were exposed to an

413:6 even higher level, correct, in the high dose

413:7 group, 5,874?

413:8   A. That is correct.

413:9   Q. If we look at Sugimoto, which

413:10 is in your report on page 42, Table 12?

**413:11 - 413:25**   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:25)**   **M20.90**

413:11   A. Yes.

413:12   Q. The males were exposed in the

413:13 high dose group to 4,348 milligrams per

413:14 kilogram per day.

413:15 Do you see that?

413:16   A. I do see that.

413:17   Q. Females, 4,116.

413:18 Do you see that?

413:19   A. I do see that.

413:20   Q. And some of the other ones, the

413:21 high dose groups in the studies were lower

413:22 than that, but they were all many times

413:23 higher than what humans are exposed to,

413:24 correct?

413:25   A. Yes, that is correct.

**414:24 - 415:1**   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:05)**   **M20.91**

414:24   Q. Okay.  I want to ask you a

414:25 question.  Let me just grab a pen and a piece

415:1 of paper.

**415:2 - 415:5**   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:07)**   **M20.92**

415:2 Doctor, do you have in front of

415:3 you -- you probably don't because I have it

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 415:4 in my hands -- the edits that you've made to | |
|  | 415:5 Exhibit 882? | |
| 415:20 - 416:1 | **PORTIER, CHRISTOPHER 2019-02-22_PIP (00:00:14)** | **M20.93** |
|  | 415:20 I'm going to ask you to work | |
|  | 415:21 off your notes.  I want to ask you some | |
|  | 415:22 questions about the lymphomas that have been | |
|  | 415:23 seen in these studies, if I could. | |
|  | 415:24   A. Okay. | |
|  | 415:25   Q. Fair?  Is that fair, sir? | |
|  | 416:1   A. Sure. | |
| 416:2 - 419:6 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:02:38)** | **M20.94** |
|  | 416:2   Q. As I understand these analyses, | |
|  | 416:3 broadly speaking -- and here's where I'll ask | |
|  | 416:4 you to bear with me -- there are two ways of | |
|  | 416:5 analyzing the data.  One way is something | |
|  | 416:6 called a pairwise comparison; is that | |
|  | 416:7 correct? | |
|  | 416:8   A. That is correct. | |
|  | 416:9   Q. And a pairwise comparison is | |
|  | 416:10 where you compare two individual groups to | |
|  | 416:11 see if one has a statistically higher rate; | |
|  | 416:12 is that correct? | |
|  | 416:13   A. Correct. | |
|  | 416:14   Q. The other way is something you | |
|  | 416:15 report called a trend analysis, correct? | |
|  | 416:16   A. Correct. | |
|  | 416:17   Q. And I'm probably going to | |
|  | 416:18 butcher this horribly, but in lay terms, | |
|  | 416:19 that's looking across the four groups to see | |
|  | 416:20 if there's an increasing or other trend | |
|  | 416:21 across the groups? | |
|  | 416:22   A. Correct. | |
|  | 416:23   Q. And you did those -- both of | |
|  | 416:24 those analyses, correct? | |
|  | 416:25   A. That is correct. | |
|  | 417:1   Q. And you did them both in male | |
|  | 417:2 mice and in female mice, correct, where the | |
|  | 417:3 data was available? | |
|  | 417:4   A. I have to be very specific, I'm | |
|  | 417:5 sorry.  I can't say correct to that. | |

| Page/Line | Source | ID |
|---|---|---|

417:6 For cases where I saw a
417:7 positive tumor in any study on a specific end
417:8 point, I made sure I looked at that same end
417:9 point in other studies for the same sex,
417:10 species group of the animal.
417:11   Q. Okay.
417:12   A. I also looked at all tumors
417:13 greater than three in the total across all
417:14 the dose groups in any of these studies.
417:15 So there are some cases where
417:16 I'm specifically looking at things that have
417:17 nothing in them that are different than other
417:18 cases.
417:19 So I can't say I looked at
417:20 everything and did that test on everything.
417:21 It's a very specific rule that I used.
417:22   Q. By and large, you looked at the
417:23 male mice, right?
417:24   A. Correct.
417:25   Q. You did pairwise tests in the
418:1 male mice?
418:2   A. Sometimes.
418:3   Q. You looked at trends in the
418:4 male mice, right?
418:5   A. I always did trends.
418:6   Q. And one of the ways of looking
418:7 at trends is something called the
418:8 Cochran Armitage test, correct?
418:9   A. That is correct.
418:10   Q. And you looked at female mice?
418:11   A. Correct.
418:12   Q. And you did some trend analysis
418:13 in female mice?
418:14   A. That is correct.
418:15   Q. And you did some pairwise
418:16 analysis in female mice, correct?
418:17   A. That is correct.
418:18   Q. And you recognize when I'm
418:19 talking about these two tests, pairwise and
418:20 trend, that by convention for both tests --

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

418:21 and I'm focusing on by convention for both
418:22 tests -- a statistically significant
418:23 comparison is one for which P is less than
418:24 .05 that the increased incidence is due to
418:25 chance.
419:1 Do you recognize that
419:2 convention I just quoted?
419:3   A. I'm not sure where you're
419:4 quoting it from, but modern use of statistics
419:5 doesn't just draw that, but that convention
419:6 stands.

419:7 - 419:13 · **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:12)** · **M20.95**

419:7   Q. Okay.
419:8   A. But most statisticians and
419:9 others now are starting to look at this in a
419:10 much more flexible fashion.
419:11 There was a nice article from
419:12 the American Statistical Association on this
419:13 issue.

419:16 - 419:20 · **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:08)** · **M20.96**

419:16 My question was simply, you
419:17 recognize that convention, right?
419:18   A. I recognize that some people
419:19 use that convention to a great degree, more
419:20 than they probably should.

423:11 - 425:12 · **PORTIER, CHRISTOPHER 2019-02-22_PIP (00:01:55)** · **M20.97**

423:11   Q. Okay.  Using that .05 standard,
423:12 I just want to ask you about the findings of
423:13 those five mouse studies.  I've put lymphoma
423:14 at the top because that's what I'm going to
423:15 focus on; .05, that standard that we just
423:16 read; and the two types tests for male and
423:17 for -- I'm sorry, male for pairwise and for
423:18 trend.
423:19 And I'm just going to ask you,
423:20 yes or no:  Was there, under this standard, a
423:21 statistically significant finding at that
423:22 level for Knezevich, was there, at the .05
423:23 level?
423:24   A. No.

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

423:25   Q. What about for trend at the .05
424:1 level?
424:2   A. No.
424:3   Q. Atkinson, the second study, was
424:4 there statistical significance pairwise at
424:5 the .05 level?
424:6   A. No.
424:7   Q. Trend?
424:8   A. No.
424:9   Q. Sugimoto, the third study you
424:10 referenced, was there statistical
424:11 significance pairwise at the .05 level?
424:12   A. No.
424:13   Q. I think we talked over each
424:14 other.  I didn't hear what you said, sir.
424:15   A. There was no pairwise
424:16 statistical significance.
424:17   Q. And there was --
424:18   A. Less than .05 P value for the
424:19 pairwise comparisons in that study.
424:20   Q. There was for trend, correct?
424:21   A. There was for trend.
424:22   Q. For Wood, the fourth study you
424:23 talked about, there was on both tests,
424:24 correct?
424:25   A. That is correct.
425:1   Q. And for the final study you
425:2 talked about, Kumar --
425:3   A. Yes.
425:4   Q. -- was there statistical
425:5 significance for pairwise?
425:6   A. Yes.
425:7   Q. Was there statistical
425:8 significance for trend?
425:9   A. No.
425:10 It's yes for pairwise.
425:11   Q. At the .05 level?
425:12   A. Yes.

| 425:13 - 425:14 | **PORTIER, CHRISTOPHER 2019-02-22_PIP (00:00:10)** | **M20.98** |

425:13   Q. Then why do you have 1 plus on

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

425:14 your chart and no pairwise notation?

| Page/Line | Source | ID |
|---|---|---|
| 425:15 - 425:24 | **PORTIER, CHRISTOPHER 2019-02-22_PIP (00:00:28)** | M20.99 |

425:15   A. Kumar was .05.  I'm sorry, yes,

425:16 it was statistically significant at .05.

425:17 The chart only shows the number

425:18 of pluses for the trend test.  I made that

425:19 clear yesterday.

425:20   Q. Okay.

425:21   A. And I fully disagree with this

425:22 characterization of yes/no for these

425:23 findings, but you've created a table that is

425:24 indeed accurate.

| Page/Line | Source | ID |
|---|---|---|
| 426:15 - 427:23 | **PORTIER, CHRISTOPHER 2019-02-22_PIP (00:01:11)** | M20.100 |

426:15   Q. Did you do these same analyses

426:16 for female mice?

426:17   A. For malignant lymphomas?

426:18   Q. Yes.

426:19   A. No.

426:20   Q. Okay.  You didn't look for

426:21 malignant lymphomas at whether there was

426:22 statistical significance in these studies?

426:23   A. Sometimes I didn't have the

426:24 data, and other times I -- I had a rule for

426:25 what I was looking at.

427:1   Q. Okay.  So let me just ask you

427:2 the question.

427:3 When it comes to -- you do have

427:4 a notation on your chart for females; it's

427:5 just not circled, correct?

427:6   A. That's correct.

427:7   Q. Okay.  When it comes to

427:8 females, can you point me to any findings as

427:9 to females in these studies that are

427:10 statistically significant on either the

427:11 pairwise or the trend?

427:12   A. In these studies?

427:13   Q. Yes.

427:14   A. No.  If they were statistically

427:15 significant, they would be shown in the

427:16 table.

