# EXHIBIT 1

# Do Cancer Doctors...
