# EXHIBIT 2

# Government Scientists Studied And Approved Roundup For Over 40 Years



- First **approved in 1975**
- Re-affirmed **before IARC**
- Re-affirmed **multiple times after IARC**