Barbara R. Light
Texas Bar No. 24109472
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: Tracy Magee, Cause No. 3:17-cv-05547 (N.D. Cal.) Rosalinda Castro, Cause No. 3:17-cv-06902 (N.D. Cal.) John Otts, Cause no. 3:17-cv-02142 (N.D. Cal.) | |

### MONSANTO'S THIRD AMENDED MOTION TO DISMISS WITH PREJUDICE

Defendant ("Monsanto") files this motion to dismiss with prejudice for failure to submit a Plaintiff Fact Sheet ("PFS"). Pretrial Order No. 50 ("PTO 50") requires each Plaintiff to submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly, by the deadlines provided in paragraph 4. (PTO 50 at paras. 7, 8). According to PTO 50, Group 2 plaintiffs were required to submit a PFS by Wednesday, November 28, 2018. Additionally, PTO 50 states that if a Plaintiff does not submit a completed PFS within the time specified, Monsanto

Defendant's Third Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

9143260 v1

must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to submit the PFS. (PTO 50 at para. 15).  If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice.

The Plaintiffs identified below failed to submit any PFS whatsoever to date. Monsanto notified each Plaintiff that a PFS had not been submitted, in compliance with paragraphs 7 and 8 of Pretrial Order No. 50.

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Tracy Magee | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Rosalinda Castro | *Beaudet et al. v. Monsanto Co.*, Cause No. 3:17-cv-06902 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| John Otts | *Smith et al. v. Monsanto Co. et al.*, Cause no. 3:17-cv-02142 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |

The Notice of Failure to Submit a PFS is attached as Exhibit A.

None of the Plaintiffs listed above replied to the Notice of Failure to Submit a PFS or the Motion to Dismiss, and none of the Plaintiffs submitted PFSs as required by PTO 50. Therefore, Monsanto respectfully requests that the Court enter an Order dismissing the cases of the Plaintiffs listed above with prejudice.

Dated: March 4, 2019                        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Barbara R. Light
　　　　　　　　　　　　　　　　　　　　　　Barbara R. Light
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24109472
　　　　　　　　　　　　　　　　　　　　　　600 Travis, Suite 3400
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002-2926

Defendant's Third Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

9143260 v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: 713-227-8008
Fax: 713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

Defendant's Third Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741
9143260 v1

**CERTIFICATE OF SERVICE**

I, Barbara Light, hereby certify that on March 4, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Barbara R. Light
Barbara R. Light

Defendant's Third Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741
9143260 v1