UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Tracy Magee, Cause No. 3:17-cv-05547 (N.D. Cal.)<br><br>Rosalinda Castro, Cause No. 3:17-cv-06902 (N.D. Cal.)<br><br>John Otts, Cause no. 3:17-cv-02142 (N.D. Cal.) | |

**PROPOSED ORDER ON MONSANTO'S
THIRD AMENDED MOTION TO DISMISS WITH PREJUDICE**

THIS MATTER having been brought before the Court by defendant Monsanto, Co. ("Defendant"), for an Order dismissing Plaintiffs' Complaints for failure to provide a Plaintiff Fact Sheet pursuant to Pretrial Order No. 50; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

IT IS, on this _____ day of _____, 2019;

ORDERED that the Complaints of the Plaintiffs listed on the attached Exhibit A are hereby dismissed with prejudice.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

698667 v1

## **EXHIBIT A**

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Tracy Magee | *Angel et al. v. Monsanto Co.*, Cause No. 3:17-cv-05547 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| Rosalinda Castro | *Beaudet et al. v. Monsanto Co.*, Cause No. 3:17-cv-06902 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |
| John Otts | *Smith et al. v. Monsanto Co. et al.*, Cause no. 3:17-cv-02142 (N.D. Cal.) | November 28, 2018 | January 4, 2019 |