**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Hardeman vs. Monsanto Co., et al.*, 3:16-cv-0525-VC | MDL No. 2741<br>Case Number: 3:16-MD-02741-VC<br><br>**NOTICE BY PLAINTIFF EDWIN HARDEMAN AND HIS COUNSEL, AIMEE H. WAGSTAFF ESQ., OF COMPLIANCE WITH PRETRIAL ORDER NO. 91 AND OF NON-WAIVER OF RIGHT TO APPEAL SANCTIONS ORDER** |

COMES NOW, Plaintiff Edwin Hardeman ("Plaintiff") and his counsel, Aimee H. Wagstaff, Esq. ("Counsel"), to provide notice to the Court and all parties that:

- On this day, Counsel complied with Pretrial Order No. 91; and
- By doing so, neither Plaintiff nor his Counsel waive the right to appeal said order.[1]

Dated: March 4, 2019

Respectfully submitted by:

ANDRUS WAGSTAFF, PC

By: */s/ Aimee Wagstaff*

Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

*Attorney for Plaintiff*

---

[1] *Lasar v. Ford Motor Co.*, 399 F.3d 1101, 1108 (9th Cir. 2005).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff