UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 100: RULING ON MONSANTO'S DEPOSITION DESIGNATIONS FOR DR. REEVES** |

The following are the Court's evidentiary rulings on Monsanto's designations for Dr. Reeves.

| Page Where Objection Appears | Ruling |
|---|---|
| 739 | Sustained |
| 742 | Overruled as to 742:15 to 743:09; sustained as to the remainder |
| 752 | Sustained |
| 759 | Sustained |
| 763 | Sustained |
| 764 | Overruled |
| 766 | Overruled as to 766:23 to 767:15; sustained as to the remainder |
| 769 | Overruled |
| 776 | Overruled as to 776:07 to 777:06; sustained as to the remainder |
| 784 | Overruled |
| 787 | Overruled |
| 789 | Overruled |
| 792 | Overruled |
| 817 | Sustained |

**IT IS SO ORDERED.**

Date: March 4, 2019

_____
Honorable Vince Chhabria
United States District Court