UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL JURY TRIAL MINUTES

**Date:** March 1, 2019    **Time in Court:** 6 hours 29 minutes    **Judge:** VINCE CHHABRIA

**Case No.:** 16-md-02741-VC    **Case Name:** In re Roundup Products Liability Litigation

16-cv-00525-VC      Hardeman v. Monsanto Company et al

**Attorney for Plaintiff:** Aimee Wagstaff, Jennifer Moore
**Attorney for Defendant:** Tamarra Matthews Johnson, Rakesh Kilaru, Julie Rubenstein,

**Deputy Clerk:** Theresa Hoang      **Court Reporter:** JoAnn Bryce, Marla Knox

**Voir Dire:** February 20, 2019
**Trial Start Date:** February 25, 2019
**Further Trial:** March 4, 2019

## PROCEEDINGS

Jury Trial Day 4 - HELD (see attached log)

Admitted Exhibits:

**Plaintiff:** 66-68, 28-32, 39-40, 44-47, 50, 52, 54-55, 57, 59-60