UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC; 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company et al

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Vince Chhabria | PLAINTIFF ATTORNEY: Aimee Wagstaff, Jennifer Moore | DEFENSE ATTORNEY: Tamarra Matthews Johnson, Rakesh Kilaru, Julie Rubenstein, |
|---|---|---|
| TRIAL DATE: March 1, 2019 | REPORTER(S): JoAnn Bryce and Marla Knox | CLERK: Theresa Hoang |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:19 AM - 8:27 AM | | | Court convenes. All parties present. Court and counsel meet to discuss matters outside the presence of the jury | |
| | | 8:36 AM | | | All parties and jury present. Defense continues video presentation of witness testimony | DEF |
| | | 8:58 AM | | | Sidebar | |
| | | 9:01 AM | | | Defense resumes video presentation of witness testimony | DEF |
| | | 9:35 AM | | | Jury excused for recess. Court and counsel discuss matters outside the presence of the jury | |
| | | 9:40 AM | | | Recess | |
| | | 9:46 AM | | | Court and counsel discuss matters outside the presence of the jury | |
| | | 9:47 AM | | | Jury present. Defense continues video presentation of witness testimony | DEF |
| | | 10:40 AM | | | Jury excused for recess. Court and counsel discuss matters outside the presence of the jury | |
| | | 10:44 AM | | | Recess | |
| | | 10:55 AM | | | Court and counsel discuss matters outside the presence of the jury | |
| | | 11:01 AM | | | Jury present. Plaintiff continues video presentation of witness testimony | PLA |
| | | 11:23 AM | | | Defense continues video presentation of witness testimony | DEF |
| | | 11:29 AM | | | Plaintiff continues video presentation of witness testimony | PLA |
| 875-878, 882-883 | | | X | | Objection to admission by Defense | PLA |
| | | 11:34 AM | | | Video presentation of witness testimony by Plaintiff | PLA |
| | | 11:44 AM | | | Jury is admonished and excused for lunch. Court and counsel discuss matters outside presence of the jury | |

Case No: 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company et al
Date: March 1, 2019
Courtroom Deputy: Theresa Hoang    - Court Reporter:    JoAnn Bryce and Marla Knox

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:08 PM | | | Lunch break | |
| | | 12:33 PM | | | All parties and jury present. Plaintiff continues video presentation of witness testimony | PLA |
| 66-68 | | | X | X | | PLA |
| | | 1:00 PM | | | Video presentation of witness testimony by Plaintiff | PLA |
| | | 1:20 PM | | | Jury excused for recess. Court discusses matters outside presence of the jury | |
| 28-32 | | | X | X | | PLA |
| | | 1:21 PM | | | Recess | |
| | | 1:32 PM | | | Video presentation of witness testimony by Plaintiff | PLA |
| | | 2:02 PM | | | Jury excused for recess | |
| | | 2:03 PM | | | Sidebar | |
| | | 2:05 PM | | | Recess | |
| | | 2:10 PM | | | All parties and jury present. Plaintiff resumes video presentation of witness testimony | PLA |
| | | 2:40 PM | | | Jury admonished and excused. Court and parties discuss matters outside the presence of the jury | |
| 39-40, 44-47, 50, 52, 54-55, 57, 59-60 | | | X | X | | PLA |
| | | 3:13 PM | | | Court is adjourned. Matter is continued to Monday, 3/4/2019 for further jury trial. Counsel and jury to return at 8:00 AM and 8:30 AM, respectively | |