**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:     202-682-1639
Email: jhollingsworth@hollingsworthllp.com
          elasker@hollingsworthllp.com

*Attorneys for Defendants*
*WILBUR-ELLIS COMPANY LLC and*
*WILBUR-ELLIS FEED, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: *Jeffrey D. Baum*, *et al.*, *v. Monsanto Co.*, *et al.*, Case No. 3:19-cv-01018-VC | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
OF WILBUR-ELLIS COMPANY LLC AND WILBUR-ELLIS FEED, LLC**

        This certification is filed by defendants Wilbur-Ellis Company and Wilbur-Ellis Feed,

LLC (now known as Wilbur-Ellis Nutrition, LLC).  Pursuant to Civil L.R. 3-15, the undersigned

certifies that the following listed persons, associations of persons, firms, partnerships,

corporations (including parent corporations) or other entities (i) have a financial interest in the

subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest

in that subject matter or in a party that could be substantially affected by the outcome of this

proceeding:

        Wilbur-Ellis Holdings, Inc.

        Wilbur-Ellis Holdings II, Inc.

1    DATED:  March 4, 2019                          Respectfully submitted,

2

3                                                   /s/ Joe G. Hollingsworth
                                                    Joe G. Hollingsworth (*pro hac vice*)
4                                                   (jhollingsworth@hollingsworthllp.com)
                                                    Eric G. Lasker (*pro hac vice*)
5                                                   (elasker@hollingsworthllp.com)
                                                    HOLLINGSWORTH LLP
6                                                   1350 I Street, N.W.
                                                    Washington, DC  20005
7                                                   Telephone:  (202) 898-5800
                                                    Facsimile:  (202) 682-1639
8

9                                                   Attorneys for Defendants
                                                    WILBUR-ELLIS COMPANY LLC and
10                                                  WILBUR-ELLIS FEED, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -