**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Email: jhollingsworth@hollingsworthllp.com
       elasker@hollingsworthllp.com

*Attorneys for Defendants*
*WILBUR-ELLIS COMPANY LLC and*
*WILBUR-ELLIS FEED, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jaime Andrade, et al., v. Monsanto Co., et al.,*<br>Case No. 3:19-cv-01019-VC | |

# CORPORATE DISCLOSURE STATEMENT OF WILBUR-ELLIS COMPANY LLC AND WILBUR-ELLIS FEED, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Wilbur-Ellis Company LLC and Wilbur-Ellis Feed, LLC (now known as Wilbur-Ellis Nutrition, LLC) make the following disclosures:

1. Wilbur-Ellis Company LLC is a wholly owned subsidiary of Wilbur-Ellis Holdings II, Inc., a Delaware corporation.

2. Wilbur-Ellis Feed, LLC is a wholly owned subsidiary of Wilbur-Ellis Holdings II, Inc., a Delaware corporation.

3. Wilbur-Ellis Holdings II, Inc. is a wholly owned subsidiary of Wilbur-Ellis Holdings, Inc., a Delaware corporation.

4. No publicly-traded company owns 10% or more of the stock of Wilbur-Ellis Company LLC or Wilbur-Ellis Feed, LLC.

| | |
|---|---|
| DATED:  March 4, 2019 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth (*pro hac vice*) |
| | (jhollingsworth@hollingsworthllp.com) |
| | Eric G. Lasker (*pro hac vice*) |
| | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street, N.W. |
| | Washington, DC  20005 |
| | Telephone:  (202) 898-5800 |
| | Facsimile:  (202) 682-1639 |
| | |
| | Attorneys for Defendants |
| | WILBUR-ELLIS COMPANY LLC and |
| | WILBUR-ELLIS FEED, LLC |