**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:     202-682-1639
Email: jhollingsworth@hollingsworthllp.com
          elasker@hollingsworthllp.com

*Attorneys for Defendants*
*WILBUR-ELLIS COMPANY LLC and*
*WILBUR-ELLIS FEED, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: *Charles Kast*, *et al.*, *v. Monsanto Co.*, *et al.*, Case No. 3:19-cv-01031-VC | |

**CORPORATE DISCLOSURE STATEMENT OF**
**WILBUR-ELLIS COMPANY LLC AND WILBUR-ELLIS FEED, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Wilbur-Ellis Company LLC

and Wilbur-Ellis Feed, LLC (now known as Wilbur-Ellis Nutrition, LLC) make the following

disclosures:

1.     Wilbur-Ellis Company LLC is a wholly owned subsidiary of Wilbur-Ellis

Holdings II, Inc., a Delaware corporation.

2.     Wilbur-Ellis Feed, LLC is a wholly owned subsidiary of Wilbur-Ellis Holdings II,

Inc., a Delaware corporation.

3.     Wilbur-Ellis Holdings II, Inc. is a wholly owned subsidiary of Wilbur-Ellis

Holdings, Inc., a Delaware corporation.

4.     No publicly-traded company owns 10% or more of the stock of Wilbur-Ellis

Company LLC or Wilbur-Ellis Feed, LLC.

- 1 -

1   DATED:  March 4, 2019                    Respectfully submitted,

2                                            /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth (*pro hac vice*)
3                                            (jhollingsworth@hollingsworthllp.com)
                                             Eric G. Lasker (*pro hac vice*)
4                                            (elasker@hollingsworthllp.com)
5                                            HOLLINGSWORTH LLP
                                             1350 I Street, N.W.
6                                            Washington, DC  20005
                                             Telephone:  (202) 898-5800
7                                            Facsimile:  (202) 682-1639

8                                            Attorneys for Defendants
9                                            WILBUR-ELLIS COMPANY LLC and
                                             WILBUR-ELLIS FEED, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
- 2 -