```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140728
Cashier ID: sprinka
Transaction Date: 03/04/2019
Payer Name: aimee wagstaff

SANCTIONS/CONTEMPT FINES
 For: aimee wagstaff
 Case/Party: D-CAN-3-16-MD-002741-001
 Amount:          $500.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1166
 Amt Tendered:  $500.00

Total Due:       $500.00
Total Tendered:  $500.00
Change Amt:      $0.00

vc


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```