

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
___
A LIMITED LIABILITY PARTNERSHIP

March 5, 2019

<u>VIA ECF</u>

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    <u>*Hardeman v. Monsanto Co.*, No. 3:16-cv-00525-VC</u>

Dear Judge Chhabria:

    Consistent with the Court's ruling on Plaintiffs' motion *in limine* No. 2, *see* PTO 81 at 5, Monsanto respectfully requests leave to ask the following questions of its case-specific experts, Dr. Daniel Arber and Dr. Alexandra Levine. Monsanto expects that the answers to all of these questions will be brief.

<u>Dr. Arber</u>:

- What, if any, role does Roundup play in your clinical practice as a pathologist?

<u>Dr. Levine</u>:

- Have you reviewed the epidemiological literature regarding Roundup and NHL?

- Have you also reviewed Dr. Mucci's report?

- Are you relying on Dr. Mucci's explanation of the epidemiology to the jury so you can focus on a discussion of Mr. Hardeman?

- Is Dr. Mucci's analysis consistent with your own professional and clinical experience as a practicing hematologist-oncologist?

- Based on your clinical practice, do you have an opinion on whether there is an association between Roundup and NHL?

- What, if any, opinion do you have on whether Roundup is a risk factor for NHL?

- What, if any, opinion do you have on whether Roundup can cause NHL?.

        Respectfully submitted,

        /s/ Brian L. Stekloff_____

        Brian L. Stekloff (*pro hac vice*)
        (bstekloff@wilkinsonwalsh.com)
        Tamarra Matthews Johnson (*pro hac vice*)
        (tmatthewsjohnson@wilkinsonwalsh.com)
        Rakesh Kilaru (*pro hac vice*)
        (rkilaru@wilkinsonwalsh.com)
        WILKINSON WALSH + ESKOVITZ LLP
        2001 M St. NW, 10th Floor
        Washington, DC 20036
        Tel: 202-847-4030
        Fax: 202-847-4005

Cc: Counsel of Record (via ECF)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____