UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL JURY TRIAL MINUTES**

| **Date:** March 5, 2019<br>**Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Time:** 5 hours 5 minutes<br>**Case Name:** Hardeman  v.  Monsanto Company | **Judge:** VINCE CHHABRIA |
|---|---|---|

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen          **Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: March 6, 2019, at 8:00 a.m.**

PROCEEDINGS:

Jury Trial, Day 6 - held.

RULINGS AND ORDERS:

**Witnesses examined today:**
- Dr. Christopher Portier (via video deposition)
- Edwin Hardeman
- Dr. Dennis Weisenburger

See Log for details from proceedings.

**Admitted Exhibits:**
23, 25, 930, 931, 932, 933, 934, 935, 936, 940, 946