UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 6**

| JUDGE: Vince Chhabria | PLAINTIFF ATTORNEY: Aimee Wagstaff and Jennifer Moore | DEFENSE ATTORNEY: Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
|---|---|---|
| TRIAL DATE: March 5, 2019 | REPORTER: Jo Ann Bryce and Marla Knox | CLERK: Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 8:28 a.m. |  |  | Court and counsel on the record outside the presence of the jury. Court advised counsel that juror 9 will not be returning to the trial due to illness. |  |
|  | 8:30 a.m. |  |  | Jury entered the courtroom. Plaintiff called **Dr. Christopher Portier** via video deposition. |  |
|  | 8:34 a.m. |  |  | Dr. Portier's video testimony concluded. **Edwin Hardeman** is called to testify on his own behalf. Mr. Hardeman was sworn by the clerk. Direct examination conducted by J. Moore. |  |
| 23 |  | X | X |  | PLTF |
| 25 |  | X | X |  | PLTF |
| 946 |  | X | X | Picture of sample sprayer used in court today | PLTF |
| 930-936 |  | X | X |  | PLTF |
|  | 9:26 a.m. |  |  | Defendant had no questions of Mr. Hardeman. Mr. Hardeman is thanked and asked to return to his seat. |  |
|  | 9:27 a.m. |  |  | Break. |  |
|  | 9:32 a.m. |  |  | Court and counsel on the record re limitations of Dr. Weisenburger's testimony. |  |
|  | 9:39 a.m. |  |  | Jury entered the courtroom. Plaintiff called to testify **Dr. Dennis Weisenburger.** Dr. Weisenburger is sworn by the clerk. Direct examination conducted by J. Moore. |  |
| 1569 |  | X |  |  | PLTF |
| 880 |  | X |  |  | PLTF |
| 451 |  | X |  |  | PLTF |
|  | 10:28 a.m. |  |  | Sidebar. |  |
|  | 10:31 a.m. |  |  | Direct examination of Dr. Weisenburger resumed. |  |
| 1570 |  | X |  |  | PLTF |
|  | 10:34 a.m. |  |  | Break. |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 10:48 a.m. |  |  | Back on the record with jury present; testimony of Dr. Weisenburger continued. |  |
|  | 10:51 a.m. |  |  | Sidebar. |  |
|  | 10:52 a.m. |  |  | Direct examination of Dr. Weisenburger resumed. |  |
| 1102 |  | X |  |  | PLTF |
| 554 |  | X |  |  | PLTF |
| 916 |  | X |  |  | PLTF |
| 562 |  | X |  |  | PLTF |
| 563 |  | X |  |  | PLTF |
|  | 11:59 a.m. |  |  | Lunch for the jurors. Court and counsel remain on the record re defendant's schedule for witnesses in the coming days. |  |
|  | 12:02 p.m. |  |  | Lunch. |  |
|  | 12:47 p.m. |  |  | Back on the record with jury present; testimony of Dr. Weisenburger continued. |  |
| 1438 |  | X |  |  | PLTF |
| 1066 |  | X |  |  | PLTF |
| 948 |  | X |  | Bradford Hill Criteria chart with markings by Dr. Weisenburger. | PLTF |
| 937 |  | X |  |  | PLTF |
|  | 1:57 p.m. |  |  | Break. |  |
|  | 2:02 p.m. |  |  | Back on the record with jury present; testimony of Dr. Weisenburger continued. |  |
| 940 |  | X | X |  | PLTF |
| 949 |  | X |  | Chart: Trends and Incident Rates from 19__ to 2015 | PLTF |
| 938 |  | X |  | Gianelli Graph: Study re Hepatitis C | PLTF |
| 1531 |  | X |  |  | PLTF |
| 1291 |  | X |  |  | PLTF |
| 917 |  | X |  |  | PLTF |
| 918 |  | X |  |  | PLTF |
| 1302 |  | X |  |  | PLTF |
|  | 2:40 p.m. |  |  | Jury retired for the evening. |  |
|  | 2:43 p.m. |  |  | Court adjourned. Evidence will resume on Wednesday, March 6, 2019, at 8:00 a.m. |  |