# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL JURY TRIAL MINUTES

| **Date:** March 6, 2019 | **Time:** 4 hours 45 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman v. Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen          **Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: March 8, 2019, at 8:00 a.m.**

## PROCEEDINGS:

Jury Trial, Day 7 - held.

## RULINGS AND ORDERS:

### Witnesses examined today:
- Dr. Dennis Weisenburger
- Dr. William Reeves (by video deposition)

See Log for details from proceedings.

### Admitted Exhibits:
None today.