UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 7**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| March 6, 2019 | Jo Ann Bryce and Marla Knox | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:55 a.m. | | | Court, counsel, and jury present. Jury trial continued with direct examination of **Dr. Dennis Weisenburger** by J. Moore. | |
| 1599 | | X | | | PLTF |
| | 9:10 a.m. | | | Sidebar. | |
| | 9:12 a.m. | | | Direct examination of Dr. Weisenburger continued. | |
| | 9:20 a.m. | | | Direct examination of Dr. Weisenburger concluded. Cross examination of Dr. Weisenburger conducted by B. Stekloff on behalf of defendant. | |
| 899 | | X | | | DEFT |
| 1425 | | X | | | DEFT |
| 1424 | | X | | | DEFT |
| | 10:14 a.m. | | | Break. | |
| | 10:25 a.m. | | | Back on the record with continued cross examination of Dr. Weisenburger. | |
| 1066 | | X | | | DEFT |
| 1438 | | X | | | DEFT |
| 1437 | | X | | | DEFT |
| 1569 | | X | | | DEFT |
| 447 | | X | | | DEFT |
| 451 | | X | | | DEFT |
| 499 | | X | | | DEFT |
| 452 | | X | | | DEFT |
| | 11:02 a.m. | | | Break. | |
| | 11:08 a.m. | | | Back on the record with continued cross examination of Dr. Weisenburger. | |
| 918 | | X | | | DEFT |

| | | | | | |
|---|---|---|---|---|---|
| | 11:47 a.m. | | | Lunch break. | |
| | 12:38 p.m. | | | Back on the record with continued cross examination of Dr. Weisenburger. | |
| 1348 | | X | | | DEFT |
| 1146 | | X | | | DEFT |
| 1132 | | X | | | DEFT |
| | 1:01 p.m. | | | Cross examination of Dr. Weisenburger concluded. Redirect examination conducted by J. Moore. | |
| | 1:04 p.m. | | | Sidebar. | |
| | 1:08 p.m. | | | Redirect examination resumed. | |
| | 1:50 p.m. | | | Redirect examination of Dr. Weisenburger concluded. Re-cross examination conducted by B. Stekloff. | |
| 1413 | | X | | | DEFT |
| | 1:52 p.m. | | | The parties have no further questions of Dr. Weisenburger, and he is thanked and excused. Jury excused for a break. Court and counsel remain on the record re remaining schedule for the day. | |
| | 1:54 p.m. | | | Break. | |
| | 2:03 p.m. | | | Back on the record. Plaintiff called to testify **Dr. William Reeves** by video deposition. | |
| | 2:40 p.m. | | | The video deposition of Dr. Reeves concluded. The jury retired for the evening. The Court and counsel remain on the record to discuss the remainder of the schedule for the trial. The parties are to turn over to the Court their closing argument slides on Tuesday, March 12 in the morning. Defendant to file their letter re Dr. Weisenburger's testimony and the expected testimony of Dr. Arber by March 7, at 9:00 a.m. Plaintiff's response is due by 12:00 p.m., on March 7. | |
| | 2:56 p.m. | | | Court adjourned. Trial will resume on Friday, March 8, 2019, at 8:00 a.m. | |