# EXHIBIT G



**THE PERMANENTE MEDICAL GROUP**

SRO-MAIN CAMPUS

HARDEMAN, EDWIN

Enc. Date: 02/06/15

## Order Results (02/10/15 - 02/13/15) (continued)

**SURGICAL PATHOLOGY [561501988] (continued)**          Resulted: 02/10/15 1646. Result Status: Final result

Santa Rosa Pathology

John F. Kunkel, M.D. Laboratory Director

**Reviewed by**

Turley, Richard (M.D.) on 02/10/15 1703

Resulted: 02/13/15 0835, Result Status: Edited Result - FINAL

**IMMUNOHISTOCHEMISTRY [561501989]**

Filed on:   03/02/15 0921             Resulting Lab:   NCAL PATH INTERFACE

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| I-1 FULL CONSULT | I-1 CONSULT, FULL | 02/06/15 0000 |

**Components**

| | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Report, pathology Result: | -- | | - | | 457 |

```
Provider:   TIFFANY ALYECE CAMARILLO M.D.
Collected:  2/6/2015                        Case #:  IHC15-1142
                        Immunohistochemistry Report
                              Addendum Present
FINAL PATHOLOGIC DIAGNOSIS
RIGHT NECK LYMPH NODE, NEEDLE BIOPSY (SROS15-2109-A1):
 -     MORPHOLOGIC AND IMMUNOPHENOTYPIC FINDINGS CONSISTENT WITH
DIFFUSE LARGE B-CELL LYMPHOMA (SEE COMMENT)

                              MITCHELL MITSURU ADACHI M.D.
                         ** Report Electronically Signed by MMA **
Comment
By immunohistochemistry, the large atypical cells are CD20 and PAX5
positive with additional positivity for Bcl2.  CD3, CD5, Bcl1,
CD10, TdT, CD30, Pan-Cytokeratin, S100, and EBER are negative.  The
Ki67 proliferation rate is approximately 80% of large cells.  The
overall morphologic and immunophenotypic findings are consistent
with diffuse large B-cell lymphoma.  The bcl-6 and MUM-1 positivity
is consistent with NON-germinal center B-cell type.  FISH studies
will be initiated to rule out the possibility of a "double-hit"
lymphoma.

Addendum    Date Ordered:    3/2/2015     Status:   Signed Out
            Date Complete:   3/2/2015     By:  JOHN M CRUZ
            Date Reported:   3/2/2015

TISSUE CHROMOSOME ANALYSIS

Laboratory #: T15-01597                    Tissue Type: PARAFFIN
```

CONFIDENTIAL                HARDEMAN_EDWIN_KAISERPERMANENTE_00099



**THE PERMANENTE MEDICAL GROUP**

| SRO-MAIN CAMPUS | HARDEMAN, EDWIN |
|---|---|
| Encounter Record | Enc. Date: 02/06/15 |

## Order Results (02/10/15 - 02/13/15) (continued)

**IMMUNOHISTOCHEMISTRY [561501989] (continued)**

Resulted: 02/13/15 0835, Result Status: Edited Result - FINAL

EMBEDDED
Date Obtained: 02/06/15                     Date of Report: 02/27/15
Date Received: 02/17/15
Req Prov: Mitchell Adachi                   Req Fac: San Francisco
                                            Gen Ctr: San Francisco
Indication: LYMPHOMA (NOS)                  Status: Rule out
Other Reasons: SROS15-2109A1, R NECK, CMYC, BCL2, BCL6
IHC15-1142

### RESULT

Number of flasks analyzed:                  Method: FISH
Number of cells/colonies:                   Band Level:

Karyotype: nuc ish(BCL6x2-3)(5'BCL6 sep 3'BCL6x1)[29/100],
(MYCx2)[100],(IGHx2)[100],(BCL2x1)[32/100]
FISH: Positive for BCL6 (3q27) rearrangement in
29% (29/100) of cells and a deletion of BCL2 at
18q21 in 32% (32/100) of cells

### *INTERPRETATION*

Slides with paraffin-embedded tissue were received for
evaluation of BCL2, BCL6, and MYC oncogene rearrangement.
Interphase fluorescence in situ hybridization (FISH) using a
panel of DNA probes (Abbott/Vysis) showed the following
results:

BCL6 rearrangement (3q27): Positive in 29% (29/100) of
cells;
MYC rearrangement (8q24): Negative;
BCL2/IGH fusion or t(14;18) translocation: Negative, BCL2
deletion in 32% of cells.

Rearrangement of the BCL6 is commonly seen in follicular and
diffuse large B-cell lymphoma.

NOTE: The FISH test was developed and its performance
characteristics determined by the TPMG Regional Genetics
Laboratory as required by the CLIA'88 regulations. It has
not been cleared or approved for specific uses by the U.S.
Food and Drug Administration.

The referring pathologist has been notified of these results
through the electronic inbox.

This addendum is issued to report the Tissue Chromosome Analysis by
FISH performed at:
Kaiser Santa Teresa Cytogenetics
5755 Cottle Rd., Bldg 6

CONFIDENTIAL                    HARDEMAN_EDWIN_KAISERPERMANENTE_00100

Confidential-Hardeman-EHardeman-PPR-00100

TRIAL EXHIBIT 1023 Page 912 of 2261