# Exhibit 1

**Volume 3**

**Pages 299 - 540**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | | |
|---|---|---|
| EDWARD HARDEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **NO. C 16-00525 VC** |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

San Francisco, California
Monday, February 25, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
              ANDRUS WAGSTAFF PC
              7171 W. Alaska Drive
              Lakewood, Colorado  80226
         **BY: AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
              **DAVID J. WOOL, ATTORNEY AT LAW**

              MOORE LAW GROUP
              1473 South 4th Street
              Louisville, Kentucky  40208
         **BY: JENNIFER MOORE, ATTORNEY AT LAW**


       **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

```
 1   APPEARANCES:   (CONTINUED)

 2   For Plaintiff:

 3                        AUDET & PARTNERS LLP
                          711 Van Ness Avenue - Suite 500
 4                        San Francisco, California  94102
                    BY:   MARK E. BURTON, ATTORNEY AT LAW
 5
     For Defendant:
 6
                          WILKINSON  WALSH ESKOVITZ LLP
 7                        2001 M Street, NW - 10th Floor
                          Washington, D.C.  20036
 8                  BY:   BRIAN L. STEKLOFF, ATTORNEY AT LAW
                          RAKESH N. KILARU, ATTORNEY AT LAW
 9                        TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
                          JULIE RUBENSTEIN, ATTORNEY AT LAW
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1 lymphoma.

2 Now, throughout the course of the next few weeks, we are
3 going to bring you some witnesses. We are going to bring you
4 witnesses from Monsanto, both current and former employees.
5 Now, this trial is happening in San Francisco, and these people
6 don't live in San Francisco, so we can't force them to come
7 here. So what we have done over the past couple of years is we
8 have taken depositions of Monsanto employees. And we can't
9 force them to come here, like I just said, so we will play them
10 to you --

11 **MR. STEKLOFF:** Your Honor, may we approach?

12 **THE COURT:** I know what your objection is going to be.
13 It is overruled.

14 **MS. WAGSTAFF:** So we will play them for you via
15 deposition. So you will see them on the monitors right in
16 front of you. We intend to bring you deposition testimony from
17 Dr. William Reeves, Dr. Daniel Goldstein, Dr. Donna Farmer and
18 Dr. David Saltmiras. And those are all either current or
19 former Monsanto employees.

20 Now, as the trial goes along, we may add a few other
21 employees or we may take one of those depositions down. Those
22 are who we intend to bring.

23 But here is what I'm going to talk to you about today.
24 There is three real phases of my opening statement I want to go
25 over with you today. The first one is what is Roundup; right.

1    We all probably know that Roundup is a weed killer sold by
2    Monsanto, but maybe we don't know what Roundup is.
3         Next, I'm going to talk to you about can Roundup cause
4    cancer.  Is it possible?  Is it within the realm of the
5    universe that Roundup can cause cancer?  And then I'm going to
6    talk to you about whether or not Roundup caused Mr. Hardeman's
7    cancer, different questions.
8         Once I walk you down those three, I am going to sit down,
9    and Mr. Stekloff will talk to you about Monsanto.
10        So Roundup.  You are going to hear testimony from
11   Mr. Hardeman, probably next week, about his Roundup use; and
12   you are going to hear that Mr. Hardeman started spraying
13   Roundup in 1986.  You are going to hear he sprayed Roundup
14   through and including 2011, 2012, somewhere around that time.
15   You are going to hear that he used two products -- two main
16   products over the course of that 26, 27 years.  You are going
17   to hear that he used Roundup Concentrate and Roundup
18   Concentrate Plus.
19        You are going to hear him testify about how he has really
20   only lived in two houses during that period of time, and he is
21   a creature of habit; and he would go to the same stores and buy
22   the product.  It was called Yard Bird at the time -- he was
23   living just north of Santa Rosa -- and you are going to hear
24   him talk about how he bought these products because they came
25   in a concentrate form so he thought it would last longer.  You

1  are going to hear him describe how he had a two-gallon pump and
2  how he would put concentrate in the pump, dilute it with water,
3  and then walk around and spray.  He is going to testify to you
4  and tell you-all about his exposure activities.
5       So what is Roundup?  Roundup is actually not that
6  complicated of a product.  This is maybe a new word for you
7  guys, but you are going to hear it a lot over the next month:
8  Glyphosate.
9       There's four main ingredients in Roundup, and you are
10 going to hear testimony about this.  Glyphosate is the active
11 ingredient.  It is what actually goes in and kills the weed.
12 There is no dispute about that glyphosate is the active
13 ingredient in Roundup.  And you are going to hear testimony
14 that the other ingredients -- they have a surfactant, all
15 right, and they have a surfactant in there which actually you
16 will hear testimony helps sort of reduce the surface tension of
17 the glyphosate and sort of adhere it to the plant.
18      So if you can picture taking a glass of water, we will
19 just say, and pouring it on a plant, it will all just fall off;
20 right?  You will hear testimony that the surfactant actually
21 helps bind the glyphosate to the plant.
22      And then you are going to hear testimony that water is in
23 Roundup, and then you are going to hear testimony that there
24 are other contaminants, other sort of byproducts in Roundup.
25 So those four main ingredients.

1  anyway.
2          **MS. MOORE:**  Thank you.
3              (Proceedings adjourned at 3:31 p.m.)
4                      ---oOo---

7              **CERTIFICATE OF REPORTERS**
8      I certify that the foregoing is a correct transcript
9  from the record of proceedings in the above-entitled matter.

11  DATE:   Monday, February 25, 2019

15  _____
16      Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
                     U.S. Court Reporter

19  _____
20            Marla F. Knox, RPR, CRR
                     U.S. Court Reporter