# Exhibit 2

Page 4873

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

DEWAYNE JOHNSON,

       Plaintiff,

  vs.              Case No. CGC-16-550128

MONSANTO COMPANY, et al.,

       Defendants.
_____/

    Proceedings held on Monday, August 6, 2018,

    Volume 24, before the Honorable Suzanne R. Bolanos,

    at 1:34 p.m.

REPORTED BY:

LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

Job No. 2983879

Pages 4873 - 5000

```
                                                         Page 4874
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFF:

 4        R. BRENT WISNER, ESQ.

 5        BAUM, HEDLUND, ARISTEI, GOLDMAN PC

 6        12100 Wilshire Boulevard, Suite 950

 7        Los Angeles, California 90025

 8        310-207-3233

 9

10        DAVID DICKENS, ESQ.

11        JEFFREY TRAVERS, ESQ.

12        THE MILLER FIRM, LLC

13        108 Railroad Avenue

14        Orange, Virginia 22960

15        540-672-4224

16

17   FOR THE DEFENDANT:

18        SANDRA A. EDWARDS, ESQ.

19        FARELLA BRAUN + MARTEL LLP

20        235 Montgomery Street

21        San Francisco, California 94104

22        415-954-4400

23

24

25
```

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT:

 4        JAMES M. HILMERT, ESQ.

 5        WINSTON & STRAWN LLP

 6        35 West Wacker Drive

 7        Chicago, Illinois 60601

 8        312-558-5969

 9

10        KIRBY T. GRIFFIS, ESQ.

11        HOLLINGSWORTH LLP

12        1350 I Street, N.W.

13        Washington, D.C. 20005

14        202-898-5800

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                           Page 4904
 1   consumer can expect with respect to spraying of these
 2   products, which are -- and, you know, there's plenty of
 3   evidence of how it's skyrocketed in this country.  We've
 4   had jurors who have admitted they actually use the
 5   product.                                                 14:12:30
 6           So the ordinary consumers can understand what is
 7   expected as to the safety of these products, that if they
 8   use it, it will not cause cancer.  This case fits
 9   squarely within the asbestos case.  It's almost entirely
10   like the Arnold case.  And it's not a rare idiosyncratic  14:12:45
11   skin allergic reaction.  The only two cases that stand as
12   outliers here.  This is far closer than mesothelioma and
13   asbestos.  It fits right into that, your Honor.
14           THE COURT:  All right.  So I do think
15   plaintiff's evidence with regard to the ordinary consumer 14:12:59
16   palm of this is thin, but there's enough there that I'll
17   keep this instruction.
18           All right.  Then the next one in the plaintiff's
19   package is CACI 1205, which is the failure to warn,
20   essential factual elements.                              14:13:15
21           And when we discussed this in chambers, the
22   defense position was to modify the standard CACI.
23   Essentially to remove the word "potential."
24           And I'm going to -- I'm not going to modify the
25   standard CACI instruction.  I do understand the defense   14:13:37
```

Page 5000

1                REPORTER'S CERTIFICATE

2

3         I certify that the proceedings in the
4   within-titled cause were taken at the time and place
5   herein named; that the proceedings were reported by
6   me, a duly Certified Shorthand Reporter of the State of
7   California authorized to administer oaths and
8   affirmations, and said proceedings were thereafter
9   transcribed into typewriting.
10        I further certify that I am not of counsel or
11  Attorney for either or any of the parties to said
12  Proceedings, not in any way interested in the outcome of
13  the cause named in said proceedings.
14        IN WITNESS WHEREOF, I have hereunto set my hand:
15  August 6th, 2018.

16

17

18

19              <%signature%>
                Leslie Rockwood Rosas
20              Certified Shorthand Reporter
                State of California
21              Certificate No. 3462

22

23

24

25