# EXHIBIT A

```
                                            Volume 3

                                            Pages 371 - 460

                  UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

IN RE: ROUNDUP PRODUCTS        )
LIABILITY LITIGATION           )
                               )   NO. 16-md-02741 VC
                               )
_____)

                               San Francisco, California
                               Monday, February 11, 2019
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  BY: **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**

        ANDRUS WAGSTAFF PC
        6315 Ascot Drive
        Oakland, California  94611
  BY: **KATHRYN M. FORGIE, ATTORNEY AT LAW**

        THE MILLER FIRM LLC
        108 Railroad Avenue
        Orange, Virginia  22960
  BY: **BRIAN BRAKE, ATTORNEY AT LAW**

(APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY:  Marla F. Knox, RPR, CRR
             Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
             Official Reporters

**APPEARANCES**: (CONTINUED)

For Plaintiffs:

    MOORE LAW GROUP
    1473 South 4th Street
    Louisville, Kentucky  40208
    BY: **JENNIFER MOORE, ATTORNEY AT LAW**

    LAW OFFICES OF TESFAYE W. TSADIK
    The California Building
    1736 Franklin Street - 10th Floor
    Oakland, California  94612
    BY: **TESFAYE W. TSADIK, ATTORNEY AT LAW**

    LUNDY, LUNDY, SOILEAU & SOUTH LLP
    501 Broad Street
    Lake Charles, Louisiana  70601
    BY: **RUDIE R. SOILEAU, ATTORNEY AT LAW**

For Defendant:

    WILKINSON  WALSH ESKOVITZ LLP
    2001 M Street, NW - 10th Floor
    Washington, D.C.  20036
    BY: **BRIAN L. STEKLOFF, ATTORNEY AT LAW**
        **RAKESH N. KILARU, ATTORNEY AT LAW**
        **TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW**

    COVINGTON & BURLING LLP
    One City Center
    850 Tenth Street, NW
    Washington, D.C.  20001
    BY: **MICHAEL X. IMBROSCIO, ATTORNEY AT LAW**

```
                           I N D E X

Monday, February 11, 2019 - Volume 3

PLAINTIFFS' WITNESSES                                     PAGE   VOL.

WEISENBURGER, DENNIS
 (SWORN)                                                   376    3
Cross-Examination by Ms. Matthews Johnson                  377    3
Redirect Examination by Ms. Moore                          422    3
Recross-Examination by Ms. Matthews Johnson                433    3
Further Redirect Examination by Ms. Moore                  441    3
Further Recross-Examination by Ms. Matthews Johnson        443    3

                         E X H I B I T S

TRIAL EXHIBITS                                     IDEN   EVID   VOL.

  2052                                                     398    3

  2101                                                     377    3

  2108                                                     404    3
```

1  Roundup causation whether you know of any translocation,
2  mutation or deletion that Roundup causes?
3  **A.**   Yes.
4  **Q.**   Do you know that, sir?
5  **A.**   There is no characteristic, genetic abnormality that has
6  been attributed to Roundup.  BCL6 mutation or rearrangement is
7  a very common finding in diffuse B-cell lymphomas.
8  **Q.**   The BCL6 that's referred to in his records is the same
9  BCL6 that is referred to in the Couronne article; just the
10 same; is that right, Doctor?
11 **A.**   Yes.
12          **MS. MATTHEWS JOHNSON:**  May I have just one moment?
13 Your Honor, if we can have the Court's indulgence for just one
14 moment.
15          **THE COURT:**  Sure.
16      (Whereupon, a brief pause was had.)
17 **BY MS. MATTHEWS JOHNSON**
18 **Q.**   One last question, Doctor, as we sit here today, it is
19 true that you cannot cite to any peer-reviewed published
20 article saying that it's generally accepted that exposure to
21 formulated glyphosate causes DLBCL; is that right?
22 **A.**   I don't know the answer to that question because I haven't
23 reviewed everything that has ever been written, but it is my
24 opinion -- based on my review of all the literature that I
25 could find -- that glyphosate -- formulated glyphosate is a