UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 103: ORDER RE MONSANTO'S PROPOSED QUESTIONS FOR DRS. ARBER AND LEVINE** |
| | Dkt. No. 2921 |

The plaintiffs' objection to the proposed question for Dr. Arber is overruled.

The plaintiffs' objections to the fifth, sixth, and seventh questions that Monsanto proposes to ask Dr. Levine are sustained. The objections to the remaining questions are overruled on the understanding that Dr. Levine will give one- or two-word answers, such as "yes" or "I have." Responses with further detail would presumably be inappropriate.

**IT IS SO ORDERED.**

Date: March 7, 2019

Honorable Vince Chhabria
United States District Court