**Robert K. Phillips – 135088**
**Priya D. Navaratnasingham - 252686**
PHILLIPS, SPALLAS & ANGSTADT LLP
505 Sansome Street, Sixth Floor
San Francisco, California  94111
Telephone:  (415) 278-9400
Facsimile:  (415) 278-9411
Email:  rphillips@psalaw.net
        pnavarat@psalaw.net

Attorneys for Defendant,
WALMART INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16:md-02741-VC<br>MDL No. 02741 |
| This document relates to:<br><br>*Hernandez, et al. v. Wal–Mart Stores East, LP, et al.*<br><br>3:19-cv-00489-VC | **NOTICE OF APPEARANCE OF PRIYA NAVARATNASINGHAM ON BEHALF OF WALMART INC.** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Priya D. Navaratnasingham of Phillips Spallas & Angstadt, LLP, hereby appears as counsel for Defendant Walmart Inc. in the above-referenced action. Please serve counsel with all pleadings and notices.

Priya D. Navaratnasingham
Phillips Spallas & Angstadt, LLP
505 Sansome Street, Sixth Floor
San Francisco, CA 94111
T: (415) 278-9400
F: (415) 278-9411
E: pnavarat@psalaw.net

//

//

//

//

- 1 -

1

2  Dated: March 8, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

30

26

27

28

Respectfully Submitted,

**PHILLIPS SPALLAS & ANGSTADT LLP**

By:  /s/ PRIYA D. NAVARATNASINGHAM
     Priya Navaratnasingham
     pnavarat@psalaw.net
     Attorney for Defendant
     WALMART INC.

NOTICE OF APPEARANCE OF PRIYA NAVARATNASINGHAM ON BEHALF OF WALMART INC.