- 1 -

1  **Robert K. Phillips – 135088**
   **Priya D. Navaratnasingham - 252686**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   505 Sansome Street, Sixth Floor
3  San Francisco, California  94111
   Telephone:  (415) 278-9400
4  Facsimile:   (415) 278-9411
   Email: rphillips@psalaw.net
5         pnavarat@psalaw.net

6
   Attorneys for Defendant,
7  WALMART INC.

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16:md-02741-VC<br>MDL No. 02741 |
| This document relates to:<br><br>*Hernandez, et al. v. Wal–Mart Stores East, LP, et al.*<br><br>3:19-cv-00489-VC | **NOTICE OF APPEARANCE OF ROBERT K. PHILLIPS ON BEHALF OF WALMART INC.** |

17  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18       PLEASE TAKE NOTICE that Robert K. Phillips of Phillips Spallas & Angstadt, LLP,

19  hereby appears as counsel for Defendant Walmart Inc. in the above-referenced action. Please

20  serve counsel with all pleadings and notices.

21  Robert K. Phillips
    Phillips Spallas & Angstadt, LLP
22  505 Sansome Street, Sixth Floor
    San Francisco, CA 94111
23  T: (415) 278-9400
    F: (415) 278-9411
24  E: rphillips@psalaw.net

30  //
26  //
27  //
28  //

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2  Dated: March 8, 2019 | **PHILLIPS SPALLAS & ANGSTADT LLP** |
| 3 | |
| 4 | By: /s/ ROBERT K. PHILLIPS |
|   | Robert K. Phillips |
| 5 | rphillips@psalaw.net |
|   | Attorney for Defendant |
| 6 | WALMART INC. |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
30
26
27
28

- 2 -
NOTICE OF APPEARANCE OF ROBERT K. PHILLIPS ON BEHALF OF WALMART INC.