# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL JURY TRIAL MINUTES

**Date:** March 8, 2019        **Time in Court:** 4 hours 45 minutes   **Judge:** VINCE CHHABRIA

**Case No.:** 16-md-02741-VC        **Case Name:** In re Roundup Products Liability Litigation

16-cv-00525-VC        Hardeman v. Monsanto Company et al

**Attorney for Plaintiff:** Aimee Wagstaff, Jennifer Moore
**Attorney for Defendant:**  Tamarra Matthews Johnson, Rakesh Kilaru, Julie Rubenstein,
Brian Stekloff

**Deputy Clerk:** Theresa Hoang                **Court Reporter:** JoAnn Bryce, Marla Knox

**Voir Dire:** February 20, 2019
**Trial Start Date:** February 25, 2019
**Further Trial:** March 11, 2019

### PROCEEDINGS

Jury Trial Day 8 - HELD (see attached log)

**Witnesses Sworn and Examined:**
Lorelei Mucci
Alexandra Levine

Admitted Exhibits:

**Plaintiff:** 454