UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC; 16-cv-00525-VC
Case Name: <u>Hardeman v. Monsanto Company et al</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Vince Chhabria | PLAINTIFF ATTORNEY: Aimee Wagstaff, Jennifer Moore | DEFENSE ATTORNEY: Tamarra Matthews Johnson, Rakesh Kilaru, Julie Rubenstein, Brian Stekloff |
|---|---|---|
| TRIAL DATE: March 8, 2019 | REPORTER(S): JoAnn Bryce and Marla Knox | CLERK: Theresa Hoang |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:21-8:30 AM | | | Court convenes. All parties present. Court and counsel meet to discuss matters outside the presence of the jury | |
| | | 8:39 AM | | | All parties and jury present. Plaintiff continues video presentation of witness testimonies | |
| 100, 505-506, 508-512, 514-515 | | | X | | | PLA |
| | 95 | | X | | | DEF |
| **454** | | | X | X | | **PLA** |
| | | 9:06 AM | | | Defense calls Dr. Lorelei Mucci to the stand; sworn. Direct examination by Tamarra Matthews Johnson | DEF |
| | | 10:02-10:06 AM | | | Jury and witness Dr. Mucci excused for recess. Court and counsel discuss matters outside the presence of the jury | |
| | | 10:15 AM | | | All parties and jury present. Witness Dr. Mucci resumes the stand. Tamarra Johnson continues direct examination | DEF |
| | | 10:40 AM | | | Cross-examination of Dr. Mucci by Aimee Wagstaff | PLA |
| | | 10:46 AM | | | Sidebar | |
| | | 10:49 AM | | | Aimee Wagstaff continues cross-examination of Dr. Mucci | PLA |
| | | 11:01 AM | | | Jury excused for recess. Court and counsel discuss matters outside the presence of the jury | |
| | | 11:06 AM | | | Jury present. Dr. Mucci's testimony re: toxicology and cellology literature is STRICKEN. Aimee Wagstaff continues cross-examination of Dr. Mucci | PLA |

Case No: 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company et al
Date: March 8, 2019
Courtroom Deputy: Theresa Hoang       - Court Reporter:    JoAnn Bryce and Marla Knox

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:02 PM | | | Jury excused for recess. Court and counsel discuss matters outside the presence of the jury | |
| | | 12:07 PM | | | Recess | |
| | | 12:12 PM | | | Court and counsel discuss matters outside the presence of the jury | |
| | | 12:15 PM | | | Jury present. Aimee Wagstaff continues cross-examination of Dr. Mucci | PLA |
| | | 12:28 PM | | | Re-direct examination of Dr. Mucci by Tamarra Johnson | DEF |
| | | 12:37 PM | | | Sidebar | |
| | | 12:39 PM | | | Tamarra Johnson continues re-direct examination of Dr. Mucci | DEF |
| | | 12:43 PM | | | Witness Dr. Mucci thanked and excused. Defense calls witness Dr. Alexandra Levine to the stand; sworn. Direct examination by Brian Stekloff | DEF |
| | | 1:02 PM | | | Jury admonished and excused. Witness thanked and excused, to return on Monday, 3/11/2019. Court and counsel discuss matters outside the presence of the jury | |
| | | 1:06 PM | | | Court is adjourned. Matter is continued to Monday, 3/11/2019 for further jury trial. Counsel and jury to return at 8:00 AM and 8:30 AM, respectively | |