Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstaff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360


**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
Jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Telephone: 502-717-4080


*Co-counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DEPOSITION DESIGNATIONS FOR PHASE 2 WITNESSES** |
| *Hardeman v. Monsanto Co., et al.,* 3:16-cv-0525-VC | |

The parties submit the following deposition designations in page:line format, including all objections, responses, counter-designations, and counter-counter designations for witnesses whom the parties anticipate will testify in Phase 2.

Specifically, Plaintiff intends on calling the following witnesses in Phase 2:

- Kirk Azevedo
- Donna Farmer
- Hugh Grant

- 1 -
DEPOSITION DESIGNATIONS FOR PHASE 2 WITNESSES
3:16-md-02741-VC

- Steven Gould
- James Guard
- William Heydens
- Daniel Jenkins
- Larry Kier
- Michael Koch
- Mark Martens
- Samuel Murphy
- Roger McClellan
- Christopher Portier
- William Reeves
- David Saltmiras
- Roger Turk
- Jeffrey Ye
- Todd Rands

Monsanto has provided counter-designations and objections to the above witnesses and has also included affirmative designations for the following witnesses:

- Donna Farmer
- Christopher Portier
- William Reeves
- Roger Turk
- Jeffrey Ye

The parties intend to continue to meet and confer regarding the designations below in an effort to further streamline them and reduce the number of objections and areas of disagreement.

The parties reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations. Without waiving any objections, the parties also reserve the right to introduce into evidence any deposition testimony designated by the other party. In

addition, both parties reserve the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

    Dated:  March 10, 2019      **ANDRUS WAGSTAFF, PC**

By:   /s/ Aimee H. Wagstaff
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
Jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

*Co-counsel for Plaintiff*

- 4 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff