# EXHIBIT 1

**Plaintiffs' Affirmative Designatio**

| Cite | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters |
|---|---|---|---|---|---|---|
| **Christopher Portier 02/23/201** | | | | | | |
| 654:11 - 654:13 | | | | | | |
| 655:16 - 658:07 | | 403, 702, 802 | | 801, any prejudice woutweighed by probative value of testimony, witness qualified ot opine on evidence | | |
| 658:14 | | 403, 702 | | 801, any prejudice woutweighed by probative value of testimony, witness qualified ot opine on evidence | | |
| 658:16 - 661:03 | | Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. (696:6 - 661:03) | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 661:06 - 661:22 | | Per PTO 81, the "Court will revisit how the evidence surround IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 662:01 - 662:05 | | Leading, Colloquy, Assumes Facts Not in Record, Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 662:09 - 662:14 | | Assumes Facts Not in Record, Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 663:05 - 663:07 | | Colloquy, Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 663:10 | | Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 663:12 - 664:14 | | Leading (664:10 - 14), Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 665:21 - 666:08 | | Colloquy (666:4 - 6), Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 666:11 - 667:03 | | Per PTO 81, the "Court will revisit how the evidence surround IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 667:05 - 668:02 | | Per PTO 81, the "Court will revisit how the evidence surround IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 668:18 - 672:05 | | 401, 403 (669:9 - 13), Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 672:08 - 673:15 | | 401, 403 (673:9 - 15), Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | | |
| 674:06 - 675:21 | | Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | | |
| 676:18 - 678:09 | | Colloquy, Leading (677:14 - 18), Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | | |
| 678:17 - 680:08 | | Colloquy (679:11 - 13), Leading (680:7 - 8), Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 680:11 - 680:14 | | Leading, Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 680:16 - 680:21 | | Leading, Calls for a Legal Conclusion, Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 680:23 - 680:24 | | Leading, Calls for a Legal Conclusion, Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 681:22 - 682:09 | | Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | testimony consistent with what Court previously indicated was permissible for Aaron Blair | | |
| 682:25 - 683:09 | | Lack of Foundation, 401, 403, 702 (683:7 - 9) | | relevant to phase 2 claims; any prejudice outweighed by probative value | | |
| 683:13 - 683:15 | | | | | | |
| 683:18 - 683:22 | | | | | | |

| Range | | Objections | | Response |
|---|---|---|---|---|
| 683:24 - 684:02 | | Lack of Foundation, 401, 403, 702, Monsanto MIL 11.2 | | relevant to phase 2 claims; any prejudice outweighed by probative value, IBT should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claims |
| 684:06 - 684:07 | | Lack of Foundation, 401, 403, 702, Monsanto MIL 11.2 | | relevant to phase 2 claims; any prejudice outweighed by probative value, IBT should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claims |
| 684:09 - 684:22 | | Lack of Foundation, 401, 403, 702, Monsanto MIL 11.2 | | relevant to phase 2 claims; relevant to phase 2 claims; any prejudice outweighed by probative value, IBT should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claims |
| 685:25 - 687:08 | | Lack of Foundation, 401, 403, 702, 802 (687:1 - 8) | | any prejudice outweighed by probative value, FRE 80 |
| 688:02 - 689:13 | | Lack of Foundation, 401, 403, 602, 702, 802, Monsanto MIL 11.2 (688:20 - 689:2) | | any prejudice outweighed by probative value, FRE 801, IB should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claims |
| 689:15 - 690:03 | | 401, 403, 702 | | relevant to phase 2 claims; any prejudice outweighed b probative value; |
| 690:21 - 691:11 | | 401, 403, 702, Monsanto MIL 11.2 | | relevant to phase 2 claims; any prejudice outweighed by probative value, IBT should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claims |
| 691:16 - 691:19 | | | | |
| 692:02 - 694:07 | | 401, 403, 702, Lack of Personal Knowledge, Monsanto MIL 11.2 | | any prejudice outweighed by probative value, IBT should l admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claim |
| 694:14 - 695:09 | | 401, 403, 702, Lack of Personal Knowledge, Monsanto MIL 11.2 | | relevant to phase 2 claims; any prejudice outweighed by probative value, IBT should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claim |
| 695:13 - 695:16 | | 401, 403, 702, Lack of Personal Knowledge, Monsanto MIL 11.2 | | relevant to phase 2 claims; any prejudice outweighed by probative value, IBT should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claim |
| 695:18 - 695:24 | | 401, 403, 702, Lack of Personal Knowledge, Leading, Monsanto MIL 11.2 | | relevant to phase 2 claims; any prejudice outweighed by probative value, IBT should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claim, |
| 696:02 - 696:03 | | 401, 403, 702, Lack of Personal Knowledge | | any |
| 696:05 - 696:18 | | 401, 403, 702 | | relevant to phase 2 claims; any prejudcie outweighed b probative value, objection to leading not preserved |
| 697:17 - 699:13 | | 401, 403, 702, 802, Leading (697:22 - 25) | | relevant to phase 2 claims; any prejudcie outweighed b probative value, objection to leading not preserved |
| 700:03 - 700:09 | | | | |
| 700:15 - 701:12 | | | | |
| 701:16 - 701:17 | | | | |
| 701:19 - 702:23 | | 702 (702:20 - 23) | | |
| 703:01 - 703:03 | | 702 | | |
| 704:05 - 705:11 | | Colloquy, 401, 403, 702 | | relevant to phase 2 claims; any prejudice outweighed b probative value |
| 705:13 - 705:14 | | Leading, 401, 403, 702, Lack of Personal Knowledge | | any prejudice outweighed by probative value, IBT should l admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claim |
| 705:16 - 705:16 | | Leading, 401, 403, 702, Lack of Personal Knowledge | | any prejudice outweighed by probative value, IBT should l admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 705:19 - 706:17 | | 401, 403, Colloquy (706:8 - 17) | | any prejudice outweighed by probative value,  IBT should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claim | | |
| 706:20 - 706:20 | | 401, 403 | | any prejudice outweighed by probative value,  IBT should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claim | | |
| 706:22 - 708:20 | | Leading (708:9 - 20) | | objection to leading not preserved | | |
| 708:24 - 709:05 | | Leading | | objection to leading not preserved | | |
| 709:08 - 709:11 | | Leading | | objection to leading not preserved | | |

