EXHIBIT 2

| Cite | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|
| **Plaintiffs' Affirmative Designations** | | | | | |
| **Saltmiras 01/31/2017** | | | | | |
| 08:15-18 | | | | | |
| 15:17-18 | | | | | |
| 15:20-22 | | | | | |
| 20:04-5 | | | | | |
| 37:25-38:06 | Irrelevant to issues to be tried in Phase 2 | | relevant to work with glyphosate | | |
| 63:07-09 | Lacks foundation 403 | | prejudcie outweighed by probative value | | |
| 63:15-20 | Lacks foundation 403 | | prejudcie outweighed by probative value | | |
| 64:01-08 | Lacks foundation 403 | | prejudcie outweighed by probative value | | |
| 66:23-25 | Lacks foundation Assumes facts not in evidence 403 Argumentative | | prejudcie outweighed by probative value | | |
| 67:03-05 | 403 Incomplete | | prejudcie outweighed by probative value | | |
| 68:11-13 | 403; Vague; Argumentative; Lacks Foundation | | prejudcie outweighed by probative value | | |
| 68:21-69:14 | 403; Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | 69:15-70:5; 70:6 -14, 70:17 -19 | prejudcie outweighed by probative value; outside scope of pto 81 | | |
| 70:24-71:01 | 403 | | prejudcie outweighed by probative value | | |
| 71:03-4 | 403 | 71:6-11 | prejudcie outweighed by probative value | | |
| 74:02-18 | 403; Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | prejudcie outweighed by probative value; outside scope of pto 81 | | |
| 75:03-16 | 403; Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | 75:17-76:19 | prejudcie outweighed by probative value; outside scope of pto 81 | | |
| 76:20-77:15 | 403; irrelevant to issues to be tried in Phase 2; Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | prejudcie outweighed by probative value; outside scope of pto 81 (kier & kirkland 2013 at issue and relevant conduct occurred during 2012) | | |
| 88:16-89:20 | Argumentative (88:22-89:4); Vague (88:18-20; 88:22-89:4); 403 | 89:24-90:13 | prejudcie outweighed by probative value | | |
| **Saltmiras 02/01/2017** | | | | | |
| | | 412:18-415:21 | | Objection - lack of foundation, relevance, testimony subject to MIL | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; testimony is not subject to any MIL ruling |
| | | 415:23 - 416:23 | | Objection - lack of foundation, relevance, prejudice, speculation, vague | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| | | 416:25 - 417:12 | | Objection - lack of foundation, speculation, relevance | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| | | 450:12 - 456:20 | | Objection - hearsay, lack of foudnation, speculation, relevance, vague | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| | | 463:7-465:17 | | Objection - leading, vague, speculation (461:21-462:9); lack of foundation, speculation, vague (461:5-464:6) | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| | | 465:20 - 484:7 | | Objection - lack of foundation, speculation (467:9-25); lack of foudnation, speculation, relevance, vague (468:1-15); hearsay, speculation, vague, relevance, lack of foundation (469:16-485:15) | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |