# EXHIBIT 3

**Plaintiffs' Affirmative Designations**

| Cite | Exhibits | | Objection Cite | Monsanto's Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|
| Farmer 09/26/2018 | | | | | |
| 18:3-15 | | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403 | | | Foundation for Farmer's testimony, identity. Any prejudice outweighed by probative value; IARC to be revisited during Phase 2 pending Court's ruling |
| 57:17-23 | | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Excluded pursuant to Monsanto's MIL 1 and FRE 403<br>Misstates the witness's testimony<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant phase 2 |
| 58:2-3 | | | | | |
| 60:12-61:23 | 6 | Hearsay as to portions of document that non-Monsanto employee authored<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Excluded pursuant to Monsanto's MIL 1 and FRE 403 | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 62:10-17 | 6 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Excluded pursuant to Monsanto's MIL 1 and FRE 403 | | | Relevant to Phase 2 ;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Outside scope of MIL 7 |
| 64:2-4 | | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403 | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Outside scope of MIL 7 |
| 67:6-68:15 | | Hearsay as to portions of document that non-Monsanto employee authored<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Vague<br>Calls for speculation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes;  IARC to be revisited during Phase 2 pending Court's ruling |

| | | | | |
|---|---|---|---|---|
| 70:20-21 | | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Vague<br>Calls for speculation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | Relevant to Phase 2;  factors in FRE 403 do not outweigh probative value of testimony; IARC to be revisited during Phase 2 pending Court's ruling |
| 70:23-71:2 | | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Vague | | Relevant to Phase 2;  factors in FRE 403 do not outweigh probative value of testimony; IARC to be revisited during Phase 2 pending Court's ruling |
| 71:4-18 | | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Vague<br>Argumentative<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | Relevant to Phase 2;  factors in FRE 403 do not outweigh probative value of testimony; IARC to be revisited during Phase 2 pending Court's ruling |

| | | | | | |
|---|---|---|---|---|---|
| 71:21-72:15 | 7 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Argumentative<br>403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2 ;  factors in FRE 403 do not outweigh probative value of testimony |
| 72:17 | 7 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | Object to playing of the video. | | Relevant to Phase 2 ;  factors in FRE 403 do not outweigh probative value of testimony |
| 73:2-15 | 7 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Argumentative<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | 73:20-74:4 | Relevant to Phase 2;  factors in FRE 403 do not outweigh probative value of testimony; IARC to be revisited during Phase 2 pending Court's ruling |

| | | | | | |
|---|---|---|---|---|---|
| 77:1-12 | 8 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 77:16-18 | 8 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 78:12-79:16 | 8 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | |
|---|---|---|---|---|
| 80:1-17 | 8 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Lacks foundation<br>Argumentative<br>Misstates the record<br>Calls for speculation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | 80:15-17<br>80:15-17 | Relevant to Phase 2  ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant to Phase 2;  factors in FRE 403 do not outweigh probative value of testimony; IARC to be revisited during Phase 2 pending Court's ruling |
| 80:20-21 | 8 | | | |
| 80:23-81:1 | 8 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Lacks foundation<br>Argumentative<br>Misstates the record<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | Relevant to Phase 2  ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Outside scope of MIL 7/1 |

| | | | | | |
|---|---|---|---|---|---|
| 81:3-16 | 8 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Lacks foundation<br>Argumentative<br>Misstates the record<br>Attorney testifying<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | 81:10-16<br>81:10-16<br>81:14-16 | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant to Phase 2;  factors in FRE 403 do not outweigh probative value of testimony; IARC to be revisited during Phase 2 pending Court's ruling |
| 81:19-82:5 | 8 | FRE 403<br>Vague<br>Argumentative<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2; Relevant to Phase 2;  factors in FRE 403 do not outweigh probative value of testimony; IARC to be revisited during Phase 2 pending Court's ruling |
| 82:8-24 | 8 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Lacks foundation<br>Argumentative<br>Attorney testifying<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | | |
|---|---|---|---|---|---|
| 83:3-10 | 8 | Cumulative of evidence and testimony from Phase 1<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2 |
| 83:24-85:7 | 8, 9 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Misstates the record<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Outside scope of MIL 7; may be offered for purposes consistent with Court's MIL ruling in phase 2 |
| 85:10-16 | 9 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; outside the scope of Court's ruling on MILs 7/1 during phase 2 |

