# EXHIBIT 4

**Plaintiffs' Affirmative Designations**

| Cite | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters |
|---|---|---|---|---|---|---|---|---|
| Guard 09/13/2018 | | | | | | | | |
| 07:24-08:18 | | 403; testimony surrounding Bayer's acquisition of Monsanto are excluded pursuant to MIL 5.3 and PTO 81 | | factors in FRE 403 do not outweigh probative value of testimony; testimony relevant to Monsanto financial condition | | | | |
| 09:22-10:3 | | | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1 | | | | |
| 15:19-16:16 | Ex. 1 | 403; vague; exhibit is inadmissible hearsay | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls itwhin exception in FRE 803 and/or admissible for non-hearsay purposes | | | | |
| 18:7-19:18 | | 403; irrelevant to issues to be tried in Phase 2; lacks foundation (19:9-18); hearsay (19:9-18) | | relevant to standard of care | | | | |
| 21:24-22:07 | | 403; irrelevant to issues to be tried in Phase 2; hearsay; calls for a legal conclusion | | Relevant to Phase 2 | | | | |
| 23:10-12 | | 403 | | any prejudice outweighed by probative value | | | | |
| 31:03-33:3 | | 403; irrelevant to issues to be tried in Phase 2; beyond the scope of areas Mr. Guard was designated to testify as corporate representative and therefore also irrelevant and lacking in foundation | | any prejudice outweighed by probative value | | | | |
| 34:19-22 | | 403; lacks foundation | | any prejudice outweighed by probative value | | | | |
| 35:5 | | 403 | | any prejudice outweighed by probative value | | | | |
| 36:2-7 | | 403; lacks foundation | | any prejudice outweighed by probative value | | | | |
| 36:11-15 | | 403 | | any prejudice outweighed by probative value | | | | |
| 39:06-39:19 | | 403 | 669:15-670:3 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1 | No objection | 669:1-14 | | No objection |
| 41:23-42:12 | | 403; Testimony and references to marketing are excluded pursuant to Monsanto's MIL 3 and PTO 81 | | relevant to background and foundation for testimony. Any mention of marketing is largely irrelevant | | | | |
| 73:18-23 | | calls for a legal conclusion ; lacks foundation | | Witness responsible for labeling | | | | |
| 75:12-76:15 | | 403; vague; calls for speculation (75:12-76:15); lacks foundation (75:19-76:6); argumentative | | any prejudice outweighed by probative value | | | | |
| 76:22-77:20 | | 403; calls for speculation; vague; argumentative | | any prejudice outweighed by probative value | | | | |
| 79:15-80:5 | | 403; calls for speculation; vague | | any prejudice outweighed by probative value | | | | |
| 80:10-14 | | 403; vague; irrelevant; argumentative | | any prejudice outweighed by probative value | | | | |
| 81:23-82:12 | | 403; calls for speculation | | any prejudice outweighed by probative value | | | | |
| 82:24-83:24 | | 403; calls for speculation; lacks foundation | | any prejudice outweighed by probative value | | | | |
| 84:12-84:23 | | 403; calls for speculation; lacks foundation | | any prejudice outweighed by probative value | | | | |
| 85:6-13 | | 403; argumentative | | any prejudice outweighed by probative value | | | | |
| 101:02-102:9 | | 403; misstates the testimony (101:2-7); calls for expert opinion (101:2-15); calls for speculation (101:23-102:9), argumentative (101:23-102:4), Testimony and references to marketing are excluded pursuant to Monsanto's MIL 3 and PTO 81 | 669:15-670:3; 670:8-672:19; 675:16-676:2 | any prejudice outweighed by probative value; does not call for expert testimony; concerns labeling | Overly broad counter | | Counter is relevant and provides context to affirmative designation | |
| 104:19-105:13 | | 403; calls for speculation; vague; lacks foundation; argumentative (105:4-10) | | any prejudice outweighed by probative value | | | | |
| 105:19-106:3 | | 403; calls for speculation; vague; lacks foundation; argumentative (105:4-10) | | any prejudice outweighed by probative value | | | | |
| 116:13-23 | | 403 | 669:15-670:3; 670:8-672:19; 675:16-676:2 | any prejudice outweighed by probative value | Overly broad counter | | Counter is relevant and provides context to affirmative designation | |
| 118:07-121:04 | 4 | 403; calls for speculation (118:7-24) (119:24-120:6); lacks foundation (120:21-14) | 669:15-670:3; 670:8-672:19; 675:16-676:2 | any prejudice outweighed by probative value | Overly broad counter | | Counter is relevant and provides context to affirmative designation | |
| 124:4-8 | | | 677:19-678:15 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; witness testifying pursuant to FRE 701 | Overly broad counter | | Counter is relevant and provides context to affirmative designation | |
| 124:20-125:4 | | 403; calls for speculation; lacks foundation | | | | | | |
| 165:13-166:8 | 7 | 403; calls for expert opinion (165:13-23); vague (165:24-166:2); testimony excluded per the Court's ruling on Monsanto's MIL No. 7 re: post-use corporate conduct. | | any prejudice outweighed by probative value; concerns Monsanto conduct in not informing its employees rather than post use ocnduct. | | | | |
| 172:23-174:09 | | 403; beyond the scope of the designated areas of testimony and calls for expert opinion (173:10-174:9) | | any prejudice outweighed by probative value; concerns Monsanto conduct in not informing its employees; does not call for expert opinion | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 184:06-186:02 | | 403; excluded pursuant to Monsanto's MIL 4.2 and PTO 81 (184:6-16); prejudicial (184:6-16); beyond the scope of the designated areas of testimony and calls for expert opinion (185:5-186:2) | | any prejudice outweighed by probative value; testimony does not concern monsanto's wealth | | | |