# EXHIBIT 5

**Plaintiff's Affirmatives**

| Plaintiff's Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|
| 75:04-13 | | Cumulative/403. This testimony was played for the jury in Phase 1 on March 1, 2019. | | foundation |
| 76:02-77:13 | | | | |
| 78:06-78:23 | 17 | | | |
| 79:23-83:16 | | | | |
| 83:20-84:02 | | | | |
| 84:23-85:18 | | | | |
| 85:23-86:22 | | Irrelevant; calls for speculation. | | |
| 90:18-91:18 | | | | |
| 94:08-96:12 | | attorney argument, leading, misstates the record (95:25-96:12) | | Not argument; states record correctly |
| 96:15-18 | | attorney argument, leading, misstates the record | | |
| 98:11-99:06 | 24 and 25 | | 103:2-6 | |
| 103:08-21 | 26 | Incomplete | | |
| 105:08-105:15 | | | | |

**Monsanto's Affirmatives**

| Monsanto's Affirmatives | Exhibits | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|
| 77:19-25 | | | | |
| 89:5-90:15 | | | | |
| 107:4-108:5 | | | | |
| 110:8-23 | | | | |
| 138:3-140:10 | | | | |
| 140:13-141:1 | | | | |
| 142:5-6 | | | | |