# EXHIBIT 6

**Plaintiffs' Affirmative Designations**

| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|
| **Azevedo 06/08/2016** | | | | | | | |
| 5:04-5:06 contains objections | | | 403 | | Relevant Background infformation- probatve value outweighs 403 factors | | |
| 21:05-21:07 | | | 403; irrelevant | | Relevant Background infformation- probatve value outweighs 403 factors | | |
| 22:12-22:24 | | | 403 | | Relevant Background infformation- probatve value outweighs 403 factors | | |
| 23:25-24:18 | | | 403 | | Relevant Background infformation- probatve value outweighs 403 factors | | |
| 24:21-26:02 | | | 403 | | Relevant Background infformation- probatve value outweighs 403 factors | | |
| 31:02-31:04 | | | 403 | | Relevant Background infformation- probatve value outweighs 403 factors | | |
| 41:18-43:11 | | | 403 | | Relevant to liabilty and Punitive damages - probaive value outweighs 403 factors | | |
| 49:25-50:02 contains objections | | | 403; lacks foundation | | based on personal experience; relevant to liabiliy and punitive damages; proper 701 opinion; probatve value outweighs 403 factors | | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; relevant and factors in 403 do not outweigh probative value of testimony |
| 50:04-50:08 | | | 403; lacks foundation | | based on personal experience; relevant to liabiliy and punitive damages; proper 701 opinion; probatve value outweighs 403 factors | | |
| 50:10-52:15 | | | 403; lacks foundation; hearsay (51:4-52:15) | | Bssed on personal experience; revevant to liability and punitive damages; proper 701 opinion ; FRE 801 and 803 apply; party admission; probative value outweighs 403 factors | | |
| 58:13-58:18 contains objections | | | 403; hearsay | | Bssed on personal experience; revevant to liability and punitive damages; proper 701 opinion ; FRE 801 and 803 apply ; party admission; probative value outweighs 403 factors | | |
| 58:20-59:02 | | | 403; hearsay | | Bssed on personal experience; revevant to liability and punitive damages; proper 701 opinion ; FRE 801 and 803 apply; party admission; probative value outweighs 403 factors | | |
| 63:07-63:18 | | | 403 | | Based on personal experience; relevant to liabiliy and punitive damages; proper 701 opinion; background information for completion of the testiony; probative value outweighs 403 factors | | |
| 65:15-65:21 | | | 403; lacks foundation | 137:23-140:22 | Based on personal experience; relevant to liabiliy and punitive damages; proper 701 opinion; background information for completion of the testiony; probative value outweighs 403 factors | 140:23-141:06; 141:17-21 | |