# EXHIBIT 7

**Plaintiffs' Affirmative Designations**

| Cite | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|
| Martens 04/07/2017 | | | | | |
| 10:18-20 | | | | | |
| 13:04-09 | | | | | |
| 24:17-25:08 | 403; Irrelevant to issues to be tried in Phase 2; calls for expert opinion | | FRE 701; prejudice outweighed by rpobative value | | |
| 25:16-22 | 403; Irrelevant to issues to be tried in Phase 2; calls for expert opinion; calls for speculation | | FRE 701; prejudice outweighed by rpobative value | | |
| 28:13-16 | 403 | | prejudice outweighed by probative value | | |
| 29:03-10 | 403 | | prejudice outweighed by probative value | | |
| 30:12-31:07 | 403 | | prejudice outweighed by probative value | | |
| 31:17-20 | 403 | | prejudice outweighed by probative value | | |
| 32:12-20 | Calls for Speculation, Vague, 403 | | relevant to monsanto's knowledge and interpretatoin of the genotox studies; witness has personal knowledge | | |
| 33:20-22 | 403 | | prejudice outweighed by probative value | | |
| 36:05-08 | 403 | | prejudice outweighed by probative value | | |
| 38:01-18 | 403 | | prejudice outweighed by probative value | | |
| 39:18-40:01 | 403 | | prejudice outweighed by probative value | | |
| 41:12-16 | 403 | | prejudice outweighed by probative value | | |
| 41:18-19 | 403 | 41:21-42:2 | prejudice outweighed by probative value | | |
| 48:21-49:20 | (49:17 - 20) Attorney Testifying, 403 | | prejudice outweighed by probative value | | |
| 49:24-25 | 403 | | prejudice outweighed by probative value | | |
| 51:19-52:12 | Attorney Testifying (52:6 - 12), 403 | 52:13-16 | prejudice outweighed by probative value | | |
| 55:12-15 | 403 | | prejudice outweighed by probative value | | |
| 57:12-20 | 403 | | prejudice outweighed by probative value | | |
| 57:24-58:18 | 403 | | prejudice outweighed by probative value | | |
| 60:06-17 | 403 | | prejudice outweighed by probative value | | |
| 61:16-18 | 403 | | prejudice outweighed by probative value | | |
| 62:01-05 | 403 | | prejudice outweighed by probative value | | |
| 62:13-16 | 403 | | prejudice outweighed by probative value | | |
| 62:20-63:08 | 403 | 63:15-23 | prejudice outweighed by probative value | waste of time, confusion | |
| 65:03-10 | 403 | | prejudice outweighed by probative value | | |
| 65:20-23 | 403 | | prejudice outweighed by probative value | | |
| 66:01-7 | 403 | 66:12-16 | prejudice outweighed by probative value | waste of time, confusion | |
| 66:23-67:20 | 403 | | prejudice outweighed by probative value | | |
| 68:11-14 | 403 | | prejudice outweighed by probative value | | |
| 68:24-69:15 | 403 | 69:18 - 70:1 | prejudice outweighed by probative value | | |
| 71:18-72:11 | 403 | 73:9 - 24 | prejudice outweighed by probative value | | |
| 74:12-75:07 | 403 | | prejudice outweighed by probative value | | |
| 76:13-22 | 403 | 77:16 - 24 | prejudice outweighed by probative value | | |
| 79:03-13 | 403 | | prejudice outweighed by probative value | | |
| 80:7-17 | 403 | | | | |
| 80:25-81:25 | 403, Calls for Speculation | | prejudice outweighed by probative value; witness has personal knowledge | | |
| 82:2 | 403, Calls for Speculation | 83:3-10 | prejudice outweighed by probative value; witness has personal knowledge | | |
| 82:15-83:14 | 403 | | prejudice outweighed by probative value | | |
| 85:02-03 | 403 | | prejudice outweighed by probative value | | |
| 85:05 | 403 | | prejudice outweighed by probative value | | |
| 86:01-14 | 403 | | prejudice outweighed by probative value | | |
| 87:06-11 | 403 | 87:12 - 15 | prejudice outweighed by probative value | | |
| 89:11-17 | 403 | | prejudice outweighed by probative value | | |
| 90:10-17 | 403 | | prejudice outweighed by probative value | | |
| 95:08-23 | 403 | 95:2 - 7, 96:3 - 14 | prejudice outweighed by probative value | | |
| 96:21-23 | 403 | | prejudice outweighed by probative value | | |
| 97:02-98:02 | 403 | | prejudice outweighed by probative value | | |
| 98:06-16 | 403 | | prejudice outweighed by probative value | | |
| 98:21 | 403 | | prejudice outweighed by probative value | | |
| 100:24-101:04 | 403 | | prejudice outweighed by probative value | | |
| 101:07 | 403 | 102:5 - 21 | prejudice outweighed by probative value | | |
| 103:14-104:09 | 403 | | prejudice outweighed by probative value | | |
| 106:01-06 | 403 | | prejudice outweighed by probative value | | |
| 106:12-15 | 403; rule of completeness (incomplete sentence from exhibit is read in question) | 106:22-107:2 | prejudice outweighed by probative value | | |

