# EXHIBIT 8

| Plaintiffs' Affirmative Designations | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cite | Exhibits | Monsanto's Objections | Objection Cite | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Monsanto's Responses to Objections |
| Koch 01/11/2019 | | | | | | | |
| 16:7-17:7 | | | | | Relevant to foundation, background | | |
| 40:3-23 | | Irrelevant; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | Relevant to foundation, background; | | |
| 41:4-13 | | | | | | | |
| 41:21-42:5 | | | | | | | |
| 43:10-44:14 | | vague (44:11-14) | | | relevant to foundation, background; Relevant phase 2 and Phase 1 if Monsanto raises such issues during Phase 1; response shows not vague | | |
| 44:18-45:1 | | 403 | | | any prejudice outweighed by probative value | | |
| 45:3-15 | | 403 | | | any prejudice outweighed by probative value | | |
| 45:17-18 | | 403 | | | any prejudice outweighed by probative value | | |
| 57:7-10 | | 403; vague; lacks foundation | | | any prejudice outweighed by probative value | | |
| 57:12-17 | | 403; Misstates the testimony | | | any prejudice outweighed by probative value | | |
| 57:20-21 | | 403 | | | any prejudice outweighed by probative value | | |
| 58:22-59:2 | | 403 | | | any prejudice outweighed by probative value | | |
| 59:4-9 | | 403 | | | any prejudice outweighed by probative value | | |
| 59:12 | | 403 | | | any prejudice outweighed by probative value | | |
| 66:13-67:21 | | 403; cumulative of evidence and testimony from phase 1 | | | any prejudice outweighed by probative value | | |
| 67:23-24 | | lacks personal knowledge | | | relevant to phase 2 | | |
| 68:11-13 | | 403; cumulative of evidence and testimony from phase 1 | | | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | | |
| 68:15-69:3 | | 403; cumulative of evidence and testimony from phase 1 | | | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | | |
| 69:5-7 | | 403; cumulative of evidence and testimony from phase 1 | | | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | | |
| 71:10-15 | | 403; cumulative of evidence and testimony from phase 1 | | 372:17-375:23 | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 71:18-23 | | 403; cumulative of evidence and testimony from phase 1; Misstates the testimony (71:21-23) | | 372:17-375:23 | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 72:1 | | 403; cumulative of evidence and testimony from phase 1 | | | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | | |
| 144:23-146:12 | 9 | 403; lacks personal knowledge | 144:23-146:12 144:23-146:12 144:23-146:12 | 369:18-370:7 | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 146:16-147:2 | | 403; cumulative of evidence and testimony from phase 1 (146:21-147:2) | | | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | | |
| 147:5-10 | | 403; cumulative of evidence and testimony from phase 1; vague (147:6-10) | | | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | | |
| 147:12-21 | | 403; cumulative of evidence and testimony from phase 1; vague (147:20-21) | | | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | | |
| 147:24-148:7 | | 403; cumulative of evidence and testimony from phase 1; vague (148:6-7) | | | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | | |
| 148:9-10 | | 403 | | | any prejudice outweighed by probative value; | | |
| 148:16-24 | | 403; lacks personal knowledge | | 369:18-370:7 | any prejudice outweighed by probative value; | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 149:3-6 | | 403; lacks personal knowledge | | | any prejudice outweighed by probative value; | | |
| 149:8-150:16 | | 403; calls for speculation (150:14-16) | | 369:18-370:7 | any prejudice outweighed by probative value; asks for impression on witness | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 150:19-151:2 | | 403; calls for speculation (150:19-22) | | 369:18-370:7 | any prejudice outweighed by probative value; asks for impression on witness | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 151:5-13 | | 403; calls for speculation (151:10-13) | | 369:18-370:7 | any prejudice outweighed by probative value; asks for impression on witness | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 161:24-163:10 | 11 | 403; lacks personal knowledge | | 370:23-371:14 | any prejudice outweighed by probative value; | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 163:13-16 | | 403; lacks personal knowledge; calls for speculation; cumulative of testimony from phase 1 (163:15-16) | | 370:23-371:14 | any prejudice outweighed by probative value; relevant to issues in phase 2, not cumulative | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 163:20-164:11 | | 403; cumulative of testimony from phase 1 (163:20-164:6) | | | any prejudice outweighed by probative value; relevant to liability in phase 2, not cumulative | | |
| 164:16-24 | | 403; lacks personal knowledge (164:22-24 starting with "at this point") | | 370:23-371:14 | any prejudice outweighed by probative value; | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 165:3-7 | | 403; lacks personal knowledge | | 370:23-371:14 | any prejudice outweighed by probative value; | Misstates prior testimony; irrelevant; lacks foundation | Relevant and provides context to designated testimony; witness testifying pursuant to FRE 701 and personal knowledge |
| 205:18-19 | | 403; vague | | | any prejudice outweighed by probative value; | | |
| 205:21-23 | | 403; vague/hypothetical | | | any prejudice outweighed by probative value; | | |
| 206:1-5 | | 403; vague/hypothetical (206:3-5) | | | any prejudice outweighed by probative value; | | |
| 206:7-14 | | 403; vague/hypothetical; asked and answered | | | any prejudice outweighed by probative value; | | |
| 206:17-20 | | 403 | | | any prejudice outweighed by probative value; | | |
| 207:1-18 | | 403; vague/hypothetical | | | any prejudice outweighed by probative value; | | |
