# EXHIBIT 9

**Plaintiffs' Affirmative Designations**

| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|
| 72:23-73:21 | 11 | Lacks foundation and calls for speculation because Dr. Turk is not an oncologist.  Improper expert testimony (73:18-21) | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | |
| 73:23 | | Improper expert testimony. | | | | |
| 76:10-14 | | Lacks foundation and calls for speculation because Dr. Turk is not an oncologist.  Improper expert testimony. | 75:25-76:9 | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | FRE 403 - waste of time, cumulative, calls for speculation | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying based on personal knowledge |
| 76:17-21 | | Lacks foundation and calls for speculation because Dr. Turk is not an oncologist.  Improper expert testimony. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | |
| 76:23-24 | | Lacks foundation and calls for speculation because Dr. Turk is not an oncologist.  Improper expert testimony. | | | | |
| 77:02-06 | | Lacks foundation and calls for speculation because Dr. Turk is not an oncologist.  Improper expert testimony. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | |
| 77:08-13 | | Lacks foundation and calls for speculation because Dr. Turk is not an oncologist.  Improper expert testimony. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | |
| 77:17-20 | | Lacks foundation and calls for speculation because Dr. Turk is not an oncologist.  Improper expert testimony. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | |
| 77:24-78:01 | | Lacks foundation and calls for speculation because Dr. Turk is not an oncologist.  Improper expert testimony. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701; | | |

**Monsanto's Affirmatives**

| Monsanto's Affirmatives | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | | | |
|---|---|---|---|---|---|---|
| 103:20-105:5 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |
| 105:10-107:3 | Plaintiff objects. FRE 403; cumulative, waste of time, not disclosed as an expert witness pursuant to Fed. R. Civ. Pro. 26. | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 | | | |