# EXHIBIT 11

**Plaintiffs' Affirmative Designations**

| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|
| **Reeves 01/23/2019** | | | | | | |
| 10:11-21 | | | | | | |
| 21:12-17 | | | | | | |
| 23:2-20 | 2 | Attorney testifying (23:2-9); 403; causation was a Phase 1 issue and thus cumulative of Phase 1 evidence; exhibit is a demonstrative and is not admissible in evidence | | any prejudice outweighed by probative value; demonstrative will not be admitted but may be published to jury | | |
| 23:24-24:21 | | Attorney testifying; 403; cumulative of Phase 1 testimony and evidence | | any prejudice outweighed by probative value; goes to failure to warn and negligence | | |
| 29:19-30:6 | | Attorney testifying, argumentative (30:3-4 from "so" to "argumentative"); 403 | | any prejudice outweighed by probative value | | |
| 30:8-10 | | | | | | |
| 31:1-32:2 | | 403 | | any prejudice outweighed by probative value | | |
| 32:4-9 | | 403 | | any prejudice outweighed by probative value | | |
| 34:1-3 | | | | | | |
| 34:5-15 | | | | | | |
| 34:22-35:8 | | 403 (34:22-35:2) | | any prejudice outweighed by probative value | | |
| 35:19-20 | | 403; argumentative; asked and answered | | any prejudice outweighed by probative value | | |
| 35:22-36:8 | | 403; argumentative; asked and answered | | any prejudice outweighed by probative value | | |
| 36:10-37:15 | 5 | 403, calls for expert opinion (36:14-37:15); exhibit not admissible in evidence; cumulative of Phase 1 testimony and evidence | | any prejudice outweighed by probative value | | |
| 37:21-38:20 | | 403, calls for expert opinion (37:21-38:16); cumulative of Phase 1 testiony and evidence; hearsay (37:21-38:16) | | any prejudice outweighed by probative value | | |
| 42:22-43:1 | | Vague | | | | |
| 43:6-8 | | | | | | |
| 43:14-44:8 | | | | | | |
| 45:7-16 | | calls for speculation | | witness has personal knowledge and should be permitted to testify on Monsanto's employees conduct/statements | | |
| 45:20-46:8 | | Misstates the testimony (46:5-8); Assumes facts not in evidence (46:5-8) | | | | |
| 46:11-47:18 | | 403 | | any prejudice outweighed by probative value | | |
| 47:22-48:11 | 8 | 403 | | any prejudice outweighed by probative value | | |
| 48:24-50:1 | | | | | | |
| 50:3-5 | | | | | | |
| 53:20-22 | 9 | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | relevant to plaintiff's phase 2 claims; any prejudice outweighed by probative value; non-hearsay and/or hearsay excetpion; Monsanto held to standard of expert in the field, Reeves is testifying on behalf of Monsanto FRE 701 | | |
| 54:2-55:3 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; non-hearsay and/or hearsay exceptpion; Monsanto held to standard of expert in the field, Reeves is testifying on behalf of Monsanto FRE 701 | | |
| 65:18-66:7 | | 403; attorney testifying (66:3-7); argumentative | | any prejudice outweighed by probative value | | |
| 66:9-19 | | | | | | |
| 66:21-67:6 | | 403 | | any prejudice outweighed by probative value | | |
| 69:18-70:1 | 10, 11, 12 | 403 | | any prejudice outweighed by probative value | | |
| 70:20-71:14 | | 403 | | any prejudice outweighed by probative value | | |
| 71:16-17 | | 403 | | any prejudice outweighed by probative value | | |
| 71:22-72:16 | | 403; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; FRE 701; Monsanto held to standard of expert in the field for phase 2 | | |
| 73:18-74:2 | | 403; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 74:19-75:11 | 11 | | | | | |
| 76:3-8 | | 403; irrelevant to issues to be tried in Phase 2; incomplete | | any prejudice outweighed by probative value | | |
| 76:13-20 | | 403; irrelevant to issues to be tried in Phase 2; incomplete | | any prejudice outweighed by probative value | | |
| 78:11-19 | | | | | | |
| 81:23-82:16 | 12 | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | 82:17-21 | any prejudice outweighed by probative value; offered as non-hearsay | | |

| | | | | | |
|---|---|---|---|---|---|
| 82:24-83:7 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; offered as non-hearsay | |
| 83:23-84:6 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; offered as non-hearsay | |
| 96:12-15 | 13 | 403 | | any prejudice outweighed by probative value | |
| 96:19-98:7 | | 403 | | any prejudice outweighed by probative value | |
| 99:12-14 | | 403; Vague; Calls for speculation | | any prejudice outweighed by probative value; within purview of Monsanto's knowledge | |
| 99:17-100:1 | | 403 | | any prejudice outweighed by probative value | |
| 100:10-11 | | 403; calls for speculation | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | |
| 100:14-20 | | 403; calls for speculation | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | |
