EXHIBIT 12

**Plaintiffs' Affirmative Designations**

| Cite | Exhibits | Monsanto's Objections | Objection Cite | Monsanto's Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|
| **Murphey 01/22/2019** | | | | | |
| 11:16-19 | | | | | |
| 12:19-13:3 | | | | | |
| 15:17-19 | | | | | |
| 16:14-15 | 2 | 403 | | | any prejudice outweighed by probative value |
| 16:19-21 | | 403 | | | any prejudice outweighed by probative value |
| 22:5-22:20 | | 403, Vague | | | any prejudice outweighed by probative value |
| 22:22-23:7 | | 403 Vague | | | any prejudice outweighed by probative value |
| 23:11-20 | | 403 Vague | | | any prejudice outweighed by probative value |
| 23:25-24:13 | | 403 Vague | | | any prejudice outweighed by probative value |
| 24:15-25:1 | | 403, incomplete answer (24:15-19) | | | any prejudice outweighed by probative value |
| 28:5-6 | | 403 | | | any prejudice outweighed by probative value |
| 28:10-11 | | 403 | | | any prejudice outweighed by probative value |
| 28:22-29:2 | | 403 Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct [ about Partridge becoming Bayer GC] | | | any prejudice outweighed by probative value; testimony regarding partridge is incidental/unimportant |
| 38:2-10 | | 403 Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 38:14-40:16 | | 403 Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| | 4 | Lacks personal knowledge | | | |

| | | | | | |
|---|---|---|---|---|---|
| 40:22-41:2 | | 403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks personal knowledge | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 41:5-13 | | 403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks personal knowledge | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 41:15-20 | | 403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks personal knowledge | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 41:22-23 | | 403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks personal knowledge | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 42:5-7 | 5 | 403<br>Exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Incomplete | | | any prejudice outweighed by probative value |

| | | | | |
|---|---|---|---|---|
| 42:11-16 | | 403<br>Exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | any prejudice outweighed by probative value |
| 43:8-19 | | 403<br>Exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | any prejudice outweighed by probative value |
| 43:22-44:17 | | 403<br>Exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | any prejudice outweighed by probative value |
| 44:20-45:2 | | 403<br>Exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Speculation (44:30-23) | | any prejudice outweighed by probative value |
| 45:13-46:20 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Speculation (45:13-18)<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. (46:2-20) | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 46:23-47:10 | | 403<br>Tesimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Speculation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 47:13-23 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Speculation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Calls for speculation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 47:25-48:6 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Speculation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Calls for speculation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 48:9-14 | 403<br>Exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Speculation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Calls for speculation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 48:16-49:2 | | 403<br>Exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Speculation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Excluded pursuant to Monsanto's MIL 1 and FRE 403 | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 49:4-13 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Speculation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 49:15-50:3 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Calls for speculation (49:21-50:3) | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 50:6-11 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 55:8-15 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 55:23-56:11 | 6 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Incomplete | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 56:13-20 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Misstates the record | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 56:22-57:5 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Misstates the testimony (57:2-5) | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 57:8-17 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Speculation (57:8-13)<br>Lack of personal knowledge (57:8-13) | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 57:19-25 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 58:3-11 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 58:13 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 59:13-17 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 59:20-24 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 62:22-24 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Argumentative | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 63:2-8 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lack of personal knowledge (63:2-8)<br>Speculation (63:2-8)<br>Misstates the testimony<br>Argumentative | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 72:10-14 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 72:24-73:4 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Vague | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 73:7-13 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Vague | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 73:15-18 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Vague | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 73:24-25 | 7 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 74:4-9 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 76:11-78:7 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 78:10-16 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 78:20-22 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 79:18-80:4 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 80:7-22 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation, vague | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 90:14-24 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 91:1-92:5 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation, argumentative | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 92:8-14 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Argumentative | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 92:17-24 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 93:3-6 | 8 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Incomplete<br>[NOTE: Response not designated] | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 93:23-94:3 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 94:7-15 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 95:3-8 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 95:11-15 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 95:18-96:11 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Calls for speculation, lacks foundation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 96:14-23 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Calls for speculation, lacks foundation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 96:25-97:2 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 98:2-4 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Misstates the record<br>Argumentative | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 98:7-11 | | 403 | | | any prejudice outweighed by probative value |
| 98:15-18 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 98:21 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 99:21-24 at "let's assume a" | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Incomplete<br>Calls for speculation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 100:2-15 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | 100:2-15<br>100:2-15<br>100:2-15<br>100:2-15<br>100:14-15 | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 100:18-24 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 101:16-102:2 | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 102:19-21 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation, calls for speculation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 102:24-103:5 | | 403<br>Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation, calls for speculation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 103:8-13 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation, calls for speculation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 105:1-12 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation | 105:1-12<br>105:1-12<br>105:1-12<br>105:1-12<br>105:9-12 | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 105:15-106:1 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation, argumentative, misstates the testimony (105:25-106:1) | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 106:4-14 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 111:21-25 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Misstates the record, lacks foundation<br>[NOTE: Withdrew question at 112:10-11] | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 112:3-4 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>[NOTE: Withdrew question at 112:10-11] | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 112:14-20 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>[NOTE: Didn't designate entire answer] | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 114:7-14 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 122:18-23 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Argumentative<br>Misstates the testimony, lacks foundation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 123:1-9 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Misstates the testimony, lacks foundation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 123:12-17 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 124:7-11 | 9 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Argumentative<br>Attorney testimony (124:7-9) | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 124:15-20 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 125:10-13 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 125:16-19 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 126:8-16 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 127:9-13 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Argumentative | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 127:15-23 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>[NOTE: Answer not designated] | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 128:3-5 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Calls for legal opinion | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 128:14-21 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Calls for legal opinion<br>[NOTE: complete answer not designated] | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 134:16-22 | 10 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Hearsay | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2; offered as non-hearsay |

