# EXHIBIT 16

**Plaintiffs' Affirmative Designations**

| Cite | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|
| Heydens 01/23/2017 | | | | | | |
| 9:3-7 | | | 368:19-376:2 | | | |
| 14:12-18:5 | | 403; Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks personal knowledge (16:23-17:7); References to IBT may be excluded pursuant to Monsanto's MIL 11.2 and PTO 81 (16:23-17:7) | | Any prejudice outweighed by probative value, IBT relevant to phase 2; IARC to be revisited phase 2; Outside scope of PTO 81 because Dr. Mucci relied upon ghostwritten article | | |
| 23:21-24 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | Any prejudice outweighed by probative value, IBT relevant to phase 2; IARC to be revisited phase 2; Outside scope of PTO 81 because Dr. Mucci relied upon ghostwritten article | | |
| 24:5-25:5 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | Any prejudice outweighed by probative value, IBT relevant to phase 2; IARC to be revisited phase 2; Outside scope of PTO 81 because Dr. Mucci relied upon ghostwritten article | | |
| 36:21-42:10 | | 403; exhibits/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; argumentative (40:5-7) | | Any prejudice outweighed by probative value, IBT relevant to phase 2; IARC to be revisited phase 2; Outside scope of PTO 81 because Dr. Mucci relied upon ghostwritten article | | |
| 44:8-47:23 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | Any prejudice outweighed by probative value, IBT relevant to phase 2; IARC to be revisited phase 2; Outside scope of PTO 81 because Dr. Mucci relied upon ghostwritten article | | |
| 48:4-7 | | 403 | | Any prejudice outweighed by probative value, | | |
| 81:1-85:18 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit contains hearsay | | Any prejudice outweighed by probative value; IARC to be revisited phase 2; conduct concerns article relied upon by Monsanto expert during Phase 1 | | |
| 97:16-101:11 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay; Calls for Speculation (100:2 - 13), lacks foundation (100:22-101:1) | | Related to IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes; intertek report relied upon by Dr. Mucci phase 1 | | |
| 102:2-106:16 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; argumentative (104:14-18); lacks foundation (104:14-18); hearsay | | being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair | | |
| 113:22-114:2 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; irrelevant to issues to be tried in Phase 2 | | Related to IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | |
| 114:21-119:14 | | 403; exhibits/testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay; calls for speculation (117:11-14) | | Related to IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | |
| 122:11-125:1 | | 403; exhibit/testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; argumentative and misstates the testimony (124:23-125:1) | | Related to IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair | | |
| 125:5-8 | | 403; testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; irrelevant to issues to be tried in Phase 2 | | Related to IARC conclusions regarding glyphosate and Roundup formulations being probable human carcinogens and in particular, causatively associated with inducing NHL, hence causation of NHL; related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | |
| 125:22-133:25 | | 403; exhibits/testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay; Attorney Testifying (129:13 - 20) | | related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; relied upon by Dr. Mucci; not unfairly prejudicial or probative value is not outweighed by unfair prejudice;non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | |
| 144:21-151:9 | | 403; exhibits/testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay (exhibit 18) | | related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions; relied upon by Dr. Mucci;s; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes; admission by party re: formulation playing a role in tumor promotion study | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 158:1-23 | | 403; exhibit/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for speculation (158:1-8) | 394:11-396:25 | related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions which Dr. Mucci relied upon; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | |
| 160:8-161:4 | | 403; exhibit/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay | | related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions which Dr. Mucci relied upon; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes; offered as non-hearsay | | |
| 166:25-168:20 | | 403; exhibit/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions which Dr. Mucci relied upon; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | |
