# EXHIBIT 17

| Plaintiffs' Affirmative Designations | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cite | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| Jenkins 03/21/2017 | | | | | | | | | |
| 8:12-13 | | | | | | | | | |
| 12:1-2 | | | | | | | | | |
| 12:4-6 | | | | | | | | | |
| 12:8-11 | | | | | | | | | |
| 13:1-12 | | | | | | | | | |
| 13:14-17 | | | | | | | | | |
| 14:18-21 | | | | | | | | | |
| 16:8-21 | | | | | | | | | |
| 35:15-41:9 | 2 | Hearsay; Exhibit 2: hearsay, lacks foundation; 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | 24:4 - 12; 26:14 - 28:2; 30:6-19; 41:10 - 43:8; 49:6 - 25; 51:5-53:4; 102:20-103:19; | Relevant to Phase 1; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; factors in FRE 403 do not outweigh probative value of testimony | May not be releavnt to Phase 1; Vague; lacks foundation; Monsanto objected to much of thes counters in deposition; incompleet hypothetcial; foreign regulations | 28:15-16; 30:21-23; 30:25-31:18; 32:8-14; 43:15-44:10; 46:19-47:2; 57:2-3; 57:5-8; 62:10-63:7; 63:10-24; 64:1-15; 76:5-77:4; 80:2-7; 80:10-22; 81:6-9; 141:9-17; 141:20-142:23; 156:17-18; 156:21-157:1 | Counter is relevant to affirmative designation and witness is testfying pursuant to FRE 701 and personal knowledge | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | 30:21-23: no objection; 30:25-31:18 relevant to influence w/ EPA in phase 2; 32:8-14 relevant to influence w/ EPA in phase 2; 43:15-44:10 foundation & relevant to influence w/ regulatory agencies in phase 2; 46:19-47:2 relevant to influence w/ regulatory agencies in phase 2; 57:2-3 relevant to influence w/ regulatory agencies in phase 2, relevant to Monsanto's knowledge of ASTDR; 62:10-24 not offered as hearsay falls within exception to 803, relevant to influence w/ regulatory agencies phase 2; 63:9-24 not offered as hearsay falls within exception to 803, relevant to influence w/ regulatory agencies phase 2; 65:1-15 not offered as hearsay falls within exception to 803, relevant to influence w/ regulatory agencies phase 2: 76:5-77:4 prejudice outweighed by probative value, relevant to influence w/ regulatory agencies phase 2: 80:2-7 prejudice outweighed by probative value, relevant to influence w/ regulatory agencies phase 2: 81:6-9 prejudice outweighed by probative value, relevant to influence w/ regulatory agencies phase 2: 141:9-17 prejudice outweighed by probative value, relevant to influence w/ regulatory agencies phase: 141:20-142:23 prejudice outweighed by probative value, relevant to influence w/ regulatory agencies phase 2: 156:17-18 prejudice outweighed by probative value |
| 58:14-62:4 | 3 | Hearsay (58:14-15); 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; Exhibit 3: contains hearsay, hearsay within hearsay | 56:16-25 | Relevant to Phase 1; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; factors in FRE 403 do not outweigh probative value of testimony | vague; lacks foundation | Exhibits 7-3, 7-4 | Counter is relevant to affirmative designation and witness is testfying pursuant to FRE 701 and personal knowledge | Exhibit 7-3: exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; 403; Exhibit 7-4: exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; 403 | |
| 64:16-74:25 | 5 | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for legal conclusion (70:13-20); calls for legal conclusion (71:13-20); lack of personal knowledge (74:19-74:3); Exhibit 5: contains hearsay, hearsay within hearsay | 101:9 - 102:1 | Relevant to Phase 1; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; factors in FRE 403 do not outweigh probative value of testimony | Vague; lacks foundation; | | | | |
| 181:17-182:3 | 16 | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; foundation (181:17-182:3); exhibit 16: contains hearsay, lacks foundation | | Relevant to Phase 1; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; factors in FRE 403 do not outweigh probative value of testimony | | | | | |
| 183:20-190:13 | 18 | 403; exhibits/testimony are inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibits 18:, 19 contains hearsay | 155:7 - 20; 173:12 - 25 | Relevant to Phase 1; witness testifying pursuant to FRE 701; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes; factors in FRE 403 do not outweigh probative value of testimony | Foreign regulations; | | Counter is relevant to affirmative designation; does not violate PTO 81 regarding foreign regulations | | |