# EXHIBIT 18

| Plaintiffs' Affirmative Designations | | | | | | |
|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Objection Cite | Monsanto's Counters | Plaintiffs' Responses to Objections |
| McClellan 02/06/2019 | | | | | | |
| 11:14-18 | | | | | | |
| 191:25-192:5 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 192:7-8 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 192:10-193:2 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 194:5-8 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 194:25-195:15 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; vague (195:13-15); assumes facts not in evidence (195:13-15) | | 319:2-321:9; 330:18-25; 331:6-16 | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 195:17-22 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | 319:2-321:9; 330:18-25; 331:6-16 | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 260:11-14 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 260:16-261:8 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 263:10-16 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 263:21-264:2 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 265:1-23 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 266:5-21 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | 319:2-321:9; 330:18-25; 331:6-16 | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |

| | | | | | | |
|---|---|---|---|---|---|---|
| 267:2-8 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for speculation; lack of foundation. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 267:11-23 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for speculation; lack of foundation. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 274:2-8 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 274:12-25 | | | 403; hearsay; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 275:15-276:5 | | | 403; hearsay; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |
| 276:19-21 | | | 403; hearsay; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | | any prejudice outweighed by probative value; Dr. Mucci relied upon review article at issue therefore outside scope of PTO 81; non-hearsay and/or offered under hearsay exception |