# EXHIBIT 1

**Plaintiffs' Affirmative Designations**

| Cite | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|
| **Heering 02/22/2017** | | | | | | |
| 10:9-10:15 | | | | | | |
| 11:13-11:19 | | | | relevant to establish background | | |
| 23:22-24:3 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | 19:18-20:22 | any prejudice outweighed by probative value; relevant if EPA and/or IARC evidence is admitted | 401 | Relevant to witness's role, job responsibilities, and scope of knowledge. If Plaintiff insists that this testimony is admissible, then certainly information about the witness's job and the limits of his knowledge about the topics Plaintiffs asked him about is also relevant and admissible. |
| 24:6-24:7 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | 19:18-20:22 | any prejudice outweighed by probative value; relevant if EPA evidence is admitted | 401 | Relevant to witness's role, job responsibilities, and scope of knowledge. If Plaintiff insists that this testimony is admissible, then certainly information about the witness's job and the limits of his knowledge about the topics Plaintiffs asked him about is also relevant and admissible. |
| 24:24-25:18 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | 19:18-20:22 | relevant phase 2 to show EPA interactions | 401 | Relevant to witness's role, job responsibilities, and scope of knowledge. If Plaintiff insists that this testimony is admissible, then certainly information about the witness's job and the limits of his knowledge about the topics Plaintiffs asked him about is also relevant and admissible. |
| 29:23-30:6 | 6-1 | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 30:19-30:25 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 31:8-31:17 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 31:20-31:21 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 31:23-31:25 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 | | |
| 34:10-34:17 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | 34:18-19, 34:22-35:10 | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | foundation; 401 | Relevant to the very document being shown to the witness and to understanding the witness's role and responsibilities. Moreover, Plaintiff seems to think the metadata establishes enough of a foundation to ask the witness about the document in the first place. |
| 61:10-61:18 | | 403; vague | 61:22-62:6 | relevant phase 2 | foundation; 401 | Directly relevant to the question being asked. Witness is entitled to resist the characterization built into counsel's question. The same foundation exists for this answer as the answer provided at lines 14-18. |
| 64:20-65:15 | 6-4 | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 66:24-67:4 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; vague; assumes facts not in evidence | | relevant phase 2 | | |
| 67:9-68:1 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2, any prejudice outweighed by probative value | | |
| 69:21-70:1 | 6-5 | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 70:14-71:16 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation, assumes facts not in evidence, rule of completeness | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 71:19-72:2 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 77:10-77:12 | 6-7 | Irrelevant; 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; exhibit also contains impermissible references to Prop 65. | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 77:20-78:5 | | Irrelevant; 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; exhibit also contains impermissible references to Prop 65. | | relevant phase 2, any prejudice outweighed by probative value | | |
| 78:14-78:21 | | Irrelevant; 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; exhibit also contains impermissible references to Prop 65; Misstates the record (78:19-21) | | relevant phase 2 to show knowledge, liability | | |
| 78:24-79:8 | | Irrelevant; 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; exhibit also contains impermissible references to Prop 65. | | relevant phase 2 to show knowledge, liability | | |
| 79:13-79:15 | | Irrelevant; 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; exhibit also contains impermissible references to Prop 65. | | relevant phase 2 to show liability, any prejudice outweighed by probative value | | |
| 79:18-80:24 | | Irrelevant; 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; exhibit also contains impermissible references to Prop 65. | | relevant phase 2 for liability, any prejudice outweighed by probative value | | |
| 81:7-81:23 | | Lacks foundation; vague | | relevant phase 2 to show liability, any prejudice outweighed by probative value; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 82:2-82:25 | 6-8 | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit contains hearsay | | | | |
| 83:3-83:7 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; hearsay | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 83:11-84:3 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; hearsay; incomplete designation | 84:4-10 | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | incomplete | Incomplete because Monsanto is correcting Plaintiff's incomplete affirmative designation. The counters provided by Monsanto are the parts of the answer Plaintiff failed to designate or intentionally omitted. |
| 84:11-84:17 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; assumes facts not in evidence; misstates the record | 85:8-11 | relevant phase 2, witness familiar with EPA/monsanto interactions | incomplete | Incomplete because Monsanto is correcting Plaintiff's incomplete affirmative designation. The counters provided by Monsanto are the parts of the answer Plaintiff failed to designate or intentionally omitted. |

