# EXHIBIT 2

**Plaintiffs' Affirmative Designations**

| Cite | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|
| **Manchester (CropLife America) 02/08/2019* *** | | | | | | |
| 12:2-5 | | 403 | | not prejudicial, any prejudice outweighed by probative value | | |
| 12:17-21 | | 403 | | not prejudicial, any prejudice outweighed by probative value | | |
| 12:24-13:8 | | 403 | | not prejudicial, any prejudice outweighed by probative value | | |
| 13:14-18 | | 403; Misstates the record | Conditional counters: 13:9-13; 13:19-14:1; 458:19-459:7; 459:20-460:7 | not prejudicial, any prejudice outweighed by probative value | waste of time | Counter designations provide context to affirmative designations and clarify affirmative designation; not a waste of time |
| 14:12-15 | | 403; not relevant to issues to be tried in Phase 2 | | not prejudicial, any prejudice outweighed by probative value; relevant to foundation, background | | |
| 15:6-13 | | 403; not relevant to issues to be tried in Phase 2 | | not prejudicial, any prejudice outweighed by probative value; relevant to foundation, background | | |
| 17:9-10 | | 403; vague; not relevant to issues to be tried in Phase 2 | | not prejudicial, any prejudice outweighed by probative value; relevant to foundation, background | | |
| 17:12-24 | | 403; vague; not relevant to issues to be tried in Phase 2 | | not prejudicial, any prejudice outweighed by probative value; relevant to foundation, background | | |
| 19:4-6 | | 403; vague; not relevant to issues to be tried in Phase 2 | Conditional counter: 19:7-10 | not prejudicial, any prejudice outweighed by probative value; relevant to foundation, background | 401; 403 | Counter designation provides context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 19:21-23 | | 403; vague; Lacks foundation | Conditional counter: 458:19-459:7; 459:20-460:7 | not prejudicial, any prejudice outweighed by probative value | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 20:1-2 | | 403 | | not prejudicial, any prejudice outweighed by probative value | | |
| 20:5-10 | | 403; Hearsay (20:9-10); Lacks foundation (20:9-10) | Conditional counter: 458:19-459:7; 459:20-460:7 | not prejudicial, any prejudice outweighed by probative value | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 22:11-14 | 1 | 403; Hearsay; Lacks foundation | Conditional counter: 22:15-22 | not prejudicial, any prejudice outweighed by probative value; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 22:23-23:1 | 1 | 403; Lacks foundation; Assumes facts not in record | Conditional counter: 458:19-459:7; 459:20-460:7 | not prejudicial, any prejudice outweighed by probative value | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 23:3-12 | 1 | 403 | Conditional counter: 23:21-22, 24:1-13; 458:19-459:7; 459:20-460:7 | not prejudicial, any prejudice outweighed by probative value | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 24:14-21 | 1 | 403; Lacks foundation as to allegations regarding carcinogenicity of Roundup; Calls for speculation | Conditional counter: 458:19-459:7; 459:20-460:7 | not prejudicial, any prejudice outweighed by probative value | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 28:14-20 | 1 | 403; not relevant to issues to be tried in Phase 2 | | not prejudicial, any prejudice outweighed by probative value | | |
| 29:19-21 | 1 | 403; not relevant to issues to be tried in Phase 2; calls for speculation | | any prejudice outweighed by probative value; relevant to phase 2 claims; witness has personal knowledge or should reasonably be expected to have knowledge | | |
| 29:23-30:2 | 1 | 403; not relevant to issues to be tried in Phase 2; calls for speculation | | any prejudice outweighed by probative value; relevant to phase 2 claims; witness has personal knowledge or should reasonably be expected to have knowledge | | |
| 30:7-12 | 1 | 403; not relevant to issues to be tried in Phase 2; calls for speculation | | any prejudice outweighed by probative value; relevant to phase 2 claims; witness has personal knowledge or should reasonably be expected to have knowledge | | |
| 30:16-23 | 1 | 403; not relevant to issues to be tried in Phase 2; calls for speculation | | any prejudice outweighed by probative value; relevant to phase 2 claims; witness has personal knowledge or should reasonably be expected to have knowledge | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 30:24-31:3 | 1 | 403 | Conditional counter: 31:7-15 | | | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 34:18-20 | 1 | 403; vague; calls for speculation | | any prejudice outweighed by probative value | 401; 403 | |
