E. James Shepherd
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: 713.227.8008
Facsimile: 713.227.9508
eshepherd@shb.com

*Attorney for Defendant*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | |
| *Beaudet et al. v. Monsanto Co.*, 3:17-cv-06902 (N.D. Cal.) | |

**NOTICE OF APPEARANCE ON BEHALF OF**

**<u>DEFENDANT MONSANTO COMPANY</u>**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that E. James Shepherd of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter.

March 11, 2019                                          Respectfully Submitted,

By: */s/ E. James Shepherd*
E. James Shepherd
Texas Bar No. 24008025
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
eshepherd@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY