## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL JURY TRIAL MINUTES

| | | |
|---|---|---|
| **Date:** March 11, 2019 | **Time:** 5 hours 10 minutes | **Judge:** VINCE CHHABRIA |
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman   v.  Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen

**Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: March 12, 2019, at 8:00 a.m.**

### PROCEEDINGS:

Jury Trial, Day 9 - held.

### RULINGS AND ORDERS:

**Witnesses examined today:**
- Dr. Alexandra Levine
- Dr. Daniel Arber

See Log for details from proceedings.

**Admitted Exhibits:**
38, 41, 42, 43, 505, 506, 508, 509, 510, 511, 512, 514, 515, 1023 (pages 109, 110, 113, 114, 115, 282, 283, 381, 382, 797, 798, 841-861, 1562, 1563, 1564), 1178

**Notes:**
Closing arguments for phase 1 of the trial expected for Tuesday, March 12, 2019 as soon as evidence wraps up that day. Counsel are ordered to email to the Court their closing argument slides by 7:00 a.m., March 12, 2019.