UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 9**

| JUDGE: Vince Chhabria | PLAINTIFF ATTORNEY: Aimee Wagstaff and Jennifer Moore | DEFENSE ATTORNEY: Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
|---|---|---|
| TRIAL DATE: March 11, 2019 | REPORTER: Jo Ann Bryce and Marla Knox | CLERK: Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:06 a.m. | | | Court and counsel present and on the record to discuss Drs. Levine and Arber's testimonies. Closing arguments will take place on Tuesday and opening statements are tentatively set for Wednesday pending the jury reaches a verdict on Tuesday. Admission of exhibits discussed. | |
| 38, 41, 42, 43, 1178, 505, 506, 508, 509, 510, 511. 512, 514, 515 | | X | X | | DEFT |
| 1023 pages: 109, 110, 113, 114, 115, 282, 283, 381, 382, 797, 798, 841-861, 1562-1564 | | X | X | | DEFT |
| | 8:20 a.m. | | | Break. | |
| | 8:43 a.m. | | | Back on the record with the jury present. Continued direct examination of **Dr. Alexandra Levine** conducted by B. Stekloff on behalf of defendant. | |
| 1448 | | X | | | DEFT |
| 1343 | | X | | | DEFT |
| 1598 | | X | | | DEFT |

1

| | | | | | |
|---|---|---|---|---|---|
| 1023 pg. 940 | | X | | (Objected to by plaintiff.) | DEFT |
| 1023 pg. 192 | | X | | (Objected to by plaintiff.) | DEFT |
| | 9:59 a.m. | | | Break. | |
| | 10:14 a.m. | | | Back on the record with all parties present and the jury with continued direct examination of Dr. Levine. | |
| | 10:28 a.m. | | | Cross examination of Dr. Levine conducted by J. Moore on behalf plaintiff. | |
| | 11:08 a.m. | | | Jury retired for break. Court and counsel remain on the record re admissibility of exhibits 1023 page 940 and 1023 page 192. | |
| | 11:12 a.m. | | | Break. | |
| | 11:20 a.m. | | | Back on the record with continued cross examination of Dr. Levine by J. Moore. | |
| 1555 | | X | | | PLTF |
| 1531 | | X | | | PLTF |
| | 11:59 a.m. | | | Jury retired for a lunch break. The Court and counsel remained on the record to discuss the exhibits plaintiff previously objected to today. | |
| | 12:14 p.m. | | | Lunch break. | |
| | 12:44 p.m. | | | Back on the record without the jury re Dr. Levine's testimony. | |
| | 12:46 p.m. | | | The jury entered the courtroom. Cross examination of Dr. Levine continued and was conducted by J. Moore. | |
| 1531 | | X | | | PLTF |
| 1413 | | X | | | PLTF |
| 1291 | | X | | | PLTF |
| 917 | | X | | | PLTF |
| 918 | | X | | | PLTF |
| 1599 | | X | | | PLTF |
| 1302 | | X | | | PLTF |
| | 1:20 p.m. | | | Sidebar. | |
| | 1:22 p.m. | | | Back on the record with continued cross examination of Dr. Levine. | |
| | 1:24 p.m. | | | Re-direct examination of Dr. Levine conducted by B. Stekloff. | |
| 1023 pg. 860 | | X | | (Objected to by plaintiff.) | DEFT |
| | 1:36 p.m. | | | Sidebar. | |
| | 1:39 p.m. | | | Back on the record with continued re-direct examination of Dr. Levine. | |

2

|  | 1:50 p.m. |  |  | Jury on a break. Court and counsel remained on the record re plaintiff's objection to the last question presented by defense counsel to Dr. Levine. |  |
|---|---|---|---|---|---|
|  | 1:54 p.m. |  |  | Break. |  |
|  | 2:00 p.m. |  |  | Back on the record with continued re-direct examination of Dr. Levine. |  |
|  | 2:03 p.m. |  |  | Re-cross examination of Dr. Levine conducted by J. Moore on behalf of plaintiff. |  |
|  | 2:04 p.m. |  |  | The parties have no further questions of Dr. Levine. Dr. Levine is thanked and excused. |  |
|  | 2:05 p.m. |  |  | Defendant called to testify **Dr. Daniel Arber**. Direct examination of Dr. Arber conducted by R. Kilaru. |  |
| 1687 |  | X |  | Slide of Differential for NHL | DEFT |
| 1688 |  | X |  | Slide of Differential for NHL with Kilaru's markings | DEFT |
|  | 2:35 p.m. |  |  | Evidence is concluded for the day. Court advised the jury of the remaining schedule for phase 1. |  |
|  | 2:38 p.m. |  |  | Jury retired for the evening. Court is in recess and will resume at 3:00 p.m. today with the charging conference. Evidence will resume on Tuesday, March 12, 2019, at 8:00 a.m. |  |