UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 105: ORDER RE AUTHENTICATION OF MR. HARDEMAN'S MEDICAL RECORDS** |

Mr. Hardeman's medical records are properly authenticated and fall within Federal Rule of Evidence 803(6). As a result, they are admissible through an expert's testimony to the extent an expert is relying on those records to convey an opinion. No limiting instruction is needed. The records that Monsanto attempted to admit through Dr. Levine will therefore be admitted so long as any information excluded by a pretrial ruling is redacted first.

**IT IS SO ORDERED.**

Date: March 11, 2019

_____
Honorable Vince Chhabria
United States District Court