**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
1473 S. 4th Street
Louisville, KY 40208
Tel: (502) 717-4080
jennifer@moorelawgroup.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Hardeman vs. Monsanto Co., et al.*, 3:16-cv-0525-VC | MDL No. 2741<br>Case Number: 3:16-MD-02741-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF HARDEMAN'S MOTION FOR CURATIVE INSTRUCTION REGARDING PERSONAL PROTECTIVE EQUIPMENT** |

Having heard argument on Plaintiff's Motion for Curative Instruction Regarding Personal Protective Equipment, the Court hereby ORDERS a curative instruction be read to the jury, as follows:

"The Parties agree that Mr. Hardeman used Roundup as set forth in the label."

**IT IS SO ORDERED.**

Dated: March 12, 2019

_____
Hon. Vince Chhabria
United States District Judge

1

Case No. 3:16-md-02741-VC     [PROPOSED] ORDER GRANTING PLAINTIFF HARDEMAN'S MOTION FOR CURATIVE INSTRUCTION REGARDING PERSONAL PROTECTIVE EQUIPMENT