UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                   MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −123)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 755 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 13, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                            MDL No. 2741

### SCHEDULE CTO−123 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 19−00501 | Tsakrios v. Monsato Company et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 2 | 19−14067 | Tomlinson v. Monsanto Company |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 19−00257 | LEAS v. MONSANTO COMPANY |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 19−00243 | Campau et al v. Monsanto Company |
| MOE | 4 | 19−00244 | Castleberry et al v. Monsanto Company |
| MOE | 4 | 19−00245 | Clark et al v. Monsanto Company |
| MOE | 4 | 19−00247 | Corbett v. Monsanto Company |
| MOE | 4 | 19−00250 | Dangel et al v. Monsanto Company |
| MOE | 4 | 19−00302 | Jung v. Monsanto Company |
| **NEW JERSEY** | | | |
| NJ | 3 | 19−06453 | HAYES, JR. et al v. MONSANTO COMPANY |
| **TEXAS NORTHERN** | | | |
| TXN | 4 | 19−00128 | Campbell v. Monsanto Company |
| TXN | 4 | 19−00129 | Pendergrass v. Monsanto Company |
| TXN | 4 | 19−00130 | Bayless v. Monsanto Company |