UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL JURY TRIAL MINUTES

| **Date:** March 12, 2019 | **Time:** 4 hours 37 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman  v.  Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen      **Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: March 13, 2019, at 8:30 a.m.**

PROCEEDINGS:

Jury Trial, Day 10 - held. Closing arguments from both sides presented. Jury deliberations began.

RULINGS AND ORDERS:

**Witnesses examined today:**
- Dr. Daniel Arber

See Log for details from proceedings.

**Admitted Exhibits:**
None today.