UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 10**

| JUDGE: Vince Chhabria | PLAINTIFF ATTORNEY: Aimee Wagstaff and Jennifer Moore | DEFENSE ATTORNEY: Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
|---|---|---|
| TRIAL DATE: March 12, 2019 | REPORTER: Jo Ann Bryce and Marla Knox | CLERK: Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 8:11 a.m. |  |  | On the record with Court and counsel, outside the presence of the jury. Discussions held re closing argument slides and exhibits 1023 labeling. |  |
|  | 8:28 a.m. |  |  | Break. |  |
|  | 8:33 a.m. |  |  | Back on the record, the jury is present, with continued direct examination of **Dr. Daniel Arber** by R. Kilaru. |  |
|  | 8:42 a.m. |  |  | Cross examination of Dr. Arber conducted by J. Moore on behalf of plaintiff. |  |
|  | 8:44 a.m. |  |  | Sidebar. |  |
|  | 8:45 a.m. |  |  | Cross examination resumed. |  |
|  | 8:53 a.m. |  |  | The parties had no further questions of Dr. Arber. Dr. Arber is thanked and excused. Defense rests. The jury retired for a break while Court and counsel remain on the record re plaintiff's rebuttal case and proposed witnesses. |  |
|  | 9:08 a.m. |  |  | Break. |  |
|  | 9:20 a.m. |  |  | Back on the record with Court and counsel re Drs. Portier and Reeves video deposition testimony. |  |
|  | 9:23 a.m. |  |  | Break. |  |
|  | 9:50 a.m. |  |  | Court and counsel on the record outside the presence of the jury to discuss counsels' closing slides. Plaintiff requested one of the blow ups used be marked for identification. |  |
| 937 |  | X |  | Blow up of Differential for NHL. | PLTF |
|  | 9:56 a.m. |  |  | Break. |  |
|  | 10:06 a.m. |  |  | Court and counsel back on the record re closing preparations. |  |
|  | 10:08 a.m. |  |  | Jury entered the courtroom. Court instructed the jury. |  |

|  | Time |  |  | Description |  |
|---|---|---|---|---|---|
|  | 10:27 a.m. |  |  | Plaintiff's closing arguments presented by A. Wagstaff. |  |
|  | 10:31 a.m. |  |  | Sidebar. |  |
|  | 10:33 a.m. |  |  | Plaintiff's closing argument resumed. |  |
|  | 11:54 a.m. |  |  | Plaintiff's closing argument concluded. Jury released for lunch break. Court and counsel remained on the record re defendant's request for a new jury instruction. |  |
|  | 12:03 p.m. |  |  | Lunch break. |  |
|  | 12:43 p.m. |  |  | Back on the record with Court and counsel re defense objection to plaintiff's closing. |  |
|  | 12:46 p.m. |  |  | Jury entered the courtroom. Defendant's closing arguments presented by B. Stekloff. |  |
|  | 1:51 p.m. |  |  | Defendant's closing argument concluded. Jury retired for a break. Court and counsel remain on the record. |  |
|  | 1:52 p.m. |  |  | Break. |  |
|  | 2:02 p.m. |  |  | Back on the record with all parties present as well as the jury. Plaintiff's rebuttal closing arguments presented by A. Wagstaff. |  |
|  | 2:09 p.m. |  |  | Sidebar. |  |
|  | 2:10 p.m. |  |  | Plaintiff's rebuttal closing argument resumed. |  |
|  | 2:13 p.m. |  |  | Plaintiff's rebuttal closing argument concluded. Jury retired to deliberate. Court and counsel remained on the record discussing Phase II witnesses. |  |
|  | 2:22 p.m. |  |  | Court is in recess. |  |
|  | 4:05 p.m. |  |  | Jury retired for the evening and will resume deliberations on Wednesday, March 13, 2019, at 8:30 a.m. |  |