UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 110: ORDER RE PLAINTIFF'S EXPERT JAMES MILLS** |

Monsanto's motion to exclude the testimony of James Mills is denied. However, it does not appear that Monsanto disputes any of the numbers that Mills uses, so if Monsanto wishes to obviate the need for his testimony, it may presumably do so by stipulating to his numbers.

**IT IS SO ORDERED.**

Date:   March 13, 2019

Honorable Vince Chhabria
United States District Court