UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto Co.,*<br>3:16-cv-00525-VC | ) ) ) ) MDL No. 2741<br>) )  Case No. 3:16-md-02741-VC<br>) )  **JOINT STIPULATION REGARDING**<br>) **DEPOSITION TESTIMONY AS COURT**<br>) **EXHIBITS**<br>) ) ) ) ) |

The parties hereby stipulate as follows:

1.   The clip reports containing the deposition testimony played for the jury in Phase 1 of trial shall be admitted as court exhibits for purposes of the record only, for the following witnesses:

- Dr. Daniel Goldstein – Trial Exhibit 1689
- Christopher Portier, Ph.D. – Trial Exhibit 1690
- Roger Turk, M.D. – Trial Exhibit 1691
- Richard Turley, M.D. – Trial Exhibit 1692
- Jeffrey Ye, M.D. – Trial Exhibit 1693
- Dr. William Reeves – Trial Exhibit 1694
- Dr. Donna Farmer – Trial Exhibit 1695

| | |
|---|---|
| 1    DATED: March 13, 2019 | Respectfully submitted, |
| 2 | |
| 3 | <u>/s/ Aimee Wagstaff</u><br>Aimee Wagstaff (SBN 278480)<br>aimee.wagstaff@andruswagstaff.com |
| 4 | Andrus Wagstaff, P.C.<br>7171 West Alaska Drive |
| 5 | Lakewood CO 80226<br>P: 303-376-6360 |
| 6 | |
| 7 | <u>/s/ Jennifer A. Moore</u><br>Jennifer A. Moore (SBN 206779)<br>MOORE LAW GROUP, PLLC |
| 8 | 1473 South 4th Street<br>Louisville, KY  40208 |
| 9 | P:  502-717-4080 |
| 10 | Co-Counsel for Plaintiffs |

- 2 -
JOINT STIPULATION REGARDING DEPOSITION TESTIMONY AS COURT EXHIBITS
3:16-md-02741-VC

| | | |
|---|---|---|
| 1 | DATED: March 13, 2019 | Respectfully submitted, |
| 2 | | /s/ Brian L. Stekloff |
| | | Brian L. Stekloff (*pro hac vice*) |
| 3 | | (bstekloff@wilkinsonwalsh.com) |
| 4 | | Tamarra Matthews Johnson (*pro hac vice*) |
| | | (tmatthewsjohnson@wilkinsonwalsh.com) |
| 5 | | Rakesh Kilaru (*pro hac vice*) |
| | | (rkilaru@wilkinsonwalsh.com) |
| 6 | | WILKINSON WALSH + ESKOVITZ LLP |
| 7 | | 2001 M St. NW |
| | | 10th Floor |
| 8 | | Washington, DC 20036 |
| | | Tel:    202-847-4030 |
| 9 | | Fax:    202-847-4005 |

/s/ Pamela Yates
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800


Attorneys for Defendant
MONSANTO COMPANY

- 3 -
JOINT STIPULATION REGARDING DEPOSITION TESTIMONY AS COURT EXHIBITS
3:16-md-02741-VC