IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Master Docket Case No. 3:16-md-02741 <br><br> Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** <br><br> GARY BURTON <br><br> v. <br><br> MONSANTO COMPANY | Case No. 3:18-cv-02437-VC |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 11-5, Christina T. Natale moves this Court to grant her leave to withdraw as counsel on behalf of Plaintiff Gary Burton in the above-captioned case. In support of this Motion, she states as follows:

1. Attorneys Lawrence L. Jones II of Jones Ward PLC, and Douglas A. Dellacio, Jr., J. Curt Tanner, and R. Andrew Jones of Cory Watson, P.C., have entered appearances on behalf of Plaintiff.

2. Attorney Christina T. Natale has left her employment with Jones Ward PLC and established employment in a different city and state. She will no longer be representing Gary Burton. Further, she no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3. Attorneys Lawrence L. Jones II of Jones Ward PLC, and Douglas A. Dellacio, Jr., J. Curt Tanner, and R. Andrew Jones of Cory Watson, P.C., will continue to represent Gary

Burton in this case. Therefore, Mr. Burton will not be prejudiced by this withdrawal.

  WHEREFORE, Christina T. Natale hereby respectfully asks that this Court grant leave for her to withdraw and to remove her from all service lists as Counsel for Gary Burton in the above-captioned case.

 Dated: March 13, 2019

                Respectfully Submitted,

                */s/ Christina T. Natale*
                Lawrence L. Jones II
                Christina T. Natale
                JONES WARD PLC
                1205 E Washington St., Suite 111
                Louisville, KY 40206
                Phone: (502) 882-6000
                Fax: (502) 587-2007
                larry@jonesward.com
                christina@jonesward.com

                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Christina T. Natale, hereby certify that on March 13, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                        */s/ Christina T. Natale*
                                                        Christina T. Natale