UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
|  | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 112: ORDER RE DESIGN DEFECT JURY INSTRUCTION** |

The Court does not understand how Monsanto intends to present a defense to Mr. Hardeman's design defect claim under its proposed risk-benefit theory, and it is therefore difficult to anticipate how the risk-benefit test would operate at trial. Accordingly, by 10:00 a.m. on March 14, 2019, Monsanto is directed to file a 2-page brief summarizing what it would argue to the jury were the risk-benefit test to apply.

**IT IS SO ORDERED.**

Date: March 13, 2019

_____

Honorable Vince Chhabria
United States District Court