UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 113: ORDER DENYING MONSANTO'S MOTION FOR A DIRECTED VERDICT** |
| | Dkt. No. 2975 |

Monsanto's motion for a directed verdict is denied.

**IT IS SO ORDERED.**

Date: March 13, 2019

_____
Honorable Vince Chhabria
United States District Court