**Robert K. Phillips – 135088**
**Priya D. Navaratnasingham - 252686**
PHILLIPS, SPALLAS & ANGSTADT LLP
505 Sansome Street, Sixth Floor
San Francisco, California  94111
Telephone:  (415) 278-9400
Facsimile:   (415) 278-9411
Email: rphillips@psalaw.net
       pnavarat@psalaw.net

Attorneys for Defendant,
WALMART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16:md-02741-VC<br>MDL No. 02741 |
|---|---|
| This document relates to:<br><br>*Hernandez, et al. v. Wal–Mart Stores East, LP, et al.*<br><br>3:19-cv-00489-VC | **DEFENDANT WALMART INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant WALMART INC., by and through the undersigned counsel, hereby certifies and states as follows:

     WALMART INC. discloses that it is a publicly held company that has no parent corporation, and that no publicly-held company owns 10% or more of its stock.

                              Respectfully Submitted,

Dated: March 13, 2019         **PHILLIPS SPALLAS & ANGSTADT LLP**


                              By: /s/ PRIYA D. NAVARATNASINGHAM
                                  Priya Navaratnasingham
                                  pnavarat@psalaw.net
                                  Attorney for Defendant
                                  WALMART INC.

- 1 -
DEFENDANT WALMART INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT