UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Hardeman v. Monsanto Co.,* 3:16-cv-00525-VC | ) ) ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) ) **JOINT STIPULATION REGARDING** ) **DEPOSITION TESTIMONY AS COURT** ) **EXHIBITS** ) ) ) ) ) |

The parties hereby stipulate as follows:

The clip reports containing the deposition testimony designated by the Plaintiff for rebuttal in Phase 1 of trial shall be admitted as court exhibits for purposes of the record only, for the following witnesses:

- Dr. Christopher Portier – Trial Exhibit 957
- Dr. William Reeves – Trial Exhibit 958

Monsanto objected to Plaintiff's proposed rebuttal designations, and the Court sustained Monsanto's objections. Accordingly, the testimony contained in Trial Exhibits 957-58 was not played for the jury.

1 | DATED: March 13, 2019

Respectfully submitted,

/s/ Aimee Wagstaff
Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
P: 303-376-6360

/s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
P:  502-717-4080

Co-Counsel for Plaintiffs

1  DATED: March 13, 2019                    Respectfully submitted,

/s/ Brian L. Stekloff
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

/s/ Pamela Yates
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800


Attorneys for Defendant
MONSANTO COMPANY