# Exhibit 3

Authorization Letter
to Consulting Agreement dated August 21, 2012,
between Prof. A. Wallace Hayes and Monsanto Company

September 7, 2012

Prof. A. Wallace Hayes
Harvard School of Public Health
Dept of Environmental Health
298 S Main Street
Andover, MA 01810

RE: Consulting Agreement dated August 21, 2012, between Prof. A. Wallace Hayes and Monsanto Company (the "Agreement"); Project Title: Latin America South Toxicology Expert Panel initial meeting preparation and participation.

Dear Prof. Hayes:

This letter is issued pursuant to the Agreement and authorizes you to provide the following consulting services beginning September 7th, 2012 for the agreed upon fee of $400.00 per hour, not to exceed $3,200 per day and a total of $16,000:

[*Assist in establishment of an expert network of toxicologists, epidemiologists, and other scientists in South America and participate on the initial meeting held within the region. Preparation and delivery of a seminar addressing relevant regional issues pertaining to glyphosate toxicology is a key deliverable for the inaugural meeting in 2013.*]

Except as specifically set forth in this Project Agreement Letter, all terms and conditions of the Agreement shall remain unchanged and in full force and effect and shall apply to the services contained in this Project Agreement Letter.

Monsanto's representative for this project is David Saltmiras. We look forward to working with you and encourage you to contact our representative if you have any questions.

Please indicate your acceptance of this Project Agreement Letter by dating and signing this letter in duplicate in the space provided below and returning one of the signed originals to me.

Sincerely,

Shawna Lemke, Ph.D.
Toxicology Platform Lead

ACCEPTED AND AGREED TO THIS

_____ day of _____,20\_\_\_.

By: _____
      Prof. A. Wallace Hayes

# CATALOG OF PRODUCED METADATA DETAIL

The metadata on this detail may be designated as confidential and may be subject to a Protective Order, copyright or intellectual property protections or other restrictions with respect to access, use and dissemination. The metadata on this detail is the metadata produced for this document/file/record by the producing party.

**PRODUCINGPARTY**
Monsanto Company

**DATEPRODUCED**
09/01/2016

**CUSTODIAN**
Saltmiras, David

**SOURCE**
Monsanto

**PRODBEG**
MONGLY02185742

**PRODEND**
MONGLY02185742

**BEGATTACH**
MONGLY02185741

**ENDATTACH**
MONGLY02185742

**ATTACHBATES**

**DOCUMENTTYPE**
E-MAIL ATTACHMENT

**FILENAME**
Authorization Letter.doc

**DOCEXT**
doc

**NATIVEFILE**

**NATIVELINK**

**EMAILSUBJECT**

**TO**

**FROM**

**CC**

**BCC**

**DATESENT**

**TIMESENT**

**DATERCVD**

**TIMERCVD**

**PARENTDATE**

**DATECREATED**
09/07/2012 09:59:00 AM

**TIMECREATED**

**ATTACHMENTNAMES**

**PARENTID**
MONGLY02185741

**TITLE**

**SUBJECT**

**AUTHOR**
aeconw

**DATELASTMOD**
09/07/2012 12:46:00 PM

**TIMELASTMOD**

**FOLDER**

**IMPORTANCE**

**MD5HASH**
F63B897C02757A4862BF03C65ABA53F5

**REDACTED**
No

**REPLACEMENT**

**SOURCEFILEPATH**
exported from EVDA☐5-001253 david saltmiras fromMessages☐5-001253 david saltmiras from_0002.pst☐5-001253 david saltmiras fromRoot Items

**ATTACHMENTCOUNT**
0

**CUSTODIANID**
3078628165

**PGCOUNT**
1

**PRODVOL**
MONGLYVOL008

**SIZE**
30720

**APPLICAT**
MS Word 97-2003 Document (OLE)

**TEXTPATH**
MONGLYVOL008_006TEXTTEXT070MONGLY02185742.txt

**MSGID**

**EMAILDATESORT**
09/07/2012 12:48:07 PM

**READUNREAD**

**EMAILOUTLOOKTYPE**

**MODIFIEDBY**
DASALT

**CONFIDENTIALITY**
Yes

**COLOR**
No

**EXCEPTIONFILE**

**MASTERDATE**

Crivella West Technologies Inc.
All rights reserved.
Copyright © 2017