# Exhibit 10

Message

| | |
|---|---|
| **From**: | GOLDSTEIN, DANIEL A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=527246] |
| **Sent**: | 9/20/2013 1:59:15 PM |
| **To**: | LEMKE, SHAWNA LIN [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=649549]; VICINI, JOHN L [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=56908] |
| **Subject**: | RE: please review! |

Agree!!


Sent with Good (www.good.com)


-----Original Message-----
**From:** LEMKE, SHAWNA LIN [AG/1000]
**Sent:** Friday, September 20, 2013 08:44 AM Central Standard Time
**To:** GOLDSTEIN, DANIEL A [AG/1000]; VICINI, JOHN L [AG/1000]
**Subject:** RE: please review!

Thanks for writing up.
If we ate inclufding retirees then Margie played a large role as well



Sent with Good (www.good.com)


-----Original Message-----
**From:** GOLDSTEIN, DANIEL A [AG/1000]
**Sent:** Friday, September 20, 2013 08:25 AM Central Standard Time
**To:** VICINI, JOHN L [AG/1000]; LEMKE, SHAWNA LIN [AG/1000]
**Subject:** RE: please review!

Need to add Michael Koch as he picked up as Bruce left off. I'll check my e-mails as well as send edits after AM meeting



Sent with Good (www.good.com)


-----Original Message-----
**From:** VICINI, JOHN L [AG/1000]
**Sent:** Thursday, September 19, 2013 05:24 PM Central Standard Time
**To:** GOLDSTEIN, DANIEL A [AG/1000]; LEMKE, SHAWNA LIN [AG/1000]
**Subject:** FW: please review!



EXHIBIT 54

MONHLY02546318

**Tough in 100 words and who am I missing?**

## NOMINATION FORM

### Award Category (Select by placing an X between the arrows)

→ ← Unsung Hero

→ ← Against All Odds

→ ← Breakthrough Innovation

→ ← Building the Team

→ ← Paving the Road

→ ← Moving the Needle

→ ← Newcomer of the Year - North America

→ ← Newcomer of the Year - International

→ ← Getting to Market

→ X ← Partnering for Success

(Note: the following table will expand as you enter)

Nominees: Dan Goldstein, Bruce Hammond, David Saltmiras, John Swarthout, Eric Sachs ????
EU???
Achievement Title: I Smell a Rat – Response to Seralini

Description of Achievement (more or less 100 words):

The Seralini study was a multimedia event that was designed for maximum negative publicity. The Monsanto Toxicology Team was mobilized to provide rapid assessment of the technical aspects while the Scientific Affairs team helped organize 3rd party scientists that were fully engaged to respond to the paper. In all, there was six months of effort to respond that included Monsanto's technical evaluation, a Letter to the Editor (longer than the original manuscript), responses by the Glyphosate Task Force, powerpoint presentations, responses to numerous Regulator inquires, blog posts and popular press articles. This was the result of coordinated efforts and synergies by people from multiple Regulatory Teams.