# Exhibit 11

Richard A. Clark (SBN 39558)
Steven R. Platt (SBN 245510)
PARKER, MILLIKEN, CLARK, O'HARA
& SAMUELIAN, P.C.
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
rclark@pmcos.com
splatt@pmcos.com

Joe G. Hollingsworth (appearance *pro hac vice*)
Eric G. Lasker (appearance *pro hac vice*)
Martin C. Calhoun (appearance *pro hac vice*)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com
mcalhoun@hollingsworthllp.com

Attorneys for Defendant MONSANTO COMPANY

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (Rule 3.550)<br><br>**ROUNDUP PRODUCTS CASES**<br><br>THIS DOCUMENT RELATES TO:<br><br>All JCCP cases including:<br><br>*Pilliod, et al. v. Monsanto Company*<br>Alameda Superior Court Case No.: RG17862702 | JCCP NO. 4953<br><br>**MONSANTO COMPANY'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION NOS. 4, 6-7, AND 31.**<br><br>Hon. Judge Winifred Smith |

**PROPOUNDING PARTY**:   Plaintiffs

**RESPONDING PARTY**:   Defendant Monsanto Company

**SET NUMBER**:   One

Pursuant to California Code of Civil Procedure § 2033 et seq., Defendant Monsanto Company

---
1
MONSANTO'S AMENDED RESPONSE TO PLS.' FIRST SET OF REQUESTS FOR
ADMISSION NOS. 4, 6-7, AND 31.

1  ("Monsanto") hereby amends its responses to Plaintiffs' First Requests for Admission Nos. 4, 6-7, and
2  31.

### GENERAL OBJECTIONS

4  1.  Monsanto objects to plaintiffs' Requests to the extent they call for the disclosure of information protected by the attorney-client privilege and/or attorney work product doctrine. Monsanto will construe all Requests as extending only to information and documentation that are not protected by the attorney-client privilege and/or the work product doctrine.

8  2.  Monsanto's Responses to plaintiffs' Requests are made without waiving the right, at any time and for any reason, to revise, supplement, correct, add to, or clarify these Responses.

10  3.  Monsanto objects to these Requests to the extent that they seek to impose a burden or requirements beyond what the California Code of Civil Procedure requires.

12  4.  Monsanto objects to these Requests as unreasonably cumulative and/or duplicative of discovery already propounded by plaintiffs.

14  5.  Monsanto objects to the Requests to the extent they seek information that is not relevant to any claims or defenses asserted in this case.

16  6.  These General Objections apply to all of the following Responses to specific Requests and are incorporated by reference therein.

### MONSANTO'S RESPONSES TO REQUEST FOR ADMISSIONS

**REQUEST NO. 4**. Admit that Monsanto has conducted no animal carcinogenicity studies on glyphosate since 1991.

**AMENDED RESPONSE TO REQUEST NO. 4:** Monsanto incorporates by reference General Objections 1-6 here as if restated in full.  Monsanto objects to this Request because the phrase "animal carcinogenicity studies" is vague and ambiguous.  Monsanto objects to this Request because the phrase "animal carcinogenicity studies" is vague as to time frame and/or duration of such studies. Notwithstanding Monsanto's objections, Monsanto **ADMITS** that, after reasonable inquiry into the information that is known or readily obtainable, it has not identified any 12 month or longer animal chronic toxicity studies that it has conducted on glyphosate since 1991.  Monsanto otherwise

2

MONSANTO'S AMENDED RESPONSE TO PLS.' FIRST SET OF REQUESTS FOR ADMISSION NOS. 4, 6-7, AND 31.

1  **DENIES** this Request.

2  **REQUEST NO. 6**. Admit that Monsanto has never conducted an animal carcinogenicity study of any
3  of the glyphosate containing formulations sold in the United States.

4      **AMENDED RESPONSE TO REQUEST NO. 6:** Monsanto incorporates by reference
5  General Objections 1-6 here as if restated in full.  Monsanto objects to this Request because the phrase
6  "animal carcinogenicity studies" is vague and ambiguous.  Monsanto objects to this Request because
7  the phrase "animal carcinogenicity studies" is vague as to time frame and/or duration of such studies.
8  Monsanto objects to this Request because it assumes facts that are not correct, including because there
9  is no methodology or design that allows for a long-term animal carcinogenicity study on any
10 glyphosate formulation.  Notwithstanding Monsanto's objections, Monsanto **ADMITS** that it has not
11 conducted a long-term animal carcinogenicity study on any formulated pesticide product.  Monsanto
12 otherwise **DENIES** this Request.

13 **REQUEST NO. 7**. Admit that Monsanto is not precluded by any applicable law, regulation, or
14 ordinance from conducting a long-term animal carcinogenicity study [sic] a glyphosate formulation.

15     **AMENDED RESPONSE TO REQUEST NO. 7:** Monsanto incorporates by reference
16 General Objections 1-6 here as if restated in full.  Monsanto objects to the phrase "any applicable law,
17 regulation, or ordinance" as vague, ambiguous, and lacking specificity.  **ADMITTED.**

18 **REQUEST NO. 31**. Admit that Monsanto has never conducted an epidemiological study to study the
19 association between glyphosate containing formulations and non-Hodgkin lymphoma.

20     **AMENDED RESPONSE TO REQUEST NO. 31:**  Monsanto incorporates by reference
21 General Objections 1-6 here as if restated in full.  Monsanto objects to this Request because it
22 incorrectly assumes there is an "association between glyphosate containing formulations and non-
23 Hodgkin lymphoma." Monsanto objects to this request because the phrase "association between
24 glyphosate containing formulations and non-Hodgkin lymphoma" is vague, ambiguous, and lacking
25 specificity.  **ADMITTED.**

26
27
28

3

MONSANTO'S AMENDED RESPONSE TO PLS.' FIRST SET OF REQUESTS FOR
ADMISSION NOS. 4, 6-7, AND 31.

1 | Dated: January 22, 2019

/s/ Martin C. Calhoun
Joe G. Hollingsworth (appearance *pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (appearance *pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (appearance *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Tel: (202) 898-5800
Fax: (202) 682-1639

Richard A. Clark (State Bar No. 39558)
(rclark@pmcos.com)
Steven R. Platt (State Bar No. 245510)
(splatt@pmcos.com)
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN, P.C.
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440
Tel: (213) 683-6500
Fax: (213) 683-6669

Kelly A. Evans (*pro hac vice*)
(kevans@efstriallaw.com)
Jay J. Schuttert (*pro hac vice*)
(jschuttert@efstriallaw.com)
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 900
Las Vegas, NV 89102
Tel:  (702) 805-0290
Fax:  (702) 805-0291

Tarek Ismail (*pro hac vice*)
(tismail@goldmanismail.com)
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
564 West Randolph Street, Suite 400
Chicago, IL 60661
Tel:  (312) 881-5970
Fax: (312) 881-5191.

Attorneys for Defendant MONSANTO COMPANY

4

MONSANTO'S AMENDED RESPONSE TO PLS.' FIRST SET OF REQUESTS FOR ADMISSION NOS. 4, 6-7, AND 31.

## VERIFICATION

Alameda County Court Case No. JCCP004953

Christopher A. Martin states that he is Assistant Secretary for Monsanto Company; that he verifies the foregoing "**Monsanto Company's Amended Responses and Objections to Plaintiffs' First Set of Requests For Admission Nos. 4, 6-7, and 31**" in the above-styled cause of action, for and on behalf of Monsanto Company and is duly authorized to do so; that some or all of the facts and matters set forth therein are not within his personal knowledge; that the facts and matters set forth therein have been assembled by authorized employees and counsel of Monsanto Company, using records maintained in the company's ordinary course of business; and that he is informed that the facts and matters set forth therein are true.

Executed on the 22nd day of January 2019, at St. Louis, Missouri.

## PROOF OF ELECTRONIC SERVICE

*Roundup Products Cases,* Case No. JCCP 4953
*Pilliod, et al. v. Monsanto Company,* Case No. RG17862702
Alameda County Superior Court

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071.

On January 22, 2019, I served a true and correct copy of the document described as **MONSANTO COMPANY'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION NOS. 4, 6-7, AND 31.** on the interested parties by electronic transfer to Case Anywhere via the Internet, pursuant to the Court's Case Management Order No. 2 Authorizing Electronic Service dated March 23, 2018.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 22, 2019 at Los Angeles, California.

*Marianne Hendrix*
Marianne Hendrix