

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
___
A LIMITED LIABILITY PARTNERSHIP

March 14, 2019

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *In re Roundup Prods. Liab. Litig.*, **No. 3:16-md-02741-VC**

Dear Judge Chhabria:

    Pursuant to PTO No. 111, attached hereto as Exhibit 1 is the expert report of Connie Welch-DuJardin. Monsanto does not intend to call Dr. Welch if Plaintiff does not call Dr. Benbrook.

    Respectfully submitted,

    /s/ Brian L. Stekloff_____

    Brian L. Stekloff (*pro hac vice*)
    (bstekloff@wilkinsonwalsh.com)
    Tamarra Matthews Johnson (*pro hac vice*)
    (tmatthewsjohnson@wilkinsonwalsh.com)
    Rakesh Kilaru (*pro hac vice*)
    (rkilaru@wilkinsonwalsh.com)
    WILKINSON WALSH + ESKOVITZ LLP
    2001 M St. NW, 10th Floor
    Washington, DC 20036
    Tel: 202-847-4030
    Fax: 202-847-4005

Cc: Counsel of Record (via ECF)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____