**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
aimee.wagstaff@andruswagstaff.com

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
1473 South 4th Street
Louisville, Kentucky 40208
Tel: (502) 717-4080
jennifer@moorelawgroup.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto,* 3:16-cv-00525 - VC | **PLAINTIFF'S RESPONSE TO PRETRIAL ORDER NO. 111, SCOPE OF DR. BENBROOK'S TRIAL TESTIMONY** |

In Response to Pretrial Order No. 111, Mr. Hardeman narrows the scope of Dr. Benbrook's trial testimony to the following 4 categories. Opinions on these four categories are included throughout Dr. Benbrook's expert report. However, in an attempt to focus the Court's review, and pursuant to Pretrial Order No. 111, Plaintiff directs the Court to certain identified paragraphs within Dr. Benbrook's expert report.

1. **Early EPA Action of Glyphosate and the IBT Story**. This testimony will demonstrate that when Mr. Hardeman began spraying Roundup in 1985/1986, there was no study to support the registration and sale of glyphosate. This testimony goes directly to liability and punitive damages.

    a. Summary of opinions and generally, paragraphs 198-225 & 270-387.

2. **Monsanto's refusal to study the formulated product.** This testimony goes directly to liability and punitive damages.

    a. Summary of opinions and generally, paragraphs 236-269.

- 1 -
PLAINTIFF'S RESPONSE TO PRETRIAL ORDER NO. 111, SCOPE OF DR. BENBROOK'S TRIAL TESTIMONY

3. **Monsanto's termination of TNO after it demonstrated elevated rates of dermal absorption.** This testimony goes directly to liability and punitive damages.

    a. Summary of opinions and generally, paragraphs 431-451.

4. **Ghostwriting.** This testimony goes directly to liability and punitive damages.

    a. Summary of opinions and generally, paragraphs 499-586.

On March 13, 2019, Plaintiff filed a motion to reconsider the Court's ruling on Monsanto's motion in *limine* No. 10 regarding the Seralini study. ECF No. 2988. Plaintiff reserves the right to include testimony on the Seralini story (generally, paragraphs 591-621) pending the Court's order on that motion. Additionally, Plaintiff reserves the right to seek relief for Dr. Benbrook to testify regarding post-use corporate conduct, which is generally set forth in paragraphs 587-590; 622-716.

DATED: March 14, 2019.                Respectfully submitted,

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Tel: 303-376-6360

/s/ Jennifer A. Moore
Jennifer Moore
jennifer@moorelawgroup.com
Moore Law Group, PLLC
1473 South 4th Street
Louisville, Kentucky 40208
Tel: (502) 717-4080

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on March 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee Wagstaff_____
Aimee H. Wagstaff

- 3 -
PLAINTIFF'S RESPONSE TO PRETRIAL ORDER NO. 111, SCOPE OF DR. BENBROOK'S TRIAL TESTIMONY