**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
aimee.wagstaff@andruswagstaff.com

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
1473 South 4th Street
Louisville, Kentucky 40208
Tel: (502) 717-4080
jennifer@moorelawgroup.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto,* 3:16-cv-00525 - VC | **PLAINTIFF'S NOTICE OF WITHDRAWAL - DR. BENBROOK** |

Plaintiff, Edwin Hardeman, by and through his counsel, hereby gives notice of his withdrawal of Dr. Charles Benbrook as an expert in his lawsuit against Monsanto Corporation.

1   DATED: March 14, 2019.                         Respectfully submitted,

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Tel: 303-376-6360

/s/ Jennifer A. Moore
Jennifer Moore
jennifer@moorelawgroup.com
Moore Law Group, PLLC
1473 South 4th Street
Louisville, Kentucky 40208
Tel: (502) 717-4080

Counsel for Plaintiff

- 2 -
PLAINTIFF'S NOTICE OF WITHDRAWAL – DR. BENBROOK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff