1  **ANDRUS WAGSTAFF, PC**
   Aimee H. Wagstaff (SBN 278480)
2  7171 W. Alaska Drive
   Lakewood, CO 80226
3  Tel: (303) 376-6360
   aimee.wagstaff@andruswagstaff.com
4
   **MOORE LAW GROUP, PLLC**
5  Jennifer A. Moore (SBN 206779)
   1473 South 4th Street
6  Louisville, Kentucky 40208
    Tel: (502) 717-4080
7  jennifer@moorelawgroup.com

8

9                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | IN RE: ROUNDUP PRODUCTS        | MDL No. 2741 |
   | LIABILITY LITIGATION           |              |
12 |                                | Case No. 3:16-md-02741-VC |
   |                                |              |
13 | This document relates to:      | **PLAINTIFF'S MOTION TO REMOVE** |
   | *Hardeman v. Monsanto,* 3:16-cv-00525 - VC | **INCORRECTLY FILED DOCUMENTS** |
14

15
        Plaintiff respectfully requests that an order be granted to remove from the Docket of
16
   Hardeman v. Monsanto 3:16-cv-00525-VC the exhibits 7 and 8 to Plaintiff's Motion for
17
   Reconsideration at ECF **201-7** and **201-8**. Additionally, we request an order be granted to
18
   remove similarly from the Docket of In re Roundup Production Liability Litigation 3:16-md-
19
   02741-VC the exhibits 7 and 8 to Plaintiff's Motion for Reconsideration at ECF **2988-7** and
20
   **2988-8**.
21
        These documents contained certain personal identifying and contact information and
22
   were inadvertently filed without redactions. Plaintiffs respectfully request that [3:16-cv-00525-
23
   VC] Docket Nos **201-7** and **201-8**, as well as [3:16-md-02741-VC] Docket Nos **2988-7** and
24
   **2988-8** be permanently deleted from the docket.
25

26

27

28
                                            - 1 -
              PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

1 | DATED: March 14, 2019.                    Respectfully submitted,

2

3                                             /s/ Aimee Wagstaff
                                              Aimee Wagstaff
                                              aimee.wagstaff@andruswagstaff.com
4                                             Andrus Wagstaff, P.C.
                                              7171 West Alaska Drive
5                                             Lakewood CO 80226
                                              Tel: 303-376-6360
6
                                              /s/ Jennifer A. Moore
7                                             Jennifer Moore
                                              jennifer@moorelawgroup.com
8                                             Moore Law Group, PLLC
                                              1473 South 4th Street
9                                             Louisville, Kentucky 40208
                                               Tel: (502) 717-4080
10
                                              Counsel for Plaintiff

- 2 -
PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

**CERTIFICATE OF SERVICE**

I certify that on March 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee Wagstaff_____

- 3 -
PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS