1  **ANDRUS WAGSTAFF, PC**
   Aimee H. Wagstaff (SBN 278480)
2  7171 W. Alaska Drive
   Lakewood, CO 80226
3  Tel: (303) 376-6360
   aimee.wagstaff@andruswagstaff.com
4
   **MOORE LAW GROUP, PLLC**
5  Jennifer A. Moore (SBN 206779)
   1473 South 4th Street
6  Louisville, Kentucky 40208
   Tel: (502) 717-4080
7  jennifer@moorelawgroup.com

8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
12 | | Case No. 3:16-md-02741-VC |
13 | This document relates to: | **PLAINTIFF'S NOTICE OF LODGMENT OF *CORRECTED* EXHIBITS NO. 7 AND NO. 8 TO PLAINTIFF'S MOTION FOR RECONSIDERATION UNDER FED. R. CIV. P. 60 OF THE COURT'S RULING ON MONSANTO'S MOTION IN *LIMINE* NO. 10 REGARDING SÉRALINI STUDY** |
14 | *Hardeman v. Monsanto,* 3:16-cv-00525 - VC | |
15 | | |
16 | | |

17

18    PLEASE TAKE NOTICE THAT *Corrected* Exhibits No. 7 and No. 8 to Plaintiff's

19 Motion for Reconsideration Under Fed. R. Civ. P. 60 of the Court's Ruling on Monsanto's

20 Motion in *Limine* No. 10 Regarding Séralini study – Previously filed in the case docket for

21 Hardeman v. Monsanto Company 3:16-md-02741-VC as ECF File Nos 201-7 and 201-8, and

22 duplicatively on the case docket for In re Roundup Products Liability Litigation 3:16-md-02741-

23 VC as ECF File Nos 2988-7 and 2988-8 – are being lodged with the court on March 14, 2019.

24 These exhibits were missing redactions and were inadvertently filed without redactions on March

25 13, 2019.

26

27

28

1   DATED: March 14, 2019.               Respectfully submitted,

                                         /s/ Aimee Wagstaff
                                         Aimee Wagstaff
                                         aimee.wagstaff@andruswagstaff.com
                                         Andrus Wagstaff, P.C.
                                         7171 West Alaska Drive
                                         Lakewood CO 80226
                                         Tel: 303-376-6360

                                         /s/ Jennifer A. Moore
                                         Jennifer Moore
                                         jennifer@moorelawgroup.com
                                         Moore Law Group, PLLC
                                         1473 South 4th Street
                                         Louisville, Kentucky 40208
                                         Tel: (502) 717-4080

                                         Counsel for Plaintiff

PLAINTIFFS' NOTICE OF LODGMENT OF *CORRECTED* EXHIBITS NO. 7 AND NO. 8 TO PLAINTIFF'S MOTION FOR RECONSIDERATION UNDER FED. R. CIV. P. 60 OF THE COURT'S RULING ON MONSANTO'S MOTION IN *LIMINE* NO. 10 REGARDING SÉRALINI STUDY

**CERTIFICATE OF SERVICE**

I certify that on March 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee Wagstaff_____