# Exhibit 7

Message

| | |
|---|---|
| **From**: | HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| **Sent**: | 9/26/2012 5:32:07 PM |
| **To**: | SACHS, ERIC S [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=171736] |
| **Subject**: | RE: Letters to the Editor? |

Eric,

This makes no sense to me at all.  We have defended our science every step of the way since our 1st encounter with him.  Why are we silent now?  That fact remains that the external sector has not given us what we need, and the editor is telling us it is the 11th hour and he has nothing to work with.  He directly told us (Monsanto) to give him something to work with or else his hands are tied and we will deal with the consequences.

Bill

**From:** SACHS, ERIC S [AG/1000]
**Sent:** Wednesday, September 26, 2012 12:22 PM
**To:** HEYDENS, WILLIAM F [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; HAMMOND, BRUCE G [AG/1000]; GOLDSTEIN, DANIEL A [AG/1000]; VICINI, JOHN L [AG/1000]; NEMETH, MARGARET A [AG/1000]; LEMKE, SHAWNA LIN [AG/1000]
**Subject:** RE: Letters to the Editor?

It will be a sad day if the public sector cannot provide adequate scientific analysis to demonstrate the inadequacy of such a poorly conducted, analyzed and reported study.

I remain adamant that Monsanto must not be put in the position of providing the critical analysis that leads the editors to retract the paper.

Eric

**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Wednesday, September 26, 2012 12:18 PM
**To:** SACHS, ERIC S [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; HAMMOND, BRUCE G [AG/1000]; GOLDSTEIN, DANIEL

A [AG/1000]; VICINI, JOHN L [AG/1000]; NEMETH, MARGARET A [AG/1000]; LEMKE, SHAWNA LIN [AG/1000]
**Subject:** RE: Letters to the Editor?

And I very strongly believe we must go ahead and put together a Monsanto letter to the editor that addresses the science (or lack thereof) as it is already discussed on the Monsanto website, not addressing retraction, and be ready to send it tomorrow or Friday at the latest if FCT does not have what it needs.

Bill

**From:** SACHS, ERIC S [AG/1000]
**Sent:** Wednesday, September 26, 2012 12:03 PM
**To:** SALTMIRAS, DAVID A [AG/1000]; HEYDENS, WILLIAM F [AG/1000]; HAMMOND, BRUCE G [AG/1000]; GOLDSTEIN, DANIEL A [AG/1000]; VICINI, JOHN L [AG/1000]; NEMETH, MARGARET A [AG/1000]; LEMKE, SHAWNA LIN [AG/1000]
**Subject:** RE: Letters to the Editor?

I talked to Bruce Chassy and he will send his letter to Wally Hayes directly and notify other scientists that have sent letters to do the same.  He understands the urgency.

Eric

**From:** SALTMIRAS, DAVID A [AG/1000]
**Sent:** Wednesday, September 26, 2012 11:50 AM
**To:** SACHS, ERIC S [AG/1000]; HEYDENS, WILLIAM F [AG/1000]; HAMMOND, BRUCE G [AG/1000]; GOLDSTEIN, DANIEL A [AG/1000]; VICINI, JOHN L [AG/1000]; NEMETH, MARGARET A [AG/1000]; LEMKE, SHAWNA LIN [AG/1000]
**Subject:** Letters to the Editor?

All,

Wally Hayes (FCT Editor in Chief) called me this morning in response to my voice mail yesterday.  He expressed concern that to date he has only received links to blogs, web postings, media releases, etc. and no formal letters to the Editor.  He genuinely wants to provide scientific leadership at FCT based on reliable information; scientific responses from credible sources submitted as letters to the Editor are critical.  Therefore, he urgently needs rational, objective and authoritative formal letters to the Editor.  He said either electronic submission to FCT or direct email to him are acceptable – I suggest both.  I believe he would like such letters <u>TODAY</u>!

Confidential - Produced Subject to Protective Order

Specifically, he mentioned an email from Helen Cunny (NIEHS, North Carolina) to Brian Delaney. Wally said that an official letter to the Editor from her (and other government agency experts) would prove valuable. Bruce – will you please call Brian Delaney and ask him to follow up with an urgent request for Helen to email a formal letter to the Editor, Wally Hayes?

Actions:

- I have emailed the EU Glyphosate Task Force Toxicology Technical Working Group asking for their opinion on the GTF submitting a glyphosate focused letter.

- Bill H., Eric S. and I have discussed the phone call. Eric said he will follow up with his third party scientific experts who have submitted unofficial communications and request they consider formal letters to the Editor.

- I would like to gauge progress from EU Glyphosate Expert Advisory Panel members who are concerned by the lack of adequate peer review and request they express their concerns in formal letters to the Editor. However, I need Eric to confirm this is acceptable before I proceed down this avenue of contacting these highly credible third party experts.

Please share your thoughts on promptly moving forward.

Thanks,

David Saltmiras, Ph.D., D.A.B.T.
Toxicology Manager
Regulatory Product Safety Center
Monsanto
ph ████████████