# Exhibit 8

Message

| | |
|---|---|
| **From**: | Hayes, Wally [████@spherix.com] |
| **Sent**: | 9/27/2012 11:43:12 PM |
| **To**: | SALTMIRAS, DAVID A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=DASALT]; A. Wallace Hayes [████@comcast.net] |
| **Subject**: | RE: Help Take Action AGAINST Seralini Study -- Write to Journal Editor TODAY |

Best email is ████@comcast.net.

October 15 as discussed on phone today.

Wally

**From:** SALTMIRAS, DAVID A (AG/1000) [mailto:████@monsanto.com]
**Sent:** Thursday, September 27, 2012 1:54 PM
**To:** A. Wallace Hayes; Hayes, Wally
**Subject:** FW: Help Take Action AGAINST Seralini Study -- Write to Journal Editor TODAY
**Importance:** High

Wally,

FYI, from Crop Life below. Monsanto is working on a comprehensive technical response. What is the latest we can get this to you and meet your time lines? Is by close of business tomorrow (Friday) acceptable for your purposes? If not, when?

Regards,

*David Saltmiras, Ph.D., D.A.B.T.*
Toxicology Manager
Regulatory Product Safety Center
Monsanto
ph ████

Confidential - Produced Subject to Protective Order                              MONGLY02379308

**From:** Deb Carstoiu [mailto:█████@croplife.org]
**Sent:** Thursday, September 27, 2012 12:34 PM
**Subject:** Help Take Action AGAINST Seralini Study -- Write to Journal Editor TODAY
**Importance:** High

Dear All:

It has come to our attention that several independent scientists and academics have written directly to the three managing editors of the *Food and Chemical Toxicology Journal* urging the editors to take action against the Seralini study, "Long term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize."

Editor Dr. Wally Hayes has indicated that he is prepared to take **immediate action** on the Seralini paper, but in order to do so, he needs more letters and voices who suggest, support, or demand a retraction and/or criticize the paper's publication of the study. These letters much be received **TODAY** in order to help encourage any action from the publication.

I encourage you to write **today** to Dr. Hayes **asking that the paper be retracted** for the following reasons:

- Séralini's allegations of negative impacts on rat health as a result of eating biotech corn and glyphosate have been refuted by numerous studies, including long-term feeding studies, in the peer-reviewed scientific literature.
    - A 2008 two-year rat feeding study by Y. Sakomoto *et al.* found that biotech soybeans pose no health risks.
    - A 2012 assessment by C. Snell *et al.* reviewed 12 long-term feeding studies of biotech maize, potato, soybean, rice, and triticale and found that biotech crops are nutritionally equivalent to their conventional counterparts and can be safely used in food and feed.
- Previous peer-reviewed rat feeding studies using the same products (NK603 and Roundup) have not found any negative food safety impacts.
- Similar feeding studies conducted by Séralini in the past have been found to be deficient in their analysis by the European Food Safety Authority (EFSA), as well as the Public Research and Regulation Initiative (PRRI).

In addition, since the paper's publication, numerous scientists worldwide immediately called into question the paper's data, which appears to be misleading and fundamentally flawed.

Please send your letters directly to Wally Hayes at █████@comcast.net.

Confidential - Produced Subject to Protective Order                                                                    MONGLY02379309

Thanks in advance, Deb

Deb S. Carstoiu

Director of Communications, Plant Biotechnology

CropLife International

c/o CropLife America

1156 15th Street, N.W., Suite 400, Washington, D.C. 20005

Direct

Main

Cell

@croplife.org

GROWING FOOD * CREATING RENEWABLES * SUPPLYING SUSTAINABLY

This electronic message and attachments, if any, and intended only for the individual(s) or entity named above (or those properly entitled to access the information) and may contain confidential information which may be exempt from disclosure under applicable law. If the reader of this transmission is not the intended or an authorized recipient, you are hereby notified that any unauthorized distribution, dissemination, or copying of this transmission and the attachment, if any, is strictly prohibited. If you have received this transmission in error, please immediately notify us by email at NSourceIT@croplife.org. This message has been scanned for malware by nSourceIT. To learn more visit www.NSourceIT.com.

This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and

Confidential - Produced Subject to Protective Order                                                                                                  MONGLY02379310

all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information you are obligated to comply with all
applicable U.S. export laws and regulations.

Confidential - Produced Subject to Protective Order                                                                                              MONGLY02379311