UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 115: ORDER RE PHASE 2 OPENING STATEMENTS** |

Despite the parties' supplemental briefs, significant ambiguities remain in how the plaintiff's design defect claim would proceed at trial. Therefore, the plaintiff is precluded from referencing the design defect claim in his opening. However, given the stage of the litigation at which this issue has arisen, the plaintiff will be given one more chance to explain the basis for this claim, and if adequate evidence is presented, the court will likely permit the claim to go to the jury.

**IT IS SO ORDERED.**

Date: March 14, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Vince Chhabria
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court