**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

*Co-counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **PLAINTIFF'S PROPOSED VERDICT FORM** |
| *Hardeman v. Monsanto,* 3:16-cv-00525-VC | |

**VERDICT FORM**

We, the Jury, answer the questions submitted to us as follows:

1. On Edwin Hardeman's claim for design defect:

| We find in favor of Edwin Hardeman, and against Monsanto. | We find in favor of Monsanto, and against Edwin Hardeman. |
|---|---|
| ☐ | ☐ |

2. On Edwin Hardeman's claim for strict liability failure to warn:

| We find in favor of Edwin Hardeman, and against Monsanto. | We find in favor of Monsanto, and against Edwin Hardeman. |
|---|---|
| ☐ | ☐ |

3. On Edwin Hardeman's claim for negligent failure to warn:

| We find in favor of Edwin Hardeman, and against Monsanto. | We find in favor of Monsanto, and against Edwin Hardeman. |
|---|---|
| ☐ | ☐ |

If you find in favor of Mr. Hardeman on *at least one* of the claims, proceed to Question 4. If you find in favor of Monsanto and against Mr. Hardeman on all three claims, stop, sign, and date this form, and notify the court attendant that you have reached a verdict.

**CLAIM OF DAMAGES FOR EDWIN HARDEMAN**

4. What are Edwin Hardeman's damages?

Past economic loss:        $                              200,967.10

Past noneconomic loss:     $

Future noneconomic loss:   $

**PUNITIVE DAMAGES**

5. Did Monsanto engage in conduct with malice, oppression, or fraud?

   Yes ☐                                                                 No ☐

6. What amount of punitive damages, if any, do you award Edwin Hardeman?

   $_____

Signed: _____      Dated:_____
   **PRESIDING JUROR**

*After this verdict form has been signed, notify the court attendant that you are ready to present your verdict in the courtroom.*

DATED: March 14, 2019                    Respectfully submitted,

                                         /s/ Aimee Wagstaff
                                         **ANDRUS WAGSTAFF, PC**
                                         Aimee H. Wagstaff (SBN 278480)
                                         Aimee.wagstaff@andruswagstff.com
                                         David J. Wool (SBN 324124)
                                         David.Wool@andruswagstaff.com
                                         7171 W. Alaska Drive
                                         Lakewood, CO  80226
                                         Telephone: 303-376-6360

                                         **MOORE LAW GROUP, PLLC**
                                         Jennifer A. Moore (SBN 206779)
                                         jennifer@moorelawgroup.com
                                         1473 South 4th Street
                                         Louisville, KY  40208
                                         Telephone: 502-717-4080

                                         *Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee Wagstaff_____