# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL JURY TRIAL MINUTES

| **Date:** March 15, 2019 | **Time:** 4 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman v. Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Ada Means                              **Court Reporter:** Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: March 18, 2019, at 8:00 a.m.**

## PROCEEDINGS:

Jury Trial, Day 12 - held.

## RULINGS AND ORDERS:

**Witnesses examined today:**

See Log for details from proceedings.

**Admitted Exhibits:**