**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 12**

| JUDGE: | ATTORNEYS FOR PLAINITFF: | ATTORNEYS FOR DEFENDANTS: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| March 15, 2019 | Marla Knox | Ada Means |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:15 a.m. | | | All members of the jury are present in the jury room and resumes their deliberations. | |
| | 10:10 a.m. | | | The jury takes a break from their deliberations. | |
| | 10:15 a.m. | | | All members of the jury are present in the jury room and resumes their deliberations. | |
| | 11:30 a.m. | | | The jury takes a lunch break. | |
| | 12:00 p.m. | | | All members of the jury are present in the jury room and resumes their deliberations. | |
| | 1:15 p.m. | | | The jury takes a break from their deliberations. | |
| | 1:30 p.m. | | | All members of the jury are present in the jury room and resumes their deliberations. | |
| | 3:00 p.m. | | | The Court receives Jury Note #1. All parties are summoned. | |
| | 3:15 p.m. | | | The jury is in recess for the day. | |
| | 3:21 p.m. | | | Outside the presence of the jury, Court and counsel confer re: Jury Note #1. | |
| | 3:25 p.m. | | | Court is adjourned for the day. The matter is continued to March 18, 2019 at 8:00 a.m. for further jury deliberations. | |