# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 14, 2019 | **Time:** 12:36 - 1:30 | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-2741-VC and 16-cv-525-VC | **Case Name:** Hardeman   v.  Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff, Jennifer Moore
**Attorney for Defendant:** Tamarra Matthews Johnson, Rakesh Kilaru, Julie Rubenstein, Brian Stakloff, Michael Imbroscio

**Deputy Clerk:** Mauriona Lee          **Court Reporter:** Marla Knox

## PROCEEDINGS:

Hearing outside of the presence of the Jury re Opening Statements for Phase II

## ORDER AFTER HEARING:

Arguments made by both parties. Witnesses Benbrook and Welsh withdrawn as experts. Saralini study deemed inadmissible. Plaintiff's brief to be filed by 5pm today. Defendant's reply brief due by 6pm today.

## ORDER TO BE PREPARED BY:

[ ]     Plaintiff          [ ]     Defendant          [ X ]     Court

**Notes:**

\*\*(t)= Telephonic appearance