Kirk J. Goza
Goza & Honnold, LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66207
Telephone: (913) 451-3433
*Attorney for Plaintiff Allan Mehrens*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to :<br><br>Allan Mehrens, Cause No. 3:17-cv-01151-CCV (N.D. Cal.) | |

**AFFIDAVIT OF PLAINTIFF ALLAN MEHRENS**

I, Allan Mehrens, am the Plaintiff in the above-captioned matter. I am an adult of sound mind and above the age of 18 residing in Davenport, IA.

1. In 2017 I contacted multiple law firms regarding my potential Roundup claim.

2. I contacted both Andrus Wagstaff and Goza & Honnold.

3. Unintentionally, I contracted with both firms to represent me in Roundup claims.

4. I did not understand or realize I had contracted with multiple firms or that my claim was going to be filed in two separate courts.

5. When I moved from my old address at 2925 Dubuque Street, Apt 3s, Davenport, IA 52804 to my new address at 2225 ½ W 2nd St. Davenport, IA 52803 , I notified the law firm of Andrus Wagstaff.

6. I believed at that time I was only represented by Andrus Wagstaff and thus did not notify the law firm of Goza & Honnold of my change in address.

7. Goza & Honnold did not have a telephone number at which to reach me.

8. After moving, I never received any communication from Goza & Honnold regarding any claim in which they represented me.

9. I did not understand that I had filed two separate claims, including the federal court claim in the Northern District of California.

10. Having misunderstood the fact that I was represented by more than one law firm, I believed my only representation was through Andrus Wagstaff.

11. Because I did not update Goza & Honnold of my change in address, I did not receive any communications from them regarding the Plaintiff Fact Sheet or other information related to my claim in the Northern District of California.

12. I want to continue to pursue my claim in Missouri State court with the law firm of Andrus Wagstaff.

13. I have always intended to comply with any court orders related to my claim.

14. I do in the future intend to comply with any court orders related to my claim.

15. The only reason I have not filed a Plaintiff Fact Sheet, and complied with the court order associated therewith, is because I did not understand that I was represented by separate law firms in two separate cases related to my use of Roundup.

The above statements are true and based upon my personal knowledge and made under oath upon being sworn.

March 16, 2019
Date

Allan Mehrens
Allan Mehrens

Personally appeared before me, the undersigned Notary, Allan Mehrens, who makes the above signed statement and affidavit, upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

Sworn and subscribed before me, this 16th day of March, 2019.

Cynthia Renee Ortiz
Notary Public

My Commission Expires:

8/28/2021

CYNTHIA RENEE ORTIZ
Notarial Seal - Iowa
Commission # 718210
My Commission Expires 8/28/2021