**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
            elasker@hollingsworthllp.com

*Attorneys for Defendants*
*WILBUR-ELLIS COMPANY LLC and*
*WILBUR-ELLIS FEED, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Craig Ataide, et al.*, *v. Monsanto Co.*, *et al.,*<br>Case No. 3:19-cv-01289-VC | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**OF WILBUR-ELLIS COMPANY LLC AND WILBUR-ELLIS FEED, LLC**

This certification is filed by defendants Wilbur-Ellis Company and Wilbur-Ellis Feed, LLC (now known as Wilbur-Ellis Nutrition, LLC).  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   Wilbur-Ellis Holdings, Inc.

   Wilbur-Ellis Holdings II, Inc.

| | |
|---|---|
| 1    DATED: March 18, 2019 | Respectfully submitted, |

<u>/s/ Joe G. Hollingsworth</u>
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendants
WILBUR-ELLIS COMPANY LLC and
WILBUR-ELLIS FEED, LLC