UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | PRETRIAL ORDER NO. __: EUROPEAN INFORMATION |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | |

In order to comply with European Union privacy laws, Monsanto redacted certain information on corporate documents produced during the course of this litigation. Plaintiff requests the Court enter an Order that the European information be un-redacted in full in order to appropriately litigate the case.  After considering the matter, the Court hereby Orders Monsanto to un-redact the European information in full for documents published to the jury or admitted into evidence during Phase 2 of the Hardeman trial.  Pursuant to party agreement, personal identifying information such as phone numbers may remain redacted.

**IT IS SO ORDERED.**

Date: March __, 2019.

Honorable Vince Chhabria
United States District Court