UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 117: RULING ON DEPOSITION DESIGNATIONS FOR MARK MARTENS** |

The objections to all designations and counter-designations are overruled. With respect to Monsanto's repeated Rule 403 objections, although some of the plaintiff's designations are somewhat cumulative, and although the testimony is harmful to Monsanto, it is not unfairly prejudicial, and it is therefore up to the plaintiff whether to use his time playing all of this testimony.

**IT IS SO ORDERED.**

Date:   March 18, 2019

                                                        Honorable Vince Chhabria
                                                        United States District Court