UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **ORDER REGARDING REDACTION OF EUROPEAN INFORMATION** |
| | Dkt. No. 3081 |

In order to comply with the European Union's privacy laws, Monsanto redacted certain information on corporate documents produced during the course of this litigation. The plaintiff has now requested that the Court order this information to be unredacted in full in order to appropriately litigate the case. In light of the Court's discussion of this issue with the parties, the Court hereby orders Monsanto to unredact the European information in full for documents published to the jury or admitted into evidence during Phase 2 of this trial. Pursuant to party agreement, personal identify information such as phone numbers may remain redacted.

**IT IS SO ORDERED.**

Date:   March 19, 2019

Honorable Vince Chhabria
United States District Court