UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] LIMITING INSTRUCTION** |
| *Hardeman v. Monsanto Co.,* 3:16-cv-00525-VC | |

Pursuant to the discussion at the March 19, 2019 conference, Monsanto hereby submits the following proposed limiting instruction for post-2012 evidence of company conduct:

You have heard some evidence of Monsanto's conduct from after 2012, when Mr. Hardeman stopped using Roundup. You are only to consider conduct after 2012, including any internal Monsanto communications, to the degree it establishes Monsanto's conduct prior to 2012. You must not consider that evidence for any other purpose, including in determining Monsanto's liability or damages.

Dated: March 19, 2019

Respectfully submitted,

/s/ Brian L. Stekloff
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036

|  |  |
|---|---|
| 1 | Tel:   202-847-4030 |
| 2 | Fax:   202-847-4005 |
| 3 | /s/ Pamela Yates |
| 4 | Pamela Yates (CA Bar No. 137440) (Pamela.Yates@arnoldporter.com) |
| 5 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 6 | 777 South Figueroa St., 44th Floor Los Angeles, CA 90017 |
| 7 | Tel: 213-243-4178 Fax: 213-243-4199 |
| 8 | |
| 9 | /s/ Joe G. Hollingsworth Joe G. Hollingsworth (*pro hac vice*) |
| 10 | (jhollingsworth@hollingsworthllp.com) Eric G. Lasker (*pro hac vice*) |
| 11 | (elasker@hollingsworthllp.com) HOLLINGSWORTH LLP |
| 12 | 1350 I Street, N.W. Washington, DC  20005 |
| 13 | Telephone:  (202) 898-5800 |
| 14 | |
| 15 | Attorneys for Defendant MONSANTO COMPAN |
| 16 | |

- 2 -
[PROPOSED] LIMITING INSTRUCTION
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff