UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 118: RULING ON PHASE 2 DEPOSITION DESIGNATIONS FOR DR. REEVES** |

The following are the Court's evidentiary rulings on the plaintiff's Phase 2 designations for Dr. Reeves:

| Page Where Objection Appears | Ruling |
|---|---|
| 23:02-20 | Sustained for lines 2-6; overruled for the remainder |
| 23:24-24:21 | Sustained for 23:24 to 24:05; overruled for the remainder |
| 29-55 | All overruled |
| 65 | Overruled except for the 2nd and 3rd sentences of the attorney question (lines 3-7) |
| 66-120 | All overruled |
| 121-122 | Sustained for 122:02 to 122:24; overruled for the remainder |
| 123-175 | All overruled |
| 179:03-08 | Sustained for the first sentence; overruled for the second sentence |
| 179-181 | All overruled |
| 182-183 | Sustained for 182:11-19; overruled for the remainder |
| 184-185 | All overruled |

| | |
|---|---|
| 186:04-18 | Overruled for 186:04-15; sustained for the remainder |
| 186:23-193:07 | All sustained |
| 193:24-210 | All overruled |
| 211-215:19 | All sustained |
| 215:23-301 | All overruled |
| 303:03-12 | Sustained for lines 9-11 (first sentence); overruled for the remainder |
| 303:14-467 | All overruled |
| 493:04-522 | All sustained |

All objections to Monsanto's counters to designations that are being admitted are overruled.

The following are the Court's evidentiary rulings on Monsanto's Phase 2 designations for Dr. Reeves:

| Page Where Objection Appears | Ruling |
|---|---|
| 762-769 | All overruled |
| 769:16-771:05 | Sustained |
| 776-797 | All overruled |

**IT IS SO ORDERED.**

Date:   March 19, 2019

_____
Honorable Vince Chhabria
United States District Court