UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 119: RULING ON INITIAL PHASE 2 DEPOSITION DESIGNATIONS FOR DR. FARMER** |

The following are the Court's evidentiary rulings on the plaintiff's first set of Phase 2 designations for Dr. Farmer:

| Page Where Objection Appears | Ruling |
|---|---|
| 18-67 | All sustained |
| 89-182 | All overruled |
| 183 | Sustained |
| 187-205 | All overruled |
| 206-207 | Sustained for lines 7-13; overruled for the remainder |
| 208-209 | Overruled |
| 215 | Sustained |
| 234-420 | All overruled |
| 421-422 | Overruled except that the designations must conform to yesterday's ruling regarding redactions. |
| 422-424 | All overruled |
| 472:03-15 | Sustained for lines 3-5; overruled for the remainder |
| 427:18-19 | Overruled |

| | |
|---|---|
| 428-434 | All sustained |
| 435-471:07 | All overruled |
| 471:13-472:11 | Sustained |
| 472:12-476 | Overruled |
| 538-539 | All sustained |

The following are the Court's evidentiary rulings on Monsanto's first set of Phase 2 designations for Dr. Farmer:

| Page Where Objection Appears | Ruling |
|---|---|
| 558-640 | All overruled |
| 661-685 | The Court is confused by these designations; further discussion is required. |

**IT IS SO ORDERED.**

Date: March 20, 2019

Honorable Vince Chhabria
United States District Court