Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Fredrick Smith, et al. v. Monsanto Co.*, Case No. 3:17-cv-02142-VC | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**DECLARATION OF MARTIN CALHOUN IN SUPPORT OF STIPULATION AND PROPOSED ORDER REGARDING EXTENSION OF TIME FOR MONSANTO COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |

I, Martin Calhoun, declare:

1. I am a partner at Hollingsworth LLP and am one of the attorneys representing defendant Monsanto Company ("Monsanto") in this lawsuit. I have personal knowledge of the facts set forth below. I submit this declaration in support of the accompanying Stipulation and Proposed Order Regarding Extension of Time for Monsanto Company's Opposition to Plaintiffs' Motion to Remand.

2. Plaintiffs filed a Motion to Remand in this lawsuit (Civil Action No. 3:17-cv-02142-VC; ECF No. 30) on February 27, 2019.

3. Plaintiffs did not file the Motion to Remand on the MDL-wide docket.

4. As a result, Monsanto's counsel handling motion practice in the MDL was unaware of the Motion to Remand and Monsanto has not filed an opposition to the motion.

5. On March 19, 2019, the Court stated in open court (during proceedings on another Roundup lawsuit) that the hearing on plaintiffs' Motion to Remand would be postponed until late April 2019.

6. Monsanto intends to file an opposition to the Motion to Remand.

7. On March 19, 2019, Curtis Hoke (counsel for plaintiffs) and I agreed, subject to the Court's approval, to an extension of fourteen days – from March 19 to April 2, 2019 – for Monsanto to file an opposition to the Motion to Remand.

8. There have been no prior time modifications in this lawsuit, and the extension requested here would not affect the schedule for hearing plaintiffs' Motion to Remand or the schedule for this lawsuit generally.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2019.

/s/ Martin Calhoun
Martin Calhoun