UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL JURY TRIAL MINUTES</u>

| **Date:** March 19, 2019 | **Time:** 47 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman  v.  Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen        **Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: March 20, 2019, at 8:30 a.m.**

PROCEEDINGS:

Jury Trial, Day 14 - held. Jury deliberations continued. Verdict reached.

RULINGS AND ORDERS:

**<u>Witnesses examined today:</u>**

**<u>Admitted Exhibits:</u>**
None today.

**<u>Verdict:</u>**
Jury found in favor of the plaintiff.

*See Log for details from proceedings.