UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 14**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| March 19, 2019 | Jo Ann Bryce and Marla Knox | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:32 a.m. | | | Jury in deliberations. Court and counsel on the record, outside the presence of the jury, to discuss opening slides to be used during Phase 2 opening statements, Motion to Remand in member case 17-cv-2142-VC, Smith v. Monsanto, and the email discussed the day before. | |
| | 9:15 a.m. | | | Court is in recess. Jury continued deliberating. | |
| | 2:00 p.m. | | | Jury presented Question Number 2 to the clerk. | |
| | 2:09 p.m. | | | Back on the record. The jury entered the courtroom. The Court read the verdict. The verdict is recorded. | |
| | 2:11 p.m. | | | The jury is polled. | |
| | 2:12 p.m. | | | The jury retired for the evening. | |
| | 2:13 p.m. | | | Court is adjourned for the evening and will resume on Wednesday, March 20, 2019, at 8:00 a.m. with counsel and 8:30 a.m. with the jury for opening statements for Phase 2. | |