UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE: VINCE CHHABRIA            Case No. 16-CV-525-VC

CASE NAME: Edwin Hardeman v. Monsanto Company, et al.

NOTE FROM THE JURY

Note No. __1__

Date __3-15-19__

Time __3:00__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Would like to hear transcripts from Mr Hardeman.

_____
Foreperson of the Jury
Gayle K. Cunningham

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE: VINCE CHHABRIA    Case No. 16-CV-525-VC

CASE NAME: Edwin Hardeman v. Monsanto Company, et al.

Remember that you are not to tell anyone – including the Court or the Courtroom Deputy – how the jury stands, whether in terms of vote count or otherwise, until after you have reached a unanimous verdict or been discharged.

NOTE FROM THE JURY

Note No. __2__

Date __3/19/19__

Time __1:53 pm__

1. The Jury has reached a unanimous verdict (X)

   or

2. The Jury has the following question:

_____

_____

_____

_____
Foreperson of the Jury