

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN HARDEMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONSANTO COMPANY,<br><br>　　　　　Defendant. | Case No. 16-cv-00525-VC<br><br>**VERDICT FORM** |

After you have reached your verdict, please fill out this form. After you have completed the form, let the Courtroom Deputy know you have reached a verdict, without saying what the verdict is. The presiding juror should keep the form and bring it into the courtroom so that the judge may announce the verdict.

Question 1: Did Mr. Hardeman prove by a preponderance of the evidence that his exposure to Roundup was a substantial factor in causing his non-Hodgkin's lymphoma?

Yes: __X__          No: _____

Dated: 3/19/19

_____
Presiding Juror