# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL JURY TRIAL MINUTES

| **Date:** March 20, 2019 | **Time:** 5 hours 56 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman v. Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen          **Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: March 22, 2019, at 8:00 a.m.**

## PROCEEDINGS:

Jury Trial, Day 15 - held. Opening statements conducted and evidence entered for Phase 2.

## RULINGS AND ORDERS:

Plaintiff is ordered to file by 8:00 a.m. on Friday, March 22, 2019, an update re all proposed witnesses for Phase 2.

**Witnesses examined today:**
- Dr. Mark Martens (by video deposition)
- Dr. William Reeves (by video deposition)
- Dr. Donna Farmer (by video deposition)

**Admitted Exhibits (provisionally):**
86, 89, 155, 156, 157, 158, 159, 160, 161, 208, 220, 249, 250, 251, 254, 413, 443, 448, 449, 450, 451, 452, 453, 495, 499, 503, 515, 516

*See Log for details from proceedings.