UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 15**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| March 20, 2019 | Jo Ann Bryce and Marla Knox | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:10 a.m. | | | Court and counsel on the record regarding the plaintiff's "stipulation" regarding Dr. Mills, and plaintiff's requested use of RFAs. Plaintiff moved for additional trial time; Court will monitor the plaintiff's usage of their current time and determine if additional time is warranted. | |
| | 8:32 a.m. | | | Court is in recess. | |
| | 8:37 a.m. | | | Court and counsel back on the record re plaintiff's request for additional time. | |
| | 8:39 a.m. | | | Jury entered the courtroom. Court provided the jury preliminary jury instructions. | |
| | 8:41 a.m. | | | Plaintiff's opening statements for Phase 2 conducted by A. Wagstaff. | |
| | 9:12 a.m. | | | Plaintiff's opening statement concluded. Defendant's opening statements for Phase 2 conducted by B. Stekloff. | |
| | 9:19 a.m. | | | Sidebar. | |
| | 9:21 a.m. | | | Court instructed the jury. Defendant's opening statement continued. | |
| | 9:47 a.m. | | | Court is in recess. | |
| | 10:00 a.m. | | | Court and counsel on the record re additional designations as to the Reeves deposition. | |
| | 10:03 a.m. | | | Plaintiff called via video deposition **Dr. Mark Martens.** | |
| | 10:56 a.m. | | | Court is in recess for lunch. | |
| | 11:53 a.m. | | | Court and counsel on the record re Dr. Donna Farmer and Jess Rowland's depositions. | |
| | 12:03 p.m. | | | Jury entered the courtroom. The video deposition of Dr. Martens continued. | |
| | 12:19 p.m. | | | Dr. Marten's video deposition is concluded. | |

1

| | | | | | |
|---|---|---|---|---|---|
| 155, 156, 157, 158, 159 160, 161, 208 | | X | X | (These exhibits are provisionally admitted until follow up from Monsanto received.) | PLTF |
| | 12:20 p.m. | | | Plaintiff called via video deposition **Dr. William Reeves.** | |
| | 1:07 p.m. | | | Court is in recess. | |
| | 1:21 p.m. | | | Back on the record with continued video deposition of Dr. Reeves. | |
| | 2:01 p.m. | | | Court is in recess. | |
| | 2:09 p.m. | | | Back on the record with continued video deposition of Dr. Reeves. | |
| | 2:29 p.m. | | | Video deposition of Dr. Reeves is concluded. | |
| 86, 89, 220, 249, 250, 251, 254, 413, 443, 448, 449, 450, 451, 452, 453, 495, 499, 503, 515, 516 | | X | X | (These exhibits are provisionally admitted until follow up from Monsanto received.) | PLTF |
| 154, 1005, 1178, 1697 | | X | | (Plaintiff to review and respond re any objections.) | DEFT |
| | 2:30 p.m. | | | Plaintiff called via video deposition **Dr. Donna Farmer.** | |
| | 2:58 p.m. | | | The jury retired for the evening. Court and counsel remained on the record re the remaining schedule and witnesses for the trial. | |
| | 3:33 p.m. | | | Court is adjourned and will resume on Friday, March 22, 2019, at 7:30 a.m. with counsel and 8:00 a.m. with evidence. | |