UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 120: RULING ON PHASE 2 DESIGNATIONS FOR DR. HEYDENS** |

The following are the Court's evidentiary rulings on the plaintiff's Phase 2 designations for Dr. Heydens:

| Page Where Objection Appears | Ruling |
|---|---|
| 14-175 | All sustained |
| 188-222 | All overruled |
| 410-417 | Sustained as to 411:22-412:01, and further sustained to the extent this bring in aspects of the email that have been excluded; otherwise overruled. |
| 418-423 | All sustained |
| 425-429 | All overruled |

Monsanto should inform the Court by email of which counter-designations it still wishes to offer in light of this ruling.

**IT IS SO ORDERED.**

Date: March 20, 2019

_____
Honorable Vince Chhabria
United States District Court