UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 121: ORDER RE ROWLAND AND HOUSENGER EVIDENCE** |

    Pursuant to Rule 403, communications between Monsanto and EPA employees Jess Rowland and Jack Housenger are not admissible to demonstrate the reprehensibility of Monsanto's conduct. If the plaintiff believes those communications are relevant to another aspect of his claims, he may articulate that theory on Friday. Absent that, the communications will not be admitted.

    **IT IS SO ORDERED.**

Date:   March 21, 2019

                                                                  Honorable Vince Chhabria
                                                                    United States District Court