

March 22, 2019

**FILED VIA ECF**

Honorable Vince Chhabria
United States District Court,
Northern District of California

      RE:    Case No: 3:16-md-02741-VC, In Re Roundup Products Liability Litigation
             Case No: 3:16-cv-00525-VC, Hardeman v. Monsanto

To the Honorable Vince Chhabria:

As instructed, Plaintiff, Edwin Hardeman, has re-reviewed the remaining depositions he would like to play in Phase 2 and significantly cut and/or eliminated deposition testimony.

First, Plaintiff no longer is calling the following witnesses by deposition: Daniel Goldstein, Steven Gould, David Heering, Daniel Jenkins, Roger McClellan, Todd Rands, Dr. Roger Turk, Dr. Richard Turley, and Dr. Jeffrey Ye. The Court no longer needs to review these depositions.

Second, after de-designating significant portions of testimony and meeting and conferring with Defendant, Plaintiff submits the following depositions for the Court's ruling in Phase two:

| **Deponent** | **Plaintiff Time*** | **Defendant Time*** | **Total Time*** |
|---|---|---|---|
| Kirk Azevedo | 00:06:37 | 00:02:59 | 00:09:35 |
| Hugh Grant | 00:27:46 | 00:09:59 | 00:37:45 |
| James Guard | 00:23:08 | 00:07:08 | 00:30:16 |
| William Heydens (Court previously ruled upon) | 00:32:40 | 00:49:39 | 01:22:19 |
| Larry Kier | 00:35:56 | 00:19:53 | 00:55:54 |
| Michael Koch | 00:17:18 | 00:04:54 | 00:22:12 |
| Doreen Manchester | 00:12:14 | 00:02:15 | 00:14:29 |
| Samuel Murphey | 00:05:53 | 00:02:12 | 00:08:05 |
| Christopher Portier | 00:14:40 | 00:20:09 | 00:34:49 |
| David Saltmiras | 00:04:59 | 00:23:53 | 00:28:52 |

* Times are estimated based on current edits, actual run time could vary slightly.

March 22, 2019
Page 2

The remaining deposition testimony is necessary in order for Plaintiff to meet his burden of proof and submit his claims properly to the jury and provide sufficient evidence to seek compensatory and punitive damages.

Finally, Plaintiff is not calling Dr. Mills live to testify. We sent an updated proposed stipulation regarding Monsanto's financial condition to defense today for review and signature based upon the Court's rulings.

Plaintiff believes that these additional de-designations and eliminations of several witnesses provides further proof that Plaintiff is working hard to efficiently and fairly present his case to the jury. For these reasons, Plaintiff respectfully requests the Court grant additional time so that Plaintiff may play the remaining depositions listed in the chart above.

                                                  Respectfully submitted,

                                                  /s/ Jennifer A. Moore
                                                  Jennifer A. Moore
                                                  MOORE LAW GROUP, PLLC
                                                  1473 South 4th Street
                                                  Louisville, KY  40208
                                                  jennifer@moorelawgroup.com

                                                  Aimee H. Wagstaff
                                                  Andrus Wagstaff, PC
                                                  7171 W. Alaska Drive
                                                  Lakewood, CO  80226
                                                  Aimee.wagstaff@andruswagstaff.com

                                                  *Counsel for Plaintiff*