| Plaintiffs' Affirmative Designations | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections |
| Azevedo 06/08/2016 | | | | | | | |
| 5:04-5:06 | | | | | | | |
| 22:12-22:24 | | | | | | | |
| 23:25-24:18 | | | | | | | |
| 31:02-31:04 | | | | | | | |
| 41:18-43:11 | | | 403 and lacks foundation (42:4-43:11) | | Relevant to liabilty and Punitive damages - probaive value outweighs 403 factors | | |
| 49:25-50:02 | | | 403 | | based on personal experience; relevant to liabiliy and punitive damages; proper 701 opinion; probatve value outweighs 403 factors | | |
| 50:04-50:08 | | | 403 | | based on personal experience; relevant to liabiliy and punitive damages; proper 701 opinion; probatve value outweighs 403 factors | | |
| 50:10-52:15 (end at "points.") | | | 403 | 137:23-140:22 | Bssed on personal experience; revevant to liability and punitive damages; proper 701 opinion ; FRE 801 and 803 apply; party admission; probative value outweighs 403 factors | 140:23-25 | |