| Plaintiffs' Affirmative Designations | | | | |
|---|---|---|---|---|
| **Cite** | **Exhibits** | **Monsanto's Objections** | **Monsanto's Counters** | **Plaintiffs' Responses to Objections** |
| Manchester (CropLife America) 02/08/2019* ** | | | | |
| 12:2-5 | | *Monsanto objects to the designation of this deposition in its entirety: it is not relevant to the litigation, and even if it were relevant, the factors in 403, including prejudice, confusion, and waste of time, far outweigh any probative value that this testimony may have to the litigation. | | Monsnato conducted activities behnd the shield of its trade assocition, CropLife. This deposition is relevant. |
| 12:17-21 | | | | |
| 12:24-13:8 | | | | |
| 14:12-15 | | 403; not relevant to issues to be tried in Phase 2 | | not prejudicial, any prejudice outweighed by probative value; relevant to foundation, background |
| 19:21-23 | | Vague; Lacks foundation | Conditional counter: 458:19-459:7; 459:20-460:7 | not prejudicial, any prejudice outweighed by probative value |
| 20:1-2 | | | | |
| 20:5-10 | | Hearsay (20:9-10)<br>Lacks foundation (20:9-10) | Conditional counter: 458:19-459:7; 459:20-460:7 | not prejudicial, any prejudice outweighed by probative value |
| 22:11-14 | 1 | Hearsay | Conditional counter: 22:15-22 | This is a PMK deposition and it is pulled from company webite; probative value outweighs prejudice. |
| 28:14-20 | 1 | 403; not relevant to issues to be tried in Phase 2 | | This testimony demonstrates the bias of CLA; that CLA makes more membership dues from Monsnato the more RU Monsnato sells; probatve value outweighs any prejudice. |
| 29:19-21 | 1 | 403; not relevant to issues to be tried in Phase 2; calls for speculation | | This testimony demonstrates the bias of CLA; that CLA makes more membership dues from Monsnato the more RU Monsnato sells; probatve value outweighs any prejudice. |
| 30:22-23 | 1 | 403; not relevant to issues to be tried in Phase 2; calls for speculation | | This testimony demonstrates the bias of CLA; that CLA makes more membership dues from Monsnato the more RU Monsnato sells; probatve value outweighs any prejudice. |
| 35:13-15 | 1 | 403<br>Lacks foundation (35:13-15) | | any prejudice outweighed by probative value |
| 35:17 | | | | |
| 37:17-20 | 2 | 403<br>Hearsay<br>Lacks foundation as to document that was not generated by CropLife America | Conditional counter: 39:21-40:1; 42:4-6 | not prejudicial, any prejudice outweighed by probative value; Document produced by Monsnato during litigation; |

| Designation | Exhibit | Objection | Counter | Response |
|---|---|---|---|---|
| 38:9-16 | 2 | 403<br>Hearsay<br>Lacks foundation as to document that was not generated by CropLife America | Conditional counter: 39:21-40:1; 42:4-6 | not prejudicial, any prejudice outweighed by probative value; Document produced by Monsnato during litigation; not post-use (Mr. Hardeman stopped spraying after June 2012) |
| 39:1-14 | 2 | 403<br>Hearsay<br>Lacks foundation as to document that was not generated by CropLife America | Conditional counter: 39:21-40:1; 42:4-6 | not prejudicial, any prejudice outweighed by probative value; Document produced by Monsnato during litigation; not post-use (Mr. Hardeman stopped spraying after June 2012) |
| 40:21-41:8 | 2 | 403<br>Hearsay<br>Lacks foundation as to document that was not generated by CropLife America | Conditional counter: 39:21-40:1; 42:4-6 | not prejudicial, any prejudice outweighed by probative value; Document produced by Monsnato during litigation; not post-use (Mr. Hardeman stopped spraying after June 2012) |
| 102:12-102:24 | 6 | 403; relevance; designated testimony on this exhibit consists solely of attorney reading in portions of EPA document | | Proper form- adverse witness |
| 104:4-18 | 6 | 403; relevance; designated testimony on this exhibit consists solely of attorney reading in portions of EPA document without asking question of witness | | Proper form- adverse witness |
| 319:12-14 | | | | |
| 321:8-10 | | | | |
| 322:12-15 | | | | |
| 349:15-350:8 | 26 | 403<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay (exhibit 26)<br>Lacks foundation as to exhibit 26<br>Assumes facts not in record (350:3-8)<br>Exhibit 26 is inadmissible based on the court's prior rulings on post use conduct as it relates to a press release written in 2016 regarding issues in 2016 | | Directly relevant to punitive damages;  questions related to Monsnato's influence and pre-litigation opinion on AHS data; probatve value outweighs any prejudice to Monsnato |
| 350:10-13 | 26 | 403<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | | Directly relevant to punitive damages;  questions related to Monsnato's influence and pre-litigation opinion on AHS data; probatve value outweighs any prejudice to Monsnato |
| 350:20-21 | 27 | 403<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | | Directly relevant to punitive damages;  questions related to Monsnato's influence and pre-litigation opinion on AHS data; probatve value outweighs any prejudice to Monsnato |

| | | | | |
|---|---|---|---|---|
| 351:4-17 | 27 | 403<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | | Directly relevant to punitive damages;  questions related to Monsnato's influence and pre-litigation opinion on AHS data;  probatve value outweighs any prejudice to Monsnato |
| 351:22-352:13 | 27 | 403<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | | Directly relevant to punitive damages;  questions related to Monsnato's influence and pre-litigation opinion on AHS data;  probatve value outweighs any prejudice to Monsnato |
| 354:12-355:13 | 27 | 403<br>Vague (355:12-13)<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | | Directly relevant to punitive damages;  questions related to Monsnato's influence and pre-litigation opinion on AHS data;  probatve value outweighs any prejudice to Monsnato |
| 355:15-356:1 | 27 | 403<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | | Directly relevant to punitive damages;  questions related to Monsnato's influence and pre-litigation opinion on AHS data;  probatve value outweighs any prejudice to Monsnato |
| 356:24-357:9 | 27 | 403<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | | Directly relevant to punitive damages;  questions related to Monsnato's influence and pre-litigation opinion on AHS data;  probatve value outweighs any prejudice to Monsnato |
| 357:24-358:16 | 27 | 403<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | | Directly relevant to punitive damages;  questions related to Monsnato's influence on AHS data;  probatve value outweighs any prejudice to Monsnato |
| 358:18-359:3 | 27 | 403<br>Argumentative (359:1-3)<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | | Directly relevant to punitive damages;  questions related to Monsnato's influence on AHS data;  probatve value outweighs any prejudice to Monsnato |
| 359:5-23 | 27 | 403<br>Argumentative (359:19-23)<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | | Directly relevant to punitive damages;  questions related to Monsnato's influence on AHS data;  probatve value outweighs any prejudice to Monsnato |
| 360:2-12 | 27 | 403<br>Argumentative (360:9-12)<br>Portions of exhibit not written by Monsanto employee and testimony on those portions are hearsay | Conditional counter: 360:14-15 | Directly relevant to punitive damages;  questions related to Monsnato's influence on AHS data;  probatve value outweighs any prejudice to Monsnato |