| Plaintiffs' Affirmative Designations | | | | | | |
|---|---|---|---|---|---|---|
| Cite | Exhibits | Monsanto's Objections | Plaintiff's Responses to Objections | Monsanto's Counters | Plaintiffs' Objections to Counters | Monsanto's Responses to Plaintiff's Objections |
| Murphey 01/22/2019 | | | | | | |
| 11:16-19 | | | | | | |
| 12:9-25 | | | | | | |
| 16:14-15 | 2 | | | | | |
| 16:19-21 | | | | | | |
| 22:5-14 | | Exhibit/testimony is inadmissible based on PTO 81's ruling on Monsanto's MIL 7 on post-use corporate conduct as description read is for "April 2015-present" time period; references to "Roundup litigation" are overly prejudicial and violates PTO 81's ruling on Monsanto's MIL 5.1; exhibit is hearsay | Background on the witness; was a PMK | | | |
| 166:11-15 | | Lacks foundation and calls for speculation | any prejudice outweighed by probative value; directly to punitive damages | 379:8-380:7 | Pno objection to 379:8-19. Remainder is improper Phase 1 re-litigation of general causation; improper scope of counter | Testimony is relevant responsive to plaintiff's affirmative designations, including the failure to test allegations and the suggestion that Monsanto did not have a basis not to conduct the tests Plaintiff alleges Monsanto should have conducted. |
| 166:18-22 | | Lacks foundation and calls for speculation | any prejudice outweighed by probative value; directly to punitive damages | | | |
| 167:1-9 | | Misstates the testimony (167:7-9) | any prejudice outweighed by probative value; directly to punitive damages; it does not misstate the testimony and further the witness clarified his opinion lines 167:12-18. | | | |
| 167:12-22 | | Lacks foundation and calls for speculation | any prejudice outweighed by probative value; directly to punitive damages | | | |
| 167:25-168:1 | | | | | | |
| 247:18-20 | | Misstates the evidence | This Is not a statement of evidence, it is a question - that the witness answers. | | | |
| 247:23-248:4 | | | | | | |
| 248:7-22 | | 248:20-22 references email exhibit that is not designated and is from post-use time period so is not admissible, and those lines should therefore be dedesignated | Probative value outweighs prejdice; not post use conduct question as designated. | 391:10-392:11 | | |
| 249:13-16 | | Misstates the testimony and argumentative (249:13-16) | Not argumentative - a valid question. Probative value outweighs prejdice; not post use conduct question as designated. | 391:10-392:11 | | |
| 249:19- 250:4 | | Misstates the testimony and argumentative (250:3-4) | Not argumentatove - a valid question. Probative value outweighs prejdice; not post use conduct question as designated | 391:10-392:11 | | |
| 250:8-17 | | | | 391:10-392:11 | | |
| 252:5-12 | | Lacks foundation<br>Vague<br>Calls for scientific opinion/outside the scope | Probative value outweighs prejdice; the witness was coached by objections and answered the question without speculation. | 391:10-392:11 | | |
| 252:14-24 | | | | 391:10-392:11 | | |
| 253:1-9 | | | | 391:10-392:11 | | |