| Plaintiff's Affirmative Designations | | | |
|---|---|---|---|
| Cite | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections |
| **Portier 3/21/2019** | | | |
| 682:25 - 683:09 | PTO 114 at 1-2 as to question about "IBT scandal" (683:7-9); undisclosed opinion (see Portier Dep. Tr. 781:12-15) | Conditional counter: 781:5-782:11, 783:22-25, 784:3-785:14 | question is not prejudicial, does not implicate monsanto, and simply describes the events. relevant to phase 2 claims; any prejudice outweighed by probative value |
| 689:3 - 689:13 | Undisclosed opinion (see Portier Dep. Tr. 781:12-15) | Conditional counter: 781:5-782:11, 783:22-25, 784:3-785:14 | |
| 689:15 - 690:03 | Undisclosed opinion (see Portier Dep. Tr. 781:12-15) | Conditional counter: 781:5-782:11, 783:22-25, 784:3-785:14 | |
| 690:21 - 691:11 | Undisclosed opinion (see Portier Dep. Tr. 781:12-15) | Conditional counter: 781:5-782:11, 783:22-25, 784:3-785:14 | |
| 691:16 - 691:19 | Undisclosed opinion (see Portier Dep. Tr. 781:12-15) | Conditional counter: 781:5-782:11, 783:22-25, 784:3-785:14 | |
| 692:02 - 694:07 | Undisclosed opinion (see Portier Dep. Tr. 781:12-15) | Conditional counter: 781:5-782:11, 783:22-25, 784:3-785:14 | |
| 694:14 - 695:07 | Undisclosed opinion (see Portier Dep. Tr. 781:12-15) | Conditional counter: 781:5-782:11, 783:22-25, 784:3-785:14 | |
| 695:13 - 695:16 | Undisclosed opinion (see Portier Dep. Tr. 781:12-15) | Conditional counter: 781:5-782:11, 783:22-25, 784:3-785:14 | |
| 695:18 - 695:24 | Undisclosed opinion (see Portier Dep. Tr. 781:12-15), Leading (695:21-24) | Conditional counter: 781:5-782:11, 783:22-25, 784:3-785:14 | relevant to phase 2 claims; any prejudice outweighed by probative value,  IBT should be admitted in phase 2 as directly relevant to Plaintiff's failure to warn and negligence claim, |
| 696:02 - 696:03 | Undisclosed opinion (see Portier Dep. Tr. 781:12-15), Leading (answer to 695:21-24), Lack of Personal Knowledge | Conditional counter: 781:5-782:11, 783:22-25, 784:3-785:14 | |
| 697:17 - 697:21 | | | |
| 705:19 - 706:17 | Colloquy/Leading and undisclosed opinion as to 706:8 - 17 | | any prejudice outweighed by probative value, |
| 706:20 | Colloquy/Leading and undisclosed opinion (answer to 706:8-17) | | |

| Range | Objection | | Response |
|---|---|---|---|
| 709:3 - 709:05 | Leading | | objection to leading not preserved |
| 709:08 - 709:11 | Leading (answer to 709:3-5) | | objection to leading not preserved |
| 762:08 - 763:14 | 401, 403, 702 | | EPA clearly relevant as cornerstone of Monsanto's defense; not prejudicial; testimony concerns general causation subject matter |
| 763:22 - 764:20 | 401, 403, 702 | | EPA clearly relevant as cornerstone of Monsanto's defense; not prejudicial; testimony concerns general causation subject matter |
| 765:09 - 765:18 | Leading, 401, 403, 702 | | probative value outweighs any prejudice; testimony concerns general causation subject matter |
| 765:24 - 767:06 | 403, 702, post-dates use (766:25-767:6) | | testimony concerns general causation subject matter; question/testiony does not concern any conduct post dating use; testimony limited to assessment of general causation conclusion |
| 767:09 | 403, 702, post-dates use (answer to 766:25-767:6) | | testimony concerns general causation subject matter; question/testiony does not concern any conduct post dating use; testimony limited to assessment of general causation conclusion |
| 767:11 - 767:12 | Leading, 403, 702, post-dates use | | testimony concerns general causation subject matter; question/testiony does not concern any conduct post dating use; testimony limited to assessment of general causation conclusion |
| 767:15 - 767:15 | | | |
| 767:17 - 769:12 | 403, 702, post-dates use, Leading/Colloquy (769:9 - 12) | | |
| 769:15 - 769:20 | Leading/Colloquy (answer to 769:9-12) | | |
| 769:22 - 770:06 | Colloquy (both as to the question at 769:22-770:2 and the objection should be removed at 770:3-4) | | |
| 770:08 - 771:16 | | | |
| 771:19 - 771:22 | | | |
| 771:24 - 772:13 | Post-dates use, 401, 403, 702, Leading/Colloquy (772:9 - 13) | | testimony concerns general causation subject matter; question/testiony does not concern any conduct post dating use; testimony limited to assessment of general causation conclusion |
| 772:16 - 772:17 | 401, 403, 702, Leading/Colloquy (answer to 772:9-13), post-dates use | | testimony concerns general causation subject matter; question/testiony does not concern any conduct post dating use; testimony limited to assessment of general causation conclusion |

**Monsanto's Affirmative Designations**

| Cite | Plaintiff's Objections | Plaintiff's Counters | Monsanto's Responses to Objections |
|---|---|---|---|
| 817:1 - 818:9 | 401;403 (waste of time) | | This is foundational. |
| 819:6 - 820:16 | | | |
| 821:11 - 823:3 | foundation, 403, calls for speculaiton, | | Not speculation or lacking in foundation to testify about his own professional experience.  Highly relevant to the question of Monsanto's reasonableness in 2012 if Plaintiffs' own expert worked in this field and did not believe glyphosate was carcinogenic prior to 2013. |
| 823:15 - 825:5 | | | |
| 825:8 - 826:1 | Relevance, MIL 5; 403 | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans. |
| 826:14-18 | Relevance, MIL 5; 403 | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans. |
| 826:24-827:7 | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified that he was aware of this document's existence. |
| 827:16 - 828:6 | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified that he was aware of this document's existence. |
| 828:18 - 830:3 | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified that he was aware of this document's existence. |
| 831:23 - 832:12 | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans. |

| | | | |
|---|---|---|---|
| 832:18 - 833:18 | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if EPA determined prior to 2012 that glyphosate was not likely to be carcinogenic to humans. |
| 840:25 - 841:13 | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if a UN/WHO task force examining glyphosate in 2004 determined that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified he was familiar with JMPR and that he had read their subsequent report on glyphosate. |
| 842:20 - 844:6 | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if a UN/WHO task force examining glyphosate in 2004 determined that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified he was familiar with JMPR and that he had read their subsequent report on glyphosate. |
| 844:17 - 846:4 | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if a UN/WHO task force examining glyphosate in 2004 determined that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified he was familiar with JMPR and that he had read their subsequent report on glyphosate. |
| 846:16-20 | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if a UN/WHO task force examining glyphosate in 2004 determined that glyphosate was not likely to be carcinogenic to humans.  Dr. Portier testified he was familiar with JMPR and that he had read their subsequent report on glyphosate. |

| | | | |
|---|---|---|---|
| 846:23-24 | Relevance, MIL 5; 403; Hearsay; Foundation | | Relevant because it supports the reasonableness of Monsanto's actions if a UN/WHO task force examining glyphosate in 2004 determined that glyphosate was not likely to be carcinogenic to humans. Dr. Portier testified he was familiar with JMPR and that he had read their subsequent report on glyphosate. |
| 847:2 - 848:4 | Relevance, MIL 5; 403; Hearsay; Foundation | | The question is asking about his own prior testimony on this subject. He has spent extensive time looking into regulatory agencies' determinations on glyphosate. He can answer the question to the best of his knowledge. |
| 848:7-12 | Relevance, MIL 5; 403; Hearsay; Foundation | | Dr. Portier has spent extensive time looking into regulatory agencies' determinations on glyphosate. He can answer the question to the best of his knowledge. |