| Plaintiffs' Affirmative Designations | | | | | |
|---|---|---|---|---|---|
| **Cite** | **Monsanto's Objections** | **Monsanto's Counters** | **Plaintiffs' Responses to Objections** | **Plaintiffs' Objections to Counters** | **Monsanto's Responses to Objections** |
| **Saltmiras 01/31/2017** | | | | | |
| 08:15-18 | | | | | |
| 15:17-18 | | | | | |
| 15:20-22 | | | | | |
| 20:04-5 | | | | | |
| 37:25-38:06 | | | | | |
| 63:07-09 | | 63:15-20; 64:1-8 | | | |
| 68:11-13 | | | | | |
| 68:21-69:14 | Witness testimony at 69:5-14 relate to post-2012 conduct (Greim is a 2015 paper) with no tie to any pre-2012 conduct, and thus is inadmissible based on the court's prior rulings on this issue | 69:15-70:5; 70:6 -14, 70:17 - 19 | probative value outweighs any potential prejudice; relevant to show pattern of Monsanto ghostwriting articles; this is a peer-reviewed article assessing overall weight of evidence, not limited to post-use time period; Monsanto argued in Phase 2 opening that science does not show link & no way for them to have knowledge of a link between NHL and Roundup - any testimony re article ghostwritten by Monsanto should be admissible to impeach; outside scope of PTO 81 | | |
| 70:24-71:01 | This testimony relates to post-2012 conduct (Greim is a 2015 paper) with no tie to any pre-2012 conduct, and thus is inadmissible based on the court's prior rulings on this issue | 71:6-11 | probative value outweighs any potential prejudice; relevant to show pattern of Monsanto ghostwriting articles; this is a peer-reviewed article assessing overall weight of evidence, not limited to post-use time period; Monsanto argued in Phase 2 opening that science does not show link & no way for them to have knowledge of a link between NHL and Roundup - any testimony re article ghostwritten by Monsanto should be admissible to impeach; outside scope of PTO 81 | | |
| 71:03-4 | | | | | |
| 74:02-18 | This testimony relates to post-2012 conduct (Greim is a 2015 paper and the exhibit is dated 2015) with no tie to any pre-2012 conduct, and thus is inadmissible based on the court's prior rulings on this issue | | probative value outweighs any potential prejudice; relevant to show pattern of Monsanto ghostwriting articles; this is a peer-reviewed article assessing overall weight of evidence, not limited to post-use time period; Monsanto argued in Phase 2 opening that science does not show link & no way for them to have knowledge of a link between NHL and Roundup - any testimony re article ghostwritten by Monsanto should be admissible to impeach; outside scope of PTO 81 | | |
| 75:03-16 | This testimony relates to post-2012 conduct with no tie to any pre-2012 conduct, and thus is inadmissible based on the court's prior rulings on this issue | 75:17-76:19 | probative value outweighs any potential prejudice; relevant to show pattern of Monsanto ghostwriting articles; this is a peer-reviewed article assessing overall weight of evidence, not limited to post-use time period; Monsanto argued in Phase 2 opening that science does not show link & no way for them to have knowledge of a link between NHL and Roundup - any testimony re article ghostwritten by Monsanto should be admissible to impeach; outside scope of PTO 81 | | |
| 76:20-77:15 | This testimony relates to post-2012 conduct with no tie to any pre-2012 conduct, and thus is inadmissible based on the court's prior rulings on this issue | | probative value outweighs any potential prejudice; relevant to show pattern of Monsanto ghostwriting articles; this is a peer-reviewed article assessing overall genotox evidence, during relevant time period; Monsanto argued in Phase 2 opening that science does not show link - any testimony re article ghostwritten by Monsanto should be admissible to impeach; outside scope of PTO 81 | | |
| 88:16-89:20 | | 89:24-90:13 | | | |
| **Saltmiras 02/01/2017** | | | | | |

| | | | | **PLAINTIFF OBJECTS TO ALL MONSANTO DESIGNATIONS AS BEYOND THE SCOPE OF PLAINTIFF'S AFFIRMATIVE DESIGNATIONS** | **MONSANTO'S COUNTERS ARE WITHIN THE SCOPE OF PLAINTIFF'S DESIGNATIONS AS THEY GO TO THE WITNESS'S BACKGROUND AND THE SAME PUBLICATIONS RAISED IN THE PLAINTIFF'S AFFIRMATIVES** |
|---|---|---|---|---|---|
| | | 412:18-415:2 415:17-21 | | Objection to 415:3-21: lack of foundation, relevance | Witness is a toxicologist so does not lack foundation; relevant to witness credibility and Monsanto's science-oriented values and goes to rebut allegations of wrongdoing by the company, including ghostwriting and allegations of combatting science. |
| | | 415:23 - 416:23 | | Objection - lack of foundation, relevance, prejudice, speculation, vague, cumulative | Witness is a toxicologist so does not lack foundation; relevant to witness credibility and Monsanto's science-oriented values and goes to rebut allegations of wrongdoing by the company, including ghostwriting and allegations of combatting science. |
| | | 416:25 | | | |
| | | 450:12 - 456:20 | | Objection - hearsay, lack of foundation, speculation, relevance, vague | This testimony directly rebuts testimony in Plaintiff's affirmative designations (pages 76-77). |
| | | 463:7-465:17 | | Objection - leading, vague, speculation (461:21-462:9); lack of foundation, speculation, vague (461:5-464:6) | This testimony directly rebuts testimony in Plaintiff's affirmative designations (pages 68-74). |
| | | 465:20 - 465:25 466:16-467:8 468:16-472:2 477:10-479:9 481:7-482:16 483:20-484:7 | | Objection - lack of foundation, speculation (467:9-25); lack of foudnation, speculation, relevance, vague (468:1-15); hearsay, speculation, vague, relevance, lack of foundation (469:16-485:15) | This testimony directly rebuts testimony in Plaintiff's affirmative designations (pages 68-74). |