**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) Case No. 16-md-02741-VC ) |
| THIS DOCUMENT RELATES TO: | ) **JOINT STIPULATION REGARDING** ) **MONSANTO'S FINANCES** ) |
| *HARDEMAN v. MONSANTO COMPANY,* *Case No: 3:16-cv-00525-VC* | ) ) ) ) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

The parties, Edwin Hardeman and Monsanto Company, by counsel, stipulate the following regarding Monsanto's finances:

1. Bayer Corporation acquired Monsanto in June 2018 for $63 billion.

2. Prior to Bayer's acquisition, Monsanto's net worth was $7.8 billion with $2.4 billion cash on hand.

---

JOINT STIPULATION REGARDING
MONSANTO'S FINANCES

Case No: 3:16-cv-00525-VC

HAVE SEEN AND AGREED TO:

**MOORE LAW GROUP, PLLC**

By: /s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Telephone:  502-717-4080

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone:  303-376-6360

*Co-counsel for Plaintiff*

**WILKINSON WALSH + ESKOVITZ LLP**

By: /s/ Brian L. Stekloff (*with permission*)
Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
2001 M St. NW, 10th Floor
Washington, DC 20036
Telephone:  202-847-4030

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
jhollingsworth@hollingsworthllp.com
Eric G. Lasker (*pro hac vice*)
elasker@hollingsworthllp.com
1350 I Street, N.W.
Washington, DC 20005
Telephone:  202-898-5800

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
Pamela.Yates@arnoldporter.com
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Telephone:  213-243-4178

JOINT STIPULATION REGARDING MONSANTO'S FINANCES

Case No: 3:16-cv-00525-VC

| | |
|---|---|
| 1 | **COVINGTON & BURLING LLP** |
| 2 | Michael X. Imbroscio (*pro hac vice*) |
| | mimbroscio@cov.com |
| 3 | One City Center |
| | 850 10th Street NW |
| 4 | Washington, DC  20001 |
| 5 | Telephone:  202-662-6000 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| JOINT STIPULATION REGARDING MONSANTO'S FINANCES | Case No: 3:16-cv-00525-VC |
|---|---|