# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL JURY TRIAL MINUTES

| **Date:** March 22, 2019 | **Time:** 6 hours 53 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman  v.  Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Tana Ingle         **Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: March 25, 2019, at 7:30 a.m.**

## PROCEEDINGS:

Jury Trial, Day 16 - held.

## RULINGS AND ORDERS:

### Witnesses examined today:
- ... Dr. Donna Farmer (by video deposition)
- ... Dr. Chadi Nabhan
- ... Edwin Hardeman
- ... Mary Hardeman

### Admitted Exhibits:

*See Log for details from proceedings.