# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

## TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 16

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| March 22, 2019 | Jo Ann Bryce and Marla Knox | Tana Ingle |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|
| | 7:34 AM | | | Court reconvened. Court and counsel on record. Matters discussed outside the presence of the jury. |
| | 8:04 AM | | | Court is in recess. |
| | 8:13 AM | | | Court reconvened.  Jury is now present. Video deposition of Dr. Farmer continued. |
| | 9:21 AM | | | Court is in recess. |
| | 9:34 AM | | | Court reconvened. |
| | 10:50 AM | | | Jury is excused. Matters discussed outside the presence of the jury. |
| | 10:58 AM | | | Court is in recess. |
| | 11:08 AM | | | Court reconvened. |
| | 11:20 AM | | | Video deposition of Dr. Farmer concluded. |
| | 11:21 AM | | | Plaintiff's request for admissions read into the record. |
| | 11:25 AM | | | Witness **DR. CHADI NABHAN** called to the stand and sworn for testimony.  Direct examination by Ms. Wagstaff. |
| | 12:07 PM | | | Witness is thanked and excused. |
| | 12:08 PM | | | Court is in recess. |
| | 12:53 PM | | | Court reconvened. Matters discussed outside the presence of the jury. |
| | 1:09 PM | | | Jury is now present. |
| | 1:11 PM | | | Plaintiff **EDWIN HARDEMAN** called to the stand and sworn for testimony.  Direct examination by Ms. Moore. |
| | 1:48 PM | | | Cross examination by Mr. Stekloff. |
| | 2:06 PM | | | Re-direct by Ms. Moore |
| | 2:13 PM | | | Witness is thanked and excused.  Court is in recess. |
| | 2:26 PM | | | Court reconvened. |
| | 2:27 PM | | | Witness **MARY HARDEMAN** called to the stand and sworn for testimony.  Direct examination by Ms. Moore. |

|  | 2:47 PM |  |  | Witness is thanked and excused. |
|---|---|---|---|---|
|  | 2:49 PM |  |  | Jury is reminded of their admonitions and excused for the day. Matters discussed outside the presence of the jury. |
|  | 3:12 PM |  |  | Court is in recess until Monday, March 25, 2019, at 7:30 AM with counsel and 8:00 AM with evidence. |
|  |  |  |  |  |