UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 122: RULING ON PHASE 2 DESIGNATIONS FOR DR. PORTIER** |

All of Monsanto's objections to the plaintiff's designations are overruled, except for the ones that appear on pages 705-06. All of the plaintiff's objections to Monsanto's designations are overruled. With respect to the objections by the plaintiff based on the Court's ruling on his Motion in Limine No. 5, the plaintiff seems to assume that EPA evidence remains as limited in Phase 2 as it was in Phase 1, which is not correct.

**IT IS SO ORDERED.**

Date:   March 22, 2019

_____
Honorable Vince Chhabria
United States District Court