# EXHIBIT 1

| Monsanto's Affirmatives | Plaintiff's Objections | Plaintiff's Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Plaintiff's Responses to Objections |
|---|---|---|---|---|---|
| 854:19 - 855:3 | 401 | 885:10-14<br>885:17-19<br>886:20-887:3<br>887:6-8 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012.  See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | Lack of foundation as to page 885 as to "all" pesticides EPA has ever looked at.  Lack of foundation, 401, 403, PTO 81 at 2 (MIL ruling on Monsanto's MIL 5.2, excluding evidence of other Monsanto products) as to pages 886 and 887; this is an attempt to bring in other chemicals manufactured by Monsanto and EPA's determinations on those, which the Court has already ruled is not appropriate in this litigation. | Testimony concerns chemicals generally, not branded Monsanto products. No testimony that other pesticides and/or chemicals  are monsanto products. |

| | | | | | |
|---|---|---|---|---|---|
| 855:11 - 856:1 | | 401 | 885:10-14<br>885:17-19<br>886:20-887:3<br>887:6-8 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012.  See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | Lack of foundation as to page 885 as to "all" pesticides EPA has ever looked at.  Lack of foundation, 401, 403, PTO 81 at 2 (MIL ruling on Monsanto's MIL 5.2, excluding evidence of other Monsanto products) as to pages 886 and 887; this is an attempt to bring in other chemicals manufactured by Monsanto and EPA's determinations on those, which the Court has already ruled is not appropriate in this litigation. | Testimony concerns chemicals generally, not branded Monsanto products. No testimony that other pesticides and/or chemicals  are monsanto products. |

| | | | | | |
|---|---|---|---|---|---|
| 857:21 - 858:21 | | 401 | 885:10-14<br>885:17-19<br>886:20-887:3<br>887:6-8 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012.  See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | Lack of foundation as to page 885 as to "all" pesticides EPA has ever looked at.  Lack of foundation, 401, 403, PTO 81 at 2 (MIL ruling on Monsanto's MIL 5.2, excluding evidence of other Monsanto products) as to pages 886 and 887; this is an attempt to bring in other chemicals manufactured by Monsanto and EPA's determinations on those, which the Court has already ruled is not appropriate in this litigation. | Testimony concerns chemicals generally, not branded Monsanto products. No testimony that other pesticides and/or chemicals are monsanto products. |

| | | | | | |
|---|---|---|---|---|---|
| 859:15 - 860:13 | | 401 | 885:10-14<br>885:17-19<br>886:20-887:3<br>887:6-8 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012.  See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | Lack of foundation as to page 885 as to "all" pesticides EPA has ever looked at.  Lack of foundation, 401, 403, PTO 81 at 2 (MIL ruling on Monsanto's MIL 5.2, excluding evidence of other Monsanto products) as to pages 886 and 887; this is an attempt to bring in other chemicals manufactured by Monsanto and EPA's determinations on those, which the Court has already ruled is not appropriate in this litigation. | Testimony concerns chemicals generally, not branded Monsanto products. No testimony that other pesticides and/or chemicals are monsanto products. |

| | | | | | |
|---|---|---|---|---|---|
| 862:1-19 | | 401 | 885:10-14<br>885:17-19<br>886:20-887:3<br>887:6-8 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012. See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | Lack of foundation as to page 885 as to "all" pesticides EPA has ever looked at. Lack of foundation, 401, 403, PTO 81 at 2 (MIL ruling on Monsanto's MIL 5.2, excluding evidence of other Monsanto products) as to pages 886 and 887; this is an attempt to bring in other chemicals manufactured by Monsanto and EPA's determinations on those, which the Court has already ruled is not appropriate in this litigation. | Testimony concerns chemicals generally, not branded Monsanto products. No testimony that other pesticides and/or chemicals are monsanto products. |
| 866:24 - 867:12 | | 401 | 909:20-910:18<br>910:21-23<br>910:25-911:01<br>911:4<br>911:8-11<br>911:13 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012. See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | 401, 403, PTO 81 at 3 (ruling on Monsanto's MIL 8, excluding evidence of Prop 65) as to 910:15-18, 910:21-23, 910:25-911:01, 911:8-11, 911:13 | Testimony not about prop 65. Relevant to counter Monsanto's line of questioning attempting to impeach witness with decisions of regulatory agencies. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 870:11-16 | | | 401 | 909:20-910:18<br>910:21-23<br>910:25-911:01<br>911:4<br>911:8-11<br>911:13 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012. See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | 401, 403, PTO 81 at 3 (ruling on Monsanto's MIL 8, excluding evidence of Prop 65) as to 910:15-18, 910:21-23, 910:25-911:01, 911:8-11, 911:13 | Testimony not about prop 65. Relevant to counter Monsanto's line of questioning attempting to impeach witness with decisions of regulatory agencies. |
| 871:16 - 872:18 | | | 401 | 909:20-910:18<br>910:21-23<br>910:25-911:01<br>911:4<br>911:8-11<br>911:13 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012. See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | 401, 403, PTO 81 at 3 (ruling on Monsanto's MIL 8, excluding evidence of Prop 65) as to 910:15-18, 910:21-23, 910:25-911:01, 911:8-11, 911:13 | Testimony not about prop 65. Relevant to counter Monsanto's line of questioning attempting to impeach witness with decisions of regulatory agencies. |
| 879:1-12 | | | 401 | 909:20-910:18<br>910:21-23<br>910:25-911:01<br>911:4<br>911:8-11<br>911:13 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012. See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | 401, 403, PTO 81 at 3 (ruling on Monsanto's MIL 8, excluding evidence of Prop 65) as to 910:15-18, 910:21-23, 910:25-911:01, 911:8-11, 911:13 | Testimony not about prop 65. Relevant to counter Monsanto's line of questioning attempting to impeach witness with decisions of regulatory agencies. |

| | | | | | |
|---|---|---|---|---|---|
| 879:17 - 881:11 | | 401 | 909:20-910:18<br>910:21-23<br>910:25-911:01<br>911:4<br>911:8-11<br>911:13<br>" | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012.  See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | 401, 403, PTO 81 at 3 (ruling on Monsanto's MIL 8, excluding evidence of Prop 65) as to 910:15-18, 910:21-23, 910:25-911:01, 911:8-11, 911:13 | Testimony not about prop 65. Relevant to counter Monsanto's line of questioning attempting to impeach witness with decisions of regulatory agencies. |
| 882:4-7 | | 401 | 909:20-910:18<br>910:21-23<br>910:25-911:01<br>911:4<br>911:8-11<br>911:13 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012.  See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | 401, 403, PTO 81 at 3 (ruling on Monsanto's MIL 8, excluding evidence of Prop 65) as to 910:15-18, 910:21-23, 910:25-911:01, 911:8-11, 911:13 | Testimony not about prop 65. Relevant to counter Monsanto's line of questioning attempting to impeach witness with decisions of regulatory agencies. |
| 882:10 - 883:3 | | 401 | 909:20-910:18<br>910:21-23<br>910:25-911:01<br>911:4<br>911:8-11<br>911:13 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012.  See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | 401, 403, PTO 81 at 3 (ruling on Monsanto's MIL 8, excluding evidence of Prop 65) as to 910:15-18, 910:21-23, 910:25-911:01, 911:8-11, 911:13 | Testimony not about prop 65. Relevant to counter Monsanto's line of questioning attempting to impeach witness with decisions of regulatory agencies. |

| | | | | | |
|---|---|---|---|---|---|
| 884:12-25 | | 401 | 909:20-910:18<br>910:21-23<br>910:25-911:01<br>911:4<br>911:8-11<br>911:13 | As the Court made clear on Friday, evidence of regulatory determinations is relevant to the failure-to-warn claim and not limited to pre-2012.  See, e.g., Trial Tr. 2377:23-2378:15; PTO 122 at 1 (noting that EPA evidence does not remain as limited in Phase 2 as in Phase 1). | 401, 403, PTO 81 at 3 (ruling on Monsanto's MIL 8, excluding evidence of Prop 65) as to 910:15-18, 910:21-23, 910:25-911:01, 911:8-11, 911:13 | Testimony not about prop 65. Relevant to counter Monsanto's line of questioning attempting to impeach witness with decisions of regulatory agencies. |