UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 123: RULING ON PHASE 2 DESIGNATIONS FOR DOREEN MANCHESTER** |
|---|---|

All objections to the Manchester designations are sustained.

**IT IS SO ORDERED.**

Date:   March 24, 2019

_____
Honorable Vince Chhabria
United States District Court