UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 124: RULING ON PHASE 2 DESIGNATIONS FOR SAMUEL MURPHEY** |

All objections to the Murphey designations are overruled.

**IT IS SO ORDERED.**

Date: March 24, 2019

_____
Honorable Vince Chhabria
United States District Court