UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 125: RULING ON PHASE 2 DESIGNATIONS FOR DAVID SALTMIRAS** |

The objections to the designations about Griem are sustained. With respect to the designations about the book chapter and the Kier and Kirkland article, the Court cannot determine from the testimony whether this relates to pre-2012 conduct by Saltmiras or Monsanto. If the designations end up being admitted, the objections to Monsanto's relevant counter-designations are overruled.

**IT IS SO ORDERED.**

Date:   March 24, 2019

Honorable Vince Chhabria
United States District Court