UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 128:**<br>**RULING ON MONSANTO'S ADDITIONAL**<br>**PHASE 2 DESIGNATIONS FOR**<br>**DR. PORTIER** |

    The objections to Monsanto's new deposition designations for Dr. Portier are sustained.

The Court will further explain its ruling in a subsequent order.

    **IT IS SO ORDERED.**

Date:   March 24, 2019

                                                                           Honorable Vince Chhabria
                                                                     United States District Court