UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 129: RULING ON PHASE 2 DESIGNATIONS FOR JAMES GUARD** |

The following are the Court's evidentiary rulings on the Phase 2 designations for James Guard:

| Page Where Objection Appears | Ruling |
|---|---|
| 7-8 | Overruled |
| 88-100 | Sustained |
| 101-102 | Overruled; the objections to the counters are overruled |
| 104 | The objections to the counters are overruled |
| 106 | Overruled; the objections to the counters are overruled |
| 138-140 | Overruled |
| 146 | Sustained |
| 208 | Overruled |
| 222 | Sustained as to the Seralini references |
| 223 | Overruled |
| 401-420 | Sustained |

**IT IS SO ORDERED.**

Date:   March 24, 2019

_____
Honorable Vince Chhabria
United States District Court