UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 130: RULING ON PHASE 2 DESIGNATIONS FOR HUGH GRANT** |

The following are the Court's evidentiary rulings on the Phase 2 designations for Hugh Grant:

| Page Where Objection Appears | Ruling |
|---|---|
| 8-17 | The objections to the counters are overruled |
| 19 | Overruled |
| 20 | The objections to the counters are overruled |
| 28-29 | Sustained |
| 40 | The objections to the counters are overruled |
| 43-105 | Sustained |
| 128-143 | Overruled |
| 171-175 | Sustained |

**IT IS SO ORDERED.**

Date:   March 24, 2019

_____
Honorable Vince Chhabria
United States District Court