UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 131: RULING ON PHASE 2 DESIGNATIONS FOR MICHAEL KOCH** |

The following are the Court's evidentiary rulings on the Phase 2 designations for Michael Koch:

| Page Where Objection Appears | Ruling |
|---|---|
| 16 | The objections to the counters are overruled |
| 57 | Overruled |
| 71 | Sustained |
| 163-164 | The objections to the counters are overruled |
| 205-207 | Overruled |
| 212-219:22 | Sustained |
| 222 | Overruled; the objections to the counters are overruled |
| 283-290 | Sustained |

IT IS SO ORDERED.

Date:  March 24, 2019

Honorable Vince Chhabria
United States District Court