UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 132: RULING ON PHASE 2 DESIGNATIONS FOR KIRK AZEVEDO** |

All objections to the Azevedo designations are sustained.

**IT IS SO ORDERED.**

Date: March 24, 2019

Honorable Vince Chhabria
United States District Court