# EXHIBIT 1

Confidential - Donna Farmer, Ph.D.

```
 1           SUPERIOR COURT OF THE STATE OF CALIFORNIA
                   FOR THE COUNTY OF ALAMEDA
 2

 3    COORDINATION PROCEEDING        )
      SPECIAL TITLE (Rule 3.550)     )
 4                                   )
      ROUNDUP PRODUCTS CASES         )
 5    _____) JCCP NO. 4953
                                     )
 6    THIS DOCUMENT RELATES TO:      )
                                     )
 7    ALL ACTIONS                    )
      _____)
 8

 9

10

11          VIDEO DEPOSITION OF DONNA FARMER, PhD
12                    January 24, 2019
                         9:08 a.m.
13
                        *CONFIDENTIAL*
14

15
                Reporter:  Jude Arndt, CSR, RPR
16                  CSR No. 084-004847
17
18
19
20
21
22
23
24
```

Confidential - Donna Farmer, Ph.D.

1    A.    If you look at the dermal study, the dose
2  that was put on was 1,000 milligrams per kilogram, and
3  you would have someone who would be exposed to, say,
4  .004, so you're looking at, what, several thousand-fold
5  higher in the animal study than you would have a human
6  being exposed to.
7    Q.    (By Mr. Hall)  Okay.  Thousands of times
8  higher?
9    A.    Yes.  Uh-huh.
10    Q.    All right.  Now, did -- you mentioned that
11  in the testing of glyphosate -- the animal testing of
12  glyphosate -- Monsanto did the two-year studies that
13  were aimed at testing to see if the substance caused
14  cancer in the animals.  Do you recall that?
15    A.    Yes.
16    Q.    Did Monsanto do similar two-year studies
17  of the formulated product?
18    A.    No.
19    Q.    Why not?
20    A.    I think there's two things to address
21  that.  One is the existing data didn't give us any
22  indication of any concern.  And the second one is is
23  that conducting that study would be difficult in
24  conducting it and in interpreting the results from that

Confidential - Donna Farmer, Ph.D.

1  study.

2      Q.   Let's focus on those two reasons.  You
3  said first, the existing test -- testing that Monsanto
4  had done -- well, let me ask another question first.
5  Does the EPA and other regulators around the world
6  require two-year testing, two-year animal testing of
7  the formulated product?

8      A.   No.

9      Q.   Now, you mentioned that you saw two
10 reasons why Monsanto did not do that test, which you've
11 told us is not required.  The first one is that other
12 testing gave no indication that a two-year test would
13 be called for.  What do you mean by that?  Tell us a
14 little bit more about that.

15     A.   As we talked about, we had the chronic
16 study with glyphosate, where we saw no evidence of
17 carcinogenicity.

18     Q.   When you say the chronic study, what study
19 are you referring to?

20     A.   Chronic -- sorry.  Chronic in -- study in
21 mice, long-term studies in mice and long-term studies
22 in rats.

23     Q.   Those are the two-year studies?

24     A.   Yes.

Confidential - Donna Farmer, Ph.D.

1    Q.    Okay.

2    A.    We saw no evidence of carcinogenicity in
3    those studies.

4    Q.    Of glyphosate itself?

5    A.    Of glyphosate itself.

6    Q.    Okay.

7    A.    We then look at the genotox data. In all
8    of the studies that we had done with glyphosate, there
9    was no evidence of genotoxicity.

10   Q.    You mentioned that there was a second
11   reason why Monsanto did not do these two-year animal
12   studies of the formulated product. What is that second
13   reason?

14   A.    It's the difficulty in conduct and
15   interpretation of the study. As we talked about with
16   the surfactants, when we did the surfactants we saw no
17   evidence of genotoxicity in any of the studies with any
18   of the surfactants, and when we did the animal studies,
19   the primary finding was gastrointestinal irritation.

20         So whether we gave it to them for 30 days
21   or we gave it to them for 90 days, all we saw was
22   gastrointestinal irritation, irritation to their GI
23   system. We didn't see what we talked about as a target
24   organ.

Confidential - Donna Farmer, Ph.D.

1    So if we were to do a test of the
2    formulated product -- if we -- the EPA wants us to get
3    those doses really, really high to elicit that
4    response, the surfactant would be so disruptive to the
5    animal's GI system that they may not eat the food or
6    they may just be really sick.
7        Q.   When you say the surfactant is disruptive
8    to the animal's GI system, what do you mean?  Tell us a
9    little more about what that actually means as far as
10   the animal ingesting surfactant or the formulated
11   product that includes surfactant.
12       A.   Surfactants are named for surface-acting
13   substances, because they act on the surface of cells,
14   and unlike when you have surfactants in body soap, you
15   have a tough layer of skin that helps protect your
16   other cells from that.
17            Your GI system doesn't have that
18   protective layer, so those surfactants are very
19   disruptive to those really delicate cells that are in
20   the lining of the GI system.  So again, to get a dose
21   high enough to meet that -- what they call the maximum
22   tolerated dose with a surfactant, we would be really
23   pushing GI irritation significantly on these animals.
24       Q.   Well, why is that a factor or why is that

1    a potential issue in an animal test -- that is, if the

2    animal has significant digestive irritation or

3    problems?

4            A.    Because they're so sick that it

5    complicates the interpretation of the results of the

6    study.  So we don't know if the findings that we're

7    seeing at the end of the study are due to the test

8    material directly or due to that the animals are so

9    sick during the study.

10           Q.    All right.  So you've said that Monsanto

11   did not do long-term animal studies of the formulated

12   product.  Are there any long-term studies of the

13   formulated product in existence?

14           A.    Yes.

15           Q.    What are those?

16           A.    Epidemiology studies.

17           Q.    And epidemiology studies are long-term

18   studies of the use of formulated products by people?

19           A.    That's -- I'm not an epidemiologist, but

20   that's my understanding, is that they're looking at

21   people who were using products and following them

22   long-term.

23           Q.    Let me show you a document that the

24   plaintiff's lawyer asked you about.  It's Deposition