# EXHIBIT 3

Michael Koch, Ph.D.

```
 1                 UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN FRANCISCO DIVISION
 3
     IN RE: ROUNDUP PRODUCTS       ) MDL No. 02741
 4   LIABILITY LITIGATION          )
                                   )
 5                                 )
     THIS DOCUMENT RELATES TO:     )
 6                                 )
     ALL ACTIONS                   ) Hon. Vince Chhabria
 7
 8
 9
10
              VIDEO DEPOSITION OF MICHAEL KOCH, PhD
11
                        January 11, 2019
12                         9:07 a.m.
13
14
           Reporter:  John Arndt, CSR, CCR, RDR, CRR
15                    CSR No. 084-004605
                      CCR No. 1186
16
17
18
19
20
21
22
23
24
```

```
 1          Q.    (By Mr. Wisner)  Isn't the actual truth of
 2   the matter, sir, that the reason why Monsanto hasn't
 3   done these long-term studies is because it would create
 4   a dangerous precedent to be avoided?
 5          A.    No.
 6                MR. BRENZA:  Object to form.
 7          Q.    (By Mr. Wisner)  Isn't it true that
 8   Monsanto's concern with doing these studies is because
 9   it would cost $1.5 million and over three years of
10   time?
11                MR. BRENZA:  Object to form.  Assumes
12   matters not in evidence.
13          A.    I don't believe Monsanto is concerned
14   about the time or the money that it takes to run a
15   study when we believe it's warranted.
16          Q.    (By Mr. Wisner)  Handing you Exhibit 14 to
17   your deposition.
18                [Exhibit 14 marked for identification.]
19          Q.    Do you see this is an e-mail from
20   yourself, sir?
21          A.    Yes.
22          Q.    It's dated October 11th, 2012.  Do you see
23   that?
24          A.    Yes.
```

Michael Koch, Ph.D.

```
1          Q.    And you see that its subject line,
2    Séralini, key points from Americas, Europe, and Asia
3    teleconferences yesterday?
4          A.    Yes.
5          Q.    And there's an e-mail from you and you're
6    sending it to various people within Monsanto, including
7    Dr. Saltmiras?
8          A.    Yes.
9          Q.    Dr. Vicini?
10         A.    Yes.
11         Q.    Dr. Heydens?
12         A.    Yes.
13         Q.    And if you look at this thing, the first
14   paragraph under Mike, it says when a GMO product has
15   been demonstrated.  Do you see that?
16         A.    Yes.
17         Q.    So if we go through this paragraph, it
18   goes there is no scientific reason to believe that
19   chronic toxicity testing would generate additional
20   information.  If we conduct a chronic study in response
21   to Séralini's efforts, there is significant risk that
22   one study on one product would not end the debate.
23   That is, detractors and possibly regulators may see
24   this, despite our best positioning, as an admission
```

1  that studies are needed and/or a demonstration that we
2  are willing to do them, resulting in requests for these
3  studies on a routine basis.
4           Given the lack of scientific need, the
5  time required to complete three years, including
6  reporting, and the significant financial investment,
7  $1.5 million, the toxicology team considers conduct of
8  such studies a dangerous precedent to be avoided.
9  That's what it reads; right?
10      A.   It does.
11      Q.   And so one of the reasons why Monsanto
12  does not want to conduct these studies is because it
13  would be too expensive, it would take too long, and it
14  would set, quote, a dangerous precedent that needs to
15  be avoided?
16           MR. BRENZA:  Vague.  Compound.  Calls for
17  speculation.
18      A.   When I look at this paragraph, it's clear
19  that we're talking specifically about GM crops in this
20  situation, a GM product.  And so GM crops are --
21  there's a weight of evidence that's generated for them.
22  It's molecular.  You're characterizing where the insert
23  occurs.  You look compositional.  You're looking into
24  nutritional profile of the compounds.  You're looking