# EXHIBIT 5

**Volume 13**

**Pages 2101 - 2142**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | |
|---|---|
| EDWARD HARDEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS.            ) | **NO. C 16-00525 VC** |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

San Francisco, California
Thursday, March 14, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  **BY:  AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
      **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
  **BY:  JENNIFER MOORE, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:   Marla F. Knox, RPR, CRR
             Official Reporter

```
 1  be admissible in Phase Two, but I -- you know, I'm still not
 2  sure why -- you know, there -- at least let me put it this way:
 3  There could still be 403 issues with any such evidence, but
 4  under my ruling about post-use conduct, I would think that --
 5  you know, it wouldn't violate that rule, that ruling to include
 6  evidence of Monsanto gearing up to attack somebody who was in
 7  the process of conducting a study or something like that, as
 8  was the case with the AHS e-mails or memos, right.
 9      But why then would it be appropriate to include evidence
10  of Monsanto, in fact, going forward and attacking those people
11  after -- after the summer of 2012.
12          **MS. MOORE:**  Well, I think there is two reasons,
13  Your Honor.  First from a liability perspective, we have the
14  failure-to-test claim.  And Defendant has admitted they never
15  conducted a long-term study regarding the carcinogenicity of
16  Roundup, and Seralini is a long-term carcinogenicity study on
17  Roundup.
18          **THE COURT:**  Well, I thought -- you are kind of moving
19  the goal post on me, because what you just -- you just -- a
20  second ago you were making an argument about how this was
21  relevant to attacking this evidence, this -- the evidence of
22  the Seralini study post-2012 was relevant to your charge that
23  Monsanto attacks everybody who -- and now -- so I asked you a
24  question about why.  And now you are changing and you are
25  saying that this is -- this is relevant to the ability of
```