

**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado and California*
Aimee.Wagstaff@AndrusWagstaff.com

7171 W. Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-63614
Website: www.AndrusWagstaff.com

March 25, 2019

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court,
Northern District of California

      RE: Case No: 3:16-md-02741-VC, In re Roundup Products Liability Litigation

To the Honorable Vince Chhabria:

      During cross examination, Monsanto elicited testimony by Mr. Hardeman concerning his use of bug spray, gas and/or motor oil, and paint and most of these questions concerned whether these labels contained cancer warnings. *See* Exh. 1 Tr. 2422:15-2423:14. There is no evidence to suggest any of the items bore cancer warnings at the time of Mr. Hardeman's use. Further, Monsanto did not provide evidence of any such labels or any expert testimony that such products ever had cancer warnings. Accordingly, Monsanto must be precluded from arguing that Mr. Hardeman ignored cancer warnings or had a tendency to ignore cancer warnings. There is no evidence in the record that any paint, motor oil, or bug spray possibly used by Mr. Hardeman contained a cancer warning. Allowing Monsanto to argue these unknown and unidentified products *may* have contained cancer warnings and that Mr. Hardeman ignored warnings is highly prejudicial and is devoid of any evidentiary support. Accordingly, the Court should preclude Monsanto from making such arguments in closing.

      As a secondary matter, causation is not at issue in Phase 2. Any argument suggesting bug spray, paint, and/or motor oil caused Mr. Hardeman's cancer is irrelevant to the issues before the jury and, even if causation were relevant, California law requires proof by admissible expert testimony that a chemical alleged to have caused the NHL is in fact capable of causing the NHL. *E.g., Avila v. Willits Envtl. Remediation Trust*, 633 F.3d 828, 836 (9th Cir. 2011) (citing *Jones v Ortho Pharm. Corp*., 163 Cal. App. 3d 396 (1985)), aff'd 521 F. App'x 624 (9th Cir. 2013). Monsanto has not proffered any expert testimony to suggest that paint, bug spray, or gas are generally capable of causing cancer much less non-Hodgkin's Lymphoma ("NHL"). In fact, none of Monsanto's testifying experts mentioned these items as potential causes of Mr. Hardeman's cancer.

      For these reasons, Plaintiff respectfully requests that Monsanto be precluded from referencing or arguing in closing that Mr. Hardeman ignores warnings of cancer risk and/or labels containing a warning of cancer.

Dated: March 25, 2019

Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Email: aimee.wagstaff@andruswagstaff.com

and

Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
Email:  jennifer@moorelawgroup.com