# EXHIBIT 1

**Volume 18**

**Pages 2305 - 2459**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | | |
|---|---|---|
| EDWARD HARDEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **NO. C 16-00525 VC** |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

San Francisco, California
Friday, March 22, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  **BY:  AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
       **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
  **BY:  JENNIFER MOORE, ATTORNEY AT LAW**


**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Marla F. Knox, RPR, CRR
             Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
             Official Reporters

1  **Q.** Okay. What about wasps or hornets or any other bugs? Did
2  you ever use any spray to get rid of those on the West Side
3  property?
4  **A.** On the West Side property, maybe I might have -- it is
5  possible. I mean, the stuff in the can you buy at a hardware
6  store?
7  **Q.** Yeah.
8  **A.** Possibly. I don't know. I don't recall. I might have.
9  I did have some wasps.
10 **Q.** And if you used that type of can, do you remember if that
11 had a cancer warning on it?
12 **A.** No, I don't remember. It may have. I mean, I haven't --
13 you know, used any of that in a long time. I just don't --
14 wouldn't recall that.
15 **Q.** Did you at the -- at either property ever do any painting
16 where you had to paint walls or paint --
17 **A.** Latex paint, yeah.
18 **Q.** And do you know if any of that -- if any of the paint had
19 any cancer warnings on the paint cans?
20 **A.** I know it is water based. I don't know.
21 **Q.** What about motor oil? Have you used motor oil to change
22 your -- the oil in your car or any -- motor oil --
23 **A.** No, I take it into a shop and they do it. I don't do it.
24 **Q.** Okay. And what about gasoline, not --
25 **A.** Gasoline?

1  **Q.**   -- not -- not filling up your car, but, you know, filling
2  up a lawn mower, filling up any other sort of equipment at the
3  56-acre home, did you use gasoline for anything?
4  **A.**   I had a lawn mower.  I mean, you know, I might have -- put
5  gasoline in it.  You know, you want to run it.  It wasn't
6  electric, so.
7  **Q.**   And do you know if the gasoline had a cancer warning on
8  it?
9  **A.**   Gasoline had a cancer warning on it?  Well, it may have
10 had one at the pump, you know, when you go to -- yeah, probably
11 at the pump when you go to put gasoline in your can.  I'm sure
12 there was -- you know, like you do every day when you put gas
13 in your car, there is probably a warning on the gas pump.
14 **Q.**   Okay.  Mr. Hardeman, thank you very much.
15        **MR. STEKLOFF:**  I have no further questions.
16                        **REDIRECT EXAMINATION**
17 **BY MS. MOORE**
18 **Q.**   Mr. Hardeman, you were asked several questions about your
19 deposition and --
20        **THE COURT:**  On that topic that you are wanting to
21 bring up, you can just ask him the question.  You don't need to
22 go back to the deposition.  It is kind of a slightly different
23 topic.  You are free to ask --
24        **MS. MOORE:**  I understand.  I'm not going there right
25 now though.  Thank you, Your Honor.