**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:     202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|  | Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co.,* 3:16-cv-0525-VC | **[PROPOSED] ORDER GRANTING MONSANTO'S RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR DIRECTED VERDICT** |

1
2
3

The Court has before it Monsanto's Rule 50(a) Motion for Judgment as a Matter of Law and for Directed Verdict.  Finding good cause to do so, the Court grants the Motion and enters judgment as a matter of law in Monsanto's favor on all of Plaintiff's claims.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MONSANTO'S RULE 50(a) MOTION FOR
JUDGMENT AS A MATTER OF LAW AND FOR DIRECTED VERDICT

1

2  DATED: March 25, 2019                    Respectfully submitted,

3                                           /s/  Brian L. Stekloff

4                                           Brian L. Stekloff (*pro hac vice*)
5                                           (bstekloff@wilkinsonwalsh.com)
                                            Tamarra Matthews Johnson (*pro hac vice*)
6                                           (tmatthewsjohnson@wilkinsonwalsh.com)
                                            Rakesh Kilaru (*pro hac vice*)
7                                           (rkilaru@wilkinsonwalsh.com)
                                            WILKINSON WALSH + ESKOVITZ LLP
8                                           2001 M St. NW, 10th Floor
9                                           Washington, DC 20036
                                            Tel: 202-847-4030
10                                          Fax: 202-847-4005

11                                          Pamela Yates (CA Bar No. 137440)
12                                          (Pamela.Yates@arnoldporter.com)
                                            ARNOLD & PORTER KAYE SCHOLER
13                                          777 South Figueroa St., 44th Floor
                                            Los Angeles, CA 90017
14                                          Tel: 213-243-4178
                                            Fax: 213-243-4199
15
16                                          Eric G. Lasker (*pro hac vice*)
                                            (elasker@hollingsworthllp.com)
17                                          HOLLINGSWORTH LLP
                                            1350 I St. NW
18                                          Washington, DC 20005
                                            Tel: 202-898-5843
19                                          Fax: 202-682-1639

20
                                            Michael X. Imbroscio (*pro hac vice*)
21                                          (mimbroscio@cov.com)
                                            COVINGTON & BURLING LLP
22                                          One City Center
                                            850 10th St. NW
23                                          Washington, DC 20001
                                            Tel: 202-662-6000
24
25                                          Attorneys for Defendant
                                            MONSANTO COMPANY
26

27

28

[PROPOSED] ORDER GRANTING MONSANTO'S RULE 50(a) MOTION FOR
JUDGMENT AS A MATTER OF LAW AND FOR DIRECTED VERDICT

1

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that on this 25th day of March 2019, a copy of the foregoing was

3

filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all

4

appearing parties of record.

5

/s/ Brian L. Stekloff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MONSANTO'S RULE 50(a) MOTION FOR
JUDGMENT AS A MATTER OF LAW AND FOR DIRECTED VERDICT