Barbara R. Light
Texas Bar No. 24109472
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: Allan Mehrens, Cause No. 3:18-cv-01151-VC (N.D. Cal.) | |

**MONSANTO'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MONSANTO'S THIRD MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET**

Defendant Monsanto ("Monsanto") submits this reply to Plaintiff's Response in Opposition to Defendant's Third Amended Motion to Dismiss with Prejudice for Plaintiff Allan Mehrens. Monsanto respectfully requests that the Court dismiss the above captioned case with prejudice as Mr. Mehrens has failed to submit a Plaintiff Fact Sheet ("PFS") in compliance with the deadlines established in Pretrial Order 50 ("PTO 50").

**STATEMENT OF FACTS**

Mr. Mehrens' case transferred to the Northern District of California on or around February 20, 2018. CTO 73. Since Mr. Mehrens' case transferred into the MDL prior to the entry of PTO

4836-0767-6303 v1

50 on September 26, 2018, Mr. Mehrens is a Group 3 plaintiff.[1]  Therefore, Mr. Mehrens was required to submit a PFS on January 23, 2019, within 119 days (seventeen weeks) from the date of PTO 50.

Mr. Mehrens has yet to provide Monsanto with a PFS.  Counsel for Mr. Mehrens was notified of the failure to submit a PFS in a letter dated January 28, 2019, and Plaintiff Leadership was notified via letter dated January 29, 2019, as required by paragraph 15 of PTO 50. Exhibits A, B.  Mr. Mehrens failed to submit a PFS within 7 days of the January 29th letter.  Thirty-four days later on March 4, 2019, Monsanto filed Defendant's Third Motion to Dismiss for Failure to Provide a PFS.

On March 13, 2019, Mr. Mehrens' counsel notified Monsanto that, in addition to his case in the MDL, Mr. Mehrens has a case pending in the 21st Judicial Circuit in St. Louis County Court and offered to stipulate dismissal of Mr. Meherns' federal claim without prejudice to avoid the effect of res judicata on his Missouri state court claim.  Exhibit C.  Monsanto declined to stipulate dismissal without prejudice but offered Mr. Mehrens' counsel 30-days in which to provide a PFS. *Id*.  In response, Mr. Mehrens' counsel informed Monsanto that Mr. Mehrens elected to proceed with his Missouri state court claim and filed a response to Defendant's Third Amended Motion to Dismiss for Failure to Submit a Plaintiff Fact Sheet. *Id*.

## ARGUMENT

Mr. Mehrens' has pursued the same claim in two-separate jurisdictions since February 2, 2018, when his case in the Northern District of California was filed.  Despite receiving notice that Mr. Mehrens had not submitted a PFS, and therefore, his claim was subject to dismissal with prejudice, counsel did not request an extension or otherwise respond to the notices until March 13, 2019, when his counsel notified Monsanto through email that Mr. Mehrens had two claims pending against Monsanto simultaneously.

Mr. Mehrens' failure to comply with PTO 50 has caused delay as well as additional work for Monsanto and the Court.  In an extensive consolidated action, such as this, adherence to established court procedures is critical to docket management.  *See In re World Trade Ctr. Disaster Site Litig.*,

---

[1] PTO 50 states, "Group 3 refers to all other plaintiffs whose cases have been transferred into the MDL as of the date of this Order."

722 F.3d 483, 487 (2d Cir. 2013).  Here, Mr. Mehrens did not adhere to the pre-trial order that plaintiffs' leadership agreed to and this Court entered.  That Order clearly sets forth the consequences for failure to submit a PFS – dismissal with prejudice.  Since Mr. Mehrens failed to comply with PTO 50 by failing to provide a plaintiff fact sheet, his case should be dismissed with prejudice.

## CONCLUSION

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above captioned case with prejudice for failure to submit a PFS as required by PTO 50.

Dated: March 25, 2019                        Respectfully submitted,

*/s/  Barbara R. Light*
Barbara R. Light
Texas Bar No. 24109472
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

4836-0767-6303 v1