# Exhibit C

**Light, Barbara R. (SHB)**

| | |
|---|---|
| **From:** | Lisa Joyce <ljoyce@gohonlaw.com> |
| **Sent:** | Tuesday, March 19, 2019 10:26 AM |
| **To:** | Light, Barbara R. (SHB) |
| **Subject:** | RE: Allan Mehrens Case No. 3:18-cv-01151-VC - motion to dismiss |
| **Attachments:** | A Mehrens File-stamped Plaintiff's Response in Opposition to Defendants Third Amended Motion to Dismiss and Exhibit 3 18 19.PDF |

Ms. Light,

Thank you for your email. We did finally make contact with Mr. Mehrens. This is the case with a dual representation issue between my firm and Andrus Wagstaff. The client chose to continue his case with Andrus Wagstaff law firm on file in St. Louis County. We filed our response in the MDL yesterday, which I have attached here.

Sincerely,

Lisa Joyce


Lisa R. Joyce
Attorney
Goza Honnold Trial Lawyers
9500 Nall Avenue Suite 400
Overland Park, KS 66207
Telephone: 913.451.3433, ext 254
Direct: 913.795-5534
ljoyce@gohonlaw.com

NOTICE: You are hereby notified that (1) e-mail communication is not a secure method of communication; (2) any e-mail sent to you or by you might be copied and held by various computers it passes through; (3) persons not participating in our communication might intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us that the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know at once.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (913) 451-3433 immediately.

---

**From:** Light, Barbara R. (SHB) [mailto:blight@shb.com]
**Sent:** Monday, March 18, 2019 7:58 PM
**To:** Lisa Joyce <ljoyce@gohonlaw.com>
**Subject:** RE: Allan Mehrens Case No. 3:18-cv-01151-VC - motion to dismiss

Ms. Joyce,

I am reaching out to see if you have been able to contact Mr. Mehrens. If not, Monsanto will grant a 30-day extension to contact Mr. Mehrens and provide the PFS.

1

Regards,

**Barbara R. Light**
*Associate*
blight@shb.com | x64011

**From:** Lisa Joyce <ljoyce@gohonlaw.com>
**Sent:** Friday, March 15, 2019 12:44 PM
**To:** Light, Barbara R. (SHB) <blight@shb.com>
**Subject:** RE: Allan Mehrens Case No. 3:18-cv-01151-VC - motion to dismiss

Ms. Light,

Thank you for your email.  Our concern is that a dismissal with prejudice of Mr. Mehrens' federal court case could potentially have a res judicata effect on his state court case.

Would your client stipulate to an agreement not to pursue any type of res judicata defense on Mr. Mehrens's state court case?

Sincerely,

Lisa


Lisa R. Joyce
Attorney
Goza Honnold Trial Lawyers
9500 Nall Avenue Suite 400
Overland Park, KS 66207
Telephone: 913.451.3433, ext 254
Direct:  913.795-5534
ljoyce@gohonlaw.com

NOTICE: You are hereby notified that (1) e-mail communication is not a secure method of communication; (2) any e-mail sent to you or by you might be copied and held by various computers it passes through; (3) persons not participating in our communication might intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us that the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know at once.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call (913) 451-3433 immediately.

**From:** Light, Barbara R. (SHB) [mailto:blight@shb.com]
**Sent:** Friday, March 15, 2019 11:32 AM
**To:** Lisa Joyce <ljoyce@gohonlaw.com>
**Subject:** RE: Allan Mehrens Case No. 3:18-cv-01151-VC - motion to dismiss

Ms. Joyce,

After spending time and effort on this case, our client is not inclined to agree to a stipulated dismissal without prejudice. Since Mr. Mehrens' case is already pending in Missouri, is there a particular reason his case needs to be dismissed from the MDL without prejudice?

Regards,

**Barbara R. Light**
*Associate*
blight@shb.com | x64011

---

**From:** Lisa Joyce <ljoyce@gohonlaw.com>
**Sent:** Wednesday, March 13, 2019 6:03 PM
**To:** Light, Barbara R. (SHB) <blight@shb.com>
**Subject:** Allan Mehrens Case No. 3:18-cv-01151-VC - motion to dismiss

Ms. Light,

This case is pending dismissal for failure to submit a plaintiff fact sheet. We were unable to contact our client after numerous attempts. We just learned this week that Mr. Mehrens is represented by the Andrus Wagstaff law firm and has a case pending against Monsanto in 21st Judicial Circuit in St. Louis county court. The case number is 18SL-CC00380, Robert Alderman et al v. Monsanto Company, filed 01/23/2018. In order to preserve Mr. Mehrens' claim in state court, we propose filing the attached Stipulation to Dismiss Without Prejudice in the MDL for our case. Will you agree to this stipulation?

Thank you,

Lisa

Lisa R. Joyce
Attorney
Goza Honnold Trial Lawyers
9500 Nall Avenue Suite 400
Overland Park, KS 66207
Telephone: 913.451.3433, ext 254
Direct:  913.795-5534
ljoyce@gohonlaw.com

NOTICE: You are hereby notified that (1) e-mail communication is not a secure method of communication; (2) any e-mail sent to you or by you might be copied and held by various computers it passes through; (3) persons not participating in our communication might intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us that the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know at once.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (913) 451-3433 immediately.

Mail Gate made the following annotations on Fri Mar 15 2019 11:31:36

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Mon Mar 18 2019 19:57:46

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.