# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL JURY TRIAL MINUTES

| **Date:** March 25, 2019 | **Time:** 4 hours 21 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman   v.  Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen         **Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

**Further Trial: March 26, 2019, at 8:30 a.m.**

## PROCEEDINGS:

Jury Trial, Day 17 - held.

## RULINGS AND ORDERS:

**Witnesses examined today:**
- Dr. William Heyden
- Dr. Christopher Portier
- Larry Kier
- Sam Murphey
- Michael Koch
- Hugh Grant
- James Guard

See Log for details from proceedings.

**Admitted Exhibits:**
160, 245, 312, 315, 317, 322, 323, 388, 426, 686