# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

## TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 17

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| TRIAL DATE: | REPORTER: | CLERK: |
| March 25, 2019 | Jo Ann Bryce and Marla Knox | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 7:37 a.m. | | | On the record, outside the presence of the jury re deposition designations. | |
| | 8:01 a.m. | | | Break. | |
| | 8:10 a.m. | | | Back on the record, with the jury present, the Court read a stipulation into the record. | |
| | 8:12 a.m. | | | Plaintiff called to testify, via video deposition, **Dr. William Heyden.** | |
| | 9:20 a.m. | | | Jury excused for a break. | |
| 312, 315, 317, 322, 323 | | X | X | | PLTF |
| 147, 416, 710, 711 | | X | | Objected to by plaintiff. | DEFT |
| | 9:25 a.m. | | | Break. | |
| | 9:34 a.m. | | | Back on the record without the jury present. | |
| | 9:35 a.m. | | | The jury entered the courtroom. Plaintiff called to testify, via video deposition, **Dr. Christopher Portier.** | |
| 388 | | X | X | | PLTF |
| 504 | | X | | Objected to by defense. | PLTF |
| | 10:06 a.m. | | | Plaintiff called to testify, via video deposition, **Larry Kier.** | |
| 686 | | X | X | | PLTF |
| 160 | | X | X | | DEFT |
| | 10:23 a.m. | | | Plaintiff called to testify, via video deposition, **Sam Murphey.** | |
| | 10:31 a.m. | | | Jury excused for a break. Court and counsel remain on the record and discussed the remaining schedule for the trial and depositions. | |
| | 11:06 a.m. | | | Break. | |

| | | | | | |
|---|---|---|---|---|---|
| | 11:12 a.m. | | | Back on the record, with the jury present, re the schedule for the day. | |
| | 11:13 a.m. | | | Plaintiff called to testify, via video deposition, **Michael Koch.** | |
| 426, 245 | | X | X | | PLTF |
| | 11:29 a.m. | | | The Court read a stipulation into the record. | |
| | 11:30 a.m. | | | Plaintiff called to testify, via video deposition, **Hugh Grant.** | |
| | 11:39 a.m. | | | Jury excused for a break to address technical difficulties. | |
| | 11:44 a.m. | | | The jury reentered the courtroom, and video deposition of Hugh Grant continued. | |
| | 11:59 a.m. | | | Plaintiff called to testify, via video deposition, **James Guard.** | |
| 788, 791 | | X | | Objected to by defense. | |
| | 12:18 p.m. | | | The jury is excused for the day, and ordered to return for continued evidence and closing arguments at 8:30 a.m. on Tuesday. Court and counsel remained on the record re depositions. | |
| 1179, 1668 | | X | | Objected to by plaintiff. | DEFT |
| | 12:22 p.m. | | | Court is in recess until 1:30 p.m., at which time the charging conference will take place. The trial will resume at 8:00 a.m. with counsel, and 8:30 a.m. with the jury on Tuesday, March 26, 2019. | |