Barbara R. Light
Texas Bar No. 24109472
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Tracy Magee, Cause No. 3:17-cv-05547-VC (N.D. Cal.)<br><br>John Otts, Cause No. 3:17-cv-02142-VC (N.D. Cal.)<br><br>Deanna Gelder, Cause No. 3:18-cv-00815-VC (N.D. Cal.)<br><br>Mark Hanson, Cause No. 3:18-cv-00815-VC (N.D. Cal.) | |

**MONSANTO'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MONSANTO'S THIRD MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO <u>SUBMIT A PLAINTIFF FACT SHEET</u>**

Defendant Monsanto ("Monsanto") submits this reply to Plaintiff's Response in Opposition to Defendant's Third Amended Motion to Dismiss with Prejudice for Plaintiffs Tracy Magee, John Otts, Deanna Gelder, and Mark Hanson. Monsanto respectfully requests that the Court dismiss the above captioned cases with prejudice, as Plaintiffs have failed to submit a Plaintiff Fact Sheet ("PFS") in compliance with the deadlines established in Pretrial Order 50 ("PTO 50").

9194763 v1

**STATEMENT OF FACTS**

Plaintiffs Magee and Otts are Group 2 Plaintiffs, defined in the introductory paragraph of PTO 50 as "plaintiffs who either reside in California or who filed their cases in California."[1] Therefore, Plaintiffs Magee and Otts were required to submit a PFS through MDL-Centrality on November 28, 2018, within 63 days (nine weeks) from the date of PTO 50. PTO 50, para. 4.

Plaintiffs Magee and Otts' individual counsel and Plaintiff Leadership were notified of Plaintiffs' failure to submit a PFS via letter dated January 4, 2019, as required by paragraph 15 of PTO 50. Exhibit A. Plaintiffs Magee and Otts failed to submit a PFS within 7 days of January 4th letter. Fifty-nine days later, on March 4, 2019, Monsanto filed Defendant's Third Amended Motion to Dismiss with Prejudice.

Plaintiffs Gelder and Hanson are plaintiffs in *Berlin et al. v. Monsanto Co.*, Cause No. 3:18-cv-00815-VC. The *Berlin* case transferred to the Northern District of California on or around February 1, 2018. CTO 69. Since Plaintiffs Gelder and Hanson's case transferred into the MDL prior to the entry of PTO 50 on September 26, 2018, Plaintiffs Gelder and Hanson are Group 3 plaintiffs and were required to submit a PFS on January 23, 2019, within 119 days (seventeen weeks) from the date of PTO 50.[2] PTO 50, para. 4.

Plaintiffs Gelder and Hanson's individual counsel received notice of Plaintiffs' failure to submit a PFS via letter dated January 28, 2019, and Plaintiff Leadership received notice via letter dated January 29, 2019, as required by paragraph 15 of PTO 50. Exhibits B and C. Plaintiffs Gelder and Hanson failed to submit a PFS within 7 days of the January 29th letter. On March 4, 2019, Monsanto filed Defendant's Third Amended Motion to Dismiss with Prejudice.

Plaintiffs Magee, Otts, Gelder, and Hanson have yet to provide Monsanto with a PFS through MDL-Centrality. On March 8, 2019, counsel for Plaintiffs filed Plaintiffs' Response in Opposition

---

[1] According to the complaint filed in *Angel et al. v. Monsanto Co.*, "Plaintiff Tracy Magee is and was at all relevant time a resident of California." Additionally, in the complaint filed in *Smith et al. v. Monsanto Co.*, it is alleged that "Plaintiff John Otts is and was at all relevant times a resident of California."

[2] PTO 50 states, "Group 3 refers to all other plaintiffs whose cases have been transferred into the MDL as of the date of this Order."

9194763 v1

to Monsanto's Motion to Dismiss with Prejudice & Request for Additional Time to File Plaintiffs' Fact Sheets.

## ARGUMENT

Plaintiffs argue that Monsanto's Third Amended Motion to Dismiss with Prejudice is "in effect…a motion to dismiss for lack of prosecution." Plaintiffs' Response at 1.  However, Plaintiffs Magee and Otts' PFS are nearly four months overdue, and Plaintiffs Gelder and Hanson's PFS are more than two months overdue.  PTO 50 explicitly authorizes Monsanto to move to dismiss plaintiffs' cases when they fail to comply with the deadlines established by this Court.

Additionally, Plaintiffs Magee, Otts, Gelder, and Hanson's failure to comply with PTO 50 has caused delay and additional work for Monsanto and the Court.  In an extensive consolidated action, such as this, adherence to established court procedures is critical to docket management.  *See In re World Trade Ctr. Disaster Site Litig.*, 722 F.3d 483, 487 (2d Cir. 2013).  Here, Plaintiffs Magee, Otts, Gelder, and Hanson did not adhere to the pre-trial order that plaintiffs' leadership agreed to and this Court entered.  That Order clearly sets forth the consequences for failure to submit a PFS – dismissal with prejudice.  Since Plaintiffs Magee, Otts, Gelder, and Hanson failed to comply with PTO 50 by failing to provide a plaintiff fact sheet, their cases should be dismissed with prejudice.

## CONCLUSION

For the foregoing reasons, Monsanto respectfully request that the Court dismiss the above captioned cases with prejudice for failure to submit a PFS as required by PTO 50.

Dated: March 25, 2019                                     Respectfully submitted,


 */s/  Barbara R. Light*
Barbara R. Light
Texas Bar No. 24109472
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508

9194763 v1

blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

9194763 v1