

March 25, 2019

**<u>FILED VIA ECF</u>**
Honorable Vince Chhabria
United States District Court,
Northern District of California

      **RE:**    Case No: 3:16-cv-00525-VC, Hardeman v. Monsanto

To the Honorable Vince Chhabria:

      California courts allow the use of life expectancy tables as part of the jury's valuation of pain and suffering. See, *Armstrong v. Canavero*, 2010 Cal. Super. LEXIS 1669 (2010) and *Vargas v. Health*, 2017 Cal. Super. LEXIS 1754 (2017). See also, *Risley v. Lenwell*, 129 Cal. App. 2d 608 (3rd Dist. App. 1954) ("The measure of damages in an action for personal injuries is the amount which will compensate for all the detriment proximately caused by the negligence of the defendant.").

      An element of non-economic damages is loss of enjoyment of life, making Mr. Hardeman's life expectancy directly relevant to his damage award. "[N]oneconomic damages do not consist of only emotional distress and pain and suffering. They also consist of such items as invasion of a person's bodily integrity (i.e., the fact of the injury itself), disfigurement, disability, impaired enjoyment of life, susceptibility to future harm or injury, and a shortened life expectancy." *Bigler-Engler v. Breg, Inc.* (2017) 7 Cal.App.5th 276, 300 [213 Cal.Rptr.3d 82].

      Life expectancy tables are admissible where the Plaintiff has made a claim for future pain and suffering, like Mr. Hardeman. *See e.g., L.G. v. United States*, 2007 U.S. Dist. LEXIS 97232 (C.D. Cal. 2007) (Holding life expectancy tables admissible where "Plaintiff June Gutierrez continues to suffer from symptoms of PTSD to the present and will continue to do so for many years in the future"); *Vargas, supra* ("Accordingly to CACI Life Expectancy Table Plaintiff has a statistical life expectancy of 29.4 2 years. I have awarded her $352,800 for future suffering.").

      California law supports admission of life expectancy tables as part of the jury's consideration for pain and suffering and are properly admitted. The Court can and should take judicial notice of Mr. Hardeman's life expectancy. In fact, California has a model instruction on life expectancy for damages, CACI 3932. This instruction does not limit life expectancy to economic damages, it applies to all damages.

March 25, 2019
Page 2

        Respectfully submitted,

        /s/ Jennifer A. Moore
        Jennifer A. Moore
        MOORE LAW GROUP, PLLC
        jennifer@moorelawgroup.com

        Aimee H. Wagstaff
        Andrus Wagstaff, PC
        Aimee.wagstaff@andruswagstaff.com