UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 134: ORDER DENYING MONSANTO'S MOTION FOR A DIRECTED VERDICT FOLLOWING PHASE 2**<br><br>Dkt. No. 3157 |

Monsanto's motion for a directed verdict is denied without prejudice to its making any post-trial motions.

**IT IS SO ORDERED.**

Date: March 25, 2019

Honorable Vince Chhabria
United States District Court