MATTHEW J. SILL
SILL LAW GROUP PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73013
Tel: (405) 509-6300
Fax: (405) 509-6268
msill@fulmersill.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Frances Gonzalez et al., vs. Monsanto Co, et al.,*<br>Case No. 3:19-cv-01020-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC |

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Matthew J. Sill of the firm Sill Law Group, PLLC, hereby enters an appearance as counsel for Plaintiffs in the above-referenced action.

DATED: March 25, 2019        Respectfully submitted,

                              By: *s/ Matthew J. Sill*
                              Matthew J. Sill, Esq.
                              Oklahoma Bar No. 21547
                              SILL LAW GROUP PLLC
                              1101 N. Broadway, Suite 102
                              Oklahoma City, OK 73013
                              Tel: (405) 509-6300
                              Fax: (405) 509-6268
                              Email address: msill@fulmersill.com

                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/Matthew J. Sill