MATTHEW J. SILL
SILL LAW GROUP PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73013
Tel: (405) 509-6300
Fax: (405) 509-6268
msill@fulmersill.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | |
| *Charles Kast et al., vs. Monsanto Co, et al.,* Case No. 3:19-cv-01031-VC | |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Matthew J. Sill of the firm Sill Law Group, PLLC, hereby enters an appearance as counsel for Plaintiffs in the above-referenced action.

DATED: March 25, 2019                    Respectfully submitted,

By:    *s/ Matthew J. Sill*
Matthew J. Sill, Esq.
Oklahoma Bar No. 21547
SILL LAW GROUP PLLC
1101 N. Broadway, Suite 102
Oklahoma City, OK 73013
Tel: (405) 509-6300
Fax: (405) 509-6268
Email address:  msill@fulmersill.com

*Attorneys for Plaintiffs*

1

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on this 25th day of March, 2019, the foregoing was electronically filed

3

with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

4

5

                  /s/Matthew J. Sill

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
Case Nos 3:16-md-2741-VC and 3:19-cv-01031-VC