```
1  TARA TABATABAIE
   SILL LAW GROUP PLLC
2  1101 N. Broadway Avenue, Suite 102
   Oklahoma City, OK 73013
3  Tel: (405) 509-6300
   Fax: (405) 509-6268
4  ttabatabaie@fulmersill.com

5  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-2741-VC |
| This document relates to: *Reynaldo Rivas, et al., vs. Monsanto Co, et al.,* Case No. 3:19-cv-01024-VC | |

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that Tara Tabatabaie of the firm Sill Law Group, PLLC, hereby enters an appearance as counsel for Plaintiffs in the above-referenced action.

DATED: March 25, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　*s/ Tara Tabatabaie*
　　　　　　　　　　　　　　　　　　Tara Tabatabaie, Esq.
　　　　　　　　　　　　　　　　　　Oklahoma Bar No. 21838
　　　　　　　　　　　　　　　　　　SILL LAW GROUP PLLC
　　　　　　　　　　　　　　　　　　1101 N. Broadway, Suite 102
　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73013
　　　　　　　　　　　　　　　　　　Tel: (405) 509-6300
　　　　　　　　　　　　　　　　　　Fax: (405) 509-6268
　　　　　　　　　　　　　　　　　　Email address: ttabatabaie@fulmersill.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 25th day of March, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

          /s/Tara Tabatabaie