TARA TABATABAIE
SILL LAW GROUP PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73013
Tel: (405) 509-6300
Fax: (405) 509-6268
ttabatabaie@fulmersill.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Reynaldo Rivas, et al., vs. Monsanto Co, et al.,*<br>Case No. 3:19-cv-01024-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC |

## PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties in this action, there is no such interest to report.

DATED: March 25, 2019                    Respectfully submitted,

                                                      By:   *s/ Tara Tabatabaie*
                                                    Tara Tabatabaie, Esq.
                                                    Oklahoma Bar No. 21838
                                                    SILL LAW GROUP PLLC
                                                    1101 N. Broadway, Suite 102
                                                    Oklahoma City, OK 73013
                                                    Tel: (405) 509-6300
                                                    Fax: (405) 509-6268
                                                    Email address:  ttabatabaie@fulmersill.com

                                                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/Tara Tabatabaie