TARA TABATABAIE
SILL LAW GROUP PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73013
Tel: (405) 509-6300
Fax: (405) 509-6268
ttabatabaie@fulmersill.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*John Rabbers, et al., vs. Monsanto Co, et al.,*<br>Case No. 3:19-cv-01023-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC |

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Tara Tabatabaie of the firm Sill Law Group, PLLC, hereby enters an appearance as counsel for Plaintiffs in the above-referenced action.

DATED: March 25, 2019        Respectfully submitted,

                                        By:   *s/ Tara Tabatabaie*
                                        Tara Tabatabaie, Esq.
                                        Oklahoma Bar No. 21838
                                        SILL LAW GROUP PLLC
                                        1101 N. Broadway, Suite 102
                                        Oklahoma City, OK 73013
                                        Tel: (405) 509-6300
                                        Fax: (405) 509-6268
                                        Email address: ttabatabaie@fulmersill.com

                                        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of March, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                          /s/Tara Tabatabaie