TARA TABATABAIE
SILL LAW GROUP PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73013
Tel: (405) 509-6300
Fax: (405) 509-6268
ttabatabaie@fulmersill.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Frances Gonzalez, et al., vs. Monsanto Co, et al.,*<br>Case No. 3:19-cv-01020-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Tara Tabatabaie of the firm Sill Law Group, PLLC, hereby enters an appearance as counsel for Plaintiffs in the above-referenced action.

DATED: March 25, 2019          Respectfully submitted,

                                      By:   *s/ Tara Tabatabaie*
                                      Tara Tabatabaie, Esq.
                                      Oklahoma Bar No. 21838
                                      SILL LAW GROUP PLLC
                                      1101 N. Broadway, Suite 102
                                      Oklahoma City, OK 73013
                                      Tel: (405) 509-6300
                                      Fax: (405) 509-6268
                                      Email address: ttabatabaie@fulmersill.com

                                      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of March, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                         /s/Tara Tabatabaie