

**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado and California*
Aimee.Wagstaff@AndrusWagstaff.com

7171 W. Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-63614
Website: www.AndrusWagstaff.com

March 26, 2019

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court,
Northern District of California

RE: Case No: 3:16-md-02741-VC, In re Roundup Products Liability Litigation

To the Honorable Vince Chhabria:

With Respect to the Court's Pretrial Order No. 135: Court's Revised Phase 2 Instructions, Plaintiff asks for following changes:

**Instruction No. 1:** define NHL the first time mentioned.

**Instruction No. 11:** Remove phrase, "in the context of the facts and circumstances of this particular case" in number two.

**Instruction No. 15:** Change 3rd paragraph, "If you find liability" to "If you find for Mr. Hardeman".

Dated: March 26, 2019

Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Email: aimee.wagstaff@andruswagstaff.com

and

Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
Email:  jennifer@moorelawgroup.com