UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL JURY TRIAL MINUTES – CHARGING CONFERENCE**

| **Date:** March 25, 2019 | **Time:** 3 hours 21 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman  v.  Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen          **Court Reporter:** Jo Ann Bryce and Marla Knox

### PROCEEDINGS:

Charging Conference as to Phase 2 - held.

### RULINGS AND ORDERS:

See Log for details from proceedings.

**Admitted Exhibits:**
86, 89, 154, 155, 156, 157, 158, 159, 160, 161, 208, 220, 249, 250, 251, 254, 314, 429, 435, 442 444, 448, 449, 450, 453, 461 462, 463 ,464, 466, 467, 468, 503, 515, 516