**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST – CHARGING CONFERENCE PHASE II**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| March 25, 2019 | Jo Ann Bryce and Marla Knox | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 1:34 p.m. | | | On the record with Court and counsel re exhibits from past days that were objected to. | |
| 155, 156, 157, 158, 159, 160, 161, 208 | | X | X | | PLTF |
| 154 | | X | X | | DEFT |
| 86, 89, 220, 249, 250, 251, 254, 448, 449, 450, 453, 503, 515, 516 | | X | X | | PLTF |
| 241, 1697 | | X | | Plaintiff objected; Court sustained. | DEFT |
| 429, 435, 442, 444, 448, 449, 254, 314, 461, 462, 463, 464, 466, 467, 468 | | X | X | | PLTF |
| 479, 480, 481, 482, 483, 484, 485, 493 | | X | | Plaintiff objected; Court sustained. | DEFT |
| 710, 711, 1179, 1668 | | X | | Plaintiff objected; Court sustained. | DEFT |
| | 2:55 p.m. | | | Break. | |

1

|  | 3:13 p.m. |  |  | Back on the record with Court and counsel re jury instructions. |  |
|--|-----------|--|--|-----------------------------------------------------------------|--|
|  | 5:13 p.m. |  |  | Court is adjourned. |  |