UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 18**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| March 26, 2019 | Jo Ann Bryce and Marla Knox | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:08 a.m. | | | Court and counsel on the record re jury instruction changes made by the Court, the verdict form, and slides being used in closing arguments. | |
| | 8:17 a.m. | | | Break. | |
| | 8:32 a.m. | | | Court and counsel on the record re closing slides. | |
| | 8:34 a.m. | | | Jury entered the courtroom. Plaintiff rested. Defendant called in rebuttal **Dr. Christopher Portier** by video deposition. | |
| | 8:36 a.m. | | | Monsanto rested. | |
| | 8:37 a.m. | | | Court read jury instructions to the jury. | |
| | 8:58 a.m. | | | Closing arguments presented by J. Moore on behalf of plaintiff. | |
| | 9:20 a.m. | | | Sidebar. | |
| | 9:21 a.m. | | | Back on the record with continuation of closing arguments. | |
| | 10:11 a.m. | | | Plaintiff's closing arguments concluded. Jury excused for a break. Court and counsel remain on the record re time allotments for plaintiff in rebuttal closing. | |
| | 10:12 a.m. | | | Break. | |
| | 10:27 a.m. | | | Court and counsel back on the record re time. | |
| | 10:28 a.m. | | | Jury entered the courtroom. Defendant closing arguments presented by B. Stekloff. | |
| | 11:09 a.m. | | | Jury excused for a break. Court admonished plaintiff's counsels re decorum during opposing closing. | |
| | 11:10 a.m. | | | Break. | |
| | 11:18 a.m. | | | Back on the record with continued closing arguments on behalf of defendant. | |

1

| | | | | |
|---|---|---|---|---|
| | 11:42 a.m. | | | Plaintiff's rebuttal closing remarks made by J. Moore. | |
| | 11:56 a.m. | | | Jury retired to deliberate. Court and counsel remain on the record. Court discussed setting the Stevick trial for May 20, 2019, but stated that the Court will address the parties after the trial in this case about the Stevick and other member cases. | |
| | 11:59 a.m. | | | Break. | |
| | (3:00 p.m.) | | | Jury retired for the evening. Deliberations will resume on Wednesday, March 27, 2019, at 8:00 a.m. | |