UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 2741

Case No. 3:16-md-02741-VC

**JOINT STIPULATION REGARDING DEPOSITION TESTIMONY AS COURT EXHIBITS**

This document relates to:

*Hardeman v. Monsanto Co.,*
3:16-cv-00525-VC

The parties hereby stipulate as follows:

The clip reports containing the deposition testimony played for the jury in Phase 2 of trial shall be admitted as court exhibits for purposes of the record only, for the following witnesses:

- Dr. Christopher Portier – Trial Exhibit 960
- Dr. Donna Farmer – Trial Exhibit 961
- Hugh Grant – Trial Exhibit 962
- James Guard – Trial Exhibit 963
- Dr. Larry Kier – Trial Exhibit 964
- Dr. Michael Koch – Trial Exhibit 965
- Dr. Mark Martens – Trial Exhibit 966
- Samuel Murphey – Trial Exhibit 967
- Dr. William Heydens – Trial Exhibit 968
- Dr. William Reeves – Trial Exhibit 969
- Dr. Christopher Portier – Trial Exhibit 1699

JOINT STIPULATION REGARDING DEPOSITION TESTIMONY AS COURT EXHIBITS
3:16-md-02741-VC

1    DATED: March 27, 2019                    Respectfully submitted,

2

3                                             /s/ Aimee Wagstaff
                                             Aimee Wagstaff (SBN 278480)
                                             aimee.wagstaff@andruswagstaff.com
4                                             Andrus Wagstaff, P.C.
                                             7171 West Alaska Drive
5                                             Lakewood CO 80226
                                             P: 303-376-6360
6
                                             /s/ Jennifer A. Moore
7                                             Jennifer A. Moore (SBN 206779)
                                             MOORE LAW GROUP, PLLC
8                                             1473 South 4th Street
                                             Louisville, KY  40208
9                                             P:  502-717-4080

10                                            Co-Counsel for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REGARDING DEPOSITION TESTIMONY AS COURT EXHIBITS
3:16-md-02741-VC

1    DATED: March 27, 2019                    Respectfully submitted,

2                                             /s/ Brian L. Stekloff
                                              Brian L. Stekloff (*pro hac vice*)
3                                             (bstekloff@wilkinsonwalsh.com)
                                              Tamarra Matthews Johnson (*pro hac vice*)
4                                             (tmatthewsjohnson@wilkinsonwalsh.com)
                                              Rakesh Kilaru (*pro hac vice*)
5                                             (rkilaru@wilkinsonwalsh.com)
                                              WILKINSON WALSH + ESKOVITZ LLP
6                                             2001 M St. NW
                                              10th Floor
7                                             Washington, DC 20036
                                              Tel:    202-847-4030
8                                             Fax:    202-847-4005

9
                                              /s/ Pamela Yates
10                                            Pamela Yates (CA Bar No. 137440)
                                              (Pamela.Yates@arnoldporter.com)
11                                            ARNOLD & PORTER KAYE SCHOLER
                                              LLP
12                                            777 South Figueroa St., 44th Floor
                                              Los Angeles, CA 90017
13                                            Tel: 213-243-4178
                                              Fax: 213-243-4199
14

15                                            /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth (*pro hac vice*)
16                                            (jhollingsworth@hollingsworthllp.com)
                                              Eric G. Lasker (*pro hac vice*)
17                                            (elasker@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
18                                            1350 I Street, N.W.
                                              Washington, DC  20005
19                                            Telephone:  (202) 898-5800

20

21                                            Attorneys for Defendant
                                              MONSANTO COMPANY
22

23

24

25

26

27

28

JOINT STIPULATION REGARDING DEPOSITION TESTIMONY AS COURT EXHIBITS
3:16-md-02741-VC

1

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that on this 27th day of March 2019, a copy of the foregoing was

3

filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to

4

all appearing parties of record.

5

6

7                                                      /s/ Brian L. Stekloff_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REGARDING DEPOSITION TESTIMONY AS COURT EXHIBITS
3:16-md-02741-VC