# Exhibit 2

Courtesy Copy

FILED
ALAMEDA COUNTY
APR 1 6 2018
CLERK OF THE SUPERIOR COURT
By _____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>ROUNDUP PRODUCTS CASES<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL INCLUDED ACTIONS AND<br><br>*William Black v. Monsanto Company, et al.*, Case No. BC690972 (Los Angeles County)<br><br>*Jaime Andrade, et al. v. Monsanto Company, et al.*, Case No. SCV262127 (Sonoma County)<br><br>*Sarah E. Starr v. Monsanto Company, et al.*, Case No. CGC-18-564200 (San Francisco County)<br><br>*Taylor, et al. v. Monsanto Company, et al.*, Case No. CGC-18-565066 (San Francisco County)<br><br>*Reynaldo Rivas, et al. v. Monsanto Company, et al.*, Case No. CGC-18-565067 (San Francisco County)<br><br>*John Rabbers, et al. v. Monsanto Company, et al.*, Case No. CGC-18-565068 (San Francisco County) | JCCP NO. 4953<br><br>JUDGE IOANA PETROU<br>DEPARTMENT 17<br><br>**[PROPOSED] CASE MANAGEMENT ORDER NO. 6: ADDITION OF CASES TO JCCP AND TRANSFER OF CASES TO ALAMEDA COUNTY** |

---

CMO NO. 6: ADDITION OF CASES TO JCCP AND TRANSFER TO ALAMEDA COUNTY

(continued)

*Charles Kast, et al. v. Monsanto Company, et al.*, Case No. CGC-18-565070 (San Francisco County)

*Frances Gonzalez, et al. v. Monsanto Company, et al.*, Case No. CGC-18-565071 (San Francisco County)

For good cause shown, the Court hereby orders as follows:

The cases listed below shall be added to JCCP 4953 and transferred to Department 17 of this Court:

| Case Name | Case No. | Venue (County) |
|---|---|---|
| *Black v. Monsanto Company, et al.* | BC690972 | Los Angeles |
| *Andrade, et al. v. Monsanto Company et al.* | SCV262127 | Sonoma |
| *Starr v. Monsanto Company, et al.* | CGC-18-564200 | San Francisco |
| *Taylor, et al. v. Monsanto Company et al.* | CGC-18-565066 | San Francisco |
| *Rivas, et al. v. Monsanto Company, et al.* | CGC-18-565067 | San Francisco |
| *Rabbers, et al. v. Monsanto Company, et al.* | CGC-18-565068 | San Francisco |
| *Kast, et al. v. Monsanto Company, et al.* | CGC-18-565070 | San Francisco |
| *Gonzalez, et al. v. Monsanto Company, et al.* | CGC-18-565071 | San Francisco |

IT IS SO ORDERED. *Plaintiffs to pay transfer fees.*

Date: 4/16, 2018

_____
HONORABLE IOANA PETROU

- 1 -
CMO NO. 6: ADDITION OF CASES TO JCCP AND TRANSFER TO ALAMEDA COUNTY