1  Tara Tabatabaie, Esq.
   ttabatabaie@fulmersill.com
2  Matthew J. Sill, Esq.
   msill@fulmersill.com
3  **SILL LAW GROUP, PLLC**
   1101 N. Broadway, Suite 102
4  Oklahoma City, OK  73103
   Telephone:  (405) 509-6300
5  Facsimile:  (405) 509-6268

6  *Attorneys for Plaintiffs*

7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11

12 | IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

13 | | Case No. 3:16-md-2741-VC |

14

15 | This document relates to: | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO REMAND** |

16 | *Charles Kast, et al., vs. Monsanto Company, et al.*, Case No. 3:19-cv-01031-VC | |

19 | | **Date:  May 2, 2019** |
   | | **Time:  10:00 am** |
20 | | **Courtroom:  4** |

21

22         **TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

23         **PLEASE TAKE NOTICE** that on May 2, 2019 at 10:00 am, or as soon thereafter as the

24 matter may be heard in Courtroom 4 of the United States District Court, Northern District of

25 California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs will

26

                                            1
27 PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE                    3:19-cv-01031-VC
   CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,
28 COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO
   REMAND

move this Court for an order transferring this action to the Superior Court of the State of California, County of Alameda, pursuant to 28 U.S.C. §1447(c).

Plaintiffs' motion is based on this notice and motion, the accompanying memorandum of points and authorities, the Declaration of Tara Tabatabaie and exhibits thereto, and any additional argument or evidence the court may consider.

Dated: March 27, 2019              **SILL LAW GROUP, PLLC**

By: */s/ Tara Tabatabaie*
Tara Tabatabaie, Esq.
ttabatabaie@fulmersill.com
Matthew J. Sill, Esq.
msill@fulmersill.com
1101 N. Broadway, Suite 102
Oklahoma City, OK  73103
Telephone:  (405) 509-6300
Facsimile:  (405) 509-6268

*Attorneys for Plaintiffs*

2

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO REMAND

3:19-cv-01031-VC

**CERTIFICATE OF SERVICE**

I, Tara Tabatabaie, hereby certify that, on March 27, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                      */s/ Tara Tabatabaie*
                                       Tara Tabatabaie

3

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO REMAND

3:19-cv-01031-VC