Tara Tabatabaie, Esq.
ttabatabaie@fulmersill.com
Matthew J. Sill, Esq.
msill@fulmersill.com
**SILL LAW GROUP, PLLC**
1101 N. Broadway, Suite 102
Oklahoma City, OK  73103
Telephone:  (405) 509-6300
Facsimile:  (405) 509-6268

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | **DECLARATION OF TARA TABATABAIE IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c)** |
| *Charles Kast, et al., vs. Monsanto Company, et al.*, Case No. 3:19-cv-01031-VC | |

I, Tara Tabatabaie, declare as follows:

1.      I am an attorney licensed to practice in the State of Oklahoma and admitted to practice and in good standing in the United States District Court for the Western and Northern Districts of Oklahoma.  Pursuant to this Court's Pretrial Order No. 1, entered on 10/6/2016, "[a]ttorneys admitted to practice and in good standing in any United States District Court are admitted pro hac vice in this MDL."  I am an attorney at Sill Law Group, PLLC, and counsel of record for Plaintiffs in the above-referenced action.   I make this declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently to these matters.

1

2.       This action includes individuals who suffer from Non-Hodgkin Lymphoma as the result of exposure to Monsanto product, Roundup.

3.       Monsanto Company ("Monsanto") removed Plaintiffs' lawsuit to federal court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

4.       Attached hereto as Exhibit 1 is a true and correct copy of the Complaint, *Kast, et al., vs. Monsanto, et al.,* (Case No. CGC-18-565070) originally filed in the Superior Court of the State of California, County of San Francisco, on March 19, 2018.

5.       Attached hereto as Exhibit 2 is a true and correct copy of the Case Management Order No. 6: Addition of Cases to JCCP and Transfer of Cases to Alameda County, entered by the Hon. Ioana Petrou, Roundup JCCP Judge, Alameda County.

6.       Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Notice of Motion and Motion for Court Order Setting Bellwether Selection Process.

7.       Attached hereto as Exhibit 4 is a true and correct copy of Order (1) Denying Motion of Plaintiffs for Consolidation of Case for Trial and (2) on Case Management, entered on January 25, 2019, by the Hon. Winifred Y. Smith, Roundup JCCP judge, Alameda County.

8.       Attached hereto as Exhibit 5 is a true and correct copy of the current Draft version of Plaintiffs' Master Long Form Complaint and Jury Demand to be filed at the JCCP, Alameda County, per Judge Winifred Smith's January 25, 2019 Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of March 2019, at Oklahoma City, Oklahoma.


                                    */s/ Tara Tabatabaie*
                                    Tara Tabatabaie

2

**CERTIFICATE OF SERVICE**

    I, Tara Tabatabaie, hereby certify that, on March 27, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Tara Tabatabaie*
Tara Tabatabaie

DECLARATION OF TARA TABATABAIE              3:19-cv-01031-VC