UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ayon v. Monsanto Company, et al.*,<br><br>Case No.  3:19-cv-01240-VC | MDL No. 2741<br><br>Case No.  3:16-md-02741-VC<br><br>PLAINTIFF'S NOTICE OF DISMISSAL OF BAYER DEFENDANTS |

Pursuant to Rule 41(a)(1)(A)(i), plaintiff Ceceilia Ayon, as personal representative for the Estate of John Troy Ayon hereby voluntarily dismisses without prejudice all claims against defendants Bayer Corporation and Bayer AG, with each party to bear her or its own fees and costs.

Dated: March 28, 2019.

Respectfully submitted,

s/ Sims Weymuller
SIMS WEYMULLER, WSBA #33026
ELIZABETH MCLAFFERTY, WSBA #45291
Counsel for Plaintiff
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email: sims@sgb-law.com
          mclafferty@sgb-law.com

**PLAINTIFF'S NOTICE OF DISMISSAL OF BAYER DEFENDANTS**– 1
(Case No. 2:19-cv-00187-RAJ)
702106

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. A copy of the forgoing document was forwarded for service upon counsel of record:

| | |
|---|---|
| Joe G. Hollingsworth<br>Martin C. Calhoun<br>HOLLINGSWORTH LLP<br>1350 I Street N.W.<br>Washington D.C. 20005<br>Phone: (202) 898-5800<br>Fax: (202) 682-1639<br>Email: jhollingsworth@hollingsworthllp.com<br>       mcalhoun@hollingsworthllp.com | ☐ Via Facsimile<br>☐ Via First Class Mail<br>☐ Via Messenger<br>☒ Via Email<br>☒ Via EFiling/EService |

*Counsel for Defendant Monsanto Company*

| | |
|---|---|
| Bayer Corporation<br>General Counsel<br>100 Bayer Blvd.<br>Whippany, NJ 07981 | ☐ Via Facsimile<br>☒ Via First Class Mail<br>☐ Via Messenger<br>☐ Via Email<br>☐ Via EFiling/EService |

*Counsel for Defendant Bayer Corporation*

DATED: this 28th day of March, at Seattle, Washington.

s/Alder Burgess
ALDER BURGESS, Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  burgess@sgb-law.com

**PLAINTIFF'S NOTICE OF DISMISSAL OF BAYER DEFENDANTS**– 2
(Case No. 2:19-cv-00187-RAJ)
702106

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305