# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL JURY TRIAL MINUTES

| **Date:** March 27, 2019 | **Time:** 8 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC and 16-cv-00525-VC | **Case Name:** Hardeman  v.  Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff and Jennifer Moore
**Attorney for Defendant:** Brian Stekloff, Tamarra Matthews Johnson, Julie Rubenstein, and Rakesh Kilaru

**Deputy Clerk:** Kristen Melen

**Court Reporter:** Jo Ann Bryce and Marla Knox

**Voir Dire: February 20, 2019**

**Trial Start Date: February 25, 2019**

### PROCEEDINGS:

Jury Trial, Day 19 - held.

Continued deliberations.

Verdict reached.

### RULINGS AND ORDERS:

**Witnesses examined today:**
None.

**Disposition of Exhibits:**
Court retained the admitted exhibits from Phase I and Phase II.

*See Log for details from proceedings and verdict form for the outcome.