UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC and 16-cv-00525-VC
Case Name: Hardeman v. Monsanto Company

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 19**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Aimee Wagstaff and Jennifer Moore | Brian Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Julie Rubenstein |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| March 27, 2019 | Jo Ann Bryce and Marla Knox | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | (8:00 a.m.) | | | Jury deliberations continued. | |
| | (2:40 p.m.) | | | Jury Note number 1 received. | |
| | 2:52 p.m. | | | Court, counsel, and jury present in the courtroom. Jury reached a verdict. Court read verdict into the record. | |
| | 2:55 p.m. | | | Jury polled by the Court. | |
| | 2:56 p.m. | | | The verdict is filed. The Court thanked the jury for their service. | |
| | 2:58 p.m. | | | Jury discharged and excused. | |
| | 3:00 p.m. | | | Court is adjourned. | |

1