UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE: <u>VINCE CHHABRIA</u>                    Case No. <u>16-CV-525-VC</u>

CASE NAME: <u>Edwin Hardeman v. Monsanto Company, et al.</u>

**Remember that you are not to tell anyone – including the Court or the Courtroom Deputy – how the jury stands, whether in terms of vote count or otherwise, until after you have reached a unanimous verdict or been discharged.**

### NOTE FROM THE JURY

Note No. __1__

Date __3/27/19__

Time __2:40 p.m.__

1. The Jury has reached a unanimous verdict [X]

   or

2. The Jury has the following question:

   _____
   _____
   _____

                                    _____
                                    Foreperson of the Jury