UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN HARDEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | Case No. 16-cv-00525-VC<br><br>**VERDICT FORM** |

After you have reached your verdict, please fill out this form. After you have completed the form, let the Courtroom Deputy know that you have reached a verdict, without saying what the verdict is. The presiding juror should keep the form and bring it into the courtroom so that the jury may announce the verdict.

**Question 1:** Did Mr. Hardeman prove by a preponderance of the evidence his claim that Roundup's design was defective? See Instruction Number 11.

    Yes: __X__    No: _____

**Question 2:** Did Mr. Hardeman prove by a preponderance of the evidence his claim that Roundup lacked sufficient warnings of the risk of NHL? See Instruction Number 12.

    Yes: __X__    No: _____

**Question 3:** Did Mr. Hardeman prove by a preponderance of the evidence his claim that Monsanto was negligent by not using reasonable care to warn about Roundup's NHL risk? See Instruction Number 13.

    Yes: __X__    No: _____

If you answered "no" to questions 1-3, please stop, sign the verdict form, and inform the Courtroom Deputy that you have reached a verdict. If you answered "yes" to one or more of the questions above, then please continue.

**Question 4:** What are Mr. Hardeman's compensatory damages? See Instruction Number 15.

Past economic loss:        $ 200,967.10

Past noneconomic loss:     $ 3,066,667.00

Future noneconomic loss:   $ 2,000,000.00

**Question 5:** Did Mr. Hardeman prove by clear and convincing evidence that he is entitled to punitive damages? See Instruction Number 17.

Yes: __X__        No: _____

**Question 6:** If you answered "yes" to the previous question, what amount do you award Mr. Hardeman in punitive damages?

$ 75,000,000.00

Dated: 3/27/19

_____
Presiding Juror

2