Michael J. Miller
(mmiller@millerfirmllc.com)
Curtis G. Hoke
(choke@millerfirmllc.com)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

*Attorneys for Plaintiffs*

Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EXTENSION OF TIME FOR MONSANTO COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |
| This document relates to:<br><br>*Fredrick Smith, et al. v. Monsanto Co.*, Case No. 3:17-cv-02142-VC | |

1 | Plaintiffs and defendant Monsanto Company ("Monsanto") hereby stipulate as follows
2 | and request entry of the proposed order set forth below:

3 | **RECITALS**

4 | WHEREAS, plaintiffs filed a Motion to Remand in this lawsuit (Civil Action No. 3:17-
5 | cv-02142-VC; ECF No. 30) on February 27, 2019;

6 | WHEREAS plaintiffs did not file the Motion to Remand on the MDL-wide docket;

7 | WHEREAS Monsanto's counsel addressing motion practice in the MDL was, as a
8 | result, unaware of the Motion to Remand and has not filed an opposition to the motion;

9 | WHEREAS, on March 19, 2019, the Court stated in open court (during proceedings on
10 | another Roundup lawsuit) that the hearing on plaintiffs' Motion to Remand would be postponed
11 | until late April 2019;

12 | WHEREAS Monsanto intends to file an opposition to the Motion to Remand;

13 | WHEREAS plaintiffs and Monsanto have agreed (subject to the Court's approval) to an
14 | extension of fourteen days from March 19, 2019 for Monsanto to file an opposition to the
15 | Motion to Remand;

16 | WHEREAS, as set forth in the accompanying Declaration of Martin Calhoun, there have
17 | been no prior time modifications in this lawsuit, and the extension requested here would not
18 | affect the schedule for hearing plaintiffs' Motion to Remand or the schedule for this lawsuit
19 | generally;

20 | WHEREAS, plaintiffs and Monsanto hereby request that the Court enter the proposed
21 | order set forth below.

22 | **STIPULATION**

23 | THEREFORE, plaintiffs and Monsanto stipulate to a fourteen-day extension of time –
24 | from March 19 to April 2, 2019 – for Monsanto to file its opposition to the Motion to Remand.

DATED: March 20, 2019

Respectfully submitted,

/s/ Curtis G. Hoke
Michael J. Miller
(mmiller@millerfirmllc.com)
Curtis G. Hoke
(choke@millerfirmllc.com)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

*Attorneys for Plaintiffs*

/s/ Martin C. Calhoun
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant Monsanto Company*

## [PROPOSED] ORDER

Pursuant to the stipulation set forth above, it is hereby ordered that Monsanto's deadline for filing an opposition to plaintiffs' Motion to Remand is extended to April 2, 2019.

DATE: March __29__, 2019

_____
VINCE CHHABRIA
United States District Judge

**GRANTED**
Judge Vince Chhabria