UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

FILED
MAR 28 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RALPH A. APPLEGATE
    PLAINTIFF

versus

              CASE: 18-72281
              CASE: 16-MDL-02741-VC
              CASE: 3:18-CV-03363-VC

MONSANTO COMPANY
    DEFENDANT

PLAINTIFF EDUCATIONAL INFORMATION

1. Regardless of further educational information it is fair to say that Justice Chhabria is already well enough educated that he can consider and decide that more than two(2) days consecutive, in this case, fact of 7 days consecutive exposure to Roundup, and fact of relevance of 7 days consecutive exposure that it effects increase in diagnostic IgM by astronomically increasing IgM to 8980, and later to 11201. A tire deflates when a nail enters a tire.

2. Truth has still been concealed as of March 25, 2019.

3. Not one plaintiff of 11200 has produced any evidence of attempted education of Justice Chhabria as they were not advised to do so.

4. Neither has 58 plaintiff law firms.

5. Neither has Monsanto law firm.

6. Neither has Monsanto itself, nor Bayer AG.

p.1

7. Plaintiff Applegate is only one known by him to have attempted to educate Justice Chhabria , and is continuing it . Somewhere , sometime , enough is enough . Plaintiff Applegate has lost substantial trust in Oncologists/Pathologists, and National Institute of Health, which will require much work by them to restore that lack of trust in them .

8. Justice Chhabria has shown no apparent improvement in his NHL education ,by inter alia , ignoring and delaying plaintiff Applegate's "Process " demands .

9. Of 35 NHL's , plaintiff Applegate knows only about 5 of them, Waldenstrom Macroglobulinemia , Chronic Lymphocytic Leukemia , Multiple Myeloma , NHL of Dewayne Lee Johnson , and one in which Oncologist Furman cured a large neck tumor with a NHL medicine .

10. Plaintiff Applegate , and other attorneys , have stated obvious errors in connection with claims about Glyphosate which need to be corrected because there are so many discrepancies in reported writings by many writers that these discrepancies are too many to be analyzed and corrected , especially with respect to evidence of toxicities of many chemicals , etc. Plaintiff Applegate is seeking error correction . Understanding acute LD50 Glyphosate toxicity ,is technically unstateable . Acute LD50 salt toxicty is unstated in this litigation .Credible Hulk's Toxicity chart is "junk science" . See statements below of five(5), or more ,authority's about credibility of past scientific studies , generally , some of which have been used in MDL-02741-VC .

p.2

11. Dr.Sandra Pinkham passed away recently prior to March 12, 2019 making her an impossible witness to early truth . Production of Pinkham's medical billings and payments, et.al, are being deliberately delayed .

12. It is absolutely impossible to distinguish Glyphosate from at least 3, 4, or 5 other ingredients(Exact number unknown) in Roundup because Monsanto is concealing names and toxicities of those other ingredients, and Justice Chhabria has deliberately not demanded production by Monsanto of those other ingredients , affecting verdicts of two(2) or more Monsanto trials , Johnson and Hardeman , and neither have actual Glyphosate , Polyethoxylated Tallow Amine toxicities, and other Roundup ingredient(s) toxicities , been established by this Court , another important (main)judicial error requiring retrials . " Science of toxicology is based on a principle that there is a relationship between a toxic reaction (Response - same as effect)and amount of poison received (Dose). " Extension Toxicology Network . One possible ingredient , Arsenic(AS) , a metal ,could be one of them and its toxicity is likely very high . Glyphosate's absolute toxicity is impossible to be determined by plaintiff because of vague technical reports including Credible Hulk's Toxicity junk science chart . Plaintiff's , 5000 of them in 2015 , and their attorneys have not established , whatsoever , even after discovery and trial(s), how Glyphosate was distinguished ,and that is a major pretrial discovery error . This negligence of attorneys in failing to look beyond known evidence is a serious problem . Monsanto has not , and should have motioned Justice Chhabria that "Plaintiff's , Now More Than 11200 of Them , Failed to State a Claim on

p.3

Which Relief Can be Granted ", raising an important question " Has honorable Justice Chhabria abused his discretion in not ruling , and should have , sua sponte , that "Monsanto Failed to Motion That Plaintiff's Failed to State a Claim on Which Relief Can be Granted" , which would have required this MDL1407 process to be more efficient . Plaintiff's(11200)claims could have been required to have been amended .

13. " It is simply no longer possible to believe much of clinical research that is published , or to rely on judgment of trusted physicians or authoritative medical guidelines . I(Dr. Marcia Angell)take no pleasure in this conclusion which I reached slowly and reluctantly over my two decades as an editor of New England Journal of Medicine ." Dr. Marcia Angell , Editor -in-Chief (Longtime)of New England Medical Journal , date not stated , before March 12, 2019 .

14. " Studies showing positive outcomes for a drug or device under consideration are not to see light of day ." Harvey Markovitch , date not stated .

15. " Dr. Lucija Tomljenovic , British Columbia Neural Dynamics Research Group in Department of Ophthalmology and Visual Sciences , documents that showed that, 'Vaccine manufacturers , pharmaceutical companies , and health authorities have known about multiple dangers associated with vaccines but chose to withhold them from public . This is scientific fraud , and their complicity suggests that this practice continues to this day .' " F. William Engdahl , date not stated , strategic risk consultant , Princeton University,

p.4

New Eastern Outlook magazine .

16. Richard Charles Horton , Editor of Lancet , is saying that " Medical research is unreliable at best if not completely bogus . " Again Horton states bluntly that " Major pharmaceutical companies falsify tests on health , safety and effectiveness of their various drugs by taking samples too small to be statistically meaningful or hiring test labs or scientists where lab or scientist has blatant conflicts of interest such as pleasing drug company to get further grants ." " A shocking admission by editor of world's most respected medical journal , Lancet , has been virtually ignored by mainstream media . " F. William Engdahl , repeating Horton , date not stated ." Much of scientific literature , perhaps half , may be simply untrue. Affected by studies with small sample sizes, tiny effects, invalid exploratory analysis ,and flagrant conflicts of interest , together with an obsession for pursuing fashionable trends of dubious importance, science has taken a turn towards darkness ." F. William Engdahl , again repeating Horton , date not stated . Horton concluded " Those who have power to act seem to think somebody else should act first . And every positive action (eg,funding well- powered replications) has a counter-argument (Science will become less creative).Good news is that science is beginning to take some of its worst failings very seriously . Bad news is that nobody is ready to take first step to clean up system . " F. William Engdahl , date not stated . Dr. Richard(Born December 29, 1961, London)Charles Horton studied at Bristol Grammar School from 1969 until 1980 and at University of Birmingham from 1980 until 1986 , receiving his

Bachelor of Science(Physiology) in 1983 , and qualifying in medicine in 1986 . Horton joined Lancet in 1990. Horton is part of World Heath Organizations " Independent Expert Review Group(iERG)" . History of Dr. Richard Charles Horton . " Horton wrote his shocking comments after attending a symposium on reproducibility and reliability of biomedical research at Welcome Trust in London . Horton noted confidentiality or 'Chatham House ' rules where attendees are forbidden to name names . 'A lot of what is published is incorrect .' I'm not allowed to say who made this remark because we were asked to observe Chatham House rules. We were also asked not to take photographs or slides ." F. William Engdahl repeating Horton , date not stated .

17. Justice Chhabria's act of ignoring plaintiff Applegate's 2nd demand for process is "a turn towards darkness ". Plaintiff Applegate

18. " Dr. John Ioanidis , from Greece ,told Atlantic Monthly in an article titled ' Lies , Damn Lies, and Medical Science ' that ' 90 % of medical research is tainted if not outright bogus due to influence from industry .' " Since then " This earlier article , this information should be headline news as it affects lives and health of many ." F. William Engdahl, date not stated .

19. " Seralini and his research team weren't completely satisfied with getting their studies republished and defending their work to a mostly uninterested mainstream media . They formed a group called CRIIGEN, Committee for Independent Research and Information on Genetic Engineering , and fought back . Seralini and CRIIGEN , with assistance of public attorneys ,

p.6

called notaires in France ,Bernard Dartevelle and Cindy Gay ,won their suit against Marianne Magazine . Then after a three(3) year investigation ending on November 25 , 2015 , High Court of Paris indicted Mark Fellous , one of those charged in original libel case ." Scientist Attacked for Proving GMO Dangers Wins Defamation Suit in ... , Internet , March 9, 2019 . Incidently , Seralini's 2012 study was attacked at that time for " Taking samples too small to be statistically meaningful " .

20." Corruption of medical industry worldwide is a huge issue , perhaps more dangerous than threat of all wars combined . Do we have such hypnosis and blind faith in our doctors simply because of their white coats that we believe that they are infallible . And , in turn , do they have such blind faith in medical journals recommending a given new wonder medicine or vaccine that they rush to give drugs or vaccines without considering those deeper issues ." F.William Engdahl, date not stated .

21. It can not be assumed , or not ,that Dr. Richard Charles Horton checked that 2015 World Health Organization Glyphosate study as to its accuracy/ credibility whether Glyphosate causes , or not ,Waldenstrom Macroglobulinemia .

22. " On November 12, 2015 European Food Safety Authority(EFSA) reversed IARC 2015 Glyphosate carcinogenicity ruling following a second mandate from European Commission to consideration findings from IARC regarding potential carcinogenicity of Glyphosate or Glyphosate containing

plant protection products in ongoing peer review of active substance ,EFSA concluded that 'Glyphosate is unlikely to pose a carcinogenic hazard to humans and evidence does not support classification with regard to its carcinogenic potential according to Regulation(EC)No. 1272/2008 ' ." EFSA gave one or more basis for their conclusion . On March 14, 2017 , EFSA confirmed . General Court(Eighth Chamber), " annuls EFSA refused access to toxicity and carcinogenicity studies on active substance glyphosate ," but not EFSA overruling of IARC Glyphosate ruling . March 7 , 2019

23. Trials already partially finished are erroneous because other ingredients in Roundup concealed by Monsanto, 58 plaintiff attorneys, and Justice Chhabria , from laymen jurors, substantially affected those verdicts .

24. Each statement is a prayer for efficient MDL1407 process . Less than 500 inquiries of 11200 plaintiff's continuous days exposure and diagnostic IgM's will be sufficient , truth and efficiency will reveal themselves when process ensues . No experts , no jury are necessary , laymen , Justice Chhabria know cause and effect .

Respectfully submitted<br>
Signed *Ralph A. Applegate*<br>
Ralph A. Applegate ,<br>
Plaintiff , Pro Se<br>
1544 Zettler Road<br>
Columbus ,Ohio 43227<br>
rapplegate48@gmail.com<br>
9144101568

>Defendant Chief Counsel
>Joe Hollingsworth
>Hollingsworth LLP
>1350 I. Street NW
>Washington ,DC 20005
>jhollingsworth@hollingsworthllp.com

Certificate of Service

Plaintiff certifies that one copy each of " PLAINTIFF's EDUCATIONAL INFORMATION "is being certified mailed , return receipt requested , to Clerk of U.S. District Court, Northern District of California , Clerk to efile or hand-carry to Justice Chhabria, and regular mailed to Clerk , 9th Circuit Court of Appeals, and to Defendant Chief Counsel , Joe Hollingsworth  on March 25, 2019.

Ralph A. Applegate
1544 Zettler Road
Columbus, Ohio 43227

7017 3380 0000 9670 0795

CERTIFIED MAIL

Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

U.S. POSTAGE PAID
FCM LETTER
COLUMBUS, OH
43209
MAR 25, '19
AMOUNT
$7.00
R2304M110782-2



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Ct
Northern District California
450 Golden Gate Avenue,
San Francisco, CA 94102

9590 9402 3259 7196 3010 37

2. Article Number
7017 3380 0000 9670 0795

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt