**Volume 21**

**Pages 2806 - 2813**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | |
|---|---|
| EDWARD HARDEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **NO. C 16-00525 VC** |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

San Francisco, California
Wednesday, March 27, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  BY:  **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
      **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
  BY:  **JENNIFER MOORE, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:

 3                          WILKINSON   WALSH ESKOVITZ LLP
                            2001 M Street, NW - 10th Floor
 4                          Washington, D.C.   20036
                      BY:   BRIAN L. STEKLOFF, ATTORNEY AT LAW
 5                          RAKESH N. KILARU, ATTORNEY AT LAW
                            TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
 6                          JULIE RUBENSTEIN, ATTORNEY AT LAW
                            CALI COPE-KASTEN, ATTORNEY AT LAW
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

Wednesday, March 27, 2019 - Volume 21

| | PAGE | VOL. |
|---|---|---|
| Verdict | 2809 | 21 |

**VERDICT**

| | |
|---|---|
| 1 | **Wednesday - March 27, 2019**                                      **2:52 p.m.** |
| 2 | **P R O C E E D I N G S** |
| 3 | ---oOo--- |
| 4 | (Proceedings were heard out of presence of the jury:) |
| 5 | **THE COURT:**  Okay. I have been told the jury has |
| 6 | reached a verdict.  You can go ahead and bring them in. |
| 7 | (Proceedings were heard in the presence of the jury:) |
| 8 | **THE COURT:**  Okay.  Welcome back. |
| 9 | It looks like, Ms. Cunningham, you have continued to be |
| 10 | the presiding juror; is that right? |
| 11 | **JUROR CUNNINGHAM:**  Yes. |
| 12 | **THE COURT:**  I understand you have reached a verdict; |
| 13 | is that correct? |
| 14 | **JUROR CUNNINGHAM:**  We have. |
| 15 | **THE COURT:**  Why don't you hand that to Kristen. |
| 16 | (Pause in proceedings) |
| 17 | **VERDICT** |
| 18 | **THE COURT:**  Thank you.  Okay. I'm going to read the |
| 19 | verdict. |
| 20 | Question 1:  Did Mr. Hardeman prove by a preponderance of |
| 21 | the evidence his claim that Roundup's design was defective? |
| 22 | Answer:  Yes. |
| 23 | Question 2:  Did Mr. Hardeman prove by a preponderance of |
| 24 | the evidence his claim that Roundup lacks sufficient warnings |
| 25 | of the risk of NHL? |

```
 1        Answer:  Yes.
 2        Question 3:  Did Mr. Hardeman prove by a preponderance of
 3   the evidence his claim that Monsanto was negligent by not using
 4   reasonable care to warn about Roundup's NHL risk?
 5        Answer:  Yes.
 6        Question 4:  What are Mr. Hardeman's compensatory damages?
 7        Past economic loss, $200,967.10.
 8        Past non-economic loss, $3,066,677.
 9        Future economic loss, $2 million.  Did I read that right?
10            **JUROR CUNNINGHAM:**  (No audible response).
11            **THE COURT:**  Okay.  Question 5:  Did Mr. Hardeman prove
12   by clear and convincing evidence that he is entitled to
13   punitive damages?
14        Answer:  Yes.
15        Question 6:  If you answered "yes" to the previous
16   question, what amount do you award Mr. Hardeman in punitive
17   damages?
18        Answer:  $75 million.
19        Would anybody like the jury polled?
20            **MR. STEKLOFF:**  Yes, Your Honor.
21            **THE COURT:**  Okay.  As we did last time, I will ask
22   each one of you if that accurately reflects your unanimous
23   verdict that you reached.
24        Juror Number 1, Ms. Cunningham, does that accurately
25   reflect the verdict that you reached?
```

1   **JUROR CUNNINGHAM:** Yes, it does.  I would like that
2   second number read off again because I wasn't sure if that was
3   read off correctly.
4       **THE COURT:** Certainly.  The past non-economic loss of
5   3 million --
6       **JUROR CUNNINGHAM:** Yes.
7       **THE COURT:** $3,066,667.
8       **JUROR CUNNINGHAM:** $3 million --
9       **THE COURT:** $3,066,667.  That's correct?
10      **JUROR CUNNINGHAM:** That's correct.  Thank you.
11      **THE COURT:** The remainder of it was correct?
12      **JUROR CUNNINGHAM:** Yes.
13      **THE COURT:** Okay.  Juror Number 2, Ms. Visweswaran, is
14  that an accurate description of the jury's unanimous verdict?
15      **JUROR VISWESWARAN:** Yes.
16      **THE COURT:** Juror Number 3, Ms. Lee, is that an
17  accurate description of your verdict?
18      **JUROR LEE:** Yes.
19      **THE COURT:** Thank you.
20     And Juror Number 4, Mr. Rieder, is that an accurate
21  reflection of your verdict?
22      **JUROR RIEDER:** Yes, it is.
23      **THE COURT:** And, Ms. Alford, Juror Number 5, is that
24  an accurate description of your verdict?
25      **JUROR ALFORD:** Yes.

1       **THE COURT:**  Okay.  And Juror Number 6, Ms. Brown, is
2   that an accurate description of your verdict?
3       **JUROR BROWN:**  Yes.
4       **THE COURT:**  Thank you very much.  I will hand the
5   verdict form down to Kristen.
6       And, ladies and gentlemen of the jury, you have now
7   completed your service.  Thank you very much for all the
8   incredibly hard work you put into this over these past five
9   weeks.  It is obvious that you have been very attentive.  You
10  have taken your job very seriously, and on behalf of all the
11  parties and everybody who is here watching this trial and on
12  behalf of the community and the public, I thank you very much
13  for that.
14      Now, you have been hearing an instruction from me over and
15  over and over again throughout the trial which is you are not
16  allowed to do any research.  You are not allowed to talk to
17  anybody about the trial.  You are not allowed to expose
18  yourself to any media reports.  Those restrictions on you are
19  now lifted.
20      You are free to talk to anybody about the case if you
21  wish.  You are also perfectly free not to talk to anybody about
22  the case if you wish.
23      And if anybody is really sort of after you to talk to you
24  about the case, and you really prefer not to talk about the
25  case; and you are having problems keeping someone off your

back, you contact us right away and I can assure you that we will intervene.

But with that, I would love the opportunity to invite you back to my chambers.  First you will go back to the jury room.  Kristen will spend a little time with you getting your badges and everything.  After that, I would love to invite you back to my chambers and answer any questions you have about the process.  We always have some questions for you about how we can make the process better for jurors.  We would very much appreciate that.

With that, you are free to head back to the jury room.  Thank you.

(Proceedings were heard out of presence of the jury:)

**THE COURT:**  Okay.  Thank you.  I assume that there will be some post-trial motions coming and all of that.  I will also want to have a conference call with all of you -- kind of a case management conference -- about next steps.  I sort of alluded to it earlier when I was speaking with the Plaintiff's lawyer for the next trial.

Kristen will reach out to you in the next week or so -- she will reach out to you to schedule a conference in the next week or so.  But until then, enjoy and I will talk to you soon.  Thank you.

**MS. MOORE:**  Thank you, Your Honor.

(Proceedings adjourned at 2:59 p.m.)

**CERTIFICATE OF REPORTERS**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Wednesday, March 27, 2019

_____

Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
U.S. Court Reporter

_____

Marla F. Knox, RPR, CRR
U.S. Court Reporter