## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3: 16-md-02741-VC |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES To:<br><br>Mary B. Singletary<br><br>v.<br><br>Monsanto Company | Case No. 3: 18-cv-07067-VC |

## ORDER RE STIPULATION OF DISMISSAL

Upon consideration of Plaintiff Mary B. Singletary's and Defendant Monsanto Company's Stipulation of Dismissal with Prejudice, it is on this _____ day of _____ of 2019, hereby:

**ORDERED** that the Stipulation for Dismissal with Prejudice is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

_____
Hon. Vince Chhabria
Judge, U. S. District Court for the
Northern District of California