# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Master Docket Case No. 3: 16-md-02741-VC <br><br> Honorable Vince Chhabria |
| THIS DOCUMENT RELATES To: <br><br> John J. Dailey Jr. <br><br> v. <br><br> Monsanto Company | Case No. 3: 18-cv-07635-VC |

## ORDER RE STIPULATION OF DISMISSAL

Upon consideration of Plaintiff John J. Dailey Jr.'s and Defendant Monsanto Company's Stipulation of Dismissal with Prejudice, it is on this _____ day of _____ of 2019, hereby:

**ORDERED** that the Stipulation for Dismissal with Prejudice is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

_____
Hon. Vince Chhabria
Judge, U. S. District Court for the
Northern District of California