**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Dean v. Monsanto Co.,* 3:18-cv-01356 | |
| *DiBeneditto, et al. v. Monsanto Co.,* 3:18-cv-02911 | |
| *Doty v. Monsanto Co.,* 3:17-cv-04353 | |
| *Fair v. Monsanto Co.,* 3:17-cv-05573 | |
| *Ford v. Monsanto Co.,* 3:17-cv-04427 | |
| *Koons v. Monsanto Co.,* 3:17-cv-06903 | |
| *McNew v. Monsanto Co.,* 3:17-cv-06858 | |
| *Platt v. Monsanto Co.,* 3:17-cv-04428 | |
| *Rochman v. Monsanto Co.,* 3:17-cv-04429 | |
| *Rouse, et al. v. Monsanto Co.,* 3:18-cv-00819 | |

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Aimee H. Wagstaff of the law firm Andrus Wagstaff, PC, hereby enters her appearance as counsel for Plaintiffs in the above-referenced actions.

Dated: April 5, 2019     **ANDRUS WAGSTAFF, PC**

By:     /s/ Aimee H. Wagstaff
Aimee H. Wagstaff (SN 278480)
Aimee.Wagstaff@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360
*Counsel for Plaintiffs*

- 2 -
NOTICE OF APPEARNACE ON BEHALF OF PLAINTIFFS

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of April 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff
*Counsel for Plaintiff*