**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.Wagstaff@andruswagstaff.com
Kathryn Forgie (SBN 110404)
Kathryn.forgie@andruswagstaff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY 40208
Telephone: 502-717-4080

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*HARDEMAN v. MONSANTO COMPANY,*<br>*Case No: 3:16-cv-00525-VC* | **[PROPOSED] JUDGMENT** |

This action having come for trial before this Court and jury and the issues having been tried and the jury having duly rendered its verdict on March 27, 2019,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, Edwin Hardeman, shall recover from the Defendant, Monsanto Company, the following sums for compensatory damages:

| | | |
|---|---|---|
| (a) | Past economic loss for Edwin Hardeman | $200,967.10 |
| (b) | Past noneconomic loss for Edwin Hardeman | $3,066,667.00 |
| (c) | Future noneconomic loss for Edwin Hardeman | $2,000,000.00 |
| **TOTAL COMPENSATORY DAMAGES:** | | **$5,267,634.10** |

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff, Edwin Hardeman, shall recover from the Defendant, Monsanto Company, $75,000,000.00 in punitive damages. Thus, the total judgment in this case pending determination of awardable costs is **$80,267,634.10**.

**IT IS FURTHER ORDERED THAT** Defendant, Monsanto Company, shall pay interest upon this judgment at the rate of ten percent (10%) from the entry of this Judgment pursuant to C.C.P. Section 685.010, and shall pay for recoverable court costs incurred in this action by the Plaintiff as determined by this Court following submission by Plaintiff of his bill of costs.

Execution may issue for all judgment amounts, interest, and costs thirty (30) days after entry of the judgment. There being no just cause for delay, this is a final and appealable Order.

**IT IS SO ORDERED.**

DATE: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT