UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 140:<br>ORDER RE PROPOSED JUDGMENT**<br><br>Dkt. No. 3272 |

Any objection to the form or contents of the proposed judgment should be filed within 7 days of this order.

**IT IS SO ORDERED.**

Date:   April 8, 2019

Honorable Vince Chhabria
United States District Court