**SILL LAW GROUP, PLLC**
Tara Tabatabaie
(ttabatabaie@fulmersill.com)
Mathew J. Sill
(msill@fulmersill.com)
1101 N. Broadway, Suite 102
Oklahoma City, OK 73103
Telephone:   (405) 509-6300
Facsimile:    (405) 509-6268

*Attorneys for Plaintiffs*

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639

*Attorneys for Defendant
Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | **STIPULATION AND PROPOSED ORDER REGARDING EXTENSIONS OF TIME FOR MONSANTO COMPANY'S OPPOSITIONS TO PLAINTIFFS' MOTIONS TO REMAND** |
| *Rivas v. Monsanto Co.*, Case No. 3:19-cv-01024-VC | |
| *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC | |
| *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC | |
| *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC | |
| *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC | |

Plaintiffs in the above-captioned lawsuits and defendant Monsanto Company ("Monsanto") hereby stipulate as follows and request entry of the proposed order set forth below:

### RECITALS

WHEREAS, on March 27, 2019, plaintiffs in the above-captioned lawsuits filed Motions to Remand their claims to California state court. *See* Pls.' Mot. to Remand, ECF No. 16, *Rivas v. Monsanto Co.*, Case No. 3:19-cv-01024-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16, *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16, *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16, *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16, *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC (N.D. Cal.).

WHEREAS Monsanto intends to file Oppositions to the Motions to Remand in the above-captioned cases;

WHEREAS plaintiffs and Monsanto have agreed (subject to the Court's approval) to an extension of seven days from April 10 to April 17, 2019, for Monsanto to file Oppositions to the Motions to Remand in the above-captioned cases, with the deadline for plaintiffs' replies moving to April 24, 2019;

WHEREAS, as set forth in the accompanying Declaration of Martin Calhoun, there have been no prior time modifications in these lawsuits, and the extensions requested here would not affect the schedule for any hearing on Plaintiffs' Motions to Remand or the schedule for these lawsuits generally;

WHEREAS, plaintiffs and Monsanto hereby request that the Court enter the proposed order set forth below.

### STIPULATION

THEREFORE, plaintiffs and Monsanto stipulate to a seven-day extension of time – from April 10 to April 17, 2019 – for Monsanto to file its Oppositions to the Motions to Remand filed in the following cases: *Rivas v. Monsanto Co.*, Case No. 3:19-cv-01024-VC (N.D. Cal.); *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC (N.D. Cal.); *Kast v. Monsanto Co.*, Case No. 3:19-cv-

01031-VC (N.D. Cal.); *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC (N.D. Cal.); and *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC (N.D. Cal.).

DATED:  April 9, 2019                                Respectfully submitted,

/s/  Tara Tabatabaie
SILL LAW GROUP, PLLC
Tara Tabatabaie
(ttabatabaie@fulmersill.com)
Mathew J. Sill
(msill@fulmersill.com)
1101 N. Broadway, Suite 102
Oklahoma City, OK  73103
Telephone:  (405) 509-6300
Facsimile:   (405) 509-6268

*Attorneys for Plaintiffs*

/s/  Martin C. Calhoun
HOLLINGSWORTH LLP
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Rivas v. Monsanto Co.*,<br>Case No. 3:19-cv-01024-VC<br><br>*Gonzalez v. Monsanto Co.*,<br>Case No. 3:19-cv-01020-VC<br><br>*Kast v. Monsanto Co.*,<br>Case No. 3:19-cv-01031-VC<br><br>*Rabbers v. Monsanto Co.*,<br>Case No. 3:19-cv-01023-VC<br><br>*Taylor v. Monsanto Co.*,<br>Case No. 3:19-cv-01030-VC | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**[PROPOSED ORDER] REGARDING EXTENSIONS OF TIME FOR MONSANTO COMPANY'S OPPOSITIONS TO PLAINTIFFS' MOTIONS TO REMAND** |

## **[PROPOSED] ORDER**

Pursuant to the Stipulation set forth above, it is hereby ordered that Monsanto Company's deadline for filing Oppositions to Plaintiffs' Motions to Remand in the above-captioned cases is extended from April 10 to April 17, 2019 and that the new deadline for plaintiffs' replies is April 24, 2019.

DATE: April ___, 2019

_____
VINCE CHHABRIA
United States District Judge

---

1
PROPOSED ORDER RE EXTENSIONS FOR MONSANTO'S REMAND OPPOSITIONS
(3:16-md-02741-VC; 3:19-cv-01024-VC; 3:19-cv-01020-VC; 3:19-cv01031-VC; 3:19-cv-01023-VC; 3:19-cv-01030-VC)