1 | **HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, N.W.
Washington, DC  20005
Telephone:     (202) 898-5800
Facsimile:      (202) 682-1639

*Attorneys for Defendant
Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | **DECLARATION OF MARTIN CALHOUN IN SUPPORT OF STIPULATION AND PROPOSED ORDER REGARDING EXTENSIONS OF TIME FOR MONSANTO COMPANY'S OPPOSITIONS TO PLAINTIFFS' MOTIONS TO REMAND** |
| *Rivas v. Monsanto Co.*, Case No. 3:19-cv-01024-VC | |
| *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC | |
| *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC | |
| *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC | |
| *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC | |

I, Martin Calhoun, declare:

1.     I am a partner at Hollingsworth LLP and am one of the attorneys representing defendant Monsanto Company ("Monsanto") in the above-captioned lawsuits.  I have personal knowledge of the facts set forth below.  I submit this declaration in support of the accompanying Stipulation and Proposed Order Regarding Extensions of Time for Monsanto Company's Oppositions to Plaintiffs' Motions to Remand.

2. On March 27, 2019, plaintiffs in the above-captioned lawsuits filed Motions to Remand their claims to California state court. *See* Pls.' Mot. to Remand, ECF No. 16, *Rivas v. Monsanto Co.*, Case No. 3:19-cv-01024-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16, *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16, *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16, *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16, *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC (N.D. Cal.).

3. Monsanto intends to file Oppositions to Plaintiffs' Motions to Remand in the above-captioned cases.

4. Today, Tara Tabatabaie (counsel for plaintiffs in the above-captioned cases) and I agreed, subject to the Court's approval, to an extension of seven days – from April 10 to April 17, 2019 – for Monsanto to file Oppositions to Plaintiffs' Motions to Remand in the above-captioned cases. That extension would move the deadline for plaintiffs' replies to April 24, 2019.

5. Due to the number of motions at issue here in connection with five separate complaints involving at total of 43 plaintiffs, a brief extension of time is needed to complete Monsanto's Oppositions to Plaintiffs' Motions to Remand.

6. There have been no prior time modifications in these lawsuits, and the extensions requested here would not affect the schedule for any hearing on Plaintiffs' Motions to Remand or the schedule for these lawsuits generally.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2019.

/s/ Martin C. Calhoun
Martin C. Calhoun