UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco ,CA 94102

RALPH A. APPLEGATE,
    Plaintiff ,

Versus

MONSANTO COMPANY,
    Defendant ,

Case No.16-MDL-02741-VC
Case No. 3:18-CV-03363-VC
Case No. 18-72281

## GLYPHOSATE TOXICITY SCHOOLING

1. Cornell University, New York, in September, 1993 found that " One of more commonly used measures of toxicity is LD50 .", and that "A chemical with a small(er)LD50(Like 5mg/kg) is very highly toxic .", and that "A chemical with a large(er)LD50(1000 to 5000mg/kg)is practically non-toxic.", but Cornell University did not state a basis of how these facts were found .

2. Glyphosate acute LD50 toxicity is 5600 mg/kg, but compared with/to Polyethoxylated Tallow Amine which has an acute LD50 of 1200 times 5600, per Seralini and 100 other scientists,or 6,720,000, which information needs verified , because plaintiff has not seen Seralini report, Glyphosate toxicity is not considered large .

3. Plaintiff Applegate before now repeatedly complained that Monsanto and Justice Chhabria had been concealing 3,4,or 5 names of other chemicals

p.1

in Roundup, and had also been concealing their very likely smaller acute LD50 toxicity of less than 5600 .

4. Plaintiff Applegate now complains, in light of this new report, that at least one of those concealed chemicals has a very low, causing toxicity, yet to be discovered .

5. Plaintiff Applegate again now complains that because of that concealment, inter alia, Glyphosate could not, can not, have been 11200 plaintiff's complaints that " Glyphosate causes NHL's", period .

6. Therefore from these statements it is concluded by plaintiff Applegate that Glyphosate is definitely non-toxic, and that glyphosate is not a cause of Waldenstrom Macroglobulinemia , and other NHL's .

7. Instead , plaintiff Applegate again now complains that one of those 3,4,or 5 other concealed chemicals in roundup causes Waldenstrom Macrogobulinemia and other NHL's .

8. Plaintiff Applegate again now complains that Monsanto is and has been concealing relevant evidence because Monsanto knows, knew, or reasonably should have known that concealed evidence reveals that it was not Polyethoxylated Tallow Amine or Glyphosate that causes NHL"s .

9. Plaintiff Applegate states now that plaintiff Applegate probably erred in previously stating to Monsanto that " Monsanto was inferring by replacing Polyethoxylated Tallow Amine by another surfactant that P.O.E.A.15 was that which caused NHL's ", when now that inference does

not appear to be true.

10. Large numbered toxicities like that of Polyethoxylated Tallow Amine, and others are not highly toxic as Cornel University had found in 1993 !

11. Monsanto has been on appeal in Johnson v. Monsanto , and now claims Monsanto will appeal Hardeman v. Monsanto .

12. Plaintiff offers all stated here because Plaintiff Applegate now complains that Johnson and Hardeman trials erroneously were held, and erroneous verdicts without any and true evidence about 3, 4, or 5 other ingredients that were concealed by Monsanto, and by fact that Justice Chhabria did not demand that Monsanto produce concealed facts by discovery, and because of Cornell University facts about Glyphosate toxicity now being revealed . Plaintiff is attempting to contact Cornell University about what Cornell University found , and a basis for that finding that it is small LD50 toxicities , not large numbered ones, that prove that "A chemical with a small LD50(Like 5 mg/kg)is very highly toxic ." No statement was made that an acute LD50 must be as low as 5 .

Respectfully submitted

Signed *Ralph A. Applegate*
Ralph A. Applegate
Plaintiff Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
914-410-1568
rapplegate48@gmail.com

Joe Hollingsworth
Hollingsworth LLP
1350 I Street NW
Washington DC, 2005
202-898-5800
jhollingsworth@hollingsworthLLP.com

CERTIFICATE of SERVICE

Plaintiff serves this "GLYPHOSATE TOXICITY SCHOOLING "

by regular mail to defendant attorney Joe Hollingsworth, to

Clerk, 9th Circuit Court of Appeals, and to Clerk of U.S. District

Court, Northern District of California, by certified mail, return

receipt requested, Clerk to serve by e-file on Judge Chhabria,

on April 1, 2019 .

Ralph A. Applegate
1344 Zettler Road
Columbus, Ohio 43227

Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA, 94102

RETURN RECEIPT REQUESTED

7018 3090 0000 7779 9595

U.S. POSTAGE PAID
FCM LETTER
COLUMBUS, OH
43209
APR 01, 19
AMOUNT
$6.85
R2304M111268-9

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk
United States District Court
Northern District of California
450 Golden State Avenue
San Francisco, CA 94102

9590 9402 3259 7196 3019 76

7018 3090 0000 7779 9595

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt