RECEIVED

APR 08 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco ,CA 94102

RALPH A. APPLEGATE
PLAINTIFF

versus

CASE :18-72281
CASE :16-MDL-02741-VC
CASE : 3:18-CV-03363-VC

MONSANTO COMPANY
DEFENDANT

IMPOSSIBLE THAT GLYPHOSATE IS GUILTY

1. Canadian Centre for Occupational Health and Safety scientists are in agreement with Cornell University scientists that " Smaller the LD50 value the more toxic the chemical is . Opposite is also true: the larger the LD50 value , the lower the toxicity." Canadian Centre for Occupational Health and Safety science , March 29, 2019 .

2. There have been no human tests of LD50 because such tests are considered unethical . Basis for LD50 results has been tests of animals .

3. Hedge and Sterner , who rule slightly (Differently),in Canadian science, that "Dose of 500 to 5000 mg/kg is practically non-toxic.", disagree with Gosselin, Smith and Hodge rule, that "Dose of 5000 to 15000 mg/kg is slightly toxic." Dose being 5000 to 15000 mg/kg, being higher, means Gosselin,Smith and Hodge dose also must be "Practically non-toxic.".

4. Polyethoxelated Tallow Amine at 1200 times 5600 mg/kg toxicity, if true , for glyphosate, is more than "Practically non toxic ". Poly is out of consideration as an absolute NHL cause . Glyphosate is also out of consideration as an absolute NHL cause, meaning that one or more of those concealed other chemicals in Roundup are an absolute cause of NHL's, guilty , in addition to plaintiff Applegate's cause and effect , period !

5. Monsanto concealment of those other Roundup ingredients from trials is absolutely positive proof of plaintiff Applegate's claim of " Fraudulent Concealment. "

6. Plaintiff Applegate continues agreeable to settlement pursuant to Franklin County Ohio Common Pleas Court Settlement Rule(Number needs verified, stated in original complaint ).

7. Johnson and Hardeman , and Pilliod trials need to be set aside .

8. Plaintiff Applegate's waiver of punitive damages does not need to be reversed if settlement agreement is reasonable .

9. Plaintiff Applegate has truly stated, in fact, by obvious cause and effect, which can not be denied, that plaintiff Applegate had been exposed to 7 days consecutively to Roundup, even though maybe just 2 hours per day, and that this exposure effected plaintiff Applegate's Immunoglobulin M (IgM)to such a serious extent that plaintiff Applegate's IgM astronomically increased to 8980mg/dL, and later increased to 11201mg/dL, even though treated in Ohio commonly by Rituximab for about 7 months or more,

unsuccessfully.

10. Plaintiff Applegate does not know, or not, if two(2)juries erroneously relied on "Shaky" Glyphosate evidence because ,and may have, even though plaintiff Applegate had requested Dewayne Lee Johnson verdict, Clerk of Court of Johnson Trial Court , plaintiff Applegate has her name, under Rule of Law, has unlawfully prevented plaintiff Applegate possessing that verdict, unlawfully claiming to plaintiff Applegate that plaintiff Applegate must be approved by 57 law firms now representing 11200 plaintiff's to acquire copies of those verdicts. If two(2) juries had relied on shaky Glyphosate evidence, and that is a possibility, those verdicts not only could be, but should be, since erroneous, null and voided, because defendant's and plaintiff Applegate's process had been violated.

11. Justice delayed is justice denied . Plaintiff Applegate, by Federal Rule7, and Federal Rule 11, is required to, and does plead truthfully .

12. Again , it is stated that " Trials, including those already partially finished are erroneous, because other ingredients in Roundup, concealed by Monsanto, 58 plaintiff law firms, and likely others, from laymen jurors, substantially affected those verdicts ."

Respectfully submitted

Signed
Ralph A. Applegate ,
Plaintiff , Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

Defendant Chief Counsel
Joe Hollingsworth
Hollingsworth LLP
1350 I. Street NW
Washington ,DC 20005
jhollingsworth@hollingsworthllp.com

Certificate of Service

Plaintiff certifies that one copy each of " IMPOSSIBLE THAT GLYPHOSATE IS GUILTY "is being certified mailed , return receipt requested, to Clerk of U.S. District Court, Northern District of California, Clerk to efile or hand-carry to Justice Chhabria, and regular mailed to Clerk, 9th Circuit Court of Appeals, and to Defendant Chief Counsel , Joe Hollingsworth on April 5, 2019.

Ralph A. Applegate
1544 Zettler Road
Columbus, Ohio 43227

COLUMBUS
OH
PM 4

UNITED STATES POSTAL SERVICE®

1000

94102

U.S. POSTAGE PAID
FCM LETTER
COLUMBUS, OH
43209
APR 05, 19
AMOUNT

$6.85
R2304M110782-2

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7018 3090 0000 7780 0581

Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District
Northern District of California
450 Golden Gate AV.
San Francisco, CA 94102

9590 9402 3259 7196 3009 62

2. Article Number *(Transfer from service label)*

7018 3090 0000 7780 0581

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
;00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt