UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC <br><br> MDL No. 2741 <br><br> [~~PROPOSED~~ ORDER] REGARDING EXTENSIONS OF TIME FOR MONSANTO COMPANY'S OPPOSITIONS TO PLAINTIFFS' MOTIONS TO REMAND |
| This document relates to: <br><br> *Rivas v. Monsanto Co.*, Case No. 3:19-cv-01024-VC <br><br> *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC <br><br> *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC <br><br> *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC <br><br> *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC | |

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation set forth above, it is hereby ordered that Monsanto Company's deadline for filing Oppositions to Plaintiffs' Motions to Remand in the above-captioned cases is extended from April 10 to April 17, 2019 and that the new deadline for plaintiffs' replies is April 24, 2019.

DATE: April 10, 2019

_____
VINCE CHHABRIA
United States District Judge