# EXHIBIT A

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This document relates to:<br><br>EDWIN HARDEMAN, an Individual,<br><br>                Plaintiff,<br>v.<br><br>MONSANTO COMPANY<br><br>                Defendant.<br><br>**Case No. 3:16-cv-000525-VC** | **MDL No. 2741**<br><br>**Case No. 16-md-02741-VC**<br><br>**[PROPOSED] ORDER RE: RESPONSES TO PRETRIAL ORDER NO. 91** |

    The Court, having reviewed Aimee H. Wagstaff's Declaration in Response to Pretrial Order No. 91, filed April 10, 2019, and for good cause shown, hereby **GRANTS** the request and **ORDERS** that the attorneys identified in Ms. Wagstaff's Declaration may serve their written response *ex parte* and in camera via e-mail to the Court's chambers.

Date: _____, 2019     _____
                                              HON. VINCE CHHABRIA
                                              UNITED STATES DISTRICT COURT