**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*William Boyd Tomlinson v. Monsanto Co.*,<br>Case No. 3:19-cv-01357-VC | |

### **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  April 10, 2019                Respectfully submitted,

                                      /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth (*pro hac vice*)
                                      (jhollingsworth@hollingsworthllp.com)
                                      Eric G. Lasker (*pro hac vice*)
                                      (elasker@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP
                                      1350 I Street, N.W.
                                      Washington, DC  20005
                                      Telephone:  (202) 898-5800
                                      Facsimile:   (202) 682-1639

                                      *Attorneys for Defendant*
                                      *MONSANTO COMPANY*