UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS<br><br>*Stevick v. Monsanto Co.*, 3:16-cv-02341-VC | **PRETRIAL ORDER NO. 141: ORDER VACATING TRIAL AND SETTING UPCOMING HEARING** |

The May 20, 2019, trial date for *Stevick v. Monsanto Co.*, 3:16-cv-02341, is vacated. The Court has determined that, at this stage in the proceedings, the resources of the parties and the Court are better spent on organizing the remaining cases in the MDL. This includes determining which cases must be dismissed, determining which cases must be remanded to state court, and preparing the remaining cases for transfer back to their home districts for federal court trials.

A hearing is set for May 22, 2019, at 10:00 a.m. to address the following pending motions:

- Dkt. No. 3233 in the MDL (motion to dismiss);
- Dkt. No. 3084 in the MDL (motion to dismiss);
- Dkt. Nos. 3200, 3202, 3204, 3206, and 3208 in the MDL (motions to remand);
- Dkt. No. 13 in member case *Ataide v. Monsanto Co.*, 3:19-cv-01289 (motion to remand); and
- Dkt. No. 30 in member case *Smith v. Monsanto Co.*, 3:17-cv-02142 (motion to remand).

The parties are reminded that all documents should be filed on both the MDL-wide docket and the docket for the relevant member case.

The hearing will also serve as a case management conference to discuss next steps for management of the MDL proceeding and to discuss a new date for the *Stevick* trial. A case management statement is due seven days prior to the hearing, and should include a proposal about the

steps to be taken before transferring the remaining federal cases back to their home districts.

Finally, the parties are ordered to confidential mediation. The parties should propose a mediator in their case management statement; if they cannot agree, the Court will appoint someone.

**IT IS SO ORDERED.**

Date:   April 11, 2019

Honorable Vince Chhabria
United States District Court