# Exhibit 2

# DECLARATION OF GEORGE ARKOOSH

I, George Arkoosh, declare as follows:

1. I am over the age of eighteen. If I were called to testify, I could and would competently testify to the statements set forth below.

2. This declaration is based on my personal knowledge and my knowledge of company documents. I submit this declaration in support of Monsanto Company's notice of removal for the following Roundup/glyphosate lawsuit: *Mimia Conyers, et al. v. Monsanto Company, et al.*

3. I am employed as Facility Operation Manager for Wilbur-Ellis Feed, LLC ("Wilbur-Ellis Feed"). Although Wilbur-Ellis Feed, LLC recently changed its name to Wilbur-Ellis Nutrition, LLC, I will refer to that company as Wilbur-Ellis Feed in this declaration.

4. I have worked for Wilbur-Ellis Feed since January 2016.

5. Wilbur-Ellis Feed is (and has been since before 2018) a limited liability company whose sole member is (and has been since before 2018) Wilbur-Ellis Holdings II, Inc.

6. Wilbur-Ellis Holding II, Inc. is (and has been since before 2018) a corporation organized under the laws of the State of Delaware with its principal place of business in the State of California.

7. Wilbur-Ellis Feed did not come into existence as a company until September 2015. Wilbur-Ellis Feed is (and has been) in the business of ensuring that animals receive customized, high-quality, dependable nutrients. Wilbur-Ellis Feed has never designed, manufactured, distributed, or sold Monsanto Company's Roundup®-branded herbicides or any other herbicides.

8. To the extent that consent may be required, Wilbur-Ellis Feed hereby consents to removal by Monsanto Company of the following lawsuit to the United States District Court for the Northern District of California: *Mimia Conyers, et al. v. Monsanto Company, et al.*

DECLARATION OF GEORGE ARKOOSH

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on April 10, 2019 at Vancouver, Washington

_____
George Arkoosh