# Exhibit 4

E-Served: Mar 12 2019 12:04PM PDT Via Case Anywhere

21105548

COURTESY COPY



FILED
ALAMEDA COUNTY

MAR 14 2019

CLERK OF THE SUPERIOR COURT
By _____ Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>ROUNDUP PRODUCTS CASES | JCCP NO. 4953<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH<br>DEPT. 21 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS AND<br><br>*Ajluni, et al. v. Monsanto Company, et al.*, Case No.: CGC-18-571642 (S.F. County)<br><br>*Rivette, et al. v. Monsanto Company, et al.*, Case No.: CGC-18-571002 (S.F. County)<br><br>*Conyers, et al. v. Monsanto Company, et al.*, Case No.: CGC-19-572706 (S.F. County) | [PROPOSED] ORDER: ADDITION OF *AJLUNI*, *RIVETTE*, AND *CONYERS* CASES TO JCCP AND STAY OF CASES<br><br>Stipulation Regarding [Proposed] Order filed concurrently herewith<br><br>BY FAX |

///

///

///

1   For good cause shown, the Court hereby orders as follows:

2   The cases listed below shall be designated as complex and added to JCCP 4953, and the

3   cases shall be stayed in their home jurisdiction pursuant to Rules 3.529(b) and 3.544(d) of the

4   California Rules of Court.

| Case Name | Case No. | Court | Filing Date |
|---|---|---|---|
| *Ajluni, et al. v. Monsanto Company, et al.* | CGC-18-571642 | San Francisco | 11/29/2018 |
| *Rivette, et al. v. Monsanto Company, et al.* | CGC-18-571002 | San Francisco | 12/11/2018 |
| *Conyers, et al. v. Monsanto Company, et al.* | CGC-19-572706 | San Francisco | 01/10/2019 |

IT IS SO ORDERED.

Date: March 14, 2019

HONORABLE WINIFRED Y. SMITH

[PROPOSED] ORDER: ADDITION OF *AJLUNI, RIVETTE,* AND *CONYERS* CASES TO JCCP