# Exhibit 5

**DECLARATION OF SCOTT HUSHBECK**

I, Scott Hushbeck, declare as follows:

1. I am over the age of eighteen. If I were called to testify, I could and would competently testify to the statements set forth below.

2. This declaration is based on my personal knowledge and my knowledge of company documents. I submit this declaration in support of Monsanto Company's notice of removal for the following Roundup/glyphosate lawsuit: *Mimia Conyers, et al. v. Monsanto Company, et al.*

3. I am employed as Vice President, Western Geography for Wilbur-Ellis Company LLC ("Wilbur-Ellis Company"). I have worked for Wilbur-Ellis Company or related Wilbur-Ellis entities since 1999. I have worked with Monsanto Company ("Monsanto") for many years, and have extensive knowledge of Wilbur-Ellis Company's business, including the Monsanto herbicide products that are (and have been) sold by Wilbur-Ellis Company.

4. Wilbur-Ellis Company is (and has been since before 2018) a limited liability company whose sole member is (and was) Wilbur-Ellis Holdings II, Inc.

5. Wilbur-Ellis Holding II, Inc. is (and has been since before 2018) a corporation organized under the laws of the State of Delaware with its principal place of business in the State of California.

6. Wilbur-Ellis Company is (and has been) in the business of, among other things, distributing and selling certain pesticides and herbicides, including certain glyphosate-based herbicide products. Glyphosate-based herbicide products (including Monsanto's glyphosate-based herbicides) are designed for and sold to three different markets: (a) the agricultural market; (b) the residential-lawn-and-garden market; and (c) what Wilbur-Ellis Company calls the professional market, which involves herbicide products that are designed for and sold to, for example, landscaping companies, golf courses, schools, or state and local government agencies (to maintain roads, parks, and/or rights-of-way). That third market is what Monsanto calls the industrial, turf, and ornamental ("IT&O") market.

7. Wilbur-Ellis Company is (and has been) in the business of distributing and selling Monsanto's glyphosate-based herbicide products for the agricultural market and the professional market. Wilbur-Ellis Company is not (and has never been) in the business of selling Monsanto's glyphosate-based herbicides that are designed for the residential-lawn-and-garden market. For example, Wilbur-Ellis Company has never played any role in the chain of distribution leading to Monsanto's glyphosate-based, lawn-and-garden herbicides being sold at national retail stores like Home Depot, Lowe's, Target, Walmart, Costco, or Ace Hardware.

8. Wilbur-Ellis Company is not (and has never been) the sole or exclusive distributor of Monsanto's glyphosate-based herbicides in the State of California.

9. Wilbur-Ellis Company has never designed or manufactured Monsanto's glyphosate-based herbicides.

10. To the extent that consent may be required, Wilbur-Ellis Company hereby consents to removal by Monsanto of the following lawsuit to the United States District Court for the Northern District of California: *Mimia Conyers, et al. v. Monsanto Company, et al.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2019 at Sacramento, California

_____
Scott Hushbeck

2
DECLARATION OF SCOTT HUSHBECK