# Exhibit 6

**DECLARATION OF STEVEN GOULD**

I, Steven Gould, declare as follows:

1.      I am over the age of eighteen.  If I were called to testify, I could and would competently testify to the statements set forth below.

2.      This declaration is based on my personal knowledge and my knowledge of company documents.

3.      I worked as an employee of Monsanto Company ("Monsanto") from 1996 to 2017. My title at Monsanto when I left the company was Regional Account Manager for IT&O ("Industrial, Turf and Ornamental") Products.  I worked extensively and regularly with Wilbur-Ellis Company, LLC ("Wilbur-Ellis Company") over many years (2003-2017) while I was employed at Monsanto.

4.      I am currently employed by a joint venture, in which Monsanto is a member.  I have worked for that joint venture since I left Monsanto in 2017.  My current title is National Account Manager.  I have continued to work extensively with Wilbur-Ellis Company throughout my employment at the joint venture up to the present.

5.      Through my work at Monsanto and the joint venture, I have acquired substantial knowledge about glyphosate-based herbicides, including the various glyphosate-based herbicide products manufactured and sold by Monsanto and the different markets for which those products have been created and designed.  There are three different markets for which Monsanto has created and designed various different glyphosate-based herbicides:

• the agricultural market

• the residential-lawn-and-garden market; and

• the industrial, turf, and ornamental ("IT&O") market.

The IT&O market includes Monsanto herbicides that have been designed for and are sold to professionals at, for example, landscaping businesses, schools, golf courses, or state and local government agencies to eliminate weeds in or near roads, parks, or right-of-ways.

6.      Wilbur-Ellis Company distributes and sells (and has distributed and sold) only certain categories of Monsanto glyphosate-based herbicide products:  (a) herbicides designed for

the agricultural market; and (b) herbicides designed for the IT&O market. Wilbur-Ellis Company does not sell (and has never sold) Monsanto glyphosate-based herbicides in the residential-lawn-and-garden market. Those Monsanto glyphosate-based herbicides are available to home-owners throughout the country at major retail stores like Ace Hardware, Lowe's, Home Depot, Walmart, Target, or Costco. However, the Monsanto glyphosate-based herbicides that are available for purchase at those stores are not (and have never been) distributed or sold to those stores by Wilbur-Ellis Company.

7.     Wilbur-Ellis Company is not (and has never been) the sole or exclusive distributor of Monsanto's glyphosate-based herbicides in California. There are (and have been) other distributors of Monsanto's glyphosate-based herbicides in California. Wilbur-Ellis Company has never been the largest distributor of those herbicides in California.

8.     Wilbur-Ellis Company has never designed or manufactured Monsanto's glyphosate-based herbicides.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2019 at Murrietta, California

Steven Gould

DECLARATION OF STEVEN GOULD