**ARNOLD & PORTER KAYE SCHOLER LLP**
S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100; Fax: 415-471-3400

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice anticipated*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice anticipated*)
(mcalhoun@hollingsworthllp.com)
1350 I St., N.W.
Washington, DC 20005
Tel: 202-898-5800; Fax: 202-682-1639

*Attorneys for Defendant MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mimia W. Conyers; Jimmie Fulcher; Kathy K. Lee; Richard Logemann; Richard A. Pena; Jesus Rodriguez Morillo; Chandra Ruano; Lisa M. Vale-Lang; Eugene Weslow; and Sidney Whitehouse,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Monsanto Company, Wilbur-Ellis Company LLC, and Wilbur-Ellis Feed, LLC,<br><br>　　　　Defendants. | Case No. 3:19-cv-02001<br><br>**MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

---

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  April 15, 2019 | Respectfully submitted, |
| 3 | | |
| 4 | | /s/ S. Zachary Fayne<br>S. Zachary Fayne (CA Bar No. 307288) |
| 5 | | (zachary.fayne@arnoldporter.com)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor |
| 6 | | San Francisco, CA 94111-4024<br>Tel: 415-471-3100 |
| 7 | | Fax: 415-471-3400 |
| 8 | | |
| 9 | | Eric G. Lasker (*pro hac vice anticipated*)<br>(elasker@hollingsworthllp.com) |
| 10 | | Martin C. Calhoun (*pro hac vice anticipated*)<br>(mcalhoun@hollingsworthllp.com) |
| 11 | | HOLLINGSWORTH LLP<br>1350 I St., N.W. |
| 12 | | Washington, DC 20005<br>Tel: 202-898-5800 |
| 13 | | Fax: 202-682-1639 |
| 14 | | Attorneys for Defendant MONSANTO<br>COMPANY |

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS