**ARNOLD & PORTER KAYE SCHOLER LLP**
S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100; Fax: 415-471-3400

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice anticipated*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice anticipated*)
(mcalhoun@hollingsworthllp.com)
1350 I St., N.W.
Washington, DC 20005
Tel: 202-898-5800; Fax: 202-682-1639

*Attorneys for Defendant MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mimia W. Conyers; Jimmie Fulcher; Kathy K. Lee; Richard Logemann; Richard A. Pena; Jesus Rodriguez Morillo; Chandra Ruano; Lisa M. Vale-Lang; Eugene Weslow; and Sidney Whitehouse,<br><br>Plaintiffs,<br><br>v.<br><br>Monsanto Company, Wilbur-Ellis Company LLC, and Wilbur-Ellis Feed, LLC,<br><br>Defendants. | Case No. 3:19-cv-02001<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 15, 2019, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record: Notice of Removal with Exhibits; Civil Cover Sheet; Certification of Interested Entities or Persons; and Corporate Disclosure Statement.

The following counsel were served via FedEx, priority overnight:

    Devin Bolton
    Weitz & Luxenberg, P.C.
    1880 Century Park East, Suite 700
    Los Angeles, CA 90067
    Tel:  (212) 558-5500

Robin Greenwald
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Tel:  (212) 558-5500

DATED: April 15, 2019                    Respectfully submitted,


/s/ S. Zachary Fayne
S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400


Eric G. Lasker (*pro hac vice anticipated*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice anticipated*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St., N.W.
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639

Attorneys for Defendant MONSANTO COMPANY