UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102



RALPH A. APPLEGATE
PLAINTIFF

versus

CASE :18-72281
CASE :16-MDL-02741-VC
CASE :3:18-CV-03363-VC

MONSANTO COMPANY
DEFENDANT

ARSENIC

Gilles Eric Seralini reported in "Arsenic and Heavy Metals Found in World's Most Popular Weed Killer", published at https://www.sciencedirect.com/science/article/pii/S221475001730149x, Seralini's one-sheet summary of Seralini study was to have been published in May, 2017.

Plaintiff Applegate has not seen this one page summary.

Monsanto has replaced Polyethoxylated Tallow Amine.

Plaintiff Applegate recalls mentioning Arsenic as a possible carcinogen in Roundup in his pleadings after or in 2018. Plaintiff Applegate has insufficient glyphosate evidence to agree or disagree that glyphosate should be banned or not.

Plaintiff has no evidence that Seralini has knowledge of Canadian and Cornell University scientists findings that " It is low numbered (Not high numbered) acute LD50 toxicity's which cause cancers." Plaintiff Applegate

does not acknowledge, or not that Seralini mentioned Arsenic's LD50 toxicity, so Plaintiff Applegate e-mailed Seralini to obtain that information to determine if it is a "low numbered " LD50 toxicity for obvious reason .

Plaintiff has suggested by e-mail to BayerAG that BayerAG use plaintiff Applegate's proof with respect to astronomical blood IgM in Roundup warning .

Respectfully submitted
Signed *Ralph A. Applegate*
Ralph A. Applegate ,
Plaintiff , Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

Defendant Chief Counsel
Joe Hollingsworth
Hollingsworth LLP
1350 I. Street NW
Washington ,DC 20005
jhollingsworth@hollingsworthllp.com

Certificate of Service

Plaintiff certifies that one copy each of "ARSENIC "is being certified mailed, return receipt requested, to Clerk of U.S. District Court, Northern District of California, Clerk to efile or hand-carry to Justice Chhabria, and regular mailed to Clerk, 9th Circuit Court of Appeals, and to Defendant Chief Counsel , Joe Hollingsworth on April 10, 2019.

Ralph A. Colgate
1544 Zettler Road
Columbus, Ohio 43227

7018 3090 0000 7779 9960

9410 2 3706 0000

Clerk
U.S. District Court
North. Dist. of California
450 Golden Gate Avenue
San Francisco, CA 94102

43209
APR 10 '19
AMOUNT
$7.00
R2304M111268-2

USPS Domestic Return Receipt (PS Form 3811, July 2015)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

1. Article Addressed to:

Clerk
U.S. District Court
north Dist of California
450 Golden Gate Ave
San Francisco, CA 94102

9590 9402 3259 7196 3018 39

2. Article Number (Transfer from service label)
7018 3090 0000 7779 9960

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

U.S. POSTAGE PAID
FCM LETTER