**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:   202-898-5843
Fax:   202-682-1639

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:   202-942-5000
Fax:   202-942-5999

S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel:   415-471-3100
Fax:   415-471-3400

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | **DEFENDANT MONSANTO COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |
| *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC | |
| | Date:  May 22, 2019 |
| | Time: 10:00 a.m. |
| | Courtroom:  4 |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendant Monsanto Company ("Monsanto") requests that the Court take judicial notice of the following exhibits attached hereto in support of Monsanto's Opposition to Plaintiffs' Motion to Remand:

**Exhibit 1**: A true and correct copy of the January 25, 2019 Order issued by the Superior Court for Alameda County, California in JCCP No. 4953 ("JCCP Severance Order"). *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Jan. 25, 2019).

**Exhibit 2**: A true and correct copy of the July 14, 2017 Order issued by the Superior Court for Alameda County, California in the *Billings* case. *Billings v. Monsanto Co.,* No. RG17852375 (Cal. Super. Ct. Alameda Cty. July 14, 2017).

**Exhibit 3**: A true and correct copy of the July 26, 2017 Order issued by the Superior Court for Alameda County, California in the *Woodbury* case. *Woodbury v. Monsanto Co.*, No. RG17855094 (Cal. Super. Ct. Alameda Cty. July 26, 2017).

**Exhibit 4**: A true and correct copy of the January 22, 2019 Tentative Ruling issued by the Superior Court for Alameda County, California in JCCP No. 4953. *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Jan. 22, 2019).

Rule 201(b)(2) requires a federal court to take judicial notice "if a party requests it and the court is supplied with the necessary information." Thus, district court judges repeatedly have taken judicial notice of various types of state court orders because "[p]ublic records, including judgments and other court documents, are proper subjects of judicial notice." *Loumena v. Kennedy*, No. 15-CV-00951-LHK, 2015 WL 5963988, at *6 (N.D. Cal. Oct. 13, 2015), *aff'd*, 671 F. App'x 446 (9th Cir. 2016); *see, e.g.*, *Rasooly v. California*, No. 14-cv-04521-JSC, 2015 WL 1222167, at *2 n.4 (N.D. Cal. Mar. 17, 2015) (taking judicial notice of state court orders), *aff'd*, 691 F. App'x 432 (9th Cir. 2017). Moreover, it is appropriate for a federal court to take judicial notice, for a limited purpose, of the existence of a state court's tentative ruling. *See Lee v. Bender*, No. C 04-2637 SBA, 2005 WL 1388968, at *8-9 (N.D. Cal. May 11, 2005).

Here, Monsanto requests that this Court take judicial notice of the JCCP Severance Order (Exhibit 1) issued by Judge Smith for the purpose of determining that Judge Smith ordered

1  severance of each plaintiff's claims in this multi-plaintiff lawsuit from each other plaintiff's claims
2  by requiring the filing of single-plaintiff complaints.  Monsanto asks this Court to take judicial
3  notice of the misjoinder/severance rulings issued in the *Billings* case (Exhibit 2) and the *Woodbury*
4  case (Exhibit 3) because Judge Smith cited those rulings with approval in the JCCP Severance
5  Order.  Finally, the Court should take judicial notice of Judge Smith's January 22, 2019 Tentative
6  Ruling (Exhibit 4) for the limited purpose of: (a) comparing Paragraph 2 of that tentative ruling to
7  the corresponding Paragraph 2 of the final ruling issued by Judge Smith on January 25, 2019 – the
8  JCCP Severance Order; and (b) determining that, after plaintiffs' counsel's argument at the January
9  25, 2019 hearing (transcript excerpts attached as Exhibit 1 to the accompanying Declaration of
10 Martin Calhoun), Judge Smith issued her final ruling in the JCCP Severance Order with a revised
11 Paragraph 2 that gave plaintiffs substantial additional time to effectuate the JCCP Severance Order
12 by filing individual complaints.

13      For the foregoing reasons, Monsanto requests that the Court take judicial notice of the four
14 attached exhibits.

| | |
|---|---|
| DATED: April 17, 2019 | Respectfully submitted, |

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Tel:   202-898-5843
Fax:   202-682-1639

William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:   202-942-5000
Fax:   202-942-5999

S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel:   415-471-3100
Fax:   415-471-3400

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

Attorneys for Defendant
MONSANTO COMPANY