# EXHIBIT A

1   Address of surety for service under § 995.320
    Liberty Mutual Surety
2   Home Office: 2200 Renaissance Blvd.,
    Suite 400, King of Prussia, PA 19406-2755
3   Local Office: 255 California Street, 950
    San Francisco, CA 94111
4
    Address of principal for service under § 995.320
5   Monsanto Company c/o Attorneys listed below.
6   Sandra A. Edwards (State Bar No. 154578)
7   Joshua W. Malone (State Bar No. 301836)
    Farella Braun + Martel LLP
8   235 Montgomery Street, 17th Floor
    San Francisco, CA 94104
9   Telephone: (415) 954-4400
    Fax: (415) 954-4480
10  sedwards@fbm.com
    jmalone@fbm.com
11
    *Attorneys for Defendant*
12  MONSANTO COMPANY
13
14
15
16

Bond # 285059413

ENDORSED
FILED
San Francisco County Superior Court

DEC 03 2018

CLERK OF THE COURT
VANESSA WU
Deputy Clerk

K. Lee Marshall (State Bar No. 277092)
Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4070
Telephone: 415-675-3400
Fax: 415-675-3434
klmarshall@bclplaw.com

George C. Lombardi (appearance *pro hac vice*)
James M. Hilmert (appearance *pro hac vice*)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5969
Fax: (312) 558-5700
glombard@winston.com
jhilmert@winston.com

*Attorneys for Defendant*
MONSANTO COMPANY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

17  ## COUNTY OF SAN FRANCISCO

18

19  DEWAYNE JOHNSON,                Case No. CGC-16-550128

20          Plaintiff,              **UNDERTAKING ON APPEAL**

21      vs.                         [Code Civ. Proc., § 917.1]

22  MONSANTO COMPANY,               Hon. Judge Suzanne R. Bolanos
                                    Department:        504
23          Defendant.             Trial Date:        June 18, 2018

24

25

26              **UNDERTAKING ON APPEAL**

27      WHEREAS, Defendant Monsanto Company desires to give an undertaking for appeal

28  pursuant to Section 917.1 of the Code of Civil Procedure.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

1685327.1

UNDERTAKING ON APPEAL - Case No. CGC-16-550128

NOW, THEREFORE, the undersigned surety, a corporation authorized to transact a surety insurance business in the State of California, hereby obligates itself to Plaintiff Dewayne Johnson under the aforesaid statutory obligations in the amount of One Hundred Nineteen Million Fifteen Thousand Four Hundred Ninety Eight and 81/100 Dollars ($119,015,498.81).

IN TESTIMONY WHEREOF, the said surety has caused its corporate name and seal to be hereunto affixed by it duly authorized officer at San Francisco, California on this <u>29th</u> day of <u>November</u>, 2018.

This undertaking is executed under penalty of perjury under California law on this <u>29th</u> day of <u>November</u>, 2018 at San Francisco, California by the undersigned, who declares that he/she is a duly authorized Attorney-in-Fact for said surety acting under the attached unrevoked power of attorney.

Signed and dated at San Francisco, California on this 29th day of November, 2018.

Amount of Premium <u>$255,883.00</u>

Liberty Mutual Insurance Company

By_____

James Ross, Attorney-in-Fact

State of California

County of _____ )

On _____ before me, _____ personally appeared who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. Witness my hand and official seal.

_____

1685327.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California            )
County of *San Francisco*      )

On *11/29/2018*  before me, *Grace Marie Varela-Martinie, Notary Public*
    Date                    Here Insert Name and Title of the Officer

personally appeared *James Ross*
                            Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> GRACE MARIE VARELA-MARTINIE
> Notary Public - California
> San Francisco County
> Commission # 2193678
> My Comm. Expires Apr 24, 2021

Signature *Grace Marie Varela Martinie*
               Signature of Notary Public

*Place Notary Seal Above*

——————————— **OPTIONAL** ———————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____      Signer's Name: _____
☐ Corporate Officer — Title(s): _____      ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General      ☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact      ☐ Individual     ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator      ☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____      ☐ Other: _____
Signer Is Representing: _____      Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 8186612

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company          West American Insurance Company

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Victoria Dolan; Janet E. Fitzgerald; Danielle Lacombe; Ian McCormick; Lisa M. Merlin; Peggy Miles; Atsushi Miyamoto; Michael T. Oliver, Jr.; Stacy Ross; James Ross; Peter Scheinman; Melinda Thomas;  Grace Varela-Martinie; Raymond Wu

all of the city of San Francisco , state of CA      each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this  23rd  day of  August      2018 .

  

The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA
                                    ss
COUNTY OF MONTGOMERY

On this  23rd  day of  August        , 2018 , before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.  Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company.  When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this  29th day of  November , 20 18 .

  

By: _Renee C. Llewellyn_
Renee C. Llewellyn, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*

LMS_12873_022017

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 and not a party to the within action. My business address is: Three Embarcadero Center, 7th Floor, San Francisco, CA 94111, and my email address is: janette.palaganas@bclplaw.com

On December 3, 2018, I served on the interested parties in said action the within:

**UNDERTAKING ON APPEAL**

on each interested party in this action, as follows:

### *SEE ATTACHED SERVICE LIST*

☒ **(BY MAIL)** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(BY E-MAIL)** - I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 3, 2018, at San Francisco, California.

Janette Palaganas

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

*San Francisco Superior Court, Case No. CGC-16-550128*
**<u>Dewayne Johnson v. Monsanto Company</u> - Service list**

**<u>VIA EMAIL AND U.S. MAIL</u>** - *Counsel for Plaintiff Dewayne Johnson*

Curtis G. Hoke
David Dickens
Michael J. Miller
Jeffrey Travers
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
choke@millerfirmllc.com
DDickens@millerfirmllc.com
MMiller@millerfirmllc.com
JTravers@millerfirmllc.com

Mark E. Burton
Audet & Partners LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 9410294102
Telephone: (415) 568-2555
mburton@audetlaw.com

Robert B. Wisiner
Pedram Esfandiary
Baum Hedlund, Aristei & Goldman P.C.
12100 Wilshire Blvd, Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
rbwisner@baumhedlundlaw.com
pesfandiary@baumhedlundlaw.com

**<u>VIA EMAIL ONLY</u>** - *Counsel for Defendant* MONSANTO COMPANY

Sandra A. Edwards
Joshua W. Malone
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Fax: (415) 954-4480
sedwards@fbm.com
jmalone@fbm.com

George C. Lombardi
James M. Hilmert
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5969
Fax: (312) 558-5700
glombard@winston.com
jhilmert@winston.com

Joe G. Hollingsworth
Eric G. Lasker
Kirby T. Griffis
William J. Cople
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Fax: (202) 682-1639
jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com
kgriffis@hollingsworthllp.com
wcople@hollingsworthllp.com

2
PROOF OF SERVICE – CASE NO. CGC-16-550128