1

**SILL LAW GROUP, PLLC**
Tara Tabatabaie

2

ttabatabaie@fulmersill.com
Mathew J. Sill

3

msill@fulmersill.com
1101 N. Broadway, Suite 102

4

Oklahoma City, OK 73103
Telephone:(405) 509-6300

5

Facsimile: (405) 509-6268

6

*Attorneys for Plaintiffs*

7

**HOLLINGSWORTH LLP**

8

Eric G. Lasker (*pro hac vice*)
elasker@hollingsworthllp.com

9

Martin C. Calhoun (*pro hac vice*)
mcalhoun@hollingsworthllp.com

10

1350 I Street, N.W.
Washington, DC  20005

11

Telephone: (202) 898-5800
Facsimile: (202) 682-1639

12

*Attorneys for Defendant Monsanto Company*

13

### UNITED STATES DISTRICT COURT

14

### NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| This document relates to: | MDL No. 2741 |
| *Rivas v. Monsanto Co.*, Case No. 3:19-cv-01024-VC | **STIPULATION AND PROPOSED ORDER REGARDING EXTENSIONS OF TIME FOR PLAINTIFFS' REPLY TO MONSANTO COMPANY'S OPPOSITION TO MOTIONS TO REMAND** |
| *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC | |
| *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC | |
| *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC | |
| *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC | |

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1    Plaintiffs in the above-captioned lawsuits and defendant Monsanto Company ("Monsanto")

2    hereby stipulate as follows and request entry of the proposed order set forth below:

3    **<u>RECITALS</u>**

4    WHEREAS, on March 27, 2019, plaintiffs in the above-captioned lawsuits filed Motions to

5    Remand their claims to California state court. *See* Pls.' Mot. to Remand, ECF No. 16, *Rivas v.*

6    *Monsanto Co.*, Case No. 3:19-cv-01024-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16,

7    *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No.

8    16, *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No.

9    16, *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC (N.D. Cal.); Pls.' Mot. To Remand, ECF

10   No. 16, *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC (N.D. Cal.).

11   WHEREAS, on April 17, 2019, Monsanto filed Oppositions/Responses to Plaintiffs Motions

12   to Remand. *See* Monsanto's Opposition/Response, ECF No. 20, *Rivas v. Monsanto Co.*, Case No.

13   3:19-cv-01024-VC (N.D. Cal.); Monsanto's Opposition/Response, ECF No. 20, *Gonzalez v.*

14   *Monsanto Co.*, Case No. 3:19-cv-01020-VC (N.D. Cal.); Monsanto's Opposition/Response, ECF

15   No. 20, *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC (N.D. Cal.); Monsanto's

16   Opposition/Response, ECF No. 20, *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC (N.D.

17   Cal.); Monsanto's Opposition/Response, ECF No. 20, *Taylor v. Monsanto Co.*, Case No. 3:19-cv-

18   01030-VC (N.D. Cal.).

19   WHEREAS plaintiffs and Monsanto have agreed (subject to the Court's approval) to an

20   extension of seven days from April 24 to May 1, 2019, for Plaintiffs to file Replies to Monsanto's

21   Oppositions to the Motions to Remand in the above-captioned cases;

22   WHEREAS, as set forth in the accompanying Declaration of Tara Tabatabaie, although

23   there has been one prior time modification in these lawsuits, extending the time for Monsanto to

24   file their Oppositions/Response, the extensions requested here should not affect the schedule for

25   any hearing on Plaintiffs' Motions to Remand or the schedule for these lawsuits generally;

26   WHEREAS, plaintiffs and Monsanto hereby request that the Court enter the proposed order

27   set forth below.

28

2

## STIPULATION

THEREFORE, Plaintiffs and Monsanto stipulate to a seven-day extension of time – from April 24 to May 1, 2019 – for Plaintiffs to file their Replies to Monsanto's Oppositions to the Motions to Remand filed in the following cases: *Rivas v. Monsanto Co.*, Case No. 3:19-cv-01024-VC (N.D. Cal.); *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC (N.D. Cal.); *Kast v. Monsanto Co.*, Case No. 3:19-cv- 28 01031-VC (N.D. Cal.); *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC (N.D. Cal.); and *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC (N.D. Cal.).

DATED: April 19, 2019                    Respectfully submitted,


/s/  Tara Tabatabaie
SILL LAW GROUP, PLLC
Tara Tabatabaie
(ttabatabaie@fulmersill.com)
Mathew J. Sill
(msill@fulmersill.com)
1101 N. Broadway, Suite 102
Oklahoma City, OK 73103
Telephone: (405) 509-6300
Facsimile:   (405) 509-6268

*Attorneys for Plaintiffs*


/s/  Martin C. Calhoun
HOLLINGSWORTH LLP
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant Monsanto Company*

STIPULATION & PROPOSED ORDER RE EXTENSIONS FOR PLAINTIFFS' REMAND REPLIES
(3:16-md-2741-VC; 3:19-cv-01024-VC; 3:19-cv-01020-VC; 3:19-cv-01031-VC; 3:19-cv-01023-VC; 3:19-cv-01030-VC)

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

IN RE:  ROUNDUP PRODUCTS LIABILITY
LITIGATION

This document relates to:

Case No. 3:16-md-02741-VC
MDL No. 2741

5

6

*Rivas v. Monsanto Co.*,
Case No. 3:19-cv-01024-VC

**[PROPOSED] ORDER REGARDING
EXTENSIONS OF TIME FOR
PLAINTIFFS' REPLY TO MONSANTO
COMPANY'S OPPOSITION TO
MOTIONS TO REMAND**

7

*Gonzalez v. Monsanto Co.*,
Case No. 3:19-cv-01020-VC

8

*Kast v. Monsanto Co.*,
Case No. 3:19-cv-01031-VC

9

10

*Rabbers v. Monsanto Co.*,
Case No. 3:19-cv-01023-VC

11

12

*Taylor v. Monsanto Co.*,
Case No. 3:19-cv-01030-VC

13

14

**[PROPOSED] ORDER**

15

16

17

Pursuant to the Stipulation set forth above, it is hereby ordered that Plaintiffs' deadline for

filing Replies to Monsanto's Oppositions/Responses to Plaintiffs' Motions to Remand in the above-

captioned cases is extended from April 24 to May 1, 2019.

18

19

DATE:  April __, 2019

20

_____
VINCE CHHABRIA
United States District Judge

21

22

23

24

25

26

27

28

1