1    **SILL LAW GROUP, PLLC**
     Tara Tabatabaie
2    ttabatabaie@fulmersill.com
     Mathew J. Sill
3    msill@fulmersill.com
     1101 N. Broadway, Suite 102
4    Oklahoma City, OK 73103
     Telephone:(405) 509-6300
5    Facsimile: (405) 509-6268

6    *Attorneys for Plaintiffs*

7
     **HOLLINGSWORTH LLP**
8    Eric G. Lasker (*pro hac vice*)
     elasker@hollingsworthllp.com
9    Martin C. Calhoun (*pro hac vice*)
     mcalhoun@hollingsworthllp.com
10   1350 I Street, N.W.
     Washington, DC  20005
11   Telephone: (202) 898-5800
     Facsimile: (202) 682-1639
12
     *Attorneys for Defendant Monsanto Company*
13
                    **UNITED STATES DISTRICT COURT**
14
                  **NORTHERN DISTRICT OF CALIFORNIA**
15
     | IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
16   | --- | --- |
     | This document relates to: | MDL No. 2741 |
17
     | *Rivas v. Monsanto Co.*, | **STIPULATION AND PROPOSED** |
18   | Case No. 3:19-cv-01024-VC | **ORDER REGARDING EXTENSIONS** |
     | | **OF TIME FOR PLAINTIFFS' REPLY** |
19   | *Gonzalez v. Monsanto Co.*, | **TO MONSANTO COMPANY'S** |
     | Case No. 3:19-cv-01020-VC | **OPPOSITION TO MOTIONS TO** |
20   | | **REMAND** |
     | *Kast v. Monsanto Co.*, | |
21   | Case No. 3:19-cv-01031-VC | |
     | | |
22   | *Rabbers v. Monsanto Co.*, | |
     | Case No. 3:19-cv-01023-VC | |
23   | | |
     | *Taylor v. Monsanto Co.*, | |
24   | Case No. 3:19-cv-01030-VC | |

25

26

27

28
                                    1
     STIPULATION & PROPOSED ORDER RE EXTENSIONS FOR PLAINTIFFS' REMAND REPLIES
     (3:16-md02741-VC; 3:19-cv01024-VC; 3:19-cv01020-VC; 3:19-cv01031-VC; 3:19-cv01023-VC; 3:19-cv-01030-VC)

1     Plaintiffs in the above-captioned lawsuits and defendant Monsanto Company ("Monsanto")

2 hereby stipulate as follows and request entry of the proposed order set forth below:

3                                          **<u>RECITALS</u>**

4     WHEREAS, on March 27, 2019, plaintiffs in the above-captioned lawsuits filed Motions to

5 Remand their claims to California state court. *See* Pls.' Mot. to Remand, ECF No. 16, *Rivas v.*

6 *Monsanto Co.*, Case No. 3:19-cv-01024-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16,

7 *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No.

8 16, *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No.

9 16, *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC (N.D. Cal.); Pls.' Mot. To Remand, ECF

10 No. 16, *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC (N.D. Cal.).

11     WHEREAS, on April 17, 2019, Monsanto filed Oppositions/Responses to Plaintiffs Motions

12 to Remand. *See* Monsanto's Opposition/Response, ECF No. 20, *Rivas v. Monsanto Co.*, Case No.

13 3:19-cv-01024-VC (N.D. Cal.); Monsanto's Opposition/Response, ECF No. 20, *Gonzalez v.*

14 *Monsanto Co.*, Case No. 3:19-cv-01020-VC (N.D. Cal.); Monsanto's Opposition/Response, ECF

15 No. 20, *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC (N.D. Cal.); Monsanto's

16 Opposition/Response, ECF No. 20, *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC (N.D.

17 Cal.); Monsanto's Opposition/Response, ECF No. 20, *Taylor v. Monsanto Co.*, Case No. 3:19-cv-

18 01030-VC (N.D. Cal.).

19     WHEREAS plaintiffs and Monsanto have agreed (subject to the Court's approval) to an

20 extension of seven days from April 24 to May 1, 2019, for Plaintiffs to file Replies to Monsanto's

21 Oppositions to the Motions to Remand in the above-captioned cases;

22     WHEREAS, as set forth in the accompanying Declaration of Tara Tabatabaie, although

23 there has been one prior time modification in these lawsuits, extending the time for Monsanto to

24 file their Oppositions/Response, the extensions requested here should not affect the schedule for

25 any hearing on Plaintiffs' Motions to Remand or the schedule for these lawsuits generally;

26     WHEREAS, plaintiffs and Monsanto hereby request that the Court enter the proposed order

27 set forth below.

28

## **STIPULATION**

THEREFORE, Plaintiffs and Monsanto stipulate to a seven-day extension of time – from April 24 to May 1, 2019 – for Plaintiffs to file their Replies to Monsanto's Oppositions to the Motions to Remand filed in the following cases: *Rivas v. Monsanto Co*., Case No. 3:19-cv-01024-VC (N.D. Cal.); *Gonzalez v. Monsanto Co*., Case No. 3:19-cv-01020-VC (N.D. Cal.); *Kast v. Monsanto Co.*, Case No. 3:19-cv- 28 01031-VC (N.D. Cal.); *Rabbers v. Monsanto Co*., Case No. 3:19-cv-01023-VC (N.D. Cal.); and *Taylor v. Monsanto Co*., Case No. 3:19-cv-01030-VC (N.D. Cal.).

DATED: April 19, 2019                                    Respectfully submitted,


/s/  Tara Tabatabaie
SILL LAW GROUP, PLLC
Tara Tabatabaie
(ttabatabaie@fulmersill.com)
Mathew J. Sill
(msill@fulmersill.com)
1101 N. Broadway, Suite 102
Oklahoma City, OK 73103
Telephone: (405) 509-6300
Facsimile:   (405) 509-6268

*Attorneys for Plaintiffs*


/s/  Martin C. Calhoun
HOLLINGSWORTH LLP
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
| This document relates to: | |
| *Rivas v. Monsanto Co.*,<br>Case No. 3:19-cv-01024-VC | **[PROPOSED] ORDER REGARDING EXTENSIONS OF TIME FOR PLAINTIFFS' REPLY TO MONSANTO COMPANY'S OPPOSITION TO MOTIONS TO REMAND** |
| *Gonzalez v. Monsanto Co.*,<br>Case No. 3:19-cv-01020-VC | |
| *Kast v. Monsanto Co.*,<br>Case No. 3:19-cv-01031-VC | |
| *Rabbers v. Monsanto Co.*,<br>Case No. 3:19-cv-01023-VC | |
| *Taylor v. Monsanto Co.*,<br>Case No. 3:19-cv-01030-VC | |

**[PROPOSED] ORDER**

Pursuant to the Stipulation set forth above, it is hereby ordered that Plaintiffs' deadline for filing Replies to Monsanto's Oppositions/Responses to Plaintiffs' Motions to Remand in the above-captioned cases is extended from April 24 to May 1, 2019.

DATE:  April __, 2019

_____
VINCE CHHABRIA
United States District Judge

1