**SILL LAW GROUP, PLLC**
Tara Tabatabaie
ttabatabaie@fulmersill.com
Mathew J. Sill
msill@fulmersill.com
1101 N. Broadway, Suite 102
Oklahoma City, OK 73103
Telephone:(405) 509-6300
Facsimile: (405) 509-6268

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br><br>*Rivas v. Monsanto Co.*,<br>Case No. 3:19-cv-01024-VC<br><br>*Gonzalez v. Monsanto Co.*,<br>Case No. 3:19-cv-01020-VC<br><br>*Kast v. Monsanto Co.*,<br>Case No. 3:19-cv-01031-VC<br><br>*Rabbers v. Monsanto Co.*,<br>Case No. 3:19-cv-01023-VC<br><br>*Taylor v. Monsanto Co.*,<br>Case No. 3:19-cv-01030-VC | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**DECLARATION OF TARA TABATABAIE IN SUPPORT OF STIPULATION AND PROPOSED ORDER REGARDING EXTENSIONS OF TIME FOR PLAINTIFFS' REPLIES TO MONSANTO COMPANY'S OPPOSITION TO MOTIONS TO REMAND** |

I, Tara Tabatabaie, declare:

1. I am a partner at Sill Law Group, PLLC and am one of the attorneys representing Plaintiffs in the above-captioned lawsuits. I have personal knowledge of the facts set forth below. I submit this declaration in support of the accompanying Stipulation and Proposed Order Regarding Extension of Time for Plaintiffs' Replies to Monsanto's Company's Oppositions to Motions to Remand.

2. On March 27, 2019, plaintiffs in the above-captioned lawsuits filed Motions to Remand their claims to California state court. *See* Pls.' Mot. to Remand, ECF No. 16, *Rivas v.*

1

1  *Monsanto Co.*, Case No. 3:19-cv-01024-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No. 16,

2  *Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-01020-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No.

3  16, *Kast v. Monsanto Co.*, Case No. 3:19-cv-01031-VC (N.D. Cal.); Pls.' Mot. to Remand, ECF No.

4  16, *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC (N.D. Cal.); Pls.' Mot. To Remand, ECF

5  No. 16, *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC (N.D. Cal.).

6        3.      On April 17, 2019, Monsanto filed Oppositions/Responses to Plaintiffs Motions to

7  Remand. *See* Monsanto's Opposition/Response, ECF No. 20, *Rivas v. Monsanto Co.*, Case No. 3:19-

8  cv-01024-VC (N.D. Cal.); Monsanto's Opposition/Response, ECF No. 20, *Gonzalez v. Monsanto*

9  *Co.*, Case No. 3:19-cv-01020-VC (N.D. Cal.); Monsanto's Opposition/Response, ECF No. 20, *Kast*

10  *v. Monsanto Co.*, Case No. 3:19-cv-01031-VC (N.D. Cal.); Monsanto's Opposition/Response, ECF

11  No. 20, *Rabbers v. Monsanto Co.*, Case No. 3:19-cv-01023-VC (N.D. Cal.); Monsanto's

12  Opposition/Response, ECF No. 20, *Taylor v. Monsanto Co.*, Case No. 3:19-cv-01030-VC (N.D.

13  Cal.).

14        4.      Plaintiffs intend to file Replies to Monsanto's Oppositions/Responses in the above-

15  captioned cases.

16        5.      Today, Martin Calhoun (counsel for Monsanto) and I have agreed, subject to the

17  Court's approval, to an extension of seven days from April 24 to May 1, 2019, for Plaintiffs to

18  file Replies to Monsanto's Oppositions to the Motions to Remand in the above-captioned cases.

19        6.      Because our lead/managing paralegal has been called to jury duty next week, a

20  short extension is requested in order to complete the filing of the Plaintiffs' Replies to

21  Monsanto's Oppositions/Responses.

22        7.      Although there has been one prior time modification in these lawsuits, extending

23  the time for Monsanto to file their Oppositions/Response, the extensions requested here should

24  not affect the schedule for any hearing on Plaintiffs' Motions to Remand or the schedule for

25  these lawsuits generally.

26        I declare under penalty of perjury that the foregoing is true and correct.

27                              /s/ Tara Tabatabaie
                              Tara Tabatabaie

28