RECEIVED

APR 19 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

RALPH A. APPLEGATE
    PLAINTIFF

versus

CASE :18-72281
CASE :16-MDL-02741-VC
CASE :3:18-CV-03363-VC

MONSANTO COMPANY
    DEFENDANT

## ARSENIC AGAIN

1. Only this Court, Justice Chhabria, can/should/and will rectify this problem of concealment !

2. Seralini is failing to adequately communicate if Seralini has evidence to prove that Seralini has all of those chemicals and heavy metals and their toxicity's which were in Roundup ?

3. Vague statements like these are on internet by junk journalists :

    A. These chemicals and heavy metals are in Roundup, but plaintiff located those acute LD50 toxicity's for those four(4)Arsenics, but could not locate which Arsenic causes skin lesions like those seen on Dewayne Lee Johnson? Seralini will not respond to plaintiff Applegate about that subject :

    1. Heavy metals in Roundup;
        a. Four(4) Arsenics, 14,13,8,4 LD50's
        b. Chromium, LD50?

p.1

       c. Lead, LD50?
       d. Nickel, LD50?

  2. P.O.E.A.15 no longer in Roundup, LD50 ?, another surfactant replaced it, LD50 ?

  3. Glyphosate in Roundup , LD50,5660 mg/kg

  4. Plaintiff Applegate requests Justice Chhabria , sua sponte, order discovery of all ingredients in Roundup and their LD50 toxicity's from defendant Monsanto, and which Arsenic causes "skin lesions" as Justice Chhabria has previously denied any "process" for plaintiff Applegate .This request applies to all other plaintiff's now than 11200 !

          Respectfully submitted

          Signed *Ralph A. Applegate*
          Ralph A. Applegate ,
          Plaintiff , Pro Se
          1544 Zettler Road
          Columbus, Ohio 43227
          rapplegate48@gmail.com
          914-410-1568

          Defendant Chief Counsel
          Joe Hollingsworth
          Hollingsworth LLP
          1350 I. Street NW
          Washington ,DC 20005
          jhollingsworth@hollingsworthllp.com

      Certificate of Service

  Plaintiff certifies that one copy each of "ARSENIC AGAIN "is being certified mailed, return receipt requested, to Clerk of U.S. District Court,

Northern District of California, Clerk to efile or hand-carry to Justice Chhabria, and regular mailed to Clerk, 9th Circuit Court of Appeals, and to Defendant Chief Counsel, Joe Hollingsworth on , or before April 15, 2019.

Ralph C. Applegate
1514 Zettler Road
Columbus, Ohio 43227

7018 3090 0000 7780 0192

RETURN RECEIPT REQUESTED

Clerk
United States District Court
Northern District of CA
450 Golden Gate Ave.
San Francisco CA 94102

U.S. POSTAGE PAID
FCM LETTER
COLUMBUS, OH
43209
APR 12, 19
AMOUNT
$6.85
R2304M111268-9

94102

1000

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk
   United States District Court
   Northeen District of CA
   450 Golden State Ave
   San Francisco, CAL 94102

   9590 9402 3259 7196 3017 92

2. Article Number (Transfer from service label)

   7018 3090 0000 7780 0192

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt