# Exhibit 2

Devin Bolton (SBN 290037)
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (212) 558-5500; Fax: (212) 344-5461
dbolton@weitzlux.com

*Attorneys for Plaintiffs GARY P. ARCHAMBAULT, et al..*

Richard A. Clark (SBN 39558)
Steven R. Platt (SBN 245510)
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN, P.C.
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440
Telephone: (213) 683-6500; Facsimile: (213) 683-6669
rclark@pmcos.com; splatt@pmcos.com

Joe G. Hollingsworth (appearance *pro hac vice*)
Eric G. Lasker (appearance *pro hac vice*)
Martin C. Calhoun (appearance *pro hac vice*)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone: (202) 898-5800; Facsimile (202) 682-1639
jhollingsworth@hollingsworthllp.com; elasker@hollingsworthllp.com;
mcalhoun@hollingsworthllp.com

*Attorneys for JCCP Defendants*

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>ROUNDUP PRODUCTS CASES | JCCP NO. 4953<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH<br>DEPT. 21 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS AND<br><br>*Archambault, et al. v. Monsanto Company, et al.,* Case No. CGC-19-573058 (San Francisco County) | **STIPULATION REGARDING [PROPOSED] ORDER:  ADDITION OF *ARCHAMBAULT* CASE TO JCCP AND STAY OF CASE**<br><br>[Proposed] Order Filed concurrently herewith<br><br>BY FAX |

WHEREAS, on January 4, 2018, the Alameda County Superior Court issued an order that granted a petition for coordination of numerous California state court Roundup® product liability lawsuits, and the coordinated proceedings are now pending in Department 21 of this Court (Judge Smith) as *Roundup Products Cases*, JCCP 4953;

WHEREAS, the following case is a Roundup® product liability case that is not included in JCCP 4953:

| Case name | Case No. | Court | Filing Date |
|---|---|---|---|
| *Archambault, et al. v. Monsanto Company, et al.* | CGC-19-573058 | San Francisco | 01/23/19 |

WHEREAS, the parties agree that the *Archambault* case should be designated as complex and added to JCCP 4953;

WHEREAS, the parties further agree that the *Archambault* case shall be stayed in its home jurisdiction pursuant to Rules 3.529(b) and 3.544(d) of the California Rules of Court and Paragraph 7 of the Court's January 25, 2019 Order;

WHEREAS, Defendants reiterate their prior position that coordination is appropriate only for pre-trial purposes, and Defendants expressly reserve all of their rights to object to, or otherwise challenge, coordination for anything other than pre-trial purposes, and to assert other objections and defenses to JCCP 4953 or any case therein;

///

///

///

1

STIPULATION REGARDING [PROPOSED] ORDER: ADDITION OF *ARCHAMBAULT* CASE TO JCCP

The parties hereby stipulate that the *Archambault* case shall be designated as complex and added to JCCP 4953, and the case shall be stayed in its home jurisdiction, and the parties submit concurrently herewith for entry by this Court [Proposed] Order: Addition of *Archambault* Case to JCCP and Stay of Case.

IT IS SO STIPULATED.

Dated:  March __, 2019                WEITZ & LUXENBERG, P.C.

/s/ Devin Bolton *
Devin Bolton (SBN 290037)

*Attorneys for Plaintiffs GARY P. ARCHAMBAULT, et al.*

Dated:  March __, 2019                HOLLINGSWORTH LLP

/s/ Martin C. Calhoun *
Joe G. Hollingsworth (appearance *pro hac vice*)
Eric G. Lasker (appearance *pro hac vice*)
Martin C. Calhoun (appearance *pro hac vice*)

PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN, P.C.
Richard A. Clark (SBN 039558)
Steven R. Platt (SBN 245510)

*Attorneys for JCCP Defendants*

* *Martin C. Calhoun and Devin Bolton have agreed to permit their e-signatures to be affixed to this document.*

# PROOF OF ELECTRONIC SERVICE

*Roundup Products Cases*, Case No. JCCP 4953
Alameda County Superior Court

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071.

On March 1, 2019, I served a true and correct copy of the document described as **STIPULATION REGARDING [PROPOSED] ORDER: ADDITION OF ARCHAMBAULT CASE TO JCCP AND STAY OF CASE** on the interested parties by electronic transfer to Case Anywhere via the Internet, pursuant to the Court's Case Management Order No. 2 Authorizing Electronic Service dated March 23, 2018.

In addition, on March 1, 2019, I served a true and correct copy of the document described as **STIPULATION REGARDING [PROPOSED] ORDER: ADDITION OF ARCHAMBAULT CASE TO JCCP AND STAY OF CASE** as follows:

Devin Bolton
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, CA 90067

[X] (BY MAIL) By placing a true copy in envelope(s) addressed as referenced above. The envelope(s) were then sealed and deposited for collection and mailing in accordance with my employer's normal procedures. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service, with all postage prepaid, at Los Angeles, California, on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on March 1, 2019 at Los Angeles, California.

_____
Marianne Hendrix

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ALAMEDA**

| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>ROUNDUP PRODUCTS CASES<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS AND<br><br>*Archambault, et al. v. Monsanto Company, et al.*, Case No. CGC-19-573058 (San Francisco County) | JCCP NO. 4953<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH<br>DEPT. 21<br><br>**[PROPOSED] ORDER: ADDITION OF *ARCHAMBAULT* CASE TO JCCP AND STAY OF CASE**<br><br>Stipulation Regarding [Proposed] Order filed concurrently herewith<br><br>BY FAX |
|---|---|

///

///

///

[PROPOSED] ORDER RE: ADDITION OF *ARCHAMBAULT* CASE TO JCCP

For good cause shown, the Court hereby orders as follows:

The case listed below shall be designated as complex and added to JCCP 4953, and the case shall be stayed in its home jurisdiction pursuant to Rules 3.529(b) and 3.544(d) of the California Rules of Court.

| Case name | Case No. | Court | Filing Date |
|---|---|---|---|
| *Archambault, et al. v. Monsanto Company, et al.* | CGC-19-573058 | San Francisco | 01/23/19 |

IT IS SO ORDERED.

Date: _____, 2019

_____
HONORABLE WINIFRED Y. SMITH

**PROOF OF SERVICE**

*Roundup Products Cases*, Case No. JCCP 4953
Alameda County Superior Court

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071.

On March 1, 2019, I served a true and correct copy of the document described as **[PROPOSED] ORDER: ADDITION OF ARCHAMBAULT CASE TO JCCP AND STAY OF CASE** on the interested parties by electronic transfer to Case Anywhere via the Internet, pursuant to the Court's Case Management Order No. 2 Authorizing Electronic Service dated March 23, 2018.

In addition, on March 1, 2019, I served a true and correct copy of the document described as **[PROPOSED] ORDER: ADDITION OF ARCHAMBAULT CASE TO JCCP AND STAY OF CASE** as follows:

Devin Bolton
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, CA 90067

☒ (BY MAIL) By placing a true copy in envelope(s) addressed as referenced above. The envelope(s) were then sealed and deposited for collection and mailing in accordance with my employer's normal procedures. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service, with all postage prepaid, at Los Angeles, California, on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on March 1, 2019 at Los Angeles, California.

*Marianne Hendrix*
_____
Marianne Hendrix