Robin L. Greenwald, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com

Devin Bolton, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5552
Fax: (212) 344-5461
dbolton@weitzlux.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC |
| This document relates to:<br><br>*Jeffrey D. Baum, et al., v. Monsanto Co., et al.*, Case No. 3:19-cv-01018-VC | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO REMAND**<br><br>**Date:   May 30, 2019**<br>**Time:   10:00 am**<br>**Courtroom:   4** |

1

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO REMAND                                        3:19-cv-01018-VC

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 30, 2019 at 10:00 am, or as soon thereafter as the matter may be heard in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs will move this Court for an order transferring this action to the Superior Court of the State of California, County of Alameda, pursuant to 28 U.S.C. §1447(c).

Plaintiffs' motion is based on this notice and motion, the accompanying memorandum of points and authorities, the Declaration of Robin L. Greenwald, Esq., and exhibits thereto, and any additional argument or evidence the court may consider.

Dated: April 23, 2019

**WEITZ & LUXENBERG PC**

By: */s/ Robin L. Greenwald*
Robin L. Greenwald, Esq.
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com

Devin Bolton, Esq.
700 Broadway
New York, NY 10003
Tel: (212) 558-5552
Fax: (212) 344-5461
dbolton@weitzlux.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Robin Greenwald, hereby certify that, on April 23, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Robin L. Greenwald

3

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO REMAND

3:19-cv-01018-VC