# Exhibit 2

FILED
ALAMEDA COUNTY

NOV 1 3 2018

CLERK OF THE SUPERIOR COURT
By _____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550) | JCCP NO. 4953 |
|---|---|
| **ROUNDUP PRODUCTS CASES** | [PROPOSED] CASE MANAGEMENT ORDER NO. 15: ADDITION OF *BAUM, BENDER, BERTOLDO, BROADHURST, CARTER, CANO-AHN,* AND *WRIGHT* CASES TO JCCP AND TRANSFER TO ALAMEDA COUNTY |
| THIS DOCUMENT RELATES TO: ALL ACTIONS AND *Bender, et al v. Monsanto Co., et al* Case No. CGC-18-570316 (San Francisco County) *Bertoldo, et al v. Monsanto Co., et al* Case No. CGC-18-570315 (San Francisco County) *Cano-Ahn, et al v. Monsanto Co., et al* Case No. CGC-18-570331 (San Francisco County) *Broadhurst, et al v. Monsanto Co., et al* Case No. CGC-18-570445 (San Francisco County) *Carter, et al v. Monsanto Co., et al* Case No. CGC-18-570054 (San Francisco County) *Baum, et al v. Monsanto Co., et al* Case No. CGC-18-570508 (San Francisco County) *Wright v. Monsanto Company, et al.* | |

CMO NO. 15: ADDITION OF CASES TO JCCP AND TRANSFER TO ALAMEDA COUNTY

CGC-18-570110 (San Francisco County)

For good cause shown, the Court hereby orders as follows:

The cases listed below shall be designated as complex, coordinated to JCCP 4953, and transferred to Department 17 of this Court:

| Case Name | Case No. | Venue (County) |
|---|---|---|
| *Bender, et al v. Monsanto Co., et al v. Monsanto Company, et al.* | CGC-18-570316 | San Francisco |
| *Bertoldo, et al v. Monsanto Co., et al v. Monsanto Company, et al.* | CGC-18-570315 | San Francisco |
| *Cano-Ahn, et al v. Monsanto Co., et al v. Monsanto Company, et al.* | CGC-18-570331 | San Francisco |
| *Broadhurst, et al v. Monsanto Co., et al v. Monsanto Company, et al.* | CGC-18-570445 | San Francisco |
| *Carter, et al v. Monsanto Co., et al v. Monsanto Company, et al.* | CGC-18-570054 | San Francisco |
| *Baum, et al v. Monsanto Co., et al v. Monsanto Company, et al.* | CGC-18-570508 | San Francisco |
| *Wright v. Monsanto Company, et al.* | CGC-18-570110 | San Francisco |

IT IS SO ORDERED.

Date: 11/13, 2018

_____
HONORABLE IOANA PETROU

- 1 -
CMO NO. 15: ADDITION OF CASES TO JCCP AND TRANSFER TO ALAMEDA COUNTY

## CLERK'S DECLARATION OF SERVICE

Coordination Proceeding Special Title (Rule 3.550)
Roundup Products Cases
Alameda County Superior Court
Case No. JCCP 4953

I certify that I am not a party to this cause and that on the date stated below I caused a true copy of the foregoing **CASE MANAGEMENT ORDER NO. 15 ADDITION OF BAUM, BENDER, BERTOLDO, BROADHURST, CARTER, CANO-AHN, ANDWRIGHT CASES TO JCCP AND TRANSFER TO ALAMEDA COUNTY** to be served electronically, addressed as follows:

(X)   E-MAIL OR ELECTRONIC TRANSMISSION: In accordance with the Court's Order (CMO No. 2) governing Case No. JCCP 4953 authorizing all documents to be served electronically upon interested parties via Case Anywhere and its litigation system...

I declare under penalty of perjury that the same is true and correct.

Executed on November 13, 2018

Chad Finke
Executive Officer/Clerk of the Superior Court

By: _____
*Pam Williams*, Deputy Clerk
Department 17