Robin L. Greenwald, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax:  (212) 344-5461
rgreenwald@weitzlux.com

Devin Bolton, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5552
Fax:  (212) 344-5461
dbolton@weitzlux.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Conyers, et al., v. Monsanto Co., et al.*, Case No. 3:19-cv-02001-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**DECLARATION OF ROBIN L. GREENWALD, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c)** |

I, Robin L. Greenwald, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois and admitted to practice and in good standing in the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Second Circuit, Fifth Circuit, and Ninth Circuit. Pursuant to this Court's Pretrial Order No. 1, entered on October 6, 2016, "[a]ttorneys admitted to

1

1. practice and in good standing in any United States District Court are admitted pro hac vice in this MDL." I am an attorney at Weitz & Luxenberg, Co-Lead Counsel for Plaintiffs in this MDL, and counsel of record for Plaintiffs in the above-referenced action.   I make this declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently to these matters.

2. This action includes individuals who suffer from Non-Hodgkin Lymphoma as the result of exposure to Monsanto's product Roundup®.

3. On January 10, 2019, Plaintiffs filed their case in the Superior Court of the State of California for the County of San Francisco; Plaintiffs' case was subsequently added to the Judicial Counsel Coordinated Proceeding (JCCP No. 4953, *In Re Roundup Products Cases*), in the Superior Court of the State of California for the County of Alameda, on March 22, 2019.

4. On April 15, 2019, Monsanto Company ("Monsanto") removed Plaintiffs' lawsuit to federal court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

5. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint, *Mimia W. Conyers, et al., v. Monsanto Co., et al.,* (Case No. CGC-19-572706) originally filed in the Superior Court of the State of California, County of San Francisco, on January 10, 2019.

6. Attached hereto as Exhibit 2 is a true and correct copy of Notice of Addition of Case to JCCP 4953 and Stay of Case.

7. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Notice of Motion and Motion for Court Order Setting Bellwether Selection Process.

8. Attached hereto as Exhibit 4 is a true and correct copy of Order (1) Denying Motion of Plaintiffs for Consolidation of Case for Trial and (2) on Case Management, entered on January 25, 2019, by the Hon. Winifred Y. Smith, Roundup JCCP judge, Alameda County.

9. Attached hereto as Exhibit 5 is a true and correct copy of the current Draft version of Plaintiffs' Master Long Form Complaint and Jury Demand to be filed at the JCCP, Alameda County, per Judge Winifred Smith's January 25, 2019 Order.

DECLARATION OF ROBIN L. GREENWALD

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23nd day of April 2019, at New York, New York.

*/s/ Robin L. Greenwald*

DECLARATION OF ROBIN L. GREENWALD

## **CERTIFICATE OF SERVICE**

I, Robin Greenwald, hereby certify that, on April 23, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robin L. Greenwald*

DECLARATION OF ROBIN L. GREENWALD