# Exhibit 2

1  Richard A. Clark SBN 39558
   Steven R. Platt SBN 245510
2  PARKER, MILLIKEN, CLARK,
   O'HARA & SAMUELIAN
3  A Professional Corporation
   555 S. Flower St., 30th Floor
4  Los Angeles, California 90071-2440
   Telephone:  (213) 683-6500
5  Facsimile:  (213) 683-6669
   rclark@pmcos.com
6  splatt@pmcos.com

7  Attorneys for Defendants
   MONSANTO COMPANY, WILBUR-ELLIS
8  COMPANY LLC, AND WILBUR-ELLIS FEED,
   LLC
9

10 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

11 **FOR THE COUNTY OF SAN FRANCISCO**

| | |
|---|---|
| 12  MIMIA W. CONYERS, et al., | Case No. CGC-19-572706 |
| 13        Plaintiffs, | **NOTICE OF ADDITION OF CASE TO JCCP 4953 AND STAY OF CASE** |
| 14     v. | Complaint Filed:  January 10, 2019 |
| 15  MONSANTO COMPANY; WILBUR-ELLIS COMPANY LLC; and WILBUR-ELLIS FEED, LLC; and DOES 1 through 100, inclusive, | Trial Date:  None set |
| 16 | |
| 17 | |
| 18        Defendants. | |

19  ///
20  ///
21  ///
22
23
24
25
26
27
28

NOTICE OF ADDITION OF CASE TO JCCP AND STAY OF CASE

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

Please take notice that the above-captioned case has been designated as complex and added to *Roundup Products Cases,* JCCP 4953, and stayed in its home jurisdiction (San Francisco County Superior Court) pursuant to a March 14, 2019 order of the Court in JCCP 4953. Attached hereto as Exhibit 1 is a copy of the March 14, 2019 order issued by the Court in JCCP 4953.

DATED: March 22, 2019

PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation

By: */s/ Steven R. Platt*
STEVEN R. PLATT

Attorneys for Defendants
MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, AND WILBUR-ELLIS FEED, LLC

E-Served: Mar 12 2019 12:04PM PDT Via Case Anywhere



21105548

**FILED**
ALAMEDA COUNTY

MAR 14 2019

CLERK OF THE SUPERIOR COURT
By_____ Deputy

COURTESY COPY

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550) <br><br> ROUNDUP PRODUCTS CASES <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS AND <br><br> *Ajluni, et al. v. Monsanto Company, et al.*, Case No.: CGC-18-571642 (S.F. County) <br><br> *Rivette, et al. v. Monsanto Company, et al.*, Case No.: CGC-18-571002 (S.F. County) <br><br> *Conyers, et al. v. Monsanto Company, et al.*, Case No.: CGC-19-572706 (S.F. County) | JCCP NO. 4953 <br><br> ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH DEPT. 21 <br><br> [~~PROPOSED~~] ORDER: ADDITION OF *AJLUNI, RIVETTE,* AND *CONYERS* CASES TO JCCP AND STAY OF CASES <br><br> Stipulation Regarding [Proposed] Order filed concurrently herewith <br><br> BY FAX |

///

///

///

---

[~~PROPOSED~~] ORDER: ADDITION OF *AJLUNI, RIVETTE,* AND *CONYERS* CASES TO JCCP

For good cause shown, the Court hereby orders as follows:

The cases listed below shall be designated as complex and added to JCCP 4953, and the cases shall be stayed in their home jurisdiction pursuant to Rules 3.529(b) and 3.544(d) of the California Rules of Court.

| Case Name | Case No. | Court | Filing Date |
| --- | --- | --- | --- |
| *Ajluni, et al. v. Monsanto Company, et al.* | CGC-18-571642 | San Francisco | 11/29/2018 |
| *Rivette, et al. v. Monsanto Company, et al.* | CGC-18-571002 | San Francisco | 12/11/2018 |
| *Conyers, et al. v. Monsanto Company, et al.* | CGC-19-572706 | San Francisco | 01/10/2019 |

IT IS SO ORDERED.

Date: March 14, 2019

HONORABLE WINIFRED Y. SMITH

[PROPOSED] ORDER: ADDITION OF *AJLUNI, RIVETTE,* AND *CONYERS* CASES TO JCCP

## PROOF OF SERVICE

<u>Conyers, et al. v. Monsanto Company, et al.</u>, Case No. CGC-19-572706

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071, mhendrix@pmcos.com.

On March 22, 2019, I served a true and correct copy of the document described as **NOTICE OF ADDITION OF CASE TO JCCP 4953 AND STAY OF CASE** via United States Mail as follows:

Devin Bolton
WEITZ & LUXENBERG, P.C.
A New York Professional Corporation
1880 Century Park East, Suite 700
Los Angeles, CA  90067
*Attorneys for Plaintiffs*

Robin Greenwald
WEITZ & LUXENBERG, P.C.
A New York Professional Corporation
700 Broadway
New York, New York 10003
*Attorneys for Plaintiffs*

[X] (BY MAIL) By placing a true copy in envelope(s) addressed as referenced above. The envelope(s) were then sealed and deposited for collection and mailing in accordance with my employer's normal procedures. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service, with all postage prepaid, at Los Angeles, California, on the same day in the ordinary course of business.

In addition, on March 22, 2019, I also served a true and correct copy of the document described as **NOTICE OF ADDITION OF CASE TO JCCP 4953 AND STAY OF CASE** by email on the Judicial Council of California at the email address that follows:

Judicial Council of California
coordination@jud.ca.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on March 22, 2019 at Los Angeles, California.

*Marianne Hendrix*
Marianne Hendrix