Brian K. Brake (pro hac vice)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, VA 22960
Tel : (540) 672-4224
Fax : (540) 672-3055
Email : bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO REMAND** |
| *George Chupa, et al., vs. Monsanto Company, et al.*, Case No. 3:19-cv-01589-VC | |
| | **Date:   May 22, 2019**<br>**Time:  10:00 am**<br>**Courtroom:  4** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 22, 2019 at 10:00 am, or as soon thereafter as the matter may be heard in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs will

1

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE                3:19-cv-01589-VC
CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO
REMAND

move this Court for an order transferring this action to the Superior Court of the State of California, County of Alameda, pursuant to 28 U.S.C. §1447(c).

Plaintiffs' motion is based on this notice and motion, the accompanying memorandum of points and authorities, the Declaration of Brian K. Brake and exhibits thereto, and any additional argument or evidence the court may consider.

Dated:  April 24, 2019                         **THE MILLER FIRM, LLC**

By: */s/ Brian K. Brake*
Brian K. Brake (pro hac vice)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Tel : (540) 672-4224
Fax : (540) 672-3055
Email : bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE              3:19-cv-01589-VC
CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO
REMAND

1

## **CERTIFICATE OF SERVICE**

2

    I, Brian K. Brake, hereby certify that, on April 24, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

3

4
                                            */s/ Brian K. Brake*
                                        Brian K. Brake

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND THE     3:19-cv-01589-VC
CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c) TO
REMAND