UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

RALPH A. APPLEGATE,
Plaintiff,

Versus

MONSANTO COMPANY,
Defendant,

Case No. 16-MDL-02741-VC
Case No. 3:18-CV-03363-VC
Case No. 18-72281

RESPONSIBILITY/DUTY

1. Regardless of responsibility it is and was a duty of at least these citizens to have reported to Centers for Disease Control and Prevention that "Roundup 'exposure', and how much, causes Non Hodgkins Lymphoma, especially government agents ":

    A. Justice Chhabria,

    B. OSU Oncologist Craig Hofmiester,

    C. OSU Pathologist Aimee Gewirtz,

    D. Toxicologist Sandra Pinkham, now deceased, Connie in Pinkham's place, especially because of Pinkham's years of research of cadmium,

    E. Oncologist Sanjay Yadav,

    F. VA Oncologist --------,?

    G. Oncologist Thomas Sweeney,

p.1

      H. Pathologist @ Mayo Clinic doing blood draws

        for Oncologists,

      J. Zangmeister Center Oncologist Jerry Mitchell,

      K. Oncologist Mark Zangmeister, Zangmeister Center,

      L. Oncologist Richard Furman,

      M. Weill -Cornell Pathologist,

      N. OSU Oncologist Beth Christian,

      O. And others,

2. Plaintiff Applegate coined a phrase "CDA" because of failure to report these cancer causes , meaning failure to communicate, failure to do a duty, and especially to 'account' for these failures .

3. Reporting to Center for Disease Control and Prevention especially about days of continuous Roundup "exposure " causing Non Hodgkins Lymphoma may now have been done by e-mail.

4. Justice Chhabria now has known , because of plaintiff Applegate's recent schooling of consecutive days Roundup exposure , and follow -up , and effect of astronomical IgM , sufficiently , to have done his duty and advised Center for Disease Control and Prevention that plaintiff APPLEGATE had been exposed to 7 continuous days of roundup exposure, in 2008 , and 7 months later ,after an effect of 8980mg/dL , was diagnosed with Waldenstrom Macroglobulinemia .

5. Four(4)Ohio professional government agents, one Federal professional government agent ,and other professional private agents, previously identified , all who knew or previously should have known, or should have looked before or beyond to have discovered days of plaintiff's, those of which they examined ,continuous Roundup exposure from which it would have been, then , from 2009 to 2019 , to/for them, to have been sufficient to have concluded , then and now that Roundup causes Non Hodgkins Lymphoma's . And sufficient for them to have advised Centers for Disease Control and Prevention of at least fact that those scientists knew of facts which suggested why those patients acquired NHL'S . Among other things . Especially Jerry Mitchell , once learning on June 7, 2010 that by discovery of patient Applegate's IgM increasing from an astronomical 8980mg/dL to a substantially more astronomical IgM of 10201mg.dL, this information should have been an "Eureka ? " Was it or not,we do not know?  Zangmeister Center is deliberately concealing all of plaintiff Applegate's payment records from patient Applegate , a violation of law of records.

Respectfully submitted

Signed _Ralph A. Applegate_
Ralph A. Applegate
Plaintiff Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
914-410-1568
p.3    rapplegate48@gmail.com

JHollingsworth
Hollingsworth LLP
1350 I Street NW
Washington DC, 2005
202-898-5800
jhollingsworth@hollingsworthLLP.com

CERTIFICATE of SERVICE

Plaintiff serves this "RESPONSIBILITY/DUTY "

by regular mail to defendant attorney Joe Hollingsworth, to

Clerk, 9th Circuit Court of Appeals; and to Clerk of U.S. District

Court, Northern District of California, by certified mail, return

receipt requested, Clerk to serve by e-file on Judge Chhabria,

on or before April 18 , 2019 .

Ralph A. Appleget
1544 Zettler Road
Columbus, Ohio 43227

7018 3090 0000 7780 3315

CERTIFIED MAIL

7018 3090 0000 7780 3315

Clerk
United States District Court
Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102

U.S. POSTAGE PAID
FCM LETTER
COLUMBUS, OH
43209
APR 17 19
AMOUNT
$7.00
R2304M111268-2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>United States District Court<br>Northern District of CA<br>450 Golden Gate Avenue,<br>San Francisco CA 94102 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 4818 9032 3731 89 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt