UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Rivas v. Monsanto Co.*,<br>Case No. 3:19-cv-01024-VC<br><br>*Gonzalez v. Monsanto Co.*,<br>Case No. 3:19-cv-01020-VC<br><br>*Kast v. Monsanto Co.*,<br>Case No. 3:19-cv-01031-VC<br><br>*Rabbers v. Monsanto Co.*,<br>Case No. 3:19-cv-01023-VC<br><br>*Taylor v. Monsanto Co.*,<br>Case No. 3:19-cv-01030-VC | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**[PROPOSED] ORDER REGARDING EXTENSIONS OF TIME FOR PLAINTIFFS' REPLY TO MONSANTO COMPANY'S OPPOSITION TO MOTIONS TO REMAND** |

**[PROPOSED] ORDER**

Pursuant to the Stipulation set forth above, it is hereby ordered that Plaintiffs' deadline for filing Replies to Monsanto's Oppositions/Responses to Plaintiffs' Motions to Remand in the above-captioned cases is extended from April 24 to May 1, 2019.

DATE: April 24, 2019

_____
VINCE CHHABRIA
United States District Judge

---

1

STIPULATION & PROPOSED ORDER RE EXTENSIONS FOR PLAINTIFFS' REMAND REPLIES
(3:16-md02741-VC; 3:19-cv01024-VC; 3:19-cv01020-VC; 3:19-cv01031-VC; 3:19-cv01023-VC; 3:19-cv-01030-VC)