UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 142: SCHEDULING FOR PENDING MOTIONS TO REMAND** |

The hearings on the motions to remand in the following cases are rescheduled to 10:00 a.m. on May 22, 2019:

- *Abreu v. Monsanto Co.*, Case No. 3:19-cv-01587-VC (Dkt. No. 3416 in the MDL);

- *Archambault v. Monsanto Co.*, Case No. 3:19-cv-01717-VC (Dkt. No. 3418 in the MDL);

- *Baum v. Monsanto Co.*, Case No. 3:19-cv-01018-VC (Dkt. No. 3420 in the MDL); and

- *Conyers v. Monsanto Co.*, Case No. 3:19-cv-02001-VC (Dkt. No. 3422) in the MDL.

**IT IS SO ORDERED.**

Date:   April 24, 2019

Honorable Vince Chhabria
United States District Court