1  **WILKINSON WALSH + ESKOVITZ LLP**              **ARNOLD & PORTER KAYE SCHOLER LLP**
   Brian L. Stekloff (*pro hac vice*)              William Hoffman (*pro hac vice*)
2  (bstekloff@wilkinsonwalsh.com)                  (william.hoffman@arnoldporter.com)
   Rakesh Kilaru (*pro hac vice*)                  Daniel S. Pariser (*pro hac vice*)
3  (rkilaru@wilkinsonwalsh.com)                    (daniel.pariser@arnoldporter.com)
   2001 M Street, NW, 10th Floor                   601 Massachusetts Avenue, NW
4  Washington, DC 20036                            Washington, DC 20001
   Tel:   202-847-4030                             Tel:   202-942-5000
5  Fax:   202-847-4005                             Fax:   202-942-5999

6  **HOLLINGSWORTH LLP**                           S. Zachary Fayne (CA Bar No. 307288)
   Eric G. Lasker (*pro hac vice*)                 (zachary.fayne@arnoldporter.com)
7  (elasker@hollingsworthllp.com)                  Three Embarcadero Center, 10th Floor
   Martin C. Calhoun (*pro hac vice*)              San Francisco, CA 94111-4024
8  (mcalhoun@hollingsworthllp.com)                 Tel:   415-471-3100
   1350 I Street, NW                               Fax:   415-471-3400
9  Washington, DC 20005
   Tel:   202-898-5843
10 Fax:   202-682-1639

11 *Attorneys for Defendant*
   *MONSANTO COMPANY*
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
   |---|---|
16 | | MDL No. 2741 |
17 | This document relates to: | **MONSANTO COMPANY'S NOTICE OF FILING OPPOSITION TO PLAINTIFFS' MOTION TO REMAND THE *ATAIDE* CASE** |
18 | *Craig Ataide, et al. v. Monsanto Co., et al.*, Case No. 3:19-cv-01289-VC | |
19 | | |
20 | | Date:  May 22, 2019  Time: 10:00 a.m. |
21 | | Courtroom:   4 |

23   Please take notice that Defendant Monsanto Company ("Monsanto") hereby submits this

24 Notice of Filing of *Ataide*-specific documents that Monsanto previously filed in the individual case

25 docket for the *Ataide* case on April 24, 2019.  *See* ECF No. 14, Monsanto Company's Opp'n to Pls.'

26 Mot. To Remand, *Ataide v. Monsanto Co.*, No. 3:19-cv-01289-VC (N.D. Cal.).  Monsanto files this

27

28

opposition and related papers on the MDL-wide docket with this notice of filing (instead of a free-standing opposition) because the *Ataide* Motion to Remand was not filed on the MDL-wide docket.

DATED: April 25, 2019                                Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Tel:   202-898-5843
Fax:  202-682-1639

William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:   202-942-5000
Fax:  202-942-5999

S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel:   415-471-3100
Fax:  415-471-3400

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:  202-847-4005

Attorneys for Defendant
MONSANTO COMPANY