1

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
2   (bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
3   (rkilaru@wilkinsonwalsh.com)
2001 M Street, NW, 10th Floor
4   Washington, DC 20036
Tel:   202-847-4030
5   Fax:  202-847-4005

6  **HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
7   (elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
8   (mcalhoun@hollingsworthllp.com)
1350 I Street, NW
9   Washington, DC 20005
Tel:   202-898-5843
10  Fax:  202-682-1639

11  *Attorneys for Defendant*
*MONSANTO COMPANY*

12

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:   202-942-5000
Fax:  202-942-5999

S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel:   415-471-3100
Fax:  415-471-3400

13             UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15  IN RE: ROUNDUP PRODUCTS LIABILITY
     LITIGATION
16

17  This document relates to:

18  *Craig Ataide, et al. v. Monsanto Co., et al.*,
     Case No. 3:19-cv-01289-VC
19

20

21

Case No. 3:16-md-02741-VC

MDL No. 2741

**DEFENDANT MONSANTO COMPANY'S
REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF OPPOSITION TO
PLAINTIFFS' MOTION TO REMAND**

Date:  May 22, 2019
Time:  10:00 a.m.
Courtroom:  4

22

23

24

25

26

27

28

Pursuant to Rule 201 of the Federal Rules of Evidence, defendant Monsanto Company ("Monsanto") requests that the Court take judicial notice of the following exhibits attached hereto in support of Monsanto's Opposition to Plaintiffs' Motion to Remand:

**Exhibit 1**: A true and correct copy of the January 25, 2019 Order issued by the Superior Court for Alameda County, California in JCCP No. 4953 ("JCCP Severance Order").  *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Jan. 25, 2019).

**Exhibit 2**: A true and correct copy of the July 14, 2017 Order issued by the Superior Court for Alameda County, California in the *Billings* case.  *Billings v. Monsanto Co.,* No. RG17852375 (Cal. Super. Ct. Alameda Cty. July 14, 2017).

**Exhibit 3**: A true and correct copy of the July 26, 2017 Order issued by the Superior Court for Alameda County, California in the *Woodbury* case.  *Woodbury v. Monsanto Co.*, No. RG17855094 (Cal. Super. Ct. Alameda Cty. July 26, 2017).

**Exhibit 4**:  A true and correct copy of the January 22, 2019 Tentative Ruling issued by the Superior Court for Alameda County, California in JCCP No. 4953.  *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Jan. 22, 2019).

**Exhibit 5**:  A true and correct copy of the February 6, 2019 Stipulation and Proposed Order filed by the parties to request that Judge Smith add the *Ataide* lawsuit to JCCP No. 4953.  *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Feb. 6, 2019).

**Exhibit 6**:  A true and correct copy of the February 7, 2019 Order issued by the Superior Court for Alameda County, California, which added the *Ataide* case to JCCP No. 4953.  *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Feb. 7, 2019).

Rule 201(b)(2) requires a federal court to take judicial notice "if a party requests it and the court is supplied with the necessary information."  Thus, district court judges repeatedly have taken judicial notice of various types of state court orders and parties' litigation filings that are part of a state court file because "[p]ublic records, including judgments and other court documents, are proper subjects of judicial notice."  *Loumena v. Kennedy*, No. 15-CV-00951-LHK, 2015 WL 5963988, at *6 (N.D. Cal. Oct. 13, 2015), *aff'd*, 671 F. App'x 446 (9th Cir. 2016); *see, e.g.*,

*Rasooly v. California*, No. 14-cv-04521-JSC, 2015 WL 1222167, at *2 n.4 (N.D. Cal. Mar. 17, 2015) (taking judicial notice of state court orders and filings available in state court's file), *aff'd*, 691 F. App'x 432 (9th Cir. 2017).  Moreover, it is appropriate for a federal court to take judicial notice, for a limited purpose, of the existence of a state court's tentative ruling.  *See Lee v. Bender*, No. C 04-2637 SBA, 2005 WL 1388968, at *8-9 (N.D. Cal. May 11, 2005).

Here, Monsanto requests that this Court take judicial notice of the JCCP Severance Order (Exhibit 1) issued by Judge Smith for the purpose of determining that Judge Smith ordered severance of each plaintiff's claims in this multi-plaintiff lawsuit from each other plaintiff's claims by requiring the filing of single-plaintiff complaints.  Monsanto asks this Court to take judicial notice of the misjoinder/severance rulings issued in the *Billings* case (Exhibit 2) and the *Woodbury* case (Exhibit 3) because Judge Smith cited those rulings with approval in the JCCP Severance Order.  The Court also should take judicial notice of Judge Smith's January 22, 2019 Tentative Ruling (Exhibit 4) for the limited purpose of: (a) comparing Paragraph 2 of that tentative ruling to the corresponding Paragraph 2 of the final ruling issued by Judge Smith on January 25, 2019 – the JCCP Severance Order; and (b) determining that, after plaintiffs' counsel's argument at the January 25, 2019 hearing (transcript excerpts attached as Exhibit 1 to the accompanying Declaration of Martin Calhoun), Judge Smith issued her final ruling in the JCCP Severance Order with a revised Paragraph 2 that gave plaintiffs substantial additional time to effectuate the JCCP Severance Order by filing individual complaints.  Finally, Monsanto requests that this Court take judicial notice of the February 6, 2019 Stipulation and Proposed Order filed by the parties to request that Judge Smith add the *Ataide* lawsuit to JCCP No. 4953 (Exhibit 5) and her February 7, 2019 Order adding the *Ataide* case to JCCP No. 4953 (Exhibit 6).

For the foregoing reasons, Monsanto requests that the Court take judicial notice of the six attached exhibits.

1    DATED: April 24, 2019                    Respectfully submitted,

2
                                             /s/ Eric G. Lasker
3                                            Eric G. Lasker (*pro hac vice*)
                                             (elasker@hollingsworthllp.com)
4                                            Martin C. Calhoun (*pro hac vice*)
                                             (mcalhoun@hollingsworthllp.com)
5                                            HOLLINGSWORTH LLP
                                             1350 I Street, NW
6                                            Washington, DC 20005
                                             Tel:   202-898-5843
7                                            Fax:  202-682-1639

8                                            William Hoffman (*pro hac vice*)
                                             (william.hoffman@arnoldporter.com)
9                                            Daniel S. Pariser (*pro hac vice*)
                                             (daniel.pariser@arnoldporter.com)
10                                           ARNOLD & PORTER KAYE SCHOLER LLP
                                             601 Massachusetts Avenue, NW
11                                           Washington, DC 20001
                                             Tel:   202-942-5000
12                                           Fax:  202-942-5999

13                                           S. Zachary Fayne (CA Bar No. 307288)
                                             (zachary.fayne@arnoldporter.com)
14                                           ARNOLD & PORTER KAYE SCHOLER LLP
                                             Three Embarcadero Center, 10th Floor
15                                           San Francisco, CA 94111-4024
                                             Tel:   415-471-3100
16                                           Fax:  415-471-3400

17                                           Brian L. Stekloff (*pro hac vice*)
                                             (bstekloff@wilkinsonwalsh.com)
18                                           Rakesh Kilaru (*pro hac vice*)
                                             (rkilaru@wilkinsonwalsh.com)
19                                           WILKINSON WALSH + ESKOVITZ LLP
                                             2001 M Street, NW, 10th Floor
20                                           Washington, DC 20036
                                             Tel:   202-847-4030
21                                           Fax:  202-847-4005

22                                           Attorneys for Defendant
                                             MONSANTO COMPANY
23

24

25

26

27

28
                                    4
MONSANTO'S REQUEST FOR JUDICIAL NOTICE ISO OPP'N TO PLAINTIFFS' MOTION TO REMAND
                         3:16-md-2741-VC & 3:19-cv-01289-VC