# EXHIBIT 5

1  Michael J. Miller (appearance *pro hac vice*)
   Curtis G. Hoke (SBN 282465)
2  THE MILLER FIRM, LLC
   108 Railroad Avenue
3  Orange, Virginia 22960
   Phone: (540) 672-4224; Fax: (540) 672-3055
4  mmiller@millerfirmllc.com; choke@millerfirmllc.com

5  *Attorneys for Plaintiffs David Dominguez, et al. and Craig Ataide, et al.*

6  Richard A. Clark (SBN 39558)
   Steven R. Platt (SBN 245510)
7  PARKER, MILLIKEN, CLARK,
   O'HARA & SAMUELIAN, P.C.
8  555 S. Flower St., 30th Floor
   Los Angeles, CA 90071-2440
9  Telephone: (213) 683-6500; Facsimile: (213) 683-6669
   rclark@pmcos.com; splatt@pmcos.com
10

11 Joe G. Hollingsworth (appearance *pro hac vice*)
   Eric G. Lasker (appearance *pro hac vice*)
12 Martin C. Calhoun (appearance *pro hac vice*)
   HOLLINGSWORTH LLP
13 1350 I Street, N.W.
   Washington, DC 20005
14 Telephone: (202) 898-5800; Facsimile (202) 682-1639
   jhollingsworth@hollingsworthllp.com; elasker@hollingsworthllp.com;
15 mcalhoun@hollingsworthllp.com

16 *Attorneys for JCCP Defendants*

FILED BY FAX

ALAMEDA COUNTY

February 06, 2019

CLERK OF
THE SUPERIOR COURT
By Burt Moskaira, Deputy

CASE NUMBER:
JCCP004953

17         **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

18              **FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| 19  COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550) | JCCP NO. 4953 |
| 20  ROUNDUP PRODUCTS CASES | ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH DEPT. 21 |
| 21 | |
| 22  THIS DOCUMENT RELATES TO: | **REVISED STIPULATION REGARDING [PROPOSED] ORDER: ADDITION OF** |
| 23  ALL ACTIONS AND | ***DOMINGUEZ*** **AND** ***ATAIDE*** **CASES TO JCCP AND STAY OF CASES** |
| 24  *Dominguez, et al. v. Monsanto Company, et al.* Case No. CGC-18-571047 (San Francisco County) | [Proposed] Order Filed concurrently herewith |
| 25 | |
| 26  *Ataide, et al. v. Monsanto Company, et al.* Case No. CGC-18-571282 (San Francisco County) | BY FAX |
| 27 | |
| 28 | |

1    WHEREAS, on January 4, 2018, the Alameda County Superior Court issued an order that

2  granted a petition for coordination of numerous California state court Roundup® product liability

3  lawsuits, and the coordinated proceedings are now pending in Department 21 of this Court (Judge

4  Smith) as *Roundup Products Cases*, JCCP 4953;

5    WHEREAS, the following cases are Roundup® product liability cases that are not included in

6  JCCP 4953:

7

| Case name | Case No. | Court | Filing Date |
|-----------|----------|-------|-------------|
| *Dominguez, et al. v. Monsanto Company, et al.* | CGC-18-571047 | San Francisco | 11/01/2018 |
| *Ataide, et al. v. Monsanto Company, et al.* | CGC-18-571282 | San Francisco | 11/13/2018 |

11

12    WHEREAS, the parties agree that the *Dominguez* and *Ataide* cases should be designated as

13  complex and added to JCCP 4953;

14    WHEREAS, the parties further agree that the *Dominguez* and *Ataide* cases shall be stayed in

15  their home jurisdiction pursuant to Rules 3.529(b) and 3.544(d) of the California Rules of Court and

16  Paragraph 7 of the Court's January 25, 2019 Order;

17    WHEREAS, Defendants reiterate their prior position that coordination is appropriate only for

18  pre-trial purposes, and Defendants expressly reserve all of their rights to object to, or otherwise

19  challenge, coordination for anything other than pre-trial purposes, and to assert other objections and

20  defenses to JCCP 4953 or any case therein;

21  ///

22  ///

23  ///

24

25

26

27

28                                                    1

1       The parties hereby stipulate that the *Dominguez* and *Ataide* cases shall be designated as

2 complex and added to JCCP 4953, and the cases shall be stayed in their home jurisdiction, and the

3 parties submit concurrently herewith for entry by this Court [Proposed] Order: Addition of

4 *Dominguez* and *Ataide* cases to JCCP and Stay of Cases.

5       IT IS SO STIPULATED.

6

7 Dated: February 6, 2019       THE MILLER FIRM, LLC

8

9       /s/ Curtis G. Hoke * _____
      Michael J. Miller (appearance *pro hac vice*)
10       Curtis G. Hoke (SBN 282465)

11       *Attorneys for Plaintiffs David Dominguez, et al. and*
      *Craig Ataide, et al.*

12

13 Dated: February 6, 2019       HOLLINGSWORTH LLP

14

15       /s/ Martin C. Calhoun * _____
      Joe G. Hollingsworth (appearance *pro hac vice*)
16       Eric G. Lasker (appearance *pro hac vice*)
      Martin C. Calhoun (appearance *pro hac vice*)

17
      PARKER, MILLIKEN, CLARK, O'HARA &
18       SAMUELIAN, P.C.
      Richard A. Clark (SBN 039558)
19       Steven R. Platt (SBN 245510)

20       *Attorneys for JCCP Defendants*

21

22 *\* Martin C. Calhoun and Curtis G. Hoke have agreed to permit their e-signatures to be affixed to this document.*

23

24

25

26

27

28

2

REVISED STIPULATION REGARDING [PROPOSED] ORDER:
ADDITION OF *DOMINGUEZ* AND *ATAIDE* CASES TO JCCP

1

## PROOF OF SERVICE

2
*Roundup Products Cases,* Case No. JCCP 4953
Alameda County Superior Court

3

4      I am employed in the County of Los Angeles, State of California. I am over the age of 18

5  and not a party to the within action. My business address is 555 South Flower Street, 30th Floor,

6  Los Angeles, California 90071.

7      On February 6, 2019, I served a true and correct copy of the document described as

8  **REVISED STIPULATION REGARDING [PROPOSED] ORDER: ADDITION OF**

9  ***DOMINGUEZ* AND *ATAIDE* CASES TO JCCP AND STAY OF CASES** on the interested

10  parties by electronic transfer to Case Anywhere via the Internet, pursuant to the Court's Case

11  Management Order No. 2 Authorizing Electronic Service dated March 23, 2018.

12      I declare under penalty of perjury under the laws of the State of California that the above

13  is true and correct. Executed on February 6, 2019 at Los Angeles, California.

14

15                      *Marianne Hendrix*

16                      Marianne Hendrix

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                        **FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| 10 COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550) | JCCP NO. 4953 |
| 11 ROUNDUP PRODUCTS CASES | ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH DEPT. 21 |
| 12 | |
| 13 THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER: ADDITION OF *DOMINGUEZ* AND *ATAIDE* CASES TO JCCP AND STAY OF CASES** |
| 14 ALL ACTIONS AND | |
| 15 *Dominguez, et al. v. Monsanto Company, et al.* Case No. CGC-18-571047 (San Francisco County) | Revised Stipulation Regarding [Proposed] Order filed concurrently herewith |
| 16 | BY FAX |
| 17 *Ataide, et al. v. Monsanto Company, et al.* Case No. CGC-18-571282 (San Francisco County) | |
| 18 | |
| 19 | |

20  ///

21  ///

22  ///

23
24
25
26
27
28

───────────────────────────────────────

1    For good cause shown, the Court hereby orders as follows:

2    The cases listed below shall be designated as complex and added to JCCP 4953, and the

3    cases shall be stayed in their home jurisdiction pursuant to Rules 3.529(b) and 3.544(d) of the

4    California Rules of Court.

| Case name | Case No. | Court | Filing Date |
| --- | --- | --- | --- |
| *Dominguez, et al. v. Monsanto Company, et al.* | CGC-18-571047 | San Francisco | 11/01/2018 |
| *Ataide, et al. v. Monsanto Company, et al.* | CGC-18-571282 | San Francisco | 11/13/2018 |

9    IT IS SO ORDERED.

11   Date: _____, 2019

12

13   _____
     HONORABLE WINIFRED Y. SMITH

1

**PROOF OF SERVICE**

2

*Roundup Products Cases,* Case No. JCCP 4953
Alameda County Superior Court

3

4   I am employed in the County of Los Angeles, State of California. I am over the age of 18

5   and not a party to the within action. My business address is 555 South Flower Street, 30th Floor,

6   Los Angeles, California 90071.

7   On February 6, 2019, I served a true and correct copy of the document described as

8   **[PROPOSED] ORDER: ADDITION OF *DOMINGUEZ* AND *ATAIDE* CASES TO JCCP**

9   **AND STAY OF CASES** on the interested parties by electronic transfer to Case Anywhere via

10   the Internet, pursuant to the Court's Case Management Order No. 2 Authorizing Electronic

11   Service dated March 23, 2018.

12   I declare under penalty of perjury under the laws of the State of California that the above

13   is true and correct. Executed on February 6, 2019 at Los Angeles, California.

14

15

16                                        Marianne Hendrix

17

18

19

20

21

22

23

24

25

26

27

28