# EXHIBIT 6

E-Served: Feb 6 2019 10:31AM PST Via Case Anywhere

**FILED**
ALAMEDA COUNTY
FEB 0 7 2019
CLERK OF THE SUPERIOR COURT
By_____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>ROUNDUP PRODUCTS CASES | JCCP NO. 4953<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH<br>DEPT. 21 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS AND<br><br>*Dominguez, et al. v. Monsanto Company, et al.*<br>Case No. CGC-18-571047 (San Francisco County)<br><br>*Ataide, et al. v. Monsanto Company, et al.*<br>Case No. CGC-18-571282 (San Francisco County) | [PROPOSED] ORDER: ADDITION OF *DOMINGUEZ* AND *ATAIDE* CASES TO JCCP AND STAY OF CASES<br><br>Revised Stipulation Regarding [Proposed] Order filed concurrently herewith<br><br>BY FAX |

///

///

///

---

[PROPOSED] ORDER RE: ADDITION OF *DOMINGUEZ* AND *ATAIDE* CASES TO JCCP

For good cause shown, the Court hereby orders as follows:

The cases listed below shall be designated as complex and added to JCCP 4953, and the cases shall be stayed in their home jurisdiction pursuant to Rules 3.529(b) and 3.544(d) of the California Rules of Court.

| Case name | Case No. | Court | Filing Date |
|---|---|---|---|
| *Dominguez, et al. v. Monsanto Company, et al.* | CGC-18-571047 | San Francisco | 11/01/2018 |
| *Ataide, et al. v. Monsanto Company, et al.* | CGC-18-571282 | San Francisco | 11/13/2018 |

IT IS SO ORDERED.

Date: February 7, 2019

HONORABLE WINIFRED Y. SMITH

[PROPOSED] ORDER RE: ADDITION OF *DOMINGUEZ* AND *ATAIDE* CASES TO JCCP