Barbara R. Light
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: 713.227.8008
Facsimile: 713.227.9508
blight@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Ashton et al.*, Cause No. 3:18-cv-03959-VC (N.D. Cal)  Anthony Moceri, Cause No. 3:18-cv-03558-VC (N.D. Cal)  Dave Flynn, Cause No. 3:18-cv-06551-VC (N.D. Cal)  Delbert Lee Brooks, Cause No. 3:18-cv-07558-VC (N.D. Cal)  Vickie Riordan, Cause No. 3:18-cv-07368-VC (N.D. Cal) | |

### NOTICE OF APPEARANCE ON BEHALF OF
### <u>DEFENDANT MONSANTO COMPANY</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Barbara R. Light of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter.

---

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
Case No. 3:18-cv-05495-VC

4811-3001-9477 v1

| | | |
|---|---|---|
| 1 | April 26, 2019 | Respectfully Submitted, |
| 2 | | |
| 3 | | By: */s/ Barbara R. Light* |
| 4 | | Barbara R. Light |
| | | Texas Bar No. 24109472 |
| 5 | | 600 Travis, Suite 3400 |
| | | Houston, Texas 77002-2926 |
| 6 | | Telephone:  713-227-8008 |
| | | Fax:  713-227-9508 |
| 7 | | blight@shb.com |
| 8 | | *Attorney for Defendant,* |
| | | MONSANTO COMPANY |

2

4811-3001-9477 V1

## CERTIFICATE OF SERVICE

I, Barbara Light, hereby certify that on April 26, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Barbara R. Light*
Barbara R. Light