# Exhibit F



March 22, 2019

<u>**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**</u>

**Aimee Wagstaff, Esq.**
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

**Robin L. Greenwald, Esq.**
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Barbara R. Light

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**f** 713.227.9508

**Michael Joseph Miller, Esq.**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
      *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

      This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

      Pursuant to paragraph four of PTO 50, Group 3 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, January 23, 2019. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, March 22, 2019.

      Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*Barbara R. Light* (signature)

Barbara R. Light, Esq.

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Baker, James D. | 3:18-cv-03517-VC | 1/23/2019 | 3/22/2019 |
| Brown, Robin | 3:17-cv-04437-VC | 1/23/2019 | 3/22/2019 |
| Flynn, Dave | 3:18-cv-06551-VC | 1/23/2019 | 3/22/2019 |
| Gruenhagen, Dom | 3:17-cv-04282-VC | 1/23/2019 | 3/22/2019 |
| Hickey, John | 3:17-cv-04270-VC | 1/23/2019 | 3/22/2019 |
| Johnson, Timothy P. | 3:17-cv-04458-VC | 1/23/2019 | 3/22/2019 |
| Lachance, Robert M. | 3:18-cv-05302-VC | 1/23/2019 | 3/22/2019 |
| Morris, John | 3:17-cv-04443-VC | 1/23/2019 | 3/22/2019 |
| Morrison, Anita | 3:17-cv-04902-VC | 1/23/2019 | 3/22/2019 |
| Schade, Brian | 3:18-cv-05315-VC | 1/23/2019 | 3/22/2019 |
| Shelby, Richard R. | 3:17-cv-04556-VC | 1/23/2019 | 3/22/2019 |
| Thomas, Michael | 3:18-cv-06028-VC | 1/23/2019 | 3/22/2019 |
| Van Steenberg, John | 3:17-cv-04351-VC | 1/23/2019 | 3/22/2019 |
| Vegas, Lynne M. | 3:17-cv-04643-VC | 1/23/2019 | 3/22/2019 |