# Exhibit G



March 29, 2019

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

Jonathan Patrick Novak
Fears Nachawati
5473 Blair Road
Dallas, TX 75231

Matthew Ryan McCarley
Fears Nachawati PLLC
4925 Greenville Avenue, Suite 715
Dallas, TX 75206

Barbara R. Light

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
f 713.227.9508

Aimee Hall Wagstaff
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741
    *Delbert Lee Brooks* - 3:18-cv-07558-VC

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 13, 2019. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*Barbara R. Light*

Barbara R. Light, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

4828-8306-0879 V1

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| *Delbert Lee Brooks* | 3:18-cv-07558-VC | 3/13/2019 | 3/29/2019 |

4836-6962-3951 v1