| | |
|---|---|
| 1 | **SULLIVAN LAW FIRM, LLC** |
| | Kevin P. Sullivan (*pro hac vice*) |
| 2 | Patrick J. Sullivan (*pro hac vice*) |
| | 701 Fifth Avenue, Suite 4600 |
| 3 | Seattle, Washington  98104-7068 |
| | Telephone:   (206) 682-9500 |
| 4 | *k.sullivan@sullivanlawfirm.org* |
| | *p.sullivan@sullivanlawfirm.org* |
| 5 | |
| | **BLACK, CHAPMAN, PETERSEN & STEVENS** |
| 6 | Thomas N. Petersen (103037) |
| | 221 W Stewart Avenue, Suite 209 |
| 7 | Medford, Oregon  97501-3647 |
| | Telephone:   (541) 772-9850 |
| 8 | *petersen@blackchapman.com* |
| 9 | *Attorneys for Plaintiff Charlotte Cobb* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **IN RE ROUNDUP PRODUCTS** | ) | MDL No. 2741 |
| **LIABILITY LITIGATION** | ) | |
| | ) | Case No.:3:16-MD-02741-VC |
| This document relates to: | ) | |
| *Charlotte Cobb v. Monsanto Co.*, | ) | |
| Case No. 3:19-cv-02294-VC | ) | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Kevin P. Sullivan and Patrick J. Sullivan of Sullivan Law Firm, LLC, and Thomas N. Petersen of Black, Chapman, Petersen & Stevens, hereby enter an appearance as counsel for Plaintiff in the above referenced action.  Please serve said counsel with all pleadings and notices in these actions.

**Respectfully submitted** this 26th day of April, 2019.

| | |
|---|---|
| **The Sullivan Law Firm** | **Black, Chapman, Petersen & Stevens** |
| By: */s/ Kevin P. Sullivan* | By: */s/ Thomas N. Petersen* |
|    Kevin P. Sullivan (*pro hac vice*) |    Thomas N. Petersen (103037) |
|    Patrick J. Sullivan (*pro hac vice*) |    221 Stewart Avenue, Suite 209 |
|    701 Fifth Avenue, Suite 4600 |    Medford, Oregon  97501 |
|    Seattle, Washington  98104 |    Phone:       (541) 772-9850 |
|    Phone:       (206) 682-9500 |    Facsimile:   (541) 779-7430 |
|    Facsimile:   (206) 260-2060 |    *Petersen@BlackChapman.com* |
|    *K.Sullivan@SullivanLawFirm.org* |    Attorneys for Plaintiffs |
|    *P.Sullivan@SullivanLawFirm.org* | |
|    Attorneys for Plaintiffs | |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, April 26, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the PACER CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties of record.

                                               */s/Patrick J. Sullivan*