## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                                     MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −130)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for
the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to
28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 895 additional action(s)
have been transferred to the Northern District of California. With the consent of that court, all such
actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of California and assigned to
Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
Northern District of California for the reasons stated in the order of October 3, 2016, and, with the
consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of California. The transmittal of this order to said Clerk shall
be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 29, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                        MDL No. 2741

## SCHEDULE CTO−130 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

ALABAMA NORTHERN

| ALN | 7 | 19−00509 | Billings v. Monsanto Company |

ILLINOIS NORTHERN

| ~~ILN~~ | ~~1~~ | ~~19−02548~~ | ~~Ciehy v. Bayer Corporation et al~~  Opposed 4/25/19 |

KENTUCKY EASTERN

| KYE | 5 | 19−00157 | Smith v. Monsanto Company |
| KYE | 5 | 19−00158 | Adams et al v. Monsanto Company |
| KYE | 5 | 19−00160 | Lewis v. Monsanto Company |

MISSOURI EASTERN

| MOE | 4 | 19−00281 | Perry v. Monsanto Company |
| MOE | 4 | 19−00285 | Pippi et al v. Monsanto Company |
| MOE | 4 | 19−00286 | Yeager v. Monsanto Company |
| MOE | 4 | 19−00287 | Rieger et al v. Monsanto Company |
| MOE | 4 | 19−00289 | Ross et al v. Monsanto Company |
| MOE | 4 | 19−00290 | Seibert et al v. Monsanto Company |
| MOE | 4 | 19−00291 | Snyder et al v. Monsanto Company |
| MOE | 4 | 19−00294 | Swain et al v. Monsanto Company |
| MOE | 4 | 19−00296 | Walter v. Monsanto Company |
| MOE | 4 | 19−00297 | Watters et al v. Monsanto Company |
| MOE | 4 | 19−00298 | Wilkening et al v. Monsanto Company |
| MOE | 4 | 19−00299 | Williams v. Monsanto Company |
| MOE | 4 | 19−00317 | Todd et al v. Monsanto Company |
| MOE | 4 | 19−00376 | Brewster et al v. Monsanto Company |
| MOE | 4 | 19−00377 | Wooderson et al v. Monsanto Company |

OHIO SOUTHERN

| OHS | 1 | 19−00210 | Cossentino et al. v. Monsanto Company |

SOUTH CAROLINA

   SC      4      19−01103      Smith v. Monsanto Company et al

WASHINGTON WESTERN

   WAW    2      19−00504      Mazzeo v. Monsanto Company