UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Burton v. Monsanto Co.*, 3:18-cv-02437-VC | **ORDER GRANTING MOTION TO WITHDRAW** |
| | Dkt. No. 2981 |

   Christina T. Natale's motion to withdraw as counsel on behalf of Gary Burton in *Burton v. Monsanto Co.*, 3:18-cv-02473-VC, is granted.

   **IT IS SO ORDERED.**

Date: April 29, 2019

                      Honorable Vince Chhabria
                      United States District Court