UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Hardeman v. Monsanto Co.*, 3:16-cv-00525-VC | **ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br>Dkt. No. 2997 |

The plaintiffs' motion to remove incorrectly filed documents is granted. *See* Dkt. No. 2997. Docket Nos. 2988-7 and 2988-8 on the MDL docket and Docket Nos. 201-7 and 201-8 on the docket for *Hardeman v. Monsanto Co.*, Case No. 3:16-cv-00525-VC, are permanently deleted from the Court's docket.

**IT IS SO ORDERED.**

Date: April 29, 2019

_____
Honorable Vince Chhabria
United States District Court