UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Billy Worth, et al. v. Monsanto Company*<br>Case No. 3:18-cv-02906-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby suggests on the record the death of Plaintiff Billy Worth during the pendency of this action. Counsel will file a separate motion or stipulation for the filing of an Amended Complaint substituting parties in this matter.

Dated: April 30, 2019

MESHBESHER & SPENCE, LTD.

By /s/ Anthony J. Nemo
Anthony J. Nemo (MN#221351)
Andrew L. Davick (MN#332719)
Ashleigh E. Raso, (MN #0393353)
1616 Park Avenue
Minneapolis, MN 55404
Telephone: (612) 339-9121
Facsimile: (612) 339-9188
tnemo@meshbesher.com
adavick@meshbesher.com
araso@meshbesher.com

Attorneys for Plaintiffs

1

**CERTIFICATE OF SERVICE**

    I, Tracy J. Dimmick, hereby certify that on April 30, 2019, I electronically filed the foregoing Document using the CM/ECF system which will serve notifications of such filing to the email of all counsel of record in this action.

                                                  /s/ *Tracy J. Dimmick*
                                                  Tracy J. Dimmick