# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | |
| Jay Cantor on behalf of the Estate of Lynne M. Vegas | Case No. 3:17-cv-04643 |
| v. | |
| Monsanto Company | |

## ORDER RE STIPULATION OF DISMISSAL

Upon consideration of Plaintiff Jay Cantor on behalf of the Estate of Lynne M. Vegas and Defendant Monsanto Company's Stipulation of Dismissal With Prejudice, it is on this __1st__ day of __May__, 2019, hereby:

**ORDERED** that the Stipulation for Dismissal With Prejudice is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

Hon. Vince Chhabria
Judge, U.S. District Court for the
Northern District of California