# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Rodney Allen Woodruff, Cause No. 3:17-cv-06606 (N.D. Cal.) | |

## **PROPOSED ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal without Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal without Prejudice as to Plaintiff Rodney Allen Woodruff;

**IT IS SO ORDERED.**

Dated: ~~February~~ May 1 __, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

698667 v1