**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Patrick Leonard Tierney and Christy Anna Tierney v. Monsanto Co. et al.*, Case No. 3:19-cv-01937-VC | |

## <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

    1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

    2.      Bayer AG is a publicly held corporation.

DATED:  May 2, 2019              Respectfully submitted,

                             /s/ Joe G. Hollingsworth
                             Joe G. Hollingsworth (*pro hac vice*)
                             (jhollingsworth@hollingsworthllp.com)
                             Eric G. Lasker (*pro hac vice*)
                             (elasker@hollingsworthllp.com)
                             HOLLINGSWORTH LLP
                             1350 I Street, N.W.
                             Washington, DC  20005
                             Telephone:  (202) 898-5800
                             Facsimile:   (202) 682-1639

                             *Attorneys for Defendant*
                             *MONSANTO COMPANY*