UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 143: ORDER UNSEALING TRIAL TRANSCRIPTS** |

The Court orders unsealed all portions of the trial transcript from the following dates:

- February 26, 2019
- February 27, 2019
- March 1, 2019

**IT IS SO ORDERED.**

Date: May 3, 2019

_____
Honorable Vince Chhabria
United States District Court