1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ◆ FAX 310-481-7650

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY ACTION | MDL 2741 |
| | Case No. 3:16-md-02741-VC |
| | **[PROPOSED] ORDER GRANTING DEFENDANT AZUSA PACIFIC UNIVERSITY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
| THIS DOCUMENT RELATES TO: *Shaun Graef and Janelle Pitchford v. Monsanto Co. and Azusa Pacific University,* No. 2:19-cv-02290-DMG-SK (C.D. Cal.), No. 3:16-md-02741-VC (N.D. Cal.) | Date:    June 6, 2019<br>Time:    10:00 a.m.<br>Crtrm.:  4 (17th Floor)<br><br>The Hon. Vince Chhabria |

Having considered the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendant AZUSA PACIFIC UNIVERSITY ("APU") in response to the Complaint of Plaintiffs SHAUN GRAEF and JANELLE PITCHFORD ("Plaintiffs"), including the Request for Judicial Notice supporting the Motion, and any opposition, reply, and oral argument presented, the Court hereby finds as follows:

1.     APU's Request for Judicial Notice is granted.  Pursuant to Rule 201 of the Federal Rules of Evidence, the Court takes judicial notice of the matters described in the Request.

[PROPOSED] ORDER GRANTING DEFENDANT AZUSA PACIFIC UNIVERSITY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

2.      Plaintiffs have not stated a plausible claim for relief against APU.  Plaintiffs'
Complaint does not meet the requirements of Rule 8 of the Federal Rules of
Civil Procedure.

3.      It is apparent that allowing Plaintiffs leave to amend their Complaint as to
APU would be futile.  Thus it would be proper to deny Plaintiffs leave to
amend.  *Lockman Found. v. Evangelical Alliance Mission,* 930 F.2d 764 (9th
Cir. 1991).

        Therefore, APU's Motion is GRANTED.  Pursuant to Rule 12(b)(6) of the
Federal Rules of Civil Procedure, Plaintiffs' Complaint, and each and every claim
for relief therein against APU, is dismissed WITH PREJUDICE.

        **IT IS SO ORDERED.**

DATED:  June ___, 2019

_____

Hon. Vince Chhabria
United States District Court
Northern District of California

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

[PROPOSED] ORDER GRANTING DEFENDANT AZUSA PACIFIC UNIVERSITY'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(B)(6)

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On May 3, 2019, I served the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT AZUSA PACIFIC UNIVERSITY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 3, 2019, at Los Angeles, California.

/s/ Adriana C. Moreno
Adriana C. Moreno

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**SERVICE LIST**

**UNITED STATES DISTRICT COURT -
NORTHERN DISTRICT OF CALIFORNIA**

**IN RE: ROUNDUP PRODUCTS LIABILITY ACTION
THIS DOCUMENT RELATES TO:**

*Shaun Graef and Janelle Pitchford v. Monsanto Co. and Azusa Pacific
University,*

**No. 2:19-cv-02290-DMG-SK (C.D. Cal.),
No. 3:16-md-02741-VC (N.D. Cal.)**

Thomas V. Girardi, Esq.
Christopher T. Aumais, Esq.
Ashkahn Mohamadi, Esq.
GIRARDI KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211 / Fax: (213) 481-1554
E-mail: amohamadi@girardikeese.com
          caumais@girardikeese.com

**Attorneys for Plaintiffs, SHAUN
GRAEF; and JANELLE
PITCHFORD**

E. Alex Beroukhim, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4000/ Fax: (213) 243-4199
E-mail: alex.beroukhim@arnoldporter.com

**Attorneys for Defendant, MONSANTO COMPANY**

Richard A. Clark, Esq.
Steven R. Platt, Esq.
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN, P.C.
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440
Tel: (213) 683-6500/ Fax: (213) 683-6669
E-mail: rclark@pmcos.com
          splatt@pmcos.com

**Attorneys for Defendant, MONSANTO COMPANY**

[PROPOSED] ORDER GRANTING DEFENDANT AZUSA PACIFIC UNIVERSITY'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(B)(6)