Victoria L. Ersoff (State Bar No. 161795)
versoff@wshblaw.com
Emil A. Macasinag (State Bar No. 256953)
emacasinag@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendant AZUSA PACIFIC UNIVERSITY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY ACTION | MDL 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: *Shaun Graef and Janelle Pitchford v. Monsanto Co. and Azusa Pacific University,* No. 2:19-cv-02290-DMG-SK (C.D. Cal.), No. 3:16-md-02741-VC (N.D. Cal.) | **DEFENDANT AZUSA PACIFIC UNIVERSITY'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** |
| | The Hon. Vince Chhabria |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AZUSA PACIFIC UNIVERSITY hereby states there is no corporation which owns ten percent or more of its stock.

DATED:  May 6, 2019

WOOD, SMITH, HENNING & BERMAN LLP

By: /s/ Emil A. Macasinag
VICTORIA L. ERSOFF
EMIL A. MACASINAG
Attorneys for Defendant AZUSA PACIFIC UNIVERSITY

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On May 6, 2019, I served the following document(s) described as **DEFENDANT AZUSA PACIFIC UNIVERSITY'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2019, at Los Angeles, California.

/s/ Adriana C. Moreno  
Adriana C. Moreno

# SERVICE LIST

## UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

### IN RE: ROUNDUP PRODUCTS LIABILITY ACTION
### THIS DOCUMENT RELATES TO:

*Shaun Graef and Janelle Pitchford v. Monsanto Co. and Azusa Pacific University,*

**No. 2:19-cv-02290-DMG-SK (C.D. Cal.),**
**No. 3:16-md-02741-VC (N.D. Cal.)**

Thomas V. Girardi, Esq.
Christopher T. Aumais, Esq.
Ashkahn Mohamadi, Esq.
GIRARDI KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
E-mail: amohamadi@girardikeese.com
   caumais@girardikeese.com

**Attorneys for Plaintiffs,
SHAUN GRAEF and
JANELLE PITCHFORD**

Richard A. Clark, Esq.
Steven R. Platt, Esq.
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN, P.C.
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440
Tel: (213) 683-6500/ Fax: (213) 683-6669
E-mail: rclark@pmcos.com
   splatt@pmcos.com

**Attorneys for Defendant,
MONSANTO COMPANY**

E. Alex Beroukhim, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199
E-mail: alex.beroukhim@arnoldporter.com

**Attorneys for Defendant,
MONSANTO COMPANY**