Victoria L. Ersoff (State Bar No. 161795)
versoff@wshblaw.com
Emil A. Macasinag (State Bar No. 256953)
emacasinag@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendant AZUSA PACIFIC UNIVERSITY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY ACTION | MDL 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: *Shaun Graef and Janelle Pitchford v. Monsanto Co. and Azusa Pacific University,* No. 2:19-cv-02290-DMG-SK (C.D. Cal.), No. 3:16-md-02741-VC (N.D. Cal.) | **DEFENDANT AZUSA PACIFIC UNIVERSITY'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES PURSUANT TO CIVIL L.R. 3-15** |
| | The Hon. Vince Chhabria |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND**

**THEIR COUNSEL OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  May 6, 2019          WOOD, SMITH, HENNING & BERMAN LLP

By:     /s/ Emil A. Macasinag
         VICTORIA L. ERSOFF
         EMIL A. MACASINAG
Attorneys for Defendant AZUSA PACIFIC UNIVERSITY

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On May 6, 2019, I served the following document(s) described as **DEFENDANT AZUSA PACIFIC UNIVERSITY'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES PURSUANT TO CIVIL L.R. 3-15** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2019, at Los Angeles, California.

/s/ Adriana C. Moreno
Adriana C. Moreno

## SERVICE LIST

## UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

## IN RE: ROUNDUP PRODUCTS LIABILITY ACTION
## THIS DOCUMENT RELATES TO:

**Shaun Graef and Janelle Pitchford v. Monsanto Co. and Azusa Pacific University,**
**No. 2:19-cv-02290-DMG-SK (C.D. Cal.),**
**No. 3:16-md-02741-VC (N.D. Cal.)**

Thomas V. Girardi, Esq.
Christopher T. Aumais, Esq.
Ashkahn Mohamadi, Esq.
GIRARDI KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
E-mail: amohamadi@girardikeese.com
        caumais@girardikeese.com

**Attorneys for Plaintiffs, SHAUN GRAEF and JANELLE PITCHFORD**

Richard A. Clark, Esq.
Steven R. Platt, Esq.
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN, P.C.
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440
Tel: (213) 683-6500
Fax: (213) 683-6669
E-mail: rclark@pmcos.com
        splatt@pmcos.com

**Attorneys for Defendant, MONSANTO COMPANY**

E. Alex Beroukhim, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199
E-mail: alex.beroukhim@arnoldporter.com

**Attorneys for Defendant, MONSANTO COMPANY**