# EXHIBIT 6

03/01/2019 FRI 10:34  FAX 213 683 6669 Parker Milliken

21105574

**FILED**
ALAMEDA COUNTY

MAR 0 5 2019

CLERK OF THE SUPERIOR COURT
By_____ Deputy

1

2

3

4

5

6

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **FOR THE COUNTY OF ALAMEDA**

10

| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550) | JCCP NO. 4953 |
|---|---|
| ROUNDUP PRODUCTS CASES | ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH DEPT. 21 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS AND *Archambault, et al. v. Monsanto Company, et al.*, Case No. CGC-19-573058 (San Francisco County) | [~~PROPOSED~~] ORDER: ADDITION OF *ARCHAMBAULT* CASE TO JCCP AND STAY OF CASE  Stipulation Regarding [Proposed] Order filed concurrently herewith  BY FAX |

19   ///

20   ///

21   ///

22

23

24

25

26

27

28

_____
[~~PROPOSED~~] ORDER RE: ADDITION OF *ARCHAMBAULT* CASE TO JCCP

1    For good cause shown, the Court hereby orders as follows:

2        The case listed below shall be designated as complex and added to JCCP 4953, and the

3    case shall be stayed in its home jurisdiction pursuant to Rules 3.529(b) and 3.544(d) of the

4    California Rules of Court.

| Case name | Case No. | Court | Filing Date |
|-----------|----------|-------|-------------|
| *Archambault, et al. v. Monsanto Company, et al.* | CGC-19-573058 | San Francisco | 01/23/19 |

9        IT IS SO ORDERED.

11   Date: _March 5_____, 2019

                                        _Winifred Y. Smith_
                                        HONORABLE WINIFRED Y. SMITH

---

[PROPOSED] ORDER RE: ADDITION OF *ARCHAMBAULT* CASE TO JCCP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

<u>Archambault, et al. v. Monsanto Company, et al.</u>, Case No. CGC-19-573058

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071, mhendrix@pmcos.com.

On March 22, 2019 I served the document described as **NOTICE OF ADDITION OF CASE TO JCCP 4953 AND STAY OF CASE** on the following by submitting an electronic version of the document via FTP upload to the Court's Electronic Filing and Service Provider, One Legal.

Devin Bolton
WEITZ & LUXENBERG, P.C.
A New York Professional Corporation
1880 Century Park East, Suite 700
Los Angeles, CA  90067
*Attorneys for Plaintiffs*

In addition, on March 22, 2019, I served a true and correct copy of the document described as **NOTICE OF ADDITION OF CASE TO JCCP 4953 AND STAY OF CASE** via United States Mail as follows:

Robin Greenwald
WEITZ & LUXENBERG, P.C.
A New York Professional Corporation
700 Broadway
New York, New York 10003
*Attorneys for Plaintiffs*

☒     (BY MAIL) By placing a true copy in envelope(s) addressed as referenced above. The envelope(s) were then sealed and deposited for collection and mailing in accordance with my employer's normal procedures.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service, with all postage prepaid, at Los Angeles, California, on the same day in the ordinary course of business.

1    Finally, on March 22, 2019, I also served a true and correct copy of the document

2  described as **NOTICE OF ADDITION OF CASE TO JCCP 4953 AND STAY OF CASE** by

3  email on the Judicial Council of California at the email address that follows:

4

5    Judicial Council of California
     coordination@jud.ca.gov

6

7    I declare under penalty of perjury under the laws of the State of California that the

8  foregoing is true and correct, and that this Proof of Service was executed on

9  March 22, 2019 at Los Angeles, California.

10

11    _____
                Marianne Hendrix

PROOF OF SERVICE