# EXHIBIT 9

FILED
ALAMEDA COUNTY
SEP 0 6 2018
CLERK OF THE SUPERIOR COURT
By _____ Deputy

20910610

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF ALAMEDA

| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550) ROUNDUP PRODUCTS CASES THIS DOCUMENT RELATES TO: ALL ACTIONS | JCCP NO. 4953 JUDGE IOANA PETROU DEPARTMENT 17 [PROPOSED] CASE MANAGEMENT ORDER NO. 14: VENUE, JOINDER, AND/OR SEVERANCE |
|---|---|

For good cause shown, the Court hereby orders as follows:

Any deadlines that may apply to multi-plaintiff lawsuits that have been or will be added to JCCP 4953 with respect to any answers, motions, demurrers, or other objections by defendants regarding venue, joinder, and/or severance are deferred until a date to be determined by the Court.

IT IS SO ORDERED.

Date: __9/6__, 2018

_____
HONORABLE IOANA PETROU

## CLERK'S DECLARATION OF SERVICE

Coordination Proceeding Special Title (Rule 3.550)
Roundup Products Cases
Alameda County Superior Court
Case No. JCCP 4953

I certify that I am not a party to this cause and that on the date stated below I caused a true copy of the foregoing **CASE MANAGEMENT ORDER NO. 14 VENUE, JOINDER, AND/OR SEVERANCE** to be served electronically, addressed as follows:

(X)  E-MAIL OR ELECTRONIC TRANSMISSION: In accordance with the Court's Order (CMO No. 2) governing Case No. JCCP 4953 authorizing all documents to be served electronically upon interested parties via Case Anywhere and its litigation system...

I declare under penalty of perjury that the same is true and correct.

Executed on September 6, 2018

Chad Finke
Executive Officer/Clerk of the Superior Court

By: *Pam Williams*, Deputy Clerk
Department 17