UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

RALPH A. APPLEGATE
    PLAINTIFF,

versus

    CASE :18-72281
    CASE :16-MDL-02741-VC
    CASE :3:18-CV-03363-VC

MONSANTO COMPANY
    DEFENDANT,

TOXICITY of ARSENIC 2231 HUMAN

Arsenic is a metal that can generate multiple adverse health effects because of many chemical forms it takes.

Arsine gas (AsH3) is most toxic compound having a fatal dose of 250mg/m3, what is that, at an exposure time of 30 minutes.( Bissen and Frimmel, 2003a)

    Lethal dose(LD50)for sodium arsinite is 4.5 mg/kg.

    Lethal dose (LD50)for sodium arsenate is 14 to 18 mg/kg.

    Lethal dose (LD50) for arsenic trioxide is 34.5 mg/kg(Fatal dose for adults).

    Lethal dose (LD50)for dimethylarsinic acid is 1200 mg/kg,

    Lethal dose for monomethylar-sonic acid is 1800 mg/kg

    Lethal dose for trimethylarsine is 8000 mg/kg (Yamauchi and Fowler ,1994);( Bissel and Frimmel, 2003a). Dr. Darrin Lew, Thursday,

April 16, 2015, last updated . This was modified by plaintiff Applegate to place them in their proper numerical order. There were a total of 18 different referenced authors for this writing, most to date that have been referenced in relevent articles .

Plaintiff Applegate has not searched names of Canadian scientists , and 4 and/or 5 American, including Cornell University scientists, who agree that it is those lower acute numbered LD50 toxicities that cause cancers , not those higher acute numbered LD50 toxicities like that of Glyphosate LD50 of 5660 mg/kg !

Glyphosate LD50 toxicity is therefore much too high as Monsanto has claimed to even be possibly considered that cause of NHL cancers ! Useage of 11200 plaintiff's Glyphosate "Shaky" evidence in three(3) previous trials has been in serious violation of plaintiff Applegate's and defendant Monsanto's process rights .

Plaintiff Applegate stays and still pursues his cause and effect claim for Roundup causing Waldenstrom Macroglobulinemia , and other NHL's !

Plaintiff Applegate requests Justice Chhabria, sua sponte, order discovery of all ingredients in Roundup from defendant Monsanto, and which particular Arsenic causes "skin lesions" as Justice Chhabria has previously denied any "process" for plaintiff Applegate .This request applies to all other plaintiff's now than 11200 !

Respectfully submitted

p.2

Signed /s/ Ralph A. Applegate
Ralph A. Applegate, Plaintiff/Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

Defendant Chief Counsel
Joe Hollingsworth
Hollingsworth LLP
1350 I. Street NW
Washington ,DC 20005
jhollingsworth@hollingsworthllp.com

Certificate of Service

Plaintiff certifies that one copy each of "TOXICITY of ARSENIC 2231 HUMAN "is being regular mailed, to Clerk of U.S. District Court, Northern District of California, Clerk to efile or hand-carry to Justice Chhabria, and regular mailed to Clerk, 9th Circuit Court of Appeals, and to Defendant Chief Counsel, Joe Hollingsworth on, or before April 29, 2019.

Ralph A. Applegate
1544 Zetter Road
Columbus, Ohio 43227

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA, 94102