**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:   202-898-5843
Fax:   202-682-1639

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:   202-942-5000
Fax:   202-942-5999

S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel:   415-471-3100
Fax:   415-471-3400

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
|---|---|
| | MDL No. 2741 |
| This document relates to: | **DEFENDANT MONSANTO COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |
| *Rob Abreu v. Monsanto Co.*, Case No. 3:19-cv-01587-VC | |
| | Date: May 22, 2019
Time: 10:00 a.m.
Courtroom:   4 |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendant Monsanto Company ("Monsanto") requests that the Court take judicial notice of the following exhibits attached hereto in support of Monsanto's Opposition to Plaintiffs' Motion to Remand:

**Exhibit 1**: A true and correct copy of the January 25, 2019 Order issued by the Superior Court for Alameda County, California in JCCP No. 4953 ("JCCP Severance Order"). *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Jan. 25, 2019).

**Exhibit 2**: A true and correct copy of the July 14, 2017 Order issued by the Superior Court for Alameda County, California in the *Billings* case. *Billings v. Monsanto Co.*, No. RG17852375 (Cal. Super. Ct. Alameda Cty. July 14, 2017).

**Exhibit 3**: A true and correct copy of the July 26, 2017 Order issued by the Superior Court for Alameda County, California in the *Woodbury* case. *Woodbury v. Monsanto Co.*, No. RG17855094 (Cal. Super. Ct. Alameda Cty. July 26, 2017).

**Exhibit 4**: A true and correct copy of the January 22, 2019 Tentative Ruling issued by the Superior Court for Alameda County, California in JCCP No. 4953. *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Jan. 22, 2019).

**Exhibit 5**: A true and correct copy of the February 25, 2019 Revised Stipulation and Proposed Order filed by the parties to request that Judge Smith add the *Abreu* lawsuit to JCCP No. 4953. *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Feb. 25, 2019).

**Exhibit 6**: A true and correct copy of the February 26, 2019 Order issued by the Superior Court for Alameda County, California, which added the *Abreu* case to JCCP No. 4953. *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Feb. 26, 2019).

**Exhibit 7**: A true and correct copy of the October 26, 2017 Defendants' Case Management Conference Statement filed by Defendants in numerous Roundup® cases pending in the Superior Court for Alameda County, California, including the *Pennie* case. *Pennie v. Monsanto Co.*, No. RG17853420 (Cal. Super. Ct. Alameda Cty. Oct. 26, 2017) (also filed in other Roundup® cases).

**Exhibit 8**: A true and correct copy of the November 9, 2017 Case Management Order issued by the Superior Court for Alameda County, California in numerous Roundup® cases,

including the *Pennie* case.  *Pennie v. Monsanto Co.*, No. RG17853420 (Cal. Super. Ct. Alameda Cty. Nov. 9, 2017) (order also entered in other Roundup® cases).

**Exhibit 9**:  A true and correct copy of Case Management Order No. 14 issued by the Superior Court for Alameda County, California in JCCP No. 4953 on September 6, 2018.  *In re Roundup Prods. Cases*, No. JCCP 4953 (Cal. Super. Ct. Alameda Cty. Sept. 6, 2018).

Rule 201(b)(2) requires a federal court to take judicial notice "if a party requests it and the court is supplied with the necessary information."  Thus, district court judges repeatedly have taken judicial notice of various types of state court orders and parties' litigation filings that are part of a state court file because "[p]ublic records, including judgments and other court documents, are proper subjects of judicial notice."  *Loumena v. Kennedy*, No. 15-CV-00951-LHK, 2015 WL 5963988, at *6 (N.D. Cal. Oct. 13, 2015), *aff'd*, 671 F. App'x 446 (9th Cir. 2016); *see, e.g.*, *Rasooly v. California*, No. 14-cv-04521-JSC, 2015 WL 1222167, at *2 n.4 (N.D. Cal. Mar. 17, 2015) (taking judicial notice of state court orders and filings available in state court's file), *aff'd*, 691 F. App'x 432 (9th Cir. 2017).  Moreover, it is appropriate for a federal court to take judicial notice, for a limited purpose, of the existence of a state court's tentative ruling.  *See Lee v. Bender*, No. C 04-2637 SBA, 2005 WL 1388968, at *8-9 (N.D. Cal. May 11, 2005).

Here, Monsanto requests that this Court take judicial notice of the JCCP Severance Order (Exhibit 1) issued by Judge Smith for the purpose of determining that Judge Smith ordered severance of each plaintiff's claims in this multi-plaintiff lawsuit from each other plaintiff's claims by requiring the filing of single-plaintiff complaints.  Monsanto asks this Court to take judicial notice of the misjoinder/severance rulings issued in the *Billings* case (Exhibit 2) and the *Woodbury* case (Exhibit 3) because Judge Smith cited those rulings with approval in the JCCP Severance Order.  The Court also should take judicial notice of Judge Smith's January 22, 2019 Tentative Ruling (Exhibit 4) for the limited purpose of: (a) comparing Paragraph 2 of that tentative ruling to the corresponding Paragraph 2 of the final ruling issued by Judge Smith on January 25, 2019 – the JCCP Severance Order; and (b) determining that, after plaintiffs' counsel's argument at the January 25, 2019 hearing (transcript excerpts attached as Exhibit 1 to the accompanying Declaration of

1  Martin Calhoun), Judge Smith issued her final ruling in the JCCP Severance Order with a revised
2  Paragraph 2 that gave plaintiffs substantial additional time to effectuate the JCCP Severance Order
3  by filing individual complaints.  Monsanto requests that this Court take judicial notice of: (a) the
4  February 25, 2019 Revised Stipulation and Proposed Order filed by the parties to request that
5  Judge Smith add the *Abreu* lawsuit to JCCP No. 4953 (Exhibit 5) because this stipulation shows
6  that plaintiffs voluntarily added the *Abreu* lawsuit to JCCP No. 4953 and voluntarily made the
7  *Abreu* lawsuit subject to Judge Smith's JCCP Severance Order; and (b) Judge Smith's February 26,
8  2019 Order adding the *Abreu* case to JCCP No. 4953 (Exhibit 6) because that order made the
9  *Abreu* lawsuit subject to the JCCP Severance Order and opened a 30-day window for Monsanto to
10 file its Notice of Removal, in accordance with 28 U.S.C. § 1446(b)(3).  In addition, Monsanto
11 requests that this Court take judicial notice of the October 26, 2017 Defendants' Case Management
12 Conference Statement filed in numerous Roundup® cases in the Superior Court for Alameda
13 County, California (Exhibit 7), because that filing shows that, when the Alameda County
14 Roundup® litigation was re-assigned to Judge Petrou, Monsanto reiterated its prior objections to
15 multi-plaintiff complaints and sought severance.  This Court should also take judicial notice of the
16 November 9, 2017 Case Management Order (Exhibit 8) issued by the Superior Court for Alameda
17 County, California, in numerous Roundup® cases, for the purpose of recognizing that Judge Petrou
18 ordered that the prior severance orders issued in the Alameda County Roundup® litigation "remain
19 in full force and effect" and directed plaintiffs in a multi-plaintiff Roundup® lawsuit to "file new,
20 separate single-plaintiff complaints."  Finally, this Court should take judicial notice of Case
21 Management Order No. 14 (Exhibit 9) issued by Judge Petrou on September 6, 2018, because that
22 order deferred any obligation for Monsanto to file responses of any type – including answers,
23 motions, or demurrers – to complaints in "multi-plaintiff lawsuits that have been or will be added
24 to JCCP 4953 . . . until a date to be determined by the Court."
25 / / / / /
26 / / / / /
27 / / / / /
28

For the foregoing reasons, Monsanto requests that the Court take judicial notice of the nine attached exhibits.

DATED: May 7, 2019                                     Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Tel:   202-898-5843
Fax:   202-682-1639

William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:   202-942-5000
Fax:   202-942-5999

S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel:   415-471-3100
Fax:   415-471-3400

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

Attorneys for Defendant
MONSANTO COMPANY