# EXHIBIT 5

1  Michael L. Baum (SBN 119511)
   R. Brent Wisner (SBN 276023)
2  Pedram Esfandiary (SBN 312569)
   BAUM HEDLUND ARISTEI GOLDMAN PC
3  12100 Wilshire Blvd., Suite 950
   Los Angeles, CA 90025
4  Phone: (310) 207-3233; Fax: (310) 820-7444
   mbaum@baumhedlundlaw.com; rbwisner@baumhedlundlaw.com;
5  pesfandiary@baumhedlundlaw.com

6  *Attorneys for JCCP Plaintiffs*

7  Richard A. Clark (SBN 39558)
   Steven R. Platt (SBN 245510)
8  PARKER, MILLIKEN, CLARK,
   O'HARA & SAMUELIAN, P.C.
9  555 S. Flower St., 30th Floor
   Los Angeles, CA 90071-2440
10 Phone: (213) 683-6500; Fax: (213) 683-6669
   rclark@pmcos.com; splatt@pmcos.com
11
   Joe G. Hollingsworth (appearance *pro hac vice*)
12 Eric G. Lasker (appearance *pro hac vice*)
   Martin C. Calhoun (appearance *pro hac vice*)
13 HOLLINGSWORTH LLP
   1350 I Street, N.W.
14 Washington, DC 20005
   Phone: (202) 898-5800; Fax: (202) 682-1639
15 jhollingsworth@hollingsworthllp.com; elasker@hollingsworthllp.com;
   mcalhoun@hollingsworthllp.com
16

17 *Attorneys for JCCP Defendants*

FILED BY FAX
ALAMEDA COUNTY
February 25, 2019
CLERK OF
THE SUPERIOR COURT
By Lynn Wiley, Deputy
CASE NUMBER:
JCCP004953

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>ROUNDUP PRODUCTS CASES<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS AND<br><br>*Limbach, et al. v. Monsanto Company, et al.*,<br>Case No.: CGC-18-571668 (S.F. County);<br><br>*Abreu, et al. vs. Monsanto Company*, et al.,<br>Case No. CGC-18-571705 (S.F. County);<br><br>*Chupa, et al. vs. Monsanto Company*, et al.,<br>Case No.: CGC-18-571983 (S.F. County) | JCCP NO. 4953<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH<br>DEPT. 21<br><br>**REVISED STIPULATION REGARDING [PROPOSED] ORDER: ADDITION OF *LIMBACH*, *ABREU*, AND *CHUPA* CASES TO JCCP AND STAY OF CASES**<br><br>[Proposed] Order Filed concurrently herewith<br><br>BY FAX |

REVISED STIP. RE [PROPOSED] ORDER: ADDITION OF *LIMBACH*, *ABREU*, AND *CHUPA* CASES TO JCCP

1   WHEREAS, on January 4, 2018, the Alameda County Superior Court issued an order that
2 granted a petition for coordination of numerous California state court Roundup® product liability
3 lawsuits, and the coordinated proceedings are now pending in Department 21 of this Court (Judge
4 Smith) as *Roundup Products Cases*, JCCP 4953;

5   WHEREAS, the following cases are Roundup® product liability cases that are not included in
6 JCCP 4953:

| Case name | Case No. | Court | Filing Date |
|---|---|---|---|
| *Limbach, et al. v. Monsanto Company, et al.* | CGC-18-571668 | San Francisco | 11/29/2018 |
| *Abreu, et al. v. Monsanto Company, et al.* | CGC-18-571705 | San Francisco | 11/30/2018 |
| *Chupa, et al. v. Monsanto Company, et al.* | CGC-18-571983 | San Francisco | 12/10/2018 |

13   WHEREAS, the parties agree that the *Limbach, Abreu*, and *Chupa* cases should be designated
14 as complex and added to JCCP 4953;

15   WHEREAS, the parties further agree that the *Limbach, Abreu*, and *Chupa* cases shall be
16 stayed in their home jurisdictions pursuant to Rules 3.529(b) and 3.544(d) of the California Rules of
17 Court and Paragraph 7 of the Court's January 25, 2019 Order;

18   WHEREAS, Defendants reiterate their prior position that coordination is appropriate only for
19 pre-trial purposes, and Defendants expressly reserve all of their rights to object to, or otherwise
20 challenge, coordination for anything other than pre-trial purposes, and to assert other objections and
21 defenses to JCCP 4953 or any case therein;

22   The parties hereby stipulate that the *Limbach, Abreu*, and *Chupa* cases shall be designated as
23 complex and added to JCCP 4953, and the cases shall be stayed in their home jurisdictions, and the
24 parties submit concurrently herewith for entry by this Court [Proposed] Order: Addition of *Limbach,*
25 *Abreu,* and *Chupa* Cases to JCCP and Stay of Cases.

26 ///
27 ///
28 ///

1
REVISED STIP. RE [PROPOSED] ORDER: ADDITION OF *LIMBACH*, *ABREU*, AND *CHUPA* CASES TO JCCP

IT IS SO STIPULATED.

Dated:  February 25, 2019                 BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

/s/ Pedram Esfandiary  *
R. Brent Wisner (SBN: 276023)
Michael L. Baum, Esq. (SBN: 119511)
Pedram Esfandiary (SBN: 312569)

THE MILLER FIRM, LLC
Michael J. Miller (appearance *pro hac vice*)

MILLER DELLAFERA PLC
Peter Miller (appearance *pro hac vice*)

*Attorneys for JCCP Plaintiffs*

Dated:  February 25, 2019                 HOLLINGSWORTH LLP

/s/ Martin C. Calhoun *
Joe G. Hollingsworth (appearance *pro hac vice*)
Eric G. Lasker (appearance *pro hac vice*)
Martin C. Calhoun (appearance *pro hac vice*)

PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN, P.C.
Richard A. Clark (SBN 039558)
Steven R. Platt (SBN 245510)

*Attorneys for JCCP Defendants*

* Martin C. Calhoun and Pedram Esfandiary have agreed to permit their e-signatures to be affixed to this document.

2

REVISED STIP. RE [PROPOSED] ORDER: ADDITION OF *LIMBACH*, *ABREU*, AND *CHUPA* CASES TO JCCP

## PROOF OF ELECTRONIC SERVICE

*Roundup Products Cases*, Case No. JCCP 4953
Alameda County Superior Court

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071.

On February 25, 2019, I served a true and correct copy of the document described as **REVISED STIPULATION REGARDING [PROPOSED] ORDER: ADDITION OF LIMBACH, ABREU, AND CHUPA CASES TO JCCP AND STAY OF CASES** on the interested parties by electronic transfer to Case Anywhere via the Internet, pursuant to the Court's Case Management Order No. 2 Authorizing Electronic Service dated March 23, 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Electronic Service was executed on February 25, 2019 at Los Angeles, California.

*Marianne Hendrix*
Marianne Hendrix

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>ROUNDUP PRODUCTS CASES | JCCP NO. 4953<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH<br>DEPT. 21 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS AND<br><br>*Limbach, et al. v. Monsanto Company, et al.,* Case No.: CGC-18-571668 (S.F. County);<br><br>*Abreu, et al. vs. Monsanto Company*, et al., Case No. CGC-18-571705 (S.F. County);<br><br>*Chupa, et al. vs. Monsanto Company,* et al., Case No.: CGC-18-571983 (S.F. County) | **[PROPOSED] ORDER: ADDITION OF *LIMBACH*, *ABREU*, AND *CHUPA* CASES TO JCCP AND STAY OF CASES**<br><br>Revised Stipulation Regarding [Proposed] Order filed concurrently herewith<br><br>BY FAX |

///

///

///

[PROPOSED] ORDER: ADDITION OF *LIMBACH*, *ABREU*, AND *CHUPA* CASES TO JCCP

1  For good cause shown, the Court hereby orders as follows:

2  The cases listed below shall be designated as complex and added to JCCP 4953, and the
3  cases shall be stayed in their home jurisdictions pursuant to Rules 3.529(b) and 3.544(d) of the
4  California Rules of Court.

| Case name | Case No. | Court | Filing Date |
|---|---|---|---|
| *Limbach, et al. v. Monsanto Company, et al.* | CGC-18-571668 | San Francisco | 11/29/2018 |
| *Abreu, et al. v. Monsanto Company, et al.* | CGC-18-571705 | San Francisco | 11/30/2018 |
| *Chupa, et al. v. Monsanto Company, et al.* | CGC-18-571983 | San Francisco | 12/10/2018 |

IT IS SO ORDERED.

Date: _____, 2019

_____
HONORABLE WINIFRED Y. SMITH

**PROOF OF ELECTRONIC SERVICE**

*Roundup Products Cases*, Case No. JCCP 4953
Alameda County Superior Court

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071.

On February 25, 2019, I served a true and correct copy of the document described as **[PROPOSED] ORDER: ADDITION OF LIMBACH, ABREU, AND CHUPA CASES TO JCCP AND STAY OF CASES** on the interested parties by electronic transfer to Case Anywhere via the Internet, pursuant to the Court's Case Management Order No. 2 Authorizing Electronic Service dated March 23, 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Electronic Service was executed on February 25, 2019 at Los Angeles, California.

*/s/ Marianne Hendrix*
Marianne Hendrix