# EXHIBIT 8

FILED
ALAMEDA COUNTY
NOV 0 9 2017
CLERK OF THE SUPERIOR COURT
By _____
Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

**ADDITIONAL CASE CAPTIONS SET FORTH ON FOLLOWING PAGES**

| | |
|---|---|
| LORETTA PENNIE, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, WILBUR-ELLIS FEED, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. RG17 853420<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE IOANA PETROU, DEPARTMENT 15<br><br>CASE MANAGEMENT ORDER<br><br>CMC date: November 2, 2017<br>Time: 9:15 a.m. |
| MILLARD BILLINGS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC,<br><br>Defendants. | Case No. RG17 852375 |

| | | |
|---|---|---|
| 1 | GINO ROTH, | Case No. RG17 854000 |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | | |
| 8 | MICHAEL WOODBURY, *et al.*, | Case No. RG17 855094 |
| 9 | Plaintiffs, | |
| 10 | v. | |
| 11 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 12 | | |
| 13 | Defendants. | |
| 14 | | |
| 15 | ALVA PILLIIOD, *et al*, | Case No. RG17 862702 |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |
| 22 | GAYLE MICHEL, | Case No. RG17 872413 |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

| | | |
|---|---|---|
| 1 | WILLIAM CLEVENGER, | Case No. RG17 872423 |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | | |
| 8 | KELLY BEZZERIDES, | Case No. RG17 873193 |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 12 | | |
| 13 | Defendants. | |
| 14 | | |
| 15 | JOHN NOVAK, | Case No. RG17 876078 |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |
| 22 | CHARLES BAKER, | Case No. RG17 876143 |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

CASE MANAGEMENT ORDER

| | | |
|---|---|---|
| 1 | SHARON MCCLURG, | Case No. RG17 876148 |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | | |
| 8 | MARJORIE GRUBKA, | Case No. RG17 876229 |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 12 | | |
| 13 | Defendants. | |
| 14 | | |
| 15 | THOMAS BARBA, | Case No. RG17 876711 |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 19 | | |
| 20 | Defendants. | |

CASE MANAGEMENT ORDER

| | | |
|---|---|---|
| 1 | VERONICA THOMPSON, | Case No. RG17 876733 |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, WILBUR-ELLIS FEED, LLC, and DOES 1 through 100, inclusive, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | | |
| 8 | SHARON ROWLAND, | Case No. RG17 876283 |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | MONSANTO COMPANY, WILBUR-ELLIS COMPANY LLC, and WILBUR-ELLIS FEED, LLC, | |
| 12 | | |
| 13 | Defendants. | |

On November 2, 2017 at 9:15 a.m., there was a Case Management Conference in the above-captioned cases in Department 15 of the above-entitled Court, the Honorable Ioana Petrou, Judge Presiding. The Court hereby issues this Case Management Order and directs the Clerk of the Court to file a copy of this order in each of the above-captioned cases.

1. Judge Hernandez's prior orders regarding severance and venue transfer remain in full force and effect, as described in more detail below:

    a. The plaintiffs listed in the table below have already filed new cases in Alameda County. Within seven (7) days of the date of this Order, plaintiffs shall pay the requisite transfer fees to the Alameda County Superior Court of California and shall pay any required transfer and/or initial filing fees in the receiving courts for the cases set forth below:

---

1

CASE MANAGEMENT ORDER

| Plaintiff | New case no. | County to which case shall be transferred |
|---|---|---|
| Gayle Michel | RG17 872413 | Los Angeles |
| Kelly Bezzerides | RG17 873193 | Solano |
| William Clevenger | RG17 872423 | Tulare |
| Veronica Thompson | RG17 876733 | San Diego |
| Thomas Barba | RG17 876711 | Tulare |
| Charles Baker | RG17 876143 | Madera |
| Majorie Grubka | RG17 876229 | Contra Costa |
| Sharon McClurg | RG17 876148 | Placer |
| John Novak | RG17 876078 | San Diego |
| Sharon Rowland | RG17 876283 | San Bernardino |

b.  Plaintiffs in the *Pennie* case (except for Loretta Pennie) shall dismiss their individual cases and file new, separate single-plaintiff complaints within twenty-one (21) days of the date of this Order. The statute of limitations for each of these plaintiffs shall be deemed tolled from March 17, 2017 through and until 21 days from the date of this Order. Each new single-plaintiff complaint shall specifically allege the county in which the plaintiff's injury allegedly occurred. To facilitate prompt venue transfer in accordance with this order, each plaintiff may file their complaints directly in the appropriate venue for that plaintiff or, alternatively, may file the complaint in this Court. If a complaint is filed in this Court, however, Plaintiffs shall also file (contemporaneously with filing each new single-plaintiff complaint) a "Notice to Clerk of Court Regarding Venue Transfer" that shall specify the county in which the plaintiff's injury allegedly occurred and shall have a copy of this order attached as an exhibit. Within seven (7) days of the filing of each new single-plaintiff complaint in this Court, plaintiffs shall pay the requisite transfer fees to the Alameda County Superior Court of California and shall pay any required transfer and/or initial filing fees in the receiving courts.

    c.    Plaintiffs Baker, Novak, Rowland, McClurg, and Grubka have already been dismissed from the *Pilliod* case.

    d.    Plaintiffs Michel, Bezzerides, and Clevenger are hereby dismissed from the *Billings* case, because they each have filed a separate single-plaintiff complaint.

    e.    Plaintiffs Thompson and Barba are hereby dismissed from the *Woodbury* case, because they each have filed a separate, single-plaintiff complaint.

2.    Unless and until a stay order is received in connection with the Petition for Coordination, there shall be no stay of the cases remaining in Alameda County Superior Court.

3.    A further case management conference shall be scheduled for January 12, 2018 at 9:30 am.

**IT IS SO ORDERED.**

DATED: November 9, 2017

IOANA PETROU  
JUDGE OF THE SUPERIOR COURT

## CLERK'S DECLARATION OF MAILING

I certify that I am not a party to this cause and that on the date stated below I caused a true copy of the foregoing CASE MANAGEMENT ORDER to be served and mailed electronically, addressed as follows:

Jeremy C. Shafer
MILLER LEGAL, LLP
 jshafer@millerlegalllp.com

Peter A. Miller
MILLER DELLAFERA, PLC
 pmiller@millerdellafera.com

Richard A. Clark
 rclark@pmcos.com
Steven R. Platt
 splatt@pmcos.com
PARKER, MILLEKEN, CLARK, O'HARA
& SAMUELIAN, P.C.

Eric G. Lasker
 elasker@hollingsworthllp.com
Gregory S. Chernack
 gchernack@hollingsworthllp.com
Martin Calhoun
 MCalhoun@hollingsworthllp.com
HOLLINGSWORTH LLP

Curtis G. Hoke
 choke@millerfirmllc.com
Timothy Litzenburg
 tlitzenburg@millerfirmllc.com
THE MILLER FIRM, LLC

Aimee H. Wagstaff
 aimee.wagstaff@andruswagstaff.com
Kathryn M. Forgie
 kathryn.forgie@andruswagstaff.com
ANDRUS WAGSTAFF, PC

Michael L. Baum
 mbaum@baumhedlundlaw.com
R. Brent Wisner
 rbwisner@baumhedlundlaw.com
Pedram Esfandiary
 pesfandiary@baumhedlundlaw.com
BAUM HEDLUND ARISTEI & GOLDMAN

I declare under penalty of perjury that the same is true and correct.
Executed on November 9, 2017

By: _____
Pam Williams, Deputy Clerk
Department 15