# EXHIBIT 6

E-Served: Mar 12 2019 12:04PM PDT Via Case Anywhere



```
                                             FILED
                                        ALAMEDA COUNTY

                                          MAR 14 2019

                                    CLERK OF THE SUPERIOR COURT
                                    By_____ Deputy
```

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING<br>SPECIAL TITLE (RULE 3.550)<br><br>ROUNDUP PRODUCTS CASES | JCCP NO. 4953<br><br>ASSIGNED FOR ALL PURPOSES TO<br>JUDGE WINIFRED Y. SMITH<br>DEPT. 21 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS AND<br><br>*Ajluni, et al. v. Monsanto Company, et al.,*<br>Case No.: CGC-18-571642 (S.F. County)<br><br>*Rivette, et al. v. Monsanto Company, et al.,*<br>Case No.: CGC-18-571002 (S.F. County)<br><br>*Conyers, et al. v. Monsanto Company, et al.,*<br>Case No.: CGC-19-572706 (S.F. County) | [~~PROPOSED~~] ORDER: ADDITION OF<br>*AJLUNI*, *RIVETTE*, AND *CONYERS* CASES<br>TO JCCP AND STAY OF CASES<br><br>Stipulation Regarding [Proposed] Order filed<br>concurrently herewith<br><br>BY FAX |

///

///

///

---

COURTESY COPY

For good cause shown, the Court hereby orders as follows:

The cases listed below shall be designated as complex and added to JCCP 4953, and the cases shall be stayed in their home jurisdiction pursuant to Rules 3.529(b) and 3.544(d) of the California Rules of Court.

| Case Name | Case No. | Court | Filing Date |
|---|---|---|---|
| *Ajluni, et al. v. Monsanto Company, et al.* | CGC-18-571642 | San Francisco | 11/29/2018 |
| *Rivette, et al. v. Monsanto Company, et al.* | CGC-18-571002 | San Francisco | 12/11/2018 |
| *Conyers, et al. v. Monsanto Company, et al.* | CGC-19-572706 | San Francisco | 01/10/2019 |

IT IS SO ORDERED.

Date: March 14, 2019

HONORABLE WINIFRED Y. SMITH

[~~PROPOSED~~] ORDER: ADDITION OF *AJLUNI, RIVETTE,* AND *CONYERS* CASES TO JCCP

**PROOF OF SERVICE**

<u>Conyers, et al. v. Monsanto Company, et al.</u>, Case No. CGC-19-572706

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071, mhendrix@pmcos.com.

On March 22, 2019, I served a true and correct copy of the document described as **NOTICE OF ADDITION OF CASE TO JCCP 4953 AND STAY OF CASE** via United States Mail as follows:

| | |
|---|---|
| Devin Bolton | Robin Greenwald |
| WEITZ & LUXENBERG, P.C. | WEITZ & LUXENBERG, P.C. |
| A New York Professional Corporation | A New York Professional Corporation |
| 1880 Century Park East, Suite 700 | 700 Broadway |
| Los Angeles, CA 90067 | New York, New York 10003 |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

[X] (BY MAIL) By placing a true copy in envelope(s) addressed as referenced above. The envelope(s) were then sealed and deposited for collection and mailing in accordance with my employer's normal procedures. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service, with all postage prepaid, at Los Angeles, California, on the same day in the ordinary course of business.

In addition, on March 22, 2019, I also served a true and correct copy of the document described as **NOTICE OF ADDITION OF CASE TO JCCP 4953 AND STAY OF CASE** by email on the Judicial Council of California at the email address that follows:

Judicial Council of California
coordination@jud.ca.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on March 22, 2019 at Los Angeles, California.

*/s/ Marianne Hendrix*
_____
Marianne Hendrix