IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Joe Duncan v. Monsanto Co.*,<br>Case No. 3:19-cv-00648-VC | |

## NOTICE OF APPEARANCE

Please enter the appearance of Tom Sims of Baron & Budd, P.C. in the master docket as counsel on behalf of Plaintiff Joe Duncan in *In Re: Roundup Products Liability Litigation*, MDL No. 2741, Case No 3:16-md-02741-VC.

Dated:  May 7, 2019                    BARON & BUDD, P.C.

/s/ Thomas Sims
Thomas Sims, CA SBN 264174
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
TSims@baronbudd.com
Hwerkema@baronbudd.com
zonyeise@baronbudd.com

C*ounsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

By: /s/ Thomas Sims
     Thomas Sims
