IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Joe Duncan v. Monsanto Co.*,<br>Case No. 3:19-cv-00648-VC | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

IT IS SO STIPULATED.

Dated: May 7, 2019         BARON & BUDD, P.C.

s/ Tom Sims
Tom Sims, CA SBN 264174
3102 Oak Lawn Ave Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
TSims@baronbudd.com
Hwerkema@baronbudd.com
zonyeise@baronbudd.com
*Counsel for Plaintiff*

523488.1                    2

2

| | |
|---|---|
| Dated:  May 7, 2019 | HOLLINGSWORTH LLP<br><br>By: s/ Joe G. Hollingsworth<br>Joe G. Hollingsworth (pro hac vice)<br>Eric G. Lasker (pro hac vice)<br>1350 I Street, N.W.<br>Washington, DC 20005<br>Telephone: 202-898-5800<br>Facsimile: 202-682-1639<br>Email: jhollingsworth@hollingsworthllp.com<br>elasker@hollingsworthllp.com<br>***Counsel for Defendant***<br>***MONSANTO COMPANY*** |

523488.1                                                2