# EXHIBIT 6

FILED
ALAMEDA COUNTY

FEB 2 6 2019

CLERK OF THE SUPERIOR COURT
By_____ Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>ROUNDUP PRODUCTS CASES<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS AND<br><br>*Limbach, et al. v. Monsanto Company, et al.*, Case No.: CGC-18-571668 (S.F. County);<br><br>*Abreu, et al. vs. Monsanto Company*, et al., Case No. CGC-18-571705 (S.F. County);<br><br>*Chupa, et al. vs. Monsanto Company*, et al., Case No.: CGC-18-571983 (S.F. County) | JCCP NO. 4953<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE WINIFRED Y. SMITH DEPT. 21<br><br>[~~PROPOSED~~] ORDER: ADDITION OF *LIMBACH, ABREU,* AND *CHUPA* CASES TO JCCP AND STAY OF CASES<br><br>Revised Stipulation Regarding [Proposed] Order filed concurrently herewith<br><br>BY FAX |

///

///

///

[~~PROPOSED~~] ORDER: ADDITION OF *LIMBACH, ABREU,* AND *CHUPA* CASES TO JCCP

For good cause shown, the Court hereby orders as follows:

The cases listed below shall be designated as complex and added to JCCP 4953, and the cases shall be stayed in their home jurisdictions pursuant to Rules 3.529(b) and 3.544(d) of the California Rules of Court.

| Case name | Case No. | Court | Filing Date |
|---|---|---|---|
| *Limbach, et al. v. Monsanto Company, et al.* | CGC-18-571668 | San Francisco | 11/29/2018 |
| *Abreu, et al. v. Monsanto Company, et al.* | CGC-18-571705 | San Francisco | 11/30/2018 |
| *Chupa, et al. v. Monsanto Company, et al.* | CGC-18-571983 | San Francisco | 12/10/2018 |

IT IS SO ORDERED.

Date: February 26, 2019

HONORABLE WINIFRED Y. SMITH

[~~PROPOSED~~] ORDER: ADDITION OF *LIMBACH*, *ABREU*, AND *CHUPA* CASES TO JCCP