Barbara R. Light
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24109472
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>Bev Lindsay, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Angie Berberian, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Olga Castro, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Rafael Castro, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Rael Zaritsky, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Anthony Moceri, Cause No. 3:18-cv-03558-VC (N.D. Cal)<br><br>Dave Flynn, Cause No. 3:18-cv-06551-VC (N.D. Cal) | |

Defendant's Sixth Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

4845-0542-8119 v1

Delbert Lee Brooks, Cause No. 3:18-cv-07558-VC (N.D. Cal)

## MONSANTO'S SIXTH AMENDED MOTION TO DISMISS WITH PREJUDICE

Defendant ("Monsanto") files this motion to dismiss with prejudice for failure to submit a Plaintiff Fact Sheet ("PFS").  Pretrial Order No. 50 ("PTO 50") requires each Plaintiff to submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly, by the deadlines provided in paragraph 4.  (Pretrial Order No. 50 at paras. 7, 8).  Additionally, PTO 50 states that if a Plaintiff does not submit a completed PFS within the time specified, Monsanto must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to submit the PFS.  If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice.

The Plaintiffs identified below failed to submit any PFS whatsoever to date.  Monsanto notified each Plaintiff that a PFS had not been submitted, in compliance with paragraphs 7 and 8 of Pretrial Order No. 50. Additionally, the following plaintiffs were included on Monsanto's Motion to Dismiss filed on March 19, 2019, and failed to respond within 14 days. (PTO 50 at para. 15).

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Bev Lindsay | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Angie Berberian | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Olga Castro | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Rafael Castro | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Rael Zaritsky | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Anthony Moceri | 3:18-cv-03558-VC | January 23, 2019 | January 29, 2019 |
| Dave Flynn | 3:18-cv-06551-VC | January 23, 2019 | March 22, 2019 |
| Delbert Lee Brooks | 3:18-cv-07558-VC | February 12, 2019 | March 29, 2019 |

Defendant's Sixth Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

4845-0542-8119 v1

The Notice of Failure to Submit a PFS is attached as follows:

| Exhibit | Description |
|---|---|
| Exhibit A | February 7, 2019 Letter to Leadership and Counsel for Beverly Lindsay, Angie Berberian, Olga Castro, Rafael Castro, and Rael Zaritsky |
| Exhibit B | January 28, 2019 Letter to Counsel for Anthony Moceri |
| Exhibit C | January 29, 2019 Letter to Leadership regarding Group 3 Plaintiffs including Anthony Moceri |
| Exhibit D | March 22, 2019 Letter to Counsel for Dave Flynn |
| Exhibit E | March 22, 2019 Letter to Leadership regarding Group 3 Plaintiffs including Dave Flynn |
| Exhibit F | March 29, 2019 Letter to Counsel for Delbert Lee Brooks |
| Exhibit G | March 29, 2019 Letter to Leadership regarding Group 4 Plaintiffs including Delbert Lee Brooks |

None of the Plaintiffs listed above replied to the Notice of Failure to Submit a PFS, and none of the Plaintiffs submitted PFSs as required by PTO 50. Therefore, Monsanto respectfully requests that the Court enter an Order dismissing the cases of the Plaintiffs listed above with prejudice.

Dated: May 13, 2019

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Barbara R. Light*
Barbara R. Light
Texas Bar No. 24109472
E-mail: blight@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508

***Attorney for Defendant,
MONSANTO COMPANY***

Defendant's Sixth Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

4845-0542-8119 v1

## CERTIFICATE OF SERVICE

I, Barbara Light, hereby certify that on May 13, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Barbara R. Light*
Barbara R. Light