UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Bev Lindsay, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Angie Berberian, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Olga Castro, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Rafael Castro, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Rael Zaritsky, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Anthony Moceri, Cause No. 3:18-cv-03558-VC (N.D. Cal)<br><br>Dave Flynn, Cause No. 3:18-cv-06551-VC (N.D. Cal)<br><br>Delbert Lee Brooks, Cause No. 3:18-cv-07558-VC (N.D. Cal) | |

**PROPOSED ORDER ON MONSANTO'S
SIXTH AMENDED MOTION TO DISMISS WITH PREJUDICE**

THIS MATTER having been brought before the Court by defendant Monsanto, Co. ("Defendant"), for an Order dismissing Plaintiffs' Complaints for failure to provide a Plaintiff Fact Sheet pursuant to Pretrial Order No. 50; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

698667 v1

IT IS, on this _____ day of _____, 2019;

ORDERED that the Complaints of the Plaintiffs listed on the attached Exhibit A are hereby dismissed with prejudice.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

698667 v1

**EXHIBIT A**

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Bev Lindsay | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Angie Berberian | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Olga Castro | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Rafael Castro | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Rael Zaritsky | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Anthony Moceri | 3:18-cv-03558-VC | January 23, 2019 | January 29, 2019 |
| Dave Flynn | 3:18-cv-06551-VC | January 23, 2019 | March 22, 2019 |
| Delbert Lee Brooks | 3:18-cv-07558-VC | February 12, 2019 | March 29, 2019 |