**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Daniel Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington DC 20001-3743
Tel:  (202) 942-6216

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather A. Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )  ) Case No. 3:19-cv-02224-VC ) |
| This document relates to: *Ramirez v. Monsanto Co.*, Case No. 3:19-cv-02224-VC | ) **DECLARATION OF HEATHER A. PIGMAN IN SUPPORT OF STIPULATION AND PROPOSED ORDER REGARDING EXTENSION OF TIME FOR MONSANTO COMPANY'S RESPONSIVE PLEADING TO PLAINTIFFS' PUTATIVE CLASS ACTION COMPLAINT** |

I, Heather A. Pigman, declare:

1.  I am a partner at Hollingsworth LLP and am one of the attorneys representing defendant Monsanto Company ("Monsanto") in the above-captioned lawsuit. I have personal knowledge of the facts set forth below. I submit this declaration in support of the accompanying

Stipulation and Proposed Order Regarding Extension of Time for Monsanto Company's Responsive Pleading to Plaintiffs' Putative Class Action Complaint.

2. On April 24, 2019, plaintiffs in the above-captioned lawsuit filed a putative class action Complaint against Monsanto in the Northern District of California, and on April 29, 2019, the case joined the multidistrict litigation *In re: Roundup Products Liability Litigation* (MDL No. 2741).

3. Monsanto intends to file a responsive pleading in the above captioned case.

4. On May 8, 2019, William Audet (counsel for plaintiffs in the above-captioned cases) and I agreed, subject to the Court's approval, to an extension of thirty days – from May 24 to June 24, 2019 – for Monsanto to file a responsive pleading to plaintiffs' Complaint in the above-captioned case.

5. Due to the fact that the Complaint contains a variety of complex allegations and seeks to certify a nationwide and state-wide class, *see* Complaint at ¶¶ 40-57, an extension of time is needed to complete Monsanto's response to the Complaint.

6. There have been no prior time modifications in this lawsuit, and the extension requested here would not alter the date of any event or any deadline already fixed by Court order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2019.

/s/ Heather A. Pigman
Heather A. Pigman