**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:  202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather A. Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Daniel Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington DC  20001-3743
Tel:  (202) 942-6216

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:19-cv-02224-VC <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EXTENSION OF TIME FOR MONSANTO COMPANY'S RESPONSIVE PLEADING TO PLAINTIFFS' PUTATIVE CLASS ACTION COMPLAINT** |
| This document relates to: <br><br> *Ramirez v. Monsanto Co.*, Case No. 3:19-cv-02224-VC | |

Plaintiffs in the above-captioned lawsuit and defendant Monsanto Company ("Monsanto") hereby stipulate as follows and request entry of the proposed order set forth below:

- 1 -
STIPULATION & PROPOSED ORDER RE EXTENSION FOR MONSANTO'S RESPONSIVE PLEADING
DEADLINE (3:16-cv-02741-VC; 3:19-cv-02224-VC)

# RECITALS

WHEREAS, on April 24, 2019, Plaintiffs in the above-captioned case filed a putative class action Complaint against Monsanto in the Northern District of California and the case was assigned to Magistrate Judge Donna M. Ryu;

WHEREAS, on April 25, 2019, the case was reassigned to District Court Judge Vince Chhabria in the Northern District of California and on April 29, 2019, joined the multidistrict case *In re: Roundup Products Liability Litigation* (MDL No. 2741);

WHEREAS, Monsanto was served with Plaintiffs' Complaint on May 3, 2019;

WHEREAS, Monsanto intends to file a responsive pleading in the above-captioned case;

WHEREAS Plaintiffs and Monsanto have agreed (subject to the Court's approval) to an extension of thirty days from May 24, 2019 to June 24, 2019 for Monsanto to file its responsive pleading in the above-captioned case;

WHEREAS, as set forth in the accompanying Declaration of Heather A. Pigman, there have been no prior time modifications in this lawsuit and the change would not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Plaintiffs and Monsanto hereby request that the Court enter the proposed order set forth below.

# STIPULATION

THEREFORE, Plaintiffs and Monsanto stipulate to a thirty-day extension of time – from May 24, 2019 to June 24, 2019 – for Monsanto to file its responsive pleading to the Complaint.

DATED: May 13, 2019

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather A. Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

Daniel Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
601 Massachusetts Avenue, N.W.
Washington DC  20001-3743
Tel:  (202) 942-6216

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*


/s/ William M. Audet_____
William M. Audet
waudet@audetlaw.com
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
(415) 568-2555

*Attorney for Plaintiffs*

- 3 -

STIPULATION & PROPOSED ORDER RE EXTENSION FOR MONSANTO'S RESPONSIVE PLEADING DEADLINE (3:16-cv-02741-VC; 3:19-cv-02224-VC)

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Daniel Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington DC  20001-3743
Tel:  (202) 942-6216

**HOLLINGSWORTH LLP**
Heather A. Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ramirez v. Monsanto Co.*,<br>Case No. 3:19-cv-02224-VC | ) MDL No. 2741<br>)<br>) Case No. 3:19-cv-02224-VC<br>)<br>) **[PROPOSED] ORDER**<br>) **REGARDING EXTENSION OF TIME**<br>) **FOR MONSANTO COMPANY'S**<br>) **RESPONSIVE PLEADING TO**<br>) **PLAINTIFFS' PUTATIVE CLASS**<br>) **ACTION COMPLAINT**<br>) |

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation set forth above, it is hereby ordered that Monsanto Company's deadline for filing its responsive pleading in the above-captioned case is extended from May 24 to June 24, 2019.

DATE: ___May 14_____ 2019

_____
VINCE CHHABRIA
United States District Judge

- 1 -