# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JACQUELYN TYREE, et al.,

        Plaintiffs,

v.                                      CIVIL ACTION NO.  2:12-cv-08633

BOSTON SCIENTIFIC CORPORATION,

        Defendant.

ORDER
(Transferring case to Honorable Irene C. Berger)

For reasons appearing to the court, it is **ORDERED** that this consolidated action is **TRANSFERRED** to the Honorable Irene C. Berger for trial, including jury selection commencing on October 31, 2014, and trial beginning on November 3, 2014. The above proceedings will be conducted in Room 5000 of the Robert C. Byrd United States Courthouse, Charleston, West Virginia.

The court **DIRECTS** the Clerk to send a copy of this Order to Judge Berger, counsel of record and any unrepresented party.

                                      ENTER:   October 30, 2014

                                      JOSEPH R. GOODWIN
                                      UNITED STATES DISTRICT JUDGE