# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

AMAL EGHNAYEM, et al.,

    Plaintiffs,

v.               CIVIL ACTION NO. 2:13-cv-07965

BOSTON SCIENTIFIC CORPORATION,

    Defendant.

### ORDER

The four cases[1] that make up this consolidated case were directly filed in the Southern District of West Virginia. (*See Eghnayem v. Boston Scientific Corporation, 2:13-cv-07965* ("lead case")*; Dotres v. Boston Scientific Corporation*, 2:13-cv-10077; *Nunez v. Boston Scientific Corporation*, 2:13-cv-24346; *Betancourt v. Boston Scientific Corporation*, 2:14-cv-11337).   By Pretrial Order # 91, I consolidated these cases for discovery and trial on all issues. (*See* Pretrial Order # 91 [Docket 10]).   I have since ruled on motions filed pursuant to *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), motions *in limine,* and motions for summary judgment, and the cases are trial ready.

For reasons appearing to the court, it is **ORDERED** that this matter (2:13-cv-07965) and the individual civil actions which have been consolidated in the lead case (2:13-cv-10077, 2:13-cv-24346 and 2:14-cv-11337) are **TRANSFERRED** to the Southern District of Florida, Miami Division, pursuant to 28 U.S.C. § 1404(a).   The Southern District of Florida is the federal district court of proper venue, as defined by 28 U.S.C. § 1391(b)(2), because a "substantial part of

---

[1] I consolidated a fifth case as well, *Dubois-Jean v. Boston Scientific Corporation*, 2:14-cv-04455, but it was subsequently dismissed.

Case 3:16-md-02741-VC Document 3782-4 Filed 05/15/19 Page 3 of 4

the events or omissions giving rise to the claim[s] occurred" in the Southern District of Florida. The plaintiffs reside in the Southern District of Florida and were implanted with defendant's product in the Southern District of Florida. In addition, I have made rulings that Florida law applies to the plaintiffs' claims.

As I have previously advised the parties, pursuant to intercircuit transfer,[2] I will conduct the consolidated trial of these cases in Miami, Florida beginning **Monday, November 3, 2014, at 9:30 a.m.** in Courtroom 13-3 of the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

The Clerk is instructed to transfer all of the above cases to the United States District Court for the Southern District of Florida. The defendant has designated certain docket entries from the Boston Scientific main MDL, MDL 2326 and *Sanchez, et al. v. Boston Scientific Corporation* 2:12-cv-05762, to be transferred as well.[3] [Docket 249].[4] If plaintiffs wish to designate docket entries from MDL 2326 or *Sanchez* in addition to those designated by defendant, it is **ORDERED** that they file such designation in the lead case in the Southern District of Florida on or before **Tuesday, November 4, 2014**. Thereafter, I will enter an order transferring those docket entries from MDL 2326 and *Sanchez* to the lead case.

---

[2] The Chief Judge of the United States Court of Appeals for the Eleventh Circuit, the Honorable Ed Carnes, has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the Southern District of Florida during the period(s) of October 17, 2014 to March 3, 2015. The Chief Judge of the United States Court of Appeals for the Fourth Circuit, the Honorable William B. Traxler, Jr., has consented to my designation, and, Chief Justice John Roberts has designated and assigned me to perform judicial duties in the Southern District of Florida.

[3] The defendant also designates portions of the four cases that are being transferred. All docket entries from the four cases cited above, including those identified by the defendant, will be transferred by virtue of this order.

[4] The defendant designated the following docket entries from MDL 2326, 2:12-md-2326: 176, 197, 200, 572, 587, 611, 614, 616, 621, 625, 646, 834 and 836. The defendant designated the following docket entries from *Sanchez*: 55, 128, 134, 143, 148, 149, 150 and 151.

Case 2:13-cv-07965 Document 255 Filed 10/30/14 Page 3 of 3 PageID #: 11583

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, the Clerk for the Southern District of Florida and any unrepresented party. The court further **DIRECTS** the Clerk to docket this order in the following cases: 2:13-cv-10077, 2:13-cv-24346, and 2:14-cv-11337).

ENTER:  October 30, 2014

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE