# EXHIBIT G

| Case Name | Filing Plaintiff Last Name | Filing Plaintiff First Name | Active Case # | Original Date Filed | Original Filing Jurisdiction or Removal Jurisdiction |
|---|---|---|---|---|---|
| Giglio | Giglio | Emanuel | 3:16-cv-05658-VC | 2015-10-09 | California, Southern District |
| Mendoza | Mendoza | Yolanda | 3:16-cv-06046-VC | 2015-10-20 | California, Central District, but transferred to E.D. Cal. on March 24, 2016. |
| Sheppard | Sheppard | Christine | 3:16-cv-05650-VC | 2016-02-02 | Hawaii, Federal |
| Johnson, Aaron | Johnson | Aaron | 3:16-cv-06043-VC | 2016-02-19 | Hawaii, Federal |
| McCall | McCall | Teri (individually and as successor in interest for the estate of Anthony McCall); David McCall; Paul McCall; Maggie McCall; Alicia Suarez | 3:16-cv-05749-VC | 2016-03-09 | California, Central District |
| Hernandez, I. | Hernandez | Ines | 3:16-cv-05750-VC | 2016-03-23 | California, Central District |
| Ruiz, Enrique | Ruiz | Enrique | 3:16-cv-05659-VC | 2016-04-11 | Florida, Southern District |
| Sanders | Sanders | John D. | 3:16-cv-05752-VC | 2016-04-19 | California, Central District |

| | | | | | |
|---|---|---|---|---|---|
| Sanders | Tanner | Frank | 3:16-cv-05752-VC | 2016-04-19 | California, Central District |
| Work | Work | James M. | 3:16-cv-06005-VC | 2016-04-22 | Louisiana, State |
| Domina | Dickey | Robert L. | 3:16-cv-05887-VC | 2016-05-11 | Nebraska, Federal |
| Domina | Domina | Larry E. | 3:16-cv-05887-VC | 2016-05-11 | Nebraska, Federal |
| Domina | Janzen | Royce D. | 3:16-cv-05887-VC | 2016-05-11 | Nebraska, Federal |
| Domina | Pollard | Frank | 3:16-cv-05887-VC | 2016-05-11 | Nebraska, Federal |
| Couey | Couey | Lawrence | 3:16-cv-05653-VC | 2016-06-24 | Mississippi, Northern District |
| Johansing | Johansing | Peter | 3:16-cv-05751-VC | 2016-07-08 | California, Central District |
| Means | Means | David | 3:16-cv-05753-VC | 2016-07-15 | Kentucky, Western District |
| Scheffer | Scheffer | Mark | 3:16-cv-05660-VC | 2016-07-18 | Massachusetts, Federal |
| Bridgeman | Bridgeman | Charles | 3:16-cv-05785-VC | 2016-07-18 | Illinois, Southern District |
| Harris, D. | Harris | Douglas | 3:16-cv-05786-VC | 2016-07-20 | Illinois, Southern District |
| Patterson | Patterson | Lynda | 3:16-cv-05787-VC | 2016-07-20 | Illinois, Southern District |
| Porath | Porath | Vicky | 3:16-cv-05858-VC | 2016-07-20 | Wisconsin, Western District |
| Gibbs | Gibbs | Ricky | 3:16-cv-05652-VC | 2016-07-26 | Illinois, Northern District |
| Turner, T. | Turner | Tonia | 3:16-cv-06020-VC | 2016-07-28 | Utah, Federal |
| Mancuso | Mancuso | Gary | 3:16-cv-06047-VC | 2016-07-29 | Pennsylvania, Eastern District |
| Ricci | Ricci | Linda Jeanne | 3:16-cv-06019-VC | 2016-07-29 | New Jersey, Federal |
| Perkins | Perkins | Goldie Christina | 3:16-cv-06025-VC | 2016-07-29 | California, Central District |
| Morris, E. | Morris | Eric | 3:16-cv-06029-VC | 2016-08-18 | Florida, Southern District |
| Tamburello | Tamburello | Michael | 3:16-cv-06007-VC | 2016-08-24 | Colorado, Federal |
| Janise | Janise | Clayton | 3:16-cv-06004-VC | 2016-08-31 | Louisiana, Western District |
| White, W. | White | William | 3:16-cv-06026-VC | 2016-08-31 | Washington, Western District |
| Burdett | Burdett | Wendy | 3:16-cv-06027-VC | 2016-09-01 | Massachusetts, Federal |

| | | | | | |
|---|---|---|---|---|---|
| Goodbred | Goodbred | Larry | 3:16-cv-06010-VC | 2016-09-07 | Illinois, Northern District |
| Goodbred | Goodbred | Mary Ellen | 3:16-cv-06010-VC | 2016-09-07 | Illinois, Northern District |
| Harris, A. | Harris | Anthony | 3:17-cv-03199-VC | 2016-09-08 | California, Southern District |
| Abila | Abila | Jennifer | 3:16-cv-06008-VC | 2016-09-15 | Colorado, Federal |
| Carlock | Carlock | Marvin L. | 3:16-cv-06009-VC | 2016-09-15 | Colorado, Federal |
| Cushman | Cushman | John | 3:16-cv-06018-VC | 2016-09-16 | Illinois, Southern District |
| Ford, Mary | Ford | Mary | 3:16-cv-06030-VC | 2016-09-16 | Illinois, Central District |
| Trimpe | Trimpe | Tina | 3:16-cv-06032-VC | 2016-09-16 | Illinois, Central District |
| Walker, L. | Walker Jr. | Litton M. | 3:16-cv-06028-VC | 2016-09-22 | Florida, Southern District |
| Russo | Russo | Matteo Anthony | 3:16-cv-06024-VC | 2016-10-03 | California, Central District |
| Pindell | Pindell | Terry | 3:16-cv-06649-VC | 2016-11-03 | Missouri, Eastern District |
| Seidl | Seidl | Randall Dean | 3:17-cv-00519-VC | 2016-11-07 | North Carolina, Western District |
| Pecorelli | Pecorelli | Mark (individually as Representative of the Estate of Michael Pecorelli) | 3:16-cv-06936-VC | 2016-11-10 | Illinois, Northern District |
| Wilson, N. | Wilson | Neil | 3:16-cv-07369-VC | 2016-11-10 | Missouri, Eastern District |
| Butsch | Butsch | Craig R. | 3:17-cv-00167-VC | 2016-11-18 | Ohio, Southern District |
| Wooten | Wooten | Karen, Harley Wooten III, Timothy Wooten, individually and on behalf of the Estate of Harley Wooten | 3:17-cv-01735-VC | 2016-11-18 | California, Central District |
| Gebo | Gebo | Ron | 3:17-cv-00168-VC | 2016-12-02 | Florida, Middle District |
| Mitchell, J. | Mitchell | James | 3:17-cv-00270-VC | 2016-12-07 | Florida, Northern District |

| Dowling | Dowling | Michael | 3:17-cv-00166-VC | 2016-12-15 | Missouri, Eastern District |
| Lee, R. | Lee | Ray | 3:17-cv-00736-VC | 2016-12-28 | Missouri, Eastern District |
| Christensen | Christensen | Steven Royce | 3:17-cv-00738-VC | 2016-12-30 | Missouri, Eastern District |
| Northover | Northover | Christopher | 3:17-cv-00737-VC | 2016-12-30 | Missouri, Eastern District |
| Holm | Holm | John | 3:17-cv-00734-VC | 2017-01-06 | Colorado, Federal |