# EXHIBIT A

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS**<br>*Please follow the instructions on page 3 when completing this form.* | | COURT USE ONLY<br>OBJECTION DEADLINE:<br>OBJECTION FILED: YES ☐       No ☐ | |
|---|---|---|---|---|

| 1. CASE NAME<br>Hardeman v. Monsanto, 3:16-cv-00525-VC | 2. CASE NUMBER<br>16-md-02741-VC | 3. DATE JUDGMENT ENTERED<br>05/03/19 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>Monsanto Company |
|---|---|---|---|

| 5. NAME OF CLAIMING PARTY<br>Edwin Hardeman | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>Aimee H. Wagstaff, Esq. | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE<br>720-208-9414<br>aimee.wagstaff@andruswagstaff.com |
|---|---|---|

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                                                 (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $400.00 | Exhibit 1:<br>Pay.gov receipt #1A | | | |
| Service of Process, Civil LR 54-3(a)(2) | $3,627.11 | Exhibit 2:<br>#1-12 & #237-242 | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $25,173.46 | Exhibit 3:<br>#13-22 & #243-245 | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | N/A | N/A | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | $36,592.45 | Exhibit 10 | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $442,836.15 | Exhibit 4:<br>#23-120 & #175-236 & #246-248 | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | N/A | N/A | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | N/A | N/A | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | N/A | N/A | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | *See Civil LR 54-3(d)(4) | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $18,827.22 | Exhibit 5:<br>#121-174<br>*Civil LR 54-3(d)(2) & (4) & (5) combined | | | |

| Visual aids, Civil LR 54(d)(5) | | *See Civil LR 54-3(d)(4) | | | | |
|---|---|---|---|---|---|---|
| **e. WITNESS FEES AND EXPENSES** | | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | **$13,575.09** | Exhibit 6: #249-268 | | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | N/A | N/A | | | | |
| Court-appointed experts, 28 USC § 1920(6) | N/A | N/A | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | N/A | N/A | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | N/A | N/A | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | N/A | N/A | | | | |
| TOTAL AMOUNT | $541,031.48 | | $  0.00 | $  0.00 | | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

| 10. AFFIDAVIT PURSUANT TO 28 USC § 1924: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>Name of Attorney/Claiming Party:<br><br>SIGNATURE: _[signature]_                          DATE: May 17, 19 | 11. Costs are taxed in the amount of _____ and included in the judgment.<br>Susan Y. Soong<br>Clerk of Court<br><br>BY: _____, Deputy Clerk          DATE: |
|---|---|

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME , CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Beate Ritz  Topanga, CA | 3 | $120.00 | 3 | $1,030.94 | | $332.32 | $1,483.26 |
| Chris Portier (Via Australia/vd depo) Seattle, WA | 3 | $120.00 | | N/A | | $6,462.59 | $6,582.59 |
| Dennis Weisenburger Glendora, CA | 2 | $80.00 | 3 | $1,445.05 | | $1,362.62 | $2,887.67 |
| Chadi Nabhan Deerfield, IL | 2 | $80.00 | 3 | $352.37 | | $2,189.20 | $2,621.57 |
| | | | | | | | |
| | | | | TOTAL WITNESS FEES/EXPENSES | | | $13,575.09 |

| CAND 133 | INSTRUCTIONS |
| (Rev. 02/2017) | |

## GENERAL INSTRUCTIONS

Use this form CAND 133 in the Northern District of California in lieu of AO 133 when seeking to tax costs under Fed. R. Civ. P. 54(d)(1) and Civil L.R. 54. For applicable deadlines, see Civil L.R. 54.

- On the cost table (Item 8), in the column for "List Supporting Documentation," specifically cross-reference the documentation you are submitting for that item (*example: Declaration of Jessica Smith, Ex 1 (invoice from ABC Graphics)*). Use as much space as necessary to identify supporting documentation.
- Attach to your bill an itemization and documentation for requested costs in all categories.
- Each stipulation or order in the case regarding the formats for discovery of documents and electronically stored information, or relating to any other cost item, should be attached to the bill and referenced as "supporting documentation" next to each item to which it relates.
- Enter the amounts claimed for each item in the "amount claimed" column; for witness fees/expenses (Item 8(e)), enter the total from the Witness Fees/Expenses Computation Worksheet on page 2. To automatically calculate the total amount after entering all cost items, highlight the dollar amount on the last line of the AMOUNT CLAIMED column, and (i) right-click and select Update Field, or (ii) press F9. The total amount can also be entered manually.
- Affidavit (Item 10) must be signed by attorney acting for the party claiming costs.

## FILING INSTRUCTIONS

- Completed cost bill must be submitted to court in two ways: (1) pages 1-2 must be saved as a PDF and e-filed in the case docket via the Court's Case Management|Electronic Case Filing ("CM|ECF") system along with all supporting documentation; and (2) a copy of the Word document (.doc or .docx) must be submitted by email to costbills@cand.uscourts.gov. A chambers copy must also be submitted pursuant to Civil L.R. 5-1(e)(7).
- If this bill of costs is not electronically served, a certificate of service must be filed pursuant to Civil L.R. 5-5.

## WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS

- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented, if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.
- If there are more than 5 witnesses, additional lines may be added to the Worksheet and the total amount of Witness Fees/Expenses must be entered manually.

## REPRODUCTION & EXEMPLIFICATION: GUIDANCE RE: ELECTRONIC DISCOVERY

- While there may be special circumstances in individual cases, the following kinds of document production costs are generally considered taxable unless a stipulation or order in the case provides otherwise:

| | | |
|---|---|---|
| Auto feed scanning of hard copy documents | Document coding | Image endorsing (electronic labeling or numbering) |
| Bates stamp | ED deliverables | Load file creation |
| Blowback scanning of paper documents | Electronic label/Bates numbering | Metadata extraction |
| Conversion of native files to different format for production | External hard drive used for production; copying files to storage media for production | OCR (optical character recognition) |
| Data archive | Heavy litigation scanning | Slip sheets |
| | | TIFF conversion |

## REASON CODES FOR CLERK'S DISALLOWANCE OF CLAIMED COSTS

- "A" — No supporting documentation provided.
- "B" — Supporting documentation does not support full amount claimed.
- "C" — Disallowed as excessive expense (28 USC §1821(c)(1)).
- "D" — Disallowed as unrecoverable under 28 USC §1920.
- "E" — Disallowed amount is outside the ambit of Civil Local Rule 54-3.

11:27 AM
05/08/19
Accrual Basis

**Andrus Wagstaff, PC**
**Unbilled Costs by Job**
All Transactions

| Type | Date | Source Name | Memo | Amount | Supporting Document # |
|------|------|-------------|------|--------|----------------------|

**Roundup CB**
**Hardeman, Edwin**

| | | | SERVICE OF PROCESS - EXHBIT 1 | | EXHIBIT 1 (#1A) |
|------|------|-------------|------|--------|----------------------|
| Check | 2/25/2016 | One Legal, LLC | FILING FEE: RU HARDEMAN, EDWIN | $ 400.00 | #1A |
| | | | **SERVICE OF PROCESS TOTAL** | **$ 400.00** | |

| | | | SERVICE OF PROCESS - EXHBIT 2 | | EXHIBIT 2 (#1-12 & #237-242) |
|------|------|-------------|------|--------|----------------------|
| Check | 2/25/2016 | One Legal, LLC | Inv#10510677 - CT, CSC, Etc. | $ 37.95 | #1 |
| Check | 2/25/2016 | One Legal, LLC | Inv#10511762 - Court Research & Copy | $ 46.90 | #2 |
| Check | 3/7/2016 | One Legal, LLC | Inv#10520174 | $ 37.95 | #3 |
| Check | 7/18/2016 | Aboingo Services | Inv#3766360.187282 | $ 100.00 | #4 |
| Check | 7/18/2016 | Aboingo Services | Inv#3766360.187283 | $ 50.00 | #5 |
| Check | 7/18/2016 | Aboingo Services | Inv#3766360.187359 | $ 28.97 | #6 |
| Check | 7/18/2016 | JM & Associates | Services of Process | $ 65.00 | #7 |
| Check | 8/2/2016 | Aboingo Services | Inv# 3766360.187665 | $ 75.00 | #8 |
| Check | 8/2/2016 | Aboingo Services | Inv# 3766360.187653 | $ 50.00 | #9 |
| Check | 11/7/2016 | One Legal, LLC | Individual Service - Personal - Marilyn J. Aardema | $ 199.95 | #10 |
| Check | 11/7/2016 | One Legal, LLC | Individual Service - Personal - David J. Brusick, Ph.D | $ 199.95 | #11 |
| Bill | 10/11/2018 | One Legal, LLC | Service of Process: HARDEMAN, EDWIN | $ 155.00 | #12 |
| Bill | 12/06/2018 | Accurate Process Serving & Notary | 12/06/18 Subpoena for Witness | $ 98.94 | #237 |
| Bill | 04/25/2019 | American Veteran Process LLC | 11/30/18: Service, Witness Fee  A.Wallace Hayes | $ 85.00 | #238 |
| Bill | 11/15/2018 | First Legal Network LLC | 11/14/18 Subpoena | $ 353.25 | #239 |
| Bill | 11/15/2018 | First Legal Network LLC | 11/14/18 Subpoena | $ 198.63 | #239 |
| Bill | 11/15/2018 | First Legal Network LLC | 11/14/18 Subpoena | $ 180.80 | #239 |
| Bill | 11/15/2018 | First Legal Network LLC | 11/14/18 Subpoena | $ 136.80 | #239 |
| Bill | 11/15/2018 | First Legal Network LLC | 11/15/18 Subpoena | $ 180.80 | #239 |
| Bill | 11/15/2018 | First Legal Network LLC | 11/15/18 Subpoena | $ 309.25 | #239 |
| Bill | 11/15/2018 | First Legal Network LLC | 11/15/18 Subpoena | $ 309.25 | #239 |
| Bill | 11/15/2018 | First Legal Network LLC | 11/15/18 Subpoena | $ 353.25 | #239 |
| Bill | 12/15/2018 | First Legal Network LLC | 11/28/18 Subpoena | $ 244.47 | #240 |
| Bill | 11/19/2018 | Intercounty Judicial Services | Witness Fee | $ 40.00 | #241 |
| Bill | 11/19/2018 | Intercounty Judicial Services | Personal Service | $ 65.00 | #241 |
| Bill | 01/03/2019 | Intercounty Judicial Services | Service 11/15/18 | $ 25.00 | #242 |
| | | | **SERVICE OF PROCESS TOTAL** | **$ 3,627.11** | |

| | | | REPORTER'S TRANSCRIPTS - EXHIBIT 3 & EXHIBIT 10 | | EXHIBIT 3 (#13-22 & #243-245) & EXHIBIT 10 |
|------|------|-------------|------|--------|----------------------|
| Check | 9/17/2018 | Jo Ann Bryce | TRANSCRIPT: ROUNDUP 16-md-2741 VC | $ 220.50 | #13 |
| Check | 1/25/2019 | Marla Knox | Transcripts/Real-time for Evidentiary Hry 1/28/19 | $ 2,578.50 | #14 |
| Check | 3/5/2019 | Marla Knox | Transcript Refund - Marla Knox | $ (91.80) | #14 |
| Check | 1/25/2019 | Jo Ann Bryce | Transcripts/Real-time for Evidentiary Hry 1/28/19 | $ 2,578.50 | #15 |
| Check | 2/19/2019 | Jo Ann Bryce | TRANSCRIPT: ROUNDUP 16-md-2741 VC | $ 538.60 | #16 |
| Check | 3/1/2019 | Marla Knox | TRANSCRIPT: ROUNDUP 16-md-2741 VC | $ 6,016.50 | #17 |
| Check | 3/1/2019 | Jo Ann Bryce | TRANSCRIPT: ROUNDUP 16-md-2741 VC | $ 6,016.50 | #18 |
| Check | 3/20/2019 | Marla Knox | PHASE TWO TRANSCRIPT: ROUNDUP 16-md-2741 VC | $ 2,865.00 | #19 |
| Check | 3/20/2019 | Jo Ann Bryce | PHASE TWO TRANSCRIPT: ROUNDUP 16-md-2741 VC | $ 2,865.00 | #20 |
| Bill | 3/29/2019 | Marla Knox | TRANSCRIPT: ROUNDUP 16-md-2741 | $ 515.28 | #21 |
| Check | 3/29/2019 | Jo Ann Bryce | TRANSCRIPT: ROUNDUP 16-md-2741 VC | $ 515.28 | #22 |
| Bill | 1/3/2019 | Jo Ann Bryce | MONSANTO:General Monsanto:MDL General | $ 115.20 | #243 |
| Bill | 2/1/2019 | Jo Ann Bryce | MONSANTO:General Monsanto:MDL General | $ 270.00 | #244 |
| Bill | 1/7/2019 | Marla Knox | MONSANTO:General Monsanto:MDL General | $ 170.40 | #245 |
| Multiple | 7/30/2018 | Veritext | JOHNSON TRIAL TRANSCRIPT | $ 36,592.45 | EXHIBIT 10 |
| | | | **REPORTER'S TRANSCRIPTS TOTAL** | **$ 61,765.91** | |

11:27 AM
05/08/19
Accrual Basis

**Andrus Wagstaff, PC**
**Unbilled Costs by Job**
All Transactions

| Type | Date | Source Name | Memo | | Amount | Supporting Document # |
|------|------|-------------|------|---|--------|----------------------|
| | | | **DEPOSITIONS** | | | EXHIBIT 4 (#23-120 & #175-236 & #246-248) |
| Check | 10/12/2018 | The Permanente Medical Group, Inc | DEPOSITION: HARDEMAN PHYSICIANS OCTOBER 2018 | $ | 2,362.50 | #23 |
| Bill | 11/8/2018 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: C. Roger Turk, M.D. | $ | 1,382.76 | #24 |
| Bill | 11/9/2018 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: C. Roger Turk, M.D. | $ | 745.00 | #25 |
| Bill | 11/10/2018 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: Jeffrey Z. Ye, M.D. | $ | 935.00 | #26 |
| Bill | 11/16/2018 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: RICHARD TURLEY, M.D. | $ | 421.50 | #27 |
| Bill | 11/16/2018 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: Jeffrey Z. Ye, M.D. | $ | 1,392.64 | #28 |
| Bill | 11/29/2018 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: EDWIN HARDEMAN | $ | 420.00 | #29 |
| Bill | 11/29/2018 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: MARY HARDEMAN | $ | 140.00 | #30 |
| Bill | 12/11/2018 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: MARY HARDEMAN | $ | 688.04 | #31 |
| Bill | 12/11/2018 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: EDWIN HARDEMAN | $ | 3,116.78 | #32 |
| Bill | 12/27/2018 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: CHADI NABHAN, M.D. | $ | 1,225.50 | #33 |
| Bill | 12/28/2018 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: CHADI NABHAN, M.D. | $ | 210.00 | #34 |
| Bill | 12/31/2018 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: DENNIS WEISENBURGER, M.D. | $ | 1,072.00 | #35 |
| Bill | 12/31/2018 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: ANDREI SHUSTOV, M.D. | $ | 675.00 | #36 |
| Bill | 12/31/2018 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: DENNIS WEISENBURGER, M.D. | $ | 255.00 | #37 |
| Bill | 1/4/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: JAMES A. MILLS (HARDEMAN) | $ | 105.91 | #38 |
| Bill | 1/4/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: CHARLES BENBROOK, PH.D (HARDEMAN) | $ | 1,159.04 | #39 |
| Bill | 1/7/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: ANDREI SHUSTOV, M.D. | $ | 3,212.64 | #40 |
| Bill | 1/8/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: CONNIE B. WELCH, DMIN (HARDEMAN) | $ | 413.34 | #41 |
| Bill | 1/8/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: JAMES A. MILLS (HARDEMAN) | $ | 23.34 | #42 |
| Bill | 1/9/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: MICHAEL JOSEPH SULLIVAN, PH.D (HARDEMAN) | $ | 1,111.75 | #43 |
| Bill | 1/10/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: CONNIE B. WELCH, DMIN (HARDEMAN) | $ | 580.86 | #44 |
| Bill | 1/10/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: RICHARD TURLEY, M.D. | $ | 95.00 | #45 |
| Bill | 1/15/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: CHARLES BENBROOK, PH.D (HARDEMAN) | $ | 186.66 | #46 |
| Bill | 1/17/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: MICHAEL JOSEPH SULLIVAN, PH.D (HARDEMAN) | $ | 825.00 | #47 |
| Bill | 2/28/2019 | Precision Trial Solutions, Inc. | TECH SUPPORT FOR HARDEMAN TRIAL | $ | 27,145.00 | #48 |
| Bill | 3/31/2019 | Precision Trial Solutions, Inc. | PRE-TRIAL & TRIAL TECH SUPPORT: HARDEMAN TRIAL | $ | 85,348.79 | #49 |
| Bill | 9/28/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: CHISTOPHER CORCORAN, SC.D. | $ | 3,367.31 | #50 |
| Bill | 9/28/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: CHRISTOPHER CORCORAN, SC.D. | $ | 1,082.60 | #51 |
| Bill | 9/28/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: WILLIAM H. FLEMING, M.D., PH.D. | $ | 2,957.54 | #52 |
| Bill | 9/29/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: WILLIAM H. FLEMING, M.D., PH.D. | $ | 1,290.00 | #53 |
| Bill | 9/27/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: WARREN G. FOSTER, PH.D. | $ | 3,459.00 | #54 |
| Bill | 9/28/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEOGRAPHER SERVICES: WARREN G. FOSTER, PH.D. (INT'L) | $ | 1,965.00 | #55 |
| Bill | 9/29/2017 | Golkow Technologies, Inc. | DEPOSITION TELECONFERENCE: JAY IRWIN GOODMAN, Ph.D 9/22/17 | $ | 85.00 | #56 |
| Bill | 9/29/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: JAY IRWIN GOODMAN, PH.D | $ | 3,233.05 | #57 |
| Bill | 9/29/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: JAY IRWIN GOODMAN, PH.D. | $ | 1,405.00 | #58 |
| Bill | 9/29/2017 | Golkow Technologies, Inc. | DEPOSITION TELECONFERENCE: JENNIFER R. RIDER, SC.D. 9/21/17 | $ | 85.00 | #59 |
| Bill | 9/29/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: JENNIFER R. RIDER, SC.D 9/21/17 | $ | 3,290.56 | #60 |
| Bill | 10/3/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: JENNIFER R. RIDER, SC.D. 9/21/17 | $ | 1,405.00 | #61 |
| Bill | 2/6/2018 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: JENNIFER R. RIDER, SC.D. | $ | 625.05 | #62 |
| Bill | 2/10/2018 | Golkow Technologies, Inc. | DEPOSITION ADD'L VIDEO SERVICES: JENNIFER R. RIDER, SC.D. | $ | 640.00 | #63 |
| Bill | 9/28/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: THOMAS J. ROSOL, DVM | $ | 4,713.68 | #64 |
| Bill | 9/28/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: THOMAS J. ROSOL, DVM | $ | 1,455.00 | #65 |
| Bill | 9/20/2017 | TSG Reporting, Inc. | DEPOSITION TRANSCRIPT: DENNIS WEISENBURGER, M.D. | $ | 2,277.75 | #66 |
| Bill | 2/1/2018 | TSG Reporting, Inc. | DEPOSITION TRANSCRIPT: DENNIS WEISENBURGER, M.D. | $ | 818.80 | #67 |
| Bill | 5/16/2017 | TSG Reporting, Inc. | DEPOSITION VIDEO SERVICES: CHARLES W. JAMESON, PhD | $ | 652.50 | #68 |
| Bill | 5/16/2017 | TSG Reporting, Inc. | DEPOSITION TRANSCRIPT: CHARLES W. JAMESON, PhD | $ | 3,829.10 | #69 |
| Bill | 3/28/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: AARON EARL BLAIR, Ph.D. | $ | 3,326.75 | #70 |
| Bill | 3/28/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: AARON EARL BLAIR, Ph.D. | $ | 3,807.00 | #71 |

11:27 AM
05/08/19
Accrual Basis

**Andrus Wagstaff, PC**
**Unbilled Costs by Job**
All Transactions

| Type | Date | Source Name | Memo | Amount | Supporting Document # |
|---|---|---|---|---|---|
| Bill | 5/31/2017 | TSG Reporting, Inc. | DEPOSITION TRANSCRIPT: DR. MATTHEW K. ROSS, PhD | $ 2,594.65 | #72 |
| Bill | 9/27/2017 | TSG Reporting, Inc. | DEPOSITION VIDEO SERVICES: DR. MATTHEW K. ROSS, Ph.D. | $ 650.00 | #73 |
| Bill | 1/31/2018 | TSG Reporting, Inc. | DEPOSITION TRANSCRIPT: DR. BEATE RITZ | $ 1,727.50 | #74 |
| Bill | 9/28/2017 | TSG Reporting, Inc. | DEPOSITION TRANSCRIPT: DR. BEATE RITZ | $ 3,907.80 | #75 |
| Bill | 3/17/2017 | Golkow Technologies, Inc. | DEPOSITION: DAVID HEERING, PhD | $ 4,153.49 | #76 |
| Bill | 3/17/2017 | Golkow Technologies, Inc. | DEPOSITION: DAVID HEERING, PhD | $ 1,535.05 | #77 |
| Bill | 4/13/2018 | Golkow Technologies, Inc. | DEPOSITION DVD DUPLICATION: DAVID HEERING, Ph.D. 2/22/17 | $ 95.00 | #78 |
| Bill | 2/17/2017 | Golkow Technologies, Inc. | DEPOSITION: DAVID A. SALTMIRAS, Ph.D. | $ 85.00 | #79 |
| Bill | 4/14/2017 | Golkow Technologies, Inc. | INV #259446 DEPOSITION: DAVID A. SALTMIRAS, PH.D | $ 2,741.90 | #80 |
| Bill | 4/14/2017 | Golkow Technologies, Inc. | INV #259448 DEPOSITION: DAVID A. SALTMIRAS, PH.D | $ 4,641.83 | #81 |
| Bill | 4/14/2017 | Golkow Technologies, Inc. | INV #259451 DEPOSITION: DAVID A. SALTMIRAS, PH.D | $ 902.75 | #82 |
| Bill | 4/14/2017 | Golkow Technologies, Inc. | INV #259453 DEPOSITION: DAVID A. SALTMIRAS, PH.D | $ 2,415.00 | #83 |
| Bill | 4/13/2018 | Golkow Technologies, Inc. | DEPOSITION DVD DUPLICATION CONT.: DAVID A. SALTMIRAS, Ph.D. 2/1/17 | $ 95.00 | #84 |
| Bill | 4/13/2018 | Golkow Technologies, Inc. | DEPOSITION DVD DUPLICATION: DAVID A. SALTMIRAS, Ph.D.1/31/17 | $ 95.00 | #85 |
| Bill | 4/25/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: MARK A. MARTENS, PhD. | $ 3,568.40 | #86 |
| Bill | 4/25/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: MARK A. MARTENS, PhD. | $ 2,814.25 | #87 |
| Bill | 4/24/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: JOHN ACQUAVELLA, PH.D. | $ 5,617.05 | #88 |
| Bill | 4/24/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: JOHN ACQUAVELLA, PH.D. | $ 3,394.94 | #89 |
| Bill | 4/25/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: JOHN ACQUAVELLA, PH.D. | $ 1,962.00 | #90 |
| Bill | 4/25/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: JOHN ACQUAVELLA, PhD. | $ 2,275.00 | #91 |
| Bill | 5/29/2018 | Golkow Technologies, Inc. | DEPOSITION DVD CAPTURE & SYNC CONT.: JOHN ACQUAVELLA, Ph.D. 4/8/17 | $ 95.00 | #92 |
| Bill | 5/29/2018 | Golkow Technologies, Inc. | DEPOSITION DVD CAPTURE & SYNC: JOHN ACQUAVELLA, Ph.D. 4/7/17 | $ 95.00 | #93 |
| Bill | 3/31/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: DANIEL JENKINS | $ 1,279.65 | #94 |
| Bill | 3/31/2017 | Golkow Technologies, Inc. | DEPOSITION: DANIEL JENKINS | $ 3,587.00 | #95 |
| Bill | 4/13/2018 | Golkow Technologies, Inc. | DEPOSITION DVD DUPLICATION: DANIEL JENKINS 3/21/17 | $ 95.00 | #96 |
| Bill | 1/31/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: DANIEL GOLDSTEIN, M.D. 1/18/17 | $ 2,468.45 | #97 |
| Bill | 1/31/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: DANIEL GOLDSTEIN, M.D. 1/18/17 | $ 4,438.08 | #98 |
| Bill | 2/6/2018 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: LORELEI A. MUCCI, ScD | $ 631.15 | #99 |
| Bill | 2/10/2018 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: LORELEI A. MUCCI, ScD | $ 555.00 | #100 |
| Bill | 9/28/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: LORELEI A. MUCCI, SC.D. | $ 3,259.10 | #101 |
| Bill | 10/3/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: LORELEI A. MUCCI, SC.D. | $ 2,405.00 | #102 |
| Bill | 2/23/2018 | TSG Reporting, Inc. | DEPOSITION TRANSCRIPT: ALFRED I. NEUGUT, M.D. Ph.D | $ 1,801.80 | #103 |
| Bill | 8/10/2017 | TSG Reporting, Inc. | DEPOSITION TRANSCRIPT: DR. ALFRED NEUGUT | $ 3,914.15 | #104 |
| Bill | 1/29/2018 | Planet Depos, LLC | DEPO VIDEO SERVICES: DR. CHRISTOPHER PORTIER | $ 185.00 | #105 |
| Bill | 1/29/2018 | Planet Depos, LLC | DEPO TRANSCRIPT: DR. CHRISTOPHER PORTIER | $ 2,550.05 | #106 |
| Bill | 4/13/2018 | Golkow Technologies, Inc. | DEPOSITION DVD DUPLICATION CONT.: DONNA FARMER, Ph.D. 1/12/17 | $ 95.00 | #107 |
| Bill | 4/13/2018 | Golkow Technologies, Inc. | DEPOSITION DVD DUPLICATION: DONNA FARMER, Ph.D. 1/11/17 | $ 95.00 | #108 |
| Bill | 1/26/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: DONNA FARMER, Ph.D. 1/11/17 | $ 3,915.25 | #109 |
| Bill | 1/26/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: DONNA FARMER, Ph.D. 1/11/17 | $ 4,455.43 | #110 |
| Bill | 1/26/2017 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: DONNA FARMER, Ph.D. 1/11/17 | $ 1,932.25 | #111 |
| Bill | 1/26/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: DONNA FARMER, Ph.D. 1/12/17 | $ 2,630.00 | #112 |
| Bill | 4/14/2017 | Golkow Technologies, Inc. | INV #259388 DEPOSITION: WILLIAM F. HEYDENS, PH.D | $ 1,932.25 | #113 |
| Bill | 4/14/2017 | Golkow Technologies, Inc. | INV #259389 DEPOSITION: WILLIAM F. HEYDENS, PH.D | $ 4,284.01 | #114 |
| Bill | 4/14/2017 | Golkow Technologies, Inc. | INV #259807 DEPOSITION:WILLIAM F. HEYDENS, PH.D | $ 1,435.70 | #115 |
| Bill | 4/14/2017 | Golkow Technologies, Inc. | INV #259808 DEPOSITION: WILLIAM F. HEYDENS, PH.D | $ 2,800.00 | #116 |
| Bill | 4/13/2018 | Golkow Technologies, Inc. | DEPOSITION DVD DUPLICATION CONT.: WILLIAM F. HEYDENS, Ph.D. 1/24/17 | $ 95.00 | #117 |
| Bill | 4/13/2018 | Golkow Technologies, Inc. | DEPOSITION DVD DUPLICATION: WILLIAM F. HEYDENS, Ph.D. 1/23/17 | $ 95.00 | #118 |
| Bill | 4/24/2017 | Golkow Technologies, Inc. | DEPOSITION. JESUDOSS ROWLAND | $ 3,207.25 | #119 |
| Bill | 4/24/2017 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: JESUDOSS ROWLAND | $ 4,931.20 | #120 |
| Bill | 12/31/2018 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: POOJA CHAUKIYAL, MD | $ 873.90 | #175 |
| Bill | 1/31/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: MICHAEL KOCH, PH.D. | $ 2,631.70 | #176 |

11:27 AM
05/08/19
Accrual Basis

**Andrus Wagstaff, PC**
**Unbilled Costs by Job**
All Transactions

| Type | Date | Source Name | Memo | Amount | Supporting Document # |
|------|------|-------------|------|--------|----------------------|
| Bill | 1/31/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: ERIC SACHS | $ 881.10 | #177 |
| Bill | 2/6/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: WILLIAM REEVES | $ 2,623.80 | #178 |
| Bill | 2/7/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: SAMUEL MURPHEY - MONSANTO | $ 3,929.16 | #179 |
| Bill | 2/7/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: ERIC SACHS | $ 865.00 | #180 |
| Bill | 2/13/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: SAM MURPHEY | $ 2,885.00 | #181 |
| Bill | 2/13/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: DONNA FARMER, PH.D | $ 1,719.45 | #182 |
| Bill | 2/14/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: MICHAEL KOCH | $ 3,165.00 | #183 |
| Bill | 2/19/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: HUGH GRANT | $ 2,768.21 | #184 |
| Bill | 2/19/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: ROGER O. MCCLELLAN, DVM, MMS, DSC | $ 2,815.30 | #185 |
| Bill | 2/19/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: LARRY KIER, PH.D. | $ 2,789.26 | #186 |
| Bill | 2/20/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: DR. ANDREI SHUSTOV | $ 600.00 | #187 |
| Bill | 2/19/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: DOREEN MANCHESTER | $ 4,734.00 | #188 |
| Bill | 2/20/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: TODD RANDS | $ 2,935.50 | #189 |
| Bill | 2/21/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: WILLIAM REEVES | $ 3,560.25 | #190 |
| Bill | 2/25/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: TODD RANDS | $ 1,875.00 | #191 |
| Bill | 2/26/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: ROGER O. MCCLELLAN, DVM, MMS, DSC | $ 3,585.00 | #192 |
| Bill | 2/26/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: WILLIAM REEVES | $ 3,435.00 | #193 |
| Bill | 2/26/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: WILLIAM REEVES | $ 3,215.00 | #194 |
| Bill | 2/26/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: WILLIAM REEVES | $ 3,320.00 | #195 |
| Bill | 2/26/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: DOREEN MANCHESTER (CropLife America) | $ 3,065.00 | #196 |
| Bill | 2/27/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: A. WALLACE HAYES, PH.D | $ 1,098.75 | #197 |
| Bill | 2/27/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: RICK REISS (PMK of Exponent Inc.) | $ 3,070.21 | #198 |
| Bill | 2/28/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICES: HUGH GRANT | $ 2,625.00 | #199 |
| Bill | 3/7/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: CHRISTOPHER J. PORTIER, PH. D | $ 6,771.07 | #200 |
| Bill | 3/7/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: CHRISTOPHER J. PORTIER, PH. D | $ 5,343.25 | #201 |
| Bill | 3/7/2019 | Golkow Technologies, Inc. | DEPOSITION TRANSCRIPT: CHRISTOPHER J. PORTIER, PH. D | $ 4,066.40 | #202 |
| Bill | 3/7/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: LARRY KIER, PH. D | $ 1,920.00 | #203 |
| Bill | 3/7/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: DONNA FARMER, PH. D | $ 2,775.00 | #204 |
| Bill | 3/7/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: RICK REISS, PH.D | $ 875.00 | #205 |
| Bill | 3/8/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: CHRISTOPHER J. PORTIER, PH. D | $ 4,762.44 | #206 |
| Bill | 3/8/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: CHRISTOPHER J. PORTIER, PH. D | $ 4,802.43 | #207 |
| Bill | 3/8/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: CHRISTOPHER J. PORTIER, PH. D | $ 4,782.43 | #208 |
| Bill | 3/15/2019 | Golkow Technologies, Inc. | DEPOSITION VIDEO SERVICE: WALLACE A. HAYES | $ 2,888.43 | #209 |
| Bill | 6/8/2016 | Golkow Technologies, Inc. | Kirk Acevedo | $ 1,190.50 | #210 |
| Bill | 8/23/2017 | TSG Reporting, Inc. | Chadi Nabhan I | $ 3,840.15 | #211 |
| Bill | 9/5/2017 | TSG Reporting, Inc. | Chris Portier I | $ 3,956.15 | #212 |
| Bill | 12/5/2017 | Veritext Legal Solutions | Alfred Romero & Roy Owens | $ 1,756.47 | #213 |
| Bill | 1/8/2018 | Veritext Legal Solutions | Dr. Laura Pincus | $ 734.60 | #214 |
| Bill | 1/8/2018 | Veritext Legal Solutions | Dr. Onaopemipo Ofodile | $ 2,189.58 | #215 |
| Bill | 1/9/2018 | Veritext Legal Solutions | Dr. Eunice Tsai | $ 703.60 | #216 |
| Bill | 1/10/2018 | Veritext Legal Solutions | Dr. Youn Kim | $ 652.65 | #217 |
| Bill | 1/10/2018 | Veritext Legal Solutions | Dr. Richard Hoppe | $ 538.46 | #218 |
| Bill | 1/12/2018 | Veritext Legal Solutions | Edwin Martinez | $ 433.25 | #219 |
| Bill | 1/17/2018 | Veritext Legal Solutions | Dr. Carrie Chanson | $ 593.65 | #220 |
| Bill | 1/18/2018 | Veritext Legal Solutions | Dr. Tach-Giao Troung | $ 1,324.69 | #221 |
| Bill | 1/18/2018 | Veritext Legal Solutions | Dr. Melissa Whitney | $ 651.25 | #222 |
| Bill | 1/19/2018 | Veritext Legal Solutions | Edwin Martinez | $ 435.90 | #223 |
| Bill | 1/19/2018 | Veritext Legal Solutions | Arecli Johnson & Dewayne Johnson | $ 1,532.60 | #224 |
| Bill | 1/20/2018 | Veritext Legal Solutions | Deawayne Johnson 2&3 | $ 1,620.85 | #225 |
| Bill | 1/23/2018 | Veritext Legal Solutions | Dr. Ira Fischman | $ 1,043.60 | #226 |
| Bill | 1/30/2018 | Veritext Legal Solutions | Dr. Nabhan | $ 1,771.38 | #227 |

**Andrus Wagstaff, PC**
**Unbilled Costs by Job**
All Transactions

| Type | Date | Source Name | Memo | Amount | Supporting Document # |
|---|---|---|---|---|---|
| Bill | 2/8/2018 | Veritext Legal Solutions | Dr. Charles Bebrook | $ 5,514.15 | #228 |
| Bill | 2/13/2018 | Veritext Legal Solutions | James Mills | $ 723.80 | #229 |
| Bill | 2/19/2018 | Golkow Technologies, Inc. | Dr. Timothy Kuzel | $ 1,306.50 | #230 |
| Bill | 2/22/2018 | Golkow Technologies, Inc. | Dr. John Fowle | $ 4,410.40 | #231 |
| Bill | 2/26/2018 | Veritext Legal Solutions | Dr. William Sawyer | $ 3,014.45 | #232 |
| Bill | 2/27/2018 | Golkow Technologies, Inc. | Daniel Goldstein | $ 1,547.00 | #233 |
| Bill | 2/27/2018 | Golkow Technologies, Inc. | Daniel Goldstein | $ 2,155.00 | #234 |
| Bill | 12/7/2018 | Golkow Technologies, Inc. | Dewayne Johnson | $ 3,197.82 | #235 |
| Bill | 7/10/2018 | Paszkiewicz Court Reporting | Chris Portier III | $ 1,986.40 | #236 |
| Bill | 10/4/2018 | Golkow Technologies, Inc. | MONSANTO:General Monsanto:MDL General | $ 1,750.30 | #246 |
| Bill | 1/14/2019 | Golkow Technologies, Inc. | MONSANTO:General Monsanto:MDL General | $ 2,404.77 | #247 |
| Bill | 1/31/2019 | Golkow Technologies, Inc. | MONSANTO:General Monsanto:MDL General | $ 250.00 | #248 |
| | | | | $ 442,836.15 | |

**REPRODUCTION, EXEMPLIFICATION**                                 EXHIBIT 5 (#121-174)

| Type | Date | Source Name | Memo | Amount | Supporting Document # |
|---|---|---|---|---|---|
| Check | 3/14/2019 | Mary Oost | Large Blown Up Prints for Hardeman Trial | $ 487.86 | #121 |
| Check | 4/4/2019 | Mary Oost | Hardeman Blowup Shipment | $ 33.84 | #122 |
| Credit Card | 4/15/2019 | The UPS Store | Copies/Printing for Hardeman Trial 3/1-3/6/19 | $ 276.50 | #123 |
| Credit Card | 4/15/2019 | The UPS Store | Copies/Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 84.01 | #124 |
| Credit Card | 4/15/2019 | Copy Central | Copies of Exhibits: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 5,775.79 | #125 |
| Credit Card | 4/15/2019 | The UPS Store | Copies: San Francisco - Hardeman Trial 3/1-3/9/19 | $ 1,375.50 | #126 |
| Credit Card | 4/15/2019 | The UPS Store | Copies: San Francisco - Hardeman Trial 3/1-3/9/19 | $ 1,024.16 | #126 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: Hardeman Trial 3/1-3/6/19 | $ 7.49 | #127 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: Hardeman Trial 3/1-3/6/19 | $ 10.84 | #128 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: Hardeman Trial 3/1-3/6/19 | $ 82.35 | #129 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: Hardeman Trial 3/1-3/6/19 | $ 76.36 | #130 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: Hardeman Trial 3/1-3/6/19 | $ 80.85 | #131 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: Hardeman Trial 3/1-3/6/19 | $ 92.08 | #132 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: Hardeman Trial 3/1-3/6/19 | $ 61.39 | #133 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: Hardeman Trial 3/1-3/6/19 | $ 76.83 | #134 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: Hardeman Trial 3/1-3/6/19 | $ 102.78 | #135 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: San Francisco - Hardeman Trial 3/1-3/6/19 | $ 1.40 | #136 |
| Credit Card | 4/15/2019 | FedEx Office | Copies/Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 311.72 | #137 |
| Credit Card | 4/15/2019 | FedEx Office | Copies/Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 170.76 | #138 |
| Credit Card | 4/15/2019 | FedEx Office | Copies/Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 13.47 | #139 |
| Credit Card | 4/15/2019 | FedEx Office | Copies/Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 249.37 | #140 |
| Credit Card | 4/15/2019 | FedEx Office | Copies/Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 487.86 | #141 |
| Credit Card | 4/15/2019 | FedEx Office | Copies/Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 666.75 | #142 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 555.14 | #143 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 82.97 | #144 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 149.80 | #145 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 56.97 | #146 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 114.08 | #147 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 146.59 | #148 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 119.83 | #149 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 7.19 | #150 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 199.86 | #151 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 87.10 | #152 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 249.03 | #153 |
| Credit Card | 4/15/2019 | FedEx Office | Copies: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 101.78 | #154 |
| Credit Card | 4/15/2019 | Office Depot | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 805.65 | #155 |

11:27 AM
05/08/19
Accrual Basis

**Andrus Wagstaff, PC**
**Unbilled Costs by Job**
All Transactions

| Type | Date | Source Name | Memo | Amount | Supporting Document # |
|---|---|---|---|---|---|
| Credit Card | 4/15/2019 | Office Depot | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 414.30 | #156 |
| Credit Card | 4/15/2019 | Office Depot | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 943.22 | #157 |
| Credit Card | 4/15/2019 | Office Depot | Binders for Exhibits: San Francisco - Hardeman Trial 3/3/19 | $ 244.07 | #158 |
| Credit Card | 4/15/2019 | Staples | Binders for Exhibits: San Francisco - Hardeman Trial 3/1-3/9/19 | $ 118.17 | #159 |
| Credit Card | 4/15/2019 | Office Depot | Binders for Exhibits: San Francisco - Hardeman Trial 3/1-3/9/19 | $ 73.76 | #160 |
| Credit Card | 4/15/2019 | Staples | Binders for Exhibits: San Francisco - Hardeman Trial 3/1-3/9/19 | $ 116.05 | #161 |
| Credit Card | 4/15/2019 | Walmart | Binders for Exhibits: San Francisco - Hardeman Trial 3/1-3/9/19 | $ 16.95 | #162 |
| Credit Card | 4/15/2019 | The UPS Store | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 486.66 | #163 |
| Credit Card | 4/15/2019 | The UPS Store | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 89.72 | #164 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 62.15 | #165 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 162.62 | #166 |
| Credit Card | 4/15/2019 | Office Depot | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 131.40 | #167 |
| Credit Card | 4/15/2019 | Office Depot | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 415.49 | #168 |
| Credit Card | 4/15/2019 | The UPS Store | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 771.59 | #169 |
| Credit Card | 4/15/2019 | The UPS Store | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 112.56 | #170 |
| Credit Card | 4/15/2019 | The UPS Store | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 72.59 | #171 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 245.93 | #172 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 108.94 | #173 |
| Credit Card | 4/15/2019 | FedEx Office | Printing: San Francisco - Hardeman Trial 2/21-3/31/19 | $ 15.10 | #174 |
| | | | | $ 18,827.22 | |

**WITNESS FEES AND EXPENSES**  — Exhibit 6 (#249-268)

| Type | Date | Source Name | Memo | Amount | Supporting Document # |
|---|---|---|---|---|---|
| | | Beate Ritz | | $120.00 | #249 |
| | | Chris Portier (Via Australia/video depo) | | $120.00 | #250 |
| | | Dennis Weisenburger | | $80.00 | #250 |
| | | Chadi Nabhan | | $80.00 | #251 |
| Credit Card | 2/26/2019 | Westin | Lodging: San Francisco - Dr. Ritz Hardeman Trial 2/24 - 2/26/19 | $1,030.94 | #252 |
| Credit Card | 3/6/2019 | Westin | Lodging: San Francisco - Dr. Weisenburger Hardeman Trial 3/5 - 3/6/19 | $920.06 | #253 |
| Credit Card | 3/3/2019 | Delaware North | Meal: San Francisco - Dr. Weisenburger Hardeman Trial 3/5 - 3/6/19 | $16.19 | #254 |
| Credit Card | 3/6/2019 | SF Giants | Meal: San Francisco - Dr. Weisenburger Hardeman Trial 3/5 - 3/6/19 | $19.81 | #254 |
| Credit Card | 2/11/2019 | Westin | Lodging: San Francisco - Dr. Weisenburger  Daubert Hrg 2/10 - 2/11/19 | $483.28 | #255 |
| Credit Card | 2/10/2019 | Delaware North | Meal: San Francisco - Dr. Weisenburger  Daubert Hrg 2/10 - 2/11/19 | $5.71 | #263 |
| Credit Card | 3/22/2019 | Westin | Lodging: San Francisco - Dr. Nabhan Hardeman Trial 3/21 - 3/22/19 | $352.37 | #256 |
| Credit Card | 2/26/2019 | Lyft | Transportation: San Francisco - Dr. Ritz Hardeman Trial 2/24 - 2/26/19 | $60.00 | #257 |
| Credit Card | 2/26/2019 | Skywest | Flight: San Francisco - Dr. Ritz Hardeman Trial 2/24 - 2/26/19 | $149.72 | #258 |
| Credit Card | 3/5/2019 | Alaska Airlines | Flight: San Francisco - Dr. Ritz Hardeman Trial 2/24 - 2/26/19 | $122.60 | #259 |
| Credit Card | 2/26/2019 | Delta | Flight: San Francisco - Dr. Portier - Daubert Hrg 3/15/18 | $6,462.59 | #260 |
| Credit Card | 2/20/2019 | United Airlines | Flight: San Francisco - Dr. Weisenburger Hardeman Trial 3/3 - 3/6/19 | $587.60 | #261 |
| Credit Card | 3/3/2019 | National Taxi Cab | Transportation: San Francisco - Dr. Weisenburger Hardeman Trial 3/3/19 | $52.60 | #262 |
| Credit Card | 2/10/2019 | Myo Taxi Cab | Transportation: San Francisco - Dr. Weisenburger Daubert Hrg 2/10 - 2/11/19 | $59.82 | #263 |
| Credit Card | 1/24/2019 | United Airlines | Flight: San Francisco - Dr. Weisenburger Daubert Hrg 2/10 - 2/11/19 | $662.60 | #264 |
| Credit Card | 3/10/2019 | United Airlines | Flight: San Francisco - Dr. Nabhan Hardeman Trial 3/10 - 3/13/19 | $574.30 | #265 |
| Credit Card | 3/10/2019 | United Airlines | Flight: San Francisco - Dr. Nabhan Hardeman Trial 3/10 - 3/13/19 | $208.30 | #266 |
| Credit Card | 3/10/2019 | United Airlines | Flight: San Francisco - Dr. Nabhan Hardeman Trial 3/10 - 3/13/19 | $200.00 | #267 |
| Credit Card | 3/21/2019 | United Airlines | Flight: San Francisco - Dr. Nabhan Hardeman Trial 3/21 - 3/22/19 | $1,206.60 | #268 |
| | | | | $13,575.09 | |

**Total Roundup CB**   $541,031.48