# EXHIBIT 1

Alana Schmitt <alana.schmitt@andruswagstaff.com>

## Pay.gov Payment Confirmation: CAND CM ECF

1 message

**paygovadmin@mail.doc.twai.gov** <paygovadmin@mail.doc.twai.gov>  Mon, Feb 1, 2016 at 10:27 AM
To: "alana.schmitt@andruswagstaff.com" <alana.schmitt@andruswagstaff.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 25PN1DL4
Agency Tracking ID: 0971-10177098
Transaction Type: Sale
Transaction Date: Feb 1, 2016 12:27:34 PM

*Hardeman, Edward*
*Round Up.*

Account Holder Name: Alana Schmitt
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************8434

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.