# EXHIBIT 2

**ONE LEGAL**

Invoice **#1**

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 2/12/2016 |
| --- | --- |
| Acct. No. | 0061499 |
| Invoice # | 10510677 |
| Due Date | 3/13/2016 |

**Bill To**
Andrus Hood & Wagstaff
Theresa Brown
7171 West Alaska Drive
Lakewood CO 80202

Sales Order:   10098427

Firm Contact:   Aimee Wagstaff

Filer Name:   Alana Schmitt

Billing Code:   Hardeman, Edward

Plaintiff:   Edward Hardeman

Defendant:   Monsanto Company

Documents:   Summons, Civil Case Cover Sheet, Complaint, Order Setting Initial Case Management Conference And ADR Deadlines
Court Branch:   United States District Court, Northern District of California

Target:

**Served:**   **Company Serve**

**Serve Info:**
Monsanto Company
2710 N Gateway Oaks Dr, Ste 150
Sacramento CA 95833

| Item | Amount |
| --- | --- |
| CT, CSC, Etc. | 37.95 |

SERVICE
OF
PROCESS
$1,046.67
#1 - 12

| | Total | $37.95 |
| --- | --- | --- |

Statutory court fees and witness fees disbursed on your behalf are assessed a 2.6% convenience fee for processing and collecting these disbursements. The convenience fee is waived if you elect the ACH payment service.

**Balance Due**   **$37.95**



**# 2**

# ONE LEGAL

## Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 2/16/2016 |
|------|-----------|
| Acct. No. | 0061499 |
| Invoice # | 10511762 |
| Due Date | 3/17/2016 |

**Bill To**
Andrus Hood & Wagstaff
Theresa Brown
7171 West Alaska Drive
Lakewood CO 80202

Sales Order:    10124090

Firm Contact:   Aimee Wagstaff

Filer Name:     Kellie Johnson

Billing Code:   Hardeman, Edward

Plaintiff:      HARDEMAN

Defendant:      MONSANTO

Documents:      Complaint, Civil Case Cover Sheet, Summons, Amended Complaint

Court Branch:   United States District Court, Northern District of California

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|------|--------|
| Court Research Area Surcharge | 19.95 |
| Courtesy Copy | 26.95 |
| **Total** | **$46.90** |

Statutory court fees and witness fees disbursed on your behalf are assessed a 2.6% convenience fee for processing and collecting these disbursements. The convenience fee is waived if you elect the ACH payment service.

**Balance Due**    **$46.90**



**ONE LEGAL**

**Invoice** #3

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 2/25/2016 |
|---|---|
| Acct. No. | 0061499 |
| Invoice # | 10520174 |
| Due Date | 3/26/2016 |

**Bill To**
Andrus Hood & Wagstaff
Theresa Brown
7171 West Alaska Drive
Lakewood CO 80202

Sales Order:     10124106

Firm Contact:   Aimee Wagstaff

Filer Name:      Kellie Johnson

Billing Code:    Hardeman, Edward

Plaintiff:          Edward Hardeman

Defendant:      Monsanto Company

Documents:     Amended Complaint, Magistrate Judge Ryu's Standing Order,
Standing Order For All Judges, CONSENT OR DECLINATION TO MAGISTRATE
Court Branch:   United States District Court, Northern District of California

Target:

**Served:**        **Company Serve**

**Serve Info:**
Monsanto Company
2710 N Gateway Oaks Dr, Ste 150
Sacramento CA 95833

| Item | Amount |
|---|---|
| CT, CSC, Etc. | 37.95 |
| | |
| **Total** | **$37.95** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**     **$37.95**



 **ABOINGO**SERVICES
T R U S T E D

EWO & Levy Services (Wage Garnishments & Bank Levy's)
Process Serving / Court Filings & Research
Stakeouts / Skip Tracing Services / Courier Services
Small Claims Court Assistance / Notary Services
On Staff Paralegal & Notary / CAPPS & NAPPS Members
RUSH & SAME DAY SERVICES SPECIALISTS

**225 WEST WINTON AVE, #203, HAYWARD, CA 94544**
**OUR POUCH # = E-227, STAFF@ABOINGO.NET**

**877 - 475 - 6161 TOLL FREE | 510 - 783 - 6161 LOCAL**
**510 - 783 - 6165 FAX**

# WWW.ABOINGO.NET

 

Andrus Wagstaff, PC
7171 W Alaska Drive
Lakewood CO 80226

| Thursday July 07, 2016 | *INVOICE* | 3766360.187282 |
|---|---|---|

Case #: 3:16-cv-00525
Court: .
Title: Edwin Hardeman vs. Monsanto Co. and John Does 1-50
Documents: SUBPOENA

| Date | Description | Amount |
|---|---|---|
| 07/06/16 02:35PM | Returned Not Served: ELLEN CHANG, AT Business EXPONENT, INC. 149 COMMONWEALTH DR Menlo Park, CA 94025 NON-SERVE; UNABLE TO SERVE AT THIS LOCATION., Returned By: Marcus Adrain Johnson. | |
| 07/06/16 | RUSH PROCESS SERVICE | 100.00 |

**TOTAL CHARGES:**............................................................................................... 100.00
**PAYING WITH CREDIT? VISA MASTERCARD AMEX DISCOVER**
**CREDIT CARD #:**          **EXP:**  /   **Security Code:**
**Name and Billing Address (of Card Holder):**

****YOU MIGHT NEED TO FILE YOUR PROOF OF SERVICE OR AFFIDAVIT OF SERVICE
WITH THE COURT****

We charge a minimum of $25.00 for bounced or rejected payments.

#4

AO 88B (Rev. 02-14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Edwin Hardeman | ) |
| *Plaintiff* | ) |
| v. | ) |
| Monsanto Co. and John Does 1-50 | ) |
| | ) |
| *Defendant* | ) |

Civil Action No. 3:16-cv-00525

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                              Exponent, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All documents and information as set forth in "Attachment A." Please contact the undersigned to arrange for production via mail, electronic mail or some other form. You are not required to produce at the address indicated below.

| Place: Andrus Wagstaff, PC<br> 7171 W Alaska Drive<br> Lakewood, CO 80226 | Date and Time:<br><br> 07/26/2016 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/05/2016

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| | | /s/ David Wool |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Edwin Hardeman , who issues or requests this subpoena, are:

David Wool, Esq., 7171 W Alaska Drive, Lakewood, CO 80226 david.wool@andruswagstaff.com 303-376-6360

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

#4

AO 88B (Rev  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   3:16-cv-00525

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   *Ellen Chang*

on *(date)*  7/5/2016   .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because:  *They do not accept any legal documents at the given address.*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____   .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  7·7·'16

_____
*Server's signature*

*Marcus Johnson, Process Server*
*Printed name and title*

225 WEST WINTON AVE, SUITE 203
HAYWARD, CA 94544

*Server's address*

Additional information regarding attempted service, etc.:

**#5**



**ABOINGO SERVICES**
T R U S T E D

EWO & Levy Services (Wage Garnishments & Bank Levy's)
Process Serving / Court Filings & Research
Stakeouts / Skip Tracing Services / Courier Services
Small Claims Court Assistance / Notary Services
On Staff Paralegal & Notary / CAPPS & NAPPS Members
RUSH & SAME DAY SERVICES SPECIALISTS

**225 WEST WINTON AVE, #203, HAYWARD, CA 94544**
**OUR POUCH # = E-227, STAFF@ABOINGO.NET**

877 - 475 - 6161 TOLL FREE | 510 - 783 - 6161 LOCAL
510 - 783 - 6165 FAX

# WWW.ABOINGO.NET

 

Andrus Wagstaff, PC
7171 W Alaska Drive
Lakewood CO  80226

| Thursday July 07,  2016 | *INVOICE* | 3766360.187283 |

Case #: 3:16-cv-00525
Court: .
Title: Edwin Hardeman vs. Monsanto Co. and John Does 1-50
Documents: SUBPOENA

| Date | Description | Amount |
|------|-------------|--------|
| 07/06/16 02:35PM | Returned Not Served: EXPONENT, INC., AT Business 149 COMMONWEALTH DR.  Menlo Park, CA  94025  NON-SERVE; UNABLE TO SERVE AT THIS LOCATION., Returned By: Marcus Adrain Johnson. | |
| 07/06/16 | ADDITIONAL PARTY or PAPER, SERVED AT SAME ADDRESS | 50.00 |

**TOTAL CHARGES:**....................................................................................  50.00
**PAYING WITH CREDIT?  VISA MASTERCARD AMEX DISCOVER**
**CREDIT CARD #:**     **EXP:**   /   **Security Code:**
**Name and Billing Address (of Card Holder):**

**\*\*\*\*YOU MIGHT NEED TO FILE YOUR PROOF OF SERVICE OR AFFIDAVIT OF SERVICE WITH THE COURT\*\*\*\***

**We charge a minimum of $25.00 for bounced or rejected payments.**

**#5**

AO 88B (Rev. 02-14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Edwin Hardeman )
*Plaintiff* )
v. ) Civil Action No. 3:16-cv-00525
Monsanto Co. and John Does 1-50 )
)
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Ellen Chang

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All documents and information as set forth in "Attachment A." Please contact the undersigned to arrange for production via mail, electronic mail or some other form. You are not required to produce at the address indicated below.

| Place: Andrus Wagstaff, PC<br>7171 W Alaska Drive<br>Lakewood, CO 80226 | Date and Time:<br><br>07/26/2016 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/05/2016

*CLERK OF COURT*

OR

/s/ David Wool

_____              _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Edwin Hardeman
, who issues or requests this subpoena, are:

David Wool, Esq., 7171 W Alaska Drive, Lakewood, CO 80226 david.wool@andruswagstaff.com 303-376-6360

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

#5

AO 88B (Rev. 02-14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   3:16-cv-00525

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Exponent, Inc.

on *(date)* 7/5/2016 .

☐ I served the subpoena by delivering a copy to the named person as follows:

_____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: They do not accept any legal documents at the given address.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 7.7.16          _____
                                    *Server's signature*

          Marcus Johnson, Process Server
          _____
                        *Printed name and title*

          226 WEST WINTON AVE, SUITE 203
          HAYWARD, CA 94544

                        *Server's address*

Additional information regarding attempted service, etc.:



 **ABOINGO SERVICES** T R U S T E D

EWO & Levy Services (Wage Garnishments & Bank Levy's)
Process Serving / Court Filings & Research
Stakeouts / Skip Tracing Services / Courier Services
Small Claims Court Assistance / Notary Services
On Staff Paralegal & Notary / CAPPS & NAPPS Members
RUSH & SAME DAY SERVICES SPECIALISTS

**225 WEST WINTON AVE, #203, HAYWARD, CA 94544**
**OUR POUCH # = E-227, STAFF@ABOINGO.NET**

877 - 475 - 6161 TOLL FREE | 510 - 783 - 6161 LOCAL
510 - 783 - 6165 FAX

# WWW.ABOINGO.NET

  

Andrus Wagstaff, PC
7171 W Alaska Drive
Lakewood CO  80226

| Thursday July 07, 2016 | *INVOICE* | 3766360.187359 |
|---|---|---|

Case #:  3:16-cv-00525
Court:  United States District Court For The Northern District Of California
Title:  Edwin Hardeman vs. Monsanto Co. and John Does 1-50
Documents:  Subpoena to Produce Documents, Information, or Objects; Or to Permit
Inspection of Premises in a Civil Action

| Date | Description | Amount |
|---|---|---|
| 07/07/16 12:00PM | Certified Mail CCP 415.46: Richard L. Schlenker, Registered Agent for Exponent, Inc., AT Business 149 COMMONWEALTH DR  Menlo Park, CA 94025, Served By: Parrish Scott.<br><br>Mailed Copy Of Documents To: Richard L. Schlenker, Registered Agent for Exponent, Inc.. | |
| 07/07/16 | PROCESS SERVICE  SERVICE BY CERTIFIED MAIL | 25.00 |
| 07/07/16 | CERTIFIED MAIL | 3.97 |

**TOTAL CHARGES:**............................................................................................ 28.97
**PAYING WITH CREDIT?  VISA MASTERCARD AMEX DISCOVER**
**CREDIT CARD #:                    EXP:      /    Security Code:**
**Name and Billing Address (of Card Holder):**

**\*\*\*\*YOU MIGHT NEED TO FILE YOUR PROOF OF SERVICE OR AFFIDAVIT OF SERVICE WITH THE COURT\*\*\*\***

**We charge a minimum of $25.00 for bounced or rejected payments.**

#7

**JM & Associates**
**2121 Eisenhower Avenue**
**Suite 200**
**Alexandria, VA 22314**
**Phone: (703) 309-3022**
**Fax: (703) 518-3179**
**1705601**

## INVOICE

Invoice #JMA-2016000393
7/7/2016

Original Date: 7/6/2016

Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226

Reference Number: 3:16-cv-00525

**Case Number: Northern District 3:16-CV-00525**

Plaintiff:
**Edwin Hardeman**

Defendant:
**Monsanto Co and John Does 1-50**

Non-Served: 7/6/2016
To be served on: Exponent, Inc. c/o Elizabeth Delsell

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |
| **BALANCE DUE:** | | | $65.00 |

Please enclose a copy of this invoice with your payment
Payment is due within 7 days of invoice, unless prepaid in advance.
The original affidavit has been mailed out.

Thank you for your business!

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Andrus Wagstaff, PC<br>7171 W. Alaska Drive<br>Lakewood, CO 80226<br><br>TELEPHONE NO.: (720) 208-9432<br><br>ATTORNEY FOR: | |
| **COURT OF CALIFORNIA, COUNTY OF NORTHERN DISTRICT** | |
| PLAINTIFF: Edwin Hardeman | CASE NUMBER<br>3:16-CV-00525 |
| DEFENDANT: Monsanto Co and John Does 1-50 | Ref. No. or File No.:<br>3:16-cv-00525 |
| **DECLARATION OF NON-SERVICE** | |

1.  I am over 18 years of age and not a party to this action.

2.  Received by JM & Associates to be served on Exponent, Inc. c/o **Elizabeth Delsell, 1900 Diagonal Road, Suite 500, Alexandria, VA 22314.**

3.  **NON-SERVED the Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action** for the reason that I failed to find **Exponent, Inc. c/o  Elizabeth Delsell** or any information to allow further search.  Read the comments below for further details

4.  Additional Information pertaining to this non-service:

    07/06/2016  2:05 pm Attempt is made to subjects work location. All employees and managers are instructed not to accept service for any individuals of for the company. It was learned that subject did work for said company but works from home. The subjects resident is Alabama. The exact address or telephone number was not released to subject.

5.  My name, address, telephone number, and, if applicable, county of registration and number are:
    Name: Jerry McClam
    Firm: JM & Associates
    Address: 2121 Eisenhower Avenue, Suite 200, Alexandria, VA 22314
    Telephone number: (703) 309-4022
    Registration Number: Process Server
    County: All Areas
    The fee for the service was:

6.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/6/2016

_____
Jerry McClam
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ _____
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

**DECLARATION OF NON-SERVICE**          Job Number JMA-2016000393



 **ABOINGO SERVICES** T R U S T E D

EWO & Levy Services (Wage Garnishments & Bank Levy's)
Process Serving / Court Filings & Research
Stakeouts / Skip Tracing Services / Courier Services
Small Claims Court Assistance / Notary Services
On Staff Paralegal & Notary / CAPPS & NAPPS Members
RUSH & SAME DAY SERVICES SPECIALISTS

877 - 475 - 6161 TOLL FREE | 510 - 783 - 6161 LOCAL
510 - 783 - 6165 FAX

225 WEST WINTON AVE, #203, HAYWARD, CA 94544
OUR POUCH # = E-227, STAFF@ABOINGO.NET

# WWW.ABOINGO.NET

    PayPal

Andrus Wagstaff, PC
7171 W Alaska Drive
Lakewood CO  80226

| Monday July 25, 2016 | *I N V O I C E* | 3766360.187665 |
|---|---|---|

Case #:  3:16-cv-00525
Court:  United States District Court For The Northern District Of California
Title:  Edwin Hardeman vs. Monsanto Co. and John Does 1-50
Documents:  Subpoena to Produce Documents, Information, or Objects; Or to Permit
Inspection of Premises in a Civil Action with Attachment A

| Date | Description | Amount |
|---|---|---|
| 07/21/16 08:40PM | Personal Service: ELLEN CHANG, AT Home 2731 ROSS ROAD  Palo Alto, CA  94303, by serving: party in item 3.a., Asian, Female, 38 Years Old, Black Hair, Brown Eyes, Served By: Parrish Scott. | |
| 07/21/16 | PROCESS SERVICE | 75.00 |

**TOTAL CHARGES:**..................................................................................... **75.00**
**PAYING WITH CREDIT?  VISA MASTERCARD AMEX DISCOVER**
**CREDIT CARD #:**               **EXP:**      /    **Security Code:**
**Name and Billing Address (of Card Holder):**

****YOU MIGHT NEED TO FILE YOUR PROOF OF SERVICE OR AFFIDAVIT OF SERVICE
WITH THE COURT****

We charge a minimum of $25.00 for bounced or rejected payments.

#9



EWO & Levy Services (Wage Garnishments & Bank Levy's)
Process Serving / Court Filings & Research
Stakeouts / Skip Tracing Services / Courier Services
Small Claims Court Assistance / Notary Services
On Staff Paralegal & Notary / CAPPS & NAPPS Members
RUSH & SAME DAY SERVICES SPECIALISTS

877 - 475 - 6161 TOLL FREE | 510 - 783 - 6161 LOCAL
510 - 783 - 6165 FAX

225 WEST WINTON AVE, #203, HAYWARD, CA 94544
OUR POUCH # = E-227, STAFF@ABOINGO.NET

# WWW.ABOINGO.NET

 PayPal'

Andrus Wagstaff, PC
7171 W Alaska Drive
Lakewood CO  80226

| Monday July 18, 2016 | *INVOICE* | 3766360.187653 |
|---|---|---|

Case #: 3:16-cv-00525
Court: .
Title: Edwin Hardeman vs. Monsanto Co. and John Does 1-50
Description: MISCELLANEOUS SERVICES PROVIDED; Skip trace run on Ellen T Chang.

| Date | Description | Amount |
|---|---|---|
| 07/18/16 | Miscellaneous Job: FILING /RESEARCH | |
| 12:00PM | | |
| | | |
| 07/18/16 | SKIP TRACE ACTION [REF C.C.P. 1033.5(a)(4)(B)] | 50.00 |

**TOTAL CHARGES:**...................................................................................... **50.00**
PAYING WITH CREDIT?  VISA MASTERCARD AMEX DISCOVER
CREDIT CARD #:                    EXP:    /    Security Code:
Name and Billing Address (of Card Holder):

****YOU MIGHT NEED TO FILE YOUR PROOF OF SERVICE OR AFFIDAVIT OF SERVICE
WITH THE COURT****

We charge a minimum of $25.00 for bounced or rejected payments.

225 WEST WINTON AVENUE  SUITE 203  Hayward, CA  94544
Telephone: (510) 783-6161 , FAX: (510) 783-6165 Tax ID: 27-0310985

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| Edwin Hardeman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:16-cv-00525 |
| Monsanto Co. and John Does 1-50 | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                        Ellen Chang

_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All documents and information as set forth in "Attachment A." Please contact the undersigned to arrange for production via mail, electronic mail or some other form. You are not required to produce at the address indicated below.

| Place: Andrus Wagstaff, PC | Date and Time: |
|---|---|
| 7171 W Alaska Drive | |
| Lakewood, CO 80226 | 07/26/2016 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     07/05/2016

*CLERK OF COURT*
                                                    OR
_____          /s/ David Wool
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Edwin Hardeman
_____ , who issues or requests this subpoena, are:

David Wool, Esq., 7171 W Alaska Drive, Lakewood, CO 80226 david.wool@andruswagstaff.com 303-376-6360

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  3:16-cv-00525

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Ellen Chang

on *(date)*    07/18/2016    .

☑ I served the subpoena by delivering a copy to the named person as follows:    personally handing to Ellen

Chang 8:40pm

_____    on *(date)*    07/21/2016    ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____    .

My fees are $ _____    for travel and $ _____    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  7/25/2016

_____
*Server's signature*

Parrish Scott, Process Server #816 Alameda County
*Printed name and title*

225 W. Winton Avenue #203
Hayward, CA 94544

_____
*Server's address*

Additional information regarding attempted service, etc.:

*[#16]*



# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 11/3/2016 |
|---|---|
| Acct. No. | 0061499 |
| Invoice # | 10745943 |
| Due Date | 12/3/2016 |

**Bill To**

Andrus Hood & Wagstaff
Theresa Brown
7171 West Alaska Drive
Lakewood CO 80202

Sales Order:   10642202

Firm Contact:   Aimee Wagstaff

Filer Name:   Kellie Johnson

Billing Code:   Hardeman, Edwin

Case Number:   3:16-cv-00525-VC

Plaintiff:   Edwin Hardeman

Defendant:   Monsanto Company

Documents:   Notice of Subpoena, Subpoena

Court Branch:   United States District Court, Northern District of California

Target:

**Served:**   **Individual Service-Personal**

**Serve Info:**

Marilyn J. Aardema
5315 Oakbrook Drive
Fairfield OH 45014

| Item | Amount |
|---|---|
| **National Process Serving - Priority** | 199.95 |
| **Total** | **$199.95** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

| | |
|---|---|
| **Balance Due** | **$199.95** |

**#11**

# ONE LEGAL

## Invoice

| Date | 11/4/2016 |
|---|---|
| Acct. No. | 0061499 |
| Invoice # | 10747257 |
| Due Date | 12/4/2016 |

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

**Bill To**

Andrus Hood & Wagstaff
Theresa Brown
7171 West Alaska Drive
Lakewood CO 80202

| | |
|---|---|
| Sales Order: | 10642221 |
| Firm Contact: | Aimee Wagstaff |
| Filer Name: | Kellie Johnson |
| Billing Code: | Hardeman, Edwin |
| Case Number: | 3:16-cv-00525-VC |
| Plaintiff: | Edwin Hardeman |
| Defendant: | Monsanto Company |
| Documents: | Subpoena |
| Court Branch: | United States District Court, Northern District of California |
| Target: | |
| **Served:** | **Individual Service-Personal** |

**Serve Info:**
David J. Brusick, Ph.D
123 Moody Creek Road
Bumpass VA 23024

| Item | Amount |
|---|---|
| **National Process Serving - Priority** | 199.95 |
| | |
| **Total** | **$199.95** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

| | Balance Due | $199.95 |
|---|---|---|



 NE LEGAL

# Invoice

| Date | 10/11/2018 |
|---|---|
| Customer | 0061499 |
| Invoice | 11483369 |
| Due Date | 10/18/2018 |
| Terms | ACH |
| **Amount Due** | **$155.00** |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046
**We've moved!** Please update your records with our new mailing address.

| **Bill To** |
|---|
| Andrus & Wagstaff |
| Theresa Brown |
| 7171 West Alaska Drive |
| Lakewood CO 80226 |

| | |
|---|---|
| Order Number | 12358875 |
| Billing Code | |
| Case Number | 3:16-cv-00525-VC |
| Court Transaction Number | |
| Contact | Kevin Rowe |
| Attorney | Aimee H. Wagstaff |
| Case Title | Edwin Hardeman  v Mosanto Company |
| Documents | Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action |
| Court | Edwin Hardeman |
| Assignment Details | Subpoena Service - Kaiser Hospital Release of Medical Information |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Process Serving - One Day | $125.00 |
| Process Serving Area Surcharge | $30.00 |
| **SUBTOTAL** | **$155.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $155.00 |
| **TOTAL BILLED** | **$155.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).

**[#237]**

**Accurate Process Serving & Notary**
500 Marquette Ave NW
Albuquerque, NM 87102

INVOICE:   2874410
Issued:   Dec 6, 2018

*OK to Pay SB*
*Monsanto*
*MDL*
*Depo Notice*
*Subpoena*

**Baum, Hedlund, Aristi, Goldman**
Sheila Beam

PAY TO:
**Accurate Process Serving & Notary**
500 Marquette Ave NW
Albuquerque, NM 87102

| | | |
|---|---|---|
| Case: 3:16-MD-02741-VC | Plaintiff / Petitioner: | Roundup Products |
| Job: 2874410 | Defendant / Respondent: | Monsanto Company |

| Item | Description | Cost | Quantity | Tax | Total |
|---|---|---|---|---|---|
| Albuquerque Flat Service | Routine Service Albuquerque - Roger McClellan 13701 Quaking Aspen Pl. NE | $45.00 | 1 | | $45.00 |
| Witness | Subpoena Witness Fee - 40.00 | $50.00 | 1 | $3.94 | $53.94 |

Thank you for your business. Please pay the "Balance Due" within 21 days.

| | |
|---|---|
| Subtotal: | $95.00 |
| Tax: | $3.94 |
| Total: | $98.94 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$98.94** |

Accurate Process Serving & Notary • 500 Marquette Ave NW, Albuquerque, NM 87102

Call: 505-730-7018 • Email: accurateserving@gmail.com • Visit: www.accurateprocessservingnm.com

**#238**

American Veteran Process LLC
P.O. Box 18703
Tampa, FL 33679
Phone: (813) 397-9313
46-5765597



### INVOICE

Invoice #AMB-2018000648
12/5/2018

Baum, Hedlund, Aristei, & Goldman P.C.
10940 Wilshire Boulevard
17th Floor
Los Angeles, CA 90024

*Monsanto MDL Pendit*
*(handwritten)*

**Case Number: 3:16-MD-02741-VC**

Plaintiff:
**Roundup Products Liability Litigation**

Defendant:
**Monsanto Company, et al**

Received: 11/30/2018   Served: 12/4/2018 1:40 pm  INDIVIDUAL/PERSONAL
To be served on: A. Wallace Hayes Ph.D, D.A.B.T.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 45.00 | 45.00 |
| witness fee check | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $85.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$85.00** |

*J— this is the invoice*
*that never got paid*
*Pls let me know when*
*it goes out. Thanks!*
*Shek (handwritten)*

THANK YOU FOR YOUR BUSINESS!  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.
PAYMENT DUE UPON RECEIPT.   A $7.50 SERVICE FEE WILL BE ADDED TO ALL INVOICES PAST 30 DAYS.

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2e

**#239**



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

## INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10183605 | 81686 |
| Invoice Date | Total Due |
| 11/15/18 | 3,090.60 |

Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd.
17th Floor
Los Angeles, CA 90024

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | PO |
|---|---|---|---|---|
| 81686 | 10183605 | 11/15/18 | 3,090.60 | 4 |

| Date | Ord.No | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 11/06/18 PDF COURTESY DELIVERY | 3788873 | PDF | Baum Hedlund Aristei & Goldman 10940 Wilshire Blvd LOS ANGELES    CA 90024 Caller: Sheila Beam 2:17-CV-02559 MSP RECOVERY V FARMERS INSURANCE NTC OF MTN AND MTN X2 DELIVER COURTESY Signed: del    Ref: PENDING | USDC-LOS ANGELES 350 W. 1ST STREET LOS ANGELES    CA 90012   *MSP Farmers* | Base Chg : 23.50 PDF/Ship : 32.20 | 55.70 |
| 11/09/18 PDF COURTESY DELIVERY | 3791250 | PDF | Baum Hedlund Aristei & Goldman 10940 Wilshire Blvd LOS ANGELES    CA 90024 Caller: Sheila Beam 2:17-CV-02522 MSP RECOVERY V THE FARMERS INSURANCE MTN DELIVER COURTESY Signed: del    Ref: MAO V THE FARMERS | USDC-LOS ANGELES 350 W. 1ST STREET LOS ANGELES    CA 90012   *MSP Farmers* | Base Chg : 23.50 | 23.50 |
| 11/13/18 FILING-BRNCH PDF RUSH | 3793274 | BFX | Baum Hedlund Aristei & Goldman 10940 Wilshire Blvd LOS ANGELES    CA 90024 Caller: Sheila Beam    Wait: 45 Min JCCPNO.4953 ROUNDUP PRODUCTS CASES STIPULATION AND PROPOSED ORDER CMO#15 FILE/CONFORM/RETURN Signed: FILED/CC DELIVERED    Ref: 157-024 / 157-012 | ACSC-OAKLAND 1225 FALLON STREET OAKLAND    CA 94612   *Monsanto JCCP* | Base Chg : 123.25 Wait : 33.75 Fuel Chg : 11.09 Adv/Wit Ck: 20.00 Check Chg : 2.00 | 190.09 |
| 11/14/18 PROCESS-FORWARD SAME DAY | 3794629 | FSP | Baum Hedlund Aristei & Goldman 10940 Wilshire Blvd LOS ANGELES    CA 90024 Caller: Sheila Beam 3:16-MD-02741-CV ROUNDUP VS MONSANTO COMPANY SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION PLEASE ATTEMP TO SER Signed: Janine Frazier    Ref: MONSANTO MDL | FTI CONSULTING 555 12TH ST NW WASHINGTON    DC 20004   *Monsanto JCCP FTI Subpoena* | Base Chg : 309.25 Adv/Wit Ck: 40.00 Check Chg : 4.00 | 353.25 ✗ |
| 11/14/18 PROCESS-FORWARD SAME DAY | 3794636 | FSP | Baum Hedlund Aristei & Goldman 10940 Wilshire Blvd LOS ANGELES    CA 90024 Caller: Sheila Beam 3:16-MD-02741-CV ROUNDUP VS MONSANTO COMPANY SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION PLEASE ATTEMP TO SER Signed: Janine Frazier    Ref: MONSANTO MDL | CROPLIFE AMERCIA *- Subpoena* 555 12TH ST NW WASHINGTON    DC 20004 Comment: RELATED PROCESS   *Monsanto JCCP FTI Subpoena* | Base Chg : 154.63 Adv/Wit Ck: 40.00 Check Chg : 4.00 | 198.63 ✗ |
|  |  |  |  |  | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| New Invoice No. | Customer No. |
|---|---|
| 10183605 | 81686 |
| Invoice Date | Total Due |
| 11/15/18 | 3,090.60 |

Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd.
17th Floor
Los Angeles, CA 90024

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81686 | 10183605 | 11/15/18 | 3,090.60 | 5 |

Service Detail

| Date | Ordr.No | SVC | | | Charges | Total |
|---|---|---|---|---|---|---|
| 11/14/18 | 3794886 | BSD | Baum Hedlund Aristei & Goldman<br>10940 Wilshire Blvd<br>LOS ANGELES    CA 90024<br>Caller: Sheila Beam<br>3:16-MD-02741-CV<br>ROUNDUP VS MONSANTO COMPANY<br>SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION<br>PLEASE ATTEMP TO SER<br>Signed: ALLAN DROSDICK, ASST     Ref: MONSANTO MDL | WILBUR-ELLIS _Subpoena_<br>345 CALIFORNIA STREET<br>SAN FRANCISCO    CA 94104<br>_Monsanto JCCP_ | Base Chg : 125.50<br>Fuel Chg : 11.30<br>Adv/Wit Ck: 40.00<br>Check Chg : 4.00 | 180.80 |
| PROCESS-BRANCH SAME DAY | | | | | | |
| 11/14/18 | 3795316 | BSD | Baum Hedlund Aristei & Goldman<br>10940 Wilshire Blvd<br>LOS ANGELES    CA 90024<br>Caller: Sheila Beam<br>3:16-MD-02741-CV<br>ROUNDUP VS MONSANTO COMPANY<br>SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION<br>PLEASE ATTEMP TO SER<br>Signed: ALAN DROSDICK     Ref: MONSANTO MDL | WILBUR-ELLIS _-Subpoena-_<br>345 CALIFORNIA STREET<br>SAN FRANCISCO    CA 94104<br>_Mons JCCP_ | Base Chg : 125.50<br>Fuel Chg : 11.30 | 136.80 |
| PROCESS-BRANCH SAME DAY | | | | | | |
| 11/15/18 | 3795967 | BSD | Baum Hedlund Aristei & Goldman<br>10940 Wilshire Blvd<br>LOS ANGELES    CA 90024<br>Caller: Sheila Beam<br>3:16-MD-02741-CV<br>ROUNDUP VS MONSANTO<br>SUBPOENA TO TESTIFY AT A CIVIL ACTION<br>PLEASE ATTEMP TO SER<br>Signed: alan drosdick, ata     Ref: MONSANTO MDL | WILBUR-ELLIS _Subpoena_<br>345 CALIFORNIA STREET<br>SAN FRANCISCO    CA 94104<br>_Mon JCCP_ | Base Chg : 125.50<br>Fuel Chg : 11.30<br>Adv/Wit Ck: 40.00<br>Check Chg : 4.00 | 180.80 |
| PROCESS-BRANCH SAME DAY | | | | | | |
| 11/15/18 | 3795977 | FSP | Baum Hedlund Aristei & Goldman<br>10940 Wilshire Blvd<br>LOS ANGELES    CA 90024<br>Caller: Sheila Beam<br>3:16-MD-02741-CV<br>ROUNDUP VS MONSANTO<br>SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION<br>PLEASE ATTEMP TO SER<br>Signed: Vivian Yun     Ref: MONSANTO MDL | FTI CONSULTING _Subpoena_<br>555 12TH ST NW<br>WASHINGTON    DC 20004<br>_Mon JCCP_ _Subpoena_ | Base Chg : 309.25 | 309.25 |
| PROCESS-FORWARD SAME DAY | | | | | | |
| 11/15/18 | 3795981 | FSP | Baum Hedlund Aristei & Goldman<br>10940 Wilshire Blvd<br>LOS ANGELES    CA 90024<br>Caller: Sheila Beam<br>3:16-MD-02741-CV<br>ROUNDUP VS MONSANTO<br>SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION<br>PLEASE ATTEMP TO SER<br>Signed: new address 3796700     Ref: MONSANTO MDL | CROPLIFE AMERICA _Subpoena_<br>555 12TH ST NW<br>WASHINGTON    DC 20005<br>_Mon. JCCP_ | Base Chg : 309.25 | 309.25 |
| PROCESS-FORWARD SAME DAY | | | | | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

**#239**



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

# INVOICE



| Invoice No. | Customer No. |
|---|---|
| 10183605 | 81686 |
| Invoice Date | Total Due |
| 11/15/18 | 3,090.60 |

Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd.
17th Floor
Los Angeles, CA 90024

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 81686 | 10183605 | 11/15/18 | 3,090.60 | 6 |

| Date | Ordr.No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 11/15/18 | 3796700 | FSP | Baum Hedlund Aristei & Goldman | CROPLIFE AMERICA _subpeona_ | Base Chg : | 309.25 | 353.25 |
| PROCESS-FORWARD SAME DAY | | | 10940 Wilshire Blvd<br>LOS ANGELES    CA 90024<br>Caller: Sheila Beam<br>3:16-MD-02741-CV<br>ROUNDUP VS MONSANTO<br>SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION<br>PLEASE ATTEMP TO SER<br>Signed: Mitzi Miller | 1156 15th St. NW<br>WASHINGTON      DC 20004 _mon Jeep_<br><br>Ref: MONSANTO MDL | Adv/Wit Ck: <br>Check Chg : - | 40.00<br>4.00 | |

Invoice Amount:     2,810.60
Fees Advanced:       280.00
Total  Amount Due:   3,090.60

TOTAL
RM
2,266.50

|  |  |  |  | Total | 3,090.60 |
|---|---|---|---|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT

RECEIVED #240



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

**INVOICE**

| Invoice No. | Customer No. |
|---|---|
| 10188826 | 81686 |
| Invoice Date | Total Due |
| 12/15/18 | 1,137.79 |

*Mario, this one is*
*OK to pay.*
*(illegible) 8hut*

Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd.
17th Floor
Los Angeles, CA 90024

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg # |
|---|---|---|---|---|
| 81686 | 10188826 | 12/15/18 | 1,137.79 | 1 |

Service Detail

| Date | Ordr.No. | Svc | | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 11/28/18 PROCESS-IMMEDIATE | 3805449 | IMP | FIRST LEGAL SUPPORT-LA 1517 W BEVERLY BOULEVARD LOS ANGELES CA 90026 Caller: Sheila Beam 3:16-MD-02741-VC ROUNDUP PRODUCTS V MONSANTO COMPANY SUB TO TESTIFY; LETTER; DELIVER ENVELOPE Signed: CANCEL DO DEC | DR A WALLACE HAYES 2029 CENTURY PARK EAST LOS ANGELES CA 90067 Comment: 2 attempts *Monsanto JCCP* Ref: ROUNDUP V MONSANTO | Base Chg : 153.75 Addt'l Chgs: 76.88 Fuel Chg : 13.84 | 244.47 |
| 12/06/18 FILING-FAX/PDF RUSH | 3812713 | FAX | Baum Hedlund Aristei & Goldman 10940 Wilshire Blvd LOS ANGELES CA 90024 Caller: Sheila Beam BC628589 ROBI V MERCK&CO NTC OF APP BIJAN; NTC OF APP NICOLE; NTC OF APP MICHAEL; FILE/CONFORM/RETURN Signed: filed | CCW-111 C 111 N HILL ST LOS ANGELES CA 90012 *Robi - Gardasil case* Ref: ROBI V MERCK&CO | Base Chg : 90.50 | 90.50 |
| 12/06/18 PDF COURTESY DELIVERY | 3812717 | PDF | CCW-111 C 111 N HILL ST LOS ANGELES CA 90012 Caller: Sheila Beam BC628589 ROBI V MERCK&CO NTC OF APP BIJAN; NTC OF APP NICOLE; NTC OF APP MICHAEL; CC'S DEPT-307 Signed: del | LASC-CCW 312 N. SPRING ST. LOS ANGELES CA 90012 *Robi Gardasil* Ref: ROBI V MERCK&CO | Base Chg : 23.50 | 23.50 |
| 12/07/18 FILING-BRNCH PDF SAME DAY | 3813853 | BFX | Baum Hedlund Aristei & Goldman 10940 Wilshire Blvd LOS ANGELES CA 90024 Caller: Sheila Beam Wait: 45 Min JCCP 4953 ROUNDUP PRODUCT CASES DEC/OPP FILE/CONFORM/RETURN Signed: FILED/CC DEPT | ACSC-OAKLAND 1225 FALLON STREET OAKLAND CA 94612 *Monsanto JCCP* Ref: ROUNDUP | Base Chg : 83.25 Wait : 33.75 PDF/Ship : 309.65 Fuel Chg : 7.49 | 434.14 |
| 12/10/18 FILING-BRNCH PDF SAME DAY | 3815719 | BFX | Baum Hedlund Aristei & Goldman 10940 Wilshire Blvd LOS ANGELES CA 90024 Caller: Sheila Beam Wait: 45 Min JCCP No. 4953 ROUNDUP PRODUCTS CASES NTC;DECL FILE/CONFORM/RETURN Signed: FILED/CC DEPT | ACSC-OAKLAND 1225 FALLON STREET OAKLAND CA 94612 *Monsanto JCCP* Ref: N/A | Base Chg : 83.25 Wait : 33.75 PDF/Ship : 74.20 Fuel Chg : 7.49 | 198.69 |
| | | | | | | Continued |

**INVOICE PAYMENT DUE UPON RECEIPT**

I-#240



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 10188826 | 81686 |
| Invoice Date | Total Due |
| 12/15/18 | 1,137.79 |

Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd.
17th Floor
Los Angeles, CA 90024

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81686 | 10188826 | 12/15/18 | 1,137.79 | 2 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 12/13/18 | 3819586 | BFX | Baum Hedlund Aristei & Goldman    ACSC-OAKLAND | Base Chg : 83.25 | |
| FILING-BRNCH | PDF | SAME DAY | 10940 Wilshire Blvd    1225 FALLON STREET | Wait : 33.75 | |
| | | | LOS ANGELES _ CA 90024    OAKLAND __ CA 94612 | Fuel Chg : 7.49 | |
| | | | Caller: Sheila Beam    Wait: 45 Min | Adv/Wit Ck: 20.00 | |
| | | | JCCP 4953 | Check Chg : 2.00 | 146.49 |
| | | | ROUND PRODUCTS CASES    Monsanto JCCP | | |
| | | | POx2 | | |
| | | | FILE/CONFORM/RETURN    Ref: ROUNDUP | | |
| | | | Signed: FILED | | |

Invoice Amount:    1,117.79
Fees Advanced:    20.00
Total   Amount Due:    1,137.79

Total    1,137.79

## INVOICE PAYMENT DUE UPON RECEIPT

**#241**

# INTERCOUNTY JUDICIAL SERVICES

RECEIVED NOV 2 4 2018

901 N Broadway Suite 18, North White Plains, NY 10603   PHONE 914-328-1069   Fax 914-328-4999
Tax ID No.: 27-1372122

Job # 1833946
11/19/2018

Your File No.:

Pedram Esfandiary Baum Hedlund Aristei & Goldman
Sheila Beam
10940 Wilshire Blvd, 17th Floor
Los Angeles, CA 90024

Caption:
*In RE: Roundup Products Liability Litigation*
*vs*
*Monsanto Company; et al.*

Plaintiff/Petitioner
Defendant/Respondent

Date Received: 11/14/2018
Serve By Date: 11/22/2018
Docket or ID #: 16-MD-02741-VC
County: Northern
Court: District Court

Re:      **Gary Williams, MD**

Docs Served: Subpoena to Testify at a Deposition in a Civil Action; Exhibits Date Served: 11/15/2018

Place Served: New York Medical College - 40 Sunshine Cottage Road, Valhalla,

| Service Description | Qty | Fee | Amount |
|---|---|---|---|
| Advance Witness Fee | 1 | $40.00 | $40.00 |
| Routine Service - Personal in Hand | 1 | $65.00 | $65.00 |

ok to pay Monsanto mdl SB

| | | |
|---|---|---|
| Total Service Fees: | | $105.00 |
| Total Amount Due = | | $105.00 |

Remarks:

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pedram Esfandiary Baum Hedlund Aristei & Goldman
Sheila Beam
10940 Wilshire Blvd, 17th Floor
Los Angeles, CA 90024

Job #          1833946
Client File#
Invoice Date:  November 19, 2018
Client ID      996428

Intercounty Judicial Services
901 N Broadway Suite 18
North White Plains, NY 10603

Total Amount Due = **$105.00**

Amount Enclosed _____

*# 242*

**Inter County Judicial Services LLC**
**901 N Broadway Suite  18**
**North White Plains, NY 10603**
**Phone: 914-328-1069**
**Fax: 914-328-4999**

Statement Date
1/3/2019

## BILLING STATEMENT

Pedram Esfandiary Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd, 17th Floor
Los Angeles, CA 90024

Statement covers unpaid invoices through 1/3/2019.

| Job # | Invoice Date | Servee | Amount | Status |
|---|---|---|---|---|
| 1833946 | 11/19/2018 | Gary Williams, MD | $25.00 | Over 30 Days |
| | | | | Served |
| | In RE: Roundup Products Liability Litigation | | | 11/15/2018 |
| | Monsanto Company; et al. | | | |
| Index | 16-MD-02741-VC | Client File # | | |

YOUR RETURN ADDRESS:

Pedram Esfandiary Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd, 17th Floor
Los Angeles, CA 90024

| | | |
|---|---|---|
| Current: $0.00 | TOTAL DUE$ | $25.00 |
| Past 30: $25.00 | | |
| Past 60: $0.00 | AMOUNT ENCLOSED$ | |
| Past 90: $0.00 | | |

Statement Date
1/3/2019

VISA   MasterCard   AMEX   DISC•VER

MAIL PAYMENT TO:                              MAKE CHECKS PAYABLE TO & REMIT TO:

Inter County Judicial Services LLC                Inter County Judicial Services LLC
901 N Broadway Suite  18
North White Plains, NY 10603