# EXHIBIT 3



**#13**



Julie Wolf <julie.wolf@andruswagstaff.com>

## Re: In Re Roundup Products Liability Litigation - 16-md-2741 VC

1 message

**Aimee H. Wagstaff, Esq.** <aimee.wagstaff@andruswagstaff.com>　　　　Mon, Sep 17, 2018 at 11:35 AM
To: Julie Wolf <julie.wolf@andruswagstaff.com>
Cc: Kellie Johnson <kellie.johnson@andruswagstaff.com>

Sent from my iPhone

On Sep 17, 2018, at 11:07 AM, Julie Wolf <julie.wolf@andruswagstaff.com> wrote:

Will do.

**Julie Wolf**
Senior Staff Accountant
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Direct: 720-208-9428
Office: 303-376-6360
Fax: 303-376-6361
julie.wolf@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC whi...*
*privilege. If you are not the intended recipient, you are hereby notified that you must not re...*
*printing, distribution or use of any of the information contained in or attached to this transi...*
*error, please notify us immediately by e-mail and delete the original transmission.*

> REPORTER'S
> TRANSCRIPTS
> $24,617.86
> #13 - 22

On Mon, Sep 17, 2018 at 10:22 AM Kellie Johnson <kellie.johnson@andruswagstaff.com> wrote:
Julie - please pay ASAP for either same day or tomorrow delivery. Please include delivery tracking. This
is billed to RU.

Thank!

---------- Forwarded message ----------
From: <Joann_Bryce@cand.uscourts.gov>
Date: Mon, Sep 17, 2018 at 10:20 AM
Subject: In Re Roundup Products Liability Litigation - 16-md-2741 VC
To: kellie.johnson@andruswagstaff.com, aimee.wagstaff@andruswagstaff.com

> INV AMT:
> $220.50

The amount for the deposit of a Daily Delivery copy of a .pdf and condensed
is 105 pages @ $2.10/pg = $220.50. Please have the check made out and
delivered to Jo Ann Bryce, Official Reporter, U.S. District Court, 450
Golden Gate Avenue - 16th Floor, San Francisco, CA 94102.

The time for delivery of the transcript begins upon receipt of the check.

Attached is a signed W-9 form.

(See attached file: Bryce W9-2018-signed-Rev. 2017.pdf)

Thank you.

Jo Ann Bryce, Official Reporter
(510)910-5888
joann_bryce@cand.uscourts.gov

Kellie Johnson
*Senior Paralegal*
**Andrus Wagstaff, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-6361

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

*RECEIPT OF PYMT #13*

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE NO.: 20181116

| | |
|---|---|
| Aimee H. Wagstaff<br>Andrus Wagstaff PC<br>7171 W. Alaska Drive<br>Lakewood, CO 80226<br>(303) 376-6360<br>aime.wagstaff@andruswagstaff.com | **MAKE CHECKS PAYABLE TO:**<br>Jo Ann Bryce, CSR,RMR,CRR<br>Official Reporter<br>U.S. District Court<br>450 Golden Gate Ave. - 16th Fl.<br>San Francisco, CA 94102<br>(510) 910-5888<br>Joann_Bryce@cand.uscourts.gov |

| \_ CRIMINAL   X CIVIL | DATE ORDERED:<br>09-18-2018 | DATE DELIVERED:<br>09-19-2018 |
|---|---|---|

**In the matter of:** 16-MD-02741 VC, In Re: Roundup Products Liability Litigation

Daily Delivery copy .pdf and condensed of Proceedings heard before Judge
Vince Chhabria on 9/13/18

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | 105 | 1.20 | 126.00 | 105 | 0.90 | 94.50 | 220.50 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 220.50 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| **Date:** 09-18-2018 | | **Check:** 415 | | | | | | | Less Amount of Deposit | 220.50 |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 0.00 |

### ADDITIONAL INFORMATION
        Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
        I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>s:/ Jo Ann Bryce | DATE:<br>09-19-2018 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

#14

INV AMT:
$2,578.50
REFUND  (91.80)
$2,486.70

--------- Forwarded message ---------
From: <Marla_Knox@cand.uscourts.gov>
Date: Fri, Jan 25, 2019 at 12:03 PM
Subject: Fw: In Re: Roundup Products Liability Litigation Hearings
To: Kevin Rowe <kevin.rowe@andruswagstaff.com>
Cc: Aimee H. Wagstaff <aimee.wagstaff@andruswagstaff.com>

Good morning,

Just checking in as we are now setting up for Monday.  We have not received a deposit or a response to our e-mail below sent a few weeks ago.  Can you let us know the status and if you will still be requesting the daily transcripts and real-time for the Evidentiary hearings starting on Monday.

Thank you so much!



**MARLA F. KNOX, RPR, CRR**
Official Court Reporter
450 Golden Gate Ave.,16th Fl, San Francisco, CA 94102
United States District Court
Northern District of California
https://cand.uscourts.gov
marla_knox@cand.uscourts.gov
Office: 602.391.6990

----- Forwarded by Marla Knox/CAND/09/USCOURTS on 01/25/2019 10:59 AM -----

2,578•5  +
91.80  –
2,486•7  *

From:      Marla Knox/CAND/09/USCOURTS
To:        aimee.wagstaff@andruswagstaff.com, Joann Bryce/CAND/09/USCOURTS@USCOUF
Date:      01/17/2019 10:32 AM
Subject:   In Re:  Roundup Products Liability Litigation Hearings

Good morning,

I am the Official Reporter who has been assigned to the Daily Delivery for your evidentiary hearings (1/28, 2/4, 2/6 and 2/11) and trial.  Jo Ann Bryce will also be working with me.

The estimate for the deposit for the Evidentiary Hearings is 900 pages @ $5.73/pg = $5,157.00.  This includes the cost of splitting the Original & 1 .pdf at $3.63/pg. and Realtime at $2.10/pg.  The amount, if any, that is underestimated will be billed at the end of the evidentiary hearings.  The amount, if any, overestimated will be refunded at the end of the evidentiary hearings.

I have attached a copy of our W-9s for your convenience.

I will send you the estimate for the deposit for the trial at the conclusion of the evidentiary hearings.

Please have two checks -- one made out to **Marla Knox** and one made out to **Jo Ann Bryce** -- each in the amount of **$2,578.50** delivered to me, **Marla Knox, at U.S. District Court, 450 Golden Gate Avenue - 16th Floor, San Francisco, CA  94102.**

Thank you and we look forward to working with you.



District Court Logo

**MARLA F. KNOX, RPR, CRR**

Official Court Reporter

450 Golden Gate Ave.,16th Fl, San Francisco, CA 94102

United States District Court

Northern District of California

https://cand.uscourts.gov

marla_knox@cand.uscourts.gov

Office: 602.391.6990

**noname**
6K

1018

#14

MK LITIGATION SOLUTIONS, INC.

91632/1221

Z 14 20 19

PAY Andrus Wagstaff                    $ 91.80
to the order of

Ninty-one and 80/100                  DOLLARS

for Info Roundup
refund - transcript

Marla Knox

DEP REC: 3/5/19

#15

INV AMT:

$2,578.50

---------- Forwarded message ---------
From: <Marla_Knox@cand.uscourts.gov>
Date: Fri, Jan 25, 2019 at 12:03 PM
Subject: Fw: In Re: Roundup Products Liability Litigation Hearings
To: Kevin Rowe <kevin.rowe@andruswagstaff.com>
Cc: Aimee H. Wagstaff <aimee.wagstaff@andruswagstaff.com>

Good morning,

Just checking in as we are now setting up for Monday. We have not received a deposit or a response to our e-mail below sent a few weeks ago. Can you let us know the status and if you will still be requesting the daily transcripts and real-time for the Evidentiary hearings starting on Monday.

Thank you so much!



**MARLA F. KNOX, RPR, CRR**
Official Court Reporter
450 Golden Gate Ave.,16th Fl, San Francisco, CA 94102
United States District Court
Northern District of California
https://cand.uscourts.gov
marla_knox@cand.uscourts.gov
Office: 602.391.6990

----- Forwarded by Marla Knox/CAND/09/USCOURTS on 01/25/2019 10:59 AM -----

From:    Marla Knox/CAND/09/USCOURTS
To:    aimee.wagstaff@andruswagstaff.com, Joann Bryce/CAND/09/USCOURTS@USCOURTS
Date:    01/17/2019 10:32 AM
Subject:    In Re: Roundup Products Liability Litigation Hearings

Good morning,

I am the Official Reporter who has been assigned to the Daily Delivery for your evidentiary hearings (1/28, 2/4, 2/6 and 2/11) and trial. Jo Ann Bryce will also be working with me.

The estimate for the deposit for the Evidentiary Hearings is 900 pages @ $5.73/pg = $5,157.00. This includes the cost of splitting the Original & 1 .pdf at $3.63/pg. and Realtime at $2.10/pg. The amount, if any, that is underestimated will be billed at the end of the evidentiary hearings. The amount, if any, overestimated will be refunded at the end of the evidentiary hearings.

I have attached a copy of our W-9s for your convenience.

I will send you the estimate for the deposit for the trial at the conclusion of the evidentiary hearings.

Please have two checks -- one made out to Marla Knox and one made out to Jo Ann Bryce -- each in the amount of $2,578.50 delivered to me, Marla Knox, at U.S. District Court, 450 Golden Gate Avenue - 16th Floor, San Francisco, CA 94102.

Thank you and we look forward to working with you.

Case 3:16-md-02741-VC   Document 3804-4   Filed 05/17/19   Page 9 of 25   

District Court Logo

**MARLA F. KNOX, RPR, CRR**

Official Court Reporter

450 Golden Gate Ave.,16th Fl, San Francisco, CA 94102

United States District Court

Northern District of California

https://cand.uscourts.gov

marla_knox@cand.uscourts.gov

Office: 602.391.6990



**noname**
6K

#16

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE NO.: 20191251

| | |
|---|---|
| Aimee Wagstaff<br>Andrus Wagstaff<br>7171 W. Alaska Drive<br>Lakewood, CO 80226<br><br>(866) 795-9529<br>aimee.wagstaff@andruswagstaff.com | **MAKE CHECKS PAYABLE TO:**<br>Jo Ann Bryce, CSR,RMR,CRR<br>Official Reporter<br>U.S. District Court<br>450 Golden Gate Ave. - 16th Fl.<br>San Francisco, CA 94102<br>(510) 910-5888<br>Joann_Bryce@cand.uscourts.gov |

| \_ CRIMINAL   **X** CIVIL | DATE ORDERED:<br>01-28-2019 | DATE DELIVERED:<br>01-28-2019 |
|---|---|---|

**In the matter of:** 16-MD-02741 VC, In Re: Roundup Products Liability Litigation

Hourly Delivery .pdf, .txt, and condensed of Proceedings heard before Judge Vince Chhabria on 1/28/19, 2/4/19, 2/11/19, 2/13/19, and 2/15/19 (820 total pages, O&1 split with Wilkinson, Walsh & Eskovitz LLP) (720 pages, 1/2 pages billed by Marla Knox)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | 50 | 6.05 | 302.50 | 100 | 1.20 | 120.00 | | 0.90 | | 422.50 |
| Hourly | 180 | 7.25 | 1305.00 | 360 | 1.20 | 432.00 | | 0.90 | | 1737.00 |
| Realtime | 456 | 2.10 | 957.60 | | | | | | | 957.60 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 3117.10 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 01-28-2019 | | **Check:** 427 | | | | | Less Amount of Deposit | | | 2578.50 |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 538.60 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>s:/ Jo Ann Bryce | DATE:<br>02-16-2019 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

Julie Wolf <julie.wolf@andruswagstaff.com>

## Fwd: FW: In Re Roundup Products Liability Litigation - 16-md-02741 VC
1 message

**$538.60**

**Kellie Johnson** <kellie.johnson@andruswagstaff.com>                Tue, Feb 19, 2019 at 8:03 AM
To: Julie Wolf <julie.wolf@andruswagstaff.com>, Evelyn Williams <evelyn.williams@andruswagstaff.com>

Invoice attached.

---------- Forwarded message ---------
From: **Jennifer Moore** <jennifer@moorelawgroup.com>
Date: Tue, Feb 19, 2019 at 1:38 AM
Subject: FW: In Re Roundup Products Liability Litigation - 16-md-02741 VC
To: Aimee Wagstaff <aimee.wagstaff@andruswagstaff.com>, Kevin Rowe <kevin.rowe@andruswagstaff.com>, Kellie
Johnson <kellie.johnson@andruswagstaff.com>


Fyi.  Bill attached.


*Jennifer A. Moore*

Moore Law Group, PLLC

(502) 717-4080

jennifer@moorelawgroup.com


*Please update your contact with the new law firm name, Moore Law Group, PLLC, and contact information.*



**From:** "Joann_Bryce@cand.uscourts.gov" <Joann_Bryce@cand.uscourts.gov>
**Date:** Saturday, February 16, 2019 at 12:39 PM
**To:** Aimee Wagstaff <aimee.wagstaff@andruswagstaff.com>, Jennifer Moore
<jennifer@moorelawgroup.com>
**Subject:** In Re Roundup Products Liability Litigation - 16-md-02741 VC


Attached is the .pdf for the proceedings taken on 2/15/19 before Judge Vince Chhabria.

Also attached is the .pdf of the invoice showing a deposit received of $2,578.50 for
1/28/19, 2/4/19, 2/11/19, 2/13/19, and 2/15/19 and a balance due and owing in the
amount of $538.60.  Please remit as soon as possible.

Thank you.



**Jo Ann Bryce, Official Reporter
(510)910-5888**
joann_bryce@cand.uscourts.gov

--
Kellie Johnson
*Senior Paralegal*
**Andrus Wagstaff, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-6361

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*



**2 attachments**

**Andrus Invoice 2-16-19-signed.pdf**
314K

**CHHABRIA-021519-roundup - Vol. 1.pdf**
366K

*#17*

*INV AMT:*

Julie Wolf <julie.wolf@andruswagstaff.com>

*$6,016.50*

# Fwd: Fwd: In Re Roundup Products Liability Litigation - 16-md-02741 VC

1 message

**Kevin Rowe** <kevin.rowe@andruswagstaff.com>          Fri, Mar 1, 2019 at 8:21 AM
To: Julie Wolf <julie.wolf@andruswagstaff.com>

Hey Julie,

I received the updated invoices we were looking for, see the message below.
I know Amy is coming on Sunday, could you hand her checks today that way she/we can deliver them first thing Monday?

--
Kevin Rowe
*Senior Paralegal*
**Andrus Wagstaff, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-6361

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---------- Forwarded message ---------
From: <Joann_Bryce@cand.uscourts.gov>
Date: Fri, Mar 1, 2019 at 7:13 AM
Subject: Re: Fwd: In Re Roundup Products Liability Litigation - 16-md-02741 VC
To: Kevin Rowe <kevin.rowe@andruswagstaff.com>
Cc: <Marla_Knox@cand.uscourts.gov>

Good morning, Kevin -

I am copying the e-mail that was sent to Aimee on 2/13/19, which is the deposit for the trial which we have not yet received. All the information is below.

I am also attaching the e-mail that I sent to Aimee with the breakdown of the bill from the Daubert hearings with a balance due.

Thank you for your assistance with this.

Good morning,

As trial is approaching, we would like to retain a deposit for the daily transcripts and real-time that will be provided. We have estimated 21 trial days.

The estimate for the Trial is 4,200 pages @ $5.73/pg = $24,066.00. This includes the cost of splitting the Original & 1 .pdf at $3.63/pg. and Realtime at $2.10/pg.

**#17**

The deposit amount we are requested at his time is half - $12,033.

The amount, if any, that is underestimated will be billed at the end of the trial.

The amount, if any, overestimated will be refunded at the end of the trial.

I have attached a copy of our W-9s, again, for your convenience.

Please have two checks -- one made out to Marla Knox and one made out to Jo Ann Bryce -- each in the amount of $6,016.50 delivered to me, Marla Knox, at U.S. District Court, 450 Golden Gate Avenue - 16th Floor, San Francisco, CA 94102.



Thank you and we look forward to working with you.

(See attached file: Knox 2018 Form W-9 (Rev. 11-2018).pdf)

(See attached file: Bryce 2018 Form W-9 (Rev 10-2018).pdf)


SECOND E-MAIL

Attached is the .pdf for the proceedings taken on 2/15/19 before Judge Vince Chhabria.

Also attached is the .pdf of the invoice showing a deposit received of $2,578.50 for 1/28/19, 2/4/19, 2/11/19, 2/13/19, and 2/15/19 and a balance due and owing in the amount of $538.60.  Please remit as soon as possible.

Thank you.


(See attached file: Andrus Invoice 2-16-19-signed.pdf)(See attached file: CHHABRIA-021519-roundup - Vol. 1.pdf)


Jo Ann Bryce, Official Reporter
(510)910-5888
joann_bryce@cand.uscourts.gov


From:  Kevin Rowe <kevin.rowe@andruswagstaff.com>
To:    Joann_Bryce@cand.uscourts.gov
Date:  02/28/2019 10:42 PM
Subject:    Re: Fwd: In Re Roundup Products Liability Litigation -
       16-md-02741 VC


Hey Joann,

I think I just need to know what is still owed (Aimee wasn't able to find/forward), we can have a check cut ASAP for you - just let me know!


--
Kevin Rowe
Senior Paralegal
Andrus Wagstaff, PC

#18

INV AMT.

Case 3:16-md-02741-VC   Document 3804-4   Filed 05/17/19   Page 15 of 25

Julie Wolf <julie.wolf@andruswagstaff.com>

$ 6,016.50

## Fwd: Fwd: In Re Roundup Products Liability Litigation - 16-md-02741 VC

1 message

**Kevin Rowe** <kevin.rowe@andruswagstaff.com>                                    Fri, Mar 1, 2019 at 8:21 AM
To: Julie Wolf <julie.wolf@andruswagstaff.com>

Hey Julie,

I received the updated invoices we were looking for, see the message below.
I know Amy is coming on Sunday, could you hand her checks today that way she/we can deliver them first thing Monday?

--
Kevin Rowe
*Senior Paralegal*
**Andrus Wagstaff, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-6361

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---------- Forwarded message ---------
From: <Joann_Bryce@cand.uscourts.gov>
Date: Fri, Mar 1, 2019 at 7:13 AM
Subject: Re: Fwd: In Re Roundup Products Liability Litigation - 16-md-02741 VC
To: Kevin Rowe <kevin.rowe@andruswagstaff.com>
Cc: <Marla_Knox@cand.uscourts.gov>

Good morning, Kevin -

I am copying the e-mail that was sent to Aimee on 2/13/19, which is the deposit for the trial which we have not yet received. All the information is below.

I am also attaching the e-mail that I sent to Aimee with the breakdown of the bill from the Daubert hearings with a balance due.

Thank you for your assistance with this.

Good morning,

As trial is approaching, we would like to retain a deposit for the daily transcripts and real-time that will be provided. We have estimated 21 trial days.

The estimate for the Trial is 4,200 pages @ $5.73/pg = $24,066.00. This includes the cost of splitting the Original & 1 .pdf at $3.63/pg. and Realtime at $2.10/pg.

#18

The deposit amount we are requesting at this time is half - $12,033.

The amount, if any, that is underestimated will be billed at the end of the trial.

The amount, if any, overestimated will be refunded at the end of the trial.

I have attached a copy of our W-9s, again, for your convenience.

Please have two checks -- one made out to Marla Knox and one made out to Jo Ann Bryce -- each in the amount of $6,016.50 delivered to me, Marla Knox, at U.S. District Court,
450 Golden Gate Avenue - 16th Floor, San Francisco, CA 94102.

Thank you and we look forward to working with you.

(See attached file: Knox 2018 Form W-9 (Rev. 11-2018).pdf)

(See attached file: Bryce 2018 Form W-9 (Rev 10-2018).pdf)


SECOND E-MAIL

Attached is the .pdf for the proceedings taken on 2/15/19 before Judge Vince Chhabria.

Also attached is the .pdf of the invoice showing a deposit received of $2,578.50 for 1/28/19, 2/4/19, 2/11/19, 2/13/19, and 2/15/19 and a balance due and owing in the amount of $538.60. Please remit as soon as possible.

Thank you.


(See attached file: Andrus Invoice 2-16-19-signed.pdf)(See attached file: CHHABRIA-021519-roundup - Vol. 1.pdf)




Jo Ann Bryce, Official Reporter
(510)910-5888
joann_bryce@cand.uscourts.gov


From:   Kevin Rowe <kevin.rowe@andruswagstaff.com>
To:     Joann_Bryce@cand.uscourts.gov
Date:   02/28/2019 10:42 PM
Subject:     Re: Fwd: In Re Roundup Products Liability Litigation -
      16-md-02741 VC



Hey Joann,

I think I just need to know what is still owed (Aimee wasn't able to find/forward), we can have a check cut ASAP for you - just let me know!


--
Kevin Rowe
Senior Paralegal
Andrus Wagstaff, PC

IN AMT. **#14**

Julie Wolf <julie.wolf@andruswagstaff.com>

## Re: Hardeman v Monsanto - Phase Two transcripts

$2,865.⁰⁰

1 message

**Kevin Rowe** <kevin.rowe@andruswagstaff.com>          Wed, Mar 20, 2019 at 12:49 PM
To: Julie Wolf <julie.wolf@andruswagstaff.com>

Thanks! Just let me know once it's been shipped and I'll let Marla know here.

On Mar 20, 2019, at 10:29 AM, Julie Wolf <julie.wolf@andruswagstaff.com> wrote:

Will do, Kevin.

**Julie Wolf**
Senior Staff Accountant
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Direct: 720-208-9428
Office: 303-376-6360
Fax: 303-376-6361
julie.wolf@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

On Wed, Mar 20, 2019 at 8:53 AM Kevin Rowe <kevin.rowe@andruswagstaff.com> wrote:
Julie,

See below regarding additional checks to submit to the court. I think having the fedexed directly to their attention at their courthouse office would be fine

Thanks!
--
Kevin Rowe
*Senior Paralegal*
**Andrus Wagstaff, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-6361

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---------- Forwarded message ---------
From: <Marla_Knox@cand.uscourts.gov>
Date: Wed, Mar 20, 2019 at 7:35 AM



Subject: Andrus Wagstaff, PC Mail - Re: Hardeman v Monsanto - Phase Two Transcripts
To: <aimee.wagstaff@andruswagstaff.com>, <Joann_Bryce@cand.uscourts.gov>
Cc: <kevin.rowe@andruswagstaff.com>

Good morning,

As Phase Two is starting, we would like to retain a deposit for the daily transcripts and real-time that will be provided. We have estimated <u>6</u> trial days.

The estimate for the Trial is 1,000 pages @ $5.73/pg = <u>$5,730.00</u>.

This includes the cost of splitting the Original & 1 .pdf, .txt, and condensed at $3.63/pg. and Realtime at $2.10/pg.

The amount, if any, that is underestimated will be billed at the end of the trial. The amount, if any, overestimated will be refunded at the end of the trial.

Please have two checks -- one made out to <u>Marla Knox</u> and one made out to <u>Jo Ann Bryce</u> -- each in the amount of <u>$2,865.00</u> delivered to me, Marla Knox, at U.S. District Court, 450 Golden Gate Avenue - 16th Floor, San Francisco, CA 94102.

Thank you and we look forward to working with you further!



**MARLA F. KNOX, RPR, CRR**
Official Court Reporter
450 Golden Gate Ave.,16th Fl, San Francisco, CA 94102
United States District Court
Northern District of California
https://cand.uscourts.gov
marla_knox@cand.uscourts.gov
Office: 602.391.6990

### Government Code - Section 69954

(d) Any court, party, or person who has purchased a transcript may, without paying a further fee to the reporter, reproduce a copy or portion thereof as an exhibit pursuant to court order or rule, or for internal use, but shall not otherwise provide or sell a copy or copies to any other party or person.

Case 3:16-md-02741-VC   Document 3804-4   Filed 05/17/19   Page 19 of 25

*#20*

*INV AMT?*

*$2,865.00*

Julie Wolf <julie.wolf@andruswagstaff.com>

# Re: Hardeman v Monsanto - Phase Two transcripts
1 message

**Kevin Rowe** <kevin.rowe@andruswagstaff.com>        Wed, Mar 20, 2019 at 12:49 PM
To: Julie Wolf <julie.wolf@andruswagstaff.com>

Thanks! Just let me know once it's been shipped and I'll let Marla know here.

On Mar 20, 2019, at 10:29 AM, Julie Wolf <julie.wolf@andruswagstaff.com> wrote:

Will do, Kevin.

**Julie Wolf**
Senior Staff Accountant
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Direct: 720-208-9428
Office: 303-376-6360
Fax: 303-376-6361
julie.wolf@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

On Wed, Mar 20, 2019 at 8:53 AM Kevin Rowe <kevin.rowe@andruswagstaff.com> wrote:
Julie,

See below regarding additional checks to submit to the court. I think having the fedexed directly to their attention at their courthouse office would be fine

Thanks!
--
Kevin Rowe
*Senior Paralegal*
**Andrus Wagstaff, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-6361

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---------- Forwarded message ---------
From: <Marla_Knox@cand.uscourts.gov>
Date: Wed, Mar 20, 2019 at 7:35 AM

Subject: Hardeman v Monsanto - Phase Two transcripts
To: <aimee.wagstaff@andruswagstaff.com>, <Joann_Bryce@cand.uscourts.gov>
Cc: <kevin.rowe@andruswagstaff.com>

Good morning,

As Phase Two is starting, we would like to retain a deposit for the daily transcripts and real-time that will be provided.  We have estimated 6 trial days.

The estimate for the Trial is 1,000 pages @ $5.73/pg = $5,730.00.

This includes the cost of splitting the Original & 1 .pdf, .txt, and condensed at $3.63/pg. and Realtime at $2.10/pg.

The amount, if any, that is underestimated will be billed at the end of the trial.  The amount, if any, overestimated will be refunded at the end of the trial.

Please have two checks -- one made out to Marla Knox and one made out to Jo Ann Bryce -- each in the amount of $2,865.00 delivered to me, Marla Knox, at U.S. District Court,
450 Golden Gate Avenue - 16th Floor, San Francisco, CA  94102.

Thank you and we look forward to working with you further!



**MARLA F. KNOX, RPR, CRR**
Official Court Reporter
450 Golden Gate Ave.,16th Fl, San Francisco, CA 94102
United States District Court
Northern District of California
https://cand.uscourts.gov
marla_knox@cand.uscourts.gov
Office: 602.391.6990

Government Code - Section 69954
(d) Any court, party, or person who has purchased a
transcript may, without paying a further fee to the reporter,
reproduce a copy or portion thereof as an exhibit pursuant to
court order or rule, or for internal use, but shall not
otherwise provide or sell a copy or copies to any other party
or person.

**United States District Court**
**Northern District of California**

Date: 03/29/2019
Invoice Number: 201900084

To:

**Ms. Aimee Wagstaff**
**Andrus Wagstaff**
7171 W. Alaska Drive
Lakewood, CO, 80226
Phone: (866) 795-9529

**Email:** aimee.wagstaff@andruswagstaff.com

Make Checks Payable To:

**MK Litigation Solutions, Inc./ Marla Knox**
**Official US Court Reporter**
EIN / Tax ID: 82-4851936
450 Golden Gate Avenue
Suite 16-6798
San Francisco, CA, 94102
**Phone:** (602) 391-6990
**Email:** marla_knox@cand.uscourts.gov

Case Details:

**Case Number:** 16-md-02741
**Case Title:**
**Case Description:**
**Criminal or Civil:** Civil

**Proceeding Date:** Feb 20, 2019
**Courthouse:** San Francisco
**Judge Hearing Case:** Vince Chhabria

Transcripts:

**Date Ordered:** Jan 04, 2019
**Date Delivered:** Mar 29, 2019

ENTERED
APR 01 2019
BY:

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Hourly Original | 681 | $7.25 | $4,937.25 |
| Hourly 1st Copy | 1363 | $1.20 | $1,635.60 |
| Realtime Original | 1343 | $2.10 | $2,820.30 |

**Total:** $9,396.78
**Misc. Fee:** $3.63
**Misc. Fee Description:** 1/2 page
**Amount of Deposit:** $6,016.50
**Paid Amount:** $2,865.00

Amount Due: $515.28

$515.28

Notes

1/2 split with JoAnn Bryce - 2/20, 2/25-2/27, 3/1, 3/4-3/6, 3/8, 3/11-3/12, 3/14-3/15, 3/18-3/20, 3/22, 3/25-3/27

*/s/ MK Litigation Solutions, Inc./ Marla Knox*

Julie Wolf <julie.wolf@andruswagstaff.com>

# Fwd: In Re: Roundup Products Liability Litigation final invoice
1 message

**Kevin Rowe** <kevin.rowe@andruswagstaff.com>        Fri, Mar 29, 2019 at 3:30 PM
To: julie.wolf@andruswagstaff.com
Cc: aimee.wagstaff@andruswagstaff.com

Julie, here is the other court reporter invoice.

Thanks!

Begin forwarded message:

> **From:** Marla_Knox@cand.uscourts.gov
> **Date:** March 29, 2019 at 1:06:09 PM PDT
> **To:** aimee.wagstaff@andruswagstaff.com
> **Cc:** kevin.rowe@andruswagstaff.com
> **Subject: In Re:  Roundup Products Liability Litigation final invoice**

Please find attached my final invoice with an amount due.

Thank you so much!  It's been great working with you!


**MARLA F. KNOX, RPR, CRR**
Official Court Reporter
450 Golden Gate Ave.,16th Fl, San Francisco, CA 94102
United States District Court
Northern District of California
https://cand.uscourts.gov
marla_knox@cand.uscourts.gov
Office: 602.391.6990


**2 attachments**



**mime-attachment.jpg**
6K

**201900084.pdf**
53K

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

## UNITED STATES DISTRICT COURT
### For the Northern District of California

INVOICE NO.: 20191282

**MAKE CHECKS PAYABLE TO:**

Aimee Wagstaff
Andrus Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226
(866) 795-9529
aimee.wagstaff@andruswagstaff.com

Jo Ann Bryce, CSR,RMR,CRR
Official Reporter
U.S. District Court
450 Golden Gate Ave. - 16th Fl.
San Francisco, CA 94102
(510) 910-5888
Joann_Bryce@cand.uscourts.gov

| \_ CRIMINAL | X CIVIL | DATE ORDERED: 03-04-2019 | DATE DELIVERED: 03-20-2019 |
|---|---|---|---|

**In the matter of:** 16-MD-02741 VC, In Re: Roundup Products Liability Litigation

Hourly Delivery .pdf and realtime of Proceedings heard before Judge Vince
Chhabria on 2/20/19, 2/25-2/27/19, 3/1/19, 3/4-3/6/19, 3/8/19,
3/11-3/12/19, 3/14-3/15/19, 3/18-3/20/19, 3/22/19, 3/25-3/27/19, Vols.
2-21, Total Pages 2726 including Master Index (13 pages) (1/2 of 2726
pages (1363) billed by Marla Knox) (2/15/19, Vol. 1, 100 pages, billed
previously) Original split with Defense

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 681 | 7.25 | 4937.25 | 1363 | 1.20 | 1635.60 | | 0.90 | | 6572.85 |
| Realtime | 1343 | 2.10 | 2820.30 | | | | | | | 2820.30 |
| Misc. | 1/2 page billed (681.5 pages) | | | | | | | Misc. Charges | | 3.63 |
| | | | | | | | | Subtotal | | 9396.78 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| **Date:** 03-04-2019 | | **Check:** 12659 & 12705 | | | | | Less Amount of Deposit | | | 8881.50 |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 515.28 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s:/ Jo Ann Bryce | DATE: 03-29-2019 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

Julie Wolf <julie.wolf@andruswagstaff.com>

## Fwd: In Re Roundup Products Liability Litigation - 16-md-02741 VC

1 message

**Kevin Rowe** <kevin.rowe@andruswagstaff.com>                      Fri, Mar 29, 2019 at 1:04 PM
To: julie.wolf@andruswagstaff.com
Cc: aimee.wagstaff@andruswagstaff.com

Hey Julie,

See below for one of the final invoices for the trial court reporters. I'll forward the other once received.

Thanks!

Kevin

Begin forwarded message:

> **From:** Joann_Bryce@cand.uscourts.gov
> **Date:** March 29, 2019 at 11:50:01 AM PDT
> **To:** kevin.rowe@andruswagstaff.com, aimee.wagstaff@andruswagstaff.com
> **Subject: Fw: In Re Roundup Products Liability Litigation - 16-md-02741 VC**

Jo Ann Bryce, Official Reporter
(510)910-5888
joann_bryce@cand.uscourts.gov
----- Forwarded by Joann Bryce/CAND/09/USCOURTS on 03/29/2019 11:49 AM
-----

From:   Joann Bryce/CAND/09/USCOURTS
To:     kevin.roe@andruswagstaff.com, aimee.wagstaff@andruswagstaff.com
Date:   03/29/2019 11:45 AM
Subject:    Fw: In Re Roundup Products Liability Litigation - 16-md-02741
        VC

I forgot to attach the Master Index.

(See attached file: Roundup Master Index.pdf)

Jo Ann Bryce, Official Reporter
(510)910-5888
joann_bryce@cand.uscourts.gov
----- Forwarded by Joann Bryce/CAND/09/USCOURTS on 03/29/2019 11:45 AM
-----

From:   Joann Bryce/CAND/09/USCOURTS
To:     kevin.row@andruswagstaff.com, aimee.wagstaff@andruswagstaff.com
Date:   03/29/2019 11:40 AM
Subject:    In Re Roundup Products Liability Litigation - 16-md-02741 VC

Attached is the .pdf of the invoice for the Hourly Delivery of .pdf and
realtime showing a deposit received of $8,881.50 and a balance due of
$515.28. Please remit as soon as possible.

#22

It was a pleasure working with you. Marla Knox will be sending her final invoice separately.

Thank you.

(See attached file: Andrus Invoice 3-29-19-signed.pdf)

Jo Ann Bryce, Official Reporter
(510)910-5888
joann_bryce@cand.uscourts.gov

**2 attachments**


**Roundup Master Index.pdf**
56K


**Andrus Invoice 3-29-19-signed.pdf**
99K