# EXHIBIT 4

**#23**

Julie Wolf <julie.wolf@andruswagstaff.com>

*THE PERMANENTE GROUP*

# Hardeman v. Monsanto - Invoice for Treating Physician Depositions

1 message                                    $2,362.50

**Kellie Johnson** <kellie.johnson@andruswagstaff.com>                  Wed, Oct 10, 2018 at 3:52 PM
To: Julie Wolf <julie.wolf@andruswagstaff.com>
Cc: Aimee Wagstaff <aimee.wagstaff@andruswagstaff.com>

Hi Julie,

Will you please send payment for the upcoming depositions of Hardeman's physicians. Please send via FedEx and with tracking so we can confirm receipt. Below is all the information - let me know if you need anything else and please confirm payment can be sent sometime this week.

Amount: $2362.50
Payment: Make check payable to TPMG (The Permanente Medical Group)
Tax ID: 94-2728480
Send Directly To:
        Laura Jourdan
        Operations Specialist
        Kaiser Permanente
        Medical Legal Department
        401 Bicentennial Way
        Santa Rosa, CA 94503

--
Kellie Johnson
*Senior Paralegal*
**Andrus Wagstaff, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-6361

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

DEPOSITIONS
$285,554.19
#23 - #120



# INVOICE

**GOLKOW Litigation SERVICES**
Discovery Depositions Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345217 | 11/8/2018 | 198995 |
| **Job Date** | **Case No.** | |
| 10/31/2018 | | |
| | **Case Name** | |
| | Roundup (Hardeman v. Monsanto Co., et al.) | |
| | **Payment Terms** | |
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226


RECEIVED NOV 14 2018 BY:

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| C. Roger Turk, M.D. | 154.00 | @ | 4.25 | 654.50 |
| 3 Day expedited surcharge | | | | 491.26 |
| Appearance Fee | | | 125.00 | 125.00 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| Color Exhibits Scanned | 22.00 Pages | @ | 1.00 | 22.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling - Expedite Delivery | | | 45.00 | 45.00 |

Location: Santa Rosa, CA

**TOTAL DUE >>>**    **$1,382.76**

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

*ENTERED*
NOV 15 2018
BY:

| | | | |
|---|---|---|---|
| Job No. | : 198995 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | |
| Invoice No. | : 345217 | Invoice Date | : 11/8/2018 |
| **Total Due** | **: $1,382.76** | | |

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**    AMEX  MC  VISA

Cardholder's Name:

Card Number:

Exp. Date:                  Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

**INVOICE** #25



# GOLKOW
## Litigation
### SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377



RECEIVED
NOV 1 2 2018

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345755 | 11/9/2018 | 198994 |

| Job Date | Case No. |
|---|---|
| 10/31/2018 | |

| Case Name |
|---|
| Roundup (Hardeman v. Monsanto Co., et al.) |

| Payment Terms |
|---|
| Due upon receipt |

---

C. Roger Turk, M.D.

| | | | | |
|---|---|---|---|---|
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 2.00 Hours | @ | 95.00 | 190.00 |
| Master Tapes - Mini-DV | 2.00 Tapes | @ | 25.00 | 50.00 |
| Capture of Master Tape to MPEG1 format. | 3.00 Hours | @ | 35.00 | 105.00 |
| DVD Sync with transcript text | 3.00 Hours | @ | 35.00 | 105.00 |

**TOTAL DUE >>>**                                         **$745.00**

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

Tax ID: 20-5543414

---

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Invoice No. | : | 345755 |
| Invoice Date | : | 11/9/2018 |
| **Total Due** | : | **$745.00** |

ENTERED
NOV 1 2 2018
BY:

| Remit To: | **Golkow Litigation Services**<br>**One Liberty Place**<br>**1650 Market Street**<br>**Suite 5150**<br>**Philadelphia, PA 19103** |
|---|---|

| | | |
|---|---|---|
| Job No. | : | 198994 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Roundup (Hardeman v. Monsanto Co., et al.) |

**INVOICE** #26



**GOLKOW**
**Litigation**
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345472 | 11/10/2018 | 198991 |

| Job Date | Case No. |
|---|---|
| 10/30/2018 | |

| Case Name |
|---|
| Roundup (Hardeman v. Monsanto Co., et al.) |

| Payment Terms |
|---|
| Due upon receipt |



RECEIVED
NOV 1 2 2018
BY:

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Jeffrey Z. Ye, M.D.

| | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 4.00 | Hours | @ | 95.00 | 380.00 |
| Master Tapes - Mini-DV | 2.00 | Tapes | @ | 25.00 | 50.00 |
| Capture of Master Tape to MPEG1 format. | 3.00 | Hours | @ | 35.00 | 105.00 |
| DVD Sync with transcript text | 3.00 | Hours | @ | 35.00 | 105.00 |
| | | | **TOTAL DUE >>>** | | **$935.00** |

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



ENTERED
NOV 1 2 2018
BY:

| | | |
|---|---|---|
| Invoice No. | : | 345472 |
| Invoice Date | : | 11/10/2018 |
| **Total Due** | : | **$935.00** |

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

| | | |
|---|---|---|
| Job No. | : | 198991 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Roundup (Hardeman v. Monsanto Co., et al.) |

**#27**

# INVOICE



G⦿LKOW
Litigation
SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 347279 | 11/16/2018 | 198992 |

| Job Date | Case No. | |
|---|---|---|
| 10/30/2018 | | |

**Case Name**

Roundup (Hardeman v. Monsanto Co., et al.)

**Payment Terms**

Due upon receipt



RECEIVED
NOV 19 2018

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Richard Turley, M.D.

| | | | | |
|---|---|---|---|---|
| | 54.00 | @ | 4.25 | 229.50 |
| Appearance Fee | | | 125.00 | 125.00 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

**TOTAL DUE  >>>**                                                    **$421.50**

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

Tax ID: 20-5543414

---

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Job No. | : 198992 | BU ID        : R-Main |
| Case No. | : | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | |
| Invoice No. | : 347279 | Invoice Date : 11/16/2018 |
| **Total Due** | : **$421.50** | |

*ENTERED*

NOV 19 2018

BY: _____

Remit To:   **Golkow Litigation Services**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**                    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE



**GOLKOW Litigation SERVICES**

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

#28

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345131 | 11/16/2018 | 198992 |
| **Job Date** | **Case No.** | |
| 10/30/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman v. Monsanto Co., et al.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



RECEIVED
NOV 1 9 2018

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jeffrey Ye, M.D. | 181.00 | @ | 4.25 | 769.25 |
| 3 Day expedited surcharge | | | | 577.39 |
| Color Exhibits Scanned | | | 1.00 | 1.00 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |

**TOTAL DUE  >>>**  **$1,392.64**

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414



*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 198992 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | |
| Invoice No. | : 345131 | Invoice Date | : 11/16/2018 |
| **Total Due** | : **$1,392.64** | | |

ENTERED
NOV 1 9 2018
BY:

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

#29

# INVOICE



**GOLKOW Litigation SERVICES**

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 349156 | 11/29/2018 | 200381 |

| Job Date | Case No. | |
|---|---|---|
| 11/8/2018 | | |

| Case Name |
|---|
| Roundup (Hardeman v. Monsanto Co., et al.) |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Edwin Hardeman

| | | | | |
|---|---|---|---|---|
| Capture of Master Tape to MPEG1 format. | 6.00 Hours | @ | 35.00 | 210.00 |
| DVD Sync with transcript text | 6.00 Hours | @ | 35.00 | 210.00 |
| | **TOTAL DUE  >>>** | | | **$420.00** |

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com.
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 200381 | BU ID | : V-Main | |
| Case No. | : | | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | | |
| Invoice No. | : 349156 | Invoice Date | : 11/29/2018 | |
| **Total Due** | : **$420.00** | | | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

INVOICE #30

 

GOLKOW
Litigation
SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 348895 | 11/29/2018 | 200381 |

| Job Date | Case No. |
|---|---|
| 11/8/2018 | |

| Case Name |
|---|
| Roundup (Hardeman v. Monsanto Co., et al.) |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Mary Hardeman | | | | | |
| Capture of Master Tape to MPEG1 format. | 2.00 | Hours | @ | 35.00 | 70.00 |
| DVD Sync with transcript text | 2.00 | Hours | @ | 35.00 | 70.00 |
| | | | **TOTAL DUE >>>** | | **$140.00** |

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com.

Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com.

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Job No.    : 200381             BU ID       : V-Main

Case No.    :

Case Name    : Roundup (Hardeman v. Monsanto Co., et al.)

Invoice No.    : 348895          Invoice Date   : 11/29/2018

**Total Due**    : **$140.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#31**

# INVOICE



## GOLKOW Litigation SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 351080 | 12/11/2018 | 200382 |
| **Job Date** | **Case No.** | |
| 11/8/2018 | | |

**RECEIVED DEC 12 2018**

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| Case Name | |
|---|---|
| Roundup (Hardeman v. Monsanto Co., et al.) | |
| **Payment Terms** | |
| Due upon receipt | |

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Mary Hardeman | | 83.00 Pages | @ | 2.95 | 244.85 |
| Daily Delivery Surcharge | | | | | 334.49 |
| Exhibits scanned | | 7.00 Pages | @ | 0.10 | 0.70 |
| Rough Draft Transcript | | | | 0.00 | 108.00 |
| ASCII (.txt) | | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Minuscript | | | | 0.00 | 0.00 |
| | | | | **TOTAL DUE >>>** | **$688.04** |

Ordered By   :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

**ENTERED**

**DEC 12 2018**

**BY:**

| | | | |
|---|---|---|---|
| Job No. | : 200382 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | |
| Invoice No. | : 351080 | Invoice Date | : 12/11/2018 |
| **Total Due** | : **$688.04** | | |

**PAYMENT WITH CREDIT CARD**   AMEX · · VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# INVOICE



G⊕LKOW
Litigation
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 347639 | 12/11/2018 | 200382 |
| **Job Date** | **Case No.** | |
| 11/8/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman v. Monsanto Co., et al.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED
DEC 12 2018
BY:

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Edwin Hardeman | 356.00 Pages | @ | 2.95 | 1,050.20 |
| Daily Delivery Surcharge | | | | 1,434.68 |
| Exhibits scanned | 64.00 Pages | @ | 0.10 | 6.40 |
| Color Exhibits Scanned | 137.00 Pages | @ | 1.00 | 137.00 |
| Rough Draft Transcript | | | 0.00 | 466.50 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |
| | **TOTAL DUE >>>** | | | **$3,116.78** |

Ordered By    :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,

**Tax ID:** 20-5543414

---

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ENTERED
DEC 12 2018
BY:

| | | | |
|---|---|---|---|
| Job No. | : 200382 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | |
| Invoice No. | : 347639 | Invoice Date | : 12/11/2018 |
| **Total Due** | : **$3,116.78** | | |

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**#32**

# INVOICE



**G⦾LKOW**
**Litigation**
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 347639 | 12/11/2018 | 200382 |

| Job Date | Case No. | |
|---|---|---|
| 11/8/2018 | | |

| Case Name | | |
|---|---|---|
| Roundup (Hardeman v. Monsanto Co., et al.) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Job No.      :  200382         BU ID        : R-Main
Case No.     :
Case Name    :  Roundup (Hardeman v. Monsanto Co., et al.)

Invoice No.  :  347639         Invoice Date  : 12/11/2018
**Total Due**   :  **$3,116.78**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

[#33]



RECEIVED
JAN 0 2 2019



GOLKOW
Litigation SERVICES

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 352404 | 12/27/2018 | 203154 |
| Job Date | Case No. | |
| 12/14/2018 | | |
| Case Name | | |
| Roundup (Hardeman v. Monsanto Co., et al.) | | |
| Payment Terms | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Chadi Nabhan, M.D. | 151.00  Pages | @ | 2.95 | 445.45 |
| 2 Day expedited surcharge | | | | 422.80 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| Realtime with Rough Ascii | | | 0.00 | 290.25 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Shipping and Handling of Read and Sign materials | | | 22.00 | 22.00 |
| | | TOTAL DUE  >>> | | **$1,225.50** |

Ordered By    :   Kellie Johnson
                         Andrus & Wagstaff
                         7171 W. Alaska Drive
                         Lakewood, CO 80226

Location: Chicago, IL.

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 203154 | BU ID | : R-Main | |
| Case No. | : | | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | | |
| | | | | |
| Invoice No. | : 352404 | Invoice Date | : 12/27/2018 | |
| **Total Due** | : **$1,225.50** | | | |

ENTERED
JAN 0 2 2019
BY:

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
              **One Liberty Place**
              **1650 Market Street**
              **Suite 5150**
              **Philadelphia, PA  19103**





# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 353770 | 12/28/2018 | 203153 |

| Job Date | Case No. | |
|---|---|---|
| 12/14/2018 | | |

| Case Name | |
|---|---|
| Roundup (Hardeman v. Monsanto Co., et al.) | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| | | | | |
|---|---|---|---|---|
| Chadi Nabhan, M.D. | | | | |
| Capture of Master Tape to MPEG1 format. | 3.00 Hours | @ | 35.00 | 105.00 |
| DVD Sync with transcript text | 3.00 Hours | @ | 35.00 | 105.00 |
| | **TOTAL DUE >>>** | | | **$210.00** |

Ordered By    :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 203153 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | |
| Invoice No. | : 353770 | Invoice Date | : 12/28/2018 |
| **Total Due** | : **$210.00** | | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                      Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

**#35**

# INVOICE



G⭑LKOW
Litigation
SERVICES

*Discovery  Depositions  Trial*

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377


RECEIVED
JAN 0 2 2019
BY:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 353358 | 12/28/2018 | 203171 |

| Job Date | Case No. |
|---|---|
| 12/20/2018 | |

| Case Name |
|---|
| Roundup (Hardeman v. Monsanto Co., et al.) |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Dennis Weisenburger, M.D. | 136.00 | Pages | @ | 2.95 | 401.20 |
| Daily Delivery Surcharge | | | | | 380.80 |
| Exhibit Bundle | | | | 45.00 | 45.00 |
| Color Exhibits Scanned | 43.00 | Pages | @ | 1.00 | 43.00 |
| Realtime | | | | 0.00 | 180.00 |
| ASCII (.txt) | | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Shipping and Handling of Read and Sign materials | | | | 22.00 | 22.00 |
| | | | **TOTAL DUE  >>>** | | **$1,072.00** |

Ordered By    :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Monrovia, CA

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

**Tax ID:** 20-5543414

---

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ENTERED
JAN 0 2 2019
BY:

| | | |
|---|---|---|
| Job No. | : 203171 | BU ID        : R-Main |
| Case No. | : | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | |
| Invoice No. | : 353358 | Invoice Date : 12/28/2018 |
| **Total Due** | : **$1,072.00** | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

| PAYMENT WITH CREDIT CARD | AMEX / MC / VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:              Phone#: | |
| Billing Address: | |
| Zip:          Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

**L#36**

# INVOICE



G⊙LKOW
Litigation SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 354756 | 12/31/2018 | 203080 |
| **Job Date** | **Case No.** | |
| 12/15/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman v. Monsanto Co., et al.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |



RECEIVED
JAN 0 2 2019

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Andrei Shustov, M.D. | | | | | |
| Capture of Master Tape to MPEG1 format. | 8.00 Hours | @ | 35.00 | 280.00 |
| DVD Sync with transcript text | 8.00 Hours | @ | 35.00 | 280.00 |
| LEF File | | | 115.00 | 115.00 |
| | | **TOTAL DUE >>>** | | **$675.00** |

Ordered By    :    Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ENTERED
JAN 0 2 2019
BY:

| | | |
|---|---|---|
| Job No.      :  203080 | BU ID      :  V-Main | |
| Case No.    : | | |
| Case Name  :  Roundup (Hardeman v. Monsanto Co., et al.) | | |
| Invoice No.  :  354756 | Invoice Date  :  12/31/2018 | |
| **Total Due**    :  **$675.00** | | |

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

#37

# INVOICE



**GOLKOW Litigation SERVICES**

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 354486 | 12/31/2018 | 203170 |
| **Job Date** | **Case No.** | |
| 12/20/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman v. Monsanto Co., et al.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |



RECEIVED
JAN 0 2 2019
BY:

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Dennis Weisenburger, M.D. | | | | |
| Capture of Master Tape to MPEG1 format. | 2.00 Hours | @ | 35.00 | 70.00 |
| DVD Sync with transcript text | 2.00 Hours | @ | 35.00 | 70.00 |
| LEF File | | | 115.00 | 115.00 |
| | | **TOTAL DUE >>>** | | **$255.00** |

Ordered By    :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Invoice No. | : | 354486 |
| Invoice Date | : | 12/31/2018 |
| **Total Due** | : | **$255.00** |



ENTERED
JAN 0 2 2019
BY:

| Remit To: | **Golkow Litigation Services** | | | |
|---|---|---|---|---|
| | **One Liberty Place** | Job No. | : | 203170 |
| | **1650 Market Street** | BU ID | : | V-Main |
| | **Suite 5150** | Case No. | : | |
| | **Philadelphia, PA  19103** | Case Name | : | Roundup (Hardeman v. Monsanto Co., et al.) |

**#38**

# INVOICE



G⬡LKOW
Litigation SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 353564 | 1/4/2019 | 203460 |

| Job Date | Case No. |
|---|---|
| 12/12/2018 | |

| Case Name |
|---|
| Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) |

| Payment Terms |
|---|
| Due upon receipt |


RECEIVED
JAN 0 7 2019

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| James A. Mills | 85.00 | Pages | @ | 2.95 | 250.75 |
| Exhibit Bundle | | | | 45.00 | 45.00 |
| ASCII (.txt) | | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Shipping and Handling | | | | 22.00 | 22.00 |

TOTAL DUE >>>     **$317.75**

PAID $105.91
SPLIT 3 WAYS
FOR EA. CLIENT

Ordered By    :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: San Francisco, CA

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

*ENTERED*

JAN 0 8 2019

BY: _____

| | | | |
|---|---|---|---|
| Job No. | : 203460 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| Invoice No. | : 353564 | Invoice Date | : 1/4/2019 |
| **Total Due** | : **$317.75** | | |

**PAYMENT WITH CREDIT CARD**         AMEX   [ ]   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____
Email: _____

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

L#39

$1,159.04

# INVOICE



GOLKOW
Litigation
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 354478 | 1/4/2019 | 203522 |

| Job Date | Case No. |
|---|---|
| 12/28/2018 | |

| Case Name |
|---|
| Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

SPLIT
3 Ways
& bill Weitz+Lux
& Miller

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Charles Benbrook, Ph.D. | 413.00 | Pages | @ | 2.95 | 1,218.35 |
| Daily Delivery Surcharge | | | | | 1,156.40 |
| Exhibits scanned | 1,091.00 | Pages | @ | 0.10 | 109.10 |
| Color Exhibits Scanned | 177.00 | Pages | @ | 1.00 | 177.00 |
| Realtime with Rough Ascii | | | | | 794.25 |
| ASCII (.txt) | | | | | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | | 0.00 |
| Shipping and Handling | | | | | 22.00 |

RECEIVED
JAN 09 2019

TOTAL DUE >>>   **$3,477.10**

Ordered By     :  Kellie Johnson
                  Andrus & Wagstaff
                  7171 W. Alaska Drive
                  Lakewood, CO 80226

Location: Clarkston, WA

3,477·1  ÷
3·      =
1,159·03  *  → AW
            PAID
            $1,159.04

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ENTERED

JAN 10 2019

BY:

| | | | |
|---|---|---|---|
| Job No. | : 203522 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| Invoice No. | : 354478 | Invoice Date | : 1/4/2019 |
| **Total Due** | : **$3,477.10** | | |

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Golkow Litigation Services**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA  19103**


**#39**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 354478 | 1/4/2019 | 203522 |

| Job Date | Case No. |
|---|---|
| 12/28/2018 | |

**Case Name**

Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.)

**Payment Terms**

Due upon receipt

**G⦿LKOW**
**Litigation**
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Please note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment in an invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 203522 | BU ID | : R-Main | |
| Case No. | : | | | |
| Case Name | : Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | | |
| Invoice No. | : 354478 | Invoice Date | : 1/4/2019 | |
| **Total Due** | : **$3,477.10** | | | |

**PAYMENT WITH CREDIT CARD**   AMEX   [cards]   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Email: _____

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

[#40]

# INVOICE



G✺LKOW
LT Litigation SERVICES

*Discovery  Depositions  Trial*

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 352373 | 1/7/2019 | 203081 |
| **Job Date** | **Case No.** | |
| 12/15/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman v. Monsanto Co., et al.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |



RECEIVED
JAN 07 2019
BY

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Andrei Shustov, M.D. | 374.00 | Pages | @ | 2.95 | 1,103.30 |
| 2 Day expedited surcharge | | | | | 1,368.84 |
| Exhibit Bundle | | | | 45.00 | 45.00 |
| Color Exhibits Scanned | 163.00 | Pages | @ | 1.00 | 163.00 |
| Realtime | | | | 0.00 | 487.50 |
| ASCII (.txt) | | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Minuscript | | | | 0.00 | 0.00 |
| Shipping and Handling - Expedite Delivery | | | | 45.00 | 45.00 |

TOTAL DUE  >>>                                    $3,212.64

Ordered By        :  Kellie Johnson
                       Andrus & Wagstaff
                       7171 W. Alaska Drive
                       Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*



Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

*ENTERED*

JAN 0 8 2019

BY:

| | | | |
|---|---|---|---|
| Job No. | : 203081 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | |
| | | | |
| Invoice No. | : 352373 | Invoice Date | : 1/7/2019 |
| **Total Due** | **: $3,212.64** | | |

| PAYMENT WITH CREDIT CARD | AMEX |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:              Phone#: | |
| Billing Address: | |
| Zip:              Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Golkow Litigation Services**
              **One Liberty Place**
              **1650 Market Street**
              **Suite 5150**
              **Philadelphia, PA  19103**

**#40**

# INVOICE



GOLKOW
Litigation
SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 352373 | 1/7/2019 | 203081 |
| **Job Date** | **Case No.** | |
| 12/15/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman v. Monsanto Co., et al.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 203081 | | BU ID | : R-Main |
| Case No. | : | | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | | |
| Invoice No. | : 352373 | | Invoice Date | : 1/7/2019 |
| **Total Due** | : **$3,212.64** | | | |

**PAYMENT WITH CREDIT CARD**

AMEX   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**[#41]**

**$413.34**

# INVOICE



**G LKOW**
**Litigation** SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 356200 | 1/8/2019 | 203908 |

| Job Date | Case No. |
|---|---|
| 12/18/2018 | |

| Case Name |
|---|
| Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226


RECEIVED
JAN 09 2019

| Payment Terms |
|---|
| Due upon receipt |

Connie B. Welch, DMin

| | | | | |
|---|---|---|---|---|
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 6.00 Hours | @ | 95.00 | 570.00 |
| Master Tapes - Mini-DV | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 5.00 Hours | @ | 35.00 | 175.00 |
| DVD Sync with transcript text | 5.00 Hours | @ | 35.00 | 175.00 |
| | | **TOTAL DUE >>>** | | **$1,240.00** |

Ordered By     :   Kellie Johnson
                        Andrus & Wagstaff
                        7171 W. Alaska Drive
                        Lakewood, CO 80226

1,240. ÷
3. =
413.33 *

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

AW PAID
$ 413.34

**Tax ID:** 20-5543414

---

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

*ENTERED*

JAN 10 2019

BY:

| | | | |
|---|---|---|---|
| Job No. | : 203908 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| Invoice No. | : 356200 | Invoice Date | : 1/8/2019 |
| **Total Due** | : **$1,240.00** | | |

Remit To:   **Golkow Litigation Services**
                  **One Liberty Place**
                  **1650 Market Street**
                  **Suite 5150**
                  **Philadelphia, PA  19103**

| PAYMENT WITH CREDIT CARD | AMEX   MC   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



**G❋LKOW**
**Litigation**
SERVICES

*Discovery  Depositions  Trial*

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 356200 | 1/8/2019 | 203908 |
| **Job Date** | **Case No.** | |
| 12/18/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| Connie B. Welch, DMin | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 6.00 | Hours | @ | 95.00 | 570.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 5.00 | Hours | @ | 35.00 | 175.00 |
| DVD Sync with transcript text | 5.00 | Hours | @ | 35.00 | 175.00 |
| | | | **TOTAL DUE  >>>** | | **$1,240.00** |

Ordered By     :  Kellie Johnson
                   Andrus & Wagstaff
                   7171 W. Alaska Drive
                   Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| Job No. | : 203908 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| Invoice No. | : 356200 | Invoice Date | : 1/8/2019 |
| **Total Due** | : **$1,240.00** | | |

Remit To:  **Golkow Litigation Services**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA 19103**

**PAYMENT WITH CREDIT CARD**

AMEX    VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

[#42]

$23.34

# INVOICE



G⊛LKOW
Litigation
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 356323 | 1/8/2019 | 203459 |

| Job Date | Case No. |
|---|---|
| 12/12/2018 | |

| Case Name |
|---|
| Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) |

| Payment Terms |
|---|
| Due upon receipt |



RECEIVED
JAN 09 2019
BY:

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

---

James A. Mills

|  |  |  |
|---|---|---|
| Capture of Master Tape to MPEG1 format. | 35.00 | 35.00 |
| DVD Sync with transcript text | 35.00 | 35.00 |
|  | TOTAL DUE >>> | $70.00 |

Ordered By  :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

70·  ÷
3·  =
23·33  *

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

AW PAID
$23.84

**Tax ID:** 20-5543414

---

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ENTERED
JAN 10 2019
BY:

| Job No. | : | 203459 | BU ID | : V-Main |
|---|---|---|---|---|
| Case No. | : | | | |
| Case Name | : | Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| Invoice No. | : | 356323 | Invoice Date | : 1/8/2019 |
| **Total Due** | : | **$70.00** | | |

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

**#42**

# INVOICE

**GOLKOW Litigation SERVICES**

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 356323 | 1/8/2019 | 203459 |
| **Job Date** | **Case No.** | |
| 12/12/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| James A. Mills | | |
| Capture of Master Tape to MPEG1 format. | 35.00 | 35.00 |
| DVD Sync with transcript text | 35.00 | 35.00 |
| | **TOTAL DUE >>>** | **$70.00** |

Ordered By   :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | :  203459 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | :  Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| Invoice No. | :  356323 | Invoice Date | :  1/8/2019 |
| **Total Due** | :  **$70.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX    VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#43**

# INVOICE



**GOLKOW Litigation** SERVICES
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 356385 | 1/9/2019 | 203915 |
| **Job Date** | | **Case No.** |
| 12/19/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman v. Monsanto Co., et al.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |


RECEIVED
JAN 09 2019
BY:

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Michael Joseph Sullivan, Ph.D. | 175.00 | @ | 4.25 | 743.75 |
| Appearance Fee | | | 95.00 | 95.00 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| Rough Draft Transcript | | | 0.00 | 228.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | **$1,111.75** |

Ordered By    :   Kellie Johnson
                       Andrus & Wagstaff
                       7171 W. Alaska Drive
                       Lakewood, CO 80226

Location: Los Angeles, CA

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 203915 | BU ID | : R-Main | |
| Case No. | : | | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | | |
| | | | | |
| Invoice No. | : 356385 | Invoice Date | : 1/9/2019 | |
| **Total Due** | : **$1,111.75** | | | |

*ENTERED*
JAN 10 2019
BY:

Remit To:   **Golkow Litigation Services**
                   **One Liberty Place**
                   **1650 Market Street**
                   **Suite 5150**
                   **Philadelphia, PA  19103**

| PAYMENT WITH CREDIT CARD | AMEX  MC  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

**#44**

$580.86

# INVOICE



## GOLKOW Litigation SERVICES

Discovery Depositions Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 354397 | 1/10/2019 | 203909 |
| **Job Date** | **Case No.** | |
| 12/18/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |



RECEIVED
JAN 1 0 2019
BY:

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Connie B. Welch, DMin | 271.00 | @ | 3.85 | 1,043.35 |
| Appearance Fee | | | 95.00 | 95.00 |
| Realtime with Rough Ascii | | | 0.00 | 533.25 |
| Color Exhibits Scanned | 4.00 Pages | @ | 1.00 | 4.00 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

TOTAL DUE >>>   $1,742.60

Ordered By     :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Washington, DC

1,742.60 ÷
3. =
580.87 *

AW PAID
$580.86

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| Job No. | : 203909 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| Invoice No. | : 354397 | Invoice Date | : 1/10/2019 |
| **Total Due** | : **$1,742.60** | | |

ENTERED
JAN 1 0 2019
BY:

| PAYMENT WITH CREDIT CARD | AMEX VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

**[#44]**

# INVOICE



**G⬡LKOW Litigation** SERVICES

*Discovery  Depositions  Trial*

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 354397 | 1/10/2019 | 203909 |

| Job Date | Case No. |
|---|---|
| 12/18/2018 | |

| Case Name | |
|---|---|
| Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Connie B. Welch, DMin | 271.00 | @ | 3.85 | 1,043.35 |
| Appearance Fee | | | 95.00 | 95.00 |
| Realtime with Rough Ascii | | | 0.00 | 533.25 |
| Color Exhibits Scanned | 4.00  Pages | @ | 1.00 | 4.00 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

**TOTAL DUE  >>>**                 **$1,742.60**

Ordered By    :   Kellie Johnson
                      Andrus & Wagstaff
                      7171 W. Alaska Drive
                      Lakewood, CO 80226

Location: Washington, DC

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 203909 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| Invoice No. | : 354397 | Invoice Date | : 1/10/2019 |
| **Total Due** | : **$1,742.60** | | |

**PAYMENT WITH CREDIT CARD**          AMEX    [cards]   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services**
                 **One Liberty Place**
                 **1650 Market Street**
                 **Suite 5150**
                 **Philadelphia, PA  19103**

[#45]

# INVOICE



GOLKOW
Litigation
SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery  Depositions  Trial

RECEIVED
JAN 1 4 2019

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 356871 | 1/10/2019 | 198991 |
| **Job Date** | **Case No.** | |
| 10/30/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman v. Monsanto Co., et al.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

| | | |
|---|---|---|
| Richard Turley, M.D. | | |
| Master Tapes - Mini-DV | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 35.00 | 35.00 |
| DVD Sync with transcript text | 35.00 | 35.00 |
| **TOTAL DUE >>>** | | **$95.00** |

Ordered By      :   Kellie Johnson
                       Andrus & Wagstaff
                       7171 W. Alaska Drive
                       Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 198991 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | |
| Invoice No. | : 356871 | Invoice Date | : 1/10/2019 |
| **Total Due** | : **$95.00** | | |

ENTERED

JAN 1 4 2019

BY:

Remit To:   **Golkow Litigation Services**
                **One Liberty Place**
                **1650 Market Street**
                **Suite 5150**
                **Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                 Phone#:

Billing Address:

Zip:               Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

[# 46

$186.66

# INVOICE



G⊛LKOW
Litigation
SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 357626 | 1/15/2019 | 203521 |

| Job Date | Case No. |
|---|---|
| 12/28/2018 | |

| Case Name |
|---|
| Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) |

| Payment Terms |
|---|
| Due upon receipt |



RECEIVED
JAN 1 5 2019

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Charles Benbrook, Ph.D.

   Capture of Master Tape to MPEG1 format.

   DVD Sync with transcript text

| | | | |
|---|---|---|---|
| 8.00 Hours | @ | 35.00 | 280.00 |
| 8.00 Hours | @ | 35.00 | 280.00 |

TOTAL DUE  >>>   $560.00

Ordered By   :   Kellie Johnson
               Andrus & Wagstaff
               7171 W. Alaska Drive
               Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

AW PAID
$186.66

560 ÷
3 =
186·67

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ENTERED
JAN 1 7 2019
BY:

| | | | | |
|---|---|---|---|---|
| Job No. | : | 203521 | BU ID | : V-Main |
| Case No. | : | | | |
| Case Name | : | Roundup (Hardeman/Stevick/Gebeyehou v. Monsanto Co.) | | |
| Invoice No. | : | 357626 | Invoice Date | : 1/15/2019 |
| **Total Due** | : | **$560.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX   VISA

Cardholder's Name:

Card Number:

Exp. Date:         Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services**
             **One Liberty Place**
             **1650 Market Street**
             **Suite 5150**
             **Philadelphia, PA  19103**

# INVOICE

**G⊙LKOW Litigation** SERVICES
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 358317 | 1/17/2019 | 203914 |
| **Job Date** | **Case No.** | |
| 12/19/2018 | | |
| **Case Name** | | |
| Roundup (Hardeman v. Monsanto Co., et al.) | | |
| **Payment Terms** | | |
| Due upon receipt | | |



RECEIVED
JAN 2 1 2019

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| Michael Joseph Sullivan, Ph.D. | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 3.00 | Hours | @ | 95.00 | 285.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 3.00 | Hours | @ | 35.00 | 105.00 |
| LEF File | | | | 115.00 | 115.00 |

**TOTAL DUE  >>>**          **$825.00**

Ordered By     :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ENTERED
JAN 2 2 2019
BY:

| | | | |
|---|---|---|---|
| Job No. | : 203914 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup (Hardeman v. Monsanto Co., et al.) | | |
| Invoice No. | : 358317 | Invoice Date | : 1/17/2019 |
| **Total Due** | : **$825.00** | | |

**PAYMENT WITH CREDIT CARD**  AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**



**Precision Trial Solutions, Inc.**
1650 Market Street, Suite 5150
One Liberty Place
Philadelphia, PA 19103
(215)586-4220
Kathy.reilly@precision-trial.com

# Invoice

**BILL TO**
Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226

**SHIP TO**
Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226

**INVOICE #** 2897
**DATE** 02/28/2019
**DUE DATE** 03/30/2019
**TERMS** Net 30

**CASE NAME**
Hardeman vs Monsanto (Roundup)

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 02/14/2019 | **Services** Pre-trial technology support: Conference call with trial team to discuss logistics, deposition video designations, and general trial support for the upcoming Hardeman v Monsanto Roundup trial in San Francisco, CA. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 1:00 | 205.00 | 205.00 |
| 02/15/2019 | **Services** Pre-trial technology support: Call with Monsanto technology consultant, Roger Holtzman, regarding courtroom technology set up at 17th floor San Francisco Federal Court. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 1:00 | 205.00 | 205.00 |
| 02/18/2019 | **Services** Pre-trial technology support: Import, tune, and link digital exhibits to the Daniel Goldstein deposition video designations into Oncue case database. Conference call with Aimee Wagstaff regarding trial logistics and witness order for upcoming Hardeman v Monsanto Roundup trial. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 3:00 | 205.00 | 615.00 |
| 02/19/2019 | **Services** Pre-trial technology support: Edited video clips for witness William Reeves. Services provided for Aimee Wagstaff, Esq. | 6 | 205.00 | 1,230.00 |
| 02/19/2019 | **Services** Pre-trial technology support: Import video deposition designations into Oncue case | 4:00 | 205.00 | 820.00 |

**#48**

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | database for witnesses William Heydens and Mark Martens. Tune and remove objections for Heydens and Martens deposition video runs. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | | | |
| 02/20/2019 | **Services** Pre-trial technology support: Travel to San Francisco, CA for upcoming trial. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 6:00 | 95.00 | 570.00 |
| 02/20/2019 | **Services** Trial technology support: Continue edit and tune of William Heydens video deposition. Link digital exhibits to Mark Martens deposition video run. Pick up additional courtroom equipment for trial install. Export screen shots of Dr. Turk, Dr. Turley, and Dr. Ye for opening PowerPoint slide graphics. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 4:00 | 235.00 | 940.00 |
| 02/21/2019 | **Services** Trial technology support: Setup and test of courtroom audio-visual technology at San Francisco Federal Courthouse, 17th Floor, Courtroom 4. Export screen shots of Daniel Goldstein and William Reeves for opening PowerPoint slide graphics. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 5:00 | 235.00 | 1,175.00 |
| 02/22/2019 | **Services** Trial technology support: Continue edit and link of digital exhibits to Mark Martens video deposition run. Import deposition designations for witnesses Roger Turk, Richard Turley, and Jeffrey Ye. Download, convert to .TIF, and import into Oncue database client provided Plaintiff Trial Exhibits (16, 722 pages).  Meet with Aimee Wagstaff and Jennifer Marin at Post St apartment regarding trial logistics and witness preparation. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 14:00 | 235.00 | 3,290.00 |
| 02/23/2019 | **Services** Trial technology support; Download, convert to .TIF, and import/replace into Oncue case database client provided redacted trial exhibits. Download and import Aaron Blair deposition video. Continue edit and link digital documents for the William Reeves deposition video run. Import, tune, and link digital documents for the Monsanto examination of William Reeves. Download, import into Oncue database, and tune 2017 Donna Farmer deposition video designations. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 16:00 | 235.00 | 3,760.00 |

PG 2

#48

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 02/24/2019 | **Services** Trial technology support: Download and import into Oncue case database the picture in picture video for William Reeves deposition.  Insert PIP video portions of deposition video run. Continue edit and digital document link for deposition videos of Portier, Farmer, and Reeves.  Conference call with Aimee Wagstaff preparing for upcoming direct examination of Beate Ritz. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 11:00 | 235.00 | 2,585.00 |
| 02/25/2019 | **Services** Trial technology support: Import of client provided deposition video designations for witnesses Aaron Blair, Donna Farmer, and Roger Turk into Oncue case database. Edit and tune the deposition video runs of Blair, Farmer, and Turk. Services provided for Aimee Wagstaff. Services provided for Aimee Wagstaff, Esq. - Corey Smith | 6:00 | 235.00 | 1,410.00 |
| 02/25/2019 | **Services** Trial technology support: Present digital exhibits, graphics, and general audio visual technology support at trial during Opening Statements and the direct examination of Beate Ritz. Continue edit, tune, and link digital documents to the deposition video runs of Goldstein, Farmer, and Turk. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 16:00 | 235.00 | 3,760.00 |
| 02/26/2019 | **Services** Trial technology support: Present digital exhibits, graphics, and general audio visual technology support at trial during the direct examination of Beate Ritz and the playback of Daniel Goldstein video deposition. Download, import, and continue edit of the revised split screen video of Christopher Portier. Edit and revise the deposition video runs of Dr. Turk and Dr. Turley. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 15:00 | 235.00 | 3,525.00 |
| 02/26/2019 | **Services** Trial technology support: Download deposition video and edit, tune, remove pauses and export run video run reports of Richard Turley and Jeffrey Ye for client review. Oncue case database management and data backup. Services provided for Aimee Wagstaff, Esq. - Michael Kauffmann | 5:00 | 235.00 | 1,175.00 |
| 02/27/2019 | **Services** Trial technology support: Present digital exhibits, graphics, and general audio visual technology support at trial during the | 8:00 | 235.00 | 1,880.00 |

PG 3

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | playback of the Christopher Portier deposition video. Revised edit of the Christopher Portier day 2 deposition video run. Set up and test of courtroom audio-visual system and second monitor for Document recording display to jury. Back up of Oncue case database and trial graphics. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | | | |

Tax ID #26-1093545
Please remit payment to:
Precision Trial Solutions, Inc.
One Liberty Place, Ste 5150
1650 Market Street
Philadelphia, PA 19103

| PAYMENT | 27,145.00 |
|---------|-----------|
| BALANCE DUE | **$0.00** |

PG 4

#49



**Precision Trial Solutions, Inc.**
1650 Market Street, Suite 5150
One Liberty Place
Philadelphia, PA  19103
(215)586-4220
Kathy.reilly@precision-trial.com

# Invoice

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Aimee Wagstaff, Esq. | Aimee Wagstaff, Esq. | **INVOICE #** | 2947 |
| Andrus Wagstaff, PC | Andrus Wagstaff, PC | **DATE** | 03/31/2019 |
| 7171 West Alaska Drive | 7171 West Alaska Drive | **DUE DATE** | 04/30/2019 |
| Lakewood, CO  80226 | Lakewood, CO  80226 | **TERMS** | Net 30 |

**CASE NAME**
Hardeman vs Monsanto (Roundup)

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/28/2019 | Services<br>Pre-trial technology support: Create and export video deposition clips for closing PowerPoint slide graphics. Download Monsanto provided Portier video deposition run for client review. Import, tune, and link digital documents to the Donna Farmer 2018 and 2019 video deposition run. Revise edit and review of Portier and Reeves deposition video runs. Splice Picture in Picture elmo video segments into Reeves video deposition playback. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 14:00 | 205.00 | 2,870.00 |
| 03/01/2019 | Services<br>Pre-trial technology support: Present digital documents and general audio-visual technology support during the playback of deposition videos of Christopher Portier, Roger Turk, Richard Turley, and Jeffrey Ye. Revise edit of the video deposition of Donna Farmer and Jeffrey Ye. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 9:00 | 205.00 | 1,845.00 |
| 03/02/2019 | Services<br>Pre-trial technology support: Record and email Donna Farmer email to Jennifer Moore. Download and export headshots of witnesses Wallace Hayes, Michael Koch, Hugh Grant, Larry Kier, and Jim Guard. Swap split screen video with witness-only video of Donna Farmer. Additional headshots of Manchester, Rands, and Murphey. Export Reeves video deposition for client review. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 4:00 | 205.00 | 820.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 03/03/2019 | **Services** Pre-trial technology support: Import, edit, revise, and link digital documents to the deposition of Mark Martens. Load additional demonstratives and documents for the upcoming direct examinations of Ed Hardeman and Dr. Weisenberger. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 4:00 | 205.00 | 820.00 |
| 03/04/2019 | **Services** Trial technology support: General audio-visual technology support during court arguments, jury dismissed for day. Prepare for upcoming direct examination of Ed Hardeman and Dennis Weisneberger. Review and download Phase II deposition video witnesses. Revise edit and export of Reeves and Portier video deposition designations. Import and generate run report of Kier deposition designations. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 8:00 | 245.00 | 1,960.00 |
| 03/05/2019 | **Services** Trial technology support: Present digital exhibits, graphic demonstratives, and general audio-visual technology support during the direct examination of Ed Hardeman and Dennis Weisenberger and the playback of Dr. Portier video deposition. Download and import deposition designations for witnesses Saltmiras, McClellan, Reeves, Martens, and Kier. Export deposition run reports to David Wool for review and editing. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 9:00 | 245.00 | 2,205.00 |
| 03/06/2019 | **Services** Trial technology support: Present digital exhibits and general audio visual technology support during the direct examination of Dr. Weisenburger and the playback of William Reeves video deposition. Load additional client provided digital exhibits and graphic demonstratives. Backup of Oncue case database. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 10:00 | 245.00 | 2,450.00 |
| 03/07/2019 | **Services** Trial technology support: Import, tune, and remove dead air for the Phase 2 video deposition of William Reeves. Link digital documents and quality check the Reeves video deposition. Export, record, and upload the Dr. Portier 'Parry' video deposition cut. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 5:00 | 245.00 | 1,225.00 |
| 03/08/2019 | **Services** | 6:00 | 245.00 | 1,470.00 |

**[#49**

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Trial technology support: Present digital documents, graphic demonstratives, and general audio visual technology support during playback of William Reeves and Donna Farmer deposition videos, and the cross examination of Lorelni Mucci and Alexandra Levine. Backup of Oncue case database. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | | | |
| 03/09/2019 | Services | 3:00 | 245.00 | 735.00 |
| | Trial technology support: Import defense counter designations for the Phase 2 deposition play of William Reeves. Export and upload for client review. Import client provided Phase 2 deposition designations and export for client review. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | | | |
| 03/10/2019 | Services | 5:00 | 245.00 | 1,225.00 |
| | Trial technology support: Import Phase 2 deposition designations for Michael Kich. Tune, remove dead air, and link digital exhibits to the deposition of Michael Kich. Generate document call-outs and video deposition clips for closing argument PowerPoint slides. Record and upload the video deposition of Michael Koch. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | | | |
| 03/11/2019 | Services | 15:00 | 245.00 | 3,675.00 |
| | Trial technology support: Present digital exhibits, graphic demonstratives, and general audio visual technology support during the cross examination of Dr. Levine and Dr. Arbor. Import, tune, and link digital exhibits to rebuttal video designations of Dr. Portier and William Reeves. Export and record video depositions for defense exchange and review. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | | | |
| 03/11/2019 | Services | 6:00 | 245.00 | 1,470.00 |
| | Trial technology support: Import of client provided deposition video designations for witnesses Mark Martens, David Saltmira, Roger McClellan, and William Heydens into Oncue case database. Edit and tune the deposition video runs of Martens, Saltmira, McClellan, and Heydens. Services provided for Aimee Wagstaff, Esq. - Corey Smith | | | |
| 03/11/2019 | Services | 5 | 245.00 | 1,225.00 |
| | Trial technology support: Import of client provided deposition video designations for witness Larry Kier into Oncue case database. Edited clips from 2-5-19 per client provided specifications. Services provided for Aimee | | | |

PG 3

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | Wagstaff, Esq. | | | |
| 03/12/2019 | Services <br> Trial technology support: Import, tune, and link digital exhibits to defense counter designations for the rebuttal witnesses Dr. Portier and William Reeves. Present digital exhibits, graphic demonstratives, and general audio visual technology support during closing arguments. Edit and distribute revised closing PowerPoint graphic demonstratives. Setup and test courtroom LCD television for video playback. Link digital exhibits and quality check the video depositions of Mark Martens and Larry Kier. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 18:00 | 245.00 | 4,410.00 |
| 03/12/2019 | Services <br> Trial technology support: Import of client provided deposition video designations for witness Donna Farmer into Oncue case database. Edited clips from 9-16-18, 9-27-18 and 1-24-19. Services provided for Aimee Wagstaff, Esq. | 4 | 245.00 | 980.00 |
| 03/13/2019 | Services <br> Trial technology support: General audio visual technology support during jury deliberations. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 9:00 | 245.00 | 2,205.00 |
| 03/14/2019 | Services <br> Trial technology support: Revise edit of the deposition runs of witnesses Reeves, Heydens, Farmer, and Kiers. Continue linking of digital exhibits and clip tuning the video deposition of Donna Farmer and William Reeves. Export and upload Martens video deposition video for exchange with defense counsel. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 10:00 | 245.00 | 2,450.00 |
| 03/15/2019 | Services <br> Trial technology support: General audio visual technology support during jury deliberations. Revise edit and export video deposition run reports and upload for client review and exchange with defense counsel. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 8:00 | 245.00 | 1,960.00 |
| 03/16/2019 | Services <br> Trial technology support: Link digital documents to the video deposition run of Donna Farmer. Import client provided deposition designations for the depositions of Grant and Koch for Phase 2 opening statements. Export video deposition clips and upload for client review. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 9:00 | 245.00 | 2,205.00 |

**#49**

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/17/2019 | Services<br>Trial technology support: Tune and link digital exhibits to the video deposition of David Saltmiras. Quality check and document review for the deposition video run of Saltmiras. Revise edit redacted trial exhibits and load into Oncue case data base. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 4:00 | 245.00 | 980.00 |
| 03/18/2019 | Services<br>Trial technology support: General audio visual technology support during jury deliberations. Revise edit of Kier, Farmer, and Koch video deposition runs. Review and quality check Marten video deposition run. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 9:00 | 245.00 | 2,205.00 |
| 03/19/2019 | Services<br>Trial technology support: General audio visual technology support during jury deliberations and verdict. Import client provided deposition designations for witnesses Martens, Farmer, Gould, and Reeves. Link digital documents and quality check the video deposition runs of William Reeves, Donna Farmer, and Mark Martens. Upload Oncue case databases and exchange with defense counsel for review. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 15:00 | 245.00 | 3,675.00 |
| 03/20/2019 | Services<br>Trial technology support: Present digital exhibits and general audio visual technology support during phase 2 opening statements, and the video playback of witnesses Mark Martens, William Reeves, and Donna Farmer. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 9:00 | 245.00 | 2,205.00 |
| 03/21/2019 | Services<br>Trial technology support: Revise edit and link digital documents to the video depositions of William Heydens, Christopher Portier, Larry Kier, Sam Murphey, Michael Koch, Hugh Grant, David Heering, and Todd Rands. Export and upload video playback for client review. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 17:00 | 245.00 | 4,165.00 |
| 03/21/2019 | Services<br>Trial technology support: Edited video clips for Hugh Grant on 2-4-19 and James Guard on 9-13-18 and 9-14-18. Services provided for Aimee Wagstaff, Esq. | 4 | 245.00 | 980.00 |
| 03/22/2019 | Services<br>Trial technology support: Present digital | 8:00 | 245.00 | 1,960.00 |

PG 5

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | exhibits and general audio visual technology support during the direct examinations of Ed Hardeman, Mary Hardeman, Chadi Nabhan, and the video playback of Donna Farmer. Backup Oncue case database. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | | | |
| 03/23/2019 | Services Trial technology support: Revise edit and link digital documents to the video depositions of Doreen Manchester, William Heydens, Christopher Portier, Larry Kier, Sam Murphey, Michael Koch, Hugh Grant, Jim Guard, David Saltmiras, and Kirk Azevedo. Export and upload video playback for client review. Export and exchange video files with Monsanto for defense review. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 9:00 | 245.00 | 2,205.00 |
| 03/24/2019 | Services Trial technology support: Revise edit and link digital documents to the video depositions of William Heydens, Christopher Portier, Larry Kier, Sam Murphey, Michael Koch, Hugh Grant, Jim Guard, David Saltmiras, and Kirk Azevedo. Export and upload video playback for client review. Export and exchange video files with Monsanto for defense review. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 18:00 | 245.00 | 4,410.00 |
| 03/25/2019 | Services Trial technology support: Create and export video deposition clips for use in closing argument PowerPoint slides. Import, tune, and link digital exhibits for the Donna Farmer 2018 and 2019 video deposition designations. Import, tune, and review Christopher Portier redirect and re-redirect video deposition designations. Review Portier and Reeves deposition video playback for accuracy. Continue edit and revise deposition video designations for Dr. Turk. Export video deposition run reports and Oncue XML load files for exchange with defense technology consultant for review. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 15:00 | 245.00 | 3,675.00 |
| 03/26/2019 | Services Trial technology support: Present graphic demonstratives, exhibits, and general audio visual technology support during closing arguments and jury deliberations. Backup final Oncue trail database. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | 9:00 | 245.00 | 2,205.00 |
| 03/27/2019 | Services | 8:00 | 245.00 | 1,960.00 |

#49

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | Trial technology support: General audio visual technology support during jury deliberations. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | | | |
| 03/28/2019 | Services | 10:00 | 245.00 | 2,450.00 |
| | Trial technology support: General audio visual support during jury deliberations. Breakdown and removal of courtroom technology and hotel war room equipment. Services provided for Aimee Wagstaff, Esq. - Evan Wolfe | | | |
| 03/28/2019 | Expenses | 1 | 14,068.79 | 14,068.79 |
| | Travel and lodging expenses. | | | |

Tax ID #26-1093545

**BALANCE DUE**          **$85,348.79**

Please remit payment to:
Precision Trial Solutions, Inc.
One Liberty Place, Ste 5150
1650 Market Street
Philadelphia, PA 19103

PG 7

# INVOICE



**GOLKOW Litigation**
SERVICES
Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 289795 | 9/28/2017 | 166652 |

| Job Date | Case No. |
|---|---|
| 9/20/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Christopher Corcoran, Sc.D. | 219.00 | @ | 4.25 | 930.75 |
| Daily Delivery Surcharge | | | | 884.76 |
| Exhibits scanned | 264.00 Pages | @ | 0.10 | 26.40 |
| Color Exhibits Scanned | 16.00 Pages | @ | 1.00 | 16.00 |
| Realtime with Rough Ascii | | | 0.00 | 441.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |
| Reporter Campbell Travel Expenses | | | 1,046.40 | 1,046.40 |
| | | **TOTAL DUE >>>** | | **$3,367.31** |

Location: Logan, UT

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



| | | | | |
|---|---|---|---|---|
| Job No. | : 166652 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 289795 | Invoice Date | : 9/28/2017 |
| **Total Due** | : **$3,367.31** | | |

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#51**

# INVOICE



## LT GOLKOW Litigation SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290486 | 9/28/2017 | 166651 |

| Job Date | Case No. |
|---|---|
| 9/20/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| Christopher Corcoran, Sc.D. | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 4.00 | Hours | @ | 95.00 | 380.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 4.00 | Hours | @ | 35.00 | 140.00 |
| DVD Sync with transcript text | 4.00 | Hours | @ | 35.00 | 140.00 |
| Mileage (roundtrip) | 190.00 | Miles | @ | 0.54 | 102.60 |
| | | **TOTAL DUE  >>>** | | | **$1,082.60** |

Logan, UT

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360     Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



ENTERED
OCT 16 2017
BY:

| | | | |
|---|---|---|---|
| Job No. | : 166651 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 290486 | Invoice Date | : 9/28/2017 |
| **Total Due** | : **$1,082.60** | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# #52

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

Discovery  Depositions  Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 289684 | 9/28/2017 | 166650 |

| Job Date | Case No. |
|---|---|
| 9/19/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| William H. Fleming, M.D., Ph.D. | 304.00 | @ | 3.85 | 1,170.40 |
| Daily Delivery Surcharge | | | | 1,112.64 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| Realtime with Rough Ascii | | | 0.00 | 607.50 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

TOTAL DUE  >>>            $2,957.54

Location: Washington, DC

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



ENTERED
OCT 1 6 2017
BY:

| | | | |
|---|---|---|---|
| Job No. | : 166650 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 289684 | Invoice Date | : 9/28/2017 |
| **Total Due** | **: $2,957.54** | | |

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#53**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290206 | 9/29/2017 | 166649 |

| Job Date | Case No. |
|---|---|
| 9/19/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| | Payment Terms |
|---|---|
| Due upon receipt | |

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

Discovery  Depositions  Trial

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| William H. Fleming, M.D., Ph.D. | | | 295.00 | 295.00 |
| Video Services - First Two Hours | 6.00 Hours | @ | 95.00 | 570.00 |
| Additional hours of videotaping | 3.00 Tapes | @ | 25.00 | 75.00 |
| Master Tapes - Mini-DV | 5.00 Hours | @ | 35.00 | 175.00 |
| Capture of Master Tape to MPEG1 format. | 5.00 Hours | @ | 35.00 | 175.00 |
| DVD Sync with transcript text | | | | |
| | **TOTAL DUE >>>** | | | **$1,290.00** |

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax: 303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



| Job No. | : 166649 | BU ID | : V-Main |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| | | | |
| Invoice No. | : 290206 | Invoice Date | : 9/29/2017 |
| **Total Due** | : **$1,290.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# INVOICE



**GOLKOW Litigation SERVICES**
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 289190 | 9/27/2017 | 166646 |

| Job Date | Case No. |
|---|---|
| 9/15/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Warren G. Foster, Ph.D. | 280.00 | @ | 4.95 | 1,386.00 |
| Daily Delivery Surcharge | | | | 1,316.00 |
| Realtime | | | 0.00 | 367.50 |
| Rough Draft Transcript | | | 0.00 | 367.50 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

**TOTAL DUE >>>**   **$3,459.00**

Location:Ontario, Toronto

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226


ENTERED
OCT 1 6 2017
BY:

| | | | | |
|---|---|---|---|---|
| Job No. | : 166646 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 289190 | Invoice Date | : 9/27/2017 |
| **Total Due** | : **$3,459.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX ___ VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103**

# INVOICE



**GOLKOW Litigation SERVICES**
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290036 | 9/28/2017 | 166645 |

| Job Date | Case No. |
|---|---|
| 9/15/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Warren G. Foster, Ph.D. (International) | | | | | |
| INTERNATIONAL Videographer Services: Full Day | | | | 1,450.00 | 1,450.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 7.00 Hours | @ | | 35.00 | 245.00 |
| DVD Sync with transcript text | 7.00 Hours | @ | | 35.00 | 245.00 |

**TOTAL DUE >>>**   **$1,965.00**

Location:Ontario, Toronto

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



ENTERED
OCT 1 6 2017
BY:

| Job No. | : 166645 | BU ID | : V-Main |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |

| Invoice No. | : 290036 | Invoice Date | : 9/28/2017 |
|---|---|---|---|
| **Total Due** | : **$1,965.00** | | |

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#56**

# INVOICE



**GOLKOW Litigation** SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290943 | 9/29/2017 | 166656 |
| **Job Date** | **Case No.** | |
| 9/22/2017 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Jay Irwin Goodman, Ph.D. | | |
| Teleconference Full Day | 85.00 | 85.00 |
| | **TOTAL DUE  >>>** | **$85.00** |

Ordered By    :   Timothy Litzenburg, Esquire
                    The Miller Firm, LLC
                    108 Railroad Avenue
                    Orange, VA 22960-1623

Location: Lansing, MI

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$85.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Invoice No. | : | 290943 |
| Invoice Date | : | 9/29/2017 |
| **Total Due** | : | **$85.00** |

Remit To:   **Golkow Litigation Services**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA  19103**

| | | |
|---|---|---|
| Job No. | : | 166656 |
| BU ID | : | R-Main |
| Case No. | : | |
| Case Name | : | Roundup Products Liability Litigation |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290142 | 9/29/2017 | 166656 |

| Job Date | Case No. |
|---|---|
| 9/22/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

Discovery · Depositions · Trial

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jay Irwin Goodman, Ph.D. | 283.00 | @ | 4.25 | 1,202.75 |
| Daily Delivery Surcharge | | | | 1,143.32 |
| Exhibits scanned | 260.00 Pages | @ | 0.10 | 26.00 |
| Realtime with Rough Ascii | | | 0.00 | 562.50 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Mileage (roundtrip) | 512.00 Miles | @ | 0.54 | 276.48 |
| Shipping and Handling | | | 22.00 | 22.00 |

**TOTAL DUE >>>  $3,233.05**

Location: Lansing, MI

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

Tax ID: 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | |
|---|---|
| Job No. | : 166656   BU ID   : R-Main |
| Case No. | : |
| Case Name | : In Re: Roundup Products Liability Litigation |
| Invoice No. | : 290142   Invoice Date : 9/29/2017 |
| **Total Due** | : **$3,233.05** |



ENTERED
OCT 16 2017
BY:

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103**

**#58**

# INVOICE



**GOLKOW Litigation SERVICES**

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290657 | 9/29/2017 | 166655 |

| Job Date | Case No. | |
|---|---|---|
| 9/22/2017 | | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Jay Irwin Goodman, Ph.D. | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 7.00 Hours | @ | | 95.00 | 665.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 6.00 Hours | @ | | 35.00 | 210.00 |
| DVD Sync with transcript text | 6.00 Hours | @ | | 35.00 | 210.00 |

**TOTAL DUE >>>**  **$1,405.00**

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



ENTERED
OCT 16 2017
BY:

Job No.      :  166655       BU ID        : V-Main
Case No.     :
Case Name    :  In Re: Roundup Products Liability Litigation

Invoice No.  :  290657        Invoice Date  : 9/29/2017
**Total Due**    :  **$1,405.00**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# INVOICE



**GOLKOW**
**Litigation**
SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290934 | 9/29/2017 | 166654 |

| Job Date | Case No. |
|---|---|
| 9/21/2017 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Jennifer R. Rider, Sc.D. | | |
| Teleconference Full Day | 85.00 | 85.00 |
| | **TOTAL DUE >>>** | **$85.00** |

Ordered By   :   Jeffrey Travers, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

Location: Boston, MA

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$85.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Invoice No. | : | 290934 |
| Invoice Date | : | 9/29/2017 |
| **Total Due** | : | **$85.00** |

| | | |
|---|---|---|
| Job No. | : | 166654 |
| BU ID | : | R-Main |
| Case No. | : | |
| Case Name | : | Roundup Products Liability Litigation |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

#60

# INVOICE



## GOLKOW Litigation SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 289960 | 9/29/2017 | 166654 |

| Job Date | Case No. | |
|---|---|---|
| 9/21/2017 | | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jennifer R. Rider, Sc.D. | 336.00 | @ | 3.85 | 1,293.60 |
| Daily Delivery Surcharge | | | | 1,229.76 |
| Exhibits scanned | 747.00 Pages | @ | 0.10 | 74.70 |
| Realtime with Rough Ascii | | | 0.00 | 670.50 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

**TOTAL DUE >>>**     **$3,290.56**

Location: Boston, MA

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



ENTERED
OCT 1 6 2017
BY:

| | | | |
|---|---|---|---|
| Job No. | : 166654 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 289960 | Invoice Date | : 9/29/2017 |
| **Total Due** | : **$3,290.56** | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# INVOICE



**G⦿LKOW**
**LIT  Litigation**
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290643 | 10/3/2017 | 166653 |
| **Job Date** | | **Case No.** |
| 9/21/2017 | | |
| **Case Name** | | |
| In Re: Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Jennifer R. Rider, Sc.D. | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 7.00 | Hours | @ | 95.00 | 665.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 6.00 | Hours | @ | 35.00 | 210.00 |
| DVD Sync with transcript text | 6.00 | Hours | @ | 35.00 | 210.00 |
| | | **TOTAL DUE >>>** | | | **$1,405.00** |

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 166653 | | BU ID | : V-Main |
| Case No. | : | | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | | |
| Invoice No. | : 290643 | | Invoice Date | : 10/3/2017 |
| **Total Due** | : **$1,405.00** | | | |



ENTERED
OCT 1 6 2017
BY:

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



**GOLKOW**
**Litigation** SERVICES
Discovery | Depositions | Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 304233 | 2/6/2018 | 174104 |

| Job Date | Case No. | |
|---|---|---|
| 1/23/2018 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |


RECEIVED
FEB 06 2018
BY:

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Jennifer R. Rider, ScD | 108.00 | @ | 3.85 | 415.80 |
| Realtime with Rough Ascii | | | 0.00 | 209.25 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | TOTAL DUE >>> | | **$625.05** |

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| Job No. | : 174104 | BU ID | : R-Main |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation | | |
| | | | |
| Invoice No. | : 304233 | Invoice Date | : 2/6/2018 |
| **Total Due** | **$625.05** | | |


ENTERED
FEB 12 2018
BY:

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# INVOICE



**G⬤LKOW**
**Litigation** SERVICES

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 304257 | 2/10/2018 | 174103 |
| **Job Date** | **Case No.** | |
| 1/23/2018 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |


RECEIVED
FEB 12 2018
BY:

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Jennifer R. Rider, ScD

| | | | | | |
|---|---|---|---|---|---|
| Additional hours of videotaping | 5.00 | Hours | @ | 95.00 | 475.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 2.00 | Hours | @ | 35.00 | 70.00 |
| DVD Sync with transcript text. | 2.00 | Hours | @ | 35.00 | 70.00 |

**TOTAL DUE >>>**     **$640.00**

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

Tax ID: 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Invoice No. | : | 304257 |
| Invoice Date | : | 2/10/2018 |
| **Total Due** | : | **$640.00** |


ENTERED
FEB 12 2018
BY:

| | | |
|---|---|---|
| Job No. | : | 174103 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Roundup Products Liability Litigation |

Remit To:   **Golkow Litigation Services**
        **One Liberty Place**
        **1650 Market Street**
        **Suite 5150**
        **Philadelphia, PA 19103**

# INVOICE

**G⬡LKOW**
**Litigation** SERVICES
LIT
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 289231 | 9/28/2017 | 166648 |

| Job Date | Case No. |
|---|---|
| 9/15/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Thomas J. Rosol, DVM | 372.00 | @ | 3.85 | | 1,432.20 |
| Daily Delivery Surcharge | | | | | 1,361.52 |
| Exhibits scanned | 285.00 | Pages @ | 0.10 | | 28.50 |
| Realtime with Rough Ascii | | | 0.00 | | 751.50 |
| ASCII (.txt) | | | 0.00 | | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | | 0.00 |
| Shipping and Handling | | | 22.00 | | 22.00 |
| Reporter Campbell Travel Expenses | | | 1,117.96 | | 1,117.96 |
| | | **TOTAL DUE  >>>** | | | **$4,713.68** |

Location: Washington, DC

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

Tax ID: 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226


ENTERED
OCT 16 2017
BY:

| | | | |
|---|---|---|---|
| Job No. | : 166648 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 289231 | Invoice Date | : 9/28/2017 |
| **Total Due** | : **$4,713.68** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377
800.330.1112

Discovery   Depositions   Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290107 | 9/28/2017 | 166647 |

| Job Date | Case No. |
|---|---|
| 9/15/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Thomas J. Rosol, DVM | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 7.00 | Hours | @ | 95.00 | 665.00 |
| Master Tapes - Mini-DV | 3.00 | Tapes | @ | 25.00 | 75.00 |
| Capture of Master Tape to MPEG1 format. | 6.00 | Hours | @ | 35.00 | 210.00 |
| DVD Sync with transcript text | 6.00 | Hours | @ | 35.00 | 210.00 |
| | | | **TOTAL DUE >>>** | | **$1,455.00** |

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

Tax ID: 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



| | | | | |
|---|---|---|---|---|
| Job No. | : 166647 | | BU ID | : V-Main |
| Case No. | : | | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | | |
| Invoice No. | : 290107 | | Invoice Date | : 9/28/2017 |
| **Total Due** | : **$1,455.00** | | | |

### PAYMENT WITH CREDIT CARD

AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

#66



## INVOICE

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**DATE:** 9/20/2017
**INVOICE #** 091117-351697

**Bill To:**
Kathryn M. Forgie Esq.
Andrus Wagstaff Attorneys At Law
7171 W. Alaska Drive
Lakewood, CO 80226

**CASE:** In re: Roundup Products Liability Litigation
**WITNESS:** Dennis Weisenburger, M.D.
**DATE:** 9/11/2017
**LOCATION:** Monrovia, CA

ENTERED
NOV 06 2017
BY:

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 263 | $3.35 | $881.05 |
| Certified Transcript - Immediate Delivery | 263 | $3.60 | $946.80 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 303 | $0.30 | $90.90 |
| Exhibits - Scanned & Hyperlinked - Color | 166 | $1.50 | $249.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $2,212.75 |
| SHIPPING & HANDLING | $65.00 |
| **TOTAL** | **$2,277.75** |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# TSG
## REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 2/1/2018
**INVOICE #** 012218-704389
**JOB #** 136023

**Bill To:**   Kathryn M. Forgie Esq.
Andrus Wagstaff Attorneys At Law
7171 W. Alaska Drive
Lakewood, CO 80226

RECEIVED
MAR 2 0 2018
BY:

**CASE:**        In re: Roundup Products Liability Litigation
**WITNESS:**   Dennis Weisenburger, M.D. cont w/ pg ?
**DATE:**        1/22/2018
**LOCATION:**  Monrovia, CA

**Billing Comments / Instructions:**



| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 150 | $3.45 | $517.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 134 | $0.45 | $60.30 |
| Exhibits - Scanned & Hyperlinked - Color | 141 | $1.00 | $141.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $763.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $818.80 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

#68



**TSG REPORTING**

Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 5/16/2017
**INVOICE #** 050317-348113

**Bill To:**   Kellie Johnson
Andrus Wagstaff Attorneys At Law
7171 W. Alaska Drive
Lakewood, CO 80226

RECEIVED
MAY 22 2017
BY:

**CASE:**      In re: Roundup Products Liability Litigation
**WITNESS:**   Charles W. Jameson, Ph.D.
**DATE:**      5/3/2017
**LOCATION:**  Fort Myers, FL

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $125.00 | $625.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | SUBTOTAL | | $625.00 |
| | SHIPPING & HANDLING | | $27.50 |
| | TOTAL | | $652.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

APPROVED FOR PYMT BY K. JOHNSON 5/22/17.

#69



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

REPORTING

# INVOICE

**DATE:** 5/16/2017
**INVOICE #** 050317-348112

RECEIVED
MAY 2 2 2017
BY

**Bill To:**   Kellie Johnson
Andrus Wagstaff Attorneys At Law
7171 W. Alaska Drive
Lakewood, CO 80226

| | |
|---|---|
| **CASE:** | In re: Roundup Products Liability Litigation |
| **WITNESS:** | Charles W. Jameson, Ph.D. |
| **DATE:** | 5/3/2017 |
| **LOCATION:** | Fort Myers, FL |

Billing Comments / Instructions:

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 365 | $3.35 | $1,222.75 |
| Certified Transcript - 2 Day Delivery | 365 | $2.85 | $1,040.25 |
| Certified Transcript - Early AM Pages | 27 | $1.25 | $33.75 |
| Certified Transcript - Evening Pages | 34 | $1.25 | $42.50 |
| Rough Transcript | 365 | $2.25 | $821.25 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 82 | $0.30 | $24.60 |
| Exhibits - Scanned & Hyperlinked - Color | 381 | $1.50 | $571.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,801.60 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $3,829.10 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

APPROVED FOR PYMT BY K. JOHNSON 5/22/17.

# INVOICE



**G⦿LKOW**
**Litigation** SERVICES
Discovery : Depositions : Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 265051 | 3/28/2017 | 153019 |
| **Job Date** | **Case No.** | |
| 3/20/2017 | | |
| **Case Name** | | |
| In Re: Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |


RECEIVED
APR 03 2017
BY:

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Aaron Earl Blair, Ph.D. | 339.00 | @ | 3.85 | 1,305.15 |
| Daily Delivery Surcharge | | | | 1,237.35 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Realtime with Rough Ascii | | | 0.00 | 677.25 |
| Teleconference Full Day | | | 85.00 | 85.00 |
| Shipping and Handling of Read and Sign materials | | | 22.00 | 22.00 |

**TOTAL DUE >>>**   **$3,326.75**

(V/Daily)
Location: Washington, DC
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 153019 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 265051 | Invoice Date | : 3/28/2017 |
| **Total Due** | : **$3,326.75** | | |

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**[#71]**

# INVOICE





RECEIVED
APR 03 2017
BY:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 265053 | 3/28/2017 | 153018 |

| Job Date | Case No. |
|---|---|
| 3/20/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| **Aaron Earl Blair, Ph.D.** | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 5.00 | Hours | @ | 95.00 | 475.00 |
| Video Services: First Two hours - 2nd Camera | | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 5.00 | | @ | 95.00 | 475.00 |
| Master Tapes - Mini-DV | 3.00 | Tapes | @ | 25.00 | 75.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 6.00 | Hours | @ | 75.00 | 450.00 |
| Split Screen Video Capture & Synch | 6.00 | Hours | @ | 50.00 | 300.00 |
| Capture of Master Tape to MPEG2 format. | 6.00 | Hours | @ | 35.00 | 210.00 |
| DVD Sync of PIP with transcript text | 6.00 | Hours | @ | 35.00 | 210.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |
| Shipping and Handling | | | | 22.00 | 22.00 |
| | **TOTAL DUE >>>** | | | | **$3,807.00** |

Location: Washington, DC
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Job No.          :  153018          BU ID          : V-Main

Case No.        :

Case Name    :  In Re: Roundup Products Liability Litigation

Invoice No.    :  265053          Invoice Date    : 3/28/2017
**Total Due**    :  **$3,807.00**

**PAYMENT WITH CREDIT CARD**          AMEX  MASTERCARD  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

#72



## TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2017
**INVOICE #** 050317-349063

**Bill To:**
Jeffrey Travers
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

RECEIVED
JUN 19 2017
BY:

**CASE:** In re: Roundup Products Liability Litigation
**WITNESS:** Dr. Matthew K. Ross, Ph.D.
**DATE:** 5/3/2017
**LOCATION:** Mississippi State, MS

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 315 | $3.35 | $1,055.25 |
| Certified Transcript - 4 Day Delivery | 315 | $2.10 | $661.50 |
| Certified Transcript - Evening Pages | 12 | $1.25 | $15.00 |
| Rough Transcript | 315 | $1.50 | $472.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 83 | $0.30 | $24.90 |
| Exhibits - Scanned & Hyperlinked - Color | 197 | $1.50 | $295.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,569.65 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $2,594.65 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



ENTERED
JUN 19 2017
BY:

**#73**



**TSG**

**REPORTING**

Worldwide - 24 Hours
**(877) 702-9580**
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2017
**INVOICE #** 050317-349064

**Bill To:** Jeffrey Travers
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960



RECEIVED
SEP 15 2017
BV:

**CASE:** In re: Roundup Products Liability Litigation
**WITNESS:** Dr. Matthew K. Ross, Ph.D.
**DATE:** 5/3/2017
**LOCATION:** Mississippi State, MS

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 5 | $125.00 | $625.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $625.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | **TOTAL** | $650.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

L #74



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2018
**INVOICE #** 011918-704386
**JOB #** 136022

**Bill To:**   Kathryn M. Forgie Esq.
Andrus Wagstaff Attorneys At Law
7171 W. Alaska Drive
Lakewood, CO 80226



RECEIVED
MAR 2 0 2018
BY:

**CASE:**      In re: Roundup Products Liability Litigation
**WITNESS:**   Dr. Beate Ritz
**DATE:**      1/19/2018
**LOCATION:**  Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 196 | $3.45 | $676.20 |
| Certified Transcript - Immediate Delivery | 196 | $3.80 | $744.80 |
| Certified Transcript - Evening Pages | 16 | $1.25 | $20.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 130 | $0.45 | $58.50 |
| Exhibits - Scanned & Hyperlinked - Color | 128 | $1.00 | $128.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,672.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,727.50 |

Please mail all payments to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**#75**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 9/28/2017
**INVOICE #** 091817-351973

**Bill To:**    Kathryn M. Forgie Esq.
Andrus Wagstaff Attorneys At Law
7171 W. Alaska Drive
Lakewood, CO 80226

| | |
|---|---|
| **CASE:** | In re: Roundup Products Liability Litigation |
| **WITNESS:** | Dr. Beate Ritz |
| **DATE:** | 9/18/2017 |
| **LOCATION:** | Los Angeles, CA |

**Billing Comments / Instructions:**    Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 439 | $3.35 | $1,470.65 |
| Certified Transcript - Immediate Delivery | 439 | $3.60 | $1,580.40 |
| Certified Transcript - Evening Pages | 49 | $1.25 | $61.25 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 270 | $0.30 | $81.00 |
| Exhibits - Scanned & Hyperlinked - Color | 373 | $1.50 | $559.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $3,797.80 |
| | | SHIPPING & HANDLING | $110.00 |
| | | **TOTAL** | $3,907.80 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



ENTERED
OCT 16 2017
BY:

**#76**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 264048 | 3/17/2017 | 151434 |
| **Job Date** | | **Case No.** |
| 2/22/2017 | | |
| **Case Name** | | |
| In Re: Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

**RECEIVED**
**MAR 23 2017**
**BY:**

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| David Heering, PhD | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 4.00 | Hours | @ | 95.00 | 380.00 |
| Video Services: First Two hours - 2nd Camera | | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 4.00 | | @ | 95.00 | 380.00 |
| Master Tapes - Mini-DV | 5.00 | Tapes | @ | 25.00 | 125.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 5.00 | Hours | @ | 75.00 | 375.00 |
| Split Screen Video Capture & Synch | 5.00 | Hours | @ | 50.00 | 250.00 |
| DVD:  Capture to MPEG2 (PIP) | 5.00 | Hours | @ | 35.00 | 175.00 |
| DVD Sync of PIP with transcript text | 5.00 | Hours | @ | 35.00 | 175.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Videographer Expenses | | | | 0.00 | 1,203.49 |

**TOTAL DUE >>>**        **$4,153.49**

Location: St. Louis, MO
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 151434 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 264048 | Invoice Date | : 3/17/2017 |
| **Total Due** | **: $4,153.49** | | |

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#77**



# STATEMENT

| Account No. | Date |
|---|---|
| C19726 | 5/1/2017 |

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery  Depositions  Trial

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $1,535.05 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$1,535.05** |



ENTERED
MAY 11 2017
BY:

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 3/17/2017 | 264046 | 1,535.05 | 2/22/2017 | David Heering, PhD | In Re: Roundup Products Liability Litigation |

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Account No.  :  C19726
Date         :  5/1/2017

**Total Due**  :  **$ 1,535.05**

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# INVOICE



**GOLKOW Litigation SERVICES**
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312250 | 4/13/2018 | 151434 |

| Job Date | Case No. |
|---|---|
| 2/22/2017 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| David Heering, PhD | | 95.00 | 95.00 |
| DVD Duplication(s) | | | |
| | **TOTAL DUE >>>** | | **$95.00** |

Ordered By    :   Richard Mayer
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **95.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| Job No. | : | 151434 | BU ID | : | V-Main |
| Case No. | : | | | | |
| Case Name | : | Roundup Products Liability Litigation | | | |
| Invoice No. | : | 312250 | Invoice Date | : | 4/13/2018 |
| **Total Due** | : | **$95.00** | | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

#79

# INVOICE



**GOLKOW Litigation** SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 261235 | 2/17/2017 | 147806 |

| Job Date | Case No. |
|---|---|
| 1/31/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |



RECEIVED
AUG 16 2017
BY:

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

---

David A. Saltmiras, Ph.D.

    Teleconference Full Day                      85.00      85.00

**TOTAL DUE >>>**      **$85.00**

Ordered By   :  Timothy Litzenburg, Esquire
              The Miller Firm, LLC
              The Sherman Building
              108 Railroad Avenue
              Orange, VA 22960

Participation via telephone conference call in number set up by Golkow Technologies.

Thank you. Your business is appreciated.
For billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **85.00** |

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

---

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



ENTERED
AUG 17 2017
BY:

| | | |
|---|---|---|
| Job No. | : 147806 | BU ID     : R-Main |
| Case No. | : | |
| Case Name | : In Re: Roundup Products Liability Litigation | |
| Invoice No. | : 261235 | Invoice Date   : 2/17/2017 |
| **Total Due** | **: $85.00** | |

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
         **One Liberty Place**
         **1650 Market Street**
         **Suite 5150**
         **Philadelphia, PA  19103**

**#80**

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 259446 | 2/17/2017 | 147806 |

| Job Date | Case No. | |
|---|---|---|
| 1/31/2017 | | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| David A. Saltmiras, Ph.D. | 454.00 | @ | 3.85 | 1,747.90 |
| Realtime with Rough Ascii | | | 0.00 | 909.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Teleconference Full Day | | | 85.00 | 85.00 |

**TOTAL DUE  >>>**      **$2,741.90**

Location: St. Louis, MO
Participation via telephone conference call in number set up by Golkow Technologies.

Thank you. Your business is appreciated.
For billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

**Tax ID: 20-5543414**                                          Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 147806 | BU ID | : R-Main | |
| Case No. | : | | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | | |
| | | | | |
| Invoice No. | : 259446 | Invoice Date | : 2/17/2017 | |
| **Total Due** | **: $2,741.90** | | | |

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow, Inc.**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA  19103**

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 259448 | 2/17/2017 | 147805 |

| Job Date | Case No. |
|---|---|
| 1/31/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| David A. Saltmiras, Ph.D. | | | | |
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 7.00 Hours | @ | 95.00 | 665.00 |
| Video Services: First Two hours - 2nd Camera | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 7.00 | @ | 95.00 | 665.00 |
| Master Tapes - Mini-DV | 4.00 Tapes | @ | 25.00 | 100.00 |
| DVD:  Capture to MPEG2 (PIP) | 7.00 Hours | @ | 35.00 | 245.00 |
| DVD Sync of PIP with transcript text | 7.00 Hours | @ | 35.00 | 245.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 7.00 Hours | @ | 75.00 | 525.00 |
| Split Screen Video Capture & Synch | 7.00 Hours | @ | 50.00 | 350.00 |
| Equipment Rental: Elmo | | | 0.00 | 0.00 |
| Equipment Rental: Projector and Screen | | | 0.00 | 0.00 |
| Picture in Picture Package | | | 500.00 | 500.00 |
| Videographer Expenses | | | 0.00 | 756.83 |
| | | **TOTAL DUE  >>>** | | **$4,641.83** |

Location: St. Louis, MO

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.

Tax ID: 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 147805 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| | | | |
| Invoice No. | : 259448 | Invoice Date | : 2/17/2017 |
| **Total Due** | : **$4,641.83** | | |

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   Golkow, Inc.
          **One Liberty Place**
          **1650 Market Street**
          **Suite 5150**
          **Philadelphia, PA  19103**

#82

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 259451 | 2/20/2017 | 150188 |

| Job Date | Case No. |
|---|---|
| 2/1/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| David A. Saltmiras, Ph.D. (continuation) | 155.00 | @ | 3.85 | 596.75 |
| Realtime with Rough Ascii | | | 0.00 | 306.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | TOTAL DUE >>> | | **$902.75** |

Location: St. Louis, MO

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

Tax ID: 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| Job No. | : 150188 | BU ID | : R-Main |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 259451 | Invoice Date | : 2/20/2017 |
| **Total Due** | **: $902.75** | | |

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#83**

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 259453 | 2/20/2017 | 150189 |

| Job Date | Case No. | |
|---|---|---|
| 2/1/2017 | | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| David A. Saltmiras, Ph.D. (continuation) | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | | | | 95.00 | 95.00 |
| Video Services: First Two hours - 2nd Camera | | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | | | | 95.00 | 95.00 |
| Master Tapes - Mini-DV | 2.00 | Tapes | @ | 25.00 | 50.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 3.00 | Hours | @ | 75.00 | 225.00 |
| Split Screen Video Capture & Synch | 3.00 | Hours | @ | 50.00 | 150.00 |
| DVD:  Capture to MPEG2 (PIP) | 3.00 | Hours | @ | 35.00 | 105.00 |
| DVD Sync of PIP with transcript text | 3.00 | Hours | @ | 35.00 | 105.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |
| | | | **TOTAL DUE  >>>** | | **$2,415.00** |

Location: St. Louis, MO

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Job No. | : 150189 | BU ID     : V-Main |
| Case No. | : | |
| Case Name | : In Re: Roundup Products Liability Litigation | |
| Invoice No. | : 259453 | Invoice Date   : 2/20/2017 |
| **Total Due** | : **$2,415.00** | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                 Phone#:

Billing Address:

Zip:             Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow, Inc.**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA 19103**

#84

# INVOICE



**GOLKOW Litigation SERVICES**

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312248 | 4/13/2018 | 150189 |

| Job Date | Case No. |
|---|---|
| 2/1/2017 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| David A. Saltmiras, Ph.D. (continuation) | | |
| DVD Duplication(s) | 95.00 | 95.00 |
| | **TOTAL DUE >>>** | **$95.00** |

Ordered By     :   Richard Mayer
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **95.00** |

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 150189 | BU ID | : V-Main | |
| Case No. | : | | | |
| Case Name | : Roundup Products Liability Litigation | | | |
| Invoice No. | : 312248 | Invoice Date | : 4/13/2018 | |
| **Total Due** | **: $95.00** | | | |

**PAYMENT WITH CREDIT CARD**          AMEX   [MASTERCARD]   VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103**



# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery · Depositions · Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312246 | 4/13/2018 | 147805 |

| Job Date | Case No. |
|---|---|
| 1/31/2017 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| David A. Saltmiras, Ph.D. | | |
| DVD Duplication(s) | 95.00 | 95.00 |
| | **TOTAL DUE >>>** | **$95.00** |

Ordered By  :  Richard Mayer
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **95.00** |

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 147805 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation | | |
| Invoice No. | : 312246 | Invoice Date | : 4/13/2018 |
| **Total Due** | : **$95.00** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**INVOICE** #86



# GOLKOW
## Litigation
### SERVICES
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377


RECEIVED
MAY 0 2 2017
BY: _____

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 267296 | 4/25/2017 | 154270 |
| **Job Date** | **Case No.** | |
| 4/7/2017 | | |
| **Case Name** | | |

In Re: Roundup Products Liability Litigation

| **Payment Terms** |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Mark A. Martens, Ph.D. | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 5.00 | Hours | @ | 95.00 | 475.00 |
| Video Services: First Two hours - 2nd Camera | | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 5.00 | | @ | 95.00 | 475.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 5.00 | Hours | @ | 75.00 | 375.00 |
| Split Screen Video Capture & Synch | 5.00 | Hours | @ | 50.00 | 250.00 |
| DVD:  Capture to MPEG2 (PIP) | 5.00 | Hours | @ | 35.00 | 175.00 |
| DVD Sync of PIP with transcript text | 5.00 | Hours | @ | 35.00 | 175.00 |
| Videographer Expenses | | | | 528.40 | 528.40 |
| Picture in Picture Package | | | | 500.00 | 500.00 |

**TOTAL DUE  >>>**                                   **$3,568.40**

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.
Location: Washington, DC
Thank you. Your business is appreciated.
For billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 154270 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 267296 | Invoice Date | : 4/25/2017 |
| **Total Due** | **: $3,568.40** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

| |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:              Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To:   **Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103**

# INVOICE #87



## GOLKOW
## Litigation
SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 267294 | 4/25/2017 | 154271 |
| **Job Date** | **Case No.** | |
| 4/7/2017 | | |
| **Case Name** | | |
| In Re: Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |



RECEIVED
MAY 02 2017
BY:

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Mark A. Martens, Ph.D. | 294.00 | @ | 3.85 | 1,131.90 |
| Daily Delivery Surcharge | | | | 1,073.10 |
| Realtime with Rough Ascii | | | 0.00 | 587.25 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |
| | | **TOTAL DUE >>>** | | **$2,814.25** |

Location: Washington, DC
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Job No. | : 154271 | BU ID   : R-Main |
| Case No. | : | |
| Case Name | : In Re: Roundup Products Liability Litigation | |
| Invoice No. | : 267294 | Invoice Date   : 4/25/2017 |
| **Total Due** | : **$2,814.25** | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services**
       **One Liberty Place**
       **1650 Market Street**
       **Suite 5150**
       **Philadelphia, PA  19103**



# INVOICE



**G⬤LKOW**
**Litigation** SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 267871 | 4/24/2017 | 153301 |

| Job Date | Case No. | |
|---|---|---|
| 4/7/2017 | | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| John Acquavella, PhD. | | | | |
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 7.00 Hours | @ | 95.00 | 665.00 |
| Video Services: First Two hours - 2nd Camera | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 7.00 | @ | 95.00 | 665.00 |
| Master Tapes - Mini-DV | 5.00 Tapes | @ | 25.00 | 125.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 7.00 Hours | @ | 75.00 | 525.00 |
| Split Screen Video Capture & Synch | 7.00 Hours | @ | 50.00 | 350.00 |
| DVD:  Capture to MPEG2 (PIP) | 7.00 Hours | @ | 35.00 | 245.00 |
| DVD Sync of PIP with transcript text | 7.00 Hours | @ | 35.00 | 245.00 |
| Equipment Rental: Elmo | | | 0.00 | 0.00 |
| Equipment Rental: Projector and Screen | | | 0.00 | 0.00 |
| Picture in Picture Package | | | 500.00 | 500.00 |
| Videographer Expenses | | | 0.00 | 1,685.05 |
| Shipping and Handling | | | 22.00 | 22.00 |

**TOTAL DUE  >>>**                           **$5,617.05**

Location: St. Louis, MO
Thank you. Your business is appreciated.

Tax ID: 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

---

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | |
|---|---|
| Job No. | : 153301 |
| Case No. | : |
| Case Name | : In Re: Roundup Products Liability Litigation |
| Invoice No. | : 267871 |
| Total Due | : **$5,617.05** |

BU ID      : V-Main

Invoice Date   : 4/24/2017

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#89**

# INVOICE



**GOLKOW**
**Litigation** SERVICES

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 267869 | 4/24/2017 | 153302 |

| Job Date | Case No. | |
|---|---|---|
| 4/7/2017 | | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| John Acquavella, PhD. | 378.00 | @ | 3.85 | 1,455.30 |
|  | | | | 1,088.64 |
| 4 Day Expedited Surcharge | | | 95.00 | 95.00 |
| Appearance Fee | | | 0.00 | 756.00 |
| Realtime with Rough Ascii | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | |
| | | | **TOTAL DUE  >>>** | **$3,394.94** |

(V/4 Day)
Location: St. Louis, MO
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

Tax ID: 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 153302 | BU ID | : R-Main | |
| Case No. | : | | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | | |
| Invoice No. | : 267869 | Invoice Date | : 4/24/2017 | |
| **Total Due** | : **$3,394.94** | | | |

**Remit To:** **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**    AMEX   [ ]   VISA

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

**#90**

# INVOICE



## GOLKOW Litigation SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 267947 | 4/25/2017 | 155082 |

| Job Date | Case No. |
|---|---|
| 4/8/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |


RECEIVED MAY 0 2 2017 BY:

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| John Acquavella, PhD. (possible continuation) | 225.00 | @ | 3.85 | 866.25 |
| 3 Day expedited surcharge | | | | 648.00 |
| Realtime with Rough Ascii | | | 0.00 | 447.75 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |

**TOTAL DUE >>>   $1,962.00**

Location: St. Louis, MO
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 155082 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 267947 | Invoice Date | : 4/25/2017 |
| **Total Due** | : **$1,962.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103**

**#91**

# INVOICE



**GOLKOW Litigation SERVICES**
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 267948 | 4/25/2017 | 155081 |

| Job Date | Case No. |
|---|---|
| 4/8/2017 | |



RECEIVED
MAY 0 2 2017
BY:

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

| | | | | | |
|---|---|---|---|---|---|
| John Acquavella, PhD. (possible continuation) | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 2.00 | Hours | @ | 95.00 | 190.00 |
| Video Services: First Two hours - 2nd Camera | | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 2.00 | | @ | 95.00 | 190.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 4.00 | Hours | @ | 75.00 | 300.00 |
| Split Screen Video Capture & Synch | 4.00 | Hours | @ | 50.00 | 200.00 |
| DVD:  Capture to MPEG2 (PIP) | 4.00 | Hours | @ | 35.00 | 140.00 |
| DVD Sync of PIP with transcript text | 4.00 | Hours | @ | 35.00 | 140.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |

| **TOTAL DUE  >>>** | **$2,275.00** |
|---|---|

Location: St. Louis, MO
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID: 20-5543414**

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 155081 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 267948 | Invoice Date | : 4/25/2017 |
| **Total Due** | **: $2,275.00** | | |

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#92**

# INVOICE



GOLKOW
Litigation
SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery · Depositions · Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 319409 | 5/29/2018 | 153301 |

| Job Date | Case No. |
|---|---|
| 4/7/2017 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| John Acquavella, PhD. | | |
| DVD-Capture and Sync Duplication(s) | 95.00 | 95.00 |
| | TOTAL DUE >>> | **$95.00** |

Ordered By  :  Richard Mayer
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **95.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 153301 | BU ID | : V-Main | |
| Case No. | : | | | |
| Case Name | : Roundup Products Liability Litigation | | | |
| Invoice No. | : 319409 | Invoice Date | : 5/29/2018 | |
| **Total Due** | : **$95.00** | | | |

**PAYMENT WITH CREDIT CARD**     VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

**#93**

# INVOICE



## GOLKOW Litigation SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 319410 | 5/29/2018 | 155081 |

| Job Date | Case No. |
|---|---|
| 4/8/2017 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| John Acquavella, PhD. (possible continuation) | | |
| DVD-Capture and Sync Duplication(s) | 95.00 | 95.00 |
| | **TOTAL DUE >>>** | **$95.00** |

Ordered By     :   Richard Mayer
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **95.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : | 155081 | BU ID | : V-Main |
| Case No. | : | | | |
| Case Name | : | Roundup Products Liability Litigation | | |
| Invoice No. | : | 319410 | Invoice Date | : 5/29/2018 |
| **Total Due** | : | **$95.00** | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MASTERCARD  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____    Phone#: _____

Billing Address: _____

Zip: _____    Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Email: _____

Remit To:     **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

#94

# INVOICE





| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 265128 | 3/31/2017 | 153633 |

| Job Date | Case No. | |
|---|---|---|
| 3/21/2017 | | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Daniel Jenkins | 219.00 | @ | 3.85 | 843.15 |
| Realtime with Rough Ascii | | | 0.00 | 436.50 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | **$1,279.65** |

(V)
Location: Washington, DC
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com



Phone: 303-376-6360    Fax:303-376-6361

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Job No.        :  153633          BU ID          : R-Main
Case No.      :
Case Name    :  In Re: Roundup Products Liability Litigation

Invoice No.   :  265128          Invoice Date   : 3/31/2017
**Total Due**    :  **$1,279.65**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:            Phone#: | |
| Billing Address: | |
| Zip:            Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Golkow Litigation Services**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA  19103**

**#95**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 265133 | 3/31/2017 | 153632 |
| **Job Date** | **Case No.** | |
| 3/21/2017 | | |

| **Case Name** |
|---|
| In Re: Roundup Products Liability Litigation |

| **Payment Terms** |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Daniel Jenkins | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 5.00 | Hours | @ | 95.00 | 475.00 |
| Video Services: First Two hours - 2nd Camera | | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 5.00 | | @ | 95.00 | 475.00 |
| Master Tapes - Mini-DV | 2.00 | Tapes | @ | 25.00 | 50.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 5.00 | Hours | @ | 75.00 | 375.00 |
| Split Screen Video Capture & Synch | 5.00 | Hours | @ | 50.00 | 250.00 |
| DVD:  Capture to MPEG2 (PIP) | 5.00 | Hours | @ | 35.00 | 175.00 |
| DVD Sync of PIP with transcript text | 5.00 | Hours | @ | 35.00 | 175.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |
| Shipping and Handling | | | | 22.00 | 22.00 |
| | | | **TOTAL DUE  >>>** | | **$3,587.00** |

Location: Washington, DC
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



| | | | | |
|---|---|---|---|---|
| Job No. | : 153632 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 265133 | Invoice Date | : 3/31/2017 |
| **Total Due** | : **$3,587.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103**

**#96**

# INVOICE



G⬢LKOW
Litigation
SERVICES

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312253 | 4/13/2018 | 153632 |
| Job Date | Case No. | |
| 3/21/2017 | | |
| Case Name | | |
| Roundup Products Liability Litigation | | |
| Payment Terms | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Daniel Jenkins
    DVD Duplication(s)                                    95.00          95.00

                                      **TOTAL DUE  >>>**                    **$95.00**

Ordered By    :   Richard Mayer
                The Miller Firm, LLC
                108 Railroad Avenue
                Orange, VA 22960-1623

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com.

                            **(-) Payments/Credits:**                    0.00
                            **(+) Finance Charges/Debits:**            0.00
                            **(=) New Balance:**                        **95.00**

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 153632 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation | | |
| | | | |
| Invoice No. | : 312253 | Invoice Date | : 4/13/2018 |
| **Total Due** | : **$95.00** | | |

**PAYMENT WITH CREDIT CARD**      AMEX    [MASTERCARD]    VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:        Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services**
             **One Liberty Place**
             **1650 Market Street**
             **Suite 5150**
             **Philadelphia, PA  19103**

**#97**

# INVOICE



Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258462 | 1/31/2017 | 147800 |
| **Job Date** | **Case No.** | |
| 1/18/2017 | | |
| **Case Name** | | |
| In Re: Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

*ROUND UP*

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Daniel Goldstein, M.D. | | 422.00 | @ | 3.85 | 1,624.70 |
| Realtime with Rough Ascii | | | | 0.00 | 843.75 |
| ASCII (.txt) | | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Minuscript | | | | 0.00 | 0.00 |

**TOTAL DUE >>>**          **$2,468.45**

Location: St. Louis, MO
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com.

Tax ID: 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 147800 | BU ID | : R-Main | |
| Case No. | : | | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | | |

Invoice No.   : 258462          Invoice Date  : 1/31/2017
**Total Due**   : **$2,468.45**



**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#98**

# INVOICE



Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258464 | 1/31/2017 | 147799 |
| **Job Date** | **Case No.** | |
| 1/18/2017 | | |
| **Case Name** | | |
| In Re: Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

ROUND UP

| | | | | |
|---|---|---|---|---|
| Daniel Goldstein, M.D. | | | | |
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 7.00 Hours | @ | 95.00 | 665.00 |
| Master Tapes - Mini-DV | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 7.00 Hours | @ | 35.00 | 245.00 |
| DVD Sync with transcript text | 7.00 Hours | @ | 35.00 | 245.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 7.00 Hours | @ | 75.00 | 525.00 |
| Split Screen Video Capture & Synch | 7.00 Hours | @ | 50.00 | 350.00 |
| Equipment Rental: Elmo | | | 0.00 | 0.00 |
| Equipment Rental: Projector and Screen | | | 0.00 | 0.00 |
| Picture in Picture Package | | | 500.00 | 500.00 |
| Videographer Expenses | | | 1,588.08 | 1,588.08 |

**TOTAL DUE  >>>**          **$4,438.08**

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.
Location: St. Louis, MO
Thank you. Your business is appreciated.
For billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

**Tax ID:** 20-5543414                                          Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Job No.      : 147799          BU ID        : V-Main
Case No.    :
Case Name : In Re: Roundup Products Liability Litigation

Invoice No. : 258464          Invoice Date : 1/31/2017
**Total Due** : **$4,438.08**

Remit To:   **Golkow, Inc.**
              **One Liberty Place**
              **1650 Market Street**
              **Suite 5150**
              **Philadelphia, PA 19103**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**#99**

# INVOICE



**Golkow Litigation Services**
Discovery | Depositions | Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 304239 | 2/6/2018 | 174104 |

| Job Date | Case No. | |
|---|---|---|
| 1/23/2018 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



RECEIVED
FEB 06 2018
BY:

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Lorelei A. Mucci, ScD | 109.00 | @ | 3.85 | 419.65 |
| Realtime with Rough Ascii | | | 0.00 | 211.50 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | **$631.15** |

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



ENTERED
FEB 12 2018
BY:

| | | | | |
|---|---|---|---|---|
| Job No. | : 174104 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation | | |
| Invoice No. | : 304239 | Invoice Date | : 2/6/2018 |
| **Total Due** | : **$631.15** | | |

**Remit To:**  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

#100

# INVOICE



**GOLKOW Litigation** SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 304670 | 2/10/2018 | 174103 |
| **Job Date** | **Case No.** | |
| 1/23/2018 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226



RECEIVED
FEB 12 2018
BY:

| | | | | |
|---|---|---|---|---|
| Lorelei A. Mucci, ScD | | | 295.00 | 295.00 |
| Video Services - First Two Hours | | | 95.00 | 95.00 |
| Additional hours of videotaping | | | 25.00 | 25.00 |
| Master Tapes - Mini-DV | 2.00 Hours | @ | 35.00 | 70.00 |
| Capture of Master Tape to MPEG1 format. | 2.00 Hours | @ | 35.00 | 70.00 |
| DVD Sync with transcript text | | | | |
| | | **TOTAL DUE >>>** | | **$555.00** |

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

Tax ID: 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226



ENTERED
FEB 12 2018
BY:

| | | |
|---|---|---|
| Invoice No. | : | 304670 |
| Invoice Date | : | 2/10/2018 |
| **Total Due** | : | **$555.00** |

| | | |
|---|---|---|
| Job No. | : | 174103 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Roundup Products Liability Litigation |

Remit To: **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

# INVOICE



**GOLKOW Litigation SERVICES**

Discovery : Depositions : Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290139 | 9/28/2017 | 166659 |

| Job Date | Case No. |
|---|---|
| 9/22/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Lorelei A. Mucci, Sc.D. | 325.00 | @ | 3.85 | 1,251.25 |
| 2 Day expedited surcharge | | | | 1,189.50 |
| Appearance Fee | | | 95.00 | 95.00 |
| Realtime with Rough Ascii | | | 0.00 | 645.75 |
| Exhibits scanned | 516.00 | Pages | @ | 0.10 | 51.60 |
| Color Exhibits Scanned | 4.00 | Pages | @ | 1.00 | 4.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

**TOTAL DUE  >>>**          **$3,259.10**

Job Location: Boston, MA

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Job No. | : 166659 | BU ID    : R-Main |
| Case No. | : | |
| Case Name | : In Re: Roundup Products Liability Litigation | |
| Invoice No. | : 290139 | Invoice Date  : 9/28/2017 |
| **Total Due** | : **$3,259.10** | |



ENTERED
OCT 1 6 2017
BY:

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

#102



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290665 | 10/3/2017 | 166658 |

| Job Date | Case No. | |
|---|---|---|
| 9/22/2017 | | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

GOLKOW Litigation SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377
800.330.1112

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Lorelei A. Mucci, Sc.D. | | | | |
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 7.00 Hours | @ | 95.00 | 665.00 |
| Master Tapes - Mini-DV | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 6.00 Hours | @ | 35.00 | 210.00 |
| DVD Sync with transcript text | 6.00 Hours | @ | 35.00 | 210.00 |
| Equipment Rental: Elmo | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | 250.00 | 250.00 |
| Picture in Picture Package | | | 500.00 | 500.00 |
| | | TOTAL DUE >>> | | $2,405.00 |

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 166658 | BU ID | : V-Main | |
| Case No. | : | | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | | |
| | | | | |
| Invoice No. | : 290665 | Invoice Date | : 10/3/2017 | |
| **Total Due** | : **$2,405.00** | | | |



ENTERED
OCT 16 2017
BY:

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**



**TSG**
REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 1/25/2018
**INVOICE #** 010318-354576
**JOB #** 135741

**Bill To:**
Aimee H. Wagstaff Esq.
Andrus Wagstaff Attorneys At Law
7171 W. Alaska Drive
Lakewood, CO 80226

**CASE:** In re: Roundup Products Liability Litigation
**WITNESS:** Alfred I. Neugut, M.D. Ph.D.
**DATE:** 1/3/2018
**LOCATION:** New York, NY

**Billing Comments / Instructions:**     Exhibits shipped separately.

ENTERED
FEB 2 3 2018
BY:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 148 | $3.45 | $510.60 |
| Certified Transcript - Immediate Delivery | 148 | $3.60 | $532.80 |
| Local Real-time Transcription | 148 | $1.75 | $259.00 |
| Rough Transcript | 148 | $1.75 | $259.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 152 | $0.45 | $68.40 |
| Exhibits - Scanned & Hyperlinked - Color | 32 | $1.00 | $32.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,706.80 |
| | | SHIPPING & HANDLING | $95.00 |
| | | TOTAL | $1,801.80 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

#104



**TSG**
REPORTING

Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 8/10/2017
**INVOICE #** 080717-602906

**Bill To:**   Pearl A. Robertson Esq.
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

RECEIVED
AUG 28 2017
BY:

**CASE:**   In re: Roundup Products Liability Litigation
**WITNESS:**   Dr. Alfred Neugut
**DATE:**   8/7/2017
**LOCATION:**   New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 359 | $3.35 | $1,202.65 |
| Certified Transcript - Immediate Delivery | 359 | $3.60 | $1,292.40 |
| Local Real-time Transcription | 359 | $1.65 | $592.35 |
| Rough Transcript | 359 | $1.65 | $592.35 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 278 | $0.30 | $83.40 |
| Exhibits - Scanned & Hyperlinked - Color | 59 | $1.50 | $88.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,896.65 |
| | | SHIPPING & HANDLING | $17.50 |
| | | TOTAL | $3,914.15 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



ENTERED
AUG 29 2017
BY:

**# 105**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 204362 | 1/29/2018 | 173055 |

| Job Date | Case No. | |
|---|---|---|
| 1/12/2018 | 16-md-02741-VC | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |



Robin Greenwald, Esquire
Weitz & Luxenberg
700 Broadway
New York, NY 10003

RECEIVED
JAN 3 0 2018
BY:

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

| | |
|---|---:|
| Dr. Christopher Portier - VIDEO | |
| Digital Video File(s) - First Set | 125.00 |
| Video Upload/Archive | 25.00 |
| Shipping & Handling | 35.00 |
| **TOTAL DUE >>>** | **$185.00** |

Ordered By        :   IN RE: ROUNDUP PRODUCTS 16-md-02741-VC (Weitz Luxemberg)
                         Weitz & Luxenberg
                         700 Broadway
                         New York, NY 10003

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within
30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Robin Greenwald, Esquire
Weitz & Luxenberg
700 Broadway
New York, NY 10003

| | | |
|---|---|---|
| Invoice No. | : | 204362 |
| Invoice Date | : | 1/29/2018 |
| **Total Due** | : | **$185.00** |

ENTERED
FEB 0 5 2018
BY:

| | | |
|---|---|---|
| Job No. | : | 173055 |
| BU ID | : | 71-INT'L-V |
| Case No. | : | 16-md-02741-VC |
| Case Name | : | In Re: Roundup Products Liability Litigation |

Remit To:   **Planet Depos, LLC**
                 **405 East Gude Drive**
                 **Suite 209**
                 **Rockville, MD  20850**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202761 | 1/29/2018 | 173050 |
| **Job Date** | **Case No.** | |
| 1/12/2018 | 16-md-02741-VC | |
| **Case Name** | | |
| In Re: Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |



RECEIVED
JAN 3 0 2018
BY:

Robin Greenwald, Esquire
Weitz & Luxenberg
700 Broadway
New York, NY  10003

---

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Christopher Portier | 167.00 | Pages | 2,029.05 |
| Realtime | 116.00 | Pages | 226.20 |
| Rough ASCII | 116.00 | Pages | 226.20 |
| Exhibits | 196.00 | Pages | 68.60 |

**TOTAL DUE >>>** **$2,550.05**

Ordered By        :  IN RE: ROUNDUP PRODUCTS 16-md-02741-VC (Weitz Luxemberg)
                        Weitz & Luxenberg
                        700 Broadway
                        New York, NY 10003

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within
30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

---

Robin Greenwald, Esquire
Weitz & Luxenberg
700 Broadway
New York, NY  10003

| | | |
|---|---|---|
| Invoice No. | : | 202761 |
| Invoice Date | : | 1/29/2018 |
| **Total Due** | : | **$2,550.05** |



ENTERED
FEB 0 5 2018
BY:

Remit To:   **Planet Depos, LLC**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 173050 |
| BU ID | : | 70-INT'L-R |
| Case No. | : | 16-md-02741-VC |
| Case Name | : | In Re: Roundup Products Liability Litigation |

# INVOICE



**G⊗LKOW**
**Litigation**
S E R V I C E S

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312242 | 4/13/2018 | 148705 |
| **Job Date** | **Case No.** | |
| 1/12/2017 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Donna Farmer, Ph.D. (continuation) | | 95.00 | 95.00 |
| DVD Duplication(s) | | | |
| | **TOTAL DUE  >>>** | | **$95.00** |

Ordered By  :  Richard Mayer
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$95.00** |

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Invoice No. | : | 312242 |
| Invoice Date | : | 4/13/2018 |
| **Total Due** | : | **$95.00** |

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

| | | |
|---|---|---|
| Job No. | : | 148705 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Roundup Products Liability Litigation |

**#108**

# INVOICE



GOLKOW
Litigation
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312240 | 4/13/2018 | 147797 |

| Job Date | Case No. |
|---|---|
| 1/11/2017 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Donna Farmer, Ph.D.                                                         95.00          95.00
    DVD Duplication(s)

                                                    **TOTAL DUE  >>>**        **$95.00**

Ordered By    :   Richard Mayer
                    The Miller Firm, LLC
                    108 Railroad Avenue
                    Orange, VA 22960-1623

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

                                        **(-) Payments/Credits:**               0.00
                                        **(+) Finance Charges/Debits:**          0.00
                                        **(=) New Balance:**                  **$95.00**

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Invoice No. | : | 312240 |
| Invoice Date | : | 4/13/2018 |
| **Total Due** | : | **$95.00** |

Remit To:   **Golkow Litigation Services**
              **One Liberty Place**
              **1650 Market Street**
              **Suite 5150**
              **Philadelphia, PA  19103**

| | | |
|---|---|---|
| Job No. | : | 147797 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Roundup Products Liability Litigation |