# EXHIBIT 4

PART 2

#109

# INVOICE



Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

1310 – DEPOSITION

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 256497 | 1/26/2017 | 147798 |
| **Job Date** | **Case No.** | |
| 1/11/2017 | | |
| **Case Name** | | |
| In Re: Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Donna Farmer, Ph.D. | 403.00 | @ | 3.85 | 1,551.55 |
| 2 Day expedited surcharge | | | | 1,470.95 |
| Realtime with Rough Ascii | | | 0.00 | 807.75 |
| E-Transcript (.ptx – Emailed) | | | 0.00 | 0.00 |
| Teleconference Full Day | | | 85.00 | 85.00 |
| | | **TOTAL DUE >>>** | | **$3,915.25** |

(V/2 Day)
Location: St. Louis, MO
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com



**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| Job No. | : 147798 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 256497 | Invoice Date | : 1/26/2017 |
| **Total Due** | **: $3,915.25** | | |

### PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

**#110**

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377  Fax:917.591.5672

RECEIVED FEB 0 1 2016 BY:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 256502 | 1/26/2017 | 147797 |

| Job Date | Case No. |
|---|---|
| 1/11/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| Donna Farmer, Ph.D. | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 6.00 | Hours | @ | 95.00 | 570.00 |
| Video Services: First Two hours - 2nd Camera | | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 6.00 | Hours | @ | 95.00 | 570.00 |
| Master Tapes - Mini-DV | 3.00 | Tapes | @ | 25.00 | 75.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 7.00 | Hours | @ | 75.00 | 525.00 |
| Split Screen Video Capture & Synch | 7.00 | Hours | @ | 50.00 | 350.00 |
| DVD:  Capture to MPEG2 (PIP) | 7.00 | Hours | @ | 35.00 | 245.00 |
| DVD Sync of PIP with transcript text | 7.00 | Hours | @ | 35.00 | 245.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Videographer Expenses | | | | 0.00 | 785.43 |
| | | | **TOTAL DUE >>>** | | **$4,455.43** |

Location: St. Louis, MO
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226


ENTERED FEB 0 8 2017 BY:

| Job No. | : 147797 | BU ID | : V-Main |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 256502 | Invoice Date | : 1/26/2017 |
| **Total Due** | **$4,455.43** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

| |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:            Phone#: |
| Billing Address: |
| Zip:        Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To:   **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

#111

RECEIVED
FEB 0 1 2018
BY:

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 256507 | 1/26/2017 | 148704 |
| **Job Date** | **Case No.** | |
| 1/12/2017 | | |

| **Case Name** |
|---|
| In Re: Roundup Products Liability Litigation |

| **Payment Terms** |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Donna Farmer, Ph.D. (continuation) | 195.00 | @ | 3.85 | 750.75 |
| 2 Day expedited surcharge | | | | 711.75 |
| Realtime with Rough Ascii | | | 0.00 | 384.75 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Teleconference Full Day | | | 85.00 | 85.00 |
| | | **TOTAL DUE >>>** | | **$1,932.25** |

(V/2 Day)
Location: St. Louis, MO
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

Tax ID: 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 148704 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 256507 | Invoice Date | : 1/26/2017 |
| **Total Due** | **: $1,932.25** | | |

ENTERED
FEB 0 8 2017
BY:

**PAYMENT WITH CREDIT CARD**            AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow, Inc.**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA  19103**

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 257314 | 1/26/2017 | 148705 |

| Job Date | Case No. | |
|---|---|---|
| 1/12/2017 | | |

| Case Name | |
|---|---|
| In Re: Roundup Products Liability Litigation | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Donna Farmer, Ph.D. (continuation) | | | | |
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 2.00 | Hours @ | 95.00 | 190.00 |
| Video Services: First Two hours - 2nd Camera | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 2.00 | @ | 95.00 | 190.00 |
| Master Tapes - Mini-DV | 3.00 | Tapes @ | 25.00 | 75.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 3.00 | Hours @ | 75.00 | 225.00 |
| Split Screen Video Capture & Synch | 3.00 | Hours @ | 50.00 | 150.00 |
| DVD: Capture to MPEG2 (PIP) | 3.00 | Hours @ | 35.00 | 105.00 |
| DVD Sync of PIP with transcript text | 3.00 | Hours @ | 35.00 | 105.00 |
| Equipment Rental: Elmo | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | 250.00 | 250.00 |
| Picture in Picture Package | | | 500.00 | 500.00 |
| | | **TOTAL DUE >>>** | | **$2,630.00** |

Location: St. Louis, MO
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| Job No. | : 148705 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 257314 | Invoice Date | : 1/26/2017 |
| **Total Due** | **$2,630.00** | | |



### PAYMENT WITH CREDIT CARD                AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

# INVOICE #113

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 259388 | 2/14/2017 | 147802 |
| **Job Date** | **Case No.** | |
| 1/23/2017 | | |
| **Case Name** | | |
| In Re: Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |



RECEIVED
FEB 21 2017
BY:

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| William F. Heydens, Ph.D. | 315.00 | @ | 3.85 | 1,212.75 |
| Realtime with Rough Ascii | | | 0.00 | 634.50 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Teleconference Full Day | | | 85.00 | 85.00 |
| | | **TOTAL DUE >>>** | | **$1,932.25** |

Location: St. Louis, MO
Participation via telephone conference call in number set up by Golkow Technologies.

Thank you. Your business is appreciated.
For billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

Tax ID: 20-5543414                                          Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



ENTERED
FEB 22 2017
BY:

Job No.      :  147802          BU ID        : R-Main
Case No.    :
Case Name  :  In Re: Roundup Products Liability Litigation

Invoice No. :  259388          Invoice Date : 2/14/2017
**Total Due** : $  **1,932.25**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: Golkow, Inc.
          **One Liberty Place**
          **1650 Market Street**
          **Suite 5150**
          **Philadelphia, PA  19103**

**#114**

**Golkow, Inc.**
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

RECEIVED
FEB 21 2017
BY:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 259389 | 2/14/2017 | 147801 |

| Job Date | Case No. | |
|---|---|---|
| 1/23/2017 | | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

William F. Heydens, Ph.D.

| | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 5.00 | Hours | @ | 95.00 | 475.00 |
| Video Services: First Two hours - 2nd Camera | | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 5.00 | | @ | 95.00 | 475.00 |
| Master Tapes - Mini-DV | 3.00 | Tapes | @ | 25.00 | 75.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 6.00 | Hours | @ | 75.00 | 450.00 |
| Split Screen Video Capture & Synch | 6.00 | Hours | @ | 50.00 | 300.00 |
| DVD:  Capture to MPEG2 (PIP) | 6.00 | Hours | @ | 35.00 | 210.00 |
| DVD Sync of PIP with transcript text | 6.00 | Hours | @ | 35.00 | 210.00 |
| Equipment Rental: Elmo | | | | 0.00 | 0.00 |
| Equipment Rental: Projector and Screen | | | | 0.00 | 0.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |
| Videographer Expenses | | | | 0.00 | 999.01 |

**TOTAL DUE >>>**       **$4,284.01**

02/1/2017

Location: St. Louis, MO

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226



ENTERED
FEB 22 2017
BY:

Job No.    : 147801          BU ID      :V-Main
Case No.   :
Case Name  : In Re: Roundup Products Liability Litigation

Invoice No. : 259389          Invoice Date :2/14/2017
**Total Due** : **$ 4,284.01**

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:              Phone#: | |
| Billing Address: | |
| Zip:          Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Golkow, Inc.**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA  19103**

# INVOICE   #115

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 259807 | 2/14/2017 | 149472 |

| Job Date | Case No. | |
|---|---|---|
| 1/24/2017 | | |

| Case Name | | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |



Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

RECEIVED
FEB 21 2017
BY:

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| William Heydens, Ph.D. (continuation) | 217.00 | @ | 3.85 | 835.45 |
| Realtime with Rough Ascii | | | 0.00 | 429.75 |
| Color Exhibits Scanned | 84.00 Pages | @ | 1.00 | 84.00 |
| Exhibits scanned | 865.00 Pages | @ | 0.10 | 86.50 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |

TOTAL DUE >>>   $1,435.70

OH 2017

Location: St. Louis, MO

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

Tax ID: 20-5543414                                          Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226


ENTERED
FEB 22 2017

| | | | |
|---|---|---|---|
| Job No. | : 149472 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 259807 | Invoice Date | : 2/14/2017 |
| **Total Due** | : **$ 1,435.70** | | |

| PAYMENT WITH CREDIT CARD | AMEX   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Golkow, Inc.**
          **One Liberty Place**
          **1650 Market Street**
          **Suite 5150**
          **Philadelphia, PA 19103**

# INVOICE #116

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 259808 | 2/14/2017 | 149471 |

| Job Date | Case No. |
|---|---|
| 1/24/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |



Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

RECEIVED
FEB 21 2017

| | | | | |
|---|---|---|---|---|
| **William Heydens, Ph.D. (continuation)** | | | | |
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 2.00 Hours | @ | 95.00 | 190.00 |
| Video Services: First Two hours - 2nd Camera | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 2.00 | @ | 95.00 | 190.00 |
| Master Tapes - Mini-DV | 2.00 Tapes | @ | 25.00 | 50.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 4.00 Hours | @ | 75.00 | 300.00 |
| Split Screen Video Capture & Synch | 4.00 Hours | @ | 50.00 | 200.00 |
| DVD: Capture to MPEG2 (PIP) | 4.00 Hours | @ | 35.00 | 140.00 |
| DVD Sync of PIP with transcript text | 4.00 Hours | @ | 35.00 | 140.00 |
| Equipment Rental: Elmo | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | 250.00 | 250.00 |
| Picture in Picture Package | | | 500.00 | 500.00 |
| | | **TOTAL DUE >>>** | | **$2,800.00** |

Location: St. Louis, MO

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414                                      Phone: 303-376-6360  Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

ENTERED
FEB 22 2017
BY:

Job No.      : 149471      BU ID      :V-Main
Case No.     :
Case Name    : In Re: Roundup Products Liability Litigation

Invoice No.  : 259808      Invoice Date  :2/14/2017
**Total Due** : $ 2,800.00



| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To: **Golkow, Inc.**
           **One Liberty Place**
           **1650 Market Street**
           **Suite 5150**
           **Philadelphia, PA 19103**

**#117**

# INVOICE



## G⦿LKOW
## Litigation
### SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312245 | 4/13/2018 | 149471 |
| **Job Date** | **Case No.** | |
| 1/24/2017 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| William Heydens, Ph.D. (continuation) | | |
| DVD Duplication(s) | 95.00 | 95.00 |
| | **TOTAL DUE >>>** | **$95.00** |

Ordered By : Richard Mayer
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **95.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 149471 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation | | |
| Invoice No. | : 312245 | Invoice Date | : 4/13/2018 |
| **Total Due** | : **$95.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#118**

# INVOICE



**GOLKOW Litigation** SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery · Depositions · Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312243 | 4/13/2018 | 147801 |

| Job Date | Case No. |
|---|---|
| 1/23/2017 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| William F. Heydens, Ph.D. | | |
| DVD Duplication(s) | 95.00 | 95.00 |
| | **TOTAL DUE >>>** | **$95.00** |

Ordered By : Richard Mayer
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **95.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| Job No. | : 147801 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation | | |
| Invoice No. | : 312243 | Invoice Date | : 4/13/2018 |
| **Total Due** | : **$95.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

# INVOICE



**GOLKOW Litigation**
SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 270580 | 5/16/2017 | 156178 |

| Job Date | Case No. |
|---|---|
| 4/24/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Jesudoss Rowland | 329.00 | @ | 3.85 | 1,266.65 |
| Daily Delivery Surcharge | | | | 1,200.85 |
| Realtime with Rough Ascii | | | 0.00 | 654.75 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Teleconference Full Day | | | 85.00 | 85.00 |
| | | **TOTAL DUE >>>** | | **$3,207.25** |

(V/Daily)
Location: Washington, DC
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

Phone: 303-376-6360   Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Job No. | : 156178 | BU ID     : R-Main |
| Case No. | : | |
| Case Name | : In Re: Roundup Products Liability Litigation | |
| Invoice No. | : 270580 | Invoice Date   : 5/16/2017 |
| **Total Due** | : **$3,207.25** | |

**PAYMENT WITH CREDIT CARD**                    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#120**

# INVOICE



**G⦿LKOW Litigation** SERVICES

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 271083 | 5/11/2017 | 156179 |

| Job Date | Case No. |
|---|---|
| 4/24/2017 | |

| Case Name |
|---|
| In Re: Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Jesudoss Rowland | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 5.00 | Hours | @ | 95.00 | 475.00 |
| Video Services: First Two hours - 2nd Camera | | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 5.00 | | @ | 95.00 | 475.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Split Screen Custom Video: Screen alignment, editing & trimming | 5.00 | Hours | @ | 75.00 | 375.00 |
| Split Screen Video Capture & Synch | 5.00 | Hours | @ | 50.00 | 250.00 |
| DVD:  Capture to MPEG2 (PIP) | 5.00 | Hours | @ | 35.00 | 175.00 |
| DVD Sync of PIP with transcript text | 5.00 | Hours | @ | 35.00 | 175.00 |
| Equipment Rental: Elmo | | | | 0.00 | 0.00 |
| Equipment Rental: Projector and Screen | | | | 0.00 | 0.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |
| Videographer Expenses | | | | 0.00 | 1,869.27 |
| Shipping and Handling | | | | 22.00 | 22.00 |

**TOTAL DUE  >>>** **$4,931.27**

Location: Washington, DC
Thank you. Your business is appreciated.

**Tax ID:** 20-5543414

Phone: 303-376-6360    Fax:303-376-6361

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 156179 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : In Re: Roundup Products Liability Litigation | | |
| Invoice No. | : 271083 | Invoice Date | : 5/11/2017 |
| **Total Due** | : **$4,931.27** | | |

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**



# INVOICE



G⭕LKOW
Litigation
SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 334679 | 8/28/2018 | 191557 |
| **Job Date** | **Case No.** | |
| 8/17/2018 | | |
| **Case Name** | | |
| Roundup (James Adams Jr., et al v. Monsanto Company) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| Pooja Chaukiyal, M.D. | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 2.00 | Hours | @ | 95.00 | 190.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 3.00 | Hours | @ | 35.00 | 105.00 |
| DVD Sync with transcript text | 3.00 | Hours | @ | 35.00 | 105.00 |
| Mileage (roundtrip) | 285.00 | Miles | @ | 0.54 | 153.90 |
| | | | **TOTAL DUE  >>>** | | **$873.90** |

Ordered By        :   Kellie Johnson
                         Andrus & Wagstaff
                         7171 W. Alaska Drive
                         Lakewood, CO 80226

Location: Albany, NY

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : | 191557 | BU ID | : V-Main |
| Case No. | : | | | |
| Case Name | : | Roundup (James Adams Jr., et al v. Monsanto Company) | | |
| Invoice No. | : | 334679 | Invoice Date | : 8/28/2018 |
| **Total Due** | : | **$873.90** | | |

**PAYMENT WITH CREDIT CARD**            AMEX   MC   VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
              **One Liberty Place**
              **1650 Market Street**
              **Suite 5150**
              **Philadelphia, PA  19103**



# INVOICE



## GOLKOW
## Litigation
SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 359776 | 1/31/2019 | 205923 |

| Job Date | Case No. | |
|---|---|---|
| 1/11/2019 | | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Michael Koch, Ph.D. | 471.00 | @ | 3.45 | 1,624.95 |
| Evening Attendance Fee | | | 35.00 | 35.00 |
| Realtime with Rough Ascii | | | 0.00 | 915.75 |
| Color Exhibits Scanned | 27.00 Pages | @ | 0.85 | 22.95 |
| Exhibits scanned | 221.00 Pages | @ | 0.05 | 11.05 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

TOTAL DUE  >>>                    $2,631.70

Ordered By     :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Saint Louis, MO

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 205923 | BU ID | : R-Main | |
| Case No. | : | | | |
| Case Name | : Roundup Products Liability Litigation | | | |
| | | | | |
| Invoice No. | : 359776 | Invoice Date | : 1/31/2019 | |
| **Total Due** | : **$2,631.70** | | | |

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____
Email: _____

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**\#177**

# INVOICE



**GOLKOW Litigation SERVICES**

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery   Depositions   Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 360899 | 1/31/2019 | 206987 |

| Job Date | Case No. |
|---|---|
| 1/22/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Eric Sachs (continuation) | 198.00 | @   3.45 | 683.10 |
| Evening Attendance Fee | | 35.00 | 35.00 |
| Rough Draft Transcript | | 0.00 | 163.00 |
| E-Transcript (.ptx - Emailed) | | 0.00 | 0.00 |

**TOTAL DUE  >>>**          **$881.10**

Ordered By    :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: St. Louis, MO

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : | 206987 | BU ID | : R-Main |
| Case No. | : | | | |
| Case Name | : | Roundup Products Liability Litigation | | |
| Invoice No. | : | 360899 | Invoice Date | : 1/31/2019 |
| **Total Due** | : | **$881.10** | | |

**PAYMENT WITH CREDIT CARD**          AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:             Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103**

**#178**

# INVOICE



**G⊙LKOW**
**Litigation**
SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery   Depositions   Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 362921 | 2/6/2019 | 206543 |

| Job Date | Case No. |
|---|---|
| 1/23/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| William Reeves | 453.00 | @ | 3.85 | 1,744.05 |
| Realtime with Rough Ascii | | | 0.00 | 879.75 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | | **TOTAL DUE  >>>** | **$2,623.80** |

Ordered By    :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Saint Louis, MO

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | :  206543 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | :  Roundup Products Liability Litigation | | |
| Invoice No. | :  362921 | Invoice Date | : 2/6/2019 |
| **Total Due** | :  **$2,623.80** | | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



**GOLKOW Litigation** SERVICES
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery   Depositions   Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 361074 | 2/7/2019 | 206561 |

| Job Date | Case No. | |
|---|---|---|
| 1/22/2019 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Samuel Murphey 30(b)(6) Monsanto | 474.00 | @ | 3.45 | 1,635.30 |
| 4 Day Expedited Surcharge | | | | 1,227.66 |
| Evening Attendance Fee | | | 35.00 | 35.00 |
| Realtime with Rough Ascii | | | 0.00 | 920.25 |
| Color Exhibits Scanned | 61.00 Pages | @ | 0.85 | 51.85 |
| Exhibits scanned | 282.00 Pages | @ | 0.05 | 14.10 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling - Expedite Delivery | | | 45.00 | 45.00 |

**TOTAL DUE  >>>**          **$3,929.16**

Ordered By    :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Washington, DC

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 206561 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation | | |
| Invoice No. | : 361074 | Invoice Date | : 2/7/2019 |
| **Total Due** | : **$3,929.16** | | |

**PAYMENT WITH CREDIT CARD**                AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**



# INVOICE



## G☉LKOW
## Litigation
### SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 363649 | 2/7/2019 | 206984 |
| Job Date | Case No. | |
| 1/22/2019 | | |
| Case Name | | |
| Roundup Products Liability Litigation | | |
| Payment Terms | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Eric Sachs (continuation) | | | | | |
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 3.00 | Hours | @ | 95.00 | 285.00 |
| Master Tapes - Mini-DV | 3.00 | Tapes | @ | 25.00 | 75.00 |
| Capture of Master Tape to MPEG1 format. | 3.00 | Hours | @ | 35.00 | 105.00 |
| DVD Sync with transcript text | 3.00 | Hours | @ | 35.00 | 105.00 |
| | | TOTAL DUE  >>> | | | **$865.00** |

Ordered By    :   Kellie Johnson
                 Andrus & Wagstaff
                 7171 W. Alaska Drive
                 Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Invoice No. | : | 363649 |
| Invoice Date | : | 2/7/2019 |
| **Total Due** | : | **$865.00** |

| | | |
|---|---|---|
| Remit To: | **Golkow Litigation Services** | |
| | **One Liberty Place** | |
| | **1650 Market Street** | |
| | **Suite 5150** | |
| | **Philadelphia, PA  19103** | |

| | | |
|---|---|---|
| Job No. | : | 206984 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Roundup Products Liability Litigation |



# INVOICE



**GOLKOW Litigation** SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery · Depositions · Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 364633 | 2/13/2019 | 206560 |

| Job Date | Case No. | |
|---|---|---|
| 1/22/2019 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation MDL No. 2741 | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Sam Murphey | | | | |
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 9.00 | Hours @ | 95.00 | 855.00 |
| Video Services: First two hours - 2nd Camera | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 9.00 | @ | 95.00 | 855.00 |
| Master Tapes - Mini-DV | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 8.00 | Hours @ | 35.00 | 280.00 |
| DVD Sync with transcript text | 8.00 | Hours @ | 35.00 | 280.00 |
| | | **TOTAL DUE >>>** | | **$2,885.00** |

Ordered By   :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 206560 | BU ID | : V-Main | |
| Case No. | : | | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | | |
| Invoice No. | : 364633 | Invoice Date | : 2/13/2019 | |
| **Total Due** | : **$2,885.00** | | | |

## PAYMENT WITH CREDIT CARD

AMEX   [credit card logos]   VISA

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103**

**#182**

# INVOICE

**GOLKOW**
**Litigation**
SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery · Depositions · Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 363135 | 2/13/2019 | 207056 |

| Job Date | Case No. | |
|---|---|---|
| 1/24/2019 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation MDL No. 2741 | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Donna Farmer, Ph.D. | 297.00 | @ | 3.85 | 1,143.45 |
|     Realtime with Rough Ascii | | | 0.00 | 576.00 |
|     E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | **$1,719.45** |

Ordered By    :  Kellie Johnson
                  Andrus & Wagstaff
                  7171 W. Alaska Drive
                  Lakewood, CO 80226

Location: Saint Louis, MO

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : | 207056 | BU ID | : R-Main |
| Case No. | : | | | |
| Case Name | : | Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : | 363135 | Invoice Date | : 2/13/2019 |
| **Total Due** | : | **$1,719.45** | | |

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services**
              **One Liberty Place**
              **1650 Market Street**
              **Suite 5150**
              **Philadelphia, PA  19103**



# INVOICE



GOLKOW
Litigation
SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery   Depositions   Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 365294 | 2/14/2019 | 205922 |
| **Job Date** | **Case No.** | |
| 1/11/2019 | | |

| **Case Name** |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| **Payment Terms** |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Michael Koch

| | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 9.00 | Hours | @ | 95.00 | 855.00 |
| Video Services: First Two hours - 2nd Camera | | | | 295.00 | 295.00 |
| Additional hours of videotaping (2nd Camera) | 9.00 | | @ | 95.00 | 855.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 7.00 | Hours | @ | 35.00 | 245.00 |
| DVD Sync with transcript text | 7.00 | Hours | @ | 35.00 | 245.00 |
| Split Screen Video Capture & Synch | 7.00 | Hours | @ | 50.00 | 350.00 |

**TOTAL DUE >>>**   **$3,165.00**

Ordered By  :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| Job No. | : 205922 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 365294 | Invoice Date | : 2/14/2019 |
| **Total Due** | **: $3,165.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#184**

# INVOICE



**G**&**O**LKOW
**Litigation**
SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 365317 | 2/19/2019 | 206563 |

| Job Date | Case No. |
|---|---|
| 2/4/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Hugh Grant | 314.00 | @ | 3.85 | 1,208.90 |
| 3 Day expedited surcharge | | | | 907.46 |
| Realtime with Rough Ascii | | | 0.00 | 600.75 |
| Color Exhibits Scanned | 43.00 Pages | @ | 1.00 | 43.00 |
| Exhibits scanned | 81.00 Pages | @ | 0.10 | 8.10 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |

| | | |
|---|---|---|
| | **TOTAL DUE  >>>** | **$2,768.21** |

Ordered By    :    Kellie Johnson
                        Andrus & Wagstaff
                        7171 W. Alaska Drive
                        Lakewood, CO 80226

Location: Saint Louis, MO

Expedite requested by: Richard Mayer / Miller Firm LLC

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Job No. | : 206563 | BU ID       : R-Main |
| Case No. | : | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | |
| Invoice No. | : 365317 | Invoice Date   : 2/19/2019 |
| **Total Due** | : **$2,768.21** | |

**PAYMENT WITH CREDIT CARD**

AMEX    MasterCard    VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services**
                   **One Liberty Place**
                   **1650 Market Street**
                   **Suite 5150**
                   **Philadelphia, PA  19103**

**#185**

# INVOICE



**GOLKOW
Litigation**
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 364395 | 2/19/2019 | 206547 |

| Job Date | Case No. | |
|---|---|---|
| 2/6/2019 | | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Roger O. McClellan, DVM, MMS, DSc | 400.00 | @ | 4.95 | 1,980.00 |
| Evening Attendance Fee | 1.50 Hours | @ | 35.00 | 52.50 |
| Rough Draft Transcript | | | 0.00 | 516.00 |
| Color Exhibits Scanned | 118.00 Pages | @ | 1.00 | 118.00 |
| Exhibits scanned | 1,268.00 Pages | @ | 0.10 | 126.80 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

|  | TOTAL DUE  >>> | **$2,815.30** |
|---|---|---|

Ordered By    :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Albuquerque, NM

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| Job No. | : | 206547 | BU ID | : R-Main |
|---|---|---|---|---|
| Case No. | : | | | |
| Case Name | : | Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : | 364395 | Invoice Date | : 2/19/2019 |
| **Total Due** | : | **$2,815.30** | | |

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103**



# INVOICE



# GOLKOW
# Litigation
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 364588 | 2/19/2019 | 207610 |

| Job Date | Case No. |
|---|---|
| 2/5/2019 | |

| Case Name |
|---|
| Roundup JCCP 4953 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Larry Kier, Ph.D. | 299.00 | @ | 3.85 | 1,151.15 |
| 4 Day Expedited Surcharge | | | | 864.11 |
| Appearance Fee | | | 95.00 | 95.00 |
| Realtime with Rough Ascii | | | 0.00 | 585.00 |
| Color Exhibits Scanned | 4.00 Pages | @ | 1.00 | 4.00 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling - Expedite Delivery | | | 45.00 | 45.00 |

**TOTAL DUE  >>>**            **$2,789.26**

Ordered By    :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Saint Louis, MO

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

**Tax ID:** 20-5543414

---

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 207610 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup JCCP 4953 | | |
| | | | |
| Invoice No. | : 364588 | Invoice Date | : 2/19/2019 |
| **Total Due** | : **$2,789.26** | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**[#187]**

# INVOICE



GOLKOW
Litigation SERVICES
Discovery Depositions Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 366646 | 2/20/2019 | 207133 |
| **Job Date** | **Case No.** | |
| 1/28/2019 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation MDL No. 2741 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Dr. Andrei Shustov | | | | |
| Video Technician for Videoconference | 4.00 | @ | 150.00 | 600.00 |
| | **TOTAL DUE >>>** | | | **$600.00** |

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Invoice No. | : | 366646 |
| Invoice Date | : | 2/20/2019 |
| **Total Due** | : | **$600.00** |

| | | |
|---|---|---|
| Remit To: | **Golkow Litigation Services**<br>**One Liberty Place**<br>**1650 Market Street**<br>**Suite 5150**<br>**Philadelphia, PA 19103** | |

| | | |
|---|---|---|
| Job No. | : | 207133 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Roundup Products Liability Litigation MDL No. 2741 |

# INVOICE



**GOLKOW Litigation SERVICES**

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 364511 | 2/19/2019 | 206704 |

| Job Date | Case No. | |
|---|---|---|
| 2/8/2019 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation MDL No. 2741 | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Doreen Manchester (CropLife America) | 535.00 | @ | 3.45 | 1,845.75 |
| 2 Day expedited surcharge | | | | 1,754.80 |
| Realtime with Rough Ascii | | | 0.00 | 1,057.50 |
| Color Exhibits Scanned | 23.00 Pages | @ | 0.85 | 19.55 |
| Exhibits scanned | 228.00 Pages | @ | 0.05 | 11.40 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling - Expedite Delivery | | | 45.00 | 45.00 |
| | | **TOTAL DUE  >>>** | | **$4,734.00** |

Ordered By   :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Washington, DC

ank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Job No. | : 206704 | BU ID        : R-Main |
| Case No. | : | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | |
| Invoice No. | : 364511 | Invoice Date    : 2/19/2019 |
| **Total Due** | : **$4,734.00** | |

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

L#189

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 366089 | 2/20/2019 | 207606 |

| Job Date | Case No. | |
|---|---|---|
| 2/12/2019 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation MDL No. 2741 | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**GOLKOW Litigation SERVICES**
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Todd Rands | 545.00 | @ | 3.45 | 1,880.25 |
| Realtime with Rough Ascii | | | 0.00 | 1,055.25 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | **$2,935.50** |

Ordered By   :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Washington, DC

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| Job No. | : 207606 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 366089 | Invoice Date | : 2/20/2019 |
| **Total Due** | : **$2,935.50** | | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

#190



# INVOICE



**GOLKOW**
**Litigation** SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 362933 | 2/21/2019 | 207170 |

| Job Date | Case No. | |
|---|---|---|
| 1/24/2019 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation MDL No. 2741 | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| William Reeves (continuation) | 583.00 | | @ | 3.45 | 2,011.35 |
| Evening Attendance Fee | 2.00 | Hours | @ | 35.00 | 70.00 |
| Realtime with Rough Ascii | | | | 0.00 | 1,131.75 |
| Color Exhibits Scanned | 174.00 | Pages | @ | 0.85 | 147.90 |
| Exhibits scanned | 505.00 | Pages | @ | 0.05 | 25.25 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Mileage (roundtrip) | 300.00 | Miles | @ | 0.58 | 174.00 |
| | | **TOTAL DUE  >>>** | | | **$3,560.25** |

Ordered By    :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Saint Louis, MO

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Invoice No. | : | 362933 |
| Invoice Date | : | 2/21/2019 |
| **Total Due** | : | **$3,560.25** |

| | | |
|---|---|---|
| Remit To:  **Golkow Litigation Services** | Job No. | : 207170 |
| **One Liberty Place** | BU ID | : R-Main |
| **1650 Market Street** | Case No. | : |
| **Suite 5150** | Case Name | : Roundup Products Liability Litigation MDL |
| **Philadelphia, PA  19103** | | No. 2741 |



# INVOICE

**GOLKOW Litigation** SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery · Depositions · Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 367593 | 2/25/2019 | 207605 |
| **Job Date** | **Case No.** | |
| 2/12/2019 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation MDL No. 2741 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| Todd Rands | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 10.00 | Hours | @ | 95.00 | 950.00 |
| Master Tapes - Mini-DV | 0.00 | Tapes | @ | 25.00 | 0.00 |
| Capture of Master Tape to MPEG1 format. | 9.00 | Hours | @ | 35.00 | 315.00 |
| DVD Sync with transcript text | 9.00 | Hours | @ | 35.00 | 315.00 |
| | | | **TOTAL DUE >>>** | | **$1,875.00** |

Ordered By    :   Kellie Johnson
                     Andrus & Wagstaff
                     7171 W. Alaska Drive
                     Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 207605 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 367593 | Invoice Date | : 2/25/2019 |
| **Total Due** | : **$1,875.00** | | |

## PAYMENT WITH CREDIT CARD

AMEX    MasterCard    VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services**
                  **One Liberty Place**
                  **1650 Market Street**
                  **Suite 5150**
                  **Philadelphia, PA  19103**

*#192*

# INVOICE

### GOLKOW
### Litigation
SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery   Depositions   Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 367566 | 2/26/2019 | 206546 |

| Job Date | Case No. |
|---|---|
| 2/6/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| Roger O. McClellan, DVM, MMS, DSc | | | | 250.00 | 250.00 |
| Video Services - First Two Hours | | | | 250.00 | 250.00 |
| Additional hours of videotaping | 10.00 | Hours | @ | 75.00 | 750.00 |
| Video Services: First two hours - 2nd Camera | | | | 250.00 | 250.00 |
| Additional hours of videotaping (2nd Camera) | 10.00 | | @ | 75.00 | 750.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 8.00 | Hours | @ | 0.00 | 0.00 |
| DVD Sync with transcript text | 8.00 | Hours | @ | 20.00 | 160.00 |
| Split Screen Video Capture & Synch | 8.00 | Hours | @ | 50.00 | 400.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |

**TOTAL DUE  >>>**                                **$3,585.00**

Ordered By    :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 206546 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 367566 | Invoice Date | : 2/26/2019 |
| **Total Due** | : **$3,585.00** | | |

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

L#193

# INVOICE

**GOLKOW Litigation SERVICES**

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 367563 | 2/26/2019 | 207169 |
| **Job Date** | **Case No.** | |
| 1/24/2019 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation MDL No. 2741 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| William Reeves -30(b)(6)Monsanto | | | | |
| Video Services - First Two Hours | | | 250.00 | 250.00 |
| Additional hours of videotaping | 9.00 Hours | @ | 75.00 | 675.00 |
| Video Services: First two hours - 2nd Camera | | | 250.00 | 250.00 |
| Additional hours of videotaping (2nd Camera) | 9.00 | @ | 75.00 | 675.00 |
| Master Tapes - Mini-DV | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 8.00 Hours | @ | 0.00 | 0.00 |
| DVD Sync with transcript text | 8.00 Hours | @ | 20.00 | 160.00 |
| Split Screen Video Capture & Synch | 8.00 Hours | @ | 50.00 | 400.00 |
| Equipment Rental: Elmo | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | 250.00 | 250.00 |
| Picture in Picture Package | | | 500.00 | 500.00 |

**TOTAL DUE >>>** **$3,435.00**

Ordered By   :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Job No. | : 207169 | BU ID    : V-Main |
| Case No. | : | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | |
| Invoice No. | : 367563 | Invoice Date  : 2/26/2019 |
| **Total Due** | : **$3,435.00** | |

### PAYMENT WITH CREDIT CARD

AMEX    MasterCard    VISA

Cardholder's Name:

Card Number:

Exp. Date:             Phone #:

Billing Address:

Zip:           Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103**



# INVOICE

**GOLKOW**
**Litigation** SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery   Depositions   Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 367828 | 2/26/2019 | 206542 |

| Job Date | Case No. | |
|---|---|---|
| 1/23/2019 | | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | | |
|---|---|---|---|---|---|
| William Reeves -30(b)(6)Monsanto | | | | | |
| Video Services - First Two Hours | | | | 250.00 | 250.00 |
| Additional hours of videotaping | 8.00 | Hours | @ | 75.00 | 600.00 |
| Video Services: First two hours - 2nd Camera | | | | 250.00 | 250.00 |
| Additional hours of videotaping (2nd Camera) | 8.00 | | @ | 75.00 | 600.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 7.00 | Hours | @ | 0.00 | 0.00 |
| DVD Sync with transcript text | 7.00 | Hours | @ | 20.00 | 140.00 |
| Split Screen Video Capture & Synch | 7.00 | Hours | @ | 50.00 | 350.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |

**TOTAL DUE  >>>**   **$3,215.00**

Ordered By    :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 206542 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 367828 | Invoice Date | : 2/26/2019 |
| **Total Due** | : **$3,215.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

#195

# INVOICE



**G⊙LKOW**
**Litigation** SERVICES
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 367559 | 2/26/2019 | 206542 |
| **Job Date** | **Case No.** | |
| 1/23/2019 | | |

| **Case Name** | | |
|---|---|---|
| Roundup Products Liability Litigation MDL No. 2741 | | |

| **Payment Terms** |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| William Reeves -30(b)(6)Monsanto | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 250.00 | 250.00 |
| Additional hours of videotaping | 8.00 | Hours | @ | 75.00 | 600.00 |
| Video Services: First Two hours - 2nd Camera | | | | 250.00 | 250.00 |
| Additional hours of videotaping (2nd Camera) | 8.00 | | @ | 75.00 | 600.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 7.00 | Hours | @ | 0.00 | 0.00 |
| DVD Sync with transcript text | 7.00 | Hours | @ | 35.00 | 245.00 |
| Split Screen Video Capture & Synch | 7.00 | Hours | @ | 50.00 | 350.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |

**TOTAL DUE >>>**          **$3,320.00**

Ordered By    :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 206542 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 367559 | Invoice Date | : 2/26/2019 |
| **Total Due** | **: $3,320.00** | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**



# INVOICE



G·OLKOW
Litigation
SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 367571 | 2/26/2019 | 206703 |

| Job Date | Case No. | |
|---|---|---|
| 2/8/2019 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation MDL No. 2741 | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| Doreen Manchester (CropLife America) | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 250.00 | 250.00 |
| Additional hours of videotaping | 7.00 | Hours | @ | 75.00 | 525.00 |
| Video Services: First two hours - 2nd Camera | | | | 250.00 | 250.00 |
| Additional hours of videotaping (2nd Camera) | 7.00 | | @ | 75.00 | 525.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| Capture of Master Tape to MPEG1 format. | 7.00 | Hours | @ | 0.00 | 0.00 |
| DVD Sync with transcript text | 7.00 | Hours | @ | 20.00 | 140.00 |
| Split Screen Video Capture & Synch | 7.00 | Hours | @ | 50.00 | 350.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |

**TOTAL DUE  >>>**          **$3,065.00**

Ordered By     :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 206703 | BU ID | : V-Main | |
| Case No. | : | | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | | |
| Invoice No. | : 367571 | Invoice Date | : 2/26/2019 | |
| **Total Due** | : **$3,065.00** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:     **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#197**

# INVOICE



**GOLKOW**
**Litigation**
SERVICES
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 366633 | 2/27/2019 | 206706 |

| Job Date | Case No. | |
|---|---|---|
| 2/7/2019 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation MDL No. 2741 | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| A. Wallace Hayes, Ph.D. | 244.00 | @ | 3.45 | 841.80 |
| Rough Draft Transcript | | | 0.00 | 208.00 |
| Color Exhibits Scanned | 23.00 Pages | @ | 0.85 | 19.55 |
| Exhibits scanned | 148.00 Pages | @ | 0.05 | 7.40 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

TOTAL DUE  >>>                           **$1,098.75**

Ordered By    :  Kellie Johnson
                  Andrus & Wagstaff
                  7171 W. Alaska Drive
                  Lakewood, CO 80226

Location: Tampa, FL

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 206706 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 366633 | Invoice Date | : 2/27/2019 |
| **Total Due** | : **$1,098.75** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services**
             **One Liberty Place**
             **1650 Market Street**
             **Suite 5150**
             **Philadelphia, PA  19103**

**#198**

# INVOICE



**GOLKOW Litigation** SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 366808 | 2/27/2019 | 207608 |

| Job Date | Case No. | |
|---|---|---|
| 2/18/2019 | | |

| Case Name | | |
|---|---|---|
| Roundup Products Liability Litigation MDL No. 2741 | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Rick Reiss (PMK of Exponent Inc.) | 295.00 | @ | 4.25 | 1,253.75 |
| 3 Day expedited surcharge | | | | 941.05 |
| Realtime with Rough Ascii | | | 0.00 | 567.00 |
| Color Exhibits Scanned | 110.00 | Pages | @ 0.85 | 93.50 |
| Exhibits scanned | 935.00 | Pages | @ 0.05 | 46.75 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Mileage (roundtrip) | 252.00 | Miles | @ 0.58 | 146.16 |
| Shipping and Handling | | | 22.00 | 22.00 |

**TOTAL DUE >>>   $3,070.21**

Ordered By    :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Palo Alto, CA

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

**Tax ID:** 20-5543414

---

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 207608 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 366808 | Invoice Date | : 2/27/2019 |
| **Total Due** | **: $3,070.21** | | |

**PAYMENT WITH CREDIT CARD**

AMEX    VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#199**

# INVOICE



**G O L K O W**
**Litigation** SERVICES

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery · Depositions · Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 368308 | 2/28/2019 | 206562 |

| Job Date | Case No. |
|---|---|
| 2/4/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| **Hugh Grant** | | | | | |
| Video Services - First Two Hours | | | | 250.00 | 250.00 |
| Additional hours of videotaping | 5.00 | Hours | @ | 75.00 | 375.00 |
| Video Services: First Two hours - 2nd Camera | | | | 250.00 | 250.00 |
| Additional hours of videotaping (2nd Camera) | 5.00 | | @ | 75.00 | 375.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| DVD Sync with transcript text | 5.00 | Hours | @ | 20.00 | 100.00 |
| Split Screen Video Capture & Synch | 5.00 | Hours | @ | 50.00 | 250.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |

**TOTAL DUE >>>**  **$2,625.00**

Ordered By : Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

Thank you. Your business is appreciated.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| Job No. | : 206562 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 368308 | Invoice Date | : 2/28/2019 |
| **Total Due** | : **$2,625.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#200**

# INVOICE


**GOLKOW Litigation** SERVICES
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 366937 | 3/7/2019 | 208871 |

| Job Date | Case No. |
|---|---|
| 2/21/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Christopher J. Portier, Ph.D.(International) | 297.00 | @ | 4.95 | 1,470.15 |
| Daily Delivery Surcharge | | | | 1,395.90 |
| Appearance Fee | | | 200.00 | 200.00 |
| Exhibits scanned | 42.00 | Pages @ | 0.05 | 2.10 |
| Color Exhibits Scanned | 25.00 | Pages @ | 0.85 | 21.25 |
| Realtime with Rough Ascii | | | 0.00 | 578.25 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |
| Reporter Campbell Travel Expenses | | | 3,081.42 | 3,081.42 |

**TOTAL DUE  >>>**                    **$6,771.07**

Ordered By   :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Melbourne, VIC, Australia

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 208871 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 366937 | Invoice Date | : 3/7/2019 |
| **Total Due** | : **$6,771.07** | | |

**PAYMENT WITH CREDIT CARD**

| AMEX  MasterCard  VISA |
|---|

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# INVOICE



**G✿LKOW**
**Litigation** SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 367225 | 3/7/2019 | 208874 |

| Job Date | Case No. |
|---|---|
| 2/22/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Christopher J. Portier, Ph.D.( International) | 440.00 | @ | 4.95 | 2,178.00 |
| Daily Delivery Surcharge | | | | 2,068.00 |
| Appearance Fee | | | 200.00 | 200.00 |
| Realtime with Rough Ascii | | | 0.00 | 875.25 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

**TOTAL DUE  >>>**  **$5,343.25**

Ordered By   :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Melbourne, VIC, Australia

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | | |
|---|---|---|---|---|
| Job No. | : | 208874 | BU ID | : R-Main |
| Case No. | : | | | |
| Case Name | : | Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : | 367225 | Invoice Date | : 3/7/2019 |
| **Total Due** | : | **$5,343.25** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:               Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#202**

# INVOICE



## GOLKOW Litigation SERVICES
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 367417 | 3/7/2019 | 208875 |

| Job Date | Case No. |
|---|---|
| 2/23/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Christopher J. Portier, Ph.D. (International) | 331.00 | @ | 4.95 | 1,638.45 |
| Daily Delivery Surcharge | | | | 1,555.70 |
| Appearance Fee | | | 200.00 | 200.00 |
| Realtime with Rough Ascii | | | 0.00 | 650.25 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

TOTAL DUE >>>   **$4,066.40**

Ordered By   :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Melbourne, VIC, Australia

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | |
|---|---|---|
| Job No. | : 208875 | BU ID   : R-Main |
| Case No. | : | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | |
| Invoice No. | : 367417 | Invoice Date   : 3/7/2019 |
| **Total Due** | : **$4,066.40** | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# INVOICE



**GOLKOW Litigation SERVICES**

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 368878 | 3/7/2019 | 207609 |

| Job Date | Case No. | |
|---|---|---|
| 2/5/2019 | | |

| Case Name | | |
|---|---|---|
| Roundup JCCP 4953 | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Larry Kier, Ph.D.

| | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 250.00 | 250.00 |
| Additional hours of videotaping | 7.00 | Hours | @ | 75.00 | 525.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| DVD Sync with transcript text | 6.00 | Hours | @ | 20.00 | 120.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |

**TOTAL DUE >>>**                                    **$1,920.00**

Ordered By    :   Kellie Johnson
                     Andrus & Wagstaff
                     7171 W. Alaska Drive
                     Lakewood, CO 80226

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note:  we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,

**Tax ID:** 20-5543414

---

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

Job No.       :  207609            BU ID        : V-Main

Case No.      :

Case Name   :  Roundup JCCP 4953

Invoice No.   :  368878            Invoice Date   : 3/7/2019

**Total Due**   :  **$1,920.00**

Remit To:   **Golkow Litigation Services**
                **One Liberty Place**
                **1650 Market Street**
                **Suite 5150**
                **Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE



**GOLKOW Litigation SERVICES**
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 369218 | 3/7/2019 | 207055 |
| **Job Date** | **Case No.** | |
| 1/24/2019 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation MDL No. 2741 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| Donna Farmer, Ph.D. | | | | | |
| Video Services - First Two Hours | | | | 250.00 | 250.00 |
| Additional hours of videotaping | 6.00 | Hours | @ | 75.00 | 450.00 |
| Video Services: First Two hours - 2nd Camera | | | | 250.00 | 250.00 |
| Additional hours of videotaping (2nd Camera) | 6.00 | | @ | 75.00 | 450.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| DVD Sync with transcript text | 5.00 | Hours | @ | 20.00 | 100.00 |
| Split Screen Video Capture & Synch | 5.00 | Hours | @ | 50.00 | 250.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |
| | | | **TOTAL DUE >>>** | | **$2,775.00** |

Ordered By    :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

Thank you. Your business is appreciated.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO  80226

| | | | |
|---|---|---|---|
| Job No. | : 207055 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 369218 | Invoice Date | : 3/7/2019 |
| **Total Due** | : **$2,775.00** | | |

**PAYMENT WITH CREDIT CARD**           AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone #:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

L# 205

# INVOICE



**GOLKOW**
**Litigation**
SERVICES

Discovery Depositions Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 367503 | 3/7/2019 | 207607 |
| **Job Date** | **Case No.** | |
| 2/18/2019 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation MDL No. 2741 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| Rick Reiss, Ph.D. (PMK of Exponent Inc.) | | | | | 250.00 | 250.00 |
| Video Services - First Two Hours | | | | | | |
| Additional hours of videotaping | 6.00 | Hours | @ | 75.00 | 450.00 |
| Master Tapes - Mini-DV | 3.00 | Tapes | @ | 25.00 | 75.00 |
| DVD Sync with transcript text | 5.00 | Hours | @ | 20.00 | 100.00 |

**TOTAL DUE >>>** **$875.00**

Ordered By : Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice. Thank you.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| Job No. | : 207607 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | 367503 | Invoice Date | : 3/7/2019 |
| **Total Due** | **: $875.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date: Phone#:

Billing Address:

Zip: Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To: **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

# INVOICE



**GOLKOW Litigation** SERVICES

Discovery   Depositions   Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 368434 | 3/8/2019 | 208870 |

| Job Date | Case No. |
|---|---|
| 2/21/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| Christopher J. Portier, Ph.D. - INTERNATIONAL | | | | 1,450.00 | 1,450.00 |
| International Video Services | | | | 25.00 | 25.00 |
| Master Tapes - Mini-DV | | | | | |
| Capture of Master Tape to MPEG1 format. | 4.00 Hours | @ | | 0.00 | 0.00 |
| DVD Sync with transcript text | 4.00 Hours | @ | | 20.00 | 80.00 |
| Equipment Rental: Elmo | | | | 0.00 | 0.00 |
| Equipment Rental: Projector and Screen | | | | 0.00 | 0.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |
| Videographer Expenses (Airfare/Hotel/Transportation) | | | | 2,707.44 | 2,707.44 |

**TOTAL DUE >>>**      **$4,762.44**

Ordered By    :   Kellie Johnson
           Andrus & Wagstaff
           7171 W. Alaska Drive
           Lakewood, CO 80226

Location: Melbourne, VIC, Australia

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Job No. | : 208870 | BU ID    : V-Main |
| Case No. | : | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | |
| Invoice No. | : 368434 | Invoice Date    : 3/8/2019 |
| **Total Due** | : **$4,762.44** | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Golkow Litigation Services**
           **One Liberty Place**
           **1650 Market Street**
           **Suite 5150**
           **Philadelphia, PA 19103**

**#207**

# INVOICE



**GOLKOW Litigation** SERVICES

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 368437 | 3/8/2019 | 208872 |
| **Job Date** | **Case No.** | |
| 2/22/2019 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation MDL No. 2741 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| Christopher J. Portier, Ph.D. - INTERNATIONAL | | | | 1,450.00 | 1,450.00 |
| International Video Services | | | | 25.00 | 25.00 |
| Master Tapes - Mini-DV | 6.00 Hours | @ | 0.00 | 0.00 | |
| Capture of Master Tape to MPEG1 format. | 6.00 Hours | @ | 20.00 | 120.00 | |
| DVD Sync with transcript text | | | | 0.00 | 0.00 |
| Equipment Rental: Elmo | | | | 0.00 | 0.00 |
| Equipment Rental: Projector and Screen | | | | 500.00 | 500.00 |
| Picture in Picture Package | | | | 2,707.43 | 2,707.43 |
| Videographer Expenses (Airfare/Hotel/Transportation) | | | | | |

**TOTAL DUE  >>>          $4,802.43**

Ordered By       :   Kellie Johnson
                     Andrus & Wagstaff
                     7171 W. Alaska Drive
                     Lakewood, CO 80226

Location: Melbourne, VIC, Australia

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

Tax ID: 20-5543414

---

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | |
|---|---|---|---|
| Job No. | : 208872 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 368437 | Invoice Date | : 3/8/2019 |
| **Total Due** | : **$4,802.43** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                         Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:     **Golkow Litigation Services
              One Liberty Place
              1650 Market Street
              Suite 5150
              Philadelphia, PA  19103**

**#208**

# INVOICE



G⬡LKOW
Litigation
SERVICES
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 368447 | 3/8/2019 | 208873 |

| Job Date | Case No. |
|---|---|
| 2/23/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Christopher J. Portier, Ph.D. - INTERNATIONAL | | | 1,450.00 | 1,450.00 |
| International Video Services | | | 25.00 | 25.00 |
| Master Tapes - Mini-DV | 5.00 Hours | @ | 0.00 | 0.00 |
| Capture of Master Tape to MPEG1 format. | 5.00 Hours | @ | 20.00 | 100.00 |
| DVD Sync with transcript text | | | 0.00 | 0.00 |
| Equipment Rental: Elmo | | | 0.00 | 0.00 |
| Equipment Rental: Projector and Screen | | | 500.00 | 500.00 |
| Picture in Picture Package | | | 2,707.43 | 2,707.43 |
| Videographer Expenses (Airfare/Hotel/Transportation) | | | | |

**TOTAL DUE  >>>**                                 **$4,782.43**

Ordered By    :   Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Location: Melbourne, VIC, Australia

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Job No. | : 208873 | BU ID     : V-Main |
| Case No. | : | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | |
| Invoice No. | : 368447 | Invoice Date   : 3/8/2019 |
| **Total Due** | : **$4,782.43** | |

**PAYMENT WITH CREDIT CARD**

AMEX   |   VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**#209**

# INVOICE



GOLKOW
Litigation
SERVICES
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 368311 | 3/15/2019 | 206705 |

| Job Date | Case No. |
|---|---|
| 2/7/2019 | |

| Case Name |
|---|
| Roundup Products Liability Litigation MDL No. 2741 |

| Payment Terms |
|---|
| Due upon receipt |

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | | |
|---|---|---|---|---|---|
| Wallace A. Hayes | | | | | |
| Video Services - First Two Hours | | | | 250.00 | 250.00 |
| Additional hours of videotaping | 4.00 | Hours | @ | 75.00 | 300.00 |
| Video Services: First Two hours - 2nd Camera | | | | 250.00 | 250.00 |
| Additional hours of videotaping (2nd Camera) | 4.00 | | @ | 75.00 | 300.00 |
| Master Tapes - Mini-DV | | | | 25.00 | 25.00 |
| DVD: Capture to MPEG2 (PIP) | 4.00 | Hours | @ | 0.00 | 0.00 |
| DVD Sync of PIP with transcript text | 4.00 | Hours | @ | 20.00 | 80.00 |
| Split Screen Video Capture & Synch | 4.00 | Hours | @ | 50.00 | 200.00 |
| Equipment Rental: Elmo | | | | 0.00 | 0.00 |
| Equipment Rental: Projector and Screen | | | | 0.00 | 0.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |
| Videographer Expenses (Hotel/Mileage) | | | | 983.43 | 983.43 |

**TOTAL DUE >>>**          **$2,888.43**

Ordered By    :  Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Aimee H. Wagstaff, Esquire
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | |
|---|---|---|
| Job No. | : 206705 | BU ID        : V-Main |
| Case No. | : | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | |
| Invoice No. | : 368311 | Invoice Date  : 3/15/2019 |
| **Total Due** | : **$2,888.43** | |

**PAYMENT WITH CREDIT CARD**

AMEX    MasterCard    VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**



# INVOICE



**GOLKOW**
**Litigation** SERVICES
Discovery : Depositions : Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377


$1190.50

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 233762 | 7/19/2016 | 133512 |

| Job Date | Case No. |
|---|---|
| 6/8/2016 | |

| Case Name |
|---|
| Roundup (Phyllis Kennedy v. Monsanto Company) |

| Payment Terms |
|---|
| Due upon receipt |

Timothy Litzenburg, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kirk Azevedo, D.C. | 182.00 | @ | 5.25 | 955.50 |
| Appearance Fee | | | 150.00 | 150.00 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| Color Exhibits Scanned | 18.00 Pages | @ | 1.00 | 18.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

TOTAL DUE >>>  **$1,190.50**

Location: Cambria, CA

Thank you. Your business is appreciated.
**Please contact** Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
**Please contact** Chrissy Wall to pay your invoice via credit card at (215) 586 4225 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,190.50 |

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Timothy Litzenburg, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

| | | | |
|---|---|---|---|
| Job No. | 133512 | BU ID | : R-Main |
| Case No. | | | |
| Case Name | Roundup (Phyllis Kennedy v. Monsanto Company) | | |
| Invoice No. | 233762 | Invoice Date | : 7/19/2016 |
| Total Due | : $1,190.50 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone #:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

Exhibit 1 -   Page 70

**#211**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

DATE: 8/30/2017
INVOICE # 082317-603512

Bill To:
Timothy Litzenburg Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

$384b.15

CASE: In re: Roundup Products Liability Litigation
WITNESS: Dr. Chadi Nabhan
DATE: 8/23/2017
LOCATION: Waukegan, IL

Billing Comments/ Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 363 | $3.35 | $1,216.05 |
| Certified Transcript - Immediate Delivery | 363 | $3.60 | $1,306.80 |
| Local Real-time Transcription | 363 | $1.50 | $544.50 |
| Rough Transcript | 363 | $1.50 | $544.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 511 | $0.30 | $153.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,810.15 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $3,840.15 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID #41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

Roundup
yes
Invoice

Exhibit 1 - Page95





**INVOICE**

DATE: 9/13/2017
INVOICE # 090517-701751

Bill To:   Robin L. Greenwald Esq.
           Weitz & Luxenberg, P.C.
           700 Broadway
           New York, NY 10003

$3956.15

CASE:      In re: Roundup Products Liability Litigation
WITNESS:   Dr. Christopher Portier
DATE:      9/5/2017
LOCATION:  New York, NY

Roundup
9990606

Billing Comments / Instructions:

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 385 | $3.35 | $1,289.75 |
| Certified Transcript - Evening Pages | 6 | $1.25 | $7.50 |
| Local Real-time Transcription (2) | 770 | $1.65 | $1,270.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 613 | $0.30 | $183.90 |
| Exhibits - Scanned & Hyperlinked - Color | 753 | $1.50 | $1,129.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $3,926.15 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $3,956.15 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41 -2085745
Remit to: TSG Reporting Inc. 747 Third Avenue, Suite 10A New York, NY 10017

For prompt payment processing, please include the Invoice with your check. All balances in arrears will be assessed a late fee of
1. 5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

Exhibit 2 -   Page42



**Veritext Corp
Western Region**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

$1756.47

**Bill To:** Timothy Litzenburg, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA, 22960

| | |
|---|---|
| **Invoice #:** | SF3188459 |
| **Invoice Date:** | 12/19/2017 |
| **Balance Due:** | $1,756.47 |

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job #:** | 2744899 | Job Date: 12/5/2017 | Delivery: Normal |
| **Billing Atty:** | Timothy Litzenburg, Esq. |
| **Location:** | Farella Braun & Martel LLP |
| | 235 Montgomery St. | 17th floor | San Francisco, CA 94104 |
| **Sched Atty:** | Sandra Edwards, Esq. | Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Alfredo Romero | Certified Transcript | Page | 178.00 | $649.70 |
| | Exhibits | Per Page | 232.00 | $150.80 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| Roy Owens | Certified Transcript | Page | 171.00 | $624.15 |
| | Exhibits | Per Page | 53.00 | $34.45 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $42.37 |

| Notes: | | |
|---|---|---|
| | **Invoice Total** | $1,756.47 |
| | **Payment** | $0.00 |
| | **Credit** | $0.00 |
| | **Interest** | $0.00 |
| | **Balance Due** | $1,756.47 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | SF3188459 |
| **Job #:** | 2744899 |
| **Invoice Date:** | 12/19/2017 |
| **Balance:** | $1,756.47 |

Exhibit 1 -   Page48



**Veritext Corp
Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

$734.60

# VERITEXT
## LEGAL SOLUTIONS

**Bill To:**  Jeffrey Travers
The Miller Law Firm
108 Railroad Ave.
Orange, VA, 22960

| | |
|---|---|
| **Invoice #:** | SF3218933 |
| **Invoice Date:** | 1/23/2018 |
| **Balance Due:** | $734.60 |

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job #:** | 2787944 \| Job Date: 1/8/2018 \| Delivery: Normal |
| **Billing Atty:** | Jeffrey Travers |
| **Location:** | UCSF Medical Center |
| | 1701 Divisadero Street \| Room 349 \| San Francisco, CA 94143 |
| **Sched Atty:** | Joshua Malone \| Farella Braun & Martel LLP |

| | | | | |
|---|---|---|---|---|
| Laura Beth Pincus, M. D. | Certified Transcript | Page | 113.00 | $412.45 |
| | Exhibits | Per Page | 140.00 | $91.00 |
| | Conference Call | 1 | 1.00 | $45.00 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $36.15 |
| **Notes:** | | | | $734.60 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $734.60 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

RIP
Inmate
1985
DJohnson

| | |
|---|---|
| **Please remit payment to:** | |
| Veritext | |
| P.O. Box 71303 | |
| Chicago IL 60694-1303 | |

| | |
|---|---|
| **Invoice #:** | SF3218933 |
| **Job #:** | 2787944 |
| **Invoice Date:** | 1/23/2018 |
| **Balance:** | $734.60 |

Exhibit 1 -   Page58

#215

$2189.58



**Veritext Corp**
**Southeast Region**

1075 Peachtree St NE, Suite 3625
Atlanta GA 30309
Tel. 770-343-9696 Fax. 770-343-8430
Fed. TaxID:20-3132569

| Bill To: | Timothy Litzenburg, Esq. | | | Invoice#: | ATL3213956 |
|---|---|---|---|---|---|
| | The Miller Firm, LLC | | | InvoiceDate: | 1/18/2018 |
| | 108 Railroad Avenue | | | Balance Due: | $2,189.58 |
| | Orange, VA, 22960 | | | | |

| | | |
|---|---|---|
| Case: | Johnson v. Monsanto | |
| Job #: | 2781174 | Job Date: 1/8/2018 | Delivery: Expedited |
| Billing Atty: | Timothy Litzenburg, Esq. | |
| Location: | Courtyard by Marriot Atlanta Marietta/ I-75 North | |
| | 2455 Delk Rd SE | Marietta, GA 30067 | |
| Sched Atty: | Joshua Malone | Farella Braun & Martel LLP | |

| | | |
|---|---|---|
| Onaopemipo Ofodile, M.D.     Certified Transcript | | $2,189.58 |
| Notes:  Including Rough Draft and Expedited Delivery. | | $2,189.58 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $2,189.58 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Dewayne Johnson
RIP
Invoice

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

149-151

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice#: | ATL3213956 |
| Job#: | 2781174 |
| Invoice Date: | 1/18/2018 |
| Balance: | $2,189.58 |

Exhibit 1  -   Page3



*# 216*

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. TaxID:20-3132569

*$ 703.60*



**VERITEXT**
LEGAL SOLUTIONS

| | | |
|---|---|---|
| Bill To: | Jeffrey Travers | Invoice #: | SF3215560 |
| | The Miller Firm,LLC | Invoice Date: | 1/18/2018 |
| | 108 Railroad Avenue | Balance Due: | $703.60 |
| | Orange, VA, 22960 | | |

| | |
|---|---|
| Case: | Dewayne Johnson v. Monsanto |
| Job #: | 2787946 | Job Date: 1/9/2018 | Delivery: Normal |
| Billing Atty: | Jeffrey Travers |
| Location: | Union City Medical Offices |
| | 3555 Whipple Road | Conference Room U2B | Union City, CA 94587 |
| Sched Atty: | Joshua Malone | Farella Braun & Martel LLP |

| | | | | | |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 120.00 | | $438.00 |
| | Exhibits | Per Page | 124.00 | | $80.60 |
| Eunice Y. Tsai , M.D. | Conference Call | 1 | 1.00 | | $45.00 |
| | Litigation Package | 1 | 1.00 | | $55.00 |
| | Production & Processing | 1 | 1.00 | | $50.00 |
| | Shipping & Handling | Package | 1.00 | | $35.00 |
| Notes: | | | | | $703.60 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $703.60 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*Johnson,dewayne*
*M$*
*Invoice*
*Rep—*

| | | | |
|---|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | Invoice#: | SF3215560 |
| **www.veritext.com** | Veritext | Job#: | 2787946 |
| | P.O. Box 71303 | Invoice Date: | 1/18/2018 |
| Veritext accepts all major credit cards | Chicago IL 60694-1303 | Balance: | $703.60 |
| (American Express, Mastercard, Visa, Discover) | | | |

149451

Exhibit 1 -  Page17



**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132669

# VERITEXT
### LEGAL SOLUTIONS

$652.65

| Bill To: | Jeffrey Travers | | Invoice #: | SF3220802 |
|---|---|---|---|---|
| | The Miller Firm, LLC | | Invoice Date: | 1/24/2018 |
| | 108 Railroad Ave | | Balance Due: | $652.65 |
| | Orange, VA, 22960 | | | |

| Case: | Dewayne Johnson v. Monsanto |
|---|---|
| Job #: | 2790708 \| Job Date: 1/10/2018 \| Delivery: Normal |
| Billing Atty: | Jeffrey Travers |
| Location: | |
| | 780 Welch Road \| Room CJ230 \| Palo Alto, CA 94304 |
| Sched Atty: | Joshua Malone \| Farella Braun & Martel LLP |

| | | | | |
|---|---|---|---|---|
| | Certified Transcript | Page | 93.00 | $339.45 |
| | Exhibits | Per Page | 128.00 | $83.20 |
| | Conference Call | 1 | 1.00 | $45.00 |
| Dr. Youn H. Kim , M.D. | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |
| Notes: | | | | $652.65 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $652.65 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

D Johnson
MPH
Invoice
RWP

| To pay online, go to | Please remit payment to: | Invoice #: | SF3220802 |
|---|---|---|---|
| **www.veritext.com** | **Veritext** | Job #: | 2790708 |
| | P.O. Box 71303 | Invoice Date: | 1/24/2018 |
| Veritext accepts all major credit cards | Chicago IL 60694-1303 | Balance: | $652.65 |
| (American Express, Mastercard, Visa, Discover) | | | |

Exhibit 1 -   Page60

**#218**



**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

**$538.46**

Bill To:   David Dickens
           The Miller Firm, LLC
           108 Railroad Ave
           Orange, VA, 22960

| | |
|---|---|
| **Invoice #:** | SF3216812 |
| **Invoice Date:** | 1/22/2018 |
| **Balance Due:** | $538.46 |

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job #:** | 2787952 | Job Date: 1/10/2018 | Delivery: Normal |
| **Billing Atty:** | David Dickens |
| **Location:** | Stanford Hospital & Clinic |
| | 300 Pasteur Drive | Beckman Center at Conference Room B361 | Stanford, CA 94305 |
| **Sched Atty:** | Joshua Malone | Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 85.00 | $310.25 |
| | Conference Call | 1 | 1.00 | $45.00 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| Richard Hopps | Exhibits Scanned-Searchable - OCR | Per Page | 135.00 | $47.25 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | | $530.50 |
| | **Payment:** | | $0.00 |
| | **Credit:** | | $0.00 |
| | **Interest:** | | $7.96 |
| | **Balance Due:** | | $538.46 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 46 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | SF3216812 |
| Job #: | 2787952 |
| Invoice Date: | 1/22/2018 |
| Balance: | $538.46 |

Exhibit 1 -   Page62


#219

## Veritext Corp
## Western Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
### LEGAL SOLUTIONS

$433.25

**Bill To:** Curtis Hoke, Esq
The Miller Firm, LLC
108 Railroad Ave
Orange, VA, 22960

| | |
|---|---|
| **Invoice #:** | SF3224433 |
| **Invoice Date:** | 1/29/2018 |
| **Balance Due:** | $433.25 |

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job #:** | 2787954 \| Job Date: 1/12/2018 \| Delivery: Normal |
| **Billing Atty:** | Curtis Hoke, Esq |
| **Location:** | Farella Braun & Martel LLP |
| | 235 Montgomery St. \| 17th floor \| San Francisco, CA 94104 |
| **Sched Atty:** | Joshua Malone \| Farella Braun & Martel LLP |

| | | | | |
|---|---|---|---|---|
| | Certified Transcript – Minimum Charge | | 1.00 | $200.00 |
| | Exhibits | Per Page | 5.00 | $3.25 |
| | Conference Call | 1 | 1.00 | $45.00 |
| Edwin Martinez | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| | |
|---|---|
| **Notes:** | $433.25 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $433.25 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult https://www.veritext.com/services/all-services/services-information

RLP
MAS
Invoice

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

149461

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | SF3224433 |
| **Job #:** | 2787954 |
| **Invoice Date:** | 1/29/2018 |
| **Balance:** | $433.25 |

Exhibit 1 -  Page64

**|# 220**

DR. CARRIE CHANSON

$593.65

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



# VERITEXT
## LEGAL SOLUTIONS

| Bill To: | Jeffrey Travers<br>The Miller Firm, LLC<br>108 Railroad Ave<br>Orange, VA, 22960 | Invoice #: | 8F3220515 |
|---|---|---|---|
| | | Invoice Date: | 1/24/2018 |
| | | Balance Due: | $593.65 |

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job #:** | 2787958 | Job Date: 1/17/2018 | Delivery: Normal |
| **Billing Atty:** | Jeffrey Travers |
| **Location:** | Napa Medical Center |
| | 3285 Claremont Way | Permanente Building  | Napa, CA 94558 |
| **Sched Atty:** | Joshua Malone | Farella Braun & Martel LLP |

| | | | | | |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 82.00 | | $299.30 |
| | Exhibits | Per Page | 99.00 | | $84.35 |
| Carrie Chanson , M.D. | Conference Call | 1 | 1.00 | | $45.00 |
| | Litigation Package | 1 | 1.00 | | $55.00 |
| | Production & Processing | 1 | 1.00 | | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | | $45.00 |
| | Shipping & Handling | Package | 1.00 | | $35.00 |
| **Notes:** | | | | | $593.65 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $593.65 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Rip
Invoice
MAS
Johnson, D.

| | |
|---|---|
| **To pay online, go to**<br>**www.veritext.com** | |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | |

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | 8F3220515 |
|---|---|
| Job #: | 2787958 |
| Invoice Date: | 1/24/2018 |
| Balance: | $593.65 |

149491

Exhibit 1 -   Page1

**#221**



**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed.TaxID:20-3132569

## VERITEXT
### LEGAL SOLUTIONS

$1,324.69

| Bill To: | Jeffrey Travers | | | |
| | The Miller Firm, LLC | **Invoice #:** | SF3221748 |
| | 108 Railroad Ave | **Invoice Date:** | 1/25/2018 |
| | Orange, VA, 22960 | **Balance Due:** | $1,324.69 |

| Case: | Dewayne Johnson v. Monsanto |
|---|---|
| Job #: | 2767965 | Job Date: 1/18/2018 | Delivery: Normal |
| Billing Atty: | Jeffrey Travers |
| Location: | Vallejo Medical Center |
| | 975 Sereno Drive | Department 226 on the 2nd floor | Vallejo, CA 94589 |
| Sched Atty: | Joshua Malone | Farella Braun & Martel LLP |

| | | | | | |
|---|---|---|---|---|---|
| Thach-Giao Truong , M.D. | Certified Transcript | Page | 191.00 | $897.15 |
| | Exhibits | Per Page | 166.00 | $107.90 |
| | Rough Draft | Page | 191.00 | $286.50 |
| | Conference Call | 1 | 1.00 | $45.00 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $38.14 |
| Notes: | | | | $1,324.69 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $1,324.69 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Dbonzon
MS
PJP

| To pay online, go to | Please remit payment to: | **Invoice #:** | SF3221748 |
|---|---|---|---|
| **www.veritext.com** | Veritext | **Job #:** | 2767965 |
| Veritext accepts all major credit cards | P.O. Box 71303 | **Invoice Date:** | 1/25/2018 |
| (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | **Balance:** | $1,324.69 |

140481

Exhibit 1 -   Page13

**#222**

$651.25

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax 949-955-3854
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Curtis Hoke, Esq | | Invoice #: | 8F3221747 |
| | The Miller Firm, LLC | | Invoice Date: | 1/25/2018 |
| | 108 Railroad Ave | | Balance Due: | $651.25 |
| | Orange, VA, 22960 | | | |

| Case: | Dewayne Johnson v. Monsanto |
| Job #: | 2787985 \| Job Date: 1/18/2018 \| Delivery: Normal |
| Billing Atty: | Curtis Hoke, Esq |
| Location: | Vallejo Medical Center |
| | 975 Sereno Drive \| Department 226 on the 2nd floor \| Vallejo, CA 94589 |
| Sched Atty: | Joshua Malone \| Ferella Braun & Martel LLP |

| | | | | | |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 84.00 | | $306.60 |
| | Exhibits | Per Page | 50.00 | | $32.50 |
| | Rough Draft | Page | 84.00 | | $126.00 |
| Melissa A. Whitney , M.D. | Litigation Package | 1 | 1.00 | | $55.00 |
| | Production & Processing | 1 | 1.00 | | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | | $45.00 |
| | Shipping & Handling | Package | 1.00 | | $36.15 |
| Notes: | | | | | $651.25 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $651.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*Johnson, Dewayne*
*new*
*Invoice*
*RP*

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

140461

| Please remit payment to: | | Invoice #: | 8F3221747 |
| **Veritext** | | Job #: | 2787985 |
| P.O. Box 71303 | | Invoice Date: | 1/25/2018 |
| Chicago IL 60694-1303 | | Balance: | $651.25 |

Exhibit 1 -   Page15



PUP
MAS
INVOICE

#223

# Veritext Corp
## Western Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

$435.90

| Bill To: | Curtis Hoke, Esq<br>The Miller Firm, LLC<br>108 Railroad Ave<br>Orange, VA. 22960 | Invoice #: | SF3230942 |
|---|---|---|---|
| | | Invoice Date: | 2/14/2018 |
| | | Balance Due: | $435.90 |

| | |
|---|---|
| Case: | Dewayne Johnson v. Monsanto |
| Job #: | 2795475 | Job Date: 1/18/2018 | Delivery: Normal |
| Billing Atty: | Curtis Hoke, Esq |
| Location: | Remada |
| | 1000 Admiral Callaghan Lane | Vallejo, CA 94591 |
| Sched Atty: | Joshua Malone | Farella Braun & Martel LLP |

| | | | | |
|---|---|---|---|---|
| | Certified Transcript | Page | 55.00 | $237.25 |
| | Exhibits | Per Page | 21.00 | $13.65 |
| Edwin Martinez , 9:00 a.m. | Conference Call | 1 | 1.00 | $45.00 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |
| Notes: | | | | $435.90 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $435.90 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our service please consult http://www.veritext.com/services/all-services/service-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

149481

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | SF3230942 |
|---|---|
| Job #: | 2795475 |
| Invoice Date: | 2/14/2018 |
| Balance: | $435.90 |

Exhibit 1 -   Page66


[#224]

**Veritext Corp**
**Western Region**

**VERITEXT**
LEGAL SOLUTIONS

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

$1532.60

Bill To: Timothy Litzenburg, Esq.
The Miller Firm, LLC
108 Railroad Ave
Orange, VA, 22960

| | |
|---|---|
| Invoice #: | 8F3225766 |
| Invoice Date: | 1/30/2018 |
| Balance Due: | $1,532.60 |

| | |
|---|---|
| Case: | Dewayne Johnson v. Monsanto |
| Job #: | 2795470 | Job Date: 1/18/2018 | Delivery: Normal |
| Billing Atty: | Timothy Litzenburg, Esq. |
| Location: | Courtyard by Marriott Vallejo |
| | 1000 Fairgrounds Drive | Vallejo, CA 94589 |
| Sched Atty: | Sandra Edwards, Esq. | Farella Braun & Martel LLP |

RUF
WKS   Invoice

| | | | | | |
|---|---|---|---|---|---|
| Aracell Johnson | Certified Transcript | Page | 81.00 | | $295.65 |
| | Exhibits | Per Page | 7.00 | | $4.55 |
| | Rough Draft | Page | 81.00 | | $121.50 |
| | Litigation Package | 1 | 1.00 | | $55.00 |
| | Production & Processing | 1 | 1.00 | | $50.00 |
| Dewayne Johnson, Vol 2 | Certified Transcript | Page | 157.00 | | $573.05 |
| | Exhibits | Per Page | 11.00 | | $7.15 |
| | Rough Draft | Page | 157.00 | | $235.50 |
| | Litigation Package | 1 | 1.00 | | $55.00 |
| | Production & Processing | 1 | 1.00 | | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | | $45.00 |
| | Shipping & Handling | Package | 1.00 | | $40.20 |

Notes:

| | |
|---|---|
| | $1,532.60 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $1,532.60 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O.Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | 8F3225766 |
| Job #: | 2795470 |
| Invoice Date: | 1/30/2018 |
| Balance: | $1,532.60 |

149491

Exhibit 1 -   Page82



# VERITEXT
## LEGAL SOLUTIONS

**Veritext Corp
Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

$1620.85

| | |
|---|---|
| **Invoice #:** | SF3225768 |
| **Invoice Date:** | 1/30/2018 |
| **Balance Due:** | $1,620.85 |

**Bill To:** Timothy Litzenburg, Esq.
The Miller Firm, LLC
108 Railroad Ave
Orange, VA, 22960

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job #:** | 2795471 | Job Date: 1/20/2018 | Delivery: Expedited |
| **Billing Atty:** | Timothy Litzenburg, Esq. |
| **Location:** | Courtyard by Marriott Vallejo |
| | 1000 Fairgrounds Drive | Vallejo, CA 94589 |
| **Sched Atty:** | Joshua Malone | Farella Braun & Martel LLP |

| | | | | |
|---|---|---|---|---|
| | Certified Transcript | Page | 235.00 | $1,374.75 |
| | Exhibits | Per Page | 86.00 | $55.90 |
| Dewayne Johnson, Vol 3 | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $40.20 |
| Notes: | | | | $1,620.85 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $1,620.85 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

R.U.P
M.A.B
$INVOICE

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

149481

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice#:** | SF3225768 |
| **Job #:** | 2795471 |
| **Invoice Date:** | 1/30/2018 |
| **Balance:** | $1,620.85 |

Exhibit 1 -   Page84



LF# 226



**Veritext Corp**
**WesternRegion**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

$1043.60

| | |
|---|---|
| Invoice #: | SF3227922 |
| Invoice Date: | 1/31/2018 |
| Balance Due: | $1,043.60 |

Bill To: Timothy Litzenburg, Esq.
The Miller Firm, LLC
108 Railroad Ave
Orange, VA, 22960

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job #:** | 2787970 | Job Date: 1/23/2018 | Delivery: Normal |
| **Billing Atty:** | Timothy Litzenburg, Esq. |
| **Location:** | Exam Works, Inc. |
| | 1199 Bush Street | Suite 640 | San Francisco, CA 94109 |
| **Sched Atty:** | Joshua Malone | Farella Braun & Martel LLP |

RIP Invoice mrs

| | | | | |
|---|---|---|---|---|
| | Certified Transcript | Page | 203.00 | $740.95 |
| | Exhibits | Per Page | 173.00 | $112.45 |
| Ira B. Fishman , M.D. | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $40.20 |
| Notes: | | | | $1,043.60 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $1,043.60 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Hold Nash

**To pay online, go to**
**www.veritext.com**

149451

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | SF3227922 |
| Job #: | 2787970 |
| Invoice Date: | 1/31/2018 |
| Balance: | $1,043.60 |

Exhibit 1 -   Page28





RIP
MITS
INVOICE

**$1,771.38**

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Timothy Litzenburg, Esq.
The Miller Firm, LLC
108 Railroad Ave
Orange, VA, 22960

| | |
|---|---|
| **Invoice #:** | 3F3242322 |
| **Invoice Date:** | 2/15/2018 |
| **Balance Due:** | $1,771.38 |

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job #:** | 2803141 \| Job Date: 1/30/2018 \| Delivery: Normal |
| **Billing Atty:** | Timothy Litzenburg, Esq. |
| **Location:** | Crowne Plaza O'Hare Hotel and Conference Center |
| | 5440 N River Road \| Rosemont, IL 60018 |
| **Sched Atty:** | Joshua Malone \| Farella Braun & Martel LLP |

| | | | | | |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 268.00 | | $978.20 |
| | Exhibits - Color | Per Page | 8.00 | | $12.00 |
| | Exhibits | Per Page | 260.00 | | $169.00 |
| Chadi Nabhan, M.D. | Rough Draft | Page | 268.00 | | $469.00 |
| | Litigation Package | 1 | 1.00 | | $55.00 |
| | Production & Processing | 1 | 1.00 | | $50.00 |
| | Shipping & Handling | Package | 1.00 | | $38.18 |
| **Notes:** | | | | | $1,771.38 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $1,771.38 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O.Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | 3F3242322 |
| **Job #:** | 2803141 |
| **Invoice Date:** | 2/15/2018 |
| **Balance:** | $1,771.38 |

149421

Exhibit 1 -   Page93



**L#228**



**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

## INVOICE

DATE: 3/30/2018
INVOICE# 020818-475002
JOB# 137478

$5,514.15

**Bill To:**   Timothy Litzenburg Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**CASE:**  Dewayne Johnson v. Monsanto Company
**WITNESS:**  Charles M. Benbrook
**DATE:**  2/8/2018
**LOCATION:**  richmond, VA

**Billing Comments/ Instructions:**   Exhibits shipped separately.

| SHIPVIA | Overnight | TERMS | net30 |
|---|---|---|---|

| SERVICES | #PAGES/QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 390 | $3.45 | $1,345.50 |
| Certified Transcript - 2 Day Delivery | 390 | $3.15 | $1,228.50 |
| Local Real-time Transcription | 390 | $2.95 | $1,150.50 |
| Rough Transcript | 390 | $2.45 | $955.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1207 | $0.45 | $543.15 |
| Exhibits - Scanned & Hyperlinked - Color | 216 | $1.00 | $216.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $5,484.15 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $5,514.15 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID# 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice# with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

Exhibit 1 -   Page77



**L#229**



## Veritext Corp
## Western Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. TaxID:20-3132589



$723.80

| Bill To: | Jeffrey Travers | | |
|---|---|---|---|
| | The Miller Firm, LLC | **Invoice#:** | SF3258321 |
| | 108 Railroad Ave | **Invoice Date:** | 2/28/2018 |
| | Orange, VA, 22960 | **Balance Due:** | $723.80 |

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job#:** | 2813216 \| Job Date: 2/13/2018 \| Delivery: Normal |
| **Billing Atty:** | Jeffrey Travers |
| **Location:** | Farella Braun & Martel LLP |
| | 235 Montgomery St. \| 17th floor \| San Francisco, CA 94104 |
| **Sched Atty:** | Sandra Edwards Esq. \| Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 123.00 | $448.95 |
| | Exhibits | Per Page | 69.00 | $44.85 |
| | Conference Call | 1 | 1.00 | $90.00 |
| James A. Mills | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $723.80 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $723.80 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.   No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**
9451     Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice#:** | SF3258321 |
| **Job#:** | 2813216 |
| **Invoice Date:** | 2/28/2018 |
| **Balance:** | $723.80 |

Exhibit 1 -   Page42



# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

**Discovery | Depositions | Trial**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 307229 | 3/5/2018 | 176385 |
| **Job Date** | | **Case No.** |
| 2/17/2018 | | |

| **Case Name** |
|---|
| Roundup (Dewayne Johnson v. Monsanto Company) |

| **Payment Terms** |
|---|
| Due upon receipt |

$1306.50

Timothy Litzenburg, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Timothy Kuze, M.D. | 270.00 | 80 | 3.85 | 1,039.50 |
| Weekend Attendance Fee | | | 200.00 | 200.00 |
| Exhibit Bundle | | | 45.00 | 45.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

**TOTAL DUE >>>**  $1,306.50

Location: Oak Brook, IL

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,306.50 |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment*

Timothy Litzenburg, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

| | | | |
|---|---|---|---|
| Job No. | : 176385 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Dewayne Johnson v. Monsanto Company) | | |
| Invoice No. | : 307229 | Invoice Date | : 3/5/2018 |
| **Total Due** | : **$1,306.50** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

Exhibit 1 -   Page 30

[#231]

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377



$2,380.30
+ $2030.10
4410.40

Timothy Litzenburg, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 306436 | 3/6/2018 | 176501 |
| Job Date | | Case No. |
| 2/22/2018 | | |
| | Case Name | |
| Roundup (Dewayne Johnson v. Monsanto Company) | | |
| | Payment Terms | |
| Due upon receipt | | |

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| John R. Fowle, III, Ph.D. | 462.00 | @ 3.85 | 1,778.70 |
| Exhibit Bundle | | 45.00 | 45.00 |
| Rough Draft Transcript | | 0.00 | 534.60 |
| ASCII (.txt) | | 0.00 | 0.00 |
| Minuscript | | 0.00 | 0.00 |
| Shipping and Handling | | 22.00 | 22.00 |
| | | TOTAL DUE  >>> | $2,380.30 |

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 2,380.30 |

Tax ID: 20-5543414

*Please detach bottom portion and return with payment*

Timothy Litzenburg, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

| | | | |
|---|---|---|---|
| Job No. | : 176501 | BU ID | :R-Main |
| Case No. | : | | |
| Case Name | : Roundup (Dewayne Johnson v. Monsanto Company) | | |
| Invoice No. | : 306436 | Invoice Date | : 3/6/2018 |
| **Total Due** | : **$2,380.30** | | |

| PAYMENT WITH CREDIT CARD | AMEX | |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone #: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

Exhibit 1 -   Page 36

**LF 231**



# TSG
## REPORTING
**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**



# INVOICE

**DATE:** 3/15/2018
**INVOICE #** 022318-355663
**JOB #** 138402

$4410.40

**Bill To:**   Timothy Litzenburg Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**CASE:**       Dewayne Johnson v. Monsanto Company
**WITNESS:**  John Fowle II cont w/ pg 397
**DATE:**       2/23/2018
**LOCATION:**  Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES/QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 201 | $3.45 | $693.45 |
| Certified Transcript - Daily Delivery | 201 | $3.45 | $693.45 |
| Local Real-time Transcription | 201 | $1.75 | $351.75 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 481 | $0.45 | $216.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $2,000.10 |
| | | **SHIPPING & HANDLING** | $30.00 |
| | | **TOTAL** | $2,030.10 |

Please mail all payments to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

Invoice
RPA
RLP

Exhibit 1 -   Page38



$3014.45

# VERITEXT
## LEGAL SOLUTIONS

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

Bill To: Jeffrey Travers
The Miller Firm, LLC
108 Railroad Ave
Orange, VA, 22960

| | |
|---|---|
| Invoice #: | SF3261699 |
| Invoice Date: | 3/5/2018 |
| Balance Due: | $3,014.45 |

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job #:** | 2820377 | Job Date: 2/26/2018 | Delivery: Normal |
| **Billing Atty:** | Jeffrey Travers |
| **Location:** | Sundial Beach Resort & Spa |
| | 1451 Middle Gulf Drive | Sanibel, FL 33957 |
| **Sched Atty:** | Sandra Edwards Esq. | Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 323.00 | $1,178.95 |
| | Realtime Services | Page | 323.00 | $629.85 |
| | Rough Draft | Page | 323.00 | $629.85 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| William Sawyer | Production & Processing | 1 | 1.00 | $50.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 1,033.00 | $361.55 |
| | Scanning (Color) | | 39.00 | $29.25 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $3,014.45 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,014.45 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | SF3261699 |
| **Job#:** | 2820377 |
| **Invoice Date:** | 3/5/2018 |
| **Balance:** | $3,014.45 |

9461

Exhibit 1 - Page44

**#233**

# INVOICE



**GOLKOW**
**Litigation** SERVICES
Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 307254 | 3/9/2018 | 176496 |
| Job Date | | Case No. |
| 2/27/2018 | | |

| Case Name |
|---|
| Roundup (Dewayne Johnson v. Monsanto Company) |

| Payment Terms |
|---|
| Due upon receipt |

Michael Miller, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

*$1452.00*
*+ 95.00*
*$1547.00*

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Daniel A. Goldstein, M.D. | 260.00 | @ 3.85 | 1,001.00 |
| Exhibit Bundle | | | 45.00 |
| Color Exhibits Scanned | 45.00 Pages | @ 1.00 | 45.00 |
| Realtime | | 0.00 | 339.00 |
| ASCII (.txt) | | 0.00 | 0.00 |
| Minuscript | | 0.00 | 0.00 |
| Shipping and Handling | | 22.00 | 22.00 |

**TOTAL DUE   >>>   $1,452.00**

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,452.00 |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Michael Miller, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

| | | |
|---|---|---|
| Job No. | : 176496 | BU ID : R-Main |
| Case No. | : | |
| Case Name | : Roundup (Dewayne Johnson v. Monsanto Company) | |
| Invoice No. | : 307254 | Invoice Date : 3/9/2018 |
| Total Due | : $1,452.00 | |

| PAYMENT WITH CREDIT CARD | AMEX |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

Exhibit 1 -  Page74

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312249 | 4/13/2018 | 176495 |

| Job Date | Case No. |
|---|---|
| 2/27/2018 | |

| Case Name |
|---|
| Roundup (Dewayne Johnson v. Monsanto Company) |

| Payment Terms |
|---|
| Due upon receipt |

Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

Discovery · Depositions · Trial

Richard Meyer
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623



$95
1452
1547 00

| | | |
|---|---|---|
| Daniel A. Goldstein, M.D. | | |
| DVD Duplicate(s) | 95.00 | 95.00 |
| | TOTAL DUE >>> | 95.00 |

Thank you for your business & appreciated.

Please contact Kathy Reilly with any billing questions at (215) 586-4215 or billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586-4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 95.00 |

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Richard Meyer
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

| | | | |
|---|---|---|---|
| Job No. | 176495 | BU ID | :V-Main |
| Case No | | | |
| Case Name | Roundup (Dewayne Johnson v. Monsanto Company) | | |
| Invoice No. | 312249 | Invoice Date | 4/13/2018 |
| Total Due | $95.00 | | |

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

Exhibit 1 -   Page 75

#234

# INVOICE



**GOLKOW**
**Litigation**
SERVICES

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 307555 | 3/13/2018 | 176495 |

| Job Date | Case No. |
|---|---|
| 2/27/2018 | |

| Case Name |
|---|
| Roundup (Dewayne Johnson v. Monsanto Company) |

| Payment Terms |
|---|
| Due upon receipt |



$2,155.⁰⁰

Michael Miller, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

Daniel A. Goldstein, M.D.

| | | | | |
|---|---|---|---|---|
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | 4.00 | Hours | @ | 95.00 | 380.00 |
| Master Tapes - Mini-DV | 8.00 | Tapes | @ | 25.00 | 200.00 |
| DVD: Capture to MPEG2 (PIP) | 4.00 | Hours | @ | 35.00 | 140.00 |
| DVD Sync of PIP with transcript text | 4.00 | Hours | @ | 35.00 | 140.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |

TOTAL DUE >>>                    $2,155.00

Picture in Picture Equipment Package: Mixer, DVD recorder, Scan Converter, Cabling.

Thank you. Your business is appreciated.
For billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 2,155.00 |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Michael Miller, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960-1623

| | | | | |
|---|---|---|---|---|
| Job No. | : 176495 | BU ID | :V-Main | |
| Case No. | : | | | |
| Case Name | : Roundup (Dewayne Johnson v. Monsanto Company) | | | |
| Invoice No. | : 307555 | Invoice Date | : 3/13/2018 | |
| **Total Due** | : **$2,155.00** | | | |

| PAYMENT WITH CREDIT CARD | AMEX | | |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email | | | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

Exhibit 1 -   Page73



**#235**

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

*$3,197.82*

# VERITEXT
## LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Timothy Litzenburg, Esq<br>Miller Finn<br>108 Railroad Ave<br>Orange, VA, 22960 | **Invoice #:** | SF3193976 |
| | **Invoice Date:** | 12/23/2017 |
| | **Balance Due:** | $3,197.82 |

| | |
|---|---|
| **Case:** | Dewayne Johnson v. Monsanto |
| **Job #:** | 2770165 | Job Date: 12/7/2017 | Delivery: Normal |
| **Billing Atty:** | Timothy Litzenburg, Esq |
| **Location:** | Courtyard Marriott |
| | 1000 Fairgrounds Drive | Vallejo, CA 94589 |
| **Sched Atty:** | Sandra Edwards, Esq. | Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 540.00 | $1,971.00 |
| | Exhibits | Per Page | 341.00 | $221.65 |
| | Rough Draft | Page | 540.00 | $810.00 |
| Dewayne Anthony Lee Johnson | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $45.17 |

| | |
|---|---|
| **Notes:** | |
| **Invoice Total:** | $3,197.82 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $3,197.82 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services, please consult http://www.veritext.com/services/all-services/services-information

*R.I.P*
*MR 6*
*#Invoice*

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | SF3193976 |
| **Job #:** | 2770165 |
| **Invoice Date:** | 12/23/2017 |
| **Balance:** | $3,197.82 |

Exhibit 1 - Page53

[#236]

# INVOICE

Paszkiewicz Court Reporting
316 Grindstone Road
Chatham, IL 62629
Phone:618-307-9320   Fax:618-310-0117

$1986.40

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40187 | 8/12/2018 | 8258 |

| Job Date | Case No. | |
|---|---|---|
| 7/10/2018 | 1622-CC10172;1622-CC01071;1722 - C | |

| Case Name | | |
|---|---|---|
| Kane, et al., Plaintiff, v. Monsanto, et al., Defendant | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Robin L. Greenwald, Esq.
Weitz & Luxenberg, PC
700 Broadway
New York, NY  10003

| | | |
|---|---|---|
| EXPEDITED TRANSCRIPT COPY - EXPERT W/VIDEO | | |
| CHRISTOPHER PORTIER PH.D. - VIDEOTAPED | 182.00 Pages | 946.40 |
| Realtime & Rough Draft | 156.00 | 273.00 |
| E-Transcript | | 35.00 |
| Scanned/E-mailed exhibit(s) | 2,928.00 Pages | 732.00 |
| | **TOTAL DUE  >>>** | **$1,986.40** |

SAME DAY RUSH

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

THIS DEPOSITION TAKEN IN DENVER, CO

**Tax ID:** 25-1906132

Phone: 212-558-5500   Fax:212-344-5461

*Please detach bottom portion and return with payment.*

Robin L. Greenwald, Esq.
Weitz & Luxenberg, PC
700 Broadway
New York, NY  10003

Invoice No.  :  40187
Invoice Date :  8/12/2018
**Total Due   :  $ 1,986.40**

Remit To:  **Paszkiewicz Court Reporting**
           **316 Grindstone Road**
           **Chatham, IL  62629**

Job No.    :  8258
BU ID      :  9-MDL
Case No.   :  1622-CC10172;1622-CC01071;1722 - CC10773
Case Name  :  Kane, et al., Plaintiff, v. Monsanto, et al.,
              Defendant

Exhibit 2 -   Page15

# INVOICE



**GOLKOW Litigation SERVICES**

Discovery · Depositions · Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 339968 | 10/4/2018 | 193512 |

| Job Date | Case No. |
|---|---|
| 9/26/2018 | |

| Case Name |
|---|
| Roundup Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Donna Farmer, Ph.D. | 344.00 | @ | 3.85 | 1,324.40 |
| Rough Draft Transcript | | | 0.00 | 402.30 |
| Color Exhibits Scanned | 4.00 Pages | @ | 1.00 | 4.00 |
| Exhibits scanned | 196.00 Pages | @ | 0.10 | 19.60 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |

**TOTAL DUE >>>**          **$1,750.30**

Location: Saint Louis, MO

Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Kathy Reilly to pay your invoice via credit card at (215) 586 4210 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,750.30 |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Kellie Johnson
Andrus & Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

| | | | | |
|---|---|---|---|---|
| Job No. | : 193512 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation | | |
| Invoice No. | : 339968 | Invoice Date | : 10/4/2018 |
| **Total Due** | **: $1,750.30** | | |

Remit To:   **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

L#247

# INVOICE



**G☼LKOW Litigation** SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 357080 | 1/14/2019 | 205047 |

| Job Date | Case No. |
|---|---|
| 1/8/2019 | |

| Case Name |
|---|
| Roundup JCCP No. 4953 (Pilliod, et al. v. Monsanto Company, et al.) |

| Payment Terms |
|---|
| Due upon receipt |

R. Brent Wisner, Esquire
Baum, Hedlund, Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA  90024

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Kavitha P. Raj, M.D. | 258.00 | @ | 4.25 | 1,096.50 |
| 3 Day expedited surcharge | | | | 823.02 |
| Appearance Fee | | | 125.00 | 125.00 |
| Rough Draft Transcript | | | 0.00 | 224.00 |
| Color Exhibits Scanned | 9.00 | Pages @ | 0.85 | 7.65 |
| Exhibits scanned | 44.00 | Pages @ | 0.05 | 2.20 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Mileage (roundtrip) | 180.00 | Miles @ | 0.58 | 104.40 |
| Shipping and Handling | | | 22.00 | 22.00 |
| | | **TOTAL DUE >>>** | | **$2,404.77** |

Location: Pleasanton, CA

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

R. Brent Wisner, Esquire
Baum, Hedlund, Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA  90024

| | | | | |
|---|---|---|---|---|
| Job No. | : 205047 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Roundup JCCP No. 4953 (Pilliod, et al. v. Monsanto Company, et al.) | | |
| Invoice No. | : 357080 | Invoice Date | : 1/14/2019 |
| **Total Due** | : **$2,404.77** | | |

Remit To:   **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623**

**PAYMENT WITH CREDIT CARD**

AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____
Email: _____

**#248**

# INVOICE



**GOLKOW**
**Litigation** SERVICES

Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 362315 | 1/31/2019 | 207057 |
| **Job Date** | **Case No.** | |
| 1/29/2019 | | |
| **Case Name** | | |
| Roundup Products Liability Litigation MDL No. 2741 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

R. Brent Wisner, Esquire
Baum, Hedlund, Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024

| | | |
|---|---|---|
| Todd Rands | | |
| Videographer | 250.00 | 250.00 |
| | **TOTAL DUE >>>** | **$250.00** |

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Please note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes full or partial payment in an invoice.  Thank you.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **250.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

R. Brent Wisner, Esquire
Baum, Hedlund, Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024

| | | | | |
|---|---|---|---|---|
| Job No. | : 207057 | BU ID | : V-Main |
| Case No. | : | | |
| Case Name | : Roundup Products Liability Litigation MDL No. 2741 | | |
| Invoice No. | : 362315 | Invoice Date | : 1/31/2019 |
| **Total Due** | : **$250.00** | | |

**PAYMENT WITH CREDIT CARD**                    AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

| Remit To: | **Golkow Litigation Services, LLC**
**P.O. Box 94623**
**Las Vegas, NV  89193-4623** |
|---|---|