# EXHIBIT 5

**# 121**

*For Reimbursment*
*to Mary OOST*

**FedEx Office**

...x Office is your destination
...or printing and shipping.

1967 MARKET ST
San Francisco, CA 94103
Tel: (415) 252-0864

3/4/2019                    8:58:46 PM PST
Team Member: Kirk C.
Customer: Mary Oost

| | Qty 3 | 449.64 |
|---|---|---|
| ...e Load Chart | | |
| ...ount/SqFt | 36 @ | 5.0000 T |
| ...04 Reg. Price | 5.00 | |
| ...e Paper/SqFt | 36 @ | 7.4900 T |
| ...50 Reg. Price | 7.49 | |
| ...ice per piece | 149.88 | |
| ...gular Total | 449.64 | |
| Discounts | 0.00 | |

Sub-Total            449.64
Tax                   38.22
Deposit                0.00

...l                 487.86

...(S)                487.86
...ccount: ...0646
...uth: 083... (A)

...otal Tender        487.86
...hange Due           0.00

...otal Discounts      0.00

```
*409500606803*
```

REPRODUCTION
&
EXEMPLIFICATION
$

#121 - #162



#122

$33.84

Check payable to
Mary Oost

Haldeman blowup shipping
per Aimee.



#123

Henderman Tennis Card

The UPS Store - #381
601 VAN NESS AVE
SUITE E
SAN FRANCISCO, CA 94102-2200
(415) 775-6644

03/01/19   10:24 AM

LiveScan Fingerprinting Available!
Ink & Digital Process

We are the one stop for all your
shipping, postal and business needs.

|||||||||||||||||||||||||

001 (37000 (010)
8.5x11 Color Copies   QTY 339
Reg Unit Price    $    0.75

                  T1 $ 254.25

                        Subtotal   $  254.25
8.75% SALES TAX (T1)   $   22.25
                        Total   $  276.50

              CHASE VISA   $  276.50
ACCOUNT NUMBER *   ************2815
Appr Code: 06833G   (1)   Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000031010
TVR: 0080000000
TSI: F800
AC: 3DBC38D98BD3F3E0
ARC: 00

The UPS Store - #361
601 VAN NESS AVE
SUITE E
SAN FRANCISCO, CA 94102-3200
(415) 775-6644

03/19/19  04:33 PM

We are the one stop for all your
shipping, postal and business needs.

LiveScan Fingerprinting Available!
Ink & Digital Process

001 036001 (003)              T1 $ 77.25
8.5 X 11 Copies         QTY 103
Reg Unit Price      $   0.75

                    SubTotal  $ 77.25
8.75% SALES TAX (T1)   $  6.76
                    Total  $ 84.01

            CHASE VISA   $ 84.01
ACCOUNT NUMBER *      ************2799
Appr Code: 00313G  (I)  Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000031010
TVR: 0080008000
TSI: F800
AC: 3D645242EECF32FD
ARC: 00

Receipt ID 8389135846796798886673 103 Items
CSH: PUNAM            Tran: 3853 Reg: 001

Visit us online for additional services:
theupsstorelocal.com/0361

your business and personal

# 125

**COMPANY**
Moore Law Group

**CONTACT**
Mary Oost   cell: (502) 558-3098

**ADDRESS**
Kevin Rowe   812.920.1612

**WORK PHONE**

**HOME PHONE or FAX**

**EMAIL**

**HOW DID YOU HEAR ABOUT US?**
☐ Referral   ☐ Walkby   ☐ Phone Book   ☐ Web site   ☐ Other

*Copy Central*®
Doing it RIGHT...on time!

615 Mission Street
San Francisco, CA 94105

TEL: (415) 882-7377
FAX: (415) 882-7124

sf@copycentral.com

**DATE RECEIVED** 2-19
**PROOF DUE**

**DATE DUE** 2-19/21   **TIME DUE**

☑ Customer Pickup   ☐ Delivery

**INVOICE #**
001-102244

**PURCHASE ORDER**

| DESCRIPTION / FILE NAME | # OF ORIG | QUANTITY | TOTAL | SIDES | | SIZE OR SQ FT | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ① First set, Ex. 1-125 printed same-day | | | | 1 | 2 | | | |
| b & w | 996 | 1 | | 1 | 0 | 8.5×11 | 0.11 | 109.56 |
| color | 394 | 1 | | 1 | 0 | " | 0.79 | 311.26 |
| 20 # 3HD, bw only | | ~500 | | 1 | 2 | | 0.02 | 10.00 |
| 3" binder | | 1 | | 1 | 2 | | | 10.99 |
| hand collation / file handling | | | | 1 | 2 | | | 125.00 |
| **SPECIAL STOCK:** ② Ex. 79-837, overnight | Tabs | | 874 | | | | .64 | 559.36 |
| b & w | 10,366 | 1 | 10366 | | | | .06 | 621.96 |
| **COLLATE:** ☐   **SLIP SHEETS:** ☐  Color | | 1 | 6545 | | | | .34 | 2225.30 |
| **STAPLE:** ☐ ☐ ☐ ☐   4" binders | | | 12 | | | | 24.99 | 299.88 |
| **DRILL:** ☐ 3-HOLE   ☐ 2-HOLE AT THE TOP   ☐ OTHER  collation / files | | | | | | | | |
| **FOLD:** ☐ LETTER   ☐ Z-FOLD   ☐ 1/2 FOLD   ☐ OTHER | | | | | | 873 @ $1.- | | 873.- |
| **CUT:** | | | | | | | | |
| **HANDWORK:** 8851 × 3HD b&w pgs. for Ex. 79-837 | | | | | | | 0.02 | 177.- |
| **BINDERY:** VELO   SPIRAL   COIL   WIRE-O   TAPE   ACCO   SADDLE STITCH   SPLIT | | | | | | | | |
| **BIND SIDE:** 8 1/2"  11"  14"   **COVERS:** PAPER   VINYL   STOCK/COLOR: | | | | | | | | |
| **DIGITAL SERVICES:** | | | | | | | | |

**TAKEN BY:** z   **DONE BY:** z   **CHECKED BY:** M   **CASHIER** DR

**METHOD OF PAYMENT**
☐ CASH
☐ CHECK
☑ CREDIT CARD
☐ ACCOUNT
ACCT #

I HAVE AUTHORIZED THIS ORDER: _____

PLEASE PRINT NAME: _____

| | |
|---|---|
| TOTAL NON-TAX | |
| TOTAL TAXABLE | |
| SUB-TOTAL | 5,323.31 |
| TAX | 452.48 |
| **AMOUNT DUE $** | 5,775.79 |

☑ PAID

CUSTOMER COPY   APPROVED   $5775.79

AMOUNT
CREDIT SALE
UID: 9852478454801
BATCH #: 617

Terminal ID: *****260
VISA - MANUAL
ACCT #: ***************2799

2/21/19
REF #: 3862
AUTH #: 004996

4:10 PM
***:7

COPY CENTRAL MARKET
615 MISSION ST
SAN FRANCISCO CA 94105
415-882-7377

PAID

Copy Central Mgmt. Office, 5801 Christie Ave. #470, Emeryville, CA 94608

**#126**

The UPS Store - #361
601 VAN NESS AVE
SUITE E
SAN FRANCISCO, CA 94102-3200
(415) 775-6644

03/05/19   12:06 PM

**$1375.50**

We are the one stop for all your
shipping, postal and business needs.

**LiveScan Fingerprinting Available!**
Ink & Digital Process

001 036008 (003)          TO $1375.50
8.5 X 11 DS Copies    QTY 1834
Reg Unit Price      $   0.75

SubTotal  $1375.50
Total  $1375.50

CHASE VISA
ACCOUNT NUMBER *      ***********
Appr Code: 09213G    (1)   Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000031010
TVR: 0080008000
TSI: F800
AC: C4566242954AC365
ARC: 00

Receipt ID 8289135810743655552 1834 Items
CSH: PUNAM              Tran: 5718 Reg: 002

Visit us online for additional services:
theupsstorelocal.com/0361

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup

---

**Print & Business
Services**

The UPS Store - #361
601 VAN NESS AVE
SUITE E
SAN FRANCISCO, CA 94102-3200
(415) 775-6644

03/04/19   04:51 PM

**$1024.16**

We are the one stop for all your
shipping, postal and business needs.

**LiveScan Fingerprinting Available!**
Ink & Digital Process

001 036001 (003)          T1 $ 270.50
8.5 X 11 Copies       QTY 541
Reg Unit Price      $   0.50
003 037000 (010)          T1 $ 671.25
8.5x11 Color Copies  QTY 895
Reg Unit Price      $   0.75

SubTotal  $ 941.75
8.75% SALES TAX (T1)   $  82.41
Total  $1024.16

CHASE VISA     $1024.16
ACCOUNT NUMBER *      ***********6938
Appr Code: 09462G    (1)   Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000031010
TVR: 0080008000
TSI: F800
AC: B92B83A703F24F5E
ARC: 00

Receipt ID 8389135819900955551 1436 Items
CSH: PUNAM              Tran: 3443 Reg: 001

Visit us online for additional services:
theupsstorelocal.com/0361

#127 - #135

Evelyn Williams <evelyn.williams@andruswagstaff.com>

## Firm Card Expenses

**Jenni Suhr** <jenni.suhr@andruswagstaff.com>                                    Fri, Apr 19, 2019 at 12:57 PM
To: Evelyn Williams <evelyn.williams@andruswagstaff.com>

All the FedEx receipts are for Hardemans while I was in SF. I didn't always get a receipt.

I will get you the Uber receipts. I knew I missed one or two.
[Quoted text hidden]
--
**Jenni Suhr**
Litigation Support Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
jenni.suhr@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

**#127**

# CHASE for BUSINESS
Printed from Chase for Business

## J. SUHR (...2815)

| Date | Description | Type | Category | Amount |
|---|---|---|---|---|
| Mar 5, 2019 | FEDEXOFFICE 00002899 | Sale | Office & shipping | $7.49 |
| | This transaction posted on Mar 6, 2019 | | | |
| | **Additional merchant and transaction information** | | | |
| | SAN FRANCISCO, CA | | | |

JPMorgan Chase Bank, N.A. Member FDIC      ©2019 JPMorgan Chase & Co.      Equal Opportunity Lender ⌂

*Copies for Hardeman Trial*

**CHASE** for BUSINESS
Printed from Chase for Business

## J. SUHR (...2815)

| Date | Description | Type | Category | Amount |
|---|---|---|---|---|
| Mar 5, 2019 | FEDEXOFFICE 00002899 | Sale | Office & shipping | $10.84 |
| | This transaction posted on Mar 6, 2019 | | | |
| | **Additional merchant and transaction information** | | | |
| | SAN FRANCISCO, CA | | | |

JPMorgan Chase Bank, N.A. Member FDIC            ©2019 JPMorgan Chase & Co.            Equal Opportunity Lender ⌂

*Printing for Hardeman trial*

**#129**

## CHASE for BUSINESS
Printed from Chase for Business

J. SUHR (...2815)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 3, 2019 | FEDEXOFFICE 00040964 | Sale | Office & shipping | $82.35 |
| | This transaction posted on Mar 5, 2019 | | | |
| | **Additional merchant and transaction information** | | | |
| | SAN FRANCISCO, CA | | | |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

Printing for Hardeman trial

**LF 130**

# CHASE for BUSINESS
Printed from Chase for Business

J. SUHR (...2815)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 3, 2019 | FEDEXOFFICE 00040964 | Sale | Office & shipping | $76.36 |
| | This transaction posted on Mar 5, 2019 | | | |
| | **Additional merchant and transaction information** | | | |
| | SAN FRANCISCO, CA | | | |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

*Printing for Hardeman Trial*

**#131**

# CHASE for BUSINESS

Printed from Chase for Business

## J. SUHR (...2815)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 3, 2019 | FEDEXOFFICE 00040964 | Sale | Office & shipping | $80.85 |
| | This transaction posted on Mar 5, 2019 | | | |
| | **Additional merchant and transaction information** | | | |
| | SAN FRANCISCO, CA | | | |

---

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender ⌂

*Printing for Hardeman Trial*

**#132**

# CHASE for BUSINESS
Printed from Chase for Business

J. SUHR (...2815)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 3, 2019 | FEDEXOFFICE 00040964 | Sale | Office & shipping | $92.08 |
| | This transaction posted on Mar 5, 2019 | | | |
| | **Additional merchant and transaction information** | | | |
| | SAN FRANCISCO, CA | | | |

JPMorgan Chase Bank, N.A. Member FDIC       ©2019 JPMorgan Chase & Co.       Equal Opportunity Lender ⌂

*Printing for Hardeman Trial*

# CHASE *for* BUSINESS

Printed from Chase for Business

## J. SUHR (...2815)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 4, 2019 | FEDEXOFFICE 00040956 | Sale | Office & shipping | $61.39 |
|  | This transaction posted on Mar 5, 2019 | | | |
|  | **Additional merchant and transaction information** | | | |
|  | SAN FRANCISCO, CA | | | |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

*Printing for Hardiman Trial*

**#134**

# CHASE for BUSINESS
Printed from Chase for Business

J. SUHR (...2815)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 3, 2019 | FEDEXOFFICE 00040964 | Sale | Office & shipping | $76.83 |
| | This transaction posted on Mar 5, 2019 | | | |
| | **Additional merchant and transaction information** | | | |
| | SAN FRANCISCO, CA | | | |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender 🏠

*Printing for Hardeman trial*

[#135]

# CHASE for BUSINESS

Printed from Chase for Business

## J. SUHR (...2815)

| Date | Description | Type | Category | Amount |
|---|---|---|---|---|
| Mar 3, 2019 | FEDEXOFFICE 00040964 | Sale | Office & shipping | $102.78 |
| | This transaction posted on Mar 5, 2019 | | | |
| | **Additional merchant and transaction information** | | | |
| | SAN FRANCISCO, CA | | | |

JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender ⌂

*Printing for Hardeman Trial*

#136

*Hardeman*
*PRINTING*



**FedEx Office.**

March 03, 2019 21:10                                    Page: 1
Receipt #: 4096590881
VISA #: XXXXXXXXXXXX2815
2019/03/03 21:06

| Qty | Description | Amount |
|-----|-------------|--------|
| 4 | PC Basic Station Time/Minute | 1.40 |

|  | SubTotal | 1.40 |
|--|----------|------|
|  | Taxes | 0.00 |
|  | Total | 1.40 |

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

**FedEx Office Print & Ship Centers**

100 California St.
San Francisco,CA 94111
415-834-0240
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt

**#137**



March 12, 2019 08:33                          Page: 1
Receipt #: 5638119637
VISA #: XXXXXXXXXXXXX2799
2019/03/12 07:58

| Qty | Description | Amount |
|-----|-------------|--------|
| 170 | PNG Color S/S 8.5x11 & 8.5x14 | 287.30 |

|  | SubTotal | 287.30 |
|--|----------|--------|
|  | Taxes | 24.42 |
|  | Total | 311.72 |

The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.

**FedEx Office Print & Ship Centers**

55 Cyril Magnin St
San Francisco,CA 94102
(415) 781-0171
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt

#138

# FedExOffice..

FedEx Office is your destination
for printing and shipping.

1967 MARKET ST
San Francisco, CA 94103
Tel: (415) 252-0864

3/11/2019                6:13:46 PM PST
Team Member: Kirk C.
Customer: Mary Oost

                   SALE

Differential Chart (   Qty 1      157.38

File Enhancement         1 @      7.5000 T
  004373 Reg. Price      7.50
Matte Paper/SqFt        12 @      7.4900 T
  001450 Reg. Price      7.49
36x48 Foam Mount         1 @     60.0000 T
  000402 Reg. Price     60.00

  Price per piece       157.38
  Regular Total         157.38
  Discounts               0.00


Sub-Total                        157.38
Tax                               13.38
Deposit                            0.00

**Total**                        170.76

Visa (S)                         170.76
  Account: 2799
  Auth: 00775G (A)

                                 170.76
Total Tender                       0.00
Change Due
Total Discounts       0.00





March 11, 2019 18:03                          Page: 1
Receipt #: 4095342344
VISA #: XXXXXXXXXXXX2799
2019/03/11 17:55

| Qty | Description | Amount |
|-----|-------------|--------|
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.38 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.38 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.38 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.38 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.38 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.38 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.38 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.38 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.38 |

|  |  |  |
|--|--|--|
| SubTotal | 12.42 |
| Taxes | 1.05 |
| Total | 13.47 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

1967 Market Dr.
San Francisco,CA 94103
415-252-0864
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt





March 12, 2019 07:59                              Page: 1
Receipt #: 5638119636
VISA #: XXXXXXXXXXXX2799
2019/03/12 07:53

| Qty | Description | Amount |
|-----|-------------|--------|
| 136 | PNG Color S/S 8.5x11 & 8.5x14 | 229.84 |

        SubTotal                    229.84
        Taxes                        19.53
        Total                       249.37

The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.

**FedEx Office Print & Ship Centers**

55 Cyril Magnin St
San Francisco,CA 94102
(415) 781-0171
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt



**FedEx Office**

1967 MARKET ST
San Francisco, CA 94103
Tel: (415) 252-0864

| | |
|---|---|
| 3/3/2019 | 8:00:11 PM PST |
| Trans.: 5851 | Branch: 4095 |
| Register: 004 | T111:0410049 |

Team Member: Annalee C.
Customer: Mary Oost

DEPOSIT ON ORDER



*4 0 9 5 0 0 4 5 8 5 1 *

Order Number: 409503980
Order Due Date: 03/04/2019

| | |
|---|---|
| Sub-Total | 487.86 |
| Total | 487.86 |
| Deposit Paid | 487.86 |
| Estimated Tax | 38.22 |

(Tax will be recalculated at the
applicable rate at time of tender.)

| | |
|---|---|
| Balance Due | 0.00 |
| Visa (S) | 487.86 |
| Account: 2799 | |
| Auth: 076746 (A) | |
| Total Tender | 487.86 |
| Change Due | 0.00 |

*4 0 9 5 0 0 4 5 8 5 1 *

All jobs produced for customers will be
retained for 30 days after the order
due date reflected on this receipt.
FedEx Office is not responsible for
retaining any work not picked up by
customer after such 30 day period



**#141**

# FedEx Office

FedEx Office is your destination
for printing and shipping.

1967 MARKET ST
San Francisco, CA 94103
Tel: (415) 252-0864

3/4/2019                    8:58:02 PM PST
Team Member: Kirk C.
Customer: Mary Oost

SALE

| | | |
|---|---|---|
| Blow-Ups | Qty 3 | 449.64 |
| Matte Paper/SqFt | 36 @ | 7.4900 T |
| 001450 Reg. Price | 7.49 | |
| 36x48 Foam Mount | 3 @ | 60.0000 T |
| 000402 Reg. Price | 60.00 | |
| Price per piece | 149.88 | |
| Regular Total | 449.64 | |
| Discounts | 0.00 | |

| | |
|---|---|
| Sub-Total | 449.64 |
| Tax | 38.22 |
| Deposit | 487.86 |
| **Total** | **487.86** |
| Total Tender | 0.00 |
| Change Due | 0.00 |
| Total Discounts | 0.00 |

*PG 2*



*409500608O2*

Tell us how we're doing and receive
10% off your next order.
fedex.com/welisten or 1-800-398-0242
Offer Code:____ Offer expires 06/30/19
Get your message out in a big way with



FedEx Office is your destination
for printing and shipping.

1 Daniel Burnham Ct
San Francisco, CA 94109
Tel: (415) 292-2500

2/24/2019                7:48:18 PM PST
Team Member: Brandon V.
Customer: Cameron Andrus

SALE

| | | |
|---|---|---|
| 1st Set | Qty 2 | 307.26 |
| | | |
| 36x48 Foam Mount | 2 @ | 60.0000 T |
| 000402 Reg. Price | 60.00 | |
| Matte Paper/SqFt | 24 @ | 7.4900 T |
| 001450 Reg. Price | 7.49 | |
| File Enhancement | 1 @ | 7.5000 T |
| 004373 Reg. Price | 7.50 | |
| | | |
| Price per piece | 153.63 | |
| Regular Total | 307.26 | |
| Discounts | 0.00 | |
| | | |
| 2nd Set | Qty 2 | 307.26 |
| | | |
| File Enhancement | 1 @ | 7.5000 T |
| 004373 Reg. Price | 7.50 | |
| 36x48 Foam Mount | 2 @ | 60.0000 T |
| 000402 Reg. Price | 60.00 | |
| Matte Paper/SqFt | 24 @ | 7.4900 T |
| 001450 Reg. Price | 7.49 | |
| | | |
| Price per piece | 153.63 | |
| Regular Total | 307.26 | |
| Discounts | 0.00 | |

| | |
|---|---|
| Sub-Total | 614.52 |
| Tax | 52.23 |
| Deposit | 0.00 |
| Total | 666.75 |
| Visa (S) | 666.75 |

    Account: 2799
    Auth: 08706G (A)

Total Tender      666.75
Change Due          0.00

Total Discounts   0.00





Evelyn Williams <evelyn.williams@andruswagstaff.com>

## Firm Card

**Kevin Rowe** <kevin.rowe@andruswagstaff.com>             Tue, Apr 23, 2019 at 2:12 PM
To: Evelyn Williams <evelyn.williams@andruswagstaff.com>

I'm having trouble finding any of these Fedex receipts, I think these are ones where the machines would give me an error code every time I asked for a receipt and the folks at the store were zero help in tracking it back down again (the machine just reset to the home page after the print was done).

--
Kevin Rowe
*Senior Paralegal*
**Andrus Wagstaff, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-6361

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

On Fri, Apr 19, 2019 at 3:36 PM Evelyn Williams <evelyn.williams@andruswagstaff.com> wrote:
[Quoted text hidden]

**2 attachments**

# CHASE *for* BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 15, 2019 | FEDEXOFFICE 00056382 | Sale | Office & shipping | $555.14 |

This transaction posted on Mar 17, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

50 of 53 transactions

See more activity

---

JPMorgan Chase Bank, N.A. Member FDIC                    ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

Copying for Hardeman Trial

# CHASE *for* BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $82.97 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

50 of 53 transactions

See more activity

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender ⌂

Copies for Hardeman Trial

#145

# CHASE *for* BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|---|---|---|---|---|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $149.80 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

50 of 53 transactions

See more activity

JPMorgan Chase Bank, N.A. Member FDIC      ©2019 JPMorgan Chase & Co.      Equal Opportunity Lender ⌂

Copies for Hardeman Trial



# CHASE *for* BUSINESS

Printed from Chase for Business

K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $56.97 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

---

50 of 53 transactions

See more activity

---

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender ⌂

*Copies for Hardeman Trial*

**#147**

# CHASE *for* BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $114.08 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

---

50 of 53 transactions

See more activity

---

JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender ⌂

*Copies for Hardeman Trial*



# CHASE for BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $146.59 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

---

50 of 53 transactions

See more activity

---

JPMorgan Chase Bank, N.A. Member FDIC              ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

Copies for Hardeman
Trial

# CHASE *for* BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|---|---|---|---|---|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $119.83 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

50 of 53 transactions

See more activity

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender ⌂

Copies for Hardeman Trial

# CHASE *for* BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $7.19 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

50 of 53 transactions

See more activity

JPMorgan Chase Bank, N.A. Member FDIC      ©2019 JPMorgan Chase & Co.      Equal Opportunity Lender ⌂

Copies for Hardeman Trial

**# 151**

# CHASE *for* BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $199.86 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

---

50 of 53 transactions

See more activity

---

JPMorgan Chase Bank, N.A. Member FDIC      ©2019 JPMorgan Chase & Co.      Equal Opportunity Lender ⌂

*Copies for Hardeman Trial*

K_ROWE - chase.com

**#152**

# CHASE *for* BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $87.10 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

---

50 of 53 transactions

See more activity

---

JPMorgan Chase Bank, N.A. Member FDIC      ©2019 JPMorgan Chase & Co.      Equal Opportunity Lender ⌂

*Copies for Hardeman Trial*

**#153**

# CHASE *for* BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $249.03 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

50 of 53 transactions

See more activity

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender ⌂

*Copies for Hardeman Trial*

4/25/2019
K. ROWE - chase.com
Case 3:16-md-02741-VC   Document 3804-7   Filed 05/17/19   Page 38 of 57

# CHASE for BUSINESS

Printed from Chase for Business

## K. ROWE (...2799)

| Date | Description | Type | Category | Amount |
|------|-------------|------|----------|--------|
| Mar 10, 2019 | FEDEX OFFIC40900040964 | Sale | Office & shipping | $101.78 |

This transaction posted on Mar 13, 2019
**Additional merchant and transaction information**
SAN FRANCISCO, CA

50 of 53 transactions

See more activity

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender 🏠

Copies for Hardeman Trial



# Office DEPOT
# OfficeMax

SAN FRANCISCO - (415) 831-1080
02/23/2019  3:28 PM



2PVTUUAP6R5YX8MRH

```
SALE                 6498-2-3582-940177-19.1.3
4981958 PRNTR,BRT,L327         249.99SS
  Instant Savings              -50.00
        You Pay                199.99SS
9926762 2YRREPPRT150-1          29.99 E
  Register your SquareTrade Plan online
  at www.OfficeDepot.com/Protection or
  call 844-637-7768
  Contract ID#    906498022319358200201
  EMP ID:         940177
9580755 TNR,BRT,TN223Y          74.99 SS
3846278 TNR,BRT,TN223C          74.99 SS
5281241 TNR,BRT,TN227B          77.99 SS
5272995 TNR,BRT,TN223M          74.99 SS
432563  UMBRELLA,GOLF,          19.99 SS
470187  INDEX MRKR,BTB
3 @ 33.99              You Pay  101.97SS
595747  DIV,12TB,5/PK,
2 @ 44.99                       89.98
        You Pay                 89.98SS
        Subtotal:              744.88
        Sales Tax:              60.77
        Total:                 805.65
        Visa 2799:             805.65
AUTH CODE 016546
TDS Chip Read
AID A0000000031010   CHASE VISA
TVR 0080008000
CVS No Signature Required
```

---

```
ANDRUS WAGSTAFF 1806548101
Congratulations! You've reached VIP
Rewards status. You'll now get 5% back
in rewards on ink, toner, paper, and
print/copy/ship services, plus a
special birthday offer. Visit
officedepot.com/rewards.

        Total Savings.
          $50.00
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
        WE WANT TO HEAR FROM YOU!


Visit survey.officedepot.com
and enter the survey code below
        1509 M857 W4YM
xxxxxxxxxxxxxxxxxxxxxxxxxxxx
```

# Office DEPOT
# OfficeMax

MILLBRAE - (650) 238-5476
02/22/2019  11:59 AM



22VTUXAP565Y6C6RH

SALE              979-2-3544-942988-19.2.2
941619  INK,EPSON,MULT
  3 @ 126.99              380.97
        **You Pay**        **380.97**SS
      Subtotal:            380.97
     Sales Tax:             33.33
        Total:             414.30
     Visa 2799:            414.30

AUTH CODE 03064G
TDS Chip Read
AID A0000000031010    CHASE VISA
TVR 0080008000
CVS No Signature Required

ANDRUS WAGSTAFF 1806548101
Congratulations! You've reached VIP
Rewards status. You'll now get 5% back
in rewards on ink, toner, paper, and
print/copy/ship services, plus a
special birthday offer. Visit
officedepot.com/rewards.

*Shop online at www.officedepot.com*
**********************************************
**WE WANT TO HEAR FROM YOU!**

**#157**

# Office DEPOT
## OfficeMax

MILLBRAE  (650) 238-5476
02/22/2019 11:46 AM

22VTUXAP565YYC6RH

| | | |
|---|---|---|
| SALE | 979-2-3541-942988-19,2,2 | |
| 941619 | INK,EPSON,MULT | 126.99 SS |
| 948119 | EASELPAD,RR,WHT | 49.99 SS |
| 209692 | BDR,ODP,VW,2", | |
| 12 @ 9.49 | | |
| | You Pay | 113.88 SS |
| 7300391 | BDR,OD,VW,6PK, | |
| 2 @ 18.99 | | 37.98 |
| | You Pay | 37.98 SS |
| 364372 | LABEL,5161 200 | 42.99 SS |
| 695747 | DIV,12TB,6/PK, | |
| 2 @ 44.99 | | 89.98 |
| | You Pay | 89.98 SS |
| 209809 | BDR,ODP,VW,3", | |
| 6 @ 10.99 | | 65.94 |
| | You Pay | 65.94 SS |
| 212464 | BDR,INP,VW,3", | |
| 4 @ 13.99 | | 55.96 |
| | You Pay | 55.96 SS |
| 873065 | PAPER,COPY,OD, | |
| 2 @ 30.49 | | 60.98 |
| Clearance | | -5.16 |
| | You Pay | 55.82 SS |
| 925631 | MRKR,FN,12PK | 12.49 SS |
| Instant Savings | | -2.50 |
| | You Pay | 9.99 SS |
| 418085 | JUICE,LMNDE,16 | 1.99 F |
| 354218 | EASEL,DUAL PUR | 99.99 SS |
| 1493371 | BB Stor/File L | 29.99 SS |
| 1402822 | nocket Std Ltr | |
| 4 @ 16.99 | | 67.96 |
| | You Pay | 67.96 SS |
| 9777432 | NOTES,SS,MIAMI | 17.99 SS |
| | Subtotal: | 867.44 |
| | Sales Tax: | 75.73 |
| | CA Bottle Deposit Fe | 0.05 |
| | Total: | 943.22 |
| | Visa 2799: | 943.22 |

AUTH CODE 00111G
TDS Chip Read
AID A0000000031010   CHASE VISA
TVR 0080008000
CVS No Signature Required

ANDRUS WAGSTAFF 1806548101
Congratulations! You've reached VIP
Rewards status. You'll now get 5% back
in rewards on ink, toner, paper, and
print/copy/ship services, plus a
special birthday offer. Visit
officedepot.com/rewards.
Total Savings
**$7.66**
************************************
WE WANT TO HEAR FROM YOU!

Visit survey.officedepot.com

#158

Hardeman
Jenni's Card



**Office DEPOT**
**OfficeMax**

SAN FRANCISCO - (415) 252-7611
03/03/2019  11:05 AM

2PVTYAUPQ4QX68M8H

SALE          6368-3-6924-935558-19.1.3
696747  DIV,12TB,5/PK,
5 @ 44.99              224.95
    **You Pay**        **224.95**SS
    Subtotal:          224.95
    Sales Tax:          19.12
      Total:           244.07
    Visa 2815:         244.07

AUTH CODE 08145G
TDS Chip Read
AID A0000000031010   CHASE VISA
TVR 0080008000
CVS No Signature Required

Shop online at www.officedepot.com
*********************************
WE WANT TO HEAR FROM YOU!

Visit survey.officedepot.com
and enter the survey code below:
M5DB YMF7 81WT
*********************************

OFFICE: 877.370.DEPS (3377) | EMAIL: DEPS@GOLKOW.COM

OFFICE: 877.370.DEPS (3377) | EMAIL: DEPS@GOLKOW.COM

#159 & #160

GOLKOW
TECHNOLOGIES

GOLKOW
TECHNOLOGIES

OFFICE: 877.370.DEPS (3377) | EMAIL: DEPS@GOLKOW.COM

# STAPLES

1700 Van Ness Ave
San Francisco, CA 94109
(415) 771-7030

SALE                1786877 6 003 6234G
                    0818 03 07/19 05:31

QTY SKU                        PRICE

        REWARDS NUMBER 8972150430
1   BIC WITE-OUT QUICK
    070330506022                    4.49
4   STPLS STAN VIEW BN
    718103216524     11.490ea      45.96
1   SHARPIE CHISEL TIP *
    071641382541                    4.99
1   SHARPIE CHISEL TIP *
    071641382541                    4.99
1   INDEX MAKER CLR 8T
    072782114374                   33.99
1   STPLS HD VIEW BIND
    718103199049                   14.49
SUBTOTAL                          108.91
    Standard Tax 8.5000%            9.26
TOTAL                           $118.17

CHASE VISA              USD$118.17
Card No.: XXXXXXXXXXXX6938 [C]
Chip Read
Auth No : 04179G
AID : A0000000031

---

## Office DEPOT
## OfficeMax

SAN FRANCISCO - (415) 252-7611
03/08/2019   8:01 AM

6368-3-8002-287431-19.2.2

SALE
990656    INDEX,MAKER,UN        33.99 SS
470187    INDEX MRKR,8TB        33.99 SS
          Subtotal:             67.98
          Sales Tax:             5.78
          Total:               73.76
          Visa 6938:           73.76

AUTH CODE 06708G
TDS Chip Read
AID A000000031010    CHASE VISA
TVR 000008000
CVS No Signature Required

Shop online at www.officedepot.com
and enter the survey code below:

## WE WANT TO HEAR FROM YOU!

Visit survey.officedepot.com
and enter the survey code below:
P6DD D6JY 63J9

#161





# STAPLES

1700 Van Ness Ave
San Francisco, CA 94109
(415) 771-7030

SALE          1786872 10 001 10050
              0818 03/05/19 03:43

QTY  SKU                        PRICE

1    INDEX MAKER CLR 8T
     072782114374                33.99
1    INDEX MAKER CLR 8T
     072782114374                33.99
1    INDEX MAKER CLR 8T
     072782114374                33.99
1    BINDER CLIP 8PK LA
     718103156745                 4.99
SUBTOTAL                        106.96
     Standard Tax 8.5000%          9.09
TOTAL                         $116.05

CHASE VISA               USD$116.05
Card No.: XXXXXXXXXXXX6938 [C]
Chip Read
Auth No.: 09138G
AID : A000000031010

VISA 6938

[#162]

Walmart

See back of receipt for your chance
to win $1000 ID #:ZN4THTD8J44

303-265-0754 Mgr:WILLIAM THRASHER
446 JOHNSTOWN DR
LONGMONT CO 80236
STR 04204 OPR 00055 TE#06 TR# 02274

BINDER          007717117970   7.47 X
BINDER          00709106292G   1.67 X
BINDER          00709106292G   1.67 X
BINDER          00709106292G   1.67 X
BINDER          00709106292G   1.67 X
BINDER          00709106292G   1.67 X

TAX 1   7.500 %                 1.18
                SUBTOTAL       16.95
                TOTAL          16.95
                VISA TEND      16.95

CHASE VISA ****  **** **** 2799 T 2
APPROVAL # 017516
REF # 905A02210109
TRANS ID = 905A59052456300
VALIDATION - OBF.E
PAYMENT JEWELER - DEBT.
AID A0000000031010
TC A5B96E55353558DG
TERMINAL # SC010069
#NO SIGNATURE REQUIRED
     02/21/19   CHANGE DUE      0.00

# ITEMS SOLD 6
TC# 5103  0091  3025  4964  7571

Low Prices You Can Trust. Every Day.
02/21/19              18:27:28
***CUSTOMER COPY***
Scan with Walmart app to save receipts

**# 163**

The UPS Store - #361
601 VAN NESS AVE
SUITE E
SAN FRANCISCO, CA 94102-3200
(415) 775-6644
******** O F F - L I N E ********

02/28/19   04:05 PM

We are the one stop for all your
shipping, postal and business needs

LiveScan Fingerprinting Available!
Ink & Digital Process

001 037000 (010)          T1 $ 447.50
8.5x11 Color Copies   QTY 895
Reg Unit Price    $    0.50

                SubTotal  $ 447.50
8.75% SALES TAX (T1)  $  39.16
                   Total  $ 486.66

         CHASE VISA  $ 486.66
ACCOUNT NUMBER *      ************8559
Appr Code: 01052D  (I) Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A000000031010
TVR: 0000008000
TSI: F800
AC: F658A95D136D03B3
ARC: 00

Receipt ID 8289135875712188O644 895 Items
H: PUNAM               Tran: 5626 Reg: 002

---

The UPS Store - #361
601 VAN NESS AVE
SUITE E
SAN FRANCISCO, CA 94102-3200
(415) 775-6644
******** O F F - L I N E ********

02/28/19   04:05 PM

We are the one stop for all your
shipping, postal and business needs

LiveScan Fingerprinting Available!
Ink & Digital Process

001 037000 (010)          T1 $ 447.50
8.5x11 Color Copies   QTY 895
Reg Unit Price    $    0.50

                SubTotal  $ 447.50
8.75% SALES TAX (T1)  $  39.16
                   Total  $ 486.66

         CHASE VISA  $ 486.66
ACCOUNT NUMBER *      ************8559
Appr Code: 01052D  (I) Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000031010
TVR: 0000008000
TSI: F800
AC: F658A95D136D03B3
ARC: 00

SAME

Receipt ID 8289135876712188O644 895 Items
CSH: PUNAM             Tran: 5626 Reg: 002

Visit us online for additional services:
theupsstorelocal.com/0361

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup



The UPS Store – #361
601 VAN NESS AVE
SUITE E
SAN FRANCISCO, CA 94102-3200
(415) 775-6644

03/01/19  11:06 AM

We are the one stop for all your
shipping, postal and business needs.

LiveScan Fingerprinting Available!
Ink & Digital Process

001 037000 (010)                    I1 $ 82.50
8.5x11 Color Copies  QTY:110
   Reg Unit Price    $ .75

                        SubTotal    $ 82.50
8.75% SALES TAX (I1)               $ 7.22
                         Total  $ 89.72

CHASE VISA          $ 89.72
                    ****************8559

ACCOUNT NUMBER *
Appr Code: 01111D  (1)  Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000031010
TVR: 0080008000
TSI: F800
AC: B8162AB0C9422F34
ARC: 00





March 03, 2019 19:54                              Page: 1
Receipt #: 4095341387
VISA #: XXXXXXXXXXXX8559
2019/03/03 19:52

| Qty | Description | Amount |
|-----|-------------|--------|
| 83 | PNG Color S/S 8.5x11 & 8.5x14 | 57.27 |

|  | SubTotal | 57.27 |
|--|----------|-------|
|  | Taxes | 4.88 |
|  | Total | 62.15 |

The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.

FedEx Office Print & Ship Centers

1967 Market Dr.
San Francisco,CA 94103
415-252-0864
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt



**FedEx Office.**

FedEx Office is your destination
for printing and shipping.

1967 MARKET ST
San Francisco, CA 94103
Tel: (415) 252-0864

3/3/2019                    3:19:44 PM PST
Team Member: Kenneth H.
Customer: Mary Dost

SALE

| | | |
|---|---|---|
| Differential Chart ( | Qty 1 | 149.88 |
| Matte Paper/SqFt | 12 @ | 7.4900 T |
| 001450 Reg. Price | 7.49 | |
| 36x48 Foam Mount | 1 @ | 60.0000 T |
| 000402 Reg. Price | 60.00 | |
| Price per piece | 149.88 | |
| Regular Total | 149.88 | |
| Discounts | 0.00 | |

| | |
|---|---|
| Sub-Total | 149.88 |
| Tax | 12.74 |
| Deposit | 0.00 |
| **Total** | **162.62** |

Visa (S)                          162.62
    Account: 8559
    Auth: 014910 (A)

Total Tender                      162.62
Change Due                          0.00

Total Discounts      0.00

# 167



**Office DEPOT**
**OfficeMax**

SAN FRANCISCO - (415) 252-7611
03/03/2019  5:06 PM

2PVT7AUP34QX58MCH

SALE                 6368-3-7030-935658-19.1.3
990656   INDEX,MAKER,UN
2 @ 33.99                          67.98
          You Pay              **67.98**SS
470187  INDEX MRKR,8TB           33.99 SS
7300391 BDR,OD,VW,6PK,           18.99 SS
724657  100% RECYCLABL            0.10 E
        Subtotal:               121.06
        Sales Tax:               10.28
          Total:                131.34
        Visa 8559:              131.34

AUTH CODE 0'6B5D
TDS Chip Read
AID A000000C031010   CHASE VISA
TVR 0000008C00
CVS No Signature Required


        Shop online at www.officedepot.com
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
        WE WANT TO HEAR FROM YOU!


     Visit survey.officedepot.com
     and enter the survey code below!
            V6DB YMF7 8558
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



```
         SAN FRANCISCO - (415) 831-1080
            03/04/2019  5:44 PM

              2PVT9UUP4RQY68REH


SALE               6498-2-5274-911964-19.1.3
5281241 TNR,BRT,TN227B         77.99 SS
3846278 TNR,BRT,TN223C         74.99 SS
470187  INDEX MRKR,8TB
   2 @ 33.99               67.98
         You Pay           67.98SS
968627  PPR 8.5X11 500
   2 @ 8.99                17.98
  Promotion                -5.98
         You Pay           12.00SS
5272995 TNR,BRT,TN223M         74.99 SS
9580755 TNR,BRT,TN223Y         74.99 SS
572398  REWARDS ENROLL     0.01
  Promotion                -0.01
         You Pay            0.00SS
          Subtotal:      382.94
         Sales Tax:       32.55
             Total:      415.49
         Visa 8559:      415.49

AUTH CODE 09031D
TDS Chip Read
AID A0000000031010    CHASE VISA
TVR 0000008000
CVS No Signature Required
_____
          kevin rowe 5705347762

          Total Savings:
             $5.99
**********************************
      WE WANT TO HEAR FROM YOU!


      Visit survey.officedepot.com
    and enter the survey code below:
           15DC 82BX YST2
**********************************
```

[# 169]

The UPS Store - #361
861 VAN NESS AVE
SUITE E
SAN FRANCISCO, CA 94102-3200
(415) 775-8044

03/15/19  12:37 PM

We are the one stop for all your
shipping, postal and business needs.

LiveScan Fingerprinting Available!
Ink & Digital Process

001 03B001 (003)              T1 $ 709.50
   8.5 X 11 Copies        QTY 946
   Reg Unit Price      $   0.75

                    Subtotal  $ 709.50
   8.75% SALES TAX (T1)  $  62.09
                       Total  $ 771.59

              CHASE VISA    $ 771.59
ACCOUNT NUMBER +        ************8559
Appr Code: 025459  (1) Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000031010
TVR: 0080008000
TSI: F800
ACI: B0EE8AFB75BDD4EB
ARC: 00

Receipt ID R0891056409470284423 946 Items
CSR: IVAN              Tran: 3751 Reg: 001

Visit us online for additional services.
theupsstorelocal.com/0361

**# 170**

$112.56

The UPS Store - #3351
601 VAN NESS AVE
SUITE E
SAN FRANCISCO, CA 94102-3200
(415) 775-6644

03/06/19   06:11 AM

We are the one stop for all your
shipping, postal and business needs!

*LiveScan Fingerprinting Available!
Ink & Digital Process

ID1 037000 (010)          11 $ 103.50
8.5x11 Color Copies  QTY 138
Reg Unit Price     $    0.75

                    SubTotal  $ 103.50
      8.75% SALES TAX (11) $   9.06
                      Total  $ 112.56

              CHASE VISA   $ 112.56
              **********6559

ACCOUNT NUMBER *
Acpt Code: 019420  (1): Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000031010
T/R: 0080000000
TSI: F800
AC: E2B1F09C0CE9AF2C
ARC: 00

Receipt ID 3835901790041803395 138 Items
CSH: EURO           Tran: 3476 Reg: 001

Visit us online for additional services:
theupsstorelocal.com/3361

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup

[#171]

```
        The UPS Store - #361
        601 VAN NESS AVE
             SUITE E
      SAN FRANCISCO, CA 94102-3200
           (415) 775-6644

         03/08/19  01:38 PM

     We are the one stop for all your
    shipping, postal and business needs.

      LiveScan Fingerprinting Available!
         Ink & Digital Process


  |||||||||||||||||||||||||||||||||||||||||||

  CON 030061 (003)          TI $  69.75
  8.5 X 11 Copies           QTY 89
  Reg Unit Price      $   0.75

                  Subtotal  $  69.75
     8.75% SALES TAX (T1)   $   5.84
                    Total $  72.59

              CHASE VISA    $  72.59
                  ************8559
  ACCOUNT NUMBER *
  Appr Code: 072680   (1)  Sale

  ENTRY METHOD: ChipRead
  MODE: Issuer
  AID: A0000000031010
  TVR: 0080008000
  TSI: F800
  AC: 969E3710F0822516
  ARC: 00




  Receipt ID 8309135814971188B490 089 Items
  CSH: IVAN         Tran: 3566 Reg: 001

  Visit us online for additional services:
      theupsstorelocal.com/0361

  Whatever your business and personal
  needs, we are here to serve ...
```

**#172**



March 15, 2019 10:45                          Page: 1
Receipt #: 5638119678
VISA #: XXXXXXXXXXXX8559
2019/03/15 10:32

| Qty | Description | Amount |
|-----|-------------|--------|
| 123 | PNG Color S/S 8.5x11 & 8.5x14 | 207.87 |
| 94  | PNG B&W S/S 8.5x11 & 8.5x14 | 18.80 |

|     | SubTotal | 226.67 |
|-----|----------|--------|
|     | Taxes    | 19.26  |
|     | Total    | 245.93 |

The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.

FedEx Office Print & Ship Centers

55 Cyril Magnin St
San Francisco,CA 94102
(415) 781-0171
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt

#173



March 15, 2019 10:45                          Page: 1
Receipt #: 5638119679
VISA #: XXXXXXXXXXXXX8559
2019/03/15 10:37

| Qty | Description | Amount |
|-----|-------------|--------|
| 55 | PNG B&W S/S 8.5x11 & 8.5x14 | 11.00 |
| 15 | PNG Color S/S 8.5x11 & 8.5x14 | 25.35 |
| 109 | PNG B&W S/S 8.5x11 & 8.5x14 | 21.80 |
| 25 | PNG Color S/S 8.5x11 & 8.5x14 | 42.25 |

|  | SubTotal | 100.40 |
|--|----------|--------|
|  | Taxes | 8.54 |
|  | Total | 108.94 |

The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.

FedEx Office Print & Ship Centers

55 Cyril Magnin St
San Francisco,CA 94102
(415) 781-0171
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt

**FedEx Office.**

March 15, 2019 10:45                                    Page: 1
Receipt #: 5638119680
VISA #: XXXXXXXXXXXX8559
2019/03/15 10:41

| Qty | Description | Amount |
|-----|-------------|--------|
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 3.38 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.40 |
| 6 | PNG Color S/S 8.5x11 & 8.5x14 | 10.14 |

|  | SubTotal | 13.92 |
|--|----------|-------|
|  | Taxes | 1.18 |
|  | Total | 15.10 |

The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.

FedEx Office Print & Ship Centers

55 Cyril Magnin St
San Francisco,CA 94102
(415) 781-0171
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt