# EXHIBIT 6

Volume 3

Pages 299 - 540

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

EDWARD HARDEMAN,                    )
                                    )
            Plaintiff,              )
                                    )
    VS.                             )    NO. C 16-00525 VC
                                    )
MONSANTO COMPANY,                   )
                                    )
            Defendant.              )
_____)

                        San Francisco, California
                        Monday, February 25, 2019

                **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:

                    ANDRUS WAGSTAFF PC
                    7171 W. Alaska Drive
                    Lakewood, Colorado  80226
              BY:   **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
                    **DAVID J. WOOL, ATTORNEY AT LAW**

                    MOORE LAW GROUP
                    1473 South 4th Street
                    Louisville, Kentucky  40208
              BY:   **JENNIFER MOORE, ATTORNEY AT LAW**


          **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

**# 249**

300

```
 1   APPEARANCES:   (CONTINUED)

 2   For Plaintiff:

 3                        AUDET & PARTNERS LLP
                          711 Van Ness Avenue - Suite 500
 4                        San Francisco, California  94102
                     BY:  MARK E. BURTON, ATTORNEY AT LAW
 5
     For Defendant:
 6
                          WILKINSON  WALSH ESKOVITZ LLP
 7                        2001 M Street, NW - 10th Floor
                          Washington, D.C.  20036
 8                   BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
                          RAKESH N. KILARU, ATTORNEY AT LAW
 9                        TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
                          JULIE RUBENSTEIN, ATTORNEY AT LAW
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

#249

301

1                          I N D E X

2     Monday, February 25, 2019 - Volume 3

3                                              <u>PAGE</u>   <u>VOL.</u>

4     Opening Statement by Ms. Wagstaff           318     3
      Opening Statement by Mr. Stekloff           371     3

5

6     <u>PLAINTIFF'S WITNESSES</u>                   <u>PAGE</u>   <u>VOL.</u>

7     <u>RITZ, DR. BEATE</u>

8     (SWORN)                                      406     3
      Direct Examination by Ms. Wagstaff          407     3

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# 249

Volume 4

Pages 541 - 783

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | |
|---|---|
| EDWARD HARDEMAN, | ) |
| | )    NO. C 16-00525 VC |
|      Plaintiff, | ) |
| | )    **PAGES 779 - 781** |
| | )      **FILED UNDER SEAL** |
|    VS. | )**BY ORDER OF THE COURT AND BOUND** |
| | )         **SEPARATELY** |
| MONSANTO COMPANY, | ) |
| | ) |
|      Defendant. | ) |
| _____ | ) |

San Francisco, California
Tuesday, February 26, 2019

### TRANSCRIPT OF PROCEEDINGS

**APPEARANCES:**

For Plaintiff:

           ANDRUS WAGSTAFF PC
           7171 W. Alaska Drive
           Lakewood, Colorado  80226
   BY: **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
         **DAVID J. WOOL, ATTORNEY AT LAW**

           MOORE LAW GROUP
           1473 South 4th Street
           Louisville, Kentucky  40208
   BY: **JENNIFER MOORE, ATTORNEY AT LAW**

       **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

```
 1   APPEARANCES:   (CONTINUED)

 2   For Plaintiff:

 3                       AUDET & PARTNERS LLP
                         711 Van Ness Avenue - Suite 500
 4                       San Francisco, California  94102
                    BY:  MARK E. BURTON, ATTORNEY AT LAW
 5
     For Defendant:
 6
 7                       WILKINSON  WALSH ESKOVITZ LLP
                         2001 M Street, NW - 10th Floor
 7                       Washington, D.C.  20036
 8                  BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
                         RAKESH N. KILARU, ATTORNEY AT LAW
 9                       TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
                         JULIE RUBENSTEIN, ATTORNEY AT LAW
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

#249

543

```
 1                          I N D E X

 2      Tuesday, February 26, 2019 - Volume 4

 3      PLAINTIFF'S WITNESSES                      PAGE   VOL.

 4      RITZ, DR. BEATE (RECALLED)
        (PREVIOUSLY SWORN)                          553    4
 5      Direct Examination resumed by Ms. Wagstaff  554    4
        Cross-Examination by Ms. Matthews Johnson   646    4
 6      Redirect Examination by Ms. Wagstaff        721    4

 7      GOLDSTEIN, DANIEL
        By Video Deposition (not reported)          732    4
 8
                            E X H I B I T S
 9
        TRIAL EXHIBITS                     IDEN   EVID   VOL.
10
        100                                        732    4
11
        1467                                       592    4
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

#250

Volume 8

Pages 1003 - 1201

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

EDWARD HARDEMAN,                )
                                )
            Plaintiff,          )
                                )
  VS.                           )     NO. C 16-00525 VC
                                )
MONSANTO COMPANY,               )
                                )
            Defendant.          )
_____)


                        San Francisco, California
                        Tuesday, March 5, 2019

                TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:
                    ANDRUS WAGSTAFF PC
                    7171 W. Alaska Drive
                    Lakewood, Colorado  80226
              BY:   AIMEE H. WAGSTAFF, ATTORNEY AT LAW
                    DAVID J. WOOL, ATTORNEY AT LAW

                    MOORE LAW GROUP
                    1473 South 4th Street
                    Louisville, Kentucky  40208
              BY:   JENNIFER MOORE, ATTORNEY AT LAW



          (APPEARANCES CONTINUED ON FOLLOWING PAGE)


REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

**#250**

1004

```
 1   APPEARANCES:   (CONTINUED)

 2   For Defendant:

 3                        WILKINSON   WALSH ESKOVITZ LLP
                          2001 M Street, NW - 10th Floor
 4                        Washington, D.C.  20036
                 BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
 5                    RAKESH N. KILARU, ATTORNEY AT LAW
                      TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
 6                    JULIE RUBENSTEIN, ATTORNEY AT LAW
                      CALI COPE-KASTEN, ATTORNEY AT LAW

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X

 2    Tuesday, March 5, 2019 - Volume 8

 3    PLAINTIFF'S WITNESSES                    PAGE    VOL.

 4    PORTIER, CHRISTOPHER
      By Video Testimony (not reported)       1007     8
 5
      HARDEMAN, EDWIN
 6    (SWORN)                                  1007     8
      Direct Examination by Ms. Moore         1008     8
 7
      WEISENBURGER, DENNIS
 8    (SWORN)                                  1048     8
      Direct Examination by Ms. Moore         1048     8
 9
                          E X H I B I T S
10
      TRIAL EXHIBITS                   IDEN    EVID    VOL.
11
      23                                       1025     8
12
      25                                       1026     8
13
      938                              1179             8
14
      940                                      1030     8
15
      940                                      1173     8
16
      941                                      1030     8
17
      942                                      1030     8
18
      943                                      1030     8
19
      944                                      1030     8
20
      945                                      1030     8
21
      946                                      1029     8
22
      949                              1174             8
23

24

25
```

#250

Volume 9

Pages 1202 - 1384

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

EDWARD HARDEMAN,                    )
                                    )
          Plaintiff,                )
                                    )
  VS.                               )    NO. C 16-00525 VC
                                    )
MONSANTO COMPANY,                   )
                                    )
          Defendant.                )
_____)

                         San Francisco, California
                         Wednesday, March 6, 2019

                  TRANSCRIPT OF PROCEEDINGS

**APPEARANCES**:

For Plaintiff:

                    ANDRUS WAGSTAFF PC
                    7171 W. Alaska Drive
                    Lakewood, Colorado  80226
               BY:  **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
                    **DAVID J. WOOL, ATTORNEY AT LAW**

                    MOORE LAW GROUP
                    1473 South 4th Street
                    Louisville, Kentucky  40208
               BY:  **JENNIFER MOORE, ATTORNEY AT LAW**


          **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

#250
1203

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:

 3                      WILKINSON  WALSH ESKOVITZ LLP
                        2001 M Street, NW - 10th Floor
 4                      Washington, D.C.  20036
                 BY:   BRIAN L. STEKLOFF, ATTORNEY AT LAW
 5                     RAKESH N. KILARU, ATTORNEY AT LAW
                       TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
 6                     JULIE RUBENSTEIN, ATTORNEY AT LAW
                       CALI COPE-KASTEN, ATTORNEY AT LAW
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

#250

1204

```
 1                        I N D E X

 2    Wednesday, March 6, 2019 - Volume 9

 3    PLAINTIFF'S WITNESSES                      PAGE   VOL.

 4    WEISENBURGER, DENNIS (RECALLED)            1205     9
      (PREVIOUSLY SWORN)
 5    Direct Examination resumed by Ms. Moore   1205     9
      Cross-Examination by Mr. Stekloff         1220     9
 6    Redirect Examination by Ms. Moore         1336     9
      Recross-Examination by Mr. Stekloff       1369     9
 7
      REEVES, WILLIAM
 8    By Video Testimony (not reported)         1374     9

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Volume 18

Pages 2305 - 2459

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

EDWARD HARDEMAN,                    )
                                    )
              Plaintiff,            )
                                    )
     VS.                            )    NO. C 16-00525 VC
                                    )
MONSANTO COMPANY,                   )
                                    )
              Defendant.            )
_____    )

                         San Francisco, California
                         Friday, March 22, 2019

               TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:
                    ANDRUS WAGSTAFF PC
                    7171 W. Alaska Drive
                    Lakewood, Colorado  80226
              BY:   AIMEE H. WAGSTAFF, ATTORNEY AT LAW
                    DAVID J. WOOL, ATTORNEY AT LAW

                    MOORE LAW GROUP
                    1473 South 4th Street
                    Louisville, Kentucky  40208
              BY:   JENNIFER MOORE, ATTORNEY AT LAW


          (APPEARANCES CONTINUED ON FOLLOWING PAGE)


REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

```
1    APPEARANCES:   (CONTINUED)

2    For Defendant:

3                        WILKINSON  WALSH ESKOVITZ LLP
                         2001 M Street, NW - 10th Floor
4                        Washington, D.C.  20036
                    BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
5                        RAKESH N. KILARU, ATTORNEY AT LAW
                         TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
6                        JULIE RUBENSTEIN, ATTORNEY AT LAW

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

<u>I N D E X</u>

2    Friday, March 22, 2019 - Volume 18

3    <u>PLAINTIFF'S WITNESSES</u>                          <u>PAGE</u>   <u>VOL.</u>

4    <u>FARMER, DONNA</u>
     By Video Testimony Resumed (not reported)        2334    18

5

     <u>NABHAN, CHADI</u>
6    (SWORN)                                           2344    18
     Direct Examination by Ms. Wagstaff               2345    18

7

     <u>HARDEMAN, EDWIN</u>
8    (SWORN)                                           2385    18
     Direct Examination by Ms. Moore                  2386    18

9    Cross-Examination by Mr. Stekloff                2409    18
     Redirect Examination by Ms. Moore                2423    18

10

     <u>HARDEMAN, MARY</u>
11   (SWORN)                                           2430    18
     Direct Examination by Ms. Moore                  2430    18

12

13

14

15

16

17

18

19

20

21

22

23

24

25



LODGING FOR DR. RITZ
FOR HARDEMAN TRIAL

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

Beate Ritz
1330 JOSEPHINE ST APT 8
DENVER, CO, 802062264
United States Of America

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 3512622 |
| Folio ID | : | A |
| Arrive Date | : | 24-FEB-19   19:33 |
| Depart Date | : | 26-FEB-19   07:33 |
| No. Of Guest | : | 1 |
| Room Number | : | 479 |
| Bonvoy Number | : | 1476 |

Invoice Nbr     :   812045

Tax Invoice

Tax ID :     13-4112265
Westin St. Fra  SFOUW  FEB-26-2019  07:40  KYMEJ717

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 24-FEB-19 | RT479 | Room Chrg - Premium Retail | 357.00 | |
| 24-FEB-19 | RT479 | CA Tourism Fee | 0.86 | |
| 24-FEB-19 | RT479 | SF Tourism Improvement | 8.03 | |
| 24-FEB-19 | RT479 | Occupancy Tax | 49.98 | |
| 25-FEB-19 | RT479 | Room Chrg - Premium Retail | 528.00 | |
| 25-FEB-19 | RT479 | CA Tourism Fee | 1.27 | |
| 25-FEB-19 | RT479 | SF Tourism Improvement | 11.88 | |
| 25-FEB-19 | RT479 | Occupancy Tax | 73.92 | |
| 26-FEB-19 | VI | Visa-4373 | | -1030.94 |

***For Authorization Purpose Only***
xxxxxx4373

| Date | Code | Authorized |
|---|---|---|
| 24-FEB-19 | 09052D | 856.8 |
| 25-FEB-19 | 02975D | 174.34 |

** Total                                1030.94          -1030.94

Continued on the next page

# 253

LODGING  DR. WEISENBURGER
HARDEMAN TRIAL

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

| | | |
|---|---|---|
| Dennis Weisenburger | Page Number | : 1 | Invoice Nbr | : 816290 |
| HARBOUR ST | Guest Number | : 3526088 |
| ELKHORN, NE, 68022 | Folio ID | : A |
| United States Of America | Arrive Date | : 05-MAR-19   16:15 |
| | Depart Date | : 06-MAR-19   11:00 |
| | No. Of Guest | : 1 |
| | Room Number | : 752 |
| | Marriott Bonvoy Number | : 4535 |

Tax Invoice

Tax ID :      13-4112265
Westin St. Fra SFOUW  MAR-06-2019  07:13  KYMEJ717

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 05-MAR-19 | 25285 | In Room Dining | 63.68 | |
| 05-MAR-19 | RT752 | Room Chrg - Standard Retail | 700.35 | |
| 05-MAR-19 | RT752 | County Tax | 1.68 | |
| 05-MAR-19 | RT752 | City/Local Tax | 15.76 | |
| 05-MAR-19 | RT752 | Occupancy/Tourism | 98.05 | |
| 06-MAR-19 | 25392 | In Room Dining | 40.54 | |
| 06-MAR-19 | VI | Visa-5224 | | -920.06 |

***For Authorization Purpose Only***
xxxxxx5224

| Date | Code | Authorized |
|---|---|---|
| 05-MAR-19 | 027286 | 840.42 |

Approve EMV Receipt for VI - 5224: no CVM
TC:FE6114A17F563931  TVR:0080008000
Application Label:CAPITAL ONE VISA

Continued on the next page





MEALS - DR. WEISENBURGER
HARDEMAN TRIAL

 **Delaware North**

**SF Giants**

Domestic Terminal 3
At Gate 83
San Francisco, CA 94128
Phone (650) 821-1195

Ontario International Airport
909-975-8008

| | |
|---|---|
| Tbl:0 | Ref:55511 |
| DENIS | Chk:55513 |
| Brandon | 3/3/2019 10:23 am |

| | |
|---|---|
| SAND_Roasted Turkey BLT | 12.00 |
| WTR_Nestle 16.9oz | 2.99 |

| | |
|---|---|
| SubTotal | 14.99 |
| State Tax | 1.20 |
| Total | 16.19 |
| VISA ************5224 | 16.19 |
| Amount Paid | 16.19 |

Tell us about your experience by
visiting DelawareNorthListens.com.

---

3/6/2019                          3:21:31 PM
Order Id: AAA9BHJJANCQ
Table 43
Employee: Tassanee

| | |
|---|---|
| 1 OMISSION PALE ALE | $6.00 |
| 1 CLAM CHOWDER | $8.25 |
| EE Employee Benefit | $0.29 |
| Sub Total | $14.54 |
| Sales Tax | $1.27 |
| Order Total | $15.81 |

**Balance Due**                   **$15.81**

Have A Great Flight
HOW DID WE DO?
Go To www.tastesonthefly.com
For A Complimentary Item!

---

**SF Giants**

Domestic Terminal 3
At Gate 83
San Francisco, CA 94128
Phone (650) 821-1195

2:59:27 PM

3/6/2019
Order Id: AAA9BHJJANCQ
Table 43:1:1
Employee: Tassanee

Visa
************5224
Approval 093840

Amount:            $15.81

+ Tip:            4, -

= Total: $ 19.81

I agree to pay above
total amount according
to card issuer agreement

X

Customer Copy

DR. WEISENBURGER
DAUBERT HRG
2/10 - 2/11/2019

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

Dennis Weisenburger
7171 W. Alaska Dr.
Lakewood, CO, 80226
United States Of America

| | | | |
|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr   :   805210 |
| Guest Number | : | 3505595 | |
| Folio ID | : | A | |
| Arrive Date | : | 10-FEB-19 | 17:35 |
| Depart Date | : | 11-FEB-19 | 11:00 |
| No. Of Guest | : | 1 | |
| Room Number | : | 3095 | |
| Club Account | : | SPG - S1476 | |

Information Invoice

Tax ID :      13-4112265
Westin St. Fra SFOUW  FEB-11-2019  08:16  KYMEJ717

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 10-FEB-19 | RT3095 | Room Chrg - Standard Retail | 371.00 | |
| 10-FEB-19 | RT3095 | CA Tourism Fee | 0.89 | |
| 10-FEB-19 | RT3095 | SF Tourism Improvement | 8.35 | |
| 10-FEB-19 | RT3095 | Occupancy Tax | 51.94 | |
| 11-FEB-19 | 51546 | Caruso | 7.05 | |
| 11-FEB-19 | 22025 | In Room Dining | 44.05 | |
| FEB-11-2019 | VI | Visa | | -483.28 |

**    ** Total | 483.28 | -483.28 |
*** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

+ 5.71 (RECEIPT ON #263)

0•        C

5•71   +
483•28   +
488•99   *

0•        C

*#256*

*DR. NABHAN LODGING*
*HARDEMAN TRIAL*

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

KATHRYN FORGIE

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 3536125 |
| Folio ID | : | A |
| Arrive Date | : | 21-MAR-19  22:10 |
| Depart Date | : | 22-MAR-19  11:00 |
| No. Of Guest | : | 1 |
| Room Number | : | 983 |
| Marriott Bonvoy Number : | 8324 |

Invoice Nbr  :  824001

Information Invoice

Tax ID :    13-4112265
Westin St. Fra SFOUW  MAR-22-2019  03:51  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 21-MAR-19 | 27570 | In Room Dining | 41.45 | |
| 21-MAR-19 | RT983 | Room Chrg - Senior Discount | 266.90 | |
| 21-MAR-19 | RT983 | County Tax | 0.64 | |
| 21-MAR-19 | RT983 | City/Local Tax | 6.01 | |
| 21-MAR-19 | RT983 | Occupancy/Tourism | 37.37 | |
| MAR-22-2019 | VI | Visa | | -352.37 |

Approve EMV Receipt for VI - 5596: no CVM
TC:95270668A2FFED11  TVR:0080008000
Application Label:CHASE VISA

| | | |
|---|---|---|
| ** Total | 352.37 | -352.37 |
| *** Balance | -0.00 | |

Continued on the next page

**#256**

Julie Wolf <julie.wolf@andruswagstaff.com>

---

# Fwd: Your Westin St. Francis Hotel guest folio
1 message

**Kathryn Forgie** <kathryn.forgie@andruswagstaff.com>            Fri, Mar 22, 2019 at 5:58 AM
To: Julie Wolf <julie.wolf@andruswagstaff.com>

Hardeman - Dr Nabhan

---------- Forwarded message ---------
From: <TheWestinStFrancis@starwoodhotels.com>
Date: Fri, Mar 22, 2019 at 3:51 AM
Subject: Your Westin St. Francis Hotel guest folio
To: <KATHRYN.FORGIE@andruswagstaff.com>

Bring the Westin experience home with you. Visit our official retail store, WestinStore.com for all of
your favorite Westin Heavenly Bed, bedding and White Tea products.

--

**Kathryn M. Forgie, Esq. | Attorney at Law | *Andrus Wagstaff, PC***
***Licensed and Practicing in California***
7171 West Alaska Drive| Lakewood, Colorado 80226
Direct - (303) 376-6360| kathryn.forgie@AndrusWagstaff.com
www.AndrusWagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected
by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this
transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to
this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete
the original transmission.

📄 **Folio-A-Attachment.pdf**
    132K

## Fwd: travel reimbursement Feb trial in SF

1 message

DR RITZ

**Kellie Johnson** <kellie.johnson@andruswagstaff.com>                    Mon, Mar 11, 2019 at 8:40 AM
To: Julie Wolf <julie.wolf@andruswagstaff.com>
Cc: Kathryn Forgie <kathryn.forgie@andruswagstaff.com>, Kevin Rowe <kevin.rowe@andruswagstaff.com>

Hi Julie,

Attached are Dr. Ritz's receipts for reimbursement along with payment instructions below.

This was for the Hardeman case. Dr. Ritz is a general expert. So I don't know how Aimee wants to process the billing - whether it's through Hardeman, or CB. Will you confirm with her please?

Thanks!

$60.00 LYFT RIDE
(2-$30)
HARDEMAN TRIAL

---------- Forwarded message ---------
From: **Beate Ritz** <britz@ucla.edu>
Date: Sun, Mar 10, 2019 at 8:14 PM
Subject: travel reimbursement Feb trial in SF
To: Kellie Johnson <kellie.johnson@andruswagstaff.com>, Kevin Rowe <kevin.rowe@andruswagstaff.com>
Cc: Kathryn Forgie <kathryn.forgie@andruswagstaff.com>

Dear Kellie and Kevin

please see attached the documents you may need to reimburse me for my travel expenses to come to SF for the Hardeman trial:

Hotel: $1030.98 ✓

Airfare: $149.72 ✓

Cancelled flight (rebooking to come a week early to SF): $122.60 ✓

Lyft ride from and to SFO ~$30 each way (let me know whether I need to retrieve the receipts. thanks)
60.00

```
                                                        0•    0•
                                                       60•    +
                                                     149•72   +
                                                     122•6    +
                                                     332•32   *

                                                        0•    C
```

Beate Ritz MD, PhD

Professor of Epidemiology

Center for Occupational and Environmental Health

**#258**

Flight overview



$149.72

2/24 - 2/26/19

**Travel dates**
2/24/2019

**Itinerary #**
7411462153940

DR. RITZ FLIGHT — HARDEMAN TRIAL

**Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.**

**Confirmation**
E5D5TK (United)

**Ticket #**
0167248756554 (BEATE R RITZ)

Change or cancel this reservation

**You still have time to protect your trip.**

Protect My Trip

Expires 24 hours after confirmation of flight booking

**Departure** Sun, Feb 24

United 5202 operated by /SKYWEST DBA UNITED EXPRESS

**Los Angeles (LAX)**          →  **San Francisco (SFO)**
9:00am                            10:40am
**Terminal:** 7                   **Terminal:** 3

**Fare type:** Basic Economy
**Cabin:** Economy / Coach (N)
1h 40m duration

**#258**

1h 25m duration

**Total duration**

1h 25m

## Traveler(s)

BEATE R RITZ
No frequent flyer details provided

Update traveler details and make special requests. Please confirm all requests with your airline.

## Price summary

Flight 1: LAX to SFO
Traveler 1: Adult $74.30
Flight $55.81
Taxes & Fees $18.49
Expedia Booking Fee $1.12
Flight 2: SFO to LAX
Traveler 1: Adult $74.30
Flight $55.81
Taxes & Fees $18.49
**Total $149.72**
All prices are quoted in **USD**.

## Additional information

**# 258**

**Total duration**

1h 40m

## Flight overview



Travel dates
2/26/2019

Itinerary #
7411462153940

**Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.**

**Confirmation**
KYIQEP (Alaska Airlines)

**Ticket #**
0277248756550 (BEATE R RITZ)

Change or cancel this reservation

**Return** Tue, Feb 26

Alaska Airlines 1938

**San Francisco (SFO)**          →          **Los Angeles (LAX)**
7:00pm                                          8:25pm
                                               **Terminal:** 6

**Fare type:** Basic Economy
**Cabin:** Economy / Coach (X)

**#259**

Flight overview

$122.60

FLIGHT - DR. RITZ
HARDEMAN TRIAL

**Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.**

CANCELLED FLIGHT
RESCHEDULED TO A
WEEK EARLIER TO
TESTIFY

**Travel dates**
Mar 3, 2019 - Mar 5, 2019

**Itinerary #**
7410946851073

**Confirmation**
DBIPAX (Alaska Airlines)

**Ticket #**
0277247911858 (BEATE R RITZ)

Change or cancel this reservation

**You still have time to protect your trip.**

Protect My Trip

Expires 24 hours after confirmation of flight booking

**Departure** Sun, Mar 3

Alaska Airlines 1935

**Los Angeles (LAX)**
8:30am
**Terminal:** 6

→

**San Francisco (SFO)**
10:00am

**Fare type:** Basic Economy
**Cabin:** Economy / Coach (X)
1h 30m duration

**Total duration**

1h 30m

**# 259**

⊗**Return** Tue, Mar 5

Alaska Airlines 1938

**San Francisco (SFO)**      →      Los Angeles (LAX)
7:00pm                                      8:25pm
                                               **Terminal:** 6

**Fare type:** Basic Economy
**Cabin:** Economy / Coach (X)
1h 25m duration

**Total duration**

1h 25m

Traveler(s)

BEATE R RITZ
United Mileage Plus JKM27530

Update traveler details and make special requests. Please confirm all requests with your airline.

Price summary

Expedia Rewards

28 points
for this trip

Traveler 1: Adult $122.60
Flight $87.44
Taxes & Fees $35.16

**Total $122.60**
All prices are quoted in **USD**.

PORTIER FLIGHT
DAUBERT HRG

#2(d)

## INVOICE

**CJP Consulting LLC**

Regarding:

***Bill to:***
Glyphosate/Roundup Litigation
Attn: Robin Greenwald, Esq.
Weitz & Luxenberg P.C.
700 Broadway, 5th Floor
New York, NY. 10003
Phone:212-558-5685
Fax: 212-344-5461
Email: RGreenwald@weitzlux.com

Invoice Date: 2/26/2018
Invoice #: 18007

| Quantity | Date | Unit | Description | Rate | Amount Due |
|---|---|---|---|---|---|
| 48.5 | Various dates | hr | Prepare for deposition, review deposition, draft supplemental report, Deposition in London (individual daily activities on Page 2) | $450.00 | $21,825.00 |
| 8 | Travel time | hr | Travel time to (1/10/18) and from (1/11/18) deposition | $225.00 | $2,137.50 |
| 1 | Airline Ticket | ea | Swiss Airlines Flt to London (1/10/18 to 1/11/18) | $400.66 | $400.66 |
| 2 | Train Ticket | ea | Heathrow Express in and out of London | £25.00 | $69.84* |
| 1 | Airline Ticket | ea | Zurich to San Francisco for Daubert Hearing (3-15 March, 2018) | 6,145.00 CHF | $6,462.59ᵃ |
| 1 | Hotel | Ea | Marriott Hotel, London | £762.00 | $1,034.56ᵃ |
| *- charges in US dollars calculated from exchange rate of 2/26/18 of $1.40 per £1.00; a – charge in dollars to credit card | | | | | |
| | | | | Total Invoice | $31,930.15 |

***Reimbursement Information:***

Name:     CJP Consulting LLC
Address   4224 Midvale Ave N, Seattle, WA 98103
Phone     206-395-3308

Bank: Wells Fargo Bank N.A.
         999 3RD Ave
         Seattle, WA 98104 USA
         Phone: +1-800-869-3557
Bank US Routing Number: 1250008547
Bank Account Number: 8464709479
Swift:  WFBIUS6S

Signature:

| Quantity | Date | Units | Description | Rate | Charge |
|---|---|---|---|---|---|

LH 260

**From:** Delta Air Lines DeltaAirLines@e.delta.com
**Subject:** Your Flight Receipt - CHRISTOPHER JUDE PORTIER 03MAR18
**Date:** February 2, 2018 at 12:25 PM
**To:** cportier@mac.com





### Hello, CHRISTOPHER JUDE

**Your Trip Confirmation #: HIUC64**          MANAGE MY TRIP >

| Sat, 03MAR | DEPART | ARRIVE |
|---|---|---|
| DELTA 408<br>Delta One® (I) | ZURICH, SWITZERLAND<br>9:45am | NYC-KENNEDY<br>1:12pm |
| DELTA 425<br>Delta One® (I) | NYC-KENNEDY<br>4:55pm | SAN FRANCISCO, CA<br>8:51pm |
| Thu, 15MAR | DEPART | ARRIVE |
| DELTA 401<br>Delta One® (I) | SAN FRANCISCO, CA<br>8:30am | NYC-KENNEDY<br>5:11pm |
| DELTA 407<br>Delta One® (I) | NYC-KENNEDY<br>5:59pm | ZURICH, SWITZERLAND<br>7:00am<br>**Fri 16MAR |

**Arrival date is different than departure date.

#### AUTOMATIC CHECK-IN NOW AVAILABLE

We've added Automatic Check-In to the Fly Delta app to save you time and hassle. This means if you're traveling in the United States, Puerto Rico or the U.S Virgin Islands, we'll automatically check you in 24 hours prior to your scheduled departure. Just open the app and you'll be on your way. Don't have the app? Click here to download. Learn more about automatic check-in.

#### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

**#260**

## Passenger Info

**NAME**
CHRISTOPHER JUDE PORTIER
SkyMiles #*******074
Diamond

| FLIGHT | SEAT |
|--------|------|
| DELTA 408 | 01D |
| DELTA 425 | 01B |
| DELTA 401 | 07A |
| DELTA 407 | 01A |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062311394987

Place of Issue: Delta.com

Ticket Issue Date: 02FEB18

Ticket Expiration Date: 02FEB19

### METHOD OF PAYMENT

AX***********6006                                            **CHF5985.00 CHF**

### ECREDITS APPLIED

| | |
|---|---|
| eCredits Number | 0060544536580 |
| Passenger Name | CHRISTOPHER JUDE PORTIER |
| Amount Applied | 160.00 CHF |
| Applied to Ticket Number | 0062311394987 |

### CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | CHF5417.00 CHF |
| Carrier-imposed International Surcharge (YR) | CHF626.00 CHF |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | CHF11.00 CHF |
| Switzerland - Airport Passenger Security & Noise Charge (CH) | CHF35.00 CHF |
| United States - Transportation Tax (US) | CHF35.00 CHF |
| United States - Animal and Plant Health Inspection Service Fee (APHIS User Fee - Passengers) (XA) | CHF4.00 CHF |
| United States - Passenger Facility Charge (XF) | CHF4.50 CHF |

\#260

| | |
|---|---|
| United States - Immigration and Naturalization Fee(Immigration User Fee) (XY) | CHF7.00 CHF |
| United States - Custom User Fee (YC) | CHF5.50 CHF |

**TICKET AMOUNT** CHF6145.00 CHF

Fare Difference - CHF5257.00 CHF

Taxes, Fees & Charges - CHF728.00 CHF

Service Charge - CHF0.00 CHF

**Total Charged - CHF5985.00 CHF**

REF WITH FEE/CHG FEE APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ZRH DL X/NYC DL SFO M2688.96I4LSSW DL X/NYC DL ZRH Q118.39M2688.96I4LSSW NUC5496.31END ROE0.985509 XF JFK4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

Sat 03 Mar 2018          DELTA: ZRH ▶ JFK

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE | FREE |

Sat 03 Mar 2018          DELTA: JFK ▶ SFO

| CARRY ON | FIRST | SECOND |
|---|---|---|
| INCLUDED | INCLUDED | INCLUDED |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

Thu 15 Mar 2018          DELTA: SFO ▶ JFK

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE | FREE |

Thu 15 Mar 2018          DELTA: JFK ▶ ZRH

| CARRY ON | FIRST | SECOND |
|---|---|---|

**#261** *(handwritten)*

**Weisenburger, Dennis**

| | |
|---|---|
| From: | United Airlines, Inc. <unitedairlines@united.com> |
| Sent: | Tuesday, March 05, 2019 5:49 PM |
| To: | Weisenburger, Dennis |
| Subject: | eTicket Itinerary and Receipt for Confirmation FMBZ8Q |

*(handwritten, right margin:)* FLIGHT - DR. WEISENBURGER HARDEMAN TRIAL

[Attention: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.]

*(handwritten numbers, right side:)*
212
16.19
19.81
587.60
920.06
52.60
$1596.26
travel

**Receipt for confirmation number FMBZ8Q**

☒ United logo link to home page

## Confirmation: FMBZ8Q

Check-In >

## Issue Date: February 20, 2019

## TRAVELER INFORMATION

| Traveler | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| WEISENBURGER/DENNISD | 0162441903861 | UA-XXXXX261 | ---/--- |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 03MAR19 | UA5186 | Q | ONTARIO, CA (ONT) 9:45 AM | SAN FRANCISCO, CA (SFO) 11:20 AM | | |
| Wed, 06MAR19 | UA5425 | Q | SAN FRANCISCO, CA (SFO) 5:30 PM | ONTARIO, CA (ONT) 7:01 PM | CRJ-200 | |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

## FARE INFORMATION

**Fare Breakdown**

- Airfare:

Form of Payment:
MISC DOCUMENT

424.18

USD

1

[#261]

- U.S. Transportation Tax:

  31.82

587.60 =
FLIGHT
DR. WEISENBURGER
HARDEMAN TRIAL

- September 11th Security Fee:

  11.2

- U.S. Flight Segment Tax:

  8.4

- Per Person Total:

  484.60

  USD

- eTicket Total:

  484.60

  USD

Total = $587.60

The airfare you paid on this itinerary totals: 424.18 USD

The taxes, fees, and surcharges paid total: 51.42 USD

Fare Rules:   Additional charges may apply for changes in addition to any fare rules listed.

Additional
Charges:

Wed., Feb. 20, 2019/Visa 5674 was charged 19 USD for the SST / EDD 01629292657775
19.00 USD for: Economy Plus Seat

Wed., Feb. 20, 2019/Visa 5674 was charged 9 USD for the SST / EDD 01629292657786
9.00 USD for: Preferred Zone Assignment

Tue., Mar. 5, 2019/Visa 3652 was charged 75 USD for the Merchandising/Reservations
eSST/SST / EDD 01629207255583
75.00 USD for: Same Day Change Fee

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Maximum weight and dimensions per piece of baggage Max wt / dim per piece |
|---|---|---|---|
| | | | |

#262

**Weisenburger, Dennis**

| | |
|---|---|
| **From:** | national taxi cab via Square <receipts@messaging.squareup.com> |
| **Sent:** | Sunday, March 03, 2019 4:05 PM |
| **To:** | Weisenburger, Dennis |
| **Subject:** | Receipt from national taxi cab |

TAXI – DR. WEISENBERGER
HARDEMAN TRIAL

[Attention: This email came from an external source. Do not open attachments or click on links from

unknown senders or unexpected emails.]

Square automatically sends receipts to
the email address you used at any
Square seller. Learn more



$52.60

Custom Amount                    $52.60

1

#262

Total                    $52.60

PG 2

national taxi cab

Last Location

415-623-4301

Visa 5224 (Swipe)              Mar 3

DENNIS WEISENBURGER          2019
                              at 4:04
                              PM

                              #EJIG
                              Auth
                              code:
                              020822

© 2019 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy   Not your receipt?
Manage preferences  for digital receipts



**#263**

Gonzales, Valerie

| | |
|---|---|
| **From:** | Weisenburger, Dennis |
| **Sent:** | Sunday, February 10, 2019 6:00 PM |
| **To:** | Gonzales, Valerie |
| **Subject:** | Fwd: Receipt from Myo Taxi Cab |

Print

*DR. WEISENBURGER*
*TRAVEL DAUBERT HRG*
*2/10 - 2/11/2019*

*total*
*$1,211.41*

Sent from my iPad

Begin forwarded message:

**From:** Myo Taxi Cab via Square <receipts@messaging.squareup.com>
**Date:** February 10, 2019 at 12:16:35 PM PST
**To:** <dweisenburger@coh.org>
**Subject: Receipt from Myo Taxi Cab**
**Reply-To:** Myo Taxi Cab via Square
<CAESOhIAGixyX21memd3c2R6Z2p2eG0yc2JrdXp0cXMzZGpyenZtd
bG9ndWUiIAkqjZpxIOZNHCqyjMPOerD6ggoyKp0u/jR/Ix3BhWms@r

[Attention: This email came from an external source. Do not open ᵃ
from unknown senders or unexpected emaᵃ

Delaware North
Travel Hospitality Services
Ontario International Airport
909-975-8008

Square automatically sends receipts to the email
ress you used at any Square seller. Learn more

| | | |
|---|---|---|
| Tbl:0 | | Ref:53023 |
| **DENNIS** | | Chk:53023 |
| Miriam | | 2/10/2019 8:24 am |
| Flavord Latte 16oz | | 5.30 |
| **SubTotal** | | 5.30 |
| State Tax | | 0.41 |
| **Total** | | 5.71 |
| **Cash** | | 20.00 |
| **Amount Paid** | | 20.00 |
| Change | | 14.29 |

Tell us about your experience by

Myo Taxi Cab

How was your experience?

**$59.82**

1

| | |
|---|---|
| Custom Amount | $49.85 |
| Purchase Subtotal | $49.85 |
| Tip | $9.97 |
| Total | **$59.82** |



Visa 5224 (Chip)

DENNIS WEISENBURGER

Feb 10
2019
at
12:16
PM
#kHy2
Auth
code:
061524

AID: A0000000031010

Signature Verified

© 2019 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy · Not your receipt?
Manage preferences  for digital receipts



**#264**

**Weisenburger, Dennis**

| | |
|---|---|
| **From:** | United Airlines, Inc. <unitedairlines@united.com> |
| **Sent:** | Thursday, January 24, 2019 10:03 AM |
| **To:** | Weisenburger, Dennis |
| **Subject:** | Your United reservation for San Francisco, CA, US (SFO) is processing |

[Attention: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.]

Add UnitedAirlines@news.united.com to your address book. See instructions.

Thursday,
January
24, 2019

# Thank you for choosing United



We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

Confirmation number:

Ontario, CA, US (ONT)
to San Francisco, CA, US (SFO)

# AR5342

Manage

## New purchase summary

| | |
|---|---|
| New trip | |
| 1 senior (65+) | $662.60 |
| Taxes and fees | $0.00 |
| Original trip | - $662.60 |
| Change fee | Waived |
| **Total due** | **$0.00** |

1

# Trip summary

Sun, Feb 10, 2019

 UA 5186 Operated By Skywest Airlines dba United Express    Nonstop

**9:45 am**
Ontario, CA, US (ONT)

**11:20 am**
San Francisco, CA, US (SFO)

Duration: 1h 35m
United Economy (S)

Mon, Feb 11, 2019

 UA 2419    Nonstop

**10:30 pm**
San Francisco, CA, US (SFO)

**11:57 pm**
Ontario, CA, US (ONT)

Duration: 1h 27m
United Economy (M)

 Wi-Fi

# Travelers

| DENNIS WEISENBURGER | ONT to SFO | 07B | Frequent flyer: | UA-*****261 |
| | | | Email address: | DWEISENBURGER@COH.ORG |
| | | | Phone number: | 16265940091 |
| | SFO to ONT | 27D | | |





# Additional trip planning tools

- Baggage Policies: View current baggage acceptance allowances.

Kevin Rowe <kevin.rowe@andruswagstaff.com>

## eTicket Itinerary and Receipt for Confirmation AQM4FH
1 message

**United Airlines, Inc.** <unitedairlines@united.com>      Wed, Feb 27, 2019 at 12:28 AM
To: KEVIN.ROWE@andruswagstaff.com

*Nabhan flight for Hardeman Trial $574.30 (CANCELLED STILL CHARGED)*

**Receipt for confirmation number AQM4FH**

# UNITED

A STAR ALLIANCE MEMBER

United logo link to home page

## Issue Date: February 27, 2019

## Confirmation: AQM4FH

## TRAVELER INFORMATION

| Traveler | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| NABHAN/CHADI | 0162440756401 | UA-XXXXX759 Premier 1K / *G | 3A |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 10MAR19 | UA761 | D | CHICAGO, IL (ORD - O'HARE) 8:15 AM | SAN FRANCISCO, CA (SFO) 10:54 AM | 777-200 | Breakfast |

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 520.93US | Form of Payment: |
| U.S. Transportation Tax: | 39.07 | VISA |
| September 11th Security Fee: | 5.6 | Last Four Digits 2799 |
| U.S. Flight Segment Tax: | 4.2 | |
| U.S. Passenger Facility Charge: | 4.5 | |
| Per Person Total: | 574.30US | |
| | | |
| eTicket Total: | 574.30US | |

The airfare you paid on this itinerary totals: 520.93 USD

The taxes, fees, and surcharges paid total: 53.37 USD

Fare Rules:      Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

[#216]

Kevin Rowe <kevin.rowe@andruswagstaff.com>

## eTicket Itinerary and Receipt for Confirmation AQQSYW
1 message

**United Airlines, Inc.** <unitedairlines@united.com>                    Wed, Feb 27, 2019 at 12:32 AM
To: KEVIN.ROWE@andruswagstaff.com

*Nabhan flight for*
*Hardeman Trial*
*$208.30*

### Receipt for confirmation number AQQSYW

**UNITED**  | A STAR ALLIANCE MEMBER ✶

United logo link to home page

## Issue Date: February 27, 2019

### Confirmation: AQQSYW

## TRAVELER INFORMATION

| Traveler | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| NABHAN/CHADI | 0162440756549 | UA-XXXXX759 Premier 1K / *G | 3A |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Wed, 13MAR19 | UA229 | P | SAN FRANCISCO, CA (SFO) **5:00 PM** | LOS ANGELES, CA (LAX) **6:44 PM** | 737-800 | |

## FARE INFORMATION

**Fare Breakdown**

| | | Form of Payment: |
|---|---|---|
| Airfare: | 180.47US | VISA |
| U.S. Transportation Tax: | 13.53 | Last Four Digits 2799 |
| September 11th Security Fee: | 5.6 | |
| U.S. Flight Segment Tax: | 4.2 | |
| U.S. Passenger Facility Charge: | 4.5 | |
| Per Person Total: | 208.30US | |
| | | |
| eTicket Total: | 208.30US | |

The airfare you paid on this itinerary totals: 180.47 USD

The taxes, fees, and surcharges paid total: 27.83 USD

Fare Rules:       Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

4/3/2019                    Andrus Wagstaff, PC Mail - eTicket Itinerary and Receipt for Confirmation AQM4FH

**#267**

                                    Kevin Rowe <kevin.rowe@andruswagstaff.com>

*Nabhan Flight for Hardeman trial*

## eTicket Itinerary and Receipt for Confirmation AQM4FH
1 message

**United Airlines, Inc. <unitedairlines@united.com>**                    Sat, Mar 2, 2019 at 10:59 AM
To: KEVIN.ROWE@andruswagstaff.com

### Receipt for confirmation number AQM4FH

*$200 Change Fee*

**U N I T E D.**  | A STAR ALLIANCE MEMBER ✦     United logo link to home page

### Issue Date: March 02, 2019

### Confirmation: AQM4FH

---

## TRAVELER INFORMATION

| Traveler | eTicket Number | Frequent FlyerNumber | Seats |
|----------|----------------|----------------------|-------|
| NABHAN/CHADI | 0162441312778 | UA-XXXXX759 Premier 1K / *G | 2B |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|-----------|--------|-------|-------------------------|-----------------------|----------|------|
| Wed, 13MAR19 | UA761 | Z | CHICAGO, IL (ORD - O'HARE) 8:15 AM | SAN FRANCISCO, CA (SFO) 10:54 AM | 777-200 | Breakfast |

## FARE INFORMATION

**Fare Breakdown**

| | | Form of Payment: MISC DOCUMENT |
|---|---|---|
| Airfare: | 481.86US | |
| U.S. Transportation Tax: | 36.14 | |
| September 11th Security Fee: | 5.6 | |
| U.S. Flight Segment Tax: | 4.2 | |
| U.S. Passenger Facility Charge: | 4.5 | |
| Per Person Total: | 532.30US | |
| eTicket Total: | 532.30US | |

The airfare you paid on this itinerary totals 481.86 USD

The taxes, fees, and surcharges paid total 50.44 USD

Fare Rules: ·        Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

| Additional Charges: | Sat., Mar. 2, 2019/Visa 2799 was charged 200 USD for the Merchandising/Reservations eSST/SST / EDD 01615034187550 |
|---|---|
| | 200.00 USD for: Change Fee |

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Maximum weight and dimensions per piece of baggage Max wt / dim per piece |
|---|---|---|---|
| 3/13/2019 Chicago, IL (ORD - O'Hare) to San Francisco, CA (SFO) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

### MileagePlus Accrual Details

| NABHAN/CHADI | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
| 3/13/2019 | 761 | Chicago, IL (ORD - O'Hare)-San Francisco, CA (SFO) | 5302 | 3692 | 1.5 | 482 |
| | | | Award Miles | PQM | PQS | PQD |
| Chadi's MileagePlus Accrual totals: | | | 5302 | 3692 | 1.5 | 482 |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

- PQD are a Premier status requirement for members in the U.S. only.

- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

Julie Wolf <julie.wolf@andruswagstaff.com>

---

## Fwd: eTicket Itinerary and Receipt for Confirmation E76BDH

1 message

**Kevin Rowe** <kevin.rowe@andruswagstaff.com>      Thu, May 16, 2019 at 3:14 PM
To: Julie Wolf <julie.wolf@andruswagstaff.com>

DR. NABHAN FLIGHT
HARDEMAN TRIAL
TESTIFY

--
Kevin Rowe
*Senior Paralegal*
**Andrus Wagstaff, PC**
7171 West Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-6361

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---------- Forwarded message ---------
From: **United Airlines, Inc.** <unitedairlines@united.com>
Date: **Wed, Mar 20, 2019 at 11:27 AM**
Subject: eTicket Itinerary and Receipt for Confirmation E76BDH
To: <KEVIN.ROWE@andruswagstaff.com>

### Receipt for confirmation number E76BDH



A STAR ALLIANCE MEMBER

United logo link to home page

## Issue Date: March 20, 2019

### Confirmation: E76BDH

Check-In >

---

## TRAVELER INFORMATION

| Traveler | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| NABHAN/CHADI | 0162444441248 | UA-XXXXX759 Premier 1K / *G | 3F/2E |

---

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 21MAR19 | UA761 | C | CHICAGO, IL (ORD - O'HARE) 8:15 AM | SAN FRANCISCO, CA (SFO) 10:54 AM | 777-200 | Breakfast |

**#268**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fri, 22MAR19 | UA705 Z | SAN FRANCISCO, CA (SFO) **4:55 PM** | CHICAGO, IL (ORD - O'Hare) **11:02 PM** | | 757-300 Dinner | |

## FARE INFORMATION

### Fare Breakdown

Form of Payment:
MISC DOCUMENT

| | |
|---|---|
| Airfare: | 1,095.82US |
| U.S. Transportation Tax: | 82.18 |
| September 11th Security Fee: | 11.2 |
| U.S. Flight Segment Tax: | 8.4 |
| U.S. Passenger Facility Charge: | 9 |
| Per Person Total: | 1,206.60US |
| | |
| eTicket Total: | 1,206.60US |

The airfare you paid on this itinerary totals: 1,095.82 USD

The taxes, fees, and surcharges paid total: 110.78 USD

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Maximum weight and dimensions per piece of baggage Max wt / dim per piece |
|---|---|---|---|
| 3/21/2019 Chicago, IL (ORD - O'Hare) to San Francisco, CA (SFO) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 3/22/2019 San Francisco, CA (SFO) to Chicago, IL (ORD - O'Hare) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## MileagePlus Accrual Details

| NABHAN/CHADI | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
| 3/21/2019 | 761 | Chicago, IL (ORD - O'Hare)-San Francisco, CA (SFO) | 7271 | 3692 | 1.5 | 661 |
| 3/22/2019 | 705 | San Francisco, CA (SFO)-Chicago, IL (ORD - O'Hare) | 4796 | 3692 | 1.5 | 436 |
| | | | Award Miles | PQM | PQS | PQD |
| Chadi's MileagePlus Accrual totals: | | | 12067 | 7384 | 3 | 1097 |