1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:  (202) 682-1639
   Email:     jhollingsworth@hollingsworthllp.com
5             elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
11 | This document relates to: | |
12 | *Ronald L. Neill and Connie Neill v. Monsanto Co.*, Case No. 3:19-cv-02057-VC | |

15         **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18         1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19         2.    Bayer AG is a publicly held corporation.

20 DATED:  May 17, 2019                    Respectfully submitted,

21
                                            /s/ Joe G. Hollingsworth
22                                          Joe G. Hollingsworth (*pro hac vice*)
                                            (jhollingsworth@hollingsworthllp.com)
23                                          Eric G. Lasker (*pro hac vice*)
                                            (elasker@hollingsworthllp.com)
24                                          HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
25                                          Washington, DC  20005
                                            Telephone:  (202) 898-5800
26                                          Facsimile:  (202) 682-1639

27                                          *Attorneys for Defendant*
                                            *MONSANTO COMPANY*
28