UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**ORDER RE BILL OF COSTS**<br><br>Dkt. No. 3804 |
|---|---|

    The plaintiffs are ordered to submit a hard copy of the bill of costs for *Hardeman v. Monsanto*, 3:16-cv-00525-VC, to the Court by 12:00 p.m. on May 21, 2019.

**IT IS SO ORDERED.**

Date: May 20, 2019

                                                    Honorable Vince Chhabria
                                                    United States District Court