E. James Shepherd
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone:  713.227.8008
Facsimile:  713.227.9508
eshepherd@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: <br><br> *Ashton, et al.*, Cause No. 3:18-cv-03959-VC (N.D. Cal.) | |

**NOTICE OF APPEARANCE ON BEHALF OF**

**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that E. James Shepherd of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter.

| | |
|---|---|
| 1   May 20, 2019 | Respectfully Submitted, |

By: */s/ E. James Shepherd*
    E. James Shepherd
    Texas Bar No. 24008025
    600 Travis, Suite 3400
    Houston, Texas 77002-2926
    Telephone:  713-227-8008
    Fax:  713-227-9508
    eshepherd@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY