UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to : <br><br> Angie Berberian, Cause No. 3:18-cv-03959 (N.D. Cal.) | |

**PROPOSED ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal with Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal with Prejudice as to Plaintiff Angie Berberian;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

719495 v1