# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Rosalinda Castro, Cause No. 3:17-cv-06902 (N.D. Cal.) | |

## PROPOSED ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal with Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal with Prejudice as to Plaintiff Rosalinda Castro;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

719495 v1