# Exhibit C



January 29, 2019

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

| | | |
|---|---|---|
| **Aimee Wagstaff, Esq.**<br>Andrus Wagstaff, PC<br>7171 West Alaska Dr.<br>Lakewood, Co 80226 | **Robin L. Greenwald, Esq.**<br>Weitz & Luxenburg, P.C.<br>700 Broadway<br>New York, NY 10003 | Barbara R. Light<br>JPMorgan Chase Tower<br>600 Travis St., Suite 3400<br>Houston, Texas 77002<br>**t** 713.227.8008<br>**f** 713.227.9508 |

**Michael Joseph Miller, Esq.**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 3 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, January 23, 2019. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, January 25, 2019.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*Barbara R. Light*
Barbara R. Light, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

**Plaintiffs Who Failed to Submit a PFS**

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Applegate, Ralph | 3:18-cv-03363-VC | January 23, 2019 | January 29, 2019 |
| Askew, Sandra | 3:18-cv-04851-VC | January 23, 2019 | January 29, 2019 |
| Ayres, David | 3:17-cv-05716-VC | January 23, 2019 | January 29, 2019 |
| Batch, Carmen | 3:17-cv-05875-VC | January 23, 2019 | January 29, 2019 |
| Baxter, Russell | 3:18-cv-01697-VC | January 23, 2019 | January 29, 2019 |
| Billingsley, Timothy | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Blakeney, Larry | 3:17-cv-04046-VC | January 23, 2019 | January 29, 2019 |
| Bloechel, Samuel | 3:18-cv-01695-VC | January 23, 2019 | January 29, 2019 |
| Boblitz, Rosetta | 3:18-cv-00993-VC | January 23, 2019 | January 29, 2019 |
| Bonham, John | 3:18-cv-04794-VC | January 23, 2019 | January 29, 2019 |
| Borum, Jay | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Bougeoris, Jill L. | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Breger, Lisa | 3:18-cv-02257-VC | January 23, 2019 | January 29, 2019 |

**Plaintiffs Who Failed to Submit a PFS**

| Name | Case No. | Date 1 | Date 2 |
|---|---|---|---|
| Brook, Ronald | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |
| Broombield, Scott | 3:18-cv-01518-VC | January 23, 2019 | January 29, 2019 |
| Brown Sr, Robert | 3:17-cv-06600-VC | January 23, 2019 | January 29, 2019 |
| Bussard, Steven | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Carroll, Alfred | 3:18-cv-04615-VC | January 23, 2019 | January 29, 2019 |
| Clements, Arthur Mac | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Curtis, Harvey T. | 3:18-cv-02937-VC | January 23, 2019 | January 29, 2019 |
| Darroh, Donovan | 3:18-cv-03552-VC | January 23, 2019 | January 29, 2019 |
| Dean, Philip | 3:18-cv-01356-VC | January 23, 2019 | January 29, 2019 |
| DiBeneditto, Mary | 3:18-cv-02911-VC | January 23, 2019 | January 29, 2019 |
| Dickey, Robert L | 3:16-cv-05887-VC | January 23, 2019 | January 29, 2019 |
| Domina, Larry E | 3:16-cv-05887-VC | January 23, 2019 | January 29, 2019 |
| Doty, Carolyn | 3:17-cv-04353-VC | January 23, 2019 | January 29, 2019 |
| Dunston, Vernon | 3:18-cv-04798-VC | January 23, 2019 | January 29, 2019 |

**Plaintiffs Who Failed to Submit a PFS**

| Name | Case No. | Date 1 | Date 2 |
|---|---|---|---|
| Edwards, John | 3:18-cv-05313-VC | January 23, 2019 | January 29, 2019 |
| Enis, Timothy Lee | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Fair, Michael R | 3:17-cv-05573-VC | January 23, 2019 | January 29, 2019 |
| Fitch, Mary | 3:18-cv-03188-VC | January 23, 2019 | January 29, 2019 |
| Ford, Marvin | 3:17-cv-04427-VC | January 23, 2019 | January 29, 2019 |
| Gandolfo, Frank | 3:17-cv-05478-VC | January 23, 2019 | January 29, 2019 |
| Gatson, Darryl | 3:18-cv-05317-VC | January 23, 2019 | January 29, 2019 |
| Gelder, Deanna L | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Giles, Jonathan | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Ginger, William | 3:18-cv-04552-VC | January 23, 2019 | January 29, 2019 |
| Glenn, Fogel | 3:18-cv-04786-VC | January 23, 2019 | January 29, 2019 |
| Gordon, Andrew | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Green, Larry | 3:17-cv-06975-VC | January 23, 2019 | January 29, 2019 |
| Gunnoe, Trina | 3:18-cv-05777-VC | January 23, 2019 | January 29, 2019 |

**Plaintiffs Who Failed to Submit a PFS**

| Name | Case Number | | |
|---|---|---|---|
| Hambright, William | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Hanson, Mark | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Harmon, Howard | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Hasty Jones, Emily Dale | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Heath, Kristin Leigh | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Hill, Willie | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Honaker, Patricia | 3:17-cv-04842-VC | January 23, 2019 | January 29, 2019 |
| Hughes, Marla Rachel | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Jackson, L. Marie | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Jamison, Michael | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Janze, Royce D. | 3:16-cv-05887-VC | January 23, 2019 | January 29, 2019 |
| Jenkins, Edna Dianne | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Joffe, Jeffrey F. | 3:18-cv-00430-VC | January 23, 2019 | January 29, 2019 |
| Johnson, Frederick | 3:17-cv-05160-VC | January 23, 2019 | January 29, 2019 |

**Plaintiffs Who Failed to Submit a PFS**

| Name | Case Number | Date 1 | Date 2 |
|---|---|---|---|
| Johnson, Jeffrey B | 3:17-cv-05160-VC | January 23, 2019 | January 29, 2019 |
| Jones, Tommy | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Kapolnek, Ronald | 3:18-cv-04014-VC | January 23, 2019 | January 29, 2019 |
| Keene Williams, Mary Kathryn | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| King, David | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| King, Stacy Allen | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Koehn, Robert | 3:17-cv-05161-VC | January 23, 2019 | January 29, 2019 |
| Koons, Beverly | 3:17-cv-06903-VC | January 23, 2019 | January 29, 2019 |
| Kraner, Kevin | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |
| Laguidice, Thomas | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |
| Lashock, Patricia | 3:18-cv-00067-VC | January 23, 2019 | January 29, 2019 |
| Latimer, Mae | 3:18-cv-05273-VC | January 23, 2019 | January 29, 2019 |
| Lewis, Robert | 3:17-cv-04035-VC | January 23, 2019 | January 29, 2019 |
| Liddell, Derek | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |

**Plaintiffs Who Failed to Submit a PFS**

| | | | |
|---|---|---|---|
| Linnemeier, Wayne | 3:17-cv-05547-VC | January 23, 2019 | January 29, 2019 |
| Little, Clifford D | 3:17-cv-06296-VC | January 23, 2019 | January 29, 2019 |
| Lumsden, John Franklin | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Mahoney, Robert | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Mancini, Denise | 3:17-cv-07257-VC | January 23, 2019 | January 29, 2019 |
| Marcum, Patricia | 3:18-cv-00218-VC | January 23, 2019 | January 29, 2019 |
| Martin, Edward | 3:18-cv-01109-VC | January 23, 2019 | January 29, 2019 |
| Martin, Patrick | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Martin, Rexford | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Masters, Mark | 3:18-cv-01080-VC | January 23, 2019 | January 29, 2019 |
| Matchett, Angela | 3:17-cv-07218-VC | January 23, 2019 | January 29, 2019 |
| Matheny, Ronald | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| McCann, Earl | 3:17-cv-05547-VC | January 23, 2019 | January 29, 2019 |
| McCarty, Davien | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |

**Plaintiffs Who Failed to Submit a PFS**

| | | | |
|---|---|---|---|
| McCowen, Mark | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| McNew, Kevin | 3:17-cv-06858-VC | January 23, 2019 | January 29, 2019 |
| McRaney, Gloria | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Medlin, William | 3:17-cv-04848-VC | January 23, 2019 | January 29, 2019 |
| Mehrens, Allan | 3:18-cv-01151-VC | January 23, 2019 | January 29, 2019 |
| Minando, Perry | 3:17-cv-03227-VC | January 23, 2019 | January 29, 2019 |
| Mitchell, Robert | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Moceri, Anthony | 3:18-cv-03558-VC | January 23, 2019 | January 29, 2019 |
| Mohammad, Sami | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Monten, Susan | 3:18-cv-04973-VC | January 23, 2019 | January 29, 2019 |
| Montgomery, Linda | 3:18-cv-02936-VC | January 23, 2019 | January 29, 2019 |
| Moore, Henry | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Moore, Terry Dean | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Mundinger, Marsha | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |

## Plaintiffs Who Failed to Submit a PFS

| Name | Case Number | Date 1 | Date 2 |
|---|---|---|---|
| Mundinger, Norman | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Munn, Linda J. | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Nero, William | 3:18-cv-01155-VC | January 23, 2019 | January 29, 2019 |
| Neuman, Elliot | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Niewiadomski, Richard | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Parker, Phyllis E. | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Partee, Sara | 3:17-cv-07365-VC | January 23, 2019 | January 29, 2019 |
| Pecorelli, Michael | 3:16-cv-06936-VC | January 23, 2019 | January 29, 2019 |
| Peperoni Jr, Ron | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Pettinati, Marlene A. | 3:17-cv-05988-VC | January 23, 2019 | January 29, 2019 |
| Pfeiffer, Rodney | 3:17-cv-03216-VC | January 23, 2019 | January 29, 2019 |
| Pharr, Debra Ann | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Pickney, Tyrie | 3:17-cv-03229-VC | January 23, 2019 | January 29, 2019 |
| Pinkard, Marty | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |

**Plaintiffs Who Failed to Submit a PFS**

| Name | Case No. | | |
|---|---|---|---|
| Platt, Virginia | 3:17-cv-04428-VC | January 23, 2019 | January 29, 2019 |
| Pointer, William | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Pollard, Frank | 3:16-cv-05887-VC | January 23, 2019 | January 29, 2019 |
| Pollum, Mark | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Pool, Kenneth | 3:18-cv-04791-VC | January 23, 2019 | January 29, 2019 |
| Powell, Rhonda | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |
| Proctor, Warren | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Redding, Daniel | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Reynolds, Edward | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Richardson, Donald | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Ricks, Margaret H | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Ristow, Nancy | 3:18-cv-01105-VC | January 23, 2019 | January 29, 2019 |
| Rivera, Juan | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |
| Rizzo, Donna | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |

## Plaintiffs Who Failed to Submit a PFS

| Name | Case Number | | |
|---|---|---|---|
| Robinson, Shalisha | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Rochman, Steven | 3:17-cv-04429-VC | January 23, 2019 | January 29, 2019 |
| Rodgers, Francis | 3:18-cv-00334-VC | January 23, 2019 | January 29, 2019 |
| Roosevelt, Riley | 3:18-cv-01962-VC | January 23, 2019 | January 29, 2019 |
| Ross, Bobby D. | 3:18-cv-00676-VC | January 23, 2019 | January 29, 2019 |
| Rouse, Billy G. | 3:18-cv-00819-VC | January 23, 2019 | January 29, 2019 |
| Ruffin, Joseph | 3:18-cv-01085-VC | January 23, 2019 | January 29, 2019 |
| Schroeder, Edward | 3:17-cv-06773-VC | January 23, 2019 | January 29, 2019 |
| Scott, Stacy F. | 3:17-cv-05686-VC | January 23, 2019 | January 29, 2019 |
| Seidl, Randall Dean | 3:17-cv-00519-VC | January 23, 2019 | January 29, 2019 |
| Sharp, Ricky | 3:18-cv-02172-VC | January 23, 2019 | January 29, 2019 |
| Shipley. Joseph E. | 3:17-cv-01982-VC | January 23, 2019 | January 29, 2019 |
| Simms, Gregory Watts | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Simpson, Suzanne | 3:17-cv-04847-VC | January 23, 2019 | January 29, 2019 |

## Plaintiffs Who Failed to Submit a PFS

| Name | Case No. | Date 1 | Date 2 |
|---|---|---|---|
| Slominski, Edwin | 3:17-cv-05481-VC | January 23, 2019 | January 29, 2019 |
| Slugg, Regina | 3:18-cv-01518-VC | January 23, 2019 | January 29, 2019 |
| Smith, Bennierita | 3:17-cv-01129-VC | January 23, 2019 | January 29, 2019 |
| Smith, Frederick | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Smith, George | 3:18-cv-03757-VC | January 23, 2019 | January 29, 2019 |
| Smith, Timothy | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Sorenson, Carol | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Sowell, Charles | 3:17-cv-04013-VC | January 23, 2019 | January 29, 2019 |
| Stone, William | 3:18-cv-01089-VC | January 23, 2019 | January 29, 2019 |
| Stringer, John | 3:18-cv-01089-VC | January 23, 2019 | January 29, 2019 |
| Sweat, Arthur | 3:17-cv-05877-VC | January 23, 2019 | January 29, 2019 |
| Swisher, Dorothy J. | 3:18-cv-03180-VC | January 23, 2019 | January 29, 2019 |
| Taylor, Cecil | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Tevis, Michael | 3:18-cv-03278-VC | January 23, 2019 | January 29, 2019 |

**Plaintiffs Who Failed to Submit a PFS**

| | | | |
|---|---|---|---|
| Threet, Danny | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Tosi, Larry | 3:18-cv-03181-VC | January 23, 2019 | January 29, 2019 |
| Turner, Ronnie | 3:17-cv-03979-VC | January 23, 2019 | January 29, 2019 |
| Warren, Paul Daniel | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Weaver, Ruth Ann Amanda | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| White, Izetta | 3:18-cv-04799-VC | January 23, 2019 | January 29, 2019 |
| Whitfill, Debra | 3:18-cv-05304-VC | January 23, 2019 | January 29, 2019 |
| Whitford, Martha | 3:17-cv-02142-VC | January 23, 2019 | January 29, 2019 |
| Williams, Wilma L. | 3:17-cv-07220-VC | January 23, 2019 | January 29, 2019 |
| Wilson, Chirvalerie | 3:18-cv-01107-VC | January 23, 2019 | January 29, 2019 |
| Winters, James A. | 3:18-cv-00542-VC | January 23, 2019 | January 29, 2019 |
| Wiseman, Patricia | 3:18-cv-05495-VC | January 23, 2019 | January 29, 2019 |
| Wlliams, Michael R | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Wolters, Lynda Jean | 3:17-cv-04486-VC | January 23, 2019 | January 29, 2019 |

**Plaintiffs Who Failed to Submit a PFS**

| Name | Case Number | | |
|---|---|---|---|
| Woodruff, Rodney Allen | 3:17-cv-06606-VC | January 23, 2019 | January 29, 2019 |
| Wooten, Bobby Joe | 3:18-cv-05309-VC | January 23, 2019 | January 29, 2019 |
| Wright, Judy Elaine | 3:18-cv-05249-VC | January 23, 2019 | January 29, 2019 |
| Young, John | 3:18-cv-03514-VC | January 23, 2019 | January 29, 2019 |
| Zerba, Clyde | 3:17-cv-04608-VC | January 23, 2019 | January 29, 2019 |