# Exhibit G



March 29, 2019

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

| | | |
|---|---|---|
| **Aimee Wagstaff, Esq.**<br>Andrus Wagstaff, PC<br>7171 West Alaska Dr.<br>Lakewood, Co 80226 | **Robin L. Greenwald, Esq.**<br>Weitz & Luxenburg, P.C.<br>700 Broadway<br>New York, NY 10003 | Barbara R. Light<br>JPMorgan Chase Tower<br>600 Travis St., Suite 3400<br>Houston, Texas 77002<br>t 713.227.8008<br>f 713.227.9508 |

**Michael Joseph Miller, Esq.**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
       *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on 90 days after transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, March 29, 2019.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

Barbara Light

Barbara R. Light, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

4825-5859-8031 V1

| Plaintiff Name | Cause Number | Transfer Date | Date PFS Due | Date of Notice |
|---|---|---|---|---|
| Delbert Lee Brooks | 3:18-cv-07558-VC | 12/13/2018 | 3/13/2019 | 3/29/2019 |
| John J. Dailey | 3:18-cv-07635-VC | 12/13/2018 | 3/13/2019 | 3/29/2019 |
| James Edward Gardner | 3:19-cv-00443-VC | 12/13/2018 | 3/13/2019 | 3/29/2019 |
| Lindsay R. Hildebrand | 3:18-cv-07637-VC | 12/13/2018 | 3/13/2019 | 3/29/2019 |
| Kathryn L. Hill | 3:18-cv-07068-VC | 11/14/2018 | 2/12/2019 | 3/29/2019 |
| William Lis | 3:18-cv-07369-VC | 12/6/2018 | 3/6/2019 | 3/29/2019 |
| Eva L. Miracle | 3:18-cv-07308-VC | 11/27/2018 | 2/25/2019 | 3/29/2019 |
| Jerry D. Newton | 3:18-cv-07063-VC | 11/14/2018 | 2/12/2019 | 3/29/2019 |
| Vickie Riordan | 3:18-cv-07368-VC | 12/6/2018 | 3/6/2019 | 3/29/2019 |
| Mary B. Singletary | 3:18-cv-07067-VC | 11/14/2018 | 2/12/2019 | 3/29/2019 |
| Charles Friedman | 3:18-cv-07628-VC | 12/13/2018 | 3/13/2019 | 3/29/2019 |