## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Rafael Castro, Cause No. 3:18-cv-03959-VC (N.D. Cal)<br><br>Anthony Moceri, Cause No. 3:18-cv-03558-VC (N.D. Cal)<br><br>Dave Flynn, Cause No. 3:18-cv-06551-VC (N.D. Cal)<br><br>Delbert Lee Brooks, Cause No. 3:18-cv-07558-VC (N.D. Cal) | |

## PROPOSED ORDER ON MONSANTO'S EIGHTH AMENDED MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having been brought before the Court by defendant Monsanto, Co. ("Defendant"), for an Order dismissing Plaintiffs' Complaints for failure to provide a Plaintiff Fact Sheet pursuant to Pretrial Order No. 50; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

IT IS, on this _____ day of _____, 2019;

ORDERED that the Complaints of the Plaintiffs listed on the attached Exhibit A are hereby dismissed with prejudice.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

4811-8010-2807 v1

## **EXHIBIT A**

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Rafael Castro | 3:18-cv-03959-VC | November 28, 2018 | February 7, 2019 |
| Anthony Moceri | 3:18-cv-03558-VC | January 23, 2019 | January 29, 2019 |
| Dave Flynn | 3:18-cv-06551-VC | January 23, 2019 | March 22, 2019 |
| Delbert Lee Brooks | 3:18-cv-07558-VC | February 12, 2019 | March 29, 2019 |