Barbara R. Light
Texas Bar No. 24109472
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>Tracy Magee, Cause No. 3:17-cv-05547 (N.D. Cal.)<br><br>John Otts, Cause no. 3:17-cv-02142 (N.D. Cal.)<br><br>Ralph Applegate, Cause No. 3:18-cv-03363 (N.D. Cal.)<br><br>Rosette Boblitz, Cause No. 3:18-cv-00993 (N.D. Cal.)<br><br>Ronald Brook, Cause No. 3:17-cv-06902 (N.D. Cal.)<br><br>Deanna Gelder, Cause No.3:18-cv-00815 (N.D. Cal.)<br><br>William Ginger, Cause No.3:18-cv-04552 (N.D. Cal.)<br><br>Robert Koehn, Cause No. 3:17-cv-05161 (N.D. Cal.)<br><br>Sara Partee, Cause No. 3:17-cv-07365 | |

Defendant's Ninth Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

4834-1855-0423 v1

(N.D. Cal.)

Joseph Ruffin, Cause No. 3:18-cv-01085
(N.D. Cal.)

Patricia Wiseman, Cause No. 3:18-cv-05495
(N.D. Cal.)

**MONSANTO'S NINTH AMENDED MOTION TO DISMISS WITH PREJUDICE**

Defendant ("Monsanto") files this motion to dismiss with prejudice for failure to submit a Plaintiff Fact Sheet ("PFS"). Pretrial Order No. 50 ("PTO 50") requires each Plaintiff to submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly, by the deadlines provided in paragraph 4. (Pretrial Order No. 50 at paras. 7, 8). According to PTO 50, Group 3 plaintiffs were required to submit a PFS by Wednesday, January 23, 2019. Additionally, PTO 50 states that if a Plaintiff does not submit a completed PFS within the time specified, Monsanto must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to submit the PFS. If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice.

The Plaintiffs identified below failed to submit any PFS whatsoever to date. Monsanto notified each Plaintiff that a PFS had not been submitted, in compliance with paragraphs 7 and 8 of Pretrial Order No. 50. Additionally, the following plaintiffs were included on Monsanto's Seventh Amended Motion to Dismiss filed on May 13, 2019, and have not responded to date. (PTO 50 at para. 15).

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Tracy Magee | 3:17-cv-05547 | November 28, 2018 | January 4, 2019 |

Defendant's Ninth Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

4834-1855-0423 v1

| **Plaintiff's Name** | **Case Number** | **PFS Due Date** | **Notice of Failure to Provide PFS** |
|---|---|---|---|
| John Otts | 3:17-cv-02142 | November 28, 2018 | January 4, 2019 |
| Applegate, Ralph | 3:18-cv-03363-VC | January 23, 2019 | January 29, 2019 |
| Boblitz, Rosetta | 3:18-cv-00993-VC | January 23, 2019 | January 29, 2019 |
| Brook, Ronald | 3:17-cv-06902-VC | January 23, 2019 | January 29, 2019 |
| Gelder, Deanna L | 3:18-cv-00815-VC | January 23, 2019 | January 29, 2019 |
| Ginger, William | 3:18-cv-04552-VC | January 23, 2019 | January 29, 2019 |
| Koehn, Robert | 3:17-cv-05161-VC | January 23, 2019 | January 29, 2019 |
| Partee, Sara | 3:17-cv-07365-VC | January 23, 2019 | January 29, 2019 |
| Ruffin, Joseph | 3:18-cv-01085-VC | January 23, 2019 | January 29, 2019 |
| Wiseman, Patricia | 3:18-cv-05495-VC | January 23, 2019 | January 29, 2019 |

The Notice of Failure to Submit a PFS is attached as follows:

Defendant's Ninth Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

4834-1855-0423 v1

| Exhibit | Description |
|---|---|
| Exhibit A | Notice to Plaintiffs' Counsel and Lead Counsel regarding Tracy Magee and John Otts |
| Exhibit B | Notice to Ralph Applegate |
| Exhibit C | Notice to Seth Webb – Attorney for Plaintiffs Rosetta Boblitz, Joseph Ruffin, and Patricia Wiseman |
| Exhibit D | Notice to James Corrigan – Attorney for Plaintiffs Ronald Brook and Deanna Gelder. |
| Exhibit E | 1. Notice to Melissa L. Binstock-Ephron – Attorney for Plaintiff William Ginger<br>2. Notice to Matt L. Lindsay – Attorney for Plaintiff William Ginger<br>3. Notice to Dennis C. Reich – Attorney for Plaintiff William Ginger |
| Exhibit F | 1. Notice to Hunter W. Lundy – Attorney for Plaintiff Robert Koehn<br>2. Notice to Jackey W. South – Attorney for Plaintiff Robert Koehn |
| Exhibit G | Notice to Andrew Scott Williams – Attorney for Plaintiff Sara Partee |
| Exhibit H | Notice to Lead Counsel |

Defendant's Ninth Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

4834-1855-0423 v1

None of the Plaintiffs listed above replied to the Notice of Failure to Submit a PFS or the Motion to Dismiss, and none of the Plaintiffs submitted PFSs as required by PTO 50. Therefore, Monsanto respectfully requests that the Court enter an Order dismissing the cases of the Plaintiffs listed above with prejudice.

Dated: May 21, 2019                                   Respectfully submitted,

*/s/ Barbara R. Light*
Barbara R. Light
Texas Bar No. 24109472
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
blight@shb.com

**Attorney for Defendant,
MONSANTO COMPANY**

Defendant's Ninth Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

4834-1855-0423 v1

# CERTIFICATE OF SERVICE

I, Barbara Light, hereby certify that on May 21, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                  */s/ Barbara R. Light*
                                                  Barbara R. Light

Defendant's Ninth Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

4834-1855-0423 v1