UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Smith v. Monsanto Co.*, 3:17-cv-2142-VC | **PRETRIAL ORDER NO. 148: ORDER RE HEARING IN SMITH V. MONSANTO** |

At tomorrow's hearing, the parties should be prepared to discuss why the motion to remand in *Smith v. Monsanto*, Case No. 3:17-cv-2142-VC, is not controlled by 28 U.S.C. § 1332(d)(11)(C), which discusses when a mass action can be transferred pursuant to 28 U.S.C. § 1407.

**IT IS SO ORDERED.**

Date:   May 21, 2019

VINCE CHHABRIA
United States District Judge