KINCHELOE, LITZENBURG & PENDLETON, PLLC
Timothy Litzenburg
timothy@klpjustice.com
1506 Staples Mill Rd., Suite 200
Richmond, VA 23230
Telephone: (804) 466-4412
Facsimile: (804) 325-1421

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Sheppard v. Monsanto Co., et al.*,<br>3:16-cv-05650-VC | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **<u>PLAINTIFF'S MOTION FOR ORDER</u>**<br>) **<u>PERMITTING WITHDRAWAL AND</u>**<br>) **<u>SUBSTITUTION OF COUNSEL</u>**<br>)<br>)<br>)<br>) |

Pursuant to Civil L.R. 5-1(c)(2), 7-11 and 11-5, Plaintiff Christine Sheppard ("Ms. Sheppard") hereby moves this Court for an order permitting the withdrawal of its counsel of record, Michael J. Miller of The Miller Firm, LLC and the substitution of Timothy Litzenburg of Kincheloe, Litzenburg & Pendleton, PLLC on her behalf in this action.

Plaintiff and undersigned counsel consent to such withdrawal and substitution of counsel. Accordingly, Plaintiff respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and all future communications regarding this case be directed to the following:

    Timothy Litzenburg
    Kincheloe, Litzenburg & Pendleton, PLLC
    1506 Staples Mill Rd., Suite 200
    Richmond, VA 23230
    Telephone: (804) 466-4412
    Facsimile: (804) 325-1421

1
PLAINTIFF'S MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Email: timothy@klpjustice.com

This motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order permitting withdrawal and substitution of counsel and update the Court's ECF system for this case by removing Michael Miller and The Miller Firm, LLC and docketing the appearance of substitute counsel, Timothy Litzenburg of Kincheloe, Litzenburg & Pendleton, PLLC.

Dated: May 22, 2019            **THE MILLER FIRM, LLC**

                                         By: /s/ Michael J. Miller
                                              Michael J. Miller

Dated: May 22, 2019            **KINCHELOE, LITZENBURG & PENDLETON PLLC**

                                         By: /s/ Timothy Litzenburg
                                            Timothy Litzenburg

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Order Permitting Withdrawal and Substitution of Counsel was filed electronically with the Clerk of Court system which will send a notification of such filing on all counsel of record.

/s/ Timothy Litzenburg
Timothy Litzenburg