```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611142587
Cashier ID: sprinka
Transaction Date: 05/22/2019
Payer Name: JENNIFER MOORE

SANCTIONS/CONTEMPT FINES
 For: JENNIFER MOORE
 Amount:         $500.00

CREDIT CARD
 Amt Tendered:  $500.00

Total Due:       $500.00
Total Tendered: $500.00
Change Amt:       $0.00

16MD2741vc


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```