IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2741 Case No. 3:16-md-02741-VC |

This document relates to:

*Harley Bradley and Betty Bradley (h/w), et al.*
      *v.*
*Monsanto Co., Case No. 4:19-cv-00989-JMB*

## **NOTICE OF APPEARANCE**

Please enter the appearance of Thomas V. Ayala of Grant & Eisenhofer, PA in the master docket as counsel on behalf of Plaintiffs HARLEY R. BRADLEY and BETTY BRADLEY (h/w), LENA G. BRADSHAW and ROBERT E. BRADSHAW (h/w), HUGH C. BROWN, MELANIE L. CLAWSON-ROBERTS and JOHN E. ROBERTS (h/w), MARK CLINKER and B. GAYLE CLINKER (h/w), MITCHELL B. COOPER and ADRIEN LAVOIE (h/h), MIKE R. FROST, KENNETH W. JOHNSON and CHRISTINA JOHNSON (h/w), RANDY E. MAY and  DEANNA MAY (h/w), JAMES S. OLSEN and ROBIN OLSEN (h/w), LILLIAN J. RADANOVICH and behalf of the estate of DANIEL RADANOVICH, BARBARA SIPICH and DAVID SIPICH (h/w), RONALD W. STEEN and JOAN STEEN (h/w), CARL B. TANNER and LILLIAN J. TANNER (h/w), and GLENN YETTER and NICOLE YETTER (h/w), in *In Re: Roundup Products Liability Litigation*, MDL No. 2741, Case No 3:16-md-02741-VC.

Dated: May 23, 2019

GRANT & EISENHOFER, PA

Thomas V. Ayala, PA 93130

**GRANT & EISENHOFER, PA**
123 Justison Street
Wilmington, DE  19801
Tel.: 302-622-7000
Fax: 302-622-7100
tayala@gelaw.com
smertz@gelaw.com
tfarcas@gelaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

By: _____
Thomas V. Ayala