**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Alexander P. Malandrinos and Eleni Malandrinos v. Monsanto Co.*, Case No. 3:19-cv-02200-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

associations of persons, firms, partnerships, corporations (including parent corporations) or other

entities (i) have a financial interest in the subject matter in controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

Bayer AG has a financial interest in a party to the proceeding.

1     DATED:  May 28, 2019              Respectfully submitted,

2

3                                             /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth (*pro hac vice*)

4                                             (jhollingsworth@hollingsworthllp.com)
                                            Eric G. Lasker (*pro hac vice*)

5                                             (elasker@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP

6                                             1350 I Street, N.W.
                                            Washington, DC  20005

7                                             Telephone:  (202) 898-5800
                                            Facsimile:   (202) 682-1639

8                                             *Attorneys for Defendant*
                                            *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-02200-VC