**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: *David Butkovich and Candice Butkovich v. Monsanto Co.*, Case No. 3:19-cv-02198-VC | |

## <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

    1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

    2.    Bayer AG is a publicly held corporation.

DATED:  May 28, 2019           Respectfully submitted,

                     /s/ Joe G. Hollingsworth
                     Joe G. Hollingsworth (*pro hac vice*)
                     (jhollingsworth@hollingsworthllp.com)
                     Eric G. Lasker (*pro hac vice*)
                     (elasker@hollingsworthllp.com)
                     HOLLINGSWORTH LLP
                     1350 I Street, N.W.
                     Washington, DC  20005
                     Telephone:  (202) 898-5800
                     Facsimile:   (202) 682-1639

                     *Attorneys for Defendant*
                     *MONSANTO COMPANY*