UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                              MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −134)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 1,003 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 29, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                        MDL No. 2741

### SCHEDULE CTO−134 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 2 | 19−01172 | Gowey et al v. Monsanto Company |
| AZ | 2 | 19−01732 | Anderson v. Monsanto Company |
| AZ | 2 | 19−01735 | Galasso et al v. Monsanto Company |
| AZ | 2 | 19−01751 | Sebring et al v. Monsanto Company |
| AZ | 2 | 19−01755 | Suozzi et al v. Monsanto Company |
| AZ | 2 | 19−01762 | Aleman v. Monsanto Company |
| AZ | 2 | 19−01766 | Barrera et al v. Monsanto Company |
| AZ | 2 | 19−01769 | Boltz et al v. Monsanto Company |
| AZ | 2 | 19−01775 | Castillo v. Monsanto Company |
| AZ | 2 | 19−01777 | Coker v. Monsanto Company |
| AZ | 2 | 19−01782 | Crosby v. Monsanto Company |
| AZ | 2 | 19−01784 | Davis v. Monsanto Company |
| AZ | 2 | 19−01785 | Dimond et al v. Monsanto Company |
| AZ | 2 | 19−01805 | Franklin et al v. Monsanto Company |
| AZ | 2 | 19−01806 | Eisenberg v. Monsanto Company |
| AZ | 2 | 19−01811 | Gebing et al v. Monsanto Company |
| AZ | 2 | 19−01819 | Hernandez et al v. Monsanto Company |
| AZ | 2 | 19−01824 | Hetherington v. Monsanto Company |
| AZ | 2 | 19−01828 | Hughes v. Monsanto Company |
| AZ | 2 | 19−01829 | Ingegneri et al v. Monsanto Company |
| AZ | 2 | 19−01830 | Johnsen v. Monsanto Company |
| AZ | 2 | 19−01831 | Johnson et al v. Monsanto Company |
| AZ | 2 | 19−01832 | Kearney et al v. Monsanto Company |
| AZ | 2 | 19−01833 | Killius et al v. Monsanto Company |
| AZ | 2 | 19−01835 | Lasgna v. Monsanto Company |
| AZ | 2 | 19−01838 | Liebrecht et al v. Monsanto Company |
| AZ | 2 | 19−01840 | Logan et al v. Monsanto Company |
| AZ | 2 | 19−01846 | Lopez v. Monsanto Company |
| AZ | 2 | 19−01849 | Lord et al v. Monsanto Company |
| AZ | 2 | 19−01854 | McCloskey et al v. Monsanto Company |
| AZ | 2 | 19−01855 | McQueen v. Monsanto Company |
| AZ | 2 | 19−01856 | Manjarres et al v. Monsanto Company |

| | | | |
|---|---|---|---|
| AZ | 2 | 19−01865 | Mendez et al v. Monsanto Company |
| AZ | 2 | 19−01866 | Milligan et al v. Monsanto Company |
| AZ | 2 | 19−01867 | Milligan et al v. Monsanto Company |
| AZ | 2 | 19−01868 | Nechville et al v. Monsanto Company |
| AZ | 2 | 19−01869 | Nutt v. Monsanto Company |
| AZ | 2 | 19−01870 | Oberly et al v. Monsanto Company |
| AZ | 2 | 19−01875 | Olguin et al v. Monsanto Company |
| AZ | 2 | 19−01931 | Patterson et al v. Monsanto Company |
| AZ | 2 | 19−01932 | Polus v. Monsanto Company |
| AZ | 2 | 19−01937 | Ponder et al v. Monsanto Company |
| AZ | 2 | 19−01939 | Prescott et al v. Monsanto Company |
| AZ | 2 | 19−01940 | Ramirez v. Monsanto Company |
| AZ | 2 | 19−01943 | Renzulli et al v. Monsanto Company |
| AZ | 2 | 19−01944 | Ronding v. Monsanto Company |
| AZ | 2 | 19−01945 | Root et al v. Monsanto Company |
| AZ | 2 | 19−01947 | Runnels v. Monsanto Company |
| AZ | 2 | 19−01948 | Sandoval et al v. Monsanto Company |
| AZ | 2 | 19−01949 | Schwan v. Monsanto Company |
| AZ | 3 | 19−08078 | Davis v. Monsanto Company |
| AZ | 3 | 19−08079 | Dorothy v. Monsanto Company |
| AZ | 3 | 19−08081 | Everhart et al v. Monsanto Company |
| AZ | 3 | 19−08082 | Fernau et al v. Monsanto Company |
| AZ | 3 | 19−08083 | Green v. Monsanto Company |
| AZ | 3 | 19−08084 | Lockwood et al v. Monsanto Company |
| AZ | 3 | 19−08089 | Styre et al v. Monsanto Company |
| AZ | 3 | 19−08091 | Evangelesta v. Monsanto Company |
| AZ | 3 | 19−08093 | Wolff et al v. Monsanto Company |
| AZ | 3 | 19−08126 | Patterson et al v. Monsanto Company |
| AZ | 4 | 19−00089 | Smith v. Monsanto Company |
| AZ | 4 | 19−00133 | Barkyoumb v. Monsanto Company |
| AZ | 4 | 19−00134 | Bibby v. Monsanto Company |
| AZ | 4 | 19−00135 | Blevins et al v. Monsanto Company |
| AZ | 4 | 19−00138 | Dean et al v. Monsanto Company |
| AZ | 4 | 19−00141 | Harper v. Monsanto Company |
| AZ | 4 | 19−00142 | Harper et al v. Monsanto Company |
| AZ | 4 | 19−00144 | Linares v. Monsanto Company |
| AZ | 4 | 19−00145 | McLean et al v. Monsanto Company |
| AZ | 4 | 19−00150 | Murphy v. Monsanto Company |
| AZ | 4 | 19−00151 | Nanez et al v. Monsanto Company |
| AZ | 4 | 19−00163 | Rodriguez v. Monsanto Company |
| AZ | 4 | 19−00168 | Spronken v. Monsanto Company |
| AZ | 4 | 19−00169 | VanDyke v. Monsanto Company |
| AZ | 4 | 19−00170 | Wade et al v. Monsanto Company |
| AZ | 4 | 19−00171 | Werch et al v. Monsanto Company |
| AZ | 4 | 19−00173 | Zell et al v. Monsanto Company |
| AZ | 4 | 19−00176 | Pinkett et al v. Monsanto Company |
| AZ | 4 | 19−00190 | Ross et al v. Monsanto Company |
| AZ | 4 | 19−00191 | Williams et al v. Monsanto Company |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 19−00196 | Clayton et al v. Monsanto Company et al |
| MOE | 4 | 19−00756 | Matlock et al v. Monsanto Company |
| MOE | 4 | 19−00783 | McDade v. Monsanto Company |
| MOE | 4 | 19−00784 | Nightingale v. Monsanto Company |
| MOE | 4 | 19−00785 | Salah et al v. Monsanto Company |
| MOE | 4 | 19−00788 | Shockey et al v. Monsanto Company |
| MOE | 4 | 19−00792 | Smetana v. Monsanto Company |

NEBRASKA

| | | | |
|---|---|---|---|
| NE | 8 | 19−00215 | Brumbaugh et al v. Monsanto Company |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 19−00343 | Kinser v. Monsanto Company |