**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:    (202) 847-4030
Fax:    (202) 847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 2741

Case No. 3:16-md-02741-VC

**MONSANTO COMPANY'S OBJECTIONS TO PLAINTIFF EDWIN HARDEMAN'S BILL OF COSTS**

This document relates to:

*Hardeman v. Monsanto Co., et al.*,
3:16-cv-0525-VC

Defendant Monsanto Company ("Monsanto") hereby objects to the bill of costs filed by Plaintiff Edwin Hardeman (ECF No. 3804).[1]  Mr. Hardeman's bill of costs should be denied entirely because he has failed to comply with the Local Rules requiring his attorneys to attest, under oath, that the costs he seeks are recoverable.  And as explained further below, most of the expenses Mr. Hardeman seeks are not permitted by law, which at minimum requires reduction of Plaintiff's request.

The burden is on the prevailing party to establish the amount of compensable costs to which it is entitled.  *Cal. Sportfishing Prot. All. v. Matheson Tri-Gas, Inc.*, No. 2:11-CV-01456-MCE, 2014 WL 2987705, at *1 (E.D. Cal. July 1, 2014).  As explained further below, Mr. Hardeman has not carried this burden.  The Court thus should exercise its discretion to deny Mr. Hardeman's request for costs in its entirety—or, in the alternative, to reduce costs.  *See, e.g.*, *Shum v. Intel Corp.*, 682 F. Supp. 2d 992, 998 (N.D. Cal. 2009) ("A district court may reduce costs which are unreasonably large or which are not supported by adequate documentation.  The Court also has discretion to award partial costs or to require the parties to pay their own costs." (internal citation omitted)).

1.  **Costs Neither Allowable Nor Attested To.**  Monsanto objects to Mr. Hardeman's bill of costs in its entirety based on his failure to comply with Local Rule 54-1(a), which requires a bill of costs to "be supported by an affidavit, pursuant to 28 U.S.C. § 1924, that the costs are correctly stated, were necessarily incurred, and are allowable by law."  Although Mr. Hardeman's counsel signed the form declaration on the bill of costs (Form CAND 133), this form does not contain a statement that all of the requested expenses are allowed by law as costs, as required by Local Rule 54-1.  Mr. Hardeman failed to attach a separate affidavit attesting that his requested costs are allowable by law.  This omission is not surprising, given that, upon inspection, many of the requested amounts are *not* allowable and Mr. Hardeman has not made

---

[1] Pursuant to L.R. 54-2(b), Monsanto met and conferred with counsel for Mr. Hardeman on May 30, 2019.  Although the parties did not resolve any objections, counsel for Mr. Hardeman agreed to look into some of the issues raised herein.  The parties will continue to confer.

1   any showing justifying their recovery.  Mr. Hardeman also made no effort to separate out costs

2   that generally are allowed from those that are not.  The Court therefore should exercise its

3   discretion to deny his bill of costs or at the very least, require that Mr. Hardeman resubmit his

4   bill of costs with an appropriate, explanatory affidavit.[2]

5         2.     **Transcripts from *Johnson v. Monsanto*.**   Monsanto objects first to Mr.

6   Hardeman's request for $36,592.45 for transcripts from *Johnson v. Monsanto* under the "other

7   transcripts" category.  Local Rule 54-3(b)(3) provides that "[t]he cost of other transcripts *is not*

8   *normally allowable* unless, before it is incurred, it is approved by a Judge or stipulated to be

9   recoverable by counsel."  *Id.* (emphasis added).  Mr. Hardeman cites no such preapproval or

10  stipulation—or any reason to depart from the general rule against recovery of such costs.  The

11  expenses for which Mr. Hardeman seeks recovery in this section relate to trial transcripts from

12  the *Johnson v. Monsanto* matter in San Francisco Superior Court.  *See* ECF. No. 3804-9.  These

13  transcripts have nothing to do with Mr. Hardeman's lawsuit, and he has failed to explain how

14  such transcript costs are recoverable here.  The Court should reject Plaintiffs' counsel's attempt

15  to recover in this litigation what they attempted—but failed—to recover in a separate litigation.

16  *See, e.g.*, Ex. 1, Plaintiff Johnson's Memorandum of Costs; Ex. 2, Joint Stipulation Regarding

17  Johnson's Recovery of Costs.

18

19

---

20  [2] Mr. Hardeman's failure to justify or explain his requests also impacts the specific amounts he
    requests in his bill of costs.  For instance, under "deposition transcript/video recordings" Mr.

21  Hardeman seeks reimbursement for, among other things, invoices that were not associated with
    witnesses who testified at his trial, but rather with witnesses who testified at other related trials.

22  *See, e.g.*, ECF No. 3804-5 at 44-45 (2017 invoice for Corcoran deposition); 46-47 (2017 invoice
    for Fleming deposition); 48-49 (2017 invoice for Foster deposition); 50-52 (2017 invoice for

23  Goodman deposition); 53-57 (2017 and 2018 invoices for Rider deposition); 58-59 (2017
    invoice for Rosol deposition); 62-63 (2017 invoice for Jameson deposition); 64-65 (2017

24  invoice for Blair deposition); 66-67 (2017 invoice for Ross deposition); 70-72 (2017 invoice for
    Heering deposition); 73-79 (2017 invoice for Saltmiras deposition); 82-87 (2017 invoice for

25  Acquavella deposition); 88-90 (2017 invoice for Jenkins deposition).   But because Mr.
    Hardeman made no attempt to explain why these expenses were important to his litigation of

26  this particular matter, he has failed to carry his burden of showing—as he must—that such

27  expenses were "necessarily incurred."

28

MONSANTO'S OBJECTIONS TO HARDEMAN'S BILL OF COSTS

3.      **Deposition transcript/video recording.**  Monsanto objects to Mr. Hardeman's request for "Deposition transcript/video recording" costs in the amount of $442,836.15, as this request exceeds the bounds of what the law and local rules allow.  Local Rule 54-3(c)(1) permits "[t]he cost of an ***original and one copy*** of any deposition (including videotaped depositions) . . . ."  *Id.* (emphasis added).  Although Monsanto does not dispute that the expense of a deposition typically is allowable, the vast majority of the amount requested by Mr. Hardeman represents costs that go beyond the cost of an original and copy of each deposition at issue, such as expedited transcript charges, certain travel expenses, and videography costs. Courts throughout the Ninth Circuit and in this district require that the expenses for deposition copies be "necessarily incurred"—and not simply incurred for the sake of convenience—before such expenses may be recovered.  *See, e.g.*, *City of Alameda v. Nuveen Mun. High Income Opportunity Fund*, No. C 08-4575 SI, 2012 WL 177566, at *3 (N.D. Cal. Jan. 23, 2012) ("Alameda does not cite any authority for the proposition that it may recover for the costs of 'rough' disks, 'miniscripts' or expedited transcripts in addition to the cost of an original and one copy of a deposition permitted under Civil Local Rule 54–3(c)(1).  Courts in the Northern District have held that costs for additional copies of transcripts are not recoverable."); *Affymetrix, Inc. v. Multilyte Ltd.*, No. C 03-03779 WHA, 2005 WL 2072113, at *2 (N.D. Cal. Aug. 26, 2005) ("Here, the Clerk properly disallowed the additional costs incurred in videotaping depositions for which stenographic written transcripts were also obtained.  If the deposition had *only* been videotaped, Affymetrix would have been entitled to recover the cost of both an original tape and a copy, *i.e.*, two tapes total.  But, having ordered written transcripts of its depositions, Affymetrix may not recover costs incurred for videotaping those *same depositions*."); *Intermedics, Inc. v. Ventritex, Inc.*, No. C-90-20233 JW (WDB), 1993 WL 515879, at *3 (N.D. Cal. Dec. 2, 1993) ("If a party elects to have the transcript made available in an additional, separate medium, such as on diskette or in a condensed 'travel copy,' the party must bear any additional expenses associated with that choice."), *aff'd sub nom. Intermedics,*

*Inc. v. Ventritex Co. Inc.*, 39 F.3d 1196 (Fed. Cir. 1994) (table).  Mr. Hardeman's bill of costs improperly includes items such as the following:

a. Payment to The Permanente Medical Group, the employer of Mr. Hardeman's treating physicians.  *See* ECF No. 3804-5 at 2.

b. Expedited transcript charges.  ECF No. 3804-5 at 3, 7, 10, 11, 13, 15, 19, 21, 44, 46, 48, 51, 54, 58, 60, 63, 64, 66, 68, 69, 81, 83, 84, 95, 97, 98; ECF No. 3804-6 at 2, 4, 12, 18, 23, 25, 27, 37, 39-41, 50-51, 67, 71, 79.

c. Appearance fees.  *See* ECF No. 3804-5 at 3, 6, 27, 28, 29, 83; ECF No. 3804-6 at 15, 39-41, 49, 79.

d. Expedited shipping and handling charges.  *See* ECF No. 3804-5 at 3, 21; ECF No. 3804-6 at 18, 25, 27, 54.

e. Compressed/ASCII versions.  *See* ECF No. 3804-5 at 60, 61, 63, 66, 68, 69, 97, 98; ECF No. 3804-6 at 50-51, 71.

f. Mini-DVs.  *See* ECF No. 3804-5 at 4, 5, 23, 24, 32, 45, 47, 49, 52, 55, 57, 59, 70, 75, 77, 80, 82, 85, 89, 92, 94, 96; ECF No. 3804-6 at 3, 5, 7, 9, 13-14, 19-20, 22, 30-35, 38, 42-48, 75.

g. MPEGs.  *See* ECF No. 3804-5 at 4, 5, 8, 14, 16, 17, 23, 24, 25, 26, 30, 31, 32, 45, 47, 49, 52, 55, 57, 59, 65, 75, 80, 82, 85, 89, 92, 94, 96; ECF No. 3804-6 at 3, 5, 7, 9, 13-14, 19-20, 22, 30-35, 45-48, 75.

h. DVD Sync and/or duplication.  *See* ECF No. 3804-5 at 4, 5, 8, 14, 16, 17, 23, 24, 25, 26, 30, 31, 45, 47, 49, 52, 55, 57, 59, 62, 67, 72, 75, 77, 78, 79, 80, 82, 85, 86, 87, 89, 90, 92, 94, 96, 101, 102; ECF No. 3804-6 at 3, 5, 7, 9, 13-14, 19-20, 22, 30-35, 38, 42-48, 74-75.

i. Realtime.  *See* ECF No. 3804-5 at 28, 29, 48, 51, 54, 56, 58, 64, 74, 76, 81, 83, 84, 88, 91, 93, 95, 100; ECF No. 3804-6 at 2, 4, 6, 8, 12, 15, 17-18, 21, 23, 25, 27-29, 37, 39-41, 50-51, 67, 71-73, 77.

j.    Rough draft transcripts.  *See* ECF No. 3804-5 at 48, 63, 66, 97, 98, 100; ECF No. 3804-6 at 16, 24, 36, 50, 54, 60-61, 63, 66-67, 70, 72, 76-79.

k.    Reporter travel expenses.  *See* ECF No. 3804-5 at 44, 58; ECF No. 3804-6 at 15-16, 18, 24, 29, 39, 69.

l.    Mileage.  *See* ECF No. 3804-5 at 51; ECF No. 3804-6 at 14, 29, 37, 79.

m.    Litigation technology and support services such as conference calls; importing and editing deposition videos; travel by technology staff; and creating graphics.  *See* ECF No. 3804-5 at 33-43; ECF No. 3804-6 at 3, 5, 7, 9, 13, 15, 23-27, 29, 31-39, 43, 49-53, 55-59, 62-68, 71-73, 76-79.

n.    Teleconference charges.  *See* ECF No. 3804-5 at 50, 53, 64, 73, 74; ECF No. 3804-6 at 2, 4, 6, 12.

o.    Extra equipment rentals and technology fees such as: additional cameras, elmo, projector/screen, picture in picture, and split screen features.  *See* ECF No. 3804-5 at 65, 70, 75, 77, 80, 82, 85, 89, 92, 96; ECF No. 3804-6 at 3, 5, 7, 9, 13, 20, 22, 31-35, 38, 42-43, 45-48, 75.

p.    Videographer expenses.  *See* ECF No. 3804-5 at 70, 75, 80, 82, 92; ECF No. 3804-6 at 3, 7, 13, 45-48, 80.

Because Mr. Hardeman's bill of costs includes prohibited items and because such expenses were not "necessarily incurred," his request should be denied.

In addition, Monsanto objects to all expenses associated with the deposition of Mr. James A. Mills.  *See* ECF No. 3804-5 at 18, 25-26.  Monsanto already has incurred unnecessary expenses associated with Mr. Mills's deposition as Mr. Mills failed to appear for his original deposition date, apparently because MDL Plaintiffs' counsel neglected to tell Mr. Mills to appear.  Monsanto thus paid twice for a court reporter and should not be required to also pay for Mr. Hardeman's expenses associated with the deposition.

4.    **Other objectionable costs.**  Monsanto objects to the following requested amounts:

- 6 -

a. Monsanto objects to Mr. Hardeman's request for $3,627.11 for "service of process" fees because that figure includes costs beyond those allowable under the law. *See* L.R. 54-3(a)(2). Mr. Hardeman's $3,627.11 figure includes, for instance, fees for third-party *deposition* subpoenas served on witnesses/entities he never called at trial such as Exponent (ECF No. 3804-3 at 5-19), Kaiser Permanente (*id.* at 20), Roger McClellan (*id.* at 21), FTI Consulting (*id.* at 23-24), CropLife America (*id.* at 23-25), Wilbur-Ellis (*id.* at 24), Wallace Hayes (*id.* at 22, 26), and Gary Williams (*id.* at 28-29). These costs should be denied both because service of process fees for deposition subpoenas cannot be recovered under Local Rule 54-3(a)(2), and because such costs cannot be deemed "reasonably required" under that rule. *See, e.g.*, *Carlson v. Century Sur. Co.*, No. C 11-00356 SI, 2012 WL 2602732, at *2 (N.D. Cal. July 5, 2012) (holding service fees for deposition subpoenas are not recoverable); L.R. 54-3(a)(2) ("Fees for service of process by someone other than the marshal **acting pursuant to Fed. R. Civ. P. 4(c)**, are allowable to the extent **reasonably required** and actually incurred." (emphases added)).

b. Monsanto objects to Mr. Hardeman's request for $25,173.46 for "transcripts for appeal." Under Local Rule 54-3(b)(1), the expense of a reporter's transcript is only recoverable if it is "**necessarily obtained for an *appeal*.**" *Id.* (emphasis added). The daily and hourly transcripts for which Mr. Hardeman seeks reimbursement were not obtained "for an appeal"—there is no indication that an appeal was contemplated when Mr. Hardeman obtained those transcripts, nor is there any indication that Mr. Hardeman will appeal at all. Mr. Hardeman's bill of costs also fails to demonstrate how expedited delivery services such as daily, hourly, or real time are "necessary" under the applicable rules.

c. Monsanto objects to Mr. Hardeman's request for $18,827.22 for "Trial Exhibits." Local Rule 54-3(d)(4) limits recovery of "[t]he cost of reproducing trial exhibits"

to "the extent that a Judge requires copies to be provided." *Id.* Further, Local Rule 54-3(d)(5) provides that "[t]he cost of preparing charts, diagrams, videotapes, and other visual aids to be used as exhibits is allowable if such exhibits are ***reasonably necessary*** to assist the jury or the Court in understanding the issues at the trial." *Id.* (emphasis added). Mr. Hardeman's bill of costs does nothing to justify the expenses listed in this category. Much of the supporting documentation consists of excerpts from credit card statements rather than receipts for services rendered. *See, e.g.*, ECF No. 3804-7 at 8-17, 26-38. Further, with respect to several of the receipts attached in support of this request, it is unclear what item(s) or service(s) were paid for—and in many cases, they include items that are not allowable. [3]

d.  Monsanto objects to Mr. Hardeman's request for $13,575.09 for "Witness Fees." Local Rule 54-3(e) provides that "[p]er diem, subsistence and mileage payments for witnesses are allowable to the extent reasonably necessary and provided for by 28 U.S.C. § 1821. No other witness expenses . . . are allowable." *Id.* Mr. Hardeman, however, did not limit his request to fees allowable under 28 U.S.C. § 1821. Rather, despite this clear guidance, Mr. Hardeman seeks recovery of expenses beyond those allowed by law such as expensive airfare and lodging.

In light of the foregoing, Monsanto respectfully requests that the Court deny Mr. Hardeman's bill of costs in its entirety, or at a minimum limit the costs he is entitled to recover, either by remittitur or by requiring that Mr. Hardeman resubmit his bill of costs with a sufficient attestation as to why each request is allowed under the law.

---

[3] For example, Mr. Hardeman included in this category receipts for such items as a golf umbrella, *see* ECF No. 3804-7 at 39, printer ink, *see id.* at 40, 41, and an easel, *see id.* at 41.

DATED: May 31, 2019

Respectfully submitted,

/s/ Brian L. Stekloff

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 9 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Brian L. Stekloff*

MONSANTO'S OBJECTIONS TO HARDEMAN'S BILL OF COSTS

# EXHIBIT 1

MC-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | | |
|---|---|---|---|
| NAME: Curtis Hoke | | STATE BAR NUMBER: 282465 | FOR COURT USE ONLY |
| FIRM NAME: The Miller Firm, LLC | | | |
| STREET ADDRESS: 108 Railroad Avenue | | | |
| CITY: Orange | STATE: VA | ZIP CODE: 22960 | |
| TELEPHONE NO.: 540-672-4224 | FAX NO.: 540-672-3055 | | |
| E-MAIL ADDRESS: choke@millerfirmllc.com | | | |
| ATTORNEY FOR (name): Dewayne Lee Johnson | | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
STREET ADDRESS: 400 McAllister St
MAILING ADDRESS: 400 McCallister St.
CITY AND ZIP CODE: San Francisco, CA, 94102
BRANCH NAME: Civic Center Courthouse

PLAINTIFF: Dewayne Lee Johnson
DEFENDANT: Monsanto Company

| **MEMORANDUM OF COSTS (SUMMARY)** | CASE NUMBER: CGC-16-550128 |
|---|---|

**The following costs are requested:**

| | | | TOTALS |
|---|---|---|---|
| 1. | Filing and motion fees | $ | 4,797.03 |
| 2. | Jury fees | $ | 5,242.25 |
| 3. | Jury food and lodging | $ | |
| 4. | Deposition costs | $ | 363,790.78 |
| 5. | Service of process | $ | 4,004.46 |
| 6. | Attachment expenses | $ | |
| 7. | Surety bond premiums | $ | |
| 8. | Witness fees | $ | 261,886.15 |
| 9. | Court-ordered transcripts | $ | 36,592.45 |
| 10. | Attorney fees (enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required) | $ | |
| 11. | Court reporter fees as established by statute | $ | 24,903.00 |
| 12. | Models, enlargements, and photocopies of exhibits | $ | 130,614.02 |
| 13. | Interpreter fees | $ | |
| 14. | Fees for electronic filing or service | $ | 2,417.00 |
| 15. | Fees for hosting electronic documents | $ | |
| 16. | Other | $ | |

| **TOTAL COSTS** | $ | 834,247.14 |
|---|---|---|

I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

Date: Sep 6, 2018

Jeffrey A. Travers
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF DECLARANT)

(Proof of service on reverse)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California MC-010
[Rev. September 1, 2017]

**MEMORANDUM OF COSTS (SUMMARY)**

Code of Civil Procedure,
§§ 1032, 1033.5

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Johnson v. Monsanto | CGC-16-550128 |

## MEMORANDUM OF COSTS (WORKSHEET)

### 1. Filing and motion fees

| | Paper filed | | Filing fee |
|---|---|---|---|
| a. | Complaint | $ | 450.00 |
| b. | Complex litigation filing fee | $ | 1000.00 |
| c. | Motion for Trial Preference | $ | $110.03 |
| d. | Pro Hac Vice Application (Litzenburg) in USDC N. District of CA | $ | 305.00 |
| e. | Pro Hac Vice Application (Miller) | $ | 522.00 |
| f. | Pro Hac Vice Application (Travers) | $ | 522.00 |

g. [x] Information about additional filing and motion fees is contained in Attachment 1g.

TOTAL 1. [$ 4797.03]

### 2. Jury fees

| | Date | | Fee & mileage | |
|---|---|---|---|---|
| a. | 6/25/2018-8/10/2018 | $ | 5242.25 | |
| b. | | $ | | |
| c. | | $ | | |
| d. | | $ | | |

e. [ ] Information about additional jury fees is contained in Attachment 2e.

TOTAL 2. [$ $5,242.25]

### 3. Juror food: $ _____ and lodging: $ _____

TOTAL 3. [$ ]

### 4. Deposition costs

| | Name of deponent | Taking | Transcribing | Travel | Videotaping | Subtotals |
|---|---|---|---|---|---|---|
| a. | Kirk Acevedo | $ | $ 1190.50 | $ 1879.45 | $ | $ 3069.95 |
| b. | Donna Farmer | $ | $ 5847.50 | $ 4323.12 | $ 7,275.43 | $ 17,446.05 |
| c. | Daniel Goldstein (1/18/2017) | $ | $ 2468.45 | $ 2,597.70 | $ 4438.08 | $ 9,504.23 |
| d. | William Heydens | $ | $ 3367.95 | $ 20,116.41 | $ 7274.01 | $ 30758.37 |

e. [x] Information about additional deposition costs is contained in Attachment 4e.

TOTAL 4. [$ $363,790.78]

Form Approved for Optional Use
Judicial Council of California MC-011
[Rev. September 1, 2017]

**MEMORANDUM OF COSTS (WORKSHEET)**

Code of Civil Procedure.
§§ 1032, 1033.5

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Johnson v. Monsanto | CGC-16-550128 |

5. **Service of process**

| | Name of person served | Public officer | Registered process | Publication | Other *(specify)* |
|---|---|---|---|---|---|
| a. | Steven Gould | $ 114.24 | $ _____ | $ _____ | $ _____ _____ |
| b. | Wilbur Ellis Co | $ 156.75 | $ _____ | $ _____ | $ _____ _____ |
| c. | Wilbur Ellis Feed, LLC | $ 54.75 | $ _____ | $ _____ | $ _____ _____ |

d. [ x ] Information about additional costs for service of process is contained in Attachment 5d.

TOTAL 5. [ $ 4004.46 ]

6. Attachment expenses *(specify):*                          6. [ $ ]

7. Surety bond premiums *(itemize bonds and amounts):*                          7. [ $ ]

8. a. **Ordinary witness fees**

| | Name of witness | Daily fee | Mileage | Total |
|---|---|---|---|---|
| (1) | _____ | ___ days at ___ $/day | ___ miles at ___ ¢/mile: | [ $ ] |
| (2) | _____ | ___ days at ___ $/day | ___ miles at ___ ¢/mile: | [ $ ] |
| (3) | _____ | ___ days at ___ $/day | ___ miles at ___ ¢/mile: | [ $ ] |
| (4) | _____ | ___ days at ___ $/day | ___ miles at ___ ¢/mile: | [ $ ] |
| (5) | _____ | ___ days at ___ $/day | ___ miles at ___ ¢/mile: | [ $ ] |

(6) [ ] Information about additional ordinary witness fees is contained in Attachment 8a(6).

SUBTOTAL 8a. [ $ ]

*(Continued on next page)*

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Johnson v. Monsanto | CGC-16-550128 |

**8.** **b.** **Expert fees** *(per Code of Civil Procedure section 998)*

| | Name of witness | Fee | | |
|---|---|---|---|---|
| (1) | William Sawyer | 37.77 hours at $ | 490/hr | $ 18,507.30 |
| (2) | Alfred Neugut | 128.5 hours at $ | 500/hr | $64,250.00 |
| (3) | James Mills | 9.8 hours at $ | 589.68/hr | $5,778.85 |
| (4) | Chris Portier | 43 hours at $ | 450.00/hr | $19,350.00 |
| (5) | [x] Information about additional expert fees is contained in Attachment 8b(5). | | | |

SUBTOTAL 8b. $ 261,886.15

**c.** **Court-ordered expert fees**

| | Name of witness | Fee | | |
|---|---|---|---|---|
| (1) | | hours at $ | /hr | $ |
| (2) | | hours at $ | /hr | $ |
| (3) | [ ] Information about additional court-ordered expert fees is contained in Attachment 8c(3). | | | |

SUBTOTAL 8c. $

TOTAL (8a, 8b, & 8c) 8. $

**9.** **Court-ordered transcripts** *(specify)*:
Trial Transcripts 6/18/2018-8/10/2018

9. $ $36,592.45

**10.** **Attorney fees** *(enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required)*:

10. $

**11.** **Models, enlargements, and photocopies of exhibits** *(specify)*:
Printing/Scan/Copy; Shredding;  Supplies, poster boards, IT equipment; pdfs of articles; and certified copy of previous Monsanto complaints.  Exhibit A.

11. $ $130,614.02

**12.** **Court reporter fees** *(as established by statute)*

a. *(Name of reporter)*: Veritext        Fees: $ $24,903.00

b. *(Name of reporter)*: _____   Fees: $ _____        TOTAL 12. $ $24,903.00

c. [ ] Information about additional court-reporter fees is contained in Attachment 12c.

**13.** **Interpreter fees**

a. Fees of a certified or registered interpreter for the deposition of a party or witness

*(Name of interpreter)*: _____   Fees: $ _____

*(Name of interpreter)*: _____   Fees: $ _____

b. Fees for a qualified court interpreter authorized by the court for an indigent person represented by a qualified legal services project or a pro bono attorney

*(Name of interpreter)*: _____   Fees: $ _____

*(Name of interpreter)*: _____   Fees: $ _____        TOTAL 13. $

c. [ ] Information about additional court-reporter fees is contained in Attachment 13c.

**14.** **Fees for electronic filing or service of documents through an electronic filing service provider** (enter here if required or ordered by the court):

14. $ $2,417.00

**15.** **Fees for hosting electronic documents through an electronic filing service provider** (enter here if required or ordered by the court):

15. $

**16.** *Other (specify)*: _____

16. $

| **TOTAL COSTS** | $ $834,247.14 |
|---|---|

*(Additional information may be supplied on the reverse)*

MC-011 [Rev. September 1, 2017]        **MEMORANDUM OF COSTS (WORKSHEET)**        Page    3 of    9

MC-011

| SHORT TITLE<br>Johnson v. Monsanto | CASE NUMBER:<br>CGC-16-550128 |
| --- | --- |

1    Attachment 1(g)

2    Pro Hac Vice Application (Dickens) $522.00

3    Plaintiff's motion for summary adjudication $522.00

4    Plaintiff's motion to exclude improper opinions of expert witness  $60.00

5    Paintiffs notice of motion and motion to take judical notice declaration of curtis hoke  $82.00

6    Pro Hac Vice Admission of Jeff Seldomridge, Esq.  $522.00

7    PLAINTIFFS MOTION TO AMEND CASE MANAGEMENT ORDER NO. 7 TO ADD WITNESSES  $82.00

8    PLAINTIFFS MOTION TO ALLOW LIVE VIDEO TESTIMONY AT TRIAL  $60.00

9    PLAINTIFFS MOTION FOR RECONSIDERATION OF THE COURT'S DENIAL OF PLAINTIFFS REQUEST  $60.00

10    PRO HAC FEES TO STATE BAR:

11    Tim Litzenburg  $50.00

12    Michael Miller  $50.00

13    Dave Dickens  $50.00

14    Jeff Travers  $50.00

15    Jeff Seldomridge  $50.00

16

17

18

19

20

21

22

23

24

25

26

27

28

29

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Johnson v. Monsanto | CGC-16-550128 |

1  Attachment 4E

| | Deponent | Transcribing | Travel | Videotaping | Total |
|---|---|---|---|---|---|
| 2 | Deponent | Transcribing | Travel | Videotaping | Total |
| 3 | David Saltmiras | $3,644.65 | $3719.91 | $7,331.83 | $14,696.39 |
| 4 | David Heering | $1,535.05 | $1,301.48 | $4,248.49 | $7,085.02 |
| 5 | Aaron Blair | $3,326.75 | $4,342.03 | $3,807.00 | $11,475.78 |
| 6 | Mark Martens | $2,814.25 | $3,205.49 | $3,568.40 | $9,588.14 |
| 7 | John Acquavella | $5,356.94 | $19,702.45 | $8,082.05 | $33,141.44 |
| 8 | Matthew Ross | $2,594.65 | $3,731.09 | $650.00 | $6,975.74 |
| 9 | Charles Jameson (5/5/2017) | $3,829.10 | $5,308.27 | $652.50 | $9,789.87 |
| 10 | Alfred Neugut (8/7/2017) | $3,914.15 | $1,330.27 | | $5,244.42 |
| 11 | Chadi Nabhan (8/23/2017) | $3,840.15 | $1,958.74 | | $4,921.21 |
| 12 | Dennis Weisenburger (9/2/2017) | $2,277.75 | $2,839.87 | | $5,117.62 |
| 13 | Chris Portier (9/5/2017) | $38956.15 | $15,879.59 | | $19,835.74 |
| 14 | Warren Foster | $3,459.00 | $1993.74 | $1,965.00 | $7,417.74 |
| 15 | Thomas Rosol | $4,713.68 | $3,660.18 | $1,455.00 | $9,828.86 |
| 16 | Beate Ritz (9/18/2017) | $3,907.80 | $1,600.24 | | $5,508.04 |
| 17 | William Fleming | $2,957.54 | $144.49 | $1,290.00 | $4,392.03 |
| 18 | Chris Corcoran | $3,367.31 | $1,313.90 | $1,082.60 | $5,763.81 |
| 19 | Jennifer Rider (9/21/2017) | $3,290.56 | $12,667.55 | $1,490.00 | $17,448.11 |
| 20 | Jay Goodman | $3,233.05 | $3,783.80 | $1,490.00 | $8,506.85 |
| 21 | Lorelei Mucci (9/22/2017) | $3,259.10 | $12,667.55 | $2,405.00 | $18,331.65 |
| 22 | Roy Owens | $905.50 | $754.68 | | $1,660.18 |
| 23 | Alfred Romero | $850.97 | $664.01 | | $1,514.98 |
| 24 | Alfred Neugut II | $1,801.80 | $ 2,503.06 | | $4,305.66 |
| 25 | Dr. Laura Pincus | $734.60 | | | $734.60 |
| 26 | Dr. Onaopemipo Ofodile | $2,189.58 | $1,346.40 | | $3,535.98 |
| 27 | Dr. Eunice Tsai | $703.60 | | | $703.60 |
| 28 | Dr. Youn Kim | $652.65 | | | $652.65 |
| 29 | | | | | |

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Johnson v. Monsanto | CGC-16-550128 |

1   Attachment 4E (continued)

| | Deponent | Transcribing | Travel | Video | Subtotal |
|---|---|---|---|---|---|
| 2 | | | | | |
| 3 | Dr. Richard Hoppe | $538.46 | | | $538.46 |
| 4 | Chris Portier (1/12/2018) | $2,550.05 | $3,451.75 | $185.00 | $6,186.80 |
| 5 | Edwin Martinez | $433.25 | | | $433.25 |
| 6 | Dr. Carrie Chanson | $593.65 | | | $593.65 |
| 7 | Dr. Stuart Shear | $536.15 | | | $536.15 |
| 8 | Dr. Tach-Giao Troung | $1,324.69 | | | $1,324.69 |
| 9 | Dr. Melissa Whitney | $651.25 | | | $651.25 |
| 10 | Beate Ritz (1/19/2008) | $1,727.50 | $912.27 | | $2,639.77 |
| 11 | Edwin Martinez | $435.90 | | | $435.90 |
| 12 | Arecli Johnson | $526.70 | $845.23 | | $1,371.93 |
| 13 | Deawayne Johnson | $2,626.75 | $845.25 | | $3,472.00 |
| 14 | Dennis Weisenburger (1/22/2018) | $818.80 | $1,345.04 | | $2,163.84 |
| 15 | Jennifer Rider (1/23/2018) | $625.05 | $2,076.20 | $640.00 | $3,341.25 |
| 16 | Lorelei Mucci (1/23/2018) | $631.15 | $742.01 | $555.00 | $1,928.16 |
| 17 | Steven Gould | $1,030.75 | $1,576.58 | $1,410.00 | $4,017.33 |
| 18 | Dr. Ira Fischman | $1,043.60 | $1,016.21 | | $2,059.81 |
| 19 | Daniel Jenkins | $1,279.65 | | $3,682.00 | $4,961.65 |
| 20 | Chadi Nabhan (1/15/2018) | $ 618.58 | $1335.63 | | $1,953.78 |
| 21 | Dr. Nabhan  (1/30/2018) | $1,771.38 | $1055.35 | | $2,826.73 |
| 22 | Dr. Charles Bebrook | $5,514.15 | $1,036.12 | | $6,550.27 |
| 23 | James Mills | $723.80 | | | $723.80 |
| 24 | Dr. Timothy Kuzel | $1,306.50 | $1,172.63 | | $2,479.13 |
| 25 | Dr. John Fowle | $4,410.40 | $507.66 | | $4,918.06 |
| 26 | Dr. William Sawyer | $3,014.45 | $1,967.53 | | $4,981.98 |
| 27 | Daniel Goldstein | $1,547.00 | $4,310.44 | $2,155.00 | $8,012.44 |
| 28 | Dewayne Johnson (12/7/2017) | $3,197.82 | $664.02 | $1,003.75 | $4,865.59 |
| 29 | Chris Portier (7/10/2018) | $1,986.40 | $6,670.13 | | $8,656.53 |

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Johnson v. Monsanto | CGC-16-550128 |

1    5(d) Service of Process:

2    Monsanto - $96.75

3    Benicia Unified School District $95.00 - Subpoena for records

4    Horizon Distributers - $85.00 - Subpoena for records.

5    5(d) Service of Courtesy Copies of pleadings to Court:

6    4/13/2016 Documents to Judges Chambers  $158.50

7    4/25/2016 Documents to Judges Chambers  $170.10

8    5/19/2016 Documents to Judges Chambers  $150.00

9    7/24/2017 Documents to Judge Maxine Chesney   $150.00

10   8/22/2017 Documents to Judge Karnow  $150.00

11   8/22/2017 Documents to Judge Karnow  $150.00

12   9/18/2017 Reply to judge Karnow  $150.00

13   1/5/2018 Pro Hac Delivery  $150.00

14   1/8/2018 Pro Hac Delivery  $150.00

15   1/18/2018 Pro Hac Delivery  $150.00

16   4/3/2018 Pro Hac Delivery  $150.00

17   4/17/2018 Pro Hac Delivery  $150.00

18   4/23/2018 Pro Hac Delivery  $150.00

19   5/3/2018 Pro Hac Delivery  $150.00

20   7/3/2018 Documents to Court  $150.00

21   5/21/2018 Montana Court Fee (certified copy of prior Monanto lawsuit)   $29.00

22   Pro Hac Delivery  $205.00

23   1/19/2018 Documents to court  $97.90

24   4/9/2018 Fed Ex

25   4/9/2018 Documents to Judge  $56.88

26   4/9/2018 Documents to Judge  $52.02

27   4/9/2018 Documents to Clerk of Court  $29.81

28   4/10/2018 Documents to Judge Karnow  $77.06

29

MC-011

| SHORT TITLE<br>Johnson v. Monsanto | CASE NUMBER:<br>CGC-16-550128 |
|---|---|

1   Attachment 5(d) continued:

2   4/10/2018 Documents to Judge Karnow  $47.18

3   5/14/2018 Documents to Clerk of Court  $122.78

4   5/14/2018 Documents to Judge Karnow  $46.84

5   5/14/2018 Documents to Judge Karnow  $27.36

6   5/14/2018 Documents to Judge Karnow  $52.27

7   5/14/2018 Documents to Court  $29.59

8   5/18/2018 Documents to court  $132.59

9   5/18/2018 Documents to Judge  $87.37

10   Documents to Judge Karnow  $29.72

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

MC-011 [Rev. September 1, 2017]          **MEMORANDUM OF COSTS (WORKSHEET)**          Page___8 of___9

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Johnson v. Monsanto | CGC-16-550128 |

1    Attachment 8(b)(5):

2    Additional Expert Fees:

3    Charles Benbrook 310.5 hours at 300.00 per hour; total $93,150.00

4    Chadi Nabhan 104.09 hours at 550.00 per hour; total $57,250.00

5    William Sawyer (Travel fees) 19.89 hours at $367.50 per hour; total $7309.58

6    Chris Portier (travel fees) 16 hours at $225.00 per hour; total $3,600.00

7    Alfred Neugut, MD Costs = $19,261.58

8    Chris Portier Costs = $17,364.65

9    Charles Benbrook  Costs = $4,200.00

10   Chadi Nabhan Costs =  $2,641.66

11   William Sawyer Costs = $3555.605

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

| Exhibit A - Costs for Exhibit Preparation, Printing, and Presentation | | |
|---|---|---|
| 6/15/2018-8/10/2018 | Printing/Copying Scanning from equipment at Audet Law | $ 61,637.00 |
| | Extra Pay for janitorial service in disposing of shredded material | $ 200.00 |
| 1/29/2018 | Carlton.Bates | $ 31.43 |
| 1/30/2018 | Elsevier Health | $ 35.95 |
| 1/30/2018 | JAMA | $ 30.00 |
| 1/30/2018 | JAMA | $ 30.00 |
| 1/30/2018 | Wiley Online | $ 45.60 |
| 1/30/2018 | Wiley Online | $ 45.60 |
| 2/9/2018 | Wolters Kluwer | $ 49.00 |
| 2/13/2018 | ACS | $ 40.00 |
| 2/13/2018 | Elsevier Health | $ 35.95 |
| 2/13/2018 | Sage Publications | $ 40.00 |
| 2/13/2018 | Sage Publications | $ 40.00 |
| 2/13/2018 | Wiley Online | $ 38.00 |
| 2/13/2018 | Wiley Online | $ 38.00 |
| 2/13/2018 | Wiley Online | $ 38.00 |
| 2/14/2018 | Sage Publications | $ 40.00 |
| 2/14/2018 | Science Direct | $ 35.95 |
| 2/14/2018 | Science Direct | $ 35.95 |
| 2/14/2018 | Science Direct | $ 35.95 |
| 2/14/2018 | Science Direct | $ 373.05 |
| 2/14/2018 | Springer.com | $ 39.95 |
| 2/14/2018 | Springer.com | $ 39.95 |
| 2/14/2018 | Springer.com | $ 39.95 |
| 2/14/2018 | Springer.com | $ 39.95 |
| 2/14/2018 | Springer.com | $ 39.95 |
| 2/14/2018 | Taylor & Frances | $ 54.00 |
| 2/14/2018 | Wiley Online | $ 38.00 |
| 2/15/2018 | Wiley Online | $ 38.00 |
| 4/7/2018 | Fed Ex Color Copies | $ 154.03 |
| 4/24/2018 | Lenovo | $ 1,403.11 |
| 4/30/2018 | Indata | $ 954.00 |
| 5/9/2018 | Fed Ex Color Copies | $ 452.68 |
| 5/9/2018 | Compass | $ 18.49 |
| 5/21/2018 | Elesvier | $ 35.95 |
| 5/22/2018 | Elesvier | $ 35.95 |
| 5/22/2018 | Elesvier | $ 35.95 |
| 5/22/2018 | Journals | $ 30.00 |
| 5/23/2018 | OUP Journals | $ 46.33 |
| 5/23/2018 | OUP Journals | $ 46.33 |
| 5/24/2018 | Elsevier Health | $ 35.95 |
| 5/24/2018 | Elsevier Health | $ 35.95 |
| 5/24/2018 | OUP Journals | $ 46.33 |
| 5/24/2018 | Ovid/LWW Online | $ 49.00 |

| | | | |
|---|---|---|---|
| 5/24/2018 | Ovid/LWW Online | $ | 49.00 |
| 5/24/2018 | Wiley Online | $ | 38.00 |
| 5/28/2018 | Elsevier Health | $ | 35.95 |
| 6/29/2018 | Article | $ | 36.99 |
| 7/3/2018 | B&R Services | $ | 76.00 |
| 7/3/2018 | Science Direct | $ | 41.95 |
| 7/9/2018 | Science Direct | $ | 35.95 |
| 7/14/2018 | Amazon (Mucci Textbook) | $ | 481.79 |
| 7/14/2018 | Readcube | $ | 38.00 |
| 7/19/2018 | B&R Services (retrieving Certified Copies of Prior N | $ | 145.00 |
| 7/19/2018 | B&R Services | $ | 156.00 |
| 7/19/2018 | B&R Services | $ | 155.80 |
| 7/19/2018 | Ovid/LWW Online | $ | 49.00 |
| 8/2/2018 | Cadmus Journal | $ | 30.00 |
| 8/2/2018 | Elsevier Health | $ | 35.95 |
| 6/23/2018 | Wesco Distribution/supplies for trial | $ | 55.95 |
| 6/9/2018 | Trial Equipment | $ | 20.62 |
| 06/13/18 | (1/2 of bill to Hollingsworth) IT Equipment | $ | 212.58 |
| 06/13/18 | Laptop screen IT Equipment | $ | 59.16 |
| 06/13/18 | Supplies | $ | 321.73 |
| 06/13/18 | IT Equipment | $ | 208.30 |
| 06/13/18 | Equip Rental - 1/2 of bill to Hollingsworth IT Equip | $ | 3,058.90 |
| 06/13/18 | IT Equipment | $ | 113.42 |
| 06/13/18 | IT Equipment | $ | 39.99 |
| 06/13/18 | IT Equipment | $ | 226.78 |
| 06/13/18 | Supplies | $ | 133.11 |
| 06/13/18 | Supplies | $ | 43.39 |
| | TrialbyDesign (Powerpoint Development) | $ | 54,750.00 |
| 08/03/2018 | Paper for Binders Supplies | $ | 74.41 |
| 08/03/2018 | Paper for Binders Supplies | $ | 74.41 |
| 08/03/2018 | IT Equip for Trial Exhibits IT Equipment | $ | 775.62 |
| 08/03/2018 | TriPod for Exhibits IT Equipment | $ | 52.15 |
| 08/03/2018 | USB Cable for exhibits IT Equipment | $ | 29.88 |
| 08/03/2018 | Exhibit Supplies | $ | 111.51 |
| 08/03/2018 | Tablecloth for exhibits Supplies | $ | 16.26 |
| 08/03/2018 | Tablecloth for exhibits Supplies | $ | 14.99 |
| 08/03/2018 | Supplies | $ | 17.32 |
| 08/03/2018 | Binder Supplies | $ | 310.20 |
| 08/03/2018 | I IT Equipment | $ | 29.99 |
| 08/03/2018 | Supplies | $ | 151.94 |
| 08/03/2018 | Printing of Exhibits Supplies | $ | 108.49 |
| 08/03/2018 | Trial Poster Board Supplies | $ | 141.04 |
| 08/03/2018 | Trial Supplies | $ | (12.99) |
| 08/03/2018 | Exhibit Supplies | $ | 106.72 |
| 08/03/2018 | Exhibit Supplies | $ | 761.60 |
| 08/03/2018 | Exhibit Supplies | $ | 81.38 |
| 08/03/2018 | Exhibit Supplies | $ | 141.04 |

| 08/03/2018 | Exhibit Supplies | $ | 141.04 |
|------------|------------------|---|--------|
| 08/03/2018 | Exhibit Supplies | $ | 141.04 |
| 08/03/2018 | Exhibit Supplies | $ | 25.09 |
| 08/03/2018 | Exhibit Supplies | $ | 141.04 |
| 09/01/2018 | Exhibit Supplies | $ | (93.30) |
| 09/01/2018 | Exhibit Supplies | $ | 87.99 |
| 09/01/2018 | Exhibit Supplies | $ | 53.17 |
| 09/01/2018 | Exhibit Supplies | $ | (99.79) |
| 09/01/2018 | Exhibit Supplies | $ | (22.76) |
| | | $ | 130,614.02 |

**PROOF OF SERVICE**

I, Curtis G. Hoke, declare as follows:

I am a citizen of the United States and am employed in Orange County, Virginia. I am over the age of eighteen years and not a party to the within action. My business address is 108 Railroad Avenue, Orange, Virginia 22960. On September 6, 2018 _____, I served the following documents by the method indicated below:

MEMORANDUM OF COSTS (SUMMARY) and MEMORANDUM OF COSTS (WORKSHEET)

☑      **By Electronically Serving** the document(s) described above via LexisNexis File & Serve by 7:00 p.m. Pacific Standard Time on all parties appearing on the LexisNexis File & Serve service list.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this September 6, 2018 _____ at Orange, Virginia.

Curtis G. Hoke,
Declarant

PROOF OF SERVICE
- 1

*Johnson v. Monsanto Company, et al.*
San Francisco Superior Court Case No.: CGC-16-550128

**SERVICE LIST**

| | |
|---|---|
| George C. Lombardi, Esq.<br>James M. Hilmert, Esq.<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5969<br>Fax: (312) 558-5700<br>glombard@winston.com<br>jhilmert@winston.com | Counsel for Defendant<br><br>Served electronically Via Lexis Nexis File&Serve Xpress |
| Joe G. Hollingsworth, Esq.<br>Eric G. Lasker, Esq.<br>Martin C. Calhoun, Esq.<br>Kirby T. Griffis, Esq.<br>William J. Cople III, Esq.<br>**HOLLINGSWORTH LLP**<br>1350 I Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 898-5800<br>Fax: (202) 682-1639<br>jhollingsworth@hollingsworthllp.com<br>elasker@hollingsworthllp.com<br>mcalhoun@hollingsworthllp.com<br>kgriffis@hollingsworthllp.com<br>wcople@hollingsworthllp.com | Counsel for Defendant<br><br>Served electronically via Lexis Nexis File&Serve Xpress |
| Sandra A. Edwards, Esq.<br>Joshua W. Malone, Esq.<br>**Farella Braun + Martel LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Tel: (415) 95404400<br>Fax: (415) 954-4480<br>sedwards@fbm.com<br>jmalone@fbm.com | Counsel for Defendant<br><br>Served electronically via Lexis Nexis File&Serve Xpress |

PROOF OF SERVICE
- 2

# EXHIBIT 2

1    Michael J. Miller (appearance *pro hac vice*)
     Timothy Litzenburg (appearance *pro hac vice*)
2    Curtis G. Hoke (SBN 282465)
     The Miller Firm LLC
3    108 Railroad Avenue
     Orange, VA  22960
4    Tel: (540) 672-4224; Fax: (540) 672-3055
     mmiller@millerfirmllc.com;
5    tlitzenburg@millerfirmllc.com
     choke@millerfirmllc.com
6    *Attorneys for Plaintiff*
     DEWAYNE JOHNSON

7

8    Joe G. Hollingsworth (appearance *pro hac vice*)
     Eric G. Lasker (appearance *pro hac vice*)      K. Lee Marshall (SBN 277092)
9    Kirby T. Griffis (appearance *pro hac vice*)     Bryan Cave Leighton Paisner LLP
     Hollingsworth LLP                        Three Embarcadero Center, 7th Floor
10   1350 I Street, N.W.                      San Francisco, California 94111-4070
     Washington, DC 20005               Telephone: 415-675-3400;
11   Telephone: (202) 898-5800;         Fax:  415-675-3434
     Fax: (202) 682-1639                klmarshall@bclplaw.com
12   jhollingsworth@hollingsworthllp.com
     elasker@hollingsworthllp.com
13   kgriffis@hollingsworthllp.com         George C. Lombardi
                                    (appearance *pro hac vice*)
14   Sandra A. Edwards (SBN 154578)     James M. Hilmert
     Joshua W. Malone (SBN 301836)      (appearance *pro hac vice*)
15   Farella Braun + Martel LLP          Winston & Strawn LLP
     235 Montgomery Street, 17th Floor    35 West Wacker Drive
16   San Francisco, CA 94104            Chicago, IL 60601
     Telephone: (415) 954-4400;        Telephone: (312) 558-5969;
17   Fax: (415) 954-4480                Fax: (312) 558-5700
     sedwards@fbm.com               glombardi@winston.com
18   jmalone@fbm.com                 jhilmert@winston.com

19   *Attorneys for Defendant*           *Attorneys for Defendant*
     MONSANTO COMPANY         MONSANTO COMPANY

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**01/02/2019**
Clerk of the Court
BY:VANESSA WU
Deputy Clerk

20           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

21                **COUNTY OF SAN FRANCISCO**

22   DEWAYNE JOHNSON,         Case No. CGC-16-550128

23           Plaintiff,            **JOINT STIPULATION REGARDING**
                                  **PLAINTIFF'S RECOVERY OF COSTS**
24            vs.
                                 Hon. Judge Suzanne R. Bolanos
25   MONSANTO COMPANY,

26         Defendant.          Department:      504
                                 Trial Date:       June 18, 2018

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

34812\8543855.1

JOINT STIPULATION REGARDING PLAINTIFF'S RECOVERY OF COSTS
- Case No. CGC-16-550128

1    Regarding the Memorandum of Costs ("Memorandum") filed by Plaintiff Dewayne

2  Johnson ("Plaintiff") on September 6, 2018, Plaintiff and defendant Monsanto Company

3  ("Monsanto") hereby stipulate and agree as follows:

4    1.  In lieu of the $834,247.14 claimed by Plaintiff in the Memorandum, the parties agree

5       that Plaintiff is entitled to recover total costs in the amount of $519,772.18.  Plaintiff's

6       recovery of this amount is subject to the resolution of the parties' appeals in this

7       matter.  The Undertaking on Appeal filed by Monsanto on December 3, 2018, stays

8       enforcement of these costs pending the appeals of the judgment pursuant to Section

9       917.1 of the Code of Civil Procedure.

10   2.  The $519,772.18 is comprised of:

11       a.  $4,797.03 for filing and motion fees [Memorandum Item No. 1].

12       b.  $5,242.25 for jury fees [Memorandum Item No. 2].

13       c.  $191,120.19 for deposition costs [Memorandum Item No. 3].  In reaching this

14          amount, the parties agree that Plaintiff's counsel's total deposition costs can be

15          split 50/50 between this proceeding and the *In re: Roundup Products Liability

16          Litigation* MDL proceeding.  Plaintiff's counsel does not waive their right to

17          recover the remaining costs in other Roundup litigation, nor does Monsanto

18          waive its right to recover or challenge costs in other Roundup litigation.

19       d.  $4,004.46 for service of process costs [Memorandum Item No. 5].

20       e.  $195,211.15 for expert witness fees [Memorandum Item No. 8].  In reaching

21          this amount, the parties agreed that Dr. Benbrook's fees of $14,100 for

22          deposition preparation relating to the *Ronald Peterson and Jeff Hall v.

23          Monsanto* Missouri state court proceeding can be split 50/50 between this

24          proceeding and the Missouri proceeding.  Plaintiff's counsel does not waive

25          their right to recover the remaining costs in other Roundup litigation, nor does

26          Monsanto waive its right to recover or challenge costs in other Roundup

27          litigation.

28       f.  $24,903 for court reporter fees [Memorandum Item No. 11].

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

1

34812\8543855.1

JOINT STIPULATION REGARDING PLAINTIFF'S RECOVERY OF COSTS
- Case No. CGC-16-550128

1    g.   $94,494.10 for costs relating to models, enlargements, and photocopies of

2         exhibits [Memorandum Item No. 12].

3  WHEREFORE, the parties hereby request that the Court enter an Order reflecting the stipulations

4  agreed upon herein.

5

6  Dated: 1/2/19                         THE MILLER FIRM, LLC

7

8                                        By: _____
                                             Jeffrey A. Travers

9                                        Attorneys for Plaintiff, DEWAYNE JOHNSON

10

11 Dated: 1/2/19                         FARELLA BRAUN + MARTEL LLP

12

13                                       By: _____
                                             Joshua W. Malone

14

15                                       Attorneys for Defendant, MONSANTO COMPANY

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

2

34812\8543855.1

JOINT STIPULATION REGARDING PLAINTIFF'S RECOVERY OF COSTS
- Case No. CGC-16-550128

1

<u>PROOF OF SERVICE</u>

2

**Dewayne Johnson v. Monsanto Company**
**San Francisco Superior Court Action No. CGC-16-550128**

3

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

4

5        At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is 235 Montgomery Street, 17th Floor, San Francisco, CA 94104.

6

7        On January 2, 2019, I served true copies of the following document(s) described as

8        **JOINT STIPULATION REGARDING PLAINTIFF'S RECOVERY OF COSTS; and [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S RECOVERY OF COSTS**

9

10       on the interested parties in this action as follows:

**SERVICE LIST**

11

| | |
|---|---|
| 12  Michael J. Miller, Esq. | Attorneys for Plaintiff |
| Timothy Litzenburg, Esq. | Tel: 540-672-4224 |
| 13  Curtis G. Hoke, Esq. | Fax: 540-672-3055 |
| THE MILLER FIRM, LLC | mmiller@millerfirmllc.com |
| 14  108 Railroad Avenue | tlitzenburg@millerfirmllc.com |
| 15  Orange, VA  22960 | choke@millerfirmllc.com |
| 16  R. Brent Wisner, Esq. | Attorneys for Plaintiff |
| Pedram Esfandiary, Esq. | Tel:  (310) 207-3233 |
| 17  Michael L. Baum, Esq. | Fax:  (310) 820-7444 |
| BAUM HEDLUND, ARISTEL & GOLDMAN P.C. | rbwisner@baumhedlundlaw.com |
| 18  12100 Wilshire Blvd., Suite 950 | pesfandiary@baumhedlundlaw.com |
| 19  Los Angeles, CA  90025 | mbaum@baumhedlundlaw.com |
| 20  George C. Lombardi, Esq. | Attorneys for Defendant |
| James M. Hilmert, Esq. | Tel: (312) 558-5969 |
| 21  WINSTON & STRAWN LLP | Fax: (312) 558-5700 |
| 35 West Wacker Drive | glombard@winston.com |
| 22  Chicago, IL 60601 | jhilmert@winston.com |
| 23  Joe G. Hollingsworth, Esq. | Attorneys for Defendant |
| 24  Eric G. Lasker, Esq. | Tel:  (202) 898-5800 |
| Kirby T. Griffis, Esq. | Fax: (202) 682-1639 |
| 25  HOLLINGSWORTH LLP | jhollingsworth@hollingsworthllp.com |
| 1350 I Street, N.W. | elasker@hollingsworthllp.com |
| 26  Washington, DC  20005 | kgriffis@hollingsworthllp.com |

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PROOF OF SERVICE – Case No. CGC-16-550128

1  K. Lee Marshall                                      Tel:  (415) 675-3400
   Bryan Cave Leighton Paisner LLP                      Fax:  (415) 675-3434
2  Three Embarcadero Center, 7th Floor                  klmarshall@bclplaw.com
   San Francisco, CA  94111-4070
3

4  ☒    **E-MAIL TRANSMISSION:**  By electronically serving the document(s) described above
5       via File&ServeXpress.

6  ☒    **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the
   document(s) to be sent from e-mail address svillalobos@fbm.com to the persons at the e-mail
7  addresses listed in the Service List.  I did not receive, within a reasonable time after the
   transmission, any electronic message or other indication that the transmission was unsuccessful.
8

9       I declare under penalty of perjury under the laws of the State of California that the
10 foregoing is true and correct.

11      Executed on January 2, 2019, at San Francisco, California.

12

13                                          _Sharon M. Villalobos_
                                            Sharon M. Villalobos
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

34812\8742633.1                 PROOF OF SERVICE – Case No. CGC-16-550128