**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
MONSANTO COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | Case No.: 3:16-cv-0525<br><br>**STIPULATION OF THE PARTIES REQUESTING ISSUANCE OF ORDER APPROVING DEFENDANT MONSANTO COMPANY'S SUPERSEDEAS BOND AND STAYING EXECUTION OF JUDGMENT**<br><br>[Filed concurrently with [Proposed] Order] |

**STIPULATION AND REQUEST**

This Stipulation and Request is entered into between Plaintiff Edwin Hardeman and Defendant Monsanto Company with respect to the issuance of an Order temporarily staying the Judgment entered in this matter.

Judgment was entered in this case on May 3, 2019. Pursuant to Federal Rule of Civil Procedure 62, execution on that judgment is automatically stayed through June 3, 2019. Monsanto's supersedeas bond is prepared and in the process of being executed by the requisite signatories. However, due to unforeseeable weather circumstances, the original bond is still in transit. *See* Declaration of Rakesh Kilaru at ¶ 3 ("Kilaru Declaration"). Accordingly, the Parties ask the Court to approve the form of Monsanto's bond, attached as Exhibit A to the Kilaru Declaration, and stay execution on the judgment during the pendency of post-trial motions and during any appeal. Monsanto will file the fully executed bond as soon as it is available, which it expects will be on June 3, 2019.

Plaintiff and Defendant hereby stipulate, agree, and request that:

(1) The Court issue an Order approving the form of Monsanto Company's Supersedeas Bond, which is in the amount the Court has ordered ($100,334,542.63);

(2) The Court's Order will stay execution on the Judgment entered on May 3, 2019 in favor of Plaintiff Edwin Hardeman, and against Defendant Monsanto Company, with such stay remaining in effect, pursuant to Federal Rule of Civil Procedure ("FRCP") 62, during the pendency of post-trial motions under FRCP 59 and 60, and during appeal, if any, to the United States Court of Appeals for the Ninth Circuit until the mandate from the Ninth Circuit issues; and

(3) Monsanto shall file the fully executed Bond as soon as it is available.

IT IS SO STIPULATED, AGREED, AND REQUESTED.

1  Dated: May 31, 2019

3              By:   /s/ Aimee Wagstaff
4                    Aimee Wagstaff (SBN 278480)
                     Aimee.wagstaff@andruswagstaff.com
5                    Andrus Wagstaff, P.C.
                     7171 West Alaska Drive
6                    Lakewood, CO 80226
                     P: 303-376-6360

10
11             By:   /s/ Jennifer A. Moore
                     Jennifer A. Moore (SBN 206779)
                     Jennifer@moorelawgroup.com
12                   Moore Law Group, PLLC
                     1473 South 4th Street
13                   Louisville, KY 40208
14                   P: 303-376-6360

15                   Attorneys for Plaintiff Edwin Hardeman

- 3 -
STIPULATION REGARDING BOND AND STAYING EXECUTION OF JUDGMENT; 3:16-CV-0525-VC

Dated: May 31, 2019

By:    */s/ Brian L. Stekloff*
     Brian L. Stekloff (*pro hac vice*)
     bstekloff@wilkinsonwalsh.com
     Rakesh Kilaru (*pro hac vice*)
     rkilaru@wilkinsonwalsh.com
     WILKINSON WALSH + ESKOVITZ LLP
     2001 M St. NW
     10th Floor
     Washington, DC 20036
     Tel:   202-847-4030
     Fax:  202-847-4005
     Attorneys for Defendant Monsanto Company

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each of the other signatories.

By:    */s/ Brian L. Stekloff*
     Brian L. Stekloff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ <em>Brian L. Stekloff</em>