**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | Case No.: 3:16-cv-0525<br><br>**DECLARATION OF RAKESH KILARU IN SUPPORT OF STIPULATION OF THE PARTIES REQUESTING ISSUANCE OF ORDER APPROVING DEFENDANT MONSANTO COMPANY'S SUPERSEDEAS BOND AND STAYING EXECUTION OF JUDGMENT**<br><br>[Filed concurrently with Stipulation and [Proposed] Order] |

**DECLARATION OF RAKESH KILARU**

I, Rakesh Kilaru, hereby declare as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for Defendant Monsanto Company ("Monsanto"). I make this declaration in support of the Parties' Stipulation Requesting Issuance of Order Approving Defendant Monsanto Company's Supersedeas Bond and Staying Execution of Judgment. I make this declaration based on my personal knowledge and/or documents that I reviewed and, if called as a witness, I would and could testify competently to these matters.

2. A supersedeas bond has been prepared, and the original of that bond is currently in transit so that it can be affixed with the Monsanto seal and executed by the requisite signatories. Monsanto intended to file the bond with this Court by Friday, May 31, 2019. However, on May 30, 2019, I was informed that severe weather conditions in the Midwest delayed delivery of the bond. Monsanto is therefore unable to file the finalized bond at this time.

3. Accordingly, the Parties request that the Court approve the form of the bond, and Monsanto will file the fully executed bond as soon as it is available, which will most likely be on Monday, June 3. A true and correct copy of the partially executed bond is attached hereto as Exhibit A so that the Court can approve its form.

I declare under penalty of perjury under the laws of the United States that the facts set forth herein are true and correct.

Dated: May 31, 2019

By:  */s/ Rakesh Kilaru*
Rakesh Kilaru

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ <i>Brian L. Stekloff</i>