# EXHIBIT A

Bond No. 285061083

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:     202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
| | ) |
| | ) Case No. 3:16-md-02741-VC |
| _____ | ) |
| | ) **MONSANTO COMPANY'S** |
| *Hardeman v. Monsanto Co., et al.*, | ) **SUPERSEDEAS BOND AS TO** |
| 3:16-cv-0525-VC | ) **JUDGMENT IN CASE NO. 3:16-cv-0525-** |
| | ) **VC (HARDEMAN V. MONSANTO CO.)** |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | |

**SUPERSEDEAS BOND**

We, Defendant Monsanto Company, as principal, and Liberty Mutual Insurance Company, a corporation incorporated under the laws of the State of Massachusetts, and duly licensed and authorized to carry on a surety business in the State of California, as surety, are held and firmly bound to Edwin Hardeman, the Plaintiff in the above-entitled action, in the sum of One Hundred Million Three Hundred Thirty Four Thousand Five Hundred Forty Two and 63/100 Dollars ($100,334,542.63), to be paid to said Edwin Hardeman, for which payment, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors, or assigns, jointly and severally, by this instrument.

Whereas, on May 3, 2019, in an action pending in the above court, between Edwin Hardeman, as Plaintiff, and Monsanto Company, as Defendant, Judgment was rendered against Monsanto Company, and Monsanto Company having applied for and obtained an Order of the District Court staying enforcement of such Judgment, which stay shall remain in effect pursuant to Federal Rule of Civil Procedure ("FRCP") 62 during the pendency of post-trial motions under FRCP 59 and 60, and appeal, if any, to the United States Court of Appeals for the Ninth Circuit until the mandate from the Ninth Circuit issues.

Wherefore, the condition of this obligation is that if Monsanto Company shall prosecute its appeals to effect and shall satisfy the Judgment in full, together with costs, interest, and damages for delay if the appeals are finally dismissed or if the Judgment is affirmed and the mandate has issued, or if Monsanto Company shall satisfy in full such Judgment as modified together with such costs, interest, and damages for delay as the court of appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full force and effect.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Liberty Mutual Insurance Company, as surety, submits itself to the jurisdiction of the district court and irrevocably appoints the clerk of the district court as its agent upon whom any papers effecting its liability on this obligation may be served.

\

- 1 -

1  DATED:

2  For the principal:                    Monsanto Company

3

4                                        By _____

5                                        Scott Partridge

6                                        Secretary

7

8  For the surety:

9  Amount of Premium $ 215,719.00

10                                       Liberty Mutual Insurance Company

11

12                                       By _____
                                         James Ross, Attorney-in-Fact
13                                       Liberty Mutual Surety
                                         Home Office: 2200 Renaissance Blvd.,
14                                       Suite  400, King of Prussia, PA 19406-2755
                                         Local Office: 255 California Street, 950
15                                       San Francisco, CA 94111

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STATE OF NEW JERSEY        :

                               SS.

COUNTY OF MORRIS         :

On this 29th day of May , 2019, before me personally came Scott Partridge, to me known to be the person who executed the foregoing instrument and who, being duly sworn by me, did depose and say that he is the Secretary of Monsanto Company, incorporated in the State of  Delaware, and that he executed the foregoing instrument in the name of said Corporation and that he had authority to sign the same and he acknowledged to me that he executed the same as the act and deed of said Corporation for the uses and purposes therein mentioned.

Notary Public of the
State of New Jersey

KAREN VAN EASTEREN
A Notary Public of New Jersey
My Commission Expires September 24, 2022

## View/Print Label

1   **Print the label:** Select Print from the File menu in this browser window to print the label below.

2   **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   - Take this package to any location of The UPS Store®®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot®® or Staples®®) or Authorized Shipping Outlet near you or visit www.ups.com/content/us/en/index.jsx and select Drop Off
   - Air shipments (including Worldwide Express and Expedited) can be picked up or dropped off  To schedule a pickup, or to find a drop-off location, select the Pickup or Drop-off icon from the UPS tool bar

FOLD HERE

