**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co.,* 3:16-cv-0525-VC | **[PROPOSED] ORDER GRANTING MONSANTO'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |

1  ___ The Court hereby grants Monsanto Company's motion for judgment as a matter of law pursuant
2  to Fed. R. Civ. P. 50(b).
3      *or*
4  ___ The Court hereby grants Monsanto Company's motion for a new trial pursuant to
5  Fed. R. Civ. P. 59.

|  |  |  |
|---|---|---|
| 1 |  |  |
| 2 | DATED: May 31, 2019 | Respectfully submitted, |
| 3 |  | /s/ Brian L. Stekloff |
| 4 |  |  |
|  |  | Brian L. Stekloff (*pro hac vice*) |
| 5 |  | (bstekloff@wilkinsonwalsh.com) |
|  |  | Tamarra Matthews Johnson (*pro hac vice*) |
| 6 |  | (tmatthewsjohnson@wilkinsonwalsh.com) |
|  |  | Rakesh Kilaru (*pro hac vice*) |
| 7 |  | (rkilaru@wilkinsonwalsh.com) |
|  |  | WILKINSON WALSH + ESKOVITZ LLP |
| 8 |  | 2001 M St. NW, 10th Floor |
| 9 |  | Washington, DC 20036 |
|  |  | Tel: 202-847-4030 |
| 10 |  | Fax: 202-847-4005 |
| 11 |  |  |
|  |  | Pamela Yates (CA Bar No. 137440) |
| 12 |  | (Pamela.Yates@arnoldporter.com) |
|  |  | ARNOLD & PORTER KAYE SCHOLER |
| 13 |  | 777 South Figueroa St., 44th Floor |
|  |  | Los Angeles, CA 90017 |
| 14 |  | Tel: 213-243-4178 |
|  |  | Fax: 213-243-4199 |
| 15 |  |  |
| 16 |  | Eric G. Lasker (*pro hac vice*) |
|  |  | (elasker@hollingsworthllp.com) |
| 17 |  | HOLLINGSWORTH LLP |
|  |  | 1350 I St. NW |
| 18 |  | Washington, DC 20005 |
|  |  | Tel: 202-898-5843 |
| 19 |  | Fax: 202-682-1639 |
| 20 |  |  |
|  |  | Michael X. Imbroscio (*pro hac vice*) |
| 21 |  | (mimbroscio@cov.com) |
|  |  | COVINGTON & BURLING LLP |
| 22 |  | One City Center |
|  |  | 850 10th St. NW |
| 23 |  | Washington, DC 20001 |
|  |  | Tel: 202-662-6000 |
| 24 |  |  |
| 25 |  | Attorneys for Defendant |
|  |  | MONSANTO COMPANY |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff