**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | |

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(b) or, in the alternative, for a new trial pursuant to Fed. R. Civ. P. 59.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Transcript of the *Hardeman* case Hearing held April 7, 2016.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Order Denying Monsanto Co.'s Motion for Judgment Not Withstanding the Verdict and Conditionally Denying Monsanto's Motion for New Trial in the *Johnson* case filed October 22, 2018.

4. Annexed hereto as Exhibit 3 is a true and correct copy of Trial Exhibit 1599, a 2001 article titled "The Effect of Antiviral Therapy on Translocation and Immunoglobulin Gene Rearrangement in Patients with Chronic Hepatitis C Virus Infection" by Zuckerman et al.

5. Annexed hereto as Exhibit 4 is a true and correct copy of Trial Exhibit 1191, the expert report of Dr. Daniel Arber produced in the *Hardeman* case dated November 29, 2018.

6. Annexed hereto as Exhibit 5 is a true and correct copy of Trial Exhibit 1190, the expert report of Dr. Alexandra Levine produced in the *Hardeman* case dated November 26, 2018.

7. Annexed hereto as Exhibit 6 is a true and correct copy of Trial Exhibit 505, the EPA's March 4, 1985 memorandum titled "Consensus Review of Glyphosate."

8. Annexed hereto as Exhibit 7 is a true and correct copy of Trial Exhibit 512, the EPA's December 12, 1985 memorandum titled "Roundup; Glyphosate; Pathology Report on Additional Kidney Sections."

9. Annexed hereto as Exhibit 8 is a true and correct copy of Trial Exhibit 514, the EPA's June 1986 EPA Guidance for the Reregistration of Pesticide Products Containing Glyphosate as the Active Ingredient.

10. Annexed hereto as Exhibit 9 is a true and correct copy of Trial Exhibit 503, the EPA's April 3, 1985 memorandum titled "Glyphosate; EPA Reg. #524-308; mouse oncogenicity study."

11. Annexed hereto as Exhibit 10 is a true and correct copy of Trial Exhibit 516, the EPA's January 5, 1988 Glyphosate Guidance Document.

12. Annexed hereto as Exhibit 11 is a true and correct copy of Trial Exhibit 481, the EPA's 1993 Re-registration Eligibility Determination ("RED").

13. Annexed hereto as Exhibit 12 is a true and correct copy of Trial Exhibit 482, the EPA's April 3, 2009 memorandum on Alkyl Amine Polyalkoxylate surfactants.

14. Annexed hereto as Exhibit 13 is a true and correct copy of Trial Exhibit 483, the European Commission's January 21, 2002 "Review report for the active substance glyphosate."

15. Annexed hereto as Exhibit 14 is a true and correct copy of Trial Exhibit 484, the 2004 JMPR Report on Pesticide Residues in Food.

16. Annexed hereto as Exhibit 15 is a true and correct copy of Trial Exhibit 485, the 2004 JMPR Report on Pesticide Residues in Food.

17. Annexed hereto as Exhibit 16 is a true and correct copy of Court Exhibit 969, the final as played video transcript of William Reeves.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

DATED: May 31, 2019

Respectfully submitted,

/s/ Brian L. Stekloff

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                        /s/ *Brian L. Stekloff*