# Appendix C

Citations Considered to be Part of the Data Base
Supporting the Reregistration of Glyphosate

## GUIDE TO APPENDIX C

1. **CONTENTS OF BIBLIOGRAPHY.** This bibliography contains citations of all studies considered relevant by EPA in arriving at the positions and conclusions stated elsewhere in the Reregistration Eligibility Document. Primary sources for studies in this bibliography have been the body of data submitted to EPA and its predecessor agencies in support of past regulatory decisions. Selections from other sources including published literature, in those instances where they have been considered, are included.

2. **UNITS OF ENTRY.** The unit of entry in this bibliography is called a "study". In the case of published materials, this corresponds closely to an article. In the case of unpublished materials submitted to the Agency, the Agency has sought to identify documents at a level parallel to the published article from within the typically larger volumes in which they were submitted. The resulting "studies" generally have a distinct title (or at least a single subject), can stand alone for purposes of review and can be described with a conventional bibliographic citation. The Agency has also attempted to unite basic documents and commentaries upon them, treating them as a single study.

3. **IDENTIFICATION OF ENTRIES.** The entries in this bibliography are sorted numerically by Master Record Identifier, or "MRID Number". This number is unique to the citation, and should be uses whenever a specific reference is required. It is not related to the six-digit "Accession Number" which has been used to identify volumes of submitted studies (see paragraph 4(d)(4) below for further explanation). In a few cases, entries added to the bibliography late in the review may be preceded by a nine character temporary identifying number is also to be used whenever specific reference is needed.

4. **FORM OF ENTRY.** In addition to the Master Record Identifier (MRID), each entry consists of a citation containing standard elements followed, in the case of material submitted to EPA, by a description of the earliest known submission. Bibliographic conventions used reflect the standard of the American National Standards Institute (ANSI), expanded to provide for certain special needs.

a.  **Author**.  Whenever the author could confidently be
    identified, the Agency has chosen to show a personal
    author.  When no individual was identified, the Agency has
    shown a identifiable laboratory or testing facility as the
    author.  When no author or laboratory could be identified,
    the Agency has shown the first submitter as the author.

b.  **Document Date**.  The date of the study is taken directly
    from the document.  When the date is followed by a
    question mark, the bibliographer has deduced the date from
    the evidence contained in the document.  When the date
    appears as (19??), the Agency was unable to determine or
    estimate the date of the document.

c.  **Title**.  In some cases, it has been necessary for the
    Agency bibliographers to create or enhance a document
    title.  Any such editorial insertions are contained
    between square brackets.

d.  **Trailing Parentheses**.  For studies submitted to the Agency
    in the past, the trailing parentheses include (in addition
    to any self-explanatory text) the following elements
    describing the earliest known submission:

    (1)  <u>Submission Date</u>.  The date of the earliest known
         submission appears immediately following the word
         "received".

    (2)  <u>Administrative Number</u>.  The next element immediately
         following the word "under" is the registration
         number, experimental use permit number, petition
         number, or other administrative number associated
         with the earliest known submission.

    (3)  <u>Submitter</u>.  The third element is the submitter.  When
         authorship is de-faulted to the submitter, this
         element is omitted.

    (4)  <u>Volume Identification (Accession Numbers)</u>.  The final
         element in the trailing parentheses identifies the
         EPA accession number of the volume in which the
         original submission of the study appears.  The six-
         digit accession number follows the symbol "CDL",
         which stands for "Company Data Library".  This
         accession number is in turn followed by an alphabetic

C-2

suffix which shows the relative position of the study within the volume.

00015759 Kahrs, R.A.; Cheung, M.W. (1979) Tank Mixes of Metolachlor (
          plus Linuron or Metribuzin plus Glyphosate--Soybeans; Tank M
          of Metolachlor (8E) plus Linuron or Metribuzin plus Paraquat
          Soybeans: No and Minimum Tillage Applications: Report No. AB
          79029. Summary of studies 237821-B through 237821-Q. (Unpub-
          lished study received Mar 16, 1979 under 100-583; submitted
          Ciba-Geigy Corp., Greensboro, N.C.; CDL:237821-A)

00015760 Kincaid, L. (1979) Metolachlor + Glyphosate + Linuron; Dual
          Roundup 4E + Lorox 50W: AG-A No. 4763 I,II. (Unpublished stu
          including letter dated May 23, 1978 from J.D. Riggleman to R
          ert A. Kahrs, received Mar 16, 1979 under 100-583; prepared
          cooperation with E.I. du Pont de Nemours & Co., Inc. and ADC
          Laboratories, submitted by Ciba-Geigy Corp., Greensboro, N.C
          CDL:237821-B)

00015761 Schnappinger, M.G. (1979) Metolachlor + Glyphosate + Linuron
          Dual 8E + Roundup 4E + Lorox 50W: AG-A No. 4886 I,II.
          (Unpublished study including letter dated May 23, 1978 from
          Riggleman to Robert A. Kahrs, received Mar 16, 1979 under
          100-583; prepared in cooperation with E.I. du Pont de Nemour
          Co., Inc. and ADC Laboratories, submitted by Ciba-Geigy Corp
          Greensboro, N.C.: CDL:237821-C)

00015762 Searcy, V.; Herman, D. (1979) Metolachlor + Glyphosate +
          Linuron; Dual 8E + Roundup 4E + Lorox 50W: AG-A No. 4893 I,I
          (Unpublished study including letter dated May 23, 1978 from
          Riggleman to Robert A. Kahrs, received Mar 16, 1979 under
          100-583; prepared in cooperation with E.I. du Pont de Nemour
          Co., Inc. and ADC Laboratories, submitted by Ciba-Geigy Corp
          Greensboro, N.C.; CDL:237821-D)

00015763 Rose, W.; Worsham, D. (1979) Metolachlor + Glyphosate + Linu
          Dual 8E + Roundup 4E + Lorox 50W: AG-A No. 4956 I,II A. (Unp
          lished study including letter dated May 23, 1978 from J.D. R
          gleman to Robert A. Kahrs, received Mar 16, 1979 under 100-5
          prepared in cooperation with Rocky Mount Experiment Station,
          Laboratories and E.I. du Pont de Nemours & Co., Inc., submit
          by Ciba-Geigy Corp., Greensboro, N.C.; CDL:237821-E)

00015764 Kincaid, L. (1979) Metolachlor (Dual(R) 8E); Glyphosate (Rou
          4E); Metribuzin (Sencor 50W): AG-A No. 4765 I,II. (Unpublish
          study including letter dated May 23, 1978 from J.D. Rigglema
          Robert A. Kahrs, received Mar 16, 1979 under 100-583; prepar

in cooperation with ADC Laboratories and E.I. du Pont de Nemo & Co., Inc., submitted by Ciba-Geigy Corp., Greensboro, N.C. CDL:237821-F)

00015765 Schnappinger, M.G. (1978) Metolachlor (Dual 8E); Glyphosate (Roundup 4E); Metribuzin (Sencor 50W): AG-A No. 4887 I,II. (Unpublished study including letter dated May 23, 1978 from Riggleman to Robert Kahrs, received Mar 16, 1979 under 100-5 prepared in cooperation with ADC Laboratories and E.I. du Po de Nemours Co., Inc., submitted by Ciba-Geigy Corp., Greensb N.C.; CDL:237821-G)

00015766 Searcy, S.; Herman, D. (1979) Metolachlor (Dual 8E); Glyphos (Roundup 4E); Metribuzin (Sencor 50W): AG-A No. 4895 I,II. (Unpublished study including letter dated May 23, 1978 from Riggleman to Robert A. Kahrs, received Mar 16, 1979 under 10 583; prepared in cooperation with ADC Laboratories and E.I. Pont de Nemours Co., Inc., submitted by Ciba-Geigy Corp., Greensboro, N.C.; CDL:237821-H)

00015767 Rose, W.; Worsham, D. (1979) Metolachlor (Dual 8E); Glyphosa (Roundup 4E); Metribuzin (Sencor 50W): AG-A No. 4958 I,II A. (Unpublished study including letter dated May 23, 1978 from Riggleman to Robert A. Kahrs, received Mar 16, 1979 under 10 583; prepared in cooperation with ADC Laboratories and E.I. Pont de Nemours & Co., Inc., submitted by Ciba-Geigy Corp., Greensboro, N.C.; CDL:237821-I)

00023336 Monsanto Company (1974) Residues of Glyphosate, Atrazine and Simazine in or on Field Corn Grain, Sweet Corn and Corn Fora and Fodder following a Tank Mix, Pre-emergent, Minimum Till Application of Roundup, Atrazine and Simazine. (Unpublished study received Dec 19, 1977 under 524-308; CDL:232518-B)

00023512 Houseworth, L.D.; Schnappinger, H.G.; Slagowski, J.L.; et al (1979) Tank Mixes of Metolachlor (6E, 8E) plus Simazine and/ Atrazine plus Paraquat or Glyphosate--Corn: Summary of Resid Data: Report No. ABR-79105. (Unpublished study received Dec 1979 under 100-583; prepared in cooperation with Chevron Che ical Co. and others, submitted by Ciba-Geigy Corp., Greensbo N.C.; CDL:241647-A)

00024503 Monsanto Company (1974) Summary of Residue Data. (Unpublishe study received Jan 16, 1978 under 524-285; CDL:232680-B)

00027235   Monsanto Company (1979) Analytical Residue Method for
           N-Phosphonomethylglycine (Glyphosate) and Aminomethylphospho
           acid in Sugarcane, Bagasse, Raw Sugar and Molasses. (Unpubli
           study received Dec 28, 1979 under 524-332; CDL:099157-B)

00028852   Monsanto Company (1976) Glyphosate Residues in Peanuts follo
           Preemergent Treatment with Roundup Herbicide. (Unpublished s
           received Feb 22, 1980 under 524-308; CDL:099306-A)

00028853   Monsanto Company (19??) Analytical Residue Method for
           N-(Phosphonomethyl) glycine, Aminomethylphosphonic acid and
           N-Nitroso-N(phosphonomethyl) glycine in Peanuts. (Unpublishe
           study received Feb 22, 1980 under 524-308; CDL:099306-B)

00033954   Monsanto Company (1973) Summary and Conclusion: Residue Data
           (Unpublished study received Dec 30, 1975 under 524-308; CDL:
           224062-A)

00036222   Monsanto Company (1974) Analytical Residue Method for
           N-Phosphonomethyl glycine and Aminomethylphosphonic acid in
           and Water. Method B dated Nov 21, 1974. (Unpublished study
           received Sep 25, 1975 under 6G1679; CDL:095356-A)

00036223   Monsanto Company (1974) Analytical Residue Method for
           N-Phosphonomethyl glycine and Aminomethylphosphonic acid in
           Forage and Grain. Method B dated Mar 1, 1974. (Unpublished s
           received Sep 25, 1975 under 6G1679; CDL:095356-B)

00036229   Kramer, R.M.; Beasley, R.K.; Steinmetz, J.R.; et al. (1975)
           Interim Report on CP 67573, Residue and Metabolism. Part 28:
           Determination of Residues of Glyphosate and Its Metabolite i
           Fish: Agricultural Research Report No. 378. (pp. 1-13 only;
           unpublished study received Sep 25, 1975 under 6G1679; submit
           by Monsanto Co., Washington, D.C.; CDL:095356-I)

00036231   Monsanto Company (1975) Analytical Residue Method for
           N-Phosphonomethylglycine and Aminomethylphosphonic acid in F
           Tissue. Method dated Sep 2, 1975. (Unpublished study receive
           Sep 25, 1975 under 6G1679; CDL:095356-K)

00036328   Fink, R. (1975) Final Report: One Generation Reproduction
           Study--Mallard Duck: Project No. 139-101. (Unpublished study
           received Sep 26, 1975 under 6G1679; prepared by Truslow Farm
           Inc., submitted by Monsanto Co., Washington, D.C.; CDL:09648

C-6

00037687  Monsanto Company (1976) Residues of Glyphosate, Alachlor and
          Cyanazine in or on Field Corn Forage, Fodder, and Grain
          following a Tank Mix, Pre-emergent, Minimum Till Application
          Roundup, Lasso and Blades. (Unpublished study received Apr 1
          1979 under 524-285; CDL:238167-B)

00037688  Monsanto Company (1979) Analytical Residue Method for
          N-Phosphonomethyl Glycine, Aminomethylphosphonic acid and
          N-Nitrosoglyphosate in Field Corn Forage, Fodder and Grain.
          Method dated Jan 22, 1979. (Unpublished study received Apr 1
          1979 under 524-285; CDL:238167-C)

00038770  Cowell, J.E.; Taylor, A.L.; Stranz, J.L.; et al. (1974) Fina
          Report on CP 67563, Residue and Metabolism: Part 21:
          Determination of CP 67573 and CP 50435 Residues in Grapes:
          Agricultural Research Report No. 337. Includes undated metho
          entitled: Roundup and metabolite residue analytical method.
          (Unpublished study received Oct 4, 1974 under 5fl560; submit
          by Monsanto Co., Washington, D.C.; CDL:094261-A)

00038771  Rueppel, M.L.; Suba, L.A.; Moran, S.J.; et al. (1974) Final
          Report on CP 67573, Residue and Metabolism: Part 20: The
          Metabolism of CP 67573 in Grape Plants: Agricultural Researc
          Report No. 335. (Unpublished study received Oct 4, 1974 unde
          5F1560; submitted by Monsanto Co., Washington, D.C.;
          CDL:094261-B)

00038908  Beasley, R.K.; Daniels, R.J.; Lauer, R.; et al. (1974) Final
          Report on CP 67573, Residue and Metabolism--Part 17:
          Determination of Crop Residues in Corn, Wheat, Soybeans, Sma
          Grains, Soil and Water: Agricultural Research Report No. 325
          (Unpublished study received Jan 31, 1977 under 524-308;
          submitted by Monsanto Co., Washington, D.C.; CDL:095787-B)

00038979  Cowell, J.E.; Taylor, A.L.; Stranz, J.L.; et al. (1974) Roun
          and Metabolite Residue Analytical Method. (Unpublished study
          ceived 1974 under 5G1561; submitted by Monsanto Co., Washing
          D.C.; CDL:094264-B)

00039141  Sutherland, M.L.; Marvel, J.T.; Banduhn, M.C.; et al. (1975)
          Summary of Metabolism Studies of Glyphosate in Citrus Plants
          (Unpublished study received Jan 26, 1976 under 524-308;
          submitted by Monsanto Co., Washington, D.C.; CDL:094958-B)

00039142  Beasley, R.K.; Kramer, R.M.; Carstarphen, B.A.; et al. (1975

Summary of Glyphosate (Roundup) Residue Studies in Citrus Fru
and Processed Fractions. (Unpublished study received Jan 26,
1976 under 6G1734; submitted by Monsanto Co., Washington, D.
CDL:095065-A)

00039377   Conkin, R.A.; Hannah, L.H.; Stewart, E.R. (1975) Residue Dat
for Roundup on Rice and in Fish. (Unpublished study received
26, 1975 under 6H5106; submitted by Monsanto Co., Washington
D.C.; CDL:094900-C)

00039381   Kramer, R.M.; Arras, D.D.; Beasley, R.K.; et al. (1975) Fina
Report on CP 67573 Residue and Metabolism: Agricultural Rese
Report No. 372. (Unpublished study received Sep 25, 1975 und
6G1679; prepared in cooperation with Washington State Univ.
others, submitted by Monsanto Co., Washington, D.C.; CDL:
095355-A)

00040083   Monsanto Company (1975) Storage Stability of Field Residue
Samples and Glyphosate-14C Treated Crops. (Unpublished study
received Aug 13, 1975 under 5F1536; CDL:094866-A)

00040084   Monsanto Company (1975) Glyphosate Residues in Soybeans. (Un
lished study received Aug 13, 1975 under 5F1536; CDL:094866-

00040085   Monsanto Company (1975) Glyphosate Residues in Corn. (Unpub-
lished study received Aug 13, 1975 under 5F1536; CDL:094866-

00040086   Monsanto Company (1975) Glyphosate Residues in Wheat Grain.
(Unpublished study received Aug 13, 1975 under 5F1536; CDL:
094866-D)

00040087   Monsanto Company (1975) Glyphosate Residues in Small Grains.
(Unpublished study received Aug 13, 1975 under 5F1536; CDL:
094866-E)

00044422   Monsanto Company (19??) Summary and Conclusions: Roundup on
Barley, Buckwheat, Oats, Rice, Rye and Sorghums. (Unpublishe
study received on unknown date under 5G1523; CDL:094036-B)

00044423   Monsanto Company (1974) Analytical Residue Method for
N-Phosphonomethyl glycine and Aminomethylphosphonic acid in
Forage and Grain. Method dated Mar 1, 1974. (Unpublished stu
received on unknown date under SG1523; CDL:094036-C)

00044426   Monsanto Company (1973) Roundup Metabolite in Various Grains

(Unpublished study received on unknown date under 5G1523, CDL 094155-F)

00046362  Rodwell, D.E.; Tasker, E.J.; Blair, A.M.; et al. (1980)
          Teratology Study in Rats: IRDC No. 401-054.  (Unpublished st
          including IRDC no. 999-021; received May 23, 1980 under 524-
          prepared by International Research and Development Corp.,
          submitted by Monsanto Co., Washington, D.C.; CDL:242516-A)

00046363  Rodwell, D.E.; Tasker, E.J.; Blair, M.; et al. (1980) Terato
          Study in Rabbits: IRDC No. 401-056. (Unpublished study recei
          May 23, 1980 under 524-308; prepared by International Resear
          and Development Corp., submitted by Monsanto Co., Washington
          D.C.; CDL:242516-B)

00048284  Monsanto Company (1973) Residue Data. (Compilation; unpublis
          study received on unknown date under 524-EX-21; CDL:223373-E

00051980  Monsanto Company (1975) Residue Results. (Unpublished study
          ceived Jun 3, 1976 under 524-308; CDL:096177-D)

00051982  Monsanto Company (1976) Analytical Residue Method for
          N-Phosphonomethylglycine and Aminomethylphosphonic acid in G
          Coffee Beans. Method dated May 1, 1976. (Unpublished study
          received Jun 3, 1976 under 524-308; CDL:096177-F)

00051983  Malik, J.M.; Curtis, T.S.; Marvel, J.T. (1975) Final Report
          CP67573, Residue and Metabolism; Part 24: The Metabolism of
          67573 in Coffee Plants: Agricultural Research Report No. 344
          (Unpublished study received Jun 3, 1976 under 524-308; submi
          by Monsanto Co.xx Washington, D.C.; CDL:096177-I)

00053005  Beasley, R.K.; Steinmetz, J.R.; Taylor, A.L.; et al. (1977)
          lytical Residue Method for N-Phosphonomethyl glycine and Ami
          methylphosphonic acid in Forage Legumes and Grasses: Report
          MSL-0061. Method dated Jun 28, 1977. (Unpublished study rece
          Sep 16, 1980 under 524-308; submitted by Monsanto Co.,
          Washington, D.C.; CDL:099625-B)

00059050  Interregional Research Project Number 4 (1978) Summary of
          Glyphosate Residues in Guava. (Unpublished study received No
          19, 1980 under lE2443; CDL:099739-A)

00060103  Baszis, S.R.; Cowell, J.; Lottman, M.; et al. (1980) Glyphos
          Residues in Cotton following Topical Treatment with Roundup

Herbicide: Report No. MSL-1283. Final rept. Includes method
dated Aug 12, 1980 entitled: Analytical residue method for N
(Phosphonomethyl)glycine, Aminomethylphosphonic acid and N-N
troso-N-(Phosphonomethyl)glycine in forages and grains. (Unp
lished study received Nov 12, 1980 under 524-EX-54; submitte
Monsanto Co., Washington, D.C.; CDL:099720-A)

00061555    Monsanto Company (1974) Residue Results. (Unpublished study
            ceived on unknown date under 524-EX-24; CDL:095345-J)

00061559    Monsanto Company (19??) Analytical Residue Method for
            N-Phosphonomethyl glycine (Glyphosate) and Aminomethylphosph
            acid in Sugarcane, Sugarcane Leaves, Bagasse, Sugar and
            Molasses, Irrigation Water and Soil. (Unpublished study rece
            Mar 11, 1976 under 524-308; CDL:095141-E)

00063713    Monsanto Company (1979) Summary of Glyphosate Residues in
            Papaya. (Unpublished study received Nov 20, 1980 under 524-3
            CDL: 099751-A)

00063714    Monsanto Company (1979) Analytical Residue Method for
            N-Phosphonomethylglycine and Aminomethylphosphonic acid in
            Papaya: Project No. 5064. (Unpublished study received Nov 20
            1980 under 524308; CDL:099751-B)

00065751    Monsanto Company (1966?) Analytical Residue Method for
            N-(Phosphonomethyl)-glycine, Aminomethylphosphonic Acid and
            N-Nitroso-N(phosphonomethyl)-glycine in Forages, Grains, Soi
            and Water. Undated method 1. (Unpublished study received May
            1977 under 524-308; CDL:229787-C)

00065752    Monsanto Company (1966?) Analytical Residue Method for
            N-(Phosphonomethyl)-glycine, Aminomethylphosphonic Acid and
            Nitroso-N(phosphonomethyl)-glycine in Forages, Grains and Wa
            Undated method 2. (Unpublished study received May 12, 1977 u
            524308; CDL:229787-D)

00065753    Frazier, H.W.; Rueppel, M.L. (1976) Crop Metabolism Studies
            N(Phosphonomethyl)-glycine: N-Nitrosoglyphosate: Report No.
            Interim rept. (Unpublished study received May 12, 1977 under
            524-308; submitted by Monsanto Co., Washington, D.C.; CDL:
            229787-E)

00067039    Birch, M.D. (1970) Toxicological Investigation of CP 67573-3
            Project No. Y-70-90. (Unpublished study received Jan 30, 197

C-10

under 524-308; prepared by Younger Laboratories, Inc., submit
by Monsanto Co., Washington, D.C.; CDL:008460-C)

00067425   Monsanto Company (1980) Residues of Glyphosate and Other
Herbicides in Wheat following Chemical Fallow Applications o
Roundup Tank Mix Combinations. Includes method dated Jul 1,
and undated methods entitled: 2,4-D in wheat forage, straw a
grain; Dicamba in wheat forage, straw and grain; Residues of
alachlor in wheat grain, forage and straw; Atrazine in wheat
forage, straw and grain; Cyanazine in wheat forage, straw an
grain; Metribuzin and metabolites in wheat forage, straw and
grain. (Unpublished study, including published data, receive
Dec 29, 1980 under 524-308; CDL:243990-A; 2t3991)

00070893   LeBlanc, G.A.; Surprenant, D.C.; Sleight, B.H., III (1980) A
Toxicity of Roundup to the Water Flea (Daphnia magna): Repor
#BW-80-4-636; Monsanto Study No. BN-80-079. (Unpublished stu
including letter dated Feb 21, 1980 from R. Oleson to Robert
Foster, received Apr 2, 1981 under 524-308; prepared by EG &
Bionomics, submitted by Monsanto Co., Washington, D.C.;
CDL:244749-B)

00070895   LeBlanc, G.A.; Surprenant, D.C.; Sleight, B.H., III (1980) A
Toxicity of Roundup to Rainbow Trout (Salmo gairdneri): Repo
#BW-80-4-635; Monsanto Study No. BN-80-074. (Unpublished stu
received Apr 4, 1981 under 524-308; prepared by EG & G,
Bionomics, submitted by Monsanto Co., Washington, D.C.; CDL:
244749-D)

00070897   LeBlanc, G.A.; Surprenant, D.C.; Sleight, B.H., III (1980) A
Toxicity of Roundup to Bluegill (Lepomis macrochirus): Repor
#BW-80-4-634; Monsanto Study No. BN-80-075. (Unpublished stu
received Apr 2, 1981 under 524-308; prepared by EG & G,
Bionomics, submitted by Monsanto Co., Washington, D.C.; CDL:
244749-F)

00076491   Sleight, B.H., III (1973) Research Report Submitted to Monsa
Company: Exposure of Fish to 14C-Roundup: Accumulation,
Distribution, and Elimination of 14C-Residues. (Unpublished
study received Nov 9, 1973 under 524-308; prepared by Bionom
Inc., submitted by Monsanto Co., Washington, D.C.; CDL:12064

00076492   Fink, R. (1973) Final Report: Eight-day Dietary LC50--Bobwhi
Quail: Project No. 241-106. (Unpublished study received Nov
1973 under 524-308; prepared by Environmental Sciences Corp.

C-11

submitted by Monsanto Co., Washington, D.C.; CDL:120640-D)

00076805   Baszis, S.R.; Serdy, F.S.; Dubelman, S. (1980) Glyphosate
Residues in Pasture Grasses, Legumes and Alfalfa following
Postemergent Spot Treatment with Roundup Herbicide: Report N
MSL-1140. Includes method dated Jul 1, 1979. (Unpublished st
received May 11, 1981 under 524-308; submitted by Monsanto C
Washington, D.C.; CDL:070083-A)

00077227   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Acute Dermal
Toxicity of Mon 2139 NF-80-W to Rabbits: EHL 800295.
(Unpublished study received Jul 1, 1981 under 524-308; submi
by Monsanto Co., Washington, D.C.; CDL:070170-G)

00077228   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Primary Eye Irr
tion of MON 2139 NF-80-W to Rabbits: EHL 800297. (Unpublishe
study received Jul 1, 1981 under 524-308; submitted by Monsa
Co., Washington, D.C.; CDL:070170-H)

00077229   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Primary Skin Ir
tation of MON 2139 NF-80-W to Rabbits: EHL 800296. (Unpublis
study received Jul 1, 1981 under 524-308; submitted by Monsa
Co., Washington, D.C.; CDL:07D170-I)

00077230   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Acute Oral Toxi
of MON 2139 NF-80-AA to Rats: EHL 800290. (Unpublished study
received Jul 1, 1981 under 524-308; submitted by Monsanto Co
Washington, D.C.; CDL:070170-J)

00077231   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Acute Dermal
Toxicity of MON 2139 NF-80-AA to Rabbits: EHL 800291.
(Unpublished study received Jul 1, 1981 under 524-308; submi
by Monsanto Co., Washington, D.C.; CDL:070170-K)

00077232   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Primary Eye Irr
tion of MON 2139 NF-80-AA to Rabbits: EHL 800293. (Unpublish
study received Jul 1, 1981 under 524-308; submitted by Monsa
Co., Washington, D.C.; CDL:070170-L)

00077233   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Primary Skin Ir
tation of MON 2139 NF-80-AA to Rabbits: EHL 800292. (Unpubli
study received Jul 1, 1981 under 524-308; submitted by Monsa
Co., Washington D.C.; CDL:070170-M)

00077234   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Acute Oral Toxi

of Mon 0139 to Rats: EHL 800257. ( Unpublished study received
Jul 1, 1981 under 524-308; submitted by Monsanto Co., Wash-
ington, D.C.; CDL:070170-N)

00077235   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Acute Dermal
Toxicity of MON 0139 to Rabbits: EHL 800258. (Unpublished st
received Jul 1, 1981 under 524-308; submitted by Monsanto Co
Washington, D.C.; CDL:070170-0)

00077236   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Primary Eye Irr
tion of MON 0139 to Rabbits: EHL 800260. (Unpublished study
received Jul 1, 1981 under 524-308; submitted by Monsanto Co
Washington, D.C.; CDL:070170-P)

00077237   Branch, D.K.; Stout, L.D.; Folk, R.M. (1981) Primary Skin Ir
tation of MON 0139 to Rabbits: EHL 800259. (Unpublished stud
received Jul 1, 1981 under 524-308; submitted by Monsanto Co
Washington, D.C.; CDL:070170-Q)

00077238   Dubelman, S.; Steinmetz, J.R. (1981) Glyphosate Residues in
Water following Application of Roundup Herbicide to Flowing
ies of Water: MSL-1486. Final rept. Includes method dated Se
1980. unpublished study received Jul 1, 1981 under 524-308;
prepared in cooperation with Analytical Biochemistry Labs,
submitted by Monsanto Co., Washington D.C.; CDL:070170-R)

00077301   Monsanto Company (1975) Residue Results. (Compilation;
unpublished study, including published data, received Mar 11
1976 under 524-308; CDL:095141-A)

00078619   Shirasu, Y.; Moriya, M.; Ohta, T. (1978) Microbial Mutagenic
Testing on CP67573 (Glyphosate). (Unpublished study received
25, 1979 under 524-308; prepared by Institute of Environment
Toxicology, Japan, submitted by Monsanto Co., Washington, D.
CDL:238233-A)

00078620   Kier, L.D.; Flowers, L.J.; Hannah, L.H. (1978) Final Report
Salmonella Mutagenicity Assay of Glyphosate: Test No. LF-78-
(Unpublished study received Apr 25, 1979 under 524-308; sub-
mitted by Monsanto Co., Washington, D.C.; CDL:238233-B)

00078655   Thompson, C.M.; Griffen, J.; Boudreau, P. (1980) Acute Toxic
of MON 2139 NF-80W (AB-80-363) to Rainbow Trout (Salmo gaird
ri): Static Acute Bioassay Report #26316. (Unpublished study
received Jul 1, 1981 under 524-308; prepared by Analytical B

C-13

Chemistry Laboratories, Inc., submitted by Monsanto Co.,
Washington, D.C.; CDL:070171-B)

00078656   Thompson, C.M.; Griffen, J.; (1980) Acute Toxicity of MON 21
           NF80W (AB-80-364) to Bluegill Sunfish (Lepomis macrochirus):
           Static Acute Bioassay Report #26315. (Unpublished study rece
           Jul 1, 1981 under 524-308; prepared by Analytical Bio Chemis
           Laboratories, Inc., submitted by Monsanto Co., Washington, D
           CDL:070171-C)

00078657   Forbis, A.D.; Boudreau, P. (1980) Acute Toxicity of MON
           2139-NF-80W (AB-80-365) to Daphnia magna: Static Acute Bioas
           Report #26317. (Unpublished study received Jul 1, 1981 under
           524-308; prepared by Analytical Bio Chemistry Laboratories,
           Inc., submitted by Monsanto Co., Washington, D.C.; CDL:07017

00078658   Thompson, C.M.; Griffen, J.; Forbis, A.D. (1980) Acute Toxic
           of MON 2139 NF-80-AA (AB-80-367) to Rainbow Trout (Salmo gai
           neri): Static Acute Bioassay Report #26319. (Unpublished stu
           received Jul 1, 1981 under 524-308; prepared by Analytical B
           Chemistry Laboratories, Inc., submitted by Monsanto Co.,
           Washington, D.C.; CDL:070171-E)

00078659   Thompson, C.M.; Griffen, J. (1980) Acute Toxicity of MON
           2139-NF80-AA (AB-80-368) to Bluegill Sunfish (Lepomis
           macrochirus): Static Acute Bioassay Report #26318. (Unpublis
           study received Jul 1, 1981 under 524-308; prepared by Analyt
           Bio Chemistry Laboratories, Inc., submitted by Monsanto Co.,
           Washington, D.C.; CDL:070171-F)

00078660   Boudreau, P.; Forbis, A.D. (1980) The Acute Toxicity of MON
           NF-80-AA (AB-80-369) to Daphnia magna: Static Acute Bioassay
           Report #26320. (Unpublished study received Jul 1, 1981 under
           524-308; prepared by Analytical Bio Chemistry Laboratories,
           Inc., submitted by Monsanto Co., Washington, D.C.; CDL:07017

00078661   Thompson, C.M.; Griffen, J. (1981) Acute Toxicity of MON 013
           (Lot LURT 12011) (AB-81-072) to Rainbow Trout (Salmo gairdne
           Static Acute Bioassay Report #27202. (Unpublished study rece
           Jul 1, 1981 under 524-308; prepared by Analytical Bio Chemis
           Laboratories, Inc., submitted by Monsanto Co., Washington, D
           CDL:070171-H)

00078662   Griffen, J.; Thompson, C.M. (1981) Acute Toxicity of MON 013
           (Lot LURT 12011) (AB-81-073) to Bluegill Sunfish (Lepomis ma

chirus): Static Acute Bioassay Report #27201. (Unpublished st
received Jul 1, 1981 under 524-308; prepared by Analytical B
Chemistry Laboratories, Inc., submitted by Monsanto Co.,
Washington, D.C.; CDL:070171-I)

00078663   Forbis, A.D.; Boudreau, P. (1981) Acute Toxicity of MON 0139
(Lot LURT 12011) (AB-81-074) to Daphnia magna: Static Acute
assay Report #27203. ( Unpublished study received Jul 1, 198
under 524-308; prepared by Analytical Bio Chemistry Laborato
ries, Inc., submitted by Monsanto Co., Washington, D.C.; CDL
070171-J)

00078664   Thompson, C.M.; Griffen, J. (1980) Acute Toxicity of
MON-0139-X-77 (AB-80-262) to Rainbow Trout (Salmo gairdneri)
Static Acute Bioassay Report #26020. ( Unpublished study
received Jul 1, 1981 under 524-308; prepared by Analytical B
Chemistry Laboratories, Inc., submitted by Monsanto Co.,
Washington, D.C.; CDL: 070171-K)

00078665   Thompson, C.M.; Griffen, J. (1980) Acute Toxicity of
MON-0139-X-77 (AB-80-263) to Bluegill Sunfish (Lepomis
macrochirus): Static Acute Bioassay Report #26019. (Unpublis
study received Jul 1, 1981 under 524-308; prepared by Analyt
Bio Chemistry Laboratories, Inc., submitted by Monsanto Co.,
Washington, D.C.; CDL:070171-L)

00078666   Forbis, A.D.; Boudreau, P. (1980) Acute Toxicity of
MON-0139-X-77 (AB-80-264) to Daphnia magna: Static Acute
Bioassay Report #26021. (Unpublished study received Jul 1, 1
under 524-308; prepared by Analytical Bio Chemistry
Laboratories, Inc., submitted by Monsanto Co., Washington, D
CDL:070171-M)

00078823   Monsanto Company (1978) Glyphosate Residues in Tea Leaves
following Postemergent Directed Treatment with Roundup
Herbicide: MSL-0908. (Unpublished study received Jun 17, 198
under 524- 308; CDL:245567-A)

00078824   Monsanto Company (1980) Glyphosate Residues in Brewed and
Instant Tea following Postemergent Directed Treatment in Tea
Plantations with Roundup Herbicide: MSL-1582. (Unpublished s
received Jun 17, 1981 under 524-308; CDL:245567-B)

00081674   Schroeder, R.E.; Hogan, G.K. (1981) A Three-Generation
Reproduction Study with Glyphosate in Rats: Project No. 77-2

C-15

(Unpublished study received Sep 22, 1981 under 524-308; prepa
by Bio/dynamics, Inc., submitted by Monsanto Co., Washington
D.C.; CDL:245909-A)

00093879  Lankas, G.R.; Hogan, G.K. (1981) A Lifetime Feeding Study of
Glyphosate (Roundup Technical) in Rats: Project No. 772062.
(Unpublished study received Jan 20, 1982 under 524-308; prep
by Bio/dynamics, Inc., submitted by Monsanto Co., Washington
D.C.; CDL:246617-A; 246618; 246619; 246620; 246621)

00094971  Grabiak, M.C.; Malik, J.M.; Purdum, xx.R. (1981) A
Reinvestigation of the Static Exposure of Channel Catfish to
14C-Labeled Glyphosate, N-(Phosphonomethyl) Glycine: Report
MSL-2056. (Unpublished study, including final bioconcentrati
report no. 27497, received Mar 2, 1982 under 524-308; submit
by Monsanto Co., Washington, D.C.; CDL:246876-A)

00098460  Johnson, D.E.; Nair, K.P.C.; Riley, J.H.; et al. (1982) 21-d
Dermal Toxicity Study in Rabbits: 401-168; Monsanto No. IR-8
195. (Unpublished study received Apr 12, 1982 under 524-308;
prepared by International Research and Development Corp., su
mitted by Monsanto Co., Washington, D.C.; CDL:247228-A)

00105995  Street, R. (1982) Letter sent to R. Taylor dated Jul 6, 1982
Roundup herbicide: Addendum to pathology report for a three-
generation reproduction study in rats with glyphosate. (Unpu
lished study received Jul 7, 1982 under 524-308; submitted b
Monsanto Co., Washington, DC; CDL:247793-A)

00108097  Rueppel, M.; Suba, L.; Conoyer, M.; et al. (1973) Final Repo
on CP 67573, Residue and Metabolism: Part 10: The Metabolism
CP 67573 in Soybeans, Cotton, Wheat, and Corn: Agricultural
Research Report No. 304. (Unpublished study received Nov 12,
1973 under 4G1444; submitted by Monsanto Commercial Products
Co., St. Louis, MO; CDL:093849-B)

00108098  Colvin, L.; Miller, J.; Marvel J. (1973) Final Report on CP
67573 Residue and Metabolism: Part 8: The Gross Metabolism o
... (CP 67573-14C) in the Laboratory Rat following a Single
Dose: Agricultural Research Report No. 297. (Unpublished stu
received Nov 12, 1973 under 4G1444; submitted by Monsanto
Commercial Products Co., St. Louis, MO; CDL:093849-C)

00108099  Colvin, L.; Miller, J.; Marvel, J. (1973) Final Report on CP
67573 Residue and Metabolism: Part 9: The Gross Distribution

... CP 67573-14C in the Rabbit: Agricultural Research Report 298. (Unpublished study received Nov 12, 1973 under 4G1444; mitted by Monsanto Commercial Products Co., St. Louis, MO; C 093849-D)

00108100  Colvin, L.; Moran, S.; Miller, J.; et al. (1973) Final Repor CP 67573 Residue and Metabolism: Part 11: The Metabolism of CP 50435-14C in the Laboratory Rat: Agricultural Research Re No. 303. (Unpublished study received Nov 12, 1973 under 4G14 submitted by Monsanto Commercial Products Co., St. Louis, MO CDL:093849-E)

00108101  Moran, S.; Colvin, L.; Rueppel, M.; et al. (1973) Final Repo on CP 67573 Residue and Metabolism: Part 12: The Isolation a Identification of the Metabolites of CP 67573-14C Excreted b the Laboratory Rat: Agricultural Research Report No. 306. (U published study received Nov 12, 1973 under 4G1444; submitte Monsanto Commercial Products Co., St. Louis, MO; CDL: 093849

00108107  Fink, R. (1973) Final Report: Eight-day Dietary LC50--Mallar Ducks: Technical CP67573: Project No. 241-107. (Unpublished study received Jul 12, 1974 under 5F1536; prepared by Enviro mental Sciences Corp., submitted by Monsanto Co., Washington DC; CDL:094171-I)

00108110  Bentley, R. (1973) Acute Toxicity of Roundup (Technical) to Atlantic Oyster (Crassostrea virginica). (Unpublished study received Jul 12, 1974 under 5F1536; prepared by Bionomics, I submitted by Monsanto Co., Washington, DC; CDL:094171-L)

00108111  Bentley, R. (1973) Acute Toxicity of Roundup (Technical) to Grass Shrimp (Palaemonetas vulgaris) and Fiddler Crab (Uca pagilator). (Unpublished study received Jul 12, 1974 under 5F1536; prepared by Bionomics, Inc., submitted by Monsanto, Washington, DC; CDL:094171-M)

00108112  Morrill, L. (1973) Acute Toxicity of Roundup to Bluegill (Lepomis macrochirus). (Unpublished study received Jul 12, under 5F536; prepared by Bionomics, Inc., submitted by Monsa Co., Washington, DC; CDL:  094171-N)

00108115  Lauer, R.; Cowell, J.; Stranz, J.; et al. (1974) Final Repor CP 67573, Residue and Metabolism: Part 18: Determination of idues in Meat, Milk and Eggs: Agricultural Research Report N 326. (Unpublished study-received Jul 12, 1974 under 5F1536;

C-17

submitted by Monsanto Co., St. Louis, MO; CDL:094180-A)

00108116  Colvin, L.; Miller, J.; Marvel, J. (1973) Final Report on CP
          67573 Residue and Metabolism: Part 13: The Dynamics of
          Accumulation and Depletion of Orally Ingested
          N-Phosphonomethylglycine-14C: Agricultural Research Report N
          309. (Unpublished study received Jul 12, 1974 under 5F1536;
          submitted by Monsanto Co., St. Louis, MO; CDL:094180-C)

00108129  Monsanto Co. (1976) Residue Studies and Methods of Analysis
          Use of Glyphosate in Pome Fruit Orchards. (Compilation;
          unpublished study received Sep 7, 1976 under 524-308;
          CDL:095269-C)

00108132  Cowell, J.; Lottman, C.; Cable, M.; et al. (1976) Determinat
          of Roundup Herbicide Residues in Raisins: Report No. 440. Fi
          rept. (Unpublished study received Jan 11, 1977 under 524-308
          submitted by Monsanto Co., Washington, DC; CDL:095703-A)

00108133  Monsanto Co. (1976) Residue Studies in Green and Dry Alfalfa
          Metabolism Studies in Pasture Crops: Glyphosate. (Compilatio
          unpublished study received Jan 11, 1977 under 524-308;
          CDL:095704-A)

00108140  Monsanto Co. (1975) Glyphosate Residue and Metabolism Studie
          Sugarcane and Soils. (Compilation; unpublished study receive
          Jul 1, 1976 under 6G1826; CDL:095972-B)

00108144  Monsanto Co. (1977) Study: Residue and Metabolism Analyses o
          Roundup on Specific Foodstuffs. (Compilation; unpublished st
          received Feb 14, 1978 under 524-EX-44; CDL:096821-A)

00108147  Monsanto Co. (1977) Residue and Metabolism: Roundup on Forag
          Grasses, Legumes and Pasture Crops. (Unpublished study recei
          May 9, 1978 under 524-308; CDL:097094-B)

00108149  Cowell, J.; Jordan, L.; Kramer, R.; et al. (1976) Glyphosate
          Residues in Avocados following Post-directed Treatments with
          Roundup Herbicide: Report No. 447. Final rept. (Unpublished
          study received Nov 15, 1977 under 524-308; prepared in
          cooperation with Univ. of California--Riverside, Dept. of Pl
          Sciences, submitted by Monsanto Co., Washington, DC;
          CDL:096631-A)

00108151  Monsanto Co. (1976) Residue, Uptake and Metabolism Studies:

C-18

Roundup. (Compilation; unpublished study received Dec 22, 197
under 524-EX-43; CDL:096684-A)

00108153   Monsanto Agricultural Products Co. (1975) Residues: Glyphosa
on Soybeans & Cotton. (Compilation; unpublished study receiv
Jun 21, 1977 under 7F1971; CDL:096191-A)

00108159   Monsanto Co. (1977) Residue and Metabolism Studies: Roundup.
(Compilation; unpublished study received Oct 25, 1977 under
524-308; CDL:096398-A)

00108168   Monsanto Co. (1977) Residue Studies and Methods of Analysis
the Use of Glyphosate as a Sugarcane Ripener. (Compilation;
unpublished study received Aug 30, 1978 under 524-330; CDL:
097402-C)

00108171   EG & G, Bionomics (1975) Chronic Toxicity of Glyphosate to t
Fathead Minnow (Pimephales promelas, Rafinesque). (Unpublish
study received Dec 27, 1978 under 524-308; submitted by Mons
Co., Washington, DC; CDL:097759-B)

00108172   McAllister, W.; Forbis, A. (1978) Acute Toxicity of Technica
Glyphosate (AB-78-201) to Daphnia magna. (Unpublished study
ceived Dec 27, 1978 under 524-308; prepared by Analytical Bi
Chemistry Laboratories, Inc., submitted by Monsanto Co., Was
ngton, DC; CDL:097759-C)

00108173   Monsanto Co. (1978) Residue Studies for Use of Roundup Herbi
in Aquatic Situations. (Compilation; unpublished study recei
Dec 27, 1978 under 524-308; CDL:097760-A; 097761; 097762)

00108174   Monsanto Co. (1975) Efficacy of Roundup on Corn and Other Gr
(Compilation; unpublished study received Dec 3, 1975 under
5F1536; CDL:097859-A)

00108175   Monsanto Co. (1979) Residue Studies--Bananas; Olives: Roundu
(Compilation; unpublished study received Jun 20, 1979 under
524-308; CDL:098332-A)

00108176   Monsanto Co. (1975) Residue Studies and Methods of Analysis
Pre-emergent Use of Glyphosate in Cotton. (Compilation; un-
published study received May 20, 1976 under 6F1798; CDL:
098511-A)

00108186   Monsanto Co. (1976) Residue Studies and Methods of Analysis

C-19

Use of Glyphosate in Pome Fruit Orchards. (Compilation; unpub
lished study received Sep 7, 1976 under 524-308; CDL:228995-

00108192  Brightwell, B.; Malik, J. (1978) Solubility, Volatility,
          Adsorption and Partition Coefficients, Leaching and Aquatic
          Metabolism of MON 0573 and MON 0101: Report No. MSL-0207. Fi
          rept. (Unpublished study received Jun-12, 1978 under 524-308
          submitted by Monsanto Co., Washington, DC; CDL:234108-A)

00108200  Grapenthien, N.; Jenkins, D.; (1973) Report to ...: Milk and
          Tissue Residue Study with ... CP 67573 in the Cow: IBT No.
          632-03894. (Unpublished study received Jun 21, 1978 under
          524-308; prepared by Industrial Bio-Test Laboratories, Inc.,
          submitted by Monsanto Co., Washington, DC; CDL:234152-A)

00108203  Cowell, J.; Kramer, R.; Lottman, C.; et al. (1978) Residues
          Crops following Spot Treatments with Roundup Herbicide: Repo
          No. MSL-0282. Final rept. (Unpublished study received Jul 11
          1978 under 524-308; submitted by Monsanto Co., Washington, D
          CDL:234319-B)

00108204  Fink, R.; Beavers, J.; Brown, R. (1978) Final Report: Acute
          LD50--Bobwhite Quail: Technical Glyphosate: Project No. 1391
          (Unpublished study received Jul 14, 1978 under 524-308; prep
          by Wildlife International, Ltd. and Washington College,
          submitted by Monsanto Co., Washington, DC; CDL:234395-A)

00108205  McAllister, W.; Forbis, A. (1978) Acute Toxicity of Technica
          Glyphosate to Bluegill Sunfish (Lepomis macrochirus): Static
          Acute Bioassay Report. (Unpublished study received Jul 14, 1
          under 524-308; prepared by Analytical Bio Chemistry Laborato
          ries, Inc., submitted by Monsanto Co., Washington, DC; CDL:
          234395-B)

00108207  Fink, R.; Beavers, J. (1978) Final Report: One-generation
          Reproduction study--Bobwhite Quail: Glyphosate Technical:
          Project No. 139-141. (Unpublished study received Nov 13, 197
          under 524-308; prepared by Wildlife International, Ltd.,
          submitted by Monsanto Co., Washington, DC; CDL:235924-B)

00108231  Conkin, R.; Serdy, F.; Street, R. (1979) A Short Residue Met
          for Glyphosate, Active Ingredient in Roundup Herbicide: MSL0
          (Unpublished study received Jul 30, 1979 under 524-308;
          submitted by Monsanto Co., Washington, DC; CDL:238888-A)

C-20

00109271  Monsanto Co. (19??) Crop Residues and Tolerances. (Unpublish
          study received Apr 9, 1982 under KS 82/1 for Monsanto; CDL:
          247348-B)

00111945  Monsanto Co. (1976) Residue and Plant Metabolism Studies.
          (Compilation; unpublished study received Dec 8, 1976 under
          524-308; CDL:095633-A)

00111949  Danhaus, R.; Kramer, R. (1978) Glyphosate Residues in Stone
          Fruit following Postemergent Directed Treatments with Roundu
          Herbicide: Report No. MSL-0454. Final rept. (Unpublished stu
          received Nov 20, 1978 under 524-EX-47; prepared in cooperati
          with Analytical Development Corp., submitted by Monsanto Co.
          Washington, DC; CDL:097636-A)

00111953  Fink, R.; Beavers, J. (1978) Final Report: One-generation
          Reproduction Study--Mallard Duck: Glyphosate Technical: Proj
          No. 139-143. (Unpublished study received Nov 13, 1978 under
          524-308; prepared by Wildlife International Ltd., submitted
          Monsanto Co., Washington, DC; CDL:235924-A)

00122715  Steinmetz, J.; Cowell, J. (1982) Glyphosate Residues in Whea
          Grain following Ropewick Wiper Treatment with Roundup Herbic
          MSL-2569. (Unpublished study received Dec 17, 1982 under 524
          submitted by Monsanto Co., Washington, DC; CDL:071296-A)

00124760  Forbis, A.; Boudreau, P.; Cranor, xx. (1982) Dynamic 96-hour
          Acute Toxicity of Roundup (AB-82-33) to Bluegill Sunfish
          (Lepomis macrochirus): Dynamic Acute Bioassay Report #28746.
          (Unpublished study received Dec 27, 1982 under 524-308; prep
          by Analytical Bio-Chemistry Laboratories, Inc., submitted by
          Monsanto Co., Washington, DC; CDL:249159-A)

00124762  Forbis, A.; Boudreau, P.; Schofield, M. (1982) Dynamic 48-ho
          Acute Toxicity of Roundup (AB-82-035) to Gammarus pseudolim-
          naeus: Dynamic Acute Bioassay Report #28747. (Unpublished st
          received Dec 27, 1982 under 524-308; prepared by Analytical
          Bio-Chemistry Laboratories, Inc., submitted by Monsanto Co.,
          Washington, DC; CDL:249159-C)

00124763  McAllister, W.; McKee, M.; Schofield, M.; et al. (1982) Chro
          Toxicity of Glyphosate (AB-82-036) to Daphnia magna under Fl
          through Test Conditions: Chronic Toxicity Final Report ABC
          #28742. (Unpublished study received Dec 27, 1982 under 524-3
          prepared by Analytical Bio-Chemistry Laboratories, Inc., sub

C-21

mitted by Monsanto Co., Washington, DC; CDL:249160-A)

00130406   Knezevich, A.; Hogan, G. (1983) A Chronic Feeding Study of
           Glyphosate (Roundup Technical) in Mice: Project No. 77-2061:
           BDN-77420. Final rept. (Unpublished study received Aug 17, 1
           under 524-308; prepared by Bio/dynamics, Inc., submitted by
           santo Co., Washington, DC; CDL:251007-A; 251008; 251009; 251
           251011; 251012; 251013; 251014)

00132681   Li, A.; Kier, L.; Folk, R. (1983) CHO/HGPRT Gene Mutation As
           with Glyphosate: EHL Study No. ML-83-155. Final rept. (Un-
           published study received Nov 15, 1983 under 524-308; submitt
           by Monsanto Co., Washington, DC; CDL:251737-B)

00132683   Li, A.; Kier, L.; Folk, R. (1983) In vivo Bone Marrow
           Cytogenetics Study of Glyphosate in Sprague-Dawley Rats: Stu
           No. 830083. (Unpublished study received Nov 15, 1983 under
           524-308; submitted by Monsanto Co., Washington, DC;
           CDL:251737-D)

00132685   Ridley, W., Dietrich, M.; Folk, R.; et al. (1983) A Study of
           Plasma and Bone Marrow Levels of Glyphosate following Intrap
           toneal Administration in the Rat: Study No. 830109. (Unpubli
           study received Nov 15, 1983 under 524-308; submitted by Mons
           Co., Washington, DC; CDL:251737-F)

00132686   Williams, G.; Tong, C.; Dirks, R.; et al. (1983) The Hepatoc
           Primary Culture/DNA Repair Assay on Compound JJN-1020 Using
           Hepatocytes in Culture: NDItln vitro Facility Experimental N
           083183A; Sponsor Order No. AH-83-181. (Unpublished study
           received Nov 15, 1983 under 524-308; prepared by Naylor Dana
           Institute for Disease Prevention, submitted by Monsanto Co.,
           Washington, DC; CDL:251737-G)

GS0178-003   Suba, L. (1976) Metabolism of CP67573 in Representative
             Vegetables and Rotation Crops: Final Report No. 406.
         Unpublished study prepared by Monsanto Agricultural
Research Dept. 57 p.

GS0178-004   Brightwell, B. (1978) Bioaccumulation and Metabolism
             of Glyphosate in Channel Catfish (Ictalurus punctatus: Final Repo
             No. MSL-0381. Unpublished study prepared by Monsanto Agricultural
             Research Dept. 34 p.

GS0178-014   Lauer, R.; Cowell, J.; Briggs, L.; et al. (1974) Roundup

and Metabolite Residue Method Development for Animal Tissues Products: Appendix C. Unpublished study prepared by Monsanto p.

GS0178-017   Monsanto Co. (1976) Analytical Residue Method for N-nitnoso-N-phosphonomethyl Glycine in Water: Method D. Unpublished method. 7 p.

GS0178-018   Monsanto Co. (1978) Analytical Residue Method for N-nitrosoglyphosate in Water: Method 3. Unpublished Method. p.

GS0178-019   Storherr, R. (1980) Letter sent-to E. Zager dated Sept. 19, 1980: Glyphosate HPLC Method trial on tomatoes and cottonseed. 3 p.

GS0178-020   Storherr, R. (1981) Letter sent to M. Nelson dated Jan 19, 1981: Method trial on PP #OF2329, glyphosate in or on peanuts, by an HPLC procedure. 3 p.

GS0178-022   Zee, K. (1975) Memorandum to J. Cummings dated Nov 1, 1975: PP #5F1536. Method tryout for glyphosate on soybeans.

GS0178-023   Zee, K. (1977) Memorandum to J. Cummings dated Feb 9, 1977: PP #6F1733 and 6F1758. Method tryout for glyphosate in beef liver. 2 p.

GS0178-025   Folmar, L.; Sanders, H.; Julin, A. (1979) Toxicity of the herbicide glyphosate and several of its formulations to fish aquatic invertebrates. Arch. Environm. Contam. Toxicol. 8:269-278.

GS0178-028    Monsanto Co. (1976) Information to Support Establishment of a Food Additive Tolerance for Glyphosate in Palm Oil: Special Report No. 424. Vol 1 of 1, Sections A-J. Unpublished study. 41 P.

Arkansas Cooperative Extension Service (1985) Recommended Chemicals for Weed and Brush Control, MP-A4, Arkansas.

Hill, E.F., Heath, R.G., Spann, J.W. and Williams, J.D.(1975) Lethal Dietary Toxicities of Environmental Pollutants  to Bi U.S.F.W.S.  Special Scientific .Report--Wildlife No. 191.

Hoerger and Kenaga (1972) Pesticide Residues on Plants.

Correlation of Representative Data as a Basis for Estimation their Magnitude in the Environment.  _Environmental Quality_. Academic Press, N.Y.1:9-28.

Kenaga (1973) Factors to be considered in the Evaluation of Pesticides to Birds in their Environment. _Environmental Quality_, Academic Press, N.Y.II: 166-181.

Leonard, W.H. and Martin, J.H.  (1963) _Cereal Crops_, Part V. Rice, Sorghum, and Millets, page 635.

USDA, The biologic and economic assessment of 2,4,5-T, Cooperative Impact Assessment Technical Bulletin Number 1671

Wauchope (1978) The Pesticide Content of Surface Water Draining from Agricultural Fields - A Review, J. Environ.  Qual., Vol 7.7, No. 4.

00067039 Birch, M.D. (1970) Toxicological Investigation of CP 67573-3 Project No. Y-70-90.  (Unpublished study received Jan 30, 19 under 524-308; prepared by Younger Laboratories, Inc., submi by Monsanto Co., Washington, D.C.; CDL:008460-C)

40159301 Bohn, J. (1987) An Evaluation of the Preemergence Herbicidal Activity of CP-70139:  Lab Project ID:  056337.  Unpublished study prepared by Monsanto Agricultural Co.  25 p.

40236901 Hughes, J. (1987) The Toxicity of Glyphosate Technical to Selenastrum capricornutum:  Lab Project ID:  1092-02-1100-1. Unpublished study prepared by Malcolm Pirnie, Inc.  23 p.

40236902 Hughes, J. (1987) The Toxicity of Glyphosate Technical to Navicula pelliculosa:  Lab Project ID:  1092-02-1100-2. Unpublished study prepared by Malcolm Pirnie, Inc.  23 p.

40236903 Hughes, J. (1987) The Toxicity of Glyphosate Technical to Skeletonema costatum:  Lab Project ID:  1092-02-1100-3. Unpublished study prepared by Malcolm Pirnie, Inc.  24 p.

40236904 Hughes, J. (1987) The Toxicity of Glyphosate Technical to Anabaena flosaquae:  Lab Project ID:  1092-02-1100-4. Unpublished study prepared by Malcolm Pirnie, Inc.  23 p.

40236905 Hughes, J. (1987) The Toxicity of Glyphosate Technical to Le gibba:  Lab Project ID:  1092-02-1100-5.  Unpublished study

prepared by Malcolm Pirnie, Inc.   22 p.

41400603   Blaszcak, D. (1988) Eye Irritation Study in Rabbits for
           Glyphosate Technical (Wetcake): Lab Project Number: 4888-88:
           Monsanto Reference No. BD-88-114.   Unpublished study prepare
           Bio/dynamics, Inc.   20 p.

41400604   Blaszcak, D. (1988) Primary Dermal Irritation Study in Rabbi
           for Glyphosate Technical (Wetcake): Lab Project Number: 4887
           Monsanto Reference No. BD-88-114.   Unpublished study prepare
           Bio/dynamics, Inc.   17 p.

ACCSN: 252142   A   MRID: 00137137
                B   MRID: 00137138
                C   MRID: 00137139
                D   MRID: 00137140

00137137   Auletta, C.; Daly, I.; Blaszcak, D.; et al. (1983) A Dermal
           Sensitization Study in Guinea Pigs: [Roundup Formulation]:
           Bio/dynamics Project No. 4234-83; Monsanto Reference No. BD-
           007.   (Unpublished study received Jan 5, 1984 under 524-308;
           prepared by Bio/dynamics, Inc., submitted by Monsanto Co.,
           Washington, DC; CDL:252142-A)

00137138   Auletta, C.; Daly, I.; Blaszcak, D.; et al. (1983) A Dermal
           Sensitization Study in Guinea Pigs: [Glyphosate]: Bio/dynami
           Project No. 4235-82; Monsanto Reference No. BD-83-008.
           (Unpublished study received Jan 5, 1984 under 524-308; prepa
           by Bio/dynamics, Inc., submitted by Monsanto Co., Washington
           DC; CDL:  252142-B)

00137139   Maibach, H. (1982) [Toxicity: 14C-glyphosate in Monkeys].
           (Unpublished study received Jan 5, 1984 under 524-308; prepa
           by Univ. of California--San Fransisco, School of Medicine,
           submitted by Monsanto Co., Washington, DC; CDL:252142-C)

00137140   Franz, T. (1983) Evaluation of the Percutaneous Absorption o
           Roundup Formulations in Man Using an in vitro Technique:
           Monsanto Study No. UW-81-346.   Final rept.   (Unpublished stu
           received Jan 5, 1984 under 524-308; prepared by Univ. of
           Washington, School of Medicine, submitted by Monsanto Co.,
           Washington, DC; CDL:252142-D)

40405401   Hirsch, R.; Augustin, D. (1987) Nitrosamine Analyses of Roun
           Herbicide, rodeo Herbicide, MON 0139 and Polado Technical:

Laboratory Project ID R. D. No. 835.  Unpublished study prepa
by Monsanto Agricultural Company.  212 p.

41400601  Blaszcak, D. (1988) Acute Oral Toxicity Study in Rats for
Glyphosate Technical (Wetcake) ...: Lab Project Number: 4885
Monsanto Reference No. BD-88-114.  Unpublished study prepare
Bio/dynamics, Inc.  18 p.

41400602  Blaszcak, D. (1988) Acute Dermal Toxicity Study in Rabbits f
Glyphosate Technical (Wetcake): Lab Project Number: 4886-88:
Monsanto Reference No. BD-88-114.  Unpublished study prepare
Bio/dynamics, Inc.  17 p.

41573601  Herre, B.; Korndorfer, C.; Barclay, J. (1990) Product Chemis
Data to Support the Registration of the 62% Solution of the
Isopropylamine Salt of Glyphosate (MON-0139):  Storage Stabi
Study:  Lab Project Number:  MSL-6199:  1006.  Unpublished s
prepared by Monsanto Agricultural Co.  12 p.

40559401  Stout, L.; Johnson, C. (1987) 90-day Study of Glyphosate
Administered in Feed to Sprague/Dawley Rats: Proj. ID ML-86-
351/EHL 86128.  Unpublished study prepared by Monsanto
Agricultural Co. 267 p.

00093879  Lankas, G.R.; Hogan, G.K. (1981) A Lifetime Feeding Study of
Glyphosate (Roundup  Technical) in Rats: Project No. 77-2062
(Unpublished study received Jan 20, 1982 under 524-308; prep
by Bio/dynamics, Inc., submitted by Monsanto Co., Washington
D.C.; CDL:246617-A; 246618; 246619; 246620; 246621)

00036803  Street, R.W.; Conkin, R.A.; Edwards, G.A.; et al. (1980) A
Three-Month Feeding Study of Glyphosate in Mice: Special Rep
# MSL-1154.  (Unpublished study received Jul 2, 1980 under 5
308; submitted by Monsanto Co., Washington, D.C.; CDL:242799

00098460  Johnson, D.E.; Nair, K.P.C.; Riley, J.H.; et al. (1982) 21-d
Dermal Toxicity Study in Rabbits: 401-168; Monsanto No. IR-8
195.  (Unpublished study received Apr 12, 1982 under 524-308
prepared by International Research and Development Corp.,
submitted by Monsanto Co., Washington, D.C.; CDL:247228-A)

00153374  Reyna, M. (1985) Twelve Month Study of Glyphosate Administer
by Gelatin Capsule to Beagle Dogs: Project No. ML-83-137: St
No. 830116.  Unpublished study prepared by Monsanto Company
Environmental Health.  317 p.

00093879  Lankas, G.R.; Hogan, G.K. (1981) A Lifetime Feeding Study of
          Glyphosate (Roundup  Technical) in Rats: Project No. 77-2062
          (Unpublished study received Jan 20, 1982 under 524-308; prep
          by Bio/dynamics, Inc., submitted by Monsanto Co., Washington
          D.C.; CDL:246617-A; 246618; 246619; 246620; 246621)

41643801  Stout, L.; Ruecker, F. (1990) Chronic Study of Glyphosate
          Adminitered in Feed to Albino Rats: Lab Project Number: MSL-
          10495:  R.D. 1014.  Unpublished study prepared by Monsanto
          Agricultural Co.  2175 p.

00153374  Reyna, M. (1985) Twelve Month Study of Glyphosate Administer
          by Gelatin Capsule to Beagle Dogs: Project No. ML-83-137: St
          No. 830116.  Unpublished study prepared by Monsanto Company
          Environmental Health.  317 p.

00130406  Knezevich, A.; Hogan, G. (1983) A Chronic Feeding Study of
          Glyphosate (Roundup Technical) in Mice: Project No. 77-2061:
          BDN-77-420.  Final rept.  (Unpublished study received Aug 17
          1983 under 524-308; prepared by Bio/dynamics, Inc., submitte
          Monsanto Co., Washington, DC; CDL:251007-A; 251008; 251009;
          251010; 251011; 251012; 251013; 251014)

00150564  McConnel, R. (1985) A Chronic Feeding Study of Glyphosate
          (Roundup Technical in Mice): Pathology Report on Additional
          Kidney Sections: Addendum to Final Report Dated July 21, 198
          Project No. 77-2061A.  Unpublished study prepared by
          Bio/dynamics Inc. 59 p.

00046362  Rodwell, D.E.; Tasker, E.J.; Blair, A.M.; et al. (1980)
          Teratology Study in Rats: IRDC No. 401-054.  (Unpublished st
          including IRDC no. 999-021; received May 23, 1980 under 524-
          prepared by International Research and Development Corp.,
          submitted by Monsanto Co., Washington, D.C.; CDL:242516-A)

00046363  Rodwell, D.E.; Tasker, E.J.; Blair, M.; et al. (1980) Terato
          Study in Rabbits: IRDC No. 401-056.  (Unpublished study rece
          May 23, 1980 under 524-308; prepared by International Resear
          and Development Corp., submitted by Monsanto Co., Washington
          D.C.; CDL:242516-B) 00105995 Street, R. (1982) Letter sent t
          Taylor dated Jul 6, 1982:  Roundup herbicide: Addendum to
          pathology report for a three-generation reproduction study i
          rats with glyphosate.  (Unpublished study received Jul 7, 19
          under 524-308; submitted by Monsanto Co., Washington, DC;
          CDL:247793-A)

00105995   Street, R. (1982) Letter sent ot R. Taylor dated Jul 6, 1982
           Roundup Herbicide:  Addendum to pathology reprot for a three
           generation reproduction study in rates with glyphosate.
           (Unpublished study received Jul 7, 1982 under 524-308; submi
           by Monsanto Co., Washington, DC; CDL:247793-A)

41621501   Reyna, M. (1990) Two Generation Reproduction Feeding Study w
           Glysophate in Sprague-Dawley Rats: Lab Project No: MSL-10387
           Unpublished study prepared by Monsanto Agricultural Co.  115

00078620   Kier, L.D.; Flowers, L.J.; Hannah, L.H. (1978) Final Report
           Salmonella Mutagenicity Assay of Glyphosate: Test No. LF-78-
           (Unpublished study received Apr 25, 1979 under 524-308;
           submitted by Monsanto Co., Washington, D.C.; CDL:238233-B)

00132681   Li, A.; Kier, L.; Folk, R. (1983) CHO/HGPRT Gene Mutation As
           with Glyphosate: EHL Study No. ML-83-155. Final rept.
           (Unpublished study received Nov 15, 1983 under 524-308;
           submitted by Monsanto Co., Washington, DC; CDL:251737-B)

00132683   Li, A.; Kier, L.; Folk, R. (1983) In vivo Bone Marrow
           Cytogenetics Study of Glyphosate in Sprague-Dawley Rats: Stu
           No. 830083.  (Unpublished study received Nov 15, 1983 under
           308; submitted by Monsanto Co., Washington, DC; CDL:251737-D

00078619   Shirasu, Y.; Moriya, M.; Ohta, T. (1978) Microbial Mutagenic
           Testing on CP67573 (Glyphosate).  (Unpublished study receive
           April 25, 1979 under 524-308; prepared by Institute of
           Environmental Toxicology, Japan, submitted by Monsanto Co.,
           Washington, D.C.; CDL:238233-A)

40767101   Ridley, W.; Mirly, K. (1988) The Metabolism of Glyphosate in
           Sprague Dawley Rats--Part I. Excretion and Tissue Distributi
           of Glyphosate and Its Metablites following Intravenous and O
           Administration: Laboratory Project No. 86139 (MSL-7215): R.D
           No. 877.  Unpublished study prepared by Monsanto Co.  587 p.

40767102   Howe, R.; Chott, R.; McClanahan, R. (1988) Metabolism of
           Glyphosate in Sprague-Dawley Rats. Part II. Identification,
           Characterization, and Quantitation of Glyphosate and Its
           Metabolites after Intravenous and Oral Administration:
           Laboratory Project No. MSL-7206: R.D. No. 877.  Unpublished
           study prepared by Monsanto Co.  155 p.

00132685   Ridley, W., Dietrich, M.; Folk, R.; et al. (1983) A Study of

Plasma and Bone Marrow Levels of Glyphosate following
Intraperitoneal Administration in the Rat: Study No. 830109.
(Unpublished study received Nov 15, 1983 under 524-308;
submitted by Monsanto Co., Washington, DC; CDL:251737-F)

Study No.: UW-81-346; Date: 8/30/83; No MRID or Accession No.)

"Pesticides Contaminated with N-nitroso Compounds, proposed policy 45
42854 (June 25, 1980)"

00152596   Thompson, C.; McAllister, W. (1983) Acute Toxicity of Liqua
          to Rainbow Trout (Salmo gairdneri): Report #30409.  Unpubli
          study prepared by Analytical Bio-Chemistry Laboratories, Inc
          51 p.

00152599   Kinter, D.; Forbis, A. (1983) Acute Toxicity of LI-700 to
          Rainbow Trout (Salmo gairdneri): Report No. 30412.  Unpubli
          study prepared by Analytical Bio-Chemistry Laboratories, Inc
          46 p.

00152601   Thompson, C.; McAllister, W. (1983) Acute Toxicity of Passag
          Rainbow Trout (Salmo gairdneri): Report No. 30412.  Unpubli
          study prepared by Analytical Bio-Chemistry Laboratories, Inc
          46 p.

00152767   Kinter, D.; Forbis, A. (1983) Acute Toxicity of [Inert
          Ingredient] to Rainbow Trout (Salmo gairdneri):  Static Bioa
          Report No. 30415.  Unpublished Monsanto Study No. AB-83-120
          prepared by Analytical Bio-Chemistry Laboratories, Inc.  46

00152597   Burgess, D.; Forbis, A. (1983) Acute Toxicity of Liqua-Wet t
          Daphnia magna: Report No. 30410.  Unpublished study prepare
          Analytical Bio-Chemistry Laboratories, Inc.  35 p.

00152600   Burgess, D.; Forbis, A. (1983) Acute Toxicity of LI-700 to
          Daphnia magna:  Report No. 30413.  Unpublished study prepare
          Analytical Bio-Chemistry Laboratories, Inc.  34 p.

00152602   Burgess, D.; Forbis, A. (1983) Acute Toxicity of Passage to
          Daphnia magna:  Report No. 30413.  Unpublished study prepare
          Analytical Bio-Chemistry Laboratories, Inc.  34 p.

00152768   Burgess, D.; Forbis, A. (1983) Acute Toxicity of [Inert
          Ingredient] to Daphnia magna:  Static Acute Bioassay Report
          30416.  Unpublished Monsanto Study No. AB-83-122 prepared by

C-29

Analytical Bio-Chemistry Laboratories, Inc.  36 p.

41335101 Shepler, K.; McGovern, P. (1989) Photodegradation of Carbon-
         Glyphosate in/on Soil by Natural Sunlight:  Lab Project Numb
         MSL-9271:  PTRL-153W.  Unpublished study prepared by
         Pharmacology and Toxicology Research Laboratory.  82 p.

42765001 Oppenhuizen, M. (1993) The Terrestrial Field Dissipation of
         Glyphosate:  Final Report:  Lab Project Number:  MSL-12651:
         63-R-1:  AL-91-121.  Unpublished study prepared by The
         Agricultural Group of the Monsanto Co. and Pan-Agricultural
         Labs, Inc.  1244 p.

40559301 Barclay, J.; Pike, R. (1987) Product Chemistry Data to Suppo
         the Registration of MON-8783 (FallowMaster):  Storage Stabil
         Study:  Laboratory Project ID MSL-6537, R. D. No. 819.
         Unpublished study prepared by Monsanto Agricultural Company.
         p.

00162912 Ruecker, F. (1986) Addendum to One-year Toxicology Study in
         with Glyphosate:  Special Report MSL-5927.  Unpublished adde
         prepared by Monsanto Agricultural Co.  6 p.

00046364 Rodwell, D. E.; Wrenn, J. M.; Blair, A. M.; et al. (1980)
         Dominant Lethal Study in Mice:  IRDC No. 401-064.  (Unpublis
         study received May 23, 1980 under 524-308; prepared by
         International Research and Development Corp., submitted by
         Monsanto Co., Washington, DC; CDL:  242516-C)

00161333 Hammon, J. (1986) Product Chemistry Data To Suppport the
         Continued Registration of Glyphosphate
         (N-phosphonomethylglycine): Report No. MSL-5066 (Revised):
         Project No. 7663.  Unpublished study prepared by Monsanto Co
         172 p.

41096101 Leiber, M. (1988) Vapor Pressure Determinations for Glyphosa
         and MON-7200/15100: Project No. MSL-7642; R.D. No. 924.
         Unpublished study prepared by Monsanto Agricultural Co.  59

00061553 Monsanto Company (1974) Residue Results.  (Unpublished study
         received on unknown date under 524-EX-24; CDL:095345-F)

00051980 Monsanto Company (1975) Residue Results.  (Unpublished study
         received Jun 3, 1976 under 524-308; CDL:096177-D)

C-30

00053002   Monsanto Company (1980) Summary: Glyphosate.  Includes undat
           method entitled: Analysis of Glyphosate in cranberries; unda
           method entitled: Glyphosate and metabolite; and undated meth
           entitled: Procedure for Glyphosate and Aminomethylphosphonic
           acid analysis of cranberries.  (Reports by various sources;
           unpublished study received Sep 18, 1980 under 524-308; CDL:
           099624-A)

00108102   Keckemet, O. (1975) The Results of Tests on the Amount of
           Residue Remaining, Including a Description of the Analytical
           Methods Used: Endothall.  (Unpublished study received Feb 1,
           1975 under 4G1449; submitted by Pennwalt Corp., Tacoma, WA;
           093861-A)

00136339   Thompson, C.; Mcallister, W. (1978) Acute Toxicity of Techni
           Glyphosate (AB-78-165) to Rainbow Trout (Salmo gairdneri).
           (Unpublished study received Dec 5, 1978 under 524-308; prepa
           by Analytical Bio Chemistry Laboratories, Inc., submitted by
           Monsanto Co., Washington, DC; CDL:097661-B)

00005298   Arthur, B.W.; Casida, J.E. (1958) Biological activity of sev
           O,O-Dialkyl alpha-acyloxyethyl phosphonates.  Agricultural a
           Food Chemistry 6(5):360-365.  (Report no. 1868; also an
           unpublished submission received Aug 18, 1966 under 7F0612;
           submitted by Chemagro Corp., Kansas City, Mo.; CDL:090796-W)

00152766   Forbis, A. (1983) Acute Toxicity of Inert Ingredient to Blue
           Sunfish (Lepomis macrochirus): Static Bioassay Report No. 30
           Unpublished Monsanto Study No.  AB-83-121 prepared by Analyt
           Bio-Chemistry Laboratories, Inc.  46 p.

00152903   Cohle, P.; McAllister, W. (1983) Acute Toxicity of Passage t
           Bluegill Sunfish (Lepomis macrochirus):  Report #30411.
           Unpublished study prepared by Analytical Bio-Chemistry
           Laboratories, Inc.  45 p.

00155477   Watkins, C.; Thayer, D.; Haller, W. (1985) Toxicity of adjuv
           to bluegill.  Bull. Environ. Contam. Toxicol. 34:138-142.

00026489   Fraser, W.D.; Jenkins, G. (1972) The Acute Contact and Oral
           Toxicities of CP67573 and Mon2139 to Worker Honey Bees.
           (Unpublished study received on unknown date under 4G1444;
           prepared by Huntingdon Research Centre, submitted by Monsant
           Co., Washington, D.C.; CDL:093848-R)

41728701  Stout, L.; Ruecker, F. (1990) Chronic Study of Glyphosate
          Administered in Feed to Albino Rats: Lab Project Number:
          MSL-10495:  R.D. 1014.  Unpublished study prepared by Monsan
          Agricultural Co.  42 p.

41689101  Castle, S.; Ruzo, L.; Kathryn, S. (1990) Degradation Study:
          Photodegradation of Carbon 14 Glyphosate in a Buffered Aqueo
          Solution at pH 5, 7 and 9 by Natural Sunlight: Lab Project
          Number: 233W-1: 233W: 1020.  Unpublished study prepared by
          Pharmacology and Toxicology Research Laboratory, Inc.  105 p

42372501  Honegger, J. (1992) Addendum to MSL-10578 Aerobic Metabolism
          carbon 14 Glyphosate in Sandy Loam and Silt Loam Soils with
          Biometer Flask: Supplement to MRID 41742901:  Unpublished st
          prepared by Monsanto Agricultural Comp.  10 p.

42372502  Honegger, J. (1992) Addendum to MSL-10577: Anaerobic Aquatic
          Metabolism of carbon 14 Glyphosate: Supplement to MRID 41723
          Unpublished study prepared by Monsanto Agricultural Comp.  1

42372503  Honegger, J. (1992) Addendum to MSL-10576: Aerobic Aquatic
          Metabolism of ócarbon 14ª Glyphosate: Supplement to MRID
          41723601:  Unpublished study prepared by Monsanto Agricultur
          Comp.  6 p.

42383201  Goure, W. (1992) Aquatic Dissipation of Glyphosate and AMPA
          Water and Soil Sediment Following Application of Glyphosate
          Irrigated Crop and Forestry Uses: Addendum to
          MSL-8332/Supplement to RD 898.  Unpublished study prepared b
          Monsanto Ag. Co.  36 p.

41552801  Honer, L. (1990) Dissipation of Glyphosate and
          Aminomethylphosphonic Acid in Forestry Sites: Lab Project
          Number: MSL-9940; 993.  Unpublished study prepared by Monsan
          Agricultural Co. 555 p.

42372504  Honegger, J. (1992) Addendum to MSL-9811: Confined Rotationa
          Crop Study of Glyphosate. Part II:  Quantitation,
          Charaterization, and Identification of Glyphosate and its
          Metabolites in Rotational Crops: Supplement to MRID 41543202
          Unpublished study prepared by Monsanto Agricultural Comp.  1

41543201  Nicholls, R. (1990) Confined Rotational Crop Study of Glypho
          Part I: In-Field Portion: Lab Project Number: EF-88-22.
          Unpublished study prepared by Pan-Agricultural Labs., Inc.

p.

41543202   McMullan, P.; Honegger,J.; Logusch, E. (1990) Confined
           Rotational Crop Study of Glyphosate Part II:  Quantitation,
           Characterization and Identification of Glyphosate and Its
           Metabolites in Rotational Crops: Lab Project Number: MSL-981
           Unpublished study prepared by Monsanto Agricultural Labs.   8

 42372505  Goure, W. (1992) Addendum to MSL-7633: Irrigated Crop Study.
           Determination of Glyphosate Residues in Crops, Irrigation Wa
           Sediment and Soil Following Treatment of Irrigation Source w
           Rodeo Herbicide: Supplement to MRID 40541305:  Unpublished s
           prepared by Monsanto Agricultural Comp.  22p.

40541305   Kunstman, J. (1988) Volume 5:  Irrigated Crops
           Study--Determination of Glyphosate Residues in Crops, Irriga
           Water, Sediment, and Soil following Treatment of Irrigation
           Source with Rodeo: Laboratory Project No. MSL-7633.  Unpubli
           study prepared by Monsanto Agricultural Co.  203 p.

41228301   Forbis, A. (1989) Uptake, Depuration and ioconcentration of
           Carbon 14-Glyphosate to Bluegill Sunfish (Lepomis macrochiru
           Project ID MSL-9304.  Unpublished study prepared by Analytic
           Biochemistry Laboratories, Inc.  425 p.

40541301 Bodden, R.; Patanella, J.; Feng, P. (1988) Volume 1:
         Metabolism Study of Synthetic ¢Carbon 13/Carbon
  14|--Labeled Glyphosate and Aminomethylphosphonic Acid in
Lactating Goats: Laboratory Project No. HLA 6103-113:
MSL-7458.  Unpublished study prepared by Monsanto Co. 129p.
40541302 Bodden, R.; Feng, P.; Patanella, J. (1988) Volume 2:
         Metabolism Study of Synthetic ¢Carbon 13/Carbon
  14|--Labeled Glyphosate and Aminomethylphosphonic Acid in
Laying Hens: Laboratory Project No.: HLA 6103-112:
MSL-7420.  Unpublished study prepared by Monsanto Co. 126p.
                                                        40541303
Pijanowski, P. (1988) Volume 3:  Validation of an Analytical
Method for the Determination of Glyphosate Residues in
Animal Tissues:  Laboratory Project No. MSL-7358.
Unpublished study prepared by Monsanto Co.  65 p.

40541304 Mueth, M. (1988) Volume 4:  Glyphosate Residues in Alfalfa
         Hay and Seed following Scattered Spot Treatment with
 Roundup Herbicide:  Laboratory Project No. MSL-7482.
Unpublished study prepared by Monsanto Co.  121 p.

00159419 Kuntsman, J. (1985) Validation of a New Residue Method for Analysi of Glyphosate and Aminomethylphosphonic Acid (AMPA) - A Round-robin Study: Report No. MSL-4268: Job/Project No. 7163.  Unpublished study prepared by Monsanto Co. and others.  103 p.

00164729 Danhaus, R. (1986) Reanalysis of Water, Cotton, Soybeans, Pasture Grasses, Alfalfa and Other Legumes for Glyphosate and Aminomethylphosphonic Acid: MSL-4500.  Unpublished study prepared by Monsanto Co.  84 p.

40502601 Kuntsman, J. (1987) Glyphosate Residues in Milo Grain and Fodder Following Preharvest Applications with Roundup Herbicide: MSL-6919.  Unpublished study prepared by Monsanto Co.  110 p.

00061553 Monsanto Company (1974) Residue Results.  (Unpublished study received on unknown date under 524-EX-24; CDL:095345-F)

40502605 Mueth, M. (1988) Storage Stability of Glyphosate in Crops and Water - Status Report: 0066300.  Unpublished compilation prepared by Monsanto Co.  141 p.

40532004 Manning, M. (1988) Storage Stability Study of Glyphosate and AMPA in Swine Tissues, Dairy Cow Tissues and Milk, Laying Hen Tissues and Eggs: Laboratory Project ID MSL-7515.  Unpublished study prepared by Monsanto Company.  204 p.

41940701 Mueth, M. (1991) Storage Stability of Glyphosate Residues in Crop Commodities: Lab Project Number: MSL-10843: 1051.  Unpublished study prepared by Monsanto Agricultural Co.  193 p.

40785302 Mueth, M. (1988) Glyphosate Residues in Potatoes and Processed Fractions of Potatoes After Treatment with Roundup Herbicide: Project ID. MSL-7877.  301 p.

40835201 Baron, J. (1988) Glyphosate--Magnitude of Residue on Turnip: IR-4 Project 3204.  Unpublished study prepared by IR-4 Northeast Analytical Lab.  82 p.

40783101 Baron, J. (1988) Glyphosate--Magnitude of Residue on Onions: IR-4 Project 3205, 3206, 3207.  Unpublished study prepared by IR-4 Northeast Analytical Lab.  97 p.

40802801 Baron, J. (1988) Glyphosate - Magnitude of Residue on Broccoli: Project ID. PR-3210.  Unpublished study prepared by IR-4 Northeast Analytical Laboratory.  42 p.

00156793 Kunstman, J. (1983) Glyphosate Residues in Soybeans and Soybean

C-34

Fractions following Recirculating Sprayer and Preharvest Topical
Treatments with Roundup Herbicide: Report No. MSL-3259: Project
No. 7163.  Unpublished study prepared by Monsanto Co.  117 p.

40159401 Beasley, R. (1987) Determination of CP 67573 and CP 50435 Residues
in Citrus Process Fractions: Additional Information in Response
to the Guidance Document for Glyphosate Registration and Speci-
fically the Previously Submitted Glyphosate Residue Chemistry
Study for Citrus Fruits.  Unpublished study prepared by Mon-
santo Agricultural Co.  12 p.

00053002 Monsanto Company (1980) Summary: ¢Glyphosate|.  Includes undated
method entitled: Analysis of Glyphosate in cranberries; undated
method entitled: Glyphosate and metabolite; and undated method
entitled: Procedure for Glyphosate and Aminomethylphosphonic
acid analysis of cranberries.  (Reports by various sources;
unpublished study received Sep 18, 1980 under 524-308; CDL:
099624-A)

40785303 Adams, S. (1988) Glyphosate Residues in Grapes and Grape Processing
Commodities Following Directed Spray Treatment with Roundup
Herbicide: Project ID. MSL-8027.  Unpublished study prepared
by Monsanto Agricultural Co.  121 p.

40502602 Kunstman, J. (1987) Glyphosate Residues in Corn Grain and Fodder
Following Preharvest Applications with Roundup Herbicide: MSL-
6638.  Unpublished study prepared by Monsanto Co.  176 p.

40502604 Kunstman, J. (1987) Glyphosate Residues in Corn Grain Fractions
Following Preharvest Applications to Corn with Roundup Herbi-
cide: MSL-6917.  Unpublished study prepared by Monsanto Co.
195 p.

41478101 Kunda, U. S. (1990) Glyphosphate Residues in or on Corn Grits and
Flour Following Preharvest Application of Roundup Herbicide to
Corn: Lab Project Number: MSL-9797.  Unpublished study prepared
by Monsanto Agricultural Co., in cooperation with Texas A&M
Univ. Food Protein Research Center.  88 p.

40502601 Kunstman, J. (1987) Glyphosate Residues in Milo Grain and Fodder
Following Preharvest Applications with Roundup Herbicide: MSL-
6919.  Unpublished study prepared by Monsanto Co.  110 p.

40502603 Kuntsman, J. (1987) Glyphosate Residues in Milo Grain Fractions
Following Preharvest Applications to Milo with Roundup Herbi-
cide: MSL-7043.  Unpublished study prepared by Monsanto Co.

138 p.

41484301 Allin, J. (1989) Glyphosate Residues in Wheat Grain and Straw afte
Preharvest Treatment with Roundup Herbicide: R.D. No. 983.
Unpublished study prepared by Monsanto Agricultural Co.  436 p.

00150835 Monsanto Co. (1984) ÝGlyphosate Residues in Wheat Grain, Straw and
Milling/Fractionation Products following Ropewick Wiper Treat-
ment with Roundup Herbicide". Unpublished compilation.  158 p.

00109271 Monsanto Co. (19??) Crop Residues and Tolerances.  (Unpublished
study received Apr 9, 1982 under KS 82/1 for Monsanto; CDL:
247348-B)

40502601 Kunstman, J. (1987) Glyphosate Residues in Milo Grain and Fodder
Following Preharvest Applications with Roundup Herbicide: MSL-
6919.  Unpublished study prepared by Monsanto Co.  110 p.

40541304 Mueth, M. (1988) Volume 4:  Glyphosate Residues in Alfalfa Hay and
Seed following Scattered Spot Treatment with Roundup Herbicide:
Laboratory Project No. MSL-7482.  Unpublished study prepared by
Monsanto Co.  121 p.

40642401 Baron, J. (1988) Glyphosate--Magnitude of Residue on Asparagus:
Laboratory Project ID: PR 3212.  Unpublished study prepared by
NY State Agricultural Experiment Station.  69 p.

40149401 Sheldon, A. (1986) Triphenyltin Hydroxide--Responses to Questions
in the EPA Letter September 24, 1986 (Jacoby to Sheldon).  Un-
published study prepared by M&T Chemicals Inc.  15 p.

00051981 Monsanto Company (1973) Master Summary Table of PPM Residues of
Glyphosate (CP67573) and Glyphosate Metabolite (CP50435) in
Green Coffee Bean Studies Using a Single Directed Post-emergent
Application.  (Unpublished study received Jun 3, 1976 under
524-308; CDL:096177-E)

40580401 Baron, J. (1988) Glyphosate--Magnitude of Residue on Mango: Projec
ID: IR-4 PR-3213.  Unpublished study prepared by IR-4 Northeast
Analytical Laboratory.  35 p.

42398401 Hontis, A. (1992) Residues of Glyphosate/AMPA in Olives and
Olive Oil Following Use of Sting SE--Spanish Field Trials
1990-1992: Lab Project Number: 1115: MLL-30297.  Unpublished
study prepared by Monsanto Agricultural Co.  73 p.

00144341 Steinmetz, J. (1984) Glyphosate Residues in Peanuts and Peanut
         Fractionation Products Following Postemergent Polyester/Acrylic
         Pipewick Treatments with Roundup Herbicide: Report No. MSL-339?
         Job/Project No. 7163.  Unpublished study prepared by Monsanto
         Co. in cooperation with ABC Laboratories, Inc. and Craven Labor
         atories, Inc.  116 p.

40541305 Kunstman, J. (1988) Volume 5:  Irrigated Crops Study--Determinatic
         of Glyphosate Residues in Crops, Irrigation Water, Sediment, an
         Soil following Treatment of Irrigation Source with Rodeo: Labo-
         ratory Project No. MSL-7633.  Unpublished study prepared by Mor
         santo Agricultural Co.  203 p.

40532001 Manning, M.; Wilson, G. (1987) Residue Determination of Glyphosate
         and AMPA in Laying Hen Tissues and Eggs Following a 28-Day
         Feeding Study: Laboratory Project ID MSL-6676.  Unpublished
         study prepared by Monsanto Company.  192 p.

40532002 Manning, M.; Wilson, G. (1987) Residue Determination of Glyphosate
         and AMPA in Swine Tissues Following a 28-Day Feeding Study:
         Laboratory Project ID MSL-6627.  Unpublished study prepared by
         Monsanto Company.  147 p.

40532003 Manning, M.; Wilson, G. (1987) Residue Determination of Glyphosate
         and AMPA in Dairy Cow Tissues and Milk Following a 28-Day
         Feeding Study: Laboratory Project ID MSL-6729.  Unpublished
         study prepared by Monsanto Company.  180 p.

00154311 Armstrong, T., Comp. (1985) Static Marine Mollusk (Rangia cuneata)
         Bioconcentration Study with Water-applied ÝCarbon-14¨-Glypho-
         sate and "Non-aged" Sandy Loam Soil Substrate, Part I and Part
         II: Special Report MSL-5159.  Unpublished compilation prepared
         by Monsanto Agricultural Products Co. in cooperation with
         Analytical Bio-Chemistry Labs.  293 p.

00155120 Armstrong, T., comp. (1985) Static Crayfish (Procambarus simulans
         Faxon) Bioconcentration Study with Water-applied ÝCarbon 14¨-
         Glyophosate and "Non-aged" Sandy Loam Soil Substrate, Part I an
         Part II.  Unpublished compilation prepared by Monsanto Co. 324p

C-37

# Appendix D

## List of Available Related Documents

The following is a list of available documents related to glyphosate. Its purpose is to provide a path to more detailed information if it is required.  These accompanying documents are part of the Administrative Record for glyphosate and are included in the EPA's Office of Pesticide Programs Public Docket.

1.    Health and Environmental Effects Science Chapters

2.    Detailed Label Usage Information System (LUIS) Report

3.    Glyphosate RED Fact Sheet (included in this RED)

4.    PR Notice 91-2 (Included in this RED) Pertains to the Label Ingredient Statement

5.   Complete Appendix A which details the use patterns subject to reregistration

Federal publications on glyphosate are available and may be purchased from the National Technical Information Service (NTIS), 5285 Port Royal Road, Springfield, VA  22161.

1.    Pesticide Fact Sheet (No. EPA-738-F-93-011) for Glyphosate

2.    Registration Standard for Pesticide Products Containing Glyphosate as the Active Ingredient (The 1986 Registration Standard):  NTIS Stock No. PB87-103214

# Appendix E

## Pesticide Reregistration Handbook

## PESTICIDE REREGISTRATION HANDBOOK

### HOW TO RESPOND TO THE

### REREGISTRATION ELIGIBILITY DOCUMENT (RED)

**OFFICE OF PESTICIDE PROGRAMS**

**ENVIRONMENTAL PROTECTION AGENCY**

**OCTOBER 1991**

# PRODUCT REREGISTRATION HANDBOOK

## TABLE OF CONTENTS

I.   Introduction

    A.   Purpose and Content                                1

    B.   Reregistration Eligibility Document                1

    C.   Reregistration Process                             1

II.  Instructions for Responding

    A.   How and When to Respond                            2

    B.   When No Response Is Needed                         5

    B.   Where to Respond                                   6

III. Submission of Data and Labels/Labeling

    A.   Generic Data                                       6

    B.   Product Specific Data                              7

        1.   Product Chemistry                             7

        2.   Acute Toxicity                                8

        3.   Product Performance                           9

    C.   Labels/Labeling                                   10

Appendix

    A.   Confidential Statement of Formula and Instructions

    B.   Label Contents

    C.   Sample Label Formats--General Use & Restricted Use

    D.   Label Regulations (40 CFR 156.10)





# PESTICIDE REREGISTRATION HANDBOOK

## I.   INTRODUCTION

### A.   Purpose and Content of this Handbook

This Handbook provides instructions to registrants on how to respond to the Reregistration Eligibility Document (hereafter referred to as the "RED") and how to reregister products.

Section I is this introduction.

Section II contains step-by-step instructions which must be followed by registrants responding to the RED.

Section III provides additional instructions on the format, content and other aspects of generic data, product specific data and labels/labeling which may be required to be submitted.

Detailed instructions are in the Appendix.

### B.   The Reregistration Eligibility Document (RED)

Under Section 4 of the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA), as amended in 1988, EPA is required to reregister pesticides that were first registered before November 1, 1984.  The RED describes in detail the subject chemical, its uses and its regulatory history; describes EPA's decision concerning the eligibility of the uses of the chemical for reregistration; and explains the scientific and regulatory bases for this decision. EPA's reviews of the data by scientific discipline are available upon request.[1]  Appendices to the RED contain: (1) a Data Call-In Notice which requires submission of generic and product specific data and which gives directions for responding, (2) a listing of existing studies that satisfy generic data requirements and (3) a bibliography of the generic studies EPA has reviewed.

### C.   The Reregistration Process

Reregistration involves a thorough review of the scientific data base underlying a pesticide's registration.  The purpose of EPA's review is to reassess the potential hazards arising from the currently registered uses of the pesticide, to determine whether the data base is substantially complete or there is need for additional generic data, and to determine whether the pesticide is eligible for reregistration.  This decision is issued as the RED.

---

[1]   EPA's science reviews and information on the registered uses considered for EPA's analyses may be obtained from: EPA, Freedom of Information, 401 M St., S.W., Washington, D.C. 20460.



2

If the RED declares that some or all uses of the chemical are eligible for reregistration, affected registrants must first respond within 90 days of receipt to the data call-in portion of the RED. Within 8 months of receiving the RED, registrants must submit or cite any data and labels/labeling required for each product. EPA has until 14 months after the RED is issued (i.e., 6 months after the registrants' 8 month deadline) to review the submission for each product and decide whether to reregister it based on the following criteria:

--whether all of the product specific data and labels/labeling are acceptable,

--whether all of the uses on the label/labeling are eligible,

--whether all of the active ingredients in the product are eligible, and

--if no List 1 toxic inert ingredient is contained in the product (a List 1 inert is permitted only if all data for it have been submitted and EPA determines that the inert does not pose any unreasonable adverse effects in that product).

Products which meet all of these criteria will be reregistered. Products which do not meet all of these criteria, but which have acceptable product specific data and labeling, will be processed as amendments in order to implement label changes required by the RED.

II.   INSTRUCTIONS FOR RESPONDING

A.   How and When to Respond

This section provides directions for submitting timely and adequate responses necessary to reregister products containing the active ingredient covered by the RED. Registrants must follow these steps exactly to avoid suspension of their products. All products containing the active ingredient in the RED [i.e., manufacturing use products, end use products and special local need (SLN or Section 24c) registrations] are subject to the requirements of the RED. Figure 1 summarizes how and when to respond to the RED. A step-by-step explanation follows.

Step 1.   Are Expedited Label Changes Required?   In some instances, EPA may conclude that certain changes to product labels/labeling must be implemented rapidly. If the RED requires expedited label/labeling changes, registrants must submit the items below by the deadline specified in the RED. If expedited label changes are not required, go to Step 2.

a.   Application for Registration (EPA Form 8570-1). Complete



3

and sign the form.  In Section II, insert the phrase "Expedited Amendment in Response to the Reregistration Eligibility Document for (insert case name for chemical)."  Applications for expedited label changes will be processed as applications for amended registration.  Use only an original application form with a red identifier number in the upper right-hand corner.

b.  **Five (5) copies of revised draft label and labeling.**  Refer to the RED for label/labeling changes and follow the instructions in Section III.C. and the Appendix of this Handbook for revising the label and labeling for each product.

Step 2.  Are data required?  If the RED requires generic or product specific data, you must follow the directions in the data call-in notice in the RED.  All registrants must respond for all products within 90 days of receipt; products for which an adequate response is not received on time will be subject to suspension.  No time extensions will be given for responding within 90 days.

Step 3.  Are Uses of a Pesticide Eligible for Reregistration? If any uses of the active ingredient(s) covered by the RED are eligible for reregistration, follow these instructions.  If no uses are eligible, no further response may be needed (see page 5).

EPA's decision on the eligibility of each of the uses of the active ingredient(s) is presented in the RED.  If any uses of a chemical are eligible for reregistration, registrants for manufacturing-use products (MPs), end-use products (EPs) and special local needs registrations (SLNs), must submit the items below for each product within 8 months of the date of issuance of the RED:

a.  **Application for Reregistration (use EPA Form 8570-1).**  Complete and sign the form.  In Section II of that form, check the box "Other" and insert the phrase "Application for Reregistration."  Use only an original application form with a red identifier number in the upper right-hand corner.

b.  **Five (5) copies of revised draft label and labeling.**  Refer to the RED for labeling changes specific to the active ingredient, follow the instructions in Section III.C. of this Handbook and refer to the Appendix of this Handbook for guidance on current requirements for labels and labeling.  If there are ineligible uses on the label or labeling, you may delete such uses and avoid all requirements and consequences which may be associated with ineligible uses (e.g, generic data requirements, cancellation, suspension, etc.).  If you delete certain uses now and those uses become eligible for reregistration later, you must submit an amendment application to add those uses back to the label.



4

**FIGURE 1.   HOW AND WHEN TO RESPOND TO THE REREGISTRATION
ELIGIBILITY DOCUMENT (RED) FOR MANUFACTURING USE
PRODUCTS (MPs), END-USE PRODUCTS (EPs) and SPECIAL
LOCAL NEEDS REGISTRATIONS (SLNs).**

STEP 1:   Are expedited label revisions required?

Yes          No

Submit application
and labels on
expedited schedule
specified in RED.

STEP 2:   Are data required?

Yes          No

Submit forms within
90 days for generic
and product specific
data.

STEP 3:   Are any of the uses on the label
eligible for reregistration?

Yes                          No

Are any uses on the label
ineligible for reregistration?

Yes          No

Do you wish to
delete ineligible
uses from label?

No          Yes

For each MP & EP          For each MP & EP          No further response
& SLN (24c) submit        & SLN (24c) submit        necessary.  Await
application within        application within        the outcome of
8 months.  If             8 months.  If             EPA's review.
the submission            the submission
is acceptable,            is acceptable,
the label will be         the label will be
stamped accepted          stamped accepted
as an amendment.          and a notice of
No reregistration         reregistration
will be issued.           will be issued.



5

   c.    **Product Specific Data.** You must follow the instructions
in the Data Call-In Notice in the RED and in Section III of this
Handbook. Responses to the data call in are due within <u>90 days</u> of
receipt of the RED and submission or citation of data is due within
<u>8 months</u> of the issuance of the RED.

   d.    Two (2) copies of the current Confidential Statement of
Formula (EPA Form 8570-4, revised February 85). Two completed and
signed CSF forms must be submitted for the basic formulation and
for each alternate formulation. If CSFs are not provided for the
alternate formulas, they will not be reregistered and will no
longer be acceptable. The Appendix of this Handbook has specific
instructions for completing the CSF form.

   e.    **Certification With Respect to Citation of Data** (EPA Form
8570-31). This form must be completed, signed and submitted for
each product to assure that the data compensation provisions of
FIFRA are met.

B.  <u>When No Response is Needed</u>

   If no uses of a pesticide are eligible for reregistration, it
is unlikely that you will be required to submit product specific
data or labeling.   Uses of an active ingredient may be declared
ineligible for reregistration for two possible reasons:

   --Available data indicate that one or more of the criteria for
an in-depth special review have been met;

   --Additional generic data are required.

   In the first instance, if the active ingredient is placed into
special review, reregistration activities associated with those
uses of the chemical are stopped until EPA makes a final
determination. At that time, EPA will indicate which uses may be
eligible for reregistration and which uses are to be cancelled. If
some or all of the previously ineligible uses become eligible for
reregistration, EPA will start the reregistration process for
products containing only eligible uses.

   In the second instance, based upon the review of studies for
an active ingredient during reregistration, additional generic data
(e.g., second- or third-tier studies) may be needed (see the RED).
In such cases, the chemical's uses will not be eligible for
reregistration until the additional generic data have been
submitted to and reviewed and found acceptable by EPA. If the data
are reviewed and found to be acceptable, EPA will indicate which
uses will be eligible for reregistration and will initiate
reregistration of products containing previously ineligible uses.
If the data are not submitted, products containing the active
ingredient may be suspended.



6

### C.   Where to Respond

By U.S. Mail:

>    Document Processing Desk (insert distribution code)
>    Office of Pesticide Programs (H7504C)
>    Environmental Protection Agency
>    401 M Street, S.W.
>    Washington, D.C. 20460-0001

By express mail or by hand delivery:

>    Document Processing Desk (insert distribution code)
>    Office of Pesticide Programs (H7504C)
>    Room 266A, Crystal Mall 2
>    1921 Jefferson Davis Highway
>    Arlington, VA 22202

These mailing addresses and the following distribution codes must be used to assure the timely receipt and processing of your submissions.  Not using them may significantly delay the handling of your submissions:

RED-SRRD-xxx (where xxx is the case code given on the front of the RED)--use this distribution code for all responses pertaining to or containing **generic data**.  Such responses include the 90-day response forms for generic data or hard copies of generic data.

RED-RD-PMxx (where xx is the Product Manager team number)-- use this distribution code for all responses pertaining to or containing **product specific data or labeling**.  Such responses would include expedited labeling amendments, 90-day responses to product specific data requirements, hard copies of product specific data and applications for reregistration.

### III.  SUBMISSION OF DATA AND LABELS/LABELING

This section provides additional instructions concerning responses required for generic data, product specific data and labels/labeling.

### A.  Generic Data

During EPA's evaluation of an active ingredient for reregistration, additional generic data requirements may be identified that registrants must fulfill.  In some instances these data requirements would have to be satisfied before an active ingredient or some of its uses could be declared eligible for reregistration.  In other cases, these new data requirements would not affect the eligibility of the active ingredient, but would be necessary to confirm EPA's assessment of that chemical.



7

Any new data requirements and how they affect reregistration eligibility of a chemical are discussed in the RED. If new generic data requirements are imposed in a Data Dall-In Notice in the RED, registrants must respond as described in that Notice. The RED also contains instructions for completing these forms, a citation of EPA's legal authority for requiring the new data, a listing of options available to registrants for satisfying the data requirements and the name of the contact person for inquiries.

B. <u>Product Specific Data</u>

Product specific data may be required for the reregistration of each pesticide product in three areas--product chemistry, acute toxicity and efficacy.

1. <u>Product Chemistry</u>

Following are instructions for submitting product-specific data and a discussion of EPA's policy on inert ingredients.

a. <u>Data</u>

All data requirements for MPs, EPs and SLNs (24c's) are specified in the Data Call-In Notice in the RED. In addition:

--If you cite data from another identical, registered product, you must identify the EPA registration number of that product.

--If the product-specific data submitted or cited do not pertain to an identical formulation to the product submitted for reregistration, then new product-specific data are required to be submitted by the deadline specified in the Data Call-In Notice. The only exception is for products which EPA "groups" together a being similar enough to depend on the same data. Such groupings are discussed in the appendix to the RED (for acute toxicity purposes, for example), if it was feasible to do so.

b. <u>Inert Ingredients</u>

EPA has implemented a strategy for regulating inert ingredients which affects the reregistration of pesticide products. This strategy, issued on April 22, 1987 (52 FR 13305-13309) and updated on November 22, 1989 (54 FR 48314-48316), adopted certain policies designed to reduce the potential for adverse effects from pesticide products containing intentionally added inert ingredients. EPA divided the known inert ingredients into four categories:

--Inerts of toxicological concern (List 1) for which available data demonstrate toxic effects of concern (includes about 50 chemicals).



8

--Potentially toxic inerts (List 2) for which only limited data are available, but such data or the chemical structure suggest the potential for toxicity (includes about 60 chemicals).

--Inerts of unknown toxicity (List 3) for which no data or bases for suspecting toxic effects are available (includes up to 2,000 chemicals).

--Inerts of minimal concern (List 4) which are generally regarded as innocuous (includes about 290 chemicals).

When a RED is issued and any uses of an active ingredient are declared eligible for reregistration, all products containing that active ingredient will be subject to reregistration. EPA will, as part of the reregistration review, examine the inert ingredients of each product prior to reregistration to ensure that they do not present unreasonable risks. In reviewing the product chemistry data, EPA will identify List 1 inerts. EPA will continue to encourage registrants to eliminate any List 1 inerts present. Reregistration of products containing only List 2, 3 or 4 inerts will be unaffected by the inerts strategy.

Consistent with the strategy on inerts, a product containing a List 1 inert ingredient will <u>not</u> be reregistered until a full risk assessment of the product has been conducted, based on the data called in for that inert ingredient. However, the existing registration of a product containing a List 1 inert will remain valid as long as the product bears the required label warning and is in compliance with any outstanding DCI, or other activity under the inerts strategy.

Any product containing a List 2, 3 or 4 inert <u>may</u> be reregistered <u>if</u> it meets all other requirements for reregistration. As the inerts strategy is implemented and data for the List 2 and 3 inerts are reviewed, EPA may move these inerts to the other Lists. If an inert were moved to List 1, products containing that inert would become ineligible for reregistration. Inert ingredients must also meet normal registration and tolerance requirements, as applicable.

2.  <u>Acute Toxicity</u>

The data call-in notice in the RED specifies the acute toxicity data required for reregistration of each MP or EP. It indicates whether any of the standard tests have been waived and, if so, why.

If feasible, EPA will "batch" products that are similar with respect to their acute toxicity so that one set of tests can support reregistration of each baatch of products. This approach will impose the least amount of testing necessary to adequately support the registration and labeling for pesticide products. The



9

main benefits of this approach are to minimize the need for animal testing, reduce the expense to registrants to generate the tests and decrease the resources EPA must spend on reviewing data. Registrants may contact other registrants with products in the same "batch" to decide whether to provide or depend on one set of data; alternatively, registrants may choose to conduct their own studies.

### 3.  Product Performance

Consult the Data Call-In section of the RED to determine whether Product Performance data are required for your product.

Product performance (efficacy) data are generated in studies designed to document how candidate pesticide formulations perform as pest control agents.  These data include tests run to determine whether a formulation is lethal to certain pest species, to document the effectiveness of the formulation in controlling pest species in actual use situations, and to determine whether certain claims beyond mere control of a pest (e.g., "six-month residual effect," "kills Warfarin resistant house mice," etc.) are justified.

EPA has standard protocols for certain efficacy tests. In general, standard methods have been developed for tests needed to substantiate claims that have been made frequently for pesticide products.  As the scope of potential pesticidal claims is extremely broad, the Agency does not have standard methods for tests needed to substantiate many pesticide claims, especially those that are uncommon.  The Product Performance Guidelines, Subdivision G, offer general guidance for developing protocols for efficacy testing. Proposed protocols should be submitted to EPA for review before tests are initiated.

### a.  Efficacy Data Submission Waiver Policy

FIFRA gives the Administrator of EPA authority "to waive data requirements pertaining to efficacy" but does not require that efficacy data requirements be waived for any class of pesticide product registered under Section 3 of the Act.  As a matter of policy, EPA does not require submission of efficacy data to support many types of pesticidal claims but does require submission of such data for certain types of claims.  As noted in 40 CFR 158.640, this waiver applies to the submission of efficacy data rather than to the generation of efficacy data.  EPA expects each registrant to "ensure through testing that his products are efficacious when used in accordance with commonly accepted pest control practices."

This general policy notwithstanding, EPA may, at any time, require a registrant to submit efficacy data to support any claim made for a product.  EPA also may require that certain claims of effectiveness be established before a Section 3 registration is granted.

10

b.  **Claims and Products for Which Efficacy Data Generally Are Required**

Submission of efficacy data at reregistration typically is required for the following types of products:

1. products claimed to control microorganisms that pose potential threats to public health;

2. products claimed to control vertebrate pests that may directly or indirectly transmit diseases to humans;

3. potentially very hazardous products for which EPA determines that it is necessary to conduct a "risk-benefits" analysis;

4. products of types for which EPA has reasons (e.g., consumer complaints, unlikely claims, unusual use patterns, etc.) to question claims; and

c.  **Labels and Labeling**

To remain in compliance with FIFRA, the label and labeling of each product must be revised to meet the requirements for reregistration as described below. "Labeling" includes the container label and any written, printed or graphic matter that accompanies the pesticide in U.S. commerce at any time (such as technical bulletins, collateral labeling, etc.). Applications for new uses or labeling changes that do not pertain to reregistration must be filed separately from the application for reregistration described in Step 3 earlier. Changes to labeling which must be made for reregistration include, but are not limited to:

1.  Labeling changes specified in the RED. Such changes may include statements on RESTRICTED USE, groundwater hazards, protective clothing/equipment, endangered species, environmental hazards, etc.

2.  The format and content of labeling as described in 40 CFR 156.10. When further acute testing is needed, the currently accepted precautionary statements will usually be retained until testing is completed and the data are reviewed.

3.  Labeling changes required by Pesticide Regulatory (PR) Notices, regulations, regulatory decisions and policies issued by EPA which are relevant to the pesticide. Your product's labeling must reflect any applicable requirements which are in effect at the time the RED is issued. Some existing notices are referred to in Section B. of the Appendix.



**APPENDIX**

A.  Confidential Statement of Formula and Instructions

B.  Instructions for Label Contents

C.  Sample Label Formats--General Use & Restricted Use

D.  Label Regulations (40 CFR 156.10)



**Confidential Business Information: Does Not Contain National Security Information (E.O. 12065)**

Form Approved. OMB No. 2070-0060. Approval expires 9-30-90

| ⬇EPA | United States Environmental Protection Agency<br>Office of Pesticide Programs (TS-767)<br>Washington, DC 20460<br>**Confidential Statement of Formula** | A. ☐ Basic Formulation<br>☐ Alternate Formulation | B.<br>Page         of | See Instructions on Back |
|---|---|---|---|---|

| 1. Name and Address of Applicant/Registrant (Include ZIP Code) | 2. Name and Address of Producer (Include ZIP Code) |
|---|---|

| 3. Product Name | 4. Registration No./File Symbol | 5. EPA Product Mgr/Team No. | 6. Country Where Formulated |
|---|---|---|---|
|  | 7. Pounds/Gal or Bulk Density | 8. pH | 9. Flash Point/Flame Extension |

| EPA USE ONLY | 10. Components in Formulation (List as actually introduced into the formulation. Give commonly accepted chemical name, trade name, and CAS number.) | 11. Supplier Name & Address | 12. EPA Reg. No. | 13. Each Component in Formulation a. Amount | b. % by Weight | 14. Certified Limits % by Weight a. Upper Limit b. Lower Limit | 15. Purpose in Formulation |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| 16. Typed Name of Approving Official | 17. Total Weight | 100% |  |
|---|---|---|---|
| 18. Signature of Approving Official | 19. Title | 20. Phone No. (Include Area Code) | 21. Date |

EPA Form 8570-4 (Rev. 2-85) Previous editions are obsolete.

<u>Instructions for Completing the Confidential Statement of Formula</u>

The Confidential Statement of Formula (CSF) Form 8570-4 must be used. Two legible, signed copies of the form are required. Following are basic instructions:

a. All the blocks on the form must be filled in and answered completely.

b. If any block is not applicable, mark it N/A.

c. The CSF must be signed, dated and the telephone number of the responsible party must be provided.

d. All applicable information which is on the product-specific data submission must also be reported on the CSF.

e. All weights reported under item 7 must be in pounds per gallon for liquids and pounds per cubic feet for solids.

f. Flashpoint must be in degrees Fahrenheit and flame extension in inches.

g. For all active ingredients, the EPA Registration Numbers for the currently registered source products must be reported under column 12.

h. The Chemical Abstracts Service (CAS) Numbers for all actives and inerts and all common names for the trade names must be reported.

i. For the active ingredients, the percent purity of the source products must be reported under column 10 and must be exactly the same as on the source product's label.

j. All the weights in columns 13.a. and 13.b. must be in pounds, kilograms, or grams. In no case will volumes be accepted. Do not mix English and metric system units (i.e., pounds and kilograms).

k. All the items under column 13.b. must total 100 percent.

l. All items under columns 14.a. and 14.b. for the active ingredients must represent pure active form.

m. The upper and lower certified limits for all active and inert ingredients must follow the 40 CFR 158.175 instructions. An explanation must be provided if the proposed limits are different than standard certified limits.

n. When new CSFs are submitted and approved, all previously submitted CSFs become obsolete for that specific formulation.



## B.    INSTRUCTIONS FOR LABEL CONTENTS

40 CFR 156.10 and Pesticide Regulatory (P.R.) Notices require that specific labeling statements appear at certain locations on the label. The sample label formats in Appendix C show where these statements are to be placed.

Item 1.  PRODUCT NAME - The name, brand or trademark is required to be located on the front panel, preferably centered in the upper part of the panel. The name of a product will not be accepted if it is false or misleading. [40 CFR 156.10(b)]

Item 2.   COMPANY NAME AND ADDRESS - The name and address of the producer, registrant or person for whom the product is produced are required on the label and should be located at the bottom of the front panel or at the end of the label text. [40 CFR 156.10(c)]

Item 3.  NET CONTENTS - A net contents statement is required on all labels or on the container of the pesticide.  The preferred location is the bottom of the front panel immediately above the company name and address, or at the end of the label text.  The net contents must be expressed in the largest suitable unit, e.g., "1 pound 10 ounces" rather than "26 ounces." In addition to English units, net contents may be expressed in metric units.  [40 CFR 156.10(d)]

Item 4.  EPA REGISTRATION NUMBER - The registration number assigned to the pesticide product must appear on the label, preceded by the phrase "EPA Registration No.," or "EPA Reg. No." The registration number must be set in type of a size and style similar to other print on that part of the label on which it appears and must run parallel to it.   The registration number and the required identifying phrase must not appear in such a manner as to suggest or imply recommendation or endorsement of the product by the Agency.  [40 CFR 156.10(e)]

Item 5.  EPA ESTABLISHMENT NUMBER - The EPA establishment number, preceded by the phrase "EPA Est." is the final establishment at which the product was produced, and may appear in any suitable location on the label or immediate container. It must also appear on the wrapper or outside container of the package if the EPA establishment number on the immediate container cannot be clearly read through such wrapper or container.  [40 CFR 156.10(f)]

Item 6A.  INGREDIENTS STATEMENT - An ingredients statement is normally required on the front panel. The ingredients statement must contain the name and percentage by weight of each active ingredient and the total percentage by weight of all inert ingredients.   The preferred location is immediately below the product name.  The ingredients statement must run parallel with, and be clearly distinguished from, other text on the panel.  It must not be placed in the body of other text. [40 CFR 156.10(g)]

Item 6B.  POUNDS PER GALLON STATEMENT - For liquid agricultural



formulations, the pounds per gallon of active ingredient must be indicated on the label. [40 CFR 156.10(h)(iv)]

Item 6C.   NAMES TO BE USED IN INGREDIENT STATEMENT - The acceptable common name, if there is one, shall be used, followed by the chemical name.   If no common name has been established, the chemical name alone shall be used.   Chemicals related to the active ingredient are allowed to be listed <u>only</u> if efficacy data supporting such claims are submitted or referenced.   If such data are provided, the related chemicals must be listed <u>separately</u> and not as a portion of the active ingredient.

Item 6D.   INERT INGREDIENTS RECLASSIFIED AS ACTIVE INGREDIENTS - If EPA has reclassified chemicals from inert ingredient status to active ingredient status, registrants of affected products must change the ingredient statement accordingly (See 52 FR 13307-8, April 22, 1987).   If such pesticides have food uses, tolerances must either be established for such uses, or an exemption from the requirement for tolerances must be obtained.

Item 6E.   NOMINAL CONCENTRATION - The amount of active ingredient declared in the ingredient statement must be the nominal concentration of the product as defined in 40 CFR 158.153(i) and described in P.R. Notice 91-2.

Item 7.   WARNINGS AND PRECAUTIONARY STATEMENTS - Front panel precautionary statements must be grouped together, preferably within a block outline.   The table below shows the minimum type size requirements for various size labels.

| Size of Label on Front Panel in Square Inches | Signal Word Minimum Type Size All Capitals | "Keep Out of Reach of Children" Minimum Type Size |
| --- | --- | --- |
| 5 and under | 6 point | 6 point |
| above 5 to 10 | 10 point | 6 point |
| above 10 to 15 | 12 point | 8 point |
| above 15 to 30 | 14 point | 10 point |
| over 30 | 18 point | 12 point |

Item 7A.   CHILD HAZARD WARNING STATEMENT - The statement "Keep Out of Reach of Children" must be located on the front panel above the signal word except where contact with children during distribution or use is unlikely.   [40 CFR 156.10(h)(1)(ii)]

Item 7B.   SIGNAL WORD - The signal word (DANGER, WARNING, or CAUTION) is required on the front panel immediately below the child hazard warning statement.   [40 CFR 156.10(h)(1)(i)].



Item 7C.   SKULL & CROSSBONES AND WORD "POISON" — On products assigned a toxicity Category I on the basis of oral, dermal, or inhalation toxicity, the word "Poison" shall appear on the label in red on a background of distinctly contrasting color and the skull and crossbones shall appear in immediate proximity to the word POISON.   [40 CFR 156.10(h)(1)(i)].

Item 7D.   STATEMENT OF PRACTICAL TREATMENT — A statement of practical treatment (first aid or other) shall appear on the label of pesticide products in toxicity Categories I, II, and III.   [40 CFR 156.10(h)(1)(iii)]

Item 7E.   REFERRAL STATEMENT — The statement "see Side (or Back) Panel for Additional Precautionary Statements" is required on the front panel for all products, unless all required precautionary statements appear on the front panel.   [40 CFR 156.10(h)(1)(iii)].

Item 8.   SIDE/BACK PANEL PRECAUTIONARY LABELING — The precautionary statements listed below must appear together on the label under the heading "PRECAUTIONARY STATEMENTS."   The preferred location is at the top of the side or back panel preceding the directions for use, and it is preferred that these statements be surrounded by a block outline.   Each of the three hazard warning statements must be headed by the appropriate hazard title.   [40 CFR 156.10(h)(2)]

Item 8A.   HAZARD TO HUMANS AND DOMESTIC ANIMALS — Where a hazard exists to humans or domestic animals, precautionary statements are required indicating the particular hazard, the route(s) of exposure and the precautions to be taken to avoid accident, injury or damage.   [40 CFR 156.10(h)(2)(i)]

Item 8B.   ENVIRONMENTAL HAZARD — Where a hazard exists to non-target organisms excluding humans and domestic animals, precautionary statements are required stating the nature of the hazard and the appropriate precautions to avoid potential accident, injury, or damage.   [40 CFR 156.10(h)(2)(ii)]

Item 8C.   PHYSICAL OR CHEMICAL HAZARD — FLAMMABILITY Precautionary statements relating to flammability of a product are required to appear on the label if it meets the criteria in the PHYS/CHEM Labeling Appendix.   The requirement is based on the results of the flashpoint determinations and flame extension tests required to be submitted for all products.   These statements are to be located in the side/back panel precautionary statements section, preceded by the heading "Physical/Chemical Hazards."   Note that no signal word is used in conjunction with the flammability statements.

Item 9A.   RESTRICTED USE CLASSIFICATION — FIFRA sec. 3(d) requires that all pesticide formulations/uses be classified for either general or restricted use.   Products classified for restricted use may be limited to use by certified applicators or persons under their direct supervision (or may be subject to other restrictions that may be imposed by regulation).   If your product has been classified for restricted use, then these requirements apply:



1. **All uses restricted.** The following statements must be placed in a black box at the top of the front panel of the label and labeling:

   a. The statement "Restricted Use Pesticide" must appear at the top of the front panel of the label. The statement must be set in type of the same minimum size as required for human hazard signal word [see table in 40 CFR 156.10(h)(1)(iv)]. No statements of any kind may appear above this RUP statement.

   b. The reason for the the restricted use classification must appear below the RUP statement. The RED will prescribe this statement.

   c. A summary statement of the terms of restriction must appear directly below this reason statement on the front panel. If use is restricted to certified applicators, the following statement is required: "For retail sale to and use only by Certified Applicators or persons under their direct supervision and only for those uses covered by the Certified Applicator's Certification." The RED will specify what statement must be used.

2. **Some but not all uses restricted.** If the RED states that some uses are classified for restricted use, and some are unclassified, several courses of action are available:

   a. You may label the product for Restricted use. If you do so, you may include on the label uses that are unrestricted, but you may not distinguish them on the label as being unrestricted.

   b. You may delete all restricted uses from your label and submit draft labeling bearing only unrestricted uses.

   c. You may "split" your registration, i.e., register two separate products with identical formulations, one bearing only unrestricted uses, and the other bearing restricted uses. To do so, submit two applications for reregistration, each containing all forms and necessary labels. Both applications should be submitted simultaneously. Note that the products will be assigned separate registration numbers.

**Item 9B. MISUSE STATEMENT** - All products must bear the misuse statement, "It is a violation of Federal law to use this product in a manner inconsistent with its labeling." This statement appears at the beginning of the directions for use, directly beneath the heading of that section.

**Item 10A. REENTRY STATEMENT** - If a restricted entry interval (REI) has been established by the Agency, it must be included on the label. Additional worker protection statements may be required in



accordance with PR Notice 83-2, March 29, 1983.

Item 10B.  STORAGE AND DISPOSAL BLOCK - All labels are required to bear storage and disposal statements.  These statements are developed for specific containers, sizes, and chemical content. These instructions must be grouped and appear under the heading "Storage and Disposal" in the directions for use.  This heading must be set in the same type sizes as required for the child hazard warning.  Refer to P.R. Notices 83-3 and 84-1 to determine the storage and disposal instructions appropriate for your products.

Item 10C.  DIRECTIONS FOR USE - Directions for use must be stated in terms which can be easily read and understood by the average person likely to use or to supervise the use of the pesticide. When followed, directions must be adequa.. to protect the public from fraud and from personal injury and to prevent unreasonable adverse effects on the environment.  [40 CFR 156.10(i)(2)]

COLLATERAL LABELING

Bulletins, leaflets, circulars, brochures, data sheets, flyers, or other written or graphic printed matter which is referred to on the label or which is to accompany the product are termed collateral labeling.  Such labeling may not bear claims or representations that differ in substance from those accepted in connection with registration of the product. Collateral labeling must be made part of the response to the RED and submitted for review.

LABEL FORMAT FOR UNCLASSIFIED PRODUCTS





**PRECAUTIONARY STATEMENTS**
**HAZARDS TO HUMANS**
**& DOMESTIC ANIMALS**
**DANGER**

**ENVIRONMENTAL HAZARDS**

**PHYSICAL OR CHEMICAL HAZARDS**

**DIRECTIONS FOR USE**
It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

**RE-ENTRY STATEMENT**
(If Applicable)

**STORAGE AND DISPOSAL**
**STORAGE**

**DISPOSAL**

**CROP:**

---

# RESTRICTED USE PESTICIDE
Due to (insert reason*)
FOR RETAIL SALE TO AND USE ONLY BY CERTIFIED APPLICATORS OR PERSONS UNDER THEIR DIRECT SUPERVISION AND ONLY FOR THOSE USES COVERED BY THE CERTIFIED APPLICATOR'S CERTIFICATION

(*for example, "Due to high acute toxicity.")

# PRODUCT NAME

ACTIVE INGREDIENT: _____ %
INERT INGREDIENTS: _____ %
**TOTAL:**                 **100.00 %**

THIS PRODUCT CONTAINS    LBS OF    PER GALLON

## KEEP OUT OF REACH OF CHILDREN
## DANGER—POISON

**STATEMENT OF PRACTICAL TREATMENT**
IF SWALLOWED
IF INHALED
IF ON SKIN
IF IN EYES

SEE SIDE PANEL FOR ADDITIONAL PRECAUTIONARY STATEMENTS

MFG BY
TOWN, STATE
ESTABLISHMENT NO.
EPA REGISTRATION NO.
NET CONTENTS

---

**CROP:**

**CROP:**

**CROP:**

**CROP:**

**CROP:**

**WARRANTY STATEMENT**

**LABEL FORMAT FOR PRODUCTS CLASSIFIED FOR RESTRICTED USE**



**Environmental Protection Agency** § 156.10

submitter has asserted a confidential business information claim concerning the material).

(5) A copy of each document, proposal, or other item of written material concerning the Registration Standard provided by the Agency to any person or party outside of government (within 15 working days after the item is made available to such person or party).

(6) A copy of the Registration Standard;

(7) With respect to a Registration Standard for which the Agency has determined that a substantially complete chronic health and teratology data base exists, a copy of the FEDERAL REGISTER notice concerning availability of a proposed Registration Standard, and a copy of each comment received in response to that notice (within 10 working days after receipt by the Agency, or 15 working days if the submitter has asserted a confidential business information claim concerning the material).

(8) A copy of the FEDERAL REGISTER notice announcing the issuance of the Registration Standard (within 10 working days after the publication of the notice).

(c) *Index of the docket.* The Agency will establish and keep current an index to the docket for each Registration Standard. The index will include, but is not limited to:

(1) A list of each meeting between the Agency and any person or party outside of government, containing the date and subject of the meeting, the names of participants and the name of the person requesting the meeting.

(2) A list of each document in the docket by title, source or recipient(s), and the date the document was received or provided by the Agency.

(d) *Availability of docket and indices.* (1) The Agency will make available to the public for inspection and copying the docket and index for any Registration Standard.

(2) The Agency will establish and maintain a mailing list of persons who have specifically requested that they receive indices for Registration Standard dockets. On a quarterly basis, EPA will distribute the indices of new materials placed in the public docket to

these persons. Annually, EPA will require that persons on the list renew their requests for inclusion on the list.

(3) The Agency will issue annually in the FEDERAL REGISTER (in conjunction with the annual schedule notice specified in § 155.25) a notice announcing the availability of docket indices.

(4) Each FEDERAL REGISTER notice of availability of a Registration Standard will announce the availability of the docket index for that Standard.

§ 155.34 Notice of availability.

(a) The Agency will issue in the FEDERAL REGISTER a notice announcing the issuance and availability of Registration Standard which:

(1) Concerns a previously unregistered active ingredient; or

(2) Concerns a previously registered active ingredient, and the Registration Standard states that registrants will be required (under FIFRA section 3(c)(2)(B)) to submit chronic health (including, but not limited to, chronic feeding, oncogenicity and reproduction) or teratology studies.

(b) Interested persons may submit comments concerning any Registration Standard described by paragraph (a) of this section at any time.

(c) The Agency will issue in the FEDERAL REGISTER a notice announcing the availability of, and providing opportunity for comment on, each proposed Registration Standard which concerns a previously registered active ingredient for which the Agency has determined that a substantially complete chronic health and teratology data base exists. Following the comment period and issuance of the Registration Standard, the Agency will issue in the FEDERAL REGISTER a notice of availability of the Registration Standard.

PART 156—LABELING REQUIREMENTS FOR PESTICIDES AND DEVICES

AUTHORITY: 7 U.S.C. 136–136y.

§ 156.10 Labeling requirements.

(a) *General*—(1) *Contents of the label.* Every pesticide products shall bear a label containing the information specified by the Act and the regu-



lations in this Part. The contents of a label must show clearly and prominently the following:

(i) The name, brand, or trademark under which the product is sold as prescribed in paragraph (b) of this section;

(ii) The name and address of the producer, registrant, or person for whom produced as prescribed in paragraph (c) of this section;

(iii) The net contents as prescribed in paragraph (d) of this section;

(iv) The product registration number as prescribed in paragraph (e) of this section;

(v) The producing establishment number as prescribed in paragraph (f) of this section;

(vi) An ingredient statement as prescribed in paragraph (g) of this section;

(vii) Warning or precautionary statements as prescribed in paragraph (h) of this section;

(viii) The directions for use as prescribed in paragraph (i) of this section; and

(ix) The use classification(s) as prescribed in paragraph (j) of this section.

(2) *Prominence and legibility.* (i) All words, statements, graphic representations, designs or other information required on the labeling by the Act or the regulations in this part must be clearly legible to a person with normal vision, and must be placed with such conspicuousness (as compared with other words, statements, designs, or graphic matter on the labeling) and expressed in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use.

(ii) All required label text must:

(A) Be set in 6-point or larger type;

(B) Appear on a clear contrasting background; and

(C) Not be obscured or crowded.

(3) *Language to be used.* All required label or labeling text shall appear in the English language. However, the Agency may require or the applicant may propose additional text in other languages as is considered necessary to protect the public. When additional text in another language is necessary, all labeling requirements will be applied equally to both the English and other-language versions of the labeling.

(4) *Placement of Label—*(i) *General.* The label shall appear on or be securely attached to the immediate container of the pesticide product. For purposes of this Section, and the Act, "securely attached" shall mean that a label can reasonably be expected to remain affixed during the foreseeable conditions and period of use. If the immediate container is enclosed within a wrapper or outside container through which the label cannot be clearly read, the label must also be securely attached to such outside wrapper or container, if it is a part of the package as customarily distributed or sold.

(ii) *Tank cars and other bulk containers—*(A) *Transportation.* While a pesticide product is in transit, the appropriate provisions of 49 CFR Parts 170-189, concerning the transportation of hazardous materials, and specifically those provisions concerning the labeling, marking and placarding of hazardous materials and the vehicles carrying them, define the basic Federal requirements. In addition, when any registered pesticide product is transported in a tank car, tank truck or other mobile or portable bulk container, a copy of the accepted label must be attached to the shipping papers, and left with the consignee at the time of delivery.

(B) *Storage.* When pesticide products are stored in bulk containers, whether mobile or stationary, which remain in the custody of the user, a copy of the label of labeling, including all appropriate directions for use, shall be securely attached to the container in the immediate vicinity of the discharge control valve.

(5) *False or misleading statements.* Pursuant to section 2(q)(1)(A) of the Act, a pesticide or a device declared subject to the Act pursuant to § 153.240, is misbranded if its labeling is false or misleading in any particular including both pesticidal and non-pesticidal claims. Examples of statements or representations in the labeling which constitute misbranding include:

(i) A false or misleading statement concerning the composition of the product;



(ii) A false or misleading statement concerning the effectiveness of the product as a pesticide or device;

(iii) A false or misleading statement about the value of the product for purposes other than as a pesticide or device;

(iv) A false or misleading comparison with other pesticides or devices;

(v) Any statement directly or indirectly implying that the pesticide or device is recommended or endorsed by any agency of the Federal Government;

(vi) The name of a pesticide which contains two or more principal active ingredients if the name suggests one or more but not all such principal active ingredients even though the names of the other ingredients are stated elsewhere in the labeling;

(vii) A true statement used in such a way as to give a false or misleading impression to the purchaser;

(viii) Label disclaimers which negate or detract from labeling statements required under the Act and these regulations;

(ix) Claims as to the safety of the pesticide or its ingredients, including statements such as "safe," "nonpoisonous," "noninjurious," "harmless" or "nontoxic to humans and pets" with or without such a qualifying phrase as "when used as directed"; and

(x) Non-numerical and/or comparative statements on the safety of the product, including but not limited to:

(A) "Contains all natural ingredients";

(B) "Among the least toxic chemicals known"

(C) "Pollution approved"

(6) *Final printed labeling.* (i) Except as provided in paragraph (a)(6)(ii) of this section, final printed labeling must be submitted and accepted prior to registration. However, final printed labeling need not be submitted until draft label texts have been provisionally accepted by the Agency.

(ii) Clearly legible reproductions or photo reductions will be accepted for unusual labels such as those silk-screened directly onto glass or metal containers or large bag or drum labels. Such reproductions must be of microfilm reproduction quality.

(b) *Name, brand, or trademark.* (1) The name, brand, or trademark under which the pesticide product is sold shall appear on the front panel of the label.

(2) No name, brand, or trademark may appear on the label which:

(i) Is false or misleading, or

(ii) Has not been approved by the Administrator through registration or supplemental registration as an additional name pursuant to § 152.132.

(c) Name and address of producer, registrant, or person for whom produced. An unqualified name and address given on the label shall be considered as the name and address of the producer. If the registrant's name appears on the label and the registrant is not the producer, or if the name of the person for whom the pesticide was produced appears on the label, it must be qualified by appropriate wording such as "Packed for * * *," "Distributed by * * *," or "Sold by * * *" to show that the name is not that of the producer.

(d) *Net weight or measure of contents.* (1) The net weight or measure of content shall be exclusive of wrappers or other materials and shall be the average content unless explicitly stated as a minimum quantity.

(2) If the pesticide is a liquid, the net content statement shall be in terms of liquid measure at 68° F (20°C) and shall be expressed in conventional American units of fluid ounces, pints, quarts, and gallons.

(3) If the pesticide is solid or semisolid, viscous or pressurized, or is a mixture of liquid and solid, the net content statement shall be in terms of weight expressed as avoirdupois pounds and ounces.

(4) In all cases, net content shall be stated in terms of the largest suitable units, i.e., "1 pound 10 ounces" rather than "26 ounces."

(5) In addition to the required units specified, net content may be expressed in metric units.

(6) Variation above minimum content or around an average is permissible only to the extent that it represents deviation unavoidable in good manufacturing practice. Variation below a stated minimum is not permitted. In no case shall the average con-

§ 156.10

tent of the packages in a shipment fall below the stated average content.

(e) *Product registration number.* The registration number assigned to the pesticide product at the time of registration shall appear on the label, preceded by the phrase "EPA Registration No." or the phrase "EPA Reg. No." The registration number shall be set in type of a size and style similar to other print on that part of the label on which it appears and shall run parallel to it. The registration number and the required identifying phrase shall not appear in such a manner as to suggest or imply recommendation or endorsement of the product by the Agency.

(f) *Producing establishments registration number.* The producing establishment registration number preceded by the phrase "EPA Est.", of the final establishment at which the product was produced may appear in any suitable location on the label or immediate container. It must appear on the wrapper or outside container of the package if the EPA establishment registration number on the immediate container cannot be clearly read through such wrapper or container.

(g) *Ingredient statement*—(1) *General.* The label of each pesticide product must bear a statement which contains the name and percentage by weight of each active ingredient, the total percentage by weight of all inert ingredients; and if the pesticide contains arsenic in any form, a statement of the percentages of total and water-soluble arsenic calculated as elemental arsenic. The active ingredients must be designated by the term "active ingredients" and the inert ingredients by the term "inert ingredients," or the singular forms of these terms when appropriate. Both terms shall be in the same type size, be aligned to the same margin and be equally prominent. The statement "Inert Ingredients, none" is not required for pesticides which contain 100 percent active ingredients. Unless the ingredient statement is a complete analysis of the pesticide, the term "analysis" shall not be used as a heading for the ingredient statement.

(2) *Position of ingredient statement.* (i) The ingredient statement is normally required on the front panel of

the label. If there is an outside container or wrapper through which the ingredient statement cannot be clearly read, the ingredient statement must also appear on such outside container or wrapper. If the size or form of the package makes it impracticable to place the ingredient statement on the front panel of the label, permission may be granted for the ingredient statement to appear elsewhere.

(ii) The text of the ingredient statement must run parallel with other text on the panel on which it appears, and must be clearly distinguishable from and must not be placed in the body of other text.

(3) *Names to be used in ingredient statement.* The name used for each ingredient shall be the accepted common name, if there is one, followed by the chemical name. The common name may be used alone only if it is well known. If no common name has been established, the chemical name alone shall be used. In no case will the use of a trademark or proprietary name be permitted unless such name has been accepted as a common name by the Administrator under the authority of section 25(c)(6).

(4) *Statements of percentages.* The percentages of ingredients shall be stated in terms of weight-to-weight. The sum of percentages of the active and the inert ingredients shall be 100. Percentages shall not be expressed by a range of values such as "22-25%." If the uses of the pesticide product are expressed as weight of active ingredient per unit area, a statement of the weight of active ingredient per unit volume of the pesticide formulation shall also appear in the ingredient statement.

(5) *Accuracy of stated percentages.* The percentages given shall be as precise as possible reflecting good manufacturing practice. If there may be unavoidable variation between manufacturing batches, the value stated for each active ingredient shall be the lowest percentage which may be present.

(6) *Deterioration.* Pesticides which change in chemical composition significantly must meet the following labeling requirements:



(i) In cases where it is determined that a pesticide formulation changes chemical composition significantly, the product must bear the following statement in a prominent position on the label: "Not for sale or use after [date]."

(ii) The product must meet all label claims up to the expiration time indicated on the label.

(7. *Inert ingredients.* The Administrator may require the name of any inert ingredient(s) to be listed in the ingredient statement if he determines that such ingredient(s) may pose a hazard to man or the environment.

(h) *Warnings and precautionary statements.* Required warnings and precautionary statements concerning the general areas of toxicological hazard including hazard to children, environmental hazard, and physical or chemical hazard fall into two groups: those required on the front panel of the labeling and those which may appear elsewhere. Specific requirements concerning content, placement, type size, and prominence are given below.

(1) *Required front panel statements.* With the exception of the child hazard warning statement, the text required on the front panel of the label is determined by the Toxicity Category of the pesticide. The category is assigned on the basis of the highest hazard shown by any of the indicators in the table below:

| Hazard indicators | Toxicity categories | | | |
| --- | --- | --- | --- | --- |
| | I | II | III | IV |
| Oral LD₅₀ | Up to and including 50 mg/kg. | From 50 thru 500 mg/kg. | From 500 thru 5000 mg/kg. | Greater than 5000 mg/kg. |
| Inhalation LC₅₀ | Up to and including .2 mg/liter. | From .2 thru 2 mg/liter. | From 2 thru 20 mg/liter. | Greater than 20 mg/liter. |
| Dermal LD₅₀ | Up to and including 200 mg/kg. | From 200 thru 2000. | From 2,000 thru 20,000. | Greater than 20,000. |
| Eye effects | Corrosive; corneal opacity not reversible within 7 days. | Corneal opacity reversible within 7 days; irritation persisting for 7 days. | No corneal opacity; irritation reversible within 7 days. | No irritation. |
| Skin effects | Corrosive. | Severe irritation at 72 hours. | Moderate irritation at 72 hours. | Mild or slight irritation at 72 hours. |

(i) *Human hazard signal word—(A) Toxicity Category I.* All pesticide products meeting the criteria of Toxicity Category I shall bear on the front panel the signal word "Danger." In addition if the product was assigned to Toxicity Category I on the basis of its oral, inhalation or dermal toxicity (as distinct from skin and eye local effects) the word "Poison" shall appear in red on a background of distinctly contrasting color and the skull and crossbones shall appear in immediate proximity to the word "poison."

(B) *Toxicity Category II.* All pesticide products meeting the criteria of Toxicity Category II shall bear on the front panel the signal word "Warning."

(C) *Toxicity Category III.* All pesticide products meeting the criteria of Toxicity Category III shall bear on the front panel the signal word "Caution."

(D) *Toxicity Category IV.* All pesticide products meeting the criteria of Toxicity Category IV shall bear on the front panel the signal word "Caution."

(E) *Use of signal words.* Use of any signal word(s) associated with a higher Toxicity Category is not permitted except when the Agency determines that such labeling is necessary to prevent unreasonable adverse effects on man or the environment. In no case shall more than one human hazard signal word appear on the front panel of a label.

(ii) *Child hazard warning.* Every pesticide product label shall bear on the front panel the statement "keep out of reach of children." Only in cases where the likelihood of contact with children during distribution, marketing, storage or use is demonstrated by the applicant to be extremely remote, or if the nature of the pesticide is such



that it is approved for use on infants or small children, may the Administrator waive this requirement.

(iii) *Statement of practical treatment*—(A) *Toxicity Category I.* A statement of practical treatment (first aid or other) shall appear on the front panel of the label of all pesticides falling into Toxicity Category I on the basis of oral, inhalation or dermal toxicity. The Agency may, however, permit reasonable variations in the placement of the statement of practical treatment is some reference such as "See statement of practical treatment on back panel" appears on the front panel near the word "Poison" and the skull and crossbones.

(B) *Other toxicity categories.* The statement of practical treatment is not required on the front panel except as described in paragraph (h)(1)(iii)(A) of this section. The applicant may, however, include such a front panel statement at his option. Statements of practical treatment are, however, required elsewhere on the label in accord with paragraph (h)(2) of this section if they do not appear on the front panel.

(iv) *Placement and prominence.* All the require front panel warning statements shall be grouped together on the label, and shall appear with sufficient prominence relative to other front panel text and graphic material to make them unlikely to be overlooked under customary conditions of purchase and use. The following table shows the minimum type size require-

ments for the front panel warning statements on various sizes of labels:

| Size of label front panel in square inches | Points | |
|---|---|---|
| | Required signal word, all capitals | "Keep out of reach of children" |
| 5 and under | 6 | 6 |
| Above 5 to 10 | 10 | 6 |
| Above 10 to 15 | 12 | 8 |
| Above 15 to 30 | 14 | 10 |
| Over 30 | 18 | 12 |

(2) *Other required warnings and precautionary statements.* The warnings and precautionary statements as required below shall appear together on the label under the general heading "Precautionary Statements" and under appropriate subheadings of "Hazard to Humans and Domestic Animals," "Environmental Hazard" and "Physical or Chemical Hazard."

(i) *Hazard to humans and domestic animals.* (A) Where a hazard exists to humans or domestic animals, precautionary statements are required indicating the particular hazard, the route(s) of exposure and the precautions to be taken to avoid accident, injury or damage. The precautionary paragraph shall be immediately preceded by the appropriate hazard signal word.

(B) The following table depicts typical precautionary statements. These statements must be modified or expanded to reflect specific hazards.

| Toxicity category | Precautionary statements by toxicity category | |
|---|---|---|
| | Oral, inhalation, or dermal toxicity | Skin and eye local effects |
| I | Fatal (poisonous) if swallowed [inhaled or absorbed through skin]. Do not breathe vapor [dust or spray mist]. Do not get in eyes, on skin, or on clothing [Front panel statement of practical treatment required.]. | Corrosive, causes eye and skin damage [or skin irritation]. Do not get in eyes, on skin, or on clothing. Wear goggles or face shield and rubber gloves when handling. Harmful or fatal if swallowed. [Appropriate first aid statement required.] |
| II | May be fatal if swallowed [inhaled or absorbed through the skin]. Do not breathe vapors [dust or spray mist]. Do not get in eyes, on skin, or on clothing. [Appropriate first aid statements required.]. | Causes eye [and skin] irritation. Do not get in eyes, on skin, or on clothing. Harmful if swallowed. [Appropriate first aid statement required.] |
| III | Harmful if swallowed [inhaled or absorbed through the skin]. Avoid breathing vapors [dust or spray mist]. Avoid contact with skin [eyes or clothing]. [Appropriate first aid statement required.]. | Avoid contact with skin, eyes or clothing. In case of contact immediately flush eyes or skin with plenty of water. Get medical attention if irritation persists. |
| IV | [No precautionary statements required.] | [No precautionary statements required.] |


(ii) *Environmental hazards.* Where a hazard exists to non target organisms excluding humans and domestic animals, precautionary statements are required stating the nature of the hazard and the appropriate precautions to avoid potential accident, injury or damage. Examples of the hazard statements and the circumstances under which they are required follow:

(A) If a pesticide intended for outdoor use contains an active ingredient with a mammalian acute oral LD₅₀ of 100 or less, the statement "This Pesticide is Toxic to Wildlife" is required.

(B) If a pesticide intended for outdoor use contains an active ingredient with a fish acute LC₅₀ of 1 ppm or less, the statement "This Pesticide is Toxic to Fish" is required.

(C) If a pesticide intended for outdoor use contains an active ingredient with an avian acute oral LD₅₀ of 100 mg/kg or less, or a subacute dietary LC₅₀ of 500 ppm or less, the statement "This Pesticide is Toxic to Wildlife" is required.

(D) If either accident history or field studies demonstrate that use of the pesticide may result in fatality to birds, fish or mammals, the statement "This pesticide is extremely toxic to wildlife (fish)" is required.

(E) For uses involving foliar application to agricultural crops, forests, or shade trees, or for mosquito abatement treatments, pesticides toxic to pollinating insects must bear appropriate label cautions. .

(F) For all outdoor uses other than aquatic applications the label must bear the caution "Keep out of lakes, ponds or streams. Do not contaminate water by cleaning of equipment or disposal of wastes."

(iii) *Physical or chemical hazards.* Warning statements on the flammability or explosive characteristics of the pesticide are required as follows:

| Flash point | Required text |
|---|---|
| **(A) PRESSURIZED CONTAINERS** | |
| Flash point at or below 20° F; if there is a flashback at any valve opening. | Extremely flammable. Contents under pressure. Keep away from fire, sparks, and heated surfaces. Do not puncture or incinerate container. Exposure to temperatures above 130° F may cause bursting. |
| Flash point above 20° F and not over 80° F or if the flame extension is more than 18 in long at a distance of 6 in from the flame. | Flammable. Contents under pressure. Keep away from heat, sparks, and open flame. Do not puncture or incinerate container. Exposure to temperatures above 130° F may cause bursting. |
| All other pressurized containers | Contents under pressure. Do not use or store near heat or open flame. Do not puncture or incinerate container. Exposure to temperatures above 130° F may cause bursting. |
| **(B) NONPRESSURIZED CONTAINERS** | |
| At or below 20° F | Extremely flammable. Keep away from fire, sparks, and heated surfaces. |
| Above 20° F and not over 80° F | Flammable. Keep away from heat and open flame. |
| Above 80° F and not over 150° F | Do not use or store near heat or open flame. |

(l) *Directions for Use*—(1) *General requirements*—(i) *Adequacy and clarity of directions.* Directions for use must be stated in terms which can be easily read and understood by the average person likely to use or to supervise the use of the pesticide. When followed, directions must be adequate to protect the public from fraud and from personal injury and to prevent unreasonable adverse effects on the environment.

(ii) *Placement of directions for use.* Directions may appear on any portion of the label provided that they are conspicuous enough to be easily read by the user of the pesticide product. Directions for use may appear on printed or graphic matter which accompanies the pesticide provided that:

(A) If required by the Agency, such printed or graphic matter is securely attached to each package of the pesticide, or placed within the outside wrapper or bag;





(B) The label bears a reference to the directions for use in accompanying leaflets or circulars, such as "See directions in the enclosed circular;" and

(C) The Administrator determines that it is not necessary for such directions to appear on the label.

(iii) *Exceptions to requirement for direction for use*—(A) Detailed directions for use may be omitted from labeling of pesticides which are intended for use only by manufacturers of products other than pesticide products in their regular manufacturing processes, provided that:

(1) The label clearly shows that the product is intended for use only in manufacturing processes and specifies the type(s) of products involved.

(2) Adequate information such as technical data sheets or bulletins, is available to the trade specifying the type of product involved and its proper use in manufacturing processes;

(3) The product will not come into the hands of the general public except after incorporation into finished products; and

(4) The Administrator determines that such directions are not necessary to prevent unreasonable adverse effects on man or the environment.

(B) Detailed directions for use may be omitted from the labeling of pesticide products for which sale is limited to physicians, veterinarians, or druggists, provided that:

(1) The label clearly states that the product is for use only by physicians or veterinarians;

(2) The Administrator determines that such directions are not necessary to prevent unreasonable adverse effects on man or the environment; and

(3) The product is also a drug and regulated under the provisions of the Federal Food, Drug and Cosmetic Act.

(C) Detailed directions for use may be omitted from the labeling of pesticide products which are intended for use only by formulators in preparing pesticides for sale to the public, provided that:

(1) There is information readily available to the formulators on the composition, toxicity, methods of use, applicable restrictions or limitations,

and effectiveness of the product for pesticide purposes;

(2) The label clearly states that the product is intended for use only in manufacturing, formulating, mixing, or repacking for use as a pesticide and specifies the type(s) of pesticide products involved;

(3) The product as finally manufactured, formulated, mixed, or repackaged is registered; and

(4) The Administrator determines that such directions are not necessary to prevent unreasonable adverse effects on man or the environment.

(2) *Contents of Directions for Use.* The directions for use shall include the following, under the headings "Directions for Use":

(i) The statement of use classification as prescribed in paragraph (j) of this section immediately under the heading "Directions for Use."

(ii) Immediately below the statement of use classification, the statement "It is a violation of Federal law to use this product in a manner inconsistent with its labeling."

(iii) The site(s) of application, as for example the crops, animals, areas, or objects to be treated.

(iv) The target pest(s) associated with each site.

(v) The dosage rate associated with each site and pest.

(vi) The method of application, including instructions for dilution, if required, and type(s) of application apparatus or equipment required.

(vii) The frequency and timing of applications necessary to obtain effective results without causing unreasonable adverse effects on the environment.

(viii) Specific limitations on reentry to areas where the pesticide has been applied, meeting the requirements concerning reentry provided by 40 CFR Part 170.

(ix) Specific directions concerning the storage and disposal of the pesticide and its container, meeting the requirements of 40 CFR Part 165. These instructions shall be grouped and appear under the heading "Storage and Disposal." This heading must be set in type of the same minimum sizes as required for the child hazard warning. (See Table in § 162.10(h)(1)(iv))







**Environmental Protection Agency**

§ 156.10

(x) Any limitations or restrictions on use required to prevent unreasonable adverse effects, such as:

(A) Required intervals between application and harvest of food or feed crops.

(B) Rotational crop restrictions.

(C) Warnings as required against use on certain crops, animals, objects, or in or adjacent to certain areas.

(D) [Reserved]

(E) For restricted use pesticides, a statement that the pesticide may be applied under the direct supervision of a certified applicator who is not physically present at the site of application but nonetheless available to the person applying the pesticide, unless the Agency has determined that the pesticide may only be applied under the direct supervision of a certified applicator who is physically present.

(F) Other pertinent information which the Administrator determines to be necessary for the protection of man and the environment.

(j) *Statement of Use Classification.* By October 22, 1976, all pesticide products must bear on their labels a statement of use classification as described in paragraphs (j) (1) and (2) of this section. Any pesticide product for which some uses are classified for general use and others for restricted use shall be separately labeled according to the labeling standards set forth in this subsection, and shall be marketed as separate products with different registration numbers, one bearing directions only for general use(s) and the other bearing directions for restricted use(s) except that, if a product has both restricted use(s) and general use(s), both of these uses may appear on a product labeled for restricted use. Such products shall be subject to the provisions of paragraph (j)(2) of this section.

(1) *General Use Classification.* Pesticide products bearing directions for use(s) classified general shall be labeled with the exact words "General Classification" immediately below the heading "Directions for Use." And reference to the general classification that suggests or implies that the general utility of the pesticide extends beyond those purposes and uses contained in the Directions for Use will be considered a false or misleading statement under the statutory definitions of misbranding.

(2) *Restricted Use Classification.* Pesticide products bearing direction for use(s) classified restricted shall bear statements of restricted use classification on the front panel as described below:

(i) *Front panel statement of restricted use classification.* (A) At the top of the front panel of the label, set in type of the same minimum sizes as required for human hazard signal words (see table in paragraph (h)(1)(iv) of this section), and appearing with sufficient prominence relative to other text and graphic material on the front panel to make it unlikely to be overlooked under customary conditions of purchase and use, the statement "Restricted Use Pesticide" shall appear.

(B) Directly below this statement on the front panel, a summary statement of the terms of restriction imposed as a precondition to registration shall appear. If use is restricted to certified applicators, the following statement is required: "For retail sale to and use only by Certified Applicators or persons under their direct supervision and only for those uses covered by the Certified Applicator's certification." If, however, other regulatory restrictions are imposed, the Administrator will define the appropriate wording for the terms of restriction by regulation.

[40 FR 28268, July 3, 1975; 40 FR 32329, Aug. 1, 1975; 40 FR 36571, Aug. 21, 1975, as amended at 43 FR 5786, Feb. 9, 1978. Redesignated and amended at 53 FR 15991, 15999, May 4, 1988]



# Appendix F

## Generic and Product-Specific Data Call-In



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

OFFICE OF
PREVENTION, PESTICIDES
AND TOXIC SUBSTANCES

<u>GENERIC AND PRODUCT SPECIFIC
DATA CALL-IN NOTICE</u>

FEB 1 6 1994

<u>CERTIFIED MAIL</u>

Dear Sir or Madam:

This Notice requires you and other registrants of pesticide products containing the active ingredient identified in Attachment A of this Notice, the <u>Data Call-In Chemical Status Sheet</u>, to submit certain data as noted herein to the U.S. Environmental Protection Agency (EPA, the Agency). These data are necessary to maintain the continued registration of your product(s) containing this active ingredient. Within 90 days after you receive this Notice you must respond as set forth in Section III below. Your response must state:

1.  How you will comply with the requirements set forth in this Notice and its Attachments 1 through 7; or

2.  Why you believe you are exempt from the requirements listed in this Notice and in Attachment 3 (for both generic and product specific data), the <u>Requirements Status and Registrant's Response Form</u>, (see section III-B); or

3.  Why you believe EPA should not require your submission of data in the manner specified by this Notice (see section III-D).

If you do not respond to this Notice, or if you do not satisfy EPA that you will comply with its requirements or should be exempt or excused from doing so, then the registration of your product(s) subject to this Notice will be subject to suspension. We have provided a list of all of your products subject to this Notice in Attachment 2.  All products are listed on both the generic and product specific <u>Data Call-In Response Forms.</u>  Also included is a list of all registrants who were sent this Notice (Attachment 6).

The authority for this Notice is section 3(c)(2)(B) of the Federal Insecticide, Fungicide and Rodenticide Act as amended (FIFRA), 7 U.S.C. section 136a(c)(2)(B). Collection of this





information is authorized under the Paperwork Reduction Act by
OMB Approval No. 2070-0107 and 2070-0057 (expiration date
3-31-96).

This Notice is divided into six sections and seven
Attachments. The Notice itself contains information and
instructions applicable to all Data Call-In Notices. The
Attachments contain specific chemical information and
instructions. The six sections of the Notice are:

| Section I | – | Why You are Receiving this Notice |
|---|---|---|
| Section II | – | Data Required by this Notice |
| Section III | – | Compliance with Requirements of this Notice |
| Section IV | – | Consequences of Failure to Comply with this Notice |
| Section V | – | Registrants' Obligation to Report Possible Unreasonable Adverse Effects |
| Section VI | – | Inquiries and Responses to this Notice |

The Attachments to this Notice are:

1 – Data Call-In Chemical Status Sheet
2 – Generic Data Call-In and Product Specific Data
    Call-In Response Forms with Instructions
3 – Generic Data Call-In and Product Specific Data
    Call-In Requirements Status and Registrant's
    Response Forms with Instructions
4 – EPA Grouping of End-Use Products for Meeting Acute
    Toxicology Data Requirements for Reregistration
5 – EPA Acceptance Criteria
6 – List of Registrants Receiving This Notice
7 – Cost Share and Data Compensation Forms


## SECTION I.  WHY YOU ARE RECEIVING THIS NOTICE

The Agency has reviewed existing data for this active
ingredient(s) and reevaluated the data needed to support
continued registration of the subject active ingredient(s). This
reevaluation identified additional data necessary to assess the
health and safety of the continued use of products containing
this active ingredient(s). You have been sent this Notice because
you have product(s) containing the subject active ingredients.


## SECTION II. DATA REQUIRED BY THIS NOTICE

### II-A. DATA REQUIRED

The data required by this Notice are specified in the
Requirements Status and Registrant's Response Forms: Attachment 3



(for both generic and product specific data requirements).
Depending on the results of the studies required in this Notice,
additional studies/testing may be required.

II-B. SCHEDULE FOR SUBMISSION OF DATA

You are required to submit the data or otherwise satisfy the
data requirements specified in the Requirements Status and
Registrant's Response Forms (Attachment 3) within the timeframes
provided.

II-C. TESTING PROTOCOL

All studies required under this Notice must be conducted in
accordance with test standards outlined in the Pesticide
Assessment Guidelines for those studies for which guidelines have
been established.

These EPA Guidelines are available from the National
Technical Information Service (NTIS), Attn: Order Desk, 5285 Port
Royal Road, Springfield, Va 22161 (Telephone number:
703-487-4650).

Protocols approved by the Organization for Economic
Cooperation and Development (OECD) are also acceptable if the
OECD recommended test standards conform to those specified in the
Pesticide Data Requirements regulation (40 CFR § 158.70). When
using the OECD protocols, they should be modified as appropriate
so that the data generated by the study will satisfy the
requirements of 40 CFR § 158. Normally, the Agency will not
extend deadlines for complying with data requirements when the
studies were not conducted in accordance with acceptable
standards. The OECD protocols are available from OECD, 2001 L
Street, N.W., Washington, D.C. 20036 (Telephone number 202-785-
6323; Fax telephone number 202-785-0350).

All new studies and proposed protocols submitted in response
to this Data Call-In Notice must be in accordance with Good
Laboratory Practices [40 CFR Part 160].

II-D.     REGISTRANTS RECEIVING PREVIOUS SECTION 3(c)(2)(B)
          NOTICES ISSUED BY THE AGENCY

Unless otherwise noted herein, this Data Call-In does not in
any way supersede or change the requirements of any previous Data
Call-In(s), or any other agreements entered into with the Agency
pertaining to such prior Notice. Registrants must comply with the
requirements of all Notices to avoid issuance of a Notice of
Intent to Suspend their affected products.

3





## SECTION III. COMPLIANCE WITH REQUIREMENTS OF THIS NOTICE

You must use the correct forms and instructions when completing your response to this Notice.  The type of Data Call-In you must comply with (Generic or Product Specific) is specified in item number 3 on the four Data Call-In forms (Attachments 2 and 3).

### III-A. SCHEDULE FOR RESPONDING TO THE AGENCY

The appropriate responses initially required by this Notice for generic and product specific data must be submitted to the Agency within 90 days after your receipt of this Notice. Failure to adequately respond to this Notice within 90 days of your receipt will be a basis for issuing a Notice of Intent to Suspend (NOIS) affecting your products. This and other bases for issuance of NOIS due to failure to comply with this Notice are presented in Section IV-A and IV-B.

### III-B. OPTIONS FOR RESPONDING TO THE AGENCY

#### 1. Generic Data Requirements

The options for responding to this Notice for generic data requirements are: (a) voluntary cancellation, (b) delete use(s), (c) claim generic data exemption, (d) agree to satisfy the generic data requirements imposed by this Notice or (e) request a data waiver(s).

A discussion of how to respond if you choose the Voluntary Cancellation option, the Delete Use(s) option or the Generic Data Exemption option is presented below. A discussion of the various options available for satisfying the generic data requirements of this Notice is contained in Section III-C. A discussion of options relating to requests for data waivers is contained in Section III-D.

Two forms apply to generic data requirements, one or both of which must be used in responding to the Agency, depending upon your response.  These two forms are the Data-Call-In Response Form, and the Requirements Status and Registrant's Response Form, (contained in Attachments 2 and 3, respectively).

The Data Call-In Response Forms must be submitted as part of every response to this Notice. The Requirements Status and Registrant's Response Forms also must be submitted if you do not qualify for a Generic Data Exemption or are not requesting voluntary cancellation of your registration(s). Please note that the company's authorized representative is required to sign the first page of both Data Call-In Response Forms and the Requirements Status and Registrant's Response Forms (if this form

4





is required) and initial any subsequent pages. The forms contain separate detailed instructions on the response options. Do not alter the printed material. If you have questions or need assistance in preparing your response, call or write the contact person(s) identified in Attachment 1.

### a.   Voluntary Cancellation -

You may avoid the requirements of this Notice by requesting voluntary cancellation of your product(s) containing the active ingredient that is the subject of this Notice. If you wish to voluntarily cancel your product, you must submit completed Generic and Product Specific Data Call-In Response Forms (Attachment 2), indicating your election of this option. Voluntary cancellation is item number 5 on both Data Call-In Response Form(s). If you choose this option, these are the only forms that you are required to complete.

If you chose to voluntarily cancel your product, further sale and distribution of your product after the effective date of cancellation must be in accordance with the Existing Stocks provisions of this Notice, which are contained in Section IV-C.

### b.   Use Deletion -

You may avoid the requirements of this Notice by eliminating the uses of your product to which the requirements apply. If you wish to amend your registration to delete uses, you must submit the Requirements Status and Registrant's Response Form (Attachment 3), a completed application for amendment, a copy of your proposed amended labeling, and all other information required for processing the application. Use deletion is option number 7 under item 9 in the instructions for the Requirements Status and Registrant's Response Forms. You must also complete a Data Call-In Response Form by signing the certification, item number 8.  Application forms for amending registrations may be obtained from the Registration Support Branch, Registration Division, Office of Pesticide Programs, EPA, by calling (703) 308-8358.

If you choose to delete the use(s) subject to this Notice or uses subject to specific data requirements, further sale, distribution, or use of your product after one year from the due date of your 90 day response, is allowed only if the product bears an amended label.

### c.   Generic Data Exemption -

Under section 3(c)(2)(D) of FIFRA, an applicant for registration of a product is exempt from the requirement to submit or cite generic data concerning an active ingredient if the active ingredient in the product is derived exclusively from



purchased, registered pesticide products containing the active ingredient. EPA has concluded, as an exercise of its discretion, that it normally will not suspend the registration of a product which would qualify and continue to qualify for the generic data exemption in section 3(c)(2)(D) of FIFRA. To qualify, <u>all</u> of the following requirements must be met:

(i). The active ingredient in your registered product must be present <u>solely</u> because of incorporation of another registered product which contains the subject active ingredient and is purchased from a source not connected with you;

(ii). Every registrant who is the ultimate source of the active ingredient in your product subject to this DCI must be in compliance with the requirements of this Notice and must remain in compliance; and

(iii). You must have provided to EPA an accurate and current "Confidential Statement of Formula" for each of your products to which this Notice applies.

To apply for the Generic Data Exemption you must submit a completed <u>Data Call-In Response Form</u>, Attachment 2 and all supporting documentation. The Generic Data Exemption is item number 6a on the <u>Data Call-In Response Form</u>. If you claim a generic data exemption you are not required to complete the <u>Requirements Status and Registrant's Response Form</u>. Generic Data Exemption cannot be selected as an option for responding to product specific data requirements.

If you are granted a Generic Data Exemption, you rely on the efforts of other persons to provide the Agency with the required data. If the registrant(s) who have committed to generate and submit the required data fail to take appropriate steps to meet requirements or are no longer in compliance with this Data Call-In Notice, the Agency will consider that both they and you are not compliance and will normally initiate proceedings to suspend the registrations of both your and their product(s), unless you commit to submit and do submit the required data within the specified time. In such cases the Agency generally will not grant a time extension for submitting the data.

d.   <u>Satisfying the Generic Data Requirements of this Notice</u>

There are various options available to satisfy the generic data requirements of this Notice. These options are discussed in Section III-C.1. of this Notice and comprise options 1 through 6 of item 9 in the instructions for the <u>Requirements Status and Registrant's Response Form</u> and item 6b on the <u>Data Call-In Response Form</u>. If you choose item 6b (agree to satisfy the



generic data requirements), you must submit the Data Call-In Response Form and the Requirements Status and Registrant's Response Form as well as any other information/data pertaining to the option chosen to address the data requirement.   Your response must be on the forms marked "GENERIC" in item number 3.

e.   Request for Generic Data Waivers.

Waivers for generic data are discussed in Section III-D.1. of this Notice and are covered by options 8 and 9 of item 9 in the instructions for the Requirements Status and Registrant's Response Form. If you choose one of these options, you must submit both forms as well as any other information/data pertaining to the option chosen to address the data requirement.

2. Product Specific Data Requirements

The options for responding to this Notice for product specific data are: (a) voluntary cancellation, (b) agree to satisfy the product specific data requirements imposed by this Notice or (c) request a data waiver(s).

A discussion of how to respond if you choose the Voluntary Cancellation option is presented below.  A discussion of the various options available for satisfying the product specific data requirements of this Notice is contained in Section III-C.2. A discussion of options relating to requests for data waivers is contained in Section III-D.2.

Two forms apply to the product specific data requirements one or both of which must be used in responding to the Agency, depending upon your response.  These forms are the Data-Call-In Response Form, and the Requirements Status and Registrant's Response Form, for product specific data (contained in Attachments 2 and 3, respectively).  The Data Call-In Response Form must be submitted as part of every response to this Notice. In addition, one copy of the Requirements Status and Registrant's Response Form also must be submitted for each product listed on the Data Call-In Response Form unless the voluntary cancellation option is selected.  Please note that the company's authorized representative is required to sign the first page of the Data Call-In Response Form and Requirements Status and Registrant's Response Form (if this form is required) and initial any subsequent pages. The forms contain separate detailed instructions on the response options.  Do not alter the printed material. If you have questions or need assistance in preparing your response, call or write the contact person(s) identified in Attachment 1.

a.   Voluntary Cancellation

You may avoid the requirements of this Notice by requesting voluntary cancellation of your product(s) containing the active ingredient that is the subject of this Notice. If you wish to voluntarily cancel your product, you must submit a completed <u>Data Call-In Response Form</u>, indicating your election of this option. Voluntary cancellation is item number 5 on both the <u>Generic and Product Specific Data Call-In Response Forms</u>. If you choose this option, you must complete both Data Call-In response forms. These are the only forms that you are required to complete.

If you choose to voluntarily cancel your product, further sale and distribution of your product after the effective date of cancellation must be in accordance with the Existing Stocks provisions of this Notice which are contained in Section IV-C.

**b.    Satisfying the Product Specific Data Requirements of this Notice.**

There are various options available to satisfy the product specific data requirements of this Notice. These options are discussed in Section III-C.2. of this Notice and comprise options 1 through 6 of item 9 in the instructions for the product specific <u>Requirements Status and Registrant's Response Form</u> and item numbers 7a and 7b (agree to satisfy the product specific data requirements for an MUP or EUP as applicable) on the product specific <u>Data Call-In Response Form</u>. Note that the options available for addressing product specific data requirements differ slightly from those options for fulfilling generic data requirements. Deletion of a use(s) and the low volume/minor use option are not valid options for fulfilling product specific data requirements. It is important to ensure that you are using the correct forms and instructions when completing your response to the Reregistration Eligibility Decision document.

**c.    Request for Product Specific Data Waivers.**

Waivers for product specific data are discussed in Section III-D.2. of this Notice and are covered by option 7 of item 9 in the instructions for the <u>Requirements Status and Registrant's Response Form</u>. If you choose this option, you must submit the <u>Data Call-In Response Form</u> and the <u>Requirements Status and Registrant's Response Form</u> as well as any other information/data pertaining to the option chosen to address the data requirement. Your response must be on the forms marked "PRODUCT SPECIFIC" in item number 3.

**III-C <u>SATISFYING THE DATA REQUIREMENTS OF THIS NOTICE</u>**

8



1.    Generic Data

If you acknowledge on the Generic Data Call-In Response Form
that you agree to satisfy the generic data requirements (i.e. you
select item number 6b), then you must select one of the six
options on the Generic Requirements Status and Registrant's
Response Form related to data production for each data
requirement. Your option selection should be entered under item
number 9, "Registrant Response." The six options related to data
production are the first six options discussed under item 9 in
the instructions for completing the Requirements Status and
Registrant's Response Form. These six options are listed
immediately below with information in parentheses to guide you to
additional instructions provided in this Section. The options
are:

(1)    I will generate and submit data within the specified
       timeframe (Developing Data)
(2)    I have entered into an agreement with one or more
       registrants to develop data jointly (Cost Sharing)

(3)    I have made offers to cost-share (Offers to Cost Share)
(4)    I am submitting an existing study that has not been
       submitted previously to the Agency by anyone
       (Submitting an Existing Study)
(5)    I am submitting or citing data to upgrade a study
       classified by EPA as partially acceptable and
       upgradeable (Upgrading a Study)
(6)    I am citing an existing study that EPA has classified
       as acceptable or an existing study that has been
       submitted but not reviewed by the Agency (Citing an
       Existing Study)

Option 1. Developing Data

If you choose to develop the required data it must be in
conformance with Agency deadlines and with other Agency
requirements as referenced herein and in the attachments. All
data generated and submitted must comply with the Good Laboratory
Practice (GLP) rule (40 CFR Part 160), be conducted according to
the Pesticide Assessment Guidelines (PAG) and be in conformance
with the requirements of PR Notice 86-5. In addition, certain
studies require Agency approval of test protocols in advance of
study initiation. Those studies for which a protocol must be
submitted have been identified in the Requirements Status and
Registrant's Response Form and/or footnotes to the form. If you
wish to use a protocol which differs from the options discussed
in Section II-C of this Notice, you must submit a detailed
description of the proposed protocol and your reason for wishing
to use it. The Agency may choose to reject a protocol not
specified in Section II-C. If the Agency rejects your protocol
you will be notified in writing, however, you should be aware



that rejection of a proposed protocol will not be a basis for extending the deadline for submission of data.

A progress report must be submitted for each study within 90 days from the date you are required to commit to generate or undertake some other means to address that study requirement, such as making an offer to cost share or agreeing to share in the cost of developing that study. This 90-day progress report must include the date the study was or will be initiated and, for studies to be started within 12 months of commitment, the name and address of the laboratory(ies) or individuals who are or will be conducting the study.

In addition, if the time frame for submission of a final report is more than 1 year, interim reports must be submitted at 12 month intervals from the date you are required to commit to generate or otherwise address the requirement for the study. In addition to the other information specified in the preceding paragraph, at a minimum, a brief description of current activity on and the status of the study must be included as well as a full description of any problems encountered since the last progress report.

The time frames in the <u>Requirements Status and Registrant's Response Form</u> are the time frames that the Agency is allowing for the submission of completed study reports or protocols. The noted deadlines run from the date of the receipt of this Notice by the registrant. If the data are not submitted by the deadline, each registrant is subject to receipt of a Notice of Intent to Suspend the affected registration(s).

If you cannot submit the data/reports to the Agency in the time required by this Notice and intend to seek additional time to meet the requirements(s), you must submit a request to the Agency which includes: (1) a detailed description of the expected difficulty and (2) a proposed schedule including alternative dates for meeting such requirements on a step-by-step basis. You must explain any technical or laboratory difficulties and provide documentation from the laboratory performing the testing. While EPA is considering your request, the original deadline remains. The Agency will respond to your request in writing. If EPA does not grant your request, the original deadline remains. Normally, extensions can be requested only in cases of extraordinary testing problems beyond the expectation or control of the registrant. Extensions will not be given in submitting the 90-day responses. Extensions will not be considered if the request for extension is not made in a timely fashion; in no event shall an extension request be considered if it is submitted at or after the lapse of the subject deadline.

<u>Option 2. Agreement to Share in Cost to Develop Data</u>





If you choose to enter into an agreement to share in the cost of producing the required data but will not be submitting the data yourself, you must provide the name of the registrant who will be submitting the data. You must also provide EPA with documentary evidence that an agreement has been formed. Such evidence may be your letter offering to join in an agreement and the other registrant's acceptance of your offer, or a written statement by the parties that an agreement exists. The agreement to produce the data need not specify all of the terms of the final arrangement between the parties or the mechanism to resolve the terms. Section 3(c)(2)(B) provides that if the parties cannot resolve the terms of the agreement they may resolve their differences through binding arbitration.

<u>Option 3. Offer to Share in the Cost of Data Development</u>

If you have made an offer to pay in an attempt to enter into an agreement or amend an existing agreement to meet the requirements of this Notice and have been unsuccessful, you may request EPA (by selecting this option) to exercise its discretion not to suspend your registration(s), although you do not comply with the data submission requirements of this Notice. EPA has determined that as a general policy, absent other relevant considerations, it will not suspend the registration of a product

of a registrant who has in good faith sought and continues to seek to enter into a joint data development/cost sharing program, but the other registrant(s) developing the data has refused to accept the offer. To qualify for this option, you must submit documentation to the Agency proving that you have made an offer to another registrant (who has an obligation to submit data) to share in the burden of developing that data. You must also submit to the Agency a completed EPA Form 8570-32, Certification of Offer to Cost Share in the Development of Data, Attachment 7.  In addition, you must demonstrate that the other registrant to whom the offer was made has not accepted your offer to enter into a cost-sharing agreement by including a copy of your offer and proof of the other registrant's receipt of that offer (such as a certified mail receipt). Your offer must, in addition to anything else, offer to share in the burden of producing the data upon terms to be agreed to or, failing agreement, to be bound by binding arbitration as provided by FIFRA section 3(c)(2)(B)(iii) and must not qualify this offer. The other registrant must also inform EPA of its election of an option to develop and submit the data required by this Notice by submitting a <u>Data Call-In Response Form</u> and a <u>Requirements Status and Registrant's Response Form</u> committing to develop and submit the data required by this Notice.

In order for you to avoid suspension under this option, you may not withdraw your offer to share in the burden of developing the data. In addition, the other registrant must fulfill its

11



commitment to develop and submit the data as required by this Notice. If the other registrant fails to develop the data or for some other reason is subject to suspension, your registration as well as that of the other registrant normally will be subject to initiation of suspension proceedings, unless you commit to submit, and do submit, the required data in the specified time frame. In such cases, the Agency generally will not grant a time extension for submitting the data.

## Option 4. Submitting an Existing Study

If you choose to submit an existing study in response to this Notice, you must determine that the study satisfies the requirements imposed by this Notice. You may only submit a study that has not been previously submitted to the Agency or previously cited by anyone. Existing studies are studies which predate issuance of this Notice. Do not use this option if you are submitting data to upgrade a study. (See Option 5).

You should be aware that if the Agency determines that the study is not acceptable, the Agency will require you to comply with this Notice, normally without an extension of the required date of submission. The Agency may determine at any time that a study is not valid and needs to be repeated.

To meet the requirements of the DCI Notice for submitting an existing study, <u>all of the following three criteria must be clearly Met</u>:

a.    You must certify at the time that the existing study is submitted that the raw data and specimens from the study are available for audit and review and you must identify where they are available. This must be done in accordance with the requirements of the Good Laboratory Practice (GLP) regulation, 40 CFR Part 160. As stated in 40 CFR 160.3 "'[r]aw data' means any laboratory worksheets, records, memoranda, notes, or exact copies thereof, that are the result of original observations and activities of a study and are necessary for the reconstruction and evaluation of the report of that study. In the event that exact transcripts of raw data have been prepared (e.g., tapes which have been transcribed verbatim, dated, and verified accurate by signature), the exact copy or exact transcript may be substituted for the original source as raw data. 'Raw data' may include photographs, microfilm or microfiche copies, computer printouts, magnetic media, including dictated observations, and recorded data from automated instruments." The term "specimens", according to 40 CFR

12



160.3, means "any material derived from a test system for examination or analysis."

b.   Health and safety studies completed after May 1984 also must also contain all GLP-required quality assurance and quality control information, pursuant to the requirements of 40 CFR Part 160. Registrants also must certify at the time of submitting the existing study that such GLP information is available for post May 1984 studies by including an appropriate statement on or attached to the study signed by an authorized official or representative of the registrant.

c.   You must certify that each study fulfills the acceptance criteria for the Guideline relevant to the study provided in the FIFRA Accelerated Reregistration Phase 3 Technical Guidance and that the study has been conducted according to the Pesticide Assessment Guidelines (PAG) or meets the purpose of the PAG (both available from NTIS). A study not conducted according to the PAG may be submitted to the Agency for consideration if the registrant believes that the study clearly meets the purpose of the PAG. The registrant is referred to 40 CFR 158.70 which states the Agency's policy regarding acceptable protocols. If you wish to submit the study, you must, in addition to certifying that the purposes of the PAG are met by the study, clearly articulate the rationale why you believe the study meets the purpose of the PAG, including copies of any supporting information or data. It has been the Agency's experience that studies completed prior to January 1970 rarely satisfied the purpose of the PAG and that necessary raw data usually are not available for such studies.

If you submit an existing study, you must certify that the study meets all requirements of the criteria outlined above.

If EPA has previously reviewed a protocol for a study you are submitting, you must identify any action taken by the Agency on the protocol and must indicate, as part of your certification, the manner in which all Agency comments, concerns, or issues were addressed in the final protocol and study.

If you know of a study pertaining to any requirement in this Notice which does not meet the criteria outlined above but does contain factual information regarding unreasonable adverse effects, you must notify the Agency of such a study. If such study is in the Agency's files, you need only cite it along with the notification. If not in the Agency's files, you must submit a summary and copies as required by PR Notice 86-5.

13

## Option 5. Upgrading a Study

If a study has been classified as partially acceptable and· upgradeable, you may submit data to upgrade that study. The Agency will review the data submitted and determine if the requirement is satisfied. If the Agency decides the requirement is not satisfied, you may still be required to submit new data normally without any time extension. Deficient, but upgradeable studies will normally be classified as supplemental. However, it is important to note that not all studies classified as supplemental are upgradeable. If you have questions regarding the classification of a study or whether a study may be upgraded, call or write the contact person listed in Attachment 1. If you submit data to upgrade an existing study you must satisfy or supply information to correct <u>all</u> deficiencies in the study identified by EPA. You must provide a clearly articulated rationale of how the deficiencies have been remedied or corrected and why the study should be rated as acceptable to EPA. Your submission must also specify the MRID number(s) of the study which you are attempting to upgrade and must be in conformance with PR Notice 86-5.

Do not submit additional data for the purpose of upgrading a study classified as unacceptable and determined by the Agency as not capable of being upgraded.

This option also should be used to cite data that has been previously submitted to upgrade a study, but has not yet been reviewed by the Agency. You must provide the MRID number of the data submission as well as the MRID number of the study being upgraded.

The criteria for submitting an existing study, as specified in Option 4 above, apply to all data submissions intended to upgrade studies. Additionally, your submission of data intended to upgrade studies must be accompanied by a certification that you comply with each of those criteria, as well as a certification regarding protocol compliance with Agency requirements.

## Option 6. Citing Existing Studies

If you choose to cite a study that has been previously submitted to EPA, that study must have been previously classified by EPA as acceptable, or it must be a study which has not yet been reviewed by the Agency. Acceptable toxicology studies generally will have been classified as "core-guideline" or "core-minimum." For ecological effects studies, the classification generally would be a rating of "core." For all other disciplines the classification would be "acceptable." With respect to any studies for which you wish to select this option, you must

14



provide the MRID number of the study you are citing and, if the study has been reviewed by the Agency, you must provide the Agency's classification of the study.

If you are citing a study of which you are not the original data submitter, you must submit a completed copy of EPA Form 8570-31, <u>Certification with Respect to Data Compensation Requirements</u>.

### 2. <u>Product Specific Data</u>

If you acknowledge on the product specific <u>Data Call-In Response Form</u> that you agree to satisfy the product specific data requirements (i.e. you select option 7a or 7b), then you must select one of the six options on the <u>Requirements Status and Registrant's Response Form</u> related to data production for each data requirement. Your option selection should be entered under item number 9, "Registrant Response." The six options related to data production are the first six options discussed under item 9 in the instructions for completing the <u>Requirements Status and Registrant's Response Form</u>. These six options are listed immediately below with information in parentheses to guide registrants to additional instructions provided in this Section. The options are:

(1)  I will generate and submit data within the specified time-frame (Developing Data)
(2)  I have entered into an agreement with one or more registrants to develop data jointly (Cost Sharing)
(3)  I have made offers to cost-share (Offers to Cost Share)
(4)  I am submitting an existing study that has not been submitted previously to the Agency by anyone (Submitting an Existing Study)

(5)  I am submitting or citing data to upgrade a study classified by EPA as partially acceptable and upgradeable (Upgrading a Study)

(6)  I am citing an existing study that EPA has classified as acceptable or an existing study that has been submitted but not reviewed by the Agency (Citing an Existing Study)

<u>Option 1. Developing Data</u> -- The requirements for developing product specific data are the same as those described for generic data (see Section III.C.1, Option 1) except that normally no protocols or progress reports are required.

<u>Option 2. Agree to Share in Cost to Develop Data</u> -- If you enter into an agreement to cost share, the same requirements apply to product specific data as to generic data (see Section III.C.1, Option 2). However, registrants may <u>only</u> choose this option for

15



acute toxicity data and certain efficacy data <u>and</u> only if EPA has indicated in the attached data tables that your product and at least one other product are similar for purposes of depending on the same data. If this is the case, data may be generated for just one of the products in the group. The <u>registration number</u> of the product for which data <u>will</u> be submitted <u>must</u> be noted in the agreement to cost share by the registrant selecting this option.

<u>Option 3. Offer to Share in the Cost of Data Development</u> --The same requirements for generic data (Section III.C.I., Option 3) apply to this option. This option only applies to acute toxicity and certain efficacy data as described in option 2 above.

<u>Option 4. Submitting an Existing Study</u> -- The same requirements described for generic data (see Section III.C.1., Option 4) apply to this option for product specific data.

<u>Option 5. Upgrading a Study</u> -- The same requirements described for generic data (see Section III.C.1., Option 5) apply to this option for product specific data.

<u>Option 6. Citing Existing Studies</u> -- The same requirements described for generic data (see Section III.C.1., Option 6) apply to this option for product specific data.

Registrants who select one of the above 6 options must meet all of the requirements described in the instructions for completing the <u>Data Call-In Response</u> Form and the <u>Requirements Status and Registrant's Response</u> Form, and in the generic data requirements section (III.C.1.), as appropriate.

III-D <u>REQUESTS FOR DATA WAIVERS</u>

    1.   <u>Generic Data</u>

There are two types of data waiver responses to this Notice. The first is a request for a low volume/minor use waiver and the second is a waiver request based on your belief that the data requirement(s) are not appropriate for your product.

    a.   <u>Low Volume/Minor Use Waiver</u>

Option 8 under item 9 on the <u>Requirements Status and Registrant's Response Form</u>. Section 3(c)(2)(A) of FIFRA requires EPA to consider the appropriateness of requiring data for low volume, minor use pesticides. In implementing



this provision, EPA considers low volume pesticides to be only those active ingredients whose total production volume for all pesticide registrants is small. In determining whether to grant a low volume, minor use waiver, the Agency will consider the extent, pattern and volume of use, the economic incentive to conduct the testing, the importance of the pesticide, and the exposure and risk from use of the pesticide. If an active ingredient is used for both high volume and low volume uses, a low volume exemption will not be approved. If all uses of an active ingredient are low volume and the combined volumes for all uses are also low, then an exemption may be granted, depending on review of other information outlined below. An exemption will not be granted if any registrant of the active ingredient elects to conduct the testing. Any registrant receiving a low volume minor use waiver must remain within the sales figures in their forecast supporting the waiver request in order to remain qualified for such waiver. If granted a waiver, a registrant will be required, as a condition of the waiver, to submit annual sales reports. The Agency will respond to requests for waivers in writing.

To apply for a low volume, minor use waiver, you must submit the following information, as applicable to your product(s), as part of your 90-day response to this Notice:

(i). Total company sales (pounds and dollars) of all registered product(s) containing the active ingredient. If applicable to the active ingredient, include foreign sales for those products that are not registered in this country but are applied to sugar (cane or beet), coffee, bananas, cocoa, and other such crops. Present the above information by year for each of the past five years.

(ii) Provide an estimate of the sales (pounds and dollars) of the active ingredient for each major use site. Present the above information by year for each of the past five years.

(iii) Total direct production cost of product(s) containing the active ingredient by year for the past five years. Include information on raw material cost, direct labor cost, advertising, sales and marketing, and any other significant costs listed separately.

(iv) Total indirect production cost (e.g. plant overhead, amortized plant and equipment) charged to product(s) containing the active ingredient by year for the past five years. Exclude all non-recurring costs that were directly related to the active ingredient, such as costs of initial registration and any data development.

17



(v)  A list of each data requirement for which you seek a waiver. Indicate the type of waiver sought and the estimated cost to you (listed separately for each data requirement and associated test) of conducting the testing needed to fulfill each of these data requirements.

(vi)  A list of each data requirement for which you are not seeking any waiver and the estimated cost to you (listed separately for each data requirement and associated test) of conducting the testing needed to fulfill each of these data requirements.

(vii)  For each of the next ten years, a year-by-year forecast of company sales (pounds and dollars) of the active ingredient, direct production costs of product(s) containing the active ingredient (following the parameters in item 2 above), indirect production costs of product(s) containing the active ingredient (following the parameters in item 3 above), and costs of data development pertaining to the active ingredient.

(viii)  A description of the importance and unique benefits of the active ingredient to users. Discuss the use patterns and the effectiveness of the active ingredient relative to registered alternative chemicals and non-chemical control strategies. Focus on benefits unique to the active ingredient, providing information that is as quantitative as possible. If you do not have quantitative data upon which to base your estimates, then present the reasoning used to derive your estimates. To assist the Agency in determining the degree of importance of the active ingredient in terms of its benefits, you should provide information on any of the following factors, as applicable to your product(s): (a) documentation of the usefulness of the active ingredient in Integrated Pest Management, (b) description of the beneficial impacts on the environment of use of the active ingredient, as opposed to its registered alternatives, (c) information on the breakdown of the active ingredient after use and on its persistence in the environment, and (d) description of its usefulness against a pest(s) of public health significance.

Failure to submit sufficient information for the Agency to make a determination regarding a request for a low volume/minor use waiver will result in denial of the request for a waiver.

b.    Request for Waiver of Data

Option 9, under Item 9, on the Requirements Status and Registrant's Response Form. This option may be used if you believe that a particular data requirement should not apply because the requirement is inappropriate. You must submit a

18



rationale explaining why you believe the data requirements should not apply. You also must submit the current label(s) of your product(s) and, if a current copy of your Confidential Statement of Formula is not already on file you must submit a current copy.

You will be informed of the Agency's decision in writing. If the Agency determines that the data requirements of this Notice are not appropriate to your product(s), you will not be required to supply the data pursuant to section 3(c)(2)(B). <u>If EPA determines that the data are required for your product(s), you must choose a method of meeting the requirements of this Notice within the time frame provided by this Notice.</u> Within 30 days of your receipt of the Agency's written decision, you must submit a revised <u>Requirements Status and Registrant's Response Form</u> indicating the option chosen.

## 2. <u>Product Specific Data</u>

If you request a waiver for product specific data because you believe it is inappropriate, you must attach a complete justification for the request including technical reasons, data and references to relevant EPA regulations, guidelines or policies. (Note: any supplemental data must be submitted in the format required by PR Notice 86-5). This will be the <u>only</u> opportunity to state the reasons or provide information in support of your request. If the Agency approves your waiver request, you will not be required to supply the data pursuant to section 3(c)(2)(B) of FIFRA. If the Agency denies your waiver request, you must choose an option for meeting the data requirements of this Notice within 30 days of the receipt of the Agency's decision.  You must indicate and submit the option chosen on the product specific <u>Requirements Status and Registrant's Response Form</u>. Product specific data requirements for product chemistry, acute toxicity and efficacy (where appropriate) are required for all products and the Agency would grant a waiver only under extraordinary circumstances. You should also be aware that submitting a waiver request will <u>not</u> automatically extend the due date for the study in question. Waiver requests submitted without adequate supporting rationale will be denied and the original due date will remain in force.

## SECTION IV.   <u>CONSEQUENCES OF FAILURE TO COMPLY WITH THIS NOTICE</u>

### IV-A <u>NOTICE OF INTENT TO SUSPEND</u>

The Agency may issue a Notice of Intent to Suspend products subject to this Notice due to failure by a registrant to comply with the requirements of this Data Call-In Notice, pursuant to



FIFRA section 3(c)(2)(B). Events which may be the basis for issuance of a Notice of Intent to Suspend include, but are not limited to, the following:

1. Failure to respond as required by this Notice within 90 days of your receipt of this Notice.

2. Failure to submit on the required schedule an acceptable proposed or final protocol when such is required to be submitted to the Agency for review.

3. Failure to submit on the required schedule an adequate progress report on a study as required by this Notice.

4. Failure to submit on the required schedule acceptable data as required by this Notice.

5. Failure to take a required action or submit adequate information pertaining to any option chosen to address the data requirements (e.g., any required action or information pertaining to submission or citation of existing studies or offers, arrangements, or arbitration on the sharing of costs or the formation of Task Forces, failure to comply with the terms of an agreement or arbitration concerning joint data development or failure to comply with any terms of a data waiver).

6. Failure to submit supportable certifications as to the conditions of submitted studies, as required by Section III-C of this Notice.

7. Withdrawal of an offer to share in the cost of developing required data.

8. Failure of the registrant to whom you have tendered an offer to share in the cost of developing data and provided proof of the registrant's receipt of such offer or failure of a registrant on whom you rely for a generic data exemption either to:

   i. Inform EPA of intent to develop and submit the data required by this Notice on a Data Call-In Response Form and a <u>Requirements Status and Registrant's Response Form.</u>

   ii. Fulfill the commitment to develop and submit the data as required by this Notice; or

   iii. Otherwise take appropriate steps to meet the requirements stated in this Notice,

20



unless you commit to submit and do submit the required data in the specified time frame.

9.   Failure to take any required or appropriate steps, not mentioned above, at any time following the issuance of this Notice.

## IV-B.   BASIS FOR DETERMINATION THAT SUBMITTED STUDY IS UNACCEPTABLE

The Agency may determine that a study (even if submitted within the required time) is unacceptable and constitutes a basis for issuance of a Notice of Intent to Suspend. The grounds for suspension include, but are not limited to, failure to meet any of the following:

1)   EPA requirements specified in the Data Call-In Notice or other documents incorporated by reference (including, as applicable, EPA Pesticide Assessment Guidelines, Data Reporting Guidelines, and GeneTox Health Effects Test Guidelines) regarding the design, conduct, and reporting of required studies. Such requirements include, but are not limited to, those relating to test material, test procedures, selection of species, number of animals, sex and distribution of animals, dose and effect levels to be tested or attained, duration of test, and, as applicable, Good Laboratory Practices.

2)   EPA requirements regarding the submission of protocols, including the incorporation of any changes required by the Agency following review.

3)   EPA requirements regarding the reporting of data, including the manner of reporting, the completeness of results, and the adequacy of any required supporting (or raw) data, including, but not limited to, requirements referenced or included in this Notice or contained in PR 86-5. All studies must be submitted in the form of a final report; a preliminary report will not be considered to fulfill the submission requirement.

## IV-C EXISTING STOCKS OF SUSPENDED OR CANCELLED PRODUCTS

EPA has statutory authority to permit continued sale, distribution and use of existing stocks of a pesticide product which has been suspended or cancelled if doing so would be consistent with the purposes of the Act.

The Agency has determined that such disposition by registrants of existing stocks for a suspended registration when

21



a section 3(c)(2)(B) data request is outstanding generally would not be consistent with the Act's purposes. Accordingly, the Agency anticipates granting registrants permission to sell, distribute, or use existing stocks of suspended product(s) only in exceptional circumstances. If you believe such disposition of existing stocks of your product(s) which may be suspended for failure to comply with this Notice should be permitted, you have the burden of clearly demonstrating to EPA that granting such permission would be consistent with the Act. You also must explain why an "existing stocks" provision is necessary, including a statement of the quantity of existing stocks and your estimate of the time required for their sale, distribution, and use. Unless you meet this burden, the Agency will not consider any request pertaining to the continued sale, distribution, or use of your existing stocks after suspension.

If you request a voluntary cancellation of your product(s) as a response to this Notice and your product is in full compliance with all Agency requirements, you will have, under most circumstances, one year from the date your 90 day response to this Notice is due, to sell, distribute, or use existing stocks. Normally, the Agency will allow persons other than the registrant such as independent distributors, retailers and end users to sell, distribute or use such existing stocks until the stocks are exhausted. Any sale, distribution or use of stocks of voluntarily cancelled products containing an active ingredient for which the Agency has particular risk concerns will be determined on a case-by-case basis.

Requests for voluntary cancellation received _after_ the 90 day response period required by this Notice will not result in the agency granting any additional time to sell, distribute, or use existing stocks beyond a year from the date the 90 day response was due, _unless_ you demonstrate to the Agency that you are in full compliance with all Agency requirements, including the requirements of this Notice. For example, if you decide to voluntarily cancel your registration six months before a 3-year study is scheduled to be submitted, all progress reports and other information necessary to establish that you have been conducting the study in an acceptable and good faith manner must have been submitted to the Agency, before EPA will consider granting an existing stocks provision.

**SECTION V.**     **REGISTRANTS' OBLIGATION TO REPORT POSSIBLE UNREASONABLE ADVERSE EFFECTS**

Registrants are reminded that FIFRA section 6(a)(2) states that if at any time after a pesticide is registered a registrant has additional factual information regarding unreasonable adverse effects on the environment by the pesticide, the registrant shall submit the information to the Agency. Registrants must notify the



Agency of any factual information they have, from whatever source, including but not limited to interim or preliminary results of studies, regarding unreasonable adverse effects on man or the environment. This requirement continues as long as the products are registered by the Agency.

**SECTION VI.   INQUIRIES AND RESPONSES TO THIS NOTICE**

If you have any questions regarding the requirements and procedures established by this Notice, call the contact person(s) listed in Attachment 1, the <u>Data Call-In Chemical Status Sheet</u>.

All responses to this Notice must include completed <u>Data Call-In Response Forms</u> (Attachment 2) and completed <u>Requirements Status and Registrant's Response Forms</u> (Attachment 3), for both (generic and product specific data) and any other documents required by this Notice, and should be submitted to the contact person(s) identified in Attachment 1.  If the voluntary cancellation or generic data exemption option is chosen, only the Generic and Product Specific <u>Data Call-In Response Forms</u> need be submitted.

The Office of Compliance Monitoring (OCM) of the Office of Prevention, Pesticides and Toxic Substances (OPPTS), EPA, will be monitoring the data being generated in response to this Notice.

Sincerely yours,

Daniel M. Barolo, Director
Special Review and
    Reregistration Division

Attachments

The Attachments to this Notice are:

1 - <u>Data Call-In Chemical Status Sheet</u>
2 - <u>Generic Data Call-In and Product Specific Data Call-In Response Forms</u> with Instructions
3 - <u>Generic Data Call-In and Product Specific Data Call-In Requirements Status and Registrant's Response Forms</u> with Instructions
4 - <u>EPA Grouping of End-Use Products for Meeting Acute Toxicology Data Requirements for Reregistration</u>
5 - <u>EPA Acceptance Criteria</u>
6 - <u>List of Registrants Receiving This Notice</u>
7 - <u>Cost Share and Data Compensation Forms</u>



# Attachment 1

## Chemical Status Sheet



## GLYPHOSATE:   DATA CALL-IN CHEMICAL STATUS SHEET

### DATA REQUIRED BY THIS NOTICE

The additional data requirements needed to complete the data base for glyphosate are contained in Generic DCI and Product Specific DCI Requirements Status and Registrant's Response forms (Attachment 3).

### INQUIRIES AND RESPONSES TO THIS NOTICE

If you have any questions regarding the generic data base for glyphosate, please contact Eric Feris, the Review Manager for this chemical through the Virginia Relay (1-800-828-1140) at (703) 308-8048.

If you have any questions regarding the product specific data requirements and procedures established by this Notice, please contact Frank Rubis at (703) 308-8184.

All responses to this Notice should be submitted to:

Eric Feris
Special Review and Reregistration Division (7508W)
Office of Pesticide Programs
U.S. Environmental Protection Agency
Washington, D.C.   20460

RE:   Glyphosate



# Attachment 2

## Generic DCI and Product Specific DCI Response Forms with Instructions



Instructions For Completing
The
"Data Call-In Response Forms"
For The Generic And Product Specific Data Call-In

## INTRODUCTION

These instructions apply to the Generic and Product Specific "Data Call-In Response Forms" and are to be used by registrants to respond to generic and product specific Data Call-Ins as part of EPA's Reregistration Program under the Federal Insecticide Fungicide and Rodenticide Act. **The type of data call-in (generic or product specific) is indicated in item number 3 ("Date and Type of DCI") on each form. BOTH "Data Call-In Response"** forms must be completed.

Although the form is the same for both generic and product specific data, instructions for completing these forms are different. Please read these instructions carefully before filling out the forms.

EPA has developed these forms individually for each registrant, and has preprinted these forms with a number of items. DO NOT use these forms for any other active ingredient.

Items 1 through 4 have been preprinted on the form. Items 5 through 7 must be completed by the registrant as appropriate. Items 8 through 11 must be completed by the registrant before submitting a response to the Agency.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggesting for reducing this burden, to Chief, Information Policy Branch, PM-223, U.S. Environmental Protection Agency, 401 M St., S.W., Washington, D.C. 20460; and to the Office of Management and Budget, Paperwork Reduction Project 2070-0107, Washington, D.C. 20503.



<u>INSTRUCTIONS FOR COMPLETING THE DATA CALL-IN RESPONSE FORMS</u>
<u>Generic and Product Specific Data Call-In</u>

Item 1.    **ON BOTH FORMS:**  This item identifies your company name, number and address.

Item 2.    **ON BOTH FORMS:**  This item identifies the case number, case name, EPA chemical number and chemical name.

Item 3.    **ON BOTH FORMS:**  This item identifies the type of Data Call-In.  The date of issuance is date stamped.

Item 4.    **ON BOTH FORMS:**  This item identifies the EPA product registrations relevant to the data call-in.  Please note that you are also responsible for informing the Agency of your response regarding any product that you believe may be covered by this Data Call-In but that is not listed by the Agency in Item 4. You must bring any such apparent omission to the Agency's attention within the period required for submission of this response form.

Item 5.    **ON BOTH FORMS:**  Check this item for each product registration you wish to cancel voluntarily. If a registration number is listed for a product for which you previously requested voluntary cancellation, indicate in Item 5 the date of that request. Since this Data Call-In requires both generic and product specific data, you must complete item 5 on both Data Call-In response forms.  You do not need to complete any item on the <u>Requirements Status and Registrant's Response Forms.</u>

Item 6a.   **ON THE GENERIC DATA FORM:** Check this Item if the Data Call-In is for generic data as indicated in Item 3 and you are eligible for a Generic Data Exemption for the chemical listed in Item 2 and used in the subject product.  By electing this exemption, you agree to the terms and conditions of a Generic Data Exemption as explained in the Data Call-In Notice.

           If you are eligible for or claim a Generic Data Exemption, enter the EPA registration Number of each registered source of that active ingredient that you use in your product.

           Typically, if you purchase an EPA-registered product from one or more other producers (who, with respect to the incorporated product, are in compliance with this and any other outstanding Data Call-In Notice), and



INSTRUCTIONS FOR COMPLETING THE DATA CALL-IN RESPONSE FORMS
Generic and Product Specific Data Call-In

incorporate that product into all your products, you may complete this item for all products listed on this form. If, however, you produce the active ingredient yourself, or use any unregistered product (regardless of the fact that some of your sources are registered), you may not claim a Generic Data Exemption and you may not select this item.

Item 6b.   **ON THE GENERIC DATA FORM:** Check this Item if the Data Call-In is for generic data as indicated in Item 3 and if you are agreeing to satisfy the generic data requirements of this Data Call-In. Attach the Requirements Status and Registrant's Response Form that indicates how you will satisfy those requirements.

NOTE:  **Item 6a and 6b are not applicable for Product Specific Data.**

Item 7a.   **ON THE PRODUCT SPECIFIC DATA FORM:** For each manufacturing use product (MUP) for which you wish to maintain registration, you must agree to satisfy the data requirements by responding "yes."

Item 7b.   For each end use product (EUP) for which you wish to maintain registration, you must agree to satisfy the data requirements by responding "yes."

FOR BOTH MUP and EUP products

You should also respond "yes" to this item (7a for MUP's and 7b for EUP's) if your product is identical to another product and you qualify for a data exemption. You must provide the EPA registration numbers of your source(s); do not complete the Requirements Status and Registrant's Response form. Examples of such products include repackaged products and Special Local Needs (Section 24c) products which are identical to federally registered products.

If you are requesting a data waiver, answer "yes" here; in addition, on the "Requirements Status and Registrant's Response" form under Item 9, you must respond with option 7 (Waiver Request) for each study for which you are requesting a waiver.

NOTE:  **Item 7a and 7b are not applicable for Generic Data.**



INSTRUCTIONS FOR COMPLETING THE DATA CALL-IN RESPONSE FORMS
Generic and Product Specific Data Call-In

Item 8.   **ON BOTH FORMS:**  This certification statement must be
signed by an authorized representative of your company
and the person signing must include his/her title.
Additional pages used in your response must be
initialled and dated in the space provided for the
certification.

Item 9.   **ON BOTH FORMS:**  Enter the date of signature.

Item 10.  **ON BOTH FORMS:**  Enter the name of the person EPA should
contact with questions regarding your response.

Item 11.  **ON BOTH FORMS:**  Enter the phone number of your company
contact.

Note:     You may provide additional information that does not
fit on this form in a signed letter that accompanies
your response.  For example, you may wish to report
that your product has already been transferred to
another company or that you have already voluntarily
cancelled this product. For these cases, please supply
all relevant details so that EPA can ensure that its
records are correct.





| United States Environmental Protection Agency<br>Washington, D. C. 20460<br><br>**DATA CALL-IN RESPONSE** | Form Approved<br><br>OMB No. 2070-0107<br>2070-0057<br><br>Approval Expires 03-31-96 |
| --- | --- |

INSTRUCTIONS: Please type or print in ink.  Please read carefully the attached instructions and supply the information requested on this form. Use additional sheet(s) if necessary.

| 1. Company name and Address<br><br>SAMPLE COMPANY<br>1234 MAIN STREET<br>ANYWHERE, USA  54321 | 2. Case # and Name<br>0178  Glyphosate | 3. Date and Type of DCI<br><br>GENERIC<br><br>—FEB 1 6 1994 |
| --- | --- | --- |

| 4. EPA Product Registration | 5. I wish to cancel this product registration voluntarily. | 6. Generic Data | | 7. Product Specific Data | | 7b. My product is an EUP and I agree to satisfy the EUP requirements on the attached form entitled "Requirements Status and Registrant's Response." |
| --- | --- | --- | --- | --- | --- | --- |
| | | 6a. I am claiming a Generic Data Exemption because I obtain the active ingredient from the source EPA registration number listed below. | 6b. I agree to satisfy Generic Data requirements as indicated on the attached form entitled "Requirements Status and Registrant's Response." | 7a. My product is a MUP and I agree to satisfy the MUP requirements on the attached form entitled "Requirements Status and Registrant's Response." | 7b. My product is an EUP and I agree to satisfy the EUP requirements on the attached form entitled "Requirements Status and Registrant's Response." | |
| | | N.A. | N.A. | | | |

| 8. Certification<br><br>I certify that the statements made on this form and all attachments are true, accurate, and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine, imprisonment or both under applicable law.<br><br>Signature and Title of Company's Authorized Representative_____ | 9. Date |
| --- | --- |
| 10. Name of Company Contact | 11. Phone Number |

Page 1 of 1

| United States Environmental Protection Agency<br>Washington, D. C. 20460<br><br>DATA CALL-IN RESPONSE | Form Approved<br><br>OMB No. 2070-0107<br>2070-0057<br><br>Approval Expires 03-31-96 |
|---|---|

**INSTRUCTIONS:** Please type or print in ink. Please read carefully the attached instructions and supply the information requested on this form. Use additional sheet(s) if necessary.

| 1. Company name and Address<br><br>SAMPLE COMPANY<br>1234 MAIN STREET<br>ANYWHERE, USA  54321 | 2. Case # and Name<br>0178  Glyphosate | 3. Date and Type of DCI<br>PRODUCT SPECIFIC<br><br>FEB 1 6 1994 |
|---|---|---|

| 4. EPA Product Registration | 5. I wish to cancel this product registration voluntarily. | 6. Generic Data | | 7. Product Specific Data | |
|---|---|---|---|---|---|
| | | 6a. I am claiming a Generic Data Exemption because I obtain the active ingredient from the source EPA registration number listed below. | 6b. I agree to satisfy Generic Data requirements as indicated on the attached form entitled "Requirements Status and Registrant's Response." | 7a. My product is a MUP and I agree to satisfy the MUP requirements on the attached form entitled "Requirements Status and Registrant's Response." | 7b. My product is an EUP and I agree to satisfy the EUP requirements on the attached form entitled "Requirements Status and Registrant's Response." |
| | | N.A. | N.A. | | |

**8. Certification**

I certify that the statements made on this form and all attachments are true, accurate, and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine, imprisonment or both under applicable law.

Signature and Title of Company's Authorized Representative_____

**9. Date**

**10. Name of Company Contact**

**11. Phone Number**

# Attachment 3

Generic DCI and Product Specific DCI Requirements Status and
Registrants' Response Forms with Instructions



Instructions For Completing
The
"Requirements Status and Registrant's Response Forms"
For The Generic and Product Specific Data Call-In

**INTRODUCTION**

These instructions apply to the Generic and Product Specific "Requirements Status and Registrant's Response Forms" and are to be used by registrants to respond to generic and product specific Data Call-In's as part of EPA's reregistration program under the Federal Insecticide Fungicide and Rodenticide Act. **The type of Data Call-In (generic or product specific) is indicated in item number 3 ("Date and Type of DCI")** on each form. Both "Requirements Status and Registrant's Response" forms must be completed.

Although the <u>form</u> is the same for both product specific and generic data, <u>instructions</u> for completing the forms differ slightly. Specifically, options for satisfying product specific data requirements do not include (1) deletion of uses or (2) request for a low volume/minor use waiver. Please read these instructions carefully before filling out the forms.

EPA has developed these forms individually for each registrant, and has preprinted these forms with a number of items. <u>DO NOT</u> use these forms for any other active ingredient.

Items 1 through 8 have been preprinted on the form. Item 9 must be completed by the registrant as appropriate. Items 10 through 13 must be completed by the registrant before submitting a response to the Agency.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggesting for reducing this burden, to Chief, Information Policy Branch, PM-223, U.S. Environmental Protection Agency, 401 M St., S.W., Washington, D.C. 20460; and to the Office of Management and Budget, Paperwork Reduction Project 2070-0107, Washington, D.C. 20503.



<u>INSTRUCTIONS FOR COMPLETING THE "REQUIREMENTS STATUS AND</u>
<u>REGISTRANT'S RESPONSE FORMS"</u>
<u>Generic and Product Specific Data Call-In</u>

Item 1.   **ON BOTH FORMS:**  This item identifies your company name,
number and address.

Item 2.   **ON THE GENERIC DATA FORM:**  This item identifies the
case number, case name, EPA chemical number and
chemical name.

**ON THE PRODUCT SPECIFIC DATA FORM:**  This item
identifies the  case number, case name, and the EPA
Registration Number of the product for which the Agency
is requesting product specific data.

Item 3.   **ON THE GENERIC DATA FORM:**  This item identifies the
type of Data Call-In.  The date of issuance is date
stamped.

**ON THE PRODUCT SPECIFIC DATA FORM:**  This item
identifies the type of Data Call-In.  The date of
issuance is also date stamped.  Note the unique
identifier number (ID#) assigned by the Agency.  This
ID number must be used in the transmittal document for
any data submissions in response to this Data Call-In
Notice.

Item 4.   **ON BOTH FORMS:**  This item identifies the guideline
reference number of studies required.  These
guidelines, in addition to the requirements specified
in the Data Call-In Notice, govern the conduct of the
required studies.  Note that series 61 and 62 in
product chemistry are now listed under 40 CFR 158.155
through 158.180, Subpart c.

Item 5.   **ON BOTH FORMS:**  This item identifies the study title
associated with the guideline reference number and
whether protocols and 1, 2, or 3-year progress reports
are required to be submitted in connection with the
study.  As noted in Section III of the Data Call-In
Notice, 90-day progress reports are required for all
studies.

If an asterisk appears in Item 5, EPA has attached
information relevant to this guideline reference number
to the <u>Requirements Status and Registrant's Response</u>
<u>Form</u>.





INSTRUCTIONS FOR COMPLETING THE "REQUIREMENTS STATUS AND
REGISTRANT'S RESPONSE FORMS"
Generic and Product Specific Data Call-In

Item 6.   **ON BOTH FORMS:**  This item identifies the code
          associated with the use pattern of the pesticide.   In
          the case of efficacy data (product specific
          requirement), the required study only pertains to
          products which have the use sites and/or pests
          indicated.   A brief description of each code follows:

          A     Terrestrial food
          B     Terrestrial feed
          C     Terrestrial non-food
          D     Aquatic food
          E     Aquatic non-food outdoor
          F     Aquatic non-food industrial
          G     Aquatic non-food residential
          H     Greenhouse food
          I     Greenhouse non-food crop
          J     Forestry
          K     Residential
          L     Indoor food
          M     Indoor non-food
          N     Indoor medical
          O     Indoor residential

Item 7.   **ON BOTH FORMS:**  This item identifies the code assigned
          to the substance that must be used for testing. A brief
          description of each code follows:

          EUP           End-Use Product
          MP            Manufacturing-Use Product
          MP/TGAI       Manufacturing-Use Product and Technical
                            Grade Active Ingredient
          PAI           Pure Active Ingredient
          PAI/M         Pure Active Ingredient and Metabolites
          PAI/PAIRA     Pure Active Indredient or Pute Active
                            Ingredient Radiolabelled
          PAIRA         Pure Active Ingredient Radiolabelled
          PAIRA/M       Pure Active Ingredient Radiolabelled
                            and  Metabolites
          PAIRA/PM      Pure Active Ingredient Radiolabelled
                            and Plant Metabolites
          TEP           Typical End-Use Product
          TEP ___%      Typical End-Use Product, Percent
                            Active Ingredient Specified
          TEP/MET       Typical End-Use Product and Metabolites
          TEP/PAI/M     Typical End-Use Product or Pure Active
                            Ingredient and Metabolites



INSTRUCTIONS FOR COMPLETING THE "REQUIREMENTS STATUS AND
REGISTRANT'S RESPONSE FORMS"
Generic and Product Specific Data Call-In

| | |
|---|---|
| TGAI | Technical Grade Active Ingredient |
| TGAI/PAI | Technical Grade Active Ingredient or Pure Active Ingredient |
| TGAI/PAIRA | Technical Grade Active Ingredient or Pure Active Ingredient Radiolabelled |
| TGAI/TEP | Technical Grade Active Ingredient or Typical End-Use Product |
| MET | Metabolites |
| IMP | Impurities |
| DEGR | Degradates |
| * | See: guideline comment |

Item 8.   This item completed by the Agency identifies the time frame allowed for submission of the study or protocol identified in item 5.

**ON THE GENERIC DATA FORM:**  The time frame runs from the date of your receipt of the Data Call-In notice.

**ON THE PRODUCT SPECIFIC DATA FORM:**  The due date for submission of product specific studies begins from the date stamped on the letter transmitting the Reregistration Eligibility Decision document, and not from the date of receipt.  However, your response to the Data Call-In itself is due 90 days from the date of receipt.

Item 9.   **ON BOTH FORMS:**  Enter the appropriate Response Code or Codes to show how you intend to comply with each data requirement. Brief descriptions of each code follow. The Data Call-In Notice contains a fuller description of each of these options.

Option 1. **ON BOTH FORMS:**  (Developing Data) I will conduct a new study and submit it within the time frames specified in item 8 above. By indicating that I have chosen this option, I certify that I will comply with all the requirements pertaining to the conditions for submittal of this study as outlined in the Data Call-In Notice and that I will provide the protocols and progress reports required in item 5 above.

Option 2. **ON BOTH FORMS:**  (Agreement to Cost Share) I have entered into an agreement with one or more registrants to develop data jointly. By indicating



INSTRUCTIONS FOR COMPLETING THE "REQUIREMENTS STATUS AND
REGISTRANT'S RESPONSE FORMS"
Generic and Product Specific Data Call-In

that I have chosen this option, I certify that I
will comply with all the requirements pertaining
to sharing in the cost of developing data as
outlined in the Data Call-In Notice.

**However, for Product Specific Data, I**
understand that this option is available for acute
toxicity or certain efficacy data **ONLY** if the
Agency indicates in an attachment to this notice
that my product is similar enough to another
product to qualify for this option. I certify that
another party in the agreement is committing to
submit or provide the required data; if the
required study is not submitted on time, my
product may be subject to suspension.

Option 3. **ON BOTH FORMS:** (Offer to Cost Share) I have made
an offer to enter into an agreement with one or
more registrants to develop data jointly.  I am
also submitting a completed "Certification of
offer to Cost Share in the Development of Data"
form.  I am submitting evidence that I have made
an offer to another registrant (who has an
obligation to submit data) to share in the cost of
that data.  I am including a copy of my offer and
proof of the other registrant's receipt of that
offer.  I am identifying the party which is
committing to submit or provide the required data;
if the required study is not submitted on time, my
product may be subject to suspension. I understand
that other terms under Option 3 in the Data
Call-In Notice apply as well.

**However, for Product Specific Data,  I**
understand that this option is available only for
acute toxicity or certain efficacy data and only
if the Agency indicates in an attachment to this
Data Call-In Notice that my product is similar
enough to another product to qualify for this
option.

Option 4. **ON BOTH FORMS:**  (Submitting Existing Data)  I will
submit an existing study by the specified due date
that has never before been submitted to EPA.  By
indicating that I have chosen this option, I
certify that this study meets all the requirements
pertaining to the conditions for submittal of



INSTRUCTIONS FOR COMPLETING THE "REQUIREMENTS STATUS AND
REGISTRANT'S RESPONSE FORMS"
Generic and Product Specific Data Call-In

> existing data outlined in the Data Call-In Notice
> and I have attached the needed supporting
> information along with this response.

Option 5. **ON BOTH FORMS:** (Upgrading a Study)  I will submit
by the specified due date, or will cite data to

> upgrade a study that EPA has classified as
> partially acceptable and potentially upgradeable.
> By indicating that I have chosen this option, I
> certify that I have met all the requirements
> pertaining to the conditions for submitting or
> citing existing data to upgrade a study described
> in the Data Call-In Notice. I am indicating on
> attached correspondence the Master Record
> Identification Number (MRID) that EPA has assigned
> to the data that I am citing as well as the MRID
> of the study I am attempting to upgrade.

Option 6. **ON BOTH FORMS:** (Citing a Study)  I am citing an
existing study that has been previously classified
by EPA as acceptable, core, core minimum, or a
study that has not yet been reviewed by the
Agency. If reviewed, I am providing the Agency's
classification of the study.

> **However, for Product Specific Data,** I am
> citing another registrant's study.  I understand
> that this option is available **ONLY** for acute
> toxicity or certain efficacy data and **ONLY** if the
> cited study was conducted on my product, an
> identical product or a product which the Agency
> has "grouped" with one or more other products for
> purposes of depending on the same data. I may also
> choose this option if I am citing my own data. In
> either case, I will provide the MRID or Accession
> number (s).  If I cite another registrant's data,
> I will submit a completed "Certification With
> Respect To Data Compensation Requirements" form.

**FOR THE GENERIC DATA FORM ONLY:  The following three options
(Numbers 7, 8, and 9) are responses that apply only to the
"Requirements Status and Registrant's Response Form" for
generic data.**

Option 7. (Deleting Uses)  I am attaching an application for
amendment to my registration deleting the uses for
which the data are required.



INSTRUCTIONS FOR COMPLETING THE "REQUIREMENTS STATUS AND
REGISTRANT'S RESPONSE FORMS"
Generic and Product Specific Data Call-In

Option 8. (Low Volume/Minor Use Waiver Request) I have read
the statements concerning low volume-minor use
data waivers in the Data Call-In Notice and I
request a low-volume minor use waiver of the data
requirement. I am attaching a detailed
justification to support this waiver request
including, among other things, all information
required to support the request. I understand
that, unless modified by the Agency in writing,
the data requirement as stated in the Notice
governs.

Option 9. (Request for Waiver of Data) I have read the
statements concerning data waivers other than low-
volume minor-use data waivers in the Data Call-In
Notice and I request a waiver of the data
requirement. I am attaching a rationale explaining
why I believe the data requirements do not apply.
I am also submitting a copy of my current labels.
(You must also submit a copy of your Confidential
Statement of Formula if not already on file with
EPA). I understand that, unless modified by the
Agency in writing, the data requirement as stated
in the Notice governs.

**FOR PRODUCT SPECIFIC DATA:  The following option (number 7)
is a response that applies to the "Requirements Status and
Registrant's Response Form" for product specific data.**

Option 7. (Waiver Request) I request a waiver for this
study because it is inappropriate for my product.
I am attaching a complete justification for this
request, including technical reasons, data and
references to relevant EPA regulations, guidelines
or policies. [Note: any supplemental data must be
submitted in the format required by P.R. Notice
86-5]. I understand that this is my only
opportunity to state the reasons or provide
information in support of my request. If the
Agency approves my waiver request, I will not be
required to supply the data pursuant to Section
3(c)(2)(B) of FIFRA. If the Agency denies my
waiver request, I must choose a method of
meetingthe data requirements of this Notice by the
due date stated by this Notice. In this case, I
must, within 30 days-of my receipt of the Agency's
written decision, submit a revised "Requirements
Status" form specifying the option chosen. I also



INSTRUCTIONS FOR COMPLETING THE "REQUIREMENTS STATUS AND
REGISTRANT'S RESPONSE FORMS"
Generic and Product Specific Data Call-In

                    understand that the deadline for submission of
                    data as specified by the original Data Call-In
                    notice will not change.

Item 10.   **ON BOTH FORMS:** This item must be signed by an
                    authorized representative of your
                    company. The person signing must include
                    his/her title, and must initial and date
                    all other pages of this form.

Item 11.   **ON BOTH FORMS:** Enter the date of signature.

Item 12.   **ON BOTH FORMS:** Enter the name of the person EPA should
                    contact with questions regarding your
                    response.

Item 13.   **ON BOTH FORMS:** Enter the phone number of your company
                    contact.

NOTE:      You may provide additional information that does not
           fit on this form in a signed letter that accompanies
           this your response. For example, you may wish to report
           that your product has already been transferred to
           another company or that you have already voluntarily
           cancelled this product. For these cases, please supply
           all relevant details so that the Agency can ensure that
           its records are correct.



United States Environmental Protection Agency
Washington, D.C. 20460

**REQUIREMENTS STATUS AND REGISTRANT'S RESPONSE**

Form Approved
OMB No. 2070-0107
2070-0057
Approval Expires 03-31-96

INSTRUCTIONS: Please type or print in ink. Please read carefully the attached instructions and supply the information requested on this form. Use additional sheet(s) if necessary

| 1. Company name and Address | 2. Case # and Name 0178 Glyphosate Chemical # and Name 103601 Isopropylamine glyphosate | 3. Date and Type of DCI GENERIC FEB 16 1994 |
|---|---|---|

| 4. Guideline Requirement Number | 5. Study Title | P R O O C O L | Progress Reports 1 | 2 | 3 | 6. Use Pattern | 7. Test Substance | 8. Time Frame | 9. Registrant Response |
|---|---|---|---|---|---|---|---|---|---|
| 123-1(b) 201-1 202-1 | Vegetative vigor Droplet size spectrum Drift field evaluation | | Y | | | ABCDEFJK ABCDEJ ABCDEJ | TGAI TEP TEP | 12 mos. 12 mos. 24 mos. | |

**10. Certification**

I certify that the statements made on this form and all attachments are true, accurate, and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine, imprisonment or both under applicable law.

Signature and Title of Company's Authorized Representative_____

**11. Date**

| 12. Name of Company Contact | 13. Phone Number |
|---|---|

Page 1 of 3

United States Environmental Protection Agency
Washington, D. C. 20460

REQUIREMENTS STATUS AND REGISTRANT'S RESPONSE

Form Approved

OMB No. 2070-0107
2070-0057
Approval Expires 03-31-96

INSTRUCTIONS: Please type or print in ink.  Please read carefully the attached instructions and supply the information requested on this form. Use additional sheet(s) if necessary.

| 1. Company name and Address | 2. Case # and Name | 3. Date and Type of DCI |
|---|---|---|
| SAMPLE COMPANY<br>1234 MAIN STREET<br>ANYWHERE, USA  54321 | 0178  Glyphosate<br><br>EPA Reg. No. 70-269 | PRODUCT SPECIFIC<br>ID# 70-RD-3263<br>FEB 1 6 1994 |

| 4. Guideline Requirement Number | 5. Study Title | Protocol | Progress Reports 1 | 2 | 3 | 6. Use Pattern | 7. Test Substance | 8. Time Frame | 9. Registrant Response |
|---|---|---|---|---|---|---|---|---|---|
| | **Prod Chem - Regular Chemical** | | | | | | | | |
| 61-1 | Product identity & composition (1) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 61-2(a) | Descriptn starting materials, (1,2) productn & formulatn process | | | | | ABCDEFGHIJKLMNO | MP/EP and TGAI | 8 mos. | |
| 61-2(b) | Discussion of formation of (1,3) impurities | | | | | ABCDEFGHIJKLMNO | MP/EP and TGAI | 8 mos. | |
| 62-1 | Preliminary analysis (1,4) | | | | | ABCDEFGHIJKLMNO | MP/EP and TGAI | 8 mos. | |
| 62-2 | Certification of limits (1,5) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 62-3 | Analytical method (1) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 63-3 | Physical state | | | | | ABCDEFGHIJKLMNO | MP/EP and TGAI | 8 mos. | |
| 63-5 | Melting point (6) | | | | | ABCDEFGHIJKLMNO | TGAI | 8 mos. | |
| 63-6 | Boiling point (7) | | | | | ABCDEFGHIJKLMNO | TGAI | 8 mos. | |
| 63-7 | Density | | | | | ABCDEFGHIJKLMNO | MP/EP and TGAI | 8 mos. | |
| 63-8 | Solubility | | | | | ABCDEFGHIJKLMNO | TGAI/PAI | 8 mos. | |
| 63-9 | Vapor pressure | | | | | ABCDEFGHIJKLMNO | TGAI/PAI | 8 mos. | |



| 10. Certification | 11. Date |
|---|---|
| I certify that the statements made on this form and all attachments are true, accurate, and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine, imprisonment or both under applicable law.<br><br>Signature and Title of Company's Authorized Representative_____ | |

| 12. Name of Company Contact | 13. Phone Number |
|---|---|
| | |

United States Environmental Protection Agency
Washington, D. C. 20460

**REQUIREMENTS STATUS AND REGISTRANT'S RESPONSE**

Form Approved

OMB No. 2070-0107
2070-0057

Approval Expires 03-31-96

INSTRUCTIONS: Please type or print in ink. Please read carefully the attached instructions and supply the information requested on this form. Use additional sheet(s) if necessary.

| 1. Company name and Address | 2. Case # and Name | 3. Date and Type of DCI |
|---|---|---|
| SAMPLE COMPANY<br>1234 MAIN STREET<br>ANYWHERE, USA  54321 | 0178  Glyphosate<br><br>EPA Reg. No. 70-269 | PRODUCT SPECIFIC<br>ID# 70-RD-3263<br>FEB 1 6 1994 |

| 4. Guideline Requirement Number | 5. Study Title | Protocol | Progress Reports 1 | 2 | 3 | 6. Use Pattern | 7. Test Substance | 8. Time Frame | 9. Registrant Response |
|---|---|---|---|---|---|---|---|---|---|
| 63-10 | Dissociation constant | | | | | ABCDEFGHIJKLMNO | TGAI/PAI | 8 mos. | |
| 63-11 | Octanol/water partition      (8)<br>coefficient | | | | | ABCDEFGHIJKLMNO | PAI | 8 mos. | |
| 63-12 | pH                           (9) | | | | | ABCDEFGHIJKLMNO | MP/EP and TGAI | 8 mos. | |
| 63-13 | Stability | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 63-14 | Oxidizing or reducing action  (10) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 63-15 | Flammability                 (11) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 63-16 | Explodability                (12) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 63-17 | Storage stability | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 63-18 | Viscosity                    (13) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 63-19 | Miscibility                  (14) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 63-20 | Corrosion characteristics | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 63-21 | Dielectric breakdown voltage  (15) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| | Acute Toxic - Regular Chemical | | | | | | | | |
| 81-1 | Acute oral toxicity-rat      (1,36,37) | | | | | ABCDEFGHIJKLMNO | MP/EP and TGAI | 8 mos. | |
| 81-2 | Acute dermal<br>toxicity-rabbit/rat  (1,2,37) | | | | | ABCDEFGHIJKLMNO | MP/EP and TGAI | 8 mos. | |
| 81-3 | Acute inhalation toxicity-rat  (3) | | | | | ABCDEFGHIJKLMNO | MP/EP and TGAI | 8 mos. | |
| 81-4 | Primary eye irritation-rabbit  (2) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |
| 81-5 | Primary dermal irritation    (1,2) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |

Initial to indicate certification as to information on this page (full text of certification is on page one).

Date

Page  3 of  3

United States Environmental Protection Agency
Washington, D. C. 20460

REQUIREMENTS STATUS AND REGISTRANT'S RESPONSE

Form Approved

OMB No. 2070-0107
2070-0057
Approval Expires 03-31-96

INSTRUCTIONS: Please type or print in ink.  Please read carefully the attached instructions and supply the information requested on this form.
Use additional sheet(s) if necessary.

| 1. Company name and Address | 2. Case # and Name | 3. Date and Type of DCI |
|---|---|---|
| SAMPLE COMPANY 1234 MAIN STREET ANYWHERE, USA  54321 | 0178  Glyphosate EPA Reg. No. 70-269 | PRODUCT SPECIFIC ID# 70-RD-3263 FEB 1 6 1994 |

| 4. Guideline Requirement Number | 5. Study Title | Protocol | Progress Reports | | | 6. Use Pattern | 7. Test Substance | 8. Time Frame | 9. Registrant Response |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | | | | |
| 81-6 | Dermal sensitization        (4) | | | | | ABCDEFGHIJKLMNO | MP/EP | 8 mos. | |

Initial to indicate certification as to information on this page
(full text of certification is on page one).

Date

## United States Environmental Protection Agency
### Washington, D. C. 20460

### FOOTNOTES AND KEY DEFINATIONS FOR GUIDELINE REQUIREMENTS

### Case # and Name: 0178  Glyphosate

Key: MP = manufacturing-use product; EP = end-use product; provided formulators purchase their active ingredient(s) from a registered source, they need not submit or cite data pertaining to the purchased product.[NOTE: If a product is a 100 percent repackage of another registered product that is purchased, and any use for the product does not differ from those of the purchased and registered source, users are not subject to any data requirements identified in the tables.]; TEP = typical end-use product; TGAI = technical grade of the active ingredient; PAI = "pure" active ingredient; PAIRA = "pure" active ingredient, radiolabeled.

Use Categories Key:

| | | | | |
|---|---|---|---|---|
| A - Terrestrial food crop | B - Terrestrial food feed crop | C - Terrestrial nonfood crop | D - Aquatic food crop | E - Aquatic nonfood outdoor |
| F - Aquatic nonfood Industrial | G - Aquatic nonfood residential | H - Greenhouse food crop | I - Greenhouse nonfood crop | J - Forestry |
| K - Residential outdoor | L - Indoor food | M - Indoor nonfood | N - Indoor Medical | O - Indoor residential |

Footnotes: [The following notes are referenced in column two (5. Study Title) of the REQUIREMENTS STATUS AND REGISTRANT'S RESPONSE form.]

#### Prod Chem - Regular Chemical

1  Requirements pertaining to product identity, composition, analysis, and certification of ingredients are detailed further in the following sections: *158.155 for product identity and composition (61-1); *158.160, 158.162, and 158.165 for description of starting materials and manufacturing process (61-2); *158.167 for discussion of formation of impurities (61-3); *158.170 for preliminary analysis (62-1); *158.175 for certification of limits (62-2); and *158.180 for enforcement analytical methods (62-3).

2  A schematic diagram and/or brief description of the production process will suffice if the pesticide is not already under full scale production and an experimental use permit is being sought.

3  If the pesticide is not already under full scale production and an experimental use permit is sought, a discussion of unintentional ingredients shall be submitted to the extent this information is available.

4  To support registration of an MP or EP, whether produced by an integrated system or not, the technical grade of Active Ingredient must be analyzed. If the technical grade of Active Ingredient cannot be isolated, a statement of composition of the practical equivalent of the technical grade of Active Ingredient must be submitted. Data on EPs or MPs will be required on a case-by-case basis.

5  Certified limits are not required for inert ingredients in products proposed for experimental use.

6  Required if technical chemical is solid at room temperature.

7  Required if technical chemical is liquid at room temperature.

8  Required if technical chemical is organic and non-polar.

9  Required if test substances are dispersible with water.

10  Required if product contains an oxidizing or reducing agent.

11  Required if product contains combustible liquids.

12  Required if product is potentially explosive.

13  Required if product is a liquid.

14  Required if product is an emulsifiable liquid and is to be diluted with petroleum solvents.

15  Required if end-use product is liquid and is to be used around electrical equipment.

#### Acute Toxic - Regular Chemical

1  Not required if test material is a gas or highly volatile.

2  Not required if test material is corrosive to skin or has pH less than 2 or greater than 11.5; such a product will be classified as Toxicity Category I on the basis of potential eye and dermal irritation effects.

United States Environmental Protection Agency
Washington, D. C. 20460

**FOOTNOTES AND KEY DEFINATIONS FOR GUIDELINE REQUIREMENTS**

**Case # and Name: 0178  Glyphosate**

**Footnotes (cont.):**

3  Required if the product consists of, or under conditions of use will result in, an inhalable material (e. g., gas, volatile substances, or aerosol/particulate).
4  Required unless repeated dermal exposure does not occur under conditions of use.
36  Special testing (acute, subchronic, and/or chronic) is required for organophospates, and may be required for other cholinesterase inhibitors and other pesticides which have demonstrated a potential to adversely affect the visual system. Registrants should consult with the agency for development of protocols and methodology prior to initiation of studies.
37  Testing of the EP dilution is required if it can be reasonably anticipated that the results of such testing may meet the criteria for restriction to use by certified applicators specified in 40 CFR 152.170(b) or the criteria for initiation of special review specified in 40 CFR 154.7 (a)(1).

# Attachment 4

EPA Grouping of End Use Products for meeting Acute Toxicology Data
Requirements

**EPA'S BATCHING OF GLYPHOSATE PRODUCTS FOR MEETING ACUTE TOXICITY DATA REQUIREMENTS FOR REREGISTRATION**

In an effort to reduce the time, resources and number of animals needed to fulfill the acute toxicity data requirements for reregistration of products containing the active ingredient glyphosate, the Agency has batched products which can be considered similar for purposes of acute toxicity. Factors considered in the sorting process include each product's active and inert ingredients (identity, percent composition and biological activity), type of formulation (e.g., emulsifiable concentrate, aerosol, wettable powder, granular, etc.), and labeling (e.g., signal word, use classification, precautionary labeling, etc.). Note that the Agency is not describing batched products as "substantially similar" since some products within a batch may not be considered chemically similar or have identical use patterns.

Batching has been accomplished using the readily available information described above, and frequently acute toxicity data on individual products has been found to be incomplete. Notwithstanding the batching process, the Agency reserves the right to require, at any time, acute toxicity data for an individual product should the need arise.

Registrants of products within a batch may choose to cooperatively generate, submit or cite a single battery of six acute toxicological studies to represent all the products within that batch. It is the registrants' option to participate in the process with all other registrants, only some of the other registrants, or only their own products within a batch, or to generate all the required acute toxicological studies for each of their own products. If a registrant chooses to generate the data for a batch, he/she must use one of the products within the batch as the test material. If a registrant chooses to rely upon previously submitted acute toxicity data, he/she may do so provided that the data base is complete and valid by today's standards (see acceptance criteria attached), the formulation tested is considered by EPA to be similar for acute toxicity, and the formulation has not been significantly altered since submission and acceptance of the acute toxicity data. Regardless of whether new data is generated or existing data is referenced, registrants must clearly identify the test material by EPA Registration Number.

In deciding how to meet the product specific data requirements, registrants must follow the directions given in the Data Call-In Notice and its attachments appended to the RED. The DCI Notice contains two response forms which are to be completed and submitted to the Agency within 90 days of receipt. The first form, "Data Call-In Response," asks whether the registrant will meet the data requirements for each product. The second form, "Requirements Status and Registrant's Response," lists the



product specific data required for each product, including the
standard six acute toxicity tests.  A registrant who wishes to
participate in a batch must decide whether he/she will provide
the data or depend on someone else to do so.  If a registrant
supplies the data to support a batch of products, he/she must
select one of the following options: Developing Data (Option 1),
Submitting an Existing Study (Option 4), Upgrading an Existing
Study (Option 5) or Citing an Existing Study (Option 6). If a
registrant depends on another's data, he/she must choose among:
Cost Sharing (Option 2), Offers to Cost Share (Option 3) or
Citing an Existing Study (Option 6). If a registrant does not
want to participate in a batch, the choices are Options 1,  4, 5
or 6. However, a registrant should know that choosing not to
participate in a batch does not preclude other registrants in the
batch from citing his/her studies and offering to cost share
(Option 3) those studies.

     Fifty-six products were found which contain glyphosate as
the active ingredient. The products have been placed into five
batches and a "no batch" category in accordance with the active
and inert ingredients, type of formulation and current labeling.
Table 1 identifies the products in each batch. Table 2 lists the
twenty-seven products which have been placed in the "no batch"
category.

     The Agency requires that products in batch four include
separate primary eye irritation studies for each product within
these batches. The remaining acute toxicity requirements for the
products in batch four may be satisfied by one of the procedures
described above.





Table 1

| Batch | EPA Reg. No. | % Glyphosate | Formulation Type |
|-------|--------------|--------------|------------------|
| 1 | 70-269 | 0.96 | Liq |
| | 239-2467 | 0.5 | Liq |
| | 524-330 | 0.96 | Liq. |
| | 7401-304 | 0.5 | Liq |
| | 7401-307 | 0.5 | Liq |
| | 7401-357 | 1.0 | Liq |
| | 7401-400 | 1.0 | Liq |
| | 7401-401 | 0.5 | Liq |
| | 7401-402 | 0.5 | Liq |
| | 7401-403 | 0.5 | Liq |
| | 10370-282 | 0.96 | Liq |
| | 10583-14 | 0.96 | Liq |
| | 46515-5 | 0.96 | Liq |
| | 56644-64 | 0.96 | Liq |
| 2 | 19713-320 | 0.96 | Aerosol |
| | 46515-7 | 0.96 | Aerosol |
| 3 | 70-284 | 5.0 | Liq |
| | 7401-306 | 5.0 | Liq |
| | 7401-404 | 5.0 | Liq |
| | 34911-25 | 5.0 | Liq |
| | 46515-3 | 5.0 | Liq |
| | 56644-48 | 5.0 | Liq |
| 4 | 524-339 | 41.0 | Liq |
| | 524-454 | 41.0 | Liq |
| 5 | 524-318 | 53.5 | Liq |
| | 524-343 | 53.8 | Liq |
| | 524-350 | 53.8 | Liq |
| | 19713-364 | 53.8 | Liq |



Table II lists products that were either considered not to be similar or the Agency lacked sufficient information for decision making and were not placed in any batch. Registrants of these products are responsible for meeting the acute toxicity data requirements separately for each product.

Table 2 (No batch)

| EPA Reg. No. | % Glyphosate and other actives | Formulation Type |
|---|---|---|
| 239-2469 | Glyphosate 5.0 | Liq |
| 239-2509 | Glyphosate 0.5, Acifluorfen 0.12 | Liq |
| 239-2516 | Glyphosate 0.25, Oxyfluorfen 0.25 | Liq |
| 239-2596 | Glyphosate 0.75 | Aerosol |
| 524-308 | Glyphosate 41.0 | Liq |
| 524-326 | Glyphosate 41.5 | Liq |
| 524-332 | Glyphosate 75.0 | Solid |
| 524-333 | Glyphosate 62.0 | Liq |
| 524-341 | Glyphosate 14.8, Alachlor 27.6 | Liq |
| 524-370 | Glyphosate 18.0 | Liq |
| 524-376 | Glyphosate 13.3, 2,4-D 11.1 | Liq |
| 524-382 | Glyphosate 28.6 | Liq |
| 524-390 | Glyphosate 16.5, Dicamba 7.0 | Liq |
| 524-420 | Glyphosate 96.3 | Solid |
| 524-421 | Glyphosate 76.0 | Solid |
| 524-435 | Glyphosate 83.5 | Capsular |
| 524-439 | Glyphosate 7.7, Oxadiazon 14.9 | Liq |
| 524-440 | Glyphosate 25.1 | Liq |
| 524-445 | Glyphosate 41.0 | Liq |
| 524-449 | Glyphosate 12.4, Oryzalin 11.8 | Liq |
| 524-450 | Glyphosate 15.8 | Liq |
| 524-451 | Glyphosate 0.96 | Liq |
| 524-452 | Glyphosate 60.0 | Solid |
| 524-432 | Glyphosate 18.3 | Liq |
| 7401-405 | Glyphosate 10.0 | Liq |
| 935-48 | Glyphosate 12.9, 2,4-D 20.6 | Liq |
| 10370-283 | Glyphosate 10.0 | Liq |
| 10583-15 | Glyphosate 8.2 | Liq |



# Attachment 5

EPA Acceptance Criteria

## SUBDIVISION D

| Guideline | Study Title |
|-----------|-------------|
| Series 61 | Product Identity and Composition |
| Series 62 | Analysis and Certification of Product Ingredients |
| Series 63 | Physical and Chemical Characteristics |

**61 Product Identity and Composition**

ACCEPTANCE CRITERIA

Does your study meet the following acceptance criteria?

1.____   Name of technical material tested (include product name and trade name, if appropriate).

2.____   Name, nominal concentration, and certified limits (upper and lower) for each active ingredient and each intentionally-added inert ingredient.

3.____   Name and upper certified limit for each impurity or each group of impurities present at $\geq$ 0.1% by weight and for certain toxicologically significant impurities (e.g., dioxins, nitrosamines) present at <0.1%.

4.____   Purpose of each active ingredient and each intentionally-added inert.

5.____   Chemical name from Chemical Abstracts index of Nomenclature and Chemical Abstracts Service (CAS) Registry Number for each active ingredient and, if available, for each intentionally-added inert.

6.____   Molecular, structural, and empirical formulas, molecular weight or weight range, and any company assigned experimental or internal code numbers for each active ingredient.

7.____   Description of each beginning material in the manufacturing process.
____   EPA Registration Number if registered; for other beginning materials,        the        following:

____   Name and address of manufacturer or supplier.
____   Brand name, trade name or commercial designation.
____   Technical specifications or data sheets by which manufacturer or supplier describes composition, properties or toxicity.

8.____   Description of manufacturing process.
____   Statement of whether batch or continuous process.
____   Relative amounts of beginning materials and order in which they are added.
____   Description of equipment.
____   Description of physical conditions (temperature, pressure, humidity) controlled in each step and the parameters that are maintained.
____   Statement of whether process involves intended chemical reactions.
____   Flow chart with chemical equations for each intended chemical reaction.
____   Duration of each step of process.
____   Description of purification procedures.
____   Description of measures taken to assure quality of final product.

9.____   Discussion of formation of impurities based on established chemical theory addressing (1) each impurity which may be present at $\geq$ 0.1% or was found at $\geq$ 0.1% by product analyses and (2) certain toxicologically significant impurities (see #3).



62 Analysis and Certification of Product Ingredients

## ACCEPTANCE CRITERIA

The following criteria apply to the technical grade of the active ingredient being reregistered. Use a table to present the information in items 6, 7, and 8.

Does your study meet the following acceptance criteria?

1. ____ Five or more representative samples (batches in case of batch process) analyzed for each active ingredient and all impurities present at $\geq 0.1\%$.
2. ____ Degree of accountability or closure $\geq$ ca 98%.
3. ____ Analyses conducted for certain trace toxic impurities at lower than 0.1% (examples, nitrosamines in the case of products containing dinitroanilines or containing secondary or tertiary amines/alkanolamines plus nitrites; polyhalogenated dibenzodioxins and dibenzofurans). [Note that in the case of nitrosamines both fresh and stored samples must be analyzed.].
4. ____ Complete and detailed description of each step in analytical method used to analyze above samples.
5. ____ Statement of precision and accuracy of analytical method used to analyze above samples.
6. ____ Identities and quantities (including mean and standard deviation) provided for each analyzed ingredient.
7. ____ Upper and lower certified limits proposed for each active ingredient and intentionally added inert along with explanation of how the limits were determined.
8. ____ Upper certified limit proposed for each impurity present at $\geq 0.1\%$ and for certain toxicologically significant impurities at <0.1% along with explanation of how limit determined.
9. ____ Analytical methods to verify certified limits of each active ingredient and impurities (latter not required if exempt from requirement of tolerance or if generally recognized as safe by FDA) are fully described.
10. ____ Analytical methods (as discussed in #9) to verify certified limits validated as to their precision and accuracy.



### 63 Physical and Chemical Characteristics

#### ACCEPTANCE CRITERIA

The following criteria apply to the technical grade of the active ingredient being reregistered.

Does your study meet the following acceptance criteria?

**63-2 Color**
_____ Verbal description of coloration (or lack of it)
_____ Any intentional coloration also reported in terms of Munsell color system

**63-3 Physical State**
_____ Verbal description of physical state provided using terms such as "solid, granular, volatile liquid"
_____ Based on visual inspection at about 20-25° C

**63-4 Odor**
_____ Verbal description of odor (or lack of it) using terms such as "garlic-like, characteristic of aromatic compounds"
_____ Observed at room temperature

**63-5 Melting Point**
_____ Reported in °C
_____ Any observed decomposition reported

**63-6 Boiling Point**
_____ Reported in °C
_____ Pressure under which B.P. measured reported
_____ Any observed decomposition reported

**63-7 Density, Bulk Density, Specific Gravity**
_____ Measured at about 20-25° C
_____ Density of technical grade active ingredient reported in g/ml <u>or</u> the specific gravity of liquids reported with reference to water at 20° C. [Note: <u>Bulk</u> density of registered products may be reported in lbs/ft³ or lbs/gallon.]

**63-8 Solubility**
_____ Determined in distilled water and representative polar and non-polar solvents, including those used in formulations and analytical methods for the pesticide
_____ Measured at about 20-25° C
_____ Reported in g/100 ml (other units like ppm acceptable if sparingly soluble)

**63-9 Vapor Pressure**
_____ Measured at 25° C (or calculated by extrapolation from measurements made at higher temperature if pressure too low to measure at 25° C)
_____ Experimental procedure described
_____ Reported in mm Hg (torr) or other conventional units

**63-10 Dissociation Constant**
_____ Experimental method described
_____ Temperature of measurement specified (preferably about 20-25°C)



63-11 Octanol/water Partition Coefficient

    _____   Measured at about 20-25° C

    _____   Experimentally determined and description of procedure provided (preferred method-45 Fed. Register 77350)

    _____   Data supporting reported value provided

63-12 pH

    _____   Measured at about 20-25° C

    _____   Measured following dilution or dispersion in distilled water

63-13 Stability

    _____   Sensitivity to metal ions and metal determined

    _____   Stability at normal and elevated temperatures

    _____   Sensitivity to sunlight determined



## SUBDIVISION F

| Guideline | Study Title |
|---|---|
| 81-1 | Acute Oral Toxicity in the Rat |
| 81-2 | Acute Dermal Toxicity in the Rat, Rabbit or Guinea Pig |
| 81-3 | Acute Inhalation Toxicity in the Rat |
| 81-4 | Primary Eye Irritation in the Rabbit |
| 81-5 | Primary Dermal Irritation Study |
| 81-6 | Dermal Sensitization in the Guinea Pig |

### 81-1  Acute Oral Toxicity in the Rat

## ACCEPTANCE CRITERIA

Does your study meet the following acceptance criteria?

1.____ Identify material tested (technical, end-use product, etc).
2.____ At least 5 young adult rats/sex/group.
3.____ Dosing, single oral may be administered over 24 hrs.
4.____ Vehicle control if other than water.
5.____ Doses tested, sufficient to determine a toxicity category or a limit dose (5000 mg/kg).
6.____ Individual observations at least once a day.
7.____ Observation period to last at least 14 days, or until all test animals appear normal whichever is longer.
8.____ Individual daily observations.
9.____ Individual body weights.
10.____ Gross necropsy on all animals.

Criteria marked with an * are supplemental and may not be required for every study.



**81-2  Acute Dermal toxicity in the Rat, Rabbit or Guinea Pig**

## ACCEPTANCE CRITERIA

Does your study meet the following acceptance criteria?

1._____  Identify material tested (technical, end-use product, etc).
2._____  At least 5 animals/sex/group.
3._*___  Rats 200-300 gm, rabbits 2.0-3.0 kg or guinea pigs 350-450 gm.
4._____  Dosing, single dermal.
5._____  Dosing duration at least 24 hours.
6._*___  Vehicle control, only if toxicity of vehicle is unknown.
7._____  Doses tested, sufficient to determine a toxicity category or a limit dose (2000 mg/kg).
8._____  Application site clipped or shaved at least 24 hours before dosing.
9._____  Application site at least 10% of body surface area.
10._____  Application site covered with a porous nonirritating cover to retain test material and to prevent ingestion.
11._____  Individual observations at least once a day.
12._____  Observation period to last at least 14 days.
13._____  Individual body weights.
14._____  Gross necropsy on all animals.

Criteria marked with an * are supplemental and may not be required for every study.



## 81-3 Acute Inhalation Toxicity in the Rat

### ACCEPTANCE CRITERIA

Does your study meet the following acceptance criteria?

1. ____ Identify material tested (technical, end-use product, etc).
2. ____ Product is a gas, a solid which may produce a significant vapor hazard based on toxicity and expected use or contains particles of inhalable size for man (aerodynamic diameter 15 $\mu$m or less).
3. ____ At least 5 young adult rats/sex/group.
4. ____ Dosing, at least 4 hours by inhalation.
5. ____ Chamber air flow dynamic, at least 10 air changes/hour, at least 19% oxygen content.
6. ____ Chamber temperature, 22° C ($\pm$2°), relative humidity 40-60%.
7. ____ Monitor rate of air flow.
8. ____ Monitor actual concentrations of test material in breathing zone.
9. ____ Monitor aerodynamic particle size for aerosols.
10. ____ Doses tested, sufficient to determine a toxicity category or a limit dose (5 mg/L actual concentration of respirable substance).
11. ____ Individual observations at least once a day.
12. ____ Observation period to last at least 14 days.
13. ____ Individual body weights.
14. ____ Gross necropsy on all animals.

**81-4  Primary Eye Irritation in the Rabbit**

ACCEPTANCE CRITERIA

Does your study meet the following acceptance criteria?

1. ____  Identify material tested (technical, end-use product, etc).
2. ____  Study not required if material is corrosive, causes severe
         dermal irritation or has a pH of $\leq 2$ or $\geq 11.5$.
3. ____  6 adult rabbits.
4. ____  Dosing, instillation into the conjunctival sac of one eye
         per animal.
5. ____  Dose, 0.1 ml if a liquid; 0.1 ml or not more than 100 mg if a solid, paste or particulate substance.
6. ____  Solid or granular test material ground to a fine dust.
7. ____  Eyes not washed for at least 24 hours.
8. ____  Eyes examined and graded for irritation before dosing and
         at 1, 24, 48 and 72 hr, then daily until eyes are normal
         or 21 days (whichever is shorter).
9. *____  Individual daily observations.

Criteria marked with an * are supplemental and may not be required for every study.



**81-5  Primary Dermal Irritation Study**

ACCEPTANCE CRITERIA

Does your study meet the following acceptance criteria?

1. ___ Identify material tested (technical, end-use product, etc).
2. ___ Study not required if material is corrosive or has a pH of $\leq 2$ or $\geq 11.5$.
3. ___ 6 adult animals.
4. ___ Dosing, single dermal.
5. ___ Dosing duration 4 hours.
6. ___ Application site shaved or clipped at least 24 hours prior to dosing.
7. ___ Application site approximately 6 cm².
8. ___ Application site covered with a gauze patch held in place with nonirritating tape.
9. ___ Material removed, washed with water, without trauma to application site.
10. ___ Application site examined and graded for irritation at 1, 24, 48 and 72 hr, then daily until normal or 14 days (whichever is shorter).
11. *___ Individual daily observations.

Criteria marked with an * are supplemental and may not be required for every study.



### 81-6  Dermal Sensitization in the Guinea Pig

### ACCEPTANCE CRITERIA

Does your study meet the following acceptance criteria?

1. ___ Identify material tested (technical, end-use product, etc).
2. ___ Study not required if material is corrosive or has a
       pH of $\leq 2$ or $\geq 11.5$.
3. ___ One of the following methods is utilized:
       ___ Freund's complete adjuvant test
       ___ Guinea pig maximization test
       ___ Split adjuvant technique
       ___ Buehler test
       ___ Open epicutaneous test
       ___ Mauer optimization test
       ___ Footpad technique in guinea pig.
4. ___ Complete description of test.
5. *___ Reference for test.
6. ___ Test followed essentially as described in reference document.
7. ___ Positive control included (may provide historical data conducted within the last 6 months).

Criteria marked with an * are supplemental and may not be required for every study.



# Attachment 6

List of all Registrants sent this DCI

## List of All Registrants Sent This Data Call-In Notice

Case # and Name
0178   Glyphosate
Chemical # and Name
103601   Isopropylamine glyphosate ( N-(phosphonomethyl)gly

| Company Number | Company Name | Additional Name | Address | City & State | Zip |
|---|---|---|---|---|---|
| 000070 | WILBUR-ELLIS COMPANY | | BOX 16458 | FRESNO CA | 93755 |
| 000239 | CHEVRON CHEMICAL CO | ORTHO CONSUMER PRODUCTS DIVISION | 940 HENSLEY ST | RICHMOND CA | 94804 |
| 000524 | MONSANTO CO | AGENT FOR: MONSANTO AGRICULTURAL C | 700 14TH ST, N.W. SUITE 1100 | WASHINGTON DC | 20005 |
| 000935 | OCCIDENTAL CHEMICAL CORPORATION | | DEVELOPMENT CENTER, V-81 BOX 344 | NIAGARA FALLS NY | 14302 |
| 007401 | VOLUNTARY PURCHASING GROUP, INC. | | P. O. BOX 460 | BONHAM TX | 75418 |
| 010370 | ROUSSEL UCLAF CORP | | 95 CHESTNUT RIDGE RD | MONTVALE NJ | 07645 |
| 010583 | LUNDAL ASSOCIATES INC | | 7493 E TIMBERLANE COURT. | SCOTTSDALE AZ | 85258 |
| 019713 | DREXEL CHEMICAL CO | | BOX 9306 | MEMPHIS TN | 38109 |
| 034911 | HI-YIELD CHEMICAL COMPANY | | BOX 460 | BONHAM TX | 75418 |
| 046515 | CELEX CORPORATION | | 377 AMELIA ST. | PLYMOUTH MI | 48170 |
| 056644 | SECURITY PRODUCTS COMPANY OF DELAW | | BOX 59084 | MINNEAPOLIS MN | 55459 |
| 066459 | KAUAI TARO GROWERS ASSOCIATION | | BOX 427 | HANALEI HI | 96714 |

# Attachment 7

Cost Share/Data Compensation Forms

 **EPA**

United States Environmental Protection Agency
Washington, DC 20460

CERTIFICATION WITH RESPECT TO
DATA COMPENSATION REQUIREMENTS

Form Approved

OMB No. 2070-0107
2070-0057
Approval Expires 3-31-9

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief, Information Policy Branch, PM-223, U.S. Environmental Protection Agency, 401 M St., S.W., Washington, DC 20460; and to the Office of Management and Budget, Paperwork Reduction Project (2070-0106), Washington, DC 20503.

**Please fill in blanks below.**

| Company Name | Company Number |
|---|---|
| Chemical Name | EPA Chemical Number |

I Certify that:

1. For each study cited in support of registration or reregistration under the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) that is an exclusive use study, I am the original data submitter, or I have obtained the written permission of the original data submitter to cite that study.

2. That for each study cited in support of registration or reregistration under FIFRA that is NOT an exclusive use study, I am the original data submitter, or I have obtained the written permission of the original data submitter, or I have notified in writing the company(ies) that submitted data I have cited and have offered to: (a) Pay compensation for those data in accordance with sections 3(c)(1)(D) and 3(c)(2)(D) of FIFRA; and (b) Commence negotiation to determine which data are subject to the compensation requirement of FIFRA and the amount of compensation due, if any. The companies I have notified are: (check one)

   [ ] All companies on the data submitters' list for the active ingredient listed on this form (Cite-All Method or Cite-All Option under the Selective Method). (Also sign the General Offer to Pay below.)

   [ ] The companies who have submitted the studies listed on the back of this form or attached sheets, or indicated on the attached "Requirements Status and Registrants' Response Form."

3. That I have previously complied with section 3(c)(1)(D) of FIFRA for the studies I have cited in support of registration or reregistration under FIFRA.

| Signature | Date |
|---|---|
| Name and Title (Please Type or Print) | |

GENERAL OFFER TO PAY: I hereby offer and agree to pay compensation to other persons, with regard to the registration or reregistration of my products, to the extent required by FIFRA sections 3(c)(1)(D) and 3(c)(2)(D).

| Signature | Date |
|---|---|
| Name and Title (Please Type or Print) | |

EPA Form 8570-31 (4-90)



| United States Environmental Protection Agency<br>Washington, DC 20460<br>**CERTIFICATION OF OFFER TO COST<br>SHARE IN THE DEVELOPMENT OF DATA** | Form Approved<br>OMB No. 2070-5107<br>2070-0057<br>Approval Expires 3-31-56 |
|---|---|

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief, Information Policy Branch, PM-223, U.S. Environmental Protection Agency, 401 M St., S.W., Washington, DC 20460; and to the Office of Management and Budget, Paperwork Reduction Project (2070-0106), Washington, DC 20503.

Please fill in blanks below.

| Company Name | Company Number |
|---|---|
| Chemical Name | EPA Chemical Number |

I Certify that:

My company is willing to develop and submit the data required by EPA under the authority of the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA), if necessary. However, my company would prefer to enter into an agreement with one or more registrants to develop jointly or share in the cost of developing data.

My firm has offered in writing to enter into such an agreement. That offer was irrevocable and included an offer to be bound by arbitration decision under section 3(c)(2)(B)(iii) of FIFRA if final agreement on all terms could not be reached otherwise. This offer was made to the following firm(s) on the following date(s):

| Name of Firm(s) | Date of Offer |
|---|---|
| | |

Certification:

I certify that I am duly authorized to represent the company name above, and that the statements that I have made on this form and all attachments therein are true, accurate, and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law.

| Signature of Company's Authorized Representative | Date |
|---|---|
| Name and Title (Please Type or Print) | |



EPA Form 8570-32 (5-91)        Replaces EPA Form 8580-6, which is obsolete

