**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.Wagstaff@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] AMENDED JUDGMENT** |
| *HARDEMAN v. MONSANTO COMPANY,*<br>*Case No: 3:16-cv-00525-VC* | |

This action having come for trial before this Court and jury and the issues having been tried and the jury having duly rendered its verdict on March 27, 2019,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, Edwin Hardeman, shall recover from the Defendant, Monsanto Company, the following sums for compensatory damages:

| | |
|---|---|
| (a) Past economic loss for Edwin Hardeman | $200,967.10 |
| (b) Past noneconomic loss for Edwin Hardeman | $3,066,667.00 |
| (c) Future noneconomic loss for Edwin Hardeman | $2,000,000.00 |
| **TOTAL COMPENSATORY DAMAGES:** | **$5,267,634.10** |

**IT IS FURTHER ORDERED THAT** Defendant, Monsanto Company, shall pay prejudgment interest for past economic damages awarded ($200,967.10) at the rate of seven percent (7%) from the

date of the filing of the Complaint, February 1, 2016, through the entry of judgment on May 3, 2019, resulting in total prejudgment interest of $45,748.92.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff, Edwin Hardeman, shall recover from the Defendant, Monsanto Company, $75,000,000.00 in punitive damages. Thus, the total judgment in this case pending determination of awardable costs is **$80,313,383.02.**

**IT IS FURTHER ORDERED THAT** Defendant, Monsanto Company, shall pay post-judgment interest upon this judgment at the federal interest rate governed by 28 U.S.C. § 1961, and shall pay for recoverable court costs incurred in this action by the Plaintiff as determined by this Court as requested in Plaintiff's bill of costs.

Execution may issue for all judgment amounts, interest, and costs thirty (30) days after entry of the judgment.

**IT IS SO ORDERED.**

DATE: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

AMENDED JUDGMENT                                    Case No: 3:16-cv-00525-VC