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 427:17   Q. Okay.  So there are no | |
|  | 427:18 statistically significant findings for | |
|  | 427:19 females in these studies? | |
|  | 427:20   A. In these studies for malignant | |
|  | 427:21 lymphoma -- | |
|  | 427:22   Q. Yes. | |
|  | 427:23   A. -- that is correct. | |
| 429:9 - 430:8 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:40)** | **M20.101** |
|  | 429:9   Q. Do you recall talking yesterday | |
|  | 429:10 about an author called De Roos?  De Roos? | |
|  | 429:11   A. De Roos, yes. | |
|  | 429:12   Q. Yes.  That's an author you said | |
|  | 429:13 signed on to your letter. | |
|  | 429:14 Do you remember that? | |
|  | 429:15   A. That's correct. | |
|  | 429:16   Q. Do you recall Dr. De Roos | |
|  | 429:17 actually publishing a study on epidemiology, | |
|  | 429:18 human epidemiology? | |
|  | 429:19   A. Several, yes. | |
|  | 429:20   Q. And I'm going to focus on the | |
|  | 429:21 2005 one. | |
|  | 429:22 You recall the 2005 study, | |
|  | 429:23 correct? | |
|  | 429:24   A. Yeah, I do recall that she had | |
|  | 429:25 a 2005 study. | |
|  | 430:1   Q. And that's a study that you | |
|  | 430:2 have looked to.  You've cited it in your | |
|  | 430:3 report and you talked about it yesterday, | |
|  | 430:4 correct? | |
|  | 430:5   A. That is correct. | |
|  | 430:6   Q. Let's take a look at that | |
|  | 430:7 study, please.  It's 528 in your binder, if | 528.1 |
|  | 430:8 you need to look at it. | |
| 430:9 - 430:11 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:06)** | **M20.102** |
|  | 430:9 Do you recognize what I've put | 528.1.1 |
|  | 430:10 up on the screen as a copy of that study, | |
|  | 430:11 Doctor? | |
| 430:12 - 430:18 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:13)** | **M20.103** |
|  | 430:12 It's probably hard to read. | |
|  | 430:13 It's the one that's in your binder as 528. | |

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

430:14  A. Yes, I do recognize it.
430:15  Q. And we see the first author is
430:16 De Roos.
430:17 Do you see that?
430:18  A. Yes, I do.

**431:11 - 431:23**    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:24)**    **M20.104**

431:11 And if you look, do you see
431:12 that there's an abstract right at the top?
431:13  A. Yes, I do.    528.1.2
431:14  Q. Do you see that they write in
431:15 their abstract, "Although there has been
431:16 little consistent evidence of genotoxicity or
431:17 carcinogenicity from in vitro and animal
431:18 studies"?
431:19 Do you see that?
431:20  A. I see that what's she writes.
431:21  Q. And I read that correctly,    clear
431:22 right?
431:23  A. You read it correctly.

**445:9 - 445:18**    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:21)**    **M20.105**

445:9 Are you familiar with the World
445:10 Health Organization Task Group on
445:11 Environmental Health Criteria on Principles
445:12 for Modeling Dose Response for the Risk
445:13 Assessment of Chemicals?
445:14  A. It's a very long name.
445:15  Q. Yeah, it is a very long name.
445:16  A. It sounds like something I
445:17 might have been involved in years ago.  I
445:18 have no idea.

**446:2 - 446:15**    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:43)**    **M20.106**

446:2  Q. I'll pass you Trial
446:3 Exhibit 1278, please.    1278.1
446:4 Do you see that this is a    1278.1.1
446:5 document from the World Health Organization
446:6 International Programme on Chemical Safety?
446:7  A. Yes, this is an environmental
446:8 health criteria document.
446:9  Q. Yes.
446:10 And if you look at the inside    1278.2.2

| | | |
|---|---|---|
| **M20-Portier Day 2 DC  0228-1400 FINAL PLAYED** | | |

| Page/Line | Source | ID |
|---|---|---|

446:11 cover of that document, it states first draft

446:12 prepared by the WHO task group that I

446:13 mentioned.

446:14 Do you see that?

446:15  A. Yes.

**447:21 - 448:6**    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:16)**    **M20.107**
1278_16.1

447:21 Do you see up on the screen

447:22 where it says "Task Group Members"?

447:23  A. Page 16, yes.

447:24  Q. Yes.

447:25 And if you look at the very

448:1 next page, under that listing do you see your

448:2 name?

448:3  A. Yes, I do.

448:4  Q. Okay.  And what I wanted to ask

448:5 you about this document and the quote I read

448:6 you earlier is on page 10 of this document.

**448:9 - 448:17**    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:13)**    **M20.108**
1278.11.2

448:9  Q. And I've called out the bottom

448:10 paragraph, and I just want to ask if I've

448:11 read this correctly from this working group

448:12 document.

448:13 "In the evaluation of human

448:14 health risks, sound human data, whenever

448:15 available, are preferred to animal data."

448:16 Did I read that correctly?

448:17  A. You read that correctly.    clear

**455:16 - 456:5**    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:24)**    **M20.109**

455:16  Q. I want to move on and talk to

455:17 you for a little -- talk with you for a

455:18 little bit about genotoxicity.

455:19 Do you recall testifying about

455:20 that?  I think Mr. Wisner called it the

455:21 second leg of his stool.

455:22 Do you remember that?

455:23  A. I think I recall testifying

455:24 about that.

455:25  Q. And I think you mentioned two

456:1 potential mechanisms, if I understood you

456:2 correctly:  One was genotoxicity; one was

| Page/Line | Source | ID |
|---|---|---|
| | M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | |

456:3 oxidative stress.

456:4 Is that accurate?

456:5   A. That is accurate.

**457:20 - 458:6     PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:17)**   **M20.110**

457:20 Do you see under their

457:21 conclusion EFSA writes to you, "Considering a     1639.15.3

457:22 weight of evidence approach, taking into

457:23 account the quality and reliability of all

457:24 available data, it is concluded that

457:25 glyphosate is unlikely to be genotoxic in

458:1 vivo"?

458:2 Did I read that correctly?

458:3   A. You read it correctly.

458:4   Q. And this is them writing back

458:5 to you; is that correct?

458:6   A. That is correct.     clear

**458:7 - 459:8     PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:53)**   **M20.111**

458:7   Q. You talked about a few studies

458:8 in this area, and I want to just look at a

458:9 couple of the studies, if we could.

458:10 One of the studies you

458:11 mentioned is by a lead author Bolognesi.

458:12 Do you remember that?

458:13   A. There were several, which -- it

458:14 depends which one.

458:15   Q. Okay.  One of them was a study

458:16 that involved aerial spraying, correct?

458:17   A. I do remember that one.

458:18   Q. And if I recall your testimony

458:19 correctly, you compared that to two studies

458:20 by authors called Paz-y-Mino?

458:21   A. That's correct.

458:22   Q. And you said that the Bolognesi

458:23 study is the stronger study than either

458:24 Paz-y-Mino study, correct?

458:25   A. That's correct.

459:1   Q. The Bolognesi study showed that

459:2 genotoxic risk potentially associated with

459:3 glyphosate -- with exposure to glyphosate is

459:4 low, correct?

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

459:5   A. I'd have to see the document,
459:6 but say it again so I can read it --
459:7   Q. Sure.
459:8   A. -- I can understand it.

459:9 - 459:20   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:26)**   M20.112

459:9   Q. "Genotoxic risk potentially
459:10 associated with glyphosate in the areas where
459:11 the herbicide is applied for coca and poppy
459:12 eradication is low."
459:13   A. I have to see it in the context of the statement
459:14 they're giving it in.  I believe what they're
459:15 saying is that the magnitude of the effect
459:16 they saw was low --
459:17   Q. Okay.  Let's take a look --
459:18   A. -- as compared to the -- the
459:19 strength of the evidence that there was an
459:20 effect.

459:21 - 460:7   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:26)**   M20.113

459:21   Q. Okay.  Let's look at their
459:22 language and let their words speak for
459:23 themselves.
459:24 Do you mind if we go to
459:25 exhibit -- it's actually not in your binder.
460:1 I thought it was in your binder.  I'll give
460:2 you a copy.  It's 1066, please.   1066.1
460:3 Do you have that in front of
460:4 you, sir?
460:5 Do you recognize this as the
460:6 Bolognesi study we've been referring to?
460:7   A. Yes.

460:8 - 460:21   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:33)**   M20.114

460:8   Q. We've got it up on the screen.   1066.1.3
460:9 Let's call out, just first, the authors.
460:10 There we see the name of the Bolognesi
460:11 author, the leader author.
460:12 Do you see that?
460:13   A. Yes.  That is the article.
460:14   Q. And if we look at the author
460:15 affiliations, their affiliations include the
460:16 National Cancer Research Institute in Genoa.

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

460:17 Do you see that?

460:18   A. Yes.

460:19   Q. And various universities,

460:20 correct?

460:21   A. Correct.

461:3 - 462:13     **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:11)**     **M20.115**

461:3   Q. And then at the end of their

461:4 abstract, do you see this language that I was     **1066.1.4**

461:5 just reading you?

461:6 "Evidence indicates that the

461:7 genotoxic risk potentially associated with

461:8 exposure to glyphosate in the areas where the

461:9 herbicide is applied for coca and poppy

461:10 eradication is low."

461:11 Did I read that correctly?

461:12   A. You read that correctly.

461:13   Q. And just so the jury

461:14 understands what we're talking about, this     **clear**

461:15 was a study that looked at aerial spraying

461:16 that was being done in South America to try

461:17 to eradicate crops relevant to the illegal

461:18 drug industry, correct?

461:19   A. Correct.

461:20   Q. And what they are saying is in

461:21 the context of their study, the genotoxic

461:22 risk potentially associated with that form of

461:23 exposure is low, correct?

461:24   A. That's what it says.

461:25 Interpretation that they put on

462:1 that is based upon the magnitude of the

462:2 effect, not the presence or absence of the

462:3 effect.  So the low refers there to the

462:4 magnitude of the effect.

462:5   Q. Sir, have you ever talked with

462:6 the authors about this article?

462:7   A. It's in the article.

462:8   Q. Have you talked with the

462:9 authors about this article?

462:10   A. No, I have not.

462:11   Q. Okay.  Let's look at what they

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

462:12 say later in the article. — 1066.9

462:13 Could you flip to page 994 of

462:14 - 464:25 — **PORTIER, CHRISTOPHER 2019-02-22_SS (00:02:25)** — M20.116

462:14 the document?  And I think this might be the

462:15 point you were going to.

462:16 "Overall, these results suggest — 1066.9.2

462:17 that genotoxic damage associated with

462:18 glyphosate spraying, as evidenced by the MN

462:19 test, is small and appears to be transient."

462:20 Did I read that correctly.

462:21  A. You read that correctly.

462:22  Q. And the MN test, that's a test

462:23 of that metric you were talking about on

462:24 direct examination, micronuclei, correct?

462:25  A. Yes, the one they used here.

463:1  Q. Right.

463:2 And then do you recall that

463:3 this article, at least according to the terms

463:4 of these authors, purported to do a Bradford

463:5 Hill analysis of their data?

463:6  A. I don't recall that.

463:7  Q. Let's look at that.  Could we

463:8 go to the next page, please, Doctor? — 1066.10

463:9 And I'll direct you, if I may,

463:10 to the right-hand column on page 995.

463:11  A. Okay.

463:12  Q. And if we look at the second — 1066.10.3

463:13 sentence it says, "Based on the

463:14 application" -- I'm sorry.  It says, "Based

463:15 on the applicable Bradford Hill guidelines,

463:16 Hill 1965."

463:17 Do you see that?

463:18  A. Yes, I see it.

463:19  Q. And those are the same

463:20 guidelines you talked about on direct

463:21 examination, right down to the year, correct?

463:22  A. Yes, correct.

463:23  Q. And then they say, "Based on — 1066.10.4

463:24 the applicable Bradford Hill guidelines, it

463:25 is not possible to assign causality to the

| | M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

464:1 increases in frequency of BNMN observed in
464:2 our study."
464:3 Did I read that correctly?
464:4   A. You read that correctly.
464:5   Q. And BNMN is a measure of
464:6 micronuclei damage, correct?
464:7   A. It's a specific form of
464:8 micronuclei damage.  Binucleated.
464:9   Q. Thank you, Doctor.        clear
464:10 I just referenced in our
464:11 discussion one of the Paz-y-Mino studies.
464:12 Do you recall that?
464:13   A. Yes.
464:14   Q. They did two studies, one back
464:15 in 2007 and then one -- a second one in 2011.
464:16 Do you remember that?
464:17   A. Yes, I do.
464:18   Q. And you reviewed and discussed
464:19 both of those on your direct; is that right?
464:20   A. They were certainly mentioned.
464:21 I discussed them a little bit, yes.  I
464:22 remember that.
464:23   Q. Okay.  Let me pass you the
464:24 second one, the one that was conducted in        1437.1.3
464:25 2011, which is Exhibit 1437.

| 465:1 - 465:2 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:07)** | **M20.117** |

465:1 Do you recognize Exhibit 1437
465:2 as the second Paz-y-Mino study from 2011?

| 465:3 - 465:19 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:40)** | **M20.118** |

465:3   A. Yes, sir.
465:4   Q. And if we look at the authors,
465:5 we see the first author is Paz-y-Mino,
465:6 correct?
465:7   A. That is correct.
465:8   Q. And this study is also looking
465:9 at aerial spraying, correct?
465:10   A. Yes.
465:11   Q. Let's look at their
465:12 conclusions.  If we look at the right-hand
465:13 column -- the left-hand column, I apologize,        1437.1.2

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

465:14 in the abstract, do you see where they state,

465:15 "In conclusion, the study population did not

465:16 present significant chromosomal and DNA

465:17 alterations"?

465:18 Did I read that correctly?

465:19  A. You read that correctly.

| 466:6 - 467:3 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:01)** | **M20.119** |

1437.6

466:6  Q. Page 50 is part of the

466:7 discussion in the article, correct?

466:8  A. Yes.

466:9  Q. I want to show you two things.

1437.6.4

466:10 First, they say at the bottom of the

466:11 left-hand column, "Several research studies

466:12 related to glyphosate exposure have been

466:13 conducted in Colombia by Bolognesi, et al.,

466:14 Sanin and Solomon."

466:15 Do you see that?

466:16  A. Yes.

466:17  Q. And Bolognesi is what we were

466:18 just discussing, correct?

466:19  A. Yes, that's the same study.

466:20  Q. And have you read all three of

466:21 these studies that they reference?

466:22  A. I have not.

466:23  Q. Okay.  They go on to say,

466:24 regarding these studies, "Which state that

1437.6.5

466:25 the studied populations have low genotoxic

467:1 risk associated with glyphosate."

467:2 Did I read that correctly?

467:3  A. Yes, you did.

| 467:8 - 467:17 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:19)** | **M20.120** |

1437.6.6

467:8 Do you see where they say,

467:9 "Regarding our study, we obtained results

467:10 showing no chromosomal alteration in the

467:11 analyzed individuals"?

467:12 Did I read that correctly?

467:13  A. You read that correctly.

467:14  Q. And this is a study that you

467:15 relied on -- or that you discussed in your

467:16 report, correct?

| Page/Line | Source | ID |
|---|---|---|

467:17   A. Correct.

clear

468:2 - 469:22   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:37)**

M20.121

468:2   Q. Do you know if you've read,

468:3 sir, all of the genotoxicity studies that

468:4 exist on glyphosate formulations?

468:5   A. I can't, of course, answer that

468:6 question.  There's no way you can -- you

468:7 could answer a question that says "have you

468:8 read everything."  I -- I've read everything

468:9 I've read --

468:10   Q. Okay.  Fair enough.

468:11   A. -- and everything I've cited.

468:12   Q. Here's where I'm going with

468:13 that, sir.

468:14 If I go back to some of the

468:15 exhibits that you covered in your direct

468:16 examination with the plaintiff lawyer, for

468:17 example, Exhibit 876, do you see that?

468:18   A. Yes, I see it.

468:19   Q. Do you know if this represents

468:20 the full universe of in vitro human

468:21 genotoxicity data?

468:22 And actually, just in fairness,

468:23 I'm sorry, I don't want to -- there were two

468:24 of these that you did.  The other one was

468:25 875.

469:1 Do you see that?

469:2   A. That's correct.

469:3   Q. Okay.  And so let me ask the

469:4 question as to both of those.

469:5 Do you know between the two of

469:6 those whether those represent the full

469:7 universe of human in vitro genotoxicity data?

469:8   A. Those are the ones I was able

469:9 to find.

469:10   Q. Do you know if there are others

469:11 out there?

469:12   A. If I knew there were others out

469:13 there, they'd be in the list.

469:14   Q. Okay.  You made reference, if I

| | M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 469:15 heard you right, and it's reflected on the | |
| | 469:16 charts, to -- you've got 1980 to 2014 on the | |
| | 469:17 first chart.  You've got 2017 to 2018 on the | |
| | 469:18 second chart. | |
| | 469:19 Did you look for things from | |
| | 469:20 2015 and 2016 and not find them, or do they | |
| | 469:21 not exist; do you know? | |
| | 469:22   A. I don't -- I don't know. | |
| 469:23 - 470:13 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:30)** | **M20.122** |
| | 469:23   Q. Okay.  If I were to ask you -- | |
| | 469:24 let me try it this way. | |
| | 469:25 There's a study by lead author | |
| | 470:1 Dutta, D-u-t-t-a, from 2017.  I don't see it | |
| | 470:2 on your list. | |
| | 470:3 Do you know one way or the | |
| | 470:4 other whether you've read it or not? | |
| | 470:5   A. Was it in human cell lines? | |
| | 470:6   Q. Do you know if you've read that | |
| | 470:7 study? | |
| | 470:8   A. I'd have to look at my full | |
| | 470:9 list.  This is the list of human cell lines. | |
| | 470:10  Q. There was a study by -- | |
| | 470:11  A. I seem to recall a study by | |
| | 470:12 Dutta, but I don't think it was human cell | |
| | 470:13 lines. | |
| 471:2 - 471:23 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:42)** | **M20.123** |
| | 471:2   Q. Okay.  In terms of this list, | |
| | 471:3 do you know if this list, or these two lists, | |
| | 471:4 the two that we've been looking at here, do | |
| | 471:5 you know if that represents 100 percent of | |
| | 471:6 the available human in vitro genotoxicity | |
| | 471:7 data?  50 percent?  Some other number? | |
| | 471:8   A. The only answer I can give you | |
| | 471:9 is that represents all of the human in vitro | |
| | 471:10 evidence that I was able to find. | |
| | 471:11   Q. Okay.  You were -- if I | |
| | 471:12 understand the documents you reviewed, you | |
| | 471:13 reviewed a deposition from a Monsanto | |
| | 471:14 scientist a couple years ago named Donna | |
| | 471:15 Farmer. | |

| | | |
|---|---|---|
| **M20-Portier Day 2 DC  0228-1400 FINAL PLAYED** | | |

| Page/Line | Source | ID |
|---|---|---|

471:16 Do you recall that?
471:17   A. That I reviewed a deposition by
471:18 her?  I don't recall.
471:19   Q. Okay.  You certainly haven't
471:20 reviewed a more recent deposition by her,
471:21 have you?
471:22   A. Again, I don't recall reviewing
471:23 any depositions by her.

**472:7 - 472:11**     **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:10)**     **M20.124**

472:7   Q. Okay.  You've not been shown a
472:8 list of documents that she prepared where she
472:9 listed the genotoxicity studies she's aware
472:10 of, have you?
472:11   A. I have not.

**472:22 - 473:14**     **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:39)**     **M20.125**

472:22 It's not the purpose of
472:23 genotoxicity assays to establish that
472:24 glyphosate causes NHL?
472:25   A. Genotoxicity assays are not
473:1 used to establish that glyphosate causes NHL
473:2 in people.
473:3   Q. Thank you.
473:4 Just having a genotoxic
473:5 finding, in your view, does not lead to
473:6 cancer, correct?
473:7   A. Correct.
473:8   Q. And when we talk about
473:9 genotoxicity or damage to the DNA, it's fair
473:10 to say that you consistently have damage to
473:11 your DNA?
473:12   A. That is correct.
473:13   Q. A lot?
473:14   A. Quite a bit.

**473:23 - 474:13**     **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:36)**     **M20.126**

473:23   Q. Okay.  If I understand your
473:24 testimony, genotoxicity is what occurs when
473:25 there's damage to cells, correct?
474:1   A. And/or mutations.
474:2   Q. Okay.
474:3   A. It encompasses both.

| Page/Line | Source | ID |
|---|---|---|

474:4   Q. Okay.  Well, you do have -- in
474:5 terms of this mechanism of causation, you
474:6 have to have mutations to proceed to cancer,
474:7 correct?
474:8   A. In this multistage model of
474:9 carcinogenesis, that is correct.
474:10   Q. And just because a chemical can
474:11 cause damage does not mean that it will cause
474:12 mutations, correct?
474:13   A. That is correct.

**474:25 - 475:8    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:34)**                M20.127

474:25   Q. So is it -- would you conclude
475:1 that it's correct to say that the scientific
475:2 evidence is insufficient to classify
475:3 glyphosate as a mutagen or capable of causing
475:4 mutations?
475:5   A. I would say that's incorrect.
475:6   Q. Do you recall giving testimony
475:7 back in March 2018?
475:8   A. Yes.

**475:9 - 476:11    PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:07)**                M20.128

475:9   Q. Turn with me, if you would, to
475:10 page 692.  And I'm going to specifically
475:11 direct your attention to line 16, and tell me
475:12 when you're ready for me to read.
475:13   A. Okay.  I'm ready.
475:14   Q. "Question:  And you also agree
475:15 that the scientific evidence is insufficient
475:16 to classify glyphosate -- glyphosate as a
475:17 mutagen or capable of causing mutations,
475:18 correct?"
475:19 Did I read that correctly?
475:20   A. Correct.
475:21   Q. And then your answer:  "Let me
475:22 think about that one for a minute.  I have to
475:23 run through all of the assays that I looked
475:24 at in my head.
475:25 "I would have to conclude that
476:1 that is correct.  It's genotoxicity; it's not
476:2 mutations.  I will point out that for most

| Page/Line | Source | ID |
|---|---|---|
| | 476:3 evaluations of the genetic toxicity of | |
| | 476:4 chemicals, they don't sequence DNA and look | |
| | 476:5 for mutations." | |
| | 476:6 Did I read that correctly, sir? | |
| | 476:7   A. You did read it correctly. | |
| | 476:8   Q. And were you being truthful in | |
| | 476:9 those answers? | |
| | 476:10   A. The answer is incorrect as the | |
| | 476:11 question is stated. | |
| 477:21 - 480:16 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:02:16)** | **M20.129** |
| | 477:21   Q. Do you see where it says, | |
| | 477:22 "okay," question on the next page? | |
| | 477:23   A. Yes. | |
| | 477:24   Q. And then do you see, "Answer: | |
| | 477:25 So it would be rather unusual to have data | |
| | 478:1 that would allow me to say, yep, it's a | |
| | 478:2 mutation"? | |
| | 478:3 Do you see that? | |
| | 478:4   A. Correct. | |
| | 478:5   Q. And then the testimony | |
| | 478:6 continues, correct? | |
| | 478:7   A. Correct. | |
| | 478:8   Q. So is the testimony that I | |
| | 478:9 read, including your statement:  "I would | |
| | 478:10 have to conclude that that is correct, it's | |
| | 478:11 genotoxicity and not mutations," were you | |
| | 478:12 being truthful when you gave that testimony; | |
| | 478:13 yes or no? | |
| | 478:14   A. It's truthful up to the point | |
| | 478:15 where the question ends with the word | |
| | 478:16 "mutagen."  It is not truthful for the | |
| | 478:17 "capable of causing mutations."  Then that | |
| | 478:18 statement would not be correct. | |
| | 478:19   Q. Okay. | |
| | 478:20   A. So I -- I misanswered because I | |
| | 478:21 didn't take the "are" into account. | |
| | 478:22   Q. The rest of the answer is | |
| | 478:23 correct as to mutagen? | |
| | 478:24   A. As to mutagen, per se.  But as | |
| | 478:25 to capable of causing mutations, that | |

| Page/Line | Source | ID |
|-----------|--------|-----|

479:1 answer's not correct.

479:2   Q. What's a mutagen?

479:3   A. What's a mutagen?

479:4   Q. Uh-huh.

479:5   A. That is something that is known

479:6 to cause mutations.

479:7   Q. And that doesn't apply to

479:8 glyphosate?

479:9   A. I don't have enough evidence

479:10 that I would stand up and say absolutely it

479:11 causes mutations.

479:12   Q. In fact, the mutagenicity tests

479:13 that exist for glyphosate are overwhelmingly

479:14 negative, right?

479:15   A. There are only two mutagenicity

479:16 tests I know of that were used for

479:17 glyphosate.  One was a reverse mutation in a

479:18 very -- in several strains of salmonella, and

479:19 the other is a -- I'd have to look at my

479:20 records what the other one was.

479:21   Q. Are they overwhelmingly

479:22 negative?

479:23   A. The salmonella tests and

479:24 bacteria were overwhelmingly negative.

479:25   Q. Thank you.

480:1 Let's switch quickly to

480:2 oxidative stress, the second mechanism that

480:3 you discussed.

480:4 Is it fair to say that the fact

480:5 that a chemical causes oxidative stress does

480:6 not mean that it causes cancer?  Is that a

480:7 correct statement?

480:8   A. That is a correct statement.

480:9   Q. Oxidative stress is happening

480:10 all the time in our bodies, correct?

480:11   A. That is a correct statement,

480:12 yes.

480:13   Q. Exercise causes oxidative

480:14 stress?

480:15   A. Yes, in certain parts of the

| Page/Line | Source | ID |
|---|---|---|
| | **M20-Portier Day 2 DC 0228-1400 FINAL PLAYED** | |

480:16 body.

| 480:23 - 480:25 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:04)** | **M20.130** |

480:23 Having a cold causes oxidative
480:24 stress?
480:25  A. That, I don't know.  Probably.

| 481:1 - 481:6 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:12)** | **M20.131** |

481:1   Q. I've passed you deposition
481:2 testimony from September 2017.
481:3 Do you see that?
481:4  A. Yes.
481:5   Q. And if you would, look with me
481:6 at page 353, please.  And tell me when you're

| 481:7 - 481:21 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:22)** | **M20.132** |

481:7 ready.  I'm going to page -- line 10, sir.
481:8  A. Okay.
481:9   Q. Do you see on line 10 you were
481:10 asked:  "And having a cold would cause
481:11 oxidative stress, correct?"
481:12 And you answer:  "That's
481:13 correct."
481:14 Do you see that?
481:15  A. Yes.
481:16  Q. Did I read that correctly?
481:17  A. You read it correctly.
481:18   Q. Were you being truthful in that
481:19 testimony?
481:20  A. To be honest, I don't actually
481:21 know.

| 482:9 - 483:16 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:09)** | **M20.133** |

482:9 So back to where I was.  Do you
482:10 agree with me, Doctor, that no oxidative
482:11 stress study on glyphosate that you reviewed
482:12 can establish in and of itself that
482:13 glyphosate causes non-Hodgkin's lymphoma?
482:14  A. Yes.
482:15   Q. Do you recall reviewing a 2018
482:16 analysis by NTP, where you used to work,
482:17 regarding the oxidative stress of glyphosate?
482:18   A. I read the study.  I do
482:19 remember reading the study.

| Page/Line | Source | ID |
|---|---|---|

482:20 Or was it an abstract?  I don't
482:21 think there's a published study from them.  I
482:22 think it's an abstract or something along
482:23 those lines.
482:24  Q. Do you recall that the NTP
482:25 scientists who did this study, what they
483:1 concluded was that the data suggests that
483:2 glyphosate does not induce oxidative stress
483:3 on its own?
483:4   A. If I could see the paper, it
483:5 would be useful.
483:6  Q. I actually have your testimony
483:7 on it.  If you like, I can show your
483:8 testimony on it.  I don't have --
483:9   A. You don't have the paper?
483:10   Q. I don't think I have the paper.
483:11 Not handy.
483:12   A. Or the abstract or whatever it
483:13 was.
483:14 In the species that they
483:15 tested, under the conditions they tested, I
483:16 think they found it to be negative.

**484:11 - 485:14**     **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:59)**     **M20.134**

484:11  Q. Let's look at the third leg of
484:12 Mr. Wisner's stool:  epidemiology.
484:13 You did look at the human
484:14 epidemiology in this case, correct?
484:15  A. Yes, I did.
484:16  Q. And so the jury is clear, human
484:17 epidemiology data involves studies of people
484:18 in the real world and their exposure to, in
484:19 this case, glyphosate?
484:20  A. And many other things, yes.
484:21  Q. And there's been some talk
484:22 about the formulated product Roundup versus
484:23 glyphosate.
484:24 The epidemiological studies
484:25 involved the formulated product, true?
485:1  A. That is correct.
485:2  Q. So I just want to walk through

| Page/Line | Source | ID |
|---|---|---|

485:3 quickly, as quickly as possible, the studies
485:4 that you put up on the screen, or the -- I
485:5 think they're called forest plots that you
485:6 put up on the screen.
485:7 Do you recall showing the jury
485:8 the forest plots?
485:9   A. A couple of them, yes.
485:10   Q. Let's look at them.  Let's
485:11 start with Exhibit 878, which is in your --      **878.1**
485:12 which is in your binder, if you want to look
485:13 at it directly.
485:14   A. I can see it here.

**486:5 - 490:25   PORTIER, CHRISTOPHER 2019-02-22_SS (00:03:28)**      **M20.135**

486:5   Q. Okay.  So below the line that
486:6 we have here, those are the meta-analyses,
486:7 correct?
486:8   A. Those are the main results from
486:9 the meta-analyses that were done, that is
486:10 correct.
486:11   Q. And they combine the data from
486:12 the studies above the line, correct?
486:13   A. That's correct.  Selectively.
486:14   Q. Right.  They pick out one
486:15 finding and plug it in with other findings
486:16 from the other studies, correct?
486:17   A. That is correct.
486:18   Q. And the studies above the line
486:19 are the individual studies that you have
486:20 reviewed and analyzed, and in some cases
486:21 different analyses conducted in those
486:22 studies, correct?
486:23   A. That is correct.
486:24   Q. So let's just walk through
486:25 those very, very quickly.
487:1 The first one is a study called      **878.1.9**
487:2 Andreotti 2018.
487:3 Do you see that?
487:4   A. I see that.
487:5   Q. That was not statistically
487:6 significant, correct?

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

487:7   A. That particular finding, that
487:8 is correct.
487:9   Q. The finding you report on this
487:10 chart?
487:11   A. At your 5 percent level where
487:12 you want to define yes and no, it's not.
487:13   Q. Okay.  The next study is the
487:14 De Roos study.                                          878.1.10
487:15 Do you see that?
487:16   A. Yes, I do.
487:17   Q. Those are your -- De Roos is
487:18 the one you said joined your letter, correct?
487:19   A. That is correct.
487:20   Q. And De Roos reports two
487:21 findings.
487:22 Do you see that?
487:23   A. That is correct, yes.
487:24   Q. The first De Roos finding is
487:25 not statistically significant, correct?                 878.1.11
488:1   A. That is correct.
488:2   Q. And then the second finding
488:3 that they have is their highest exposure
488:4 group, correct?
488:5   A. That's correct.
488:6   Q. And highest exposure means just
488:7 what it sounds like, exposed to the most
488:8 glyphosate?
488:9   A. Well, I mean, it has a very
488:10 specific meaning --
488:11   Q. Yes, sir.
488:12   A. -- that they put into the
488:13 document of how they calculate it, for which
488:14 I have some concerns.  But, yes, it means by
488:15 their definition of exposure the highest
488:16 exposure.
488:17   Q. Correct.  Okay.
488:18 And that is not statistically
488:19 significant, correct?
488:20   A. That is correct.
488:21   Q. In fact, that is below 1,

| Page/Line | Source | ID |
|---|---|---|

488:22 correct?

488:23   A. That is correct.

488:24   Q. It's on the side of 1

488:25 indicating that there's a reduced risk with

489:1 highest exposure of glyphosate, although it's

489:2 not statistically significant, correct?                                  878.1.12

489:3   A. That is correct.

489:4   Q. The next study is the earlier

489:5 De Roos study from 2003.

489:6 Do you see that?

489:7   A. Yes, I do.

489:8   Q. And here, too, there are two

489:9 analyses reported.

489:10 Do you see that?

489:11   A. Yes, I do.

489:12   Q. One is statistically

489:13 significant; one is not, correct?

489:14   A. That's correct.

489:15   Q. We then go to the next study,                                       878.1.13

489:16 the Eriksson study.  This has, as I read it,

489:17 three analyses reported, correct?

489:18   A. That is correct.

489:19   Q. There's a general analysis.

489:20 Do you see that?

489:21   A. The general meaning -- the

489:22 first analysis, which is their primary

489:23 analysis uncorrected for other pesticides.

489:24   Q. Right.

489:25 And that is statistically

490:1 significant, right?

490:2   A. That is correct.

490:3   Q. And then they have their most

490:4 adjusted analysis.

490:5 Do you see that?

490:6   A. Yes.

490:7   Q. And that is not statistically

490:8 significant, correct?

490:9   A. That is correct.

490:10   Q. And among other things, that is

490:11 adjusting for just what you said, things like

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

490:12 pesticides, correct?
490:13   A. It's -- the only difference
490:14 between that and F is correcting for
490:15 pesticides.
490:16   Q. Would you agree with me that
490:17 when comparing studies, the most reasonable
490:18 comparable is to use the most fully adjusted
490:19 risk estimates?
490:20   A. I would not agree with that.                                 clear
490:21   Q. Do you still have in front of
490:22 you Exhibit 1604?  I'll have to give you
490:23 another copy.  It's this report.
490:24 And look with me, if you would,
490:25 at page 15 of your report, please.  And tell

| 491:1 - 491:2 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:02)** | **M20.136** |

491:1 me when you're there.
491:2   A. I'm there.

| 491:24 - 491:25 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:01)** | **M20.137** |

491:24   Q. Okay.  Let's read the whole
491:25 sentence.

| 492:1 - 492:7 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:14)** | **M20.138** |

492:1 "As noted by both the IARC
492:2 monograph 1/12/2015 and by Chang and Delzell
492:3 2016, when comparing studies, the most
492:4 reasonable comparison is to use the most
492:5 fully adjusted risk estimates."
492:6 Did I read that correctly?
492:7   A. You did read it correctly.

| 492:19 - 494:22 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:44)** | **M20.139** |

492:19 Let's continue moving on with
492:20 the data up here.
492:21 They were -- staying with
492:22 Eriksson, they have a third analysis, right,                           878.1.13
492:23 greater than ten days?
492:24 Do you see that?
492:25   A. Yes, I do see that.
493:1   Q. And that is statistically
493:2 significant, correct?
493:3   A. That is correct.
493:4   Q. Is that adjusted or unadjusted?

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

493:5   A. I think it's unadjusted, but

493:6 I'd have to look again.

493:7   Q. Just so the jury understands,                                    clear

493:8 I'm going to try something very hard and ask

493:9 you to bear with me, which will simplify the

493:10 con -- the -- what adjustment means.

493:11 You have talked about the risk

493:12 of confounders in studies, correct?

493:13   A. Correct.

493:14   Q. And a confounder is something

493:15 that if it's in balance between the two

493:16 groups you're looking at and it potentially

493:17 influences the data, it may skew your data;

493:18 is that accurate?

493:19   A. No.

493:20   Q. Okay.  Pesticides are a

493:21 potential confounder in these studies,

493:22 correct?

493:23   A. Some pesticides would be

493:24 considered potential confounders.

493:25   Q. And what does it mean for a

494:1 pesticide to be a potential confounder?

494:2   A. That it is related to both NHL

494:3 and it is related to exposure to glyphosate,

494:4 that the two are -- it's correlated in both

494:5 areas.

494:6   Q. And is it accurate to say that

494:7 a concern about confounders is if you don't

494:8 take account of them, they may make it look

494:9 like there's a relationship when, in fact,

494:10 it's due to the confounding?

494:11   A. That would be a concern for

494:12 confounders, absolutely.

494:13   Q. And so, for example, when

494:14 Eriksson in analysis D uses most adjusted --       878.1.13

494:15 Do you see that?

494:16   A. Yes.

494:17   Q. -- they are trying to --

494:18   A. In analysis?

494:19   Q. G, I'm sorry.

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 494:20  A. G. | |
|  | 494:21  Q. G, as in gopher. | |
|  | 494:22  A. Yes. | |
| 494:24 - 495:11 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:30)** | **M20.140** |
|  | 494:24 That would be trying to adjust | |
|  | 494:25 for potential confounders, correct? | |
|  | 495:1  A. Well, what they're doing there | clear |
|  | 495:2 is comparing it to F, and so they're looking | |
|  | 495:3 at the degree to which other pesticides | |
|  | 495:4 reduce the relative risk that you see for | |
|  | 495:5 glyphosate. | |
|  | 495:6 The interpretation there is not | |
|  | 495:7 that the glyphosate is no longer important. | |
|  | 495:8 The interpretation there is that some of the | |
|  | 495:9 relative risk you see for glyphosate is | |
|  | 495:10 associated with these other pesticides, so | |
|  | 495:11 they are confounded. | |
| 495:12 - 496:9 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:37)** | **M20.141** |
|  | 495:12  Q. Okay.  And I think we're saying | |
|  | 495:13 the same thing, but I want to make sure I | |
|  | 495:14 understand it in lay terms. | |
|  | 495:15 In analysis G, most adjusted, | |
|  | 495:16 what they're trying to do is take out the | |
|  | 495:17 effect of potential pesticide confounders, | |
|  | 495:18 correct? | |
|  | 495:19  A. Or measure the effect of | |
|  | 495:20 pesticide confounders on the effect they saw | |
|  | 495:21 for glyphosate, without the confounders in | |
|  | 495:22 there. | |
|  | 495:23  Q. Okay.  Exactly. | |
|  | 495:24 Let's go to the next one.  The | 878.1.14 |
|  | 495:25 next one is Hardell and Eriksson. | |
|  | 496:1 Do you see that? | |
|  | 496:2  A. Yes, I do. | |
|  | 496:3  Q. And they report two results, | |
|  | 496:4 right? | |
|  | 496:5  A. Correct. | |
|  | 496:6  Q. A regular -- first result and | |
|  | 496:7 a most adjusted result. | |
|  | 496:8 Do you see that? | |

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

496:9  A. Yes, I do.

| 496:17 - 497:8 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:24)** | **M20.142** |

496:17 The first result is

496:18 statistically significant, correct?

496:19  A. Hardell and Eriksson, the lower

496:20 bound for the confidence bound is above 1.

496:21  Q. Right.

496:22 The most adjusted result is not

496:23 statistically significant?

496:24  A. The lower bound is not above 1,

496:25 that is correct.

497:1  Q. McDuffie reports two analyses,     **878.1.15**

497:2 correct?

497:3  A. Yes, they do.

497:4  Q. One is statistically

497:5 significant; one is not?

497:6  A. Again, one has a confidence

497:7 bound, lower confidence bound, above 1; one     **clear**

497:8 does not.

| 497:9 - 497:23 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:30)** | **M20.143** |

497:9  Q. Does that mean it's not

497:10 statistical significant using a .05 level?

497:11  A. Again, in understanding

497:12 epidemiology, the epidemiologists don't

497:13 always go to this yes/no statistically

497:14 significant.  There's quite a debate in the

497:15 literature about that.  You can -- you can

497:16 set that bound, as you want to set it.

497:17 Epidemiologists in the general rule would not

497:18 do that these days.

497:19 But if you're going to set that

497:20 bound, then I will say, yes, one is

497:21 statistically significant and one is not.

497:22  Q. Thank you, Doctor.

497:23  A. Okay.

| 498:23 - 499:12 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:40)** | **M20.144** |

498:23 Let's look at 893, which was     **893.1**

498:24 another of the images you showed the jury

498:25 reporting data from these six studies.

499:1 Do you see that?

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

|  |  |  |
|---|---|---|
|  | 499:2   A. Yes. |  |
|  | 499:3   Q. And to be fair, it's page 1 of |  |
|  | 499:4 893. |  |
|  | 499:5 In the interest of time, let me |  |
|  | 499:6 see if I can short-circuit it. |  |
|  | 499:7 Am I correct that according to |  |
|  | 499:8 this data, at least based on the data |  |
|  | 499:9 presented on this slide, at least one of the |  |
|  | 499:10 findings from every study is not |  |
|  | 499:11 statistically significant? |  |
|  | 499:12   A. Correct. |  |
| 499:13 - 500:4 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:38)** | **M20.145** |
|  | 499:13   Q. And then I think you showed the |  |
|  | 499:14 jury page 2 of this document, and I'll ask | **893.2** |
|  | 499:15 you the same question for page 2. |  |
|  | 499:16 Is it true that for every one |  |
|  | 499:17 of the studies shown on page 2, at least one |  |
|  | 499:18 of the results shown is not statistically |  |
|  | 499:19 significant? |  |
|  | 499:20   A. That's correct. |  |
|  | 499:21   Q. In fact, just looking | **893.2.2** |
|  | 499:22 numerically, most of the results shown here |  |
|  | 499:23 are not statistically significant, correct? |  |
|  | 499:24   A. That would be correct. |  |
|  | 499:25   Q. And a lot of them are actually |  |
|  | 500:1 on the protective side of the equation, |  |
|  | 500:2 correct? |  |
|  | 500:3   A. Because there are a lot more |  |
|  | 500:4 done in those studies.  But, yes, correct. |  |
| 500:12 - 501:3 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:28)** | **M20.146** |
|  | 500:12   Q. This chart, the one that we're |  |
|  | 500:13 looking at now, page 2 of Exhibit 893, it |  |
|  | 500:14 breaks the data out by different metrics. |  |
|  | 500:15 Do you see that? |  |
|  | 500:16   A. Yes. |  |
|  | 500:17   Q. So one of the metrics is how | **893.2.1** |
|  | 500:18 many days. |  |
|  | 500:19 Do you see that? |  |
|  | 500:20   A. Correct. |  |
|  | 500:21   Q. One is cumulative exposure, |  |

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

500:22 intensity of exposure, latency, et cetera.
500:23 Do you see that?
500:24   A. Yes.
500:25   Q. Do you know which, if any, of
501:1 those buckets that the plaintiff in this case
501:2 fits into?
501:3   A. No.

**501:4 - 502:7**   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:58)**   **M20.147**
                                                                    clear

501:4   Q. I think you said this
501:5 yesterday, but I want to make sure I
501:6 understand it.
501:7 Am I correct that when you look
501:8 at this data we've been looking at, the human
501:9 epidemiological data, you would say it could
501:10 be causal, but I can't absolutely say it's
501:11 causal today with just this data?
501:12 Is that accurate?  Did I hear
501:13 that right yesterday?
501:14   A. Something like that.  I guess I
501:15 would say it's reasonable to believe that the
501:16 association we see is causal, but there's not
501:17 enough -- there's questions that I have that
501:18 would not put me over that line right now.
501:19   Q. You can't make a firm statement
501:20 about glyphosate from the epidemiology data
501:21 alone?
501:22   A. That is correct.  Other than
501:23 that there's an association, it's potentially
501:24 causal.  That's a firm statement.  It's not
501:25 the firm statement that glyphosate causes NHL
502:1 based solely on the animal -- human
502:2 epidemiology data.
502:3   Q. You can't rule out bias?
502:4   A. I come close to ruling out
502:5 bias, but I can't completely rule it out.
502:6   Q. You can't rule out confounders?
502:7   A. Not from all the studies.

**510:6 - 511:9**   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:04)**   **M20.148**
                                                                    1456.1

510:6 Do you recall talking earlier
510:7 about these comments that you submitted to

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 510:8 the US EPA in October 2016? | |
| | 510:9   A. Yes, I do. | |
| | 510:10   Q. And this is a document that you | 1456.1.3 |
| | 510:11 wrote? | |
| | 510:12   A. Yes, it is. | |
| | 510:13   Q. In the document, you give your | |
| | 510:14 specific views on glyphosate data, correct? | |
| | 510:15   A. I -- I give my comments to how | |
| | 510:16 EPA viewed the glyphosate data and my | |
| | 510:17 concerns about some of the things they did. | |
| | 510:18   Q. Okay.  If we flip ahead to | |
| | 510:19 page 5 of your comments.  And you've put line | |
| | 510:20 numbers down the left-hand side. | |
| | 510:21 Do you see that? | |
| | 510:22   A. Yes, I do. | |
| | 510:23   Q. Makes it quite helpful for our | |
| | 510:24 purposes.  It's line 3.  It says "human | 1456.5.1 |
| | 510:25 evidence." | |
| | 511:1 Do you see that? | |
| | 511:2   A. Yes. | |
| | 511:3   Q. If we go to the next page under | 1456.6.1 |
| | 511:4 human evidence -- human evidence is the | |
| | 511:5 epidemiological studies we've been | |
| | 511:6 discussing, right? | |
| | 511:7   A. That is correct. | |
| | 511:8   Q. Let's go to the next page, | |
| | 511:9 talking about the human evidence. | |
| 511:15 - 513:25 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:43)** | M20.149 |
| | 511:15   Q. You write, "However, it is fair | 1456.6.2 |
| | 511:16 to say that confounding could not be ruled | |
| | 511:17 out in these studies." | |
| | 511:18 Did I read that correctly? | |
| | 511:19   A. You did.  It's part of a | |
| | 511:20 broader comment, but, yes. | |
| | 511:21   Q. And that's still your view | |
| | 511:22 today, correct? | |
| | 511:23   A. When we're talking about these | |
| | 511:24 studies, we're talking about all of the | |
| | 511:25 studies, not just case-control, yes. | |
| | 512:1   Q. Right. | |

| Page/Line | Source | ID |
|---|---|---|
| | | 1456.6.3 |

512:2 And then it says, "4, recall
512:3 bias is a concern, especially in the
512:4 case-control studies."  And it says,
512:5 "Comment:  I agree."
512:6 Do you see that?
512:7   A. So, yes, to put this in a
512:8 little context, the 4, recall bias is a
512:9 concern, is what EPA said.
512:10   Q. Yes.
512:11   A. And the comment is I'm agreeing
512:12 with what their statement is.
512:13   Q. Thank you.  That was exactly
512:14 what I wanted to elicit, Doctor.
512:15 EPA is saying that recall bias
512:16 is a concern, especially in the case-control
512:17 studies, and you were saying, I agree with
512:18 that?
512:19   A. That's correct.

1456.7.2

512:20   Q. Let's go to the next page,
512:21 please.
512:22 And you've got a paragraph here
512:23 that says "summary," starting at page 116.
512:24 Do you see that?
512:25   A. Yes, I do.
513:1   Q. And I just want to read the end
513:2 of this paragraph.  It states, "So, is
513:3 causality plausible here?  Yes, absolutely."
513:4 Did I read that correctly?
513:5   A. Yes, you did.
513:6   Q. And that's consistent with your
513:7 views today, correct?
513:8   A. Yes.
513:9   Q. Next you say, "Is it
513:10 demonstrated?  No, clearly not."
513:11 Did I read that correctly?
513:12   A. You did read that correctly.
513:13   Q. Do you stand behind that part
513:14 of your statement to EPA?
513:15   A. Yes.
513:16   Q. It then says:  "Are the

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

513:17 findings possibly the result of chance, bias,
513:18 and/or confounding?"
513:19 And your answer is:  "Yes, but
513:20 more unlikely than likely."
513:21 Did I read that correctly?        *clear*
513:22   A. That is correct.
513:23   Q. And do you stand behind that
513:24 statement as well?
513:25   A. Yes.

**514:4 - 514:14    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:21)    M20.150**

514:4 Earlier in the day, do you
514:5 remember me showing you the De Roos study?
514:6   A. Which one?
514:7   Q. Good question.
514:8 The 2005 study.
514:9   A. Okay.
514:10   Q. It's Exhibit 528.  It's in your        *528.1*
514:11 binder.
514:12   A. Yes, I do remember.  I think we
514:13 looked at it, but certainly I remember the
514:14 study.

**514:23 - 517:9    PORTIER, CHRISTOPHER 2019-02-22_SS (00:02:32)    M20.151**

514:23 I showed you language that
514:24 says, "Although there has been little        *528.1.3*
514:25 consistent evidence of genotoxicity from in
515:1 vitro and animal studies."
515:2 Do you remember that?
515:3   A. Now I remember it.
515:4   Q. And they continue by saying, "A
515:5 few epidemiologic reports indicated potential
515:6 health effects of glyphosate."
515:7 Do you see that?
515:8   A. Potential health effects of
515:9 glyphosate, yes.
515:10   Q. Potential health effects of
515:11 glyphosate, yes.
515:12 And that's referring to some of
515:13 the same studies we've been looking at on
515:14 your forest plots, right?
515:15   A. I assume so.  It's the

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

515:16 abstract, so there's no references, but I
515:17 assume that's what they're talking about.
515:18   Q. Let's look a little further                                528.1.6
515:19 down the page.  At the bottom of the first
515:20 column, do you see where they say, "Results
515:21 from genotoxicity studies of glyphosate have
515:22 been conflicting"?
515:23 Do you see that?
515:24   A. Yes, I do.
515:25   Q. Let's go ahead to their
516:1 discussion of their data.  It's on page 52 of                  528.4
516:2 the study, please, Doctor.                                     528.4.3
516:3 In the middle paragraph under
516:4 discussion, these authors state as to their
516:5 results, "There was no association between       528.4.1
516:6 glyphosate exposure and all cancer incidence,
516:7 or most of the specific cancer subtypes we
516:8 evaluated, including NHL."
516:9 Did I read that correctly?
516:10   A. You read that correctly.
516:11   Q. They go on to say that that
516:12 statement is true, "Whether the exposure        528.4.2
516:13 metric was ever used, cumulative exposure
516:14 days or intensity-weighted cumulative
516:15 exposure days."
516:16 Did I read that correctly?
516:17   A. Yes, you did.
516:18   Q. You talked -- I think you had
516:19 on your forest plot some published
516:20 meta-analyses.
516:21 Do you remember that?
516:22   A. Yes.
516:23   Q. One of them was by some
516:24 authors, Chang and Delzell.
516:25 Do you remember that?
517:1   A. Yes, I do.
517:2   Q. I'd like to show you that
517:3 published meta-analysis, Exhibit 1102.           1102.1
517:4 And do you recognize that as
517:5 the Chang and Delzell study that you cite in     1102.1.2

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

517:6 your report and that was on some of your

517:7 meta -- some of your human epidemiology

517:8 slides?

517:9  A. Yes, I do recognize it.

**517:10 - 518:18**  **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:32)**   **M20.152**

517:10  Q. Okay.  I'd like to ask you a

517:11 few questions about this article.  Look with

517:12 me, if you would, at page 422 of the article.   **1102.21**

517:13  A. 422.

517:14  Q. And I'd like to direct your   **1102.21.11**

517:15 attention to the upper right-hand corner.

517:16 Do you see where in the second

517:17 to last sentence of that carryover paragraph

517:18 they report their calculation of the relative

517:19 risk?

517:20  A. Yes.

517:21  Q. And they say specifically, "The

517:22 meta-RRs" -- that's relative risk from the

517:23 meta-analysis, correct?

517:24  A. Correct.

517:25  Q. "The meta-RRs calculated based

518:1 on at least four studies ranged from between

518:2 1.3 and 1.4."

518:3 Did I read that correctly?

518:4  A. You did.

518:5  Q. They go on to say, "These

518:6 associations are not of sufficient magnitude

518:7 to exclude modest bias or confounding as

518:8 reasonable explanations for the observed

518:9 results."

518:10 Did I read that correctly?

518:11  A. You did read it correctly.

518:12  Q. Just yes or no, is that a fair

518:13 statement in your view?

518:14  A. Assuming the meta-RRs they're

518:15 talking about are their models 1 through 4,

518:16 then, yes, that's true, but I can't be

518:17 certain that's the meta-RRs they're talking

518:18 about.

**518:19 - 519:5**  **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:35)**   **M20.153**

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

518:19  Q. Okay.

518:20   A. I might not agree to the word                    clear

518:21 "modest" bias, but...

518:22   Q. Okay.  Other than that, would

518:23 it be a fair statement?

518:24   A. Okay.  I would say -- yeah,

518:25 I -- I'm not sure reasonable explanations is

519:1 correct.  Certainly they are potential

519:2 explanations.

519:3   Q. Okay.

519:4   A. Reasonable implies more

519:5 positive than I'm willing to accept.

519:6 - 519:15    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:23)**    **M20.154**

519:6   Q. Okay.  Are you aware that they

519:7 conducted a Bradford Hill analysis?

519:8   A. In this paper?

519:9   Q. Yes.

519:10   A. Vaguely recall something along

519:11 those lines.

519:12   Q. Okay.  Let's take a look at it.

519:13 On the same page, in the bottom left-hand        1102.21.12

519:14 corner, do you see that there's reference to

519:15 the Bradford Hill viewpoints?

519:20 - 519:21    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:05)**    **M20.155**

519:20 There is a Bradford Hill

519:21 viewpoints comment, yes.

520:6 - 521:19    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:21)**    **M20.156**

520:6   Q. One of the Bradford Hill

520:7 criteria that you talked about is

520:8 consistency, right?

520:9   A. Correct.

520:10   Q. And I believe you said on

520:11 your -- on your chart that there was

520:12 consistency.

520:13 Do you recall that?

520:14   A. Yes.

520:15   Q. Do you see what these authors

520:16 concluding -- concluded regarding

520:17 consistency?  And let me just direct you to

520:18 it.

| Page/Line | Source | ID |
|---|---|---|

520:19 Do you see on the second column **1102.21.13**
520:20 on 422, second paragraph?
520:21   A. Yes, I do.
520:22   Q. They write, "Results were not
520:23 consistent between case-control studies of
520:24 NHL and one prospective cohort study of NHL
520:25 which reported no association."
521:1 Did I read that correctly?
521:2   A. You did.
521:3   Q. And having applied these
521:4 different Bradford Hill criteria, I'd like to
521:5 look at what the authors concluded.
521:6 If you look at the bottom on **1102.21.14**
521:7 the left-hand side, still the same page, the
521:8 last paragraph, "overall evaluation."
521:9 Do you see that?
521:10   A. Yes.
521:11   Q. And in the second sentence
521:12 under that they say, "In addition, an
521:13 evaluation of the association between
521:14 glyphosate exposure and risk of LHC based on
521:15 the Bradford Hill viewpoints does not favor a
521:16 causal relationship with NHL, any NHL
521:17 subtype, HL, MM or leukemia."
521:18 Did I read that correctly?
521:19   A. You read that correctly.

**521:20 - 521:21**    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:03)**    **M20.157**

521:20   Q. Let's go to the next page, **1102.22**
521:21 please, of this study.

**521:22 - 522:9**    **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:25)**    **M20.158**

521:22 Do you see where they talk
521:23 about the Bradford Hill criteria in the last **1102.22.4**
521:24 paragraph before the discussion?
521:25   A. I see there's a discussion
522:1 there, yes.
522:2   Q. And they state, "In summary, **1102.22.5**
522:3 although none of the Bradford Hill viewpoints
522:4 can establish or disprove causality, we did
522:5 not find compelling evidence in support of
522:6 causality based on any of the nine

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

522:7 viewpoints."

522:8 Did I read that correctly?

522:9  A. That is correct.

**522:10 - 522:20**  **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:25)**   **M20.159**

522:10  Q. And those are the same Bradford

522:11 Hill viewpoints that you discussed with the

522:12 plaintiff's attorney, correct?

522:13  A. Not exactly.  Again, I'm closer

522:14 to the EPA interpretation of Bradford Hill

522:15 and how they use it than what Bradford Hill

522:16 himself wrote.

522:17 I'm not sure how they were

522:18 using it here in absolute certainty, so I can

522:19 just simply say that's what they said.

522:20 You're right, that's what they said.

**523:8 - 523:19**  **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:22)**   **M20.160**

523:8  Q. Okay.  Let me show you one more

523:9 thing in this article.  I think I had stopped    **1102.22.6**

523:10 before we looked at the second sentence in

523:11 this paragraph.

523:12 Do you see their conclusion?

523:13 "Thus, on balance, the existing

523:14 epidemiological evidence does not favor a

523:15 causal effect of glyphosate on NHL, HL, MM,

523:16 leukemia, or any subtype of these

523:17 malignancies."

523:18 Did I read that correct?

523:19  A. Let me look.  That is what it

**523:20 - 525:1**  **PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:05)**   **M20.161**

523:20 says.

523:21  Q. Okay.  And this is a study that    **clear**

523:22 you reference in your report and on some of

523:23 your slides, correct?

523:24  A. That is correct.

523:25  Q. You also referenced a more

524:1 recent meta-analysis by the lead author

524:2 Zhang.

524:3 Do you remember that?

524:4  A. Yes.

524:5  Q. And do you recall that in their

| Page/Line | Source | ID |
|---|---|---|

524:6 primary meta-analysis, they included a 2018
524:7 study by the leader author Andreotti?
524:8   A. Yes.
524:9   Q. You would not put the Andreotti
524:10 study in a meta-analysis, true?
524:11   A. As a general rule, I probably
524:12 would not put it -- well, I certainly can't
524:13 put it in a yes/no meta-analysis.
524:14 In the meta-analysis they did,
524:15 it fits with their criteria for how they were
524:16 putting that meta-analysis together.
524:17   Q. I understand that.  I'm talking
524:18 about your views.
524:19 In your views, you would not
524:20 put the Andreotti study in a meta-analysis,
524:21 partly because of what you view as failures
524:22 in the study, partly plus of an imputation
524:23 issue, correct?
524:24   A. The --
524:25   Q. Is what I said true?
525:1   A. Yeah, pretty much it's true.

**527:10 - 527:24    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:27)      M20.162**

527:10   Q. Doctor, before we went off the
527:11 record, we touched briefly on a meta-analysis
527:12 by the lead author Zhang.
527:13 Do you recall that?
527:14   A. Yes.
527:15   Q. And if I recall correctly, that
527:16 was one -- you reported data from that on
527:17 some of your forest plots, correct?
527:18   A. At this deposition, yes.
527:19   Q. Yes.
527:20 During your testimony, I think,
527:21 yesterday, right?
527:22   A. Correct.
527:23   Q. I'd like to show you a copy of          554.1
527:24 that.  It's marked as Exhibit 554, please.

**527:25 - 528:13    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:31)      M20.163**

527:25 Do you see that this is a copy
528:1 of the Zhang publication?

| Page/Line | Source | ID |
|---|---|---|

528:2   A. Yes.
528:3   Q. This is the one that in their
528:4 primary meta-analysis uses the Andreotti
528:5 study that we talked about briefly from 2018?

**clear**

528:6   A. Amongst others, yes.
528:7   Q. Yes, amongst others.
528:8 And I don't want to get into
528:9 details right now, but as I understand it,
528:10 you have critiques of the Andreotti in 2018,
528:11 correct?
528:12   A. I submitted a supplemental
528:13 report, yes.

528:16 - 529:5   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:45)**   **M20.164**

528:16 if we go to the Zhang meta-analysis.
528:17 First of all, this reports no
528:18 new original data, correct?  It combines
528:19 previous existing data, correct?
528:20   A. That is correct.
528:21   Q. If we go to the tables in the
528:22 Zhang study, do you recall that they gave

**554.53**

528:23 quality scores to the different studies that
528:24 they evaluated?
528:25   A. Vaguely, yes.
529:1   Q. Let's look at that.  I believe
529:2 it's numbered page 52 of the manuscript I've
529:3 given you.
529:4 Do you see that?
529:5   A. Yes.

530:7 - 532:12   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:02:32)**   **M20.165**

**554.53.1**

530:7   Q. And am I correct that their
530:8 highest overall quality score is for the
530:9 Andreotti 2018 study?
530:10   A. Yes.
530:11   Q. Let's look at that study,

**550.1**

530:12 please.  It might be in your binder.  It's
530:13 Exhibit 550.
530:14 Do you have that in your
530:15 binder?
530:16   A. Yes, I do.
530:17   Q. Let's take a look at that.

| Page/Line | Source | ID |
|---|---|---|

M20-Portier Day 2 DC  0228-1400 FINAL PLAYED

530:18 Just a couple things regarding this study,
530:19 just to orient us.
530:20 First of all, this was                                                                    550.1.16
530:21 available in 2017 online.  It was published
530:22 in 2018, correct?
530:23   A. I believe that's correct.
530:24   Q. And if we look at the authors                                                         550.1.7
530:25 of this study, do you see these authors?
531:1   A. Yes, I do.
531:2   Q. This includes two people,
531:3 Dr. De Roos and I believe it's -- is it
531:4 Dr. or Mr. Lynch?  Doctor?
531:5   A. I think it's Dr. Lynch.
531:6   Q. Okay.  Dr. Lynch, who you told
531:7 us yesterday had signed on to your letter a
531:8 couple years before this, correct?
531:9   A. Correct.
531:10   Q. And if we look at the
531:11 affiliations of these authors, which is a                                                  550.1.20
531:12 little hard because the print is small, do
531:13 you see that some of these authors have
531:14 affiliations with the National Cancer
531:15 Institute?
531:16   A. Yes.
531:17   Q. You see that some of them
531:18 report affiliations with your former
531:19 organization, NIEHS, the National Institute                                               550.1.21
531:20 of Environmental Health Sciences?
531:21   A. Yes.
531:22   Q. And in fact, going back to that
531:23 point about the National Cancer Institute, am
531:24 I correct that this article was published in                                              550.1.22
531:25 the Journal of the National Cancer Institute?
532:1   A. The two are not related, but,
532:2 yes, it's published in the Journal of
532:3 National Cancer Institute, which is not the
532:4 Journal of the National Cancer Institute.
532:5   Q. The Journal of the National
532:6 Cancer Institute is not the Journal of the
532:7 National Cancer Institute?

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

532:8   A. Correct.  It's owned by Oxford
532:9 Press.  It's a private journal.
532:10   Q. It's a peer-reviewed journal,
532:11 right?
532:12   A. It's a peer-reviewed journal.

**533:15 - 533:21    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:21)**          **M20.166**

533:15 Do you see on page 515 -- and
533:16 it carries over, which is going to be hard
533:17 for me with the screen.  But do you see where
533:18 it identifies, starting at the bottom left of          557_1_558.1.1
533:19 page 515, do you see that it identifies who
533:20 funded it?
533:21   A. Yes.

**534:5 - 534:24    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:34)**          **M20.167**

534:5 It's the Intramural Research
534:6 Program of the National Institutes of Health,
534:7 National -- and bear with me, I'm going to
534:8 turn the page so we can continue -- National
534:9 Cancer Institute, Division of Cancer
534:10 Epidemiology and Genetics.
534:11 Do you see that?
534:12   A. Yes, I do.
534:13   Q. It's also funded by the
534:14 National Institute of Environmental Health
534:15 Science, correct?
534:16   A. Correct.
534:17   Q. That's your former group,
534:18 NIEHS, right?
534:19   A. Correct.
534:20   Q. And then it gives some other
534:21 funding sources, including the University of
534:22 Iowa.
534:23 Do you see that?
534:24   A. Yes.

**535:12 - 535:15    PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:04)**          **M20.168**

535:12   Q. It's not funded by Monsanto,
535:13 correct?
535:14   A. That is correct.  As far as I
535:15 know.

**535:18 - 536:14    PORTIER, CHRISTOPHER 2019-02-22_SS (00:01:13)**          **M20.169**

| | M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 535:18 Let's go back to page 1.  And | 550.1.23 |
| | 535:19 if we look at the results in the abstract, | |
| | 535:20 that's probably the easiest place to do it. | |
| | 535:21 Do you see where it reports on | |
| | 535:22 the number of individuals that looked at this | |
| | 535:23 study.  Among 54,000 applicators, 44,932 used | |
| | 535:24 glyphosate. | |
| | 535:25 Do you see that? | |
| | 536:1   A. I see that. | |
| | 536:2   Q. Is it correct that this study | |
| | 536:3 had more exposed NHL cases than in all the | |
| | 536:4 published case-control studies combined? | |
| | 536:5   A. If you're counting their | |
| | 536:6 exposure, meaning also the people who are -- | |
| | 536:7 have a statistically generated, imputed | |
| | 536:8 exposure, then, yes. | |
| | 536:9   Q. And these authors controlled | |
| | 536:10 for specific pesticides, true? | |
| | 536:11   A. They did. | |
| | 536:12   Q. And just so that the jury knows | |
| | 536:13 what we're talking about, if we go to | 550.7 |
| | 536:14 page 515 of the article, on the left-hand | |
| 536:15 - 536:21 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:27)** | **M20.170** |
| | 536:15 side, do you see where these authors state, | |
| | 536:16 "In this analysis, we controlled for the use | 550.7.6 |
| | 536:17 of correlated pesticides, which was not | |
| | 536:18 possible in all previous studies"? | |
| | 536:19 Did I read that correctly? | |
| | 536:20   A. I have no idea what it means, | |
| | 536:21 but, yes, you read it correctly. | |
| 539:20 - 539:21 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:01)** | **M20.171** |
| | 539:20 Let's finish up with the | |
| | 539:21 Andreotti study. | |
| 542:14 - 542:25 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:42)** | **M20.172** |
| | 542:14   Q. Under discussion it states, "In | 550.5.2 |
| | 542:15 this updated evaluation of glyphosate use and | |
| | 542:16 cancer risk in a large prospective study of | |
| | 542:17 pesticide applicators, we observed no | |
| | 542:18 associations between glyphosate use and | |
| | 542:19 overall cancer risk or with total | |

| M20-Portier Day 2 DC  0228-1400 FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

542:20 lymphohematopoietic cancers, including NHL

542:21 and multiple myeloma," correct?

542:22   A. Correct.

542:23   Q. That was their finding?

542:24   A. That's what it says.

542:25   Q. Let's go ahead to page 515.
550.7

**543:1 - 543:21**   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:48)**   M20.173

543:1 And I'd like to direct your attention on

543:2 page 515 to the left-hand side where these

543:3 authors state about, a couple lines down, the

543:4 lack of association.
550.7.7

543:5 Do you see where I'm reading?

543:6   A. Yes, I see where you're

543:7 reading.

543:8   Q. They state, "The lack of

543:9 association between glyphosate and NHL is

543:10 also consistent with the previous AHS

543:11 analysis."

543:12 Did I read that correctly?

543:13   A. That's what it says, that is

543:14 correct.

543:15   Q. And just so the jury knows what

543:16 we're talking about, the previous AHS

543:17 analysis they're referencing there is the

543:18 2005 De Roos study that you and I have talked

543:19 about, correct?

543:20   A. That is correct.  By looking at

543:21 the references, that is correct.

**544:5 - 545:3**   **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:56)**   M20.174

544:5   Q. And let's -- let's look at what

544:6 two of your coauthors on your 2016 paper said

544:7 in their 2018 publication.
550.7

544:8 Turn with me, if you would --

544:9 actually, stay with me, if you would, on this

544:10 page.

544:11 Do you see where they have a

544:12 concluding paragraph?

544:13   A. Page 515, the final paragraph

544:14 before funding?
550.7.8

544:15   Q. The final paragraph before

| Page/Line | Source | ID |
|---|---|---|
| | 544:16 funding, correct. | |
| | 544:17  A. Okay. | |
| | 544:18  Q. Do you see where they state, | |
| | 544:19 "In conclusion, we found no evidence of an | |
| | 544:20 association between glyphosate use and risk | |
| | 544:21 of any solid tumors or lymphoid malignancies, | |
| | 544:22 including NHL and its subtypes"? | clear |
| | 544:23 Did I read that correctly? | |
| | 544:24  A. You did. | |
| | 544:25  Q. Am I correct that this is the | |
| | 545:1 most recent epidemiological study using | |
| | 545:2 original data that exists? | |
| | 545:3  A. Yes. | |
| 545:4 - 545:5 | **PORTIER, CHRISTOPHER 2019-02-22_SS (00:00:02)** | **M20.175** |
| | 545:4 MR. SCHMIDT:  Thank you, | |
| | 545:5 Doctor.  That's all I have. | |

Monsanto Counters = 01:37:38
Plaintiff Counter Counters = 00:07:27
**Total Time = 01:45:05**

**Documents Shown**
1066
1098
1102
1184
1278
1278_16
1437
1456
1501
1639
1640
1657
1667
528
550
554
557_1_558

| Page/Line | Source | ID |
|---|---|---|

**M20-Portier Day 2 DC  0228-1400 FINAL PLAYED**

878
893