**Monsanto's Affirmative**

| Monsanto's Affirmatives | Exhibits | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter Counters |
|---|---|---|---|---|---|---|
| 817:1 - 818:9 | | 401;403 (waste of time) | | This is foundational | | |
| 819:6 - 820:16 | | | | | | |
| 821:11 - 823:3 | | foundation, 403, calls for speculaiton, | | Not speculation or lacking in foundation to testify about his own professional experience.  Highly relevant to the question of Monsanto's reasonableness in 2012 if Plaintiffs' own expert worked in this field and did not believe glyphosate was carcinogenic prior to 2013. | | |
| 823:15 - 825:5 | | | | | | |
| 825:8 - 826:1 | | Relevance, MIL 5; 403 | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans. | | |
| 826:14-18 | | Relevance, MIL 5; 403 | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans. | | |
| 826:24-827:7 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified that was aware of this document's existence. | | |
| 827:16 - 828:6 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified that was aware of this document's existence. | | |
| 828:18 - 830:3 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified that was aware of this document's existence. | | |
| 831:23 - 832:12 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans. | | |
| 832:18 - 833:18 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans. | | |
| 840:25 - 841:13 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if a UN/WHO task force examining glyphosate in 2004 determined that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified he was familiar with JMPR and that he had read their subsequent report on glyphosate. | | |

| Range | | Objections | | Response | | |
|---|---|---|---|---|---|---|
| 842:20 - 844:6 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if a UN/WHO task force examining glyphosate in 2004 determined that glyphosate was not likely to be carcinogenic to humans. Dr. Portier testified he was familiar with JMPR and that he had read their subsequent report on glyphosate. | | |
| 844:17 - 846:4 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if a UN/WHO task force examining glyphosate in 2004 determined that glyphosate was not likely to be carcinogenic to humans. Dr. Portier testified he was familiar with JMPR and that he had read their subsequent report on glyphosate. | | |
| 846:16-20 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if a UN/WHO task force examining glyphosate in 2004 determined that glyphosate was not likely to be carcinogenic to humans. Dr. Portier testified he was familiar with JMPR and that he had read their subsequent report on glyphosate. | | |
| 846:23-24 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if a UN/WHO task force examining glyphosate in 2004 determined that glyphosate was not likely to be carcinogenic to humans. Dr. Portier testified he was familiar with JMPR and that he had read their subsequent report on glyphosate. | | |
| 847:2 - 848:4 | | Relevance, MIL 5; 403; Hearsay; Foundation | | The question is asking about his own prior testimony on subject. He has spent extensive time looking into regulatory agencies' determinations on glyphosate. He can answer the question to the best of his knowledge. | | |
| 848:7-12 | | Relevance, MIL 5; 403; Hearsay; Foundation | | Dr. Portier has spent extensive time looking into regulato agencies' determinations on glyphosate. He can answer the question to the best of his knowledge. | | |
| | | | ALL CONDITIONAL ON EPA EVIDENCE COMING IN | | | |
| | | | 710:18 - 711:02 | | | |
| | | | 712:24 - 713:23 | | | |
| | | | 714:08 - 716:10 | | | Colloquy (714:8 - 14), 401, 403, 702 (716:8 - 10), Monsanto MIL 11.2 (715:17 - 716:10) |
| | | | 716:13 - 716:14 | | | 401, 403, 702 |
| | | | 716:16 - 716:19 | | | 401, 403, 702 |
| | | | 716:22 - 716:22 | | | 401, 403, 702 |
| | | | 716:24 - 717:01 | | | |
| | | | 717:06 - 717:09 | | | |
| | | | 717:11 - 718:05 | | | Leading (718:2 - 5) |
| | | | 718:09 - 718:12 | | | |
| | | | 718:17 - 720:08 | | | Leading (718:20 - 23; 720:6 - 8) |
| | | | 720:18 - 721:07 | | | |
| | | | 721:11 - 727:11 | | | Leading (725:24 - 726:9) |
| | | | 727:16 - 727:22 | | | Leading, Colloquy |
| | | | 727:24 - 727:25 | | | Leading, Colloquy |
| | | | 728:02 - 729:12 | | | 401, 403, 702 (729:9 - 12) |
| | | | 729:15 - 729:19 | | | 401, 403, 702 |
| | | | 730:22 - 731:17 | | | 401, 403, 702 (731:14 - 17) |
| | | | 731:22 - 732:19 | | | 401, 403, 702, Leading (732:15 - 19), Missing answe |
| | | | 732:24 - 734:15 | | | |
| | | | 734:20 - 735:08 | | | |
| | | | 735:18 - 736:04 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 737:05 - 737:07 | | 401, 403, 702, Leading (737:5 - 10) | |
| | | | | 737:10 - 737:10 | | | |
| | | | | 737:12 - 738:14 | | | |
| | | | | 738:20 - 740:18 | | 401, 403, 702 (739:11 - 18), Colloquy (740:5 - 8), Leading (740:15 -18) | |
| | | | | 740:22 - 741:12 | | Leading (741:4 - 12) | |
| | | | | 741:15 - 741:16 | | Leading | |
| | | | | 741:18 - 741:25 | | 401, 403, 702, Leading | |
| | | | | 742:06 - 746:23 | | | |
| | | | | 747:02 - 748:18 | | Assumes Facts Not in Record (748:15 - 18) | |
| | | | | 748:21 - 748:23 | | Assumes Facts Not in Record | |
| | | | | 749:02 - 749:06 | | 702, Leading | |
| | | | | 749:09 - 749:09 | | 702, Leading | |
| | | | | 749:11 - 749:23 | | | |
| | | | | 750:01 - 750:03 | | | |
| | | | | 750:05 - 750:10 | | Leading, 702, No Personal Knowledge | |
| | | | | 750:13 - 750:18 | | | |
| | | | | 750:20 - 752:01 | | | |
| | | | | 752:04 - 752:05 | | | |
| | | | | 752:07 - 752:14 | | Colloquy, Leading, 401, 403, 702 | |
| | | | | 752:18 - 752:19 | | Colloquy, Leading, 401, 403, 702 | |
| | | | | 752:21 | | | |
| | | | | 752:23 - 753:05 | | | |
| | | | | 753:07 - 756:02 | | | |
| | | | | 758:23 - 760:21 | | | |
| | | | | 761:05 - 763:14 | | | |
| | | | | 763:22 - 764:20 | | | |
| | | | | 765:09 - 765:18 | | Leading | |
| | | | | 765:24 - 767:06 | | | |
| | | | | 767:09 | | | |
| | | | | 767:11 - 767:12 | | | |
| | | | | 767:15 - 767:15 | | | |
| | | | | 767:17 - 769:12 | | Leading, Colloquy (769:9 - 12) | |
| | | | | 769:15 - 769:20 | | Leading, Colloquy | |
| | | | | 769:22 - 770:06 | | Leading, Colloquy | |
| | | | | 770:08 - 771:16 | | | |
| | | | | 771:19 - 771:22 | | | |
| | | | | 771:24 - 772:13 | | 401, 403, 702, Leading, Colloquy (772:9 - 13) | |
| | | | | 772:16 - 772:17 | | 401, 403, 702 | |
| | | | | 910:25 - 911:01 | | 401, 403, 702, Excluded Prop 65 | |
| | | | | 911:04 - 911:04 | | 401, 403, 702, Excluded Prop 65 | |
| | | | | 911:08 - 911:11 | | Calls for Speculation, Excluded Prop 65 | |
| | | | | 911:13 - 911:13 | | Calls for Speculation, Excluded Prop 65 | |
| | | | | | | | 778:20 – 786:2 |
| | | | | | | | 794:22 - 796:3 |
| | | | | | | | 798:8 - 803:2 |
| | | | | | | | 804:2-9 |
| | | | | | | | 804:17-25 |
| | | | | | | | 805:23 - 811:19 |
| | | | | | | | 811:10 - 813:8 |
| | | | | | | | 813:11 - 814:9 |
| | | | | | | | 835:2 - 835:14 |
| | | | | | | | 837:2-5 |
| | | | | | | | 837:13 - 838:6 |
| | | | | | | | 839:8 - 840:24 |
| | | | | | | | 850:11-24 |

| | | | | | | |
|--|--|--|--|--|--|--|
| | | | | | | 851:6 - 852:5 |
| | | | | | | 852:25 - 854:15 |
| | | | | | | 854:19 - 855:3 |
| | | | | | | 855:11 - 856:1 |
| | | | | | | 857:21 - 858:21 |
| | | | | | | 859:15 - 860:13 |
| | | | | | | 862:1-19 |
| | | | | | | 866:24 - 867:12 |