| | | | | |
|---|---|---|---|---|
| 86:17-86:24 | 9 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | 86:17-18 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Outside scope of Court's ruling on MILs 7/1 during phase 2 |
| 89:10-91:13 | 9 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | Relevant to Phase 2 ; Outside scope of Court's ruling on MILs 7/1 during phase 2 |
| 92:3-9 | 10 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>FRE 403<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; ; Outside scope of Court's ruling on MILs 7/1 during phase 2 |
| 92:16-19 | 10 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay | | Relevant to Phase 2 ;   factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 93:4-94:7 | 10 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Lacks foundation<br>Calls for speculation<br>Attorney testifying | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | |
|---|---|---|---|---|
| 94:10-20 | 10 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Argumentative<br>Attorney testifying | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 94:23-95:7 | 10 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Argumentative<br>Attorney testifying | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 95:10-17 | 10 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Argumentative<br>Calls for speculation<br>Vague | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Witness has personal knowledge |
| 95:20 | | | | |
| 100:8-20 | 11 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Irrelevant (100:18-20)<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 101:1 | 12 | Hearsay<br>Irrelevant | | |
| 101:13-17 | 12 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>403<br>Vague | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | |
|---|---|---|---|---|
| 101:21-102:12 | 12 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | Relevant to Phase 2  1;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 103:8-19 | | FRE 403<br>Vague<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | |
| 103:21-104:1 | 12 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Lacks foundation | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 105:18-19 | 13 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | | |
|---|---|---|---|---|---|
| 105:24-106:14 | 14 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation<br>Vague<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | 106:6-7<br>106:6-7<br>106:6-7<br>106:6-7<br>106:6-7 | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; |
| 106:18-20 | 14 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>403<br>Lacks foundation<br>Hearsay<br>Vague<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 108:12-109:17 | 14 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | 109:18-23 | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | |
|---|---|---|---|---|
| 109:24-110:2 | 14 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | Relevant to Phase 2 ；factors in FRE 403 do not outweigh probative value of testimony |
| 110:6-11 | | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | 109:18-23 | Relevant to Phase 2 ；factors in FRE 403 do not outweigh probative value of testimony; |
| 117:14-22 | | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative<br>Vague | | Relevant to Phase 2 ； |
| 118:1-17 | 16 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Lacks foundation | | Relevant to Phase 2 ；witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 118:20-22 | 16 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Lacks foundation | | Relevant to Phase 2 ；witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 119:3-15 | 16 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Lacks foundation | | Relevant to Phase 2 ；non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness testifying pursuant to FRE 701 |
| 122:24-124:4 | | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation<br>Calls for speculation<br>Vague | | Relevant to Phase 2 ；witness testifying pursuant to FRE 701；factors in FRE 403 do not outweigh probative value of testimony; |

| | | | | | |
|---|---|---|---|---|---|
| 172:5-6 | 1 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Vague<br>Argumentative | | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 172:9-18 | 1 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Vague<br>Argumentative | | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 172:20-173:10 | 1 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Vague<br>Cumulative of evidence and testimony from Phase 1<br>Irrelevant to issues to be tried in Phase 2 | | | Relevant to both phases |
| 173:12-15 | 1 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>403<br>Vague<br>Cumulative of evidence and testimony from Phase 1<br>Irrelevant to issues to be tried in Phase 2 | | | relevant to both phases |
| 173:17-174:9 | 1 | FRE 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Vague<br>Cumulative of evidence and testimony from Phase 1<br>Irrelevant to issues to be tried in Phase 2 | | | relevant to both phases |
| 174:17-175:10 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 175:13-21 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 175:24-176:3 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation | | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | | |
|---|---|---|---|---|---|
| 176:6-18 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation | | | Relevant to Phase 2 ;  non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; outside scope of MIL 7 |
| 177:10-178:3 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation | | | Relevant to Phase 2 ; \  non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes;  factors in FRE 403 do not outweigh probative value of testimony |
| 178:6-9 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation | | | Relevant to Phase 2 |
| 178:13-22 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; relevant to punitives; any prejudice outweighed by probative value |
| 179:1-5 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; relevant to punitives; any prejudice outweighed by probative value |
| 179:8-17 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; relevant to punitives; any prejudice outweighed by probative value |
| 179:20-180:6 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation<br>Argumentative | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; relevant to punitives; any prejudice outweighed by probative value |

| | | | | | |
|---|---|---|---|---|---|
| 180:12-15 | 21 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; relevant to punitives; any prejudice outweighed by probative value |
| 181:2-5 | 21, 1 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation<br>Argumentative | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; relevant to punitives; any prejudice outweighed by probative value |
| 181:9-15 | 21, 1 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation<br>Argumentative | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; relevant to punitives; any prejudice outweighed by probative value |
| 181:19-20 | 21, 1 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Calls for speculation<br>Argumentative | | | Relevant to Phase 2 ; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 182:11-22 | 22 | 403, calls for speculation | | | Relevant phase 2, any prejudice outweighed by probative value |
| 183:5-10 | 22 | 403 | | | |
| 187:21-22 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 188:4-10 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | | |
|---|---|---|---|---|---|
| 188:13-189:17 | 23 | (188:13-189:13) Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. 403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br><br>(189:14-17) May be excluded pursuant to Monsanto's MIL 7<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative<br>Calls for Speculation | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 189:21-190:1 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. 403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative<br>Calls for Speculation | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 190:4-18 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. 403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative<br>Calls for Speculation | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 190:24-191:13 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. 403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative<br>Calls for Speculation | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 191:16-18 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. 403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative<br>Calls for Speculation | | | Relevant to Phase 2 ;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | | |
|---|---|---|---|---|---|
| 191:21-24 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative<br>Calls for Speculation | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 193:6-194:17 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative<br>Calls for Speculation | | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 197:21-198:7 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative | | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 198:10-19 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative | | | Relevant to Phase 2 ;]; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 198:22-199:17 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | | |
|---|---|---|---|---|---|
| 199:19-200:17 | 23 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative<br>(200:4-17)<br>May be excluded pursuant to Monsanto's MIL 7<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative<br>Cumulative of evidence and testimony from Phase 1<br>Irrelevant to issues to be tried in Phase 2 | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 200:20-201:13 | 24 | (200:20) Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>403<br>Lacks foundation as to portions of document she did not author<br>Hearsay as to portions of document that non-Monsanto employee authored<br>Argumentative | | | Record doesn't misstate testimony. Only an objetion omitted. Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 202:7-8 | 25 | 403<br>Lacks foundation as to portions she did not author<br>Hearsay as to statements from non-Monsanto employees incorporated into email | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 202:10-19 | 25 | 403<br>Lacks foundation as to portions she did not author<br>Hearsay as to statements from non-Monsanto employees incorporated into email | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 202:22-204:7 | 25 | 403<br>Lacks foundation as to portions she did not author<br>Hearsay as to statements from non-Monsanto employees incorporated into email | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 205:12-19 | 25 | 403<br>Lacks foundation as to portions she did not author<br>Hearsay as to statements from non-Monsanto employees incorporated into email | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | | |
|---|---|---|---|---|---|
| 206:6-207:2 | 25 | (206:6-14)<br>403<br>Lacks foundation as to portions she did not author<br>References to other Monsanto products are excluded pursuant to MIL 5.2 and PTO 81<br><br>(206:15-23)<br>403<br>Lacks foundation as to portions she did not author<br>Hearsay as to statements from non-Monsanto employees incorporated into email<br><br>(206:24-207:2)<br>403<br>Lacks foundation as to portions she did not author<br>Argumentantive<br>Hearsay as to statements from non-Monsanto employees incorporated into email | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 208:11-24 | 25 | 403<br>Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to portions she did not author<br>Argumentative | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 209:2-8 | | (209:2-3)<br>403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Argumentative | | 209:9-210-2 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; |
| 215:5-217:2 | | (215:5-18)<br>403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Argumentative<br>Attorney testifying<br><br>(215:19-217:2)<br>403<br>Calls for speculation<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."<br>See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | 209:9-210-2 | |
| 234:6-10 | 28 | Cumulative of evidence and testimony from Phase 1<br>Irrelevant to issues to be tried in Phase 2 | | | Relevant to epidemiology. Specifically McDuffie study |
| 234:19-235:6 | 28 | Misstates the results of the study<br>Cumulative of evidence and testimony from Phase 1<br>Irrelevant to issues to be tried in Phase 2 | | 235:7-10 | Relevant to epidemiology. Specifically McDuffie study |

| | | | | |
|---|---|---|---|---|
| 238:11-239:2 | 28, 29 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Lacks foundation<br>Argumentative | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Outside scope of MIL 7 for phase 2 |
| 239:5-16 | 28, 29 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Lacks foundation<br>Argumentative | | Relevant to epidemiology |
| 239:20-243:10 | 29, 30 | (239:20-243:8)<br>Attorney testifying<br>Vague<br>Argumentative | | |
| 243:12-18 | 30 | Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author | | Relevant to Phase 2 ; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 243:21-244:16 | 30 | Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author<br>Calls for speculation | | Relevant to Phase 2 ; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Outside scope of MIL 7 for phase 2 |
| 244:19-247:16 | 30 | (244:19-246:10)<br>Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author<br>Calls for speculation<br><br>(246:11-22)<br>Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author<br>Calls for speculation<br>Argumentative<br><br>(246:23-247:6)<br>Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author<br>Calls for speculation<br>Argumentative | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 247:19-248:8 | 30 | Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author<br>Calls for speculation<br>Argumentative | | Relevant to Phase 2 ; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Outside scope of MIL 7 for phase 2 |
| 248:11-249:15 | 31 | (248:11-12)<br>Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author<br>Calls for speculation<br>Argumentative<br><br>(248:13-249:15)<br>Lacks foundation as to documents she didn't author<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; impeachment |

| | | | | | |
|---|---|---|---|---|---|
| 250:3-252:4 | 31 | (250:3-251:9)<br>403<br>Lacks foundation as to documents she didn't author<br>Argumentative<br>Misstates the record<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br><br>(251:17-252:4)<br>403<br>Lacks foundation as to documents she didn't author<br>Argumentative<br>Misstates the record<br>Portions of document subject to Monsanto's MIL 7 | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; |
| 253:6-16 | 32 | (253:6-11)<br>403<br>Lacks foundation as to documents she didn't author<br>Argumentative<br>Misstates the record | | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant to epidemiology; Relevant Phase 2; Shows knowledge |
| 253:18-254:4 | 32 | Lacks foundation<br>Misstates the document<br>Cumulative of evidence and testimony from Phase 1<br>Irrelevant to issues to be tried in Phase 2 | | | Relevant to epidemiology, document presented accurately |
| 263:14-21 | 36 | Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author<br>References to other Monsanto products are excluded pursuant to MIL 5.2 and PTO 81 | | | Relevant to epidemiology; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; Shows knowledge |
| 263:24-264:3 | 36 | Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author<br>References to other Monsanto products are excluded pursuant to MIL 5.2 and PTO 81 | | | Relevant to epidemiology |
| 264:19-266:12 | 36 | Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author<br>References to other Monsanto products are excluded pursuant to MIL 5.2 and PTO 81 | | 266:13-15 | Relevant to epidemiology; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; Shows knowledge; admission |
| 266:16-267:21 | 36 | Hearsay as to statements from non-Monsanto employees incorporated into email<br>Lacks foundation as to documents she didn't author<br>References to other Monsanto products are excluded pursuant to MIL 5.2 and PTO 81 | | | Relevant to epidemiology; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Relevant Phase 2; Shows knowledge; admission |
| **Farmer 09/27/2018** | | | | | |
| 400:19-402:12 | | 403; Argumentative (401:15-19)<br>Calls for speculation (401:15-22) | | | Relevant phase 2, any prejudice outweighed by probative value; witness has personal knowledge of ghostwriting |
| 402:15-404:13 | 46 | 403 | | | Relevant phase 2, any prejudice outweighed by probative value |
| 404:18-24 | 46 | 403; Calls for speculation | | | Relevant phase 2, any prejudice outweighed by probative value |
| 405:2-5 | 47 | Lacks foundation as to portions of document she didn't author | | | Relevant Phase 2, any prejudice outweighed by probative value; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose |
| 405:8-14 | 47 | Lacks foundation as to portions of document she didn't author | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose |

| | | | | | |
|---|---|---|---|---|---|
| 405:18-21 | 47 | Lacks foundation as to portions of document she didn't author | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose |
| 405:24-406:4 | 47 | Lacks foundation as to portions of document she didn't author | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose |
| 406:8-407:17 | 47 | Lacks foundation as to portions of document she didn't author; Calls for speculation (408:15-17) | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; witness has knowledge |
| 407:20—408:7 | 47 | Lacks foundation as to portions of document she didn't author; Speculation (407:20-23) Attorney testifying (408:5-7) | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment |
| 408:9-14 | 47 | Lacks foundation as to portions of document she didn't author; Vague | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment |
| 408:17-409:8 | 47, 48 | Lacks foundation as to portions of document she didn't author; Calls for speculation (408:17-20) | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment |
| 410:15-17 | 48 | | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment |
| 411:3-15 | | | | | |
| 411:17-412:1 | 48 | | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment |
| 413:4-9 | 48 | Lacks foundation as to portions of document she didn't author; Vague | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment |
| 413:17 | 49 | Lacks foundation as to portions of document she didn't author | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment |
| 413:24-414:6 | 49 | Lacks foundation as to portions of document she didn't author | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment |
| 414:15-415:6 | 49 | Lacks foundation as to portions of document she didn't author | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment |
| 415:24-416:16 | 49 | Lacks foundation as to portions of document she didn't author Lacks foundation as to studies Calls for speculation (416:13-16) | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment; witness has personal knowledge |
| 416:19 | 49 | Calls for speculation | | | relevant phase 2 |
| 417:3-5 | 49 | 403; Lacks foundation Misstates the record Calls for speculation | | 418:23-24 | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; used for impeachment |
| 417:10 | | 403; Lacks foundation Misstates the record Calls for speculation | | | Relevant to Phase 2 |
| 419:18-24 | 50 | Lacks foundation as to portions of document she didn't author; Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701;  non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 420:9-10 | 50 | Lacks foundation as to portions of document she didn't author; Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | 420:11-13 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701;  non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 420:14-22 | 50 | Lacks foundation as to portions of document she didn't author; Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | 420:11-13 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701;  non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 421:1-422:20 | 50 | 403; Lacks foundation Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value; outside scope of MIL 7 |

| | | | | | |
|---|---|---|---|---|---|
| 422:22-423:4 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value; outside scope of MIL 7 |
| 423:7-15 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative  (423:10-15)<br>Misstates the record<br>Attorney testifying  (423:10-15) | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value; outside scope of MIL 7 |
| 423:19-23 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value; outside scope of MIL 7 |
| 424:1-13 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 |
| 427:3-15 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative<br>Misstates the record<br>Attorney testifying | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; any prejudice outweighed by probative value; outside scope of MIL 7 |
| 427:18-19 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 428:10-429:10 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative<br>Misstates the record<br>Attorney testifying | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 429:12 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 |
| 433:2-6 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative<br>Attorney Tesifying; Calls for speculation | | | Relevant to Phase 2 ;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 433:9-14 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative<br>Attorney Tesifying; Calls for speculation | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Outside scope of MIL 7 for phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 433:16-22 | 50 | 403;<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative; Calls for speculation | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Outside scope of MIL 7 for phase 2 |
| 434:5-6 | 50 | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; Calls for speculation | | | Relevant to Phase 2 ; |
| 435:3-7 | 51 | 403;<br>Lacks foundation | | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; |
| 435:12-436:1 | 51 | 403;<br>Lacks foundation as to portions of documents she didn't author | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 436:18-438:1 | 51 | 403;<br>Lacks foundation as to portions of documents she didn't author<br>Attorney testifying (437:19-22) | | 438:2-9 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 438:18-439:12 | 51 | 403;<br>Lacks foundation as to portions of documents she didn't author | | 439:13-20 | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 440:4 | 51 | 403;<br>Lacks foundation as to portions of documents she didn't author | | | Relevant to Phase 2 ; |
| 441:7-17 | 51 | 403;<br>Lacks foundation as to portions of documents she didn't author<br>Attorney testifying (441:16-17)<br>Argumentative (441:16-17) | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 441:20-442:4 | 51 | 403;<br>Lacks foundation as to portions of documents she didn't author<br>Calls for speculation (442:1-3) | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 442:6-19 | 51 | 403;<br>Lacks foundation as to portions of documents she didn't author | | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 443:8-18 | 51 | 403;<br>Lacks foundation as to portions of documents she didn't author<br>Calls for speculation | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 443:21-24 | 52 | 403; Hearsay | | | relevant phase 2; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purpose; |
| 444:8-446:18 | 52 | 403;  Missates the record | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 446:21-448:9 | 52 | 403 | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 448:12-20 | 52 | 403;<br>Lacks foundation | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 448:22-449:2 | 52 | 403;<br>Lacks foundation | | 449:3-18 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 449:19-22 | 52 | 403;<br>Lacks foundation | | 449:3-18 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | |
|---|---|---|---|---|
| 453:4-12 | 54 | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 457:16-458:2 | 54 | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 458:5-459:23 | 54 | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author<br>Misstates the record | 461:5-12 | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 460:1-3 | 54 | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author<br>Misstates the record | 461:5-12 | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 462:10-463:2 | 54 | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author<br>Calls for speculation (462:23-463:2) | 461:5-12 | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 463:5 | 54 | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author<br>Misstates the record | | Relevant to Phase 2 ; |
| 465:6-14 | 54 | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author | | Relevant to Phase 2 ;  factors in FRE 403 do not outweigh probative value of testimony; |
| 465:17-466:1 | 55 | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 466:4-17 | 55 | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author<br>Vague | 446:15-17<br>446:15-17 | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 466:20-467:13 | 55 | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author<br>Vague | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | |
|---|---|---|---|---|
| 467:16-468:9 | | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author;<br>Argumentative (468:5-9) | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 468:11-17 | | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author;<br>Argumentative (468:14-17) | 468:14-17 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 468:19-469:7 | | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't author;<br>Argumentative (469:4-7) | 468:24-469:7 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 469:10-13 | | 403<br>Hearsay as to portions of document written by non-Monsanto employees;<br>Lacks foundation as to portions of documents she didn't autho | | Relevant to Phase 2 ; |
| 470:11-12 | | 403<br>Lacks foundation<br>Argumentative; Calls for speculation | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; |
| 470:15-471:1 | | 403; Lacks foundation<br>Misstates the record<br>Calls for speculation | 470:22-471:1<br>470:22-471:1<br>470:22-471:1<br>470:22-471:1<br>470:22-471:1 | relevant phase 2; any prejudice outweighed by probative value; witness has personal knowledge |
| 471:4-7 | | 403; Lacks foundation<br>Misstates the record<br>Calls for speculation | | Relevant to Phase 2 |
| 471:13-18 | | 403<br>Lacks foundation<br>Argumentative; Calls for speculation | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; |
| 471:22-24 | | 403<br>Lacks foundation<br>Argumentative; Calls for speculation | | Relevant phase 2 |
| 472:4-7 | | 403<br>Lacks foundation; calls for speculation; argumentative | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; |
| 472:10-15 | 56 | 403<br>Lacks foundation; Hearsay as to portions of document written by non-Monsanto employees; | | Relevant to Phase 2 ; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 476:4-8 | 56 | 403<br>Lacks foundation<br>Argumentative | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 476:11-17 | | 403<br>Lacks foundation<br>Argumentative | | Relevant to Phase 2 ; |
| 476:22-477:4 | 57-59 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; |
| 478:11-14 | 57-59 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; |

| | | | | | |
|---|---|---|---|---|---|
| 482:23-483:21 | 58 | 403<br>Lacks foundation<br>Hearsay as to document authored by non-Monsanto employee<br>Calls for speculation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; |
| 484:1-485:9 | 59 | (484:1-485:6)<br>403<br>Lacks foundation<br>Hearsay as to document authored by non-Monsanto employee<br>Calls for speculation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br><br>(485:7-9)<br>403<br>Lacks foundation<br>Hearsay as to document authored by non-Monsanto employee<br>Calls for speculation<br>Argumentative<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; factors in FRE 403 do not outweigh probative value of testimony |
| 485:12-487:10 | 59 | 403<br>Lacks foundation<br>Hearsay as to document authored by non-Monsanto employee<br>Calls for speculation<br>Argumentative<br>May be excluded pursuant to Monsanto's MIL 7 | | 487:11-14 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; |
| 487:15-488:16 | 59 | 403<br>Lacks foundation<br>Hearsay as to document authored by non-Monsanto employee<br>Calls for speculation<br>May be excluded pursuant to Monsanto's MIL 7 | | 487:11-14 | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; |
| 488:22-23 | 61 | 403<br>Lacks foundation<br>Hearsay as to document authored by non-Monsanto employee<br>Calls for speculation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 489:1-4 | 61 | 403<br>Lacks foundation<br>Hearsay as to statements authored by non-Monsanto employee<br>Calls for speculation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 489:6-14 | 61 | 403<br>Lacks foundation<br>Hearsay as to statements authored by non-Monsanto employee<br>Calls for speculation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |

| | | | | | |
|---|---|---|---|---|---|
| 489:22-490:8 | 61 | 403<br>Lacks foundation<br>Hearsay as to statements authored by non-Monsanto employee<br>Calls for speculation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; Witness has personal knowledge |
| 490:11-18 | 61 | 403<br>Lacks foundation<br>Hearsay as to statements authored by non-Monsanto employee<br>Calls for speculation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Compound<br>Vague<br>Argumentative | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 490:21-491:11 | 61 | 403<br>Lacks foundation<br>Hearsay as to statements authored by non-Monsanto employee<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 491:14 | 61 | 403<br>Lacks foundation<br>Hearsay as to statements authored by non-Monsanto employee<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 492:5-8 | 62 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 492:16-23 | 62 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 493:2-13 | 62 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 507:22-508:1 | 62 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 508:11-17 | 62 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 508:22-509:12 | 62 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 512:3-18 | 62 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 ; witness testifying pursuant to FRE 701; factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 512:21 | 62 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | Relevant to Phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 513:12-15 | 62 | 403<br>Lacks foundation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative<br>Attorney testifying<br>Calls for speculation | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 513:18-24 | 62 | 403<br>Lacks foundation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative<br>Attorney testifying<br>Calls for speculation | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 514:3-14 | 62 | 403<br>Lacks foundation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Argumentative<br>Attorney testifying<br>Calls for speculation | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 514:19-515:13 | 62 | 403<br>Lacks foundation<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Argumentative<br>Attorney testifying | | | Relevant to Phase 2 ;  witness testifying pursuant to FRE 701;  factors in FRE 403 do not outweigh probative value of testimony; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; |
| 538:18-19 | | 403<br>Argumentative<br>Vague | | | Relevant to Phase 2 ;  factors in FRE 403 do not outweigh probative value of testimony; relevant to punitives |
| 538:21-23 | | 403<br>Argumentative<br>Vague | | | Relevant to Phase 2 ;  factors in FRE 403 do not outweigh probative value of testimony; relevant to punitives |
| 539:1-6 | | 403<br>Argumentative<br>Vague | | | Relevant to Phase 2 ;  factors in FRE 403 do not outweigh probative value of testimony; relevant to punitives |
| 539:10-12 | | 403<br>Argumentative<br>Vague | | | Relevant to Phase 2 |

| Monsanto's Affirmative Designations | | | | |
|---|---|---|---|---|
| Monsanto's Affirmatives | Phase | Plaintiffs' Objections | Objection Cite | Plaintiffs' Counters | Monsanto's Responses to Objections |
| Farmer 01/24/2019* | | | | | |
| | | Plaintiff objects to all of Dr. Farmer's testimony because Monsanto may not affirmatively designate the testimony of any witness it could call live but chose not to bring to trial | | | |
| 550:20-21 | 2 | No objection | | | |
| 557:16-22 | 2 | No objection | | | |
| 558:1-22 | 2 | Objection - relevance, waste of time | | | Relevant and factors in 403 do not outweigh probative value of testimony |
| 558:24 | 2 | Objection - relevance, prejudice, confusion | | | Relevant and factors in 403 do not outweigh probative value of testimony |
| 559:17-562:2 | 2 | Objection - relevance, waste of time; relevance, waste of time, confusion; relevance, waste of time, see Plaintiff's MIL 3; calls for expert opinion | 559:17-24; 560:01-16; 561:11-23; 562:1-2 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; does not violate PTO 81 |
| 562:6-9 | 2 | Objection - calls for expert opinion | | | Witness testifying pursuant to FRE 701 |
| 562:12-565:4 | 2 | Objection - relevance, waste of time; waste of time, juror confusion; waste of time; leading; asked and answered | 562:12-23; 563:1-21; 563:22-564:17; 564:18-20; 564:21-23 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| 565:7 | 2 | No objection | | | |

| | | | | |
|---|---|---|---|---|
| 565:15-578:2 | 2 | Objection - waste of time; relevance, confusion, waste of time, prejudice; lack of foundation, relevance, waste of time; relevance; relevance; relevance, waste of time, confusion; lack of foundation, calls for expert opinion; lack of foundation, calls for expert opinion; lack of foundation, calls for expert opinion | 568:8-10; 569:4-15; 570:2-11; 573:17-24; 574:1-4; 574:5-10; 575:16-23; 576:1-577:11; 577:23-578:2 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 578:11-580:14 | 2 | Objection - lack of foundation, calls for expert opinon | 578:11-15 | Witness testifying pursuant to FRE 701 and personal knowledge |
| 581:9-21 | 2 | Objection - lack of foundation | | Witness testifying pursuant to FRE 701 and personal knowledge |
| 581:23-585:3 | 2 | Objection - leading; lack of foundation; relevance, confusion, waste of time | 582:7-10; 584:15-18; 584:22-24 | Relevant and factors in 403 do not outweigh probative value of testimony |
| 585:12-590:19 | 2 | Objection - waste of time, relevance; hearsay, lack of foundation, calls for expert opinion; lack of foundation, hearsay, calls for expert opinion | 587:11-14; 588:6-23; 589:1-590:19 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes and proper under FRE 1006 |
| 590:22-594:6 | 2 | Objection - lack of foundation, hearsay, calls for expert opinion; lawyer testifying; lack of foundation, hearsay, calls for expert testimony; lack of foundation, hearsay | 590:22-591:20; 591:21-592:2; 593:3-20; 593:21-594:6 | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes and proper under FRE 1006 |

| | | | | | |
|---|---|---|---|---|---|
| 594:11-597:14 | 2 | Objection - lack of foundation; hearsay, lack of foundation; lack of foundation, hearsay, calls for expert opinion | 594:15-22; 596:6-24; 597:1-14 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes and proper under FRE 1006 |
| 598:15-599:22 | 2 | Objection - leading; calls for expert opinion | 599:10-18; 599:19-22 | | Witness testifying pursuant to FRE 701 |
| 600:1-604:22 | 2 | Objection - calls for expert opinion; lack of foundation, hearsay, calls for speculation; calls for expert opinion; lack of foundation, calls for expert opinion; lack of foundation, calls for expert opinion; lack of foundation, calls for expert opinion | 600:1-6; 601:2-8; 601:9-17; 602:1-24; 602:7-23; 603:1-9 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 612:4-614:4 | | | | | |
| 614:5-616:2 | 2 | Objection - hearsay, lack of foundation; lack of foundation, prejudice | 614:5-24; 616:2 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 616:11-19 | 2 | Objection - hearsay, lack of foundation | | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 617:21-618:10 | 2 | Objection - hearsay, lack of foundation | 617:21-24 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 618:14-620:9 | 2 | Objection - hearsay, lack of foundation; hearsay; lack of foundation; lack of foundation, hearsay | 618:14-24; 619:1-9; 619:10-21; 619:22-620:9 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |

| | | | | |
|---|---|---|---|---|
| 620:24-623:22 | 2 | Objection - hearsay; leading, hearsay; hearsay; hearsay | 620:24; 621:1-23; 622:4-21; 623:1-22 | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 624:17-627:11 | 2 | Objection - hearsay; leading, hearsay; lack of foundation; lack of foundation, hearsay; lack of foundation, hearsay; hearsay | 624:17-23; 625:1-2; 625:3-8; 625:9-626:8; 627:2-6; 627:7-15 | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 627:15 | 2 | Objection - hearsay | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 627:18-629:14 | 2 | Objection - calls for speculation, lack of foundation, hearsay; leading, hearsay; hearsay | 628:8-17; 628:18-23; 629:4-14 | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 629:16-24 | 2 | Objection - leading; calls for expert opinion, hearsay | 629:16-23; 629:24 | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 630:6-631:3 | 2 | Objection - hearsay, calls for expert opinion, lack of foundation; hearsay; hearsay | 630:6-9; 630:21-24; 631:3 | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 631:5 | 2 | Objection - hearsay | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 631:14-633:22 | 2 | Objection -  ; hearsay, relevance; relevance | 631:14-632:16; 633:2-15; 633:16-22 | Relevant under FRE 401 and establishes foundation; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 634:5-18 | 2 | Objection - relevance | | Relevant under FRE 401 |
| 634:24-637:24 | 2 | Objection - relevance, hearsay, lack of foundation | 635:1-637:24 | Relevant under FRE 401 and establishes foundation; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |

| | | | | | |
|---|---|---|---|---|---|
| 638:2-640:4 | 2 | Objection - hearsay, relevance; relevance;  ; hearsay | 638:3-10; 638:11-15; 638:16-639:3; 639:4-19 | | Relevant under FRE 401 and establishes foundation; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 661:1-661:16 | 2 | Objection - lack of foundation, calls for speculation, lack of personal knowledge; lack of foundation, hearsay | 660:11-19; 661:1-15 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 662:3-664:19 | 2 | Objection - lack of foundation, hearsay; hearsay, relevance; lack of foundation | 662:3-23; 663:1-24; 664:7-19 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 665:4-12 | 2 | No objection | | | |
| 665:23-668:15 | 2 | Objection - lack of foundation, hearsay; hearsay; hearsay, lack of foundation, calls for expert opinion | 666:3-667:11; 667:12-24; 668:1-7 | | Witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 669:1-672:15 | 2 | Objection - lack of foundation, hearsay, calls for expert opinion; relevance; hearsay; lack of foundation, hearsay; hearsay, foundation, calls for expert opinion; hearsay; hearsay, lack of foundation, calls for expert opinion | 669:1-20; 670:3-20; 670:21-24; 671:1-2; 671:3-6; 671:15-21; 672:7-15 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 685:9-16 | 2 | No objection | | | |
| 685:23-688:18 | 2 | Objection - relevance, lack of foundation, calls for expert opinion, hearsay; hearsay; hearsay, lack of foundation, calls for expert opinion; | 686:1-17; 686:18-24; 687:1-22; 689:3-23 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes and proper under FRE 1006 |

| 734:6-13 | 2 | No objection | | | |
|---|---|---|---|---|---|
| 734:15-19 | 2 | No objection | | | |

*At this time, Monsanto maintains the provisional confidentiality designation over all portions of these depositions.