| | | | | | |
|---|---|---|---|---|---|
| 107:03-08 | 403 | 107:9 - 12 | prejudice outweighed by probative value | | |
| 107:13-22 | 403 | 107:23 - 108:4 | prejudice outweighed by probative value | | |
| 114:24-115:05 | 403 | | prejudice outweighed by probative value | | |
| 116:17-117:22 | 403 | | prejudice outweighed by probative value | | |
| 118:24-119:12 | 403 | 118:3-12 | prejudice outweighed by probative value | | |
| 119:15-16 | 403 | | prejudice outweighed by probative value | | |
| 121:02-07 | 403 | | prejudice outweighed by probative value | | |
| 122:16-123:14 | 403 | | prejudice outweighed by probative value | | |
| 124:04-125:24 | 403 | 128:19-129:3; 129:8-129:20; 130:11-132:4; 132:11-21; 135:20-136:14 | prejudice outweighed by probative value | | |
| 145:20-146:04 | 403; lacks foundation | | prejudice outweighed by probative value | | |
| 146:14-23 | 403 | | | | |
| 148:3-150:09 | 403 | | prejudice outweighed by probative value | | |
| 151:19-22 | 403 | | prejudice outweighed by probative value | | |
| | | 187:24 - 193:5 | | relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| | | 193:14 - 25 | | relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| | | 194:5 - 24 | | relevance, waste of time | Relevant and factors in 403 do not outweigh probative value of testimony |
| | | 208:2 - 8 | | foundation, confusion, prejudice | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| | | 208:13 - 209:6 | | relevance, foundation, prejudice | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| | | 209:10 - 12 | | relevance, foundation, prejudice | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| | | 209:21 - 24 | | relevance, foundation, prejudice | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| | | 210:1 - 10 | | relevance, foundation, prejudice | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| | | 210:24 - 211:1 | | relevance, foundation, prejudice, confusion | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| | | 211:3 - 212:2 | | relevance, foundation, prejudice, confusion | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| | | 216:16 - 218:15 | | relevance, foundatoin, prejudice, confusion (monsanto did not carry out all studies Parry reccomended) | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| | | 218:18 - 219:12 | | | |
| | | 219:22 - 220:4 | | | |
| | | 220:14 - 19 | | | |
| | | 221:4 - 223:6 | | relevance, prejudice, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
| | | 223:18 - 225:15 | | hearsay, prejudice, foundation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| | | 225:18 - 227:4 | | hearsay, prejudice | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| | | 227:6 - 11 | | hearsay, prejudice | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| | | 227:15 - 21 | | hearsay | Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| | | 227:23 - 228:25 | | relevance, prejudice, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| | | 229:24 - 230:2, not 230:13 | | relevance, prejudice, hearsay | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| | | 231:17 - 22 | | hearsay, relevance, prejudice | Relevant and factors in 403 do not outweigh probative value of testimony; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| | | 232:2 - 233:4 | | relevance, prejudice | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |

| | | 233:7 - 234:15 | | expert opinion, prejudice | Factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 |
|---|---|---|---|---|---|
| | | 241:8 - 242:5 | | prejudice, confusion | Factors in 403 do not outweigh probative value of testimony |