| 212:1-5 | | 403; vague as to what "long term studies" refers to; lacks foundation; assumes facts not in evidence | | | any prejudice outweighed by probative value; meaning of "long term studies" is apparent in context | | |
| 212:7-10 | | 403; lacks foundation; assumes facts not in evidence; question and testimony should be excluded pursuant to Monsanto's MIL 4.2 and PTO 81 | | | factors in FRE 403 do not outweigh probative value of testimony; question not argumentative; does not assume facts not otherwise in evidence; relevant to punitive damages | | |
| 212:13-24 | 14 | 403; testimony should be excluded pursuant to Monsanto's MIL 4.2 and PTO 81 (212:13-15); Exhibit 14/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit 14 references to Seralini are excluded pursuant to Monsanto's MIL 10 and PTO 81 | | Conditional counter: 388:3-389:14 | factors in FRE 403 do not outweigh probative value of testimony; question not argumentative; does not assume facts not otherwise in evidence; relevant to punitive damages; outside scope of MIL 10 | | |

| | | | | | |
|---|---|---|---|---|---|
| 213:5-20 | 403; Exhibit 14/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit 14 references to Seralini are excluded pursuant to Monsanto's MIL 10 and PTO 81 | | | factors in FRE 403 do not outweigh probative value of testimony; question not argumentative; does not assume facts not otherwise in evidence; relevant to punitive damages; outside scope of MIL 10 | |
| 213:22-214:15 | 403; Exhibit 14/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit 14 references to Seralini are excluded pursuant to Monsanto's MIL 10 and PTO 81 | | | factors in FRE 403 do not outweigh probative value of testimony; question not argumentative; does not assume facts not otherwise in evidence; relevant to punitive damages; outside scope of MIL 10 | |
| 216:7-15 | 403; Exhibit 14/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit 14 references to Seralini are excluded pursuant to Monsanto's MIL 10 and PTO 81 | | | factors in FRE 403 do not outweigh probative value of testimony; relevant to punitive damages; outside scope of MIL 10 | |
| 216:18-20 | 403; Exhibit 14/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit 14 references to Seralini are excluded pursuant to Monsanto's MIL 10 and PTO 81; misstates the record (216:13-15) | | | factors in FRE 403 do not outweigh probative value of testimony; reference to seralini is tangential to testimony which is directly relevant to failure to test claim; outside scope of MIL 10 | |
| 216:22-217:10 | 403; Exhibit 14/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit 14 references to Seralini are excluded pursuant to Monsanto's MIL 10 and PTO 81; misstates the record (216:13-15); attorney testifying (217:4-10) | | | factors in FRE 403 do not outweigh probative value of testimony; reference to seralini is tangential to testimony which is directly relevant to failure to test claim; outside scope of MIL 10 | |
| 217:12-218:7 | 403; Exhibit 14/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit 14 references to Seralini are excluded pursuant to Monsanto's MIL 10 and PTO 81; misstates the record (216:13-15) | | | factors in FRE 403 do not outweigh probative value of testimony; reference to seralini is tangential to testimony which is directly relevant to failure to test claim; outside scope of MIL 10 | |
| 218:9-219:8 | 403; Exhibit 14/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit 14 references to Seralini are excluded pursuant to Monsanto's MIL 10 and PTO 81; misstates the record (216:13-15); attorney testifying (219:3-5) | | | factors in FRE 403 do not outweigh probative value of testimony; reference to seralini is tangential to testimony which is directly relevant to failure to test claim; outside scope of MIL 10 | |
| 219:10-22 | 403; Exhibit 14/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit 14 references to Seralini are excluded pursuant to Monsanto's MIL 10 and PTO 81; misstates the record (216:13-15); attorney testifying (219:3-5) | | | factors in FRE 403 do not outweigh probative value of testimony; reference to seralini is tangential to testimony which is directly relevant to failure to test claim; outside scope of MIL 10 | |
| 219:24-220:1 | 403; Exhibit 14/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit 14 references to Seralini are excluded pursuant to Monsanto's MIL 10 and PTO 81; misstates the record (216:13-15); attorney testifying (219:3-5) | | | factors in FRE 403 do not outweigh probative value of testimony; reference to seralini is tangential to testimony which is directly relevant to failure to test claim; outside scope of MIL 10 | |
| 221:22-222:6 | 403; misstates the testimony (221:22-24); lacks personal knowledge (222:3-6) | | | any prejudice outweighed by probative value | |
| 222:9-14 | 403; lacks personal knowledge | | | any prejudice outweighed by probative value | |
| 222:19-223:4 | 403; calls for speculatoin (223:2-4) | | | any prejudice outweighed by probative value | |
| 223:7-8 | 403 | | | any prejudice outweighed by probative value | |
| 225:5-8 | 403;  Lines 506 are referencing the Seralini study, which is excluded pursuant to Monsanto's MIL 10 and PTO 81, and therefore question should be excluded since it lacks foundation and is confusing without knowing what lines 5-6 refer to; misstates the record (225:7-8 | | | factors in FRE 403 do not outweigh probative value of testimony; reference to seralini is tangential to testimony which is directly relevant to failure to test claim; outside scope of MIL 10 | |
| 225:11-12 | 403 | | | any prejudice outweighed by probative value | |
| 283:21-284:7 | 403; Exhibit 18/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | 18 | | any prejudice outweighed by probative value; IARC to be revisited phase 2 | |
| 285:8-288:13 | 403; Exhibit 18/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; Calls for speculation (288:2-21); Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC to be revisited phase 2 | |