| 100:22-101:11 | | 403; calls for speculation; argumentative (101:1-11) | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | |
| 101:13-18 | 14 | 403 | | any prejudice outweighed by probative value | |
| 101:21-102:5 | | 403 | | any prejudice outweighed by probative value | |
| 102:10-103:7 | | 403; Calls for speculation (103:5-7); Mistates the record (103:5-7) | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | |
| 103:10-19 | | 403 | | any prejudice outweighed by probative value | |
| 104:11-19 | | 403; calls for speculation (104:17-19) | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | |
| 104:22-105:9 | | 403 | | any prejudice outweighed by probative value | |
| 106:19-21 | 15 | 403 | | any prejudice outweighed by probative value | |
| 107:3-8 | | 403 | | any prejudice outweighed by probative value | |
| 107:16-108:21 | | 403; Calls for speculation (108:7-9, 108:19-21) | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | |
| 108:24-109:7 | | 403; Calls for speculation (109:6-7) | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | |
| 109:10-110:1 | | 403; Attorney testifying (109:16-17); Beyond the scope of areas designated for testimony (109:24-110:1) | | any prejudice outweighed by probative value | |
| 110:3-8 | | 403; Beyond the scope of areas designated for testimony; calls for expert opinion | | any prejudice outweighed by probative value | |
| 110:10-111:11 | | 403; beyond the scope of areas designated for testimony (110:10-12); Calls for speculation (111:5-11) | | any prejudice outweighed by probative value | |
| 111:14-16 | | 403 | | any prejudice outweighed by probative value | |
| 112:3-21 | | 403; Calls for speculation (112:2-21); Lacks foundation (112:2-21) | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | |
| 112:24-113:6 | | 403; Calls for speculation (113:3-6); Lacks foundation (113:3-6) | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | |
| 113:9-17 | | 403 | | any prejudice outweighed by probative value | |
| 114:5-9 | | 403; Calls for speculation; attorney testifying | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | |
| 114:11 | | 403 | | any prejudice outweighed by probative value | |
| 117:23-118:14 | 16 | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; offered as non-hearsay | |
| 118:24-119:2 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; offered as non-hearsay; 701; Monsanto held to standard of expert in the field for phase 2 | |
| 119:5-120:4 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; offered as non-hearsay; 701; Monsanto held to standard of expert in the field for phase 2 | |
| 121:23-122:1 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | 122:2-11; 122:24-123:7 | any prejudice outweighed by probative value; offered as non-hearsay; 701; Monsanto held to standard of expert in the field for phase 2 | |
| 123:17-18 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | 122:2-11; 122:24-123:7 | any prejudice outweighed by probative value; offered as non-hearsay; 701; Monsanto held to standard of expert in the field for phase 2 | |
| 127:20-128:17 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; offered as non-hearsay; 701; Monsanto held to standard of expert in the field for phase 2 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 129:7-16 | | 403; vague (129:14-16); Calls for speculation (129:14-16) | | any prejudice outweighed by probative value; quesiton seeks information within purview of Monsanto's knowledge | | |
| 129:19-130:2 | | 403 | | any prejudice outweighed by probative value | | |
| 130:9-17 | 17 | 403 | | any prejudice outweighed by probative value | | |
| 131:8-132:20 | | 403 | | any prejudice outweighed by probative value | | |
| 134:5-7 | | 403 | | any prejudice outweighed by probative value | | |
| 135:5-6 | 18 | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; 701, Monsanto held to standard of expert in the field | | |
| 135:14-136:12 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; 701, Monsanto held to standard of expert in the field | | |
| 137:14-138:9 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; 701, Monsanto held to standard of expert in the field | | |
| 138:19-140:8 | | 403; hearsay; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; 701, Monsanto held to standard of expert in the field; offered as non-hearsay | | |
| 143:15-24 | | 403; Vague (143:19-21); Lacks foundation (143:19-21) | | any prejudice outweighed by probative value | | |
| 144:2-6 | 19 | 403 | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; | | |
| 144:12-145:2 | | 403 | | any prejudice outweighed by probative value | | |
| 145:11-147:1 | | 403; Calls for speculation (146:23-147:1) | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; testimony within purview of Monsanto's knowledge | | |
| 147:3-14 | | 403; Calls for speculation | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; testimony within purview of Monsanto's knowledge | | |
| 147:17-24 | | 403; Argumentative (147:20-24); Attorney testifying (147:20-24) | | any prejudice outweighed by probative value | | |
| 148:2-15 | | 403; Calls for speculation | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; testimony within purview of Monsanto's knowledge | | |
| 148:18-21 | | 403; Calls for speculation | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; testimony within purview of Monsanto's knowledge | | |
| 148:24-149:3 | | 403 | | any prejudice outweighed by probative value | | |
| 149:16-23 | | 403; Attorney testifying (149:16-21) | | any prejudice outweighed by probative value | | |
| 150:2-12 | | 403; Calls for speculation; asked and answered | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; testimony within purview of Monsanto's knowledge | | |
| 150:15-151:3 | | 403; Calls for speculation; attorney testifying (150:21-151:1) | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; testimony within purview of Monsanto's knowledge | | |
| 151:6-21 | | 403; Calls for speculation; Attorney testifying (151:10-15) | | any prejudice outweighed by probative value; relevant to warnings/negligence phase 2 claims; testimony within purview of Monsanto's knowledge | | |
| 151:24-153:1 | | 403; calls for expert opinion (152:9-153:1); irrelevant to issues to be tried in Phase 2 (152:9-153:1) | | any prejudice outweighed by probative value; offered as non-hearsay; 701; Monsanto held to standard of expert in the field for phase 2 | | |
| 153:9-19 | | 403; calls for expert opinion; irrelevant to issues to be tried in Phase 2 and cumulative of Phase 1 evidence and testimony | | any prejudice outweighed by probative value; offered as non-hearsay; 701; Monsanto held to standard of expert in the field for phase 2 | | |
| 163:13-16 | 21 | 403; this exhibit was introduced in Phase 1 and therefore all testimony about it is cumulative of evidence from Phase 1. | | any prejudice outweighed by probative value | | |
| 164:1-17 | | 403; this exhibit was introduced in Phase 1 and therefore all testimony about it is cumulative of evidence from Phase 1. | | any prejudice outweighed by probative value | | |
| 164:21-167:13 | | 403; this exhibit was introduced in Phase 1 and therefore all testimony about it is cumulative of evidence from Phase 1; calls for speculation (167:10-13) | | any prejudice outweighed by probative value; testimony within purview of Monsanto's knowledge | | |
| 167:16-168:2 | | 403; this exhibit was introduced in Phase 1 and therefore all testimony about it is cumulative of evidence from Phase 1; Misstates the record (168:1-2) | | any prejudice outweighed by probative value; testimony within purview of Monsanto's knowledge | | |

| | | | | | |
|---|---|---|---|---|---|
| 168:5-12 | | 403; this exhibit was introduced in Phase 1 and therefore all testimony about it is cumulative of evidence from Phase 1; Calls for speculation (168:9-12) | | any prejudice outweighed by probative value; | |
| 168:15-17 | | 403; this exhibit was introduced in Phase 1 and therefore all testimony about it is cumulative of evidence from Phase 1 | | any prejudice outweighed by probative value | |
| 175:10-22 | | 403; this exhibit was introduced in Phase 1 and therefore all testimony about it is cumulative of evidence from Phase 1 | | any prejudice outweighed by probative value | |
| 179:3-8 | | 403; irrelevant to issues to be tried in Phase 2 and cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 179:10-14 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 179:22-24 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 180:7-9 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 180:18-20 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 181:3-7 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 182:11-183:15 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 184:4-7 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 184:9-10 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 184:21:23 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 185:1-10 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 185:15-16 | | 403; cumulative of evidence and testimony from Phase 1 | | any prejudice outweighed by probative value | |
| 185:18-186:1 | | 403; cumulative of testimony and evidence from Phase 1; lacks foundation (185:22-24) | | any prejudice outweighed by probative value | |
| 186:4-18 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 (186:12-18) | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 186:23-187:1 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 187:13-15 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2; vague | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 187:17-188:12 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 191:18-192:4 | 23 | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 192:8-193:7 | 24 | 403; hearsay; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 193:15-194:3 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 195:5-10 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 195:12-18 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2; calls for speculation (195:15-18); argumentative (195:15-18) | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 195:21-23 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2; calls for speculation; argumentative | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 196:1-15 | | 403; irrelevant to issues to be tried in Phase 2; cumulative of testimony in phase 1 (196:4-15); References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 209:15-210:8 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2; misstates the record (210:6-8) | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 210:11-19 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2; assumes facts not in record (210:16-19) | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 210:22-211:1 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | 211:2-9 | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 211:10-12 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |
| 211:15-24 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2; assumes facts not in evidence (211:22-24); calls for speculation (211:22-24) | | any prejudice outweighed by probative value; IBT relevant to phase 2 | |

| Designation | No. | Objection | Counter-designation | Response | Objection | Response |
|---|---|---|---|---|---|---|
| 212:3-14 | | 403; irrelevant to issues to be tried in Phase 2; argumentative; References to IBT may be excluded pursuant to Monsanto's MIL 11.2; assumes facts not in evidence (212:7-8) | | any prejudice outweighed by probative value; IBT relevant to phase 2 | | |
| 213:2-6 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | | |
| 213:8-10 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | | |
| 214:1-2 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2 | | any prejudice outweighed by probative value; IBT relevant to phase 2 | | |
| 214:12-215:4 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2; argumentative (215:2-3) | | any prejudice outweighed by probative value; IBT relevant to phase 2 | | |
| 215:6-14 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2; calls for speculation (215:12-14) | | any prejudice outweighed by probative value; IBT relevant to phase 2 | | |
| 215:17-19 | | 403; irrelevant to issues to be tried in Phase 2; References to IBT may be excluded pursuant to Monsanto's MIL 11.2; calls for speculation | | any prejudice outweighed by probative value; IBT relevant to phase 2 | | |
| 215:23-216:17 | 25 | 403; hearsay; cumulative of testimony and evidence from Phase 1; calls for speculation (216:15-17) | 784:20-785:10 not 786:24 | References to IBT are not excluded pursuant to Monsanto's MIL 11.2; information is within deponents knowledge; does not call for speculation, information is within deponents knowledge; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 216:19-217:11 | | 403; hearsay; cumulative of testimony and evidence from Phase 1 | 784:20-785:10 not 786:24 | any prejudice outweighed by probative value; offered as non-hearsay | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 293:5-13 | | 403; cumulative of testimony and evidence from Phase 1 | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793:1 | any prejudice outweighed by probative value | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 293:16-295:3 | | 403; cumulative of testimony and evidence from Phase 1; Misstates the record (293:23-294:2; 294:7-8) | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793:1 | any prejudice outweighed by probative value | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 295:5-11 | | 403; cumulative of testimony and evidence from Phase 1 | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793:1 | any prejudice outweighed by probative value | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 297:24-298:4 | 38 | 403; cumulative of testimony and evidence from Phase 1 | 298:5-7; 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793:1 | any prejudice outweighed by probative value | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 300:8-301:1 | | 403; cumulative of testimony and evidence from Phase 1; misstates the record and testimony (300:21-22) | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793:1 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 303:3-12 | | 403; Argumentative (303:9-12); Attorney testifying (303:9-12) | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793:1 | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; proper foundation has been provided. | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 303:14-19 | | 403; Argumentative (303:18-19); Attorney testifying (303:18-19) | | Relevant to Phase 2 and to Phase 1 if Monsanto raises such issues during Phase 1; factors in FRE 403 do not outweigh probative value of testimony; any prejudice outweighed by probative value; proper foundation has been provided. | | |
| 303:22-23 | | 403 | | any prejudice outweighed by probative value | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 304:9-305:10 | | 403; cumulative of testimony and evidence from Phase 1; mischaracterizes the evidence; Argumentative (305:8-10) | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793:1 | any prejudice outweighed by probative value | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 305:13-306:1 | | 403; Misstates the record (305:23-306:1); Calls for speculation (305:23-306:1) | | any prejudice outweighed by probative value | | |
| 306:4-6 | | 403; Calls for speculation | | any prejudice outweighed by probative value | | |
| 306:21-307:15 | | 403; cumulative of testimony and evidence from Phase 1; Misstates the record and testimony (307:13-15); Argumentative (307:13-15) | | any prejudice outweighed by probative value | | |
| 307:18-308:13 | | 403; cumulative of testimony and evidence from Phase 1; Misstates the record and testimony (308:10-13); Calls for speculation (308:10-13) | 784:20-786:24 | any prejudice outweighed by probative value | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 308:16-309:18 | | 403; cumulative of testimony and evidence from Phase 1; Misstates the record and testimony (309:17-18); Argumentative (309:17-18) | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793:1 | any prejudice outweighed by probative value | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 309:21-310:17 | | 403 | 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793:1 | any prejudice outweighed by probative value | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| 310:23-311:8 | | 403 | 797:15-799:15; 799:24-802:6 | any prejudice outweighed by probative value | Misstates prior testimony; irrelevant; lacks foundation; prejudicial. | Relevant as counter to affirmative designation and factors in 403 do not outweigh probative value of testimony, provides context to affirmative designation; witness testifying pursuant to FRE 701 and personal knowledge |
| | | | | | | |
| 454:14-455:4 | | | | | | |
| 456:5-16 | | 403; calls for expert opinion; Assumes facts not in evidence (456:13-16) | | any prejudice outweighed by probative value; FRE 701; Monsanto held to standard of expert in the field and Reeves is testifying on behalf of Monsanto | | |
| 456:20-458:11 | | 403; calls for expert opinion | | any prejudice outweighed by probative value; FRE 701; Monsanto held to standard of expert in the field and Reeves is testifying on behalf of Monsanto | | |
| 458:15-459:2 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outweighed by probative value; FRE 701; Monsanto held to standard of expert in the field and Reeves is testifying on behalf of Monsanto; outside scope of PTO 81 | | |
| 459:9-18 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outweighed by probative value; outside scope of PTO 81 | | |
| 460:3-4 | 58 | 403; exhibit includes hearsay portions; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outweighed by probative value; outside scope of PTO 81 | | |
| 460:7-11 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outweighed by probative value; outside scope of PTO 81 | | |
| 460:17-461:4 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outweighed by probative value; outside scope of PTO 81 | | |
| 461:13-16 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outweighed by probative value; outside scope of PTO 81 | | |
| 462:22-464:2 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outweighed by probative value; outside scope of PTO 81 | | |
| 464:7-466:3 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for speculation (466:2-3) | | any prejudice outweighed by probative value; outside scope of PTO 81 | | |
| 466:6-10 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for speculation (466:8-10) | | any prejudice outweighed by probative value; outside scope of PTO 81 | | |
| 466:12-13 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | any prejudice outweighed by probative value; outside scope of PTO 81 | | |

| | | | | | |
|---|---|---|---|---|---|
| 466:17-467:16 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant to failure to warn, impeaching monsanto's position that there is "no evidence across the board", outside scope of PTO 81, any prejudice outweighed by probative value | |
| 493:5-8 | | 403; References to other litigation are excluded pursuant to Monsanto's MIL 5.1 and PTO 81; Appeals regarding Monsanto's wealth are excluded pursuant to Monsanto's MIL 4.2 and PTO 81 | | any prejudice outweighed by probative value; not an appeal to Monsanto's wealth, statement concerns a party admission; directly relevant to punitive damages | |
| 493:10-14 | | 403; References to other litigation are excluded pursuant to Monsanto's MIL 5.1 and PTO 81; Appeals regarding Monsanto's wealth are excluded pursuant to Monsanto's MIL 4.2 and PTO 81 | | any prejudice outweighed by probative value; not an appeal to Monsanto's wealth, statement concerns a party admission; directly relevant to punitive damages | |
| 493:17-494:2 | | 403; References to other litigation are excluded pursuant to Monsanto's MIL 5.1 and PTO 81; Appeals regarding Monsanto's wealth are excluded pursuant to Monsanto's MIL 4.2 and PTO 81 | | any prejudice outweighed by probative value; not an appeal to Monsanto's wealth, statement concerns a party admission; directly relevant to punitive damages | |
| 494:5-10 | | 403 | | any prejudice outweighed by probative value | |
| 494:25-495:2 | | 403; References to other pending litigation are excluded pursuant to Monsanto's MIL 5.1 and PTO 81; Appeals regarding Monsanto's wealth are excluded pursuant to Monsanto's MIL 4.2 and PTO 81; argumentative; hypothetical | | any prejudice outweighed by probative value; relevant to punitive damages | |
| 495:7-13 | | 403 | | any prejudice outweighed by probative value | |
| 516:9-517:2 | 66 | 403; improper hypothetical; Calls for speculation (516:20-517:2); exhibit is a demonstrative and not admissible in evidence | | any prejudice outweighed by probative value; demonstrative may be published but not admitted to evidence | |
| 517:5-18 | | 403; improper hypothetical; Calls for speculation (517:16-18) | | any prejudice outweighed by probative value | |
| 517:21-518:2 | | 403; improper hypothetical; Calls for speculation | | any prejudice outweighed by probative value | |
| 518:5-22 | | 403; improper hypothetical; Calls for speculation; vague (518:19-22); misstates testimony (518:9-22) | | any prejudice outweighed by probative value | |
| 518:25-520:7 | | 403; improper hypothetical (518:25-519:8); cumulative | | any prejudice outweighed by probative value | |
| 520:9-521:13 | | 403; argumentative (520:19-21)(521:1-6); improper hypothetical; attorney testifying (521:1-5 through "sir"). | | any prejudice outweighed by probative value | |
| 521:20-522:13 | | 403; Argumentative (521:20-22); Attorney testifying (522:4-9); improper hypothetical | | any prejudice outweighed by probative value | |
| 522:16-19 | | 403 | | any prejudice outweighed by probative value | |

| Monsanto's Affirmatives | | | | |
|---|---|---|---|---|
| **Monsanto's Affirmatives** | **Plaintiffs' Objections** | **Objection Cite** | **Plaintiffs' Counters** | **Monsanto's Responses to Objections** |
| | Plaintiff Objects to the affirmative ddesignation of any Monsanto employee who Monsanto could bring to testify live but chose not to do so | | | |
| 762:17-764:20; 768:5-768:16 | Objection - relevance, waste of time; relevance, see Plaintiff's MIL No. 3; relevance, confusion; relevance, see Plaintiff's MIL No. 3, waste of time; relevance, see Plaintiff's MIL No. 3, waste of time; calls for speculation, see Plaintiff's MIL No. 3, undue prejudice/confusion | 762:17-764:20; 765:05-766:04; 766:18-21; 766:22-767:15; 767:16-768:04; 768;05-16 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 |
| 768:20-769:1 | Objection - lacks foundation, see Plaintiff's MIL No. 3, Relevance | | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; Monsanto will comply with PTO 81 |
| 769:16-771:5 | Objection - relevance, waste of time, juror confusion; hearsay, relevance; relevance, waste of time, prejudice, hearsay; relevance, waste of time, hearsay | 769:16-20; 769:21-770:07; 770:08-20; 770:21-771:05 | | Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701 and personal knowledge; non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 793:7-797:14 | | | | |
| | | | | |
| | | | | |
| *At this time, Monsanto maintains the provisional confidentiality designation over all portions of these depositions. | | | | |