| | | | | |
|---|---|---|---|---|
| 134:23-135:8 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Hearsay | | Conditional counter: 382:20-383:12; 384:16-385:15 | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 135:13-14 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation | | | any prejudice outweighed by probative value; IARC to be revisited phase 2 |
| 137:3-7 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Argumentative<br>Attorney testimony<br>Lacks foundation<br>Hearsay | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2; offered as non-hearsay |

| | | | | |
|---|---|---|---|---|
| 137:10-24 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Attorney Testimony<br>Lacks foundation<br>Argumentative | | any prejudice outweighed by probative value; IARC to be revisited phase 2 |
| 138:3-10 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Attorney Testimony<br>Lacks foundation<br>Argumentative | | any prejudice outweighed by probative value; IARC to be revisited phase 2 |
| 143:13-19 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Attorney testifying | | any prejudice outweighed by probative value; IARC to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 143:21-25 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC to be revisited phase 2 |
| 158:19-20 | 13 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Hearsay | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2; offered as non-hearsay |
| 158:22-159:1 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Hearsay | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2; offered as non-hearsay |

| | | | | | |
|---|---|---|---|---|---|
| 159:20-25 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Incomplete<br>Hearsay | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2; offered as non-hearsay |
| 160:7-21 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Hearsay | | Conditional counter: 392:12-393:9 | any prejudice outweighed by probative value; IARC decision to be revisited phase 2; offered as non-hearsay |
| 161:13-16 | | 403<br>Calls for speculation | | | any prejudice outweighed by probative value |
| 161:18-162:5 | | 403<br>May be excluded pursuant to Monsanto's MIL 7<br>Calls for speculation | | | any prejudice outweighed by probative value |
| 163:6-19 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Calls for speculation<br>Irrelevant<br>Argumentative<br>[NOTE: question isn't designated, only answer] | | | any prejudice outweighed by probative value; IARC to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 163:21-24 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>[NOTE: question isn't designated, only answer] | | | any prejudice outweighed by probative value; IARC to be revisited phase 2 |
| 164:13-14 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>lacks foundation | | | any prejudice outweighed by probative value; IARC to be revisited phase 2 |
| 164:16-19 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>lacks foundation | | | any prejudice outweighed by probative value; IARC to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 164:21-165:1 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>lacks foundation | | | any prejudice outweighed by probative value; IARC to be revisited phase 2 |
| 166:11-15 | | 403<br>Lacks foundation<br>Calls for speculation | | | any prejudice outweighed by probative value |
| 166:18-24 | | 403<br>Lacks foundation<br>Speculation | | | any prejudice outweighed by probative value |
| 167:1-9 | | 403<br>Speculation<br>Lacks foundation<br>Misstates the testimony | | | any prejudice outweighed by probative value |
| 167:12-22 | | 403<br>Lacks foundation<br>Speculation<br>Beyond the scope of the designated areas of testimony | | | any prejudice outweighed by probative value |
| 167:25-168:1 | | 403<br>Lacks foundation<br>Beyond the scope of the designated areas of testimony | | | any prejudice outweighed by probative value |
| 179:6-14 | 14 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 183:4-7 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 183:9-13 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 183:18 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>[NOTE: Question not designated, only answer] | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 187:11-15 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Hearsay | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2; offered as non-hearsay |

| | | | | |
|---|---|---|---|---|
| 201:16-20 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | any prejudice outweighed by probative value; let nothing go campaign not post use |
| 203:14-15 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation<br>Vague | Conditional counter: 385:15-386:20 | any prejudice outweighed by probative value; let nothing go campaign not post use |
| 203:17-204:1 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | any prejudice outweighed by probative value; let nothing go campaign not post use |
| 204:21-24 | 16 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay | Conditional counter: 387:3-20 | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 205:1-2 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 205:17-206:6 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 206:12-16 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 206:20-23 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 207:4-25 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Excluded pursuant to Monsanto's MIL 4.1 and PTO 78 | | any prejudice outweighed by probative value |
| 211:6-211:11 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Attorney testimony<br>Hearsay<br>Argumentative<br>Lacks foundation | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 211:14-22 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lack of foundation<br>Hearsay | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 211:24-212:10 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Incomplete<br>Excluded pursuant to Monsanto's MIL 4.1 and PTO 78 | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 227:23-228:9 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Hearsay<br>Lacks foundation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 228:12-20 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 243:12-14 | | 403<br>Lacks foundation | | | |
| 244:4-6 | | 403<br>Lacks foundation | | | |
| 244:10-16 | 23 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | | |
| 245:2-11 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay<br>Argumentative | | | |
| 245:13-20 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Irrelevant, prejudicial<br>Hearsay<br>Calls for speculation | | | |
| 245:22-247:2 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Hearsay | | | |

| | | | | | |
|---|---|---|---|---|---|
| 247:12-20 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation<br>Misstates the evidence | | | |
| 247:23-248:4 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Irrelevant, prejudicial | | | |
| 248:7-24 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation<br>Argumentative | | 391:10-392:11 | |
| 249:6-16 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Assumes facts not in evidence<br>References other lawsuits<br>Lacks foundation<br>Argumentative | | 391:10-392:11 | |
| 249:19- 250:4 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation<br>Argumentative | | 391:10-392:11 | |
| 250:8-17 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | 391:10-392:11 | |
| 252:5-12 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation<br>Vague<br>Calls for scientific opinion/outside the scope | | 391:10-392:11 | any prejudice outweighed by probative value; may be introduced without violating MIL 7 |
| 252:14-24 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Attorney testimony<br>Lacks foundation<br>Vague<br>Calls for scientific opinion/outside the scope | | 391:10-392:11 | any prejudice outweighed by probative value; may be introduced without violating MIL 7 |
| 253:1-9 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | 391:10-392:11 | any prejudice outweighed by probative value; may be introduced without violating MIL 7 |
| 253:11-14 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value; may be introduced without violating MIL 7 |
| 255:12-16 | 24 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value; IARC response  to be revisited during phase 2 |
| 256:6-16 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value; IARC response  to be revisited during phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 261:7-17 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 261:19-23 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 263:1-4 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 263:6-18 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 263:21-25 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Vague | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 265:7-9 | | 403, Vague, calls for speculation | | | any prejudice outweighed by probative value |
| 265:12-19 | | 403, Vague, calls for speculation | | | any prejudice outweighed by probative value |
| 267:4-10 | 26 | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value |
| 268:16-23 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 269:2-9 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 269:11 at "Correct." | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Rule of completeness (answer continues to line 269:19) | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 276:23-277:3 | 27 | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 277:17-25 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 280:13-17 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 280:19-281:1 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 283:25-284:3 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 284:6-11 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |

| | | | | |
|---|---|---|---|---|
| 303:5-23 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 304:3-9 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 308:21-23 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 309:1-5 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Lacks foundation | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 310:25-311:2 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 311:5 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 319:6-18 | | 403<br>Exhibit, testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Incomplete designation | | any prejudice outweighed by probative value; IARC response to be revisited during phase 2 |
| 323:10-16 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | Conditional counter: 393:1-396:22 | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 323:18-22 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 324:9-12 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 324:14-18 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 324:22-325:19 | 36 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation<br>Rule of completeness | | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 326:4-13 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 327:10-14 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 327:19-20 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |

| | | | | |
|---|---|---|---|---|
| 328:4-9 | 37 | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Rule of completeness | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 329:2-5 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |
| 329:7-14 | | 403<br>Testimony, exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Lacks foundation | | any prejudice outweighed by probative value; IARC decision to be revisited phase 2 |