| 170:14-175:22 | | 403; exhibits/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; Hearsay (171:3 - 172:5, 172:24 - 174:8); calls for speculation (174:18-20) | | related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions which Dr. Mucci relied upon; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | |
| 188:3-189:8 | | 403; exhibits/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions which Dr. Mucci relied upon; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | |
| 189:12-15 | | 403; exhibits/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | related to credibility of Monsanto hired "Independent" Expert Panel's refuting IARC conclusions which Dr. Mucci relied upon; not unfairly prejudicial or probative value is not outweighed by unfair prejudice; non-hearsay, falls within exceptions to FRE 803 and/or admissible for non-hearsay purposes | | |
| 190:11-12 | | 403; vague; lacks foundation | | not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | |
| 190:15-17 | | 403 | | any prejudice outweighd by probative value | | |
| 193:8-9 | | 403; lacks foundation (unclear what the question is referring to) | | any prejudice outweighd by probative value | | |
| 193:12-194:3 | | 403; lacks foundation (193:25-194:3); calls for speculation (193:25-194:3) | | any prejudice outweighd by probative value | | |
| 194:6-7 | | 403; lacks personal knowledge | | any prejudice outweighd by probative value | | |
| 194:23-195:2 | | 403; lacks personal knowledge; calls for speculation | | any prejudice outweighd by probative value | | |
| 195:5-11 | | 403; lacks personal knowledge; calls for speculation | | any prejudice outweighd by probative value | | |
| 195:14-197:5 | | 403; Lacks personal knowledge (196:13-15)(196:18 - 20) | | any prejudice outweighd by probative value | | |
| 197:15-17 | | 403 | | any prejudice outweighd by probative value | | |
| 197:20-198:16 | | 403; lacks foundation (198:14-16) | | . Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | |
| 198:19-199:2 | | 403 | | any prejudice outweighd by probative value | | |
| 199:8-200:2 | | 403 | | any prejudice outweighd by probative value | | |
| 200:5-18 | | 403 | | any prejudice outweighd by probative value | | |
| 200:22-23 | | 403; lacks foundation | | . Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | |
| 201:5-10 | | 403 | | any prejudice outweighd by probative value | | |
| 202:16-22 | | | | | | |
| 202:25-203:19 | | | | | | |
| 203:22-204:7 | | | | | | |
| 204:14-205:4 | | 403; hearsay | | any prejudice outweighd by probative value; offered as non-hearsay | | |
| 205:7-207:17 | | 403; hearsay | | any prejudice outweighd by probative value; offered as non-hearsay and/or falls under hearsay exception | | |
| 207:20-209:5 | | 403; Lack of Personal Knowledge (208:20 - 209:5) | | any prejudice outweighd by probative value; | | |
| 209:11-15 | | 403; lacks personal knowledge | | any prejudice outweighd by probative value; | | |
| 209:18-210:1 | | 403; lacks personal knowledge | | . Related to permitted Phase 1 causation issues it that it refutes the credibility of a study report circulated by Monsanto to regulatory agencies and relied upon by Monsanto's experts regarding glyphosate and/or Roundup's carcinogenicity; if not permitted pre-trial, plaintiffs reserve the right to add this testimony should Monsanto open the door during their opening statement or cross-examination of plaintiff experts; not unfairly prejudicial or probative value is not outweighed by unfair prejudice | | |
| 210:4-9 | | 403; lacks personal knowledge | | any prejudice outweighd by probative value | | |
| 210:12-211:4 | | 403; lacks personal knowledge | | any prejudice outweighd by probative value; | | |
| 213:6-14 | | 403; irrelevant to issues to be tried in Phase 2; hearsay | | any prejudice outweighd by probative value; offered as non-hearsay; relevant to ghostwriting | | |
| 214:3-10 | | 403; hearsay | 397:4-404:15; 404:18-22; 404:25-405:1 | any prejudice outweighd by probative value; offered as non-hearsay and/or falls under hearsay exception | | |
| 214:21-22 | | 403; hearsay | | any prejudice outweighd by probative value; offered as non-hearsay and/or falls under hearsay exception | | |

| Designation | Objection | (col3) | Range | (col5) | Counter/Notes | (col7) | Response |
|---|---|---|---|---|---|---|---|
| 215:15-24 | 403 | | | | any prejudice outweighd by probative value | | |
| 216:7-9 | 403 | | | | any prejudice outweighd by probative value | | |
| 216:23-217:4 | 403 | | | | any prejudice outweighd by probative value | | |
| 217:13-21 | 403 | | | | any prejudice outweighd by probative value | | |
| 217:25-218:5 | 403 | | | | any prejudice outweighd by probative value | | |
| 218:10-15 | 403 | | | | any prejudice outweighd by probative value | | |
| 218:18-22 | 403 | | | | any prejudice outweighd by probative value | | |
| 219:2-15 | 403; lacks personal knowledge and foundation (219:12-15) | | | | any prejudice outweighd by probative value | | |
| 219:18-220:22 | 403 | | | | any prejudice outweighd by probative value | | |
| 221:1-13 | 403 | | | | any prejudice outweighd by probative value | | |
| 221:17-222:10 | 403 | | | | any prejudice outweighd by probative value | | |
| 222:14-15 | 403 | | | | any prejudice outweighd by probative value | | |
| 222:17-23 | 403 | | | | any prejudice outweighd by probative value | | |
| **Heydens 01/24/2017** | | | | | | | |
| | | | 289:19 - 306:6; 309:8-317:24 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position. Responsive to Plaintiffs' Knezevich & Hogan designations, among other topics. |
| | | | 318:3 - 320:25 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not proper subject of Phase 1; hearsay--no EPA witness to lay foundation and undergo cross-examination | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701. Responsive to Plaintiffs' Knezevich & Hogan designations, among other topics. |
| | | | 321:3 - 15 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not proper subject of Phase 1; hearsay--no EPA witness to lay foundation and undergo cross-examination | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701. Responsive to Plaintiffs' Knezevich & Hogan designations, among other topics. |
| | | | 321:18 - 339:3 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not proper subject of Phase 1; hearsay--no EPA witness to lay foundation and undergo cross-examination | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701. Responsive to Plaintiffs' IARC-related and Knezevich & Hogan designations, among other topics. |
| | | | 343:24- 344:23 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not proper subject of Phase 1; hearsay--no EPA witness to lay foundation and undergo cross-examination | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701. Responsive to Plaintiffs' IARC-related designations, among other topics |
| | | | 345:5 - 348:20 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not proper subject of Phase 1; hearsay--no EPA witness to lay foundation and undergo cross-examination | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701. Responsive to Plaintiffs' IARC-related designations, among other topics |
| | | | 348:24 - 359:21; 365:12-368:18; 376:8-394:9 | | Improper as a counter designation--it is not counter to a plaintiff designation, it is actually a designation of a Monsanto employee--if Monsanto wishes to elicit this testimony, it can call Dr. Heydens live; cumulative; irrelevant; not designated or qualified as an expert, but being used to improperly review and render opinions regarding scientific studies | | Proper counter designation to affirmative designation by plaintiffs – Monsanto is not affirmatively offering testimony by Dr. Heydens and disputes plaintiffs' listed position; Relevant and factors in 403 do not outweigh probative value of testimony; witness testifying pursuant to FRE 701. Responsive to Plaintiffs' IARC-related designations, among other topics |
| 410:19-417:25 | 403; exhibit/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | | any prejudice outweighd by probative value; intertek paper at issue during phase 2 because Dr. Mucci relied upon intertek/ghostwritten article | | |
| 418:5-25 | 403; exhibit/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | | any prejudice outweighd by probative value; intertek paper at issue during phase 2 because Dr. Mucci relied upon intertek/ghostwritten article | | |
| 419:3-23 | 403; exhibit/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | | any prejudice outweighd by probative value; intertek paper at issue during phase 2 because Dr. Mucci relied upon intertek/ghostwritten article | | |
| 420:2-11 | 403; exhibit/ testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | | any prejudice outweighd by probative value; intertek paper at issue during phase 2 because Dr. Mucci relied upon intertek/ghostwritten article | | |
| 420:14-421:4 | 403;  References to IBT may be excluded pursuant to Monsanto's MIL 11.2 and PTO 81 (420:25-421:4) | | | | any prejudice outweighd by probative value; IBT relevant phase 2 | | |
| 421:7-25 | 403;  References to IBT may be excluded pursuant to Monsanto's MIL 11.2 and PTO 81 | | | | any prejudice outweighd by probative value; IBT relevant phase 2 | | |
| 422:3-18 | 403;  References to IBT may be excluded pursuant to Monsanto's MIL 11.2 and PTO 81 | | | | any prejudice outweighd by probative value; IBT relevant phase 2 | | |
| 422:21-423:25 | 403;  References to IBT may be excluded pursuant to Monsanto's MIL 11.2 and PTO 81 | | | | any prejudice outweighd by probative value; IBT relevant phase 2 | | |
| 425:11-426:23 | 403 | | | | | | |
| 427:1-2 | 403 | | | | any prejudice outweighed by probative value of testimony | | |
| 427:8-24 | 403 | | | | any prejudice outweighed by probative value of testimony | | |

| | | | | |
|---|---|---|---|---|
| 428:2-9 | 403 | | any prejudice outweighed by probative value of testimony | |
| 429:2-3 | 403 | | any prejudice outweighed by probative value of testimony | |
| 429:6-9 | 403 | | any prejudice outweighed by probative value of testimony | |