| Designation | Col2 | Objection | Counter | Counter-Description | Col6 | Objection to Counter | Response |
|---|---|---|---|---|---|---|---|
| 84:21-85:7 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; incomplete designation | 85:8-11 | relevant phase 2, | incomplete | | Incomplete because Monsanto is correcting Plaintiff's incomplete affirmative designation. The counters provided by Monsanto are the parts of the answer Plaintiff failed to designate or intentionally omitted. |
| 85:16-86:8 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; misstates prior testimony and record | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 86:18-87:13 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; misstates the record.  In addition, per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; any prejudice outweighed by probative value | | | |
| 87:18-87:24 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; misstates the record. | | relevant phase 2, any prejudice outweighed by probative value | | | |
| 89:8-89:15 | | Incomplete designation | 89:16-17 | relevant phase 2 for liability, any prejudice outweighed by probative value; relevant if EPA comes in | | | |
| 89:21-89:22 | 6-9 | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 to show liability, any prejudice outweighed by probative value; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 90:11-90:15 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2 to show liability, any prejudice outweighed by probative value; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 90:18-91:13 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 to show liability, any prejudice outweighed by probative value; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 91:21-92:5 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 92:8-92:23 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 to show liability, any prejudice outweighed by probative value; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 93:2-93:22 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 to show liability, any prejudice outweighed by probative value; Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | | |
| 96:4-96:7 | | | | relevant phase 2, relevant to show bias, impeachment | | | |
| 96:10-96:15 | | | | relevant phase 2, relevant to show bias, impeachment | | | |
| 102:7-102:10 | | | | relevant phase 2 | | | |
| 105:21-106:10 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.  In addition, per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | relevant phase 2 for liability, any prejudice outweighed by probative value; relevant if EPA evidence admitted | | | |
| 107:6-107:9 | 6-11 | 403; lacks foundationtestimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.  In addition, per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; relevant if EPA evidence admitted | | | |
| 107:12-107:13 | | 403; lacks foundationtestimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.  In addition, per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | 108:5-17 | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; relevant if EPA evidence admitted | | 401 | Directly relevant to questions posed to witness on p. 107 about the metadata. |
| 107:15-107:17 | | 403; lacks foundationtestimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.  In addition, per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | 108:5-17 | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; relevant if EPA evidence admitted | | 401 | Directly relevant to questions posed to witness on p. 107 about the metadata. |
| 110:21-111:1 | | Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value | | | |

| Range | | Objection | Counter | Response |
|---|---|---|---|---|
| 111:4-111:12 | | Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; irrelevant (111:10-12) | | relevant phase 2, any prejudice outweighed by probative value |
| 111:15-111:22 | | Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; irrelevant (111:15-16); lacks foundation (111:18-22); calls for speculation (111:18-22); argumentative (111:18-22) | | relevant phase 2 for liability, any prejudice outweighed by probative value |
| 112:4-112:12 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, relevant for liability, any prejudice outweighed by probative value |
| 112:16-112:23 | 6-12 | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit contains hearsay | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 113:14-114:3 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 114:24-114:25 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 115:5-115:15 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; argumentative | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; any prejudice outweighed by probative value |
| 115:18-115:25 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; incomplete designation | 116:1-10 | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; any prejudice outweighed by probative value |
| 116:21-117:6 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 117:11-117:17 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, witness has personal knowledge |
| 117:21-117:24 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, witness has personal knowledge |
| 119:22-120:5 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; vague; irrelevant; calls for speculation | | relevant if EPA evidence admitted |
| 120:8-120:18 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 for liability, witness has personal knowledge |
| 123:2-123:19 | 6-13 | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit contains hearsay | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 124:17-124:25 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 125:3-125:24 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; foundation (125:20-24), misstates the record (125:20-24) | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 126:3-126:4 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 |
| 127:2-127:3 | 6-14 | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 |
| 127:21-129:14 | 6-14 | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value |
| 129:20-130:9 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; misstates the record (130:6-9), assumes facts not in evidence (130:6-9), calls for speculation (130:6-9) | 131:20-24; 132:11-18 | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value |
| 130:13-130:20 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; misstates the record, calls for speculation, assumes facts not in evidence, lacks foundation | 131:20-24; 132:11-18 | relevant phase 2, any prejudice outweighed by probative value, witness has personal knowledge of interactions with EPA and Monsanto responses to EPA |
| 131:3-131:10 | | 403; testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; | 131:20-24; 132:11-18 | relevant phase 2 for liability, any prejudice outweighed by probative value |
| 134:1-134:4 | | Lacks foundation; vague | | relevant phase 2 |
| 134:7-134:15 | | Lacks foundation; vague; misstates the record; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; | | relevant phase 2 |
| 134:18-134:23 | | Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation, vague | | relevant phase 2 |
| 135:7-135:10 | | Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation, vague | | relevant phase 2, witness has personal knowledge of Monsanto interactions/responses to EPA |
| 135:13-135:15 | | Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation, vague | | relevant phase 2 |
| 135:19-135:24 | 6-15 | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes |
| 136:5-136:16 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; misstates the record | | relevant phase 2, relevant re: liability, relevant if EPA comes in |
| 136:19-136:24 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, relevant re: liability, relevant if EPA comes in |
| 137:4-137:12 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; relevant to EPA interactions |
| 137:17-138:1 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value |
| 138:7-138:17 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; attorney testifying (138:13-17); misstates the record (138:13-17) | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes; any prejudice outweighed by probative value |
| 138:21-139:16 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; misstates the record, lacks foundation, calls for speculation (139:13-16) | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, witness has personal knowledge |
| 139:21-140:6 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; argumentative (140:1-6) | | relevant phase 2 for liability, any prejudice outweighed by probative value |
| 140:9-140:14 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; | | relevant phase 2 |

| | | | | | |
|---|---|---|---|---|---|
| 142:17-143:3 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 | |
| 143:24-145:25 | 6-16 | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; misstates record (144:4-9) (144:14-17) | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, document not misstated, relevant to phase 1 for differences between glypohsate and formulated Roundup | |
| 146:3-146:10 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation, misstates the record (146:8-10) | | relevant phase 2; witness aknowledges that Monsanto did have document prior to publication | |
| 146:15-148:13 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; assumes facts not in evidence, vague | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, | |
| 148:16-149:5 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; assumes facts not in evidence; calls for speculation (149:2-5) | | relevant phase 2, witness has personal knowledge of instances where Monsanto obtained documents prior to publication | |
| 149:9-149:14 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; assumes facts not in evidence; vague | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 149:20-150:16 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; Attorney testifying; lacks foundation; misstates the record (150:8-16) | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, document not misstated, | |
| 150:21-150:23 | | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; rule of completeness | 150:24-151:5 | relevant phase 2, complete with monsanto's counters | |
| 151:24-152:1 | | 403; lacks foundation, assumes facts not in evidence | | relevant phase 2, | |
| 152:4-152:6 | | 403; lacks foundation | | relevant phase 2 | |
| 152:8-152:12 | | Testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2 | |
| 153:6-154:5 | 6-17 | 403; Testimony/exhibit is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; exhibit contains hearsay; hearsay (153:17-154:5). | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, witness has personal knowledge | |
| 154:15-154:22 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | relevant phase 2 | |
| 154:25-155:1 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | relevant phase 2 | |
| 155:4-155:7 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; misstates the record. | | relevant phase 2, any prejudice outweighed by probative value | |
| 155:13-155:15 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | relevant phase 2 | |
| 156:16-156:18 | 6-18 | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 157:19-158:16 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, document produced by monsanto from witness's custodial file | |
| 158:21-158:25 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; rule of completeness | 158:25-159:1 | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, complete with monsanto's counters | |
| 159:3-159:8 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; attorney testifying | | relevant phase 2 | |
| 159:11-159:24 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 for liability, any prejudice outweighed by probative value, 159:22-24 refers to witnesses previous answer | |
| 160:5-160:6 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant to phase 2, any prejudice outweighed by probative value, relevant re: epa influence | |
| 160:8-160:10 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant to phase 2, any prejudice outweighed by probative value, relevant re: epa influence | |
| 160:14-160:15 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant to phase 2 | |
| 160:17-161:4 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 162:19-163:10 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value | |
| 163:25-164:15 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; incomplete designation | | | |
| 164:19-164:20 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 | |
| 164:22-165:5 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; argumentative (165:3-5) | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value | |
| 165:10-166:9 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value | |
| 167:12-167:20 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; argumentative | | | |
| 167:24-168:4 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; attorney testifying (168:1-4) | | | |
| 169:5-169:19 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for speculation | | | |
| 170:15-170:21 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | |
| 171:2-171:4 | | | | relevant phase 2, relevant for epa influence | |
| 171:10-171:11 | | | | relevant phase 2, relevant for epa influence | |
| 171:13-171:16 | | | | relevant phase 2, relevant for epa influence | |
| 172:1-172:5 | | | | relevant phase 2, relevant for epa influence | |
| 172:11-172:18 | | | | relevant phase 2, relevant for epa influence | |
| 173:1-173:4 | | | | relevant phase 2, relevant for epa influence | |

| | | | | | |
|---|---|---|---|---|---|
| 173:9-173:11 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; assumes fact not in the record, lacks personal knowledge | | | |
| 173:17-173:19 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | |
| 175:12-175:17 | 6-19 | 403; exhibit; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 176:1-177:11 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay (176:1-10) (176:16-177:11) | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 177:15-178:11 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay (177:15-178:8); lacks foundation (178:9-11), assumes facts not in evidence (178:9-11) | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, prejudice outweighed by probative value | |
| 178:14-178:22 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for speculation, argumentative (178:19-22); irrelevant, prejudicial | | | |
| 178:25-179:1 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; rule of completeness, calls for speculation | 178:25-179:3 | | |
| 179:10-179:20 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay (179:10-16); lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, prejudice outweighed by probative value | |
| 179:23-180:12 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for speculation; hearsay (180:4-8), lacks foundation (180:10-12); irrelevant, prejudicial | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, prejudice outweighed by probative value | |
| 180:15-180:17 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay | | relevant phase 2, relevant for liability, any prejudice outweighed by probative value | |
| 180:19-180:24 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay | | relevant phase 2, relevant for liability, any prejudice outweighed by probative value | |
| 181:9-181:20 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay | | | |
| 182:4-182:8 | 6-20 | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; Exhibit is hearsay | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 182:10-182:20 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay; lacks foundation (182:17-20); misstates the record (182:17-20), attorney testifying (182:17-20) | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, prejudice outweighed by probative value | |
| 182:24-183:5 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay, lacks foundation, lacks personal knowledge | | | |
| 183:17-183:25 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes | |
| 184:5:185:4 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay (184:21-185:2); lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, prejudice outweighed by probative value | |
| 185:15-185:22 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation, lacks personal knowledge | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, prejudice outweighed by probative value | |
| 185:24-186:11 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay (186:2-7); lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, prejudice outweighed by probative value | |
| 186:18-187:19 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay, lacks foundation, lacks personal knowledge | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, prejudice outweighed by probative value | |
| 188:8-188:18 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relvant to phase 2, any prejudice outweighed by probative value | |
| 188:23-189:2 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 | |
| 190:7-190:19 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, relevant to liability | |
| 190:22-191:1 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2 | |
| 202:7-203:16 | 6-22 | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay; calls for speculation, lacks foundation | | | |
| 203:19-203:25 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | | |
| 204:10-205:11 | 6-23 | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant to phase 2, liability | |
| 205:16-206:11 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; irrelevant, lacks foundation, misstates the record (206:7-11); argumentative (206:7-11) | | relevant to phase 2 | |
| 206:17-207:3 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation (206:25-207:3), argumentative (206:25-207:3) | | relevant to phase 2 | |
| 207:6-208:6 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, liability/ghostwriting | |
| 211:6-211:9 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; rule of completeness | 211:12 | relevant phase 2, complete with monsanto's counters | |
| 211:14-212:3 | | 403; testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; irrelevant | | relevant to phase 2, liability/ghostwriting | |
| 213:8-214:2 | 6-24 | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value | |
| 214:13-214:18 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for speculation, lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value | |

| Designation | Ex. | Defendant's Objections | | Plaintiff's Response | |
|---|---|---|---|---|---|
| 214:22-215:10 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay (214:22-215:5); calls for speculation (214:22-215:5); lacks foundation (214:22-215:5); irrelevant, prejudicial | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value, witness has personal knowledge | |
| 216:2-216:12 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; irrelevant, prejudicial | | relevant phase 2, any prejudice outweighed by probative value | |
| 216:15-216:19 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct | | relevant phase 2, any prejudice outweighed by probative value | |
| 216:23-216:25 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation; misstates the testimony | | relevant phase 2, any prejudice outweighed by probative value | |
| 217:3-217:7 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; irrelevant, prejudicial, lacks foundation, misstates the testimony | | relevant phase 2, any prejudice outweighed by probative value | |
| 217:11-218:6 | 6-25 | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; exhibit contains hearsay; lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value | |
| 218:10-218:17 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; irrelevant | | relevant phase 2 | |
| 220:15-221:18 | 6-27 | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; lacks foundation | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, | |
| 222:17-224:23 | 6-28 | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; hearsay (223:1-224:2); lacks foundation; calls for speculation; exhibit contains impermissible references to Prop 65 | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, any prejudice outweighed by probative value | |
| 224:25-225:11 | | 403; exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct; calls for speculation, lacks foundation; references to Proposition 65 are excluded pursuant to Monsanto's MIL 8 and PTO 81 | | relevant phase 2, Non-hearsay, falls within exception in FRE 803 and/or admissible for non-hearsay purposes, | |