| 34:22-35:8 | 1 | 403; Misstates the record (35:7-8) Lacks foundation | Conditional counter: 460:22-461:13; 462:13-463:17 | any prejudice outweighed by probative value; record not misstated | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 35:10-15 | 1 | 403 Lacks foundation (35:13-15) | Conditional counter: 460:22-461:13; 462:13-463:17 | any prejudice outweighed by probative value | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 35:17 | | 403 | Conditional counter: 460:22-461:13; 462:13-463:17 | any prejudice outweighed by probative value | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 37:17-20 | 2 | 403 Hearsay Lacks foundation as to document that was not generated by CropLife America Date of exhibit is 6/12/2012, and therefore exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | Conditional counter: 39:21-40:1; 42:4-6 | not prejudicial, any prejudice outweighed by probative value; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 38:9-16 | 2 | 403 Hearsay Lacks foundation as to document that was not generated by CropLife America Date of exhibit is 6/12/2012, and therefore exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | Conditional counter: 39:21-40:1; 42:4-6 | any prejudice outweighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 39:1-14 | 2 | 403 Hearsay Lacks foundation as to document that was not generated by CropLife America Date of exhibit is 6/12/2012, and therefore exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | Conditional counter: 39:21-40:1; 42:4-6 | any prejudice outweighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 40:21-41:8 | 2 | 403 Hearsay Lacks foundation as to document that was not generated by CropLife America Date of exhibit is 6/12/2012, and therefore exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | Conditional counter: 39:21-40:1; 42:4-6 | any prejudice outweighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |
| 41:15-16 | 2 | 403 Hearsay Lacks foundation as to document that was not generated by CropLife America Calls for speculation Argumentative Date of exhibit is 6/12/2012, and therefore exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | Conditional counter: 39:21-40:1; 42:4-6; 460:22-461:13; 462:13-463:17 | any prejudice outweighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 41:19-42:1 | 2 | 403 Hearsay Lacks foundation as to document that was not generated by CropLife America Calls for speculation Argumentative Date of exhibit is 6/12/2012, and therefore exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | Conditional counter: 39:21-40:1; 42:4-6; 460:22-461:13; 462:13-463:17 | any prejudice outweighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages; non-hearsay as falls within exception in FRE 803 and/or admissible for non-hearsay purposes | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 43:21-24 | 2 | 403<br>Vague | Conditional counter: 39:21-40:1; 42:4-6; 460:22-461:13; 462:13-463:17 | any prejudice outwighed by probative value | | |
| 44:2-4 | | 403 | 460:22-461:13; 462:13-463:17 | any prejudice outwighed by probative value | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 46:8-10 | | 403<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 46:11-14 | | 403<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 46:16-17 | | 403<br>Vague<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 46:19-24 | | 403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |

| | | | | | |
|---|---|---|---|---|---|
| 47:1-8 | | 403, argumentative, lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |
| 47:11-15 | | 403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |
| 71:5-8 | | 403<br>Attorney testifying | Conditional counter: 71:14-16; 71:18-23 | any prejudice outweighed by probative value | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 71:12 | | 403 | Conditional counter: 71:14-16; 71:18-23 | any prejudice outweighed by probative value | | |
| 72:1-3 | | 403 | | any prejudice outwighed by probative value | | |
| 74:16-18 | | 403<br>Lacks foundation<br>Vague<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |
| 74:20-75:4 | | 403<br>Lacks foundation<br>Vague<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |
| 75:7-8 | | 403 | | any prejudice outwighed by probative value | | |

| | | | | | |
|---|---|---|---|---|---|
| 75:17-24 | 5 | 403<br>Irrelevant<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |
| 76:16-77:5 | 5 | 403<br>Irrelevant<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |
| 78:3-10 | 5 | 403<br>Irrelevant<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |
| 78:13-15 | 5 | 403<br>Irrelevant<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 78:17-20 | 5 | 403<br>Irrelevant<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 80:24-83:6 | 5 | 403<br>Irrelevant<br>Lacks foundation<br>Mischaracterizes the document<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 83:9-15 | 5 | 403<br>Irrelevant<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 95:3-11 | 5 | 403<br>Irrelevant<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 95:20 | 5 | 403 | | any prejudice outwighed by probative value | | |
| 96:1-3 | | 403<br>Rule of completeness | | any prejudice outwighed by probative value | | |

| | | | | | |
|---|---|---|---|---|---|
| 96:12-15 | | 403<br>Rule of completeness | | | |
| 96:24-97:3 | 6 | 403; irrelevant; beyond the scope | | any prejudice outwighed by probative value; relevant to phase 2 claims | |
| 97:8-22 | 6 | 403; irrelevant; beyond the scope | | any prejudice outwighed by probative value; relevant to phase 2 claims | |
| 98:1-6 | 6 | 403; irrelevant; beyond the scope; rule of completeness (should include 97:24 which is beginning of witness's answer) | | any prejudice outwighed by probative value; relevant to phase 2 claims | |
| 100:4-9 | 6 | 403<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates to Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |
| 100:15-101:7 | 6 | 403<br>Lacks foundation<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |
| 101:10-11 | 6 | 403<br>Irrelevant<br>Calls for expert opinion<br>Beyond the scope of areas designated for testimony | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages; 701 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 101:16-22 | 6 | 403<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Irrelevant<br>Calls for expert opinion<br>Beyond the scope of areas designated for testimony | | any prejudice outwighed by probative value; relevant if EPA admitted in phase; relevant to punitive damages; 701 | |
| 102:12-103:17 | 6 | 403<br>Lacks foundation<br>Attorney testifying | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |
| 104:4-105:6 | 6 | 403<br>Lacks foundation<br>Attorney testifying<br>Calls for expert tesitmony<br>Beyond the scope of the deposition<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 105:17-106:1 | 6 | 403<br>Lacks foundation<br>Attorney testifying<br>Calls for expert tesitmony<br>Beyond the scope of the deposition<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Misstates the record (105:20-106:1)<br>Beyond the scope of designated areas of testimony | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 106:4-8 | 6 | 403 | Conditional counter: 106:11-15 | any prejudice outwighed by probative value | | |
| 110:9-14 | 6 | 403<br>Beyond the scope of designated areas of testimony | | any prejudice outwighed by probative value | | |
| 110:18-21 | 6 | 403<br>Attorney testifying<br>Lacks foundation | | any prejudice outwighed by probative value | | |
| 110:23-111:2 | 6 | 403<br>Irrelevant<br>Lacks foundation | | any prejudice outwighed by probative value; relevant to phase 2 claims | | |
| 111:6-9 | 6 | 403<br>Calls for expert opinion<br>Irrelevant<br>Lacks foundation | | any prejudice outwighed by probative value; relevant to phase 2 claims | | |
| 134:6-9 | 9 | 403<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 134:19-135:9 | 9 | 403<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 135:10-23 | 9 | 403<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |

| | | | | | |
|---|---|---|---|---|---|
| 135:24-136:9 | 9 | 403<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 136:13-138:6 | 9 | 403<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones.<br>Vague (137:7-10)<br>Misstates the record | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 138:8 | 9 | 403 | any prejudice outwighed by probative value | | |
| 138:16-23 | 9 | 403<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 139:1-17 | 9 | 403<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 139:18-21 | 9 | 403<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 139:23-24 | 9 | 403 | | any prejudice outwighed by probative value | | |
| 140:3-9 | 9 | 403<br>Irrelevant<br>Lacks foundation<br>Calls for speculation | | any prejudice outwighed by probative value; relevant to phase 2 claims; witness has personal knowledge or should reasonably be expected to have knowledge | | |
| 140:11-13 | 9 | 403<br>Irrelevant<br>Calls for speculation | | any prejudice outwighed by probative value; relevant to phase 2 claims; witness has personal knowledge or should reasonably be expected to have knowledge | | |
| 232:5-7 | | 403 | | any prejudice outwighed by probative value | | |
| 232:10-233:8 | | 403 | | any prejudice outwighed by probative value; | | |
| 233:10-14 | | 403<br>Lacks foundation<br>Misstates the record | Conditional counter: 233:16-24 | any prejudice outwighed by probative value | | |
| 233:16 | | 403<br>Rule of completeness | Conditional counter: 233:16-24 | any prejudice outwighed by probative value | | |
| 234:7 | 16 | 403<br>Lacks foundation<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 234:21-235:7 | 16 | 403<br>Lacks foundation<br>Attorney testifying<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | Conditional counter: 235:8-12 | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 235:13-235:22 | 16 | 403<br>Attorney testifying<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Misstates the witness's testimony (235:20-22) | Conditional counter: 236:10-12 | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 236:1-2 | 16 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 236:5-8 | 16 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 236:13-15 | 16 | 403<br>Lacks foundation<br>Misstates the witness's testimony<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | Conditional counter: 236:10-12 | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 236:18 | 16 | 403<br>Lacks foundation<br>Misstates the witness's testimony<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 236:20-22 | 16 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 237:1-2 | 16 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 237:6-9 | 16 | 403<br>Misstates the witness's testimony<br>Attorney testifying<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | Conditional counter: 236:10-12; 237:4-5 | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 237:21-238:15 | 16 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 249:18-23 | 17 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 250:9-12 | 17 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 250:13-16 | 17 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 252:5-9 | 17 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Rule of completeness | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; relevant to punitive damages | | |
| 252:13-253:1 | 17 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value | | |
| 254:9-11 | 17 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Lacks foundation<br>Prejudicial<br>Calls for speculation<br>Misstates the record | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; witness has or is reasonably expected to have personal knowledge | | |
| 254:13-21 | 17 | 403<br>Not relevant | Conditional counter: 255:2-6 | any prejudice outwighed by probative value; relevant to phase 2 claims | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 255:8-12 | 17 | 403<br>Not relevant<br>Lacks foundation<br>Prejudicial<br>Argumentative<br>Attorney testifying<br>Misstates the record | Conditional counter: 255:17-23; 278:9-14 | any prejudice outwighed by probative value; relevant to phase 2 claims | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 255:14 | 17 | 403<br>Not relevant | Conditional counter: 255:17-23; 278:9-14 | any prejudice outwighed by probative value; relevant to phase 2 claims | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |

| | | Objections | Counter | Response | | Counter Response |
|---|---|---|---|---|---|---|
| 275:4-7 | | 403<br>Not relevant<br>Lacks foundation<br>Prejudicial<br>Argumentative, beyond the scope of deposition | | any prejudice outwighed by probative value; relevant to phase 2 claims | | |
| 275:11-17 | | 403<br>Not relevant<br>Lacks foundation<br>Prejudicial | | any prejudice outwighed by probative value; relevant to phase 2 claims | | |
| 275:22-276:13 | | 403<br>Not relevant<br>Lacks foundation<br>Prejudicial<br>Argumentative<br>Asked and answered<br>Calls for expert opinion | | any prejudice outwighed by probative value; relevant to phase 2 claims | | |
| 278:17-20 | | 403<br>Not relevant<br>Lacks foundation<br>Prejudicial<br>Argumentative<br>Asked and answered<br>Attorney testifying | Conditional counter: 278:9-14 | any prejudice outwighed by probative value; relevant to phase 2 claims | 401; 403 | Counter designations provide context to affirmative designations and clarify affirmative designations; if affirmative designation is played, then counter designation is relevant to affirmative designation and factors in 403 do not outweigh probative value of counter designation |
| 279:4-12 | | 403<br>Not relevant | Conditional counter: 278:9-14 | any prejudice outwighed by probative value; relevant to phase 2 claims | | |
| 287:6-7 | 20 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | | |
| 288:5-21 | 20 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | | |

| | | | | | |
|---|---|---|---|---|---|
| 290:22-291:2 | 21 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | | |
| 291:19-292:18 | 21 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | | |
| 293:11-22 | 21 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial."  See PTO 81 at 1.  Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use.  Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science.  In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 294:1-7 | 21 | 403<br>Argumentative<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | | |
| 294:10-17 | 21 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | | |
| 297:22-298:6 | | 403<br>Lacks foundation<br>Assumes facts not in record<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Per PTO 81, the "Court will revisit how the evidence surrounding IARC's classification may be used during Phase 2 of the trial." See PTO 81 at 1. Monsanto objects to any testimony about IARC because the IARC decision post-dates Mr. Hardeman's Roundup use. Moreover, to the extent that the Court allows evidence of IARC to be admitted, then post-2012 evidence of foreign regulatory decisions must also be admitted to demonstrate the reasonableness of Monsanto's actions with respect to the Roundup warning in light of the existing science. In sum, the same standard should be applied to the IARC classification and all regulatory decisions, including EPA and foreign ones. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | | |
| 298:18-20 | 22 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | | |
| 298:23-299:14 | 22 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Calls for speculation (299:10-14) | | any prejudice outwighed by probative value; relevant to phase 2 claims; witness has personal knowledge or should reasonably be expected to have knowledge; relevant if EPA admitted in phase 2 | | |
| 299:16-300:17 | 22 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Calls for speculation (300:13-17) | | any prejudice outwighed by probative value; relevant to phase 2 claims; witness has personal knowledge or should reasonably be expected to have knowledge; relevant if EPA admitted in phase 2 | | |

| | | | | | |
|---|---|---|---|---|---|
| 300:19-301:4 | 22 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 301:21-302:11 | 22 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Mischaracterizes document<br>Calls for speculation | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2; witness has or is reasonably expected to have personal knowledge | |
| 302:16-18 | 22 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 302:22 | | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 303:9-14 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 303:24-304:4 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Attorney testifying | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 304:7-10 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Attorney testifying | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 305:1-23 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Attorney testifying | Conditional counter: 306:8-11 ("Croplife America holds . . .") | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 307:23-308:8 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Attorney testifying<br>Prejudicial<br>Calls for speculation (308:5-8) | | any prejudice outwighed by probative value; relevant to phase 2 claims; witness has personal knowledge or should reasonably be expected to have knowledge; relevant if EPA admitted in phase 2 | |
| 308:10-22 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 309:8-20 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Calls for speculation (309:16-20) | | any prejudice outwighed by probative value; relevant to phase 2 claims; witness has personal knowledge or should reasonably be expected to have knowledge; relevant if EPA admitted in phase 2 | |
| 309:22-310:17 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Argumentative (310:14-17)<br>Assumes facts not in record, misstates the testimony (310:14-17) | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 310:20-311:4 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct. | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 312:11-313:2 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Misstates the testimony and record | | any prejudice outwighed by probative value | |
| 313:5-13 | 23 | 403<br>Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.<br>Misstates the testimony and record | | any prejudice outwighed by probative value; relevant if EPA admitted in phase 2 | |
| 319:12-14 | | 403<br>Lacks foundation | | any prejudice outwighed by probative value | |
| 321:8-10 | | 403<br>Lacks foundation | | any prejudice outwighed by probative value | |
| 322:12-15 | | 403<br>Lacks foundation | | any prejudice outwighed by probative value | |
| 349:15-350:8 | 26 | 403<br>Lacks foundation<br>Assumes facts not in record (350:3-8) | | any prejudice outwighed by probative value | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 350:10-13 | 26 | 403 | | any prejudice outwighed by probative value | | |
| 350:20-21 | 27 | 403 | | any prejudice outwighed by probative value | | |
| 351:4-17 | 27 | 403 | | any prejudice outwighed by probative value | | |
| 351:22-352:13 | 27 | 403 | | any prejudice outwighed by probative value | | |
| 354:12-355:13 | 27 | 403<br>Vague (355:12-13) | | any prejudice outwighed by probative value | | |
| 355:15-356:1 | 27 | 403 | | any prejudice outwighed by probative value | | |
| 356:24-357:16 | 27 | 403 | | any prejudice outwighed by probative value | | |
| 357:24-358:16 | 27 | 403 | | any prejudice outwighed by probative value | | |
| 358:18-359:3 | 27 | 403<br>Argumentative (359:1-3) | | any prejudice outwighed by probative value | | |
| 359:5-23 | 27 | 403<br>Argumentative (359:19-23) | | any prejudice outwighed by probative value | | |
| 360:2-12 | 27 | 403<br>Argumentative (360:9-12) | Conditional counter: 360:14-15 | any prejudice outwighed by probative value | | |
| 408:17-23 | | 403<br>Irrelevant | | any prejudice outwighed by probative value; relevant to all phase 2 claims | | |
| 409:5-18 | | 403<br>Irrelevant | | any prejudice outwighed by probative value; relevant to all phase 2 claims | | |
| 409:22-410:1 | | 403<br>Irrelevant<br>Prejudicial<br>Argumentative (409:24-410:1) | | any prejudice outwighed by probative value; relevant to all phase 2 claims | | |
| 410:3-4 | | 403<br>Irrelevant | | any prejudice outwighed by probative value; relevant to all phase 2 claims | | |
| 431:7-10 | | 403<br>Irrelevant<br>Lacks foundation<br>Prejudicial<br>Calls for speculation | | any prejudice outwighed by probative value; relevant to phase 2 claims; witness has personal knowledge or is reasonably expected to have knowledge | | |
| 431:12-13 | | 403<br>Irrelevant | | any prejudice outwighed by probative value; relevant to phase 2 claims | | |
| 431:15-21 | | 403<br>Irrelevant<br>Prejudicial | | any prejudice outwighed by probative value; relevant to phase 2 claims | | |
| 431:24-432:7 | | 403<br>Irrelevant<br>Prejudicial<br>Argumentative (432:5-7) | | any prejudice outwighed by probative value; relevant to phase 2 claims | | |
| 432:9 | | 403<br>Irrelevant | | any prejudice outwighed by probative value; relevant to all phase 2 claims | | |
| 432:12-433:1 | | 403<br>Irrelevant<br>Prejudicial<br>Argumentative (432:23-433:1)<br>Misstates the record (432:23-433:1) | | any prejudice outwighed by probative value; relevant to phase 2 claims | | |
| 433:3-4 | | 403<br>Irrelevant | | any prejudice outwighed by probative value; relevant to all phase 2 claims | | |
| 433:7-8 | | 403<br>Irrelevant | | any prejudice outwighed by probative value; relevant to all phase 2 claims | | |
| 436:7-9 | | 403<br>Irrelevant | | any prejudice outwighed by probative value; relevant to all phase 2 claims | | |
| 436:12-13 | | 403<br>Irrelevant | | any prejudice outwighed by probative value; relevant to all phase 2 claims | | |
| 436:16 | | 403<br>Irrelevant | | any prejudice outwighed by probative value; relevant to all phase 2 claims | | |
| | | | | | | |
| | | **\*any deposition testimony about CropLife's response to IARC, IARC and glyphosate, the 2016 EPA SAP, or any lobbying post-2012, post-dates Mr. Hardeman's Roundup use, and therefore all testimony should be excluded based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct.** | | | | |
| | | | | | | |
| | | **\*\*At this time, Monsanto maintains the provisional confidentiality designation over all portions of these depositions.** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |